1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In Re: | Case No.: |
| DMCA SUBPOENA TO NAMECHEAP, INC. | DECLARATION IN SUPPORT OF ISSUANCE OF DMCA SUBPOENA TO NAMECHEAP INCORPORATED PURSUANT TO 17 U.S.C. § 512(h) |
| Service Provider. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

I, ANDREAS ALKIVIADES ANDREOU, hereby declare as follows:

1.      I am the Director of MG Premium Ltd (hereinafter, "MG") and am authorized to act on its behalf. I have personal knowledge of the facts contained herein and, if called upon to do so, could and would testify competently thereto.

2.      MG, also known simply as Mindgeek, is among the world's leading providers of premium adult entertainment content. Along with its family of companies, MG owns and operates one of the largest portfolios of premium adult-oriented audiovisual content in the world. MG seeks to protect its copyrighted audiovisual works from blatant infringement.

3.      I have personal knowledge of the copyrights owned by MG and the ongoing infringements of those copyrights that occur on the internet. I also have personal knowledge of the instances that MG's copyrighted works have been posted without MG authorization on the websites Camwhores.tv; Daftsex.com, Fembed.com, FF-01.com, FF-03.com, Incestflix.com, JavDoe.tv, NoodleMagazine.com, Porndish.com, Porneq.com, Pornorips.com, Pornve.com, Pornxp.com, Veporn.com, Xmoviesforyou.net, and Yespornplease.io, listed in the attached **Exhibit A**.

4.      MG is requesting for issuance of a Subpoena by the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) to Namecheap, Inc. ("Namecheap") that would order Namecheap, Inc. to disclose the identities, including names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account histories of the users operating the websites listed in the attached **Exhibit A**.

5.      The purpose for which this subpoena is sought is to obtain the identities of the individuals assigned to these websites who have exploited MG's exclusive rights in their copyrighted videos without their authorization. This information will only be used for the purposes of protecting the rights granted to MG, the copyright owners, under Title II of the Digital Millennium Copyright Act.

6.      On February 25, 2021, authorized agent for MG Jason Tucker issued and served a copyright infringement notification on Namecheap's Agent. Pursuant to Section 512(c)(3)(A), the notification was properly signed by MG's agent, identified the copyrighted material being infringed, set forth a listing of the URLs containing posts of infringing material, confirmed that such use of MG's copyrighted works was not authorized by MG, and gave contact information such that the DMCA Agent could reach him with questions. A true and correct copy of the February 25, 2021 notification is attached as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 2nd day of March, 2021, at Nicosia, Cyprus.

_____

ANDREAS ALKIVIADES ANDREOU

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO NAMECHEAP, INC. - 3

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

# Exhibit A

## List of all users operating MG Premium Ltd.'s websites

EXHIBIT A

| WebSite | Brand | Url | Video Names |
|---|---|---|---|
| Camwhores.tv | Brazzers | https://www.camwhores.tv/videos/6331170/brazzers-big-tit-kendra-sunderland-gets-stuck-and-nee/ | Big Tit Kendra Sunderland Gets Stuck and nee |
| Camwhores.tv | Brazzers | https://www.camwhores.tv/videos/6263941/beth-bennet-bg/ | Beth Bennet BG |
| Camwhores.tv | Brazzers | https://www.camwhores.tv/videos/6253384/brazzers-busty-blonde-jessica-starling-seduces-and-fu/ | Busty Blonde Jessica Starling Seduces And Fucks Her Music Teacher Vitaly Vox |
| Camwhores.tv | Brazzers | https://www.camwhores.tv/videos/6187322/lexy-luna-brazzers/ | Lexy Luna, brazzers |
| Camwhores.tv | Brazzers | https://www.camwhores.tv/videos/6118330/brazzers-babe-emily-willis-squirts/ | Brazzers Babe Emily Willis Squirts |
| Camwhores.tv | Brazzers | https://www.camwhores.tv/videos/5844742/jessicastarling-jessica-makes-music/ | Jessica Makes Music |
| Camwhores.tv | Brazzers | https://www.camwhores.tv/videos/5822594/brazzers-skyla-novea-your-dick-roommate-s-dick/ | Your dick roommate's dick |
| Camwhores.tv | Brazzers | https://www.camwhores.tv/videos/5788200/party-like-a-finger-s-up-your-ass/ | Party Like A Finger's Up Your Ass |
| Camwhores.tv | Brazzers | https://www.camwhores.tv/videos/5761263/nicoletta-shea-s-first-anal/ | Nicoletta Shea's First Anal |
| Camwhores.tv | Brazzers | https://www.camwhores.tv/videos/5626732/holly-halston-the-wedding-gift-brazzers/ | The Wedding Gift (Brazzers) |
| Camwhores.tv | Brazzers | https://www.camwhores.tv/videos/5459080/brazzers-valentaine-day-2020-orgy-fest/ | Valentines Day Affair |
| Daftsex.com | Brazzers | https://daftsex.com/watch-202416207_456239050 | Kendra Sunderland - Shut Your Mouth And Fuck Me |
| Daftsex.com | Brazzers | https://daftsex.com/watch-190553232_456246345 | Best Of Brazzers Back To School |
| Daftsex.com | Brazzers | https://daftsex.com/watch-144115569_456239451 | A Naughty Nuru Massage: Luna Star, Azul Hermosa |
| Daftsex.com | Reality Kings | https://daftsex.com/watch-156665401_456239494 | Balls And Wrist Deep Anal Threeway |
| Daftsex.com | Brazzers | https://daftsex.com/watch-160586466_456243552 | Jane Wilde - Going Wilde On Him |
| Daftsex.com | Brazzers | https://daftsex.com/watch-160586466_456243551 | Dont Wake Your Girlfriend |
| Daftsex.com | Brazzers | https://daftsex.com/watch-141349904_456245636 | Jane Wilde - Going Wilde On Him |
| Daftsex.com | Reality Kings | https://daftsex.com/watch-92919910_456241138 | Fucking My Girlfriends Sister |
| Daftsex.com | Brazzers | https://daftsex.com/watch-187217911_456239938 | Dont Wake Your Girlfriend! |
| Daftsex.com | Brazzers | https://daftsex.com/watch-124960061_456239252 | Lauren Phillips, Ava Sinclaire |
| Daftsex.com | Brazzers | https://daftsex.com/watch-87580216_456239101 | Alexis For Breakfast |
| Daftsex.com | Brazzers | https://daftsex.com/watch-156665401_456239489 | All Hump Breaks Loose |
| Daftsex.com | Reality Kings | https://daftsex.com/watch-165582493_456244393 | Drip In The Dark |
| Daftsex.com | Reality Kings | https://daftsex.com/watch-165582493_456244404 | Fucking For Her Percy Collection |
| Daftsex.com | Reality Kings | https://daftsex.com/watch-165582493_456244358 | Elevating The Erotica |
| Daftsex.com | Reality Kings | https://daftsex.com/watch-127600412_456241442 | Sticky Seat |
| Daftsex.com | Reality Kings | https://daftsex.com/watch-193573548_456239279 | It Fits My Tits Just Fine |
| Daftsex.com | Reality Kings | https://daftsex.com/watch-201352940_456239227 | Monster Curves Vol. 41 |
| Daftsex.com | Reality Kings | https://daftsex.com/watch-201352940_456239125 | RK Prime 26 |
| Daftsex.com | Reality Kings | https://daftsex.com/watch-165582493_456244130 | Sneaky Bedroom Squirting |
| Daftsex.com | Reality Kings | https://daftsex.com/watch-197732552_456239130 | Katana Kombat |
| Fembed.com | Brazzers | https://www.fembed.com/f1ynz4tj-xm45g26 | Brazzers Presents: Lacy Lennon |
| FF-01.com | Brazzers | https://www206.ff-01.com/token=d_XywW172e-eBLm1MnNfLw/1614234586/187.189.0.0/75/7/1c/8039599f3171661793760ab3426531c7-480p.mp4 | Porn Logic |
| FF-03.com | Brazzers | https://www1145.ff-03.com/token=LK0AV-BAjWu8BxZXvnKVlQ/1614234845/187.189.0.0/53/8/af/660f4ecb0c1f45ea5b015ff42ac80af8-480p.mp4 | Ticklish Pussy |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/aaliyah-hadid-anya-ivy-sibling-rivalry-3-brazzers | 10663 - Sibling Rivalry 3 |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/aaliyah-hadid-courtney-taylor-showing-ropes-brazzers | 11188 - Showing Her The Ropes |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/aaliyah-love-panty-perv-brazzers | 2532738 - Panty Perv |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/aaliyah-love-scarlett-mae-homemade-porn-with-mom | 2011510 - Homemade Porn With Stepmom |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/abella-danger-love-your-dad-brazzers | 3925184 - I Love Your Dad |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/addie-andrews-fooling-my-mom-brazzers | 3319206 - Fooling My Stepmom |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/adriana-chechik-abigail-mac-sister-succubus | 2286950 - Stepsister Succubus |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/adriana-chechik-brother-sister-study-break-reality-kings | 15053 - Study Break |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/adriana-chechik-wishful-fucking-reality-kings | 1921820 - Wishful Fucking |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alana-luv-jill-kassidy-bang-breakfast-reality-kings | 1801579 - Bang N Breakfast |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alena-croft-mommy-always-says-yes-brazzers | 3010077 - Mommy Always Says Yes |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alena-croft-scarlett-scandal-cumming-closet | 3462265 - Cumming Out Of The Closet |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alena-croft-the-mommy-market-brazzers | 9769 - The Mommy Market |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alessa-savage-my-daughters-secret-brazzers | 10650 - My Stepdaughter's Secret |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alexis-fawx-aubree-valentine-sneak-peek-fuck | 3960061 - Sneak  Peek & Fuck |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alexis-fawx-bet-you-cant-touch-her-boobs-brazzers | 3314001 - Bet You Can't Touch Her Boobs! |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/alexis-fawx-help-please-milf-hunter-reality-kings | 15425 - Help Please |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/alexis-fawx-khloe-kapri-afternoon-special-moms-bang-teens | 15423 - Afternoon Special |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alexis-fawx-lena-paul-zzseries-brazzers-christmas-special-4 | 10266 - A Brazzers Christmas Special: Part 4 |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alexis-fawx-mackenzie-moss-all-in-a-days-squirt | 3868598 - All In A Day's Squirt |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alexis-fawx-massaging-my-mom-pool-brazzers | 10192 - Massaging My Stepmom |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alexis-fawx-molly-mae-pussy-breakfast-brazzers | 9774 - Pussy For Breakfast |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alexis-fawx-my-dripping-wet-mom-brazzers | 9239 - My Dripping Wet Stepmom |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alexis-fawx-my-two-horny-sons-brazzers | 9298 - My Horny Stepsons |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/alexis-fawx-natalie-brooks-moms-home-gym | 3151709 - Moms Home Gym |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alexis-fawx-zzseries-brazzers-christmas-special-1 | 10263 - A Brazzers Christmas Special: Part 1 |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alina-lopez-cherie-deville-mom-sex-fiend-brazzers | 2412291 - My Stepmom Is A Sex Fiend |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alina-lopez-rude-awakening-brazzers | 2676458 - Rude Awakening |

| | | | |
|---|---|---|---|
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/alissa-jayde-khloe-kapri-too-horny-to-sleep | 1853747 - Too Horny To Sleep |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alura-jenson-eliza-ibarra-moms-side-hustle-brazzers | 2675830 - Stepmom's Side Hustle |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alura-jenson-moms-pantyhose-big-butts-like-it-big-brazzers | 10389 - My Stepmother's Pantyhose |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alura-jenson-nursing-sons-sick-dick-brazzers | 2672969 - Nursing My Stepson's Sick Dick |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alura-jenson-off-the-couch-and-into-mom | 8769 - Off The Couch |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/alyssa-cole-savana-styles-moms-bang-teens-reality-kings | 15268 - All In Alyssa |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alyssa-lynn-cassidy-banks-sharing-the-shower-one-brazzers | 8501 - Sharing The Shower |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/alyssa-lynn-shes-always-naked-brazzers | 10764 - She's Always Naked |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/amara-romani-london-river-anal-sex-education | 2286917 - Anal Sex Education |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/angel-smalls-webcamming-daughter-caught | 1835853 - Webcamming Angel Gets Caught |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ania-kinski-zoe-doll-teaching-sons-tutor-to-suck-dick | 10096 - Teaching Your Tutor To Suck Dick |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/anya-olsen-in-honey-hole-by-brazzers | 10055 - Honey Hole |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/anya-olsen-kennedy-jax-my-suck-up-sister-brazzers | 10098 - My Suck Up Stepsister |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/anya-olsen-so-wrong-yet-so-right-by-brazzers | 10015 - So Wrong Yet So Right |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/anya-olsen-sydney-cole-sisters-share-everything-brazzers | 10102 - Stepsisters Share Everything |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/april-aniston-daisy-marie-pornographic-pilates | 2940185 - Pornographic Pilates |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ariana-marie-bridgette-b-rich-fucks-part-1 | 2410650 - Rich Fucks: Part 1 |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ariana-marie-chanel-preston-preppies-pantyhose-brazzers | 2461881 - Preppies In Pantyhose: Part 1 |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ariella-ferrera-cherie-deville-double-milf | 8928 - A Double Milf Stack |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ariella-ferrera-driving-mommy-wild-brazzers | 2587847 - Driving Mommy Wild |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ariella-ferrera-jenna-sativa-ryan-conner-three-muffs-buff | 2638930 - Three Muffs In The Buff |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ariella-ferrera-missy-martinez-aunt-mommy-got-boobs-brazzers | 10395 - My Stepmom And Her Sister |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ariella-ferrera-panty-stash-brazzers | 2816799 - Panty Stash |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/ariella-ferrera-pleasing-my-mom-sneaky-sex-reality-kings | 1796671 - Pleasing My Stepmom |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ariella-ferrera-sophia-lane-not-again-brazzers | 9671 - Not Again! |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ariella-ferrera-thats-my-bush-brazzers | 10517 - That's My Bush! |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ashley-anderson-cherie-deville-dont-toy-with-me-brazzers | 10948 - Don't Toy With Me! |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/ashley-anderson-melissa-lynn-amateur-hour | 2235545 - Amateur Hour |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/asuna-fox-diamond-foxx-mate-training | 2662608 - Mate Training |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/aubrey-black-its-okay-just-grower | 3459004 - It's Okay You're Just A Grower |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/aubrey-black-milfs-grab-back-brazzers | 2410001 - Milfs Grab Back |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/aubrey-black-mom-spies-horny-son-brazzers | 4418035 - Spying On SolaZola |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/aubrey-sinclair-a-close-shave-reality-kings | 1786542 - a_close_shave |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/aubrey-sinclair-surfing-with-sister-reality-kings | 1795229 - Surfing With Stepsister |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/autumn-falls-fall-upon-a-big-cock-brazzers | 3226128 - Fall Upon A Big Cock |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ava-addams-affirmation-to-tit-formation-brazzers | 3226133 - Affirmation to Tit Formation |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ava-addams-getting-her-beauty-peep-brazzers | 2842893 - Getting Her Beauty Peep |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ava-addams-megan-rain-squeaky-clean-brazzers | 10253 - Squeaky Clean |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ava-addams-mom-hands-off-boyfriend-brazzers | 10571 - Mom  Hands Off My Boyfriend! |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ava-addams-pictures-of-her-brazzers | 3114782 - Pictures Of Her |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ava-addams-seduced-by-his-stepmom-brazzers | 3314240 - Seduced By His Stepmom |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/ava-koxxx-leigh-darby-pervert-punishment-reality-kings | 1810263 - pervert_punishment |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/avalon-heart-cory-chase-virtual-mom-bang-teens | 14781 - Virtual Step Mother |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/bailey-brooke-sarah-jessie-prom-mom-brazzers | 2917138 - Prom Mom |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/balls-deep-in-mommy-phoenix-marie-brazzers | 9925 - Calidad de Tiempo |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/becky-bandini-slippery-situation-brazzers | 3878729 - A Slippery Situation |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/bella-elise-rose-sweeter-when-wet-brazzers | 4418557 - She's Sweeter When Wet |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/blake-morgan-evelin-stone-happy-fucksgiving | 2011511 - Happy Fucksgiving |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/brandi-love-anya-olsen-meet-mom-bang | 2025152 - Meet My Stepmom |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/brandi-love-bella-rose-bride-to-be-moms-bang-teens | 14945 - Bride To Be |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/brandi-loves-latex-brazzers | 3270163 - Brandi Loves Latex |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/brandi-love-cleaning-up-his-mess-brazzers | 11175 - Cleaning Up His Mess |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/brandi-love-hands-on-learning-mommy-boobs-brazzers | 10404 - Hands-On Learning |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/brandi-love-making-mess-mommy-got-boobs-brazzers | 10833 - Making A Mess On Stepmom |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/brandi-love-mom-in-control-brazzers | 9934 - Madrastra en Control |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/brandi-love-mounted-mother-in-law-brazzers | 2412434 - Mounted By My Mother-In-Law |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/brandi-love-whitney-wright-mom-closet | 2572044 - Stepmom In The Closet |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/brett-rossi-britney-light-nothing-to-see-here | 3151708 - Nothing To See Here |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/brett-rossi-let-me-see-that-cock-reality-kings | 1900739 - Let Me See That Cock |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/briana-banks-darcie-dolce-how-to-use-a-dildo | 1944910 - How To Use A Dildo |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/briana-banks-under-covers-milf-reality-kings | 2417941 - Under Covers Milf |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/brianna-bree-skylar-morgan-mom-just-needs-dick | 3258430 - My Stepmom Just Needs A Dick |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/bridgette-b-anastasia-knight-teach-me-again-please | 3177187 - Teach Me Again Please |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/bridgette-b-dreams-really-do-cum-true-brazzers | 2945953 - Dreams Really Do Cum True |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/bridgette-b-honey-gold-kristen-scott-rich-fucks-part-2 | 2410655 - Rich Fucks: Part 2 |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/bridgette-b-its-a-sausage-fest-brazzers | 3722267 - It's A Sausage Fest |

| incestflix.com | Reality Kings | http://www.incestflix.com/watch/bridgette-b-karlee-grey-gina-valentina-friends-cum-over | 1853763 - When Friends Cum Over |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/bridgette-b-karma-rx-the-getaway-part-1 | 3330594 - The Getaway: Part 1 |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/bridgette-b-karma-rx-the-getaway-part-2 | 3330596 - The Getaway: Part 2 |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/bridgette-b-moum-will-show-you-how-brazzers | 3334687 - I'll Show You How |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/bridgette-b-nina-elle-victoria-steffanie-two-milfs | 2342985 - Fucked By Two Milfs |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/bridgette-b-quinn-wilde-private-film | 2011519 - Private Film |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/britney-amber-kenzie-reeves-easter-dinner-at-moms | 3258428 - Easter Dinner At Stepmoms |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/britney-amber-lela-star-creampie-diaries-brazzers | 2847272 - Creampie Diaries: Part 3 |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/britney-amber-package-deal-mom-brazzers | 2426773 - A Package Deal |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/brooklyn-blue-pantomime-pounding-brazzers | 3474981 - Pantomime Pounding |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/brooklyn-chase-a-sons-duty-brazzers | 10347 - A Stepson's Duty |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/brooklyn-chase-the-mother-load-brazzers | 11068 - The Mother Load |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/cali-carter-nina-elle-muff-diver-down-reality-kings | 2572045 - Muffdiver Down |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/carla-cox-cumming-home-christmas-part-two-brazzers | 8612 - Cumming Home For Christmas! Part Two |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/carmel-anderson-sensual-jane-mom-not-in-control-brazzers | 9267 - Mom's NOT In Control |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/carolina-sweets-daughter-stuck-fucked | 2928047 - Stuck & Fucked |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/carolina-sweets-dear-diary-brother-brazzers | 10927 - Dear Diary  I Want to Fuck My Stepbrother |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/carolina-sweets-wanna-buy-virginity-brazzers | 2369012 - Wanna Buy My Virginity? |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/casey-calvert-sharing-sister-brazzers | 9569 - Sharing My Stepsister |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/cassidy-klein-darcie-belle-your-dad-is-a-dilf-brazzers | 8589 - Your Step Dad's a DILF! |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/cathy-heaven-gamer-heaven-brazzers | 10752 - Gamer Heaven |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/chanel-preston-ivy-aura-helping-mom-finish-reality-kings | 1853746 - helping_my_stepmom_finish |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/cherie-deville-mom-has-got-meeting-brazzers | 10705 - Mom's Got A Meeting |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/cherie-deville-spring-cumming-brazzers | 3425281 - Spring Cumming |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/chloe-carter-brother-sister-bored-stiff-brazzers | 9762 - Bored Stiff |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/chloe-couture-darcie-dolce-my-room-my-rules-bitch | 3425289 - My Room  My Rules Bitch! |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/chloe-couture-lauren-phillips-fuck-my-boyfriend | 3348900 - Who Said You Could Fuck My Boyfriend |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/chloe-scott-had-no-idea-reality-kings | 2011545 - I Had No Idea |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/christen-courtney-plays-fantasy-rpg-brother-brazzers | 9222 - Sexy Role Playing Game |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/christie-stevens-blindfolded-mom-brazzers | 2432377 - My Blindfolded Stepmom |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/christie-stevens-the-slutwalker-brazzers | 2843585 - The Slutwalker |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/cindy-starfall-phoenix-marie-bubble-bath-reality-kings | 15209 - Bubble Bath |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/cory-chase-blair-williams-dirty-little-mommy | 1990595 - Dirty Little Step Mommy |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/cory-chase-carter-cruise-fucking-nerds-moms-bang-teens | 1792312 - Fucking Nerds |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/cory-chase-help-me-out-brazzers | 2417690 - Help Me Out |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/cory-chase-jane-wilde-dress-lick-slut-moms-lick-teens | 2286924 - Dress Like A Slut Lick Like A Slut |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/cory-chase-jaye-summers-get-off-your-ass-clean | 2286628 - Get Off Your Ass And Clean |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/cory-chase-kacey-jordan-dick-for-two-reality-kings | 14645 - Dick For Two |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/cory-chase-kadence-marie-the-go-getter | 2011513 - The Go Getter |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/cory-chase-kali-roses-keep-xmas-lights-tied-on | 2940333 - Keep The Xmas Lights Tied On |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/cory-chase-khloe-kapri-cum-lessons-moms-lick-teens | 1805456 - cum_lessons |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/cory-chase-lily-rader-moms-bang-teens | 14042 - Lusty Lily |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/cory-chase-molly-mae-workout-freak-moms-bang-teens | 15384 - Workout Freak |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/cory-chase-sheila-daniels-double-rub-down | 1825176 - Double Rub Down |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/cory-chase-sierra-nicole-dont-wake-him-moms-lick-teens | 15055 - Dont Wake Him |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/cory-chase-sierra-nicole-new-cock-fuck-moms-bang-teens | 1779073 - new_cock_to_fuck |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/cory-chase-stuck-up-mom-brazzers | 2468570 - Stuck-Up Stepmom |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/cory-chase-sydney-cole-moms-brazzers | 14185 - Thanks For Giving |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/cristal-caraballo-jaye-summers-cooking-with-mom | 1799099 - Cooking With Cristal |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/cristal-caraballo-reagan-foxx-mother-son-bonding | 2412288 - Stepmother Stepson Bonding |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/daisy-summers-protecting-the-sister-brazzers | 7878 - Protecting The Stepsister |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/dana-dearmond-pristine-in-pantyhose-brazzers | 3166833 - Pristine In Pantyhose |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/dana-dearmond-secretly-rubbed-hot-tub-brazzers | 2365358 - Secretly Rubbed In The Hot Tub |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/dani-jensen-skyla-novea-after-studies-reality-kings-moms | 15058 - After Studies |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/danni-rivers-briana-banks-sex-therapy | 3348901 - Sex Therapy With Stepmom |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/danni-rivers-eva-long-say-yes-to-some-sex-brazzers | 3308596 - Say Yes To Some Sex |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/darcie-dolce-desiree-dulce-sibling-rivalry | 3648044 - Stepsibling Rivalry |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/darryl-hanah-shyla-jameson-love-lessons | 7745 - Love Lessons |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/dee-williams-son-rubdown-brazzers | 3291153 - Stepson Rubdown |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/devon-mom-smokes-my-pole-brazzers | 8358 - My Stepmom Smokes Pole |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/diamond-foxxx-moms-sweet-gloryhole-brazzers | 9697 - Stepmom's Sweet Glory Hole |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/diamond-jackson-eye-infield-brazzers | 2569900 - Eye on the Infield |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/diamond-jackson-mom-caught-son-beating-meat | 15076 - Busting On Diamond |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/dillion-harper-jamie-valentine-perfect-pussy-moms-bang-teens | 14735 - Perfect Pussy |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/dolly-leigh-polish-that-cock-reality-kings | 2368576 - Polish That Cock |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/elektra-rose-india-summer-daughters-titties | 8897 - My Stepdaughter's Titties |

| | | | |
|---|---|---|---|
| incestflix.com | Brazzers | http://www.incestflix.com/watch/elektra-rose-stay-away-from-daughter | 8913 - Stay Away From My Step-Daughter |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/elektra-rose-syren-de-mer-freaky-daughter | 13805 - Freaky Elektra |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/elena-koshka-silvia-saige-bad-kitty-reality-kings | 14709 - Bad Kitty |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/elexis-monroe-hard-pill-to-swallow-brazzers | 10008 - A Hard Pill To Swallow |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/eliza-ibarra-diving-good-dicking-brazzers | 2947201 - Diving for a Good Dicking |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/eliza-ibarra-sabrina-rogue-get-your-own-room | 3408164 - Get Your Own Room |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ella-hughes-car-tips-and-tricks-brazzers | 2417647 - Car Tips |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/emily-mena-my-sisters-baby-oil-brazzers | 10495 - My Stepsister's Baby Oil |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/emily-willis-lets-not-tell-my-mom-brazzers | 3171515 - Let's Not Tell My Mom |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/emily-willis-practice-makes-perfect-slut | 3425323 - Practice Makes A Perfect Slut |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/emma-butt-hold-phone-not-moan-brazzers-mommy-got-boobs | 9478 - Hold The Phone  Not The Moan |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/emma-butt-stripping-mom-milf-big-brazzers | 2349835 - My Stripping Stepmom |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/esperanza-del-horno-naughty-little-debutante | 10812 - Naughty Little Debutante |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/fira-ventura-leigh-darby-sneaky-slut-learn-moms-control | 10312 - Sneaky Slut Needs To Learn |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/georgie-lyall-aunts-workout-plan-brazzers | 2357131 - Georgie's Workout Plan |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/gia-paige-be-more-like-your-sister-brazzers | 629514 - Be More Like Your Stepsister! |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/gia-paige-tory-lane-disrespecting-the-maid-brazzers | 9355 - Disrespecting The Maid |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/gina-gerson-kayla-green-partys-over | 1944915 - Partys Over |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/gina-gerson-sexual-taboo-reality-kings | 14833 - Sexual Taboo |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/gina-valentina-sister-button-mashing-brazzers | 10130 - Button Mashing |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/giselle-palmer-sheridan-love-cult-of-love-brazzers | 11206 - Cult Of Love |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/haley-mae-alena-croft-innocent-ripe-reality-kings | 1847518 - Innocent And Ripe |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/harmonie-marquise-tori-montana-sibling-rivalry-4 | 3832311 - Sibling Rivalry 4 |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/helena-price-carolina-sweets-punishing-freeloader | 2286617 - Punishing The Freeloader |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/helena-price-rharri-rhound-daughter-cam-girl | 3440535 - My Stepdaughter The Cam Girl |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/hime-marie-forbidden-fruit-tastes-the-sweetest | 3222219 - Forbidden Fruit Tastes The Sweetest |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/holly-hotwife-just-ignore-him-brazzers | 3959937 - Just Ignore Him |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/hunter-rose-daughter-cheerleader-teens-love-huge-cocks | 1921840 - my_stepdaughter_the_cheerleader |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/india-summer-bella-skye-dirty-bella-moms-bang-teens | 13935 - Dirty Bella |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/india-summer-hope-howell-moms-bang-teens | 13606 - Hot For Hope |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/isis-love-brazzers-tit-not-toy | 9198 - This Tit Is Not A Toy |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/isis-love-holly-hendrix-poolside-milf-reality-kings | 1811850 - poolside_milf |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/jaclyn-taylor-step-mom-son-brazzers | 9424 - How Do I Look? |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/jade-kush-tits-and-ass-reality-kings | 1921841 - Tits And Ass |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/jamie-valentine-sophia-leone-two-clits-one-dick | 14474 - Two Clits One Dick |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/janet-mason-alex-tanner-teaching-alex-reality-kings | 12947 - Teaching Alex |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/janet-mason-farrah-dahl-say-hello-mrs-dahl-brazzers | 8309 - Say Hello to Mrs. Dahl |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/janet-mason-mom-loves-morning-wood-brazzers | 8308 - Stepmom Loves Morning Wood |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/janice-griffith-fuck-dad-brazzers | 8114 - Fine  I'll Just Fuck My Stepdad! |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/janna-hicks-kali-roses-nubile-new-year | 2940366 - Nubile New Year |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/jasmine-jae-stella-cox-bringing-siblings-closer-together | 9442 - Bringing Stepsiblings Closer Together |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/jaye-summers-tucker-pierce-seduce-my-mom | 2025154 - Seduce My Stepmom |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/jeanie-marie-sullivan-moms-got-game-brazzers | 3878710 - Stepmom's Got Game |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/jillian-janson-lena-paul-brazzers-christmas-special-2 | 10264 - A Brazzers Christmas Special: Part 2 |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/jillian-janson-zzseries-brazzers-christmas-special-3 | 10265 - A Brazzers Christmas Special: Part 3 |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/jimena-lago-angel-wicky-teens-backseat-brazzers | 10078 - Teens In The Backseat |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/joslyn-james-carolina-sweets-mom-obsessed-control-brazzers | 10445 - My Stepmom's Obsessed With Me |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/joslyn-james-late-riser-gets-laid-brazzers | 2639275 - Late Riser Gets Laid |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/joslyn-james-mom-got-new-boobs-brazzers | 3868599 - Mom's Got New Boobs! |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/joslyn-james-moms-secret-shower-brazzers | 2365665 - Joslyn's Secret Shower |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/joslyn-james-sneaky-mom-clueless-dad | 2945927 - Sneaky Mom  Clueless Dad |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/julia-ann-hooked-on-bras-mommy-got-boobs-brazzers | 10558 - Hooked On Bras |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/julia-ann-mom-sex-ed-brazzers | 9100 - Stepmom Sex Ed |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/julia-ann-olivia-austin-moms-social-club-brazzers | 11212 - My Stepmom's Social Club |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/kali-james-alena-croft-threesome-sick-day | 1847535 - Threesome On A Sick Day |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/kali-roses-cocksicle-taste-test-brazzers | 3031950 - Cocksicle Taste Test |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/kali-roses-lexi-luna-separate-rooms-1 | 3151707 - Separate Rooms Pt 1 |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/kali-roses-lexi-luna-separate-rooms-2 | 3151710 - Separate Rooms Pt 2 |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/kali-roses-reagan-foxx-panty-sniffing-daughter | 2286927 - Panty Sniffing Stepdaughter |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/katana-kombat-kristen-scott-apology-accepted | 2945960 - Apology Accepted |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/kate-england-amanda-verhooks-ripe-love-moms-lick-teens | 13674 - Ripe Love |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/katie-morgan-study-hard-fuck-harder-reality-kings | 3348908 - Study Hard Fuck Harder |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/katya-rodriguez-brotherly-love-brazzers | 10413 - Stepbrotherly Love |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/kayla-green-toying-around-with-my-mom-brazzers | 10743 - Toying Around With My Step Mom |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/kaylani-lei-the-model-mom-brazzers | 2842903 - The Model Stepmom |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/keira-croft-cooling-down-brazzers | 4419539 - Cooling Down With Squirting And Anal |

| incestflix.com | Brazzers | http://www.incestflix.com/watch/kendall-woods-be-more-like-your-sister-brazzers | 10505 - Be More Like Your Stepsister |
|---|---|---|---|
| incestflix.com | Brazzers | http://www.incestflix.com/watch/kendall-woods-osa-lovely-two-pussies-one-bone-brazzers | 10372 - Fucking Two Pussies With One Bone |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/kendra-lust-giving-mom-what-she-wants-brazzers | 3314242 - Giving Stepmom What She Wants |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/kendra-lust-zoe-clark-shower-together-brazzers | 3040633 - Let's All Shower Together |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/kenzie-reeves-advanced-anal-stretching-yoga | 4419334 - Advanced Anal Stretching Yoga |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/kenzie-reeves-emo-chick-needs-some-dick-brazzers | 2593955 - Emo Chick Needs Some Dick |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/kenzie-reeves-sally-dangelo-lil-humpette | Lil Humpers 3 |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/kharlie-stone-piper-perri-sisters-share-bed-brazzers | 10148 - Stepsisters Share A Bed |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/kianna-dior-bake-sale-bang-mommy-got-boobs-brazzers | 10431 - Bake Sale Bang |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/kiley-jay-cheaters-delight-reality-kings | 1853776 - Cheaters Delight |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/kiley-jay-tegan-james-spank-me-moms-lick-teens | 15246 - Spank Me |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/kimmy-granger-alexis-fawx-three-cumpany-shower | 3222180 - Threes Cumpany In The Shower |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/kimmy-granger-dont-forget-to-fuck-brazzers | 10860 - Don't Forget To Fuck! |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/kimmy-granger-synthia-fixx-homeschool-brazzers-prostitute | 10132 - Homeschool Sex Ed |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/kira-queen-catching-on-to-mom | 4419337 - Catching On To Stepmom |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/kirsten-lee-jamie-valentine-sexy-seductress-moms-bang-teens | 14626 - Sexy Seductress |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/krissy-lynn-aria-lee-peep-show-tell-brazzers | 3830064 - Peep Show And Tell |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/krissy-lynn-helicockter-mom-brazzers | 3791936 - Helicockter Mom |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/krissy-lynn-kimmy-granger-daughters-new-boyfriend | 3151724 - My Daughters New Boyfriend |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/krissy-lynn-kylie-page-cinematic-climax-brazzers | 10608 - Cinematic Climax |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/kristen-scott-alena-croft-doing-dirty-work-brazzers | 10354 - Doing The Dirty Work |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/kristen-scott-in-my-sister-the-gamer-by-brazzers | 10136 - My Stepsister The Gamer |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/kristina-shannon-karissa-shannon-sneaky-sister-swap | 3377421 - Sneaky Sister Swap |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/kylie-sinner-sunbathing-sister-wants-anal | 9029 - Sunbathing Stepsister Wants Anal |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/lacey-bender-moms-helping-hand | 4419032 - Stepmom Lacey's Helping Hand |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/lacey-london-tori-montana-nurse-cures-all | 4420191 - Nurse's Threesome Cures All |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/lacy-lennon-porn-logic-3-step-away-full | 3878641 - Porn Logic 3 |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/lacy-lennon-scarlett-bloom-fathers-day-gift | 3426182 - Father's Day Gift |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/lana-rhoades-nicolette-shea-double-occupancy | 10813 - Double Occupancy |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/layla-london-my-daughter-loves-porn-brazzers | 9676 - My Stepdaughter Loves Porn |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/layton-benton-dont-toy-with-my-ass-brazzers | 3770233 - Don't Toy With My Ass |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/layton-benton-soaking-wet-revenge-brazzers | 2847313 - Soaking Wet Revenge |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/lela-star-jill-kassidy-bed-sweatfest-brazzers | 2638985 - Bed & Sweatfest |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/lexi-luna-mom-gets-soaked-brazzers | 2578023 - Stepmom Gets Soaked |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/lexi-luna-mom-is-a-fuck-up-brazzers | 3455238 - My Stepmom's A Fuck Up |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/lexi-luna-vina-sky-mechanic-appreciation | 2812379 - Mechanic Appreciation |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/lily-rader-jennifer-jacobs-busted-sneaky-sex | 15429 - Busted Bunk Bed |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/liza-del-sierra-giving-him-the-talk-brazzers | 3122768 - Giving Him The Talk |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/lolo-punzel-veronica-vain-moms-bang-teens | 14330 - On The Lolo |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/london-river-photocockied-brazzers | 3270164 - Photocockied |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/lucy-doll-syren-de-mer-first-footjob-brazzers | 9367 - Her First Footjob |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/mackenzie-moss-sarah-vandella-two-mean-pussies | 3359564 - Two Mean Pussies |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/marsha-may-my-brother-the-panty-thief-brazzers | 10087 - My Stepbrother  The Panty Thief |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/marsha-may-nicole-bexly-sisters-slumber-party-brazzers | 9760 - Stepsibling Slumber Party |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/maserati-alice-pink-dommed-dads-girlfriend-1-brazzers | 3924285 - Dommed By Her Dad's Girlfriend: Part 1 |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/maserati-carolina-sweets-pool-toy-brazzers | 3769377 - Pool Toy |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/megan-rain-my-teen-daughter-tied-me-up-brazzers | 10079 - A Teen Tied Me Up |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/mia-lelani-ivy-rose-pink-little-mia-moms-lick-teens | 14903 - Pink Little Mia |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/mia-lelani-sharing-the-mom-brazzers | 9229 - Sharing The Stepmom |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/michelle-thorne-misha-cross-moms-sex-robot-brazzers | 9591 - Mom's Sex Robot |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/mindi-mink-riley-reid-mother-daughter-mink-pink | 14722 - Pink Mink |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/molly-mae-haley-reed-three-fun-sneaky-sex | 15378 - Three Is Fun |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/molly-stewart-richelle-ryan-helping-her-cum-reality-kings | 3222183 - Helping Her Cum |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/moms-bang-teens-cherie-deville-zoey-monroe | 13500 - So Naughty |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/moms-bang-teens-nina-elle-naomi-woods | 14087 - Cock Swap |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/monica-asis-alessandra-miller-moms-coaching | 2235546 - Stepmoms Coaching |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/nekane-sweet-daughters-sweet-pussy-brazzers | 9626 - Nekane's Sweet Pussy |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/nia-nacci-brother-the-perv-reality-kings | 2025193 - My Stepbrother The Perv |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/nicolette-shea-rock-harder-reality-kings | 2940349 - Rock Harder |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/nicolette-shea-the-dick-pic-trick-brazzers | 10588 - The Dick Pic Trick |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/nicolette-shea-vienna-rose-dick-pic-interference | 3318472 - Dick Pic Interference |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/nikita-von-james-stevie-shae-seducing-slutty-mom-brazzers | 7842 - Seducing The Slutty Stepmom |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/nikki-capone-lexxxus-adams-bone-in-capone | 14449 - Bone In Capone |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/nikki-capone-molly-mae-dueling-dildos-reality-kings | 15358 - Dueling Dildos |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/nina-dolci-angel-smalls-home-alone-girlfriends-mom | 1847422 - Home Alone With My Gfs Stepmom |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/nina-dolci-lexxxus-adams-moms-bang-teens | 1847512 - Sex With Lexxxus |

| | | | |
|---|---|---|---|
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/nina-elle-brooke-haze-vacation-sensation | 1853727 - Vacation Sensation |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/nina-elle-have-cock-eat-brazzers | 2676484 - Have Your Cock And Eat It Too |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/nina-elle-karma-rx-the-swap-sneaky-sex | 2286653 - The Swap |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/nina-elle-mommy-issues-part-1-brazzers | 10531 - Mommy Issues - Part 1 |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/nina-elle-they-feel-real-to-me-brazzers | 3110592 - They Feel Real To Me |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/nina-elle-within-holey-matrimony-brazzers | 2676453 - Within Hole-y Matrimony |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/nina-kayy-eva-marie-fucking-mom-eva-reality-kings | 1847587 - Fucking My Stepmom For Eva |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/olivia-austin-quinn-wilde-pussy-hunting-mom-reality-kings | 1896972 - pussy_hunting_with_stepmom |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/olivia-austin-rosalyn-sphinx-learning-from-mom | 3318513 - Learning From Stepmom |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/olivia-fox-avery-adair-miss-fox-busts-the-teens | 1847614 - Ms Fox Busts The Teens |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/olivia-nova-sisters-wet-little-secret-brazzers | 10877 - Olivia's Wet Little Secret |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/osa-lovely-soaking-stepmom-brazzers | 2361043 - Soaking Stepmom |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/osa-lovely-swimsuit-issues-brazzers | 2675824 - Swimsuit Issues |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/osa-lovely-the-stepmom-of-your-dreams-brazzers | 3166287 - The Stepmom of Your Dreams |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/parker-swayze-dylan-daniels-lolo-punzel-friendly-fuck | 14340 - Friendly Fuck |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/phoenix-marie-kylie-nicole-cum-petitive-pricing-brazzers | 9534 - Cum-Petitive Pricing |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/phoenix-marie-rock-hard-reality-kings | 15020 - Rock Hard |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/piper-perri-cory-chase-piping-piper-reality-kings | 14329 - Piping Piper |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/princess-jasmine-presto-this-wand-is-magic | 3166827 - Presto! This Wand Is Magic |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/quinn-wilde-cumming-cookout-sneaky-reality-kings | 1876668 - cumming_to_the_cookout |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/rachel-starr-the-mom-and-the-graduate-brazzers | 10626 - The Stepmom & The Graduate |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/raven-hart-slutty-stepmoms-wedding-brazzers | 10775 - My Slutty Stepmom's Wedding |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/reagan-foxx-lucie-kline-milf-closet-moms-bang-teens | 15131 - Milf In Closet |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/reagan-foxx-never-marry-a-milf-brazzers | 10104 - Never Marry A Milf |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/reagan-foxx-save-the-tits-mommy-got-boobs-brazzers | 10344 - Save The Tits! |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/reagan-foxx-sending-moms-nudes-brazzers | 2445622 - Sending Stepmom's Nudes |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/reagan-foxx-too-hot-to-handle-mommy-got-boobs-brazzers | 10224 - Too Hot To Handle |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/reagan-foxx-total-milf-brazzers | 2417679 - I'm A Total MILF! |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/reagan-foxx-water-shortage-poundage-brazzers | 10969 - Water Shortage Poundage |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/rebecca-jane-smyth-peeping-son-brazzers | 2412433 - Peeping Stepson |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/rebecca-moore-stacey-saran-rub-and-tug-tub | 10817 - Rub-And-Tug-Tub |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/rebecca-more-just-one-clit-away-brazzers | 607637 - Just One Clit Away |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/rebecca-more-rhiannon-ryder-pussy-international | 10846 - Pussy Is International |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/richelle-ryan-cassidy-banks-home-where-whore-brazzers | 10499 - Home Is Where The Whore Is |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/richelle-ryan-kristen-scott-mom-joins-you | 11123 - Mind If Stepmom Joins You? |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/richelle-ryan-lucie-cline-massage-reality-kings | 1853748 - The Massage |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/richelle-ryan-need-protein-shake-brazzers | 2686348 - I Need My Protein Shake |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/riley-reid-melissa-moore-almost-sisters | 9341 - Almost Sisters |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/riley-star-tabatha-jordan-stretching-with-mom | 1944899 - Stretching With Stepmom |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/rina-ellis-risky-rina-father-daughter-reality-kings | RK Prime 6 |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ryan-conner-jojo-kiss-sharing-shower-moms-control | 9768 - Sharing The Shower 2 |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ryan-connor-brazzers-mom-son-seat-dick | 9121 - Take A Seat On My Dick |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ryan-keely-dickrupting-domestic-bliss-brazzers | 3110903 - Dickrupting Her Domestic Bliss |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/ryan-keely-jeni-angel-you-dont-need-a-cock-part-1 | 3795693 - You Don't Need A Cock: Part 1 |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/sally-squirt-quality-time-with-daughter-brazzers | 9675 - Quality Time With Stepdaughter |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/sarah-vandella-lana-sharapova-merrier-brazzers | 3983701 - The More The Merrier |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/sara-st-clair-hailey-little-morning-joe-moms-bang-teens | 15321 - Morning Joe |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/serena-santos-vanessa-sky-threesome-tutorial-brazzers | 3917978 - The Threesome Tutorial |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/shae-celestine-blowjob-lessons-reality-kings | 1921808 - Blowjob Lessons |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/shae-summers-india-summer-topless-tennis | 12395 - Topless Tennis |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/shay-fox-cum-in-me-not-on-my-couch-brazzers | 8801 - Cum In Me Not On My Couch |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/shay-fox-mom-clueless-cum-lessons-mommygotboobs-brazzers | 10225 - Clueless Cum Lessons |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/shayla-leveaux-moms-panties-brazzers | 9234 - My Stepmom's Panties |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/sheridan-love-fucked-in-a-breeze-brazzers | 10095 - Fucked In A Breeze |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/silvia-saige-ally-tate-titty-moms-bang-teens-reality-king | 14708 - Titty Bang |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/silvia-saige-amara-romani-moms-lickteens-reality-kings | 14701 - How Many Licks |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/sofia-rose-load-size-jordis-max-brazzers | 3791940 - Load Size: Jordi's Max |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/sofie-reyez-alexa-vega-mom-ruined-audition | 3258429 - My Stepmom Ruined My Audition |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/sofie-reyez-ivy-secret-reality-kings | 3424633 - Cum To My Window |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/sofie-reyez-ava-koxxx-leigh-darby-scissoring-mom-brazzers | 9688 - My Scissoring Stepmom |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/sweet-cherie-moms-charlotte-stokely-cherie-deville | 14687 - Sweet Cherie |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/sybil-stallone-kitchen-chores-mommygotboobs | 4419841 - Dicking Around The Kitchen Chores |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/sybil-stallone-moms-spring-cleaning-brazzers | 10647 - Stepmom's Spring Cleaning |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/syren-de-mer-my-three-sons-mom | 10152 - My Three Stepsons |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/tana-lea-dont-bother-me-brazzers | 10831 - Don't Bother Me |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/tara-ashley-lust-imitates-art-reality-kings | 1900737 - Lust Imitates Art |

| | | | | |
|---|---|---|---|---|
| incestflix.com | Brazzers | http://www.incestflix.com/watch/tara-holiday-mom-soothes-the-groom-brazzers | 8925 - Stepmom Soothes The Groom | |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/tarra-white-cumming-home-christmas-part-one | 8614 - Cumming Home For Christmas! Part One | |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/tegan-james-alexa-white-nova-brooks-tied-reality-kings | 15245 - Tied Me Up | |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/tegan-james-stranded-mom-brazzers | 10498 - Stranded Stepmom | |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/tia-cyrus-vina-sky-get-in-where-you-fit-in | 2940353 - Get In Where You Fit In | |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/tiffany-rain-mommy-issues-part-2-brazzers | 10541 - Mommy Issues: Part 2 | |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/tiffany-watson-gimme-gimme-never-get-brazzers | 2472736 - Gimme Gimme Never Get | |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/tiffany-watson-great-easter-egg-cunt-brazzers | 10536 - The Great Easter Egg Cunt | |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/tina-kay-blow-team-blow-brazzers | 11045 - Blow Team Blow! | |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/tucker-pierce-lexi-lore-naked-teen-temptress | 2286918 - Naked Teen Temptress | |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/vanessa-cage-can-you-undress-me-brazzers | 3224913 - Can You Undress Me? | |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/vanessa-cage-full-load-us-fucking-brazzers | 2893308 - Full Load-us Fucking | |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/vanessa-sky-anal-about-chores-brazzers | 3876104 - Anal About Chores | |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/vanessa-sky-cant-leave-house-like-that-brazzers | 10708 - You Can't Leave The House Like That! | |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/vanilla-deville-mom-caught-masturbating-brazzers | 6074 - Stepmom Caught You Masturbating | |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/vanna-bardot-becky-bandini-momsincontrol-brazzers | 3979968 - To The Stepmom Goes The Threesome | |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/veronica-rayne-keys-to-her-pussy-brazzers | 10978 - Keys To Her Pussy | |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/veronica-vega-riley-nixon-pranking-gf-sister | 2011557 - Pranking My Gf And Her Stepsister | |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/veronica-vega-smelling-daughters-panties-reality-kings | 1831744 - veronica's panties | |
| incestflix.com | Brazzers | http://www.incestflix.com/watch/violet-starr-heather-vahn-frisking-fucking | 3876782 - Frisking For A Fucking | |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/zelda-morrison-slutty-schoolgirl-sister-reality-kings | 1801674 - Slutty Schoolgirl Stepsister | |
| incestflix.com | Reality Kings | http://www.incestflix.com/watch/zoe-bloom-missy-martinez-kimmy-granger-mom-boss | 2940358 - Mom Is The Boss | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-02-19-2021-kaden-s-curves.html | Kaden's Curves | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-02-19-2021-cops-daughter-craves-cock.html | Cops Daughter Craves Cock | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-02-17-2021-threesome-through-the-wall.html | Threesome Through The Wall | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-02-17-2021-bailey-s-shower-suck-and-fuck.html | Bailey's Shower Suck And Fuck | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-02-15-2021-sand-and-sweat-part-2.html | Sand And Sweat Part 2 | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-02-12-2021-the-sloppy-roommate-cock-swap-part-2.html | The Sloppy Roommate Cock Swap Part 2 | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-02-12-2021-tru-kaits-steamy-lingerie-shower.html | Tru Kait's Steamy Lingerie Shower | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-02-10-2021-azar-prank-me-and-i-will-fuck-your-friend.html | Azar Prank Me And I Will Fuck Your Friend | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-02-10-2021dulce-yoga-freaks-episode-fifteen.html | Dulce Yoga Freaks Episode Fifteen | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-02-08-2021-the-pornstars-babysitter.html | The Pornstars Babysitter | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-02-09-2021-prank-battle-squirt-vs-cum.html | Prank Battle Squirt Vs Cum | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-02-05-2021-the-cumpany-of-strangers.html | The Cumpany Of Strangers | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-02-04-2021-a-threesome-by-the-fire.html | A Threesome By The Fire | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-02-01-2021-lickity-stick-blow-up-doll-trick.html | Lickity Stick Blow Up Doll Trick | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-01-26-2021-smoke-show.html | Smoke Show | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-katie-morgan-cum-play-with-katie-01-23-2021.html | Katie Morgan Cum Play With Katie | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-01-20-2021-bae-tae.html | Bae Tae | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-01-15-2021-katie-kush-greenhouse-drip.html | Katie Kush Greenhouse Drip | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-01-13-2021-kiara-lord-bubble-bath-babe.html | Kiara Lord Bubble Bath Babe | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-01-07-2021-new-phone-whose-dick.html | New Phone Whose Dick | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-01-06-2021-doin-yoga-with-mona.html | Doin Yoga With Mona | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-12-31-2020-abella-the-sinner.html | Abella The Sinner | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-mini-stallion-gets-a-dicking-01-02-2021.html | Mini Stallion Gets A Dicking | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-01-03-2021-selfies-before-sex.html | Selfies Before Sex | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-12-30-2020chase-cocking-utensils.html | Chase Cocking Utensils | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-12-23-2020-cleaning-up-his-act.html | Cleaning Up His Act | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-12-24-2020-all-i-want-for-christmas-is-dick.html | All I Want For Christmas Is Dick | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-12-25-2020-swap-in-for-a-facial.html | Swap In For A Facial | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-12-22-2020-deeply-in-desiree.html | Deeply In Desiree | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-12-20-2020-the-after-after-party.html | The After After Party | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-12-18-2020star-luna-under-pressure.html | Star Luna Under Pressure | |
| JavDoe.tv | Brazzers | https://javdoe.tv/movie/brazzersexxtra-12-13-2020-blindfolded-fantasy.html | Blindfolded Fantasy | |
| NoodleMagazine.com | Brazzers | https://noodlemagazine.com/watch/55594435 159141023 | Orgasms in the Outfield | |
| NoodleMagazine.com | Brazzers | https://noodlemagazine.com/watch/-9871478 149791229 | Brazzers Angelina Valentine | |
| NoodleMagazine.com | Brazzers | https://noodlemagazine.com/watch/39191183 148589855 | Balls of Fire | |
| NoodleMagazine.com | Brazzers | https://noodlemagazine.com/watch/49133188 162768256 | Rachel Roxxx Golf | |
| NoodleMagazine.com | Brazzers | https://noodlemagazine.com/watch/124057308 162333195 | White Girl Can Jump | |
| NoodleMagazine.com | Brazzers | https://noodlemagazine.com/watch/-9871478 149791582 | Brazzers Courtney Cummz | |
| NoodleMagazine.com | Brazzers | https://noodlemagazine.com/watch/-164967960 456240926 | Blindfolded Fantasy | |
| NoodleMagazine.com | Brazzers | https://noodlemagazine.com/watch/-170274984 456242038 | Spying on Solazola | |
| NoodleMagazine.com | Brazzers | https://noodlemagazine.com/watch/-87580216 456239043 | Dressed to Empress | |
| NoodleMagazine.com | Brazzers | https://noodlemagazine.com/watch/-164967960 456240809 | Best of Brazzers: Luna Star | |
| NoodleMagazine.com | Brazzers | https://noodlemagazine.com/watch/-164967960 456240924 | Katrina Moreno Domestic Stripping | |
| NoodleMagazine.com | Brazzers | https://noodlemagazine.com/watch/-38694319 456239195 | Homemade American Tits | |

| Porndish.com | Brazzers | https://www.porndish.com/babygotboobs-kendra-sunderland-sinner-at-dinner/ | Sinner At Dinner |
|---|---|---|---|
| Porndish.com | Brazzers | https://www.porndish.com/hotandmean-lauren-phillips-ava-sinclaire-shut-your-mouth-and-fuck-me/ | Shut Your Mouth And Fuck Me |
| Porndish.com | Brazzers | https://www.porndish.com/bigwetbutts-abella-danger-yoga-for-perverts/ | Yoga For Perverts |
| Porndish.com | Brazzers | https://www.porndish.com/brazzersexxtra-ebony-mystique-semen-demon/ | Semen Demon |
| Porndish.com | Brazzers | https://www.porndish.com/babygotboobs-skye-blue-big-titty-lesbian/ | Big Titty Lesbian |
| Porndish.com | Brazzers | https://www.porndish.com/daywithapornstar-luxury-girl-made-up-dicked-down/ | Made Up Dicked Down |
| Porndish.com | Brazzers | https://www.porndish.com/brazzersexxtra-kaden-kole-kadens-curves/ | Kaden's Curves |
| Porndish.com | Brazzers | https://www.porndish.com/pornstarslikeitbig-phoenix-marie-choose-your-pornstar/ | Choose Your Pornstar - Phoenix Marie |
| Porndish.com | Brazzers | https://www.porndish.com/brazzersexxtra-ashly-anderson-keeping-ashly-occupied/ | Keeping Ashly Occupied |
| Porndish.com | Brazzers | https://www.porndish.com/brazzersexxtra-stacy-cruz-sybil-threesome-through-the-wall/ | Threesome Through The Wall |
| Porndish.com | Brazzers | https://www.porndish.com/brazzersexxtra-bailey-base-baileys-shower-suck-and-fuck/ | Bailey's Shower Suck And Fuck |
| Porndish.com | Brazzers | https://www.porndish.com/bigwetbutts-bella-rolland-vibing-2/ | Vibing 2 |
| Porndish.com | Brazzers | https://www.porndish.com/brazzersexxtra-alexis-fawx-sand-and-sweat-part-2/ | Sand And Sweat Part 2 |
| Porndish.com | Brazzers | https://www.porndish.com/hotandmean-alexis-fawx-olive-glass-sand-and-sweat-part-1/ | Sand And Sweat Part 1 |
| Porndish.com | Brazzers | https://www.porndish.com/brazzersexxtra-adria-rae-alone-with-bfs-pervy-roommate/ | Alone With BFs Pervy Roommate |
| Porndish.com | Brazzers | https://www.porndish.com/brazzersexxtra-rachel-starr-rachel-gets-stuck/ | Rachel Gets Stuck |
| Porndish.com | Brazzers | https://www.porndish.com/babygotboobs-barbie-crystal-big-titty-tutor/ | Big Titty Tutor |
| Porndish.com | Brazzers | https://www.porndish.com/brazzersexxtra-september-reign-paisley-porter-the-sloppy-roommate-cock-swap-part-2/ | The Sloppy Roommate Cock Swap: Part 2 |
| Porndish.com | Brazzers | https://www.porndish.com/hotandmean-september-reign-paisley-porter-the-sloppy-roommate-cock-swap-part-1/ | The Sloppy Roommate Cock Swap: Part 1 |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/ready-and-ripe-big-prnq16205754-b4xw01/ | Teens Love Huge Cocks Vol. 10 |
| Porneq.com | Brazzers | http://beta.porneq.com/video/-recipe-for-sex-mp4-rws-audrey-savannah-1100-prnq15319611-pbxj8q/ | Real Wife Stories Vol. 2 |
| Porneq.com | Brazzers | http://beta.porneq.com/video/return-of-the-foam-big-daredorm-official-porn-return-of-the-foam-big-daredorm-official-porn-prnq15034359-x47k29/ | Dare Dorm #15 |
| Porneq.com | Brazzers | http://beta.porneq.com/video/ripe-melons-2015-dvdrip-split-scenes-scene-1-august-ames-july-2015-torrent-new-prnq15866002-y79w9b/ | Ripe Melons |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/rkprime-17-03-23-sierra-nicole-party-crasher-tk-prnq15645602-y7824r/ | RK Prime 9 |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/rkprime-17-06-08-jillian-janson-splurging-on-jillian-xxx-sd-mp4--prnq16105955-pbmxl7/ | Big Ass Brazilian Butts Vol. 23 |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/rkprime-17-10-26-victoria-june-keep-your-mask-on-xxx-sd-mp4-kleenex-prnq16605959-x4nwa8/ | 1944924 - Keep Your Mask On |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/rk-prime-xhivi-kim-big-cock-tight-pussy-09-04-2016-september-04-2016-big-cock-tight-pussy-big-800-prnq15234597-q28j2j/ | RK Prime #4 |
| Porneq.com | Brazzers | http://beta.porneq.com/video/rws-karlie-montana-bb071014-12000-prnq15930619-wrq80y/ | Wet & Wild Asses |
| Porneq.com | Brazzers | http://beta.porneq.com/video/rws-yurizan-beltran-1000-prnq15290697-q27g7j/ | 7185 - Bend Over  Valentine |
| Porneq.com | Brazzers | http://beta.porneq.com/video/samantha-bentley-plib-samantha-bentley-ap121915-2000-prnq15381399-pbbapy/ | 8696 - British Pornstar Loves Big Dick Anal |
| Porneq.com | Brazzers | http://beta.porneq.com/video/sexual-education-scene-06-prnq15756528-48g9qe/ | Sexual Education |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/shazia-sahari-dark-skinned-babe-fucks-and-milks-cock-xxx-sdrls-prnq15912524-nnzlpp/ | 3359 - Something Special |
| Porneq.com | Brazzers | http://beta.porneq.com/video/shes-gonna-squirt-bonnie-rotten-take-three-for-the-team-sgs-bonnie-rotten-kl030214-2000-prnq15333509-q22zlj/ | Brazzers&#039; Ass Candy |
| Porneq.com | Brazzers | http://beta.porneq.com/video/shes-gonna-squirt-brandi-love-payback-is-a-squirt-05-28-2014-may-28-2014-sgs-brandi-love-kl021714-1000-prnq15041199-pb85k7/ | Brazzers&#039; She&#039;s Gonna Squirt #8 |
| Porneq.com | Brazzers | http://beta.porneq.com/video/hesgonnasquirt-chantelle-fox-the-princess-of-squirt-xxx-264-sgs-chantelle-fox-1000-prnq15488698-b4dzlv/ | She's Gonna Squirt 9 |
| Porneq.com | Brazzers | http://beta.porneq.com/video/sibling-rivalry-gwen-stark-prnq15844155-pbkqe7/ | Sibling Rivalry |
| Porneq.com | Brazzers | http://beta.porneq.com/video/sofia-cucci-penetrating-sofia-bex-sofia-cucci-kl042115-12000-prnq16104604-3qmaw5/ | 8879 - Penetrating Sofia |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/stbj-love-bone-432p-prnq15219321-0521g1/ | Prowling For Teen Pussy Vol. 3 |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/streetblowjobs-kimberlee-cum-hunger-14-08-16-rq-prnq15341165-0555yk/ | 14629 - Cum Hunger |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/streetblowjobs-lux-lisbon-pickup-truck-fuck-01-10-2017-rq-prnq15852968-nnznge/ | 1840066 - Pickup Truck Fuck |
| Porneq.com | Brazzers | http://beta.porneq.com/video/sunbathing-distraction-prnq15597854-b4a409/ | Brazzers&#039; Pornstars Like It Black #3 |
| Porneq.com | Brazzers | http://beta.porneq.com/video/tanned-chick-with-big-curvy-butt-and-ripe-melons-gets-pussybanged-in-the-shower-prnq16278701-erwrm5/ | Pornstar Therapy |
| Porneq.com | Brazzers | http://beta.porneq.com/video/teaselikeitbig-alaina-dawson-elsa-jean-piper-perri-teen-honey-trap-prnq15375224-nnnxew/ | 9691 - Teen Honey Trap |
| Porneq.com | Brazzers | http://beta.porneq.com/video/teenslikeitbig-teens-holly-missy-xxx-teenslikeitbig-teens-holly-missy-xxx-prnq16035724-nnpzwp/ | Teens Like It Big Vol. 6 |
| Porneq.com | Brazzers | http://beta.porneq.com/video/teenslikeitblack-amber-rayne-in-the-finer-things-in-life-sparrow-prnq15940860-l5az1q/ | Brazzers&#039; Big Wet Butts #6 |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/teenslovehugecocks-2015-08-02-michelle-taylor-getting-the-goodies-270p-getting-the-goodies-mobile-prnq15046053-q2zx4d/ | Teens Love Huge Cocks #15 |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/teens-love-huge-cocks-7-xxx-dvdrip-redsection-cassidy-banks-prnq15253953-q2772d/ | Teens Love Huge Cocks Vol. 10 |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/teenslovehugecocks-angel-del-rey-ass-del-rey-prnq16257897-sq29jnn/ | Teens Love Huge Cocks Vol. 9 |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/teenslovehugecocks-ariana-grand-grand-experience-grand-experience-big-prnq15826501-er31j3/ | Teens Love Huge Cocks #8 |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/teenslovehugecocks-jade-kush-tits-and-ass-teenslovehugecocks-jade-kush-tits-and-ass-prnq16704197-q2r2lj/ | Dirty DP Desires |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/teenslovehugecocks-kaylee-haze-576p-prnq15387855-pbbwyq/ | 12940 - The Pleaser |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/teenslovehugecocks-morgan-lee-meeting-morgan-august-08-2015-new-prnq16608955-pbvq8y/ | Teens Love Huge Cocks #15 |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/teen-tryouts-kharlie-stone-prnq16242798-b4xqvg/ | Teen Tryouts |
| Porneq.com | Brazzers | http://beta.porneq.com/video/the-cunt-of-cthulhu-pir-te-the-cunt-of-cthulhu-pir-te-prnq15902010-b4wqjx/ | 7695 - The Cunt of Cthulhu |

EXHIBIT A

| Porneq.com | Brazzers | http://beta.porneq.com/video/the-parodies-7-xxx-2017-web-dl-split-scenes-christen-courtney-rina-ellis-01-prnq15014463-wr8qn9/ | Brazzers Presents: The Parodies 7- Pornstar Go |
|---|---|---|---|
| Porneq.com | Brazzers | http://beta.porneq.com/video/the-sexual-pozzi-scheme-blonde-mature-milf-evita-pozzi-prnq15491768-nn7jq1/ | Baby Got Boobs |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/tits-gone-wild-2015-split-scenes-web-dl-siri-09-22-2015--prnq16144728-48m3nx/ | Big Naturals Vol. 33 |
| Porneq.com | Brazzers | http://beta.porneq.com/video/tlib-alli-rae-sd169x-prnq15068889-er0p9z/ | 9122 - Adventures In Big Cock Babysitting |
| Porneq.com | Brazzers | http://beta.porneq.com/video/tlib-kali-roses-kl110617-12000-prnq15706954-b42p4w/ | 11113 - Why She Likes To Bike |
| Porneq.com | Brazzers | http://beta.porneq.com/video/tlib-keira-knight-sd169-prnq15058299-pb84nx/ | Teens Like It Big Vol. 15 |
| Porneq.com | Brazzers | http://beta.porneq.com/video/-top-20-most-viewed-all-time-1-bex-madison-ivy-kl041414-2000-prnq15374063-wrrkmy/ | Brazzers 10th Anniversary 2004 - 2014 |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/welivetogether-17-01-19-alex-blake-and-averi-brooks-skater-chicks-n1c-prnq16141746-y7nm2r/ | 14963 - Skater Chicks |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/welivetoghr-abigail-mac-and-daisy-summers-lady-lust-wlt-lady-lust-prnq15188763-wr1zx5/ | Pussy Lust |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/welivetogether-dani-daniels-keisha-grey-jenna-sativa-crushing-on-jenna-crushing-on-jenna-big-prnq16205054-b4xw59/ | Lick It Good 3 |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/welivetogether-gabriella-ford-alice-green-bad-girls-xxx-gabriella-ford-prnq16218830-gevl7w/ | Juicy Licks Vol. 4 |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/welivetogether-molly-cavalli-richelle-joy-ride-big-prnq15590984-jzq3b5/ | 10873 - Joy Ride |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/welivetogether-sammie-rhodes-and-risi-simms-pink-pussies-wlt-pink-pussies-prnq15663002-y78r4e/ | 10984 - Pink Pussies |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/welivetogether-sammie-rhodes-georgia-jones-and-ashley-steel-soothing-sauna-soothing-sauna-big-prnq16030880-d0c1m1/ | Cum Out On Top - Molly Cavalli vs Sammie Rhodes Round 5 |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/welivetogether-stephanie-carter-shane-blair-suck-on-stephanie-stephanie-carter-shane-blair-suck-on-stephanie-sd-prnq16642730-gekpk9/ | Big Ass Brazilian Butts Vol. 23 |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/welivetogether-sweet-for-shyla-riley-reid-shyla-jennings-prnq16200154-b4xajx/ | 12331 - Sweet For Shyla |
| Porneq.com | Brazzers | http://beta.porneq.com/video/wet-pornstar-sucking-pir-te-wet-pornstar-sucking-pir-te-prnq15536230-ge0pa0/ | 4629 - Disciplinary Dick Slam |
| Porneq.com | Reality Kings | http://beta.porneq.com/video/yurizan-beltran-videos-pack-big-ass-big-tits-x6-clips-boot-camp-booty-prnq15405159-x44jrb/ | We Live Together Volume 13 |
| Porneq.com | Brazzers | http://beta.porneq.com/video/zzseries-aletta-ocean-lost-in-episode-3-1000-prnq15965759-x4bny8/ | Lost In Brazzers |
| Porneq.com | Brazzers | http://beta.porneq.com/video/zz-serles-katrina-jade-and-bill-bailey-zz-recruits-agent-katrina-prnq15683198-b424zx/ | Brazzers House |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-codi-vore-4/ | Sweeping Up With Her Big Natural Tits |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-olivia-jayy/ | House Sitter's Hardcore Booty Call |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-gia-derza-and-paige-owens/ | Balls And Wrist Deep Anal Threeway |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-kaisa-nord-4/ | Seduced After A Sleepover |
| Pornorips.com | Reality Kings | https://pornorips.com/reality-kings-wet-pussy-pounding/ | Reality Kings – Wet Pussy Pounding |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-alina-ali-2/ | The Anatomy Of Sex |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-sarah-lace/ | Fucking My Girlfriend's Sister |
| Pornorips.com | Reality Kings | https://pornorips.com/reality-kings-toe-fucking-good/ | Toe Fucking Good |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-luna-star-11/ | I Saw You Staring |
| Pornorips.com | Reality Kings | https://pornorips.com/reality-kings-the-mile-high-groupie-jetaway/ | The Mile High Groupie Jetaway |
| Pornorips.com | Reality Kings | https://pornorips.com/reality-kings-the-fuck-it-list/ | The Fuck It List |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-abella-danger-22/ | Stuck And Sucked |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-summer-can-t-sleep/ | Summer Cant Sleep |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-aria-kai-and-alina-ali-2/ | No Need To Fap With A Butt Flap: Part 2 |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-aria-kai-and-alina-ali/ | No Need To Fap With A Butt Flap: Part 1 |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-at-home-follow-vixtors-voice/ | Follow Vixtor's Voice |
| Pornorips.com | Reality Kings | https://pornorips.com/lil-humpers-luna-star-3/ | Ninja Humper |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-at-home-cum-challenge-with-tory-sweety/ | Cum Challenge With Tory Sweety |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-madi-collins-2/ | All Hump Breaks Loose |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-alexia-anders-and-cali-caliente/ | Sleeping Bag Shenanigans |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-at-home-catcalling-catalina/ | Catcalling Catalina |
| Pornorips.com | Reality Kings | https://pornorips.com/reality-kings-out-of-the-pool-onto-a-cock/ | Out Of The Pool Onto A Cock |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-aften-opal-3/ | Spring Break Slut |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-serena-santos-and-mazee-the-goat/ | Left On Read Revenge |
| Pornorips.com | Reality Kings | https://pornorips.com/reality-kings-stretching-out-valentina/ | Stretching Out Valentina |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-gizelle-blanco-2/ | Cybercock Delight |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-mina-moon/ | Doctor Knows Best |
| Pornorips.com | Reality Kings | https://pornorips.com/reality-kings-stretch-me-out/ | Strech Me Out |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-mia-moore-3/ | All I Want For Valentine's Is Dick |
| Pornorips.com | Reality Kings | https://pornorips.com/reality-kings-stealing-his-look-for-licks/ | Stealing His Look for Licks |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-shower-surprise-with-my-sons-friend/ | Shower Surprise With My Son's Friend |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-start-her-up/ | Start Her Up |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-michelle-anderson/ | Procrastination Pussy |
| Pornorips.com | Reality Kings | https://pornorips.com/reality-kings-self-defense/ | Self Defense |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-roommates-fuck-over-the-washing-machine/ | Roommates Fuck Over the Washing Machine |
| Pornorips.com | Reality Kings | https://pornorips.com/rk-prime-josephine-jackson-2/ | Shvitz And Big Natural Tits |
| pornve.com | Brazzers | https://pornve.com/004zvk60sbc4/Milfs_Like_it_Big__Brazzers_-_Jess_Scotland_Danny_D_Jess_Screams_Yes_For_The_Dress.html | 3830498 - Jess Screams Yes For The Dress |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/00iz2umq84go/Kylee_Strutt_Gets_Pounded_By_The_Substitute_Teacher.html | Brazzers Big Tits At School #9 |
| pornve.com | Brazzers | https://pornve.com/011g3ozp04xx/Brazzers_-_Horny_Alexis_Fawx_has_an_extremely_awesome_threesome_in_class_.html | 10268 - College Dreams |
| pornve.com | Brazzers | https://pornve.com/01ru8ybpam3/Brazzers_-_Dr_Melissa_Lynn_gives_Keirans_cock_the_cure_it_deserves_.html | 10957 - The House Call |
| pornve.com | Brazzers | https://pornve.com/01taeqnwkn10/Nina_Elle_Keiran_Lee_Drilling_My_Sergeant.html | 11230 - Drilling My Sergeant |
| pornve.com | Brazzers | https://pornve.com/01x3s5syvd1t/_Brazzers_-_Athenas_stepdad_makes_her_squirt_with_his_big_dick_.html | 2443746 - Turn Me Off And On Again |
| pornve.com | Brazzers | https://pornve.com/02964599tnu8/Interraacial_Abella_Danger_And_Cassidy_Banks_Bex.html | 9564 - Yoga Freaks: Episode One |
| pornve.com | Brazzers | https://pornve.com/02ibcdxivncl/Kinuski_Sinematic_BrazzersExxtra.html | 3878637 - Sinematic |
| pornve.com | Brazzers | https://pornve.com/02kh1995qoi1/Brazzers_-_Sexy_bubble_butt_doctor_Abigail_Mac_treats_her_patient_.html | 11030 - White Coat  Pink Pussy |
| pornve.com | Reality Kings | https://pornve.com/02ozupiqneq4/MilfHunter__RealityKings_Kalina_Ryu_-_Ryu_Time.html | 14668 - Ryu Time |
| pornve.com | Reality Kings | https://pornve.com/03dsfnyfd7x9/realitykings2016_01_03_Sexy_In_Spots.html | 15150 - Sexy In Spots |
| pornve.com | Brazzers | https://pornve.com/03e0m988zbaz/mia_malkova_5430_4_304_plays_published_on_1_day_ago_anal_en_bikini_category_anal_ass_pornstar_mia_malkova_tags_bikini.html | 7972 - Stretch My Ass |
| pornve.com | Brazzers | https://pornve.com/03ges972hjgq/Brazzers_Danny_D_Sperm_Service_Brazzers_Milfs_Like_It_Big_Kayla_Green_Danny_D_Blonde_White_Gi.html | 9370 - Doctor D Sperm Service |
| pornve.com | Brazzers | https://pornve.com/03vvnpdhlvpr/Dillion_Harper_Kneading_A_Teen.html | 9755 - Kneading A Teen |
| pornve.com | Reality Kings | https://pornve.com/03zaqitx9ehd/GFRevenge_Pussy_print.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/048dkrscbr8x/Vic_Laginas_Birthday_Bash_Lisa_Ann.html | 7756 - Vic Lagina's Birthday Bash |
| pornve.com | Reality Kings | https://pornve.com/04akrqytfu7t/GFRevenge_Risky_business.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/05pu8497xh09/Nicole_Aniston_DP_Lesbians_Anal_Facial_Orgy_ZZ_Live_17_By_The_Pool_Bang.html | 9722 - BRAZZERS LIVE 17: POOLSIDE POUNDING |
| pornve.com | Brazzers | https://pornve.com/05qienijz4nr/Pornstars_Like_It_Big_Brazzers_Brandi_Love_Marsha_May_Monique_Alexander_Phoenix_Marie_Romi_Rain_Danny_D_Keiran_Lee_The_Late_Night_Orgy_10_3_2016.html | 9507 - The Late Night Orgy |
| pornve.com | Brazzers | https://pornve.com/05tyt137lldr/All_Good_New_Nikki_Benz.html | 9395 - Day With A Pornstar: Nikki |
| pornve.com | Brazzers | https://pornve.com/05wfwikwwgcm/Lela_Star_-_Under_The_Desk.html | 8280 - Under The Desk |
| pornve.com | Reality Kings | https://pornve.com/06Sqqqjd8oqm/Raven_Hart_-_Sexy_Dirty_Milf.html | 1754259 - sexy_dirty_milf |
| pornve.com | Brazzers | https://pornve.com/06y8nwtlaomu/Julia_Ann_-_In_With_The_New.html | Real Wife Stories Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/07g4ew7d8hxu/Brazzers_Brazzers_House_3_Episode_1_Aaliyah_Hadid_Ashley_Adams_Bridgette_B_Gin.html | 2683969 - Brazzers House 3: Episode 1 |
| pornve.com | Brazzers | https://pornve.com/07kscwoel140/Aletta_Ocean_Red_Anal_-_The_Best.html | 4464 - Do Not Touch! |
| pornve.com | Reality Kings | https://pornve.com/07oun9r48pcz/Karolyne_Vibe_In_Deep.html | 14526 - In Deep |
| pornve.com | Brazzers | https://pornve.com/08009fso3dv4/BrazzersExxtra_19_07_16_Katana_Kombat_Tap_Her_Tactically_XXX_SD.html | 3359418 - Tap Her Tactically |
| pornve.com | Brazzers | https://pornve.com/090m7wzqvflh/_Brazzers-_British_blonde_student_Barbie_Sins_fucks_for_better_grades_.html | 11007 - Extra Credit |
| pornve.com | Brazzers | https://pornve.com/09c82v30dhrh/Big_Tits_Penny_PAX_Big_Boob_Ginger_Big_Boobed_Chick_Gets_Banged.html | 10432 - The Substitute Slut |
| pornve.com | Brazzers | https://pornve.com/09gylsix26d4/NEW_ANAL_Kagney_Linn_Karter.html | 9360 - Don't Touch Her |
| pornve.com | Brazzers | https://pornve.com/09j7qsa37haw/black_angelika_anal_fuck_privateHD.html | 3911 - A Little Trip To Hell |
| pornve.com | Brazzers | https://pornve.com/09jt6tzo9k4b/Valentina_Nappi_Tommy_Gunn_Undercover_Ass.html | 11145 - Undercover Ass |
| pornve.com | Brazzers | https://pornve.com/0a3weigg93q2x/Karma_rx_fucks_black_cock_than_sucks_2_dicks.html | 3768300 - Turning Party Tricks |
| pornve.com | Brazzers | https://pornve.com/0ax7sso0mx82/Teens_In_The_Backseat_Angel_Wicky_Sam_Bourne__Jimena_Lago.html | 10078 - Teens In The Backseat |
| pornve.com | Brazzers | https://pornve.com/0aybg5rcpr9v/Jackhammer_My_Ass_Ashley_Fires__Danny_D.html | 9496 - Jackhammer My Ass |
| pornve.com | Brazzers | https://pornve.com/0b0pgbtfd7dr/Missy_Martinez_-_Slut_Grooming.html | 7490 - Slut Grooming |
| pornve.com | Brazzers | https://pornve.com/0b0xzk1ux0qs/Naughty_Neighbours_Anissa_Kate_And_Ava_Addams_Pussy_Licking.html | 7054 - Naughty Neighbors |
| pornve.com | Brazzers | https://pornve.com/0b4x8d0bm58z/Survey_My_Pussy_Free_Porn_Site.html | 10229 - Survey My Pussy |
| pornve.com | Reality Kings | https://pornve.com/0b99gg2q5vwg/ANAL_Lesbian_43_Full_Movie.html | 12323 - Bush And Tush |
| pornve.com | Brazzers | https://pornve.com/0bo3hnpvrap8/Free_Anal_Bridgette_B__Charles_Dera.html | 9606 - Free Anal |
| pornve.com | Reality Kings | https://pornve.com/0btrihs0qe3a/DAREDORM_60_Payback_1of2.html | Dare Dorm #15 |
| pornve.com | Reality Kings | https://pornve.com/0bwu2xd3j3pm/RoundAndBrown__RealityKings_Miss_Mary_Jane_-_Go_With_The_Flow.html | 14471 - Go With The Flow |
| pornve.com | Brazzers | https://pornve.com/0cirttn59qlu/Mya_Nichole__Madison_James_-_CompeTITion_For_Position.html | Brazzers Big Tits In Sports #3 |
| pornve.com | Brazzers | https://pornve.com/0cqe3j21gc1n/Plump_Pantyhouse.html | 10529 - Plump Pantyloose |
| pornve.com | Reality Kings | https://pornve.com/0cqvwlxf7x9r/Sadie_Pop_Johnny_Castle_Fresh_Pussy_Special.html | 1944917 - Fresh Pussy Special |
| pornve.com | Brazzers | https://pornve.com/0cvvo12dvr1k/These_Roses_Have_Thorn.html | 5955 - These Roses Have Thorns |
| pornve.com | Brazzers | https://pornve.com/0deki3dvy31h/_Brazzers_-_Kendra_Lust_fucked_hard_by_Clover_in_public_.html | 9901 - Doble Rebote en mis Tetas |
| pornve.com | Brazzers | https://pornve.com/0dw4m2j56d4y/Peta_Jensen_Power_Girl_Porn_Parody.html | 10326 - Power Rack: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/0dxcv8e51zk4/Amateur_Big_Tits_Siri_Siri_Tits.html | 8011 - Siri-ously Big Tits! |
| pornve.com | Reality Kings | https://pornve.com/0e46q8dxd6t9/BigNaturals_Brittney_White_Busting_Out_-_09_11_2016.html | 14845 - Busting Out |
| pornve.com | Reality Kings | https://pornve.com/0eaplstm4izp/GFRevenge_Rocking_rebecca.html | 14389 - bikini_body |
| pornve.com | Reality Kings | https://pornve.com/0efchohba6it/Adrian_Maya__Scarlett_Sage_Tattoo_Shop.html | 14584 - Tattoo Shop |
| pornve.com | Brazzers | https://pornve.com/0ekv7uar9e1m/Gina_Lynn_-_Smash_My_Tits_And_Pussy.html | Brazzers Big Tits In Sports #3 |
| pornve.com | Reality Kings | https://pornve.com/0fv55q29p71c/MilfHunter_Milf_Railed_At_The_Station.html | 2286625 - Milf Railed At The Station |
| pornve.com | Brazzers | https://pornve.com/0fzsyauty5nu/Alena_Croft_Receives_An_Anal_Creampie.html | 10106 - Honey Nut Booty-O's |
| pornve.com | Brazzers | https://pornve.com/0g1r4nmr30pd/Knock_Knock_We_Want_Your_Cock_Brazzers.html | 9286 - Knock  Knock We Want Your Cock! |
| pornve.com | Brazzers | https://pornve.com/0gdpmyb8b5nz/Jenny_Hendrix_Gets_Dressed_Up_As_A_Sexy_School_Girl_And_Visits_Johnny_For_A_Good_Fuc.html | 4123 - Miss Dress-Up |
| pornve.com | Brazzers | https://pornve.com/0gp17n2wz39p/ZZSeries_Abigail_Mac_-_Pussy_O_Plomo_Part_1.html | 9636 - Pussy O Plomo  Part 4 |
| pornve.com | Brazzers | https://pornve.com/0gsaonlkchw8/Victoria_Cakes_-_Mom_Makes_It_All_Better.html | 3797026 - Mom Makes It All Better |
| pornve.com | Brazzers | https://pornve.com/0h5tra0gwq1d/BrazzersExxtra-Claudia_Obey_Breaking_In_Putting_Out.html | 4419322 - Breaking In |
| pornve.com | Reality Kings | https://pornve.com/0homqadoyx0f/Chad_White_Bangs_His_Step_Sister_Alix_Lynx.html | 15323 - Reaching Up |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/0hxrkdgnjeqz/Shes_Got_Game_Kylie_Rose__Tyler.html | 9539 - She's Got Game |
| pornve.com | Reality Kings | https://pornve.com/0i3u6jyfqp6t/MomsLickTeens__RealityKings_Riley_Reid_Mindi_Mink_-_Pink_Mink_16_06_07.html | 14722 - Pink Mink |
| pornve.com | Brazzers | https://pornve.com/0i45ih53c27r/T_Presley_-_Sister_Swap_Part_2.html | 11072 - Sister Swap: Part 2 |
| pornve.com | Brazzers | https://pornve.com/0ih3yjfg37gx/abigail_mac_mick_blue_anal.html | 3768303 - Til Assassins Do Us Part |
| pornve.com | Brazzers | https://pornve.com/0ijkr4es68yv/Brittney_White_Babe_Bigtits_Black_Teen_Interracial.html | 10035 - My Naked Boss |
| pornve.com | Brazzers | https://pornve.com/0ilrym9fdd3m/Anal_Bride_Wants_The_Bestmans_Dick.html | 9573 - You Wed Her I'll Bed Her |
| pornve.com | Brazzers | https://pornve.com/0imyxmraynes/Alexis_Ford_-_Hellfire_Club_Emma_Frost_Femdomm.html | 7160 - XXX-Men: The Hellfire Club |
| pornve.com | Reality Kings | https://pornve.com/0iu77ecr62dx/Carmen_Caliente_-_A_Bite_To_Eat.html | 12234 - A Bite To Eat |
| pornve.com | Brazzers | https://pornve.com/0izodfob67wq/Noelle_Easton_-_One_Thick__Juicy_Client.html | 8742 - One Thick & Juicy Client |
| pornve.com | Brazzers | https://pornve.com/0jc5goevi4qx/Ariana_Marie_-_Roommates.html | 9942 - Compañeros |
| pornve.com | Brazzers | https://pornve.com/0jfg445ggue3/Brazzers_Phoenix_Marie_And_Kylie_Nicole_Cum_Petitive_Pricing_XXX.html | 9534 - Cum-Petitive Pricing |
| pornve.com | Brazzers | https://pornve.com/0jhmhsv703nz/just_one_clit_away.html | 607637 - Just One Clit Away |
| pornve.com | Reality Kings | https://pornve.com/0k2flcgo8cuj/MomsLickTeens_Tylo_Duran_Mila_Marx_Spring_Cleaning_-_15_11_2016.html | 15077 - Spring Cleaning |
| pornve.com | Brazzers | https://pornve.com/0kl4usvb8t24/Kylee_Strutt_-_I_Love_Substitute_Teachers.html | Brazzers Big Tits At School #9 |
| pornve.com | Brazzers | https://pornve.com/0kmteecu4bf7/Brazzers__Real_Wife_Stories__Hallowanking_Penny_Pax.html | 10939 - Hallowanking |
| pornve.com | Brazzers | https://pornve.com/0kuhsynprgye/HotAndMean_Monique_Alexander_Nekane_Sweet_Going_HAM_On_The_Nurse_-_13_11_2016.html | 10202 - Going HAM On The Nurse |
| pornve.com | Brazzers | https://pornve.com/0l9k2nlv1io5/DoctorAdventures_-_Alexis_Fawx_And_Marsha_May_Tease_And_Stimulate.html | 9685 - Tease And Stimulate |
| pornve.com | Brazzers | https://pornve.com/0m4navaz5v0h/Hidden_Depths_-_Kiara_Lord__Danny_D.html | 9028 - Hidden Depths |
| pornve.com | Brazzers | https://pornve.com/0mce3iazhxom/_Brazzers_-_Erica_and_Jasmine_stuff_their_pussies_with_big_cocks_.html | 8213 - World Cup UK Team Tits |
| pornve.com | Brazzers | https://pornve.com/0meuftfuc2h1/RealWifeStories_19_07_18_Blanche_Bradburry_If_You_Wont_He_Will_XXX_SD.html | 3609663 - Turning On His Girlfriendâ€™s Mom |
| pornve.com | Brazzers | https://pornve.com/0mf85s890q76/_Brazzers_-_Busty_blonde_army_gal_Nicole_Aniston_fucks_a_soldier_.html | 6355 - Fuck me  Chance Callahan |
| pornve.com | Brazzers | https://pornve.com/0me0obcsow72/madison_scott_pool.html | 8346 - Wet And Ready |
| pornve.com | Brazzers | https://pornve.com/0mpo0n36ycg7/Ember_Snow_-_The_Silent_Treatment.html | 3960073 - The Silent Treatment |
| pornve.com | Brazzers | https://pornve.com/0nfejadut9zc/phoenix_incridible_slut.html | 6808 - The Incredible Slut |
| pornve.com | Reality Kings | https://pornve.com/0nbk8errz1gv/Time_For_Dick.html | 15293 - Time For Dick |
| pornve.com | Reality Kings | https://pornve.com/0ok0o0bdqvwt/GFRevenge_Twice_the_fun.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/0opdd3rkaq8u/Checkmate_Brazzers.html | 3959974 - Checkmate |
| pornve.com | Brazzers | https://pornve.com/0oqrcecxm3r2/Brazzers_-_Slutty_cheerleader_Peta_Jensen_gets_fucked_in_the_shower_.html | 9381 - One Wet Cheerleader |
| pornve.com | Brazzers | https://pornve.com/0osuve4624xz/Hankering_For_A_Spanking_Brazzers.html | 10420 - Hankering For A Spanking |
| pornve.com | Brazzers | https://pornve.com/0p2c6n62n65m/Peta_Jensen_Valentina_Nappi_threesome_Danny_D.html | 8971 - Close Encounters of the Big Kind |
| pornve.com | Brazzers | https://pornve.com/0pb3dbdugl53/Monigues_Secret_Spa_Part_2.html | 10128 - Monique's Secret Spa: Part 2 |
| pornve.com | Reality Kings | https://pornve.com/0pw1gkypow0y/Angie_Dove_40Lovely_pink41.html | 8576 - Lovely Pink |
| pornve.com | Brazzers | https://pornve.com/0pw84y3dyxgn/Phoenix_Marie__Jayden_Jaymes_-_A_Special_Kind_Of_Therapy.html | Real Wife Stories Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/0q45u6h7lgts/jynx_maze_do_exercise.html | 7233 - First Class Yoga Ass |
| pornve.com | Reality Kings | https://pornve.com/0q61z9s3jbl6/Money_Talks_glazed_doughnuts_big.html | 7896 - Glazed Doughnuts |
| pornve.com | Brazzers | https://pornve.com/0rernkcip03x/Brazzers_Extra_Fuck.html | 10508 - Queen Of Thrones: Part 1 |
| pornve.com | Brazzers | https://pornve.com/0rwswlyjdx7z/Foursome_Anal_Party_with_Adriana_Chechik_Karmen_Karma_and_Megan_Rain_.html | 9497 - Living in an Anal Paradise |
| pornve.com | Brazzers | https://pornve.com/0ryifsl7y3si/Anya_Ivy_-_1000000_Years_Big_Boob.html | 9849 - Grandes Tetas de un Millón de Años |
| pornve.com | Brazzers | https://pornve.com/0suv3uqfzfvr/MilfsLikeItBig_-_Alexa_Tomas_Cock_Talk_With_Alexa_Tomas.html | 9571 - Cock Talk With Alexa Tomas |
| pornve.com | Reality Kings | https://pornve.com/0t9unqq4zvj8/Accident_Sex_With_Hot_MILF_Hot_Ass_Fuck_Video_Closeup_Massage.html | 3424646 - Hold It Right There |
| pornve.com | Brazzers | https://pornve.com/0t9ycyasji8n/Tanned_Booty_Bitch_Canela_Skin_Gets_Assfucked_And_Squirts.html | 2974505 - The Ass On Canela |
| pornve.com | Brazzers | https://pornve.com/0tavf4pjrsgn/The_Clumsiest_Girl_In_The_World_Brazzers.html | 4419634 - The Clumsiest Girl In The World |
| pornve.com | Brazzers | https://pornve.com/0trgz1jzbvu1/Brazzers_Girth_In_Her_Shell_A_XXX_Parody_Facial_Pussy_Licking_Reverse_Cowgirl_Nicole_Aniston_M.html | 10504 - Girth In Her Shell: A XXX Parody |
| pornve.com | Reality Kings | https://pornve.com/0trie37vdknz/Anastasia_Morna_Playing_With_Passion_HD_rip_full_video.html | 5424 - Playing With Passion |
| pornve.com | Brazzers | https://pornve.com/0tuhh5rt3jd7/Kylie_Rose_Shes_Got_Game.html | 9539 - She's Got Game |
| pornve.com | Reality Kings | https://pornve.com/0ue2eirfk640/DAREDORM_86_Best_Friends_Forever_1of2.html | Dare Dorm #15 |
| pornve.com | Brazzers | https://pornve.com/0v333vl1swc6/Help_Me_Out_Cory_Chase__Jessy_Jones.html | 2417690 - Help Me Out |
| pornve.com | Brazzers | https://pornve.com/0v5lzh27f89j/NEW_ANAL_Kendra_Lust_New_Best_Personal_Trainer_Session_HD.html | 10359 - Personal Trainers: Session 3 |
| pornve.com | Brazzers | https://pornve.com/0v9st8ddo7zi/Fucking_Newlyweds_Sativa_Rose__Keiran_Lee.html | 7670 - Fucking Newlyweds! |
| pornve.com | Brazzers | https://pornve.com/0vcnik1z9kw/ShesGonnaSquirt_-Jasmine_Caro_-_Wish_Upon_A_Squirt.html | 8076 - Wish Upon A Squirt |
| pornve.com | Brazzers | https://pornve.com/0vlz4l5g51si/_Pounding_Piper_With_Big_Dicks_.html | 9615 - Pounding Piper |
| pornve.com | Brazzers | https://pornve.com/0w07s1ityh8k/Chanel_Preston_40Free_For_All_Fuck_Lessons_06_05_201741_tk.html | 10641 - Free-For-All Fuck Lessons |
| pornve.com | Reality Kings | https://pornve.com/0w3g3dvtdr9o/Pussy_Lover_-_Heather_Night.html | 11596 - Pussy Lover |
| pornve.com | Brazzers | https://pornve.com/0w96y5n7huc3/Dirty_Masseur_9_2017.html | 8013 - Massaging the Masseuse |
| pornve.com | Brazzers | https://pornve.com/0wfregqx1iv8/POV_Big_Wet_Butts_Bring_On_Bella.html | 10740 - Bring On Bella |
| pornve.com | Brazzers | https://pornve.com/0wg8zj95tcjv/Peta_Jensen_Busty_Fucked_Hard_In_Brazzers_Court_Room_By_A_Big_Dick.html | 9225 - ZZ Courthouse: Part Two |
| pornve.com | Reality Kings | https://pornve.com/0wlu8c7xj320/BlackGf6_Bouncing_Beauties40Camille41.html | Amateur Ebony Beauties 3 |
| pornve.com | Brazzers | https://pornve.com/0wngh9hzjf16/young_couple_enjoying_sex_at_home.html | 9472 - Stealing The Young Stud |
| pornve.com | Brazzers | https://pornve.com/0wynbvtmius6/Sexual_Education_8_Brenna_Sparks.html | 10327 - Bunk Bed & Bang |
| pornve.com | Brazzers | https://pornve.com/0xw2lpef5dqd/Nikki_Capone_A_Late_Night_Visitor.html | 9714 - A Late Night Visitor |
| pornve.com | Reality Kings | https://pornve.com/0y2mr3uhpc9o/GFRevenge_Sexy_foster.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/0y4rekch57ar/Brazzers_Maid_For_Anal_2_Nikki_Delano.html | 3040636 - Maid For Anal 2 |
| pornve.com | Brazzers | https://pornve.com/0y9ylbxkjx1z/The_Fuckening_Romi_Rain_Angela_White.html | 11038 - The Fuckening |
| pornve.com | Brazzers | https://pornve.com/0yeguglce0qk/Alanah_Rae_-_The_Dinner_Down_The_Road.html | 5008 - The Diner down the Road |

| pornve.com | Brazzers | https://pornve.com/0yg84ldzdstg/Real_Wife_Stories_-_Brazzers_-_Kendall_Kayden_Keiran_Lee_Busted_At_The_Babyshower.html | 11192 - Busted At The Babyshower |
| pornve.com | Brazzers | https://pornve.com/0ygkqncuy66f/Pornstars_Like_It_Big_-_Shyla_Stylez_Sean_M.html | 7628 - ZZ Girlfriend Exchange |
| pornve.com | Brazzers | https://pornve.com/0ynemvt66t8c/Brittany_OConnell_-_Blind_Date_Disaster.html | MILFS Like It Big Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/0yp1xupe0yfi/violet_starr_the_roaring_whoring_20s.html | 10958 - The Roaring  Whoring 20s |
| pornve.com | Brazzers | https://pornve.com/0yqw25fntb7j/Dont_Just_Kiss_Ass_Fuck_It_-_Monique_Alexander__Erik_Everhard.html | 8922 - Don't Just Kiss Ass  Fuck It! |
| pornve.com | Brazzers | https://pornve.com/0yvct80oudju/Piper_Perri_-_Pounding_Piper.html | 9615 - Pounding Piper |
| pornve.com | Brazzers | https://pornve.com/0z5pmmpsby4l/MomsInControl_Kimmy_Granger_Synthia_Fixx_40Homeschool_Sex_Ed_-_25_10_201641.html | 10132 - Homeschool Sex Ed |
| pornve.com | Brazzers | https://pornve.com/0zfgfenkom5d/F5-Priya_Anjali_Rai_Bad_Teacher_Nice_Tits.html | 6027 - Bad Teacher Nice Tits |
| pornve.com | Brazzers | https://pornve.com/0zb03ek7emc4/The_Slut_In_The_Cupboard_-_Kylie_Nicole__Jordan_Ash.html | 9069 - The Slut In The Cupboard |
| pornve.com | Brazzers | https://pornve.com/0zra04fb8a4j/Jillian_Janson_in_Bubble_Butt_Anal.html | 10993 - Assk and Ye Shall Receive |
| pornve.com | Reality Kings | https://pornve.com/0zt7z7wwzrc8/CrazyAsianGFs_-_Fyre_Pussy.html | Crazy Asian GF's 6 |
| pornve.com | Brazzers | https://pornve.com/1010bs24i0cd/blonde_blowjob_milf_milf_tags_big_tits_filthy_moms_19733_12_730_plays_published_on_1_day_ago_category_big_tits_filthy_moms_tag_this_video_66_top_rated_porn_video_of_today_83_most_played_porn_video_of_today.html | 7829 - The MILF And The Manny |
| pornve.com | Brazzers | https://pornve.com/10njx5g5edp/Cock_In_The_Stall_Susy_Gala_Danny_D.html | 4203244 - Best Of Brazzers: Hottest Bosses |
| pornve.com | Reality Kings | https://pornve.com/10x6m0u83t2d/EuroSexParties_Noe_Milk_Zoe_Doll_40Workout_Sex_-_30_10_201641.html | 15060 - Workout Sex |
| pornve.com | Brazzers | https://pornve.com/119opvaka5nm/BrazzersExxtra_Brandi_Love_Abella_Danger_Neighborly_Love_Motorbunny_Edition.html | 3043510 - Neighborly Love: Motorbunny Edition |
| pornve.com | Brazzers | https://pornve.com/11ak9h3rantf/Private_Insemination_-_Abella_Danger__Jasmeen_Lefleur.html | 8985 - Private Insemination |
| pornve.com | Brazzers | https://pornve.com/11c6ehaq6rkx/RealWifeStories_Kendra_Lust_Need_A_Hand_-_12_07_16.html | 10063 - Need A Hand? |
| pornve.com | Brazzers | https://pornve.com/11q9vsft0jjaj/ANAL_Sophie_Dee_Ond_Keiran_Lee.html | 5305 - Diamonds Are Wherever |
| pornve.com | Brazzers | https://pornve.com/121tazjkyw3/My_Husbands_Best_Friend_Brazzers.html | 10209 - My Husband's Best Friend |
| pornve.com | Brazzers | https://pornve.com/128wtwo8fxih/Fucking_With_A_Vampire_.html | 9194 - Fucking With A Vampire |
| pornve.com | Brazzers | https://pornve.com/135we729jsqc/nicolette_shea_poke_her_face_pornstarslikeitbig_milf_bigtits_nicolette_shea.html | 3268833 - Poke Her Face |
| pornve.com | Brazzers | https://pornve.com/13862p85kp4u/Claudia_Valentine_-_Mamas_Fucking_My_Man.html | 7069 - Mama's Fucking My Man |
| pornve.com | Brazzers | https://pornve.com/13husvembio/_Threes_Cum-pany_-_Brazzers_.html | 9588 - Three's Cum-pany |
| pornve.com | Reality Kings | https://pornve.com/13ia5gtvgs47/All_Good_New_Layla_London.html | 14623 - Touch Me |
| pornve.com | Brazzers | https://pornve.com/13w71ubpuilu/Sneaky_Slut_Needs_To_Learn.html | 10312 - Sneaky Slut Needs To Learn |
| pornve.com | Brazzers | https://pornve.com/1415u4ua9r1y/BigTitsAtSchool_-_Brazzers_-_Ashley_Adams_Johnny_Sins_Make-Up_Sexam.html | 2639288 - Make-Up Sexam |
| pornve.com | Brazzers | https://pornve.com/1478gpieen53/The_Perfect_Hostess_Vicki_Chase_-_Keiran_Lee.html | 9524 - The Perfect Hostess |
| pornve.com | Brazzers | https://pornve.com/15ee39y3ecbn/Alexis_Fawx_Chanel_Preston_Keiran_Lee_Alexis_and_Chanel.html | 11199 - Alexis and Chanel |
| pornve.com | Brazzers | https://pornve.com/15hk4ibqo461/BrazzersExxtra_Nicole_Aniston_Lined_Up_And_Laid_Out_15_05_2018_rq.html | 2412421 - Lined Up And Laid Out |
| pornve.com | Brazzers | https://pornve.com/16j4d7ggm41h/Veronica_Rayne_-_The_Terry_Dingalinger_Show.html | MILFS Like It Big Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/16motmr7r7bo/Cassidy_Banks_-_Banging_Ms_Banks.html | 8711 - Banging Ms. Banks |
| pornve.com | Brazzers | https://pornve.com/17097mcr2m7c/PLIB_Kira_Noir_If_The_Dick_Fits_Pt_3.html | 10511 - If The Dick Fits: Part 3 |
| pornve.com | Brazzers | https://pornve.com/17lrzn50kx4t/the_great_day_u_met_me.html | 10717 - The Day Before You Came |
| pornve.com | Brazzers | https://pornve.com/17mh4ksiv382/HotAndMean_-_Brazzers_Shauna_Skye__Zoey_Taylor_-_From_Rags_To_Bitches.html | 9678 - From Rags To Bitches |
| pornve.com | Brazzers | https://pornve.com/181zgixer4pe/Alexis_Breeze_-_Perky_Perks_-_Brazzers.html | 5030 - Perky Perks |
| pornve.com | Brazzers | https://pornve.com/183kka4qudfb/Nicole_Aniston_Keiran_Lee_-_Betting_On_The_Backspin_-_Pornstars_Like_It_Big.html | 2638978 - Betting On The Backspin |
| pornve.com | Brazzers | https://pornve.com/189kixfzam51/Aletta_Ocean_-_Love_at_First_Fuck.html | 8057 - Love at First Fuck |
| pornve.com | Brazzers | https://pornve.com/18ar9wkyelnf/BEX_Lisa_Ann_Ava_Addams_Ogling_in_the_Office_0306_Brazzers_BrazzersExxtra_Lisa_Ann_Ava_Addams.html | 7433 - Ogling in the Office |
| pornve.com | Brazzers | https://pornve.com/18f5yfdqc4n4/Lisa_Ann_-_Lisas_Big_Secret.html | 8566 - Lisa's Big Secret |
| pornve.com | Brazzers | https://pornve.com/18gh3wq6l1fz/BigButtsLikeItBig_Cristi_Ann_40So_You_Think_You_Can_Twerk_Too_-_13_12_201641.html | 10121 - So You Think You Can Twerk  Too? |
| pornve.com | Reality Kings | https://pornve.com/18x24irq0er3/Jaye_Austin_Ankle_Grabber.html | 13653 - Ankle Grabber |
| pornve.com | Brazzers | https://pornve.com/1903m5f3sgse/Lost_In_brazzers_Part_1.html | 9519 - Lost In Brazzers Episode 1 |
| pornve.com | Reality Kings | https://pornve.com/1950ojy0tar/BigTitsBoss_Sunny_Slide_It_In_Sunny_-_31_10_2016.html | 15026 - Slide It In Sunny |
| pornve.com | Brazzers | https://pornve.com/19b03wvnv7j3/Jillian_Janson_Jessy_Jones_A-mature_Magic.html | 11264 - A-Mature Magic |
| pornve.com | Brazzers | https://pornve.com/19uxb614v5f4/Lets_Fucking_Dance_-_Veronica_Rayne__Ryan_Ryder.html | 8977 - Let's Fucking Dance |
| pornve.com | Brazzers | https://pornve.com/19wtf2g2m70s/Holly_Halston_Fuck_You_Pig.html | 4911 - Fuck You Pig! |
| pornve.com | Brazzers | https://pornve.com/1aet4aga892g/Peacocking_Brazzers_2018__Victoria_June_Keiran_Lee_Baby_Got_Boobs.html | 2409994 - Peacocking |
| pornve.com | Reality Kings | https://pornve.com/1au0u89gplp0/Britney_Light_Zachary_Wild_-_Searching_For_A_Selfie_Slut_-_Sneaky_Sex_-_Reality_Kings.html | 2893961 - Searching For A Selfie Slut |
| pornve.com | Brazzers | https://pornve.com/1b0vvh6euoig/Fucking_Clueless_-_Kenzie_Taylor.html | 8979 - Fucking Clueless |
| pornve.com | Reality Kings | https://pornve.com/1bd1su9tvme5/Lady_Bug__Pretty_Pussy_From_Prague.html | 1853738 - Pretty Pussy From Prague |
| pornve.com | Brazzers | https://pornve.com/1bi9o45vvk9p/Cleaning_Up_His_Cock_-_Luna_Star.html | 4419697 - Cleaning Up His Cock |
| pornve.com | Reality Kings | https://pornve.com/1bkc9bg0b9ib/check_up.html | 14004 - Check Up |
| pornve.com | Brazzers | https://pornve.com/1bnm1sysskpz/RealWifeStories_Kendra_Lust_The_Handicam_and_the_Whore_854px480.html | 8992 - The Handicam and the Whore |
| pornve.com | Brazzers | https://pornve.com/1c0jvzg5mpw3/Rhyse_Richards_-_A_Mothers_Intrusion.html | Mommy Got Boobs Vol. 6 |
| pornve.com | Brazzers | https://pornve.com/1c62ftuyutfj/BRAZZERS_BigTitsAtSchool_Bad_Teacher_Nice_Tits.html | 6027 - Bad Teacher Nice Tits |
| pornve.com | Brazzers | https://pornve.com/1c9ml5lsnv4/HotAndMean_Phoenix_Marie__Jayden_Cole_Stuck_With_Her_Pussy_Out.html | 4419544 - Stuck With Her Pussy Out |
| pornve.com | Brazzers | https://pornve.com/1cc7f9gtgoh/Pornstar_Fantasies_Brazzers.html | 9318 - Pornstar Fantasies |
| pornve.com | Brazzers | https://pornve.com/1ceu0xi4ig5m/Samantha_Ryan_-_Milfs_Like_It_Sleazy.html | 6877 - Milf's Like it Sleazy |

| pornve.com | Reality Kings | https://pornve.com/1d6e4yjd2i5b/Guy_gives_cunnilingus_to_love_just_for_subsequent_bonking.html | 15134 - Candy Crotch |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/1d7ltta46cai/Brazzers_Model_Stepmom.html | 2842903 - The Model Stepmom |
| pornve.com | Brazzers | https://pornve.com/1d8zr7f3zre7/Lauren_Phillips_My_Professors_Pantyhose.html | 11191 - My Professor's Pantyhose |
| pornve.com | Reality Kings | https://pornve.com/1duls46c3hsf/Couples_Seduce_Couples_18_2015_Minnie__Angie.html | 12730 - Hard Love |
| pornve.com | Brazzers | https://pornve.com/1dyk4ojoe9zf/Memphis_Monroe_-_Take_Me_Out_To_The_Boob_Game.html | Brazzers Big Tits In Sports #3 |
| pornve.com | Brazzers | https://pornve.com/1ecehn49yiij/Humping_My_Chakras_Brazzers.html | 2992004 - Humping My Chakras |
| pornve.com | Brazzers | https://pornve.com/1evqiniilnfub/eva_lovia_no_husbands_allowed_remastered.html | 4260730 - No Husbands Allowed: Remastered |
| pornve.com | Brazzers | https://pornve.com/1exnegl5e4c6/Organic_Orgasms_Kiki_Minaj_Danny_D.html | 2911122 - Organic Orgasms |
| pornve.com | Brazzers | https://pornve.com/1f99734b30il/Dani_Daniels_Fuck_He_Says_She_Fucks_57_Top_Rated_Porn_Video_Of_Today_142_Most_Played_Porn_Video_Of_tToday.html | 10193 - He Says  She Fucks |
| pornve.com | Brazzers | https://pornve.com/1f9h22npiutx/mom_first_time_incesti.html | 2358758 - Best Of Brazzers: Working Out |
| pornve.com | Reality Kings | https://pornve.com/1fkf6hgzzdgg/Money_Talks_true_lies_big.html | 8132 - True Lies |
| pornve.com | Brazzers | https://pornve.com/1flodc2tllh8/Sheila_Marie_-_Squirting_In_The_Shower.html | 7819 - Squirting In The Shower |
| pornve.com | Reality Kings | https://pornve.com/1fnxr55v31e2/Aryana_Adin_All_Over_Her_Overalls.html | 3222198 - All Over Her Overalls |
| pornve.com | Brazzers | https://pornve.com/1g1w0s2pk0wm/Ava_Addams_Nikki_Benz_Phoenix_Marie_Romi_Rain_Brazzers_House_Orgy_Finale.html | 9077 - Brazzers House Orgy Finale |
| pornve.com | Brazzers | https://pornve.com/1gc7qyzjuacy/Audrey_Show_-_Hit_The_Shower_Sims.html | 8872 - Hit The Shower  Sins! |
| pornve.com | Brazzers | https://pornve.com/1gfamx5k6ivj/Pulse_Part_One_-_Eva_Parcker.html | 9025 - Pulse: Part One |
| pornve.com | Reality Kings | https://pornve.com/1go0exi8f4pa/Couples_Seduce_Couples_18_2015_Kyra__Candi.html | 12783 - So Amazing |
| pornve.com | Brazzers | https://pornve.com/1gqu2mw7l748/_The_Cougar_And_The_Virgin_-_Brazzers_.html | 9299 - The Cougar And The Virgin |
| pornve.com | Brazzers | https://pornve.com/1gssuotmfim4/asa_akira_swallows.html | 9989 - Vente  Quá©date un Rato |
| pornve.com | Brazzers | https://pornve.com/1h5ps9r1mj90/Almost_Sisters_Riley_Reid__Melissa_Moore_Threesome_.html | 9341 - Almost Sisters |
| pornve.com | Reality Kings | https://pornve.com/1h5qiosd10u2/Blondie_Fesser_Marta_La_Croft.html | 14967 - Thick And Ready |
| pornve.com | Brazzers | https://pornve.com/1h6bk3eq6rhy/Makayla_Cox_is_A_Mummy_With_Issues.html | 9366 - Sneaky Sauna Mama |
| pornve.com | Brazzers | https://pornve.com/1h82tik4d9w7/Stephanie_Cane_-_Dear_Diary_I_Luv_Big_Cock.html | Teens Like It Big Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/1h9sm3wwiv5f/Fuckin_Fountain_Keira_Croft.html | 3923313 - Fuckin' Fountain! |
| pornve.com | Brazzers | https://pornve.com/1hkx36x841y6/jillian_janson_boned_by_the_butler_part_2_brazzersexxtra.html | 3722253 - Boned By The Butler:  Part 2 |
| pornve.com | Brazzers | https://pornve.com/1hqv07cid6ch/Peta_Jensen__Valentina_Nappi.html | 8971 - Close Encounters of the Big Kind |
| pornve.com | Brazzers | https://pornve.com/1inpxxrf8tmx/monique_alexander__skyla_novea_pornstar_therapy_2_new_april_1_2016_-_720p.html | 9542 - Pornstar Therapy 2 |
| pornve.com | Brazzers | https://pornve.com/1ipy23a3x7rd/Special_assistant_for_Mrs_Carter.html | 9749 - Special Assistant To Ms. Carter |
| pornve.com | Reality Kings | https://pornve.com/1ivmrsdxarva/Slip_It_In_4_S4_Kinky_Kirby_Kirby_Maverick.html | 13471 - Kinky Kirby |
| pornve.com | Brazzers | https://pornve.com/1j2nli8sp4d0/BigWetButts_-_Assh_Lee_Sunbathing_Distraction.html | 9789 - Sunbathing Distraction |
| pornve.com | Brazzers | https://pornve.com/1j6an1e4cncp/Brazzers_-_Rub-And-Tug-Tub.html | 10817 - Rub-And-Tug-Tub |
| pornve.com | Brazzers | https://pornve.com/1j9ujezfuqrq/Little_Red_Riding_Whore_-_Nikki_Rhodes.html | 4376 - Little Red Riding Whore |
| pornve.com | Brazzers | https://pornve.com/1k3qct51j46o/BabyGotBoobs_Layla_London_Attack_Of_The_Rack.html | 9632 - Attack of the Rack |
| pornve.com | Brazzers | https://pornve.com/1k5n9dr13c7b/Sacrifice_My_Ass_-_Joanna_Angel_Xander_Corvus.html | 2461937 - Sacrifice My Ass |
| pornve.com | Brazzers | https://pornve.com/1k771cq10rux/Clyde_Heart_At_Home_CFNM_Yola_Squirts_For_You.html | 4418442 - RK At Home: CFNM Yola Squirts For You |
| pornve.com | Brazzers | https://pornve.com/1kif0es43s7m/Sarah_Banks_Pussy_Pat_Down.html | 11178 - Pussy Pat-Down |
| pornve.com | Brazzers | https://pornve.com/1l06ht46yeyl/Brazzers_Porn_Star_Sex_Tips_3_Brooke_Beretta.html | 2927868 - Porn Star Sex Tips 3 |
| pornve.com | Brazzers | https://pornve.com/1l3cr0l0tqz2/_Brazzers_-_Pervy_security_guy_gets_humiliated_and_fucked_by_2_hot_milfs_.html | 7433 - Ogling in the Office |
| pornve.com | Reality Kings | https://pornve.com/1lds81b230nt/RealityKings_-_Pervert_Punishment_Realitykings_RK-Prime_Leigh_Darby_Ava_Kexxx_Sam_Bourne_Blonde.html | 1810263 - pervert_punishment |
| pornve.com | Brazzers | https://pornve.com/1ldyiykyxgs8/Brooklyn_Chase_-_Goody_Two_Tits.html | 6971 - Goody Two Tits |
| pornve.com | Reality Kings | https://pornve.com/1lvvaicofe8b/LilHumpers_3_S1_Krissy_Lynn_Long_Distance_Cucking.html | Lil Humpers 3 |
| pornve.com | Brazzers | https://pornve.com/1lwmfzh2hffc/Shes_Sneaky_Sweat_Maggie_Green.html | 3648233 - She's Sneaky Sweet |
| pornve.com | Brazzers | https://pornve.com/1m4kf6regobr/Anal_Day_With_Jolee_Love.html | 3291087 - Anal Day With Jolee |
| pornve.com | Brazzers | https://pornve.com/1mh039w3qdeq/Whats_In_the_Bag_-_Karlie_Simon.html | 8888 - What's In the Bag? |
| pornve.com | Brazzers | https://pornve.com/1n661l8ozzo6q/Dylan_Ryder_-_Doodling_The_Teacher.html | Brazzers Big Tits At School #9 |
| pornve.com | Brazzers | https://pornve.com/1njw5zfs9i88/katana_kombat_katana_works_it.html | 3425279 - Katana Works It |
| pornve.com | Brazzers | https://pornve.com/1nw7ixcmvqd8/Brazzers_Taking_Pics_And_Stealing_Dick_Brazzers_Jordi_El_Nino_Polla_Mina_Sauvage_Teens_Like_It.html | 10151 - Taking Pics And Stealing Dick |
| pornve.com | Brazzers | https://pornve.com/1obuk61q72nv/Veronica_Rayne_-_Ra_Ra_Fuck_My_Ma.html | 9128 - Ra Ra Fuck My Ma |
| pornve.com | Brazzers | https://pornve.com/1oedn7je164h/Brazzers_-_The_Welcum_Tour.html | 3124474 - The Welcum Tour |
| pornve.com | Brazzers | https://pornve.com/1ochuipsh2yn/Lana_Rhoades__Nicolette_Shea_-_Double_Occupancy.html | 10813 - Double Occupancy |
| pornve.com | Reality Kings | https://pornve.com/1omnexow1vhy/DareDorm_Sophia_Leone_Michelle_Martinez_Joseline_Kelly_-_Halloween_Dress_Down_28_10_2016.html | Dare Dorm #30 |
| pornve.com | Brazzers | https://pornve.com/1oo0su27o84w/Diamond_Foxxx_-_Vice_City_Vacation_Part_One.html | 8759 - Vice City Vacation: Part One |
| pornve.com | Brazzers | https://pornve.com/1orl7jukauzx/Delta_White_-_The_Flash_Bandit.html | Pornstars Like it Big Vol. 7 |
| pornve.com | Reality Kings | https://pornve.com/1ozd7efbbdbv/Abellas_A_Pornstars_Natural_Habitat.html | 3258433 - Abella Natural Habitat |
| pornve.com | Brazzers | https://pornve.com/1p0t2ejlhor0/GFRevenge_Does_a_body_right.html | 14389 - bikini_body |
| pornve.com | Reality Kings | https://pornve.com/1pfycakck3yc/Cum_To_Mommy_2_RealityKings.html | 14663 - Milf Crazy |
| pornve.com | Brazzers | https://pornve.com/1pq6iq1lor21/My_Stepmoms_Obsessed_With_Me_Brazzers.html | 10445 - My Stepmom's Obsessed With Me |
| pornve.com | Brazzers | https://pornve.com/1q0fb8dap0g8/Ryan_Uses_The_Washing_Machine_Ryan_Keely.html | 4418112 - Nikki Gets Wet By The Pool |
| pornve.com | Brazzers | https://pornve.com/1q13odwfe507/BigTitsAtWork_Angela_White_Full_Service_Banking_22_01_2018.html | 11210 - Full Service Banking |
| pornve.com | Brazzers | https://pornve.com/1q17tnkabeav/What_A_Fucking_Driver_Angelina_Taylor_480p.html | 9308 - Shagging the Chauffeur |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/1qc7fx2f2mof/Holly_Hendrix_And_Mandy_Muse_bblib_bblib_Threesome_Pornstar_Holly_Hendrix_Mandy_Muse_Tags_Anal.html | 2358770 - Best Of Brazzers: Anal Extravaganza |
| pornve.com | Brazzers | https://pornve.com/1qhqzcjpmj36/Cherie_Deville_Cosplay_With_My_Ass.html | 11028 - Cosplay With My Ass |
| pornve.com | Brazzers | https://pornve.com/1qxdfo70pnlb/Anal_New_Diamond_Jackson_Office_Interraccial.html | 10016 - Diamond Is Your Boss |
| pornve.com | Brazzers | https://pornve.com/1qpxm7hnp1ac/Susy_Gala_Danny_D_-_Foot_Clerk_At_Work_-_Big_Tits_At_Work.html | 2439769 - Foot Clerk At Work |
| pornve.com | Brazzers | https://pornve.com/1r02gctb9vou/Anal_New_Lauren_Phillips.html | 9747 - Easiest A |
| pornve.com | Brazzers | https://pornve.com/1rde6cvjo2p5/Capri_Cavanni_-_Show_Now_Touch_Later.html | Big Tits at School Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/1rv205k1aufb/Cock_of_Duty_A_XXX_Parody_2016_English_WEBRip.html | 10186 - Cock Of Duty: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/1rze3fwtoqpv/BigWetButts_Peyton_Sweet_Sweet_Ass_Candy_-_16_08_16.html | 10099 - Sweet Ass Candy |
| pornve.com | Brazzers | https://pornve.com/1s3bxyuutj82/Brazzers_One_Wet_Cheerleader_Brazzers_Big_Tits_Big_Tits_At_School_Peta_Jensen_Brunette_Shave.html | 9381 - One Wet Cheerleader |
| pornve.com | Brazzers | https://pornve.com/1s4mragewgah/Katrina_Jade__Keisha_Grey_-_Onesie_Party.html | 8762 - Onesie Party |
| pornve.com | Reality Kings | https://pornve.com/1s74cl95qagq/RKPrime_Ava_Koxxx_And_Leigh_Darby_Pervert_Punishment.html | 1810263 - pervert_punishment |
| pornve.com | Brazzers | https://pornve.com/1sy62byc02mj/brazzer_sex_xtra_brazzers_abby_lee_brazil_sean_lawless_slut_hotel.html | 10469 - Slut Hotel: Part 2 |
| pornve.com | Brazzers | https://pornve.com/1szpf1sl0lywn/Sharing_Is_Caring_August_Taylor_Sybil.html | 9509 - Sharing Is Caring |
| pornve.com | Brazzers | https://pornve.com/1ta6f4v0j6o/The_Masturbating_Teacher_-_Sunny_Lane__Danny_D.html | 8556 - Zoey and Madelyn's Anal Diaries |
| pornve.com | Brazzers | https://pornve.com/1ta6f4v0j6o/The_Masturbating_Teacher_-_Sunny_Lane__Danny_D.html | 8996 - The Masturbating Teacher |
| pornve.com | Brazzers | https://pornve.com/1te6e8nw1rsk/Teen_Sleepover_Brazzers.html | 8549 - Teen Sleepover |
| pornve.com | Brazzers | https://pornve.com/1u5991810c98/Puma_Swede_-_The_Puma_Unleashes_In_The_Bathroom_Stall.html | MILFS Like It Big Vol. 4 |
| pornve.com | Reality Kings | https://pornve.com/1ugn81h14otl/Carmen_Caliente_-_Carmen_Loves_Cock.html | 12338 - Carter In Control |
| pornve.com | Brazzers | https://pornve.com/1uhr1zu2q6h8/Missy_Martinez_-_Not_Another_Happy_Ending.html | 9623 - Not Another Happy Ending! |
| pornve.com | Brazzers | https://pornve.com/1uix25mksq8s/National_Pornographic_The_Teen_Porn_Star_-_Gina_Gershon__Danny_D.html | 8933 - National Pornographic: The Teen Porn Star |
| pornve.com | Reality Kings | https://pornve.com/1umndo48cdiu/big_butt_ebony.html | 15442 - licking_lush |
| pornve.com | Reality Kings | https://pornve.com/1urerlzdf6ply/WeLiveTogether_17_02_16_Kelsi_Monroe_And_Khloe_Kapri_Wicked_Surprise_Part_1_XXX_-_KTR.html | 15380 - Wicked Surprise Pt2 |
| pornve.com | Brazzers | https://pornve.com/1uroecyp5edr/Blanche_Bradburry_Maid_For_Anal.html | 9684 - Maid For Anal |
| pornve.com | Brazzers | https://pornve.com/1vv5wetrpu57/Kendra_Lust__Peta_Jensen_My_Two_Wives.html | 8758 - My Two Wives |
| pornve.com | Brazzers | https://pornve.com/1x0tq15jb6nk/18_Bella_Rose_And_Miss_Raquel_Girl_Forced_To_Massage_8_Top_Rated_Porn_Video_Of_Today_28_Most_Played_Porn_Video_Of_Today_41_TOP_Rated_Porn_Video_Of_Week.html | 10551 - What the Client Wants_the Client Gets 2 |
| pornve.com | Reality Kings | https://pornve.com/1x65emayjoun/Reality_Kings_Bang_Teens_11.html | 12913 - Love Is In The Bare |
| pornve.com | Brazzers | https://pornve.com/1xbshug4squ0/Teasing_The_Teaser_Brazzers.html | 10730 - Teasing The Teaser |
| pornve.com | Brazzers | https://pornve.com/1xfe6gx7bv96/Lola_Foxx_-_Chief_Executive_Whore.html | 9035 - Chief Executive Whore |
| pornve.com | Brazzers | https://pornve.com/1xob1xrazj3v/Sam_Bourne_Michelle_Thorne_-_Fixing_My_Daughters_Boyfriend.html | 4417610 - Fixing My Daughter's Boyfriend |
| pornve.com | Brazzers | https://pornve.com/1xowjtcq65y5/Christie_Stevens_-_The_Anal_Method.html | 8718 - The Anal Method |
| pornve.com | Brazzers | https://pornve.com/1xox97upc98/MILF_Jayden_Jaymes_Oiled.html | 6545 - Amicable Payment |
| pornve.com | Brazzers | https://pornve.com/1xv7w58c62pg/Bubble_Bath_Booty_Call_Moriah_Mills.html | 11021 - Bubble Bath Booty Call |
| pornve.com | Brazzers | https://pornve.com/1y4b5yqq8xbz/Dani_Daniels_-_Fuck_The_Law.html | Real Wife Stories Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/1ybg6f6fxch1/Nurse_Fuck_with_Criminal.html | 7548 - Jailhouse Fuck |
| pornve.com | Brazzers | https://pornve.com/1ys8r9ckd7h2/Queen_of_Thrones_Part_3.html | 10508 - Queen Of Thrones: Part 2 |
| pornve.com | Brazzers | https://pornve.com/1yvihsdlntk4/London_River_Charles_Dera_-_Bench_Press_My_Biddy_-_Brazzers_Exxtra_-_Brazzers.html | 2971169 - Bench Press My Biddy |
| pornve.com | Brazzers | https://pornve.com/1zdo9rbppcbd/All_Dolled_Up.html | 10781 - All Dolled Up |
| pornve.com | Brazzers | https://pornve.com/1zmxbu8ygixc/Diana_Prince_-_Back_Door_Robbery_-_Brazzers.html | 5421 - Back Door Robbery |
| pornve.com | Reality Kings | https://pornve.com/207feb8nbnzd/TLeah_Gotti_-_Good_Gotti.html | 14558 - Good Gotti |
| pornve.com | Brazzers | https://pornve.com/20ao1q9slxqd/Riley_Reid_POV_Nurse_Helps_To_Donate_Sperm.html | 9480 - Nurse Riley |
| pornve.com | Brazzers | https://pornve.com/20b69srgkzd/Nikki_Benz_-_A_Heros_Treatment.html | Big Tits In Uniform |
| pornve.com | Brazzers | https://pornve.com/20b94oamzj0m/Anal_New_Aletta_Ocean_Pornstars_Like_It_Big.html | 10088 - Oversnatch: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/20izjruvu1s/Brazzers_Pornstars_Like_It_Big_Pornstars_Are_Just_Like_Us_Jessa_Rhodes.html | 2927871 - Pornstars Are Just Like Us! |
| pornve.com | Brazzers | https://pornve.com/20qyby4chqii/Brandi_Love_-_One_Night_in_Swinger_Heaven_-_Brazzers.html | 7750 - One Night in Swinger Heaven |
| pornve.com | Brazzers | https://pornve.com/21uqw3bzanzg/Brazzers_-_Teens_In_The_Backseat_Anal_Big_Tits_Blonde_Brunette_Femdom_Girlfriend_Latina_Natur.html | 10078 - Teens In The Backseat |
| pornve.com | Brazzers | https://pornve.com/21w4p49864cz/Taking_it_in_the_Laundry_Shoot_Mya_Nichole__Keiran_Lee.html | 4457 - Taking it in the Laundry Shoot |
| pornve.com | Brazzers | https://pornve.com/221uir2rxiz5/mommy_funny_mommy_funny_3145_9_793_plays_published_on_1_day_ago_category_ass_redhead_pornstar_alana_cruise_tags_anal_red_head_tag_this_video_105_most_played_porn_video_of_today.html | 10458 - Never Interrupt Mommy Time |
| pornve.com | Reality Kings | https://pornve.com/23i1drgj5t6e/CumFiesta_Chloe_Couture_Cooch_Couture.html | 14161 - Cooch Couture |
| pornve.com | Brazzers | https://pornve.com/242ikhtuyn29/Juelz_Ventura_Wide_Open_Ass.html | 6175 - Wide Open Ass ! |
| pornve.com | Reality Kings | https://pornve.com/245jyjjmvtpy/8thStreetLatinas_Vanessa_Sparks_All_Sparks_-_21_10_2016.html | 15023 - All Sparks |
| pornve.com | Brazzers | https://pornve.com/24aftoodo4tv/Milf_Squad_Vegas_Ava_Addams_Bill_Bailey.html | 9433 - Milf Squad Vegas: Big Cock Commandeering |
| pornve.com | Brazzers | https://pornve.com/24drx3opwn7k/DirtyMasseur_Mia_Malkova_Remastered_White_Yoga_Pants.html | 7940 - White Yoga Pants |
| pornve.com | Reality Kings | https://pornve.com/24fybtah04tu/Elena_Gilbert_Tyler_Steel_Rich_Girl_Learns_A_Lesson.html | 2235557 - Rich Girl Learns A Lesson |
| pornve.com | Reality Kings | https://pornve.com/24xzqdffynvc/MomsBangTeens_-_Vanessa_Sparks_Jamie_Valentine-The_Report_Card.html | 15057 - The Report Card |
| pornve.com | Brazzers | https://pornve.com/2547nt4bv2sh/Lexi_Belle_Naughty_60s_Diner_Fun_Roller_Skates.html | 4209 - Naughty 60's Diner Fun |
| pornve.com | Reality Kings | https://pornve.com/25aj0u9jr3u1/Parker_Swayze_-_Play_With_Swayze.html | 14374 - Play With Swayze |
| pornve.com | Brazzers | https://pornve.com/260o5dv2r0eo/Big_Tits_MILF_Butterball_Getting_In_Shape.html | 7735 - Tits for the Gold |
| pornve.com | Brazzers | https://pornve.com/26393bww02t1/MilfsLikeItBig_Kendra_Lust_Kendras_Thanksgiving_Stuffing_23_11_2016_rq_1k.html | 10241 - Kendra's Thanksgiving Stuffing |
| pornve.com | Reality Kings | https://pornve.com/267ua0dozmn9/StreetBlowJobs_Chelsea_Jade_Catch_My_Cum_-_17_07_16.html | 14628 - Catch My Cum |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/269qcod7144u/Ava_Addams_Sucking_The_Sitter.html | 3395704 - Sucking The Sitter |
| pornve.com | Reality Kings | https://pornve.com/26u6pn5sjgug/8thStreetLatinas_Cristi_Ann_Sucking_And_Fucking_-_26_08_16.html | 14896 - Sucking And Fucking |
| pornve.com | Brazzers | https://pornve.com/26wnsp6hriwf/Jenaveve_Jolie_-_Hot_For_The_Teacher.html | Big Tits at School Vol. 4 |
| pornve.com | Reality Kings | https://pornve.com/27ewjrmkcmd6/Mazzy_Grace_Prissy_Pussy.html | 2940336 - Prissy Pussy |
| pornve.com | Brazzers | https://pornve.com/27fc8fzg0gf4/Mounted_By_My_Mother_In_law_Brandi_love.html | 2412434 - Mounted By My Mother-In-Law |
| pornve.com | Reality Kings | https://pornve.com/27jcdlmvopdu/Stacy_Jay_-_Tity_Transaction.html | 14003 - Titty Transaction |
| pornve.com | Brazzers | https://pornve.com/27u9oy215get/Lea_Lexis_-_Return_of_the_Stalker.html | 9164 - Return of the Stalker |
| pornve.com | Brazzers | https://pornve.com/27zn1col4bwk/_blowjob_big_tits_milf_hardcore_big_dick_mature_handjob_foursome_groupsex_milf_tags_big_tits_4009_7_428_plays_published_on_1_day_ago_luka40090gmail_for_online_fun_online_gf_category_babe_syren_demer_tag_this_video_.html | 10152 - My Three Stepsons |
| pornve.com | Brazzers | https://pornve.com/28dnbdxnbbs2/Rebecca_More_Filthy_Moms_1_S4.html | 7592 - Merry Pumpings's Nanny Service |
| pornve.com | Brazzers | https://pornve.com/28e6ikc8xqyo/Bridgette_B_Nicolette_Shea_-_BabeZZ_Watch_A_XXX_Parody_-_Brazzers.html | 10575 - BabeZZ Watch: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/298k02prqqu4/Angelica_Heart_fucks_on_bike.html | 4773 - Biker Butt |
| pornve.com | Brazzers | https://pornve.com/29asd8cwatpf/Wife_cheating_on_her_husband_with_a_thief.html | 9946 - InvasiÃ³n en casa |
| pornve.com | Brazzers | https://pornve.com/29o15rutlepj/Lisa_Ann_Facial_Lust_Bite_Episode_3_.html | 5133 - Ep-2: Tonight  We Feast |
| pornve.com | Brazzers | https://pornve.com/29v63p5fafju/WeLiveTogether_19_07_16_Autumn_Falls_And_Scarlit_Scandal_Dipping_And_Dripping_XXX_SD.html | 3474237 - Dipping And Dripping |
| pornve.com | Reality Kings | https://pornve.com/2a1yq3yx43h1/Cassidy_Banks_-_Teens_Love_Huge_Cocks_7_2015.html | 12338 - Carter In Control |
| pornve.com | Brazzers | https://pornve.com/2adsi661pu2r/ZZ_Lemonade_Dani_Daniels_Jessy_Jones_Dani_Daniels_Big_Butt_White_Girl_Brazzers_Oiled_Pornstars.html | 9764 - ZZ Lemonade: Dani Daniels |
| pornve.com | Brazzers | https://pornve.com/2atx0z03tigd/DirtyMasseur_19_07_23_Alexis_Fawx_Multitasking_Massage_XXX_SD.html | 3402009 - Multitasking Massage |
| pornve.com | Reality Kings | https://pornve.com/2axxxfsks0dr/Janice_Griffith_6_Published_On_23_Minutes_Ago_Subscribe_For_More_hdp0rn.html | 12338 - Carter In Control |
| pornve.com | Reality Kings | https://pornve.com/2bdbq1apnrcs/Callie_Nicole_What_That_Mouth_Do_Blowjobs.html | 13906 - What That Mouth Do |
| pornve.com | Brazzers | https://pornve.com/2bsx5r5nlqg9/Bridgette_B_-_Bubbliest_Butt.html | 10867 - Bubbliest Butt |
| pornve.com | Brazzers | https://pornve.com/2bvbz4icbgr5/white_big_tits_girl_fucked_so_hard.html | 5165 - Stop! Or My Mom Will Fuck! |
| pornve.com | Brazzers | https://pornve.com/2c0mx477aglj/Morgan_Lee_-_Pay_To_Lay.html | 3983728 - Pay To Lay |
| pornve.com | Brazzers | https://pornve.com/2cdrputu0ckg/Moms_In_Control_5_Scean_2Tarra_White_Leyla_Morgan_Jordi_El_Nio_Polla.html | 9150 - The Scoundrel Strikes Hard |
| pornve.com | Brazzers | https://pornve.com/2cj4cf7p5n07/MILF_Ariella_Ferrera_First_ANAL_Massage.html | 4975 - Ariella Loves Anal |
| pornve.com | Brazzers | https://pornve.com/2cmkfl04fkxa7/Asa_Akira_The_Hitchhiker.html | 4414 - Nobody Rides For Free |
| pornve.com | Brazzers | https://pornve.com/2cna5z5kkxxu/This_Tit_Is_Not_A_Toy_Hot_Mom_Jexis_Love_Gets_Titty_Fucked_.html | 9198 - This Tit Is NOT A Toy |
| pornve.com | Reality Kings | https://pornve.com/2cu5jn9dolao/GFRevenge_Broad_opening.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/2cwps5dz35el/Angela_White_-_Forest_Nymph-O-Maniac_-_BigWetButts_bigtits_bigass_MILF_oiled_black.html | 3403588 - Forest Nymph-o-maniac |
| pornve.com | Reality Kings | https://pornve.com/2e90ox0cn0mq/MoneyTalks_-_Kylie_Quinn_And_Raven_Redmond_Table_Dance_-_16_05_03.html | 14504 - Table Dance |
| pornve.com | Brazzers | https://pornve.com/2eptwtt2hcoh/lucky_guy_fuck_surprise_gift.html | 9587 - The Stowaway |
| pornve.com | Brazzers | https://pornve.com/2ffr6ygdr2c5/PornstarsLikeItBig_-_Anna_Bell_Peaks_40Tits_Out_Like_A_Light41_NEW_14_July_2016.html | 10011 - Tits Out Like A Light |
| pornve.com | Brazzers | https://pornve.com/2fpeem4d99d8/RealWifeStories_Chanell_Heart_The_Ultimate_Pedicure_-_30_10_2016.html | 10238 - The Ultimate Pedicure |
| pornve.com | Reality Kings | https://pornve.com/2fpl6f1cssk2/Cum_For_Me_Katerina.html | 1837783 - cum_for_me_katerina |
| pornve.com | Brazzers | https://pornve.com/2g0wsi3fptx3/Tory_Lane_She_Is_The_Boss_Anal_Threesome_-_720p.html | 6840 - Fuck for the Promotion |
| pornve.com | Brazzers | https://pornve.com/2g4kgzgk3a4q/HotAndMean__Brazzers_Harley_Jade__Yhivi_-_Switching_Teams_Part_1.html | 9686 - Switching Teams: Part 1 |
| pornve.com | Brazzers | https://pornve.com/2glp0wu40p2q/Allison_Moore_-_Last_Call_For_Cock_And_Balls.html | 6847 - Last Call for Cock and Balls |
| pornve.com | Brazzers | https://pornve.com/2gqj6bpceup4/Holly_Michaels_-_Squirt_Workout.html | 7962 - Squirt Workout |
| pornve.com | Brazzers | https://pornve.com/2hi30ph9gpx9/Brazzers_Noemie_Bilas_Athena_Faris_A_Family_Affair_The_Reunion_Part_2_BrazzersExxtra_porn_VEPORN.html | 3425269 - A Family Affair: The Reunion Part 2 |
| pornve.com | Brazzers | https://pornve.com/2ht9aesm9vd5/Richelle_Ryan_-_Jackhammering_Richelle_Ryan.html | 8798 - Jackhammering Richelle Ryan |
| pornve.com | Brazzers | https://pornve.com/2ici8oukb9vu/Razzers_Ariella_Ferrera_And_Roni_Ribas_Where_They_Belong.html | 8716 - Mamacita Con Grandes Tetas! |
| pornve.com | Brazzers | https://pornve.com/2im92oeeijsb/DirtyMasseur_17_04_11_Jillian_Janson_Method_To_My_Tight_Ass_XXX_-KTR.html | 10573 - Method To My Tight Ass |
| pornve.com | Brazzers | https://pornve.com/2iso4hv5oopp/DirtyMasseur_-_Brazzers_-_Athena_Palomino_Kyle_Mason_Acupussy_Therapy.html | 2639280 - Acupussy Therapy |
| pornve.com | Brazzers | https://pornve.com/2iw7c5iz5nne/brazzers_porn_stars_like_it_big_cock_of_duty_a_xxx_parody.html | 10186 - Cock Of Duty: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/2j1o1w2w58ak/Alison_Tyler_-_The_Study_Buddy_-_Brazzers.html | 9808 - El CompaÃ±ero de Estudios |
| pornve.com | Brazzers | https://pornve.com/2j4sfo9z80hr/NEW_Peta_Jensen.html | 9181 - A Guilty Conscience |
| pornve.com | Brazzers | https://pornve.com/2j5701eww9pi/blowjob_hardcore_teen_cumshot_deep_throat_interracial_ebony_babe_handjob_nice_ass_teen_tags_babe_teanna_trump_tlib_3915_45_plays_published_on_3_hours_ago_category_ass_nice_and_sweet_teen.html | 8634 - Brazzers Awards |
| pornve.com | Brazzers | https://pornve.com/2j5p1adxaehd/The_Insomniac_Sucker.html | 9805 - El Mamador con Insomnio |
| pornve.com | Brazzers | https://pornve.com/2jgbvwt3o6wk/Handson_Learning_Brandi_Love__Jordi_El_Nio_Polla_Step_Mom_Teachers_Her_Son_How_To_Have_Sex.html | 10404 - Hands-On Learning |
| pornve.com | Brazzers | https://pornve.com/2jk0q18tikmw/Best_Kept_Secret_Remastered.html | 8653 - Best Kept Secret |
| pornve.com | Reality Kings | https://pornve.com/2jq6damdpang/Big_Tits_Commandos_Angela_White__Karlee_Grey.html | 2259491 - Commando Coochies |
| pornve.com | Brazzers | https://pornve.com/2jsioiv90n5h/Getting_Her_Happy_Ending_Ryan_Keely.html | 2437978 - Getting Her Happy Ending |
| pornve.com | Brazzers | https://pornve.com/2kb23pgfxxse/A_Whipped_Cream_Cocksicle_Brazzers.html | 9207 - A Whipped Cream Cocksicle |
| pornve.com | Brazzers | https://pornve.com/2kb7veigdsxr/Ava_Courcelles_Bianca_Resa_Sex_Starved_Soccer_Moms.html | 10566 - Sex-Starved Soccer Moms |
| pornve.com | Brazzers | https://pornve.com/2kqd3rcph2b5/Puma_Swede_Anal_Cock_Whisperer_-_720p.html | 5384 - The Cock Whisperer |
| pornve.com | Brazzers | https://pornve.com/2l4xa8wf31ug/Asa_Akira_Pool_Blowjob.html | 3894 - I'm Looking for My Balls |
| pornve.com | Brazzers | https://pornve.com/2lrlfzy0rjfc/BigTitsAtWork_Mary_Jean_The_Headhunter.html | 10956 - The Headhunter |
| pornve.com | Brazzers | https://pornve.com/2lvzvjnly4pl/Anal_Interrazial_New_Nikki_Benz.html | 9702 - ZZ Erection 2016: Part 1 |

| pornve.com | Brazzers | https://pornve.com/2lyap7pzo1l5/Brazzers_House_3_Episode_1.html | 2683969 - Brazzers House3: Episode 1 |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/2m0ieznt1sem/Milfhunter_Fucks_Woman_He_Met_In_Store.html | 6946 - Breast Milf |
| pornve.com | Reality Kings | https://pornve.com/2mbsg33lrs41/FirstTimeAuditions__RealityKings_Maya_Mona_-_Making_Maya_Moan.html | 14494 - Making Maya Moan |
| pornve.com | Brazzers | https://pornve.com/2mo2tog01b1j/Pinball_roller_girl_sd.html | 12338 - Carter In Control |
| pornve.com | Brazzers | https://pornve.com/2nzvim0hnm6g/Kendra_Lust_Johnny_Sins_-_Nuru_Nymph_-_Dirty_Masseur.html | 2900580 - Nuru Nymph |
| pornve.com | Reality Kings | https://pornve.com/2njuxlgg1a03/MonsterCurves_-_Kelsi_Monroe_-_The_Naughty_Librarian.html | 1900716 - The Naughty Librarian |
| pornve.com | Reality Kings | https://pornve.com/2ntyzmnuus8a/Nicolette_Shea_does_awesome_deepthroat_blowjob_and_fucks_hard.html | 1931731 - dirty_dicking |
| pornve.com | Brazzers | https://pornve.com/2nwqxhfvi5nw/Brazzers_Big_Wet_Butts_Full_Moon_Brittany_Andrews.html | 3042248 - Full Moon |
| pornve.com | Brazzers | https://pornve.com/2o5p4i83tv8z/Sophie_Dee_Fuck_The_Depression_Away.html | 4459 - Fuck The Depression Away |
| pornve.com | Brazzers | https://pornve.com/2o80epreokgk/Tia_Layne__Emma_Leigh_-_Teaching_the_Temp.html | 7430 - Teaching the Temp |
| pornve.com | Brazzers | https://pornve.com/2ohpatuwlkkr/Ariella_Ferrera_-_Sex_by_the_Pool.html | 7439 - Sex by the Pool |
| pornve.com | Brazzers | https://pornve.com/2or7gjblti2h/Brazzers_-_Blonde_paramedic_Lylith_Lavey_revives_patient_and_gets_analized_.html | 6475 - Emergency Call |
| pornve.com | Brazzers | https://pornve.com/2ormp3xa6qvd/Huge_Facial_Big_Cock_Big_Tits_Brandy_Aniston.html | 9255 - Why Don't You Pick On Someone Your Own Size |
| pornve.com | Brazzers | https://pornve.com/2p88lwmal4em/Brazzers_-_Smart_Ho-me_Nicolette_Shea_September_01_2018.html | 2874518 - Smart Ho-me |
| pornve.com | Brazzers | https://pornve.com/2phen4acm36u/Remy_LaCroix_Remys_Ring_Toss_milf_anal_porno.html | 2412854 - Remy's Ring Toss: Remastered |
| pornve.com | Brazzers | https://pornve.com/2pj3ea6iqof4/Kayla_Kayden_Ass_Oiled_Up_And_Fucked_10_22_20.html | 4213470 - Getting Joanna Out Of The Shower |
| pornve.com | Reality Kings | https://pornve.com/2q91glaqa2hh/RK_Prime_Studyfuck.html | 14498 - Studyfuck |
| pornve.com | Reality Kings | https://pornve.com/2r7qgpnmeqn6/Ava_Steel_Bruno_Dickens_-_Feeling_Blue_-_Street_BlowJobs_-_Reality_Kings.html | 14140 - Feeling Blue |
| pornve.com | Reality Kings | https://pornve.com/2r9564htu756/DAREDORM_76_Titty_Pong_1of2.html | Dare Dorm #15 |
| pornve.com | Brazzers | https://pornve.com/2rfz6o9diwxl/NEW_Audrey_Bitoni__Nicole_Aniston_720p.html | 9538 - Oh No You Don't! |
| pornve.com | Brazzers | https://pornve.com/2ri08d6r3voh/Brazzers_Exxtra_Brazzers_Halle_Hayes_Lucas_Frost_Sharing_The_Bed_24_11_2019.html | 3768278 - Sharing The Bed |
| pornve.com | Brazzers | https://pornve.com/2ri3uhef21nm/CUM_OVERLOAD_COMPILATION_III.html | 7444 - Doubled Up Bubble Butts |
| pornve.com | Brazzers | https://pornve.com/2s0w4tqty75m/_Stay_Away_From_My_Daughter_Ava_Addams_Fucks_a_Big_Dick_To_Save_Daughter_.html | 10208 - Stay Away From My Daughter |
| pornve.com | Brazzers | https://pornve.com/2sb46fjk9zpc/Ex_Playboy_Bunny_Great_Pornstar_Miss_Kayden.html | 8356 - Back Of The Classroom |
| pornve.com | Brazzers | https://pornve.com/2se5wrdxjm4z/Exercise_Ball_Brazzers.html | 4420228 - Is That Exercise Ball Stuck Up Your Ass? |
| pornve.com | Brazzers | https://pornve.com/2sq3kuhy5ga4/_Have_You_Been_Served_.html | 9674 - Have You Been Served? |
| pornve.com | Brazzers | https://pornve.com/2sqyiibpko7n/Alektra_Blue_Nina_Elle_40Swingers_On_Vacation_Part_141_SD_NEW_MARCH_242016.html | 9616 - Swingers On Vacation: Part 1 |
| pornve.com | Reality Kings | https://pornve.com/2swfq75zluiq/realitykings2016-12-16_Hipster_Hottie.html | 12839 - Hipster Hottie |
| pornve.com | Brazzers | https://pornve.com/2t0izep756re/Makayla_Cox_Vienna_Black_No_Pain_No_GPA_Gain.html | 2440410 - No Pain No GPA Gain |
| pornve.com | Brazzers | https://pornve.com/2t5viwxnfrqa/_Amanda_Lane_Veronica_Rayne_Johnny_Sins__Kindly_Fuck_My_Stepdaughter_HerePorn.html | 9240 - Kindly Fuck My Stepdaughter |
| pornve.com | Brazzers | https://pornve.com/2tal2qjlpp6d/Moms_In_Control_15_S2_Kristen_Scott_Richelle_Ryan.html | 11123 - Mind If Stepmom Joins You? |
| pornve.com | Brazzers | https://pornve.com/2tcm0icx7bqm/Mercedes_Carrera_Tarot_Dick.html | 3226112 - Tarot Dick |
| pornve.com | Reality Kings | https://pornve.com/2tgnmzfygwxj/GFRevenge_Juicy_janice.html | 14589 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/2tk9oyfq4tgo/fuck_mentor.html | 9464 - The Vag-itarian |
| pornve.com | Brazzers | https://pornve.com/2uxbd4dnxmc3/Priya_Anjali_Rai_-_Youre_A_Pain_In_The_Back.html | Real Wife Stories Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/2v26aqo4g1jo/August__Jayden_Jaymes__Whitney_Fears_-_Brazzers_Idol.html | Pornstars Like It Big Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/2vb0i3awvvrz/On_The_Road_With_Chloe_Amour_52_Top_Rated_Porn_Video_Of_Today_101_Most_Played_P orn_Video_Of_Today.html | 9413 - A Hitchhiker's Guide To My Cock |
| pornve.com | Reality Kings | https://pornve.com/2vk8u9x03eho/Diamond_Monrow_Round_And_Pound.html | 13230 - Round And Pound |
| pornve.com | Brazzers | https://pornve.com/2vp939vchgpn/Samantha_Rone_-_Samanthas_Gift_to_Brazzers.html | 8596 - Samantha's Gift to Brazzers |
| pornve.com | Brazzers | https://pornve.com/2vuv78d6f9ok/Giselle_Leon_-_Do_You_Nuru.html | 7739 - Do You Nuru? |
| pornve.com | Reality Kings | https://pornve.com/2vw84jo5aenn/Sex_Games_and_Sexy_Prices.html | 8032 - Quest For Breast |
| pornve.com | Brazzers | https://pornve.com/2wb02rxvgkvh/Moms_In_Control_15_S1_Eva_Notty_Melissa_Moore.html | 11132 - Bothered By The Bush |
| pornve.com | Reality Kings | https://pornve.com/2wju8fpclryh/RoundAndBrown_17_04_14_Daya_Knight_Ass_Out_Cock_In_XXX_-KTR.html | 1754266 - Ass Out Cock In |
| pornve.com | Brazzers | https://pornve.com/2wlhi89rnm9p/Hot_All_Good_New_Rachel_Roxxx.html | 9773 - Sexy Secretary Selfies |
| pornve.com | Reality Kings | https://pornve.com/2wmoy312e6qk/MonsterCurves__RealityKings_Bella_Reese_-_Dick_handler.html | 14335 - Dick Handler |
| pornve.com | Brazzers | https://pornve.com/2wt80mfo8p72/HOT_Peta_Jensen__Valentina_Nappi.html | 8971 - Close Encounters of the Big Kind |
| pornve.com | Reality Kings | https://pornve.com/2wu4il9amqtd/Liza_Shay_And_Zazie_Skymm_Bang_Hard.html | 14674 - Bang Hard |
| pornve.com | Reality Kings | https://pornve.com/2wwjkv0qwiif/Lena_Paul_Plowing_The_Wedding_Planner.html | 2235576 - Plowing The Wedding Planner |
| pornve.com | Brazzers | https://pornve.com/2x0teo9ys1xdg/Canela_Skin_Anal_Sex_Doesn_t_Happen_In_A_Vacuum_23_10_2020_anal_Bigtits_Milf.html | 4419613 - Anal Sex Doesn't Happen In A Vacuum |
| pornve.com | Brazzers | https://pornve.com/2x5sl2gxefde/BRAZZER_hot_and_mean_anya_ivy_and_lynn_vega_up_all_night.html | 10277 - Up All Night |
| pornve.com | Brazzers | https://pornve.com/2x9fc7vhcm5d/Cassidy_Banks_Kenzie_Taylor_-_Line_Em_Up_big.html | 9551 - Line Em Up |
| pornve.com | Brazzers | https://pornve.com/2xb7tpex993h/Special_Assistant_To_Ms_Carter_Charles_Dera__Cali_Carter.html | 9749 - Special Assistant To Ms. Carter |
| pornve.com | Reality Kings | https://pornve.com/2xfe6hq8f1th/MomsLickTeens_Mia_Lelani_Ivy_Rose_Pink_Little_Mia_-_29_11_2016.html | 14903 - Pink Little Mia |
| pornve.com | Brazzers | https://pornve.com/2xhbr4f3nq3g/Bet_Your_Ass_Abella_Danger_and_Carter_Cruise_Brazzers.html | 9233 - Bet Your Ass |
| pornve.com | Reality Kings | https://pornve.com/2yath2zejowx/GFRevenge_Double_It_Up.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/2z4admvnnve8/Ava_Courcelles_Bianca_Resa_are_Moms_Who_can_take_Control.html | 10566 - Sex-Starved Soccer Moms |
| pornve.com | Brazzers | https://pornve.com/2z5bp9795fpt/Brooke_Belle_-_The_Super_Stroker_Treatment.html | Pornstars Like it Big Vol. 2 |
| pornve.com | Reality Kings | https://pornve.com/2z6qzqtzx2ea/First_Time_Auditions_33.html | 12056 - So Fine |
| pornve.com | Brazzers | https://pornve.com/2zdz58j66jm6/threesome_lube_bwb_jadasheena_5034_673_plays_published_on_22_hours_ago_category_anal_p ornstar_jada_stevens_sheena_shaw_tags_anal.html | 8093 - Junk in the Trunk |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/2zfv11cf2re4/Ryder_Skye_-_Satisfying_The_Boss.html | Big Tits at Work Vol. 3 |
| pornve.com | Reality Kings | https://pornve.com/2zmeo9sajshv/Ella_Woods_-_Teens_Love_Huge_Cocks_7_2015.html | 12690 - Tender Love And Cock |
| pornve.com | Brazzers | https://pornve.com/30mi5v50zi8z/Mina_Sauvage_Takingbpics_And_Stealing_Dick.html | 10151 - Taking Pics And Stealing Dick |
| pornve.com | Reality Kings | https://pornve.com/30myeixcgtyj/SneakySex_19_05_04_Kiara_Cole_Idle_Hands_Dirty_Thoughts.html | 3348841 - Idle Hands Dirty Thoughts |
| pornve.com | Brazzers | https://pornve.com/30nmjbsrmv35/DP_Anal_Ramming_Rebecca_Moore.html | 9717 - Ramming Rebecca |
| pornve.com | Brazzers | https://pornve.com/315mben514xd/Romi_Rain_The_Whore_And_The_Big_Dick.html | 7899 - The Whore &amp; The Big Dick |
| pornve.com | Brazzers | https://pornve.com/31arhwjvcmmv/BigTitsAtWork_-_Tasha_Holz.html | 9403 - Working Hard |
| pornve.com | Brazzers | https://pornve.com/31c1l4l4xz5t/Brazzers_Real_Wife_Stories_Holly_Hendrix_Our_Cute_Little_Plaything_2.html | 10722 - Our Cute Little Plaything 2 |
| pornve.com | Brazzers | https://pornve.com/31e5br2ib6lk/Lisa_Ann__Isiah_Maxwell_MILF_Perfection_S1.html | 8566 - Lisa's Big Secret |
| pornve.com | Brazzers | https://pornve.com/31kexe6viu0/phoenix_and_jeda.html | 6999 - Cock Robbery! |
| pornve.com | Reality Kings | https://pornve.com/31p8gb808n2d/Realitykings_Gina_Valentina_Sloan_Harper_Kendra_Spade_Gia_Derza_Autumn_Falls.html | We Live Together Season 1 |
| pornve.com | Brazzers | https://pornve.com/31wi1sjvot6d/Alex_Chance__Aubrey_Addams__Noelle_Easton_-_My_Two_New_Lesbian_Lovers.html | 7775 - My Two New Lesbian Lovers |
| pornve.com | Brazzers | https://pornve.com/329yjkqb4gcl/brazzers_exxtra_brazzers_abigail_mac_kendra_lust_xander_corvus_personal_trainers.html | 10358 - Personal Trainers: Session 2 |
| pornve.com | Brazzers | https://pornve.com/32ic9sz75v0u/BigTitsAtSchool_Angela_White_40Parent_Fucking_Teacher_Meetings_-_24_10_201641.html | 10198 - Parent Fucking Teacher Meetings! |
| pornve.com | Brazzers | https://pornve.com/33d0bv9q4p54/_Brazzers-_Hot__busty_Makayla_Cox_rides_his_students_dick_in_classroom_.html | 11108 - Leave It To Teacher |
| pornve.com | Brazzers | https://pornve.com/33gm7p80i227/Kagney_Linn_Karter_Anal.html | 9360 - Don't Touch Her |
| pornve.com | Reality Kings | https://pornve.com/33ho7xtesr0k/Kendra_Lust_And_Jenny_Sativia_MILF_Workout.html | 15022 - Yoga Fucked |
| pornve.com | Brazzers | https://pornve.com/33sfeflv1krj/_Brazzers_-_Fit_and_athletic_babe_Amia_Miley_works_out_on_a_cock_.html | 9812 - Ella Levanta Hermano |
| pornve.com | Reality Kings | https://pornve.com/34aquifoal2/Asian_brunette_teen_submits_to_bondage_and_domination.html | 2812372 - Binding Light |
| pornve.com | Reality Kings | https://pornve.com/35lppsxjoqs3/Lily_Rader_Love_On_Lily.html | 14279 - Love On Lily |
| pornve.com | Brazzers | https://pornve.com/35lyprycj7s7/Brazzers_A_Family_Affair_2_Part_One_Van_Wylde_Black_Hair_Ebony_Blowjob_Creampie_SneakySex.html | 10542 - A Family Affair 2 - Part One |
| pornve.com | Brazzers | https://pornve.com/35pmhedijq2p/Masturbation_Threesome_-_Madison_Ivy_And_Rebeca_Linares.html | 6269 - The Rack of the Clones |
| pornve.com | Brazzers | https://pornve.com/35w86bokdl3c/RealWifeStories_19_04_07_Vienna_Black_Film_Me_Follow_Me_Fuck_Me.html | 3131429 - Film Me  Follow Me  Fuck Me |
| pornve.com | Brazzers | https://pornve.com/362widht6q1y/Riley_Reid_-_Im_Going_To_Enjoy_This_Sir.html | 9991 - Voy a Disfrutar Esto  SeÃ±or |
| pornve.com | Reality Kings | https://pornve.com/36kxuo57kox3/GFRevenge_So_good.html | 14389 - bikini body |
| pornve.com | Reality Kings | https://pornve.com/36q56vxlwwhg/Holly_West_Veronica_Rayne_Alana_Evans_anal.html | 2746 - Cum Cravers |
| pornve.com | Brazzers | https://pornve.com/36rxjkyna53j/Double_attack.html | 10407 - Brazzers New Years Eve Party |
| pornve.com | Brazzers | https://pornve.com/3700k5cvyvab/Darling_Danika_MILF_At_Your_Convenience.html | 8634 - Brazzers Awards |
| pornve.com | Reality Kings | https://pornve.com/37jnk1gn9yx1/Bloody_Anal_Cassidy_Banks.html | 14177 - Cum For Me Cassidy |
| pornve.com | Reality Kings | https://pornve.com/38c6kb9vxrp9/WeLiveTogether_Sierra_Nicole_Sophia_Leone_-_Home_Alone_Finally_17_11_2016.html | 15054 - Home Alone Finally |
| pornve.com | Reality Kings | https://pornve.com/38olv1hlvh03/RoundAndBrown_Summer_Knight_Roll_With_It_-_28_10_2016.html | 14839 - Roll With It |
| pornve.com | Brazzers | https://pornve.com/38rzfimcp2fh/My_wife_Slut_03_-Peta_Jensen.html | 8999 - When Wives Get Lonely |
| pornve.com | Brazzers | https://pornve.com/397gxjzrszk1/Jada_Fire_-_Fuck_My_Backdoor_Chute.html | 4130 - Fuck My Backdoor Chute |
| pornve.com | Reality Kings | https://pornve.com/39aqlq03e0t0/StreetBlowJobs_15_12_13_Sophia_Sugar_Gimme_Some_Sugar.html | 13894 - Gimme Some Sugar |
| pornve.com | Reality Kings | https://pornve.com/39b5eusaprz3/POV_Lesbian_Teen_Fucking_Cumshot_Group_Club_Club_Fucking_Published_On_3_Months_Ago_Category_Blowjob_Public_Tags_Public_.html | 5710 - Pussy Pumping |
| pornve.com | Brazzers | https://pornve.com/39or8eyrg1t1/Bothered_By_The_Bush.html | Moms In Control 15 |
| pornve.com | Brazzers | https://pornve.com/39qsu2q9nm6v/Keisha_Grey_-_Getting_Wild_With_Keishas_Fine_Ass.html | 8868 - Getting Wild With Keisha's Fine Ass |
| pornve.com | Brazzers | https://pornve.com/3a0316d09t6s/Milfs_Like_it_Big_Brazzers_Ryan_Keely_Isiah_Maxwell_Pounded_By_The_Producer_2_4_2020.html | 3960060 - Pounded By The Producer |
| pornve.com | Brazzers | https://pornve.com/3a0tzq9cqd6c/Shy_Love_-_Total_Knockers.html | Big Tits in Sports |
| pornve.com | Brazzers | https://pornve.com/3aam79d8g8nd/Oiled_Anal_Big_Wet_Butts_Nikki_Benz.html | 10156 - Pantyhose Playtime |
| pornve.com | Brazzers | https://pornve.com/3abwmbn7qdff/Stepmoms_Need_Loving_Too_BraZZers_HDRip.html | 3363991 - Stepmoms Need Loving Too! |
| pornve.com | Brazzers | https://pornve.com/3aec9sk7aj2w/Our_College_Librarian_Sheridam_Love.html | 10651 - Our College Librarian |
| pornve.com | Reality Kings | https://pornve.com/3ah6iwgelh9i/Money_Talks_cross_country_coochie_big.html | 7842 - Cross Country Coochie |
| pornve.com | Brazzers | https://pornve.com/3ajscsfsll4x/Anal_Is_A_Girls_Best_Friend_Chanel_Preston__Danny_D.html | 10043 - Anal Is A Girl's Best Friend |
| pornve.com | Brazzers | https://pornve.com/3aljprc8djxu/Brazzers_Rachel_Lets_Her_Hair_Down_Rachel_Starr_Brazzers_Big_Tits_Pornstars_Brunette_Cumshot.html | 9094 - Rachel Lets Her Hair Down |
| pornve.com | Brazzers | https://pornve.com/3arygctsaqck/Nikki_Benz_-_Losing_Is_Winning_Sometimes.html | Big Tits In Sports Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/3au1q4obyvtk/Tis_The_Season_Sestiny_Dixon.html | 9460 - Her Turn To Cheat |
| pornve.com | Reality Kings | https://pornve.com/3b2ypp8rl3x1/Kelsi_Monroe_Broken_Down_Hottie_Kelsi_Big_Ass_Monroe_Big_Ass_Kelsi_Monroe_New_Porn.html | 15111 - Broken Down Hottie |
| pornve.com | Brazzers | https://pornve.com/3b6x9nuzjf0s/free_download_piper_perri_and_kharlie_stone_stepsisters_share_a_bed_98_top_rated_porn_video_of_today_192_most_played_porn_video_of_today.html | 10148 - Stepsisters Share A Bed |
| pornve.com | Brazzers | https://pornve.com/3bierkf90t6e/RealWifeStories_August_Taylor_40My_Husbands_Best_Friend_-_28_10_201641.html | 10209 - My Husband's Best Friend |
| pornve.com | Brazzers | https://pornve.com/3bsovvk5o6ob/Brazzers_Eye_On_The_InfieldBrazzers_Mommy_Got_Boobs_Diamond_Jackson_Brunette_HD_Full-HD_2018.html | 2569900 - Eye on the Infield |
| pornve.com | Brazzers | https://pornve.com/3c1n5rmno81t/Rebecca_More_Rhiannon_Ryder_-_Pussy_Is_International.html | 10846 - Pussy Is International |
| pornve.com | Reality Kings | https://pornve.com/3c90ta0ev8f5/fucking_stepmom_in_the_bathtub.html | 1797509 - sock_my_puppet |
| pornve.com | Brazzers | https://pornve.com/3ca3414xmsj0/Missy_Martinez_Noemie_Bilas_Jessy_Jones_The_Morning_After_Mess.html | 2368229 - The Morning After Mess |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/3cqsv3muc5t0/D4_Br33_0lson.html | 5475 - Care to Donate Some Fluid? |
| pornve.com | Brazzers | https://pornve.com/3cr0axi2m60l/August_-_Got_Sperm.html | Doctor Adventures |
| pornve.com | Brazzers | https://pornve.com/3cth8wuwzwsq/Bathing_Your_Friends_Dirty_Mama_Leigh_Darby_Jordi_El_Nio_Polla.html | 9354 - Bathing Your Friend's Dirty Mama |
| pornve.com | Brazzers | https://pornve.com/3cvap7qf8336/Brazzers_-_Petite_babe_Riley_Reid_visits_the_doctor_for_a_check_up_.html | 2440085 - Throat Treatment |
| pornve.com | Reality Kings | https://pornve.com/3czrk2b75zqp/Money_Talks_slim_and_trim_big.html | 8064 - Slim And Trim |
| pornve.com | Brazzers | https://pornve.com/3d6uvqbzdua5/Luna_Star_get_fucked_hard_.html | 10117 - Hot Hot Heatwave |
| pornve.com | Reality Kings | https://pornve.com/3dm7k6bob1p5/Adrian_Maya_Cristi_Ann_Amy_Parks_Oil_Wrestling.html | 14650 - Oil Wrestling |
| pornve.com | Reality Kings | https://pornve.com/3e54g4d28hir/Brandi_Bae_-_Sexercise_Slut.html | 2368557 - Sexercise Slut |
| pornve.com | Brazzers | https://pornve.com/3ebajv7vu4mg/Show_Me_How_You_Jerk_Off_-_Abbey_Brooks_Tyler_Nixon.html | 8555 - Show Me How You Jerk Off |
| pornve.com | Brazzers | https://pornve.com/3ebe9ykm82zx/phoenix_fuck_in_pool.html | 6913 - Getting Tanned While Fucking |
| pornve.com | Reality Kings | https://pornve.com/3ebkemvcu4qc/DAREDORM_71_A_Guy_For_All_2of2.html | Dare Dorm #15 |
| pornve.com | Brazzers | https://pornve.com/3emtj6o1s9gc/Brazzers_Learning_The_Hard_Way_Lela_Star.html | 2847245 - Learning The Hard Way |
| pornve.com | Reality Kings | https://pornve.com/3f79bf1ks3ii/Couples_Seduce_Couples_18_2015_Vivien_Bell_Maria.html | 12784 - Ready To Bang |
| pornve.com | Brazzers | https://pornve.com/3ff1v3cyuw61/Sativa_Rose_-_Oily_Tits_And_Fuckable_Feet.html | 7873 - Oily Tits And Fuckable Feet |
| pornve.com | Brazzers | https://pornve.com/3fjfu2jk8h6a/MommyGotBoobs_Brazzers_Lezley_Zen_-_The_Blow_Job_Seeker.html | 9603 - The Blow-Job Seeker |
| pornve.com | Reality Kings | https://pornve.com/3flbbjb34m0/dick_and_dollars_Alexa_Jaymes.html | 7849 - Dick And Dollars |
| pornve.com | Brazzers | https://pornve.com/3fqpv49wvgir/Brazzers_Inside_Her_Trading.html | 3645141 - Inside-Her Trading |
| pornve.com | Reality Kings | https://pornve.com/3fvhdyelgmh9/teen_pornstar_gia_paige_kassius_kay_lizzie_bell_tricsy_star_zoey_foxx_tags_blonde_miscellaneo us_ruby_red_eori_lynn.html | 13231 - A Day In Paris |
| pornve.com | Brazzers | https://pornve.com/3g03uq8tu8bw/Published_On_29_Minutes_Ago_Brazzers_Big_Tits_In_Sports.html | Brazzers Big Tits In Sports #3 |
| pornve.com | Brazzers | https://pornve.com/3g1pp0hnab98/reality_phoenix.html | 42 - ms_40ip_america |
| pornve.com | Brazzers | https://pornve.com/3g2ootbjus6/Lachelle_Marie_-_Fuck_Me_To_Stay_In_The_Country.html | Pornstars Like It Big Vol. 6 |
| pornve.com | Brazzers | https://pornve.com/3g5ycgv3z9jw/Krissy_Lynn_-_Knockout_Pussy.html | Doctor Adventures Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/3g9g8ex39lbd/Moms_In_Control_15_S4_Aaliyah_Hadid_Courtney_Taylor.html | 11188 - Showing Her The Ropes |
| pornve.com | Brazzers | https://pornve.com/3gdq854z8yx7/NEW_Jasmine_And_Webb_Danny_D.html | 9630 - Real Estate Milf |
| pornve.com | Brazzers | https://pornve.com/3gdqyszzwkzb/Big_Wet_Butt_Kiara_Mia_Oily_Fuck.html | 8538 - Ass and Titties |
| pornve.com | Brazzers | https://pornve.com/3gknzr7tjouu/Brazzers_The_second_cumming_Part_1_Brazzers_Pornstars_Like_It_Big_Brett_Rossi_Keiran_Le e_Bl.html | 10799 - The Second Cumming: Part 1 |
| pornve.com | Brazzers | https://pornve.com/3gmhfcc71lnb/Brazzers_Exxtra_Tamara_Grace_Serving_the_Landlords_Daughter.html | 8881 - Serving the Landlord's Daughter |
| pornve.com | Brazzers | https://pornve.com/3guailtb1tre/Ava_Addams_-_Taught_To_Talk_Dirty.html | 8806 - Taught To Talk Dirty |
| pornve.com | Brazzers | https://pornve.com/3h2xpqznvpqk/Ivana_Sugar_schoolgirl.html | 7141 - Euro Squirt Master |
| pornve.com | Brazzers | https://pornve.com/3h6oc7eyzh6m/big_tits_brunette_milf_babe_homemade_american_tits_3514_6_371_plays_published_on_1_day_ago_category_ass_milf_tags_big_tits.html | 10281 - Homemade American Tits |
| pornve.com | Brazzers | https://pornve.com/3h7b8x0pyk4v/Brazzers_I_Hired_My_Daughters_Boyfriend_Brazzers_Big_Tits_At_Work_2014_Pornstars_Mer cedes_Carr.html | 8434 - I Hired My Daughter's Boyfriend |
| pornve.com | Reality Kings | https://pornve.com/3hfimmtua9wk/Reality_Kings_MILF_Hunter_36_40201541_Scene_1_Brook_Ultra.html | 12596 - Ultra Hot |
| pornve.com | Brazzers | https://pornve.com/3hvixltywelk/Laura_Bentley_-_Watching_My_Teachers_Have_Sex.html | 8587 - Watching My Teachers Have Sex |
| pornve.com | Brazzers | https://pornve.com/3i63wd6azizs/Puma_Swede_Revenge.html | 4689 - Revenge Of The Pervs |
| pornve.com | Brazzers | https://pornve.com/3ipexq5hr8ls/Holly_Halston_-_The_Secrets_Of_Marital_Sucksess.html | MILFS Like It Big Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/3j07yzfebu5h/MommyGotBoobs_-_Codi_Bryant_-_Super_Tits.html | 8323 - Super Tits |
| pornve.com | Brazzers | https://pornve.com/3je4bryog58q/Jayden_Jaymes_-_Suburban_Slut_Story_-_3.html | 4448 - Suburban Slut Stories 3 |
| pornve.com | Brazzers | https://pornve.com/3jcgkf9vji40/Black_mature_fucked_with_a_young_white_guy.html | 2432380 - Sucked By The Soccer Milf |
| pornve.com | Brazzers | https://pornve.com/3jda54wd80ljt/Kayla_Carrera_-_Big_Boss_Principle.html | 4546 - Big Boss Principle |
| pornve.com | Brazzers | https://pornve.com/3jdii40yo30d/Lost_In_Brazzers_Episode_3_Aletta_Ocean_Brazzers_Danny_D_Prison_Cop_Masturbate_Big_Tit s_Blo.html | 9520 - Lost In Brazzers Episode 3 |
| pornve.com | Reality Kings | https://pornve.com/3jjn2q577fnl/Love_leson_Darryl_Hanah_and_Bailey_Blue.html | 7745 - Love Lessons |
| pornve.com | Brazzers | https://pornve.com/3jzlffz88p14/A_History_of_Whoring_Brazzers.html | 9326 - A History of Whoring |
| pornve.com | Reality Kings | https://pornve.com/3k4b4bnygwwz/_StreetBlowJobs_Hope_Harper_Tongue_Action_NEW_02_August_2015.html | 13386 - Tongue Action |
| pornve.com | Reality Kings | https://pornve.com/3kc9gsk28r3i/Taylor_Reed_Pretty_Taylor.html | 13772 - Pretty Taylor |
| pornve.com | Brazzers | https://pornve.com/3kk8vly0187u/MommyGotBoobs_Brazzers_Reagan_Foxx_Jessy_Jones_Save_The_Tits_24112016.html | 10320 - My Husband Is Right Outside... |
| pornve.com | Reality Kings | https://pornve.com/3klgigy83tlq/Alexis_Fawx_Khloe_Kapri_Afternoon_Special.html | 15423 - Afternoon Special |
| pornve.com | Brazzers | https://pornve.com/3knvpgtv3iu2/_Brazzers_-_Prom_Pussy_.html | 9595 - Prom Pussy |
| pornve.com | Brazzers | https://pornve.com/3ktnqbq3yx2p/Sarah_Vandella_BWB_73_Top_Rated_Porn_Video_Of_Today_97_Most_Played_Porn_Video_Of _Today_182_Top_Rated_Porn_Video_Of_Week.html | 10604 - Asanas Ass |
| pornve.com | Brazzers | https://pornve.com/3lnj2mxqwtfn/Makayla_Cox_Sneaky_Sauna_Mamma_Mommy_Issues_3.html | 9366 - Sneaky Sauna Mama |
| pornve.com | Brazzers | https://pornve.com/3lnk9ed90f0l/Patty_Michova_Danny_D_Banging_The_Butler.html | 9578 - Banging The Butler |
| pornve.com | Brazzers | https://pornve.com/3m7hb44o9b9e/Assh_Lee_Fucking_An_Asshole_Made_Of_Gold.html | 8595 - Fucking an Asshole Made of Gold |
| pornve.com | Brazzers | https://pornve.com/3mjfuzd2pgdr/Big_Wet_Miami_Booty_Nina_Kayy_Bruce_Venture.html | 9639 - Big Wet Miami Booty |
| pornve.com | Brazzers | https://pornve.com/3msz1in6nws0/Summer_Hart_Big_Tits_Shower_Surprise.html | 4419891 - Big Tits Shower Surprise |
| pornve.com | Brazzers | https://pornve.com/3mtyo1bnj2eu/Lisa_Ann_Ava_Addams_-_Ogling_in_the_Office.html | 7433 - Ogling in the Office |
| pornve.com | Brazzers | https://pornve.com/3n7gmpc8uljy/Luna_Star_Victoria_June_Ramon_Escandalo.html | 2410005 - EscÃ¡ndalo! |
| pornve.com | Brazzers | https://pornve.com/3nrdvjy3pbiy/abella_danger_the_pearl_of_the_sea_brazzersexxtra_latina.html | 3648626 - The Pearl Of The Sea |
| pornve.com | Brazzers | https://pornve.com/3ns1cya9In74/Small_Hands_Nailing_The_Neighborhood_Bully.html | 11039 - Nailing The Neighborhood |
| pornve.com | Brazzers | https://pornve.com/3o35kilk7fci/Kenzie_Reeves_Piped_Down_-_Piped_Down.html | 3868604 - Piped Down |
| pornve.com | Brazzers | https://pornve.com/3o91g99cjfhd/Mia_Malkova_Phoenix_Marie_-_Bz_10th_Anniversary_BTS_Interview.html | 8248 - BZ 10th Anniversary BTS Interview |

| | | | |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/3odfbnhnr96h/Reality_Kings_MILF_Hunter_34.html | 12052 - Red Hot Ferrari |
| pornve.com | Brazzers | https://pornve.com/3oos4hbcwxjp/Brazzers_-_Family_Affairs_Part_3.html | 8873 - A Family Affair Part One |
| pornve.com | Brazzers | https://pornve.com/3pcekdt4g3eb/blowjob_big_tits_hardcore_boobs_cumshot_interracial_ebony_babe_bigtits_handjob_booty_big_na tural_tits_masturbation_masturbation_tags_ebony_anya_ivy_bgb_3616_42_plays_published_on_50_minutes_ago_category_ass.htm l | 8634 - Brazzers Awards |
| pornve.com | Brazzers | https://pornve.com/3pkdbx7rts5e/Alanah_Rae_Lagina_Cable_Co.html | Big Tits In Uniform |
| pornve.com | Brazzers | https://pornve.com/3pwethrmx3x9/Big_Tits_Ass_Boobs_Ma_Pimh_Pimh_125_Top_Rated_Porn_Video_Of_Today_158_Most_Play ed_Porn_Video_Of_Today.html | 10474 - There's A Pornstar In My House |
| pornve.com | Reality Kings | https://pornve.com/3px89k1dgpve/BlackGFs_Harmony_Rose_-_Galactic_Ass_12_10_2016.html | Amateur Ebony Beauties 8 |
| pornve.com | Brazzers | https://pornve.com/3q3q5m4kmsw5/Brazzers_-_Huge_tit_officer_Veronica_Avluv_gets_paid_with_sex_.html | 6685 - Meter Maiden |
| pornve.com | Reality Kings | https://pornve.com/3qf448ph3xjp/GFRevenge_Easy_access.html | 14389 - bikini_body |
| pornve.com | Reality Kings | https://pornve.com/3qi2wfzd98ns/Drilling_Mommy_2_Scene_4_Milf_Wheels_Olivia_Blu__Ramon_Nomar.html | 1900720 - milf_wheels |
| pornve.com | Reality Kings | https://pornve.com/3rxun9qahf9g/La_Sirena_Massage_With_Tricks.html | 3460103 - Massage With Tricks |
| pornve.com | Brazzers | https://pornve.com/3sece0x8kjy2/Lily_Love_-_Charm_School_101.html | 7707 - Charm School 101 |
| pornve.com | Reality Kings | https://pornve.com/3syhetf8qrg/DAREDORM_70_A_Night_To_Remember_2of2.html | Dare Dorm #15 |
| pornve.com | Brazzers | https://pornve.com/3syyjspf3wu0/Blowjob_Bootcamp_Brazzers.html | 10300 - Blowjob Bootcamp |
| pornve.com | Brazzers | https://pornve.com/3t32f9oggzx4/Brazzers_house_2_day_2.html | 10795 - Brazzers House 2: Day 1 |
| pornve.com | Brazzers | https://pornve.com/3t3axhuq1qln/Diamond_Foxxx_is_A_Mummy_With_Issues.html | 9109 - Cum to My Yard Sale! |
| pornve.com | Brazzers | https://pornve.com/3tbyj0erw6bg/RealWifeStories_-_Eva_Lovia_The_Farmer_s_Wife_12_22_16.html | 10307 - The Farmer's Wife |
| pornve.com | Brazzers | https://pornve.com/3tcyboaps88q/Dick_Reduction_Brazzers.html | 4086885 - Best Of Brazzers: Nurse Appreciation Day |
| pornve.com | Brazzers | https://pornve.com/3tdrttrsmwvy/Tlib_Riley_star.html | 11081 - Runaway Ride |
| pornve.com | Brazzers | https://pornve.com/3tfa59t0piet/Devon_-_Anal_Is_The_Best_Medicine.html | 7838 - Anal Is The Best Medicine |
| pornve.com | Reality Kings | https://pornve.com/3tgz4xktpis3/Rock_Hard_Phoenix_Marie.html | 15020 - Rock Hard |
| pornve.com | Brazzers | https://pornve.com/3tvnjvxnpiwr/Pretty_Little_Bitches_Part_Two_-_Indigo_Augustine__Jenna_Sativa.html | 9003 - Pretty Little Bitches Part One |
| pornve.com | Brazzers | https://pornve.com/3txdvvte1nx1/Alison_Tyler_Xander_Corvus_-_Big_Wet_Butts_-_Brazzers.html | 9485 - Dr. Buttfucker |
| pornve.com | Brazzers | https://pornve.com/3tytaftagr6x/Brazzers_-_Richelle_Ryan_gets_fucked_by_Mick_in_her_halloween_costume_.html | 7213 - Sexy Halloween |
| pornve.com | Brazzers | https://pornve.com/3u7pkfwbaji7/MilfsLikeItBig_-_Ava_Addams_MILF_Squad_Vegas_Big_Cock_Commandeering.html | 9433 - MILF Squad Vegas: Big Cock Commandeering |
| pornve.com | Brazzers | https://pornve.com/3ux82chvogi4/Brazzers_-_Hot_brunette_Olive_glass_enjoyed_a_podiatrist_therapy_.html | 11147 - Arch Support |
| pornve.com | Brazzers | https://pornve.com/3v947wut7bj3/Kelsi_Monroe_-_Booty_Shakes_And_Ass_Quakes.html | 7847 - Booty Shakes And Ass Quakes |
| pornve.com | Reality Kings | https://pornve.com/3vv2uflm6eva/GFRevenge_Dream_girl.html | 14389 - bikini_body |
| pornve.com | Reality Kings | https://pornve.com/3w2aq5rpmhcu/EuroSexParties_-_Ayda_Swinger_Aisha_Sexy_Swingers_XXX_NEW_21_July_2016.html | 14826 - Sexy Swingers |
| pornve.com | Reality Kings | https://pornve.com/3w6ixtcj0nmv/sarah_banks_finds_comfort_on_brads_big_dick.html | 1977548 - Whats Not To Like |
| pornve.com | Brazzers | https://pornve.com/3waqpnb32bhi/Diamond_Foxxx_-_Stepmoms_Sweet_Glory_Hole.html | 9697 - Stepmom's Sweet Glory Hole |
| pornve.com | Brazzers | https://pornve.com/3wipe98iixjq/BigWetButts__Kiki_Minaj_Danny_D_Squirt_And_Slurp_.html | 2412426 - Squirt And Slurp |
| pornve.com | Brazzers | https://pornve.com/3wzan4w5qirt/katana_kombat_bend_me_over.html | 3170699 - Bend Me Over |
| pornve.com | Brazzers | https://pornve.com/3x19o9hssdpr/Abigail_Mac_Anissa_KateLana_Rhoades_Mia_Malkova_Nekane_Sweet_Nicole_Aniston_Workin g_Out.html | 2358758 - Best Of Brazzers: Working Out |
| pornve.com | Brazzers | https://pornve.com/3xpso0gqc2be/Anissa_Jolie_Danny_D_Chock-Full_Of_Cock.html | 11198 - Chock-Full Of Cock |
| pornve.com | Reality Kings | https://pornve.com/3yas43un60f7/Burly_Senior_Man_With_Sticking_Our_Cock_Eats_Black_Pussy.html | 1944920 - Grand Slammin |
| pornve.com | Brazzers | https://pornve.com/3yg1qnaotulo/RealWifeStories_Ariella_Ferrera_Veronica_Rodriguez_A_Dick_Before_Divorce_08_18_16.html | 10112 - A Dick Before Divorce |
| pornve.com | Brazzers | https://pornve.com/3yj2wp81iexk/Curvy_Babe_Valentina_Nappi_Gets_DP_From_Jessy_Jones__Xander_Corvus_.html | 9566 - This Party's Boring |
| pornve.com | Brazzers | https://pornve.com/3yo8eu5bu8p1/Hot_Anal_Lesbians_MILF_Kendra_Peta_And_Kissa.html | 9241 - My Three Wives |
| pornve.com | Brazzers | https://pornve.com/3yrue9fe5z7m/tiffany_watson_serene_siren_exercising_her_ass_off_hot_and_mean_brazzers.html | 3795689 - Exercising Her Ass Off |
| pornve.com | Brazzers | https://pornve.com/3yysaig0ydl3/big_tits_brunette_milf_ass_babe_striptease_witch_eyes_3348_42_plays_published_on_29_minutes _ago_category_amateur.html | 5305 - Diamonds Are Wherever |
| pornve.com | Brazzers | https://pornve.com/3z7t87keup0v/Tiffany_Mynx_-_Lucha_Libre_Coochie.html | 7318 - Lucha Libre Coochie |
| pornve.com | Brazzers | https://pornve.com/3zx44tassl2e/The_Liar_The_Bitch_And_The_Wardrobe_Aaliyah.html | 10484 - The Liar  The Bitch And The Wardrobe |
| pornve.com | Brazzers | https://pornve.com/4020hxhwkb6c/gangbang_so_hot.html | 8598 - Mrs. Martinez And Her Gaping Asshole |
| pornve.com | Brazzers | https://pornve.com/40a6jfo2o0kw/Michele_James_-_BabyGotBoobs_Big_Spotlights.html | 3122564 - Big Spotlights |
| pornve.com | Brazzers | https://pornve.com/40m1p07qc2ho/Brazzers_Downward_Facing_Dick.html | 10909 - Downward Facing Dick |
| pornve.com | Brazzers | https://pornve.com/40zodh8rzq77/Moms_In_Control_5_Scene_3Cassidy_Klein_Farrah_Dahl__Xander_Corvus.html | 8550 - Let's Call Your Boyfriend Over |
| pornve.com | Brazzers | https://pornve.com/41jovuor56k6/Erotic_Massage_Bella_Rose_And_Miss_Raquel.html | 10551 - What the Client Wants |
| pornve.com | Brazzers | https://pornve.com/421el51v0f6z/Big_Tits_In_Sports_Veronica_Avluv_Destroyed_in_the_Locker_Room.html | 6492 - Five to One |
| pornve.com | Brazzers | https://pornve.com/42alki2uq577/big_tits_at_school_aletta_ocean_spy_hard_3.html | 8058 - Spy Hard 3: Hit Girl |
| pornve.com | Brazzers | https://pornve.com/42g75emdt3xj/Brazzers_Metal_Rear_Solid_The_Phantom_Peen.html | 10377 - Metal Rear Solid: The Phantom Peen |
| pornve.com | Brazzers | https://pornve.com/42q3dbuor324/Dont_Bring_Your_Sister_Around_Me__Nicolette_Shea__Keiran_Lee.html | 10617 - Don't Bring Your Sister Around Me |
| pornve.com | Reality Kings | https://pornve.com/42xfh4hlbik2/RealityKings_Horny_Hostess.html | 2011515 - Horny Hostess |
| pornve.com | Brazzers | https://pornve.com/439fhwbruhcs/BabyGotBoobs_Bella_Rolland_Chain_Linked_Fuck.html | 3403602 - Chain Linked Fuck |
| pornve.com | Brazzers | https://pornve.com/43di23b71ufi/_Bored_Stiff_.html | 9762 - Bored Stiff |
| pornve.com | Brazzers | https://pornve.com/43nwpcrxjohr/New_Synthia_Fixx.html | 10050 - The Milf In The Mirror |
| pornve.com | Brazzers | https://pornve.com/43qaw6o9ns43/Alexis_Fawx_And_Molly_Mae_Pussy_For_Breakfast.html | 9774 - Pussy For Breakfast |
| pornve.com | Reality Kings | https://pornve.com/43r6iid43vmv/DUDE_FRIES_girlfriend_at_the_windowsill.html | 5430 - Sweet Valentina |
| pornve.com | Brazzers | https://pornve.com/43sd3xa1m3yy/You_Wed_Her_Ill_Bed_Her_Lexi_Lowe__Keiran_Lee.html | 9573 - You Wed Her  I'll Bed Her |
| pornve.com | Reality Kings | https://pornve.com/43zfy4qhv4r5/BigNaturals_Keisha_Grey_Squeeze_These.html | 14634 - Squeeze These |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/44ds4u99q3d9/pornstarlikeitbig_focus_on_your_body_aryana_adin.html | 3796161 - Focus On Your Body |
| pornve.com | Brazzers | https://pornve.com/451jsxrhjjee/My_Stepmothers_Pantyhose_Brazzers.html | 10389 - My Stepmother's Pantyhose |
| pornve.com | Brazzers | https://pornve.com/4545x6wnm1tq/Blair_Williams_Johnny_Sins_Paying_Up.html | 11179 - Paying Up |
| pornve.com | Reality Kings | https://pornve.com/45b1ue17j60y/MomsBangTeens_-_Anastasia_Rose_And_Cory_Chase-Halloweeny.html | 15047 - Halloweeny |
| pornve.com | Brazzers | https://pornve.com/45uq0w7vubws/Brazzers_Anal_Encounter_With_A_Stranger_Ava_Koxxx_and_Danny_D.html | 3609571 - Anal Encounter With A Stranger |
| pornve.com | Brazzers | https://pornve.com/45xt0ahysz3c/destroyed_milf_sex_rough.html | 4286 - I Sex My Son's Role Models |
| pornve.com | Brazzers | https://pornve.com/464dmo14jtar/New_Dec_2015_Tory_Lane_Im_Your_Christmas_Bonus.html | 9364 - I'm Your Christmas Bonus |
| pornve.com | Brazzers | https://pornve.com/46dswxziiqxs/Monique_alexander_females_ghostbusters_are_ready_for_battle.html | 9793 - Ghostbusters XXX Parody: Part 3 |
| pornve.com | Brazzers | https://pornve.com/46e0hhb4p1cr/Hopping_On_A_Cock_Eliza_Ibarra__Scott_Nails.html | 3960039 - Hopping On A Cock |
| pornve.com | Brazzers | https://pornve.com/46nn22ihbp06/Dillon_Harper_Natural_Tits_Brunette_Squirt_Feet_Voyeur_watch_videos_on.html | 9074 - Pitching A Tent |
| pornve.com | Brazzers | https://pornve.com/473ejp6nezyf/This_Could_Be_The_End_BraZZers.html | 3313989 - This Could Be The End |
| pornve.com | Brazzers | https://pornve.com/473mf7zdsrsz/Veronica_Rayne_-_Psychotic_Milf.html | MILFs Like it Big Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/482jjgn7884j/Babe_Abigail_Mac_Abigail_Student_Hardcore.html | 9249 - The Janitor's Closet |
| pornve.com | Brazzers | https://pornve.com/487bbxzclip2/Jayden_Jaymes_-_Take_My_Wife_Please_-_Brazzers.html | 6056 - Take My Wife |
| pornve.com | Reality Kings | https://pornve.com/48bc8vdwulfi/MilfHunter_17_02_20_Sara_St_Clair_Sexy_Sara_XXX_-KTR.html | 15299 - Sexy Sara |
| pornve.com | Brazzers | https://pornve.com/48jy4q6wwmdu/_audrey_bitoni_fucks_during_a_smoke_break_audrey_is_trapped_with_a_guy_at_the_office_so_they_deside_to_fuck_smoke_break.html | 4332 - Smoke Break |
| pornve.com | Brazzers | https://pornve.com/48p2bk2fkdki/Dakota_Skye__Shes_Dumping_You.html | 9257 - She's Dumping You |
| pornve.com | Brazzers | https://pornve.com/48q8xy2rahdu/Peta_Pays_Your_Cock_a_Visit_-_Peta_Jensen__Johnny_Sins.html | 9015 - Peta Pays Your Cock a Visit |
| pornve.com | Brazzers | https://pornve.com/48sg60t4v6c3/Back_Door_Robbery_Diana_Prince__Keiran_Lee.html | 5421 - Back Door Robbery |
| pornve.com | Brazzers | https://pornve.com/48y4q12m8wlu/_Sunbathing_Distraction_.html | 9789 - Sunbathing Distraction |
| pornve.com | Reality Kings | https://pornve.com/49i4z13nt3fy/Couples_Seduce_Couples_18_2015_Jenny_Sizlivia__Tina.html | 12720 - Bush And Lips |
| pornve.com | Brazzers | https://pornve.com/49gtfb3v4hw/MikesApartment_16_03_30_Veronika_Morre_-_Morre_Please.html | 14523 - Morre Please |
| pornve.com | Brazzers | https://pornve.com/49o29unuq8hv/Candi_Kayne_Jordi_El_Nino_Polla_-_A_View_Of_The_English_Cuntryside_-_Mommy_Got_Boobs_-_Brazzers.html | 2676452 - A View of the English Cuntryside |
| pornve.com | Brazzers | https://pornve.com/49xjiwe5lji8/Brazzers_Sauna_Sex_Schooling.html | 10704 - Sauna Sex Schooling |
| pornve.com | Brazzers | https://pornve.com/49zu83jhk4cu/BrazzersExxtra_19_05_04_Bailey_Brooke_Hot_Day_For_A_Tan.html | 3437013 - Hot Day For A Tan |
| pornve.com | Reality Kings | https://pornve.com/4ai86nhpthis/MomsLickTeens_-_Skye_West_And_Savannah_Fyre_Skye_Pie.html | 13848 - Skye Pie |
| pornve.com | Brazzers | https://pornve.com/4attj2lh3cew/_Motion_In_The_Ocean.html | 6713 - Motion In The Ocean |
| pornve.com | Brazzers | https://pornve.com/4be51cb9d9wm/Office_4-Play_Intern_Edition_Aidra_Fox_Janice_Griffith_Lana_Rhoades_Riley_Reid__Keiran_Lee.html | 10069 - Office 4-Play: Intern Edition |
| pornve.com | Brazzers | https://pornve.com/4bp7yr5cpum5/tl1b_M3lissa_M00re_Big_Dick_in_a_Little_Box_480p.html | 9260 - Big Dick in a Little Box |
| pornve.com | Brazzers | https://pornve.com/4bqmj0n8gl63/Yhivi_-_Switching_Teams_Part_2.html | 9690 - Switching Teams: Part 2 |
| pornve.com | Brazzers | https://pornve.com/4br62z0r14un/Riley_Evans_Raunchy_Rubdown.html | 7040 - Riley's Raunchy Rubdown |
| pornve.com | Brazzers | https://pornve.com/4bv0y0wxa0t6/Bobbi_Starr.html | 4169 - Wet market anal-ysis |
| pornve.com | Brazzers | https://pornve.com/4c2o7n8q3cwf/RealWifeStories_15_12_19_Britney_Shannon_Anything_To_Get_In.html | 9386 - Anything To Get In! |
| pornve.com | Brazzers | https://pornve.com/4cuyw8kgd7l5/Diamond_Kitty_-_Big_Butt_Moan.html | Brazzers Presents: The Parodies |
| pornve.com | Brazzers | https://pornve.com/4cyr446flr89/Alena_Croft_Johnny_Sins_-_Fucking_The_Ugly_Duckling_-_Milfs_Like_It_Big.html | 2638915 - Fucking The Ugly Duckling |
| pornve.com | Brazzers | https://pornve.com/4d8lu4azgpk8/PornstarsLikeItBig_-_Kissa_Sins_Becoming_Johnny_Sins_Part_Three.html | 9052 - Becoming Johnny Sins: Part Three |
| pornve.com | Reality Kings | https://pornve.com/4df2izzou5wj/Horny_Black_Amateurs_-_Carmel_Bliss.html | Horny Black Amateurs |
| pornve.com | Reality Kings | https://pornve.com/4diir5ce6fom/Baylee_Touch_and_Go_Happy_Tugs.html | 5376 - Magic Hands |
| pornve.com | Brazzers | https://pornve.com/4diivb7jixfy/Lena_Paul_Skye_Blue_-_Stay_Away_From_My_Brother.html | 3960140 - Stay Away From My Brother |
| pornve.com | Brazzers | https://pornve.com/4djdhi2g2p7v/_Shy_Redheads_Like_It_Big_Ginger_Babe_Ella_Hughes_Fucks_In_The_Garage_.html | 8958 - Shy Redheads Like It Big |
| pornve.com | Brazzers | https://pornve.com/4e3somcgeb6d/Good_Shit_Doctor_Juelz_Ventura_Request.html | 9331 - Help Doc I'm Horny |
| pornve.com | Reality Kings | https://pornve.com/4e7d2qkojo2/Realitykings_Sweeter_In_A_Sweater_Canela_Skin.html | 2991641 - Sweeter In A Sweater |
| pornve.com | Reality Kings | https://pornve.com/4eehgs4i01k9/HD_The_Best_Ass_EVER_Jada_Stevens_Oiled_720p.html | 8294 - Oil Me Up |
| pornve.com | Brazzers | https://pornve.com/4ehqkbdg6cxg/Brazzers_Adria_Rae_Charles_Dera_Daddys_Debt.html | 10686 - Daddy's Debt |
| pornve.com | Brazzers | https://pornve.com/4equzywbukbz/Kristal_Summers_-_Special_Package.html | MILFS Like It Big Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/4f58wsni19v3k9/Karma_Rx_Slutty_Surveillance.html | 3425290 - Slutty Surveillance |
| pornve.com | Brazzers | https://pornve.com/4f64jo09dqz2/Cameron_Canada_Celeste_Star_-_Seducing_A_Straight_Girl.html | 7094 - Seducing a Straight Girl |
| pornve.com | Brazzers | https://pornve.com/4f809y1canbx/The_Femdom_Florist_Bambino_Ryan_Keely.html | 3719976 - The Femdom Florist |
| pornve.com | Brazzers | https://pornve.com/4fj4hti5pba6/Romi_Rain_Van_Wylde_Drone_Bone.html | 11116 - Drone Bone |
| pornve.com | Reality Kings | https://pornve.com/4fppnbel58vw/realitykings2016-12-12_Seductive_Capone.html | 14996 - Seductive Capone |
| pornve.com | Brazzers | https://pornve.com/4g0he0gocklh/Giselle_Palmer_Danny_D_Just_Trying_To_Earn_A_Little_Extra_College_Money.html | 11139 - Just Trying To Earn A Little Extra College Money |
| pornve.com | Brazzers | https://pornve.com/4g2e8jabsg64/DirtyMasseur_19_08_05_Kenzie_Taylor_Attend_To_My_Ass_XXX_SD.html | 3645123 - Attend To My Ass |
| pornve.com | Reality Kings | https://pornve.com/4gjo7k8nlqf6/milf_hunter_reality_kings_kenzie_tayl_orchad_white.html | 13510 - Spreading Kenzie |
| pornve.com | Brazzers | https://pornve.com/4h56lss5d40/Anal_Angel_Eva_Angelina_Keiran_Lee.html | 9572 - Anal Angel |
| pornve.com | Reality Kings | https://pornve.com/4hd6uub4pz3/SneakySex_17_02_25_Monique_Alexander_Over_The_Counter_XXX_-KTR.html | 15394 - Over The Counter |
| pornve.com | Brazzers | https://pornve.com/4i7sjqd5f663/HotAndMean_-_Brazzers_-_Bridgette_B_Karma_Rx_Good_Cop_Bad_Girl.html | 2432358 - Good Cop Bad Girl |
| pornve.com | Brazzers | https://pornve.com/4ijp4von83km/Brazzers_-_Sexy_student_Ashley_Adams_pleases_her_teacher_for_extra_credit_.html | 2639288 - Make-Up Sexam |
| pornve.com | Brazzers | https://pornve.com/4i6vb23zc9q/Ivana_Sugar_-_Anal_Blonde.html | 7141 - Euro Squirt Master |
| pornve.com | Brazzers | https://pornve.com/4is5eiw8lhdw/hardcore_ass_babe_doggystyle_marsha_may_marsha_raises_the_bar_3715_42_plays_published_on_47_minutes_ago_category_anal_teen_pornstar_marsha_may_tags_anal.html | 9090 - Marsha Raises the Bar |
| pornve.com | Brazzers | https://pornve.com/4iu3ireqox2v/The_Dinner_Invitation.html | 10012 - The Dinner Invitation |
| pornve.com | Brazzers | https://pornve.com/4iw0v2onhfdl/Sarah_Banks_Van_Wylde_Feelin_Myself.html | 2469555 - Feelin' Myself |
| pornve.com | Brazzers | https://pornve.com/4iw3lfma09po/Brazzers_Brazzers_Exxtra_New_Years_Sleaze.html | 10316 - New Years Sleaze |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/4iwk0osv4sem/ANAL_Peta_Jensen_-_Longest_Anal_Scene_Of_Peta.html | 9598 - Massaging Peta |
| pornve.com | Brazzers | https://pornve.com/4ixkzvyll3n/Kieran_lee_and_Samantha_Saint_in_the_perfect_maid_2.html | 10634 - The Perfect Maid 3 |
| pornve.com | Brazzers | https://pornve.com/4j9noq51t33n/Naughty_Bookworms_2015_-_Danica_Dillon.html | 9933 - Colegio Caliente |
| pornve.com | Brazzers | https://pornve.com/4jpx1nsaq9xn/Devon_Green_Robby_Echo_-_Recline__Unwind_-_Dirty_Masseur_June_18_2018.html | 2439714 - Recline & Unwind |
| pornve.com | Brazzers | https://pornve.com/4jui49zp346h/brazzers_sharing_the_bed_-_.html | 3768278 - Sharing The Bed |
| pornve.com | Brazzers | https://pornve.com/4jvpsyhgu0pu/Julia_Ann_-_Office_Party_Fucking.html | Big Tits at Work Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/4kd2c6flmngd/Monique_Alexander_-_The_Hardest_Exam.html | 8524 - The Hardest Exam |
| pornve.com | Brazzers | https://pornve.com/4kqeo3smj80a/Brazzers_Cherie_Deville_Stuck_On_Your_Mom_15_04_2020_watch_videos_o.html | 3983733 - Stuck On Your Mom |
| pornve.com | Brazzers | https://pornve.com/4ksbt0vxc1jo/Beautiful_teen_pussy.html | 2365490 - Post-Workout Smoothie |
| pornve.com | Brazzers | https://pornve.com/4kumdbfgi8xr/RealWifeStories_17_03_02_August_Ames_Didnt_Ring_The_Doorbell_XXX_-KTR.html | 10510 - Didn't Ring The Doorbell |
| pornve.com | Brazzers | https://pornve.com/4kuoy6ldspdd/brazzers_lexi_luna_neighborhood_snatch_committee.html | 3140130 - Neighborhood Snatch Committee |
| pornve.com | Brazzers | https://pornve.com/4kvm39vu153n/Assh_Lee_Danny_D_-_Follow_That_Ass_-_Big_Butts_Like_It_Big.html | 2358747 - Best of Brazzers: Summer Edition |
| pornve.com | Brazzers | https://pornve.com/4kzdpi4u2yer/Julia_Ann_-_This_One_Is_A_Keeper.html | 5416 - This One's A Keeper |
| pornve.com | Brazzers | https://pornve.com/4l8diegzh6o6/Nympho_Nurses_And_Dirty_Doctors_3_Olive_Glass.html | 11147 - Arch Support |
| pornve.com | Brazzers | https://pornve.com/4l97mkvp6zaq/BabyGotBoobsJessa_Rhodes_Powder_Puff_Girl.html | 2417592 - Powder Puff Girl |
| pornve.com | Brazzers | https://pornve.com/4lc5u14eslmq/RealWifeStories_-_Reagan_Foxx_-_Lost_And_Pound.html | 2361502 - Lost and Pound |
| pornve.com | Brazzers | https://pornve.com/4lgmefzfhnzd/plib_kagney_lin_karter.html | Brazzers Big Tits At School #5 |
| pornve.com | Reality Kings | https://pornve.com/4m4w2j81jni/Drilling_Mommy_12_S2_Audrey_Miles.html | 3452948 - Disc Golf Dick |
| pornve.com | Brazzers | https://pornve.com/4m9uo61u3awn/Ada_And_Diamond_Hardcore_Threesome.html | 8634 - Brazzers Awards |
| pornve.com | Brazzers | https://pornve.com/4mftuoibcnh3/Sex_Fighter_Chun_Li_And_Cammy_VS_Vega.html | 10029 - Sex Fighter: Vega Versus |
| pornve.com | Reality Kings | https://pornve.com/4mg0mzatr934/8thStreetLatinas_-_Emily_Mena_Latina_Especial.html | 14594 - Latina Especial |
| pornve.com | Brazzers | https://pornve.com/4mgmevaa6kx6/Milf_Demands_Workout_Sex_-_Xander_Corvus_Alexis_Fawx.html | 4419518 - Milf Demands Workout Sex |
| pornve.com | Brazzers | https://pornve.com/4myj5d1afjr3/Eva_Karera_The_Milf_and_The_Faith.html | 9182 - The Milf and The Faith |
| pornve.com | Brazzers | https://pornve.com/4na74z4mchmj/Girl_Fuck_Friends_Husband.html | 9624 - Unexpected Dinner Guest |
| pornve.com | Brazzers | https://pornve.com/4nsda4pmrrdm/Brazzers_Massaging_Her_Best_Friends_Husband.html | 8512 - Massaging Her Best Friend's Husband |
| pornve.com | Reality Kings | https://pornve.com/4ox7cm84f1xq/Realitykings__Mikes_Apartment__Lilu_For_Rent_Lilu4u.html | 1853736 - Lilu For Rent |
| pornve.com | Brazzers | https://pornve.com/4ozx1yoy2sie/Nataly_-_Czech_Out_My_Sister.html | Teens Like It Big Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/4p4h0jk06ijw/A_St_Pattys_Pounding_AJ_Applegate__Sean_Michaels.html | 9518 - A St. Patty's Pounding |
| pornve.com | Brazzers | https://pornve.com/4pgls21zjaor/alektra_blue_keiran_brazzers_fucking.html | 9617 - Swingers On Vacation: Part 2 |
| pornve.com | Reality Kings | https://pornve.com/4p99tvw3eiis/Lisa_Ann__Kimmy_Granger_When_Lisa_Ann_Cums_Over.html | 2987676 - When Lisa Ann Cums Over |
| pornve.com | Brazzers | https://pornve.com/4pw6o8diteqk/_Brazzers-_Hot__busty_professor_Lauren_Phillips_rides_her_students_dick_.html | 11191 - My Professor's Pantyhose |
| pornve.com | Brazzers | https://pornve.com/4q1qi85y5fns/Alexis_Breeze_-_Dancing_Bear_-_Brazzers.html | 4705 - Hair Undresser |
| pornve.com | Reality Kings | https://pornve.com/4q62jjf699gm/Big_Naturals_35.html | 11911 - Fitness Duo |
| pornve.com | Brazzers | https://pornve.com/4q73b5efyvha/Michelle_Thorne_Spanglish_Lessons.html | 9693 - Spanglish Lessons |
| pornve.com | Brazzers | https://pornve.com/4q7glvhhiucw/Big_Tits_Blonde_Bubble_Pussy.html | 2412421 - Lined Up And Laid Out |
| pornve.com | Brazzers | https://pornve.com/4qfzjfiep8mt/milf_hardcore_deep_throat_savannah_stern_st_pattys_day_pussy_3111_1_586_plays_published_on_1_day_category_brunette_public_tags_brunette.html | 4731 - St. Patty's Day Pussy |
| pornve.com | Brazzers | https://pornve.com/4qqirrb18t85/Real_Wife_Stories_Category_Ass_Teen_Pornstar_Kayla_Kayden_Loira_Tags_Blond_Gata_Tag_This_Video_41_Top_Rated_Porn_Video_53_Most_Played_Porn_Video_Of_Today_146_Top_Rated_Porn_Video_Of_Week.html | 10411 - Neighborwhore Twatch |
| pornve.com | Brazzers | https://pornve.com/4qt419k9wcxs/Brazzers_Doctors_Adventures_Nurse_Riley_Reid.html | 9480 - Nurse Riley |
| pornve.com | Brazzers | https://pornve.com/4qzbhtxr3x1u/ava_addams_and_kimmy_granger_all_night_rager_.html | 10970 - All Night Rager |
| pornve.com | Brazzers | https://pornve.com/4rb8tkkjsd2g/Rachel_Roxxx_-_Fucks_The_Office_Mommy.html | 10173 - The Office Mummy |
| pornve.com | Reality Kings | https://pornve.com/4rc46ewmmlpp/Reality_Kings_Dream_Girls.html | 13742 - Dream Girls |
| pornve.com | Brazzers | https://pornve.com/4rgejqf61fgf/_Brazzers_-_Nicole_Aniston_and_Abigail_Mac_fuck_hung_guy_at_the_gym_.html | 2358758 - Best Of Brazzers: Working Out |
| pornve.com | Brazzers | https://pornve.com/4rifsi764fct/BrazzersExxtra_Penny_Pax_Ramming_The_Reporter.html | 2412419 - Ramming The Reporter |
| pornve.com | Brazzers | https://pornve.com/4rt5q3dcgkuc/Brazzers_ten_pornstars.html | 10797 - Brazzers House 2: Day 3 |
| pornve.com | Reality Kings | https://pornve.com/4snbchiqcmyr/Reality_Kings_Miss_Exhibitionist_Rachel_Starr_JMac.html | 3473902 - Miss Exhibitionist |
| pornve.com | Brazzers | https://pornve.com/4ss94hy7ocgf/Alix_Lynx_the_mile_low_club.html | 11133 - The Mile Low Club |
| pornve.com | Brazzers | https://pornve.com/4t0gbt7fv5wh/BigTitsAtSchool_Tegan_James_Washing_Her_Mouth_Out_With_Cum_-_19_01_2017.html | 10333 - Washing Her Mouth Out With Cum |
| pornve.com | Brazzers | https://pornve.com/4thr1exzot9f/Tia_Cyrus_Rent_A_Pornstar_The_Wedding_Planner_Part_2_Netfapx.html | 3110899 - Rent-A-Pornstar: The Wedding Planner: Part 2 |
| pornve.com | Reality Kings | https://pornve.com/4tkpx8ll1ix9/Moms_Bang_Teens_9_2015_part_4.html | 11965 - Tag Team |
| pornve.com | Brazzers | https://pornve.com/4uu0ix7dt3bg/Ava_Addams_Rikki_Six_Two_Hungry_Mouths_On_His_Dick.html | 7662 - Two Hungry Mouths on His Dick |
| pornve.com | Brazzers | https://pornve.com/4uyvh66fue4o/Smoking_Hot_Blonde_Doctor_Giving_Her_Patient_A_Special_Treatment.html | 4590 - Deep Oral Resuscitation |
| pornve.com | Brazzers | https://pornve.com/4v09oral4dw4/American_Whore_Story_Part_Three.html | 8418 - American Whore Story Part One |
| pornve.com | Brazzers | https://pornve.com/4v21y7evfias/Ariella_ferrera_mother_daughter_mix_up.html | 2914507 - Mother Daughter Mix Up |
| pornve.com | Brazzers | https://pornve.com/4v454bg4q07x/Alektra_Blue_Ava_Addams_Dani_Daniels_Gianna_Nicole_Kayla_Kayden_Kaylani_Lei_Missy_Martinez_Nikki_Benz_Phoenix_Marie_Romi_Rain__Tory_Lane_House_Episode_Five.html | 8708 - Brazzers House Episode Five |
| pornve.com | Reality Kings | https://pornve.com/4vd2dnypz6g6/sheena_shaw_banging_that_body_.html | 8188 - Banging That Body |
| pornve.com | Brazzers | https://pornve.com/4vdw6w6naqs6/Real_Wife_Stories_-_Kendra_Lust_And_Peta_Jensen_My_Two_Wives.html | 8758 - My Two Wives |
| pornve.com | Brazzers | https://pornve.com/4vffi678lecj1/Secret_Sauna_Sex_Ivy_Lebelle_Real_Wife_Story_Sauna_Sex.html | 10535 - Secret Sauna Sex |
| pornve.com | Brazzers | https://pornve.com/4vwzoj0xga9x/Jessica_Lynn__Shawna_Lenee_-_How_To_Settle_A_Bet.html | Big Tits in Sports |
| pornve.com | Brazzers | https://pornve.com/4wk1ow2iunx2/Jade_Jantzen_-_She_Loves_Playing_With_Joysticks.html | 9246 - She Loves Playing With Joysticks |
| pornve.com | Brazzers | https://pornve.com/4wm5o6lvk9dz/DayWithAPornstar_Savannah_Bond.html | 4074478 - Luna Rides The Pole |
| pornve.com | Brazzers | https://pornve.com/4wpdfvlf5g6o/Good_NEW_Lesbian_Dani_Daniels__Valentina_Nappi.html | 9582 - Oiled Up Babes |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/4x3g4hv7n7wk/Brazzers_-_Open_up_your_Air_Way.html | Brazzers Big Tits At School #9 |
| pornve.com | Brazzers | https://pornve.com/4xcx9v8a2oa2/Blanche_Bradburry_Danny_D_7_Year_Anal.html | 11144 - 7 Year Anal |
| pornve.com | Reality Kings | https://pornve.com/4xmod3310c1q/TeensLoveHugeCocks_Violet_Myers_Sparkly_Clean.html | 2940194 - Sparkly Clean |
| pornve.com | Brazzers | https://pornve.com/4xq6x46xdppp/Alexa_Milani_Ebony_With_Crazy_Tits.html | 8930 - Busting Loose |
| pornve.com | Brazzers | https://pornve.com/4xw8hrq27l3v/Kendra_Sunderland_Zac_Wild_The_Clumsiest_Girl_In_The_World_Brazzers_Exxtra_Brazzers.html | 4419634 - The Clumsiest Girl In The World |
| pornve.com | Brazzers | https://pornve.com/4y463k41r3ke/NEW_Nov_2015_Juelz_Ventura_Help_Doc_Im_Horny.html | 9331 - Help Doc I'm Horny |
| pornve.com | Reality Kings | https://pornve.com/4yoaofz43v03/SneakySex_-_Christen_Courtney-Studyfuck.html | 14498 - Studyfuck |
| pornve.com | Brazzers | https://pornve.com/4yr503o9x5i4/Were_Just_Wrestling_Mom_-_Teanna_Trump_Johnny_Sins.html | 8929 - We're Just Wrestling  Mom |
| pornve.com | Brazzers | https://pornve.com/4z7zbkojj61q/Stephanie_Wylde_Johnny_Sins_-_Nerd_To_Stud_In_One_Simple_Fuck_-_Mommy_Got_Boobs.html | 4179 - Nerd to Stud in One Simple Fuck. |
| pornve.com | Brazzers | https://pornve.com/4zb2057cirhe/Eva_Angelina_-_The_Break_Up.html | Baby Got Boobs |
| pornve.com | Brazzers | https://pornve.com/4zii4wz5jzat/It_Was_A_Dark_And_Stormy_Milf_Britney_Amber.html | 10966 - It Was A Dark And Stormy MILF |
| pornve.com | Brazzers | https://pornve.com/4zyj6ck3vzs0/_blowjob_big_tits_brunette_cumshot_jewel_hospital_3551_42_plays_published_on_24_minutes_a go_category_babe_deep_throat_pornstar_jewels_jade_tags_naughty_.html | 5140 - Nurse Booty |
| pornve.com | Reality Kings | https://pornve.com/4zzzighlfkbn/Alina_Lopez_One_Hot_Box.html | 3428173 - One Hot Box |
| pornve.com | Brazzers | https://pornve.com/502d0me3ikur/American_Whore_Story_Part_Five.html | 8421 - American Whore Story Part Five |
| pornve.com | Brazzers | https://pornve.com/508rt637oplx/Ava_Addams_The_Package.html | 3226159 - The Package |
| pornve.com | Brazzers | https://pornve.com/50i7jyminm0o/Pedal_To_The_Anal_Anna_De_Ville_Charles_Dera_Ramon.html | 9614 - Pedal To The Anal |
| pornve.com | Brazzers | https://pornve.com/50js1mt3gr3w/Brazzers_Emergency_Rubdown.html | 3362783 - Emergency Rubdown |
| pornve.com | Brazzers | https://pornve.com/50u1pi423can/Sexperiments.html | 9415 - Sexperiments |
| pornve.com | Brazzers | https://pornve.com/50rvx0hkut6a/Dolly_Diore_Danny_D_-_X-Ray_Lay_Voyeur.html | 8838 - X-Ray Lay |
| pornve.com | Brazzers | https://pornve.com/513y8jdf92mh/Phoenix_Marie_Fuck_Her_Stepson.html | 8085 - The Whore of Wall Street Ep-5: One Last Orgy |
| pornve.com | Brazzers | https://pornve.com/514iq6a1v1bb/_Tempted_By_Teens_-_Brazzers_.html | 9580 - Tempted By Teens |
| pornve.com | Brazzers | https://pornve.com/51jflpdksx5b/Rich_Fucks_4_Bridgette_B_Toni_Ribas_Xander_Corvus.html | 2410663 - Rich Fucks: Part 4 |
| pornve.com | Brazzers | https://pornve.com/51ohzowtfpe4/Fucking_Her_Friends_Daddy.html | 8370 - Fucking Her Friend's Daddy |
| pornve.com | Reality Kings | https://pornve.com/51xzt8peuwms/Pervert_Punishmen_Ava_Koxxx_Leigh_Darby.html | 1810263 - pervert_punishment |
| pornve.com | Brazzers | https://pornve.com/52ic5kgslmmk/Mia_Malkova_-_White_Yoga_Pants.html | 7940 - White Yoga Pants |
| pornve.com | Brazzers | https://pornve.com/52yq64jct6x/BigTitsAtSchool_Kylie_Page_The_Geeks_A_Freak.html | 2892768 - The Geek's A Freak |
| pornve.com | Reality Kings | https://pornve.com/535zw8tz39cs/Maddy_OReilly_Darla_Crane_Mommy_and_daughter_indulge_the_guy.html | 7749 - Risky Relations |
| pornve.com | Reality Kings | https://pornve.com/53gcnwrcpfar/Threesome_Latina_Groupsex_Zoe_Milk_.html | 15060 - Workout Sex |
| pornve.com | Brazzers | https://pornve.com/53grejww85z7/The_Two_Sides_of_Samantha_Samantha_Saint_Jordan_Ash.html | 8478 - The Two Sides of Samantha |
| pornve.com | Brazzers | https://pornve.com/53hkpn0vkzw0/Stepmoms_Spring_Cleaning.html | 10647 - Stepmom's Spring Cleaning |
| pornve.com | Brazzers | https://pornve.com/53psnt8npadh/Brazzers_Good_Ol_Fashioned_American_Fucking_Monique_Alexander.html | 2635926 - Good Of Fashioned American Fucking |
| pornve.com | Brazzers | https://pornve.com/53q4s3fd8sgd/Jessa_Rhodes_Charles_Dera_-_Scanner_Scandal_-_Big_Tits_At_Work.html | 2569906 - Scanner Scandal |
| pornve.com | Brazzers | https://pornve.com/53vrd89e1j5h/absent_husband_and_wife_to_have_sex_with_strange_boys.html | 9567 - Taking It Twice |
| pornve.com | Brazzers | https://pornve.com/53xjgsfstke1/All_Good_New_Julia_Ann_Phoenix_Marie_And_Richelle_Ryan.html | 2358749 - Best of Brazzers: Phoenix Marie |
| pornve.com | Brazzers | https://pornve.com/54c8meh0qr43/Bella_Beretta_Steal_My_Virginity.html | 8841 - Steal My Virginity |
| pornve.com | Reality Kings | https://pornve.com/54irfgexyfri/BlackGFs_17_02_15_Mya_Mays_My_Mya_XXX_-KTR.html | 1754257 - clean_pussy |
| pornve.com | Reality Kings | https://pornve.com/54j2rej0vhz1/Phoenix_Marie_-_Big_Bubble_Booty.html | 14614 - Big Bubble Booty |
| pornve.com | Brazzers | https://pornve.com/54qsf9thejjs/Erotic_Massage_Courtney_Taylor.html | 10349 - Stress Buster |
| pornve.com | Brazzers | https://pornve.com/555r910gqp18/Adriana_Chechik_Kendra_Lust_Our_Sons_Girlfriend.html | 8852 - Our Son's Girlfriend |
| pornve.com | Reality Kings | https://pornve.com/55653v0srgan/GFRevenge_Sweet_pleasure.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/55ftx2f51qxs/Ho_Alone_-_Dakota_Skye.html | 9861 - Zorra en Casa |
| pornve.com | Brazzers | https://pornve.com/55e6c8lp7tyt/Downward_Doggystyle_Ryan_Conner_Bill_Bailey.html | 9514 - Downward Doggystyle |
| pornve.com | Reality Kings | https://pornve.com/55lty2ktq9dr/GFRevenge_Grabbing_vega.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/55quvyf5q5mh/PornstarsLikeItBig_-_Alexis_Fawx_Brandi_Love_Internet_Outage_Poundage_01_07_17.html | 10403 - Internet Outage Poundage |
| pornve.com | Brazzers | https://pornve.com/55s9o3huh7d2/Jackie_Daniels_-_The_Cock_Next_Door.html | Teens Like It Big Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/55zkmu41hmdr/Sophia_Laure_Sweaty_Ass_Workout.html | 10064 - Sweaty Ass Workout |
| pornve.com | Brazzers | https://pornve.com/56goltxs0r2ja/Julia_Ann_-_Two_Bangz_vs_Nancy.html | 8753 - Two Bangz vs Nancy |
| pornve.com | Brazzers | https://pornve.com/56ta4bk47jxr/cowgirl_alanah_rae.html | 5865 - Fistful Of Pussy |
| pornve.com | Brazzers | https://pornve.com/56xv8lwfm8yl/Hot_Shit_New_Missy_Martinez_Violet_Starr_Danny_D.html | 10142 - A Dick Before Dropout |
| pornve.com | Reality Kings | https://pornve.com/574soz89an1f/Sophia_Leone_Hot_Slut_Next_Door.html | 2235570 - Hot Slut Next Door |
| pornve.com | Reality Kings | https://pornve.com/57a6sgjpvd65/Drilling_Mommy_12_S5_Alura_Jenson_Lexi_Lore.html | Drilling Mommy 12 |
| pornve.com | Brazzers | https://pornve.com/57auq7a0uv10/Lela_Star_Keiran_Lee_-_Jerking_The_Morning_Shift_-_Pornstars_Like_It_Big_June_21_2018.html | 2412207 - Jerking The Morning Shift |
| pornve.com | Brazzers | https://pornve.com/57f4v7wzax8b/Hairy_Punter_and_His_Enormous_Boner.html | 7589 - Hairy Punter and His Enormous Boner |
| pornve.com | Brazzers | https://pornve.com/57ejfkclzf6s/The_More_Carolina_The_Better.html | 2409997 - The More Carolina The Better! |
| pornve.com | Reality Kings | https://pornve.com/58cpwg1akrq/MilfHunter_17_04_10_Reagan_Foxx_So_Busted_XXX_-KTR.html | 1782018 - so_busted |
| pornve.com | Brazzers | https://pornve.com/58esjch4m08e/Tammy_-_Cum_Czech_Out_This_House.html | Big Tits at Work Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/58m29zuyxavo/Britney_Amber_Name_Your_Price.html | 9064 - Name Your Price |
| pornve.com | Brazzers | https://pornve.com/58oyn1k4icv1/NEVER_GET_MARRIED_The_Aftermath_-_Adriana_Chechik_Keiran_Lee.html | 8818 - NEVER GET MARRIED: The Aftermath |
| pornve.com | Brazzers | https://pornve.com/5982oxvk73vc/Abby_Rode_-_Spanish_Fly.html | Big Tits at School Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/59u7spup2j3x/Latina_MILF_BABE_SEXY_Teacher_Romi_Rain.html | 9549 - No Student Teacher |
| pornve.com | Brazzers | https://pornve.com/5a309fo2f4ov/Maserati_-_Get_Dat_Big_Black_Rack.html | 7785 - Get Dat Big Black Rack |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/5a3vflmum7ji/Busting_More_Than_A_Move_Brazzers.html | 9261 - Busting More Than A Move |
| pornve.com | Brazzers | https://pornve.com/5a7zlfg2bapl/Holly_Michaels_-_Internal_Deep_Tissue_Massage.html | 7810 - Internal Deep Tissue Massage |
| pornve.com | Reality Kings | https://pornve.com/5aydfb6qfa35/Agatha_Lee_Sexy_Runner.html | 14463 - Sexy Runner |
| pornve.com | Brazzers | https://pornve.com/5bftnu30njx1/Angelina_Valentine_Anal_Dirty_Whore.html | 5944 - Clean A Dirty Whore |
| pornve.com | Reality Kings | https://pornve.com/5bhfof9o1o0/GFRevenge_Double_dipper.html | 14389 - bikini_body |
| pornve.com | Reality Kings | https://pornve.com/5bsggg3ei0fw/Mary_Jean_Stick_It_To_Her.html | 3222202 - Stick It To Her |
| pornve.com | Brazzers | https://pornve.com/5c2529xzko4z/Brazzers_Butting_Out_Brazzers_Bill_Bailey_Brooklyn_Chase_Big_Butts_Like_It_Big_Anal_Big_Tits.html | 10697 - Butting Out |
| pornve.com | Brazzers | https://pornve.com/5c95thohrfpx/Ariella_Ferrera_-_Dealing_With_A_Dickhead.html | 7827 - Dealing With A Dickhead |
| pornve.com | Brazzers | https://pornve.com/5c9gm679ebma/Brazzers_Stepmother_Id_Like_To_Fuck_40SMILF41.html | 8108 - My Stepmom the Cam Girl |
| pornve.com | Brazzers | https://pornve.com/5cydcpszsg1z/Vanilla_Deville_-_Charming_Her_Panties_Off.html | 7050 - Charming Her Panties Off |
| pornve.com | Brazzers | https://pornve.com/5dh92016lzmv/Hold_The_Phone_Not_The_Moan_Emma_Butt_Jordi_El_Nio_Polla.html | 9478 - Hold The Phone_Not The Moan |
| pornve.com | Brazzers | https://pornve.com/5dmb8lu3gaqb/Anna_Bell_Peaks_Cory_Chase_Milfs_On_Vacation_Part_2.html | 10379 - Milfs On Vacation: Part 1 |
| pornve.com | Brazzers | https://pornve.com/5do4rh198joy/Phoenix_Marie_Rachel_Starr_-_Sexual_Harassment_In_The_Work_Place.html | 6720 - Sexual Harassment In The Work Place |
| pornve.com | Brazzers | https://pornve.com/5dsv3hs3y43r/threesome_slut.html | 8520 - Slut College's Queen of Boobs |
| pornve.com | Brazzers | https://pornve.com/5e7zbnf72flt/Alessandra_Jane_Danny_D_The_Day_Before_You_Came_vPorn.html | 10717 - The Day Before You Came |
| pornve.com | Reality Kings | https://pornve.com/5efnarpnjny9/GFRevenge_Sexy_little_thing.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/5euqemunm3k5/Sandee_Westgate_-_Double_D_Doctor.html | 7770 - Double D Doctor |
| pornve.com | Brazzers | https://pornve.com/5f6v9hwnjgks/Kagney_Linn_Karter_-_Food_Fight.html | Brazzers Big Tits At School #5 |
| pornve.com | Brazzers | https://pornve.com/5fai8sdj7h70/Milf_Mom_Old_And_Young.html | 3425281 - Spring Cleaning |
| pornve.com | Brazzers | https://pornve.com/5fam32tjrnok/The_Other_Way_Around_Veronica_Avluv_Chad_White_Big_Tits_HD_Brazzers_Professional_Mommy_Got_Boob.html | 9466 - The Other Way Around |
| pornve.com | Brazzers | https://pornve.com/5fbounv6yqcu/All_Good_New_Britney_Amber.html | 9683 - The Interview: Round 1 |
| pornve.com | Brazzers | https://pornve.com/5fed644kahz4/_Brazzers_-_Petite_college_chick_Tiffany_Watson_enjoys_a_big_cock_.html | 2472736 - Gimme Gimme Never Get |
| pornve.com | Brazzers | https://pornve.com/5fj9u56ax4g5/BigWetButts_Lana_Rhoades_-_Exercise_Balling_22_05_2018_rq.html | 2652842 - Exercise Balling |
| pornve.com | Brazzers | https://pornve.com/5fqomhre3fpf/_Music_To_A_Moms_Ears_-_Brazzers_.html | 9533 - Music To A Mom's Ears |
| pornve.com | Brazzers | https://pornve.com/5fslvy4uu8w8/Brazzers_Tapas_That_Ass_Brazzers_Big_Butts_Like_It_Big_Jordi_El_Nino_Polla_Kat_Dior_Blonde_Bl.html | 2893311 - Tapas That Ass |
| pornve.com | Brazzers | https://pornve.com/5fvv70trl9vc/gamer_bex_kristen_scott_HQ.html | 10136 - My Stepsister The Gamer |
| pornve.com | Brazzers | https://pornve.com/5g222qfpmcoq/22_02_2018_Xanders_World_Tour_Ep_1.html | 2339502 - Xander's World Tour - Ep.1 |
| pornve.com | Brazzers | https://pornve.com/5gd16fssldq8/BigWetButts_17_04_08_Kelsi_Monroe_Big_Wet_and_Ready_For_Fucking_XXX_-KTR.html | 10601 - Big_Wet and Ready For Fucking |
| pornve.com | Brazzers | https://pornve.com/5gotmyt0mynq/Brazzers-_Nicolette_Shea-Tasting_The_Trophy_Wife.html | 10684 - Tasting The Trophy Wife |
| pornve.com | Brazzers | https://pornve.com/5gytkjgn5ghy/jordi_having_sex_with_milf.html | 11045 - Blow Team Blow! |
| pornve.com | Brazzers | https://pornve.com/5h417gydxwhc/Alexis_Fawx_And_Brandi_Love_Internet_Outage_Poundage_07012017.html | 10403 - Internet Outage Poundage |
| pornve.com | Brazzers | https://pornve.com/5hzj8ck1tmtr/Nikki_Benz_-_Wet_Butt_Sex_Red_Latex.html | 7795 - Wet Butt Sex Red Latex |
| pornve.com | Brazzers | https://pornve.com/5i6r56vibqkk/MilfsLikeItBig_Nina_Hartley_Mom_Stole_My_Boyfriend.html | 3291098 - Mom Stole My Boyfriend |
| pornve.com | Brazzers | https://pornve.com/5id7qwy2eycw/_Brazzers_-_Jade_Kush_Lose_Your_Virginity_with_her_mothers_boyfriend_.html | 2437974 - How To Lose Your Virginity In 10 Days |
| pornve.com | Reality Kings | https://pornve.com/5if26crp88zy/Anya_Ivy_and_Kira_Noir_Threesome.html | 3128094 - Ebony Three Player Game |
| pornve.com | Brazzers | https://pornve.com/5ikxbckig74i/Destiny_Dixon_Johnny_Sins_Doctor_Adventures.html | 7546 - Get Horny Get Healthy |
| pornve.com | Brazzers | https://pornve.com/5inhc518rq4x/Fight_me_Bridgete_Kiara.html | 3960012 - Fucking Fight Me |
| pornve.com | Brazzers | https://pornve.com/5j8f4fprbyk/Valentina_Nappi_-_Pushing_Boundaries.html | 10218 - Pushing Boundaries |
| pornve.com | Brazzers | https://pornve.com/5jhfwtx52tb7/Babe_Veronica_Rodriguez_Oiled.html | 9149 - Soaking and Sucking |
| pornve.com | Brazzers | https://pornve.com/5jisqmjoas1z/Brazzers_Desperate_For_V_Day_Dick_Brazzers_Lucas_Frost_Brandi_Love_Cum_On_Tits_Titty_Fuck_Blo.html | 10376 - Desperate For V-Day Dick |
| pornve.com | Brazzers | https://pornve.com/5jlodmqq0c52/Rachel_Starr_Stranger_Danger_Oiled_And_Fucked_.html | 7030 - Stranger Danger |
| pornve.com | Reality Kings | https://pornve.com/5jr7sgfzo7zg/Reality_Kings_Lust_And_Heels.html | We Live Together Vol. 30 |
| pornve.com | Brazzers | https://pornve.com/5jsaesou3ptb/Balls_Deep_In_Mommy_Mommy_Brazzers_Big_Tits_Blowjob_White_Guy_Asian_Girl_Professional_Asian.html | 7911 - Extra Soapy Busty Asian MILF |
| pornve.com | Brazzers | https://pornve.com/5jyd4f74v0zb/Bring_Me_The_Manager_Sara_Jay.html | 3648243 - Bring Me The Manager! |
| pornve.com | Brazzers | https://pornve.com/5kb6nk1eqm28/Veronica_Avluv_-_Professor_Of_Persuasion.html | 7275 - Professor of Persuasion |
| pornve.com | Brazzers | https://pornve.com/5kdn2yg2zvfr/All_Good_New_Romi_Rain.html | 9604 - Film Class Coochie |
| pornve.com | Brazzers | https://pornve.com/5kgprg2fu5xe/Stacey_Saran_Jordi_El_Nino_Polla_Mommys_Little_Helper.html | 2347229 - Mommy's Little Helper |
| pornve.com | Brazzers | https://pornve.com/5kk684puulo/HOT_Uncencored_Harumi_Aasano_Brazzers.html | 6387 - Professor Pervy |
| pornve.com | Brazzers | https://pornve.com/5kkwofq0q4od/_blowjob_brunette_ass_big_dick_cumshot_deep_throat_babe_anissa_kate_sub_request_4028_42_plays_published_on_15_minutes_ago_category_anal_squirt_pornstar_anissa_kate_tags_anal_.html | 9295 - Ohhhhh La La! |
| pornve.com | Brazzers | https://pornve.com/5kqgq3g5iaj7/Housewife_Forced_by_BlackCock.html | 9231 - Handcuffed Housewife |
| pornve.com | Brazzers | https://pornve.com/5lgl6r3tfacb/pornstars_like_it_big_brazzers_eva_lovia_danny_d_practice_makes_perfect_porn.html | 10533 - Practice Makes Perfect Porn |
| pornve.com | Reality Kings | https://pornve.com/5ljr7iflhvh/CumFiesta_Katalina_Mills_-_Party_Starter_19_07_2016.html | 14304 - Party Starter |
| pornve.com | Reality Kings | https://pornve.com/5m39i1a3ch1a/Slip_It_In_S5_Give_It_To_Me_Kharlie_Stone.html | 14110 - Give It To Me |
| pornve.com | Brazzers | https://pornve.com/5mj7s2l0s2l4/Brazzers_-_Big_dick_doctor_treats_his_blonde_patient_Christina_Shine_.html | 10770 - This One Weird Trick... |
| pornve.com | Brazzers | https://pornve.com/5mk0itrvmkhs/The_Vocal_Coach_Here_Rachel_Starr_Keiran_Lee.html | 9455 - The Vocal Coach |
| pornve.com | Brazzers | https://pornve.com/5mqcfx7jlqgf/Devon_-_Devons_Anatomy_Lesson.html | 7836 - Devon's Anatomy Lesson |
| pornve.com | Brazzers | https://pornve.com/5muec7nexqwp/flex_and_sex.html | 2464708 - Flex and Sex |
| pornve.com | Brazzers | https://pornve.com/5muer3ghr156/stepmoms_bake_sale.html | 10431 - Bake Sale Bang |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/5n0wiyx5plaz/Overnight_With_Stepmom_MommyGotBoobs_Brazzers__Mercedes.html | 11151 - This Week Only |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/5n3knqs0htja/Room_Board_and_Bang_Brazzers.html | 9307 - Room Board and Bang |
| pornve.com | Reality Kings | https://pornve.com/5ng0i5aeh4jj/Nancy_Ace_Naughty_Nancy_Ace.html | 2572040 - Naughty Nancy Ace |
| pornve.com | Brazzers | https://pornve.com/5nn2n2c5jkg5/Anal_Wonder_Woman_Romi_Rain_New.html | 10093 - Wonder Woman: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/5numdsvw8ohz/Blowjob_Pornstar_Melissa_Moore.html | 9260 - Big Dick in a Little Box |
| pornve.com | Brazzers | https://pornve.com/5nutmjwmddy0/Game_Of_Porn_part_4_Brazzers.html | 8995 - Storm Of Kings XXX Parody: Part 1 |
| pornve.com | Brazzers | https://pornve.com/5nxfunjikhet/Moms_In_Control_5_Scene_5Carolina_Abril_Leigh_Darby_Chris_Diamond.html | 9209 - Milf Teaches Newlyweds |
| pornve.com | Brazzers | https://pornve.com/5o8klt318d13/Diamond_Jackson_-_Weremilf.html | 8411 - Weremilf |
| pornve.com | Brazzers | https://pornve.com/5o9psoq7xyc8/Mariah_Milano_-_Stress-Free_Operation.html | Doctor Adventures Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/5of8cw5cgyi8/Anal_Big_Butt_Golden_Asshole_B80nde.html | 8595 - Fucking an Asshole Made of Gold |
| pornve.com | Brazzers | https://pornve.com/5oru4tz79s37/Facial_For_Jessica_Jaymes_Is_Really_Perfect_Hot.html | 6775 - College Memories |
| pornve.com | Brazzers | https://pornve.com/5p1c3efcn154/Mila_Marx_And_Shane_Blair_-_ZZ_Spring_Break_Part_One.html | 9590 - ZZ Spring Break: Part One |
| pornve.com | Brazzers | https://pornve.com/5p7wkf63h44u/Expose_Yourself_To_Higher_Learning_-_Brazzers_.html | 9495 - Expose Yourself To Higher Learning |
| pornve.com | Reality Kings | https://pornve.com/5pjets6fxie1/BigTitsBoss_Olivia_Fox_Hyped_And_Horny_-_10_12_2016.html | 14863 - Hyped And Horny |
| pornve.com | Brazzers | https://pornve.com/5pl3uy8hjpz/Kendra_Lust_Anal_With_Trainer_Keiran_Lee.html | 10359 - Personal Trainers: Session 3 |
| pornve.com | Brazzers | https://pornve.com/5plrtv7y8ss9/Rachel_Starr_Fucked_In_Office_-_720p.html | 7495 - Go Fuck Your Conscience |
| pornve.com | Brazzers | https://pornve.com/5pp64t3mnjyy/You_Deserve_Better_Ryan_Keely_Jezabel_Vessir.html | 3829178 - You Deserve Better |
| pornve.com | Reality Kings | https://pornve.com/5q4bg792breo/Chanel_Collins_Picnic_Pussy.html | 13760 - Picnic Pussy |
| pornve.com | Brazzers | https://pornve.com/5q9eepi3obgz/Pl1b_M3lissa_M4y_R0mi_R4in.html | 9307 - Room Board and Bang |
| pornve.com | Brazzers | https://pornve.com/5qdi03v4x1rp/btis_katsuni.html | 5528 - Fuck The Fans |
| pornve.com | Brazzers | https://pornve.com/5qdpptsuez28/Nina_Elle_Mommy_Issues_P1.html | 10531 - Mommy Issues - Part 1 |
| pornve.com | Reality Kings | https://pornve.com/5r104a4ybver/8thstreetlatinas_Victoria_Valencia_Dick_On_The_Cob.html | 14716 - Dick On The Cob |
| pornve.com | Brazzers | https://pornve.com/5r55kirv0yif/Phone_And_Fuck_Me_Brazzers.html | 4420225 - Put Down The Phone And Fuck Me! |
| pornve.com | Brazzers | https://pornve.com/5r6u5ouyhn7i/Why_Only_Hire_One_Hot_Blonde_Babe_As_Your_Secretary_At_The_Office_When_You_Can_Hire_Four_Sexy_Busty_Bombshell_Whores.html | 9924 - Cuarteto en la Oficina VI |
| pornve.com | Brazzers | https://pornve.com/5rcmynfls0is/brazzers2016_12_26_Workers_Compensation.html | 10401 - Worker's Compensation |
| pornve.com | Brazzers | https://pornve.com/5rtrnpc7vik3/Alena_Croft_-_The_MILF_And_The_Manny.html | 7829 - The MILF And The Manny |
| pornve.com | Brazzers | https://pornve.com/5rya06rhfiwl7/MilfsLikeitBig_Brazzers__Briana_Banks_My_Uncles_GF_Wants_M.html | 9535 - My Uncle's GF Wants My Dick! |
| pornve.com | Brazzers | https://pornve.com/5ryesf7i8lq8/come_on_man.html | 13951 - Come On Man |
| pornve.com | Brazzers | https://pornve.com/5s04htoplqew/Abella_Danger_Is_Followed_Doctors_Orders.html | 10623 - Vaginal Stimulation: A ZZ Medical Study |
| pornve.com | Reality Kings | https://pornve.com/5s2bwhh3tvhc/Money_Talks_tailgate_tazing_big.html | 8091 - Tailgate Tazing |
| pornve.com | Brazzers | https://pornve.com/5sqx3gbi5vju/Dick_Delivery.html | 9262 - Dick Delivery |
| pornve.com | Brazzers | https://pornve.com/5tc85tvg8zrk/Whitney_Wright_Jake_Adams_Does_This_Make_My_Booty_Look_Big.html | 11229 - Does This Make My Booty Look Big? |
| pornve.com | Brazzers | https://pornve.com/5tungw9lkx7s/BigButtsLikeItBig_Jenna_Ivory_The_Cheater_s_Choice_-_03_12_2016.html | 10140 - The Cheater's Choice |
| pornve.com | Brazzers | https://pornve.com/5uaors18ga82/Alyssa_Lynn_Cassidy_Banks_-_Sharing_the_Shower.html | 9884 - Compartiendo la Ducha |
| pornve.com | Brazzers | https://pornve.com/5uducg5aobd3/Karlee_Grey_-_Things_Are_Getting_Out_Of_Hand_Part_One.html | 8676 - Things Are Getting Out Of Hand Part One |
| pornve.com | Brazzers | https://pornve.com/5ugking2qjwy/TeensLikeItBig_Gia_Paige_Bed_Head_-_13_07_16.html | 9802 - Bed Head |
| pornve.com | Brazzers | https://pornve.com/5ugy2mi0z7l8/Evelin_Stone_Sloan_Harper_Youll_Never_Be_Cool.html | 11159 - You'll Never Be Cool |
| pornve.com | Brazzers | https://pornve.com/5urqgj1hd4ya/FUCKING_WHILE_WE_WAIT_ALEXIS_MONROE.html | 7400 - Fucking While We Wait |
| pornve.com | Reality Kings | https://pornve.com/5v3l1gnd0ycf/Carmel_Moore_First_Time_Auditions.html | 4554 - Cream On Carmel |
| pornve.com | Brazzers | https://pornve.com/5v3vg7kndzrv/Holly_Halston_Jailhouse_Fuck.html | 7548 - Jailhouse Fuck |
| pornve.com | Brazzers | https://pornve.com/5v816xjgvron/Dirty_Masseur6_Madison_Ivy_Esperanza_Gomez_Oiled_Sex.html | 7004 - Naughty Nuru |
| pornve.com | Reality Kings | https://pornve.com/5v9vp2dunk7n/RealityKings_-_My_Stepsisters_Girlfriend.html | 1944935 - My Stepsisters Girlfriend |
| pornve.com | Reality Kings | https://pornve.com/5vbxptbs36lf/Clea_Gaultier_Kristof_Cale_Under_The_Covers_Agent.html | 2011506 - Under The Covers Agent |
| pornve.com | Brazzers | https://pornve.com/5vfrwtut169n/BigTitsAtWork_Nicole_Aniston_The_Perfect_Maid_2_-_06_08_16.html | 10007 - The Perfect Maid 2 |
| pornve.com | Reality Kings | https://pornve.com/5vo20w1ksqrs/Brittany_40Explicit_material41.html | 8492 - Explicit Material |
| pornve.com | Reality Kings | https://pornve.com/5whyoccv3612/Anal_Yoga_With_Aaliyah_Hadid.html | 3128127 - Anal Yoga With Aaliyah |
| pornve.com | Brazzers | https://pornve.com/5wvvap0tyaza/blonde_blowjob_cumshot_summer_brielle_taylor_summer_sexpelled_4216_42_plays_published_on_38_minutes_ago_category_babe_deep_throat_pornstar_summer_brielle_taylor_tags_topless.html | 7510 - You're Sexpelled |
| pornve.com | Reality Kings | https://pornve.com/5wz7mpyl2w53/Callie_Calypso_Natalie_Lust_-_Lustful_Night.html | 11422 - Lustful Night |
| pornve.com | Brazzers | https://pornve.com/5x4boqih6i7o/Best_New_Olivia_Austin_-_720p.html | 9498 - How To Fuck At The Office |
| pornve.com | Reality Kings | https://pornve.com/5x7foyfw1r5m/_blonde_blowjob_hardcore_cumshot_babe_small_tits_sierra_nicole_party_crasher_3300_42_plays_published_on_38_minutes_ago_title_category_ass_teen_pornstar_sierra_nicole_tags_reality_kings_tag_this_video_.html | 15450 - Party Crasher |
| pornve.com | Brazzers | https://pornve.com/5xtgzese0y46/Alexis_Fawx_Marsha_May_Tease_And_Stimulate.html | 9685 - Tease And Stimulate |
| pornve.com | Brazzers | https://pornve.com/5y02dv02ysjl/Blake_Rose.html | 6053 - Full Metal Anal |
| pornve.com | Brazzers | https://pornve.com/5yja7sv0gota/The_Insomniac_Sucker_Audrey_Bitonis_Tits_Get_Fucked_At_The_Hospital_.html | 9805 - El Mamador con Insomnio |
| pornve.com | Reality Kings | https://pornve.com/5yvj6bub6a7p/MilfHunter_Lexi_Luna_Fuzzy_Peach_-_n22_08_16.html | 14872 - Fuzzy Peach |
| pornve.com | Brazzers | https://pornve.com/5zc848z4lvmu/Shy_Redheads_Want_Anal_Ella_Hughes_Chris_Diamond.html | 9266 - Shy Redheads Want Anal |
| pornve.com | Brazzers | https://pornve.com/618ij0nofqe4/DirtyMasseur_Jill_Kassidy_A_Mystic_Massage.html | 10761 - A Mystic Massage |
| pornve.com | Reality Kings | https://pornve.com/6197sncaj336/Teen_cutie_fucks_with_boyfriend_while_roommate_watches_tv.html | 2235574 - Putting On A Show |
| pornve.com | Reality Kings | https://pornve.com/61fl253g8wnm/Katana_Kombat_Code_34.html | Reckless In Miami |
| pornve.com | Brazzers | https://pornve.com/62j8emujhczz/Abigail_Mac_Cherie_Deville_Fixing_For_A_Fix.html | 10667 - Sex Addicts Anonymous |
| pornve.com | Brazzers | https://pornve.com/62kuy7mhqls5/How_To_Destroy_a_Marriage_Part_Two_Kleio_Valentien_Keiran_Lee.html | 7883 - How To Destroy a Marriage : Part Two |
| pornve.com | Brazzers | https://pornve.com/62s5mam81bow/Girl_Next_Door_Brazzers.html | 10162 - Girl Next Door |
| pornve.com | Brazzers | https://pornve.com/62zuamzl02he/Adriana_Chechik_The_Malcontent_Mistress_Part_2.html | 3868615 - The Malcontent Mistress: Part 2 |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/639ci7pqe72q/Mariah_Milano_-_Stimulus_Checks.html | Pornstars Like It Big Vol. 6 |
| pornve.com | Brazzers | https://pornve.com/63gabwh7kth5/Britney_Amber_Cabaret.html | 7474 - Standing Ovation For Britney |
| pornve.com | Reality Kings | https://pornve.com/63o9q8t4ra9k/Noelle_Easton_-_Ohh_Noelle_-_HD_Love.html | 12136 - Ohh Noelle |
| pornve.com | Brazzers | https://pornve.com/63t9w0k49tpo/_Alena_Croft__Brazzers_Big_Tits_At_Work_Big_Package_For_A_Tiny_Pussy_720p.html | 7324 - Big Package for a Little Pussy |
| pornve.com | Brazzers | https://pornve.com/648fdtf804y4/Doctors_Adventures_Destiny_Dixon.html | 7546 - Get Horny Get Healthy |
| pornve.com | Brazzers | https://pornve.com/64cjsmy0u9vi/Payton_Simmons__Riley_Reid_-_Threesome_On_The_Dance_Floor.html | 7862 - Threesome On The Dance Floor |
| pornve.com | Brazzers | https://pornve.com/64ejr13v8wkb/Stepsisters_Share_Everything-Marsha_May_Nicole_Bexley.html | 9760 - Stepsibling Slumber Party |
| pornve.com | Brazzers | https://pornve.com/64j1rsuqc47z/_Brazzers_-_Busty_tattooed_milf_Ryan_Conner_gets_oiled_up_and_fucked_hard_.html | 11136 - Cream My Jeans |
| pornve.com | Brazzers | https://pornve.com/64z2ucjcq4s0/One_Lucky_Guy_Fucks_2_Amazing_Sexy_Babes.html | 9491 - Teen Heaven |
| pornve.com | Brazzers | https://pornve.com/652e0z49qbec/Heels_On_Getting_Fucked.html | 9504 - Start Dicking Around |
| pornve.com | Brazzers | https://pornve.com/65bo3aq33tih/My_Friends_Fucked_My_Mom_Brazzers.html | 10371 - My Friends Fucked My Mom! |
| pornve.com | Brazzers | https://pornve.com/65fsu0nqmowd/HD_Teens_Like_It_Big_-_Jill_Kassidy_Babysitter_Caught_In_The_Action.html | 10182 - Babysitter Caught In The Action |
| pornve.com | Brazzers | https://pornve.com/65hojszcfy0i/Brazzers_The_Lusty_Landlady_Brazzers_Milfs_Like_It_Big_Veronica_Avluv_Markus_Dupree_Br unette.html | 11173 - The Lusty Landlady |
| pornve.com | Brazzers | https://pornve.com/65m4pf2avbdz/Valentina_Nappi_-_Culo_Succelente_Di_Valentina.html | 8792 - Culo Succulento Di Valentina |
| pornve.com | Brazzers | https://pornve.com/65qakicnod0o/Julia_Ann_Tyler_Nixon_Milf_Hardcore.html | 9100 - Stepmom Sex Ed |
| pornve.com | Brazzers | https://pornve.com/65xeb9nhr72f/Kayla_Synz_-_Sex_Education_In_Depth.html | Big Tits at School Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/65zwbqolu7hw/real_wife_stories_brazzers_ivy_le_belle_kyle_mason_secret_sauna_sex.html | 10535 - Secret Sauna Sex |
| pornve.com | Brazzers | https://pornve.com/662swpg10gzs/BigWetButts_-_Savana_Styles_Buttfuckers_Delight_XXX_NEW_21_July_2016.html | 10108 - Buttfuckers Delight |
| pornve.com | Reality Kings | https://pornve.com/66p4nxtnog3o/Zoey_Foxx__Chloe_Addison.html | 14389 - bikini_body |
| pornve.com | Reality Kings | https://pornve.com/666x9nzw2qe0/BigNaturals_19_07_22_Valentina_Nappi_Big_Titty_Workout_XXX_SD.html | 3318491 - Big Titty Workout |
| pornve.com | Brazzers | https://pornve.com/673g9t7s3at8/DP_Ava_Addams_Sunbathing_MILF_Big_Cock_DPp.html | 8349 - Sunbathing Milf's Big Cock DP |
| pornve.com | Reality Kings | https://pornve.com/674o2uejhm39/Money_Talks_solo_lovin_big.html | 8073 - Solo Lovin |
| pornve.com | Brazzers | https://pornve.com/674rgzqytwl0/Mommy_Got_Boobs_17.html | 6414 - Fuck Thy Neighbor |
| pornve.com | Brazzers | https://pornve.com/67abxzbuch2c/Brazzers_-_A_Guilty_Conscience.html | 9181 - A Guilty Conscience |
| pornve.com | Brazzers | https://pornve.com/67phdn9gkale/Undress_My_Sundress_Skyla_Novea.html | 10656 - Undress My Sundress |
| pornve.com | Brazzers | https://pornve.com/67td4x2e2luc/Dayna_Vendetta_Doctor.html | 5371 - The Coma Bone |
| pornve.com | Brazzers | https://pornve.com/67ti1907u8v/Brazzers_-_My_Sons_Best_Friends.html | 4046761 - Best Of Brazzers: Sneakiest Moments |
| pornve.com | Brazzers | https://pornve.com/67vmntmvo7p/Sophie_Dee_-_Squirts_And_Stockings.html | 7151 - Squirts and Stockings |
| pornve.com | Brazzers | https://pornve.com/67ylyiuw9c7o/Switching_Teams_Part_Two.html | 9690 - Switching Teams: Part 2 |
| pornve.com | Reality Kings | https://pornve.com/67ys7q1x4ovq/Spying_On_Her_Showering_Chad_Rockwell_Kira_Queen.html | 2286651 - Spying On Her Showering |
| pornve.com | Brazzers | https://pornve.com/682no14ezkj2/butt_pluge__Bridgette_B.html | 2676471 - The Butt Plug Burglar |
| pornve.com | Brazzers | https://pornve.com/689l5uprnlik/Jada_Stevens__Kiara_Diane_-_A_Very_Lucky_Roommate.html | Teens Like It Big Vol. 4 |
| pornve.com | Reality Kings | https://pornve.com/68kcv02ea7yl/StreetBlowJobs_Alex_Harper_-_Bottomless_Blows_25_09_2016.html | 14743 - Bottomless Blows |
| pornve.com | Reality Kings | https://pornve.com/68pzz7ecn21p/Callie_Calypso_Chrissy_Greene_-_Anal_Attention.html | 8170 - Anal Attention |
| pornve.com | Brazzers | https://pornve.com/698oqdlf9zk5/Aubrey_Black_Jordi_El_Nio_Polla_Milfs_Grab_Back.html | 2410001 - Milfs Grab Back |
| pornve.com | Brazzers | https://pornve.com/69hxobmhpcsk/NEW_Jasmine_James_Skyler_MCkay_AnD_Danny_D.html | 10012 - The Dinner Invitation |
| pornve.com | Brazzers | https://pornve.com/69g8lbdindy/Suicide_Squaq_-_Harley_Quinn_XXX_Parody.html | 9796 - Harley In The Nuthouse |
| pornve.com | Reality Kings | https://pornve.com/6a6h55l8r7s4/EuroSexParties_17_03_05_Annie_Wolf_And_Liz_Rainbow_Annielicious_XXX_-KTR.html | 15387 - Annielicious |
| pornve.com | Brazzers | https://pornve.com/6b547t8o5oo/Brazzers-_Ariella_Ferrera-_Panty_Stash.html | 2816799 - Panty Stash |
| pornve.com | Brazzers | https://pornve.com/6b9d8tteyw44/Jade_Nile_Lisa_Ann_-_Sick_Day_With_My_New_Stepmom.html | 8565 - Sick Day With My New Stepmom |
| pornve.com | Brazzers | https://pornve.com/6bfckoohobkr/Straightening_Her_Out_Penny_Pax_and_Danny_D.html | 9465 - Straightening Her Out |
| pornve.com | Brazzers | https://pornve.com/6bgy139hx9wl/Lachelle_Marie_-_Unbelievable_Secretary.html | Brazzers&#039; Big Tits at Work |
| pornve.com | Brazzers | https://pornve.com/6cq46f3px0e6/Brooklyn_Chase_Nailing_Ms_Chase_Part_Three.html | 9704 - Nailing Ms. Chase: Part Three |
| pornve.com | Brazzers | https://pornve.com/6cz04istzdyg/Alexis_Adams_-_College_and_Cuffs.html | 8863 - College and Cuffs |
| pornve.com | Brazzers | https://pornve.com/6d3c0kzcvgy8/Brazzers_Abella_Danger_Caught_Between_A_Bed_And_A_Hard_Cock_NewPorn2020.html | 3609553 - Caught Between A Bed And A Hard Cock |
| pornve.com | Brazzers | https://pornve.com/6d4fx7bcjpj7/Stuck_In_The_Elevator_vPorn.html | 8984 - Stuck In The Elevator |
| pornve.com | Brazzers | https://pornve.com/6dely7q0u2bm/Break_The_Internet_For_Real_This_Time_Nikki_Benz__Keiran_Lee.html | 8621 - Break The Internet... For Real This Time |
| pornve.com | Reality Kings | https://pornve.com/6dlrnc9blc2l/Maya_Bijou_Street_Talk.html | 14726 - Street Talk |
| pornve.com | Brazzers | https://pornve.com/6dv9n3ue2rdd/Jenna_Sativa_Lexi_Belle_Wet_Panties_Scissoring.html | 9423 - Wet Panties Scissoring |
| pornve.com | Reality Kings | https://pornve.com/6e1x568xeb97/realitykings2016-12-23_Bunking_With_Big_Dick.html | 15174 - Bunking With Big Dick |
| pornve.com | Brazzers | https://pornve.com/6e7s281vhl14/Sheridan_Love_Caressing_Her_Curves.html | 3456443 - Caressing Her Curves |
| pornve.com | Brazzers | https://pornve.com/6ebe4uqzqjqd/Hot_And_Mean_Suds_and_Milfs_Hot_And_Mean_Professional_Brazzers_Reality_Hot_Outdoor_ Big_Tits.html | 8306 - Suds and Milfs |
| pornve.com | Brazzers | https://pornve.com/6ehc9092anut/RealWifeStories_Tru_Kait_Blindfolded_Cheater_30_10_2020_rq.html | 4419202 - Blindfolded Cheater |
| pornve.com | Reality Kings | https://pornve.com/6ei1w9yyotoi/LilHumpers_3_S4_Sally_DAngelo_Lil_Humpette.html | Lil Humpers 3 |
| pornve.com | Brazzers | https://pornve.com/6eky713vkd71/Sybil_Stallone_Jake_Adams_Nothing_Like_A_Mothers_Love.html | 2347999 - Nothing Like A Mother's Love |
| pornve.com | Reality Kings | https://pornve.com/6fbba0wpp0/Jessie_Rogers__Sarah_Vandella_Double_Take_11_Top_Rated_Porn_Video_Of_Today_46_Most_ Played_Porn_Video_Of_Today_71_Top_Rated_Porn_Video_Of_Week.html | 8246 - Double Take |
| pornve.com | Reality Kings | https://pornve.com/6f0zts6t2a83/Reality_Kings_Round_And_Brown_36.html | 12412 - Ohh Staci |
| pornve.com | Brazzers | https://pornve.com/6f4slxe8572w/Bigbutt_Retired_Ebony_MILF_Loves_ANAL.html | 6275 - Black Beauty's Booty |
| pornve.com | Brazzers | https://pornve.com/6f84t93kl92g/Real_Wife_Stories_Sandra_Star_and_Keiran_Lee.html | 9674 - Have You Been Served? |
| pornve.com | Brazzers | https://pornve.com/6fu2kl0kqqt4w/Jai_James_Luke_Hardy_Home_Sweet_Hoe.html | 11218 - Home Sweet Hoe |

| pornve.com | Brazzers | https://pornve.com/6g6eeq0hezj3/Angelina_Valentine_Anal_In_Shower.html | 5944 - Clean A Dirty Whore |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/6g8nxobplmy7/8thStreetLatinas_Evie_Olson_Sweetie_Evie_-_02_09_16.html | 14920 - Sweetie Evie |
| pornve.com | Brazzers | https://pornve.com/6gdgyxxr0gc2/Madison_Scott_-_Open_Up_Your_Air_Way.html | Brazzers Big Tits At School #9 |
| pornve.com | Reality Kings | https://pornve.com/6ge7ussf68r0/Luna_Star_gets_anal_fucked_at_the_grocery_mall_-_Anal_Latina_BigTits_BigAss_Facial_Blowjob.html | 3222212 - Grocery Store Milf |
| pornve.com | Reality Kings | https://pornve.com/6gk4t5hx511w/RealityKings_Admiring_The_View.html | 3258424 - Admiring The View |
| pornve.com | Brazzers | https://pornve.com/6gv0o156y3ye/Peta_Pledges_Her_Cleavage_Allegiance.html | 7158 - Amy Brooke Works the Pole |
| pornve.com | Brazzers | https://pornve.com/6gxq9772oubx/Ayumi_Anime_Darcie_Dolce_Slippery_Scissoring.html | 2413176 - Slippery Scissoring |
| pornve.com | Reality Kings | https://pornve.com/6hapxti6kvre/reality_king_nikki_thorne_painting_nikkys_pussy.html | 1796725 - painting_nikkys_pussy |
| pornve.com | Brazzers | https://pornve.com/6hpc3c24n72r/Abella_Danger_Free_Anal_2.html | 9790 - Free Anal 2 |
| pornve.com | Reality Kings | https://pornve.com/6hvkr790qhrh/Jayden_Lee_Jaw_Dropper.html | 11589 - Meat Massager |
| pornve.com | Brazzers | https://pornve.com/6i8f1yx882q7/BabyGotBoobs_Brazzers_Jenna_J_Foxx_-_A_Tip_For_The_Waitress.html | 9350 - A Tip For The Waitress |
| pornve.com | Brazzers | https://pornve.com/6i8xmvujrra/Kenna_James_Eva_Karera_Stepdaughters_First_Date.html | 9127 - Stepdaughter's First Date |
| pornve.com | Brazzers | https://pornve.com/6ibi1ilkwe05/BigTitsInSports_Brazzers_Kagney_Linn_Karter_Rachel_RoXXX_-_Rachel_vs_Kagney.html | 9770 - Rachel vs Kagney |
| pornve.com | Reality Kings | https://pornve.com/6id6dox8nlwd/BigWetButts_Allie_Haze_Latex_Lust.html | 10352 - Latex Lust |
| pornve.com | Brazzers | https://pornve.com/6ir3rqdcl3ev/Hanna_Hilton_-_Fucking_The_Instructor.html | Real Wife Stories Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/6izxcyp3ufxd/Shyla_Stylez_Shy_Love_-_Reunion_Swapping.html | Real Wife Stories |
| pornve.com | Reality Kings | https://pornve.com/6j1c3p219vp9/MikesAppartment_too_sexy_big_-_Amirah_Adara.html | 11741 - Too Sexy |
| pornve.com | Brazzers | https://pornve.com/6j3wt6543twd/Abbey_Brooks_Rhylee_Richards_-_Sexy_Sunday_School.html | Big Tits at School Vol. 6 |
| pornve.com | Brazzers | https://pornve.com/6jffk87cvy6v/Mason_Storm_-_Lets_See_If_Your_Cock_Is_Big_Enough_For_My_Daughter.html | MILFS Like It Big Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/6jm7zpdlr1o8/Ex_Sex_Is_The_Best.html | 9890 - Sexo con el Ex es el Mejor |
| pornve.com | Brazzers | https://pornve.com/6jsyf3d7x89j/the_film_porn.html | 9796 - Harley In The Nuthouse |
| pornve.com | Brazzers | https://pornve.com/6k6vnzv7hjgl/New_Raven_Bay.html | 10026 - Hammered |
| pornve.com | Brazzers | https://pornve.com/6kmwy98e0kck/Riley_Evans_Butt_Smuggling_wmv.html | 4583 - Butt Smuggling |
| pornve.com | Brazzers | https://pornve.com/6l21lh7wdou43/august_taylor_catch_the_garter_belt_fuck_the_bride.html | 10973 - Catch The Garter Belt Fuck The Bride |
| pornve.com | Brazzers | https://pornve.com/6l6jkwczio1w/Nurses_Threesome_Cures_All_Brazzers.html | 4420191 - Nurse's Threesome Cures All |
| pornve.com | Brazzers | https://pornve.com/6lj1y4aqe5ls/Nikki_Benz_-_Break_The_Internet_For_Real_This_Time.html | 8621 - Break The Internet... For Real This Time |
| pornve.com | Reality Kings | https://pornve.com/6lmhyd56ai1j/SneakySex_18_05_26_Ashly_Anderson_No_Boys_Allowed_XXX_SD_-KLEENEX.html | 2235547 - No Boys Allowed |
| pornve.com | Brazzers | https://pornve.com/6lmn69oufyea/Asa_Akira_Hardcore_Facial.html | 5915 - Dickorette |
| pornve.com | Brazzers | https://pornve.com/6lnaxtmv5jlg/jayden_kagney.html | 6170 - Who Looks Hotter ? |
| pornve.com | Brazzers | https://pornve.com/6m49egfrfe6m/blowjob_big_tits_brunette_milf_hardcore_ass_cumshot_deep_throat_mature_fisting_veronica_avl_uv_veronica_avluv_babus&der.html | 10477 - Mom Visits Doc |
| pornve.com | Brazzers | https://pornve.com/6m52miwuim2r/Lisa_Ann_Mick_Blue_MILF_Perfection_S5.html | 5584 - 60 Minutes... Of Anal! |
| pornve.com | Brazzers | https://pornve.com/6m7dmusy9nsd/Product_Placement_In_Her_Pussy_Ryan_Keely.html | 2676474 - Product Placement In Her Pussy |
| pornve.com | Brazzers | https://pornve.com/6mmvxesi0uef/big_butts_like_it_big_brazzers_valentina_nappi_keiran_lee_dont_touch_her.html | 10655 - Don't Touch Her 5 |
| pornve.com | Brazzers | https://pornve.com/6mr8do4e8c2l/Alena_Croft_-_Alena_Croft_The_Notorious_B_O_O_T_Y.html | 8815 - Alena Croft: The Notorious B.O.O.T.Y |
| pornve.com | Brazzers | https://pornve.com/6msxxw1mq9de/Tits_Out_To_Lunch.html | 10666 - Tits Out To Lunch |
| pornve.com | Brazzers | https://pornve.com/6mu9uwf3razy/A_Very_Brazzers_Christmas_2_2015.html | 7868 - Cumming Together For Christmas |
| pornve.com | Brazzers | https://pornve.com/6mvrmjlvj8t6w/Mason_Moore_-_No_Match_For_Big_Tits.html | Big Tits in Sports |
| pornve.com | Brazzers | https://pornve.com/6n2me3yuhwm5/Our_New_Maid_Part_3.html | 9054 - Our New Maid: Part One |
| pornve.com | Brazzers | https://pornve.com/6n5iucddgs78/Subil_Arch_Tamara_Grace_-_Riding_Lessons.html | 9133 - Riding Lessons |
| pornve.com | Brazzers | https://pornve.com/6ndqplpjm2zc/Simone_Sonay_-_April_Fools_I_Fucked_Your_Mom.html | 8797 - April Fools I Fucked Your Mom! |
| pornve.com | Brazzers | https://pornve.com/6nlskowv6g5q/Babe_Kennedy_Leigh_Bathroom_Bang.html | 2358764 - 21 Hump Street: Remastered |
| pornve.com | Reality Kings | https://pornve.com/6nmt8ymea7qq/MomsLickTeens_17_02_21_Molly_Mae_And_Parker_Swayze_Good_Molly_XXX_-KTR.html | 14372 - Good Molly |
| pornve.com | Brazzers | https://pornve.com/6nr02kiwm5pu/Taylor_Chanel_-_Punishment_The_Old_School_Way.html | Big Tits at School Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/6nt92mmm657hc/The_Care_Package_Brazzers.html | 10706 - The Care Package |
| pornve.com | Brazzers | https://pornve.com/6oa0j906qvwo/Savannah_Stern_Rachel_Roxxx_Mindy_Main_-_A_Very_Brazzers_Christmas.html | Big Tit Christmas_A |
| pornve.com | Brazzers | https://pornve.com/6osmkw0g2ln9/Mom_Gangbang_35_Top_Rated_Porn_Video_Of_Today_89_Most_Played_Porn_Video_Of_Tod_ay_138_Top_Rated_Porn_Video_Of_Week.html | 10371 - My Friends Fucked My Mom! |
| pornve.com | Brazzers | https://pornve.com/6oveed3rvc2c/Abby_Cross_-_It_Takes_A_Teen_To_Switch_Teams.html | 6967 - It Takes a Teen to Switch Teams |
| pornve.com | Brazzers | https://pornve.com/6ow0tth4b8by/Peta_Jensen_Anal.html | 9598 - Massaging Peta |
| pornve.com | Reality Kings | https://pornve.com/6p49fixyzou2/BigNaturals_-_Natasha_Nice_Nasty_And_Nice.html | 14406 - Nasty And Nice |
| pornve.com | Brazzers | https://pornve.com/6ph5w94tb7hu/Foster_Daughters_Melina_Mason_And_Alexis_Monroe.html | 6919 - Foster Fuck |
| pornve.com | Brazzers | https://pornve.com/6pshagd570fv/Eva_Notty_Having_Fun_With_A_Teen_-_Mota_Boba_And_Baccha.html | 10058 - Honey Would You Mind Milking My Nuts 2 |
| pornve.com | Brazzers | https://pornve.com/6pt8ancrckpg/big_dick_bonnie_rotten_makes_a_man_3336_42_plays_published_on_4_hours_ago_bonnie_rotten_gets_tired_because_all_the_men_she_have_in_her_life_doesnt_last_long_in_squirt_pornstar_bonnie_rotten_tags_anal_squirting.htm l | 8166 - Dr. Rotten's Erotic Experiments |
| pornve.com | Reality Kings | https://pornve.com/6pz8oq6bf8c5/Just_another_weak_chest_popshot_Love_her_titties.html | 2662618 - Three Player Game |
| pornve.com | Brazzers | https://pornve.com/6q0wrr96lp1q/busty_rachel_roxxx_anal.html | 10001 - Un Culo de Angel |
| pornve.com | Brazzers | https://pornve.com/6qepll54xhde/Mercedes_Carrera_You_Just_Might_Get_It.html | 3170695 - You Just Might Get It |
| pornve.com | Reality Kings | https://pornve.com/6r251armqd4g/Fuck_Me_Hard_Kiley_Jay.html | 15270 - Fuck Me Hard |
| pornve.com | Brazzers | https://pornve.com/6r3srotzl8oo/Christie_Stevens_Mary_Jean_-_Honey_I_Married_A_Stripper.html | 9106 - Honey I Married A Stripper! |
| pornve.com | Brazzers | https://pornve.com/6r5svuf3lx41/Tiffany_Brookes_Sex_With_A_Salesman.html | 9050 - Sex With A Salesman |
| pornve.com | Brazzers | https://pornve.com/6rcf7p1u668h/_Brazzers_-_Curvy_teacher_Chanel_Preston_gets_gangbanged_by_her_students_.html | 10641 - Free-For-All Fuck Lessons |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/6rg9cnk3k47w/Teal_Conrad_-_Slutty_Secretary.html | 7239 - Slutty Secretary |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/6rnb6flb0cc7/Shane_Blair__Bailey_Brooke_-_Slit_Licks.html | 14561 - Slit Licks |
| pornve.com | Brazzers | https://pornve.com/6roz9ppkzjo9/ZZ_Hospital_-_Tiffanys_First_Day_-_Tiffany_Star__Mick_Blue.html | 9041 - ZZ Hospital - No Love Just Lust |
| pornve.com | Brazzers | https://pornve.com/6rww0atd77iq/Riley_Evans_-_Trashing_The_Teachers_Office.html | Big Tits at School Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/6secmhdi0goq/Jessa_Rhodes_Is_A_Very_Horny_Housewife_Who_Gives_it_Good.html | 10459 - What You See Is What You Get |
| pornve.com | Brazzers | https://pornve.com/6sv726nt7yzj/You_Agreed_To_This_Alyssa_Reece.html | 3646741 - You Agreed To This |
| pornve.com | Brazzers | https://pornve.com/6sv9amq3cvg9/MommyGotBoobs_19_07_18_Rebecca_Jane_Smyth_Turning_On_His_Girlfriends_Mom_XXX_SD.html | 3609570 - Turning On His Girlfriend's Mom |
| pornve.com | Brazzers | https://pornve.com/6tau0qclcazw/Alexis_Fawx_is_A_Mummy_With_Issues.html | 9298 - My Horny Stepsons |
| pornve.com | Brazzers | https://pornve.com/6tif009w8af2/Anal_Lana_Rhoades_Karlie_Brooks_62_Most_Played_Porn_Video_Of_Today.html | 10257 - Doing The Dishes |
| pornve.com | Brazzers | https://pornve.com/6tkeskvo543h/Amber_Lynn_-_A_Poke_For_A_Vote.html | 6842 - A Poke For A Vote |
| pornve.com | Reality Kings | https://pornve.com/6tqqnd64lf6d/TeensLoveHugeCocks_16_12_31_Amber_Gray_Cute_Bubbly_Butt_XXX_-KTR.html | 15046 - New Nookie |
| pornve.com | Brazzers | https://pornve.com/6tycsbto0xe8/_Brazzers_-_Audrey_Bitoni_fucks_her_patient_on_the_massage_table_.html | 11197 - Let's Get Physical |
| pornve.com | Reality Kings | https://pornve.com/6urpwnakbuoi/Realitykings_Squirt_Roast_Samantha_Garmendia.html | 3222224 - Squirt Roast |
| pornve.com | Brazzers | https://pornve.com/6v1u52eewosy/Brazzers__Pornstars_Like_it_Big_Brazzers_New_Years_Eve_Party.html | 10407 - Brazzers New Years Eve Party |
| pornve.com | Brazzers | https://pornve.com/6wkscjahnl15/Kirsten_price_alektra_blue_keiran_lee.html | 7423 - Threesome With The Date Coach |
| pornve.com | Brazzers | https://pornve.com/6wx9hi20uty2/Quid_Pro_Blow_MILF_Pornstar_Lasmine_Jae_Tags_Big_Boobs_Big_Ass_Tag_This_Video_120_Top_Rated_Porn_Video_Of_Today_195_Most_Played_Porn_Video_Of_Today.html | 10524 - Quid Pro Blow |
| pornve.com | Reality Kings | https://pornve.com/6x1a6r4th4fd/Jada_Stevens_Bangin_Body.html | 8189 - Bangin Body |
| pornve.com | Reality Kings | https://pornve.com/6x4b5ltaq0n0/Blonde_MILF_Facial_Cory_Fucks_In_The_Back_Of_The_Store.html | 6981 - Convenience Cooch |
| pornve.com | Brazzers | https://pornve.com/6x78sw6u8e5g/BabyGotBoobs_19_07_15_Desiree_Dulce_Pool_Shy_XXX_SD.html | 3612494 - Pool Shy |
| pornve.com | Brazzers | https://pornve.com/6xejsb6byrlk/Olivia_Nova_-_Olivias_Wet_Little_Secret.html | 10877 - Olivia's Wet Little Secret |
| pornve.com | Brazzers | https://pornve.com/6xiuloj8wyq/Moms_In_Control_5_Scene_4Skye_West_Olivia_Austin__Xander_Corvus.html | 9157 - How To Masturbate Like A Porn Star |
| pornve.com | Brazzers | https://pornve.com/6xki52ocgys2/The_Cocksuckers_Club_Remastered_-_Gina_Valentina_Gia_Paige_Danny_D_Elsa_Jean.html | 9490 - The Cocksuckers Club |
| pornve.com | Reality Kings | https://pornve.com/6xqzikm61t3x/StreetBlowJobs_Debra_Stokes_-_Strokes.html | 14551 - Stokes Strokes |
| pornve.com | Brazzers | https://pornve.com/6xr5yj234ngv/Katrina_Jade.html | 9193 - Midnight Titty Madness |
| pornve.com | Brazzers | https://pornve.com/6xuypj6kn2w/Brazzers_Honeys_Horny_Home_Workout_porn.html | 4418839 - Honey's Horny Home Workout |
| pornve.com | Brazzers | https://pornve.com/6yd06aeoue53/Alanah_Rae_-_Nice_Cheer_Lets_Fuck.html | Baby Got Boobs |
| pornve.com | Reality Kings | https://pornve.com/6yi4rkm2fgl8/Ada_Sanchez.html | 13499 - Skin To Skin |
| pornve.com | Brazzers | https://pornve.com/6yw1p33ar0ij/Cytherea_Returns_Tag_4_56_Most_Played_Porn_Video_Of_Today_79_Top_Rated_Porn_Video_Of_Today.html | 10256 - Can I Crash And Bang Your Mom? |
| pornve.com | Brazzers | https://pornve.com/6yxtj3tnkj9p/Brazzers_Abella_Danger_So_Fresh_So_Clean_01_05_2020_watch_videos.html | 3983608 - So Fresh & So Clean |
| pornve.com | Brazzers | https://pornve.com/6z3wum2dx34u/Brazzers_-_Nekane_Sweet.html | 4094278 - Best Of Brazzers: Titty Tuesday |
| pornve.com | Brazzers | https://pornve.com/6zerv5dozkag/Lexi_Lowe_Is_A_Full_Busty_Jacket_Come_On_Tits.html | 7885 - Full Busty Jacket |
| pornve.com | Brazzers | https://pornve.com/6zgva3ykl1rh/A_Pot_of_Golden_Dildos.html | 3230194 - A Pot of Golden Dildos |
| pornve.com | Reality Kings | https://pornve.com/6zp2tfj3x0d9/Ella_Knox_-_Tits_Are_A_Massive_Distraction.html | 1876661 - tits_are_a_massive_distraction |
| pornve.com | Brazzers | https://pornve.com/6zw187kqbrzx/Fucked_In_Front_Of_Class.html | 3425275 - Fucked In Front Of Class |
| pornve.com | Brazzers | https://pornve.com/6zz8b6ztv7zn/Slut_Mom_Ava_Addams_Shower_Fuck.html | 8685 - La Esposa que Juega a Dos Puntas |
| pornve.com | Brazzers | https://pornve.com/706xw344wwsv/Three_Muffs_In_The_Buff_Ariella_Ferrera_Jenna_Sativa_Ryan_Conner.html | 2638930 - Three Muffs In The Buff |
| pornve.com | Reality Kings | https://pornve.com/70ckpsv7j4g/Nikki_Capone_-_Getting_It_In.html | 14447 - Getting It In |
| pornve.com | Brazzers | https://pornve.com/70iyieuoh7j3/RealWifeStories_Adriana_Chechik_The_Dinner_Party.html | 10406 - The Dinner Party |
| pornve.com | Brazzers | https://pornve.com/70n16qpnlwfb/Monique_Alexander_The_Mother_Of_Seduction.html | 10460 - The Mother of All Seductions |
| pornve.com | Reality Kings | https://pornve.com/70sm7yiemryu/DAREDORM_64_Smoke_Out_1of2.html | Dare Dorm #15 |
| pornve.com | Brazzers | https://pornve.com/70ywad6ges27/_A_Late_Night_Visitor_-_Brazzers_.html | 9714 - A Late Night Visitor |
| pornve.com | Brazzers | https://pornve.com/715uf5qhq6p7/Taylor_Chanel_in_Punishment_the_old_school_way.html | Big Tits at School Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/716qz8af82fg/Freja_Noir__Skye_Blue_-_Skye_And_Frejas_Steamy_Shower_Cam_Show.html | 4092942 - Skye And Freja's Steamy Shower Cam Show |
| pornve.com | Brazzers | https://pornve.com/71hbupyguame/milf_tags_big_tits_milf_teaches_son_2751_6_471_plays_published_on_1_day_ago_hot_milf_fucks_stepson_category_big_tits_milf_tag_this_video_71_top_rated_porn_video_of_today_142_most_played_porn_video_of_today.html | 10389 - My Stepmother's Pantyhose |
| pornve.com | Brazzers | https://pornve.com/71jgv9g8l8mz/Jada_Stevens__Jessie_Rogers_-_Double_Anal_Poolside.html | 6693 - Double Anal Poolside |
| pornve.com | Brazzers | https://pornve.com/71uuif233ig9/Lisa_Ann_The_Fuck_Off.html | 3609170 - The Fuck Off |
| pornve.com | Brazzers | https://pornve.com/724funa92re4/_Brazzers_-_Sexy_Rachel_Starr_seduced_married_neighbor_to_fuck_her_.html | 2578026 - Domestic Disruption |
| pornve.com | Reality Kings | https://pornve.com/7317dfhd7ibq/BEST_NEW_Janice_Griffith__Crystal_Rae_720p.html | 14467 - Groupie Love |
| pornve.com | Brazzers | https://pornve.com/731m8y8ey0wg/Escendalo_Luna_Star_Victoria_June__Ramon.html | 2410005 - EscÁpndalo! |
| pornve.com | Reality Kings | https://pornve.com/732wco5925q1/Britt_James_Charles_Dera_-_Picking_Up_Big_Tits_-_First_Time_Auditions.html | 2812377 - Picking Up Big Tits |
| pornve.com | Brazzers | https://pornve.com/73bsxj4y6kaz/TeensLikeItBig_Lana_Rhoades_Over_Easy.html | 9780 - Over Easy |
| pornve.com | Brazzers | https://pornve.com/73e3wtc5e5tt/Bridgette_B_Justin_Hunt_-_Ill_Show_You_How_-_Brazzers.html | 3334687 - I'll Show You How |
| pornve.com | Brazzers | https://pornve.com/73pc22xf2w38/Sweet_Peta_Pie.html | 9019 - Sweet Peta Pie |
| pornve.com | Reality Kings | https://pornve.com/73ux00u389wi/Silvia_Burton_-_One_Night_Lust.html | 14616 - One Night Lust |
| pornve.com | Brazzers | https://pornve.com/742gpk08bq4n/kagney_linn_karter_Massage_sex.html | 9493 - Post-Match Pussy Part Two |
| pornve.com | Brazzers | https://pornve.com/746rlkkjdzf9/Secret_Sauna_Sex_Brazzers.html | 10535 - Secret Sauna Sex |
| pornve.com | Reality Kings | https://pornve.com/74kuorcbmph3/StreetBlowJobs_Elaina_Mcbrian_40Lucky_Lollipop_-_33_10_201641.html | 14874 - Lucky Lollipop |
| pornve.com | Brazzers | https://pornve.com/756uw3v3a9ek/Jenaveve_Jolie_Lisa_Ann_Madison_Scott__Sienna_West_-_Long_Live_Brazzers.html | 5131 - Long Live Brazzers! |
| pornve.com | Reality Kings | https://pornve.com/75938j4anjv8/Remy_La_Croix_james_deen__Jada_Stevens_Double_Shake.html | 8245 - Double Shake |
| pornve.com | Reality Kings | https://pornve.com/75fp5d2ss788/MikesApartment__RealityKings_Ayda_-_Swinger_Just_Right.html | 14678 - Just Right |

| | | | |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/7kaosknzsa4/MilfHunter__RealityKings_April_Mae_-_Shes_Got_The_Juice.html | 14666 - Shes Got The Juice |
| pornve.com | Brazzers | https://pornve.com/75ltm1nxx3au/Chip_In_To_Her_Pussy_Brazzers.html | 4419817 - Chip-In To Her Pussy |
| pornve.com | Brazzers | https://pornve.com/76gily6r6vmaj/August_Ames_And_Emma_Stoned.html | 8019 - Cheer Harder Slut |
| pornve.com | Brazzers | https://pornve.com/76wgvwm6ke48/Gamer_Heaven.html | 10752 - Gamer Heaven |
| pornve.com | Brazzers | https://pornve.com/777djqgm4j9/Delicious_Tits5_Destiny_Dixon.html | 7944 - No Country For Cock Hungry MILFs |
| pornve.com | Brazzers | https://pornve.com/77n4k3yo1vxu/Abigail_mac_doctor_fuck.html | 11030 - White Coat Pink Pussy |
| pornve.com | Brazzers | https://pornve.com/77t8xn5xx2fb/Knockout_Knockers_-_Summer_Brielle__Johnny_Sins.html | 8903 - Knockout Knockers |
| pornve.com | Brazzers | https://pornve.com/785bw5r6vf6g/Julia_Ann_-_Stepmom_Knows_Best.html | 7946 - Stepmom Knows Best |
| pornve.com | Brazzers | https://pornve.com/787ozi1cob72/Queen_Of_Thrones_Part_02.html | 10506 - Queen Of Thrones: Part 1 |
| pornve.com | Brazzers | https://pornve.com/78p5qk63ntui/Brazzers_Im_Not_A_Racist_Brazzers_Mommy_Got_Boobs_Interracial_Bbc_Blonde_Pussy_Licking_Blowj.html | 7108 - I'm Not A Racist |
| pornve.com | Brazzers | https://pornve.com/78sej6d0ogq3/Nikki_Benz_Lachelle_Marie_-_Soccer_Fan_Doctors.html | Doctor Adventures Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/78tb14si3n0s/_BRAZZERS_PRESENTS_1_800_PHONE_SEX_-_THE_PACKAGE.html | 3226159 - The Package |
| pornve.com | Brazzers | https://pornve.com/79980adikpxi/Eyes_Down_Tits_Out.html | 9236 - Eyes Down Tits Out |
| pornve.com | Brazzers | https://pornve.com/79kal7l3imqv/Richelle_Ryan_A_Roof_A_Hot_Meal_and_A_Pair_of_Jumbos.html | 9202 - A Roof A Hot Meal and A Pair of Jumbos |
| pornve.com | Reality Kings | https://pornve.com/79rlp6qxt7ag/LilHumpers_2_S1_Aryana_Adin_The_Kitchen_Humper.html | Lil Humpers 2 |
| pornve.com | Brazzers | https://pornve.com/79w8bxi7cobn/Kassondra_Raine_Horny_Wife_Wants_A_Stranger.html | 9101 - Horny Wife Wants A Stranger |
| pornve.com | Brazzers | https://pornve.com/7a0frgts5v6v/Orange_Is_The_New_Pussy_-_Nadia_Styles__Natalia_Starr__Skin_Diamond.html | 8764 - Orange Is The New Pussy |
| pornve.com | Reality Kings | https://pornve.com/7aeian3a3r0z/RealityKings_Got_It_All_Big.html | 13452 - Got It All |
| pornve.com | Reality Kings | https://pornve.com/7alaffl841svu/Desirae_Rose_-_Deep_Rose.html | 13949 - Deep Rose |
| pornve.com | Brazzers | https://pornve.com/7aswparcabxi/Brazzers__Big_Wet_Butts__Anal_Xmas_Allie_Haze_Harley_Jade.html | 10368 - Anal Xmas |
| pornve.com | Brazzers | https://pornve.com/7b6n3wbwcce9/Sexual_Education_8_Skyla_Novea.html | 10081 - Skyla Hates Studying |
| pornve.com | Brazzers | https://pornve.com/7baf9el15cdv/Twinkle_Tits_Abbey_Brooks.html | 9951 - Twinkle Tits |
| pornve.com | Brazzers | https://pornve.com/7bjonmkigcol/Brazzers_Dont_Tell_Mom_The_Babysitters_a_Slut_Brazzers_Mommy_Got_Boobs_Jennifer_White_Lisa_Ann.html | 5062 - Don't Tell Mom The Babysitter's a Slut |
| pornve.com | Brazzers | https://pornve.com/7bzy6m8ycejv/Mommy_Got_Boobs_15.html | 5830 - Widow Whammy |
| pornve.com | Reality Kings | https://pornve.com/7c09lmzrowzu/Blonde_elevator.html | 2286923 - Elevator Creeping |
| pornve.com | Reality Kings | https://pornve.com/7c4292yff4xz/Slip_It_In_3_S5_Cum_For_The_Fiesta_Elena_Koshka.html | 14741 - Cum For The Fiesta |
| pornve.com | Brazzers | https://pornve.com/7c7q0s8tfdl1/Momsss_In_Control_5_2017.html | 8550 - Let's Call Your Boyfriend Over |
| pornve.com | Brazzers | https://pornve.com/7c93bfg4oyw3/Siri_Dahl_Gets_Caught_And_Fucked_By_Her_Roomie_102920.html | 4213470 - Getting Joanna Out Of The Shower |
| pornve.com | Reality Kings | https://pornve.com/7c9cm6cu5bj2/Foot_Fetish_Brooke_Banner_Cum_On_Feet.html | 1685 - Pay To Play |
| pornve.com | Brazzers | https://pornve.com/7c9nomxb51iq/Brianna_Beach_-_Pickup_Service.html | Mommy Got Boobs Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/7cdaiofo7gra/Shawna_Lenee_Kagney_Linn_Karter_-_Ebenezer_Keiran.html | Big Tit Christmas A |
| pornve.com | Brazzers | https://pornve.com/7cm4sib6ad7l/Brazzers_-_Big_booty_Lela_Star_is_into_some_kinky_fucking_.html | 11122 - Confessions From Suburbia |
| pornve.com | Brazzers | https://pornve.com/7d137wy7zl5u/Buttfuck_The_Bride_brazzers.html | 9362 - Buttfuck The Bride |
| pornve.com | Brazzers | https://pornve.com/7d2capcb2j4g/doctor_adventures_brazzers_julia_ann_keiran_lee_doctoring_the_results.html | 10780 - Doctoring the Results |
| pornve.com | Brazzers | https://pornve.com/7d4tpmg6ihjr/Raven_Hart_-_Workers_Cumpensation.html | 10401 - Worker's Cumpensation |
| pornve.com | Brazzers | https://pornve.com/7denm5xgropk/Stress_Buster_Brazzers.html | 10349 - Stress Buster |
| pornve.com | Reality Kings | https://pornve.com/7dn83a8b7cyb/Nikita_Von_James_And_Rikki_Six_-_Sex_With_Two_Blonde_Sluts_Nikita_Von_James_And_Rikki_Six_.html | 7751 - Sex With Six |
| pornve.com | Brazzers | https://pornve.com/7dxlxfnfshkx/Alena_Croft_Anal_Stretching_In_The_Shower_15_09_2020_Anal_BigTits_BigTits_0_15_09_2020_on_SexyPorn.html | 4418021 - Anal Stretching In The Shower |
| pornve.com | Brazzers | https://pornve.com/7e56nw8wlubs/Alena_Croft_Loves_Giving_The_Anal_Gift.html | 10739 - Teaching Anal |
| pornve.com | Brazzers | https://pornve.com/7efeies0hfks/Ava_Addams_Stay_Away_From_My_Daughter_Full.html | 10208 - Stay Away From My Daughter |
| pornve.com | Reality Kings | https://pornve.com/7effzqtksp0/FirstTimeAuditions_Ally_Tate_-_Allys_Cat_11_07_2016.html | 14664 - Allys Cat |
| pornve.com | Brazzers | https://pornve.com/7eog3737oo8l/Alura_Jenson_Sneaky_MILF_Sucks_In_The_Theater_Mommy_Issues.html | 8604 - Sneaky MILF Sucks In The Theater |
| pornve.com | Brazzers | https://pornve.com/7ewa5bzgmo6w/BEST_NEW_Ella_Hughes_Sensual_Jane__Danny_D_-_720p.html | 9519 - Lost In Brazzers Episode 1 |
| pornve.com | Brazzers | https://pornve.com/7f0di3ab63zim/Brazzers_Cream_my_jeans_Brazzers_Big_Wet_Butts_Ryan_Conner_Keiran_Lee_Blonde_White_Girl_Milf.html | 11136 - Cream My Jeans |
| pornve.com | Reality Kings | https://pornve.com/7f6sxcjq97uf/Skyla_Novea_Your_Daughter_My_Slut.html | 2235577 - Your Daughter My Slut |
| pornve.com | Reality Kings | https://pornve.com/7f9c1zox10sj/MomsLickTeens_15_12_22_Zoey_Monroe_And_Cherie_Deville_Pussy_Love.html | 14315 - Pussy Love |
| pornve.com | Brazzers | https://pornve.com/7foi2aowsy9n/hot_line_baby.html | 9587 - The Stowaway |
| pornve.com | Reality Kings | https://pornve.com/7g4j4wywnm9h/Nikki_-_My_Girlfriends_Hot_Mom_15_2015.html | 13277 - Nikkis Nipples |
| pornve.com | Brazzers | https://pornve.com/7g8rtsy4hcah/GFRevenge_Flexy_sexy.html | 14389 - bikini_body |
| pornve.com | Reality Kings | https://pornve.com/7go9rxnfkbix/Cali_Carter_Kali_Roses_Stepsister_Swap.html | 2025188 - Stepsister Swap |
| pornve.com | Reality Kings | https://pornve.com/7h29se7oa64z/RKPrime_17_04_13_Jasmine_Jae_Sock_My_Puppet_XXX_-KTR.html | 1797509 - Sock My Puppet |
| pornve.com | Brazzers | https://pornve.com/7i1jfr9drkzv/_Brazzers_-_Busty_Julia_Ann_gets_her_pussy_drilled_by_Keiran_big_cock_.html | 7031 - Lean Mean Fucking Machine |
| pornve.com | Brazzers | https://pornve.com/7i4bt8hblrd6/Erotic_Massage_Alura_Jenson_And_Dahlia_Sky_Anal.html | 10116 - Let's Massage The Babysitter |
| pornve.com | Brazzers | https://pornve.com/7ie245ou9v8y/Yoga_Freaks_Episode_Three_Jade_Jantzen__Charles_Dera__Xander_Corvus.html | 9556 - Yoga Freaks: Episode Three |
| pornve.com | Brazzers | https://pornve.com/7isgrjv9or71/Nina_Elle_They_Feel_Real_To_Me.html | 3110592 - They Feel Real To Me |
| pornve.com | Brazzers | https://pornve.com/7jb1dpw0su9p/Ass_Gas_or_Grass.html | 10559 - Ass Gas or Grass |
| pornve.com | Brazzers | https://pornve.com/7jp0qdhk7zev/Cathy_Heaven_-_Magic_Man.html | 6830 - Magic Man |
| pornve.com | Brazzers | https://pornve.com/7jppt4kp8aov/Erotic_Massage_Amy_Reid.html | 7749 - Amy's Ass Massage |
| pornve.com | Reality Kings | https://pornve.com/7jrivh8wgka7/WeLiveTogether_15_12_17_Jenna_Sativa_And_Val_Midwest_The_Sweetest_Pussy.html | 14183 - The Sweetest Pussy |
| pornve.com | Brazzers | https://pornve.com/7jwb62sss5zj/Aleksa_Nicole_Requiem_for_an_Anal_Cherry.html | 5712 - Aleksa's Ass vs. James Deen: Requiem for an Anal Cherry |
| pornve.com | Brazzers | https://pornve.com/7k2au07nd08n/DoctorAdventures_-_Penny_Pax_Straightening_Her_Out.html | 9465 - Straightening Her Out |

| pornve.com | Brazzers | https://pornve.com/7k79d2aizg0u/Rachel_Starr_OiIll_Brune_Big_Tits.html | 9095 - Rachel Starr Surprise |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/7k86c0dra4jq/Brazzers_Pink_And_Plump_Brazzers_Kiki_Minaj_Danny_D_Big_Wet_Butts_Anal_Ass_Worship_Big_Tits.html | 9788 - Pink And Plump |
| pornve.com | Brazzers | https://pornve.com/7kbook7pphzr/BigWetButts_17_02_28_Kagney_Linn_Karter_Plump_Pantyhose_XXX_-KTR.html | 10529 - Plump Pantyhose |
| pornve.com | Brazzers | https://pornve.com/7kvrpuj5bxdz/DayWithAPornstar_Dani_Daniels_40Day_With_A_Pornstar_-_Dani_-_10_07_1641.html | 9395 - Day With A Pornstar: Nikki |
| pornve.com | Reality Kings | https://pornve.com/7kyon8z4muva/Lizz_Tayler_Faye_Reagan_Lizz_Tayler_Lily_Carter_Teagan_Summers_Part_One.html | 8433 - All Naughty Pt Two |
| pornve.com | Brazzers | https://pornve.com/7kz69twhnpbw/Helena_Sweet_-_Leggy_Blonde.html | Big Tits at Work Vol. 7 |
| pornve.com | Reality Kings | https://pornve.com/7lkx9zanpzav/Reality_Kings_Big_Tits_Boss_Tiffany_Rain_Big_Tits_On_Tiffany.html | 1829802 - Big Tits On Tiffany |
| pornve.com | Brazzers | https://pornve.com/7lq41zet3asi/Comfort_Me_With_Cum_Brazzers.html | 9446 - Comfort Me With Cum |
| pornve.com | Brazzers | https://pornve.com/7m6b0lo4ahia/Brandi_Love_Rent_A_Pornstar_The_BreakUp_Coach.html | 3359427 - Rent-A-Pornstar: The Break-Up Coach |
| pornve.com | Brazzers | https://pornve.com/7maopmjsisvl/Brazzers__Dick_Or_Treat.html | 10155 - Dick Or Treat |
| pornve.com | Reality Kings | https://pornve.com/7mdj7msfk2ov/GFRevenge_Double_nut_fun.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/7mn328uyoza1/03_03_2018_Color_Theory.html | 2368946 - Color Theory |
| pornve.com | Brazzers | https://pornve.com/7msss587ec9j/Tanya_Tate_-_The_Dinner_Date.html | 7871 - The Dinner Date |
| pornve.com | Brazzers | https://pornve.com/7n1egrkjw859/Very_Rare_Alanah_Rae_Anal.html | 5587 - Put it in my Bum  Chum |
| pornve.com | Reality Kings | https://pornve.com/7na4srob629b/WeLiveTogether_Veronica_Rodriguez_And_Ally_Tate_Love_In_Latex.html | 14673 - Love In Latex |
| pornve.com | Reality Kings | https://pornve.com/7nadne2ekjr9/Realitykings__RK_Prime__Baking_With_Bae.html | 1794179 - baking_with_bae |
| pornve.com | Reality Kings | https://pornve.com/7nkaas6q6ouq/Britney_Young_Super_sweetness_super_sweetness_big.html | 11669 - Super Sweetness |
| pornve.com | Reality Kings | https://pornve.com/7o3rs4h1pz9d/DAREDORM_56_Body_Shots_1of2.html | Dare Dorm #16 |
| pornve.com | Brazzers | https://pornve.com/7o4qxdsexraq/Napping_Naked_Brazzers.html | 10150 - Napping Naked |
| pornve.com | Reality Kings | https://pornve.com/7oguwvut4weu/GFRevenge_Horny_for_hot_pants.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/7omhudo3savr/Phoenix_Marie_-_This_Nurse_is_No_Pussy.html | 7142 - This Nurse is No Pussy |
| pornve.com | Brazzers | https://pornve.com/7pclyd1zkk0i/Princess_Paris_Dick_O_Gram.html | 2436836 - Dick-O-Gram |
| pornve.com | Brazzers | https://pornve.com/7prlt8z9vyo7/brazzers2016-12-15_Welcum_Wagon.html | 10355 - Welcum Wagon |
| pornve.com | Reality Kings | https://pornve.com/7pz1ssbow3dg/Eva_Karera_Blowjob_Cumshot_Public_Kayla_Handjob_Masturbation_Groupsex_Paige_Kano_Orgy_Laundry_Kortney.html | CFNM Secret Vol. 6 |
| pornve.com | Brazzers | https://pornve.com/7qi1yupg3s9q/Bgb_D1Ilion_H4rper_Spin_Cycle.html | 9469 - Spin Cycle |
| pornve.com | Brazzers | https://pornve.com/7qmkmsc04t01/MommyGotBoobs_Ava_Addams_Seduced_By_His_Stepmom.html | 3314240 - Seduced By His Stepmom |
| pornve.com | Brazzers | https://pornve.com/7qrv2dwuybg5/_anal_big_ass_queen_shyla_stylez_queen_of_a_of_a_big_tits_pornstar_tags_big_tits_.html | 5933 - The Anal Queen |
| pornve.com | Brazzers | https://pornve.com/7qwc03esduob/Isabelle_Deltore_Keiran_Lee_-_Sex_Over_Stress_-_Dirty_Masseur.html | 2842593 - Sex Over Stress |
| pornve.com | Brazzers | https://pornve.com/7qx3y45nzzql/Big_Booty_Roommate_Ava_Rose.html | 4255 - Pain the in ass roomate! |
| pornve.com | Brazzers | https://pornve.com/7qyv9sxrnvsw/Romi_Rain_Film_Class_Coochie.html | 9604 - Film Class Coochie |
| pornve.com | Reality Kings | https://pornve.com/7r49eekoeo55/Lela_Star_Milf_Anal_BigAss_BigTits.html | 2991639 - Ass Out |
| pornve.com | Brazzers | https://pornve.com/7rjxd91gw6o4/BigTitsAtWork__Brazzers_Nina_Elle_-_Eating_In_The_Meeting.html | 9682 - Eating In The Meeting |
| pornve.com | Brazzers | https://pornve.com/7rqfvk8pkbbq/Melissa_Lauren_-_Ugly_Duckling_Turned_Swan.html | Big Tits at School Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/7rw3nbclraj3/BrazzersExxtra_-_Rachel_RoXXX_Stepsister_Shares_The_Shower_23_November_2015.html | 9268 - Stepsister Shares The Shower |
| pornve.com | Brazzers | https://pornve.com/7ry8d7niuv36/Gia_Derza_and_Scarlit_Scandal_Share_A_Guy.html | 4086903 - Gia And Scarlit Share A Guy |
| pornve.com | Brazzers | https://pornve.com/7sa7h6mvlk01/Devon_pornstars_like_it_big.html | 7100 - Testing the Talent |
| pornve.com | Brazzers | https://pornve.com/7si8lcu7aoti/Abella_Danger_Luna_Star_Face_Sitting_On_The_Sneaky_Sitter_08_09_2020_Lesbian_BigTits_Squirt_Milf.html | 4418005 - Face Sitting On The Sneaky Sitter |
| pornve.com | Reality Kings | https://pornve.com/7st01u6gb3ba/Sexy_Rose_Monroe_Tip_The_Waiter_Again.html | 2991640 - Tip The Waiter Again |
| pornve.com | Brazzers | https://pornve.com/7tary6rdjba2/Joslyn_James_-_Worshiping_Joslyns_Feet.html | 7734 - Worshiping Joslyn's Feet |
| pornve.com | Brazzers | https://pornve.com/7td184wgwv19/_Cock_hero__REBORN__sperm_vampires_.html | 9188 - Brazzers Heavenly Bodies |
| pornve.com | Brazzers | https://pornve.com/7tdbzf5pakiy/home_is_where_the_whore_is.html | 10499 - Home Is Where The Whore Is |
| pornve.com | Reality Kings | https://pornve.com/7tizz4wprel7/lilhumpers_bubble_bath_bastard_aryana_adin.html | Lil Humpers 3 |
| pornve.com | Brazzers | https://pornve.com/7ttjjl43b9uh/HotAndMean_16_01_06_Janice_Griffith_And_Monique_Alexander_Massaging_Mrs_Alexander.html | 9353 - Massaging Mrs.Alexander |
| pornve.com | Reality Kings | https://pornve.com/7u0nms7lju9s/MomsLickTeens_-_Jessica_Torres_And_Kirsten_Lee_Wet_Kisses_-_16_05_10.html | 14416 - Wet Kisses |
| pornve.com | Brazzers | https://pornve.com/7ufwppdjhpnk/Romi_Rain_-_No_Student_Teacher.html | 9549 - No Student Teacher |
| pornve.com | Brazzers | https://pornve.com/7ufzevt9hba3/da_alanah_rae.html | 4541 - Nurse & Doctor Play While Patient's Away |
| pornve.com | Brazzers | https://pornve.com/7uhkn2f25z1b/Mea_Melone_The_Mathletes_Part_Two.html | 9153 - The Mathletes Part Three |
| pornve.com | Brazzers | https://pornve.com/7us9g3da1i6p/kayla_kayden_and_Kaeran_Lee.html | 8143 - Political Titties |
| pornve.com | Reality Kings | https://pornve.com/7usnlhf2ujx3/Kallie_Jo_Slip_It_In_253.html | 14139 - Sexy Spreads |
| pornve.com | Reality Kings | https://pornve.com/7uwdu89zvr5d/Maya_Kendrick__Vanessa_Sky_Super_Sunday_Sluts.html | 2286655 - Super Sunday Sluts |
| pornve.com | Brazzers | https://pornve.com/7v72c0v9lfse/Courtney_Taylor_Cheating_Wife_Blonde_Threesome_DP.html | 8169 - Divorce Me Please |
| pornve.com | Brazzers | https://pornve.com/7v9bv699ue2/Brazzers_cougar_in_law.html | 10572 - Cougar-In-Law |
| pornve.com | Brazzers | https://pornve.com/7vjf6gdiz0bi/Austin_Kincaid_-_The_Replacement_Pornstar.html | Day With A Pornstar |
| pornve.com | Brazzers | https://pornve.com/7vma4lm4tb8v/Alexis_Fawx_My_Horny_Stepsons_Mommy_Issues_3.html | 9298 - My Horny Stepsons |
| pornve.com | Brazzers | https://pornve.com/7vnxob5jv8rr/Santas_Anal_Elves_Jenna_Ivory_And_Keisha_Grey_Get_Fuck_In_The_Ass_By_Santa_.html | 9416 - Santa's Anal Elves |
| pornve.com | Brazzers | https://pornve.com/7w1drif92rvl/HotAndMean_-_Phoenix_Marie_Richelle_Lesbian_Slut.html | 10417 - Whore On Whore |
| pornve.com | Reality Kings | https://pornve.com/7wi1p9yjuuu2/RKPrime_17_02_12_Raven_Wylde_Lil_Spinner_Freak_XXX_-KTR.html | 15367 - Lil Spinner Freak |
| pornve.com | Brazzers | https://pornve.com/7wzzyav9hp5q/katana_kombat_heavy_load.html | 3363982 - Heavy Load |
| pornve.com | Reality Kings | https://pornve.com/7xco3mzxvbl5h/Reality_Kings_Lesbifriends.html | 2011560 - Lesbifriends |

| pornve.com | Brazzers | https://pornve.com/7xfjqlc8my0o/Brooke_Wylde_-_How_To_Please_A_Sleaze.html | 8858 - How To Please A Sleaze |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/7xjj22ifa5ojc/StreetBlowJobs_15_12_20_Cassidy_Ryan_Juicy_Jessie.html | 13849 - Juicy Jessie |
| pornve.com | Brazzers | https://pornve.com/7xtivtea9uvx/_Brazzers_-_Super_hot_ballerina_Aleska_Diamond_gets_her_pussy_pounded_.html | 7643 - Balls Deep in the Ballerina |
| pornve.com | Brazzers | https://pornve.com/7xva8va0tb6o/Kagney_Linn_Gets_Pounded_In_Burger_Joint.html | 5836 - Fast Boob Joint |
| pornve.com | Brazzers | https://pornve.com/7xvvka8ed7kw/Lisa_Ann_-_hot_step_mom.html | 9951 - La Madrastra Da una Mano |
| pornve.com | Reality Kings | https://pornve.com/7xyv0w3klkci/Bosses_Daughter_-_Aubrey_Rose.html | 15153 - Bosses Daughter |
| pornve.com | Brazzers | https://pornve.com/7y28729tjlt0/PornstarsLikeItBig_17_02_28_Brett_Rossi_Last_Dance_With_Brett_Rossi_XXX_-KTR.html | 10582 - Last Dance With Brett Rossi |
| pornve.com | Reality Kings | https://pornve.com/7yb2tzhdk7xj/In_The_VIP_Alanah_Rae.html | 89 - Amor Caliente |
| pornve.com | Brazzers | https://pornve.com/7ynx97aff9oo/Realitykings_Milf_Hunter_Help_Please.html | 15425 - Help Please |
| pornve.com | Brazzers | https://pornve.com/7yrkarww0ttr/Brazzers_House_Episode_Three.html | 8704 - Brazzers House Episode Three |
| pornve.com | Brazzers | https://pornve.com/7yx77neozv6g/Jessie_Rogers_Implant_my_Ass.html | 9994 - Implanta mi Culo |
| pornve.com | Brazzers | https://pornve.com/7zbk9o4k9g0q/MommyGotBoobs_17_04_13_Eva_Notty_Hot_Tub_MILF_Machine_XXX_-KTR.html | 10565 - Hot Tub MILF Machine |
| pornve.com | Brazzers | https://pornve.com/7zi8mdvun7fv/Asa_Akira_Say_Hi_To_Your_Husband_For_Me_-_720p.html | 5032 - Say Hi To Your Husband For Me |
| pornve.com | Reality Kings | https://pornve.com/7zkc8iav4wn1/Realitykings_-_Round_and_Brown_-_Take_A_Fucking_Study_Break.html | 1853753 - take_a_fucking_study_break |
| pornve.com | Brazzers | https://pornve.com/7zmhjuw5wf8s/Ashley_Adams_-_Pretty_Little_Bitches_Part_Three.html | 9172 - Pretty Little Bitches Part Four |
| pornve.com | Brazzers | https://pornve.com/7zmt67gnm436/He_Makes_Wifey_Watch.html | 10768 - He Makes Wifey Watch |
| pornve.com | Brazzers | https://pornve.com/7zrsqmgktmh0/RealWifeStories_-_Sovereign_Syre_-_Inexplicable_Attraction.html | 3648043 - Inexplicable Attraction |
| pornve.com | Reality Kings | https://pornve.com/7zs44hxm02tu/New_Babe_Teen_Janice_Griffith.html | 15249 - dick_devour |
| pornve.com | Brazzers | https://pornve.com/801zbqmy84d6/Brazzers_Stuck_In_The_Elevator_Work_Fantasies_Blonde_Big_Tits_Brazzers_Bridgette_B_Profession.html | 8984 - Stuck In The Elevator |
| pornve.com | Brazzers | https://pornve.com/80jimylada06/India_Summer_Veruca_James_Im_Gonna_Bang_Your_Mother_3_2015.html | 8126 - Anal Lessons From A Milf |
| pornve.com | Brazzers | https://pornve.com/80me51jtjwqq/Happiness_is_a_Warm_Bum_Addison_Lee_Jax_Slayher.html | 9605 - Happiness is a Warm Bum |
| pornve.com | Brazzers | https://pornve.com/80r8le6w01g/Lost_In_Brazzers_Part_4.html | 9521 - Lost In Brazzers Episode 4 |
| pornve.com | Reality Kings | https://pornve.com/80t99552akc/Hot_Babe_All_Good_New_Bea_Wolf.html | 14702 - Back It Up Bea |
| pornve.com | Brazzers | https://pornve.com/819y5xr4xs1z/Eva_Angelina_-_Fuck_My_Invisible_Cock.html | 7752 - Fuck My Invisible Cock |
| pornve.com | Reality Kings | https://pornve.com/81erdy1tjux3/Stacy_Snake_The_Cream_Me_In_The_Ass_-_Teen_Pornstar_Chris_Diamond_Brenda_Wang.html | 1743989 - in_the_ass |
| pornve.com | Brazzers | https://pornve.com/81ez2sngxoap/DirtyMasseur_Massaging_Peta_Brunette_HD_Anal_Cowgirl_Big_Dick_Brazzers_Bubble_Butt_Oiled_W.html | 9598 - Massaging Peta |
| pornve.com | Reality Kings | https://pornve.com/81ixqc8eetf2/Sicilia_Aruna_Aghora_Aysha_Four_Is_A_Party.html | 2011496 - Four Is A Party |
| pornve.com | Brazzers | https://pornve.com/81pfzze02mb5/Isis_Love_Preston_Parker_Boning_Her_Bodyguard.html | 2440435 - Boning Her Bodyguard |
| pornve.com | Reality Kings | https://pornve.com/81ue78879dxu/GFRevenge_Smash_box.html | 14389 - bikini_body |
| pornve.com | Reality Kings | https://pornve.com/81vsjqaanzi8/Bea_Wolf_FTA_Bea_Wolf.html | 14699 - Beautiful Bea |
| pornve.com | Brazzers | https://pornve.com/82xsz8rvxmtt/Our_Dirty_Secret.html | 9011 - Our Dirty Secret |
| pornve.com | Brazzers | https://pornve.com/83e9kcf8lk86/Jenna_J_Ross_-_Splash_Time.html | 7093 - Splash Time |
| pornve.com | Reality Kings | https://pornve.com/83htkx670tyj/WeLiveTogether_Jade_Dylan_Aubrey_Rose_Sexting_-_24_11_2016.html | 15114 - Sexting |
| pornve.com | Brazzers | https://pornve.com/83i0hq5qcj5w/Fix_My_Computer_Then_Fuck_My_Pussy_Brazzers.html | 10629 - Fix My Computer Then Fuck My Pussy! |
| pornve.com | Brazzers | https://pornve.com/83mzevky8pmg/College_Midterm_Stress_Release_-_Peta_Jensen_Bill_Bailey.html | 8786 - College Midterm Stress Release |
| pornve.com | Brazzers | https://pornve.com/83v9nevic8fi/Blanche_Bradburry_Maid_For_Anal.html | 9684 - Maid For Anal |
| pornve.com | Brazzers | https://pornve.com/83w79effydh/Amirah_Adara_-_Backyard_Butt_Sex.html | 8499 - Backyard Butt Sex |
| pornve.com | Brazzers | https://pornve.com/84s24ae4ahyh/Holly_Halston_-_Im_The_Boss_Now_Bitch.html | 7575 - I'm the Boss Now Bitch |
| pornve.com | Brazzers | https://pornve.com/84u55l6ik02z/Jenna_Haze_Sexy_Fuck.html | 3886 - Fuckin' with Jenna |
| pornve.com | Brazzers | https://pornve.com/857y0aooi752/Alison_Tyler_Son_Needs_A_Doc_Son_Needs_A_Cock_Doctor.html | 9409 - Son Needs A Doc - Doc Needs A Cock |
| pornve.com | Reality Kings | https://pornve.com/85hw17wxnhs4/Drilling_Mommy_2_Scene_1_New_Milf_In_Town_Alissa_Jayde_Robby_Echo.html | 1853743 - New Milf In Town |
| pornve.com | Brazzers | https://pornve.com/860cxio1fkr4/Cassidy_Banks_Richelle_Ryan_are_Moms_Who_can_take_Control.html | 10499 - Home Is Where The Whore Is |
| pornve.com | Brazzers | https://pornve.com/86bjr3qxv3o4/_Try_Before_You_Buy_Hot_Latina_Megan_Salinas_Gets_Dominated_by_Customer_.html | 7576 - Try Before You Buy |
| pornve.com | Brazzers | https://pornve.com/86dmjyynnoqn/Jarushka_Ross_If_You_Go_Down_To_The_Woods_Today.html | 8884 - If You Go Down To The Woods Today |
| pornve.com | Brazzers | https://pornve.com/86gaydthh69w/BrazzersExxtra_17_08_20_Natalia_Starr_The_Daily_Special_XXX_-KTR.html | 10788 - The Daily Special |
| pornve.com | Brazzers | https://pornve.com/86j5bzf5ontp/Diamond_Jackson_-_Busted_and_Busty.html | 8404 - Busted and Busty |
| pornve.com | Brazzers | https://pornve.com/87bt02s5owdh/Chanel_Preston_Hard_Call.html | 9607 - Hard Call |
| pornve.com | Brazzers | https://pornve.com/87c8m2husef4/Ava_Addams_Rent_A_Pornstar_The_Lonely_Bachelor.html | 2842847 - Rent-A-Pornstar: The Lonely Bachelor |
| pornve.com | Brazzers | https://pornve.com/8806zgmpbl14/Cassidy_Klein_-_Fuck_Games.html | 9821 - Juegos Cogidos |
| pornve.com | Brazzers | https://pornve.com/88nxqnsgmaxlj/Amber_Rayne_-_All_A_Girl_Really_Wants_Is_A_Big_Fat_Cock.html | Teens Like It Big Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/8ahr5e2zvbb8/Angela_White_Mantequilla_Bay_Bay.html | 10247 - Mantequilla Bay Bay! |
| pornve.com | Brazzers | https://pornve.com/8ahuz7kqhume/India_Summer_Sloan_Harper_Candid_Candidates.html | 2842607 - Candid Candidates |
| pornve.com | Reality Kings | https://pornve.com/8ai8j4e6837y/Buxom_Blonde_MILF_Drives_Crazy_With_Big_Fore_Skinned_Dick.html | 1853767 - busty_gold_digger |
| pornve.com | Brazzers | https://pornve.com/8aiuonvjtoz0/Testing_The_Teacher_-_Big_tits.html | 9082 - Testing The Teacher |
| pornve.com | Brazzers | https://pornve.com/8ale844urth8/Devon_Anal_Is_The_Best_Medicine.html | 7838 - Anal Is The Best Medicine |
| pornve.com | Brazzers | https://pornve.com/8b6ujr1ea9g1/Assmr_Abella_Danger.html | 3425264 - ASSMR |
| pornve.com | Reality Kings | https://pornve.com/8b87ji9c1i1f/abella_anderson_buying_clothes_they_bought_her_some_clothes_that_leave_little_to_the_imagination_then_they_hit_that_big_booty_la_buying.html | 107 - Aye Mami |
| pornve.com | Brazzers | https://pornve.com/8b9hdm1fe2yh/Rich_Fucks_1_Ariana_Marie_Bridgette_B_Van_Wylde.html | 2410661 - Rich Fucks: Part 3 |
| pornve.com | Reality Kings | https://pornve.com/8bhj6z5cgc4e/Anny_Aurora_And_River_Fox_Three_Player_Game.html | 2662618 - Three Player Game |
| pornve.com | Brazzers | https://pornve.com/8ce3cuc7hmpd/Romi_Rain_-_Lost_On_Vacation_San_Diego_Part_One.html | 8386 - Lost On Vacation San Diego Part One |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/8cnka8i1osvu/ass_peta_anal_4932_145_plays_published_on_9_hours_ago_putaria_category_anal_massage_porn star_peta_jensen_tags_anal_massage_tag_this_video.html | 2358771 - Best Of Brazzers: Peta Jensen |
| pornve.com | Reality Kings | https://pornve.com/8dagradkztra/Slip_It_In_4_S6_Fresh_Meat_Zaya_Cassidy.html | 14169 - Fresh Meat |
| pornve.com | Brazzers | https://pornve.com/8ddylbqgqph5/McKenzie_Lee_-_Gridiron_Grindin.html | 4331 - Gridiron Grindin |
| pornve.com | Brazzers | https://pornve.com/8dve97sljhyo/Doctor_I_Cheated_On_My_Girlfriend_Brazzers.html | 10475 - Doctor_I Cheated On My Girlfriend |
| pornve.com | Reality Kings | https://pornve.com/8en0mizpjm0h/RealityKings_-_MonsterCurves_Remy_Lacroix.html | 14313 - Serious Curves |
| pornve.com | Brazzers | https://pornve.com/8ep72gczkhbb/Kelsi_Monroes_Juicy_Booty_Kelsi_Monroe__Mick_Blue.html | 8458 - Kelsi Monroe's Juicy Booty |
| pornve.com | Brazzers | https://pornve.com/8f3lfxgue9lc/Chanel_Preston_-_Bubbly_Personality_Bubbly_Ass.html | 8573 - Bubbly Personality Bubbly Ass |
| pornve.com | Brazzers | https://pornve.com/8f8fetvklg1c/DirtyMasseur_-_Britney_Amber_Holistic_Healing_12_24_16.html | 10348 - Holistic Healing |
| pornve.com | Brazzers | https://pornve.com/8fjdjtjqb9y2/London_Keyes_-_Smothered_By_A_Stripper.html | 8691 - Smothered By A Stripper |
| pornve.com | Reality Kings | https://pornve.com/8fkrp4f28k0n/Mika_Tan_1on1_Asian.html | 5379 - Meat Massage |
| pornve.com | Reality Kings | https://pornve.com/8fpy7tjj8c13/Gabriela_Castellari_-_Deep_In_Gabriela.html | 14597 - Deep In Gabriela |
| pornve.com | Brazzers | https://pornve.com/8fqllvhciae7/Soapy_Self_Care_Cathy_Heaven_Danny_D.html | 2584414 - Soapy Self-Care |
| pornve.com | Brazzers | https://pornve.com/8g4ks62n7ge3/lets_make_a_deal_tiffay_tatum.html | 3648675 - Let's Make A Deal |
| pornve.com | Brazzers | https://pornve.com/8g4l1q5w2wtd/DoctorAdventures_Alexis_Faux_Fuck_The_Pain_Away.html | 2842571 - Fuck the Pain Away |
| pornve.com | Brazzers | https://pornve.com/8ggz84r3fdev/Anal_Pornstars_Like_It_Big_Phoenix_Marie_Phoenix_Marie_Ass_Gets_Danny_D.html | 9148 - Phoenix Marie's Ass Gets Danny D'd |
| pornve.com | Brazzers | https://pornve.com/8gilhsn8as4b/Shes_Gonna_Squirt_8.html | 7811 - Squirt Factor |
| pornve.com | Brazzers | https://pornve.com/8gjxw7upve7p/The_British_Sex_Prime_Minister.html | 6413 - Party Political |
| pornve.com | Brazzers | https://pornve.com/8gp01cow10dv/Rebecca_More_Just_One_Clit_Away.html | 607637 - Just One Clit Away |
| pornve.com | Brazzers | https://pornve.com/8gvqwl42myyn/Fuck_The_Frustration_Right_Out_Of_Me_Big_Tits_Mom_Peta_Jensen_-_Brazzers_.html | 8654 - Fuck The Frustration Right Out Of Me |
| pornve.com | Brazzers | https://pornve.com/8hfsfavaxuj5/Im_Not_a_Regular_Mom_Im_a_Cool_Mom_Ryan_Keely.html | 2635368 - I'm Not a Regular Mom |
| pornve.com | Brazzers | https://pornve.com/8hlmwfcnmz0t/Assh_Lee_Loves_Giving_The_Anal_Gift.html | 10392 - Hip-Hop On That Cock |
| pornve.com | Reality Kings | https://pornve.com/8ht4i42sm7rh/hot_headlock_sex_position_compilation.html | 11621 - Delicious Mesh |
| pornve.com | Brazzers | https://pornve.com/8husq7jxr2ty/I_love_Dick_of_brother_in_law.html | 10460 - The Mother of All Seductions |
| pornve.com | Brazzers | https://pornve.com/8i13j5qpsno4/Good_Moaning_-_Nickey_Huntsman.html | 8973 - Good Moaning |
| pornve.com | Reality Kings | https://pornve.com/8i2cmfkuu1d6/GFRevenge_A_wank_with_swank.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/8iss80azkrcs/We_Live_Together_Maddy_OReilly_And_Dillion_Harper_Puss_And_Boobs.html | 12150 - Puss And Boobs |
| pornve.com | Brazzers | https://pornve.com/8j0622r5ibsg/Jada_Stevens_And_Mischa_Brooks.html | 8101 - How To Consult A Perfect Ass |
| pornve.com | Brazzers | https://pornve.com/8j28v7u5327v/The_Trophy_Husband_Ariella_Ferrera.html | 11115 - The Trophy Husband |
| pornve.com | Brazzers | https://pornve.com/8j3vcbonzn63/Bodacious_babe_Jada_Stevens_dirty_intense_ass_sex.html | 8500 - Best Butt in the Biz |
| pornve.com | Brazzers | https://pornve.com/8jjws0b3qyvf/Cheating_bride_Simony_Diamond_loves_anal.html | 10065 - Big Butt Wedding Day |
| pornve.com | Brazzers | https://pornve.com/8jr9oskyrkt1/Brazzers__Big_Wet_Butts__Catsuit_Booty_Bang_Kelsi_Monroe.html | 11011 - Catsuit Booty Bang |
| pornve.com | Reality Kings | https://pornve.com/8kkzlg2xtgg7/Money_Talks_deal_or_no_feel_big.html | 7846 - Deal Or No Feel |
| pornve.com | Brazzers | https://pornve.com/8l07541661nw/Shyla_Stylez__Carmella_Bing_-_How_The_Grinch_Fucked_Xmas.html | Big Tit Christmas_A |
| pornve.com | Brazzers | https://pornve.com/8l9ncrdrome9/Joseline_Kelly_Smoothie_Slut.html | 9115 - Smoothie Slut |
| pornve.com | Brazzers | https://pornve.com/8lc5836n5ot2/Madison_Ivy_Finding_The_Perfect_Fuck.html | 4094277 - Best Of Brazzers: Madison Ivy |
| pornve.com | Brazzers | https://pornve.com/8lo9x045izku/Advanced_anal_stretching_yoga_brazzers.html | 4419334 - Advanced Anal Stretching Yoga |
| pornve.com | Brazzers | https://pornve.com/8lp70kfq4gac/Alura_Jenson_My_Profs_Filthy_Mouth.html | 3983753 - My Prof's Filthy Mouth |
| pornve.com | Reality Kings | https://pornve.com/8lqtv1mt4kp2/Bobbi_Starr_Franceska_Jaimes_And_Alexis_Texas.html | 8248 - Fast Ass |
| pornve.com | Brazzers | https://pornve.com/8lvhvwpp57t2/RealWifeStories_-_Cassidy_Klein_And_Chanel_Preston_The_Wettest_Dream_-_16_05_10.html | 9673 - The Wettest Dream |
| pornve.com | Brazzers | https://pornve.com/8m8b0jsfn9uk/Bonnie_Rotten__Missy_Martinez_-_Bonnies_Got_The_Baddest_Ass_In_School.html | 7553 - Bonnie's Got the Baddest Ass in School |
| pornve.com | Reality Kings | https://pornve.com/8m9yb duovmwx/GFRevenge_Dicked_in_disguise.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/8mswmbfip5le/BigTitsAtWork_-_Autumn_Falls_-_Inside-Her_Trading.html | 3645141 - Inside-Her Trading |
| pornve.com | Brazzers | https://pornve.com/8mvhzcumpiai/Brazzers_Lisas_Big_Secret.html | 8566 - Lisa's Big Secret |
| pornve.com | Brazzers | https://pornve.com/8n4rm3xh1hio/Karissa_Shannon_Kristina_Shannon_-_Twins_share_one_lucky_cock.html | 3166550 - Titillating Treachery |
| pornve.com | Brazzers | https://pornve.com/8nb81e746d8y/pov_example_anal_threesome_3421_4_744_plays_published_on_1_day_ago_category_anal_porns tar_anal_tags_anal_threesome_tag_this_video_177_most_played_porn_video_of_today.html | 6693 - Double Anal Poolside |
| pornve.com | Brazzers | https://pornve.com/8noxf2k6s4vg/Get_The_Picture_Alison_Tyler_Charles_D.html | 9450 - Get The Picture? |
| pornve.com | Reality Kings | https://pornve.com/8nyo6te6rjxs/Sexy_Seductive_Scarlet.html | 2368567 - Sexy Seductive Scarlet |
| pornve.com | Brazzers | https://pornve.com/8o9bytxvf4rw/Brazzers_-_Like_Mother_Like_Daughter.html | 10689 - Like Mother Like Daughter |
| pornve.com | Reality Kings | https://pornve.com/8of527xp2pzd/Busty_Brunette_Makes_Bearded_Guy_Happy_Riding_His_Dick.html | 2025137 - Ho Ho Homewrecker |
| pornve.com | Brazzers | https://pornve.com/8oiehj5vi8fc/Kayla_Kayden_Is_A_Very_Horny_Housewife_Who_Gives_it_Good.html | 10411 - Neighborwhore Twatch |
| pornve.com | Reality Kings | https://pornve.com/8ov6w1i0x1pv/Money_Talks_poster_girl_pussy_big.html | 8018 - Poster Girl Pussy |
| pornve.com | Brazzers | https://pornve.com/8p3x9qjic7bn/Moms_In_Control_15_S6_Alina_Lopez_Cherie_Deville.html | 2412291 - My Stepmom Is A Sex Fiend |
| pornve.com | Brazzers | https://pornve.com/8p9l74cej79l/Fuck_Obama_Care_Anal_Compilation.html | 7597 - Pussy Soothes the Savage Beast |
| pornve.com | Brazzers | https://pornve.com/8pfvusmlp352/_Brazzers_-_Meddling_Mother_In_Law_.html | 9799 - Meddling Mother-In-Law |
| pornve.com | Reality Kings | https://pornve.com/8pipso6clzzh/DareDorm_Kharlie_Stone_Brittney_White_Addison_Rich_-_Cops_And_Robbers_23_09_2016.html | Dare Dorm #28 |
| pornve.com | Reality Kings | https://pornve.com/8qpbhkszmkwl/MilfHunter_17_02_27_Tegan_James_Banging_Hot_MILF_XXX_-KTR.html | 15222 - Banging Hot Milf |
| pornve.com | Brazzers | https://pornve.com/8rrx1h2ooqx/Asa_Akira_Keiran_Lee_And_Madison_Ivy.html | 9988 - Cogerse a un Extraño |
| pornve.com | Reality Kings | https://pornve.com/8sbymlihkm9h/Moms_Bang_Teens_11_2015_Reality_Is_A_Very_Horny.html | 12913 - Love Is In The Bare |
| pornve.com | Reality Kings | https://pornve.com/8sh7xlokns2m/MilfHunter_-_Veronica_Lemos_Soaked_in_cum_23_November_2015.html | 13528 - Soaked In Cum |
| pornve.com | Brazzers | https://pornve.com/8sn9ka92ghse/Ariella_Ferrera_Ember_Snow_Her_Daughters_Best_Friend_3.html | 2432368 - Her Daughter's Best Friend 3 |
| pornve.com | Brazzers | https://pornve.com/8sr7gwqm5o3i/My_Two_Whores_-_Courtney_Taylor__Samantha_Saint__Summer_Brielle.html | 8586 - My Two Whores |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/8t7lxc3y5qxl/big_boobs_nicolette_shea_has_sex_with_her_husband_and_their_new_whore.html | 10768 - He Makes Wifey Watch |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/8t7x2yi4imhx/Brandi_Loves_The_Interview_Brandi_Love__Mia_Malkova.html | 9219 - Brandi Love's The Realtor |
| pornve.com | Brazzers | https://pornve.com/8tqqpv7ogfn9/Ava_Addams_and_Missy_Martinez_Cheater_Cheater_Pussy_Eater.html | 7762 - Cheater Cheater Pussy Eater |
| pornve.com | Brazzers | https://pornve.com/8trkhr5w2ghq/Brooke_Banner_a_Day_With_A_Pornstar.html | 4796 - Going Bananas with Brooke! |
| pornve.com | Brazzers | https://pornve.com/8tvdj774ye8v/Jessie_Rogers_Takes_A_BBC_Anal_And_Creampie_Valentina_Nappi_Napi_Gangbang_BBC_Italian_Whore_SL_Ava_Addams_And_Nicky_Benz.html | 2358749 - Best of Brazzers: Phoenix Marie |
| pornve.com | Brazzers | https://pornve.com/8tvm5m6tt5c1/vidmo_org_Sarah_Banks_and_Xander_Corvus_Grateful_For_Cock_All_Sex_Hardcor.html | 2927869 - Grateful For Cock |
| pornve.com | Reality Kings | https://pornve.com/8u3gzkmjzz2o/gamer_girl_fucked_by_boyfriend_while_playing.html | 15382 - Extreme Gamer Girl |
| pornve.com | Reality Kings | https://pornve.com/8u66vwyaxxy4/WeLiveTogether_Aubrey_Sinclair_Lucie_Cline_Pillow_Fight_-_01_12_2016.html | 15137 - Pillow Fight |
| pornve.com | Brazzers | https://pornve.com/8u7eqdq9uyrz/Fucked_in_kitchen_by_boyfriend.html | 4074466 - Kenzie Chooses Dick Over Dishes |
| pornve.com | Brazzers | https://pornve.com/8u8ehvktqn5i/I_Think_We_Should_Bang_Other_People_Part_Two.html | 8851 - I Think We Should Bang Other People: Part One |
| pornve.com | Brazzers | https://pornve.com/8up2h4hb20qe/Shay_Fox_Cum_In_Me_Not_On_My_Couch_Mommy_Issues_2.html | 8801 - Cum In Me  Not On My Couch |
| pornve.com | Brazzers | https://pornve.com/8uu1c9u9a1lm/Milf_kendra_lust_sl081914_1000.html | 8407 - Sneaky Mom |
| pornve.com | Brazzers | https://pornve.com/8v99pvzbphun/Jasmine_Jae_Jordi_El_Nio_Polla_-_Horsing_Around_With_The_Stable_Boy_-_Milfs_Like_It_Big.html | 2635571 - Horsing Around With The Stable Boy |
| pornve.com | Brazzers | https://pornve.com/8vbvjpouqcas/1800_Phone_Sex_Line_4_Amia_Miley_Holly_Hendrix__Isis_Love17_08_201.html | 11107 - 1 800 Phone Sex: Line 8 |
| pornve.com | Reality Kings | https://pornve.com/8ve84qd09w1u/MomsBangTeens_-_Reagan_Foxx__Lucie_Cline-Milf_In_Closet.html | 15131 - Milf In Closet |
| pornve.com | Brazzers | https://pornve.com/8veni3zrt46ub/Brooklyn_Chase_Anal_Bustdown_New_720p.html | 10351 - Nice Nylons |
| pornve.com | Brazzers | https://pornve.com/8vmh0knlt4lk/Rachel_Roxxx_aAnd_Kagney_Linn_Karter_VTIS.html | 9770 - Rachel vs Kagney |
| pornve.com | Brazzers | https://pornve.com/8vw7556lug7x/Gianna_Dior_Breaking_in_the_Ballerina_Brazzers.html | 3460052 - Breaking In The Ballerina |
| pornve.com | Brazzers | https://pornve.com/8vwa93621s6b/published_on_2_hours_ago_ass_ahha_anal_compilation_mature_milf_pornstar_ariella_ferrera_tags_anal_ass_like_that.html | 7356 - In the Darkroom |
| pornve.com | Brazzers | https://pornve.com/8vx933rqs26a/NEW_BigTitsAtSchool_Brazzers_August_Taylor__Mia_Malkova_Dirty_Girls_Learn_Dirty_Words_29_12_15_2015.html | 9320 - Dirty Girls Learn Dirty Words |
| pornve.com | Brazzers | https://pornve.com/8w2d6e9374e4/Disciplinary_Action_Part_One.html | 8668 - Disciplinary Action Part One |
| pornve.com | Reality Kings | https://pornve.com/8wazt9w28ayo/StreetBlowJobs_17_01_29_Cassidy_Blanc_Cum_Lover_XXX_-KTR.html | 14568 - Cum Lover |
| pornve.com | Brazzers | https://pornve.com/8wfekt2kchzk/Hoes_in_Pantyhose_Brazzers.html | 10494 - Hoes in Pantyhose |
| pornve.com | Brazzers | https://pornve.com/8xn191ggiviv/Brazzers_-_Dr_Driller_decides_to_reveal_the_mysteries_of_G-spot_to_Lena_.html | 10719 - Stuck Nº Fuck |
| pornve.com | Brazzers | https://pornve.com/8xou39e9351q/Brianna_Beach_-_Stuck_On_The_Job.html | Brazzers Doctor Adventures #6 |
| pornve.com | Reality Kings | https://pornve.com/8xpf4vp4akd2/WeLiveTogether_A_Little_Lick_Malena_Morgan_Dillion_Harpe_fun_in_the_shower.html | 10706 - A Little Lick |
| pornve.com | Brazzers | https://pornve.com/8xu6e2eyanvm/Kayla_Kayden_Danny_Mountain_Keiran_Lee_Sensory_Deprivation.html | 11214 - Sensory Deprivation |
| pornve.com | Brazzers | https://pornve.com/8y0c8bunx7v4/vidmo_org_Brazzers_Bridgette_B_Two_For_One_Special_NewPorn2020_854.html | 3925183 - Two For One Special |
| pornve.com | Brazzers | https://pornve.com/8y71g32ymacc/MommyGotBoobs_Kendra_Lust_Rub_A_Tug_Tug_03_06_2018_rq.html | 2439722 - Rub A Tug Tug |
| pornve.com | Brazzers | https://pornve.com/8y9fs3q8907i/Ava_Addams_The_Fucking_Food_Inspector.html | 9352 - The Fucking Food Inspector |
| pornve.com | Brazzers | https://pornve.com/8ydizmq30dyf/Ava_Addams_-_My_Immortal_Trollop.html | 7394 - My Immortal Trollop |
| pornve.com | Reality Kings | https://pornve.com/8yjtj459qf7/GFRevenge_My_girl.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/8yy17r0on0ve/Dakota_James__Riley_Reid_-_Daughter_Swap.html | 8652 - Daughter Swap |
| pornve.com | Brazzers | https://pornve.com/8yygvt7a73tt/Remy_LaCroix_-_Remys_Ring_Toss_-_Brazzers.html | 2412854 - Remy's Ring Toss: Remastered |
| pornve.com | Reality Kings | https://pornve.com/8z0hy0yw999/phoenix_marie_connor_exxx_rock_hard_-_reality_king.html | 15020 - Rock Hard |
| pornve.com | Brazzers | https://pornve.com/8z5ntatly9zu/Brazzers_-_Dr_Maxwell_fucks_Monique_and_Ivy_in_his_hospital_.html | 10612 - Wait Your Turn |
| pornve.com | Brazzers | https://pornve.com/8zfbecdl7w2j/Jimena_Lago_Danny_D_Jimena_Puts_on_a_Show.html | 11260 - Jimena Puts on a Show |
| pornve.com | Brazzers | https://pornve.com/8zpyk9g1ytle/Angela_White_Xander_Corvus_-_Fappy_New_Year_-_Real_Wife_Stories_-_Brazzers.html | 2676456 - Fappy New Year |
| pornve.com | Brazzers | https://pornve.com/8zxvt7qw3yte/Peta_Jensen_Wet_Hot_Shower_Fuck_Big_Ass_Cheerleader.html | 9381 - One Wet Cheerleader |
| pornve.com | Brazzers | https://pornve.com/900m1v7cjp3s/aleta_ocean_anal_booty.html | 7385 - Give the Maid the Tip |
| pornve.com | Brazzers | https://pornve.com/90bf9pptqid0/All_Good_New_Phoenix_Marie_DP.html | 10020 - Break The Sperm Bank |
| pornve.com | Reality Kings | https://pornve.com/90p5ho0qz2ho/Steamy_Hardcore_Fucking_And_Sucking_Asswerx_Part_4.html | 5710 - Pussy Pumping |
| pornve.com | Reality Kings | https://pornve.com/91otcy03r96n/Alanah_Rae_What_A_Wedding.html | 1733 - What A Wedding |
| pornve.com | Brazzers | https://pornve.com/91qskc9h95af/RealWifeStories_16_01_01_Destiny_Dixon_Her_Turn_To_Cheat.html | 9460 - Her Turn To Cheat |
| pornve.com | Brazzers | https://pornve.com/91r4t9wyk7rv/August_Ames_Confidential_Informant.html | 9517 - Confidential Informant |
| pornve.com | Brazzers | https://pornve.com/926wj1awdbwu/Jenaveve_Jolie_-_Oral_Presentation.html | Doctor Adventures Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/92bs51ux3a6s/diamond_foxxx_stepmom_likes_it_rough.html | 9218 - Stepmom Likes It Rough |
| pornve.com | Brazzers | https://pornve.com/92ylx5gg5j42/Ricki_Raxxx_-_Pussy_To_Mouth_Resuscitation.html | 3092 - Pussy to Mouth Resuscitation |
| pornve.com | Brazzers | https://pornve.com/9454ay0vwohs/A_Brazzers_Christmas_Special_Part_2_Jillian_Janson_And_Lena_Paul.html | 10264 - A Brazzers Christmas Special: Part 2 |
| pornve.com | Reality Kings | https://pornve.com/94drcloyhhd8/Dillion_Harper_And_Jenna_Sativa_Slit_Licker.html | 14392 - Slit Licker |
| pornve.com | Brazzers | https://pornve.com/94lzh53s2unm/mackenzee_pierce_the_lecherous_londons_chapter_2_baby_got_boobs_anal_bigass.html | 4656 - The Lecherous Londons; Chapter 1 |
| pornve.com | Brazzers | https://pornve.com/955zd9xn9f9o/MilfsLikeItBig_17_04_15_Isis_Love_Mall_Cop-A-Feel_XXX_-KTR.html | 10607 - Mall Cop-A-Feel |
| pornve.com | Brazzers | https://pornve.com/96hwfv3d6k6k/Babe_Mina_Sauvage_Friends_Perverted_Son.html | 10151 - Taking Pics And Stealing Dick |
| pornve.com | Reality Kings | https://pornve.com/96wgu1vyfwot/GFRevenge_Computer_love.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/977xswh3cl04/Kenzie_Reeves_-_Piped_Down.html | 3868604 - Piped Down |
| pornve.com | Reality Kings | https://pornve.com/97brkplj81i/BigNaturals_19_07_15_Gabriela_Lopez_Badminton_Boobies_XXX_SD.html | 3348872 - Badminton Boobies |
| pornve.com | Brazzers | https://pornve.com/97cpmwptw4ro/Chanel_Preston_Hard_Dick_House_Call.html | 7183 - Hard Dick House Call |
| pornve.com | Brazzers | https://pornve.com/97fx2k7k6ztu/Aletta_Ocean_Oversnatch.html | 10088 - Oversnatch: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/97h3plp68t36/Radiant_Booty___Kayla_Kayden__Xander_Corvus.html | 11170 - Radiant Booty |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/97oav12qpj5j/Cherie_deville_a_day_with_a_pornostar.html | 4074459 - Home Alone With Cherie |
| pornve.com | Brazzers | https://pornve.com/98b9ne3fy6xh/Brazzers_-_Busty_latina_teacher_Bridgette_B_punishes_her_student_.html | 10515 - Teacher's Tits Are Distracting |
| pornve.com | Brazzers | https://pornve.com/98boqzxer6la/Brazzers_-_Miss_Monroe_teased_her_student_to_motivate_him_solve_algebra_.html | 10864 - Would Taking Off My Alge-bra Help? |
| pornve.com | Brazzers | https://pornve.com/98or2o4ubkwy/DirtyMasseur_-_Nikki_Benz_And_Riley_Reid_2_For_1_Fun.html | 9710 - 2 For 1 Fun |
| pornve.com | Reality Kings | https://pornve.com/99v9v7p9spr6/TeensLoveHugeCocks_Leah_Gotti_Good_Gotti_Teens_Masturbate_TeensLoveHugeCocks_com_Blowjob_Handjob.html | 14558 - Good Gotti |
| pornve.com | Brazzers | https://pornve.com/99yk4mkuckl4/_Brazzers_-_Busty_latina_schoolgirl_Ella_Knox_rides_his_professors_big_cock_.html | 11207 - My Professor Thinks I'm Perfect |
| pornve.com | Reality Kings | https://pornve.com/9a2oubdlf27m/4Teen_Slut_Leah_Gotti_Gets_Fucked_by_her_Step_dad_on_the_Bed_realitykings_metalh.html | 14558 - Good Gotti |
| pornve.com | Brazzers | https://pornve.com/9ajesz0242x3/Sandra_Star_Have_You_Been_Served.html | 9674 - Have You Been Served? |
| pornve.com | Reality Kings | https://pornve.com/9at6q4fstw1u/RoundAndBrown_16_01_01_Kay_Love_And_Destinee_Jackson_Booty_Bargain.html | 14010 - Booty Bargain |
| pornve.com | Brazzers | https://pornve.com/9aujzviovbaf/Mommys_Best_Kept_Secrets.html | 8137 - Nurse Booty on Duty |
| pornve.com | Brazzers | https://pornve.com/9bqkksav7cwn/No_Plastic_Cock_Can_Match.html | 6470 - No Plastic Cock Can Match Johnny's Magic Wand |
| pornve.com | Brazzers | https://pornve.com/9brirjhpl8c4/Erotic_Massage_Alektra_Blue_And_Nikki_Benz.html | 7743 - Horny Hosts of Hell |
| pornve.com | Brazzers | https://pornve.com/9bzmul1f6ho2/Veronica_Avluv_The_Other_Way_Around_Mommy_Issues_3.html | 9466 - The Other Way Around |
| pornve.com | Brazzers | https://pornve.com/9c0etg5tl3qy/Ella_Hughes_Chris_Diamond_-_Shy_Redheads_Want_Anal_Remastered_-_Big_Butts_Like_It_Big_-_Brazzers.html | 4268760 - Shy Redheads Want Anal: Remastered |
| pornve.com | Brazzers | https://pornve.com/9c8tqhd0lrik/Ariana_Marie_And_Isis_Love_-_Office_Sex_4.html | 8634 - Brazzers Awards |
| pornve.com | Brazzers | https://pornve.com/9cp5we76b4ob/Ryan_Keely_Johnny_Sins_Progress_Report.html | 2412465 - Progress Report |
| pornve.com | Brazzers | https://pornve.com/9cuykh1zc7w3/Busty_Mom_Fuck_In_Home.html | 4431 - Huge Nudist Titties |
| pornve.com | Brazzers | https://pornve.com/9d3doxls6zwn/Katrina_jade_Danny_D_brazzers_workout.html | 3459151 - Post Workout Rubdown |
| pornve.com | Brazzers | https://pornve.com/9d5x5fat0xt/Franceska_Jaimes_-_Ass_No_Questions_Spray_No_Lies.html | 2358770 - Best Of Brazzers: Anal Extravaganza |
| pornve.com | Brazzers | https://pornve.com/9ep2sfkoxai6/BOOTY_MASHUP_VOLUME_1_PMV_WITH_ROLL_CALL_-_NOVA_ARCH_FORGE.html | 8815 - Alena Croft: The Notorious B.O.O.T.Y |
| pornve.com | Reality Kings | https://pornve.com/9ew2o2uv2g49/Cristina_Miller_-_Spending_Time_With_Ms_Miller.html | 1853739 - spending_time_with_ms_miller |
| pornve.com | Reality Kings | https://pornve.com/9ewcsufwjz95/Alejanra_Leon_-_My_Girlfriends_Hot_Mom_15_2015.html | 13289 - Nude Alejandra |
| pornve.com | Brazzers | https://pornve.com/9f5d5vjhjdsd/horny_teen_want_fucking_on_mondaymorning.html | 5201 - Dorm Room Mix Up |
| pornve.com | Brazzers | https://pornve.com/9f6x6axgv11l/Diamond_Jackson_India_Summer_-_A_Last_Chance_At_Lust.html | 7792 - A Last Chance at Lust |
| pornve.com | Brazzers | https://pornve.com/9f8op13kxnjw/DM_K1ssa_S1ns_California_Creaming.html | 9290 - California Creaming |
| pornve.com | Brazzers | https://pornve.com/9finu53xzb2xd/brazzers-_luna_corazon_it_pays_the_bills_realwifestories_artporn.html | 3795725 - It Pays The Bills |
| pornve.com | Brazzers | https://pornve.com/9fokvk0aoci9/MilfsLikeItBig_17_03_05_Nina_Elle_Mommy_Issues_Part_1_XXX_-KTR.html | 10531 - Mommy Issues - Part 1 |
| pornve.com | Brazzers | https://pornve.com/9furnh80cm7mg/NEW_HOT_Threesome_Aubrey_Gold_And_Isis_Love.html | 9580 - Tempted By Teens |
| pornve.com | Brazzers | https://pornve.com/9g1ogmfxwo3v/Buttaholics_Anonymous_August_Taylor_Keiran_Lee_free_full_scene_.html | 2638933 - Buttaholics Anonymous |
| pornve.com | Brazzers | https://pornve.com/9g49vmajt5ix/Alura_Jensen_Im_Gonna_Bang_Your_Mother_3_2015.html | 7994 - Pork Me |
| pornve.com | Brazzers | https://pornve.com/9g7xakzuiqj/La_Seductora_Veronica_Avluv_Jordi_El_Nio_Polla.html | 9783 - La Seductora |
| pornve.com | Brazzers | https://pornve.com/9gab1tcen0lu/Lisa_Ann_Jennifer_White_Scott_Nails_MILF_Perfection_S4.html | 5062 - Don't Tell Mom The Babysitter's a Slut |
| pornve.com | Brazzers | https://pornve.com/9gca5igc8wnq/NEW_HOT_MILF_Threesome_Brandi_Love.html | 9221 - Brandi Love's The Contractors |
| pornve.com | Brazzers | https://pornve.com/9gfu6z2yd8rs/Angelina_Valentine_And_Bridgette_B_B.html | 4487 - Orgasms In The Outfield |
| pornve.com | Brazzers | https://pornve.com/9gic8uuw67rw/Ava_Lauren_-_Real_Busty_Mommy.html | Mommy Got Boobs |
| pornve.com | Brazzers | https://pornve.com/9gn977elp5uz/Brazzers_Worldwide_Paris_1.html | 5900 - Ep-1: Bienvenue a Paris! |
| pornve.com | Reality Kings | https://pornve.com/9gwva0aky617/CumFiesta_Megan_Sage_40Cum_On_Megan_-_25_10_201641.html | 14837 - Cum On Megan |
| pornve.com | Brazzers | https://pornve.com/9h4okse89yay/Paige_Turnah_The_Unseen_Affair.html | 7563 - The Unseen Affair |
| pornve.com | Reality Kings | https://pornve.com/9h8qb02qmg1q/Grocery_Store_Milf_Luna_Star.html | 3222212 - Grocery Store Milf |
| pornve.com | Reality Kings | https://pornve.com/9hsn1kjrb2e3/Angela_white_foxy_angela_loves_anal.html | 1921794 - Foxy Angela Loves Anal |
| pornve.com | Brazzers | https://pornve.com/9i2p69da17rr/McKenzie_Lee_office.html | 6186 - Occupy Your Ass! |
| pornve.com | Brazzers | https://pornve.com/9i3v8fzmk8lw/Kendra_Clip_Pussy_Oil_Pussy_Ass_Kendra_Lust_Kendra_Oil_Massage_Hot_Pussy_Lick_The_Ass_Pussy_Oil_Pussy_Ass.html | 6868 - Stress Relief |
| pornve.com | Brazzers | https://pornve.com/9ifzjf46cx9r/Whats_Good_For_The_Goose.html | 2436835 - What's Good For The Goose |
| pornve.com | Reality Kings | https://pornve.com/9im8qn7xfw58/squirting_mom_motheranddaughter_dana_vespoli_and_janice_griffith_moms_bang_teens.html | 12798 - The Tickler |
| pornve.com | Brazzers | https://pornve.com/9isw9acngp2o/Kagney_Linn_Karter_Anal_Maid_-_Full_Service_Room_Service_Kagney_Linn_Karter_Keiran_Lee.html | 7959 - Full Service Room Service |
| pornve.com | Reality Kings | https://pornve.com/9j1f9tlnqd6a/cumshot_georgeglassx7_hardcore_tags_babe_4351_9_474_plays_published_on_1_day_ago_category_blowjob_hardcore_tag_this_video.html | 15248 - Freak In The Streets |
| pornve.com | Brazzers | https://pornve.com/9j6bv148aiad/Dont_Tell_My_Boss_Jayden_Jaymes_Johnny_Sins.html | 8487 - Don't Tell My Boss |
| pornve.com | Brazzers | https://pornve.com/9jipqim6f2mh/Mamacita_Con_Grandes_Tetas_-_Ariella_Ferrera_Toni_Ribas.html | 8716 - Mamacita Con Grandes Tetas! |
| pornve.com | Brazzers | https://pornve.com/9jcp53ffgbo/Redhead_Mommy_Emma_Butt_Loves_Stepsons_Big_Cock.html | 9478 - Hold The Phone_Not The Moan |
| pornve.com | Brazzers | https://pornve.com/9jo89wxny27y/Madison_Ivy_Regano_Sexual_De_La_Jefa.html | 9960 - RegaÃ±o Sexual de la Jefa |
| pornve.com | Brazzers | https://pornve.com/9jt7kaaq6hwd/Dicking_Around_The_Kitchen_Chore_Sybil_Stallone.html | 4419841 - Dicking Around The Kitchen Chores |
| pornve.com | Brazzers | https://pornve.com/9kf6kfaev9u5/Brazzers_-_Roxxy_Lea_shows_her_teacher_a_thing_or_two_about_human_anatomy_.html | 10429 - Learning The Hard Way |
| pornve.com | Brazzers | https://pornve.com/9kbwjkl3k7n1/Eva_Lovia_-_The_Farmers_Wife.html | 10307 - The Farmer's Wife |
| pornve.com | Brazzers | https://pornve.com/9kdwf34mraba/Stella_Cox_Jasmine_Jae_Fucking_Danny_D.html | 9442 - Bringing Stepsiblings Closer Together |
| pornve.com | Brazzers | https://pornve.com/9l2jmrd4yxxp/Anikka_Albrite_Oiled_Facial.html | 7647 - Make It Rain |
| pornve.com | Brazzers | https://pornve.com/9l9ws123u85z/Jasmine_Jae_Monique_Alexander_Stella_Cox_Cock_Of_Duty.html | 10186 - Cock Of Duty: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/9la5ujv9i62d/Nympho_Nurses_And_Dirty_Doctors_3_Melissa_Lynn.html | 10957 - The House Call |
| pornve.com | Brazzers | https://pornve.com/9lay36p5ka8p/Alanah_rae_Put_it_in_my_Bum_Chum.html | 5587 - Put it in my Bum_Chum |

| pornve.com | Brazzers | https://pornve.com/9lg0bkd9d4vx/Peta_Jensen_Storm_Of_Kings_Part_4.html | 8995 - Storm Of Kings XXX Parody: Part 1 |
| pornve.com | Brazzers | https://pornve.com/9lm28obuapvb/karma_rx_turning_party_tricks-_brazzers.html | 3768300 - Turning Party Tricks |
| pornve.com | Brazzers | https://pornve.com/9lzevwndw2zo/One_Sneaky_Pair_of_Tits_Dylan_Phoenix.html | 9005 - One Sneaky Pair of Tits |
| pornve.com | Brazzers | https://pornve.com/9lzjyw5mmmx7/Teacher_Fuck_Student_3gp.html | Big Tits at School Vol. 6 |
| pornve.com | Brazzers | https://pornve.com/9m4dh5psm5cg/Phoenix_Marie_-_Brazzers_Got_Back.html | 7376 - Brazzers Got Back |
| pornve.com | Reality Kings | https://pornve.com/9mkcmy0ybe0e/alpha_milf.html | 14180 - Alpha Milf |
| pornve.com | Brazzers | https://pornve.com/9my3ldwzkp2s/Hot_blonde_and_redhead_want_to_get_some_female_sensuality.html | 14895 - Lick Lick |
| pornve.com | Brazzers | https://pornve.com/9myfrhrrrtel/Rebeca_linares_sodomized_by_the_long_cock_of_justice.html | 3903 - Resisting Anal Arrest Pt 2 |
| pornve.com | Brazzers | https://pornve.com/9nb1mqhb21wm/Brazzers_-_Up_All_Night.html | 10277 - Up All Night |
| pornve.com | Brazzers | https://pornve.com/9nr1zg7gt8s7/Alanah_Rae_-_Lagina_Cable_Co.html | Big Tits In Uniform |
| pornve.com | Brazzers | https://pornve.com/9nrbgzzj7llx/Alexis_Love_-_Love_For_Big_Cocks.html | Teens Like It Big Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/9nyq9nam8lvk/Im_A_Total_MILF_Reagan_Foxx_Ricky_Spanish.html | 2417679 - I'm A Total MILF! |
| pornve.com | Brazzers | https://pornve.com/9o0j1dwiugmp/Nikki_Benz_Day_With_A_Pornstar_Nikki.html | 9395 - Day With A Pornstar: Nikki |
| pornve.com | Brazzers | https://pornve.com/9oe0amxwpuqm/_Brazzers_-_Busty_professor_Lucia_Fernandez_offers_extra_credit_.html | 10554 - Big Tits Thesis |
| pornve.com | Brazzers | https://pornve.com/9of55pc56gzt/Savanah_Gold_-_Brits_Like_It_Big.html | Brazzers&#039; Pornstars Like It Big #2 |
| pornve.com | Brazzers | https://pornve.com/9okvtrx6w5tf/aubrey_black_taking_wifey_to_work.html | 10955 - Taking Wifey To Work |
| pornve.com | Brazzers | https://pornve.com/9ovjqkrocmck/nicole_aniston_house_aniston_nicole_nicole_aniston_theres_a_pornstar_in_my_house_theres_likeit_big.html | 10474 - There's A Pornstar In My House |
| pornve.com | Brazzers | https://pornve.com/9pb6zp2joswv/Phoenix_Marie_-_Changing_Grades.html | Big Tits at School Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/9ppjv8pwjd6q/Priya_Anjali_Rai_-_Making_It_Sweet_For_Priya.html | Brazzers Big Tits At School #9 |
| pornve.com | Brazzers | https://pornve.com/9q4denws6th3/Brand_New_Sexy_Wife_Lexi_Luna_Hardcorerws.html | 10084 - You Snore  She Whores |
| pornve.com | Brazzers | https://pornve.com/9q5r6i83qi0p/New_Lucia_Love_Michelle_Thorne_Mila_Milan_Tamara_Grace_And_Danny_D.html | 9750 - ZZ Cup: Team Tits |
| pornve.com | Brazzers | https://pornve.com/9qu6ackxm6m/Ella_Nova_in_Bubble_Butt_Anal.html | 11015 - Backstage Booty |
| pornve.com | Reality Kings | https://pornve.com/9qw6z4b5o5tr/GFRevenge_American_girl.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/9r2c5by9esta/Brazzers_-_Doctor_Ariella_Ferrera_examine_her_patient_in_her_sexiest_way.html | 10475 - Doctor  I Cheated On My Girlfriend |
| pornve.com | Brazzers | https://pornve.com/9r6qt5s2lod4/Yoga_To_Be_Kidding_Me_Layla_Price_Isiah_Maxwell.html | 9596 - Yoga To Be Kidding Me! |
| pornve.com | Brazzers | https://pornve.com/9rtx9x3l6eh0/Brazzers_Stocking_Stuff_Her_Brett_Rossi.html | 3032005 - Stocking Stuff-Her |
| pornve.com | Brazzers | https://pornve.com/9rzjuh9ux9mi/Alexis_Amore_-_My_Best_Friends_Wife.html | Real Wife Stories Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/9s58yd9e38y7/Sarah_Banks_Zach_Wild_-_Football_Fuckday_-_Baby_Got_Boobs.html | 2914506 - Football Fuckday |
| pornve.com | Brazzers | https://pornve.com/9s85c7nfbtt9/Brazzers_Cecelia_Lion_Sophia_Leone_Catty_Co_Stars.html | 2672989 - Catty Co-Stars |
| pornve.com | Reality Kings | https://pornve.com/9sb0oh1q2bal/EuroSexParties_Shona_River_Steffany_Bang_Her_And_Me_-_27_11_2016.html | 15099 - Bang Her And Me |
| pornve.com | Brazzers | https://pornve.com/9sb0td414zsa/Diamond_Jackson_Jewels_Jade_Brandi_Love_Kendra_Lust_Miss_Titness_America.html | 6969 - Miss Titness America |
| pornve.com | Reality Kings | https://pornve.com/9se98qxyyhh2/GFRevenge_Sheer_seductress.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/9snac94g5ig9/small_hands_paige_owens_xander_corvus_-_two_can_play_at_paiges_game_sluts_like_it_big_brazzers.html | 3831304 - Two Can Play At Paige's Game |
| pornve.com | Brazzers | https://pornve.com/9so38s5dcuwf/_Study_Suck_Fuck_.html | 8072 - Study  Suck  Fuck |
| pornve.com | Brazzers | https://pornve.com/9t2tve3pkipw/Cleaning_Up_His_Mess_Brandi_Love_Justin_Hunt.html | 11175 - Cleaning Up His Mess |
| pornve.com | Reality Kings | https://pornve.com/9t5ndumhsbq1/Money_Talks_party_bust_big.html | 8002 - Party Bust |
| pornve.com | Brazzers | https://pornve.com/9tei8cfit41c3/_Chief_Executive_Whore_-_Brazzers_.html | 9035 - Chief Executive Whore |
| pornve.com | Brazzers | https://pornve.com/9tfjxiarissi/Luna_Star_in_Extreme_Anal_ytics.html | 3291111 - Extreme Anal-ytics |
| pornve.com | Brazzers | https://pornve.com/9thdusywmc9x/BrazzersExxtra_Stormy_Daniels_Keiran_Lee_Stormys_Secret.html | 2646236 - Stormy's Secret |
| pornve.com | Brazzers | https://pornve.com/9tl83w6orzi/Smoking_Blonde_Fucks_Her_Soccer_Coach.html | 4625 - Rough Competition |
| pornve.com | Brazzers | https://pornve.com/9u0hjvokumr/Naughty_Bookworms_2015_-_Kayla_Kayden.html | 8356 - Back Of The Classroom |
| pornve.com | Brazzers | https://pornve.com/9u209xpx6hq5/Ava_Koxxx_-_Sinful_Innuendo.html | 7717 - Sinful Innuendo |
| pornve.com | Brazzers | https://pornve.com/9u3zyqykg3o8/Brazzers_Big_Wet_Butts_Soapy_Self_Care_Cathy_Heaven.html | 2584414 - Soapy Self-Care |
| pornve.com | Brazzers | https://pornve.com/9u9nmldr3dkl/_Brazzers_-_Athletic_teen_Tiffany_Tyler_gets_creamed_after_a_bike_ride_.html | 7877 - Cooling Off With A Hot Fuck |
| pornve.com | Reality Kings | https://pornve.com/9uox4k64tinh/Milfhunter_Does_Facial_With_Esperanza.html | 89 - Amar Caliente |
| pornve.com | Brazzers | https://pornve.com/9uuejj53cfdo/F5-Brazzers_Exxtra_Lacey_London_Tori_Montana_Jimmy.html | 4420191 - Nurse's Threesome Cures All |
| pornve.com | Brazzers | https://pornve.com/9uuvt669u4vz/BrazzersExxtra_Kyler_Quinn_Studying_Her_Pussy_11_08.html | 4419877 - Studying Her Pussy |
| pornve.com | Brazzers | https://pornve.com/9v0o2gex87um/Angelina_Valentine_The_Fan_Bang_First_Anal.html | 5306 - The Fan Bang |
| pornve.com | Reality Kings | https://pornve.com/9v0p5qdt82k0/H0t_Bu5h_14_L4yla_L4ndry.html | 13172 - Luscious Layna |
| pornve.com | Reality Kings | https://pornve.com/9vdkyqf045d3/Nikki_Kay_-_Pretty_Kitty.html | 14510 - Pretty Kitty |
| pornve.com | Reality Kings | https://pornve.com/9vhtctupyzkp/GFRevenge_-_Sensual_Appeal_-_16_05_09.html | Real Teens Caught On Tape 2 |
| pornve.com | Brazzers | https://pornve.com/9viket0ylich/Giselle_Palmer_Sheridan_Love_Kyle_Mason_Cult_Of_Love.html | 11206 - Cult Of Love |
| pornve.com | Brazzers | https://pornve.com/9w1gy17fmx6k/Brazzers_The_House_Christening_Brazzers_2017_Phoenix_Marie_JMac_Blowjob_White_Girl_Milf_Blo.html | 10734 - The House Christening |
| pornve.com | Reality Kings | https://pornve.com/9wdlyf96amd4/A_MFM_threesome_with_two_cocks_in_one_pussy_Eden_Sinclair_Markus_Mick.html | 2286943 - Double Dicking Doublecross |
| pornve.com | Brazzers | https://pornve.com/9ws27c8snrdc/Ass_Candy_3_Kristina_Rose.html | 10274 - Miss Anal 2016 |
| pornve.com | Brazzers | https://pornve.com/9wt9lggmylhk/BEST_NEW_Marsha_May_ANAL_-_720p.html | 9559 - Anal on Easter |
| pornve.com | Brazzers | https://pornve.com/9wudjevpesdg/Katana_Kombat_The_Cure_For_Insomnia.html | 3796631 - The Cure For Insomnia |
| pornve.com | Reality Kings | https://pornve.com/9wvrqhsbo04m/WeLiveTogether_Megan_Sage_Alyssa_Cole_-_Candy_Thong_18_08_2016.html | 14842 - Candy Thong |
| pornve.com | Brazzers | https://pornve.com/9wyqtpsxtewo/Brazzers_Brandi_Love_Holly_Hotwife_Creampie_My_Wife_08_05_2020_wat.html | 3960057 - Creampie My Wife |
| pornve.com | Brazzers | https://pornve.com/9xdz0z6xzwuq/Lacey_London_Tori_Montana_Jimmy_Michaels_Nurses_Threesome_Cures_All.html | 4420191 - Nurse's Threesome Cures All |
| pornve.com | Brazzers | https://pornve.com/9y8fg78drkwu/_Angela_White_-_Midnight_Cowgirl_.html | 10897 - Midnight Cowgirl |
| pornve.com | Reality Kings | https://pornve.com/9yfohprwdex5/nicolette_love_horny_as_fuck.html | 1900729 - horny_as_fuck |
| pornve.com | Brazzers | https://pornve.com/9yxoo4o58045/BrazzersExxtra_Kira_Noir_Up_And_Cummer_05_27_2018.html | 2419633 - Up and Cummer |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/9zqxs9rs8sqm/The_Student_Teacher_Affair_August_Ames_Big_Tits_Bounce_All_Over_The_Dean_.html | 9806 - Amorios entre Estudiante y Profesor |
| pornve.com | Brazzers | https://pornve.com/a010f2kgc5nv/Ahryan_Astyn__Tanya_James_-_A_Cock_Swapping_Invitation.html | Real Wife Stories Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/a0fm4w93pb4u/Alanah_Rae_Cumshot_Compilation.html | 4239 - Facility Supervisor Facilitator of Super Sex |
| pornve.com | Brazzers | https://pornve.com/a0la8yevizm9/Brazzers_house_2_day_1.html | 10795 - Brazzers House 2: Day 1 |
| pornve.com | Brazzers | https://pornve.com/a1tdvz74v38u/Alexis_Fawx__Mackenzie_Moss_All_In_A_Days_Squirt.html | 3868598 - All In A Day's Squirt |
| pornve.com | Brazzers | https://pornve.com/a1tjb60f98qi/Tyler_Faith_-_Highway_Pussy_Patrol.html | 5970 - Highway Pussy Patrol |
| pornve.com | Brazzers | https://pornve.com/a1wz0rlowmdx/Tits_Out_To_Lunch_Ryan_Conner.html | 10666 - Tits Out To Lunch |
| pornve.com | Reality Kings | https://pornve.com/a2kezyh5xl3e/RKPrime_Cassidy_Banks_-_Into_The_Wild_4010_07_201641.html | 14824 - Into The Wild |
| pornve.com | Reality Kings | https://pornve.com/a2pn5exzbxwk/GFRevenge_Super_sweet.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/a2x0gohwfdcx/TL1B_P1per_P3rri_It_Swallows_Part_Two.html | 9071 - It Swallows: Part Two |
| pornve.com | Brazzers | https://pornve.com/a32olye9qxb0/Eva_Karera_School_Experience_Doubel_Anal.html | 7992 - Foreva a Fantasy |
| pornve.com | Brazzers | https://pornve.com/a3769nyr0o59/Turbo_Sluts_-_Peta_Jensen_Lisa_Ann_Phoenix_Marie_Alektra_Blue_Chanel_Preston_Romi_Rain_Monique_Alexander_Angelina_And_Valentine_Kiara.html | 7512 - Angelina Valentine VS Danny the Diva |
| pornve.com | Brazzers | https://pornve.com/a37lumjoqeny/BigTitsAtSchool__Brazzers_Alix_Lovell_-_Good_Moaning_Fellow_Students.html | 9800 - Good Moaning  Fellow Students |
| pornve.com | Brazzers | https://pornve.com/a3dkg98z3q1/victoria_cakes_mom_makes_it_all_better_mommygotboobs_brownornhd_com.html | 3797026 - Mom Makes It All Better |
| pornve.com | Brazzers | https://pornve.com/a3vxt2jrojpi/Brazzers-_Sexy_brunette_nurse_Lily_Adams_takes_care_of_her_sick_patient_.html | 11201 - Nutjob Nurse |
| pornve.com | Brazzers | https://pornve.com/a4gpxkhbc2o/Ariella_Ferrera_Jailhouse_Fuck.html | 9167 - Jailhouse Fuck Two |
| pornve.com | Brazzers | https://pornve.com/a4j2ih59pd3b/Audrey_Bitoni_Big_Tits_Hardcore_Cheating_Wife_Free_Porn_Videos_likuoo.html | 10619 - Caring Wife Craves Cum |
| pornve.com | Reality Kings | https://pornve.com/a54gaxh709w8/Money_Talks_lunch_munch_big.html | 7949 - Lunch Munch |
| pornve.com | Reality Kings | https://pornve.com/a5hu7w2vv109/Big_Tits_Boss_25_2015_Part_3.html | 11636 - Bossy Snack |
| pornve.com | Brazzers | https://pornve.com/a5whvigaksh8b/Young_And_Corrupt_2.html | 8072 - Study Suck Fuck |
| pornve.com | Reality Kings | https://pornve.com/a659zx2mipot/ANAL_Mike_In_Brazil_Liandra_Andrade_Analine_-_720p.html | 13360 - Stretching Liandra |
| pornve.com | Brazzers | https://pornve.com/a6h5slfmen7r/Babe_Goods_New_Anya_Ivy.html | 9681 - A Parent Teacher Meating |
| pornve.com | Brazzers | https://pornve.com/a6hf9e450f7q/Mila_Jade__Xander_Corvus_-_Good_Girl_Breaks_Bad_Creampie.html | 8974 - Good Girl Breaks Bad |
| pornve.com | Brazzers | https://pornve.com/a6l7rtv6vj12/A_Dirty_Shower.html | 9154 - A Dirty Shower |
| pornve.com | Brazzers | https://pornve.com/a6ob6zh7hxbc/Alektra_Blue_Nurse_Adventure_Alektra_Is_In_A_fantasy_With_Jhony_Sims_Enjoy_And_Dont_Report_The_Video_Please.html | 7857 - Lights  Camera  Deepthroat! |
| pornve.com | Reality Kings | https://pornve.com/a6onapvit7ja/Drilling_Mommy_12_S1_Ryan_Keely.html | 3424630 - Her Domain |
| pornve.com | Brazzers | https://pornve.com/a6qx5feqa1qi/Stay_Away_From_My_Daughter_Part_2_Brazzers.html | 10356 - Stay Away From My Daughter: Part 2 |
| pornve.com | Brazzers | https://pornve.com/a6x7o5bz80ss/stormy_daniels_kl040518.html | 2646236 - Stormy's Secret |
| pornve.com | Reality Kings | https://pornve.com/a71jabjazova/Anissa_Kate_So_Busted.html | 14686 - So Busted |
| pornve.com | Brazzers | https://pornve.com/a78bgvcj4wka/Darcy_Tyler_-_Around-the-Cock_Protection.html | 7215 - Around-the-Cock Protection |
| pornve.com | Brazzers | https://pornve.com/a7jnqnxhiarf/The_Gift_Of_Anal_Brandy_Aniston__Jessy_Jones.html | 9426 - The Gift Of Anal |
| pornve.com | Brazzers | https://pornve.com/a7uagjf8htr/Teanna_Trump.html | 8115 - Look Who's Cumming for Dinner |
| pornve.com | Reality Kings | https://pornve.com/a7ujk8l9ll11/8thStreetLatinas_Maya_Bijou_Beautiful_Bijou_-_15_07_16.html | 14730 - Beautiful Bijou |
| pornve.com | Brazzers | https://pornve.com/a7uq2zz1y0nu/Yhivi_Fuckn_Harley_Jade_Brother_N_Shower.html | 9690 - Switching Teams: Part 2 |
| pornve.com | Reality Kings | https://pornve.com/a875dttmygny/GFRevenge_Freak_of_the_week.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/a8bbhmb6k2hu/BrazzersExxtra_20_08_04_Best_Of_Brazzers_Hottest_Dommes.html | 3646741 - You Agreed To This |
| pornve.com | Reality Kings | https://pornve.com/a8bcwvwij5di/Bunk_Bad_Threesome_Jennifer_Jacobs_Lily_Rader.html | 15429 - busted  bunk  bed |
| pornve.com | Brazzers | https://pornve.com/a8m7kv5sca90/Savannah_Stevens_-_Like_What_You_See.html | 9594 - Like What You See! |
| pornve.com | Brazzers | https://pornve.com/a96bae2ljzzj/Lexi_Luna_Neighborhood_Snatch_Committee.html | 3140130 - Neighborhood Snatch Committee |
| pornve.com | Brazzers | https://pornve.com/a98e9m5b5kfw/Tats_Tits_And_Ass_Ryan_Keely.html | 3832327 - Tats |
| pornve.com | Reality Kings | https://pornve.com/a9b828cv4gn5/Amber_40Rookie_of_the_year41.html | 8669 - Rookie Of The Year |
| pornve.com | Reality Kings | https://pornve.com/a9bg5jy90jqy/Money_Talks_dealer_fee.html | 7845 - Dealer Fee |
| pornve.com | Brazzers | https://pornve.com/a9lljv524g99/DirtyMasseur_August_Ames_Study_Buddies_-_11_07_16.html | 10040 - Study Buddies |
| pornve.com | Reality Kings | https://pornve.com/aa476kxfv4dw/CumFiesta_17_02_21_Maya_Kendrick_Move_It_Maya_XXX_-KTR.html | 15298 - Move It Maya |
| pornve.com | Brazzers | https://pornve.com/aaeimdaolseq/Brazzers__Doctor_Adventures__Jailhouse_Fuck_Three.html | 10370 - Jailhouse Fuck Three |
| pornve.com | Brazzers | https://pornve.com/aasa8v5e208j/Double_D-Tention.html | 8352 - Double D-tention |
| pornve.com | Brazzers | https://pornve.com/aatctinfrmjqu/Brazzers_Sarah_Jessie_Ready_Aim_Anal_NewPorn2020.html | 3983742 - Ready  Aim  Anal! |
| pornve.com | Brazzers | https://pornve.com/abersjcg3cvn/MommyGotBoobs__Brazzers_Destiny_Dixon_-_Blind_Ambition.html | 9437 - Blind Ambition |
| pornve.com | Brazzers | https://pornve.com/abgz6semnp2g/Hardcore_Blowjob_Romi_Rain_Gets_Oiled_Up_And_Plowed_Romi_Rain_Dirty_Masseur.html | 10521 - She's So Uptight But... |
| pornve.com | Brazzers | https://pornve.com/ac1nvrlhuzx1/BigButtsLikeItBig_-_Amirah_Adara_1080p.html | 8987 - Crazy Ex Car Wash |
| pornve.com | Brazzers | https://pornve.com/acsnjj3fwzo8/_Hitched_And_Ditched_-_Brazzers_.html | 9609 - Hitched And Ditched |
| pornve.com | Brazzers | https://pornve.com/adg33uuneuvz/Tarra_White_My_Girlfriends_Mum_Has_A_Secret_Mommy_Issues.html | 8609 - My Girlfriend's Mum Has A Secret |
| pornve.com | Brazzers | https://pornve.com/adjcb78lupqe/Monique_Alexander__Peta_Jensen_-_Our_New_Maid_Part_One.html | 9053 - Our New Maid: Part Two |
| pornve.com | Brazzers | https://pornve.com/adqbad9ps4tt/Have_You_Seen_The_Valet_Brazzers.html | 10083 - Have You Seen The Valet? |
| pornve.com | Brazzers | https://pornve.com/aecy98co12m8/Doctor_Gets_A_Dose_Of_Dick_And_Cum_Katie_Morgan_Is_A_Hot_Fucking_Slut_That_Takes_It.html | 10201 - My Stepmom's Physical |
| pornve.com | Brazzers | https://pornve.com/aeg4dw83c8to/Judge_Jury_And_Double_Penetrator.html | 10614 - Judge  Jury  And Double Penetrator |
| pornve.com | Brazzers | https://pornve.com/afd4s2hftjem/Brazzers_Big_Bad_MILF.html | 3362792 - Big Bad MILF |
| pornve.com | Brazzers | https://pornve.com/afikepdjrgzj/Nailing_Ms_Chase_Part_Three_Ms_Brooklyn_Chase_Gets_Nail_Hard_After_Class_.html | 9704 - Nailing Ms. Chase: Part Three |
| pornve.com | Brazzers | https://pornve.com/afn3z5k6oqjp/Emily_Addison__Sandy_Fantasy_-_Lights_Camera_Sluts.html | 7246 - Lights! Camera! Sluts! |
| pornve.com | Brazzers | https://pornve.com/afpgc95r3y60/Diamond_Foxxx__Tiffany_Bannister_-_Cops_and_Daughters.html | 8570 - Cops and Daughters |

| | | | |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/afxxo7yv8t1f/GFRevenge_17_04_10_Jessi_Grey_Sexy_Reflection_XXX_-KTR.html | 1797501 - sexy_reflection |
| pornve.com | Brazzers | https://pornve.com/afz1awb7iu9h/Lisa_Ann_Lisas_Pool_Boy_Toy.html | 2960395 - Lisa's Pool Boy Toy |
| pornve.com | Reality Kings | https://pornve.com/ag27c1wf3446/DAREDORM_58_Bathroom_Vandals_1of2.html | Dare Dorm #15 |
| pornve.com | Brazzers | https://pornve.com/ag5j82mxgcqi/Nursing_My_Stepsons_Sick_Dick_Alura_Jenson_Robby_Echo.html | 2672969 - Nursing My Stepson's Sick Dick |
| pornve.com | Reality Kings | https://pornve.com/agrxrunkp7jh/RealityKings_-_RK_Prime_Phoenix_Marie_Rock_Hard_RealityKings_Best_2017.html | 15020 - Rock Hard |
| pornve.com | Brazzers | https://pornve.com/agvtmdmnbhkr/1800_Phone_Sex_Line_1_Amia_Miley14_08_2017.html | 10826 - 1 800 Phone Sex: Line 1 |
| pornve.com | Brazzers | https://pornve.com/ahed8ounznbg/Brazzers_National_Pornographic_The_Teen_Porn_Star_Anal_Blonde_Gina_Gerson_Natural_Tits_Brazze.html | 8933 - National Pornographic: The Teen Porn Star |
| pornve.com | Brazzers | https://pornve.com/ai6dfox1hlf8/_Brazzers_-_Busty_counselor_Natasja_Nice_discover_Justins_talents_.html | 10825 - An Aptitude for Ass |
| pornve.com | Brazzers | https://pornve.com/aii8dwrcnooi/Riley_Evans_Delta_Fuck.html | 4267 - Delta Fuck! |
| pornve.com | Brazzers | https://pornve.com/aij7yl1apxta/Victoria_June_Hard_Pressed.html | 11031 - Hard Pressed |
| pornve.com | Brazzers | https://pornve.com/aiugstmwwtj1/Emo_Chick_Needs_Some_Dick.html | 2593955 - Emo Chick Needs Some Dick |
| pornve.com | Brazzers | https://pornve.com/aiv5p9lc3v3g/Working_Out_The_Wives_brazzers.html | 9458 - The Future Of Fucking |
| pornve.com | Brazzers | https://pornve.com/aj614lnrnz3o/Richelle_Ryan_-_MILFer_Madness.html | 9687 - Milfer Madness |
| pornve.com | Brazzers | https://pornve.com/aj5jyswasby/Priya_Anjali_Rai_-_Palmistry_Penis.html | MILFS Like It Big Vol. 4 |
| pornve.com | Reality Kings | https://pornve.com/ajyozqfct8xf/Slutty_Shopper_Ryan_Keely.html | 2417936 - Slutty Shopper |
| pornve.com | Brazzers | https://pornve.com/ak0tpkg5apz4/TeensLikeItBig_Ashley_Adams_JoJo_Kiss_Terrible_Darlings_-_29_11_2016.html | 10163 - Terrible Darlings |
| pornve.com | Brazzers | https://pornve.com/akg1yh6bwbrs/bigass_nice_tits_abby_brazil_bex_abby_brazil_abby_lee_brazil_bex.html | 10469 - Slut Hotel: Part 2 |
| pornve.com | Brazzers | https://pornve.com/al3dg1j6t41f/RealWifeStories_Luna_Star_Now_You_See_Me_Now_You_Ho_12_02_2019_rq.html | 3170682 - Now You See Me Now You Ho |
| pornve.com | Reality Kings | https://pornve.com/alenzfn515xh/Alex_Tanner_-_Hot_Teen_Next_Door_25_2015.html | 12592 - Relieve Me |
| pornve.com | Brazzers | https://pornve.com/alhnt36ec9yp/Janet_Mason_-_Brazzers_Makeover.html | MILFs Like It Big Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/alho8q7myizi/pornstarslikeitbig_rachel_starr.html | 9094 - Rachel Lets Her Hair Down |
| pornve.com | Brazzers | https://pornve.com/alyrjxiwltv/Monique_Alexander.html | 10010 - Pornstar In The Pool |
| pornve.com | Brazzers | https://pornve.com/am1bo6udp3gl/Anal_Prescription_Pickup.html | 3924148 - Anal Prescription Pickup |
| pornve.com | Reality Kings | https://pornve.com/ambsi9tvxlpx/Mom_Teaching_Molly_A_Lesson_About_Man_Pleasing.html | 7760 - The Teen Teacher |
| pornve.com | Brazzers | https://pornve.com/an5x5ogea96a/18_angela_white_angl_whte_slutty_secretary_brzzrs_angl_whte_brzzrs_113_top_rated_porn_video_of_today.html | 10523 - My Slutty Secretary |
| pornve.com | Brazzers | https://pornve.com/an6t7697vzyt/young_girl_of_office_with_old_boss.html | 3609560 - Upgrading To An Older Model |
| pornve.com | Brazzers | https://pornve.com/anf3ba2q0ios/REQ_MILF_Briana_Banks.html | 9535 - My Uncle's GF Wants My Dick! |
| pornve.com | Brazzers | https://pornve.com/angw8alxzesb/BrazzersExxtra_17_04_09_Jade_Amber_Jade_Screams_For_Ice_Cream_XXX_-KTR.html | 10560 - Jade Screams for Ice Cream |
| pornve.com | Reality Kings | https://pornve.com/ank3frckybkt/Donna_Bell_-_Ringing_Donnas_Bell.html | 14621 - Ringing Donnas Bell |
| pornve.com | Brazzers | https://pornve.com/ano2q6ertix6/Threesome_Aaliyah_Hadid_Alura_Jenson_Stepmoms_Need_Loving_Too_Brazzers.html | 3363991 - Stepmoms Need Loving Too! |
| pornve.com | Brazzers | https://pornve.com/anww8ajht9vtq/Best_New_Facial_Parker_Swayze_Mom_Wants_It_Bad_720p.html | 9506 - GF's Mom Wants It Bad |
| pornve.com | Brazzers | https://pornve.com/ao1myyksj7wy/Katja_Kassin_-_Maid_To_Fuck.html | 6845 - Maid To Fuck |
| pornve.com | Brazzers | https://pornve.com/ao5ycjl2txb/BigTitsAtSchool_17_04_10_Lena_Paul_Final_Exam_Slam_Session_XXX_-KTR.html | 10548 - Final Exam Slam Session |
| pornve.com | Brazzers | https://pornve.com/aoa54ica4mxt/Marsha_Raises_the_Bar_-_Marsha_May_Levi_Cash.html | 9090 - Marsha Raises the Bar |
| pornve.com | Brazzers | https://pornve.com/aol4518lzbx6/Teen_Mom_School_Slut_Stories_2.html | 8634 - Brazzers Awards |
| pornve.com | Brazzers | https://pornve.com/aolw61ohmio3/BrazzersExxtra_19_07_23_Alice_Judge_Fucking_Season_In_The_Backcountry_XXX_SD.html | 3609669 - Fucking Season In The Backcountry |
| pornve.com | Brazzers | https://pornve.com/apabhm5w8sb/Lucky_boy_with_two_busty_sluts_12dec16_-_porngif_-_pornve_com.html | 9442 - Bringing Stepsiblings Closer Together |
| pornve.com | Brazzers | https://pornve.com/apcf6ksv1y9/Hard_Anal_Janice_Griffith_Anal.html | 10373 - Anal Quickie With Teenie Janice! |
| pornve.com | Brazzers | https://pornve.com/apjgtf5x0z77/Elicia_Solis_Romi_Rain_-_Comply_With_This_Guy.html | 8535 - Comply With This Guy |
| pornve.com | Brazzers | https://pornve.com/aq0zs8dq9m9l/Party_Political_Emma_Butt_Danny_D_Emma_Butt_Danny_D_White_Girl_White_Guy_Glasses_Big_Tits_Hug.html | 6413 - Party Political |
| pornve.com | Brazzers | https://pornve.com/aq17ek5qgt1r/Thankful_For_Madison.html | 11056 - Thankful For Madison |
| pornve.com | Brazzers | https://pornve.com/aq5gzfp3o0cq/Nina_Elle_Crawling_To_Another_Cock.html | 3876010 - Crawling To Another Cock |
| pornve.com | Brazzers | https://pornve.com/aq7ak2czzjnm/Tanya_Tate_And_Keiran_Lee.html | 4286 - 3 Sex My Son's Role Models |
| pornve.com | Brazzers | https://pornve.com/aq0fbf1jlu80/Doctor_Jessica_Jaymes_Bigits.html | 9166 - Milking The Patient |
| pornve.com | Brazzers | https://pornve.com/aqlstolinx4o/Sarah_Vandella_-_Sarahs_Beautiful_Butt.html | 6890 - Sarah's Beautiful Butt |
| pornve.com | Brazzers | https://pornve.com/arksseofjolt/Juelz_Ventura_Wnats_Student_To_Fuck_Her.html | 7486 - Dr. Juelz The Naughty Professor |
| pornve.com | Brazzers | https://pornve.com/arxdqfhamnus/blonde_ass_massage_deep_throat_babe_anal_big_ass_category_anal_alexis_texas_massage_mass_age_pornstar_alexis_texas_tags_anal_blonde_big_ass_tag_this_video.html | 6194 - A Texas-Sized Massage |
| pornve.com | Brazzers | https://pornve.com/asenopnqy70i/The_Big_Butt_Ballet_Danny_D_Harley_Jade.html | 10302 - The Big Butt Ballet |
| pornve.com | Brazzers | https://pornve.com/asmurqrk7wki/Angel_Dark_-_Far_From_An_Angel.html | Big Butts Like It Big 3 |
| pornve.com | Brazzers | https://pornve.com/asnb7c8g3811/BRAZZER_big_wet_butts_miss_anal_2016.html | 10274 - Miss Anal 2016 |
| pornve.com | Reality Kings | https://pornve.com/asosgsm5uejn/DAREDORM_84_One_For_The_Money_1of2.html | Dare Dorm #27 |
| pornve.com | Brazzers | https://pornve.com/asr8jfvjpw1a/Lil_Campers_Britney_Amber_Ricky_Spanish.html | 4418346 - Lil Campers |
| pornve.com | Reality Kings | https://pornve.com/asushaasqwtx/Sneaky_Sexxy_Kyler_Quinn_Fuck_Behind_Thin_Walls_Thick_Cock.html | 3318478 - Thin Walls Thick Cock |
| pornve.com | Brazzers | https://pornve.com/asxtpo99l26g/Big_Cock_In_The_Back_Pocket_Kelsi_Monroe_Erik_Everhard.html | 7844 - Big Cock In The Back Pocket |
| pornve.com | Reality Kings | https://pornve.com/asy1tsvoukzs/Monique_Alexander_Whitney_Westgate_-_Your_New_Wife_My_New_Plaything.html | 8218 - Your New Wife My New Plaything |
| pornve.com | Reality Kings | https://pornve.com/atvdk6goqv9u/GFRevenge_17_02_27_Brooklyn_Jane_The_Prettiest_Pussy_XXX_-KTR.html | Real Teens Caught On Tape 8 |
| pornve.com | Brazzers | https://pornve.com/atxve5oukj1b/Pornstars_Anonymous___Summer_Brielle.html | 8634 - Brazzers Awards |
| pornve.com | Brazzers | https://pornve.com/au2l3xgph3z1/Roxy_Raye_Jordan_Ash_A_Photogenic_Fucking.html | 9137 - A Photogenic Fucking |
| pornve.com | Reality Kings | https://pornve.com/au8m1hny0mc3/Eva_Quinn_Bounce_That_Booty.html | 14570 - Bounce That Booty |
| pornve.com | Brazzers | https://pornve.com/av7ds1ln9j4q/Kissa_Sins_-_Introducing_Kissa_Sins.html | 8735 - Introducing Kissa Sins |

EXHIBIT A

| | | | | |
|---|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/avc48545pm9e/Tru_Kait_Blindfolded_Cheater_103020.html | 4419202 | Blindfolded Cheater |
| pornve.com | Brazzers | https://pornve.com/avjekzvunt2q/_Kendra_Lust__My_Girlfriend_Hot_Mom_720p.html | 8407 | Sneaky Mom |
| pornve.com | Brazzers | https://pornve.com/avu9cqj0jnli/Bbl1b_Ju3lz_V3ntura.html | 9362 | Buttfuck The Bride |
| pornve.com | Brazzers | https://pornve.com/awk2sxrbnde8/European_Girl_Fuck_2015_00001.html | 8606 | Sweet Latina Culo |
| pornve.com | Brazzers | https://pornve.com/awo7a2jrfxsr/Aaliyah_Hadid_Anya_Ivy_Sibling_Rivalry_Fuck_each_other.html | 10663 | Sibling Rivalry 3 |
| pornve.com | Brazzers | https://pornve.com/awzcamb64v800/BigTitsAtWork_17_02_25_Angela_White_My_Slutty_Secretary_XXX_-KTR.html | 10523 | My Slutty Secretary |
| pornve.com | Brazzers | https://pornve.com/axculctcz16m/Veronique_Vega_-_The_Good_Samaritan.html | Teens Like it Big | |
| pornve.com | Brazzers | https://pornve.com/axxpgwmn2aow/The_Stepmom_And_The_Graduate__Rachel_Starr.html | 10626 | The Stepmom & The Graduate |
| pornve.com | Brazzers | https://pornve.com/ay1fht95shuc/NEW_Anastasia_Hart.html | 9713 | Acting 101 |
| pornve.com | Brazzers | https://pornve.com/ayaxm1ptj4i9/Actually_I_love_my_girlfriends_sister_more_12dec16_-_porngift_-_pornve_com.html | 9309 | Sibling Rivalry 2 |
| pornve.com | Reality Kings | https://pornve.com/ayj91yb0f8wvc/Christie_Nelson_-_Cum_Shot.html | 2948 | Cum Shot |
| pornve.com | Reality Kings | https://pornve.com/ayoj5dfdldpx/BigTitsBoss_17_08_20_Kenzie_Taylor_Bossy_Boobies_XXX_-KTR.html | 1824933 | bossy_boobies |
| pornve.com | Reality Kings | https://pornve.com/aywskn2jt13u/GFRevenge_Peek_at_boobs.html | 14389 | bikini_body |
| pornve.com | Brazzers | https://pornve.com/aywvn55f14ux/The_Prodigal_Slut_Returns.html | 3110920 | The Prodigal Slut Returns |
| pornve.com | Brazzers | https://pornve.com/ayzurumpapgx/Alena_Croft_-_The_Mommy_Market.html | 9769 | The Mommy Market |
| pornve.com | Reality Kings | https://pornve.com/az9m4ivz5rc4/Aidra_Fox_Sneaky_Sex_New.html | 15205 | Get In The Closet |
| pornve.com | Brazzers | https://pornve.com/azq9niv12ds6/NEW_Threesome_Kimmy_Granger_And_Mia_Pearl.html | 9543 | Bunk Bed Head |
| pornve.com | Brazzers | https://pornve.com/azyyl9y29mt5/Ariana_Marie_Can_I_Touch_It.html | 9612 | Can I Touch It? |
| pornve.com | Brazzers | https://pornve.com/b0gypeyhsk4l/Kagney_Linn_Karter_-_Mammas_Boyfriend_Is_Mine.html | Baby Got Boobs | |
| pornve.com | Reality Kings | https://pornve.com/b0k49khwpmhy/RoundAndBrown__RealityKings_Khalista_Stone_-_Booty_Rubs.html | 14657 | Booty Rubs |
| pornve.com | Brazzers | https://pornve.com/b0mi06kdal60/Office_4-Play_VIII_UK_Edition.html | 8697 | Office 4-Play VIII: UK Edition |
| pornve.com | Reality Kings | https://pornve.com/b0rbxgfmmr1h/Aqua_Momma_Scene.html | 6892 | Aqua Momma |
| | | | | |
| pornve.com | Reality Kings | https://pornve.com/b10umrmimxlc/Drilling_Mommy_2_Scene_6_No_Picnic_For_Milf_Tucker_Pierce__Xander_Corvus.html | 1921796 | No Picnic For Milf |
| pornve.com | Brazzers | https://pornve.com/b11iz9ydaam0/Patty_Michova_-_XXX_Men_Psylocke_Vs_Magneto.html | 9635 | XXX-Men: Psylocke vs Magneto |
| pornve.com | Brazzers | https://pornve.com/b19vu29ay3ef/Savannah_Stern__Audrey_Bitoni_-_Recipe_For_Sex.html | Real Wife Stories Vol. 2 | |
| pornve.com | Brazzers | https://pornve.com/b1j62uw85ksh/Ella_Hughes__Jasmine_Webb_-_My_Pool_My_Rules.html | 10766 | My Pool My Rules |
| pornve.com | Brazzers | https://pornve.com/b1jfnd9n5vzo/All_Good_New_Brooklyn_Blue__Zara_Durose__Danny_D.html | 9795 | Star Trexxx: The Captain's Seed |
| pornve.com | Brazzers | https://pornve.com/b1r7uvd75o0c/on_the_cock_while_on_the_clock.html | 8634 | Brazzers Awards |
| pornve.com | Brazzers | https://pornve.com/b1vll4qr229n/My_Husbands_Fake_Ass_Pussy_Brazzers.html | 4419462 | My Husband's Fake Ass Pussy |
| pornve.com | Brazzers | https://pornve.com/b1zwo9bgbl5r/Allyssa_Hall_-_Other_Payment_Methods.html | Teens Like It Big Vol. 3 | |
| pornve.com | Reality Kings | https://pornve.com/b27dnwtksfdx/GFRevenge_Tits_out.html | 14389 | bikini_body |
| pornve.com | Brazzers | https://pornve.com/b2bu8unur8qg/Brazzers_-_Take_Your_Medicine.html | 9244 | Take Your Medicine |
| pornve.com | Brazzers | https://pornve.com/b2bz4psf7z7p/BabyGotBoobs_-_Valerie_Kay_Im_Not_A_Hooker.html | 9399 | I'm Not A Hooker |
| pornve.com | Brazzers | https://pornve.com/b2cbebgymwhd/HD_Brazzer_-Donald_Trump_Fuck_Hillary_Clinton_During_Erection_Debate.html | 9702 | ZZ Erection 2016: Part 1 |
| pornve.com | Reality Kings | https://pornve.com/b2cf794p09bq/Lustful_milf_Darryl_Hanah_seduces_her_daughter_s_young_boyfriend.html | 7745 | Love Lessons |
| pornve.com | Brazzers | https://pornve.com/b2el1eyap5bz/Diana_Prince_-_J_O_R_D_A_N_System_-_Brazzers.html | 5113 | The J.O.R.D.A.N System |
| pornve.com | Brazzers | https://pornve.com/b2way4zslb5h/Brazzers_Always_Be_Cumming.html | 8752 | Always Be Cumming |
| pornve.com | Brazzers | https://pornve.com/b32iwz6p9pat/Brandi_Loves_The_Realtors_Brandi_Loves_The_Realtor__Keiran_Lee.html | 9219 | Brandi Love's The Realtor |
| pornve.com | Brazzers | https://pornve.com/b32m9me2xiwj/Big_Cock_And_Facial_For_Aida_Sweet_Fuck_In_The_Kitchen_.html | 8085 | The Whore of Wall Street Ep-5: One Last Orgy |
| pornve.com | Brazzers | https://pornve.com/b341ic2jcd6o/RW5_Britn3y_Shann0n_480p.html | 9386 | Anything To Get In! |
| pornve.com | Brazzers | https://pornve.com/b35m8z0r1y4u/Chanel_Preston_ANAL_Punishment.html | 6049 | Anal Therapy |
| pornve.com | Brazzers | https://pornve.com/b35vagonlpcw/trim_8B31F9AC_C665_4958_A18C_6CACB56F3617.html | 8240 | Keisha's First Big Cock |
| pornve.com | Brazzers | https://pornve.com/b3kcaqaphe47/_Brazzers_-_Sexy_student_Aspen_Rose_rides_hard_cock_and_gets_cum_on_face_.html | 2432374 | Our Valedick-torian |
| pornve.com | Brazzers | https://pornve.com/b3whl3eajtdy/Briana_Banks_Taylor_Sands_are_Moms_Who_can_take_Control.html | 10463 | The Loophole |
| pornve.com | Brazzers | https://pornve.com/b3wxb4wr9jew/Aj_applegate_free_anal.html | 3320897 | Free Anal 6 |
| pornve.com | Reality Kings | https://pornve.com/b3x0o9tb11kb/Smashing_a_Teen_Pussy.html | 14388 | Throb My Knob |
| pornve.com | Brazzers | https://pornve.com/b4mrgmc0s8pa/Cameron_Love_40Cumming_cameron41.html | 4581 | Fantastic Fantasy |
| pornve.com | Brazzers | https://pornve.com/b4s5as8jurg6/August_Taylor_With_Big_Boobs_Gets_Fuck_Husband_Friend.html | 9721 | My Wife's Ex |
| pornve.com | Brazzers | https://pornve.com/b4uke36h2s9x/_Brazzers_-_All_natural_librarian_Sheridan_Love_takes_a_break_for_some_dick_.html | 10651 | Our College Librarian |
| pornve.com | Brazzers | https://pornve.com/b51bth4lnyij/Tia_Layne__Tina_Hott_-_Movie_Night.html | 8613 | Movie Night |
| pornve.com | Reality Kings | https://pornve.com/b5803kld01kn/Realitykings_RK_Prime_The_Cum_Spattered_Bride_Skyla_Novea.html | 2572052 | The Cum Spattered Bride |
| pornve.com | Reality Kings | https://pornve.com/b5nyfjxoiag1/Moms_Bang_Teens_11_2015_Reality_Kings_Scene_4.html | 12974 | The Blow Show |
| pornve.com | Brazzers | https://pornve.com/b5olgh1606uj/Cherokee_-_PhD_Mentorship.html | Big Tits at School Vol. 7 | |
| pornve.com | Brazzers | https://pornve.com/b621mb48hcyl/rws_jasmine_james.html | 9946 | InvasiÃ³n en casa |
| pornve.com | Brazzers | https://pornve.com/b670flmsrgdc/_Brazzers_-_Cock_Talk_With_Alexa_Tomas_.html | 9571 | Cock Talk With Alexa Tomas |
| pornve.com | Reality Kings | https://pornve.com/b6zik60t8x1y/Money_Talks_pop_the_hood_big.html | 6366 | Butter Finger Dip |
| pornve.com | Brazzers | https://pornve.com/b78qta7gdv2a/Anal_Anissa_Kate_French_Teacher_Glasses.html | 10416 | Romance Languages |
| pornve.com | Brazzers | https://pornve.com/b7cb6k4ax07y/Kelsi_Monroe_Trolling_For_Trolls.html | 11189 | Trolling For Trolls |
| pornve.com | Reality Kings | https://pornve.com/b7n7fhp04und/Daya_Knight_Adkiller_Adkiller.html | 1754257 | clean_pussy |
| pornve.com | Reality Kings | https://pornve.com/b7wko22hg8ux/All_Good_New_Sasha_Rose.html | 14746 | Rude Awakening |
| pornve.com | Reality Kings | https://pornve.com/b7x2ovqjcsjc/karlee_grey_gym_prankers.html | 2368563 | Gym Prankers 2 |
| pornve.com | Brazzers | https://pornve.com/b82z32oed368/Brazzers_-_Valentina_Jewels_Johnny_The_Kid_-_Horny_Valentina_Gets_Anal.html | 4074458 | Luna's Oiled-Up Exercises |
| | | | | |
| pornve.com | Brazzers | https://pornve.com/b882w7k3cull/RealWifeStories_Monique_Alexander_40Moniques_Secret_Spa_-_Part_4_-_24_10_2016.html | 10126 | Monique's Secret Spa: Part 1 |
| pornve.com | Brazzers | https://pornve.com/b8fg2b7g98ux/Bonnie_Rotten_-_ANAL_Blowjob.html | 7987 | Fucking With Your Mind_Then Your Cock |

| pornve.com | Brazzers | https://pornve.com/b8pjzrx62sf0/Brazzers_-_Karlee_Grey_take_his_doctor_huge_cock_up_her_hairy_pussy_.html | 11208 - Growth Spurt |
| pornve.com | Brazzers | https://pornve.com/b8zxfqgp4t2m/Aleska_diamond_Everything_Is_Big_In_America.html | 4861 - Everything Is Big In America |
| pornve.com | Brazzers | https://pornve.com/b97sk12wvfv5/Sheena_Shaw_-_Rent_To_Own_That_Ass.html | 7869 - Rent To Own That Ass |
| pornve.com | Brazzers | https://pornve.com/b9pt7uvzypnv/MomsInControl_Misha_Cross_And_Michelle_Thorne_Moms_Sex_Robot.html | 9591 - Mom's Sex Robot |
| pornve.com | Brazzers | https://pornve.com/b9tka4z3xxvp/Alicia_Amira_Fixing_For_A_Fix.html | 10716 - There's A Porn Star In My Car! |
| pornve.com | Brazzers | https://pornve.com/ba1jxipd7whf/Mother_Shay_fox_fucked_his_son_Xander_Corvus_brazzers_porn_MILF.html | 8150 - Your Mom's a Bitch |
| pornve.com | Brazzers | https://pornve.com/ba8v9len9oa7/Sindy_Lange_-_My_Knight_In_Squirting_Armor.html | 6928 - My Knight In Squirting Armor |
| pornve.com | Brazzers | https://pornve.com/ba9i7os4d30c/Phoenix_Marie_-_Rainy_Anal_for_Mrs_Marie.html | 8741 - Rainy Anal for Mrs. Marie |
| pornve.com | Brazzers | https://pornve.com/baalw336ero0/Sexual_Education_8_Tegan_James.html | 10333 - Washing Her Mouth Out With Cum |
| pornve.com | Brazzers | https://pornve.com/bacz00u4rc4u/Phoenix_Maries_Ass_Gets_Danny_Dd_.html | 9148 - Phoenix Marie's Ass Gets Danny D'd |
| pornve.com | Brazzers | https://pornve.com/baledtum6v87/Brooke_Banner_Weather_Woman.html | 4660 - The Weather Whore |
| pornve.com | Brazzers | https://pornve.com/banesf15lhn9/Jada_Stevens_Hard_Hot_ANAL_-_720p.html | 8044 - Blacklight Booty |
| pornve.com | Brazzers | https://pornve.com/baqvxqb6q5k7/Holly_Michaels_NEW_ANAL.html | 5988 - Holy Holly! |
| pornve.com | Brazzers | https://pornve.com/bb3dmlxab93z/_Brazzers_-_Busty_latinas_Anissa_Franceska_in_a_soapy_threesome_.html | 7935 - Soapy Soccer |
| pornve.com | Reality Kings | https://pornve.com/bb3xw36qssh9/RoundandBrown_Kendall_Woods_Slow_And_Steady_-_14_10_2016.html | 14998 - Slow And Steady |
| pornve.com | Brazzers | https://pornve.com/bb4m6iaqjvd9/MIDDLE_NIGHT_MILK_-_BRAZZERS.html | 9332 - Midnight Milk |
| pornve.com | Brazzers | https://pornve.com/bbba9etdy833/Parker_Swayze_Expose_Yourself_To_MILFs.html | 9637 - Expose Yourself to MILFS |
| pornve.com | Brazzers | https://pornve.com/bbct3lalrhhi/Anal_POV_Brunette_Babe_Wet_-_Rachael_Madori_-_.html | 9072 - Ass Candy |
| pornve.com | Brazzers | https://pornve.com/bc2b9nf3y85m/My_Boss_Gets_Off_Angel_Wicky.html | 2447652 - My Boss Gets Off |
| pornve.com | Brazzers | https://pornve.com/bcfl0eg92to6o/Blake_Rose_Brotherly_Love.html | 6471 - Brotherly Love |
| pornve.com | Brazzers | https://pornve.com/bcjzsagrib0k/BigTitsAtSchool_Raven_Bay_Hammered_-_15_07_16.html | 10026 - Hammered |
| pornve.com | Brazzers | https://pornve.com/bcl15f6jhr9/Veronica_Avluv_is_A_Mummy_With_Issues.html | 9466 - The Other Way Around |
| pornve.com | Brazzers | https://pornve.com/bcwpuym49v23/Big_Dick_Worship_Milf_Huge_Tits_Blonde_mom.html | 6208 - Size Matters |
| pornve.com | Brazzers | https://pornve.com/bdhucu32o3u/The_Cheaters_Choice_Keiran_Lee_Michael_Vegas_Jenna_Ivory.html | 10140 - The Cheater's Choice |
| pornve.com | Brazzers | https://pornve.com/bdhvps4qz476/loulou_-_Big_Tits_In_Uniform_15_2015.html | 8212 - Erotic Interrogation |
| pornve.com | Brazzers | https://pornve.com/bdf9cmz6vdlh/big_tits_milf_threesome_ass_teen_compilation_brazzers_fans_choice_24614_100_plays_published_on_2_hours_ago_category_anal.html | 6772 - Out of the Biz |
| pornve.com | Brazzers | https://pornve.com/bds3nhb6xyu8/LISA_ANN_STEPMOM_LENDS_A_HAND.html | 9951 - La Madrastra Da una Mano |
| pornve.com | Brazzers | https://pornve.com/bdy70fk4o2sd/NEW_Asa_Akira_ANAL_Threesome_-_720p.html | 5577 - Can I Use Your Bone? |
| pornve.com | Reality Kings | https://pornve.com/bdzf6uymrnru/Moms_Bang_Teens_10_-_Moms_And_Daughters_Like_To_Do_It_Together_And_Share_Jenna_J_Ross_Jewels_Jade_Lucy_Tyler_Cherie_Deville_Shae_Summers_Eve_Karrera_Julia_Ann_Natalia_Starr_Jennifer_Best_Karla_Kush.html | 12322 - Wild Side |
| pornve.com | Reality Kings | https://pornve.com/be18xccoesod/GFRevenge_Coochie_cutters.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/bee3yva8k9ua/College_girls_seduced_shy_student.html | 3959 - Palavering Pussies Get A Posterior Pounding |
| pornve.com | Reality Kings | https://pornve.com/beitygfoso0s/Bikini_Shopping_Threesome.html | 14483 - Hustle Hunnie |
| pornve.com | Brazzers | https://pornve.com/beyosdkgqr6t/lela_star_doing_sports_rich_body.html | 8687 - Convenciendo a Lela |
| pornve.com | Brazzers | https://pornve.com/bfkzmxoammuy/Amber_Jayne_Danny_D_-_New_to_nudism_-_Milfs_Lke_It_Big_-_Brazzers.html | 3796560 - New To Nudism |
| pornve.com | Brazzers | https://pornve.com/bfsbxxq4t1h3/_National_Pornographic_The_Teen_Porn_Star_.html | 9825 - National Pornographic: La Estrella Porno Adolescente |
| pornve.com | Brazzers | https://pornve.com/bg33jpq56q7m/Brazzers_Kira_Noir_A_Family_Affair_The_Reunion_Part_3_BrazzersExxtra_porn_VEPORN.html | 3425276 - A Family Affair: The Reunion Part 3 |
| pornve.com | Brazzers | https://pornve.com/bg96fmpuvxx7/Jenna_Presley_-_The_Quick_Way_Out_Of_A_Chore.html | Big Tits at School Vol. 6 |
| pornve.com | Reality Kings | https://pornve.com/bh394iwcy5jn/Window_Washed_Ryan_Keely.html | Lil Humpers 2 |
| pornve.com | Brazzers | https://pornve.com/bhp1wzc1boiw/TeensLikeItBi_g_Arietta_Adams_The_Annoying_Little_Sister_18_07_2020_anal.html | 3929043 - The Annoying Little Sister |
| pornve.com | Brazzers | https://pornve.com/bhrfwihpal6a/MILFS_Like_It_Big_Lisa_Ann_18_Top_Rated_Porn_Video_Of_Today_48_Most_Played_Porn_Video_Of_Today_51_Top_Rated_Porn_Video_Of_Week.html | 8547 - Club Cougar Steals The Cock |
| pornve.com | Brazzers | https://pornve.com/bi6b4dx9jx6a/Save_My_Life_And_Fuck_My_Pussy_Lunr_Star.html | 2847296 - Bomb Pussy |
| pornve.com | Brazzers | https://pornve.com/bi82z47c85k9/Sneaky_Little_Skank_Brazzers.html | 3362782 - Sneaky Little Skank |
| pornve.com | Brazzers | https://pornve.com/bib4tqf46j2/the_exxxceptions_episode_4.html | 10942 - The Exxxceptions: Episode 4 |
| pornve.com | Brazzers | https://pornve.com/biln82h6fmnh/Hide_And_Seek_Brazzers.html | 10835 - Hide And Seek |
| pornve.com | Brazzers | https://pornve.com/bixauqx6dg5k/Hot_Tub_MILF_Machine.html | 10565 - Hot Tub MILF Machine |
| pornve.com | Brazzers | https://pornve.com/biy3ftxx6rtt/RealWifeStories_20_06_26_Azul_Hermosa_ZZ_Nuit_Rouge_XXX_SD_KLEENEX.html | 3983581 - ZZ Nuit Rouge |
| pornve.com | Reality Kings | https://pornve.com/bj0zfw2h59ru/MomsLickTeens_Silvia_Saige_Amara_Romani_-_How_Many_Licks_16_08_2016.html | 14701 - How Many Licks |
| pornve.com | Brazzers | https://pornve.com/bjn718sz5a80/Karlee_Grey_-_Sybian_Schoolgirl.html | 8774 - Sybian Schoolgirl |
| pornve.com | Brazzers | https://pornve.com/bjo1iyay8c0a/Lana_Violet_-_Poolside_Pussy.html | 6907 - Poolside Pussy |
| pornve.com | Reality Kings | https://pornve.com/bkf4c3z4vdc8/Karissa_Shannon_Sneaky_Sister_Swap.html | 3377421 - Sneaky Sister Swap |
| pornve.com | Brazzers | https://pornve.com/bkg0y14i4hyx/Eva_Angelina_Krissy_Lynn_Luna_Kitsuen_-_Cumming_Together_For_Christmas.html | 7868 - Cumming Together For Christmas |
| pornve.com | Brazzers | https://pornve.com/bkm60zk2nw8x/Kimber_Woods_Natasha_Nice_Shes_So_Scandalous.html | 3291240 - She's So Scandalous! |
| pornve.com | Brazzers | https://pornve.com/bl8tcwbut3qk/DirtyMasseur_Leya_Falcon_40Don_t_Touch_Her_Ta-Tas41.html | 8904 - Don't Touch Her Ta-Tas |
| pornve.com | Brazzers | https://pornve.com/blg2kmin7nfc/Anal_Twist_and_Shout_-_Alina_West_Ramo.html | 9033 - Anal Twist and Shout! |
| pornve.com | Reality Kings | https://pornve.com/blp4235h6fs3/WeLiveTogether_-_Capri_Anderson_And_Shyla_Jennings_Study_Session_-_16_05_05.html | 14659 - Study Session |
| pornve.com | Reality Kings | https://pornve.com/bm15f7azjo4j/Alexis_Monroe_Blonde.html | 3329 - Sex Scene |
| pornve.com | Brazzers | https://pornve.com/bm6mdqvijebf/Kiki_Vidis_-_The_Right_Size.html | Teens Like It Big Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/bm743m3c8cfo/Dirty_Masseur_5.html | 6089 - Pounding Her Zen Garden |
| pornve.com | Brazzers | https://pornve.com/bmj7p6wbq7py/Nikki_Benz_Famous_Ass.html | 4036 - Famous Anus |
| pornve.com | Brazzers | https://pornve.com/bmk7mca6s3dh/Stuck_In_The_Elevator.html | 8984 - Stuck In The Elevator |

| pornve.com | Brazzers | https://pornve.com/bn3ohxyf8fyf/Best_New_Hard_Hot_DP_Anal_Facial_Bex_Casey_Calvert_720p.html | 9569 - Sharing My Stepsister |
| pornve.com | Brazzers | https://pornve.com/bob4088rtu48/Sara_Stone_-_How_To_Please_My_Boss.html | Big Tits At Work Vol. 10 |
| pornve.com | Brazzers | https://pornve.com/bobt2ll3fywp/Geordie_Shore_fuck_Chloe_slept_with_Kyle.html | 4094278 - Best Of Brazzers: Titty Tuesday |
| pornve.com | Brazzers | https://pornve.com/bod2emwylygq/Lily_Adams_Johnny_Sins_Nutjob_Nurse.html | 11201 - Nutjob Nurse |
| pornve.com | Brazzers | https://pornve.com/bopeobm8s1dc/RealWifeStories_Staci_Carr_Sticking_A_Cork_In_Her.html | 9002 - Sticking A Cork In Her |
| pornve.com | Brazzers | https://pornve.com/boqqbhl7c9bg/Puma_Swede_-_Agent_Swede_Looking_For_Justice.html | Pornstars Like it Big Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/bouv1vm6x9t4/_Bad_Grades_Good_Girl_Lilly_Ford_Gets_a_D_At_School_and_Big_Dick_At_Home_.html | 10230 - Bad Grades  Good Girl |
| pornve.com | Brazzers | https://pornve.com/bqafw3pbvtt2/My_Boyfriend_and_his_Brother.html | 10675 - My Boyfriend Or His Brother? |
| pornve.com | Brazzers | https://pornve.com/bqbdb1s8jaq0/Diamond_Jackson_MILF.html | 8981 - Oily Office |
| pornve.com | Brazzers | https://pornve.com/bqbgbr0b7lb1/I_acted_like_a_bad_girl_but_my_teacher_is_a_real_psycho.html | 10255 - The Easiest Test |
| pornve.com | Brazzers | https://pornve.com/bqddbzv1mjq4/Monique_is_a_Sweet_Creampie_Dream_-_Monique_Alexander__Xander_Corvus.html | 8951 - Monique is a Sweet Creampie Dream |
| pornve.com | Brazzers | https://pornve.com/bquhx9hhcc7n/BigWetButts_20_06_27_Jada_Stevens_And_Sheena_Shaw_Junk_In_The_Trunk_REMASTERED_XXX_SD_KLEENEX.html | 4268771 - Junk in the Trunk: Remastered |
| pornve.com | Reality Kings | https://pornve.com/br4r0t57rubl/RoundAndBrown_Porsche_Doll_40Smothered_In_Booty_-_22_07_1641.html | 14434 - Smothered In Booty |
| pornve.com | Brazzers | https://pornve.com/brqw7wxwvapg/Carla_Cox_-_Leave_It_To_The_Professional.html | 7219 - Leave It to the Professional |
| pornve.com | Brazzers | https://pornve.com/bruv17o2cfna/Eva_Angelina_-_Bedside_Mammaries.html | 6651 - Bedside Mammaries |
| pornve.com | Brazzers | https://pornve.com/brwcpq9u66o3/BabyGotBoobs_-_Eliza_Ibarra_-_Schoolgirl_Striptease.html | 2573092 - Schoolgirl Striptease |
| pornve.com | Reality Kings | https://pornve.com/bsjcj3bsrvfs/Realitykings_Moms_Bang_Teens_Sexy_Seductress.html | 14626 - Sexy Seductress |
| pornve.com | Brazzers | https://pornve.com/bsrzwkvk3sxl/Stream_Creaming_Brazzers.html | 10502 - Stream Creaming |
| pornve.com | Reality Kings | https://pornve.com/bssgqm7nr1bt/Realitykings_Rotten_Experience_At_The_Strip_Club_Bonnie_Rotten.html | 2812364 - Rotten Experience At The Strip Club |
| pornve.com | Brazzers | https://pornve.com/bsxs9soklls1/Sexy_Lynn_-_Old_School_Correction.html | 3957 - Old School Correction |
| pornve.com | Brazzers | https://pornve.com/btgrlzl695fy/BabyGotBoobs_17_04_08_Dillion_Harper_Double_Cups_With_No_Make-Up_XXX_-KTR.html | 10589 - Double Cups With No Make-Up |
| pornve.com | Brazzers | https://pornve.com/btn4gbdvxzns/Brazzers_Mommys_Little_Helper_Brazzers_Mommy_Got_Boobs_Stacey_Saran_Jordi_El_Nino_Polla_Brune.html | 2347229 - Mommy's Little Helper |
| pornve.com | Brazzers | https://pornve.com/bu2p3mzymnfg/Karmen_Karma_The_Cum_Soaked_Gardener.html | 2639149 - The Cum-Soaked Gardener |
| pornve.com | Brazzers | https://pornve.com/bu9me2kmwpud/HotAndMean_-_Alison_Tyler_And_Piper_Perri_Alison_Pounces_On_Pipers_Pussy.html | 9531 - Alison Pounces On Piper's Pussy |
| pornve.com | Brazzers | https://pornve.com/bul9expe56id/katana_kombat_im_open_to_anything.html | 3224915 - I'm Open To Anything |
| pornve.com | Brazzers | https://pornve.com/bv3swbqe6iw7/Brazzers_Moms_In_Control_Carmel_Anderson_and_Sensual_Jane_Moms_NOT_In_Control.html | 9267 - Mom's NOT In Control |
| pornve.com | Reality Kings | https://pornve.com/bvbgce76r4ap/TeensLoveHugeCocks_Alex_Mae_Sexy_AlexSD40MAY_16_201541.html | 12338 - Carter In Control |
| pornve.com | Brazzers | https://pornve.com/bvlood2kpztj/Happiness_in_Slavery_Daddy_Edition_Adriana_Chechik_Kissa_Sins.html | 9965 - Un TrÃo Totalmente Ã%pico |
| pornve.com | Reality Kings | https://pornve.com/bvn0r4p9cvhf/Carmen_Caliente__Vanessa_Veracruz_-_Grind_Girls.html | 13246 - Grind Girls |
| pornve.com | Reality Kings | https://pornve.com/bvt6k26mpkw/RKPrime_-_Mea_Melone_Squirty_Maid.html | 14620 - Squirty Maid |
| pornve.com | Brazzers | https://pornve.com/bvx3eiutysvc/Asa_Akira_Asian_Squit_with_anal_sex.html | 6914 - The Butler Serves Anal |
| pornve.com | Reality Kings | https://pornve.com/bwbv42m1derm/RealityKings_Welcome_To_The_Cam_Show_watch_online_for_free.html | 3151726 - Welcome To The Cam Show |
| pornve.com | Reality Kings | https://pornve.com/bwcjvx0vrgtw/Shae_Summers_Katrina_Jade.html | 12707 - Double D Dosage |
| pornve.com | Brazzers | https://pornve.com/bwv8j6ukvj54/BigTitsATWork_Brazzers_Nicole_Aniston_A_Union_Nutbuster_SD_NEW_JAN_122016.html | 9385 - A Union Nutbuster |
| pornve.com | Brazzers | https://pornve.com/bxede4gwsg8j/A_Fistful_of_Heaven_Brazzers.html | 10287 - A Fistful of Heaven |
| pornve.com | Brazzers | https://pornve.com/bxg1jbmjveu7/Romi_Rain_Cheating_On_Rain_By_The_Beach.html | 8387 - Lost On Vacation San Diego Part Two |
| pornve.com | Brazzers | https://pornve.com/bxik2gdqczjd/Athena_Pleasures_-_Athenas_A-Plus_Titties.html | 7663 - Athena's A-Plus Titties |
| pornve.com | Brazzers | https://pornve.com/bxv0plkqafdt/_The_Stowaway_.html | 9587 - The Stowaway |
| pornve.com | Brazzers | https://pornve.com/bxyy7fplt9fd/Tied_Up_Tittyfuck_Makayla_Cox.html | 10819 - Tied Up Tittyfuck |
| pornve.com | Brazzers | https://pornve.com/byajzpm0934m/Porn_X_MomsInControl_Misty_Stone_and_Sarah_Banks_Like_Mother_Like_Daughter.html | 10689 - Like Mother  Like Daughter |
| pornve.com | Brazzers | https://pornve.com/byectnjqh2ym/big_tits_big_dick_kayla_kayden_6201_7_098_plays_published_on_1_day_ago_category_babe_blonde_pornstar_kayla_kayden_ramon_nomar_tags_big_tits_blonde_babe_tag_this_video_141_most_played_porn_video_of_today.html | 8537 - Massage My Daughter |
| pornve.com | Brazzers | https://pornve.com/byh3fozqdji1/Brazzers_-_Fantasy_history_fuck_with_brunette_teacher_Ayda_Swinger_.html | 10118 - Big Tits in History: Part 1 |
| pornve.com | Brazzers | https://pornve.com/bys2j86uv4tz/Kelly_Divine_-_Pussy_Pacifier.html | Doctor Adventures Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/byywkp29ax7t/A_View_Of_The_English_Cuntryside.html | 2676452 - A View of the English Countryside |
| pornve.com | Reality Kings | https://pornve.com/bz855p3gs6d7/milf_hunter_reality_kings_alejandra_leon_levi_cash.html | 13289 - Nude Alejandra |
| pornve.com | Brazzers | https://pornve.com/bza49yn9yqn9/Brazzers_Golden_Goddess_Valentina_Nappi.html | 2892672 - Golden Goddess |
| pornve.com | Brazzers | https://pornve.com/bze207ozywn4/Free_Anal_3_watch_online_for_free.html | 10178 - Free Anal 3 |
| pornve.com | Reality Kings | https://pornve.com/bzqnuyx870tn/Victoria_Valencia.html | 14716 - Dick On The Cob |
| pornve.com | Reality Kings | https://pornve.com/bzt4d52v0521/NEW_HOT_Lena_Paul_Big_Naturals.html | 14647 - Lusty Lena |
| pornve.com | Brazzers | https://pornve.com/bzw4a2q28lvr/Alexis_Fawx_Xander_Corvus_-_Milf_Demands_Workout_Sex_-_Milfs_Like_It_Big_-_Brazzers.html | 4419518 - Milf Demands Workout Sex |
| pornve.com | Brazzers | https://pornve.com/c03vq7dfxkyp/Erotic_Massage_Alena_Croft_Anal.html | 10331 - Oiling A Whore |
| pornve.com | Brazzers | https://pornve.com/c06mqo2ya4yd/Tiffany_Mynx_-_Fucking_Mother_Nature_In_The_Ass.html | 7568 - Fucking Mother Nature in the Ass |
| pornve.com | Brazzers | https://pornve.com/c0bub1cpvjgc/Brazzers_Private_Treatment_Brazzers_Dirty_Masseur_Johnny_Sins_Natasha_Nice_Brunette_Blowjob.html | 2473788 - Private Treatment |
| pornve.com | Brazzers | https://pornve.com/c0l7hebd6oca/bex_20_06_08_madison_ivy_and_kendra_sunderland_bodacious_bikini_threesome.html | 3966756 - Bodacious Bikini Threesome |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/c0pqpl7g57rj/Peta_Jensen_-_Breaking_In_Miss_Jensen.html | 8590 - Breaking In Miss Jensen |
| pornve.com | Reality Kings | https://pornve.com/c1cwuak7qjnt/Jezabel_Vessir_Sexy_Jezabel.html | 14405 - Sexy Jezabel |
| pornve.com | Reality Kings | https://pornve.com/c1pt8ga8pr14/Hot_Teen_Next_Door_24.html | 12063 - Booty On Belle |
| pornve.com | Reality Kings | https://pornve.com/c1uscyyphpf/Megan_Vaughn_-_Booty_Time.html | 8907 - Booty Time |
| pornve.com | Brazzers | https://pornve.com/c2upfh0tmn6g/Rebecca_Jane_Smyth_Spanking_My_Best_Friends_Mom.html | 10597 - Spanking My Best Friend's Mom |
| pornve.com | Brazzers | https://pornve.com/c3hau9uy8syl/Training_Day_Diana_Prince_-_Keiran_Lee.html | 5534 - Training Day |
| pornve.com | Brazzers | https://pornve.com/c3ko0h9c0pf8/Kissa_Sins_Peta_Jensen_Brazzers_Heavenly_Bodies.html | 2358771 - Best Of Brazzers: Peta Jensen |
| pornve.com | Brazzers | https://pornve.com/c3rfh93iyfx3/India_Summer_-_Vegas_Milf_Vacation.html | 8546 - Vegas Milf Vacation |
| pornve.com | Brazzers | https://pornve.com/c47d712bfgv4/Abbey_Brooks_Show_Me_How_You_Jerk_Off_Mommy_Issues_2.html | 8555 - Show Me How You Jerk Off |
| pornve.com | Reality Kings | https://pornve.com/c4eakrh3bmgg/Round_and_Brown_Grand_Slammin_watch_online_for_free_YesPornPlease.html | 1944920 - Grand Slammin |
| pornve.com | Brazzers | https://pornve.com/c4f248dozhtf/SPOV_Girl_Nice_Brazzer_.html | 9635 - XXX-Men: Psylocke vs Magneto |
| pornve.com | Brazzers | https://pornve.com/c4gq3si9n0hz/Brittany_OConnell_-_Fixing_The_Neighbor.html | Mommy Got Boobs Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/c5ydxbp62c8w/Isabellas_All_Anal_Fuck_Date_Isabella_-_Keiran_Lee.html | 8511 - Isabella's All-Anal Fuck-Date |
| pornve.com | Brazzers | https://pornve.com/c6c1l8431noq/Abigail_Mac_Johnny_Sins_Horny_and_Dangerous.html | 11182 - Horny and Dangerous |
| pornve.com | Brazzers | https://pornve.com/c6izw584pdjr/Why_Dont_You_Do_Me_-_Summer_Brielle_-_Keiran_Lee.html | 8853 - Why Don't You Do Me? |
| pornve.com | Brazzers | https://pornve.com/c6jeyx88gko8/PornstarsLikeItBig_Siri_Someone_Called_Siri.html | 3929047 - Someone Called Siri |
| pornve.com | Brazzers | https://pornve.com/c6ntqweiqw3n/BrazzersExxtra_20_08_07_Sarah_Jessie_Ready_Aim_Anal_.html | 3983742 - Ready Aim  Anal! |
| pornve.com | Brazzers | https://pornve.com/c7d9x3w74s3n/BrazzersExxtra_Keira_Croft_Cooling_Down_With_Squirting_And_Anal.html | 4419539 - Cooling Down With Squirting And Anal |
| pornve.com | Brazzers | https://pornve.com/c7eyqfayvu6z/Brazzers_-_Tiny_blonde_Chloe_Cherry_goes_for_a_checkup_and_gets_drilled_.html | 2433507 - Here For Oral Support |
| pornve.com | Reality Kings | https://pornve.com/c7fopiwt3993/TeensLoveHugeCocks_19_07_23_Emily_Willis_Eager_Emily_XXX_SD.html | 3462849 - Eager Emily |
| pornve.com | Brazzers | https://pornve.com/c81ich4743bl/A_Strange_Case_of_Bubble_Butt_-_Jillian_Janson_Charles_Dera_.html | 9544 - A Strange Case of Bubble Butt |
| pornve.com | Brazzers | https://pornve.com/c82dc4b9ff4y/Nina_Hartley_-_Ninas_Chapel_of_Lust_Part_1.html | 2909031 - Nina's Chapel of Lust Part 1 |
| pornve.com | Brazzers | https://pornve.com/c83rjhd7a6nx/Brazzers_-_Shes_Changed.html | 3428279 - She's Changed! |
| pornve.com | Brazzers | https://pornve.com/c8agyjtea42z/Rachel_Starr_Blows_Off_Some_Steam.html | 2358769 - Best Of Brazzers: Rachel Starr |
| pornve.com | Reality Kings | https://pornve.com/c8fsrs05x3g/DareDorm_-_Balloon_Party_-_16_05_13.html | Dare Dorm #30 |
| pornve.com | Reality Kings | https://pornve.com/c8yis0voyxzn/8thStreetLatinas_Gina_Valentina_-_Damn_Gina_23_09_2016.html | 14951 - Damn Gina |
| pornve.com | Brazzers | https://pornve.com/c97obb06047/fNicole_Aniston_06_08_2020_Hardcore_Milf.html | 4209289 - Nicole's Bent Over Backwards |
| pornve.com | Brazzers | https://pornve.com/c9bhhp0xt23h/Staci_Carr_-_It_Swallows_Part_One.html | 9061 - It Swallows: Part One |
| pornve.com | Brazzers | https://pornve.com/c9dn3cfsnk64/Memphis_Monroe_And_Audrey_Bitoni_What_Girls_Do_In_The_Bathroom_Audrey_Fucks_In_A_Threesome.html | 4033 - What Really Happens When Girls go to the Bathroom Together |
| pornve.com | Brazzers | https://pornve.com/cakh2ezqrkyk/The_Unforgettable_Anniversary_Kayla_Kayden_Keiran_Lee.html | 9180 - The Unforgettable Anniversary |
| pornve.com | Brazzers | https://pornve.com/caq5pn47tmfu/Moriah_Fucks_Her_Muse_Moriah_Mills.html | 2461837 - Moriah Fucks Her Muse |
| pornve.com | Reality Kings | https://pornve.com/cb2inezyizff/Monique_Fuentes_-_milfs_of_our_lives_big.html | 8319 - Serving Some Ass |
| pornve.com | Brazzers | https://pornve.com/cb6qj5nqxnkw/MomsInControl_Cassidy_Banks_Richelle_Ryan_Jake_Adams_Home_Is_Where_The_Whore_Is_02_03_2017.html | 10499 - Home Is Where The Whore Is |
| pornve.com | Brazzers | https://pornve.com/cbq315k5zi2r/Dillion_Harper_Lily_Love_Whitney_Westgate_-_Santas_Horny_Helpers.html | 7835 - Santa's Horny Helpers |
| pornve.com | Brazzers | https://pornve.com/ccj0krponofi/My_Phys_Ed_Teacher_Fucked_My_Tits_Brazzers.html | 9321 - My Phys Ed Teacher Fucked My Tits |
| pornve.com | Brazzers | https://pornve.com/cckaoa9qvmw/Nikki_Benz_Summer_Brielle_-_Vice_Squad_Discipline.html | 7828 - Vice Squad Discipline |
| pornve.com | Brazzers | https://pornve.com/ccqlcu2oep31/BigTitsInSports_Layla_London_Marsha_May_Fuck_Games_In_The_Olympic_Village_-_06_08_16.html | 10046 - Fuck Games In The Olympic Village |
| pornve.com | Brazzers | https://pornve.com/cdfj34injkeh/My_Scissoring_Stepmom_Ava_Knoxx_Leigh_Darby_Fuck_Jordis_Big_Dick_.html | 9688 - My Scissoring Stepmom |
| pornve.com | Brazzers | https://pornve.com/cdh80cv6z2wg/BrazzersExxtra_20_06_28_Ivy_Lebelle_Special_Tasks_XXX_SD_KLEENEX.html | 3966757 - Special Tasks |
| pornve.com | Brazzers | https://pornve.com/cdf5ss2uf0c5/Rachel_Starr_The_Vocal_Coach.html | 9455 - The Vocal Coach |
| pornve.com | Brazzers | https://pornve.com/cdz7djr0s623/Alektra_Blue_-_Theres_a_Pornstar_In_My_Kitchen.html | 8588 - There's a Pornstar In My Kitchen |
| pornve.com | Brazzers | https://pornve.com/ce0826tmjcfa/Sarah_Vandella_New_DA_Nurse.html | 10221 - Cum For Nurse Sarah |
| pornve.com | Brazzers | https://pornve.com/ce97jo4yn7oe/D4_D3von_480p.html | 7838 - Anal Is The Best Medicine |
| pornve.com | Brazzers | https://pornve.com/ceh7624n3vuh/Take_A_Seat_On_My_Dick_Ryan_Conner_Bill_Bailey.html | 9121 - Take A Seat On My Dick |
| pornve.com | Brazzers | https://pornve.com/cet0j1vhutkh/Madison_Ivy_-_The_Doctor_Part_Four_-_Escape_From_Valhalla.html | 8562 - The Doctor Part Four - Escape From Valhalla |
| pornve.com | Brazzers | https://pornve.com/cf795ezggvch/Abella_Danger_-_Creeping_Tom.html | 8811 - Creeping Tom |
| pornve.com | Brazzers | https://pornve.com/cfhcnricu34f/Angelina_Valentine_Squirting_And_Facial.html | 6692 - Putting Out The Fire |
| pornve.com | Reality Kings | https://pornve.com/cfqfl1gbughm/BlackGFs_17_04_12_Sizi_Sev_Clean_Pussy_XXX_-_KTR.html | 1754257 - clean_pussy |
| pornve.com | Brazzers | https://pornve.com/cgj1ldlgj3dz/PornstarsLikeItBig_-_Nicole_Aniston_Pornstar_Workout_12_28_16.html | 10400 - Pornstar Workout |
| pornve.com | Reality Kings | https://pornve.com/cgqn2skitqbu/Alyssia_Kent_Jordi_-_Soaked_To_The_Tits_-_Big_Naturals_-_Reality_Kings.html | 3040572 - Soaked To The Tits |
| pornve.com | Brazzers | https://pornve.com/cgtoa9ry3l1s/Bathtime_With_a_Hot_MILF.html | 8455 - Bathtime With a Hot MILF |
| pornve.com | Reality Kings | https://pornve.com/chagwq5pa7u2/Drilling_Mommy_Scene_2_Cristal_Ticket_To_Ride_Cristal_Van_Wylde.html | 1799965 - cristal_ticket_to_ride |
| pornve.com | Brazzers | https://pornve.com/ci86yiz48g4h/How_To_Fuck_Butt_Megan_Rain_Veronica_Avluv_Markus_Dupree.html | 9475 - How To Fuck Butt |
| pornve.com | Brazzers | https://pornve.com/cimju1c2xbux/NEW_Cory_Chase_April_01_2016_-_720p.html | 9537 - April Fool's Honey! |
| pornve.com | Brazzers | https://pornve.com/cjh8jlzdii4p/ZZ_Lemonade_Kristina_Rose_Kristina_Rose_Jordi_El_Nio_Polla.html | 9765 - ZZ Lemonade: Kristina Rose |
| pornve.com | Brazzers | https://pornve.com/cjtjacx2idmq/BigWetButts_18_05_25_Kelsi_Monroe_Kelsi_Gets_Down_XXX_SD_-KLEENEX.html | 2636092 - Kelsi Gets Down |
| pornve.com | Brazzers | https://pornve.com/ck2oi38rw6b/Getting_Wild_With_Keisha_Greys_Big_Ass_.html | 9829 - Vuelvete Salvaje con el Fino Culo de Keisha |
| pornve.com | Brazzers | https://pornve.com/ckqw45ri0ktt/A_Room_With_A_Cock_Codi_Vore.html | 3876721 - A Room With A Cock |
| pornve.com | Brazzers | https://pornve.com/ckw4qlom5qcu/Squirt_Christy_Mack_SQUIRT.html | 6442 - Cocked And Loaded |
| pornve.com | Brazzers | https://pornve.com/cl0fui6fas76/Nina_Hartley_Jillian_Janson_-_Ninas_Chapel_of_Lust_Part_2.html | 2910445 - Nina's Chapel of Lust Part 2 |
| pornve.com | Brazzers | https://pornve.com/cl5wjgjef72i/Lindsey_russian_in_red.html | 7140 - Wanted: Secretary  Squirting Required |
| pornve.com | Brazzers | https://pornve.com/cl6pzfuamnje/FROM_5star-Nurses_Threesome_Cures_All.html | 4420191 - Nurse's Threesome Cures All |
| pornve.com | Reality Kings | https://pornve.com/cl6tj8d2lsce/Sharon_Lee_-_Banging_Lee.html | 11654 - Banging Lee |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/cln0u0vp4i06/Are_You_Worthy_Of_My_Ass_Kaylani_Lei.html | 2675825 - Are You Worthy Of My Ass? |
| pornve.com | Reality Kings | https://pornve.com/clnzay6r7301/CumFiesta__RealityKings_Kirsten_Lee_-_Eat_The_Meat.html | 14386 - Eat The Meat |
| pornve.com | Brazzers | https://pornve.com/cm6gai7kdrv7/Rachel_Starr__Johnny_Sins_ZZ_Hospital_Ri-Dick-ulous_Behavior.html | 9043 - ZZ Hospital Ri-Dick-ulous Behavior |
| pornve.com | Brazzers | https://pornve.com/cmeyoucdq3a1/Lezley_Zen_-_Here_Today_Fucked_Tomorrow.html | 8722 - Here Today Fucked Tomorrow |
| pornve.com | Brazzers | https://pornve.com/cmfhpbxc3db/A_Stepmothers_Touch.html | 8202 - A Stepmother's Touch |
| pornve.com | Brazzers | https://pornve.com/cmfl9wu354x0/An_Open_Minded_Marriage_Brazzers.html | 9303 - An Open Minded Marriage |
| pornve.com | Brazzers | https://pornve.com/cmnd99fspeq6/Moms_Panty_Bandit_Ava_Addams.html | 10951 - Mom's Panty Bandit |
| pornve.com | Brazzers | https://pornve.com/cmndbbs5g5df/Karma_Rx_Cali_carter_Charles_dera_brazzers_sex.html | 3648589 - If You Grow It They Will Cum |
| pornve.com | Brazzers | https://pornve.com/cmnm72ana07a/Fellatio_With_The_She_E_O.html | 10895 - Fellatio From The She-E-O |
| pornve.com | Brazzers | https://pornve.com/cmwz3v87qlb9/Anal_Queen_Escort_Phoenix_Marie_Danny_D.html | 10637 - Anal Queen Escort |
| pornve.com | Reality Kings | https://pornve.com/cmzog4rg0ab1/DareDorm_17_04_14_Ziggy_Star_and_Marley_Brinx_Wild_And_Loca_XXX_-KTR.html | 1804599 - wild_and_loca |
| pornve.com | Brazzers | https://pornve.com/cn0wc373l1s2/Cameron_Dee__Nina_Elle_-_Take_This_Slut_For_A_Spin.html | 7912 - Take This Slut For a Spin |
| pornve.com | Brazzers | https://pornve.com/cnh3yk1mvdww/ZZSeries_-_Aruba_Jasmine_And_Peta_Jensen_Storm_Of_Kings_Part_2.html | 9000 - Storm of Kings XXX Parody: Behind the Scenes |
| pornve.com | Brazzers | https://pornve.com/cngl1p3jjv9k/Kerry_Louise_No_Ordinary_Housewife.html | 8056 - No Ordinary Housewife |
| pornve.com | Reality Kings | https://pornve.com/cnlr5xce4xh2/DAREDORM_82_Three_Is_A_Crowd_1of2.html | Dare Dorm #24 |
| pornve.com | Brazzers | https://pornve.com/cnuobd22plp7/Michelle_Thorne_Spanglish_Lessons.html | 9693 - Spanglish Lessons |
| pornve.com | Brazzers | https://pornve.com/coqqeye7n6tn/Sandee_Westgate_-_Beat_The_Heat_with_A_Wet_T_Shirt.html | 7626 - Beat the Heat with a Wet T Shirt |
| pornve.com | Brazzers | https://pornve.com/corpcec70czm/Franceska_Jaimes_BTAS_MILF_Pornstar_Franceska_Jaimes_Tags_Latina_fDanceska_Jaimes_Bigass_Bigboobs_Tag_This_Video_78_Top_Rated_Porn_Video_Of_Today_161_Most_Played_Porn_Video_Of_Today_181_Top_Rated_Porn_Video_Of.html | 6087 - Spanish Teacher Loving |
| pornve.com | Brazzers | https://pornve.com/cp0ju1s27aa0/Brazzers_House_Episode_Two.html | 9091 - Brazzers House: Behind the Scenes |
| pornve.com | Brazzers | https://pornve.com/cpnkz31e5xld/Hot_New_Bridgette_B_And_Abigail_Mac.html | 9619 - Pussy O Plomo: Part 2 |
| pornve.com | Brazzers | https://pornve.com/cpucenf73adv/Booty_Shakes_And_Ass_Quakes_Kelsi_Monroe__Keiran_Lee.html | 7847 - Booty Shakes And Ass Quakes |
| pornve.com | Brazzers | https://pornve.com/cq089f82y34q/Brazzers_Teaching_Your_Tutor_To_Suck_Dick_Brazzers_Jordi_El_Nino_Polla_Zoe_Doll_Ania_Kinski_Mo.html | 10096 - Teaching Your Tutor To Suck Dick |
| pornve.com | Reality Kings | https://pornve.com/cq7gztcwjt6n/Mom_Bang_Teens_9.html | 12374 - Luvv To Love Ya |
| pornve.com | Brazzers | https://pornve.com/cqxlwctla2m7/Sybil_Stallone_Nothing_Like_A_Mothers_Love.html | 2347999 - Nothing Like A Mother's Love |
| pornve.com | Brazzers | https://pornve.com/cr2wkmhigdy/Sheila_Marie_-_Belly-Dancing_and_Booty_Shaking.html | 7726 - Belly-Dancing and Booty Shaking |
| pornve.com | Brazzers | https://pornve.com/crcn41axs8gj/Tiffany_Tyler_-_Love_In_The_Mud.html | 7252 - Love in the Mud |
| pornve.com | Reality Kings | https://pornve.com/crge48oeulzk/Lovely_Lucia.html | 2417952 - Lovely Lucia |
| pornve.com | Brazzers | https://pornve.com/crm3lyzrpw4k/Erotic_Massage_After_Tube_Anal_Massage.html | 9940 - Adulterio Aceitoso |
| pornve.com | Reality Kings | https://pornve.com/crnadk9x6tre/Gina_Valentina_Victoria_June_Justin_Hunt_Hooker_On_The_Run_.html | 2011548 - Hooker On The Run |
| pornve.com | Brazzers | https://pornve.com/crvsxxyfv2jn/Brazzers_-_Hands_Off.html | 3043522 - Hands Off! |
| pornve.com | Brazzers | https://pornve.com/cryfk9vwbv2v/Porn_XBigWetButts_Sarah_Banks_Booty_On_The_Bike.html | 10974 - Booty On The Bike |
| pornve.com | Brazzers | https://pornve.com/cryidczyi4sq/brazzers_peta_jensen_by_jaojao_-_published_on_26_minutes_ago_category_anal_brunette_pornstar_peta_jensen_tags_anal.html | 9598 - Massaging Peta |
| pornve.com | Brazzers | https://pornve.com/crytiyjmutk9/Good_Shit_Jayden_Jaymes_Request_Description.html | 6545 - Amicable Payment |
| pornve.com | Brazzers | https://pornve.com/cs71o1k8hugg/Brazzers_The_Housewife__The_Hitchhiker.html | 2947192 - The Housewife & The Hitchhiker |
| pornve.com | Brazzers | https://pornve.com/cs7dwuavrtnc/Abella_Pool_Side_Fucking_-_porngift_-_pornve_com.html | 5592 - Water Polo Ho! |
| pornve.com | Brazzers | https://pornve.com/cs7le5vftrfn/Nicole_Aniston_Keiran_Lee_Team_Player.html | 10283 - Team Player |
| pornve.com | Brazzers | https://pornve.com/cs7np6rtls41/Cleaning_Up_His_Mess_Brandi_love.html | 11175 - Cleaning Up His Mess |
| pornve.com | Reality Kings | https://pornve.com/csjypsos85us/Big_Naturals_Skylar_Snow_Pro_Bone_Her.html | 2011494 - Pro Bone Her |
| pornve.com | Reality Kings | https://pornve.com/csmfmlmhgdgb/Brazilian_Sex_Sexy_MonsterCurves_Monica_Santhiago_Primetime_View.html | 8304 - Primetime View |
| pornve.com | Brazzers | https://pornve.com/csodyua5cedq/Ebony_Babe_NEW_Diamond_Jackson.html | 10016 - Diamond Is Your Boss |
| pornve.com | Brazzers | https://pornve.com/ctc6uo7okg6p/Sexy_Madison_Ivy_The_Mystique_Of_Madison.html | 3043527 - The Mystique Of Madison |
| pornve.com | Brazzers | https://pornve.com/ctkg1sfzx64r/Sybil_Stallone_Van_Wylde_Anal_BigAss_BigButt_BigTits_Blowjob_Brunette_Milf_Pornstar.html | 3456441 - A Whole Lotta Ass |
| pornve.com | Brazzers | https://pornve.com/ctzpa5x6dqet/Brazzers_Only_The_Best_For_My_Family.html | 3768124 - Only The Best For My Family |
| pornve.com | Brazzers | https://pornve.com/cukandvwk6fl/Monique_Alexander_Therapist_fuck_doctor.html | 11013 - Pinkblot Test |
| pornve.com | Brazzers | https://pornve.com/cupwvso5z0h9/Anal_on_Easter_Marsha_May__JMac.html | 9559 - Anal on Easter |
| pornve.com | Brazzers | https://pornve.com/cuydeaqotydj/Britney_Amber_Lil_Campers_03_09_2020_Milf_Threesome_MILF_0_05_09_2020_on_SexyPorn.html | 4418346 - Lil Campers |
| pornve.com | Reality Kings | https://pornve.com/cuz11klwznwi/EuroSexParties_Kristina_Miller_Courtney_Blue_Wet_It_And_Get_It_-_13_10_2016.html | 15006 - Wet It And Get It |
| pornve.com | Brazzers | https://pornve.com/cvq6a0eglj5m/NEW_MIC_Crystal_Rae_And_Diamond_Jackson.html | 10009 - Mom's Twist Of Date |
| pornve.com | Brazzers | https://pornve.com/cvwt2y6hh4ur/BrazzersExxtra_Lela_Star_Nicolette_Shea_I_Dont_Know_Her.html | 2676014 - I Don't Know Her |
| pornve.com | Brazzers | https://pornve.com/cvzylrr38zoc/ham_20_06_03_bridgette_b_and_kiara_cole_fucking_fight_me.html | 3960012 - Fucking Fight Me |
| pornve.com | Brazzers | https://pornve.com/cwac2hgn2n0p/NEW_Disrespecting_The_Maid_Gia_Paige_Tory_Lane__Mike_Mancini_December_29_2015.html | 9355 - Disrespecting The Maid |
| pornve.com | Reality Kings | https://pornve.com/cwaqxnoo5pxv/RKPrime_Aubrey_Rose_Jessie_Lynne_Last_Milf_Standing_-_08_12_2016.html | 15154 - Last Milf Standing |
| pornve.com | Brazzers | https://pornve.com/cwbfwlf4s0ur/Rahyndee_James_-_Natural_Perfection.html | 7798 - Natural Perfection |
| pornve.com | Brazzers | https://pornve.com/cwhlz5a259nn/Brazzers_com_-_Kaylynn_-_Ill_Be_Your_Blow-Up_Doll.html | 8073 - I'll Be Your Blow-Up Doll |
| pornve.com | Brazzers | https://pornve.com/cwnu6pyahtzp/Screw_the_Apple_I_Want_to_Fuck_the_Tree_Diana_Prince__Johnny_Castle.html | 5648 - Screw the Apple I Want to Fuck the Tree |
| pornve.com | Brazzers | https://pornve.com/cwv272042iqf/Wet_Dreams_Dani_Jensen.html | 6848 - Wet Dreams! |
| pornve.com | Brazzers | https://pornve.com/cwvhm322k2af/Spin_Cycle_Teen_Dillon_Harper_Gets_Caught_Humping_The_Washer_.html | 9469 - Spin Cycle |

| pornve.com | Brazzers | https://pornve.com/cxqbojzt5eri/PornstarsLikeItBig_-_Chanel_Preston_Kristina_Rose_Phoenix_Marie_Brazzers_New_Years_Eve_Party_01_01_17.html | 10407 - Brazzers New Years Eve Party |
| pornve.com | Brazzers | https://pornve.com/cxxdt56zb8ll/Brazzers_-_Horny_babe_Charles_Dera_fills_her_pussy_with_big_white_cock_.html | 10852 - Horny In Home Ec |
| pornve.com | Reality Kings | https://pornve.com/cy20xgu462zd/Big_Tits_Boss_25_2015_Part_4.html | 11982 - Naughty Natasha |
| pornve.com | Brazzers | https://pornve.com/cy25ulexmgys/Brazzers_Karma_Rx_Humping_My_Chakras.html | 2992004 - Humping My Chakras |
| pornve.com | Brazzers | https://pornve.com/cyf6zu7vo7rr/Brazzers_Demi_Sutra_A_Family_Affair_The_Reunion_Part_1_BrazzersExxtra_porn_VEPORN.html | 3408168 - A Family Affair: The Reunion Part 1 |
| pornve.com | Brazzers | https://pornve.com/cz1o733m24rv/DoctorAdventures_-_Veronica_Avluv.html | 9456 - Stroke It For Me |
| pornve.com | Brazzers | https://pornve.com/cz3uo72pun4v/Brazzers_Exxtra_-_Iggy_Amore_Silvia_Saige_-_Rough_Time_For_A_Tiny_Tease.html | 9201 - Rough Time For A Tiny Tease |
| pornve.com | Brazzers | https://pornve.com/cz44c2oliywy/Lezley_Zen_-_Here_Today_Fucked_Tomorrow.html | 8722 - Here Today Fucked Tomorrow |
| pornve.com | Brazzers | https://pornve.com/czg65snjgnwp/Cumming_Out_Of_The_Closet_Alena_Croft_Scarlit_Scandal__Tyler_Nixon.html | 3462265 - Cumming Out Of The Closet |
| pornve.com | Brazzers | https://pornve.com/czme9dhlq3mx/Becky_Bandini_thressome_Streched.html | 3979968 - To The Stepmom Goes The Threesome |
| pornve.com | Reality Kings | https://pornve.com/czop6sqwxyr6/Candy_Licious_-_Blonde_Lust.html | 14615 - Blonde Lust |
| pornve.com | Brazzers | https://pornve.com/czr5lcoqoxor/NEW_MILF_Threesome_Brandi_Love_The_Contractors_April_29_2016.html | 9221 - Brandi Love's The Contractors |
| pornve.com | Brazzers | https://pornve.com/d07urnhem7737/Veronica_Avluv_Whos_Boss_Blowjob_POV.html | 7332 - Show Me Who's Boss |
| pornve.com | Brazzers | https://pornve.com/d0p0pmug1fx8/Ava_Addams_Is_A_Very_Horny_Housewife_Who_Gives_it_Good.html | 10229 - Survey My Pussy |
| pornve.com | Brazzers | https://pornve.com/d0rxu3qxkt0ja/MommyGotBoobs_-_Veronica_Avluv_Banana_Nut_Muffin_23_November_2015.html | 9289 - Banana Nut Muffin' |
| pornve.com | Brazzers | https://pornve.com/d0v8d24528q5/Kiki_Minaj_Danny_D_Latexxx.html | 2349834 - Latexxx |
| pornve.com | Brazzers | https://pornve.com/d1e00nnutgpy/Jaclyn_Taylor_-_Interviewing_The_Ex.html | 8599 - Interviewing The Ex |
| pornve.com | Brazzers | https://pornve.com/d1gsxpecsbey/Jessa_Rhodes_-_Your_Father_Fucks_Me_Harder.html | 9253 - Your Father Fucks Me Harder |
| pornve.com | Brazzers | https://pornve.com/d1tmjjo9j6dd/Ryan_Conner_In_That_Big_Tasty_Ding_Dong.html | 9056 - That Big Tasty Ding Dong |
| pornve.com | Brazzers | https://pornve.com/d1w2hvcf7nfc/Mommy_Issues_2_Tiffany_Rain__Jordi_El_Nio_Polla.html | 10541 - Mommy Issues: Part 2 |
| pornve.com | Brazzers | https://pornve.com/d1xv1ghlsqwk/Brazzers_Gabriella_Paltrova__Danny_D_-_Girl_gets_huge_facial_.html | Brazzers&#039; Breast Intentions |
| pornve.com | Brazzers | https://pornve.com/d1zo2dpsv6m0/Blonde_Deepthroat_Marsha_May_Last_Stop.html | 8543 - Last Stop_Titfuck Road |
| pornve.com | Brazzers | https://pornve.com/d20038dollq0/Cathy_Heaven_Meddling_Mother_In_Law.html | 9799 - Meddling Mother-In-Law |
| pornve.com | Brazzers | https://pornve.com/d2kjywn0zf3u/You_Snore_She_Whores_Brazzers.html | 10084 - You Snore She Whores |
| pornve.com | Reality Kings | https://pornve.com/d2l153t5izvc/Trixie_Tao_-_Naughty_Trixie.html | 14529 - Naughty Trixie |
| pornve.com | Reality Kings | https://pornve.com/d2mpm6gv0ea8/Innocent_asian_girl_love_huge_cock.html | 12072 - Head Bopper |
| pornve.com | Brazzers | https://pornve.com/d30a5iane9pp/PornstarsLikeItBig_17_08_20_August_Ames_The_Biggest_Whore_In_Hollywood_XXX_-_KTR.html | 10855 - The Biggest Whore In Hollywood |
| pornve.com | Reality Kings | https://pornve.com/d351bv0ghf0d/Slip_It_In_S3_Delicious_Aspen_Aspen_Ora.html | 14149 - Delicious Aspen |
| pornve.com | Brazzers | https://pornve.com/d3ab38jacp4r/Photo_Finish_On_My_Tits_Brazzers.html | 10713 - Photo Finish On My Tits |
| pornve.com | Brazzers | https://pornve.com/d3ehigth31d8/Rebecca_Moore_Ramming_Rebecca.html | 9717 - Ramming Rebecca |
| pornve.com | Brazzers | https://pornve.com/d3mrh87g9re/Darling_Danika_My_Mother_The_Clothes_Whore_Mommy_Issues_2.html | 8862 - My Mother The Clothes Whore |
| pornve.com | Brazzers | https://pornve.com/d441hhxd5goq/Cowgirl_Dayna_Vendetta_720p.html | 5163 - The Woman Who Was Wronged |
| pornve.com | Brazzers | https://pornve.com/d4daj6iv4y8q/BrazzersExxtra_-_Madison_Ivy_1_800_Phone_Sex_Line_6_.html | 11105 - 1 800 Phone Sex: Line 6 |
| pornve.com | Brazzers | https://pornve.com/d4isflh72bxa/StreamBoxX_Net-I_Hate_My_Step_brother.html | 8634 - Brazzers Awards |
| pornve.com | Brazzers | https://pornve.com/d4vzjltzzm1c/Abella_Danger_-_Cum_Thru_3.html | 3829645 - Cum Thru 3 |
| pornve.com | Brazzers | https://pornve.com/d58lhqdh9hao/Jenaveve_Jolie_Audrey_Bitoni_Brazzers_Expose.html | Brazzers&#039; Big Wet Butts #6 |
| pornve.com | Reality Kings | https://pornve.com/d5rnx61u9cd/RK_Prime__Andreina_De_Luxe_A_Public_Display_Of_Indecency.html | 2855789 - A Public Display Of Indecency |
| pornve.com | Brazzers | https://pornve.com/d5z5jsrsj5z2/Lisa_Ann_Seduction_For_Sport.html | 8634 - Seduction For Sport |
| pornve.com | Brazzers | https://pornve.com/d6lix449whf6o/_Rub_N_Tug_Trainee_Kalina_Ryu__Morgan_Lee_Asian_Massage_Threesome_.html | 8634 - Brazzers Awards |
| pornve.com | Brazzers | https://pornve.com/d79syiyjoqi/Brazzers_Booty_on_the_bike_Brazzers_Sarah_Banks_HD_Hot_Professional_Black_Girl_Long_Hair_Bl.html | 10974 - Booty On The Bike |
| pornve.com | Reality Kings | https://pornve.com/d7drabt5tniy/All_Good_Mew_Avalon_Heart.html | 14805 - Get It Big D |
| pornve.com | Brazzers | https://pornve.com/d7rgwqkpqgiz/DoctorAdventures_Samantha_Rone_Doctors_Without_Boners_-_28_11_2016.html | 10275 - Doctors Without Boners |
| pornve.com | Brazzers | https://pornve.com/d879khix04f/Joslyn_James_-_Juicy_Joslyn.html | 7197 - Juicy Joslyn |
| pornve.com | Brazzers | https://pornve.com/d8ndvm3l82gc/Abella_Danger_Johnny_The_Kid_-_So_Fresh_And_So_Clean_-_Big_Wet_Butts_-_Brazzers.html | 3983608 - So Fresh & So Clean |
| pornve.com | Brazzers | https://pornve.com/d8pm8h4wxv05/_Store_Whore_Credit_.html | 9700 - Store Whore Credit |
| pornve.com | Brazzers | https://pornve.com/d91ecpj4wvyc/Vanessa_Cage_Can_You_Undress_Me.html | 3224913 - Can You Undress Me? |
| pornve.com | Reality Kings | https://pornve.com/d9a7nyjez6lb/Sneaky_Sex_Ivana_Sugar_Tina_Kay_Dick_For_Dinner_New.html | 15190 - Dick For Dinner |
| pornve.com | Brazzers | https://pornve.com/d9av9gmdtcnf/Kiara_Lord_Cheating_Whore_102320.html | 4419189 - Cheating Whore |
| pornve.com | Reality Kings | https://pornve.com/d9cnmocobskd/Kitty_Love_Jordi_El_Nino_Polla_Blacklight_Beauty_RK_Prime_Reality_Kings.html | 3318492 - Blacklight Beauty |
| pornve.com | Reality Kings | https://pornve.com/d9n5v7fsry0m/jada_stevens_banging_jada_.html | 11918 - Banging Jada |
| pornve.com | Brazzers | https://pornve.com/d9nai7hd1wre/madison_scott_MCBooper.html | 4869 - MacBoober |
| pornve.com | Brazzers | https://pornve.com/d9yiim4brsq/American_Whore_Story_Part_Four.html | 8419 - American Whore Story Part Two |
| pornve.com | Brazzers | https://pornve.com/d9xz3egq97ef/Big_Tits_At_School_-_Jean_Michaels_Getting_In_To_Her_Character.html | 9351 - Getting In To Her Character |
| pornve.com | Brazzers | https://pornve.com/d9x5dxx468je/Devon_Lee_-_The_Landlords_Wife_For_One_Night.html | Brazzer&#039;s Mommy Got Boobs #3 |
| pornve.com | Brazzers | https://pornve.com/da4xr9nt56wi/Brazzers_Kimmy_Granger_Hold_The_Phone.html | 9310 - Hold The Phone |
| pornve.com | Brazzers | https://pornve.com/dabvn92bvckn/Couch_Cooch.html | 9046 - Couch Cooch |
| pornve.com | Brazzers | https://pornve.com/dad56whxnrva/shyla_Super_Hardcore_Punish.html | 7975 - I Deserve What's Mine! |
| pornve.com | Brazzers | https://pornve.com/danlgul6pxh6/Anal_Big_Ass_Jenna_Ivory_Anal_Jenny_Ivory_Gets_Fucked_Anal_Anal_Blonde.html | 2358760 - Best Of Brazzers: First Anals |
| pornve.com | Reality Kings | https://pornve.com/dax5jbukkssf/phoenix_merged_item1_4_1.html | 7097 - Hooked On Phoenix |
| pornve.com | Brazzers | https://pornve.com/db47qohy36cz/Austin_Kincaid_-_Speed_Dating.html | MILFS Like It Big Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/db5f51epnhns/Madison_Scott__Hailey_Young_-_Big_Cock_First_Timers.html | Teens Like it Big |

| pornve.com | Reality Kings | https://pornve.com/dbrk83me83a6/GFRevenge_Panty_dropper.html | 14389 - bikini_body |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/dbtaxhcg6ajs/Devon_Lee_-_Getting_Screwed_By_The_Mechanic.html | MILFS Like It Big Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/dc00j1osgkfz/ZZSeries_Brazzers__Cherie_Deville_Yasmine_de_Leon_Charles_Dera_Tyler_Knight_ZZ_Erection_2016.html | 10227 - ZZ Erection 2016: Part 4 |
| pornve.com | Brazzers | https://pornve.com/dcayznlhcp7e/Cumming_In_Brazzers.html | 9640 - Cumming In |
| pornve.com | Brazzers | https://pornve.com/dcc807d1by01/katana_kombat.html | 3651731 - Day With A Pornstar: Katana Kombat |
| pornve.com | Brazzers | https://pornve.com/dcyi8i82ko3a/Chrismas_in_live_sperm.html | 11146 - Santa's Twerkshop |
| pornve.com | Reality Kings | https://pornve.com/dd284rhtvi97/8thStreetLatinas_17_03_03_Vienna_Black_Bottomless_Pussy_XXX_-KTR.html | 15405 - Bottomless Pussy |
| pornve.com | Brazzers | https://pornve.com/dd54w7dp9p61/Mommy_Got_Boobs_Alura_Jenson.html | 10704 - Sauna Sex Schooling |
| pornve.com | Brazzers | https://pornve.com/dd8yso2wtany/Alektra_Blue_Chanel_Preston_Monique_Alexander_Brazzers_Cuntathlon.html | 8015 - Brazzers Cuntathlon |
| pornve.com | Brazzers | https://pornve.com/ddakznde25g8/Kaylani_Lei_The_Model_Stepmom.html | 2842903 - The Model Stepmom |
| pornve.com | Brazzers | https://pornve.com/dds3pcxyrdge/Kyle_Mason_Mind_If_Stepmom_Joins_You.html | 11123 - Mind If Stepmom Joins You? |
| pornve.com | Reality Kings | https://pornve.com/ddtbcxmttp4b/Delicious_Devyn_big.html | 13643 - Delicious Devyn |
| pornve.com | Reality Kings | https://pornve.com/ddva7zsfl9ec/Realitykings__Milf_Hunter__Sexy_Brooke.html | 15426 - Sexy Brooke |
| pornve.com | Reality Kings | https://pornve.com/de06sl2lxckz/loving_kim_big.html | 12584 - Rub And Tug |
| pornve.com | Reality Kings | https://pornve.com/dec8xuwmvvdd/LilHumpers_3_S2_Kailani_Kai_Getting_Humped.html | Lil Humpers 3 |
| pornve.com | Reality Kings | https://pornve.com/dehh3j6ft9nc/Teen_And_Milf_Compilation.html | 13881 - Bang Bang Bang |
| pornve.com | Brazzers | https://pornve.com/deiaqreu5fd8/CourtneyTaylor_BustedOpen_-_Taylor_Busted.html | 10349 - Stress Buster |
| pornve.com | Reality Kings | https://pornve.com/dejog5r24pn1/DAREDORM_85_Whipped_Cream_1of2.html | Dare Dorm #15 |
| pornve.com | Reality Kings | https://pornve.com/dely3sk3zjsb/StreetBlowjobs_-_Arrow_Star_-_Arrow_Head_-_07_Dec_2014.html | 12963 - Arrow Head |
| pornve.com | Brazzers | https://pornve.com/dert75blihlb/lisa_ann_seduction_for_sport.html | 3471695 - Seduction For Sport |
| pornve.com | Reality Kings | https://pornve.com/df3ad1q18h9l/Lela_Star_-_Suck_Slut.html | 3128074 - Suck Slut |
| pornve.com | Brazzers | https://pornve.com/df5vgwv76dgy/NEW_Peta_Jensen_Pass_The_Peta.html | 9319 - Pass the Peta |
| pornve.com | Brazzers | https://pornve.com/dfbprzzfw780/Jaclyn_Taylor_How_Do_I_Look_Mommy_Issues_3.html | 9424 - How Do I Look? |
| pornve.com | Brazzers | https://pornve.com/dflh6rnl16tp/BigWetButts_-_Brazzers_-_Lauren_Phillips_Ricky_Johnson_Soak_My_Sundress.html | 2638884 - Soak My Sundress |
| pornve.com | Brazzers | https://pornve.com/dfmvsnhtkdar/Francesca_Le_-_Welcome_To_The_Neighbourhood.html | MILFs Like It Big Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/dfssxjr00oss/Gabriella_Salvatore_-_Im_All_Yours_Do_Your_Worst.html | 8773 - I'm All Yours_Do Your Worst |
| pornve.com | Reality Kings | https://pornve.com/dgffo326y8a2/Desiree_Lopez_-_Laid_Out.html | 12741 - Laid Out |
| pornve.com | Brazzers | https://pornve.com/dgiwd91irxax/Realitykings__RK_prime_-_Lil_Spinner_Freak.html | 15367 - Lil Spinner Freak |
| pornve.com | Brazzers | https://pornve.com/dgo381oiujov/Diamond_Foxxx_-_Now_Were_Even_Bitch.html | Big Tits at Work Vol. 3 |
| pornve.com | Reality Kings | https://pornve.com/dgqvw34lcngj/DAREDORM_77_Pledge_fuck_1of2.html | Dare Dorm #15 |
| pornve.com | Brazzers | https://pornve.com/dgstkx3k6jfl/Lena_Paul_in_Bubble_Butt_Anal.html | 10919 - Pocket Asses |
| pornve.com | Reality Kings | https://pornve.com/dgyktixohkoc/Amy_Parks__Adrian_Maya__Cristi_Ann_-_Oil_Wrestling.html | 14650 - Oil Wrestling |
| pornve.com | Brazzers | https://pornve.com/dhcbqwvh3kql/Jodi_Bean_-_Breasts_In_Nets.html | Brazzers Big Tits In Sports #3 |
| pornve.com | Brazzers | https://pornve.com/dhcu7cxiwxfd/Teen_Like_It_Big_Emily_Willis_Practice_Makes_A_Perfect_Slut.html | 3425323 - Practice Makes A Perfect Slut |
| pornve.com | Brazzers | https://pornve.com/dhev1u2rxs6b/blowjob_big_tits_brunette_milf_hardcore_big_dick_cumshot_babe_fetish_rachel_starr__johnny_sins_a_horny_devil.html | 9547 - A Horny Devil |
| pornve.com | Brazzers | https://pornve.com/dhfmlpu4rd8o/Brazzers_Sneaky_Mom_Clueless_Dad_Brazzers_Milfs_Like_It_Big_Bill_Bailey_Joslyn_James_Blonde_B.html | 2945927 - Sneaky Mom_Clueless Dad |
| pornve.com | Reality Kings | https://pornve.com/dhfnyv6y84sp/Haley_Reed_-_Freaky_Haley.html | 14706 - Freaky Haley |
| pornve.com | Reality Kings | https://pornve.com/dienlcurm4ip/DareDorm_Camp_Bang_Out.html | Dare Dorm #27 |
| pornve.com | Brazzers | https://pornve.com/dinnaiavw03e/Internet_Outage_Poundage_-_Brandi_Love_And_Alexis_Fawx.html | 10403 - Internet Outage Poundage |
| pornve.com | Reality Kings | https://pornve.com/djeriunawha9/FirstTimeAuditions_-_Naomi_Woods_Sweet_naomi_23_November_2015.html | 14088 - Sweet Naomi |
| pornve.com | Reality Kings | https://pornve.com/djfh1q2a7tm3/RKPrime_19_07_23_Luna_Star_Vip_Booty_XXX_SD.html | 2572039 - Vip Booty |
| pornve.com | Brazzers | https://pornve.com/dk1ikoqoo3wh/Jessa_Rhodes_Rich_Bitch_Has_An_Itch_1080p_XXX.html | 10123 - Rich Bitch Has An Itch |
| pornve.com | Brazzers | https://pornve.com/dkd8o0iqss0y/Pornx_best_of_brazzers_working_out.html | 9372 - Working Out The Wives |
| pornve.com | Brazzers | https://pornve.com/dkheybsayslg/Delicious_Tits2_Summer_Brielle.html | 7621 - Pleasure Before Business |
| pornve.com | Brazzers | https://pornve.com/dkpbwvcy7udr/doctor_adventures_brazzers_kiera_rose_charles_dera_pussy_is_the_best_medicine.html | 9778 - Pussy Is The Best Medicine |
| pornve.com | Brazzers | https://pornve.com/dkw4oeheucep/Sienna_West__Carmella_Bing_-_An_Uninvited_Guest.html | Real Wife Stories Vol. 6 |
| pornve.com | Brazzers | https://pornve.com/dl7vy11b46tv/Erotic_Massage_Dillion_Harper.html | 7174 - Northern X-Posure |
| pornve.com | Brazzers | https://pornve.com/dlckxdtyblan/BigButtsLikeItBig_17_02_21_Yurizan_Beltran_Yurizans_Cum_Addiction_XXX_-KTR.html | 10393 - Yurizan's Cum Addiction |
| pornve.com | Brazzers | https://pornve.com/dlg4kyc61kbl/Holly_Halston__Noelle_Easton_-_Like_Mother_Dyke_Daughter.html | 8812 - Like Mother_Dyke Daughter |
| pornve.com | Brazzers | https://pornve.com/dlm92v4l24c/A_Domestic_Dicking_Brazzers.html | 9250 - A Domestic Dicking |
| pornve.com | Brazzers | https://pornve.com/dlu5z9v4qtij/Brazzers_S_Is_For_Squirt_watch.html | 10172 - S Is For Squirt |
| pornve.com | Reality Kings | https://pornve.com/dlzd6s4e76n/StreetBlowJobs_17_02_12_Kat_Monroe_Bad_Kat_XXX_-KTR.html | 15252 - Bad Kat |
| pornve.com | Reality Kings | https://pornve.com/dm58v2jks57g/FirstTimeAuditions_Zara_Ryan_-Fit_And_Tight.html | 15152 - Fit And Tight |
| pornve.com | Brazzers | https://pornve.com/dmscf2f9opd7/Lynna_Nilsson__Danny_D_Pulse_Part_Two.html | 9021 - Pulse: Part Two |
| pornve.com | Brazzers | https://pornve.com/dn65h5lo6157/Kiki_Minaj_Gives_It_Up_To_Burglar.html | 9443 - Bump In The Night |
| pornve.com | Brazzers | https://pornve.com/dnkwimbc5szl/Guiliana_Alexis_-_Bang_and_suck.html | 2831 - Bang And Suck |
| pornve.com | Brazzers | https://pornve.com/dnm6ql72qpy/Brazzers_-_Kimmy_Granger_If_Its_Going_To_Be_That_Kind_Of_Party.html | 3455887 - If It's Going To Be That Kind Of Party... |
| pornve.com | Brazzers | https://pornve.com/dnpzpbl1m14c/Porn_Fight_With_Scray_Punisher_Danny_D_And_Aletta_Ocean.html | 10088 - Oversnatch: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/do33kg7sgzf1/Bella_-_Hunting_For_The_Biggest_Cock.html | Teens Like It Big Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/do51aepza5ks/Madison_Scott_-_We_Really_Shouldnt_Be_Doing_This.html | 8396 - We Really Shouldn't Be Doing This |
| pornve.com | Brazzers | https://pornve.com/dociff8c86e7/You_May_Now_Peg_The_Bride.html | 2635569 - You May Now Peg The Bride |
| pornve.com | Brazzers | https://pornve.com/doqsyp0dttko/Erotic_Massage_Capri_Cavanni.html | 7120 - A Killer Massage for Capri |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/dot1684zgpr5/Erotic_Massage_Air_Nature_Massage.html | 8393 - She Wants More Than a Massage |
| pornve.com | Brazzers | https://pornve.com/dp06u09i2pxc/_blonde_blowjob_big_tits_milf_fuck_mature_public_theatre_fuck_theatre_.html | 8604 - Sneaky MILF Sucks In The Theater |
| pornve.com | Brazzers | https://pornve.com/dp6770o8b93x/So_You_Think_You_Can_Twerk_-_Diamond_Kitty__Kelsi_Monroe_.html | 9357 - So You Think You Can Twerk? |
| pornve.com | Brazzers | https://pornve.com/dpctr9mssb04/Doctor_Adventures_This_Pharmacist_Can_Fuck_Off.html | 8262 - This Pharmacist Can Fuck Off |
| pornve.com | Brazzers | https://pornve.com/dprt2kyd7qt/Mommy_Got_Boobs_-_Veronica_Avluv_Banana_Nut_Mufflin.html | 9289 - Banana Nut Muffin' |
| pornve.com | Brazzers | https://pornve.com/dq41xtrdhqd0/Ashley_Graham_-_Fucking_For_Science.html | 7782 - Fucking For Science |
| pornve.com | Brazzers | https://pornve.com/dqcfh1vk720d/Caught_mom_fucking_friends_and_joined.html | 10371 - My Friends Fucked My Mom! |
| pornve.com | Brazzers | https://pornve.com/dqewzomfus08/_Nailin_The_Mail_Order_Bride_-_Brazzers_.html | 9500 - Nailin' The Mail Order Bride |
| pornve.com | Reality Kings | https://pornve.com/dqh2ly43tb73/BlackGf_-_Karissa_Kane.html | 1801569 - gamer_girlfriend |
| pornve.com | Brazzers | https://pornve.com/dqkuo3poy5pb/Alexis_Breeze_-_Poison_Tit_Suck_-_Brazzers.html | 4278 - Poison Tit Suck |
| pornve.com | Brazzers | https://pornve.com/dqqumpowjc08/RealWifeStories_Alektra_Blue_Swingers_On_Vacation_Part_2.html | 9617 - Swingers On Vacation: Part 2 |
| pornve.com | Brazzers | https://pornve.com/dqrvhmb00tz2u/Ava_Addams_Megan_Rain_And_Jordi.html | 10253 - Squeaky Clean |
| pornve.com | Brazzers | https://pornve.com/dqtrmhcl9axpr/_I_Hate_My_Stepbrother_.html | 8634 - Brazzers Awards |
| pornve.com | Brazzers | https://pornve.com/dr787qkm434/NEW_Peta_Jensen.html | 9099 - Our Little Masquerade |
| pornve.com | Brazzers | https://pornve.com/dr78x45ty9cz/Request_Elsa_Jean_And_Osa_Lovely.html | 10396 - Our Cute Little Plaything |
| pornve.com | Brazzers | https://pornve.com/dr8w491dxlvq/Amirah_Adara_Mercedes_Carrera_-_Your_Dad_Doesnt_Understand.html | 8615 - Your Dad Doesn't Understand |
| pornve.com | Reality Kings | https://pornve.com/drcwsd4b6pvs/MomsBangTeens_Bride_To_Be_Realtykings_Big_Tits_Big_Dick_Blowjob_Professional_Wedding_MomsBa.html | 14945 - Bride To Be |
| pornve.com | Brazzers | https://pornve.com/drjwlaalwha9/MILF_Lisa_Ann_Fucks_The_Best_Friend_Of_Her_Son.html | 4566 - Jogging Around The Cock |
| pornve.com | Brazzers | https://pornve.com/drms89pgkw5g/PornstarsLikeItBig_Nikki_Benz_40Toying_With_A_Pornstar_-_25_10_201641.html | 10032 - Toying With A Pornstar |
| pornve.com | Brazzers | https://pornve.com/drpcq0dp8697/Missy_Martinez_-_Mrs_Martinez_And_Her_Gaping_Asshole.html | 8598 - Mrs. Martinez and Her Gaping Asshole |
| pornve.com | Brazzers | https://pornve.com/drxgg6qjuxkn/Eva_Notty_-_This_Is_What_It_Sounds_Like_When_Moms_Fuck.html | 9872 - AsA- se Oye Cuando las MamÃ¡s Cogen |
| pornve.com | Brazzers | https://pornve.com/dsefvbnpwhw/tib_19_08_05_aria_lee_joy_riding_a_cock.html | 3645134 - Joy Riding A Cock |
| pornve.com | Brazzers | https://pornve.com/dsfn7g6lzn5n/Erotic_Massage_Big_Anal_Works.html | 6136 - Are You The Masseur? |
| pornve.com | Brazzers | https://pornve.com/dshvz6lh36px/BigButtsLikeItBig_15_11_10_Britney_Amber_The_Bosss_Butt.html | 9294 - The Boss's Butt |
| pornve.com | Brazzers | https://pornve.com/dstcxadd0qtl/Toeing_The_Line.html | 10222 - Toeing The Line |
| pornve.com | Brazzers | https://pornve.com/dsxo7kk2epmr/Ray_Veness_Mom_Sees_A_Dirty_Movie.html | 9001 - Her BF's A Mother Fucker |
| pornve.com | Brazzers | https://pornve.com/dt0nobog045g/Naughty_Bookworms_2015_-_Kourtney_Kane.html | 7170 - Kortney's College Sex Tape |
| pornve.com | Reality Kings | https://pornve.com/d932x4op33q/All_Good_New_Jamie_Valentine_And_Dillion_Harper.html | 14735 - Perfect Pussy |
| pornve.com | Brazzers | https://pornve.com/dtaavck505dy/Abbey_Brooks_-_Extra_Benefits.html | Big Tits at Work Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/dteufg1kea5r/Yurizan_Beltran_-_Poolside_Bang_Bang.html | 10190 - Poolside Bang Bang |
| pornve.com | Reality Kings | https://pornve.com/dtid3mmcy8pl/GFRevenge_Busting_loose.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/dtqs9apacnlj/Hot_family_fun-_17_min.html | Brazzers&#039; MILF Mayhem |
| pornve.com | Brazzers | https://pornve.com/dtvr7rgsp165/Aidra_Fox_-_Aidra_Gets_Her_Fill.html | 4074476 - Aidra Gets Her Fill |
| pornve.com | Brazzers | https://pornve.com/dustyd8jvyp3/Don_t_Tell_Mom_The_Babysitter_s_A_Slut.html | 5062 - Don't Tell Mom The Babysitter's A Slut |
| pornve.com | Brazzers | https://pornve.com/duutxb6rztsm/Helicocker_Mom_-_Krissy_Lynn__Ricky_Spanish.html | 3791936 - Helicocker Mom |
| pornve.com | Brazzers | https://pornve.com/duz45fjdmvpx/1800_Phone_Sex_Line_12_Clea_Gaultier_Leila_Star_Luna_Star__Xander_Corvus.html | 2412384 - 1 800 Phone Sex: Line 11 |
| pornve.com | Brazzers | https://pornve.com/dv6an6rg5mat/Lisa_Ann_-_Pound_Me_Better_Honey.html | Real Wife Stories Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/dv80nhp64tav/Kagney_Linn_Karter_The_Boss_Wife.html | 6004 - The Boss's Wife |
| pornve.com | Brazzers | https://pornve.com/dvegmgk6a7x6/Our_New_Maid_Part_1.html | 9055 - Our New Maid: Part Three |
| pornve.com | Brazzers | https://pornve.com/dvforthm2t0y/Brazzers_-_Diamond_Is_Your_Boss.html | 10016 - Diamond Is Your Boss |
| pornve.com | Brazzers | https://pornve.com/dvrti9vcx4e/Alina_Lopez_Keiran_Lee_-_Rude_Awakening_-_Teens_Like_It_Big_-_Brazzers.html | 2676458 - Rude Awakening |
| pornve.com | Brazzers | https://pornve.com/dvtz34f5290s/ANAL_Bella_Bellz_Her_Ass_Is_Less_Thicker_Now.html | 10690 - You're So Extra |
| pornve.com | Brazzers | https://pornve.com/dw28okovt41j/Alura_jenson_and_joslyn_james_milf_wars.html | 3010080 - MILF Wars |
| pornve.com | Brazzers | https://pornve.com/dw3nrjjrsa9/All_Good_Madison_Parker.html | 4372 - Judge Nails Delivers Sexual Discipline |
| pornve.com | Brazzers | https://pornve.com/dwaal9xal37b/Aletta_Ocean_maid.html | 7385 - Give the Maid the Tip |
| pornve.com | Brazzers | https://pornve.com/dwf0yxmsq9x3/Show_Me_The_Yoni_India_Summer_Keiran_Lee.html | 2635475 - Show Me The Yoni |
| pornve.com | Brazzers | https://pornve.com/dwgga4jf3lpq/Madison_Ivy_Kinky_Kidnap.html | 3110580 - Kinky Kidnap |
| pornve.com | Brazzers | https://pornve.com/dx08ff3m8pc9/_Brazzers_-_Hot_latina_babe_Sophia_Leone_offers_sex_to_cover_the_rent_.html | 11129 - Laid Rent |
| pornve.com | Brazzers | https://pornve.com/dx2a9n9n605a/Mindy_Main_-_Makeover_Makeshift.html | Baby Got Boobs |
| pornve.com | Reality Kings | https://pornve.com/dy2wg98svz2m/H0t_Bu5h_14_B4iley_B4e.html | 12991 - Bush Bae |
| pornve.com | Brazzers | https://pornve.com/dy47l4n0pqol/Nikky_Dream_Loves_Giving_The_Anal_Gift.html | 10769 - Ballerina Booty |
| pornve.com | Brazzers | https://pornve.com/dydpvhy4q05a/Hard_Anal_Oil_Ass_Nikita_Denise.html | 6956 - Czech Out My Ass |
| pornve.com | Brazzers | https://pornve.com/dy99vf2lkjo/Anal_Big_Ass_AVA_ADDAMS_ANAL.html | 9013 - Fourth of July: Big Butt Independence |
| pornve.com | Brazzers | https://pornve.com/dyrkbrej5dhz/Brazzers_Abella_Danger_Shower_Curtain_Cock.html | 3791941 - Shower Curtain Cock |
| pornve.com | Brazzers | https://pornve.com/dyxl8nuwho8j/Full_Service_Station_Nikki_Benz_Sean_Lawless.html | 10254 - Full Service Station: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/dzu79cmyq748/Lela_Star_-_Infiltrating_Kim_K.html | 9271 - Infiltrating Kim K |
| pornve.com | Reality Kings | https://pornve.com/e0enol8doqt2/Sofia_rivera_Phoenix_-_My_Girlfriends_Hot_Mom_15_2015.html | 13271 - Assume The Position |
| pornve.com | Brazzers | https://pornve.com/e0f483jjur0o/NEVER_GET_MARRIED_The_Revenge_-_Dana_DeArmond.html | 8819 - NEVER GET MARRIED: The Revenge |
| pornve.com | Brazzers | https://pornve.com/e0fnkupmnukd/Madison_Ivy_-_Madison_Ivy_Johnny_Sins.html | 2358747 - Best of Brazzers: Summer Edition |
| pornve.com | Reality Kings | https://pornve.com/e0lj6p8pm3j6/Interracial_Madness.html | 1682 - Oral Overtime |
| pornve.com | Brazzers | https://pornve.com/e0ppx5coj692/Mila_Milan_The_Cats_Meow.html | 9668 - The Cat's Meow |
| pornve.com | Brazzers | https://pornve.com/e1ddl7xfri18/Big_tits_anal.html | 9598 - Massaging Peta |
| pornve.com | Brazzers | https://pornve.com/e1dusfk36xh1/Madison_Ivy_-_Youre_no_Nurse.html | 6494 - You're no Nurse |
| pornve.com | Reality Kings | https://pornve.com/e1p9r272a8zf/valentina_nappi_pool_side_hottie_.html | 11649 - Poolside Hottie |
| pornve.com | Brazzers | https://pornve.com/e24t8oczr2jo/Dollie_Darko_Ass_Fucked_By_Danny_D_Full.html | 8634 - Brazzers Awards |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/e2k2s407y062/Bridgette_B_And_Juelz_Ventura_Brazzers_Live_39_DP_Showdown.html | 9653 - BRAZZERS LIVE 39: DP SHOWDOWN |
| pornve.com | Reality Kings | https://pornve.com/e2q32955v2im/neakySex_-_Serena_Santos_Lulu_Chu_-_In_This_House.html | 3597522 - In This House |
| pornve.com | Brazzers | https://pornve.com/e2t1wfc9pq5i/MilfsLikeItBig_Chanel_Preston_One_Lucky_Butler.html | 3314377 - One Lucky Butler |
| pornve.com | Brazzers | https://pornve.com/e2tw49ent6so/Brazzers_Rip_My_Jeans_Brazzers_Angela_White_Keiran_Lee_Anal_Brunette_White_Girl_Huge_Tits_W.html | 10605 - Rip My Jeans |
| pornve.com | Brazzers | https://pornve.com/e35a6givyjws/brazzers_9129.html | 9129 - Blowjob and Registration |
| pornve.com | Reality Kings | https://pornve.com/e38qbn3gvqxv/Aryana_Adin_-_The_Kitchen_Humper.html | Lil Humpers 2 |
| pornve.com | Brazzers | https://pornve.com/e3okkb5cfbsn/Brazzers_-_Ariella_Ferrera_-The_Female_Orgasm_101.html | 6863 - The Female Orgasm 101 |
| pornve.com | Brazzers | https://pornve.com/e4uic651yhv8/That_Guy_Fucked_3_Of_My_Fav_MILF_Pornstars_At_D_Same_Time_Slut_Hotel_Part_3_Rachel_Roxxx_Isis_Love_Romi_Rain.html | 10470 - Slut Hotel: Part 3 |
| pornve.com | Brazzers | https://pornve.com/e54ndodn18zz/_Brazzers_-_Tia_Cyrus_cheats_her_husband_with_a_guy_with_a_bigger_dick_.html | 2461830 - Tia's Sneaky Steam |
| pornve.com | Brazzers | https://pornve.com/e5b13anzz6jl/1800_Phone_Sex_Line_6_Madison_Ivy26_01_2018.html | 11105 - 1 800 Phone Sex: Line 6 |
| pornve.com | Brazzers | https://pornve.com/e5bzgyv69dp6/Brazzers_House_Reality_Show_LIVE.html | 8709 - Brazzers House Episode Five Bonus Part 1 |
| pornve.com | Brazzers | https://pornve.com/e5hxyamknfnr/Sofia_Rose_Deep_Stretching.html | 3222223 - Deep Stretching |
| pornve.com | Brazzers | https://pornve.com/e5oc9nwruj1s/TeensLikeItBig_Lana_Rhoades_-_Over_Easy.html | 9780 - Over Easy |
| pornve.com | Brazzers | https://pornve.com/e5q9hscuokut/Stepmoms_Needs_Loving_Too_Aaliyah_Hadid_Alura_Jenson.html | 3363991 - Stepmoms Need Loving Too! |
| pornve.com | Brazzers | https://pornve.com/e68nfp5cfbsn/Banana_Nut_Muffin_Veronica_Avluv_Buddy_Hollywood.html | 9289 - Banana Nut Muffin' |
| pornve.com | Brazzers | https://pornve.com/e69lhpqtrah6/Memphis_Monroe_-_Memphis_Gets_Fucked_On_TV.html | Pornstars Like it Big Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/e6cnz2tpioxv/Brazzers_Librarian_needs_a_licking_Brazzers_Big_Tits_At_School_Kendra_Lust_Xander_Corvus_Brune.html | 8634 - Brazzers Awards |
| pornve.com | Reality Kings | https://pornve.com/e6oix75z4hbd/Realitykings_Social_Proof_Kenzie_Reeves.html | 2812375 - Social Proof |
| pornve.com | Brazzers | https://pornve.com/e6r34m5cexhw/Babezz_Watch_A_XXX_Parody.html | 10575 - BabeZZ Watch: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/e6tmar6zap17/Lvy_Lebelle.html | 10125 - Monique's Secret Spa: Part 3 |
| pornve.com | Brazzers | https://pornve.com/e76o1i88wp0t/Jennifer_Keelings_-_Fucking_The_Cable_Guy.html | Real Wife Stories |
| pornve.com | Brazzers | https://pornve.com/e7lfdjbfxqvu/kenzie_reeves_in_piped_down.html | 3868604 - Piped Down |
| pornve.com | Brazzers | https://pornve.com/e7r0ktwsx2ib/Alison_Tyler_-_The_ZZ_Special.html | 7966 - The ZZ Special |
| pornve.com | Reality Kings | https://pornve.com/e88xwl6by4sj/Money_Talks_taco_muncher_big.html | 8090 - Taco Muncher |
| pornve.com | Brazzers | https://pornve.com/e8jyxv95yino/Breaking_In_My_New_Girlfriend_-_Anna_Bell_Peaks_Ashly_Anderson.html | 2465868 - Breaking In My New Girlfriend |
| pornve.com | Brazzers | https://pornve.com/e9l7ntydekis/Good_Girls_gone_bad_2.html | 9532 - Working like Hoover |
| pornve.com | Brazzers | https://pornve.com/e9cvet8b9dq9/Peta_Jensen_-_The_New_Porno_Order.html | 8787 - The New Porno Order |
| pornve.com | Reality Kings | https://pornve.com/e9fh01m7bou5/DAREDORM_71_A_Guy_For_All_1of2.html | Dare Dorm #15 |
| pornve.com | Brazzers | https://pornve.com/e9p0q1dez72q/Brother_Fuck_Sisters_Hairy_Friend.html | 9690 - Switching Teams: Part 2 |
| pornve.com | Brazzers | https://pornve.com/e9qlxt069jha/Bubbliest_Butt_Bridgette_B.html | 10867 - Bubbliest Butt |
| pornve.com | Brazzers | https://pornve.com/e9x3agb4ag6x/Eva_Angelina_-_Earning_Respect.html | Big Tits at Work Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/ea3qm8jh7ifs/Melissa_Moore_And_Riley_Reid_-_Almost_Sisters.html | 9341 - Almost Sisters |
| pornve.com | Brazzers | https://pornve.com/ea7v7dl9h3tg/Nailin_The_Mail_Order_Bride_Christen_Courtney_Adrian_Dimas_Sam_Bourne.html | 9500 - Nailin' The Mail Order Bride |
| pornve.com | Brazzers | https://pornve.com/ea9aohepic07/Leigh_Darby_Ava_Koxxx_Jordi_Momsincontrol_54_Top_Rated_Porn_Video_Of_Today_113_Most_Played_Porn_Video_Of_Today_160_Top_Rated_Porn_Video_Of_Week.html | 9688 - My Scissoring Stepmom |
| pornve.com | Brazzers | https://pornve.com/eadfroc8p9r6/Blonde_Brunette_Orgy_Party_Poker_Party_.html | 4528 - Stacking The Deck |
| pornve.com | Brazzers | https://pornve.com/ealbncdlhhs8/Ebony_Oiled_Leilani_Leeane_Massage.html | 6399 - Mr. Touchy Feely |
| pornve.com | Reality Kings | https://pornve.com/eb50m6b293ec/Raven_Redmond_Natural_Reaction.html | 14490 - Natural Reaction |
| pornve.com | Brazzers | https://pornve.com/eb627zljdagf/Amy_Anderssen_and_Nikki_Benz_-_School_Sucks_and_So_Do_My_Teachers.html | 7916 - School Sucks and So Do My Teachers |
| pornve.com | Reality Kings | https://pornve.com/ec9agiqywx22/Tiffany_Watson_WTF_Is_Going_On.html | 12338 - Carter In Control |
| pornve.com | Brazzers | https://pornve.com/ec9lmysh80dh/MommyGotBoobs_Sara_De_Mer_Mother_Of_The_Bride.html | 10904 - Mother Of The Bride |
| pornve.com | Brazzers | https://pornve.com/ecdhifz2dbgk/Riley_Evans_-_Rileys_Raunchy_Rubdown.html | 7040 - Riley's Raunchy Rubdown |
| pornve.com | Brazzers | https://pornve.com/ecfdrgqqzudp/Nicole_Sheridan_-_Tennis_Tits.html | Big Tits in Sports |
| pornve.com | Brazzers | https://pornve.com/ecw8cfxhqb66/BigButtsLikeItBig_Kelsi_Monroe_Inspector_Ass_-_17_11_2016.html | 10250 - Inspector Ass |
| pornve.com | Brazzers | https://pornve.com/ed5nps9i9n12/Brazzers_-_Romi_Rachel_Rachel_Starr_Romi_Rain_Keiran_Lee.html | 10687 - Romi & Rachel |
| pornve.com | Brazzers | https://pornve.com/ed5wmf0cb6lr/Milfs_Likes_It_Big_Isis_Love_Wet_And_Smoking.html | 9206 - Wet And Smoking |
| pornve.com | Reality Kings | https://pornve.com/ed9f912jdsth/Skinny_Ebony_Dark_Small_Tits_Black_Interracial_Tags_Ebony_40_413_303_Plays_Published_On_1_Day_Ago_Stop_Flaggin_My_Videos_Category_Babe_Dark_Woman.html | 8923 - Bubble Ass |
| pornve.com | Brazzers | https://pornve.com/edc7mwtqxys0/Lisa_Ann_Lisa_Anns_Lover.html | 3433512 - Lisa Ann's Lover |
| pornve.com | Brazzers | https://pornve.com/edk1tcwd4ps2/Shawna_Lenee_-_Paybacks_a_Bitch.html | Baby Got Boobs |
| pornve.com | Brazzers | https://pornve.com/edoduhb1nw80/Real_Wife_Stories_-_August_Taylor_-_My_Husbands_Best_Friend.html | 10209 - My Husband's Best Friend |
| pornve.com | Reality Kings | https://pornve.com/eds0jbxke7t6/MomsLickTeens_Kate_Linn_Aubrey_Rose_More_Than_Friends_-_22_11_2016.html | 15090 - More Than Friends |
| pornve.com | Brazzers | https://pornve.com/eecc3jfgli24/Brunette_Milf_Blowjob_And_Swap.html | 7736 - Milf Swap |
| pornve.com | Reality Kings | https://pornve.com/eenck02eck8f/Melissa_Moore_Mary_Moody_Strawberry_Slutcakes.html | 1921843 - Strawberry Slutcakes |
| pornve.com | Reality Kings | https://pornve.com/eevg6ymu2oyu/Pool_Hall_Twerk_Moriah_Mills.html | 1900733 - pool_hall_twerk |
| pornve.com | Brazzers | https://pornve.com/eexosteolrl7/RealWifeStories_Kendra_Lust_Need_A_Hand_12_07_16_rq_1k.html | 10063 - Need A Hand? |
| pornve.com | Brazzers | https://pornve.com/eey5smh3ygy/My_wife_slut_03.html | 9250 - A Domestic Dicking |
| pornve.com | Brazzers | https://pornve.com/ef33e0c357y6/Cucked_At_The_Carnival.html | 2676481 - Cucked At The Carnival |
| pornve.com | Reality Kings | https://pornve.com/ef7p3x83wewa/WELIVETOGHETHER_LENA_PAUL_ANDREW_BLAKE.html | 14929 - Eat It Out |
| pornve.com | Brazzers | https://pornve.com/eff8qj9bk9jf/Alexis_Fawx_Monique_Alexander_Rachel_Starr_Awesome_Threesome.html | 10709 - A Side Piece Of Pornstars |
| pornve.com | Reality Kings | https://pornve.com/efl27j9h8o4l/TeensLoveHugeCocks_Sydney_Cole_-_Super_Sydney.html | 12338 - Carter In Control |
| pornve.com | Brazzers | https://pornve.com/efqrg0xvnitq/Dolly_Leigh_Xander_Corvus_The_Foreman_Is_A_Whore_Man.html | 2413555 - The Foreman Is A Whore_Man |
| pornve.com | Brazzers | https://pornve.com/efzbjs7428xm/Anal_Stroking_That_Massive_Ego_Angelina_Valentine.html | 7757 - Stroking That Massive Ego |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/eg46jfbnmw3r/BigTitsatSchool_Lezley_Zen_-_Ms_Zens_Side_Job.html | 3159 - Ms. Zen's Side Job |
| pornve.com | Reality Kings | https://pornve.com/egbbf1s79ewq/StreetBlowJobs_16_01_03_Sonia_Lei_Suck_It_Sonia.html | 13823 - Suck It Sonia |
| pornve.com | Reality Kings | https://pornve.com/egh15zx9earg/GFRevenge_Camping_cutie.html | 14589 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/egle9ch63he1/Mommy_Needs_A_MANicure_Reagan_Foxx_Jordi_El_Nino_Polla_.html | 2426306 - Mommy Needs A MANicure |
| pornve.com | Reality Kings | https://pornve.com/egukd4y5ac3m/Jessie_Jett_Game_Time_.html | 1981297 - Game Time |
| pornve.com | Brazzers | https://pornve.com/egwhc5i1kkkt/Breathing_Sexcercise_Natasha_Nice_Alex_Legend.html | 2562256 - Breathing Sexcercise |
| pornve.com | Brazzers | https://pornve.com/egwkfiflku1c/Massive_Load_On_Tits_After_Anal.html | 8061 - Sensual_Sexual Jane |
| pornve.com | Brazzers | https://pornve.com/ehhc6htf34ds4/Courtney_Taylor_Keiran_Lee_Journey_to_the_Center_of_Courtneys_Asshole.html | 9146 - Journey to the Center of Courtney's Asshole |
| pornve.com | Brazzers | https://pornve.com/ehos7harg25k/Colombian_Ariella_Ferrera_Fucks_In_The_Office.html | 4684 - Casting Call For Cock |
| pornve.com | Reality Kings | https://pornve.com/ehviv25u0tnel/Dick_Devour_Bailey_Brooke.html | 15329 - Neighbors Mail |
| pornve.com | Brazzers | https://pornve.com/ehwjbh3c57hu/Luna_Star_-_Big_Boob_Squirtdown.html | 9010 - Big Boob Squirtdown |
| pornve.com | Reality Kings | https://pornve.com/ehz6qlq4r4ff/RealityKings_Free_Yoga_Fuck_Realitykings_2017_Robby_Echo_Victoria_June_Black_Hair_Yoga_Leggi.html | 1944928 - free_yoga_fuck |
| pornve.com | Brazzers | https://pornve.com/ci3oxb17x5ju/Brooklyn_Blue_Behind_Her_Husbands_Back.html | 3796571 - Behind Her Husband's Back |
| pornve.com | Brazzers | https://pornve.com/ejd76igf7dbk/Open_Up_For_Love.html | 3170692 - Open Up For Love |
| pornve.com | Brazzers | https://pornve.com/ejhdn5cs52c6/Eva_Lovia_Keiran_Lee_-_No_Husbands_Allowed_Remastered_-_Real_Wife_Stories_-_Brazzers.html | 4260730 - No Husbands Allowed: Remastered |
| pornve.com | Brazzers | https://pornve.com/eks4nyt8gukn/Dont_Just_Kiss_Ass_Fuck_It_.html | 8703 - Brazzers House Episode Two |
| pornve.com | Brazzers | https://pornve.com/ekdrbxu5b35x/Audrey_Royal_Danny_D_Ride_Service.html | 10664 - Ride Service |
| pornve.com | Brazzers | https://pornve.com/eki28xJbt8kk/BigTitsAtSchool_Abigail_Mac_A_Dose_of_Dirty_Discipline.html | 3314363 - A Dose of Dirty Discipline |
| pornve.com | Brazzers | https://pornve.com/ekllqh1bpmoy/What_You_See_Is_What_You_Get_Brazzers.html | 10459 - What You See Is What You Get |
| pornve.com | Brazzers | https://pornve.com/ektqnaas36qg/Abela_Danger_-_Petite_teen_gets_her_phat_ass_drilled.html | 3224907 - Twerking Practice |
| pornve.com | Brazzers | https://pornve.com/eliruv9zoe2n/Abbey_Brooks_-_Twinkle_Tits_-_Brazzers.html | 3951 - Twinkle Tits |
| pornve.com | Brazzers | https://pornve.com/ekg3pfdmfr1u/TeensLikeItBig_-_Brazzers_-_Ella_Hughes_Danny_D_Pleasuring_The_New_Partner.html | 2639254 - Pleasuring The New Partner |
| pornve.com | Brazzers | https://pornve.com/em6oc00ga3c8/RealWifeStories_Alexis_Fawx_Odd_Jobs_-_02_12_2016.html | 10278 - Odd Jobs |
| pornve.com | Reality Kings | https://pornve.com/emgv6kg0shjg/brunette_lesbian_sex_babe_malena_gets_fucked_by_asa_2612_42_plays_published_on_9_hours_ago_category_asian_gay_pornstar_malena_morgan_asa_akira_tags_lesbian.html | 11417 - Asian Persuasion |
| pornve.com | Brazzers | https://pornve.com/emss1kpo4ayg/mlib_davia_ardell_2200.html | MILFS Like It Big Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/enrwktatrkf6xg/big_butts_like_it_big_brazzers_yurizan_beltran_xandercorvus_yurizans_cum_addiction.html | 10393 - Yurizan's Cum Addiction |
| pornve.com | Brazzers | https://pornve.com/en6bojh7k1iv/Super_Nurse_Kagney_Linn_Karter_Danny_D.html | 9708 - Super Nurse |
| pornve.com | Brazzers | https://pornve.com/eniheij7ivmw/BrazzersExxtra_Natasha_Starr_-_Tell_Me_When_It_s_Over_4001_06_201841_rq.html | 2469447 - Tell Me When It's Over! |
| pornve.com | Reality Kings | https://pornve.com/enss2vgy4671/anissa_kate_natural_beauty_.html | 1307 - Natural Beauty |
| pornve.com | Brazzers | https://pornve.com/enxtrcdd13nl/A_Dick_Before_Dropout_Brazzers.html | 10142 - A Dick Before Dropout |
| pornve.com | Reality Kings | https://pornve.com/eokeh3ckgr04/GFRevenge_Sporty_girl.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/eona59zj2dzx/Queen_Vs_Pawn_Jordan_Pryce.html | 11194 - Queen vs Pawn |
| pornve.com | Brazzers | https://pornve.com/eooxhx3k1spj/dm_K3ndall_K4yden_480p.html | 9248 - The Floor Massage |
| pornve.com | Brazzers | https://pornve.com/eoysv2nm6xwv/Madison_Rose_-_Jealous_Asshole.html | 7062 - Jealous Asshole |
| pornve.com | Brazzers | https://pornve.com/ep28ata1j7am/Put-Out_or_Get-Out.html | 4572 - Put-Out or Get-Out |
| pornve.com | Brazzers | https://pornve.com/epji298yde9x/Ask_Me_Anything_About_My_Big_Boobs_-_Kimberly_Kendall_Bill_Bailey.html | 8835 - Ask Me Anything About My Big Boobs |
| pornve.com | Brazzers | https://pornve.com/eq0hm909rqj0/X-Men_Parody.html | 9634 - XXX-Men: Shagging the Shapeshifter |
| pornve.com | Brazzers | https://pornve.com/eq7sf4mfa45v/Amy_Ried_-_Is_Viagra_Really_Needed.html | Doctor Adventures Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/eq9a6hhbpd3/Stepmom_In_Control_Sex_Tube.html | 8048 - Stepmom In Control |
| pornve.com | Brazzers | https://pornve.com/eqlkecp30eqh/rws_august_summerrealwifestories.html | 4416026 - Best Of Brazzers: Working Out |
| pornve.com | Brazzers | https://pornve.com/eqyu5am2hffe/Kiara_Diane_Sovereign_Syre_-_Prison_Pussy.html | 7075 - Prison Pussy |
| pornve.com | Reality Kings | https://pornve.com/er1t0pqov3xo/Two_gorgeous_milf_babes_fuck_pervert_neighbor.html | 2778 - Tag Team |
| pornve.com | Brazzers | https://pornve.com/erjw8aekgksq/NEW_Esperanza_Gomez_Cock_Crazed_Cougar_in_the_Club.html | 9073 - Cock-Crazed Cougar In The Club |
| pornve.com | Brazzers | https://pornve.com/ern70qct464/Cassidy_Banks_-_Thirsty_For_Some_Titties.html | 9032 - Thirsty For Some Titties |
| pornve.com | Brazzers | https://pornve.com/err9o5aqy9ur/Kayla_Synz_-_Sex_Education_In_Depth.html | Big Tits at School Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/es38vzepyxpu/Selfies_With_MILF_Kianna_Dior.html | 8129 - The Great Outdoors |
| pornve.com | Brazzers | https://pornve.com/esngiou2iwsq/mommy_got_boobs_brazzers_brandi_love_justin_hunt_mothers_little_helper.html | 10792 - Mother's Little Helper |
| pornve.com | Reality Kings | https://pornve.com/eszb807f30y5/PornxRoundAndBrown_Sarah_Banks_Thot_In_The_Shower.html | 2662619 - Thot In The Shower |
| pornve.com | Brazzers | https://pornve.com/ettppejftixe/Jasmeen_-_The_Perv_Behind_The_Curtain.html | Doctor Adventures Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/eu1zkqajdkyj/Freeze_Fucker.html | 8146 - Freeze Fucker |
| pornve.com | Brazzers | https://pornve.com/eum463cj350/Lichelle_Marie_Nikki_Benz.html | Doctor Adventures Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/eujx2tuck52h/Romi_Rain_DP.html | 9143 - Deadly Rain: Part Four |
| pornve.com | Brazzers | https://pornve.com/eva6vfz30zku/August_Ames_Madison_Ivy_-_A_Madison_Massage.html | 10844 - A Madison Massage |
| pornve.com | Reality Kings | https://pornve.com/evhqs98re0ty/Solah_Laflare_Bare_Solah.html | 14637 - Bare Solah |
| pornve.com | Brazzers | https://pornve.com/evtznp6gerxt/BigButtsLikeItBig_Brazzers_Kelsi_Monroe_-_Twerk_And_Jerk.html | 9541 - Twerk And Jerk |
| pornve.com | Reality Kings | https://pornve.com/eww172nax9pfb/GFRevenge_16_03_28_Jizzy_Jade.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/ew7171aq58zg/Kianna_Dior_Selfies_With_Your_Mom_Mommy_Issues_2.html | 8896 - Selfies With Your Mom |
| pornve.com | Brazzers | https://pornve.com/ewaka2jrv5mo/Samantha_Saint_My_Mommy_Does_Porno_Part_II_BabyGotBoobs.html | 5600 - My Mommy Does Porno: Part II |
| pornve.com | Brazzers | https://pornve.com/ewhi47frujgd/dm_19_08_05_kenzie_taylor_attend_to_my_ass.html | 3645123 - Attend To My Ass |
| pornve.com | Brazzers | https://pornve.com/ewlup46zxsz8/Welcome_To_Hell.html | 5691 - Welcome to Hell |
| pornve.com | Reality Kings | https://pornve.com/ewq0gy0m6jaf/Natalie_Lovenz_Good_Lovenz.html | 14571 - Good Lovenz |
| pornve.com | Brazzers | https://pornve.com/ewxfsp06e3il/TeensLikeItBig_19_08_05_Aria_Lee_Joy_Riding_A_Cock_XXX_SD.html | 3645134 - Joy Riding A Cock |

EXHIBIT A

| | | | | |
|---|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/ex3eraqpskpu/_The_Interns_Turn_-_Brazzers_.html | 9667 | The Intern's Turn |
| pornve.com | Brazzers | https://pornve.com/ex58k8m96p1t/mercedes_carrera_keiran_lee_fuck_horny_latin_milfs_big_ass.html | 10367 | Onesie In The Bunsie |
| pornve.com | Brazzers | https://pornve.com/exjkqa4bl732/The_Listener_Brazzers.html | 10260 | The Listener |
| pornve.com | Brazzers | https://pornve.com/ey9ft1a9gknu/Pro_Boner_Cowgirl_Best_Video.html | 6672 | Jynx That Ass ! |
| pornve.com | Brazzers | https://pornve.com/eygjgmwvabfp/Abella_Danger_-_Abellas_Ass_Is_In_Danger.html | 8693 | Abella's Ass Is In Danger |
| pornve.com | Reality Kings | https://pornve.com/ey9gg3sf2sp/sneaky_sex_reality_kings_molly_mae_haley_reed_brick_danger_three_is_fun.html | 15378 | Three Is Fun |
| pornve.com | Brazzers | https://pornve.com/ez7woty8icv2/Kissa_Sins-_Pristine_Edge.html | 9168 | Peep Show Nurses |
| pornve.com | Brazzers | https://pornve.com/ezb5esb5ex4y/Risque_Roses_Athena_Palomino_Markus_Dupree.html | 2437985 | Risque Roses |
| pornve.com | Brazzers | https://pornve.com/ezf6shv4xkpe/MY_HERMANASTRA_LA_GAMER_KRISTEN_SCOTT_IS_FUCKED_BY_THE_ASS_DUR LY.html | 10136 | My Stepsister The Gamer |
| pornve.com | Brazzers | https://pornve.com/ezuy3jk1xoqe/hospital_reception_girl_fuck_with_customer.html | 8262 | This Pharmacist Can Fuck Off |
| pornve.com | Brazzers | https://pornve.com/ezzuns9eposc/Alanah_Rae_blondemilfpoundingherzengarden_480p.html | 6089 | Pounding Her Zen Garden |
| pornve.com | Brazzers | https://pornve.com/f02csl5is65m/HotAndMean_Lela_Star_-_Molly_Stewart_Wanted_Fucked_Or_Alive_Part_1.html | 2990596 | Wanted Fucked Or Alive: Part 1 |
| pornve.com | Reality Kings | https://pornve.com/f0j768hyx1i1/20150825_bikini_bliss_big.html | 13905 | Bikini Bliss |
| pornve.com | Brazzers | https://pornve.com/f0rn1s47ctkn/Johnny_Sins_Kendra_Lust_Dickfan.html | 6615 | DickFan |
| pornve.com | Brazzers | https://pornve.com/f0tu88v0v32r/Switching_Teams_Part_1_Brazzers.html | 9686 | Switching Teams: Part 1 |
| pornve.com | Brazzers | https://pornve.com/f1lif4aldoro/_Squeaky_Clean_Milf_Ava_Addams_And_Megan_Rain_Get_Fucked_By_Jordi_Big_Dick_.html | 10253 | Squeaky Clean |
| pornve.com | Brazzers | https://pornve.com/f2l4nb2dgfn7/Rude_Awakening_Brazzers.html | 2676458 | Rude Awakening |
| pornve.com | Brazzers | https://pornve.com/f4fvr0o35z3k/MilfsLikeItBig_19_07_14_Ava_Koxxx_Anal_Encounter_With_A_Stranger_XXX_SD.html | 3609571 | Anal Encounter With A Stranger |
| pornve.com | Brazzers | https://pornve.com/f4nmstuixaog/RealWifeStories_Karina_White_Say_Yes_To_Getting_Fucked_In_Your_Wedding_Dress_14_11_2016.html | 10141 | Say Yes To Getting Fucked In Your Wedding Dress |
| pornve.com | Brazzers | https://pornve.com/f5ehshd2uore/Joslyn_James_Justin_Hunt_Joslyns_Secret_Shower.html | 2365665 | Joslyn's Secret Shower |
| pornve.com | Brazzers | https://pornve.com/f5jx2gqevwwt/Full_Service_Banking_Angela_White_Prince_Yashua.html | 11210 | Full Service Banking |
| pornve.com | Brazzers | https://pornve.com/f5x9bhko3uzv/Dat_Ass_Sarah_Jessie_Sports.html | 7212 | Sarah's Slutty Soccer Jam |
| pornve.com | Brazzers | https://pornve.com/f63ndtins324/BRAZZERZ_LIVE_29.html | 9736 | BRAZZERS LIVE 29: NIGHTMARE ON ASS STREET |
| pornve.com | Brazzers | https://pornve.com/f640xmm0vhsj/Brazzers_Brazzers_House_3_Episode_2_Brazzers_Zzseries_Aaliyah_Hadid_Gina_Valentina_Bri dgette.html | 2683991 | Brazzers House 3: Episode 2 |
| pornve.com | Brazzers | https://pornve.com/f64q71igg58n/Facial_Savannah_Stern_Airport_Security.html | 5430 | Airport Secur-Titty |
| pornve.com | Brazzers | https://pornve.com/f65nbj63hc3s/American_Whore_Story_Part_1.html | 8419 | American Whore Story Part Two |
| pornve.com | Brazzers | https://pornve.com/f673f7w2yp9p/Slutty_Stepmom_Threesome_Leigh_Darby_Summer_Brielle_Keiran_Lee_Leigh_Darby_Summer _Brielle_Keira.html | 9889 | Trio con la Puta de mi Madrastra |
| pornve.com | Brazzers | https://pornve.com/f6p20haiwd9m/BigButtsLikeItBig_Brazzers__Isis_Love_Johnny_Castle_Ass_In_Heat_23_06_2016_Pornohub_fr ee_porn.html | 2358770 | Best Of Brazzers: Anal Extravaganza |
| pornve.com | Brazzers | https://pornve.com/f6wplr20ej2q/_ZZ_Spring_Break_Part_Two_.html | 9593 | ZZ Spring Break: Part Two |
| pornve.com | Brazzers | https://pornve.com/f6xgc8oaqh9y/Jamie__Kylee_Reese_-_In_Search_Of_Bigger_Things.html | Teens Like It Big Vol. 3 | |
| pornve.com | Brazzers | https://pornve.com/f7kuyedjvqmj/Remy_LaCroix__Sock_It_To_Me.html | 9379 | Sock It To Me |
| pornve.com | Reality Kings | https://pornve.com/f7thlctu4w1i/marrie_mcray_bilyard.html | 5452 | Beautiful Bush |
| pornve.com | Brazzers | https://pornve.com/f82780zsm79c/Alexis_Breeze_-_Doctor_Adventures_-_Brazzers.html | 4939 | Vagitarians do it Better |
| pornve.com | Brazzers | https://pornve.com/f86ac80bft8i/Shower_Fuck_Ava_Addams_Double_Timing_Wife.html | 8685 | La Esposa que Juega a Dos Puntas |
| pornve.com | Brazzers | https://pornve.com/f89bkdc734lj/Diamond_Jackson_-_Oily_Office.html | 8981 | Oily Office |
| pornve.com | Brazzers | https://pornve.com/f8a8ckafc52s/real_wife_story_pussy_and_ass_fuck_by_two_big_cocks.html | 8169 | Divorce Me Please |
| pornve.com | Reality Kings | https://pornve.com/f8ggyeljq0b8/Amirah_Adara__Gina_Gerson_-_Sneak_A_Peek.html | 14611 | Sneak A Peek |
| pornve.com | Reality Kings | https://pornve.com/f8x7d1t352dg/Watch_Admiring_Amirah_Amirah_Adara_Danny_D_MYCUMX_COM.html | 2893988 | Admiring Amirah |
| pornve.com | Brazzers | https://pornve.com/f92cclaq6p9s/Lezley_Zen_Fore_Play.html | 8340 | Fore Play |
| pornve.com | Brazzers | https://pornve.com/f92gjup545cp/Brazzers__Vampirella_A_XXX_Parody.html | 10177 | Vampirella: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/f99kib0y4zlv/Big_Titty_Fuck_and_Facialiced_Jasmin_James_Sex_Invasion.html | 9946 | InvasiÃ³n en casa |
| pornve.com | Reality Kings | https://pornve.com/f9hqjvqs592w/Realitykings__in_the_VIP__Strike_A_Pose.html | 5751 | Strike A Pose |
| pornve.com | Brazzers | https://pornve.com/f9scyci2c2t3/Janice__Brandi.html | 9216 | Help Wanted In A Big Way |
| pornve.com | Brazzers | https://pornve.com/f9vqcn490nem/A_Parent_Teacher_Meating_.html | 9681 | A Parent Teacher Meeting |
| pornve.com | Brazzers | https://pornve.com/fac0mtxl9dt6/Amy_Ried_-_Amys_Ass_Massage.html | 7749 | Amy's Ass Massage |
| pornve.com | Brazzers | https://pornve.com/fajww1hnb2au/NEW_MILF_Stuffing_Ava_Addams.html | 9389 | Mom's Christmas Stuffing |
| pornve.com | Reality Kings | https://pornve.com/fb5ja5gi4o6b/Blue_Angel_Ballet_And_Cock.html | 15388 | Ballet And Cock |
| pornve.com | Brazzers | https://pornve.com/fb5ul38oscua/Alura_Jenson_Off_The_Couch_And_Into_My_Stepmom_Mommy_Issues_2.html | 8769 | Off The Couch |
| pornve.com | Brazzers | https://pornve.com/fbnolmsfkllr/Savannah_Stern__Kenzi_Marie_-_Wo-Men_At_Work.html | Big Tits at Work Vol. 1 | |
| pornve.com | Brazzers | https://pornve.com/fbpfomvaq89w/Sharing_My_Stepsister_watch_online_for_free.html | 9569 | Sharing My Stepsister |
| pornve.com | Brazzers | https://pornve.com/fc9376j7upho/Anal_Fuck_Babe_Damon_Fuck_Me.html | 7379 | Little Runaway |
| pornve.com | Reality Kings | https://pornve.com/fc93gbsd2i2k/Realitykings_Pogo_smoke_show_watch_online_for_free.html | 3424605 | Pogo Smoke Show |
| pornve.com | Brazzers | https://pornve.com/fceh6yobkdcf1_Like_It_when_Adriana_Chechik_says_Shut_Up_and_Fuck_Me.html | 3408181 | Shut Up and Fuck Me |
| pornve.com | Brazzers | https://pornve.com/fcpb7z4w25fh/teens_like_it_big_brazzers_nekane_sweet_marcros_enekanes_sweet_pussy.html | 4094278 | Best of Brazzers: Titty Tuesday |
| pornve.com | Brazzers | https://pornve.com/fcqxpkms7ccv/Sexy_Chef_Madison_Ivy.html | 8020 | Madison Ivy Likes Her Meat |
| pornve.com | Brazzers | https://pornve.com/fczr98v4wwne/Capri_Cavanni_-_Spicing_It_Up_With_A_Threesome.html | 7805 | Spicing It Up With A Threesome |
| pornve.com | Brazzers | https://pornve.com/fd8j4pb5d4ew/I_Cum_Into_Your_Home.html | 8518 | I Cum Into Your Home |
| pornve.com | Brazzers | https://pornve.com/fd92fi4yvc9g/Rompe_la_Red_De_Veras_esta_Vez_Nikki_Benz_Keiran_Lee.html | 9855 | Rompe la Red... De Veras esta Vez |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/fdc4b7v1gfpj/pretty_asian_asian_babe_alina_li_134_top_rated_porn_video_of_today_published_on_2_days_ago.html | 12072 - Head Bopper |
| pornve.com | Reality Kings | https://pornve.com/fdci1qqmf86y/RealityKings_Katy_Jayne_-_Boobs_in_boots_14_12_2016.html | 15147 - Boobs In Boots |
| pornve.com | Brazzers | https://pornve.com/fdw22wi47x76/Sofia_Lee_Rough_And_Raunchy_Workout.html | 4419186 - Rough And Raunchy Workout |
| pornve.com | Brazzers | https://pornve.com/fdynns3efint4/Going_Deep_With_Alexa_-_Alexa_Tomas_Danny_D.html | 8814 - Going Deep With Alexa |
| pornve.com | Brazzers | https://pornve.com/fef68zbmj253/Ava_Addams_Megan_Rain_get_threesome_hardcore.html | 10253 - Squeaky Clean |
| pornve.com | Brazzers | https://pornve.com/feu0gg5rg5iu/New_Hot_Rachel_Star.html | 7440 - Cumshot At the End of the Tunnel |
| pornve.com | Brazzers | https://pornve.com/fevtp50raved/Sex_Massage_Johnny_Sins_fuck_Monique_Alexander.html | 11059 - Diva Demands Dick |
| pornve.com | Brazzers | https://pornve.com/ff563hllcqly/Angelina_Valentine_-_Make_My_Pussy_Wet_Water_Boy.html | Big Tits at Work Vol. 6 |
| pornve.com | Brazzers | https://pornve.com/ffbbm2ludvj2/Memphis_Monroe_-_One_For_The_Truckers_Two_For_The_Tits.html | Big Tits at Work Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/ffk7etrpmvsn/ZZSeries_-_Aletta_Ocean_Storm_Of_Kings_Part_3.html | 8995 - Storm Of Kings XXX Parody: Part 1 |
| pornve.com | Brazzers | https://pornve.com/ffrauh9fiam6/BrazzersExxtra_-_Bailey_Brooke_The_Stowaway.html | 9587 - The Stowaway |
| pornve.com | Brazzers | https://pornve.com/fg4smac9zi5w/BigWetButts_Amirah_Adara_Anal_Sweetheart.html | 10980 - Anal Sweetheart |
| pornve.com | Reality Kings | https://pornve.com/fg6dzy1ell6s/Bodacious_Boxer__PornXP.html | 2286962 - Bodacious Boxer |
| pornve.com | Reality Kings | https://pornve.com/fgsfgbe8lyly/Teens_Love_Huge_Cocks_2_XXX_40201441.html | 11787 - Naughty Needs |
| pornve.com | Reality Kings | https://pornve.com/fgtknqaj1azr/Ella_Knox_Ramon_Nomar__From_Posing_To_Moaning.html | 1944883 - From Posing To Moaning |
| pornve.com | Reality Kings | https://pornve.com/fgzhbe12gksi/RoundAndBrown_17_02_17_Kendall_Woods_Do_It_Harder_XXX_-KTR.html | 15327 - Do It Harder |
| pornve.com | Brazzers | https://pornve.com/fgzngp8b0bpd/Amirah_Adara_Mea_Melone_-_ZZ_Cup_Team_Booty.html | 9746 - ZZ Cup Team Booty |
| pornve.com | Brazzers | https://pornve.com/fh2juvs0kte8/Ryder_Skye_Xander_Corvus_Bad_News_Boyfriend.html | 2468507 - Bad News Boyfriend |
| pornve.com | Reality Kings | https://pornve.com/fh57fobwr2yr/Moms_Bang_Teens_11_2015_Kendra_Lust_Scene_1.html | 12937 - Laws Of Attraction |
| pornve.com | Brazzers | https://pornve.com/fh6lma4pxuqe/mgb_18_10_22_kendra_lust_mommy_meets_a_teen_idol.html | 2945938 - Mommy Meets A Teen Idol |
| pornve.com | Reality Kings | https://pornve.com/fhe6vbsw348s/CumFiesta-Gia_Paige_Jizzy_Gia_02_07_17.html | 15244 - Jizzy Gia |
| pornve.com | Reality Kings | https://pornve.com/fheue5hdoez5/MilfHunter_Olivia_Fox_-_Romancing_Olivia_15_08_2016.html | 14856 - Romancing Olivia |
| pornve.com | Reality Kings | https://pornve.com/f0n80lhjfvtg/Brandi_Love_-_Katy_Kiss_-_All_In_Brandi.html | 14633 - All In Brandi |
| pornve.com | Reality Kings | https://pornve.com/figk2zeyjmxg/Lena_Paul_My_Hot_Boss.html | 14603 - My Hot Boss |
| pornve.com | Reality Kings | https://pornve.com/fir5snuloe7x/RKPrime_Alina_Lopez_One_Hot_Box.html | 3428173 - One Hot Box |
| pornve.com | Brazzers | https://pornve.com/fisltpycqjgs/Trying_Out_the_Bar_Wench.html | 7715 - Trying Out the Bar Wench |
| pornve.com | Brazzers | https://pornve.com/fisusx5h83bs/nicolette_shea_day_with_a_porn_writer.html | 3960074 - Day With A Porn Writer |
| pornve.com | Brazzers | https://pornve.com/fiy6zxea3pfa/big_boob_massaging_ms_moore_3206_42_plays_published_on_34_minutes_ago_a_massage_turns_into_sex_category_big_dick_big_tits_pornstar_danny_dong_rebecca_more_tags_big_dick.html | 10553 - Massaging Mrs. Moore |
| pornve.com | Brazzers | https://pornve.com/fjbfam96vexn/Mandy_Muse_-_Young_Big_Butt_Anal.html | 8574 - Young Big Butt Anal |
| pornve.com | Brazzers | https://pornve.com/fjnbsw5z4l4k/Its_A_Wonderful_Sex_Life_Brazzers.html | 10457 - It's A Wonderful Sex Life |
| pornve.com | Brazzers | https://pornve.com/fjslw05np7cx/Angel_Allwood_-_Soap_Up_My_Big_Tits.html | 8552 - Soap Up My Big Tits |
| pornve.com | Brazzers | https://pornve.com/fkazge927k8p/A_Case_Of_The_Moan_Days_Boss_Didnt_Get_Laid_So_Comes_In_Bitchy_Hung_Underling_Thinks_He_Can_Help_Her_Out.html | 10304 - A Case of the Moan Days |
| pornve.com | Brazzers | https://pornve.com/fkk0eksfv2cp/Big_tits_teacher_get_fuck_by_three_big_cock.html | 6125 - Dangerous Minds With Dangerous Dicks |
| pornve.com | Brazzers | https://pornve.com/fkmr10a5as0u/Anastasia_Hart_Acting_101.html | 9713 - Acting 101 |
| pornve.com | Brazzers | https://pornve.com/fkq07is00qzp/Interview_With_A_Busty_Boss.html | 10556 - Interview With A Busty Boss |
| pornve.com | Brazzers | https://pornve.com/fktgxvs04ga24/Brazzers_-_Girl_Next_Door.html | 10162 - Girl Next Door |
| pornve.com | Brazzers | https://pornve.com/fl3tjq5dadzq/Im_the_Boss_Now_Bitch.html | 7575 - I'm the Boss Now Bitch |
| pornve.com | Brazzers | https://pornve.com/flg9tt4x9kjl/Progress_Report_Ryan_Keely.html | 2412465 - Progress Report |
| pornve.com | Brazzers | https://pornve.com/flkesie14vq5/Brazzers_House_3_-_Episode_5.html | 2684018 - Brazzers House 3: Unseen Moments |
| pornve.com | Brazzers | https://pornve.com/flqr7qcgoexm/Nicole_Aniston_-_New_Brazzers_Exxxtra.html | 9785 - Trapped And Fucked |
| pornve.com | Brazzers | https://pornve.com/flt90by9j6b3/Angela_White_Prince_Yashua_Full_Service_Banking.html | 11210 - Full Service Banking |
| pornve.com | Reality Kings | https://pornve.com/flv84tlj6hs9/HappyTugs_Jayden_Lee.html | 11589 - Meat Massager |
| pornve.com | Brazzers | https://pornve.com/fm3dkbv4382a/Kendra_Lust_2311.html | 10241 - Kendra's Thanksgiving Stuffing |
| pornve.com | Brazzers | https://pornve.com/fmrzisow83hy/My_Stepmothers_Pantyhose_Alura_Jenson__Jessy_Jones.html | 10389 - My Stepmother's Pantyhose |
| pornve.com | Brazzers | https://pornve.com/fnfixa7tjv7/Brazzers_Full_Service_Banking_Brazzers_Big_Tits_Worship_Angela_White_Prince_Yahshua_Brunette.html | 11210 - Full Service Banking |
| pornve.com | Reality Kings | https://pornve.com/fniwvkiwrxp8/TeensLoveHugeCocks_17_02_25_Rosyln_Belle_And_Stoney_Lynn_Virtual_Cock_XXX_-KTR.html | 15329 - Neighbors Mail |
| pornve.com | Brazzers | https://pornve.com/fnuq2g9vjkfr/Kimberly_Kendall_-_Vote_For_the_School_Slut_President.html | 8732 - Vote For the School Slut President |
| pornve.com | Reality Kings | https://pornve.com/fnv4ievq8tke/StreetBlowJobs_-_Stephanie_Glam_Gulped_By_Glam.html | 13747 - Gulped By Glam |
| pornve.com | Reality Kings | https://pornve.com/fo0loizabm22/CumFiesta_17_04_11_Riley_Mae_Cute_Riley_XXX_-KTR.html | 1778803 - cute_riley |
| pornve.com | Brazzers | https://pornve.com/fo7pa9zjagka/Lisa_Ann_Club_Cougar_Steals_The_Cock_-_Hot_MILF_Lisa_Ann_Gets_Fucked_By_A_Huge_Dick.html | 8143 - Political Titties |
| pornve.com | Brazzers | https://pornve.com/fo9ucv30c7zr/Brazzers_Not_Safe_For_Work_Brazzers_Big_Tits_At_Work_Danny_D_Kylie_Page_Big_Natural_Tits_Blon.html | 10433 - Not Safe For Work |
| pornve.com | Brazzers | https://pornve.com/fpckzr080htdp/BigButtsLikeItBig_Maddy_Oreilly_Work_Is_Long_When_Youre_Wearing_A_Thong_-_23_08_16.html | 10090 - Work Is Long When You're Wearing A Thong |
| pornve.com | Brazzers | https://pornve.com/fpcpsjgast4g/teen_want_to_fuck_in_her_ass.html | 9337 - Thanksgiving Fuckfeast |
| pornve.com | Brazzers | https://pornve.com/fpjo5qylps4s/BigTitsAtSchool_-_Harmony_Reigns_Dress_Code_Cunt.html | 9422 - Dress Code Cunt |
| pornve.com | Brazzers | https://pornve.com/fpnl7t8k5b9s/Raylene_in_Brazzers_-_A_Pair_of_Aces_Mommy_Got_Boobs.html | 4360 - A Pair of Aces |
| pornve.com | Brazzers | https://pornve.com/fpsh9td7awrh/Courtney_Cummz_-_Single_White_Butt.html | 5511 - Single White Butt |
| pornve.com | Brazzers | https://pornve.com/fq6a4ugr4eyd/Beauty_Fucked_In_Her_Bath.html | 8002 - Born To Be Wylde |
| pornve.com | Brazzers | https://pornve.com/fq6c9lxodaf9/Asian_MILFS_Big_Tits_Kianna_Dior_Your_MILF_Is_The_Best.html | 7981 - Your MILF is the Best |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/fq755s5iq16s/katana_kombat_nice_to_meat_you.html | 3115083 - Nice to Meat You |
| pornve.com | Brazzers | https://pornve.com/fqmtwibknm3u/Katrina_Jade_Loves_Giving_The_Anal_Gift.html | 3402879 - Katrina's Dark Side |
| pornve.com | Brazzers | https://pornve.com/fqpzm06nhm7w/Mikayla_-_Cruising_Around_Porn_Valley.html | Pornstars Like It Big Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/fqqlgagsawew/Tory_Lane_-_Slut_Of_The_Year.html | Big Tits at School Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/fquzf1wmk62n/Brazzers_Penetrating_pantyhose_Brazzers_Big_Wet_Butts_Mandy_Muse_Alex_Legend_Brunett e_White.html | 11187 - Penetrating Pantyhose |
| pornve.com | Reality Kings | https://pornve.com/fr7h1k9n53xc/MonsterCurves_19_07_14_Ava_Black_Sheerly_Sexy_XXX_SD.html | 3348809 - Sheerly Sexy |
| pornve.com | Brazzers | https://pornve.com/frmtusplyvh3/_Brazzers-_Naughty_teacher_Natasha_Nice_gives_extra_credit_to_her_student_.html | 10691 - Nailed It |
| pornve.com | Brazzers | https://pornve.com/fs14l5bt42g4/_Brazzers_-_Hot_milfs_Jasmine_and_Victoria_shared_Kierans_big_cock_.html | 8137 - Nurse Booty on Duty |
| pornve.com | Reality Kings | https://pornve.com/fs3mujy5819s/Slip_It_In_S4_Poison_Ivy_Stone.html | 14034 - Poison Ivy |
| pornve.com | Brazzers | https://pornve.com/fs9r796552b/Real_Wife_Stories_-_Shawna_Lenee.html | 8634 - Brazzers Awards |
| pornve.com | Brazzers | https://pornve.com/fss939p2crzd/ZZSeries_Bridgette_B_Honey_Gold_Kristen_Scott_Xander_Corvus_Rich_Fucks_Part_2_.html | 2410650 - Rich Fucks: Part 1 |
| pornve.com | Brazzers | https://pornve.com/fsu6s0y4wm76/Stretch_My_Ass.html | 7972 - Stretch My Ass |
| pornve.com | Brazzers | https://pornve.com/fsvjfz2wa0ky/Cathy_Heaven_Gamer_Heaven.html | 10752 - Gamer Heaven |
| pornve.com | Reality Kings | https://pornve.com/fsx993oaiz6i/Jayden_Lee_For_A_Few_Dollars_More.html | 1932016 - halili_rub_n_tug |
| pornve.com | Brazzers | https://pornve.com/ft84iullu1ge/Ariella_Ferrera_Kendra_Lust_-_Pumping_The_Poolboy.html | 6825 - Pumping The Poolboy |
| pornve.com | Reality Kings | https://pornve.com/ft995dvzrwgv/Maid_Sex_Latina_Fun_Jade_Maid_Sex.html | 15070 - Naked Cleaning |
| pornve.com | Brazzers | https://pornve.com/ftbu9127pv8m/Diamond_Foxxx_-_Deep_In_Diamonds_Foxxx_Hole.html | 7812 - Deep In Diamond's Foxxx Hole |
| pornve.com | Reality Kings | https://pornve.com/ftscfggu7evr/GFRevenge_Bringing_the_heat.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/ftttozi7lijy/HotAndMean_Dillion_Harper_Mia_Malkova_That_Bra_Isnt_Going_To_Take_Itself_Off_-_23_11_2016.html | 10262 - That Bra Isn't Going To Take Itself Off! |
| pornve.com | Brazzers | https://pornve.com/fu72ag2sm7l5b/BigTitsAtSchool_Brazzers_Brooke_Wylde_-_A_Juggling_Sex_Act.html | 9776 - A Juggling Sex Act |
| pornve.com | Brazzers | https://pornve.com/fud5807bn1hd/Oiled_Nikki_Benz_New_BWB_Anal.html | 10156 - Pantyhose Playtime |
| pornve.com | Brazzers | https://pornve.com/fuf5nt9yx9oa/That_s_My_Bush_Ariella_Ferrera_Jordi.html | 10517 - That's My Bush! |
| pornve.com | Reality Kings | https://pornve.com/fui4v22yb6ry/Amia_Miley_40Give_me_some_love41.html | 8515 - Give Me Some Love |
| pornve.com | Brazzers | https://pornve.com/fuiv6uboe3b3/Angel_Wicky_-_Bottomless_Anal_Fuck.html | 7718 - Bottomless Anal Fuck |
| pornve.com | Brazzers | https://pornve.com/fuucravspwbp/nicolette_shea.html | 4418010 - Deep Blue Shea |
| pornve.com | Brazzers | https://pornve.com/fux2alz4zo17/Rachel_Starr_-_In_A_Hurry_Wait_A_Minute.html | Doctor Adventures |
| pornve.com | Brazzers | https://pornve.com/fvce9pfzocmk/moms_in_control_brazzers_gia_paige_tory_lane_mike_mancini_disrespecting_the_maid.html | 9355 - Disrespecting The Maid |
| pornve.com | Brazzers | https://pornve.com/fvnmwfkwail0/Office_MILFs_Amy_Anderssen_And_Nikki_Benz.html | 7916 - School Sucks and So Do My Teachers |
| pornve.com | Brazzers | https://pornve.com/fvoybo12bv84/Katy_Jayne_-_Another_Marriage_Down_The_Drain.html | 10422 - Another Marriage Down The Drain |
| pornve.com | Brazzers | https://pornve.com/fw1vv353becu/Pools_Rules_-_Kayla_Green_Keiran_Lee.html | 8842 - Pool's Rules |
| pornve.com | Brazzers | https://pornve.com/fw59w9ulznej/DirtyMasseur_Skyla_Novea_An_Athletes_Touch_-_05_11_2016.html | 10290 - An Athlete's Touch |
| pornve.com | Reality Kings | https://pornve.com/fwk8yrdx6d5o/Amy_Anderssen_and_her_huge_tits_get_fucked_In_The_Office_-_720p.html | 12433 - Voluptuous Amy |
| pornve.com | Brazzers | https://pornve.com/fw8qnlhv8qw/Overnight_With_Stepmom_Part_One_-_Tara_Holiday_Danny_D.html | 9059 - Overnight With Stepmom: Part One |
| pornve.com | Reality Kings | https://pornve.com/fwuuq3qsp0x/StreetBlowJobs_Giselle_D_Ambrosio_-_Blow_It_Good_28_08_2016.html | 14670 - Blow It Good |
| pornve.com | Brazzers | https://pornve.com/fx00o7928ywy/bex_20_07_03_madison_ivy_and_jasmine_jae_tour_of_london_part_1_remastered.html | 4268763 - Tour Of London Part One: Remastered |
| pornve.com | Brazzers | https://pornve.com/fx1hx6ka8wn4/My_Friends_Fucked_My_Mom_Ryan_Conner.html | 10371 - My Friends Fucked My Mom! |
| pornve.com | Brazzers | https://pornve.com/fx1mmxjxycdg/Milfs_Like_It_Big_Romi_Rain_Trading_Sides_Part_2.html | 11092 - Trading Sides: Part 2 |
| pornve.com | Brazzers | https://pornve.com/fxqghpif4c39/TeensLikeItBig_Brazzers_Alaina_Dawson_Elsa_Jean_Piper_Perri_-_Teen_Honey_Trap.html | 9691 - Teen Honey Trap |
| pornve.com | Reality Kings | https://pornve.com/fy0bxj9uyfrg/EuroSexParties_Rebel_Lynn_Natasha_Starr_Rebel_Romp_-_28_07_16.html | 14827 - Rebel Romp |
| pornve.com | Brazzers | https://pornve.com/fy3dqj4ws9pz/Gianna_Nicole_Syren_de_mer_-_Threesome.html | 8205 - How to Make a Tart |
| pornve.com | Brazzers | https://pornve.com/fyc3ejk578yy/Die_Hardcore_1_Mia_Malkova.html | 11097 - Die Hardcore: Part 1 |
| pornve.com | Brazzers | https://pornve.com/fysnoylxlz82/Valentina_Nappi_Van_Wylde_Clutching_Her_Pearls.html | 2414030 - Clutching Her Pearls |
| | Brazzers | https://pornve.com/fz0ab3bi9pi7/_ass_mature_sexy_big_booty_white_girl_3529_9_188_plays_published_on_1_day_ago_download_ the_video_before_it_gets_deleted_category_anal_milf_tags_blonde_cow_girl_anal_tag_this_video_162_top_rated_porn_video_of_to day_.html | 8962 - Savoring Alena's Ass |
| pornve.com | Brazzers | https://pornve.com/fz3svzk61uqc/Brazzers_Lisas_pool_boy_toy_Brazzers_Milfs_Like_It_Big_2018_Lisa_Ann_Jordi_El_Nino_Polla _Brun.html | 2960395 - Lisa's Pool Boy Toy |
| pornve.com | Brazzers | https://pornve.com/fzaihom14rd9/The_Mischievous_Maid_Alessandra_Jane.html | 10983 - The Mischievous Maid |
| pornve.com | Brazzers | https://pornve.com/fzcs1ck06og/Brazzers_Big_Wet_Butts_Pumping_My_Pantyhose_Maddy_Oreilly.html | 11029 - Pumping My Pantyhose |
| pornve.com | Brazzers | https://pornve.com/fzk4u30niov4/Francesca_Le_-_Dreamy_Boobs.html | Mommy Got Boobs Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/fzpgo80bn8hp/Abbey_Brooks_Jillian_Janson_-_This_Is_How_You_Get_The_Job.html | 8650 - This Is How You Get The Job |
| pornve.com | Brazzers | https://pornve.com/fztpq5lfl6o/Sarah_Vandella_-_Working_The_Webcam.html | 9034 - Working The Webcam |
| pornve.com | Brazzers | https://pornve.com/fzxtsnimmwvy/DirtyMasseur_20_08_05_Havana_Ginger_Oiling_Up_Havana.html | 557166 - Oiling Up Havana |
| pornve.com | Brazzers | https://pornve.com/g02zf85ejmrb/Dont_Fuck_My_Son.html | 10252 - Get Well Poon |
| pornve.com | Brazzers | https://pornve.com/g0bustiprswy/Abigail_Mac_Fixing_For_A_Fix.html | 10593 - My Night With A Pornstar |
| pornve.com | Brazzers | https://pornve.com/g0n6xb2mwcpy/Brazzers_Fries_With_That_Fuck_Brazzers_Danny_D_Ella_Hughes_Kayla_Green_Milfs_Like_I t_Big_2017.html | 10727 - Fries With That Fuck |
| pornve.com | Brazzers | https://pornve.com/g0npf0badcsl/MilfsLikeItBig_Richelle_Ryan_Justin_Hunt_Christening_the_Cougar.html | 2417664 - Christening the Cougar |
| pornve.com | Brazzers | https://pornve.com/g0vt1obfvc81/August_Ames_-_She_Fucks_Her_Boss.html | 9510 - August Briefs Her Boss |
| pornve.com | Brazzers | https://pornve.com/g13mneowefus/Violet_Starr_No_Fucking_Spoilers.html | 11042 - No Fucking Spoilers! |
| pornve.com | Reality Kings | https://pornve.com/g14kn91hpk1v/Parker_Swayze_Play_House.html | 14731 - Play House |

| | | | | |
|---|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/g1rjvrxxf4dk/Brazzers_Nailed_It.html | 10691 - Nailed It | |
| pornve.com | Brazzers | https://pornve.com/g22umttvi55r/McKenzee_Miles_-_Fuck_The_Cops.html | 4521 - Fuck the Cops | |
| pornve.com | Reality Kings | https://pornve.com/g2cxhsilmhuc/Adriana_Chechik_Study_Break_16_Top_Rated_Porn_Video_Of_Today_43_Most_Played_Porn_Video_Of_Today_71_Top_Rated_Porn_Video_Of_Week.html | 15053 - Study Break | |
| pornve.com | Brazzers | https://pornve.com/g2m8r80h1kl2/Camryn_40First_contact41.html | 8497 - First Contact | |
| pornve.com | Brazzers | https://pornve.com/g33d1ir0pocu/Thanksgiving_Lay_Phoenix_Marie_Breanne_Benson_and_Alanah_Rae.html | 5208 - Thanksgiving Lay | |
| pornve.com | Brazzers | https://pornve.com/g36lb78ljof1/Abella_Danger_Kissa_Sins_-_Kissas_Ass_Is_In_Danger.html | 8693 - Abella's Ass Is In Danger | |
| pornve.com | Brazzers | https://pornve.com/g3b3twsqwldn/Rebecca_Moore_Brazzers_Poker_face.html | 2447574 - Poker Face | |
| pornve.com | Brazzers | https://pornve.com/g3dp6pakuczk/Brooke_Belle_-_Swish_Or_Strip.html | Big Tits In Sports Vol. 4 | |
| pornve.com | Brazzers | https://pornve.com/g3m32uj9da65/Bonnie_Rotten_-_Fucking_Through_The_Fourth_Wall.html | 2842843 - Fucking Through The Fourth Wall | |
| pornve.com | Brazzers | https://pornve.com/g3nba0l8p5nk/Allison_Moore_Hey_Hey_Um_Can_I_Get_That_Ring_Back.html | 6847 - Last Call for Cock and Balls | |
| pornve.com | Reality Kings | https://pornve.com/g3nxxcq3lm5d/StreetBlowJobs_Rogue_Angel_-_Down_On_The_Dick_07_08_2016.html | 14641 - Down On The Dick | |
| pornve.com | Brazzers | https://pornve.com/g3vg2gbazy8i/Brazzers-_1800_Phone_Sex_Line_6.html | 11105 - 1 800 Phone Sex: Line 6 | |
| pornve.com | Brazzers | https://pornve.com/g465zofo1uj2/Shyla_Stylez_-_The_Oralfice.html | Big Tits At Work Vol. 8 | |
| pornve.com | Brazzers | https://pornve.com/g477mfha2fdc/Eating_Out_For_Thanksgiving_Ryan_Keely.html | 3768108 - Eating Out for Thanksgiving | |
| pornve.com | Brazzers | https://pornve.com/g49lprwo9om5/A_Guilty_Conscience_Brazzers.html | 9181 - A Guilty Conscience | |
| pornve.com | Brazzers | https://pornve.com/g4ebsuzt2skr/Moms_In_Control_5_Scene_6Cherie_Deville_Molly_Jane__Danny_D.html | 8939 - A Movie Date Dicking | |
| pornve.com | Brazzers | https://pornve.com/g4jdvflzjdqa/Brazzers_-_Plump_Pantyhose_Brazzers_Big_Wet_Butts_Kagney_Linn_Karter_Jordi_El_Nino_Polla_Big_Tit.html | 10529 - Plump Pantyhose | |
| pornve.com | Brazzers | https://pornve.com/g4mkp4qze6tu/Brazzers_Live_-_32.html | 9739 - BRAZZERS LIVE 32: HARDCORE FLEX | |
| pornve.com | Reality Kings | https://pornve.com/g4mx922vd264/Mary_Jean_Little_Fuck_Mary_Jeann_Slingshot_Big_Ass_Big_Tits_Slingbikini_Little_Fuck_Of_Black_Girl.html | 13239 - Exotic Mary | |
| pornve.com | Brazzers | https://pornve.com/g4y8mcjjc0jm/angelina_valentine.html | 5646 - I Dream Of Anal | |
| pornve.com | Brazzers | https://pornve.com/g52x41c3pznb/PornstarsLikeItBig_Abigail_Mac.html | 9276 - Good Fuck For You | |
| pornve.com | Brazzers | https://pornve.com/g53k0vse3j99/Luna_Lain_Raven_Hart_-_Good_Taste.html | 11149 - Good Taste | |
| pornve.com | Brazzers | https://pornve.com/g54sfvagco8s/Chloe_Reese_Ryder_Francesca_Le_-_Big_Bone_Bonanza.html | 5943 - Big Bone Bonanza | |
| pornve.com | Brazzers | https://pornve.com/g5ani61yd31y/Bwb_Jynx_M4ze.html | 8606 - Sweet Latina Culo | |
| pornve.com | Brazzers | https://pornve.com/g5f441e3we3c/Jessica_Jaymes_London_Keyes_-_Masseuse_Muff_Munchers.html | 5966 - Masseuse Muff Munchers | |
| pornve.com | Brazzers | https://pornve.com/g53v538v9ld/Brazzers_-_Lela_Star_Creampie_Diaries_Part_1.html | 2847273 - Creampie Diaries: Part 1 | |
| pornve.com | Brazzers | https://pornve.com/g5vori56s5yv/Joslyn_James_-_Bound_To_Cum_On_Your_Tits.html | 6066 - Bound To Cum On Your Tits | |
| pornve.com | Brazzers | https://pornve.com/g67zgrf2tf7c/Samantha_Saint_-_Cup_Of_Ho.html | 5704 - Cup of Ho | |
| pornve.com | Brazzers | https://pornve.com/g69ythpcegkd/Brazzers_-_Horny_schoolgirl_Brooke_Wylde_takes_on_2_cocks_.html | 9776 - A Juggling Sex Act | |
| pornve.com | Brazzers | https://pornve.com/g69ui0prk1iz/Hot_teens_girls_enjoying_hard_sex_with_a_big_dick.html | 3109351 - Hot & Horny Homewreckers | |
| pornve.com | Brazzers | https://pornve.com/g69ym55fqfwd/Mommy_Got_Boobs_Dayton_Rains_Bill_Bailey_Her_BFs_A_Mother_Fucker.html | 9001 - Her BF's A Mother Fucker | |
| pornve.com | Reality Kings | https://pornve.com/g6h17ur81qsx/Abella_Danger_Dont_Bring_Your_Husband_To_The_Salon.html | 3151677 - Dont Bring Your Husband To The Salon | |
| pornve.com | Brazzers | https://pornve.com/g6j84o118m3/Kayla_Green_Tits_Thighs_And_Office_Supplies.html | 11043 - Tits Thighs And Office Supplies | |
| pornve.com | Brazzers | https://pornve.com/g6uuqzr3drsn/Jenaveve_Jolie_-_Sauce_The_Boss.html | 5640 - Sauce the Boss | |
| pornve.com | Brazzers | https://pornve.com/g77pouboixg/Isis_Love_Victoria_Valentina_-_Plant_Me_A_Big_Dick.html | 4741 - Plant Me A Big Dick | |
| pornve.com | Brazzers | https://pornve.com/g78b8vfh8ii6/Casca_Akashova_-_All_Dolled_Up_Beauty_Queen_Edition.html | 3983709 - All Dolled Up: Beauty Queen Edition | |
| pornve.com | Brazzers | https://pornve.com/g7by3rw0mmka/Emma_Starr_-_Pretty_Theft.html | 2842553 - Pretty Theft | |
| pornve.com | Brazzers | https://pornve.com/g7iwh56yc6g2/Anal_Brunette_MILF_ASS_Latina_Interracial_Ebony_BBW_Best_Fetish_Groupsex.html | 8318 - Nocturnal Activities | |
| pornve.com | Brazzers | https://pornve.com/g7qbyvmv3lej/Jayden_Jaymes_Shyla_Stylez_-_A_Fantastic_Fan.html | 6613 - A Fantastic Fan | |
| pornve.com | Brazzers | https://pornve.com/g7s2geirjp6h/Nicolette_Shea_-_Im_Sensitive.html | 3110733 - I'm Sensitive | |
| pornve.com | Brazzers | https://pornve.com/g7th49dgjy25/Ivy_Lebelle_Bill_Bailey_Fasshionably_Late.html | 11217 - Fasshionably Late | |
| pornve.com | Brazzers | https://pornve.com/g7utbo31s233/Madison_Fox_-_Slutty_Shopper.html | 7206 - Slutty Shopper | |
| pornve.com | Brazzers | https://pornve.com/g7wrrkj5gwxe/Nikky_Dream_-_Walled_And_Balled.html | 2892880 - Walled And Balled | |
| pornve.com | Brazzers | https://pornve.com/g7x1mucv3hy0/its_the_last_day_of_the_convention_and_bill_has_accepted_hell_be_forever_alone_only_when_he_looks_up_from_his_stupid_smart_phone_game_he_realizes_the_amazing_japanese_export_standing_right_in_front_of_him_ayumi_kase.html | 10519 - Otaku Orgasm | |
| pornve.com | Brazzers | https://pornve.com/g82aoyyq0ezj/Pussy_or_Anal_A_ZZ_Clinical_Study_Ryan_Conner_Charles_Dera_Ramon.html | 9546 - Pussy or Anal? A ZZ Clinical Study | |
| pornve.com | Brazzers | https://pornve.com/g83hf1srm30j/Amber_Chase_-_Almost_Perfect_Girlfriend.html | 9801 - Almost Perfect Girlfriend | |
| pornve.com | Brazzers | https://pornve.com/g8651vp9do6a/Fuck_Me_Earthling_-_Eva_Parcker_Tiffany_Doll_Danny_D.html | 9024 - Fuck Me Earthling | |
| pornve.com | Brazzers | https://pornve.com/g8j1h1h0w3v4/Alura_Jenson_Sneaky_MILF_Sucks_In_The_Theater_Anal_MILF.html | 8604 - Sneaky MILF Sucks In The Theater | |
| pornve.com | Reality Kings | https://pornve.com/g8latsnqbcnu/Shower_Without_Your_Mommy_Bad_Idea_Eva_Karera_Shae_Summers.html | 12734 - Oral Instruction | |
| pornve.com | Brazzers | https://pornve.com/g8rd1ab0vlzy/Feet_Fanatics_-_Dani_Jensen_Janice_Griffith_Veruca_James.html | 8622 - Feet Fanatics | |
| pornve.com | Brazzers | https://pornve.com/g8t9w6ojwrqj/Pornstars_Like_It_Big_Mia_Malkova_2015.html | 8579 - First Comes Love Then Comes Anal | |
| pornve.com | Brazzers | https://pornve.com/g8yn73iw5a2/2020_08_01_Unforgettable_Ride_Day_WithA_Pornstar_Alexis_Fawx.html | 3924284 - Day With A Pornstar: Alexis Fawx | |
| pornve.com | Brazzers | https://pornve.com/g9gd7ru6ejzm/Angela_White_The_Magician_Ass_Istant.html | 11082 - The Magician's Ass-istant | |
| pornve.com | Reality Kings | https://pornve.com/g9grpepfsql5/Dani_Jensen_Nerdy_Redhead_Assistant_MILF_Hunter.html | 15052 - My Nerdy Assistant | |
| pornve.com | Brazzers | https://pornve.com/g9mc4gz6moh2/RayVeness_-_When_Cougars_Attack.html | 4507 - When Cougars Attack | |
| pornve.com | Brazzers | https://pornve.com/g9yj3mfjrcd3/aleta_ocean_bib_boobs.html | 5300 - Tail Mail | |
| pornve.com | Reality Kings | https://pornve.com/ga060t9zlza4/Money_Talks_dong_riders_big.html | 7857 - Dong Riders | |
| pornve.com | Reality Kings | https://pornve.com/ga943b7z06x8/CumFiesta_17_02_28_Hailey_Little_Big_And_Little_XXX_-KTR.html | 15303 - Big And Little | |
| pornve.com | Reality Kings | https://pornve.com/gade91kur2v9/H0t_Bu5h_14_D4nira_L0ve.html | 12967 - Hair Pie | |
| pornve.com | Brazzers | https://pornve.com/gah2vw128fxh/A_Piece_of_Jasmine_Jaes_Ass_.html | 9145 - A Piece of Jasmine Jae's Ass | |
| pornve.com | Brazzers | https://pornve.com/gb1fo8aw9vfb/Ariella_Ferrera_Sienna_West_-_Dick_Rush.html | 4450 - Dick Rush | |

| | | | | |
|---|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/gb33voqipat7/Hot_Asian_milf_katsuni_get_fucked_by_sins.html | 5489 - Baise-Moi Johnny! |
| pornve.com | Brazzers | https://pornve.com/gbc05r9fpk3o/Ashton_Blake_Fuck_My_Pussy_Not_My_Daughters_-_720p.html | 8745 - Fuck My Pussy Not My Daughter's |
| pornve.com | Brazzers | https://pornve.com/gbdionvtdpci/BRAZZER_DoctorAdventures_Nikki_Benz_And_Briana_Banks.html | 10179 - Dick Stuck In Fleshlight |
| pornve.com | Brazzers | https://pornve.com/gbhp9smhqjh7/Phoenix_Marie_Jayden_Cole_Stuck_With_Her_Pussy_Out_22_10_2020_Lesbian_Milf_BigTits.html | 4419544 - Stuck With Her Pussy Out |
| pornve.com | Brazzers | https://pornve.com/gbhqv6am8rzf3/Mellanie_Monroe_-_Office_Snatch.html | 6397 - Office Snatch |
| pornve.com | Brazzers | https://pornve.com/gbmgm8rdd1kd/Monique_Alexander_gets_anal_banged_in_2016_-_Monique_s_Secret_Spa.html | 10125 - Monique's Secret Spa: Part 3 |
| pornve.com | Brazzers | https://pornve.com/gborjnimb86/Ariana_Marie_-_She_Needs_A_Strong_Male_Presence.html | 8636 - She Needs a Strong Male Presence |
| pornve.com | Reality Kings | https://pornve.com/gc42o8cfcvp1/Best_New_Alexis_Fawx_And_Cyrstal_Rrae_720p.html | 14270 - Tempting Crystal |
| pornve.com | Brazzers | https://pornve.com/gc5f6a583965/Jayden_Jaymes_-_Topless_Tuesdays.html | Big Tits At Work Vol. 8 |
| pornve.com | Brazzers | https://pornve.com/gcag6d6dzq6w/Phoenix_Marie_-_Anal_Queen_Escort.html | 10637 - Anal Queen Escort |
| pornve.com | Reality Kings | https://pornve.com/gcb00oszbi1s/Katana_Can_Dance.html | 2572080 - Katana Can Dance |
| pornve.com | Brazzers | https://pornve.com/gccez7cmr08c/Baby_Got_Boobs_-_Marsha_May_Big_Oily_Boobs_A-bouncing.html | 8534 - Big Oily Boobs A-bouncing! |
| pornve.com | Brazzers | https://pornve.com/gcf007tdq33/TeensLikeItBig_Elektra_Rose_40Stay_Away_From_My_Step_Daughter41.html | 8913 - Stay Away From My Step-Daughter |
| pornve.com | Brazzers | https://pornve.com/gckr8wgjngii/Sheena_Ryder_-_Yeehaw_My_Asshole.html | 8217 - Yeehaw My Asshole |
| pornve.com | Brazzers | https://pornve.com/gcvxdzhkgyhz/Brazzers-Jesse_Jane_Keiran_Lee_Midnight_Sneak.html | 3403597 - Midnight Sneak |
| pornve.com | Brazzers | https://pornve.com/gdg0we4naoxa/Lisa_Ann_Mick_Blue_MILF_Perfection_S2.html | 7859 - The Goddess of Big Dick |
| pornve.com | Brazzers | https://pornve.com/gdgofe42qdfj/Karlee_Grey_-_Fifty_CC's_Of_Cum.html | 9408 - Fifty CC's Of Cum |
| pornve.com | Reality Kings | https://pornve.com/gdij40jcehak/FirstTimeAuditions_RealityKings_Zaya_Cassidy_-_Cock_Captive.html | 14101 - Cock Captive |
| pornve.com | Brazzers | https://pornve.com/gdnk5vmbqyna/_BOUNCE_A_PAWG_TWERK_FUCK_AND_CUMSHOT_COMPILATION.html | 9903 - El Gran culo de Bella |
| pornve.com | Brazzers | https://pornve.com/gdzxps8gmrdk/BrazzersExxtra_Abigail_Mac_Sensual_Seduction.html | 3171829 - Sensual Seduction |
| pornve.com | Brazzers | https://pornve.com/ge30eogi9mv4/My_Landlords_Wet_Ass_Pussy_Brazzers.html | 4419489 - My Landlord's Wet Ass Pussy |
| pornve.com | Brazzers | https://pornve.com/ge31vmufbyhu/Joanna_Angel_Ricky_Johnson_-_Is_He_Gonna_Cheat_Again_-_Brazzers_Exxtra_-_Brazzers.html | 3359606 - Is He Gonna Cheat Again? |
| pornve.com | Brazzers | https://pornve.com/ge4ztnsnzfps/Mia_Malkova_-_Stretch_My_Ass.html | 7972 - Stretch My Ass |
| pornve.com | Brazzers | https://pornve.com/gebdav27pmz3/Nicki_Hunter_-_Sorority_Sex_House.html | 6787 - Sorority Sex House |
| pornve.com | Brazzers | https://pornve.com/gernkndv33p08/Alura_TNT_Jenson_-_Pick_Up_Pussy.html | 6945 - Pick Up Pussy |
| pornve.com | Brazzers | https://pornve.com/gewuc0lveehc/Texas_Patti_-_Mommys_Got_Some_Bazookas.html | 2638883 - Mommy's Got Some Bazookas |
| pornve.com | Brazzers | https://pornve.com/gf4jo3hsqaul/Parker_Swayze_-_Expose_Yourself_To_MILFS.html | 9637 - Expose Yourself to MILFS |
| pornve.com | Brazzers | https://pornve.com/gf8xnz6fhbyw/August_Ames_Pussy_Fever.html | 9530 - Pussy Fever |
| pornve.com | Brazzers | https://pornve.com/gfdf8mj2veko/Abbey_Lee_Brazil_Valentina_Nappi_Battle_of_the_Stockings.html | 9161 - Battle of the Stockings |
| pornve.com | Brazzers | https://pornve.com/gffzxmejem5h/Madison_Ivy_and_Jasmine_Jae_-_Tour_Of_London_Part_One.html | 8561 - Tour Of London Part One |
| pornve.com | Brazzers | https://pornve.com/gfgud8bmznqn/Tia_Layne_-_MILF_Hates_Mess.html | 6332 - MILF Hates Mess |
| pornve.com | Brazzers | https://pornve.com/gfp1pqoqvdnz/Nikki_Benz_-_Day_With_A_Pornstar.html | 9395 - Day With a Pornstar: Nikki |
| pornve.com | Reality Kings | https://pornve.com/gfs30lyj0vcg/Darcie_Dolce_Lena_Paul_-_Back_To_School.html | 1921844 - Back To School |
| pornve.com | Reality Kings | https://pornve.com/gfuo552ko8qd/Diamond_Foxxx_Mi_Ha_Doan_-_Shower_Rules_Reminder.html | 2953391 - Shower Rules Reminder |
| pornve.com | Brazzers | https://pornve.com/gg850dd1hco7/Savannah_Sixx_Seth_Gamble_-_Prettier_In_Pink_-_Baby_Got_Boobs_-_Brazzers.html | 3648679 - Prettier In Pink |
| pornve.com | Brazzers | https://pornve.com/gg8lgfq50p4e/Katie_Kox_-_Thats_How_We_Treat_Volunteers.html | 3890 - That's How We Treat Volunteers! |
| pornve.com | Brazzers | https://pornve.com/ggg4xr6xwj3b/Blonde_Anal_No_Hole_On_Jillian_Is_The_Wrong_Hole.html | 10284 - Up The Wrong Hole |
| pornve.com | Brazzers | https://pornve.com/ggk6ceh6n9w0/MomsInControl_Brazzers_Alli_RaeDevon_40Happy_Stepmothers_Day41.html | 8935 - Happy Stepmothers Day |
| pornve.com | Brazzers | https://pornve.com/ggljxt3nbsg/Julia_De_Lucia_Is_Following_Doctors_Orders_Anal-ysis.html | 10563 - Psycho Anal-ysis |
| pornve.com | Brazzers | https://pornve.com/ggyb6zf8b91n/MommyGotBoobs_14_08_18_Leigh_Darby_Nocturnal_Activities_XXX_SD.html | 8318 - Nocturnal Activities |
| pornve.com | Brazzers | https://pornve.com/gh4x0jfir9b5/BigButtsLikeItBig_-_Abella_Danger_Abella_Bets_Her_Butt.html | 9505 - Abella Bets Her Butt |
| pornve.com | Brazzers | https://pornve.com/gh7s5li43od1/Ayda_Swinger_Romi_Rain_Queen_Of_Thrones_Part_3_A_XXX_Parody_ZZSeries.html | 10508 - Queen Of Thrones: Part 3 |
| pornve.com | Brazzers | https://pornve.com/gh9jpxvctlw/Keira_Croft_Mick_Blue_-_Keiras_Ass_Craves_Cock_-_Big_Wet_Butts_-_Brazzers.html | 3960044 - Keira's Ass Craves Cock |
| pornve.com | Brazzers | https://pornve.com/ghs820b6mue8/_Try_Before_You_Buy_Hot_Latina_Megan_Salinas_Gets_Dominated_by_Customer_.html | 7576 - Try Before You Buy |
| pornve.com | Reality Kings | https://pornve.com/ghxh1w1edjuh/Big_Tits_Boss_25_2015_Part_2.html | 11758 - Juicy Job |
| pornve.com | Brazzers | https://pornve.com/gi82ccu8ylug/Kat_Dior_-_Nailed_In_Nylons.html | 3042376 - Nailed In Nylons |
| pornve.com | Brazzers | https://pornve.com/gipyjvajz70v/Paige_Owens_-_Cumming_Of_Age_Anal.html | 3768302 - Cumming Of Age Anal |
| pornve.com | Brazzers | https://pornve.com/giqo2afme4mk/Nicolette_Shea_-_A_Night_In_Nicolette.html | 3110566 - A Night in Nicolette |
| pornve.com | Brazzers | https://pornve.com/gj78cl1lo3do/Sex_fighter_Chun-li_Cammy.html | 10019 - Sex Fighter: Chun Li vs. Cammy |
| pornve.com | Brazzers | https://pornve.com/gj7cps0spgtg/_A_Glass_of_Bubbly_Butt_-_Brazzers_.html | 9576 - A Glass of Bubbly Butt |
| pornve.com | Brazzers | https://pornve.com/gj9uyehu17g/Brazzers_-_Lucky_hung_dude_fucks_a_female_cop_.html | 8442 - The Crossing |
| pornve.com | Brazzers | https://pornve.com/gjibdckvog3/Fira_Ventura_Leigh_Darby_are_Moms_Who_can_take_Control.html | 10312 - Sneaky Slut Needs To Learn |
| pornve.com | Brazzers | https://pornve.com/gjl0dyh6avqx/HotAndMean_Ariella_Ferrera_Cecilia_Lion_Sneaking_Out_Sneaky_Sex.html | 3159585 - Sneaking Out Sneaky Sex |
| pornve.com | Brazzers | https://pornve.com/god16556zag/BrazzersExxtra_-_Brazzers_-_Lela_Star_Markus_Dupree_Lela_Pays_Her_Dues.html | 2655108 - Lela Pays Her Dues |
| pornve.com | Brazzers | https://pornve.com/gjoz1xk791rs/Courtney_Cummz_Dakota_James_My_Stepmom_Is_A_Hooker-.html | 8756 - My Stepmom Is A Hooker |
| pornve.com | Brazzers | https://pornve.com/gk12hx2qqab3/Nicole_Aniston_Peta_Jensen_-_Game_Night_Shenanigans.html | 10154 - Game Night Shenanigans |
| pornve.com | Brazzers | https://pornve.com/gk439nwbz4y4/Riley_Evans_-_All_You_Need_Is_Lube.html | 5254 - All you need is Lube |
| pornve.com | Brazzers | https://pornve.com/gk68mtba0lx4/Lisa_Ann_Anal_Oiled.html | 4822 - Fuck Stop Telephoning Me |
| pornve.com | Reality Kings | https://pornve.com/gkbwlt9ka5h6e/Attractive_MILF_Brandi_Love_Joins_A_Lusty_Threesome_Sex_Party.html | 7737 - Fun To Fondle |
| pornve.com | Brazzers | https://pornve.com/gkkpaa5dl7bc/Ariella_Ferrera_Nicolette_Shea_-_Parent_Teacher_Cumference.html | 2340028 - Parent Teacher Cumference |
| pornve.com | Brazzers | https://pornve.com/gkql3l8wxczr/tlib_alessa_savage_ap011416_720p_8000.html | 9435 - Renter's Pussy |
| pornve.com | Reality Kings | https://pornve.com/gkulld7ceo6r/Moms_Bang_Teens_9_Moms_And_Hot_Daughters_Moms_Threesomes_Dakota_Cherie_Melanie_Monroe_Kendra_Lust_Sara_Luvv_Jessa_Rhodes_Jennifer_Best_Dakota_Cherie_Amd_Melanie_Monroe.html | 12374 - Luvv To Love Ya |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/gkvx75kvd122/Tanya_Tate_-_Real_Estate_Sells.html | 5994 - Real Estate Sells ! |
| pornve.com | Brazzers | https://pornve.com/gkx55m0watac/Skyla_Novea_-_An_Athletes_Touch.html | 10290 - An Athlete's Touch |
| pornve.com | Brazzers | https://pornve.com/gkydu8vdmlzh/Amy_Brooke_-_Courtney_Taylor_-_Bitchcraft_Jizzardry.html | 5980 - Bitchcraft & Jizzardry |
| pornve.com | Brazzers | https://pornve.com/gl33on85d98z/Ricki_Raxxx_-_Teach_Me_How_To_Hold_A_Hard_Bat.html | Brazzers Big Tits In Sports #3 |
| pornve.com | Brazzers | https://pornve.com/gl8ds10n9wr0/Darling_Danika_Your_Darling_Stepmom.html | 8371 - Your Darling Stepmom |
| pornve.com | Brazzers | https://pornve.com/gl8gvo31i1tr/Brazzers_-_MacBoober.html | 4869 - MacBoober |
| pornve.com | Brazzers | https://pornve.com/gl8oqx6r6ye3/_Brazzers_-_One_In_the_Pink_Under_The_Sink_.html | 9709 - One In the Pink_Under The Sink |
| pornve.com | Brazzers | https://pornve.com/gl9a0z87xtb1/Lisa_Ann_The_Anal_Goddess_Of_Big_Dick.html | 7859 - The Goddess of Big Dick |
| pornve.com | Brazzers | https://pornve.com/glgwimra5hy3/Charles_Dera_Halle_Hayes_Trying_On_Pantyhose.html | 4419363 - Trying On Pantyhose |
| pornve.com | Brazzers | https://pornve.com/glkx6jcvg071/Brazzers_House_Episode_Four_Bonus_Phoenix_Marie_Tory_Lane_Keiran_Lee.html | 8707 - Brazzers House Episode Four Bonus |
| pornve.com | Brazzers | https://pornve.com/glltiwaioztn/Brandi_Love_-_Doctors_Orders.html | 8047 - Doctor's Orders |
| pornve.com | Brazzers | https://pornve.com/glmx6xt0e4kn/PornstarsLikeItBig_Madison_Ivy_Open_Up_For_Love.html | 3170692 - Open Up For Love |
| pornve.com | Brazzers | https://pornve.com/glncsmr6ltol/Rachel_Starr_Surprise.html | 9095 - Rachel Starr Surprise |
| pornve.com | Brazzers | https://pornve.com/glo0n8ufg3ji/ogling_in_the_office_lisa_ann_ava_addams.html | 9555 - The Dick Doctor |
| pornve.com | Brazzers | https://pornve.com/gltg9yiigo2a/Kerry_Louise_-_Kerrys_Casting_Couch.html | 4795 - Kerry's Casting Couch |
| pornve.com | Brazzers | https://pornve.com/gm2q25xqh596/_Making_Up_For_Lost_Time_-_Brazzers_.html | 9621 - Making Up For Lost Time |
| pornve.com | Brazzers | https://pornve.com/gmh31b9kr145/Gia_Paige_Tory_Lane_-_Disrespecting_The_Maid.html | 9355 - Disrespecting The Maid |
| pornve.com | Brazzers | https://pornve.com/gmfgiafhoq33/beth_gives_you_what_you_wanted.html | 4419466 - Francys Gets Wet In Yoga Pants |
| pornve.com | Brazzers | https://pornve.com/gmjvhmklpdld/Richelle_Ryan_-_Affair_With_A_Doctor.html | 8397 - Affair With A Doctor |
| pornve.com | Brazzers | https://pornve.com/gmm4du17k68r/BigWetButts_Harley_Jade_The_Butt_Ballet_-_30_11_2016.html | 10302 - The Big Butt Ballet |
| pornve.com | Reality Kings | https://pornve.com/gmr5oz3gbc1a/Veronica_Radke_-_Sweet_Veronica.html | 8727 - Sweet Veronica |
| pornve.com | Brazzers | https://pornve.com/gmvicd1o2icn/Alison_Tyler_-_Your_Sons_a_Fuck_Up_-_Brazzers.html | 9135 - Your Son's a Fuck Up |
| pornve.com | Brazzers | https://pornve.com/gn1xumfi90xa/Sara_Jay_-_Principal_Photography.html | 9633 - Principal Photography |
| pornve.com | Brazzers | https://pornve.com/gn7yq0sds043/Dani_Daniels_And_Nikki_Benz_1_Masaje.html | 10034 - Let's Get Facials 2 |
| pornve.com | Brazzers | https://pornve.com/gnezio9806at/Brittany_Andrews_Xander_Corvus_-_Mixed_Message_Mailboy_-_Big_Tits_At_Work_-_Brazzers.html | 2945922 - Mixed Message Mailboy |
| pornve.com | Brazzers | https://pornve.com/gnh6mkmvl73z/Breanna_Sparks_-_Teaching_The_Professor_A_Lesson.html | 7573 - Teaching the Professor a Lesson |
| pornve.com | Brazzers | https://pornve.com/gni6ynro2m2d/Cathy_Heaven_Mea_Melone_-_An_Open_Minded_Marriage.html | 9303 - An Open Minded Marriage |
| pornve.com | Brazzers | https://pornve.com/gobeku4c5fzw/DirtyMasseur_19_07_14_Marley_Brinx_Stay_Focused_XXX_SD.html | 3609653 - Stay Focused! |
| pornve.com | Brazzers | https://pornve.com/gobj3lk4iukp/The_Brazzers_Halftime_Show_-_1.html | 9575 - Halftime Show |
| pornve.com | Brazzers | https://pornve.com/gof7qlsddjc2/blonde_blowjob_big_tits_ass_big_dick_deep_throat_babe_brandi_love_desperate_for_v_dick_day.html | 10376 - Desperate For V-Day Dick |
| pornve.com | Brazzers | https://pornve.com/gonajkhmy5a1/Paige_Delight_-_Splooger.html | 7256 - Splooger |
| pornve.com | Brazzers | https://pornve.com/gp1cipep1k4o/Audrey_Bitoni_Eva_Angelina_Mikayla_-_Lesson_To_Fill.html | Pornstars Like it Big Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/gp3a4amibvgg/Dolly_Leigh_Lauren_Phillips_-_Good_Things_Cum_In_Small_And_Big_Packages.html | 10446 - Good Things Cum in Small and Big Packages |
| pornve.com | Brazzers | https://pornve.com/gp5hcftv5r3b/Candice_Dare_-_Candices_Double_Doggy_Dare.html | 8375 - Candice's Double Doggy Dare |
| pornve.com | Brazzers | https://pornve.com/gpiko3yimyrv/Going_In_Blind_Brazzers_2018_-_Ella_Hughes_Gina_Valentina_Preston_Parker_Brazzers_Exxtra.html | 2587709 - Going In Blind |
| pornve.com | Brazzers | https://pornve.com/gpk3lotd39me/brazzers_live_33.html | 9740 - BRAZZERS LIVE 33: MILF KNOWS BEST |
| pornve.com | Brazzers | https://pornve.com/gptjggo9t6w/BigTitsAtWork_Lennox_Luxe_40The_Whole_Package_-_26_10_201641.html | 10196 - The Whole Package |
| pornve.com | Brazzers | https://pornve.com/gptltrz29y8o/Janine_Lindemulder_from_Pornstars_Like_it_Big.html | 4494 - Summoning The Big Cocks |
| pornve.com | Brazzers | https://pornve.com/gpxbry2zrtzr/Alura_TNT_Jenson_-_Pork_Me_-_1.html | 7994 - Pork Me |
| pornve.com | Brazzers | https://pornve.com/gpzjyqltow31/Ariella_Ferrera_Jordi_El_Nio_Polla_-_Male_Order_Bride_-_Milfs_Like_It_Big_-_Brazzers.html | 2927877 - Male Order Bride |
| pornve.com | Brazzers | https://pornve.com/gq92760p70vj/Nina_Elle_-_Hot_Mom_Swims.html | 10235 - Hot Mom Swims |
| pornve.com | Brazzers | https://pornve.com/gqy7qrzbnd5n/MomsInControl_Alena_Croft_Kristen_Scott_Doing_The_Dirty_Work_-_03_12_2016.html | 10354 - Doing The Dirty Work |
| pornve.com | Reality Kings | https://pornve.com/gr0erauvawuc/Alena_Croft_Kristen_Scott_ZZ_New.html | 10354 - Doing The Dirty Work |
| pornve.com | Reality Kings | https://pornve.com/grlnsw64ugug/All_Good_New_Suzy_Rainbow_And_Carolina_Vogue.html | 14825 - Fresh Ass |
| pornve.com | Reality Kings | https://pornve.com/grlx99nlyyhd/Kirsten_Lee_Slip_It_In_2S2.html | 14386 - Eat The Meat |
| pornve.com | Reality Kings | https://pornve.com/grnmduhod1v7/RoundAndBrown_Pool_Hall_Twerk_Moriah_Mills_JMac_Huge_Tits_Big_Butt_Ebony_Black_Girl_White_Gu.html | 1900733 - pool_hall_twerk |
| pornve.com | Reality Kings | https://pornve.com/grrps59arx7r/2017_New_Nikki_Capone.html | 15203 - Capones Vag |
| pornve.com | Brazzers | https://pornve.com/gs1u8g0sg5oz/Remy_LaCroix_-_Surprise_Visit.html | 7223 - Surprise Visit |
| pornve.com | Brazzers | https://pornve.com/gs45sn3ll6ti/Alexis_Monroe_-_American_Slut.html | 7402 - American Slut |
| pornve.com | Brazzers | https://pornve.com/gs9m5z3zim0d/Stephanie_West_Xander_Corvus_-_Some_Quality_Room_Service_-_Real_Wife_Stories_-_Brazzers.html | 3364024 - Some Quality Room Service |
| pornve.com | Brazzers | https://pornve.com/gsj5eusxsyjj/Mia_Malkova_-_Family_Business.html | 7800 - Family Business |
| pornve.com | Brazzers | https://pornve.com/gsowovjce7l7/Alanah_Rae_-_A_Night_In_The_Hole.html | 6005 - A Night In The Hole |
| pornve.com | Brazzers | https://pornve.com/gstx7o1ajos8/Kayla_Kayden_is_Dripping_Wet.html | 8347 - Kayla Kayden is Dripping Wet |
| pornve.com | Brazzers | https://pornve.com/gsvzalac03il/Brazzers_-_Blonde_teen_Kylie_Page_gets_turned_on_and_fucks_her_teacher_.html | 10135 - Math Can Be Stimulating |
| pornve.com | Brazzers | https://pornve.com/gt3xdovamymj/The_Last_Dick_On_Earth_-_Anna_Bell_Peaks_Nicole_Aniston_Rachel_Starr_.html | 9471 - The Last Dick On Earth |
| pornve.com | Brazzers | https://pornve.com/gt3zai09xfjp/tlib_teanna_trump_vl040115_480p_1000.html | 8929 - We're Just Wrestling_Mom |
| pornve.com | Reality Kings | https://pornve.com/gtavrcnc3mxz/Jessie_Rogers_Anal.html | 8548 - Juicy Jessie |
| pornve.com | Brazzers | https://pornve.com/gtrly00j96bm/Gabriella_Paltrova_-_How_Rough_Does_She_Want_It.html | 8776 - How Rough Does She Want It? |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/gtrupj22ed5b/Katy_Jayne_-_Fix_My_Computer_Then_Fuck_My_Pussy.html | 10629 - Fix My Computer_Then Fuck My Pussy! |
| pornve.com | Brazzers | https://pornve.com/gtsjgs64522o/_Brazzers_-_Big_tit_milf_Rhylee_Richards_fucks_hard_in_her_army_uniform_.html | 7214 - Camo All Over Her Tits |
| pornve.com | Brazzers | https://pornve.com/gtyfkr8ma9rx/Spanking_My_Best_Friends_Mom_Brazzers.html | 10597 - Spanking My Best Friend's Mom |
| pornve.com | Brazzers | https://pornve.com/gtyi1uu55ut7/Putlockers_cc_Victoria_Cakes_Fuck_You.html | 4420005 - Fuck Your Earphones! |
| pornve.com | Brazzers | https://pornve.com/gu0rwko18dt0/Jessica_Jaymes_-_Whore_Games.html | 5828 - Whore Games |
| pornve.com | Brazzers | https://pornve.com/gu5ga57rwp80/Adriana_Chechik__Gabriella_Paltrova_-_Deep_In_Love_With_Her_Fist.html | 8644 - Deep In Love With Her Fist |
| pornve.com | Reality Kings | https://pornve.com/gu7lnsbbtn8p/BadTowTruck_Iggy_Come_On_Man.html | 13951 - Come On Man |
| pornve.com | Brazzers | https://pornve.com/gucoyuaup47v/Cock_Sticks.html | 8139 - Cock-Sticks |
| pornve.com | Reality Kings | https://pornve.com/gudacgwsa3ph/Published_On_72_Minutes_Ago_Category_Ass_Tags_Ass_Cassydi_Banks.html | 14812 - Bad Secretary |
| pornve.com | Brazzers | https://pornve.com/guhnej1v8owm/Paid_In_Full_Keiran_Lee__Chloe_Amour_Brazzers.html | 10228 - Paid In Full |
| pornve.com | Brazzers | https://pornve.com/gv36ud9y33d4/Misty_Vonage_-_Anything_To_Save_Your_Marriage.html | MILFS Like It Big Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/gv6igkwxhrxu/Kendall_Karson__Raven_Bay_-_Prom_Whore_Wars_-_Part_3.html | 8223 - Prom Whore Wars : Part Three |
| pornve.com | Brazzers | https://pornve.com/gvc2pey2nxyk/_Brazzers_-_Big_tit_Chanel__Kortney_compete_for_the_slut_champion_.html | 6665 - Rack Racers |
| pornve.com | Brazzers | https://pornve.com/gvjywlxhhhuc/BrazzersExxtra_19_08_16_Rachel_Starr_and_Desiree_Dulce_Getting_Ahead_XXX.html | 3456433 - Getting Ahead |
| pornve.com | Reality Kings | https://pornve.com/gw5vwn82arh2/Realitykings__8th_Street_Latinas__The_Dishes_Are_Done.html | 15197 - The Dishes Are Done |
| pornve.com | Brazzers | https://pornve.com/gw6nb4rtb1zp/Alessandra_Jane_Danny_D_-_Sharing_Is_Caring_-_Real_Wife_Stories_-_Brazzers.html | 3646743 - Sharing Is Caring |
| pornve.com | Brazzers | https://pornve.com/gx3tn08ksjd2/Austin_Lynn_Quinton_James_-_I_Fucked_My_Sisters_Husb_-_Real_Wife_Stories_-_Brazzers.html | 3031971 - I Fucked My Sister's Husband |
| pornve.com | Brazzers | https://pornve.com/gx7awykdknon/London_Keyes_-_The_Rise_Of_Cocky.html | 4508 - The Rise Of Cocky |
| pornve.com | Brazzers | https://pornve.com/gxaqtc5x1di1/Nekane_Walks_In_On_Stepdad.html | 9626 - Nekane's Sweet Pussy |
| pornve.com | Brazzers | https://pornve.com/gxl37e27py8w/HOT_NEW_Peta_Jensen_A_Fuck_To_Remember_Real_Wife_Stories.html | 10258 - A Fuck To Remember |
| pornve.com | Brazzers | https://pornve.com/gxnt7tw2axrv/Game_Over_Man.html | 3796239 - Game Over Man! |
| pornve.com | Brazzers | https://pornve.com/gxw907n1hs2b/Lexi_Luna_-_Lexi_Gets_Drenched.html | 3043525 - Lexi Gets Drenched |
| pornve.com | Brazzers | https://pornve.com/gycnf9pl64k1/Britney_Amber_-_Sampling_New_Goods.html | 2971079 - Sampling New Goods |
| pornve.com | Brazzers | https://pornve.com/gyfys5b5hs16/Zoey_Portland_-_Making_Night_Moves.html | 8624 - Making Night Moves |
| pornve.com | Reality Kings | https://pornve.com/gyf2sn882hj8/Bruna_Lambertini_-_Inspecting_Bruna.html | 1810254 - inspecting_bruna |
| pornve.com | Brazzers | https://pornve.com/gyn30s68ifsq/Dirty_Masseur_4_BRAZZERS.html | 6679 - From Head to Toe |
| pornve.com | Brazzers | https://pornve.com/gyr46wqvvi79/_A_Secret_Shower_.html | 9579 - A Secret Shower |
| pornve.com | Brazzers | https://pornve.com/gys9603p46oh/Riley_Reid_Like_Help_Brandi_Love.html | 7379 - Little Runaway |
| pornve.com | Brazzers | https://pornve.com/gytchhanhjnv/Mommy_Got_Boobs_16.html | 5964 - My Mother The Fucker |
| pornve.com | Brazzers | https://pornve.com/gz2atan6smbi/Veronica_Avluv_-_Dicking_Down_The_Doctor.html | 7634 - Dicking Down the Doctor |
| pornve.com | Brazzers | https://pornve.com/gzfuzox65niq/Anna_Polina_-_Fade_To_Black.html | 8840 - Fade To Black |
| pornve.com | Reality Kings | https://pornve.com/gzj4eyqyjc4q/Pure18_-_Ivy_Wolfe_Devoured_By_The_Wolfe.html | 2417913 - Devoured By The Wolfe |
| pornve.com | Reality Kings | https://pornve.com/gzqfhz8va4yx/Horny_Black_Amateurs_-_Raquel_Savage.html | 1754257 - raquel_savage |
| pornve.com | Brazzers | https://pornve.com/gzqw4hd566nr/Romi_Rain_Xander_Corvus_-_Spotting_Her_Ass_-_Big_Butts_Like_It_Big_-_Brazzers.html | 3768280 - Spotting Her Ass |
| pornve.com | Brazzers | https://pornve.com/gzu67dohfgtw/Kira_Noir_-_Fighting_Foot_Domination.html | 3829133 - Fighting Foot Domination |
| pornve.com | Brazzers | https://pornve.com/h08esra9my9r/Knockout_Knockers_Nikki_Benz_Danny_D_and_Mick_Blue.html | 8950 - ZZ vsA DP: THE FINAL FUCK OFF |
| pornve.com | Brazzers | https://pornve.com/h0b0fwcz5wc3/Riley_Reid_-_All_Dolled_Up.html | 6824 - All Dolled Up and Ready to Blow |
| pornve.com | Brazzers | https://pornve.com/h0qaqqu423yq/1800_Phone_Sex_Line_3_Holly_Hendrix16_08_2017.html | 10828 - 1 800 Phone Sex: Line 3 |
| pornve.com | Brazzers | https://pornve.com/h0y5cvb19c78/Luna_Star_Keiran_Lee_-_Get_Bent_-_Brazzers_Exxtra_-_Brazzers.html | 3122586 - Get Bent |
| pornve.com | Reality Kings | https://pornve.com/h0ypekos07f2/Blondie_Fesser_And_Marta_Lacroft_Asp_ESP.html | 14967 - Thick And Ready |
| pornve.com | Brazzers | https://pornve.com/h12en7oje3vc/Rachel_Starr_-_Cumshot_At_The_End_Of_The_Tunnel.html | 9976 - Venida a Chorros al Final del Tunel |
| pornve.com | Brazzers | https://pornve.com/h14jtby2a9wb/2020_06_25_Best_Of_Brazzers_Working_Out.html | 8029 - Yoga Lesson |
| pornve.com | Brazzers | https://pornve.com/h19f70edhbtx/Elicia_-_Big_Tits_In_Uniform_15_2015.html | 8424 - All or Nothing |
| pornve.com | Brazzers | https://pornve.com/h1eqe2rqbw5n/Vina_Sky_-_Ramming_The_Raver.html | 3877868 - Ramming The Raver |
| pornve.com | Brazzers | https://pornve.com/h1ngx019lnj5/Big_Booty_Dream_Jeans_Nikki_Benz__Charles_Dera.html | 9484 - Big Booty Dream Jeans |
| pornve.com | Reality Kings | https://pornve.com/h1o44tcz3w7q/WeLiveTogether_15_11_12_Sydney_Cole_and_Cyrstal_Rae_Pussy_Peeping.html | 14181 - Pussy Peeping |
| pornve.com | Brazzers | https://pornve.com/h1oa5ltm1jpy/BigWetButts_19_07_24_Abella_Danger_Poolside_Booty_XXX_SD.html | 3408152 - Poolside Booty |
| pornve.com | Brazzers | https://pornve.com/h1ptr7hysgxq/Riley_Reid_and_Melissa_Moore_Sluts_Dinner.html | 9481 - Dinner For Sluts |
| pornve.com | Brazzers | https://pornve.com/h1sn4yj20twg/Gina_Valentina_India_Summer_Prude_And_Prejudice.html | 2356946 - Prude And Prejudice |
| pornve.com | Brazzers | https://pornve.com/h1t2kdanse7q/Lilly_Lit_-_Getting_Her_Fill.html | 3218160 - Getting Her Fill |
| pornve.com | Brazzers | https://pornve.com/h1yf8eq8ov4w/Erotic_Massage_Broklyn_Chase_Anal.html | 10347 - A Stepson's Duty |
| pornve.com | Brazzers | https://pornve.com/h21uew3ezkc/Lily_Carter_American_Teeny_Bopper_178_Most_Played_Porn_Video_Of_Today_198_Top_Rated_Porn_Video_Of_Today.html | 5314 - American Teenybopper |
| pornve.com | Brazzers | https://pornve.com/h23bpavusy41/Abbie_Cat_-_Dr_Jekyll__Mister_Hung.html | 6401 - Dr. Jekyll & Mister Hung |
| pornve.com | Brazzers | https://pornve.com/h2fzhhs6hu71/My_Mother_In_Law_Likes_It_Raw_Alura_Jenson.html | 8591 - My Mother In Law Likes it Raw |
| pornve.com | Brazzers | https://pornve.com/h2gnw788ctb2/All_Good_New_Kagney_Linn_Karter.html | 10110 - Hot_Bothered & Horny |
| pornve.com | Brazzers | https://pornve.com/h30rhjc4hvqy/Lily_Labeau_-_Watch__Learn.html | 10124 - Watch & Learn |
| pornve.com | Brazzers | https://pornve.com/h322pbifjutu/Peta_Jensen.html | 9126 - Clinic Cooch |
| pornve.com | Reality Kings | https://pornve.com/h362mpi7lpv/Abby_Cross_takes_a_big_cock_in_her_pussy.html | 8512 - Getting It Good |
| pornve.com | Brazzers | https://pornve.com/h38ihzv0xx3i/Jenna_Lovely_-_Freedom_Fuck.html | 4781 - Freedom Fuck |
| pornve.com | Brazzers | https://pornve.com/h392vu87v72i/Casey_Calvert_Ryan_Driller_-_Professional_Pussy_Protection_-_Real_Wife_Stories_-_Brazzers.html | 3338257 - Professional Pussy Protection |
| pornve.com | Brazzers | https://pornve.com/h3fndu82kw1c/Madison_Ivy_-_Finding_The_Perfect_Fuck.html | 7043 - Finding the Perfect Fuck |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/h3fy6napfuxz/Brazzers_Stranded_Stepmom_Brazzers_Mommy_Got_Boobs_Tegan_James_Lucas_Frost_Blonde_Blowjob_W.html | 10498 - Stranded Stepmom |
| pornve.com | Brazzers | https://pornve.com/h3gcsafxuy3e/Ava_Addams__Riley_Jenner_-_The_New_Appli_Cunt.html | 9529 - The New Appli-cunt |
| pornve.com | Brazzers | https://pornve.com/h3nck2cy0uh9/Insatiable_MILF_Rachel_Starr_gets_fucked_by_her_husbands_son.html | 10626 - The Stepmom & The Graduate |
| pornve.com | Brazzers | https://pornve.com/h3owtyknbuzj/Misha_Cross_Cums_Clean.html | 9358 - Misha Cross Cums Clean |
| pornve.com | Brazzers | https://pornve.com/h3v8rchlwhdc/aspen_roman_off_dripping_for_daddys_bestfriend_.html | 10995 - Dripping for Daddy's Best Friend |
| pornve.com | Brazzers | https://pornve.com/h42ehhq5deuc/Brooke_Wylde_-_Sloppy_Deepthroat_Gets_An_A.html | 8324 - Sloppy Deepthroat Gets an A+ |
| pornve.com | Brazzers | https://pornve.com/h4ba5x16nrvk/AJ_Applegate__Jessy_Jones.html | 8824 - An Easter Feaster |
| pornve.com | Reality Kings | https://pornve.com/h4fixf7ng7mx/Chocolate_Cookies_05.html | 14179 - More Amore |
| pornve.com | Reality Kings | https://pornve.com/h4nvqwhmg8ri/Brooke_Beretta_Working_For_Commission.html | 3151713 - Working For Commission |
| pornve.com | Brazzers | https://pornve.com/h4t762yfouie/False_Alarm_Fucking.html | 7579 - False Alarm Fucking |
| pornve.com | Brazzers | https://pornve.com/h4v2hsf4mxxw/Rebecca_More_Pussy_Is_International.html | 10846 - Pussy Is International |
| pornve.com | Brazzers | https://pornve.com/h4yka5e2ve4l/blonde_blowjob_big_tits_brunette_milf_threesome_ass_big_dick_ebony_tits_dcposs_4453_42_plays_published_on_36_minutes_ago_category_anal_threesome_pornstar_kelly_skyline_tags_anal.html | 10608 - Cinematic Climax |
| pornve.com | Brazzers | https://pornve.com/h52cj6f7z00u/Ariana_Marie_Massaging_A_Hard_Jerk.html | 9574 - Massaging a Hard Jerk |
| pornve.com | Reality Kings | https://pornve.com/h54bw9q6ibvw/Voodoo__Morrigan.html | 8991 - Exposed |
| pornve.com | Brazzers | https://pornve.com/h5atop649c7/BigTitsAtWork_Simone_Garza_Load_For_A_Loan_-_09_12_2016.html | 10317 - Load For A Loan |
| pornve.com | Brazzers | https://pornve.com/h5j9lh5b6g0h/Krissy_Lynn_-_Vandalize_My_Tits.html | 7167 - Vandalize My Tits |
| pornve.com | Brazzers | https://pornve.com/h5nphi0sty04/bex_20_02_25_maserati_are_you_getting_off.html | 3876718 - Are You Getting Off? |
| pornve.com | Brazzers | https://pornve.com/h5v2p4c15tk2/Jordan_Pryce_Jordi_El_Nio_Polla_Queen_vs_Pawn.html | 11194 - Queen vs Pawn |
| pornve.com | Brazzers | https://pornve.com/h617dgexm8i3/Arietta_Adams_-_The_Annoying_Little_Sister_-_TeensLikeItBig.html | 3929043 - The Annoying Little Sister |
| pornve.com | Reality Kings | https://pornve.com/h63ktw5q8o2/Jessa_Rhodes_Takes_A_Big_White_Cock.html | 15249 - dick_devour |
| pornve.com | Brazzers | https://pornve.com/h64fcg78655d/Julia_Ann_-_Oral_Exam.html | 6168 - Oral Exam |
| pornve.com | Brazzers | https://pornve.com/h689igo2meyl/Taking_It_Twice__Real_Wife_Stories__Lucia_Love.html | 9567 - Taking It Twice |
| pornve.com | Reality Kings | https://pornve.com/h6b0kef8flb2/Moriah_Mills_-_The_Big_Bust.html | 1944925 - The Big Bust |
| pornve.com | Brazzers | https://pornve.com/h6dr9stpvhhi/Crystal_Rush_Bikini_Babe_Bangseks_porno.html | 3031951 - Bikini Babe Bang |
| pornve.com | Brazzers | https://pornve.com/h6gfys0h18k6/Julie_Cash_-_The_Million_Dollar_Ass.html | 6324 - The Million Dollar Ass |
| pornve.com | Brazzers | https://pornve.com/h6j4300axrfa/Brazzers_Massaging_Mrs_Moore_Anal_Big_Tits_Worship_Blowjob_Facial_Feet_Massage_Missionary_R.html | 10553 - Massaging Mrs. Moore |
| pornve.com | Brazzers | https://pornve.com/h6ml5wc33bay/Dirty_Masseur_12.html | 8711 - Banging Ms. Banks |
| pornve.com | Brazzers | https://pornve.com/h6op00v7q87x/BigWetButts_Aleksa_Nicole_Fuck_My_Fishnets_-_26_08_16.html | 10171 - Fuck My Fishnets |
| pornve.com | Brazzers | https://pornve.com/h78a2yo47r6s/Summer_Brielle_-_Lets_Repopulate_The_Planet.html | 7508 - Let's Repopulate the Planet |
| pornve.com | Brazzers | https://pornve.com/h7fajzsoniac/Shawna_Lenee_-_The_Pre-Honeymoon_Fuck_Binge.html | 8619 - The Pre-Honeymoon Fuck Binge |
| pornve.com | Brazzers | https://pornve.com/h7lo2bft3jov/Darcie_Dolce__Desiree_Dulce_-_Stepsibling_Rivalry.html | 3648044 - Stepsibling Rivalry |
| pornve.com | Brazzers | https://pornve.com/h7gwo4ux91r6/Sienna_Day_-_Learning_The_Hard_Way.html | 10429 - Learning The Hard Way |
| pornve.com | Brazzers | https://pornve.com/h7ps12bde8zk/Shay_Fox_-_Cum_In_Me_Not_On_My_Couch.html | 8801 - Cum In Me  Not On My Couch |
| pornve.com | Brazzers | https://pornve.com/h7rt1dm2z7yg/No_Ordinary_House_Wife_Danny_D__Kerry_Louise.html | 8056 - No Ordinary Housewife |
| pornve.com | Brazzers | https://pornve.com/h7tc92vm3iho/Ryan_Conner_Jordi_in_My_Friends_Fucked_My_Mom.html | 10371 - My Friends Fucked My Mom! |
| pornve.com | Brazzers | https://pornve.com/h7tikqnd7vwg/Alena_Croft__Val_Dodds_-_My_Lesbian_Doctor.html | 9042 - My Lesbian Doctor |
| pornve.com | Brazzers | https://pornve.com/h7xtm0y6lr61/Brazzers_MILFs_Like_It_BBC.html | 3109352 - MILFs Like It BBC |
| pornve.com | Reality Kings | https://pornve.com/h7y2d6u4gbkk/Morgan_Lee_-_Meeting_Morgan.html | 14574 - Piping Piper |
| pornve.com | Brazzers | https://pornve.com/h7za6i2y40y/Jasmeen_-_Office_Lust.html | Big Tits at Work Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/h81z8ngp3as7/Fucked_In_Front_Of_Class_BraZZers_HDRip.html | 3425275 - Fucked In Front Of Class |
| pornve.com | Brazzers | https://pornve.com/h8jw3c86fsxf/Getting_Laid_Off_-_Cherie_Deville__Johnny_Sins.html | 8961 - Getting Laid Off |
| pornve.com | Brazzers | https://pornve.com/h8of4irf6n80/My_Stripping_Stepmom_Emma_Butt__Stirling_Cooper.html | 2349835 - My Stripping Stepmom |
| pornve.com | Brazzers | https://pornve.com/h8r9jp80vho/All_Good_New_Rebecca_Moore.html | 9717 - Ramming Rebecca |
| pornve.com | Brazzers | https://pornve.com/h8rqcin6zpdr/Sofi_Ryan_-_Preachers_Wife_Goes_Wild.html | 10649 - Preacher's Wife Goes Wild |
| pornve.com | Brazzers | https://pornve.com/h8wermu20613/Black_Light_Jada_Fuckinggg_Stevens.html | 8044 - Blacklight Booty |
| pornve.com | Brazzers | https://pornve.com/h8xse1wdven5d/Skylar_Snow_-_Haute_Couture.html | 10790 - Haute Couture |
| pornve.com | Brazzers | https://pornve.com/h91np0dasu1s/Lost_In_Brazzers_Part_2.html | 9516 - Lost In Brazzers Episode 2 |
| pornve.com | Reality Kings | https://pornve.com/h96ssw4eiaj7/RKPrime_17_03_05_Phoenix_Marie_Reagan_Foxx_And_Kiley_Jay_Towel_Girl_XXX_-_KTR.html | 15439 - Towel Girl |
| pornve.com | Brazzers | https://pornve.com/h98jgri8kxms/Bonnie_Rotten__Summer_Brielle_-_The_Blowjob_Business.html | 8796 - The Blowjob Business |
| pornve.com | Reality Kings | https://pornve.com/h9fgptnprous/RoundAndBrown__RealityKings_Alison_Sault_-_Dose_Of_Donk.html | 14587 - Dose Of Donk |
| pornve.com | Brazzers | https://pornve.com/h9fvgmuky7xe/1800_Phone_Sex_Line_8_Madison_Monique__Nicolette28_01_2018.html | 11107 - 1 800 Phone Sex: Line 8 |
| pornve.com | Brazzers | https://pornve.com/h9gar0v1wzpt/Ella_Hughes_Chris_Diamond_-_Shy_Redheads_Want_Anal_Remastered_-_Big_Butts_Like_It_Big_-_Brazzers.html | 4268760 - Shy Redheads Want Anal: Remastered |
| pornve.com | Brazzers | https://pornve.com/h9t5mm1yyjzt/Double_Timing_Wife_Part_Two_Mick_Blue_Bill_Bailey__Ava_Addams.html | 8451 - Double Timing Wife: Part 2 |
| pornve.com | Reality Kings | https://pornve.com/ha96pt9c77ra/wild_and_crazy_vida.html | 11848 - Rubbed Right |
| pornve.com | Brazzers | https://pornve.com/haj033wo37vc/GFRevenge_Wild_tessa.html | 14389 - bikini body |
| pornve.com | Brazzers | https://pornve.com/hajhvb61syp4/Candy_Manson_-_Yes_Sir.html | 6417 - Fuck My Bitchy Boss! |
| pornve.com | Brazzers | https://pornve.com/hal60ohk0gky/Fluids_On_The_Flight_2.html | 9705 - Fluids on the Flight 2 |
| pornve.com | Brazzers | https://pornve.com/haoqg0677wde/Jaclyn_Taylor_-_Always_Listen_To_Your_Doctor.html | 8864 - Always Listen To Your Doctor |
| pornve.com | Reality Kings | https://pornve.com/hasihglm4s72/Maya_Tight_Works_Out_-_Maya_Bijou.html | 1799109 - maya_works_out |
| pornve.com | Brazzers | https://pornve.com/haxgq3rh2lee/Show_Me_Yours_Part_One_-_Ella_Hughes__Pascal_White.html | 9081 - Show Me Yours: Part One |
| pornve.com | Brazzers | https://pornve.com/hayofwglj3p6/Scarlett_Mae_-_Secret_Slut.html | 11118 - Secret Slut |

| pornve.com | Brazzers | https://pornve.com/hb835j0cvu18/Remy_LaCroix__Rose_Monroe_-_Unchained_Asses.html | 7767 - Unchained Asses |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/hbadz90d7zzq/India_Summer_Keiran_Lee_-_Show_Me_The_Yoni_-_Dirty_Masseur_-_Brazzers.html | 2635475 - Show Me The Yoni |
| pornve.com | Brazzers | https://pornve.com/hbeb1yek1w95/Jasmine_Jae_-_Giving_Teacher_the_D.html | 7442 - Giving Teacher the D |
| pornve.com | Brazzers | https://pornve.com/hbhvl1ac5o2k/HALLOWEEN_Christen_Courtney_Rina_Ellis_Vagina_Fighter_Version_for_adults.html | 10029 - Sex Fighter: Vega Gets Vagina |
| pornve.com | Brazzers | https://pornve.com/hbih7wk2yj6m/Layla_Price_-_Mrs_Prices_Priceless_Ass.html | 8664 - Mrs. Price's Priceless Ass |
| pornve.com | Brazzers | https://pornve.com/hblimkljk7jt/Abby_Cross_-_Star_Whores_-_Princess_Lay.html | 9631 - Star Whores: Princess Lay |
| pornve.com | Brazzers | https://pornve.com/hby09zmr5dw4/Brazzers_Auction_Cock_Brazzers_Pornstars_Like_It_Big_Mick_Blue_Moriah_Mills_Romi_Rain_Brunett.html | 2414032 - Auction Cock |
| pornve.com | Brazzers | https://pornve.com/hbyedxtdx0gk/The_Dinner_Party.html | 10406 - The Dinner Party |
| pornve.com | Brazzers | https://pornve.com/hc4bwi693qz1/Brazzers_-_Double_Timing_Wife_2.html | 10509 - Double Timing Wife 2 |
| pornve.com | Reality Kings | https://pornve.com/hc4dejrgdf4j/doctors_and_nurses_fuck_patient.html | 2763 - Mix And Snatch |
| pornve.com | Reality Kings | https://pornve.com/hc6ct2sa6fo4/Valentina_Nappi_-_Jessy_Jones_-_Gardening_Hoe_-_Monster_Curves_-_Reality_Kings.html | 3222217 - Gardening Hoe |
| pornve.com | Reality Kings | https://pornve.com/hcpun1hqkdec/Audrey_Miles_Van_Wylde_-_Disc_Golf_Dick_-_Milf_Hunter_-_Reality_Kings.html | 3452948 - Disc Golf Dick |
| pornve.com | Brazzers | https://pornve.com/hcqrx56itm6d/Bridgette_B_Moriah_Mills_Xander_Corvus_-_Moriahs_Wedding_Shower_-_Real_Wife_Stories_-_Brazzers.html | 3723343 - Moriah's Wedding Shower |
| pornve.com | Reality Kings | https://pornve.com/hcsvwng22qrz/EBONY_BABE_Amanda_Pink.html | 14305 - Booty Cheeks |
| pornve.com | Reality Kings | https://pornve.com/hct19eksr3gk/Alexis_Fawx_makin_magic_big-milf_hunter.html | 7156 - Makin Magic |
| pornve.com | Brazzers | https://pornve.com/hd07fk12fslt/London_Keyes_-_Ass_Training.html | 8224 - Ass Training |
| pornve.com | Brazzers | https://pornve.com/hd7kbronsoyv/Vicki_Chase_-_The_Oil_Spill.html | 2590194 - The Oil Spill |
| pornve.com | Brazzers | https://pornve.com/hdg6yponijrn8/Brazzers_Stepmoms_Spring_Cleaning.html | 10647 - Stepmom's Spring Cleaning |
| pornve.com | Brazzers | https://pornve.com/hdmcplu9tr7f/First_Anal_of_Madison_Ivy.html | 8163 - Ivy's Anal Addiction |
| pornve.com | Reality Kings | https://pornve.com/hdnflsihaqy5/Cassidy_Banks_Van_Wylde_-_On_The_Run_2_-_Big_Naturals_-_Reality_Kings.html | 3128103 - On The Run 2 |
| pornve.com | Brazzers | https://pornve.com/hdowxu1lfbf8/Best_New_Ava_Addams.html | 9389 - Mom's Christmas Stuffing |
| pornve.com | Reality Kings | https://pornve.com/hdr4ejm3rt95/RealityKings_Rock_Harder_Realitykings_RK-Prime_Conor_Coxxx_Nicolette_Shea_Blonde_Blowjob_Whi.html | 2940349 - Rock Harder |
| pornve.com | Reality Kings | https://pornve.com/hdvmiuv986m5/Reality_Kings_MILF_Hunter_36_40201541_Scene_2_.html | 12553 - Lusty Lingerie |
| pornve.com | Brazzers | https://pornve.com/he84j78fvtw2/Big_Ass_PAWG_Peta_Jensen_Gets_Banged.html | 9325 - World War XXX Part Five |
| pornve.com | Brazzers | https://pornve.com/hecpkmic6po9/Rhylee_Richards_-_Dreamy_Office_Tits.html | 8289 - Dreamy Office Tits |
| pornve.com | Brazzers | https://pornve.com/hefsq4z0txoco/Vanilla_Deville_-_Stepmom_Caught_You_Masturbating.html | 6074 - Stepmom Caught You Masturbating |
| pornve.com | Brazzers | https://pornve.com/heg6i9rllv8h/Paisley_Rae_Van_Wylde_-_Sauna_Seduction_-_Brazzers_Exxtra.html | 2819639 - Sauna Seduction |
| pornve.com | Brazzers | https://pornve.com/heqflo49b786/ass_big_cock_liza_del_sierra_2752_42_plays_published_on_31_minutes_ago_anal_category_anal_brunette_pornstar_liza_del_sierra_tags_anal_french_actress.html | 7590 - Professor's Got the Moves |
| pornve.com | Brazzers | https://pornve.com/hesjqe5u9pwu/Sexual_Education_8_Blanche_Bradburry.html | 10298 - Teacher Tease |
| pornve.com | Brazzers | https://pornve.com/heu34u5qsmbh/Anna_Bell_Peaks_-_Jason_Moody_Putting_Her_Feet_Up_Mommy_Got_Boobs_bigtits_on_Your_Porn_Sexy.html | 11131 - Putting Her Feet Up |
| pornve.com | Brazzers | https://pornve.com/hf6ooag5gki1/Ariella_Ferrera__Karmen_Karma_-_Selling_The_Sybian.html | 8191 - Selling The Sybian |
| pornve.com | Brazzers | https://pornve.com/hfizkkhg3jcx/Candy_Manson_-_Rescue_9-Fun-Fun.html | 5442 - Rescue 9-Fun-Fun |
| pornve.com | Brazzers | https://pornve.com/hfu7mm0jds9c/Dillion_Harper_from_Teens_Like_It_Big_19.html | 7453 - Sluts Spin the Bottle |
| pornve.com | Brazzers | https://pornve.com/hg0e6wna1trc/Cherie_Deville_-_Back_In_The_Day_We_Used_To_Swap.html | 7680 - Back in the Day We Used To Swap |
| pornve.com | Brazzers | https://pornve.com/hg493odhythr/Veronica_Avluv_-_Mother_In-Law_Special.html | 6148 - Mother In-Law Special |
| pornve.com | Brazzers | https://pornve.com/hg4xps9zeiz2/Chief_Executive_Whore_Lola_Foxx_Danny_D.html | 9035 - Chief Executive Whore |
| pornve.com | Brazzers | https://pornve.com/hgfcwlqs1sfg/Real_Wife_Stories_Phoenix_Marie_Mason_Moore_Brazzers.html | 4610 - Swappers |
| pornve.com | Brazzers | https://pornve.com/hgieb98a9s30/Welcum_Wagon_Brazzers.html | 10355 - Welcum Wagon |
| pornve.com | Brazzers | https://pornve.com/hgwa9bs8v66n/Gina_Valentina__India_Summer_-_Prude_And_Prejudice.html | 2356946 - Prude And Prejudice |
| pornve.com | Brazzers | https://pornve.com/hgyfyo48drrz/Delicious_Tits4_Monique_Alexanders.html | 7802 - The Icing On The Cock |
| pornve.com | Reality Kings | https://pornve.com/hh6mm42ivrsu/Kacey_Kox_Threesome_in_Boat.html | 2727 - Voluptuous Stern |
| pornve.com | Brazzers | https://pornve.com/hhlyc266qfyi/Hot_MILF_Madelyn_Marie.html | 4270 - Bra presentation |
| pornve.com | Brazzers | https://pornve.com/hht6mt6fn3qj/Brittney_Banxxx__Krissy_Lynn_-_Two_Wrongs_Make_One_Merry_Wife.html | 5909 - Two Wrongs Make One Merry Wife |
| pornve.com | Brazzers | https://pornve.com/hhw6k5koltd9/ELSA_JEAN_PIPER_PERRI_AND_ANAINA_DAWSON_SHARE_A_HUGE_COCK_IN_SAUNA.html | 9691 - Teen Honey Trap |
| pornve.com | Brazzers | https://pornve.com/hi92qb0bnzkt/Alanah_Rae_-_Broken_Promises.html | 6193 - Broken Promises |
| pornve.com | Brazzers | https://pornve.com/hi9j6t1boc9b/New_Anal_Creampie_Jada_Stevens.html | 6737 - Post Workout Pounding |
| pornve.com | Brazzers | https://pornve.com/higuzsw34u5f/thawed_out_and_horny.html | 3166360 - Thawed Out And Horny |
| pornve.com | Brazzers | https://pornve.com/hih5kojn7if9/India_Summer__Sara_Luvv_-_Bathtime_With_A_Hot_MILF.html | 8455 - Bathtime With a Hot MILF |
| pornve.com | Brazzers | https://pornve.com/hii5bttrf9yj/Sharing_My_Stepsister_Casey_Calvert__Keiran_Lee__Michael_Vegas.html | 9569 - Sharing My Stepsister |
| pornve.com | Brazzers | https://pornve.com/hijzdcnrqyj5/Summer_Brielle_-_The_Fittest_Fuck.html | 8232 - The Fittest Fuck |
| pornve.com | Reality Kings | https://pornve.com/hirrxt7tmcwj/DAREDORM_61_When_in_Rome_1of2.html | Dare Dorm #16 |
| pornve.com | Reality Kings | https://pornve.com/hivkaytgkbvu/Alexis_Crystal_-_Ass_On_Alexis.html | 11416 - Ass On Alexis |
| pornve.com | Brazzers | https://pornve.com/hiz8bm66dw0m/Emily_B_-_St-Pornos_Fire.html | 6314 - ST-PORNO'S FIRE |
| pornve.com | Brazzers | https://pornve.com/hj2s5izcrt3m/Hot_And_Mean_12_2015.html | 7586 - Pass That Slut Around the Barracks |
| pornve.com | Brazzers | https://pornve.com/hj5eirlozk6o/Brunette_Hardcore_Teen_Gina_Gerson_Small_Tits.html | 8933 - National Pornographic: The Teen Porn Star |
| pornve.com | Reality Kings | https://pornve.com/hj8y7xlxgidm/Jada_Stevens_-_Getting_clean_in_bath_before_getting_dirty_with_Jadas_big_ass.html | 8189 - Bangin Body |
| pornve.com | Brazzers | https://pornve.com/hjbfnu8u6d7p/Ariella_Ferrera_-_Cocksucker_Proxy.html | 4915 - Cocksucker Proxy |
| pornve.com | Brazzers | https://pornve.com/hje2za17pch6/Dani_Daniels_-_Driven_By_Double_Gs.html | 6897 - Driven by Double G's |
| pornve.com | Brazzers | https://pornve.com/hjq6y7y5ygv5/Ivy_Lebelle_-_Hard_Evidence.html | 3370335 - Hard Evidence |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/hjw86deapgvu/Britney_Amber_Xander_Corvus_-_The_Mannequin__The_Security_Guard_-_Brazzers_Exxtra_-_Brazzers.html | 3115017 - The Mannequin & the Security Guard |
| pornve.com | Brazzers | https://pornve.com/hjxglfsyhlox/Brazzers_Metal_Rear_Solid_The_Phantom_Peen_Brazzers_Brazzersexxtra_Charles_Dera_Casey_Calvert.html | 10377 - Metal Rear Solid: The Phantom Peen |
| pornve.com | Brazzers | https://pornve.com/hjzikjkqtvkd/A_Hallway_Humping_-_Keisha_Grey__Jessy_Jones.html | 8964 - A Hallway Humping |
| pornve.com | Brazzers | https://pornve.com/hk0cxjgk0kcp/ZZSeries_Monique_Alexander_Ghostbusters_XXX_Parody_Part_1_-_11_07_16.html | 9791 - Ghostbusters XXX Parody: Part 1 |
| pornve.com | Brazzers | https://pornve.com/hk92oy22kx5u/Ivy_Lebelle__Karmen_Karma.html | 2868137 - Ivy And Karmen |
| pornve.com | Brazzers | https://pornve.com/hkbkzpgcbzip/Tia_Cyrus_This_Guy_Works_Wonders_Netfapx.html | 11285 - This Guy Works Wonders |
| pornve.com | Brazzers | https://pornve.com/hl3uv6yodv53/Brazzers_Hot_And_Mean_Dominative_Assistant_Bridgette_B_Kristina_Rose.html | 10360 - Dominative Assistant |
| pornve.com | Brazzers | https://pornve.com/hl5zva3c8eje/Ayumu_Kase_-_Otaku_Orgasm.html | 10519 - Otaku Orgasm |
| pornve.com | Reality Kings | https://pornve.com/hlc2hpt2gkmq/Tali_Dova_-_Teens_Love_Huge_Cocks_7_2015.html | 12948 - Touching Tali |
| pornve.com | Brazzers | https://pornve.com/hlesvoyma3dy/LaSirena69__Molly_Stewart_-_Squirting_Out_The_Truth.html | 3923368 - Squirting Out The Truth |
| pornve.com | Brazzers | https://pornve.com/hlgv9wefbd1f/Tiffany_Watson_-_The_Great_Easter_Egg_Cunt.html | 10536 - The Great Easter Egg Cunt |
| pornve.com | Brazzers | https://pornve.com/hlom66ddg6n4/dillon_harper_in_the_school.html | 9210 - No Squirting In Class |
| pornve.com | Brazzers | https://pornve.com/hlonhdy320gx/Brazzers_ZZ_Medical_Center.html | 9698 - ZZ Medical Center |
| pornve.com | Brazzers | https://pornve.com/hlpfcy9ykg4/Esperanza_Gomez_-_Hola_Neighbor.html | 7087 - Hola Neighbor |
| pornve.com | Brazzers | https://pornve.com/hlr3dcpo64uv/You_Need_Mums_Approval_Valerie_White_Helly_Mae_Hellfire__Van_Wylde.html | 8509 - You Need Mum's Approval |
| pornve.com | Brazzers | https://pornve.com/hlrjp93sj7ed/Lisa_Ann_Young_guy_fucks_his_stepmothers_wet_pussy.html | 9951 - La Madrastra Da una Mano |
| pornve.com | Brazzers | https://pornve.com/hlv2wdv9ybto/Nikki_Sexx_-_The_Right_Medicine_For_Dr_Sexx.html | 6568 - The Right Medicine For Dr. Sexx |
| pornve.com | Brazzers | https://pornve.com/hm3e4vyw972d/Free_Download_Anya_Olsen_Sister_It_Is_So_Wrong_Yet_So_Right_45_Most_Played_Porn_Video_Of_Today_194_Most_Played_Porn_Video_Of_Week.html | 10015 - So Wrong Yet So Right |
| pornve.com | Brazzers | https://pornve.com/hm42rrhv680c/Life_Assistance_Doll_Danny_D.html | 10343 - Life Assistant Doll |
| pornve.com | Brazzers | https://pornve.com/hmafq8oun9gs/Brazzers_Big_Butts_Like_It_Big_Happy_Anal_versary_Jynx_Maze.html | 10765 - Happy Anal-versary! |
| pornve.com | Brazzers | https://pornve.com/hmb18tqb4d8d/Aching_For_Anal_Diamond_Jackson_Simone_Sonay_Public_Threesome_.html | 8927 - Aching For Anal |
| pornve.com | Brazzers | https://pornve.com/hmc6jz5pjcvm/Brazzers_-_Jennifer_White_Anal_Apocalypse.html | 2675838 - Anal Apocalypse |
| pornve.com | Reality Kings | https://pornve.com/hmcdhcckjuai/8thStreetLatinas_Violet_Star_Starr_Quality_-_12_08_16.html | 14844 - Starr Quality |
| pornve.com | Brazzers | https://pornve.com/hmi0oreh518r/Lela_Star_Charles_Dera_-_Wanted_Fucked_Or_Alive_Part_2_-_Brazzers_Exxtra_-_Brazzers.html | 2990636 - Wanted Fucked Or Alive: Part 2 |
| pornve.com | Brazzers | https://pornve.com/hmm91nwaxfv9/Erotic_Massage_Calling_For_a_Hot_Massage.html | 6110 - Hotel Hook-Up |
| pornve.com | Brazzers | https://pornve.com/hmw1kmtghcjc/Brazzers_Big_Tits_at_School__A_Tip_To_The_School_Nurse.html | 10245 - A Tip To The School Nurse |
| pornve.com | Brazzers | https://pornve.com/hmw6r2qa7fhr/Brazzers_-_Milf_Swap_Brazzers_Mommy_Got_Boobs_Van_Wylde_Bill_Bailey_Sammy_Brooks_Karen_Fisher_.html | 7736 - Milf Swap |
| pornve.com | Reality Kings | https://pornve.com/hmwkwnq07agw/Realitykings_-_Milf_Hunter_-_Man_Eater.html | 14227 - Man Eater |
| pornve.com | Brazzers | https://pornve.com/hmxprbxo4liq/Aaliyah_Love_Kate_England_-_Making_The_Sale.html | 10912 - Making The Sale |
| pornve.com | Brazzers | https://pornve.com/hmzpoqjihwhw/Elexis_Monroe_Lily_Love_-_Babysitter_Smut.html | 8162 - Babysitter Smut |
| pornve.com | Brazzers | https://pornve.com/hn636yu9qn34/RealWifeStories_-_Nicolette_Shea_Im_Not_Cheating.html | 3608706 - I'm Not Cheating! |
| pornve.com | Brazzers | https://pornve.com/hnc9lq869sio/The_Liar_The_Bitch_And_The_Wardrobe__Aaliyah_Hadid__Sean_Lawless.html | 10484 - The Liar  The Bitch And The Wardrobe |
| pornve.com | Brazzers | https://pornve.com/hniyi33ltvgn/Madison_Ivy_Jean_Val_Jean_1_800_Phone_Sex_Line_6.html | 11105 - 1 800 Phone Sex: Line 6 |
| pornve.com | Brazzers | https://pornve.com/hntjbqgk6n2o/Kerian_Is_Rich_Guy_And_He_Wants_Fuck_New_Maid_Girl.html | 10634 - The Perfect Maid 3 |
| pornve.com | Brazzers | https://pornve.com/hntk46wuuj86/Rachel_Starr_-_The_Stepmom__The_Graduate.html | 10626 - The Stepmom & The Graduate |
| pornve.com | Brazzers | https://pornve.com/hnv9fp6uljya/Olivia_Austin_Skye_West_-_How_To_Masturbate_Like_A_Porn_Star.html | 9157 - How To Masturbate Like A Porn Star |
| pornve.com | Brazzers | https://pornve.com/hnwsx5yert5a/Naughty_Bookworms_2015_-_Aletta_Ocean.html | 8058 - Spy Hard 3: Hit Girl |
| pornve.com | Brazzers | https://pornve.com/hnz5nz2zxdtv/Ricki_Raxxx_-_Bridezilla_vs_Monster_Cock.html | MILFS Like It Big Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/hnzzwvhwr4yp/Naughty_college_girl_Charity_Bangs_gets_punished_in_the_classroom.html | 8069 - Plagiarist Pussy |
| pornve.com | Brazzers | https://pornve.com/ho6ut4pr7sia/_The_MILF_Experience_.html | 9499 - The MILF Experience |
| pornve.com | Reality Kings | https://pornve.com/ho7sbsq0a8o8/Mom_Kendra_Lust_Fuks_Teen_Dillion_Harper.html | 12937 - Laws Of Attraction |
| pornve.com | Brazzers | https://pornve.com/hoac8voxkxss/Lisa_Ann_-_Lisa_Anns_Lover.html | 3433512 - Lisa Ann's Lover |
| pornve.com | Brazzers | https://pornve.com/hod73i798yon/HotAndMean_Krissy_Lynn_Sheena_Rose_Uma_Jolie_Outing_The_Outed_-_09_08_16.html | 10076 - Outing The Outed |
| pornve.com | Reality Kings | https://pornve.com/hoi1u0c6mbss/Katrina_jade_Lela_star_threesome_sex.html | 3258424 - Admiring The View |
| pornve.com | Brazzers | https://pornve.com/hola9p08mf0dw/Anikka_Albrite_Jada_Stevens_-_Prison_Sluts_With_Big_Butts.html | 8529 - Prison Sluts With Big Butts |
| pornve.com | Brazzers | https://pornve.com/hoqru76nsf4g/Maya_Hills_-_A_Night_At_The_Pleasure_Palace.html | 7072 - A Night At The Pleasure Palace |
| pornve.com | Brazzers | https://pornve.com/hov4p38yq7cb/Madison_Scott_-_ERection.html | 5311 - ERection |
| pornve.com | Brazzers | https://pornve.com/hp1jwf7n5uag/Reagan_Foxx_-_Feeling_Up_The_Fashion_Girl.html | 11204 - Feeling Up The Fashion Girl |
| pornve.com | Brazzers | https://pornve.com/hp29iadrw2fb/the_caterer.html | 10288 - The Caterer |
| pornve.com | Brazzers | https://pornve.com/hp39sa9vj2lc/Ally_Kay_-_Throbbing_The_Cradle.html | 5622 - Throbbing the Cradle |
| pornve.com | Brazzers | https://pornve.com/hpb18gdsye9o/Sybil_Stallone_-_Free_For_All_Fuck.html | 3318016 - Free For All Fuck |
| pornve.com | Reality Kings | https://pornve.com/hpdxoe2jc03s/GFRevenge_Super_spread.html | 14389 - bikini_body |
| pornve.com | Reality Kings | https://pornve.com/hpgx51ts1xwo/RealityKings_-_Jmac_plowed_Naomi_Woods_pussy_and_jizz_in_her_mouth_.html | 1850490 - jogging_for_dick |
| pornve.com | Brazzers | https://pornve.com/hpir8w7wxdmx/HOT_NEW_MILF_Rachel_Starr_Sex_Workout.html | 6900 - Rachel Starr's Workout |
| pornve.com | Brazzers | https://pornve.com/hpq2hcw43sp8/Jade_Amber_-_Jade_Screams_For_Ice_Cream.html | 10560 - Jade Screams For Ice Cream |
| pornve.com | Brazzers | https://pornve.com/hq1ecwvp7ye4/Mischa_Brooks_-_You_Have_A_Cock_Addiction.html | 6960 - You Have a Cock Addiction |
| pornve.com | Brazzers | https://pornve.com/hq6m6g8s06n3/Kimmy_Olsen_-_My_Girlfriends_Slutty_Friend.html | 6730 - My Girlfriend's Slutty Friend |
| pornve.com | Brazzers | https://pornve.com/hq8auw91x79r/Kacey_Jordan_-_Sneak_In_Fuck.html | Teens Like it Big |
| pornve.com | Brazzers | https://pornve.com/hq9l1djn1svw/Adriana_Chechik_Juan_Lucho_-_Shut_Up_and_Fuck_Me_-_Pornstars_Like_it_Big_-_Brazzers.html | 3408181 - Shut Up and Fuck Me |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/hqf367aqdi7y/Taking_It_Twice_Brazzers.html | 9567 - Taking It Twice |
| pornve.com | Brazzers | https://pornve.com/hqfcfm83dm0t/Phoenix_Marie_Is_Following_Doctors_Orders.html | 9627 - Doctor Knows Best |
| pornve.com | Brazzers | https://pornve.com/hqg1fnjeqjxt/Hime_Marie_Jill_Kassidy_Keiran_Lee_Blowing_The_Landlords_Load_Brazzers_Exxtra_Brazzers.html | 3456817 - Blowing The Landlord's Load |
| pornve.com | Brazzers | https://pornve.com/hqjm3mqe26kk/Shay_Sights_-_Bribing_The_Law.html | 4530 - Bribing The Law |
| pornve.com | Brazzers | https://pornve.com/hqjseiyo8bmk/Brazzers_-_Sporty_girl_Keisha_Grey_gets_fucked_by_her_coach_.html | 10473 - Lick Me In The Locker Room |
| pornve.com | Brazzers | https://pornve.com/hqk2zaj7rwog/Ryder_Skye_Im_Gonna_Bang_Your_Mother_3_2015.html | 8298 - Dare for a Big Dick |
| pornve.com | Brazzers | https://pornve.com/hqm2815b1f29/Hardcore_AllieHaze_Superanalized.html | 10352 - Latex Lust |
| pornve.com | Brazzers | https://pornve.com/hqndoyb4c66p/Sharon_Pink_-_Getting_A_Better_View.html | 3958 - Getting A Better View |
| pornve.com | Brazzers | https://pornve.com/hqqsjt9k5820/Alexis_Breeze_-_Pick-Up_In_The_Park.html | 4365 - Pick-up in the Park |
| pornve.com | Brazzers | https://pornve.com/hqr14u86gnj0/Zoey_Holiday_-_Mommy_The_Muff_Muse.html | 6448 - Mommy the Muff Muse |
| pornve.com | Reality Kings | https://pornve.com/hqr6je760tq9/Realitykings_Wet_And_Wild_Staycation.html | RK at Home |
| pornve.com | Reality Kings | https://pornve.com/hqwdy83r01c1/GFRevenge_Thats_my_girl.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/hqyss1u0k3gh/Ribbon_Cunting_Ceremony.html | 7496 - Ribbon Cunting Ceremony |
| pornve.com | Brazzers | https://pornve.com/hr2te44j3o4p/DirtyMasseur_-_Brazzers_-_Makayla_Cox_Markus_Dupree_Eager_Beaver.html | 2638360 - Eager Beaver |
| pornve.com | Brazzers | https://pornve.com/hr6g5dubma1d/Abbey_Brooks_-_Sensitivity_Training.html | 6362 - Sensitivity Training |
| pornve.com | Brazzers | https://pornve.com/hrbgxtzaa4l7/Queen_Of_Thrones_-_Part_3.html | 10534 - Queen Of Thrones: Part 3 |
| pornve.com | Brazzers | https://pornve.com/hrmrcjRxhct3/Tasha_Reign_Sacred_Holes.html | 7291 - Sacred Holes |
| pornve.com | Brazzers | https://pornve.com/hrpm7q35b9zy/Carmen_Caliente_-_Knobbing_The_Naughty_Nurse.html | 3221804 - Knobbing The Naughty Nurse |
| pornve.com | Brazzers | https://pornve.com/hrrenn4fc544/Nikki_Sexx_-_Get_Me_Wet_Mr_Plumber.html | MILFS Like It Big Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/hrtrqae7mj0p/Bridgette_B_Val_Dodds_-_Pussy_On_Pointe.html | 2409985 - Pussy On Pointe |
| pornve.com | Brazzers | https://pornve.com/hs8v7y4sm1d6/Mandy_Muse_Mandys_Anal_Amusement.html | 9147 - Mandy's Anal Amusement |
| pornve.com | Brazzers | https://pornve.com/hsgoar9ek3ij/Emma_Hix_Keiran_Lee_-_Emma_Gets_All_Oiled_Up_-_Dirty_Masseur_-_Brazzers.html | 2358761 - Emma Gets All Oiled Up |
| pornve.com | Brazzers | https://pornve.com/hshfa4148nd9/Chase_Ryder_Simone_Sonay_-_Caught_With_a_Cock.html | 8034 - Caught With a Cock |
| pornve.com | Brazzers | https://pornve.com/ht0jszghyvd1/Christie_Stevens_Xander_Corvus_-_Drywall_Wet_Pussy_-_Brazzers_Exxtra_-_Brazzers.html | 3110638 - Drywall Wet Pussy |
| pornve.com | Brazzers | https://pornve.com/ht0pkykey61f/New_ANAL_Aletta_Ocean.html | 9520 - Lost In Brazzers Episode 3 |
| pornve.com | Brazzers | https://pornve.com/ht6vt5oknkph/cheating_Bride_Is_Fucking_By_Her_Husbands_Friend_on_wedding_day.html | 10249 - Dirty Bride |
| pornve.com | Reality Kings | https://pornve.com/htdka90yq7xj/MilfHunter_RealityKings_Briana_Banks_-_Busting_on_briana.html | 14705 - Busting On Briana |
| pornve.com | Reality Kings | https://pornve.com/htgncwp061th/MikesApartment_17_02_15_Luna_Corazon_One_Night_Of_Fun_XXX_-KTR.html | 15260 - One Night Of Fun |
| pornve.com | Brazzers | https://pornve.com/htgpxgunzse1/Emma_Heart_-_I_Heart_Big_Asses.html | 7809 - I Heart Big Asses |
| pornve.com | Brazzers | https://pornve.com/hth1x6t9bwj/Ariella_Ferrera_-_Polishing_His_Trophy.html | 2573746 - Polishing His Trophy |
| pornve.com | Brazzers | https://pornve.com/hthfl84ny6zh/BrazzersExxtra_-_Jennifer_White_I_Thought_You_Hated_Yoga_5B_HD_5D.html | 3921678 - I Thought You Hated Yoga |
| pornve.com | Brazzers | https://pornve.com/htq3d18opvly/BrazzersExxtra_-_Nicolette_Shea_The_Dick_Pic_Trick.html | 2842896 - The Dick Pic Trick |
| pornve.com | Reality Kings | https://pornve.com/http5sj93p7p/RealityKings_Make_You_A_Man_Realitykings_RK-Prime_Jordi_El_Nino_Polla_Aryana_Adin_Brunette_Bl.html | 2974508 - Make You A Man |
| pornve.com | Brazzers | https://pornve.com/htx2kf8v5gbi/Mary_Jane_Mayhem_-_Manhandled.html | 9084 - Manhandled |
| pornve.com | Brazzers | https://pornve.com/hu0rxqh4h5di/Hhot_Fuck_In_Club_Cumshot_Pornstar_Esperanza_Gomez.html | 9073 - Cock-Crazed Cougar In The Club |
| pornve.com | Brazzers | https://pornve.com/hu158fkd4d7a/Bonnie_Rotten_Skin_Diamond_-_Double_Dildo_Dommes.html | 7329 - Double Dildo Dommes |
| pornve.com | Brazzers | https://pornve.com/hu4dffebbcwu/Kelly_Divine_-_Creampie_On_A_Divine_Ass.html | 6756 - Creampie On A Divine Ass |
| pornve.com | Brazzers | https://pornve.com/hu83p4w2t73l/India_Summer_Veruca_James_-_Anal_Lessons_From_A_Milf.html | 8126 - Anal Lessons From A Milf |
| pornve.com | Brazzers | https://pornve.com/hujdq0gaz5l2/Callac_Calypso_-_Curing_Callies_Cock_Cravings.html | 8049 - Curing Callie's Cock Cravings |
| pornve.com | Brazzers | https://pornve.com/hv2s0ph2lofm/Casca_Akashova_-_All_Dolled_Up.html | 3983709 - All Dolled Up: Beauty Queen Edition |
| pornve.com | Reality Kings | https://pornve.com/hva3i33nj6ah/MomsBangTeens_Reagan_Foxx_Lucie_Cline_40Milf_In_Closet_-_05_12_201641.html | 15131 - Milf In Closet |
| pornve.com | Brazzers | https://pornve.com/hvh23hfppk57/Harlow_Harrison_The_Great_Public_Cock_Hunt.html | 9394 - The Great Public Cock Hunt |
| pornve.com | Brazzers | https://pornve.com/hvmsxgbmtxkt/All_Good_New_Emma_Leigh_And_Danny_D.html | 10066 - Sink the Pink |
| pornve.com | Reality Kings | https://pornve.com/hvof4etxln40/Lucky_guy_fucks_his_girlfriend_and_her_dissolute_stepmother_Aaliyah_Love.html | 14111 - Aaliyah Knows Best |
| pornve.com | Brazzers | https://pornve.com/hvok7z1vr1y5/Stella_Cox_-_Cock_For_Cox.html | 10183 - Cock for Cox |
| pornve.com | Brazzers | https://pornve.com/hvqgo5yk6ifs/Jenny_Hendrix_-_Just_Like_The_Good_Old_Times.html | Pornstars Like It Big Vol. 6 |
| pornve.com | Reality Kings | https://pornve.com/hvvdgxrt85ow/Janice_Big_Dick.html | 12538 - Sexy Summer |
| pornve.com | Brazzers | https://pornve.com/hvwt69nxvygf/Aaliyah_Love_Veronica_Vain_-_Pole_Skills_and_Holes_Filled.html | 9116 - Pole Skills and Holes Filled |
| pornve.com | Brazzers | https://pornve.com/hvx4foiihsrv/Gianna_Dior_Ava_Addams_-_Mother_Daughter_Boning.html | 3226134 - Mother Daughter Boning |
| pornve.com | Brazzers | https://pornve.com/hvy5qx0bwaa5/Lisa_Ann_-_Settling_Out_Of_Cunt.html | 6966 - Settling Out of Cunt |
| pornve.com | Brazzers | https://pornve.com/hw950l7sde8b/Irreconcilable_Slut_-_Part_3.html | 5330 - Irreconcilable Slut Pt. 3 |
| pornve.com | Brazzers | https://pornve.com/hwjhtaycq4r1/Shyla_Stylez_-_Hes_Got_A_Ticket_To_Ride.html | Big Tits In Uniform |
| pornve.com | Brazzers | https://pornve.com/hwqq5v8xx74q/abigail_mac_hot_sex.html | 3719981 - Stuffing Her Ballot Box |
| pornve.com | Brazzers | https://pornve.com/hx2c32tngptp/Jillian_Janson_-_A-Mature_Magic.html | 11264 - A-Mature Magic |
| pornve.com | Brazzers | https://pornve.com/hx34jjscof7j/Mason_Moore_-_Mount_RushMoore.html | 4070 - Mount RushMoore |
| pornve.com | Brazzers | https://pornve.com/hx7gnkm57fxt/Vienna_Black_-_Slutty_Study_Time.html | 2867495 - Slutty Study Time |
| pornve.com | Brazzers | https://pornve.com/hxaplvao19o0/Ariella_Ferrera_Mommys_Best_Kept_Secrets.html | 8514 - Mommy's Best Kept Secrets |
| pornve.com | Brazzers | https://pornve.com/hxas5v0k254z/Sneaky_Mom_1_Kendra_Lust_Brick_Danger.html | 8407 - Sneaky Mom |
| pornve.com | Reality Kings | https://pornve.com/hxfcfbr54zs/NEW_DD_Kirsten_Lee_Molly_Mae_Raven_And_Alice_March.html | Dare Dorm #26 |
| pornve.com | Brazzers | https://pornve.com/hxfwd2cqahzm/Chloe_Lamour_-_This_Could_Be_The_End_-_Brazzers_Exxtra_-_Brazzers.html | 3313989 - This Could Be The End |
| pornve.com | Brazzers | https://pornve.com/hxgqbnsz95m5/Brandi_Edwards_mommy_got_boobs.html | 5180 - You Drive A Hard Boner Bargain |
| pornve.com | Reality Kings | https://pornve.com/hxk44mz3w7gx/Cory_Chase_X_MILF_Has_Sex_Hot_Shawn_Rees.html | 6981 - Convenience Cooch |

| pornve.com | Brazzers | https://pornve.com/hxmss1m2h7uf/milf_stepmom_fetish_glory_hole_mom_son_stepmom_glory_hole_4156_3_171_plays_published_on_1_day_ago_category_big_tits_redhead_pornstar_diamond_foxxx_tags_public.html | 9697 - Stepmom's Sweet Glory Hole |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/hxryu7tcve8p/Hellvira_Mistress_Of_The_Fuck_Joslyn_James.html | 6823 - Hellvira Mistress Of The Fuck |
| pornve.com | Brazzers | https://pornve.com/hy6se3meie5q/Christen_Courtney_Rina_Ellis_Sex_Fighter_Chun_Li_vs_Cammy.html | 10019 - Sex Fighter: Chun Li vs. Cammy |
| pornve.com | Brazzers | https://pornve.com/hyco7ih817rj/Katie_Summers_Ruby_Knox_Victoria_White_-_Sharing_Is_Caring_At_Camp_Starfish.html | 5527 - Sharing is Caring at Camp Starfish |
| pornve.com | Brazzers | https://pornve.com/hyvlprwjl5va/Abella_Danger_-_The_Trip_-_Part_2.html | 3669824 - The Trip: Part 2 |
| pornve.com | Brazzers | https://pornve.com/hz2iya1gp259/phoenix_4some.html | 6129 - Busted |
| pornve.com | Brazzers | https://pornve.com/hz2ndyzbnetr/Lesbians_NEW_Brandi_Love_And_Mia_Malkova.html | 9220 - Brandi Love's The Interview |
| pornve.com | Brazzers | https://pornve.com/hz4awm9rui4/Gabby_Quinteros_-_Dusty_Busty.html | 6207 - Dusty & Busty |
| pornve.com | Brazzers | https://pornve.com/hz6qkqqbet76/Skin_Diamond_-_Diamond_Repair.html | 6487 - Diamond Repair |
| pornve.com | Brazzers | https://pornve.com/hz8swns8snm3/Best_Brazzers_Live_Ever_-_Shyla_Stylez_Nikki_Sexx_Bridgette_B_Phoenix_Marie_And_Trina_Michaels.html | 9645 - BRAZZERS LIVE 5: ULTIMATE SURRENDER |
| pornve.com | Brazzers | https://pornve.com/hzekbwln70b4/Happy_Stepmothers_Day_-_Alli_Rae_Devon_Jessy_Jones.html | 8935 - Happy Stepmothers Day |
| pornve.com | Brazzers | https://pornve.com/hzje3gf45f/groupsex_rachel_roxxx_reverse_gangbang_slut_hotel_part_3_4124_42_plays_published_on_27_minutes_ago_category_brunette_hardcore_pornstar_romi_rain_isis_love_tags_group_sex.html | 10470 - Slut Hotel: Part 3 |
| pornve.com | Brazzers | https://pornve.com/hzom1nqny2ja/1800_Phone_Sex_Line_9_Clea_Gaultier_Alex_Legend.html | 2412342 - 1 800 Phone Sex: Line 9 |
| pornve.com | Brazzers | https://pornve.com/hzplf5wem59a/The_Dutiful_Wife_Katana_Kombat_and_Damon_Dice.html | 3425291 - The Dutiful Wife |
| pornve.com | Brazzers | https://pornve.com/hzwrae84kibv/Molly_Bennett_-_Wonder_Pussy.html | 7070 - Wonder Pussy |
| pornve.com | Reality Kings | https://pornve.com/i016zf29q7uu/realitykings2016-12-23_Caught_At_The_Pool.html | 15198 - Caught At The Pool |
| pornve.com | Brazzers | https://pornve.com/i01nm5gwtwjn/Nicole_Grey_-_Fuck_I_D.html | 4124 - Fuck I.D. |
| pornve.com | Brazzers | https://pornve.com/i07i7v3bvrqr/Disciplining_The_Squirt_Brazzers.html | 3797030 - Disciplining The Squirt |
| pornve.com | Brazzers | https://pornve.com/i0e687cl24f8/busty_mandy_dee_anal.html | 5440 - Wakey Wakey |
| pornve.com | Reality Kings | https://pornve.com/i0ez1fkvqw0v/Vicky_Love_Daisy_Cake_Swingers.html | 14200 - So Creamy |
| pornve.com | Brazzers | https://pornve.com/i0pam2l4qxt2/Julia_Ann_-_Tits_Are_Always_The_Solution | 5313 - Tits Are Always The Solution |
| pornve.com | Brazzers | https://pornve.com/i0q2a24updfc/Harlow_Harrison_-_Obsessive_Cum-pulsive_Disorder.html | 9285 - Obsessive Cum-pulsive Disorder |
| pornve.com | Brazzers | https://pornve.com/i0sceybbiqan/Stacy_Cruz_-_Waking_Beauty.html | 3646746 - Waking Beauty |
| pornve.com | Brazzers | https://pornve.com/i0sh4roxnaho/DoctorAdventures_Gia_Milana_She_s_No_Dummy.html | 3362295 - She's No Dummy! |
| pornve.com | Brazzers | https://pornve.com/i0vxvo9spe1p/Shawna_Lenee_-_Lenee_Laid_In_Miami.html | 4418 - Lenee Laid In Miami |
| pornve.com | Brazzers | https://pornve.com/i13kkadfukz1/Ava_Rose_-_Pain_The_In_Ass_Roomate.html | 4255 - Pain the in ass roomate! |
| pornve.com | Brazzers | https://pornve.com/i164crzxcmuk/Kianna_Dior_Mommy_Mans_The_Kissing_Booth.html | 7112 - Mommy Mans the Kissing Booth |
| pornve.com | Brazzers | https://pornve.com/i16nolzjvrje/HotAndMean_19_07_15_Eliza_Ibarra_And_Sabina_Rouge_Get_Your_Own_Room_XXX_SD.html | 3408164 - Get Your Own Room |
| pornve.com | Brazzers | https://pornve.com/i1blxl4r3yb7/Phoenix_Marie_Riley_Reid_-_Nailed_By_The_School_Nurse.html | 8106 - Nailed by the School Nurse |
| pornve.com | Brazzers | https://pornve.com/i1c1067byjf1/Stacey_Saran_-_A_Very_Neighborly_Affair.html | 3769387 - A Very Neighborly Affair |
| pornve.com | Reality Kings | https://pornve.com/i1eqczqt42ht/My_Stepmoms_Cooking_Show_The_Secret_Ingredient.html | Moms Bang Teens Vol. 29 |
| pornve.com | Brazzers | https://pornve.com/i1fg3ar32227/Leigh_Darby_Filthy_Moms_1_S3.html | 7824 - Drilling Miss Darby |
| pornve.com | Brazzers | https://pornve.com/i1gjmjszkxgj/_Brazzers_-_Sexy_Carla_Pryce_learn_how_to_make_a_proper_blowjob_.html | 10917 - Blowjob 101 |
| pornve.com | Brazzers | https://pornve.com/i1h9tocflgrb/Gina_Valentino_-_Blowjob_Teen_Game.html | 10130 - Button Mashing |
| pornve.com | Brazzers | https://pornve.com/i1jf90tyictl/Zara_DuRose_-_Corporate_Espionage.html | 2436834 - Corporate Espionage |
| pornve.com | Brazzers | https://pornve.com/i1l69w3ousq7/McKenzie_Lee_-_Bad_Mommy.html | 5990 - Bad Mommy |
| pornve.com | Brazzers | https://pornve.com/i1layltr778k/Alice_March_Dillion_Harper_Staci_Silverstone_-_A_Brazzers_Christmas_Party.html | 6977 - A Brazzers Christmas Party |
| pornve.com | Brazzers | https://pornve.com/i1oj69cl4djg/Brother_Fuck_Younger_Sister_When_She_Play_Games.html | 10136 - My Stepsister The Gamer |
| pornve.com | Reality Kings | https://pornve.com/i1pzx727512/realitykings2016-12-15_Maid_Troubles.html | 15132 - Maid Troubles |
| pornve.com | Brazzers | https://pornve.com/i1shotb05yvr/Nicole_Aniston_-_Abstract_Sexpressionism.html | 2676480 - Abstract Sexpressionism |
| pornve.com | Reality Kings | https://pornve.com/i1txlsmwa7so/Three_Is_Fun_-_Molly_Mae_Haley_Reed_-_Reality_King.html | 15378 - Three Is Fun |
| pornve.com | Brazzers | https://pornve.com/i24rpk997kbi/_Brazzers_-_Big_tit_redhead_Monique_Alexander_fucks_her_gym_client_.html | 7525 - Fat Camp: Dropping Pounds to Pound Monique |
| pornve.com | Brazzers | https://pornve.com/i28f5e000x41/Sally_DAngelo_Ricky_Spanish_-_Bad_To_The_Granny_Bone_-_Brazzers_Exxtra_-_Brazzers.html | 3458884 - Bad To The Granny Bone |
| pornve.com | Brazzers | https://pornve.com/i2aeznfeem3aq/Laura_Crystal_-_She_Loves_The_WEINERschnitzel.html | 6403 - She Loves the WEINERschnitzel |
| pornve.com | Brazzers | https://pornve.com/i2c0raj8khfo/Brandi_Love_-_Evaluation_Ejaculation.html | 6210 - Evaluation Ejaculation |
| pornve.com | Brazzers | https://pornve.com/i2rgzz50vvfg/d4_K3nnedy_L3igh_480p.html | 7285 - Nurse Leigh_Cock Stalker |
| pornve.com | Reality Kings | https://pornve.com/i2uuvsureeni/Nova_Brooks_Tegan_James_-_Tied_Me_Up.html | 15245 - Tied Me Up |
| pornve.com | Brazzers | https://pornve.com/i2s3byqzj2ee/Sophia_Santi_-_Drilled_By_The_Dean.html | 5478 - Drilled by the Dean |
| pornve.com | Brazzers | https://pornve.com/i2xzoenfvns5/Skinny_Pencil_Dick_Ava_Addams_Stay_Away_From_My_Daughter.html | 10208 - Stay Away From My Daughter |
| pornve.com | Brazzers | https://pornve.com/i2z7y4kl8036/Ariella_Ferrera_Cherie_Deville_-_A_Double_Milf_Stack.html | 8928 - A Double Milf Stack |
| pornve.com | Brazzers | https://pornve.com/i2zs2jmt85sz/Emma_Heart_-_The_Real_Asstate_Deal.html | 5193 - The Real Asstate Deal |
| pornve.com | Brazzers | https://pornve.com/i32xwzd1ltku/Mercedes_Carrera_The_Mommy_Method.html | 9501 - The Mommy Method |
| pornve.com | Brazzers | https://pornve.com/i3akf9l2t9gc/Jenny_Diamond_-_Fast_Times_On_A_First_Date.html | 10557 - Fast Times On A First Date |
| pornve.com | Brazzers | https://pornve.com/i3be5nmnd0t/Julia_Bond_Nikki_Benz_-_The_Pornstar_Experiment.html | Pornstars Like It Big Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/i3o42jmbcec9/Romi_Rain_-_The_Other_Woman.html | 2927876 - The Other Woman |
| pornve.com | Brazzers | https://pornve.com/i3otst5n2sdl/Alena_Croft_-_City_School_Gangbang.html | 8695 - City School Gangbang |
| pornve.com | Brazzers | https://pornve.com/i4dxlz3iafag/Ryan_Keely_Isiah_Maxwell_-_Pounded_By_The_Producer_-_Milfs_Like_It_Big_-_Brazzers.html | 3960060 - Pounded By The Producer |
| pornve.com | Brazzers | https://pornve.com/i4nywx0o2256/Madison_Ivy_Never_Had_Aa_Threesome_Before_Full_College_Madison_With_All_Her_Sexual_Prowess_Some_How_Has_Never_Had_A_Threesome_Before_Until_Now.html | 4843 - I've Never Had A Threesome... |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/i4p95ge64220/Lily_Jordan_-_But_She_Helps_Me_Study.html | 10622 - But She Helps Me Study! |
| pornve.com | Brazzers | https://pornve.com/i4qbymiur5lv/Rachael_Cavalli_-_Masquerade_Ball-Sucking.html | 3226111 - Masquerade Ball-Sucking |
| pornve.com | Brazzers | https://pornve.com/i4trezxq5rm0/River_For_Van_Wylde_-_All_Tits_On_Deck_-_Baby_Got_Boobs_-_Brazzers.html | 3291287 - All Tits on Deck! |
| pornve.com | Brazzers | https://pornve.com/i4vswoi3w600/Nicole_Aniston_-_Nicoles_Bent_Over_Backwards_-_DayWithAPornstar.html | 4209289 - Nicole's Bent Over Backwards |
| pornve.com | Brazzers | https://pornve.com/i4zrtbjo2d04/Brazzers_Asa_Akira_And_Madison_Ivy_To_Fuck_a_Stranger.html | 9988 - Cogerse a un ExtraÃ±o |
| pornve.com | Brazzers | https://pornve.com/i53xqhtibto4/Maddy_Oreilly_-_G_Spot_O_Face.html | 6765 - G Spot O Face |
| pornve.com | Brazzers | https://pornve.com/i5bz7auss7vn/Mea_Melone_-_Learning_The_Fun_Way.html | 9296 - Learning the Fun Way |
| pornve.com | Brazzers | https://pornve.com/i5c3va28obb4/blonde_blowjob_big_tits_hardcore_cumshot_babe_kleio_valentien_elegance_in_negligence_4013_188_plays_published_on_3_hours_ago_title_category_ass_public_pornstar_kleio_valentien_tags_beautiful_brazzers_tag_this_video.html | 10602 - Elegance in Negligence |
| pornve.com | Brazzers | https://pornve.com/i5d0axdrjr5a/Vanilla_Deville_Filthy_Moms_1_S5.html | 7679 - Mom's Cream-Pie |
| pornve.com | Reality Kings | https://pornve.com/i5d4tknnao38/MoneyTalks_Gianna_Nicole_Body_In_Motion.html | 12403 - Body In Motion |
| pornve.com | Brazzers | https://pornve.com/i5f368kv7bva/Jewels_Jade_-_Cock_Fixer_Upper.html | 4691 - Cock Fixer Upper |
| pornve.com | Brazzers | https://pornve.com/i5f7bx4bkaeg/Jasmine_Webb_-_Hardcore_Initiation.html | 2461840 - Hardcore Initiation |
| pornve.com | Brazzers | https://pornve.com/i5k63a1bivp9/Alexis_Ford_Juelz_Ventura_-_Insextion.html | 5998 - Insextion |
| pornve.com | Brazzers | https://pornve.com/i5rkry65wqy0/Ariella_Ferrera_-_The_Sex_Test.html | 9719 - The Sex Test |
| pornve.com | Brazzers | https://pornve.com/i62fx31r50lz/BrazzersExxtra_Angela_White_Ava_Addams_Bridgette_B_Chasing_That_Big_D_-28_11_2016.html | 10291 - Chasing That Big D |
| pornve.com | Brazzers | https://pornve.com/i68bxpp5k5mg/Anna_Bell_Peaks_Loves_Giving_The_Anal_Gift.html | 10824 - Ass After Midnight |
| pornve.com | Brazzers | https://pornve.com/i6bwmz0xzq6r/Remy_LaCroix_-_Remys_Ring_Toss.html | 7290 - Remy's Ring Toss |
| pornve.com | Brazzers | https://pornve.com/i6epsm19bgbg/Hadley_Viscara_-_A_Natural_Distraction.html | 10618 - A Natural Distraction |
| pornve.com | Brazzers | https://pornve.com/i6j7rdpjrw77/Brazzers_Worldwide_Budapest_-_Episode_8.html | 5519 - Ep-8: Last Call For Bootiepest |
| pornve.com | Reality Kings | https://pornve.com/i6dwaq1bxxke/Elevator_Creeping_Sarah_Vandella.html | 2286923 - Elevator Creeping |
| pornve.com | Brazzers | https://pornve.com/i6n0tl9lumtv/AJ_Applegate_-_Anal_Glory.html | 10220 - Anal Glory |
| pornve.com | Brazzers | https://pornve.com/i6xuur8vpyd6/Elsa_Jean_Monique_Alexander_-_Pool_Humping.html | 11016 - Pool Humping |
| pornve.com | Brazzers | https://pornve.com/i75yb88mbdq/Karen_Fisher_-_Who_Wants_Pie.html | 8515 - Who Wants Pie? |
| pornve.com | Brazzers | https://pornve.com/i77d43f6uiu8/Jasmine_Webb_-_If_You_Love_Me.html | 7186 - If You Love Me... |
| pornve.com | Brazzers | https://pornve.com/i7cvn33p40o9/Brandi_Love_-_Of_Milfs_and_Men.html | 8807 - Of Milfs and Men |
| pornve.com | Brazzers | https://pornve.com/i7czywemj6aj/Secret_Wifeswap_Weekend_Part_Two.html | 8391 - Secret Wifeswap Weekend Part Two |
| pornve.com | Reality Kings | https://pornve.com/i7lak2ugm85l/Alexis_Fawx0_Alpha_MILF_Bad_Tow_Truck.html | 14180 - Alpha Milf |
| pornve.com | Brazzers | https://pornve.com/i7p61zrsyc1i/Aaliyah_Hadid_Ashley_Adams_Bridgette_B_Gina_Valentina_Karma_Rx_Katrina_Jade_Kira_Noir_Kissa_S.html | 2683991 - Brazzers House 3: Episode 2 |
| pornve.com | Brazzers | https://pornve.com/i7tkynh1ntu2/Skyla_Paige_-_Lifeguard_On_Cock_Duty.html | 4215 - Lifeguard On Cock Duty! |
| pornve.com | Brazzers | https://pornve.com/i83awissnbof/Special_Assistant_to_Ms_Cumz_Casey_Cumz_Bill_Bailey.html | 8836 - Special Assistant to Ms. Cumz |
| pornve.com | Brazzers | https://pornve.com/i88kfo4qv9ba/Twerk_And_Jerk_Kelsi_Monroe_Sean_Lawless.html | 9541 - Twerk And Jerk |
| pornve.com | Brazzers | https://pornve.com/i8dg5wtyryrc/Cindy_Dollar_-_Massage_My_Love_Muscle.html | Big Tits At Work Vol. 10 |
| pornve.com | Reality Kings | https://pornve.com/i8dpass7o4al/NEW_Adrianna_Nicole.html | 2764 - No Pants Dance |
| pornve.com | Reality Kings | https://pornve.com/i8g8s7o7f5f9/Brenna_Sparks_Asian_Massage_2_Of_10.html | 15138 - Sparks It Up |
| pornve.com | Brazzers | https://pornve.com/i8mfinvqfxcl4/Brazzers_-_Pussy_Pat-Down_Brazzers_Brazzersexxtra_Sarah_Banks_Johnny_Sins_Ebony_Brunette_Black.html | 11178 - Pussy Pat-Down |
| pornve.com | Brazzers | https://pornve.com/i8s82458kfis/Nikki_Benz_-_A_Very_Oral_Interview.html | Doctor Adventures Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/i8wyntos6g2e/Aryana_Augustine_-_Below_The_Belt.html | Big Tits at Work Vol. 6 |
| pornve.com | Brazzers | https://pornve.com/i8xarise7sis/Alanah_Rae_Assault_on_Anal_Precinct.html | 5650 - Assault on Anal Precinct 13 |
| pornve.com | Brazzers | https://pornve.com/i91xno4x3djw/Penny_Pax_Johnny_Sins_-_Getting_Smashed_-_Brazzers_Exxtra_June_18_2018.html | 2461947 - Getting Smashed |
| pornve.com | Brazzers | https://pornve.com/i93v30rw0g9i/BrazzersExxtra_-_Christiana_Cinn_Homo_Sexians.html | 2672965 - Homo Sexians |
| pornve.com | Brazzers | https://pornve.com/i99ylmymbwut/Madison_Ivy_Manuel_Ferrara_-_Making_Madison_Wet_-_Pornstars_Like_It_Big_-_Brazzers.html | 3782596 - Making Madison Wet |
| pornve.com | Brazzers | https://pornve.com/i9gygyv692yn/Chastity_Lynn_Katsuni_Kristina_Rose_-_French_Fuck_101.html | 6714 - French Fuck 101 |
| pornve.com | Brazzers | https://pornve.com/i9ikys8rsk5t/Alessandra_Jane_-_Fucking_The_Masterpiece.html | 2893128 - Fucking The Masterpiece |
| pornve.com | Brazzers | https://pornve.com/i9uzn9syznf6/Karrlie_Dawn_-_Locked_Out.html | Mommy Got Boobs Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/i9xugd2676nf/Audrey_Bitoni_-_Equipment_Room_Boom_Boom_-_Brazzers.html | 5135 - Equipment Room Boom Boom |
| pornve.com | Reality Kings | https://pornve.com/i9y6wq0tfq5c/BigNaturals_Layla_London_Jugs_And_Tugs_-_02_11_2016.html | 14985 - Jugs And Tugs |
| pornve.com | Brazzers | https://pornve.com/ia4v61stqf5i/Asa_Akira_-_Dr_Awesome.html | Brazzers Doctor Adventures #6 |
| pornve.com | Brazzers | https://pornve.com/ia82pr7rl22m/Georgie_Lyall_Danny_D_Sample_My_Snatch.html | 2357243 - Sample My Snatch |
| pornve.com | Brazzers | https://pornve.com/iad5fe74njow/rws_20_03_13_nicolette_shea_an_intense_affair.html | 3609636 - An Intense Affair |
| pornve.com | Reality Kings | https://pornve.com/iaftqaj6dvoc/Money_Talks_gas_for_ass_big.html | 7890 - Gas For Ass |
| pornve.com | Brazzers | https://pornve.com/iafxu531hsdl/Torrey_Pines_-_Seduce_A_Milf.html | 6888 - Seduce a Milf |
| pornve.com | Reality Kings | https://pornve.com/iaku6aesqekd/Realitykings_Round_and_Brown_Ass_Celebration.html | 13509 - Ass Celebration |
| pornve.com | Brazzers | https://pornve.com/iaqi3vt3v9az/Rihanna_Samuel_-_The_Princess_Of_Cock.html | 5674 - The Princess of Cock |
| pornve.com | Reality Kings | https://pornve.com/iarguop09dou/GFRevenge_Delilah_Blue_My_Girl_Blue.html | 1844099 - my_girl_blue |
| pornve.com | Brazzers | https://pornve.com/iat0gvar5adk/Stacey_Saran_Danny_D_-_A_Very_Neighborly_Affair_-_Milfs_Like_It_Big_-_Brazzers.html | 3769387 - A Very Neighberly Affair |
| pornve.com | Reality Kings | https://pornve.com/iax068eg0iks/Back_It_Up_Bea_Bea_Wolf.html | 14702 - Back It Up Bea |
| pornve.com | Brazzers | https://pornve.com/ib13v2kwgi83/Riley_Reid_Massage.html | 8022 - Riley Reid's Big Black Cock Massage |
| pornve.com | Brazzers | https://pornve.com/ib888zjohdd4/Nicolette_Shea_-_Smart_Ho-me.html | 2874518 - Smart Ho-me |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/ibf7bg9z0thi/Best_New_Mommy_Got_Huge_Boobs_Emma_Eutt_Hold_The_Phone_Not_The_Moan_New_March_07_2016.html | 9478 - Hold The Phone Not The Moan |
| pornve.com | Brazzers | https://pornve.com/ibifdbhaxzfe/Kimmy_Granger_Mick_Blue_-_Please_Reconsider_-_Real_Wife_Stories_-_Brazzers.html | 3433514 - Please Reconsider |
| pornve.com | Brazzers | https://pornve.com/ibuwwhef1ubj/Brazzers_-_Bonnie_Rotten_And_Nicolette_Shea_Insubordinate_Sub.html | 2892748 - Insubordinate Sub |
| pornve.com | Brazzers | https://pornve.com/ic1t9wmo0r8z/Sandra_Romain_Big_Cock_Anal_And_Facial.html | 6632 - HUNGover |
| pornve.com | Brazzers | https://pornve.com/ic2wsh73icl7/Charley_Chase_-_Cutting_To_The_Chase.html | 4291 - Cutting to the Chase |
| pornve.com | Brazzers | https://pornve.com/icdbbeapl8pu/Cali_Carter_Cherie_Deville_-_Massage_My_Mother_In_Law.html | 8647 - Massage My Mother In Law |
| pornve.com | Brazzers | https://pornve.com/icki24t6j6kg/Phoenix_Marie_-_Best_Of_Brazzers_Phoenix_Marie.html | 10415 - Hardcore High Notes |
| pornve.com | Brazzers | https://pornve.com/icn7wou2mkxw/Mischa_Brooks_-_Wheres_My_Wallet.html | 8009 - Where's My Wallet |
| pornve.com | Brazzers | https://pornve.com/icqr3oat96gt/Brazzers_Lets_Talk_About_Sex_Kissa_Sins.html | 2947190 - Let's Talk About Sex |
| pornve.com | Brazzers | https://pornve.com/icri2ivix4oc/Slut_Hotel_-_Part_2.html | 10469 - Slut Hotel: Part 2 |
| pornve.com | Brazzers | https://pornve.com/icw83afomeax/Carter_Cruise_Jayden_Cole_-_Deuces_Are_Wild.html | 3291181 - Deuces are Wild |
| pornve.com | Reality Kings | https://pornve.com/icx6r85n1ib8/Alana_Lace_Brannon_Rhodes_-_Big_Naturals_-_Reality_Kings.html | 1183 - Heart Boobs |
| pornve.com | Brazzers | https://pornve.com/id6kednm3wvm/NEW_MILF_Big_Tits_new_Michelle_Thorne.html | 9693 - Spanglish Lessons |
| pornve.com | Brazzers | https://pornve.com/id8gtk7dyho4/Amy_Brooke_-_Wettest_Woman_In_Porn.html | 7903 - Wettest Woman in Porn |
| pornve.com | Brazzers | https://pornve.com/idhivprt1oky/Jodi_Bean_-_Boob_Erasers.html | Big Tits at School Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/idosgc7oym4i/Karma_Rx_-_Slutty_Surveillance.html | 3425290 - Slutty Surveillance |
| pornve.com | Brazzers | https://pornve.com/idq4vqp9pxxo/Rachel_Starr_-_Ghost_Humping.html | 2893124 - Ghost Humping |
| pornve.com | Brazzers | https://pornve.com/idx2wrdu8lxj/Desiree_Night_-_Worship_Me.html | 3609453 - Worship Me |
| pornve.com | Brazzers | https://pornve.com/ie0oufjadin4/1800_Phone_Sex_Line_11_Anya_Ivy_-_Johnny_Sins.html | 2412384 - 1 800 Phone Sex: Line 11 |
| | | | |
| pornve.com | Brazzers | https://pornve.com/ie2a5iphh530/Luna_Skye_Keiran_Lee_-_Cramming_The_College_Cutie_-_Baby_Got_Boobs_-_Brazzers.html | 3202348 - Cramming The College Cutie |
| pornve.com | Brazzers | https://pornve.com/ie2erfya8xsc/Shy_Love_-_A_Little_Bit_Of_Hotel_Ass.html | 3978 - A Little Bit Of Hotel Ass! |
| pornve.com | Brazzers | https://pornve.com/ie3ewec12ip7/Abella_Anderson_-_Water_Polo_Ho.html | 5592 - Water Polo Ho! |
| pornve.com | Brazzers | https://pornve.com/ie5p6b1vicy1/Dani_Daniels_-_Fuck_The_Law.html | 7519 - Fuck the Law |
| pornve.com | Brazzers | https://pornve.com/ieb5y8tiptow/Devon_Nikki_Benz_-_Boy_Toy.html | Real Wife Stories Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/iceg1t193r572/Brazzers_Mommy_Got_Boobs_40Show_Me_How_You_Jerk_Off41_European.html | 8555 - Show Me How You Jerk Off |
| pornve.com | Brazzers | https://pornve.com/iehw1y7121j6/Vanilla_Deville_-_Charming_Her_Panties_Off.html | 7050 - Charming Her Panties Off |
| pornve.com | Brazzers | https://pornve.com/iem612dq3zht/Brazzers_-_Kieran_couldnt_relax_until_maid_Tessa_release_him_a_huge_load_.html | 6886 - Inglourious French Maids - Part 2 |
| pornve.com | Brazzers | https://pornve.com/ieyxehxalv5y/juelz_ventura.html | 6175 - Wide Open Ass ! |
| pornve.com | Brazzers | https://pornve.com/iezxadf3anom/Karmen_Karma_Whoreschach_Test.html | 2928050 - Whoreschach Test |
| pornve.com | Brazzers | https://pornve.com/if1bnjx9j0wo/Valentines_Day_Affair_-_Unseen_Moments.html | 3983751 - Brazzers LIVE: Valentine's Day Affair |
| pornve.com | Brazzers | https://pornve.com/if3k41tw9lco/Whitney_Westgate_-_Beach_Babes_Boobs.html | 9184 - Beach Babe's Boobs |
| | | | |
| pornve.com | Brazzers | https://pornve.com/ifcascmun47p/Lisa_Ann_Kyle_Mason_-_Seduction_For_Sport_-_Pornstars_Like_It_Big_-_Brazzers.html | 3471695 - Seduction For Sport |
| pornve.com | Brazzers | https://pornve.com/ifcfwtqt8vrt/Emma_Leigh_Danny_D_The_Mathletes_Part_One.html | 9153 - The Mathletes Part Three |
| pornve.com | Brazzers | https://pornve.com/iflgiezywrn8/Romi_Rain_Xander_Corvus_Wandering_Hands.html | 11019 - Wandering Hands |
| pornve.com | Brazzers | https://pornve.com/ifsb3t11udew/Yurizan_Beltran_-_Happy_Anniversary_Slut.html | 6943 - Happy Anniversary Slut! |
| pornve.com | Reality Kings | https://pornve.com/ifwwmmkx980b/Slip_It_In_S2_Slip_It_In_Kymberlee_Anne.html | 14106 - Slip It In |
| pornve.com | Brazzers | https://pornve.com/ig085b5uaid8/Gina_Lynn_-_Cooking_With_Gina_Cheyne.html | Big Tits at Work Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/ig1mafo0t0t9/American_Whore_Story_-_Part_1.html | 8418 - American Whore Story Part One |
| pornve.com | Reality Kings | https://pornve.com/ig76y4rew0sn/Ryan_Reid_-_RK_At_Home_Fuck_Me_Forgive_Me_-_RK_Prime_-_Reality_Kings.html | RK at Home |
| pornve.com | Brazzers | https://pornve.com/ig8xdndojhct/Alexis_Ford_-_Guru_Gushing.html | 6767 - Guru Gushing |
| pornve.com | Reality Kings | https://pornve.com/ige73yj3dgpb/Sneaky_Salon_Sluts_-_Phoenix_Marie_Abella_Danger_-_Sneaky_salon_sluts | 1775203 - sneaky_salon_sluts |
| pornve.com | Brazzers | https://pornve.com/igg1f4ln1x6o/Lena_Paul_Alex_Legend_-_Dusting_Off_Dat_Ass_-_Big_Wet_Butts_-_Brazzers.html | 3387498 - Dusting Off Dat Ass |
| pornve.com | Brazzers | https://pornve.com/igr5ppgd475d/Monica_Santhiago_Shows_Up_At_A_Strangers_Door.html | 4742 - Escorted to the Brazilian Back Door |
| pornve.com | Brazzers | https://pornve.com/igryam23vcuz/Abigail_mac_gets_blasted_with_cum_by_danny_d.html | 3171829 - Sensual Seduction |
| pornve.com | Brazzers | https://pornve.com/igs6anoupkkg/_Brazzers_-_Sexy_young_teen_JoJo_Kiss_enjoys_an_older_guys_cock_.html | 11196 - Hole In One |
| pornve.com | Brazzers | https://pornve.com/igtyelst9v12/Emmanuelle_London_-_Horny_For_Your_Hall_Pass.html | 6145 - Horny For Your Hall Pass |
| pornve.com | Brazzers | https://pornve.com/ih0b04drm263/Diamond_Kitty_-_The_Vulture.html | 6495 - The Vulture |
| pornve.com | Reality Kings | https://pornve.com/ih5g0f6xq5z26/Mischa_Brooks_Valentina_Nappi_Anal_Foursome.html | 11749 - Group Grabbing |
| pornve.com | Brazzers | https://pornve.com/ihdu8ic74l67/Nikita_Denise_-_Czech_Out_My_Ass.html | 6956 - Czech Out My Ass |
| pornve.com | Reality Kings | https://pornve.com/ihiele6nf2ov/Cristi_Ann_-_Body_Of_Beauty | 14143 - Body Of Beauty |
| pornve.com | Brazzers | https://pornve.com/ihiqzmndjak/Alexis_Monroe_-_Weird_Science_Fair.html | 6520 - Weird Science Fair |
| pornve.com | Brazzers | https://pornve.com/ihn1vl3l9b6f/Joslyn_James_-_Let_Me_Fuck_Your_Manager.html | 11023 - Let Me Fuck Your Manager |
| pornve.com | Brazzers | https://pornve.com/ihncad76cqcu/Brooklyn_Lee_Sovereign_Syre_-_Revenge_Wears_A_Strap-On.html | 7238 - Revenge Wears a Strap-On |
| pornve.com | Brazzers | https://pornve.com/ihxyklpxnhi0/Star_Del_Ray_-_Whats_In_The_Box.html | 10444 - What's In The Box? |
| pornve.com | Brazzers | https://pornve.com/ii13z3x5sdwc/Lost_In_Brazzers_Episode_4_Mea_Melone_Danny_D.html | 9521 - Lost In Brazzers Episode 4 |
| pornve.com | Brazzers | https://pornve.com/ii6xxdczsi6l/Peta_Jensen_cumshot_compilation.html | 9598 - Massaging Peta |
| pornve.com | Brazzers | https://pornve.com/iiah1dqtn6d1/Veronica_Rodriguez_-_Soaking_And_Sucking.html | 9149 - Soaking and Sucking |
| pornve.com | Reality Kings | https://pornve.com/iie8sgo6mnuq/Kierstin_Koyote.html | 11895 - Cock Kissing |
| pornve.com | Brazzers | https://pornve.com/iij2gct9xmm4/Britney_Brooks_-_Blazing_Hot_Jizz.html | 4945 - Blazing Hot Jizz |
| pornve.com | Brazzers | https://pornve.com/iijfzbczdycd/Krissy_Lynn_-_Back_To_School_Banging.html | 2305129 - Back To School Banging |
| pornve.com | Brazzers | https://pornve.com/iikbo22xxwh4/Monique_Alexander_-_Eyes_Down_Tits_Out.html | 9236 - Eyes Down Tits Out |
| | | | |
| pornve.com | Brazzers | https://pornve.com/iipcs6vpfr9h/Valerie_Kay_Sean_Lawless_-_Bowling_For_The_Bachelor_-_Brazzers_Exxtra_-_Brazzers.html | 3648590 - Bowling For The Bachelor |

| | | | | |
|---|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/ij3e4m00za5w/New_Real_Wife_Stories_Brazzers_2016.html | 10258 - A Fuck To Remember | |
| pornve.com | Brazzers | https://pornve.com/ij6va0yfpq4w/Shyla_Stylez_-_Payback.html | Big Tits at Work | |
| pornve.com | Brazzers | https://pornve.com/ija9suvyfo0i/Jade_Kush_Logan_Long_-_The_Full_Body_Treatment_-_Dirty_Masseur_-_Brazzers.html | 3464527 - The Full Body Treatment | |
| pornve.com | Brazzers | https://pornve.com/ijauo2s32t2h/Helly_Mae_Hellfire_-_Late_Night_With_Dr_Fucky.html | 7362 - Late Night With Dr. Fucky | |
| pornve.com | Brazzers | https://pornve.com/ije7gc1froxo/Austin_Lynn_-_House-Sitting_Whore_-_Brazzers.html | 8056 - No Ordinary Housewife | |
| pornve.com | Brazzers | https://pornve.com/ijegytdgbqa2/Brazzers_Anal_Apocalypse_Jennifer_White.html | 2675838 - Anal Apocalypse | |
| pornve.com | Brazzers | https://pornve.com/ijev42cl9n8r/Maddy_Oreilly_Happy_New_Rear.html | 10366 - Happy New Rear! | |
| pornve.com | Brazzers | https://pornve.com/ijo3qls3qwy6/Jasmine_Jae_Jordi_El_Nio_Polla_The_Agency.html | 11164 - The Agency | |
| pornve.com | Brazzers | https://pornve.com/ijoqslonf72i/Lenina_gets_a_workout_from_boyfriend.html | 4209262 - Lenina Gets A Workout | |
| pornve.com | Brazzers | https://pornve.com/ijrghm27l8t5/Chanel_Preston_-_Free-For-All_Fuck_Lessons.html | 10641 - Free-For-All Fuck Lessons | |
| pornve.com | Brazzers | https://pornve.com/ijtzft9ohgku/Shawna_Lenee_-_This_Nurse_Is_a_Hooker.html | 8632 - This Nurse Is a Hooker | |
| pornve.com | Brazzers | https://pornve.com/ik2z99w1gcb/Luna_Star_Scott_Nails_-_Squirting_In_The_New_Year_-_Brazzers_Exxtra_-_Brazzers.html | 3136593 - Squirting In The New Year | |
| pornve.com | Brazzers | https://pornve.com/ik3e3qmwtjz0/Karissa_Shannon_-_X_Marks_The_Spot.html | 3425283 - X Marks The Spot | |
| pornve.com | Brazzers | https://pornve.com/ik5jq13q7hqb/Megan_Rain_-_Spring_Break_Slut.html | 8849 - Spring Break Slut | |
| pornve.com | Brazzers | https://pornve.com/ik8fj5i4t9y/Lucia_Love_-_My_Submissive_Boss.html | 3773940 - My Submissive Boss | |
| pornve.com | Brazzers | https://pornve.com/ikdcy53ha63w/BEST_NEW_BabyGotBoobs_Harlow_Harrison_The_Suburban_Skank_11012015_720p.html | 9282 - The Suburban Skank | |
| pornve.com | Brazzers | https://pornve.com/ikdqgfznkooa/Mandy_Muse_-_Home_Alone_And_Down_To_Bone.html | 8376 - Home Alone and Down to Bone | |
| pornve.com | Brazzers | https://pornve.com/ikmf7b1xr0t3/Abella_Danger_-_A_Love_Hate_Fuck_Relationship.html | 8744 - A Love Hate Fuck Relationship | |
| pornve.com | Brazzers | https://pornve.com/ikomoy88j1ko/Ariana_Marie_and_August_Ames_are_ready_for_disobedience_and_dirty_sex_with_their_mentor.html | 10648 - Our Homemade Sex Tape | |
| pornve.com | Brazzers | https://pornve.com/ikp5n80u9huz/Katana_Kombat_Sean_Lawless_-_Bend_Me_Over_-_Real_Wife_Stories_-_Brazzers.html | 3170699 - Bend Me Over | |
| pornve.com | Brazzers | https://pornve.com/iktbt4mm9scc/Best_Of_Brazzers_-_Meanest_Lesbians.html | 8100 - Scissoring In The Sauna | |
| pornve.com | Brazzers | https://pornve.com/iku9ntwoop1j/Raven_Bay_-_Hammered.html | 10026 - Hammered | |
| pornve.com | Brazzers | https://pornve.com/ikw53s562owr/Lilith_Lust_-_Titty_Tape.html | 7710 - Titty Tape | |
| pornve.com | Brazzers | https://pornve.com/ikyduym4ans5/Anya_Ivy_Xander_Corvus_Its_Raining_Anya.html | 2413568 - It's Raining Anya | |
| pornve.com | Reality Kings | https://pornve.com/ikzr7h8vmgmq/Britney_Amber_-_Light_Night_Curves_-_Monster_Curves_-_Reality_Kings.html | 3128130 - Light Night Curves | |
| pornve.com | Brazzers | https://pornve.com/il1zqhpxvym0/Have_Your_Cock_And_Eat_It_Too_Brazzers.html | 2676484 - Have Your Cock And Eat It Too | |
| pornve.com | Brazzers | https://pornve.com/il4qkgesl2te/Nikki_Benz_-_Nikkis_Blind_Taste_Test.html | 10115 - Nikki's Blind Taste Test | |
| pornve.com | Brazzers | https://pornve.com/il51xyke2zh9/Chloe_Carter_Bored_Stiff.html | 9762 - Bored Stiff | |
| pornve.com | Brazzers | https://pornve.com/il6zke9bv37m/_Brazzers_-_Santas_sexy_little_helpers_Alena__Amethyst_in_a_hot_threesome_.html | 11146 - Santa's Twerkshop | |
| pornve.com | Brazzers | https://pornve.com/il7zdfuuqk73/Amanda_Black_-_The_Color_Of_Tits.html | 5363 - The Color of Tits | |
| pornve.com | Brazzers | https://pornve.com/ilb8g7z24e14/Holly_Hotwife_-_Moms_Rules.html | 3363981 - Mom's Rules | |
| pornve.com | Brazzers | https://pornve.com/ild6g4feapo7/Valerie_Fox_-_Tittyfuck_For_A_Fresh_Start.html | 5938 - Tittyfuck For A Fresh Start | |
| pornve.com | Brazzers | https://pornve.com/illeaje4zk3u/Rebeca_Linares_-_The_Crappy_Hairstylist.html | 4370 - The Crappy Hairstylist | |
| pornve.com | Reality Kings | https://pornve.com/ilnp5mmp0te5/Realitykings_Sneaky_Sex_Sneaky_Salon_Sluts.html | 1775203 - sneaky_salon_sluts | |
| pornve.com | Reality Kings | https://pornve.com/ilosp6qj6agr/MomsBangTeens_Leah_Gotti_Eva_Long_-_Give_And_Take_4018_07_201641.html | 14783 - Give And Take | |
| pornve.com | Brazzers | https://pornve.com/im2ffcmwfwh1/Kristen_Scott_Lilly_Lit_-_Ladies_In_Leather.html | 2572139 - Ladies In Leather | |
| pornve.com | Reality Kings | https://pornve.com/im8pfu96xedx/8thStreetLatinas_Sasha_Bleou_Sexy_Selena_-_16_09_16.html | 14943 - Sexy Selena | |
| pornve.com | Brazzers | https://pornve.com/imjbxfcppjmxb/FROM_Star-Brazzers_Exxtra_Kiki_Minaj_Danny_D.html | 3722111 - Nude To The Neighborhood | |
| pornve.com | Brazzers | https://pornve.com/imngbk1vmkv9/Jennifer_White_-_Hail_To_The_Tits.html | 7701 - Hail to the Tits | |
| pornve.com | Brazzers | https://pornve.com/imxkws1iudom/Mia_Malkova_-_My_Wifes_A_Whore.html | 7342 - My Wife's a Whore | |
| pornve.com | Brazzers | https://pornve.com/imzp5e72lxeq/Best_Of_Brazzers_-_Lela_Star_-_Brazzers_Exxtra_-_Brazzers.html | 2893315 - Assage: The Lela Star Method | |
| pornve.com | Brazzers | https://pornve.com/in256lkvi7o2/Big_cock_is_emptied_by_babe_Peta_Jensen_.html | 8590 - Breaking In Miss Jensen | |
| pornve.com | Brazzers | https://pornve.com/inc4bvia8524/Casey_Calvert_-_Happy_Masturbation_Month.html | 3363998 - Happy Masturbation Month! | |
| pornve.com | Reality Kings | https://pornve.com/inf7zy3xwqkn/MomsLickTeens_Bonnie_Grey_Cassandra_Cain_-_Bonnies_Booty_19_07_2016.html | 14693 - Bonnies Booty | |
| pornve.com | Brazzers | https://pornve.com/inl8cyo1ldk/Nikki_Benz_-_Nikki_Gets_Wet.html | 10057 - Nikki Gets Wet | |
| pornve.com | Brazzers | https://pornve.com/inqiamcdnji2/Alexia_Vosse_-_The_Cock_In_The_Doc.html | 8733 - The Cock In The Doc | |
| pornve.com | Brazzers | https://pornve.com/intmk0qn4qy5/Amanda_Lane_Veronica_Rayne_-_Kindly_Fuck_My_Stepdaughter.html | 9240 - Kindly Fuck My Stepdaughter | |
| pornve.com | Brazzers | https://pornve.com/inudslu38c7b/Ella_Hughes_Gina_Valentina_-_Going_In_Blind.html | 2587709 - Going In Blind | |
| pornve.com | Brazzers | https://pornve.com/io0fhtpooyhw/Teenage_Cock_Smoker_Brazzers.html | 9356 - Teenage Cock Smoker | |
| pornve.com | Brazzers | https://pornve.com/io7g1ahops6b/Ryan_Smiles_-_Sizzlin_Slo-Mo_Booty.html | 7846 - Sizzlin' Slo-Mo Booty | |
| pornve.com | Brazzers | https://pornve.com/iojpfxosq9mi/Facial_Romi_Rain.html | 9141 - Deadly Rain: Part Two | |
| pornve.com | Brazzers | https://pornve.com/iooohhzpvhkt/Gracie_Glam_Kayla_Carrera_-_With_Gracie_In_The_Middle_Theres_Some_Leeway.html | 5947 - With Gracie In The Middle There's Some Leeway | |
| pornve.com | Brazzers | https://pornve.com/ioq0xz8iwx2m/_Brazzers-_Smoking_hot_cheerleaders_Kortney__Monique_compete_for_the_dick_.html | 7840 - The Slut Competition | |
| pornve.com | Brazzers | https://pornve.com/ip1kpacrdol6/Office_4-Play_-_Part_7.html | 8465 - Office 4-Play VII: Ebony Babes | |
| pornve.com | Reality Kings | https://pornve.com/ip32tuxwkly2/Sara_St_Clair_-_Ramming_Sara.html | 1823386 - ramming_sara | |
| pornve.com | Brazzers | https://pornve.com/ip37g647gz48/Natasha_Vega_-_Shes_A_Ho.html | 6621 - She's a Ho | |
| pornve.com | Brazzers | https://pornve.com/ip3oclmoe078/Chanel_Preston_-_The_One_Mile_High_Club.html | 5462 - The One Mile High Club | |
| pornve.com | Reality Kings | https://pornve.com/ipc092h7i716/Brooklyn_Chase_Van_Wylde_-_Graphic_In_Traffic_-_Monster_Curves_-_Reality_Kings.html | 2991638 - Graphic In Traffic | |
| pornve.com | Brazzers | https://pornve.com/ipd6mln3kuat/Mai_Bailey_-_Teach_Me_To_Squirt.html | 7722 - Teach Me to Squirt | |
| pornve.com | Reality Kings | https://pornve.com/ipjrmekczl85/Brandi_teaching_Casi_her_boyfriend_Art_of_sex.html | 7732 - Birds And The Bees | |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/ipp5kmdayd8l/Kelly_Summer_-_Suce_Mes_Gros_Seins.html | 8944 - Suce Mes Gros Seins |
| pornve.com | Brazzers | https://pornve.com/ipssd31l1kia/Brazzers_BigTitsInUniform_TITal_Wave_Brazzers_BigTitsInUniform_2012_Full-HD_White_Girl_Whit.html | 6604 - TITal Wave |
| pornve.com | Brazzers | https://pornve.com/ipxap2yjhdo2/Peta_Jensen__Xander_Corvus_Our_New_Maid_Part_Two.html | 9055 - Our New Maid: Part Three |
| pornve.com | Brazzers | https://pornve.com/ipxvrmt0c901/Diamond_Kitty_-_Special_Sun_Block.html | 4842 - Special Sun Block |
| pornve.com | Reality Kings | https://pornve.com/iqdoe11tf4u/Mother_and_daughter_share_cock_and_anal.html | 7762 - Vaginal Volt |
| pornve.com | Brazzers | https://pornve.com/iqhht9cpmo34/Tyler_Faith_Keiran_Lee_-_Sneaking_In_A_Last_Minute_Facial_-_Milfs_Like_It_Big_-_Brazzers.html | 3225790 - Sneaking In A Last minute Facial |
| pornve.com | Brazzers | https://pornve.com/iqj3ty0ojvd7/Sexual_Education_8_Cali_Carter.html | 10345 - Cum Credits |
| pornve.com | Brazzers | https://pornve.com/iqld99o70wi97/Hanna_Montada_-_The_Cocksucking_Cop_Sucker.html | 8949 - The Cocksucking Cop Sucker |
| pornve.com | Brazzers | https://pornve.com/iqmva1d2ay7q/Dickrupting_Her_Domestic_Bliss_Ryan_Keely.html | 3110903 - Dickrupting Her Domestic Bliss |
| pornve.com | Reality Kings | https://pornve.com/iqpfhym589c1/LilHumpers_2_S4_Alena_Croft_Rickys_Gang.html | Lil Humpers 2 |
| pornve.com | Brazzers | https://pornve.com/iqv3vap85p6c/Katrina_Jade_Payton_Preslee_Mick_Blue_-_The_Businesswomans_Special_-_Brazzers_Exxtra_-_Brazzers.html | 3829114 - The Businesswoman's Special |
| pornve.com | Brazzers | https://pornve.com/ir184il4mtya/Mackenzee_Pierce_-_Ill_Make_You_Famous.html | 4985 - I'll Make You Famous |
| pornve.com | Brazzers | https://pornve.com/ir3bochnowbc/Cuck-held_Without_Bail.html | 3723085 - Cuck-held Without Bail |
| pornve.com | Brazzers | https://pornve.com/iraqn8g4lx44/Marina_Visconti_-_The_Tourist_Trap.html | 8060 - The Tourist Trap |
| pornve.com | Brazzers | https://pornve.com/irdo8in2tung/Kelsi_Monroe_-_Cum_Splash_All_Over_Kelsi_Monroes_Ass.html | 8423 - Cum Splash All Over Kelsi Monroe's Ass |
| pornve.com | Brazzers | https://pornve.com/irlgstdc7uho/Brooklyn_Blue_-_Sex_With_The_Scarecrow.html | 2928052 - Sex With The Scarecrow |
| pornve.com | Brazzers | https://pornve.com/irlx42f5yoea/Milf_Squad_Vegas_-_Part_2.html | 9433 - Milf Squad Vegas: Big Cock Commandeering |
| pornve.com | Brazzers | https://pornve.com/iro3lbpgcnv0/Ivy_Lebelle_in_Bubble_Butt_Anal.html | 11060 - Candid Camgirl |
| pornve.com | Brazzers | https://pornve.com/irsy9gjgv4uy/Brazzers_Live_40.html | 9652 - BRAZZERS LIVE 40: BIG WET BUTTS LIVE |
| pornve.com | Brazzers | https://pornve.com/irvmc5op2k82/Kianna_Dior_-_Happy_Canada_Day_Eh.html | 9784 - Happy Canada Day  Eh? |
| pornve.com | Brazzers | https://pornve.com/is0k94vv17ag/Layla_London__Raylin_Ann_-_Three's_Cum-pany.html | 9588 - Three's Cum-pany |
| pornve.com | Reality Kings | https://pornve.com/is5c9pb11aku/LilHumpers_2_S2_Ryan_Keely_Window_Washed.html | Lil Humpers 2 |
| pornve.com | Brazzers | https://pornve.com/isa42p2mgphc/Tasha_Reign_-_Cinderella_Meets_Her_Pricks_Charming.html | 7352 - Cinderella Meets Her Pricks Charming |
| pornve.com | Brazzers | https://pornve.com/isj4gk5n1c6r/Brazzers_-_Keisha_Grey_The_Resident_Slut_Part_Two.html | 8826 - The Resident Slut: Part Two |
| pornve.com | Brazzers | https://pornve.com/isvt48ndz6ba/Amia_Miley_-_Sugar_Baby_Blues.html | 10921 - Sugar Baby Blues |
| pornve.com | Brazzers | https://pornve.com/isvv7yvahо9e/Ashley_Adams_New_Tits_On_The_Block.html | 9097 - New Tits On the Block |
| pornve.com | Brazzers | https://pornve.com/isvyv3ba9baq/Hot_Day_For_A_Tan_BraZZers_HDRip.html | 3437013 - Hot Day For A Tan |
| pornve.com | Reality Kings | https://pornve.com/isx88gtb6j66/April_Dawn_Tyler_Steel_Filled_To_The_Brim.html | 1968113 - Filled To The Brim |
| pornve.com | Brazzers | https://pornve.com/it397h3xf6g7/JoJo_Kiss_In_One_Hole_In_One.html | 11196 - Hole In One |
| pornve.com | Brazzers | https://pornve.com/itd0i6u2c5e7w/Noelle_Easton_-_The_Cleavage_Secret.html | 9155 - The Cleavage Secret |
| pornve.com | Brazzers | https://pornve.com/iteghbcp03d/Lisa_Ann_Nicolette_Shea_in_The_Fuck_Off.html | 3609170 - The Fuck Off |
| pornve.com | Brazzers | https://pornve.com/itebas0pgp2n/Cali_Carter_Co-Eds_And_Bunk_Beds.html | 9548 - Co-Eds And Bunk Beds |
| pornve.com | Reality Kings | https://pornve.com/itgaavmxtp0o/8thStreetLatinas__RealityKings_Darling_Deicide_-_My_Darling.html | 14689 - My Darling |
| pornve.com | Brazzers | https://pornve.com/itnu0cbmqasj/Veronica_Avluv_-_Mistress_P_1.html | 5436 - Mistress P.I. |
| pornve.com | Brazzers | https://pornve.com/itrvpd4slb51/The_Future_Familys_Fuck_Robot_-_Part_1.html | 10936 - The Future Family's Fuck Robot: Part 1 |
| pornve.com | Brazzers | https://pornve.com/ittkuv20pqmp/Tessa_Lane_-_Inglourious_French_Maids_-_Part_2.html | 6886 - Inglourious French Maids - Part 2 |
| pornve.com | Reality Kings | https://pornve.com/itui2ybtisu9/FULL_HD_-_Big_Naturals_Ashley_Gets_Oiled_Up_And_Ready.html | 13787 - Busty Ashley |
| pornve.com | Brazzers | https://pornve.com/itwzi7otpz1z/Faye_Reagan_-_My_Pussy_Got_Pranked.html | 5448 - My Pussy Got Pranked |
| pornve.com | Reality Kings | https://pornve.com/iu3jexpg2p8g/Reality_Kings_MILF_Hunter_36_40201541_Scene_4_Nikita_Von_James.html | 12219 - Short Shorts |
| pornve.com | Brazzers | https://pornve.com/iu9qop6y022i/Summer_Brielle_-_Why_Dont_You_Do_Me.html | 8853 - Why Don't You Do Me? |
| pornve.com | Brazzers | https://pornve.com/iueextpz8s86/Rhylee_Richards_-_Flip_The_Script.html | 4709 - Flip The Script |
| pornve.com | Brazzers | https://pornve.com/iuftutzh8sr4/Sheridan_Love_-_Fucked_In_A_Breeze.html | 10095 - Fucked In A Breeze |
| pornve.com | Brazzers | https://pornve.com/iuh4ic9u0al4/Leigh_Darby_-_Nasty_Checkup_With_Dr_Darby.html | 9345 - Nasty Checkup with Dr. Darby |
| pornve.com | Reality Kings | https://pornve.com/iujiuj7p9lj2agt/Brooklyn_Blue_-_Behind_Her_Husbands_Back.html | 3796571 - Behind Her Husband's Back |
| pornve.com | Brazzers | https://pornve.com/iujvjh8znsex/Charlotte_Stokely__Courtney_Taylor_-_Call_To_Pussy_Worship.html | 10321 - Call To Pussy Worship |
| pornve.com | Brazzers | https://pornve.com/iulp2rll0jvu/Erica_Lauren_Sam_Shock_-_Mothers_Day_Gift_-_Mommy_Got_Boobs_-_Brazzers.html | 3359608 - Mother's Day Gift |
| pornve.com | Brazzers | https://pornve.com/iun58nrct811/Emma_Hix_Keiran_Lee_Blessing_In_Disguise.html | 11213 - Blessing In Disguise |
| pornve.com | Brazzers | https://pornve.com/iusyrb8d03x7/Disrespecting_The_Maid_Brazzers.html | 9355 - Disrespecting The Maid |
| pornve.com | Brazzers | https://pornve.com/iv0dep0uaaqj/Codi_Bryant_-_Last_Doctor_Visit.html | 4577 - Last Doctor Visit |
| pornve.com | Brazzers | https://pornve.com/iv13sr17v146/Nicolette_Shea_-_Thawed_Out_and_Horny_-_PornstarsLikeItBig_MILF_bigtits.html | 3166360 - Thawed Out And Horny |
| pornve.com | Brazzers | https://pornve.com/iv4byh3aafla/Ariella_Ferrera_-_Making_Him_Wait_-_Part_1.html | 8503 - Making Him Wait |
| pornve.com | Brazzers | https://pornve.com/iv6lxc40o2jl/_Abigail_Mac_-_White_Coat_Pink_Pussy_.html | 11030 - White Coat  Pink Pussy |
| pornve.com | Brazzers | https://pornve.com/iv7ktku98rjp/Aletta_Ocean_Nightsuckers_Pornstars_Like_It_Big_anal_bigtits_double.html | 4258 - Nightsuckers |
| pornve.com | Brazzers | https://pornve.com/iv8y9isot5xq/Aleksa_Nicole_-_Subliminal_Messages.html | 6525 - Subliminal Messages |
| pornve.com | Brazzers | https://pornve.com/ivkqxjufahu8/Kortney_Kane_-_Doctor_vs_Prisoner.html | 4777 - Doctor Vs Prisoner |
| pornve.com | Brazzers | https://pornve.com/ivpch3pqc1j3/Teen_Anal_Threesome_Samy_Anal_Jenn_Lee_Lengirie.html | 8241 - Till Cum Do Us Part |
| pornve.com | Brazzers | https://pornve.com/iw10lak5emm1/Victoria_Lawson_-_Selling_My_Wifes_Hole_-_.html | 6268 - Selling my Wife's Hole |
| pornve.com | Reality Kings | https://pornve.com/iwadm5x7a5f/Reality_Kings_MILF_Hunter_36_40201541_Scene_5_Rio_Lee.html | 12362 - Naughty In The Nude |
| pornve.com | Brazzers | https://pornve.com/iwanes4q29nm/Madison_Scott_-_This_Is_MY_Sorority.html | 8316 - This Is MY Sorority! |
| pornve.com | Brazzers | https://pornve.com/iwcguwpqwe9s/Ricki_White_-_Bribing_For_A_Ride.html | Big Tits at School Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/iwh6ipd2fq4p/Alex_Blake_-_When_The_Food_Truck_Is_A_Rockin.html | 10437 - When The Food Truck Is A Rockin'... |
| pornve.com | Reality Kings | https://pornve.com/iwid2yd31qx7/RoundAndBrown_-_Ariana_Aimes_-_Valentines_Vagina.html | 2286638 - Valentines Vagina |

| pornve.com | Brazzers | https://pornve.com/iwkqoeaqq7bj/Bridgette_B_-_Dick_Is_For_Suck.html | 4476 - Dick Is For Suck |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/iwlkqo2n3j5u/Mindy_Main_-_Austin_Kincaid_-_College_Of_Knowledge.html | Big Tits at School Vol. 6 |
| pornve.com | Reality Kings | https://pornve.com/iwm4rst5l6bt/monstercurves_19_06_07_lela_star_and_katrina_jade_admiring_the_view.html | 3258424 - Admiring The View |
| pornve.com | Brazzers | https://pornve.com/iwnovri3ojpj/Diamond_Kitty_-_Booty_Hunt.html | 3010068 - Booty Hunt |
| pornve.com | Brazzers | https://pornve.com/iwp9wfeewo11/Asa_Akira_-_Diamond_Jackson_-_One_Part_Keiran_Two_Parts_Tits.html | 6922 - One Part Keiran  Two Parts Tits |
| pornve.com | Brazzers | https://pornve.com/iwzzlql8jkfl/Brooklyn_Chase_And_Katy_Kiss_Going_Out_And_In.html | 9759 - Going Out  And In |
| pornve.com | Brazzers | https://pornve.com/ix3lwucha71h/The_Most_Exuberant_Booty_Kelsi_Monroe_Ramon.html | 9103 - The Most Exuberant Booty |
| pornve.com | Brazzers | https://pornve.com/ix8xsmtstlmi/Devon_Michaels_-_A_Wild_Ride_Before_The_Wedding.html | 5065 - A Wild Ride Before the Wedding |
| pornve.com | Brazzers | https://pornve.com/ix9tbd9ibofu/Alexia_Sky_-_Big_Cock_Sees_No_Tit_Size.html | Teens Like It Big Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/ixa1aye0qzon/Jayden_Jaymes_Anal_Creampie.html | 5857 - Full Anal Tune-UP |
| pornve.com | Brazzers | https://pornve.com/ixfk51rt1n14/Inside_Nutleys_Asylum_-_Part_3.html | 8127 - Inside Nutley's Asylum : Part Three |
| pornve.com | Brazzers | https://pornve.com/ixjquqyoutyp/Amy_Brooke_-_You_Should_Have_Locked_It_Down.html | 5532 - Teach That Ass A Lesson |
| pornve.com | Brazzers | https://pornve.com/ixyvwlek73ta/Kendall_Karson_-_Candy_Striper_Sex_Savior.html | 6683 - Candy Striper Sex Savior |
| pornve.com | Brazzers | https://pornve.com/iy0nm810t1gv/Office_4-Play_-_Part_5.html | 7028 - Office 4-Play: Christmas Edition! |
| pornve.com | Brazzers | https://pornve.com/iya9xvahtzex/World_War_XXX_Part_Six.html | 9371 - World War XXX Part Six |
| pornve.com | Brazzers | https://pornve.com/iyew4brvlnpn/Nicolette_Shea_Tyler_Nixon_-_The_Dick_Pic_Trick_-_Brazzers_Exxtra_-_Brazzers.html | 2842896 - The Dick Pic Trick |
| pornve.com | Brazzers | https://pornve.com/iymoownokl21/Swamp_Buggy_Booty_Brazzers.html | 10440 - Swamp Buggy Booty |
| pornve.com | Brazzers | https://pornve.com/iyntkaa9opn5/High_class_mature_lady_is_horny_and_find_a_big_dick.html | 3458886 - Independance Lay |
| pornve.com | Brazzers | https://pornve.com/iyo5pzfrnxam/Dominative_Assistant_Kristina_Rose_And_Bridgette_B.html | 10360 - Dominative Assistant |
| pornve.com | Brazzers | https://pornve.com/iz4mpliao0dv/BrazzersExxtra_Brooklyn_Blue_Zara_DuRose_Star_Trexxx_-_The_Captains_Seed_XXX_Parody_-_20_07_16.html | 9795 - Star Trexxx: The Captain's Seed |
| pornve.com | Brazzers | https://pornve.com/iz933ju5x8oz/Nikki_Nenz_And_Amy_Anderssen_Honey_Teachers.html | 7916 - School Sucks and So Do My Teachers |
| pornve.com | Brazzers | https://pornve.com/izizm32z82rf/Aaliyah_Hadid_Alura_Jenson_-_Stepmoms_Need_Loving_Too.html | 3363991 - Stepmoms Need Loving Too! |
| pornve.com | Reality Kings | https://pornve.com/izj6dw5y6c5f/CumFiesta_17_01_31_Selena_Sosa_Cum_Selena_XXX_-KTR.html | 15200 - Cum Selena |
| pornve.com | Brazzers | https://pornve.com/izkygpkf73mj/Syren_De_Mer_-_The_Art_Of_Ass.html | 7983 - The Art of Ass |
| pornve.com | Brazzers | https://pornve.com/izqmu06gjhyl/Jade_Kush_-_How_To_Lose_Your_Virginity_In_10_Days.html | 2437974 - How To Lose Your Virginity In 10 Days |
| pornve.com | Brazzers | https://pornve.com/izsbfaz9abkk/Juelz_Ventura_Wants_To_Fuck.html | 4412 - Battle of the Daisies |
| pornve.com | Brazzers | https://pornve.com/izt0y6886wz8/Nikita_Von_James_Stevie_Shae_-_Seducing_The_Slutty_Stepmom.html | 7842 - Seducing The Slutty Stepmom |
| pornve.com | Brazzers | https://pornve.com/izxzs6wkajdf/Brazzers_Live_-_3.html | 9643 - BRAZZERS LIVE 3: ALL HOLES ALLOWED |
| pornve.com | Brazzers | https://pornve.com/j00n2ef4yg4t/Gabbie_Carter_Mick_Blue_-_Naughty_Date_With_The_Neighbor_-_Teens_Like_It_Big_-_Brazzers.html | 3796238 - Naughty Date With The Neighbor |
| pornve.com | Brazzers | https://pornve.com/j069zzoe4nvf/Brazzers_-_Kendra_Lust_Nuru_Nymph.html | 2900580 - Nuru Nymph |
| pornve.com | Brazzers | https://pornve.com/j07wme17xsrf/Khloe_Kapri_-_Special_Assistant_To_Ms_Kapri.html | 3960041 - Special Assistant To Ms. Kapri |
| pornve.com | Brazzers | https://pornve.com/j0ae7oa7ibkv/Emma_Leigh_-_The_Mathletes_-_Part_1.html | 9151 - The Mathletes Part One |
| pornve.com | Brazzers | https://pornve.com/j0e3gk6skkfz/_Brazzers_-_Sexy_Ashly_Anderson_made_her_doctorate_in_dick-servicing_.html | 10952 - PhDick |
| pornve.com | Brazzers | https://pornve.com/j0jj1rpg8v5y/Rachel_Starr_-_Domestic_Disruption.html | 2578026 - Domestic Disruption |
| pornve.com | Brazzers | https://pornve.com/j0kcrols51q2/Kimmy_Granger_-_If_Its_Going_To_Be_That_Kind_Of_Party.html | 3458887 - If It's Going To Be That Kind Of Party... |
| pornve.com | Brazzers | https://pornve.com/j0mua4fhkc3k/Mischa_Brooks_-_All_About_Mischa_Big_Butt.html | 7523 - All About Mischa's Big Butt! |
| pornve.com | Brazzers | https://pornve.com/j0oms35rz69o/Nina_Elle_Tyler_Nixon_-_Love_At_First_Swipe_-_Milfs_Like_It_Big_-_Brazzers.html | 3225794 - Love At First Swipe |
| pornve.com | Brazzers | https://pornve.com/j15muu7pn27x/the_milf_in_the_military.html | 10715 - The MILF In The Military |
| pornve.com | Reality Kings | https://pornve.com/j1d3y7sz0qdx/Busty_fitness_trainer_Victoria_June_gets_fucked_in_city_park.html | 1944928 - free_yoga_fuck |
| pornve.com | Reality Kings | https://pornve.com/j1hzwgmbwvbc/Alexis_fawx_Khloe_kapri_Afternoon_special.html | 15423 - Afternoon Special |
| pornve.com | Brazzers | https://pornve.com/j1i695xx57kt/Kendra_Lust_-_All_For_A_Good_Piece_Of_Pussy.html | 7580 - All for a Good Piece of Pussy |
| pornve.com | Brazzers | https://pornve.com/j1iog18a9uss/Jillian_Janson_Nina_Hartley_Alex_Legend_-_Ninas_Chapel_of_Lust_Part_2_-_Milfs_Like_It_Big.html | 2910445 - Nina's Chapel of Lust Part 2 |
| pornve.com | Brazzers | https://pornve.com/j1l36g6bwmxj/Alanah_Rae_Breanne_Benson_Phoenix_Marie_-_Thanksgiving_Lay.html | 5208 - Thanksgiving Lay |
| pornve.com | Reality Kings | https://pornve.com/j1ud53dhr8y2/Gianna_Nicole_-_Teens_Love_Huge_Cocks_7_2015.html | 12796 - Naughty Girl |
| pornve.com | Reality Kings | https://pornve.com/j1vjrlgrlb09/After_Class_Ass.html | 15249 - dick_devour |
| pornve.com | Brazzers | https://pornve.com/j1zs817ctaex/Ashlyn_Rae_Capri_Anderson_-_Sexual_Her-Ass-Meant_Everything_To_Me.html | 4769 - Sexual Her-Ass-Meant Everything To Me |
| pornve.com | Brazzers | https://pornve.com/j232uapn489p/Brooke_Wylde_Chloe_Addison_Mary_Jane_Mayhem_-_Racks_And_Rifles.html | 8152 - Racks and Rifles |
| pornve.com | Brazzers | https://pornve.com/j2dnoq96h3nr/Diamond_Foxxx_-_Teacher_Knows_Breast.html | 6340 - Teacher Knows Breast |
| pornve.com | Brazzers | https://pornve.com/j2o36xt4yxrp/Britney_Amber_-_It_Was_A_Dark_And_Stormy_MILF.html | 10966 - It Was A Dark And Stormy MILF |
| pornve.com | Brazzers | https://pornve.com/j2taic4z74fx/Harlow_Harrison_-_The_Deans_Slut.html | 9526 - The Dean's Slut |
| pornve.com | Brazzers | https://pornve.com/j2ufkw3mmjub/Another_Hard_Cock_at_the_Office.html | 8505 - Another Hard Cock at the Office |
| pornve.com | Brazzers | https://pornve.com/j30ntmo12en4/Brazzers-_Hot_college_chick_Giselle_Palmer_pleasures_the_dean_.html | 11010 - Dressing For The Dean |
| pornve.com | Brazzers | https://pornve.com/j30z5nknlnq5/Gracie_Glam_-_The_Karate_Dick.html | 5021 - The Karate Dick |
| pornve.com | Brazzers | https://pornve.com/j34w4utujm8d/Angelina_Valentine_-_Boobs_Ahoy.html | 6641 - Boobs Ahoy! |
| pornve.com | Brazzers | https://pornve.com/j3a4m3xv49q5/Autumn_Falls_Manuel_Ferrara_-_VIP_Treatment_-_Baby_Got_Boobs_-_Brazzers.html | 3983702 - VIP Treatment |
| pornve.com | Brazzers | https://pornve.com/j3b78cpe90oj/Daizy_Cooper_-_Daddys_Perfect_Darling.html | 3722262 - Daddy's Perfect Darling |
| pornve.com | Brazzers | https://pornve.com/j3e9mg51xx5/Kortney_Kane_Rachel_Roxxx_-_Stepsister_Licker.html | 7247 - Stepsister Licker |
| pornve.com | Brazzers | https://pornve.com/j3or0cmfdv4g/Tina_Kay_-_Always_Be_Fucking.html | 3114784 - Always be Fucking |
| pornve.com | Brazzers | https://pornve.com/j3q5i9i7msur/Brazzers_-_Security_guard_Jayden_Jaymes_has_nasty_fuck_in_computer_lab_.html | 8275 - Campus Security |
| pornve.com | Brazzers | https://pornve.com/j3shbf6jg83y/Jenni_Lee_-_Suck_For_My_Silence.html | 6128 - Suck For My Silence |
| pornve.com | Brazzers | https://pornve.com/j3vs2qbi49cn/Honey_Gold_-_Head_To_Toe_Perfection.html | 3112142 - Head To Toe Perfection |
| pornve.com | Brazzers | https://pornve.com/j3y305rtifys/Ashly_Anderson_-_Cum_Competition.html | 10763 - Cum Competition |

| | | | |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/j40pzbuysbuu/GFRevenge_-_Naughty_Noir_-_16_04_25.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/j43rrdixdrmn/BrazzersExxtra_19_09_26_Adria_Rae_What_Goes_Around_Cums_Around_XXX.html | 3723352 - What Goes Around Cums Around |
| pornve.com | Brazzers | https://pornve.com/j43rxeevgh27/Alison_Tyler_-_Son_Needs_A_Doc_-_Doc_Needs_A_Cock_-_Brazzers.html | 9409 - Son Needs A Doc - Doc Needs A Cock |
| pornve.com | Reality Kings | https://pornve.com/j442qsve4wod/Realitykings_-_Milf_Hunter_-_Thats_A_Hot_Milf.html | 15210 - Thats A Hot Milf |
| pornve.com | Brazzers | https://pornve.com/j44jo7pu41sn/Liza_Del_Sierra_-_Keiran_Is_Retiring.html | 6670 - Keiran Is Retiring |
| pornve.com | Brazzers | https://pornve.com/j4agqgxnm69u/Ania_Kinski_-_Bad_Medicine.html | 11135 - Bad Medicine |
| pornve.com | Brazzers | https://pornve.com/j4bo52tnam8f/Pilates_for_Hotties_Jayden_Cole_Darcie_Dolce_January_20_2019_Brazzers_Full_New_Video_xxx.html | 3115041 - Pilates for Hotties |
| pornve.com | Brazzers | https://pornve.com/j4hctm5juyex/Kleio_Valentien.html | 9251 - Fuck All Day Fuck All Night |
| pornve.com | Brazzers | https://pornve.com/j4j6j8dy9muq/Zoey_Holiday_-_House_Arrest_Anal_Fest.html | 6710 - House Arrest Anal Fest |
| pornve.com | Brazzers | https://pornve.com/j4j55w01l3i/BrazzersExxtra_19_09_12_Kiki_Minaj_Nude_To_The_Neighborhood_XXX.html | 3722111 - Nude To The Neighborhood |
| pornve.com | Brazzers | https://pornve.com/j4mqp1jh9r5t/Jayden_Lee_-_Capture_The_Vag.html | 6681 - Capture the Vag |
| pornve.com | Brazzers | https://pornve.com/j4ngucbxuqr5/Aaliyah_Love_-_Such_A_Dirty_Little_Whore.html | 7469 - Such a Dirty Little Whore |
| pornve.com | Brazzers | https://pornve.com/j53g3uzxuijz/Lezley_Zen_-_Paper_Cut_My_Vag_With_Your_Dick.html | 4296 - Paper Cut My Vag With Your Dick |
| pornve.com | Brazzers | https://pornve.com/j57zcxc08s3e/Brazzers_-_Hot_doctor_Rita_Ellis_made_a_Dream_Cum_True_to_Danny_.html | 10943 - A Dream Cum True |
| pornve.com | Brazzers | https://pornve.com/j5hun7xixynp/Katie_Kush_Kenzie_Madison_Katie_And_Kenzie_Get_Flexible.html | 4092941 - Katie And Kenzie Get Flexible |
| pornve.com | Brazzers | https://pornve.com/j5melaeqvtzl/Ella_Knox_-_Employee_Appreciation.html | 3226119 - Employee Appreciation |
| pornve.com | Brazzers | https://pornve.com/j5zehcmlqml5/BrazzersMilfs_Like_it_Big_Milfs_Like_it_Big__Brazzers_-_Dee_Williams_Ricky_Johnson_Cum_County.html | 2991923 - Cum County |
| pornve.com | Brazzers | https://pornve.com/j6646bmfomdq/Ariana_Marie__McKenzie_Lee_-_Sex_Sells.html | 10033 - Sex Sells |
| pornve.com | Brazzers | https://pornve.com/j6cc27miqzz5/Azul_Hermosa_Keiran_Lee_-_Introducing_Azul_-_Brazzers_Exxtra_-_Brazzers.html | 3955438 - Introducing Azul |
| pornve.com | Brazzers | https://pornve.com/j6f8cdx024vd/Jolee_Love_Keiran_Lee_-_Anal_Day_With_Jolee_-_Big_Butts_Like_It_Big_-_Brazzers.html | 3291087 - Anal Day With Jolee |
| pornve.com | Brazzers | https://pornve.com/j6iiud07axtv/Laura_Bentley_-_Night_Shifts_Naughtiest_Nurse_-_Part_1.html | 8584 - Night Shift's Naughtiest Nurse Part One |
| pornve.com | Brazzers | https://pornve.com/j6luqv098dg8/Karma_Rx_-_Massage_Training.html | 3170702 - Massage Training |
| pornve.com | Brazzers | https://pornve.com/j6m94t12a5zg/Phoenix_Marie_-_Work_That_Ass.html | 9454 - Work That Ass |
| pornve.com | Brazzers | https://pornve.com/j6pzpa0cfm6f/Brooke_Beretta_-_Workout_Her_Ass.html | 3313985 - Workout Her Ass |
| pornve.com | Brazzers | https://pornve.com/j6qzjbxww5mz/Veronica_Avluv_Veruca_Emily_-_Shaming_the_Shooter.html | 7432 - Shaming the Shooter |
| pornve.com | Reality Kings | https://pornve.com/j6u28s2yg4vy/Syren_Demer_Tiffany_Watson_-_Toying_With_tiffany.html | 1921805 - toying_with_tiffany |
| pornve.com | Brazzers | https://pornve.com/j6y9m88q8tp4/Allie_Haze__Jennifer_White_-_Just_The_Tip.html | 4850 - Just The Tip |
| pornve.com | Brazzers | https://pornve.com/j6ysldyvpdzc/_Brazzers-_Tattooed_milf_Sarah_Jessie_exercises_a_good_fucking_.html | 7938 - Joggin' Juggs |
| pornve.com | Brazzers | https://pornve.com/j6zuyqjht441/Chanel_Preston_-_Hard_Call.html | 9607 - Hard Call |
| pornve.com | Brazzers | https://pornve.com/j744vu2jjspc/Alessa_Savage_-_My_Stepdaughters_Secret.html | 10650 - My Stepdaughter's Secret |
| pornve.com | Brazzers | https://pornve.com/j78ucal8x0zf/Honour_May_-_The_Bitchy_Babysitter.html | 3646740 - The Bitchy Babysitter |
| pornve.com | Brazzers | https://pornve.com/j7bvkr8ksbem/DP_Amber_Chase_-_Hardcore_Big_Dick_Deep_Throat.html | 9801 - Almost Perfect Girlfriend |
| pornve.com | Reality Kings | https://pornve.com/j7dcwr9a7b3u/Nyna_Stax_-_Junkyard_Bounce_brown.html | 3348856 - Junkyard Bounce |
| pornve.com | Brazzers | https://pornve.com/j7h9pg9g55m6/Tommie_Jo_-_Cock_Tonic.html | 2892890 - Cock Tonic |
| pornve.com | Brazzers | https://pornve.com/j7n73pb6mcky/Andi_Anderson_-_Getting_Personal_With_My_Trainer.html | Big Tits In Sports Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/j8a7nfklay2y/Eva_Lovia_-_No_Husbands_Allowed.html | 8633 - No Husbands Allowed |
| pornve.com | Brazzers | https://pornve.com/j8cjk2esk1g2/Phoenix_Marie_-_Erotic_Idolatry.html | 3768304 - Erotic Idolatry |
| pornve.com | Brazzers | https://pornve.com/j8conkgcocxs/Valentina_Bianco_-_Library_Lechery.html | 3829135 - Library Lechery |
| pornve.com | Reality Kings | https://pornve.com/j8kmvkx47oj7/Madison_Ivy_Jessy_Jones_-_Monday_With_Madison_-_RK_Prime_-_Reality_Kings.html | 3258420 - Monday With Madison |
| pornve.com | Brazzers | https://pornve.com/j8ow9dieeqbt/Sophia_Lomeli_-_Didnt_See_That_Cumming.html | 5197 - Didn't See That Cumming! |
| pornve.com | Brazzers | https://pornve.com/j8uaoo4egx6q/Eve_Laurence_-_Lotto_Tit_69.html | 5786 - Lotto Tit 69 |
| pornve.com | Reality Kings | https://pornve.com/j9179qp4eemc/Sarah_Banks__Oliver_Flynn_-_Thot_In_The_Shower_-_Round_and_Brown.html | 2662619 - Thot In The Shower |
| pornve.com | Brazzers | https://pornve.com/j927wbv7f4as/Rubbing_Down_A_Horny_Slut_-_August_Taylor.html | 8886 - Rubbing Down A Horny Slut |
| pornve.com | Brazzers | https://pornve.com/j95c1714byim/Amia_Miley_Fixing_For_A_Fix.html | 10746 - Amia Miley's Pool Party |
| pornve.com | Brazzers | https://pornve.com/j95tuetuwwcg/Giselle_Palmer_Danny_D_Therapeutic_Fuck.html | 241243 - Therapeutic Fuck |
| pornve.com | Brazzers | https://pornve.com/j97o4ilde03/Ashley_Fires_-_Bending_Over_Backwards.html | 3648592 - Bending Over Backwards |
| pornve.com | Brazzers | https://pornve.com/j99n0jyiph0o/Aubrey_Black__Keiran_Lee_-_All_Backed_Up_-_Doctor_Adventures_bigtits.html | 10965 - All Backed Up |
| pornve.com | Brazzers | https://pornve.com/j9zpsx3cfx6/Fast_Times_Fantasy_-_Chloe_Amour.html | 8194 - Fast Times Fantasy |
| pornve.com | Brazzers | https://pornve.com/j9lpmw6q9wyb/Mariah_Madysinn_-_Striptease_Shopping.html | 5672 - Striptease Shopping |
| pornve.com | Reality Kings | https://pornve.com/j9uco914pz42/Drilling_Mommy_12_S4_Nicolette_Shea.html | 2417955 - Bound By Shea |
| pornve.com | Brazzers | https://pornve.com/j9u93xdlsuue/BZ_10th_Anniversary_BTS_Interview.html | 9077 - Brazzers House Orgy Finale |
| pornve.com | Brazzers | https://pornve.com/j9w9tptgz6lz/RealWifeStories_Jacking_The_Jacker_mature_milf_amateur_Lolly_Ink_Real_Wife_Stories_Profession.html | 8799 - Jacking The Jacker |
| pornve.com | Brazzers | https://pornve.com/ja47dnudgmqm/_Brazzers_-_Alina_Lopez_sucks_and_fucks_her_stepdads_giant_cock_.html | 2676458 - Rude Awakening |
| pornve.com | Brazzers | https://pornve.com/ja6cce0cnkas/European_Girl_Sex_tllb_alice_green_kf011215_480p_2000.html | 8724 - How To Make A Homemade Porno: Part One |
| pornve.com | Brazzers | https://pornve.com/ja78nyh1a0ls/Jordan_Blue_-_The_Nude_Scout.html | 4722 - The Nude Scout |
| pornve.com | Reality Kings | https://pornve.com/jagwsin8p9bl/GF_REVENGE_Pretty_Penny_Nichols.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/jaie5cgez6xu/Jynx_Maze_-_The_Treatments.html | 6060 - The Treatments |
| pornve.com | Reality Kings | https://pornve.com/jan0rwcznw60/Alex_Blake__Daisy_Lynne_Under_The_Bed.html | 2025190 - Under The Bed |
| pornve.com | Brazzers | https://pornve.com/japlez743w5l/Ariella_Ferrera_And_Sons_Friends_Anal.html | 9611 - My Son's Best Friends |
| pornve.com | Brazzers | https://pornve.com/japoytnx9iv9/Abella_Danger_03_08_2020_Anal_Oil.html | 3829645 - Cum Thru 3 |
| pornve.com | Brazzers | https://pornve.com/jaspwpzskn44/Aleksa_Nicole_-_A_Perceptive_Penetrator.html | 6274 - A Perceptive Penetrator |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/jax956a3idk2/Nicole_Aniston_Dani_Daniels_Sunny_Leone_And_Faye_Reagan.html | 6674 - Stretch Pants And Pulling Groins |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/jaxm7mst9iue/Peta_Jensen_Work_Out.html | 9347 - Yoga For Perverts |
| pornve.com | Brazzers | https://pornve.com/jaymkxlz3nbq/Kaylani_Lei_-_Massaging_Her_Best_Friends_Husband.html | 8512 - Massaging Her Best Friend's Husband |
| pornve.com | Brazzers | https://pornve.com/jb54y5jn4jbi/Abbie_Cat_-_CUMatose.html | 5917 - CUMatose |
| pornve.com | Brazzers | https://pornve.com/jbata8v5ex4y/Candy_Manson_-_High_Socks_And_Big_Cocks.html | 5565 - High Socks and Big Cocks |
| pornve.com | Brazzers | https://pornve.com/jbdjjn7ncect/Stevie_Shae_-_Teens_Like_It_Rough.html | 5967 - Teens Like It Rough |
| pornve.com | Brazzers | https://pornve.com/jbgmf8y1gj7z/Carter_Cruise_Phoenix_Marie_-_Only_Anal_Until_Marriage.html | 8473 - Only Anal Until Marriage |
| pornve.com | Brazzers | https://pornve.com/jbgwwqk2chx7/Jessa_Rhodes_-_The_Only_Way_To_Quit_The_Cock.html | 7504 - The Only Way to Quit the Cock |
| pornve.com | Brazzers | https://pornve.com/jbi2qakyfh45/Babe_with_Big_Tits_Getting_Bodypainted_then_Pounded_Hard_by_The_Photographer.html | 6627 - The Joy Of Body Painting |
| pornve.com | Reality Kings | https://pornve.com/jbiihv7afmr/01_Scene_Money_Talks_Season_2.html | 7782 - Back Seat Grinders |
| pornve.com | Brazzers | https://pornve.com/jbiuqk5m1vof/Courtney_Cummz_-_Requiem_For_A_Cream.html | 3996 - Requiem For a Cream |
| pornve.com | Brazzers | https://pornve.com/jbluy9zef1w0/Tight_As_Tape_-_Barbie_Sins_Danny_D.html | 2412417 - Tight As Tape |
| pornve.com | Brazzers | https://pornve.com/jbs1kr0x9olr/Kylie_Rose_-_Shes_Got_Game.html | 9539 - She's Got Game |
| pornve.com | Brazzers | https://pornve.com/jc7kdzueti37/Asa_Akira_-_Her_Favorite_Ride.html | 4010 - Her Favorite Ride |
| pornve.com | Reality Kings | https://pornve.com/jccfusb9oi4i/GF_Revenge_Juicy_Janice_Griffith.html | 14389 - bikini body |
| pornve.com | Brazzers | https://pornve.com/jcdbqjd36816/Miko_Lee_-_How_To_Get_A_Better_Grade.html | 5861 - How To Get a Better Grade |
| pornve.com | Brazzers | https://pornve.com/jcge2wcn9dcq/Juelz_Ventura_And_Skin_Diamondd_They_gGt_Fucked_My_G.html | 8419 - American Whore Story Part Two |
| pornve.com | Brazzers | https://pornve.com/jcgmx916pgy8/PornstarsLikeItBig__Monique_Alexander_Xander_Corvus_Pornstar_Convention_Penetration.html | 2348741 - Pornstar Convention Penetration |
| pornve.com | Brazzers | https://pornve.com/jckfsisqri4r/Adriana_Chechik_-_The_Great_Doctor_Part_Two.html | 8602 - The Great Doctor Part Two |
| pornve.com | Brazzers | https://pornve.com/jcky0rjbgw0v/Kina_Kai_-_Kung_Fu_Fucking.html | 3988 - Kung Fu Fucking |
| pornve.com | Brazzers | https://pornve.com/jcnjnvpw69fu/Brazzers_House_Sex_Challenge_Ava_Addams.html | 9076 - Brazzers House Sex Challenge |
| pornve.com | Brazzers | https://pornve.com/jcssb7zvq3ov/Liza_Del_Sierra__Sophia_Knight_-_Sweet_And_Sinful.html | 7720 - Sweet and Sinful |
| pornve.com | Brazzers | https://pornve.com/jcwc51pvqzu7/Kerry_Louise_-_Theres_Something_About_Kerry.html | 8130 - There's Something About Kerry |
| pornve.com | Brazzers | https://pornve.com/jcwxh3kiaj7b/Alektra_Blue_-_Swingers_On_Vacation_-_Part_2.html | 9617 - Swingers On Vacation! Part 2 |
| pornve.com | Brazzers | https://pornve.com/jczdvckbec8f/Brazzers_Fast_Times_On_A_First_Date_Brazzers_Teens_Like_It_Big_Jenny_Diamond_Jordi_El_Nino_Poll.html | 10557 - Fast Times On A First Date |
| pornve.com | Brazzers | https://pornve.com/jd50si65zur4/Jessica_Lynn_-_Highly_Recommended_Dentist.html | Doctor Adventures Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/jd5vmi8uai41/Brazzers__Doctor_Adventures_-_Shes_Crazy_For_Cock_Part_1.html | 10424 - She's Crazy For Cock! Part 1 |
| pornve.com | Brazzers | https://pornve.com/jd6y2yzykht6/August_Ames_-_Easy_Like_Sunday_Morning.html | 10587 - Easy Like Sunday Morning |
| pornve.com | Reality Kings | https://pornve.com/jd7bwjzi40ga/Milf_HunterRealitykings_-_Kendra_Lust_Kendras_Workout.html | 2812387 - Kendras Workout |
| pornve.com | Brazzers | https://pornve.com/jda6cn3fu7jf/Emily_B_-_The_TIT_Crowd.html | 6257 - The TIT Crowd |
| pornve.com | Brazzers | https://pornve.com/jdaialhwgunw/Gabriella_Salvatore_-_Im_All_Yours_Do_Your_Worst.html | 8773 - I'm All Yours  Do Your Worst |
| pornve.com | Brazzers | https://pornve.com/jddz67hefp52/Brazzers_-_Cory_Chase_Help_Me_Out.html | 2417690 - Help Me Out |
| pornve.com | Brazzers | https://pornve.com/jdo0ono8vbs3/Jessa_Rhodes_-_Burst_On_My_Balloons.html | 2439732 - Burst On My Balloons |
| pornve.com | Brazzers | https://pornve.com/jdph6q911f6j/Marina_Maya_-_Late_Date.html | 3832313 - Late Date |
| pornve.com | Brazzers | https://pornve.com/jdqeugzfjpcu/Big_Titty_Mommy_MILF_Fucked_Hard.html | 4838 - Seductive Garage Sale |
| pornve.com | Brazzers | https://pornve.com/jdqyeritkwue/Black_Angelika_-_Touching_The_Tutor.html | 7641 - Touching the Tutor |
| pornve.com | Brazzers | https://pornve.com/jdv35yxqutg6/brunette_big_tit_threesom_big_tit_latina_milf_challenges_petite_young_brunette_3112_42_plays_p ublished_on_22_minutes_ago_category_big_tits_latina_tags_latina.html | 10112 - A Dick Before Divorce |
| pornve.com | Brazzers | https://pornve.com/je3w4r2mtwos/Ms_London_-_Boring_To_Scoring.html | 3768277 - Boring To Scoring |
| pornve.com | Reality Kings | https://pornve.com/je85i9aprz5t/Forget_about_your_boyfriend.html | 11462 - Girl Power |
| pornve.com | Brazzers | https://pornve.com/jebsi34ayz0s/Reagan_Foxx_Never_Marry_A_Milf_Mommy_Issues_4.html | 10104 - Never Marry A Milf |
| pornve.com | Brazzers | https://pornve.com/jemdl72c0ozh/alanah_and_nikki_benz.html | 4026 - From Whip Lash To Tit Lash to Splish Splash |
| pornve.com | Brazzers | https://pornve.com/jeopasezyve3/Karma_Rx_Tia_Cyrus_Jessy_Jones_This_Guy_Works_Wonders.html | 11285 - This Guy Works Wonders |
| pornve.com | Brazzers | https://pornve.com/jeuj7mefnusc/Sara_Jay_-_Principal_Photography.html | 9633 - Principal Photography |
| pornve.com | Reality Kings | https://pornve.com/jey5pbr2vwjd/GFRevenge_1_spy.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/jez1y1xcm5cq/Bonnie_Rotten__Summer_Brielle_-_The_Blowjob_Business.html | 8796 - The Blowjob Business |
| pornve.com | Brazzers | https://pornve.com/jezxoit63hpd/Keisha_Grey_-_My_Big_Bad_Boyfriend.html | 7751 - My Big Bad Boyfriend |
| pornve.com | Brazzers | https://pornve.com/jf2cy1wbbec7/Jasmine_Jae_-_Assmissible_Evidence.html | 2990646 - Assmissible Evidence |
| pornve.com | Brazzers | https://pornve.com/jf437tlxf859/Kira_Noir_-_Stone_Cold_Massage.html | 3917994 - Stone Cold Massage |
| pornve.com | Brazzers | https://pornve.com/jf4h1zib1h0b/BrazzersExxtra_Brittany_Bardot.html | 4419489 - My Landlord's Wet Ass Pussy |
| pornve.com | Brazzers | https://pornve.com/jfqbq360f9a1/Amber_Alena_-_Maid_Of_Dishonor.html | 3877888 - Maid Of Dishonor |
| pornve.com | Reality Kings | https://pornve.com/jfy9mmnp3lyq/Drilling_Mommy_2_Scene_2_Showering_Her_With_Cum_Kyle_Mason__Lauren.html | 1853742 - showering_her_with_cum |
| pornve.com | Brazzers | https://pornve.com/jg5xu0tw3yzb/Priya_Anjali_Rai_-_Settling_The_Score.html | 6177 - Settling the Score |
| pornve.com | Brazzers | https://pornve.com/jg69nc8tp3zm/Breanna_Sparks_-_Breannas_Built-In_Buoys.html | 5959 - Breanna's Built-In Buoys |
| pornve.com | Brazzers | https://pornve.com/jgewg2h0slm7/Franceska_Jaimes_-_Anal_Slap_And_Slide.html | 5918 - Anal Slap and Slide |
| pornve.com | Brazzers | https://pornve.com/jgjj2lx5i3gb/Alexis_Adams_-_Bon_Appetities.html | 10269 - Bon Appetities! |
| pornve.com | Reality Kings | https://pornve.com/jgjkh107iq7/MomsBangTeens_-_Cory_Chase_Sierra_Nicole-New_Cock_To_Fuck.html | 1779073 - new_cock_to_fuck |
| pornve.com | Brazzers | https://pornve.com/jgsafvivxcst/Ariana_Marie_-_Getting_Their_Own_Facials_Brazzers.html | 10391 - Getting Their Own Facials |
| pornve.com | Brazzers | https://pornve.com/jgwnxydosya7/Chloe_Cherry_Molly_Stewart_-_Locker_Room_Licking.html | 3110621 - Locker Room Licking |
| pornve.com | Brazzers | https://pornve.com/jgx59yceptxh/Summer_Brielle_-_The_Terms_Of_Summer.html | 8763 - The Terms of Summer |
| pornve.com | Brazzers | https://pornve.com/jh26pi02fewl/Mia_Malkova_-_My_Wifes_a_Whore.html | 7342 - My Wife's a Whore |
| pornve.com | Brazzers | https://pornve.com/jh2l82sdum4v/Dava_Foxx_-_Oral_Presentation.html | 8960 - Oral Presentation |
| pornve.com | Brazzers | https://pornve.com/jh64vo1das6m/Abbey_Brooks_-_Twinkle_Tits.html | 3951 - Twinkle Tits |

| pornve.com | Brazzers | https://pornve.com/jh6ydnydfadl/august_ames_didnt_ring_the_doorbell_doorbell_25_most_played_porn_video_of_today_127_most_played_porn_video_of_week.html | 10510 - Didn't Ring The Doorbell |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/jh7vspd9qupx/Trina_Michaels_-_Nuclear_Tits.html | 4496 - Nuclear Tits |
| pornve.com | Brazzers | https://pornve.com/jh97qyqnru4h/Kendra_Lust__Monique_Alexander_-_Moniques_Secret_Spa_-_Part_2.html | 10128 - Monique's Secret Spa: Part 2 |
| pornve.com | Brazzers | https://pornve.com/jhirznf0m00s/Aletta_Ocean_-_Alettas_Anatomy.html | 5713 - Aletta's Anatomy |
| pornve.com | Brazzers | https://pornve.com/jhzbl9e07n44/A_Wild__Crazy_Cock_Stuffing_Party_Halle_Hayes.html | 3959973 - A Wild & Crazy Cock Stuffing Party |
| pornve.com | Brazzers | https://pornve.com/ji26mj7ytlsy/Doctor_Adventures_Horny_Hosts_Of_Purgatory_-_Hosts_Dani_Daniels_Luna_Star_And_Johnny_Sins.html | 8208 - Horny Hosts of Purgatory |
| pornve.com | Brazzers | https://pornve.com/jid7efbvssti/Bridgette_B_-_Opportunity_Knockers.html | 4933 - Opportunity Knockers |
| pornve.com | Reality Kings | https://pornve.com/ji8lwj37z3z/SneakySex_-_Adriana_Chechik_And_Abigail_Mac_Stepsister_Succubus.html | 2286950 - Stepsister Succubus |
| pornve.com | Brazzers | https://pornve.com/jivd07gj6sup/Dillion_Harper_-_Call_Center_Coochie.html | 9111 - Call Center Coochie |
| pornve.com | Brazzers | https://pornve.com/jiwlb4mfy1bq/Destiny_Dixon_-_Teaching_The_Teacher.html | 8563 - Teaching The Teacher |
| pornve.com | Brazzers | https://pornve.com/jiygjix08ifu/Storm_Of_Kings_XXX_Parody_2016.html | 8998 - Storm Of Kings XXX Parody: Part 4 |
| pornve.com | Brazzers | https://pornve.com/ji47ekb5dokm/milf_tag_this_video_mom_porn_4009_42_plays_published_on_47_minutes_ago_category_blowjob_milf_tags_babe.html | 10152 - My Three Stepsons |
| pornve.com | Brazzers | https://pornve.com/jj6cele5e6au/Angel_Wicky_-_Start-Up_Culture.html | 11058 - Start-Up Culture |
| pornve.com | Brazzers | https://pornve.com/jjkjoq034or1/Sofia_Rose_Michael_Vegas_-_Deep_Stretching_-_Brazzers_Exxtra_-_Brazzers.html | 3222223 - Deep Stretching |
| pornve.com | Brazzers | https://pornve.com/jjlv9hnuwcoe/Angelina_Ashe_-_Bending_The_Rules.html | Big Tits at School Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/jjnilpookk11/Real_Wife_Storie_s_Adriana_Chechik_And_Kendra_Lust_REMASTERED_11_07_2020_Hardcore_Threesome_Milf.html | 8852 - Our Son's Girlfriend |
| pornve.com | Brazzers | https://pornve.com/jjorj1cvkc89/Ashley_Graham_-_Secret_Society.html | 7457 - Secret Society |
| pornve.com | Brazzers | https://pornve.com/jjqga6jwsk5g/Ariella_Ferrera__Keisha_Grey_-_School_Discipline_-_Part_2.html | 7971 - School Discipline : Part Two |
| pornve.com | Brazzers | https://pornve.com/jkcduwg5ifrc/Unzipped_And_Oiled_Up_Brazzers.html | 4419820 - Unzipped And Oiled Up |
| pornve.com | Brazzers | https://pornve.com/jkd782gafghx/Brazzers_Worldwide_Budapest_-_Episode_2.html | 5424 - Ep-2: Blowjob Roulette |
| pornve.com | Brazzers | https://pornve.com/jkfkl4u3lbfr/Nikki_Sexx_-_You_Cant_Leave_Til_You_Nut_On_My_Beav.html | 5756 - You Can't Leave Til You Nut On My Beav |
| pornve.com | Reality Kings | https://pornve.com/jknpf5b8i79d/Perfec_Ass_Remy_Lacroix_Remy_La.html | 14313 - Serious Curves |
| pornve.com | Brazzers | https://pornve.com/krahcjz6zf2/Gia_Dimarco_-_Ass_Massage.html | 7635 - Ass Massage |
| pornve.com | Brazzers | https://pornve.com/jkvd1ixlqoa5c/Missy_Martinez__Sienna_Milano_-_Muff-Diving_Off_The_Coast_Of_Dykeachusetts.html | 5709 - Muff-Diving Off The Coast Of Dykeachusetts |
| pornve.com | Brazzers | https://pornve.com/jkzlwyj9akzx/Ariella_Ferrera_Ass_Sexy.html | 6333 - Nuclear Score |
| pornve.com | Brazzers | https://pornve.com/jl0qeu7di4yq/Cherokee_-_The_Noisy_Neighbor.html | MILFS Like It Big Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/jl4g77l7tbcc/Katsuni_-_Fuck_The_Fans.html | 5528 - Fuck The Fans |
| pornve.com | Brazzers | https://pornve.com/jl61aelhefg8/Erotic_Massage_Ariella_Ferrera.html | 10578 - Rubbing Her The Right Way |
| pornve.com | Brazzers | https://pornve.com/jlh1qve97lou8/Summer_Brielle_-_Cocks_For_The_Copper.html | 9171 - Cocks For The Copper |
| pornve.com | Brazzers | https://pornve.com/jlllceyxsv7o/Homeroom_Rump_-_Jenna_Ivory.html | 9062 - Homeroom Rump |
| pornve.com | Brazzers | https://pornve.com/jln84iq0dl06m/Aaliyah_Hadid__Anya_Ivy_-_Sibling_Rivalry.html | 10663 - Sibling Rivalry 3 |
| pornve.com | Brazzers | https://pornve.com/jlof6sjbe36/Christie_Stevens_-_Dorm_Daze.html | 6348 - Dorm Daze |
| pornve.com | Brazzers | https://pornve.com/jlogpp9hznr4/BigTitsAtWork__Brazzers_Cali_Carter_-_Store_Whore_Credit.html | 9700 - Store Whore Credit |
| pornve.com | Brazzers | https://pornve.com/jlp6zouz0r4s/Mea_Melone__Rebecca_More_-_The_Mathletes_Part_3.html | 9153 - The Mathletes Part Three |
| pornve.com | Reality Kings | https://pornve.com/jlqrempten9j/amirah_adarahs_ass_gets_destroyed_by_a_big_dick.html | 1880008 - Absolutely Anal |
| pornve.com | Reality Kings | https://pornve.com/jm0jht15fn9/Trisha_Parks_-_Pussy_Magnet.html | 13647 - Pussy Magnet |
| pornve.com | Brazzers | https://pornve.com/jmdgr4sbvv3s/RealityKings_Thirsty_watch_online_for_free.html | 3348864 - Thirsty |
| pornve.com | Brazzers | https://pornve.com/jmdj91nfqj844/BrazzersExxtra_Brazzers_House_2_Unseen_Moments_Bts.html | 11100 - Brazzers House 2: Unseen Moments |
| pornve.com | Brazzers | https://pornve.com/jmdtmsn4nsf1/Leigh_Darby__Lezley_Zen_-_Family_Titty_Counseling.html | 8464 - Family Titty Counseling |
| pornve.com | Brazzers | https://pornve.com/jmgiq4izf879/Angel_Wicky_-_Summer_Internship.html | 10724 - Summer Internship |
| pornve.com | Brazzers | https://pornve.com/jmnrhkfo2zj4/Amber_Ashlee_-_Couples_Yoga.html | 6420 - Couples' Yoga |
| pornve.com | Brazzers | https://pornve.com/jms6zrb33tui/Kristen_Scott_-_The_Big_Friendly_Dick.html | 9775 - The Big Friendly Dick |
| pornve.com | Brazzers | https://pornve.com/mr6z2dm3ja/Priya_Anjali_Rai_-_Tales_Of_A_Slutty_Wife.html | 4811 - Tales of a Slutty Wife |
| pornve.com | Reality Kings | https://pornve.com/jmzisktpdtk1/Breaking_Entering_And_Inserting.html | 2893984 - Breaking Entering And Inserting |
| pornve.com | Reality Kings | https://pornve.com/jn0p2a5j78xn/Kallie_Joe_Sexy_Spreads.html | 14139 - Sexy Spreads |
| pornve.com | Brazzers | https://pornve.com/jn2c2nnofbgd/Phoenix_Marie_-_Horny_Dean.html | 6608 - Horny Dean |
| pornve.com | Brazzers | https://pornve.com/jn9rv1e2u08c/HotAndMean_Madison_Ivy_And_August_Ames_A_Madison_Massage.html | 10844 - A Madison Massage |
| pornve.com | Brazzers | https://pornve.com/jnolt6livw6q/Priya_Rai_-_RealWifeStories.html | Real Wife Stories Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/jnp2l6gtd3v/Rachel_Raxxx_hardcore_joke_milf_teen_mature_blowjob_boobs_tits.html | 8023 - Prankster Pussy |
| pornve.com | Brazzers | https://pornve.com/jnp3yglnvtt3/Stop_Bullying_Me_and_Fucking_My_Mom.html | 3915 - Stop Bullying Me and Fucking My Mom |
| pornve.com | Brazzers | https://pornve.com/jnqww1287ooa/Bonnie_Rotten_Quinton_James_-_Dirty_Tourism_-_Real_Wife_Stories_-_Brazzers.html | 3166503 - Dirty Tourism |
| pornve.com | Brazzers | https://pornve.com/jnr8c23hpwol/Joslyn_James_-_Dont_Cum_For_The_Food.html | 7210 - Don't Cum for the Food |
| pornve.com | Brazzers | https://pornve.com/jnzzaqn37itx/Esperanza_Gomez_-_Danny_D_is_Willing_to_Die.html | 8772 - Danny D Is Willing To Die |
| pornve.com | Brazzers | https://pornve.com/jo0tmoocr1ayl/Josephine_Jackson_-_Josephines_Intense_Workout_-_Day_With_A_Pornstar_-_Brazzers.html | 4074462 - Hands On Joanna |
| pornve.com | Brazzers | https://pornve.com/jo3aicj6olq7/Shy_Love_-_How_I_Learned_To_Stop_Cumming_Too_Fast_And_Love_The_Spray.html | 3968 - Dr. Shy Love or: How I Learned to Stop Cumming too Fast and Love the Spray |
| pornve.com | Brazzers | https://pornve.com/jo46kgnditq9/Allie_Haze_-_The_Other_Side_Of_The_Whore.html | 9592 - The Other Side of the Whore |
| pornve.com | Reality Kings | https://pornve.com/jo4ftf3tdkk5/Michele_James_Huff_Puff_And_Blow.html | 3348869 - Huff Puff And Blow |
| pornve.com | Brazzers | https://pornve.com/jo72nlo7co7e/Sarah_Blake_-_Night_Moves.html | 7497 - Night Moves |
| pornve.com | Brazzers | https://pornve.com/jocnr0om2mvn/NEW_Lezley_Zen.html | 9603 - The Blow-Job Seeker |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/jodfyqhcoufs/Kiki_Minaj_-_Pink_And_Plump.html | 9788 - Pink And Plump |
| pornve.com | Brazzers | https://pornve.com/jodxe1h45lku/Krissy_Lynn_Kylie_Page_are_Moms_Who_can_take_Control.html | 10608 - Cinematic Climax |
| pornve.com | Brazzers | https://pornve.com/joh3mngyw d8l/Brazzers_-_Makayla_Cox_Eager_Beaver.html | 2638360 - Eager Beaver |
| pornve.com | Brazzers | https://pornve.com/joq0yr8ccg71/Brazzers_The_Dinner_Party.html | 10406 - The Dinner Party |
| pornve.com | Brazzers | https://pornve.com/jos5m4w t4f7q/Rio_Lee_-_The_Science_Of_Squirting.html | 7825 - The Science Of Squirting |
| pornve.com | Brazzers | https://pornve.com/joshcpm15f6t/Dakota_Skye_-_Dont_Fuck_My_Brother_Bitch.html | 8304 - Don't Fuck My Brother  Bitch! |
| pornve.com | Brazzers | https://pornve.com/jouhtex73imu/Eva_Notty_Bothered_By_The_Bush.html | 11132 - Bothered By The Bush |
| pornve.com | Reality Kings | https://pornve.com/jp403u3ozgts/A_Small_Army_Of_Sexy_Ladies_Crowd_Into_A_Nightclub_Get_Naked_Eat_Each_Other_Out_A nd_Fuck_A_Few_GysWwho_Were_Lucky_Enough_To_Make_It_In_Sexxygirl_Clit_Licking_Ass_Shaking.html | 5657 - Make It Nasty |
| pornve.com | Reality Kings | https://pornve.com/jp9wtq0ac5e1/Helping_Psychologist_Abella_Danger_Cory_Chase.html | 2259512 - Mind Fuck Dicknosis |
| pornve.com | Brazzers | https://pornve.com/jpa7bj5r1w5y/BrazziBots_-_Part_3.html | 2972955 - BrazziBots: Part 3 |
| pornve.com | Brazzers | https://pornve.com/jpaubypg2qzi/Kayla_Kayden_Radiant_Booty.html | 11170 - Radiant Booty |
| pornve.com | Brazzers | https://pornve.com/jpaz5po63ut4/milf_blond_pov_milf_brandi_love_hands_4014_42_plays_published_on_71_minutes_ago_she_lear n_about_sex_category_blonde_pov_pornstar_brandi_love_tags_milf.html | 10404 - Hands-On Learning |
| pornve.com | Brazzers | https://pornve.com/jpcmu05f4htr/TeensLikeItBig_17_03_05_Kristen_Scott_My_Moms_Boyfriends_Cock_XXX_-KTR.html | 10532 - My Mom's Boyfriend's Cock |
| pornve.com | Brazzers | https://pornve.com/jpcybosoe03o/One_In_the_Pink_Under_The_Sink_Anna_Bell_Peaks_Bill_Bailey.html | 9709 - One In the Pink  Under The Sink |
| pornve.com | Brazzers | https://pornve.com/jpmebmuho6tq/Brazzers_Office_4_Play_II_Asian_Sensation_Brazzers_Big_Tits_At_Work_Asa_Akira_London_ Keyes_Mia.html | 6064 - Office 4-Play II: Asian Sensation |
| pornve.com | Brazzers | https://pornve.com/jpmgf7d4d0u9/Eva_Ellington_-_Replica_Cock_Thrust.html | 4561 - Replica Cock Thrust |
| pornve.com | Brazzers | https://pornve.com/jpp6sbv1zwgw/Brazzers_Unhappily_Married_And_Horny.html | 4418540 - Unhappily Married And Horny |
| pornve.com | Brazzers | https://pornve.com/jpr9xrytkr9m/_Brazzers_-_Athletic_babe_Kortney_Kane_gets_a_big_dick_workout_.html | 9928 - Circuito Sensual de Entrenamiento |
| pornve.com | Brazzers | https://pornve.com/jq0hixh0duad/Girlfriends_Phat_Ass_Roommate_Brazzers.html | 2358770 - Best Of Brazzers: Anal Extravaganza |
| pornve.com | Brazzers | https://pornve.com/jq9jacmne0xu/Brazzers_-_Joanna_Angel_Massage_Yourself.html | 2417777 - Massage Yourself |
| pornve.com | Brazzers | https://pornve.com/jqamzzryvlad/Sara_Jay_-_Putting_Her_Tits_To_Good_Use.html | 10438 - Putting Her Tits To Good Use |
| pornve.com | Brazzers | https://pornve.com/jqcp12o0ay6v/Karmen_Karma_-_A_Schoolgirls_Fantasy.html | 8450 - A Schoolgirl's Fantasy |
| pornve.com | Brazzers | https://pornve.com/jqcqqu1tdzzo/_Brazzers_-_Kimmy_had_a_birthday_threesome_with_her_neighbors_Ava_Keiran_.html | 10970 - All Night Rager |
| pornve.com | Brazzers | https://pornve.com/jqesys2v5m09/Mya_Nichole_-_FIFun_Bags.html | 4882 - FIFun Bags |
| pornve.com | Reality Kings | https://pornve.com/jqftatfe9nxc/The_Naked_Wife_-_Portia_Paris_-_BrazzerExxxtra.html | 3983221 - The Naked Wife |
| pornve.com | Brazzers | https://pornve.com/jqrtndp5gtqz/Fucking_With_Friends_2018_part1.html | 14520 - Hot And Waiting |
| pornve.com | Brazzers | https://pornve.com/jqs8gzkz701/Christina_Shine_-_Sales_Pitch.html | 10244 - Sales Pitch |
| pornve.com | Brazzers | https://pornve.com/jqshiur6zj17/Jesse_Jane_Keiran_Lee_-_Midnight_Sneak_-_Pornstars_Like_It_Big_-_Brazzers.html | 3403597 - Midnight Sneak |
| pornve.com | Brazzers | https://pornve.com/jqx8w1z33k2x/Codi_Vore_-_A_Room_With_A_Cock.html | 3876721 - A Room With A Cock |
| pornve.com | Reality Kings | https://pornve.com/jqxxk3z5xin1/Wendy_Jay_Smooth_-_Hold_It_Right_There_-_RK_Prime_-_Reality_Kings.html | 3424646 - Hold It Right There |
| pornve.com | Brazzers | https://pornve.com/jr37s3v3ehx6/Ivy_Lebelle_-_The_Pleasure_Of_Business_Trips.html | 10595 - The Pleasure of Business Trips |
| pornve.com | Reality Kings | https://pornve.com/jr41b3qsfdjm/Brooke_Benz_-_Quicksand_Part_1_-_Reckless_In_Miami_-_Reality_Kings.html | Reckless In Miami 2 |
| pornve.com | Brazzers | https://pornve.com/jr4digqeyese/Madison_Ivy_Mick_Blue_-_Something_For_My_Husband_-_Brazzers_Exxtra_-_Brazzers.html | 3769381 - Something For My Husband |
| pornve.com | Brazzers | https://pornve.com/jr7ev7qgact6/Milfs_Like_It_Big_Kate_Frost_Johnny_Sins_Cockamania_Runs_Wild.html | 8091 - Cockamania Runs Wild |
| pornve.com | Brazzers | https://pornve.com/jr7yjwhx4pv0/DirtyMasseur_19_08_10_Aaliyah_Hadid_Nuru_For_You_XXX.html | 3612493 - Nuru For You |
| pornve.com | Brazzers | https://pornve.com/jr9v4kfzfpj8/Ava_Addams_Rikki_Six_-_Two_Hungry_Mouths_On_His_Dick.html | 7662 - Two Hungry Mouths on His Dick |
| pornve.com | Brazzers | https://pornve.com/jrjts889aba/anna_bells_peaks_rachel_starr_romi_rain_and_nicole_aniston_da_132_top_rated_porn_video_of_tod ay.html | 9471 - The Last Dick On Earth |
| pornve.com | Brazzers | https://pornve.com/jrllgqwcqz5z/Raven_Bay_Rikki_Six_-_Duel_Intentions.html | 6990 - Duel Intentions |
| pornve.com | Brazzers | https://pornve.com/jrmdgowtn474/Cum_In_My_Pussy_Not_On_My_Couch.html | 8801 - Cum In Me  Not On My Couch |
| pornve.com | Brazzers | https://pornve.com/jrti4cjok9c/Dylan_Ryder_Abby_Rode_-_Two_Cock_Hungry_MILFS_Dining.html | MILFS Like It Big Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/jru3530latt5/Allie_Foster_Kina_Kai_-_Poolside_Summer_Fun.html | 4220 - Poolside summer fun |
| pornve.com | Brazzers | https://pornve.com/jrvuglouwsha/Abella_Danger_-_Poolside_Booty.html | 3408152 - Poolside Booty |
| pornve.com | Brazzers | https://pornve.com/js12avinkoe2/Brazzers_Busting_A_Nut_In_The_Bride_Adria_Rae.html | 2892895 - Busting A Nut In The Bride |
| pornve.com | Brazzers | https://pornve.com/js1wavamky9d/Brazzers_Back_In_Big_Cock_Action_Brazzers_Nicole_Aniston_Keiran_Lee_Pov_Big_Tits_Porn stars_Li.html | 9277 - Back In Big Cock Action |
| pornve.com | Brazzers | https://pornve.com/js2yca7umw6o/Personal_Trainers_-_2.html | 10358 - Personal Trainers: Session 2 |
| pornve.com | Brazzers | https://pornve.com/js8ki60bgw09/Alexis_monroe_schoolgirl.html | 7398 - Good Girl  Big Boobs |
| pornve.com | Brazzers | https://pornve.com/jsa3bdwumsu6/_Brazzers_-_Busty_brunette_Kendall_Karson_takes_training_to_a_new_level_.html | 7860 - Erotic Exercises |
| pornve.com | Reality Kings | https://pornve.com/jsdlgd7914wf/WeLiveTogether_17_03_02_Khloe_Kapri_And_Rosyln_Belle_Hot_Moves_XXX_-KTR.html | 15342 - Hot Moves |
| pornve.com | Brazzers | https://pornve.com/jsi5htgsm9ad/Phoenix_Marie_-_Phoenix_Works_Herself_Out_-_Day_With_A_Pornstar_-_Brazzers.html | 4074472 - Phoenix Works Herself Out |
| pornve.com | Brazzers | https://pornve.com/jsjp370h2mdi/Jasmine_James_-_Testing_The_Teacher.html | 9082 - Testing The Teacher |
| pornve.com | Brazzers | https://pornve.com/jspxy8al1ih6/Ashley_Adams_-_Setting_The_Table.html | 9009 - Setting the Table |
| pornve.com | Brazzers | https://pornve.com/jsvh8roqo2ko/Monique_Alexander_-_Moniques_Secret_Spa_-_Part_3.html | 10125 - Monique's Secret Spa: Part 3 |
| pornve.com | Brazzers | https://pornve.com/jsy02xdzcpir/madison_scott_cowgirl.html | 4942 - Cream Flows Out |
| pornve.com | Brazzers | https://pornve.com/jsybzpza59yi/MomsInControl_Brazzers_Ava_Koxxx_Leigh_Darby_My_Scissoring_Stepmom.html | 9688 - My Scissoring Stepmom |
| pornve.com | Brazzers | https://pornve.com/jsyzofgcbsu1/Hot_And_Mean_Bonnie_Rotten_and_Zoey_Monroe_Squirt_Training.html | 3163639 - Squirt Training |
| pornve.com | Brazzers | https://pornve.com/jt1c5ysrl7yk/Anal_Blowjob_Peta_Jensen_Threesome_HD_Pornstars.html | 9319 - Pass the Peta |
| pornve.com | Brazzers | https://pornve.com/jt2h38qzax64/Eva_Lovia_Is_A_Very_Horny_Housewife_Who_Gives_it_Good.html | 10462 - My Fucking High School Reunion |
| pornve.com | Reality Kings | https://pornve.com/jt5fyt4daorp/RKPrime_-_Aubrey_Rose_Bosses_Daughter_12_22_16.html | 15153 - Bosses Daughter |
| pornve.com | Reality Kings | https://pornve.com/jt5xtb4l0g864/Skyla_Novea.html | 14453 - Love Glutes |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/ite3j1ui0y2b/Kristina_Rose_-_Ram_That_Rose.html | 9803 - Ram That Rose |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/jtg4wwjxz879/Tia_Cyrus_-_Rent-A-Pornstar_The_Wedding_Planner_Part_2_-_Pornstars_Like_it_Big_-_Brazzers.html | 3110899 - Rent-A-Pornstar: The Wedding Planner: Part 2 |
| pornve.com | Brazzers | https://pornve.com/jti7qofkt40z/Amirah_Adara__Mea_Melone_-_ZZ_Cup_-_Team_Booty.html | 9750 - ZZ Cup: Team Tits |
| pornve.com | Reality Kings | https://pornve.com/jtjck1ldp1ad/Phoenix_Marie_Sneaky_Sex_MILF_Pornstar_Phoenix_Marie_Tags_MILF_Phoenix_Tag_This_Vid eo_30_Most_Played_Porn_Video_Of_Today_105_Most_Played_Porn_Video_Of_Week.html | 15452 - Ms Ballbreaker |
| pornve.com | Brazzers | https://pornve.com/jtjflsr1oxfc/Lea_Lexis__Tory_Lane_-_Wiccan_Sisterhood.html | 5025 - Wiccan Sisterhood |
| pornve.com | Brazzers | https://pornve.com/jtlzsmsxzrmmn/Tory_Lane_ANAL_Big_Wet_Butts_She_Knows_What_She_Want_-_720p.html | 6660 - She Knows What She Wants |
| pornve.com | Brazzers | https://pornve.com/jto1282g9uhs/Romi_Rain_-_My_Boss_Is_A_Whore.html | 7841 - My Boss Is A Whore |
| pornve.com | Reality Kings | https://pornve.com/jts2v6a947bb/Inked_guy_fucks_redhead_vixen_video.html | Look At Her Now |
| pornve.com | Brazzers | https://pornve.com/jtwtm8tehm0t/Gabriella_Paltrova_Michael_Vegas_-_Dirty_Double_Cross_-_Brazzers_Exxtra_-_Brazzers.html | 2945908 - Dirty Double Cross |
| pornve.com | Brazzers | https://pornve.com/ju28qz2kvaae/Leilani_Leeane_-_Doc_Loosen_Up_My_Throat.html | 6669 - Doc Loosen Up My Throat! |
| pornve.com | Brazzers | https://pornve.com/ju8o61nm3aue/New_Romi_Rain.html | 9143 - Deadly Rain: Part Four |
| pornve.com | Brazzers | https://pornve.com/jua39l4otav32/Romi_Rain_-_Mystery_Tape.html | 10850 - Mystery Tape: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/juca4jqlt33l/Ariana_Marie_-_She_Needs_a_Strong_Male_Presence.html | 8636 - She Needs a Strong Male Presence |
| pornve.com | Brazzers | https://pornve.com/jucjunq2kak3/Brazzers_-_Sahara_Knite_Sexy_Doctor_Adventures.html | 2676451 - Sexy Doctor Adventures |
| pornve.com | Brazzers | https://pornve.com/jugxfmas87vy/Tasha_Holz_-_Working_Hard.html | 9403 - Working Hard |
| pornve.com | Brazzers | https://pornve.com/juig5rawdgmv/Eva_Karera_-_Biker_MILF.html | 6019 - Biker MILF |
| pornve.com | Brazzers | https://pornve.com/jun36g5095qi/Noelle_Easton_Big_Boobs.html | 7764 - The Life of the Party |
| pornve.com | Brazzers | https://pornve.com/juo4o4lsj57r/Jessie_Andrews__Lexi_Belle_-_The_BJ_Bonanza.html | 5609 - The BJ Bonanza |
| pornve.com | Reality Kings | https://pornve.com/juo4pq1jt7mj/Ava_Koxxx.html | 15178 - Bold Beauty |
| pornve.com | Brazzers | https://pornve.com/jupya3eprwdt/Sienna_West_-_Deep_Dark_Secret.html | MILFS Like It Big Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/jut0eajpdlm1/Kendra_Spade_-_Bow_Down_Beg_For_It.html | 2893637 - Bow Down & Beg For It |
| pornve.com | Reality Kings | https://pornve.com/juvph7nb0tgx/Nicole_Rey_-_Snuck_And_Cuck_-_Sneaky_Sex_-_Reality_Kings.html | 3258419 - Snuck And Cuck |
| pornve.com | Brazzers | https://pornve.com/juw8ie0v8ifi/Lena_Paul_-_Lay_Her_Over.html | 10865 - Lay Her Over |
| pornve.com | Brazzers | https://pornve.com/juws81dzii3p/Jewels_Jade_-_Nurse_Booty.html | 5140 - Nurse Booty |
| pornve.com | Brazzers | https://pornve.com/juyzr3bf5qm3/Destiny_Dixon_Keiran_Lee_-_Promotion_Or_Pussy_-_Real_Wife_Stories_-_Brazzers.html | 2892889 - Promotion or Pussy |
| pornve.com | Brazzers | https://pornve.com/juzfvs6jomp7/Kayla_Green_-_Tits_Thighs_And_Office_Supplies.html | 11043 - Tits  Thighs And Office Supplies |
| pornve.com | Brazzers | https://pornve.com/juzpoi2lhmh4/Darcie_Dolce__Jelena_Jensen_-_The_Make-Over.html | 9112 - The Make-Over |
| pornve.com | Brazzers | https://pornve.com/jv185l1v072f/Pornisity_Elsa_Jean_Monique_Alexander.html | 2874520 - Pornisity |
| pornve.com | Brazzers | https://pornve.com/jv3y33afqqnh/Hot_And_Mean_My_Stepmom_Is_Better_Than_Yours.html | 10161 - My Stepmom Is Better Than Yours |
| pornve.com | Reality Kings | https://pornve.com/jv4gxi2moidd/TeensLoveHugeCocks_Jaye_Summers_Juicy_Jaye_-_16_06_16.html | 14711 - Juicy Jaye |
| pornve.com | Brazzers | https://pornve.com/jv6sz8bqt2y3/TeensLikeItBig_Kenna_James_Limo_Nympho.html | 3314006 - Limo Nympho |
| pornve.com | Brazzers | https://pornve.com/jvev4dz3xsaz/Alice_Judge_-_I_Hate_You_Lets_Fuck.html | 3878642 - I Hate You  Let's Fuck |
| pornve.com | Brazzers | https://pornve.com/jvf293c7qp45/Alexis_Ford_-_Make_It_Up_To_My_Dick.html | 6199 - Make It Up To My Dick |
| pornve.com | Brazzers | https://pornve.com/jvioekub9t38/Felonys_First_Squirt.html | 6699 - That Will Get Her Wet! |
| pornve.com | Brazzers | https://pornve.com/jvl07jemre5d/Maddy_Oreilly_-_Free_Anal.html | 2412218 - Free Anal 5 |
| pornve.com | Reality Kings | https://pornve.com/jvrp0bnea1w4/Tiffany_Watson_Quinton_James_-_Its_Juicy_-_Look_At_Her_Now_-_Reality_Kings.html | Look At Her Now |
| pornve.com | Brazzers | https://pornve.com/jvxgydikezpg/MommyGotBoobs_-_Brazzers_-_Reagan_Foxx_Ricky_Spanish_Im_A_Total_MILF.html | 2417679 - I'm A Total MILF! |
| pornve.com | Brazzers | https://pornve.com/jw0f6ktlsh12/Abella_Danger_Keiran_Lee_-_The_Housewife__The_Hitchhiker_-_Big_Butts_Like_It_Big_-_Brazzers.html | 2947192 - The Housewife & The Hitchhiker |
| pornve.com | Brazzers | https://pornve.com/jw0mvvahakf6/Kaylani_Lei_The_Model_Mom.html | 2842903 - The Model Stepmom |
| pornve.com | Brazzers | https://pornve.com/jw6pv9evkmc7/Alexis_Ford__Rachel_Starr_-_Rachels_Slutty_Secrets.html | 7623 - Rachel's Slutty Secrets |
| pornve.com | Brazzers | https://pornve.com/jwbrgvkegolg/Asa_Akira_-_A_Tale_Of_A_Tail.html | 5635 - A Tale of a Tail |
| pornve.com | Brazzers | https://pornve.com/jwinb25irz5t/Peta_Jensen_-_Fuck_The_Frustration_Right_Out_Of_Me.html | 8654 - Fuck The Frustration Right Out Of Me |
| pornve.com | Reality Kings | https://pornve.com/jwmpo698axd/Porn_orgy_with_young_Crystal_Rae_her_boyfriend_and_her_older_sister.html | 14270 - Tempting Crystal |
| pornve.com | Brazzers | https://pornve.com/jwuj4m169jrh/Phoenix_Marie_-_This_Nurse_Is_No_Pussy.html | 7142 - This Nurse is No Pussy |
| pornve.com | Brazzers | https://pornve.com/jwz6gkxgiri1/Rebecca_More_-_Mistress_More_And_Her_Manservant.html | 7998 - Mistress More And Her Manservant |
| pornve.com | Brazzers | https://pornve.com/jwzou79q8768/Ashley_Adams__JoJo_Kiss_-_Terrible_Darlings.html | 10163 - Terrible Darlings |
| pornve.com | Brazzers | https://pornve.com/jx0d5vvszws5/Alanah_Rae_Broken_Promises_Real_Wife_Stories.html | 6193 - Broken Promises |
| pornve.com | Brazzers | https://pornve.com/jxajv8xrp09v/Jasmine_Jae_-_To_Assfuck_A_Neighbor.html | 9183 - To Assfuck A Neighbor |
| pornve.com | Brazzers | https://pornve.com/jxn5vgmmypn1/Anny_Aurora_Keiran_Lee_-_Virgin_Birthday_-_Teens_Like_It_Big.html | 2676448 - Virgin Birthday |
| pornve.com | Brazzers | https://pornve.com/jxqeam9r1bi6/Katana_Kombat_Bathing_Beauty.html | 3359697 - Bathing Beauty |
| pornve.com | Brazzers | https://pornve.com/jxqpruinzpv3/Noelle_Easton_-_Nurse_Noelle.html | 8523 - Nurse Noelle |
| pornve.com | Brazzers | https://pornve.com/jxtrwfec9mv7/Ariella_Ferrera__Isis_Love_-_MILF_Witches.html | 3723378 - MILF Witches Part 1 |
| pornve.com | Brazzers | https://pornve.com/jy8pcbwu2x8l/Eva_Karera_-_A_Night_At_The_Milfbury.html | 7895 - A Night at the Milfbury |
| pornve.com | Reality Kings | https://pornve.com/jyaed7uzswws/Kelly_Diamond_-_Hot_Teen_Next_Door_25_2015.html | 12406 - Coochie Smooch |
| pornve.com | Brazzers | https://pornve.com/yaxaxn2k4kk/August_Ames_And_Starri_Knight_Lesbian_Nurses.html | 9487 - Lesbian Nurses |
| pornve.com | Brazzers | https://pornve.com/jycy88ymrf5/Ryan_Conner_Pussy_Or_Anal_A_ZZ_Clinical_Study.html | 9546 - Pussy or Anal? A ZZ Clinical Study |
| pornve.com | Brazzers | https://pornve.com/jyjm1fsp34qt/Autumn_Falls_-_Inside-Her_Trading.html | 3645141 - Inside-Her Trading |
| pornve.com | Reality Kings | https://pornve.com/jynjjrdklzht/mikesapartment_18_10_22_kyra_hot_creeping_in_for_rent.html | 2417984 - Creeping In For Rent |
| pornve.com | Brazzers | https://pornve.com/jynm0pdv3zzd/Bailey_Brooke_-_Fucking_Her_Uncanny_Valley.html | 2469303 - Fucking Her Uncanny Valley |
| pornve.com | Brazzers | https://pornve.com/jynwzulgg8pi/Aila_Donovan_Feeling_Up_Aila.html | 3878689 - Feeling Up Aila |

| pornve.com | Brazzers | https://pornve.com/jyqmasd07sr8/Carrie_Ann_-_A_Day_At_The_Cuntry_Club.html | 5318 - A Day at the Cuntry Club |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/jz79n9xoz4b4/The_Anal_Doctor_Danny_D_Franceska_Jaimes.html | 8143 - Political Titties |
| pornve.com | Brazzers | https://pornve.com/jz9qep6zota0/Julie_Cash_-_Behind_The_Curtain.html | 3723381 - Behind The Curtain |
| pornve.com | Reality Kings | https://pornve.com/jzb3bz8fia4w1/Amirah_Adara_And_Nia_Black_-_Amazing_Beauties | 13876 - Amazing Beauties |
| pornve.com | Brazzers | https://pornve.com/jzcja96pfcx/_Hide_and_Cock_Seek_Small_Tits_Teen_Misha_Cross_Does_Anal_.html | 8906 - Hide and Cock Seek |
| pornve.com | Reality Kings | https://pornve.com/jzdxkkzpi7fu/Mature_Olivia_Fox_Romancing_Olivia_.html | 14856 - Romancing Olivia |
| pornve.com | Brazzers | https://pornve.com/jzifzcumsp07/Heather_Summers_-_Splash_My_Vagina_With_Your_Sperms.html | 4914 - Splash My Vagina With Your Sperms |
| pornve.com | Brazzers | https://pornve.com/jzjgvevyw6wy/Brazzers_Devon_Sweetening_The_Deal.html | 3648732 - Sweetening The Deal |
| pornve.com | Brazzers | https://pornve.com/jzsgxf73e96m/Anya_Olsen_Kennedy_Jax_-_My_Suck_Up_Stepsister.html | 10098 - My Suck Up Stepsister |
| pornve.com | Brazzers | https://pornve.com/jztkqhwq8yvr/Amia_Miley_-_Fuck_The_Police.html | 5377 - Fuck the Police |
| pornve.com | Brazzers | https://pornve.com/jzv686mh0b1r/Francesca_Le_-_Monday_Night_BWF.html | 6200 - Monday Night BWF |
| pornve.com | Brazzers | https://pornve.com/jzwrsttwnnhb/Britney_Amber_-_Office_Anal.html | 10611 - Office Anal |
| pornve.com | Brazzers | https://pornve.com/k0ew8pwwh4yk/Kya_Tropic_Natasha_Nice_-_An_Asians_Big_Tits_Between_Me_And_My_Boyfriend.html | 4156 - An Asian's big tits between me and my boyfriend |
| pornve.com | Brazzers | https://pornve.com/k0iia0ymjptb/Chanel_Preston_Kirsten_Price_-_Sergeant_Drill_Me.html | 7048 - Sergeant Drill Me |
| pornve.com | Brazzers | https://pornve.com/k0nco3qglse7/Brazzers_Live_-_28.html | 9735 - BRAZZERS LIVE 28: ASS CLASS 101 |
| pornve.com | Reality Kings | https://pornve.com/k0r5na3hyoj5/sneakysex_19_07_13_katana_kombat_what_hubby_doesnt_know.html | 3473472 - What Hubby Doesnt Know |
| pornve.com | Brazzers | https://pornve.com/k0rhhznkoo2l/Ginger_Elle_Rachel_Roxxx_-_Hungry_For_A_Job.html | 10170 - Hungry For A Job |
| pornve.com | Brazzers | https://pornve.com/k0tp7bc4bbw3/Veronica_Rodriguez_-_Fine_And_Online.html | 6202 - Fine And Online |
| pornve.com | Brazzers | https://pornve.com/k0xijrwxa6n0/Karma_Rx_-_Cum_Rain_Or_Shine.html | 3463989 - Cum Rain Or Shine |
| pornve.com | Brazzers | https://pornve.com/k0y4t801y5xx/Skylar_Snow_-_No_Splashing.html | 3463707 - No Splashing! |
| pornve.com | Brazzers | https://pornve.com/k0y9qxw37924/Charley_Chase_-_Spellpound.html | 6288 - Spellpound |
| pornve.com | Brazzers | https://pornve.com/k11m9cfr3cqm/eva_angelina_the_sultans_slutty_skank.html | 4514 - The Sultan's Slutty Skank |
| pornve.com | Brazzers | https://pornve.com/k15rha36aziq/Dee_Williams_Isiah_Maxwell_-_Ass_Reduction_-_Big_Butts_Like_It_Big_-_Brazzers.html | 3768055 - Ass Reduction?! |
| pornve.com | Brazzers | https://pornve.com/k17mth3ineid/Asa_Akira_-_Good_Vibe_Rub_Down.html | 9999 - Masaje de Buenas Vibras |
| pornve.com | Brazzers | https://pornve.com/k1870oiokclw/Katrina_Jade_-_Work_Those_Titties.html | 8658 - Work Those Titties |
| pornve.com | Brazzers | https://pornve.com/k18b86lvkh8g/Happy_Class_room.html | 3408160 - Teacher's Pet |
| pornve.com | Brazzers | https://pornve.com/k1gxkb77n29v/Kendra_Lust_-_Kendra_Gets_Loose_For_Big_Members.html | 9105 - Kendra Gets Loose For Big Members |
| pornve.com | Reality Kings | https://pornve.com/k1i49trlqpnq/Super_Nerd_Sierra_Nicole_Sean_Lawless_Teens_Love_Huge_Cocks.html | 15045 - Super Nerd |
| pornve.com | Brazzers | https://pornve.com/k1khfyxbfm4e/Brazzers_-_Veronica_Avluv_The_Right_Fit.html | 6982 - The Right Fit |
| pornve.com | Brazzers | https://pornve.com/k1kk55fhyqxf/Desiree_Night_-_I_Thought_I_Was_The_Criminal.html | 3359717 - I Thought I Was The Criminal |
| pornve.com | Brazzers | https://pornve.com/k1mnb079va71/Going_Behind_Her_BFs_Back_for_Big_Cock_Brazzers.html | 8302 - Going Behind Her BF's Back for Big Cock |
| pornve.com | Brazzers | https://pornve.com/k1mwo8ax6jj2/Katana_Kombat_-_The_Nerd_Nails_The_Girl.html | 3115032 - The Nerd Nails the Girl |
| pornve.com | Reality Kings | https://pornve.com/k1wqxaukfxgb/Chocolate_Rain.html | 9142 - Rain On Me |
| pornve.com | Brazzers | https://pornve.com/k1x1tk34slpk/Aleksa_Nicole_Blake_Rose_-_Double_Indemni-Ds.html | 8569 - Devyn's Double D's |
| pornve.com | Brazzers | https://pornve.com/k1y79wc7tr62/Darla_Crane_-_Too_Much_Dick_For_Her_Daughter.html | 8694 - Too Much Dick For Her Daughter |
| pornve.com | Brazzers | https://pornve.com/k1yy17rfbpfl/Gabriella_Paltrova_Georgia_Jones_-_My_Blindfolded_Best_Friend.html | 10615 - My Blindfolded Best Friend |
| pornve.com | Brazzers | https://pornve.com/k0xyuf0vryq/Brazzers_House_3_-_Episode_2.html | 2683991 - Brazzers House 3: Episode 2 |
| pornve.com | Brazzers | https://pornve.com/k22x72b2db9d/BigTitsInSports_Emma_Leigh_-_Sink_the_Pink.html | 10066 - Sink the Pink |
| pornve.com | Brazzers | https://pornve.com/k24xdb104xgg/Georgie_Lyall_-_Make_Yourself_Comfortable.html | 3167624 - Make Yourself Comfortable |
| pornve.com | Brazzers | https://pornve.com/k25ggrec1dxr/Andy_San_Dimas_-_Anarchy_In_The_U_S_A.html | 5957 - Anarchy In The U.S.A. |
| pornve.com | Brazzers | https://pornve.com/k2ayjmcczoy9/Ava_Addams_-_No_Trespassing.html | 3609564 - No Trespassing |
| pornve.com | Brazzers | https://pornve.com/k2cw2t40rueu/Brazzers_Worldwide_Budapest_-_Episode_1.html | 5423 - Ep-1: The Cocks Have Landed |
| pornve.com | Brazzers | https://pornve.com/k2dy8sbdrtzl/Romi_Rain_Van_Wylde_-_Hungry_For_Spring_Breakers_Part_2_-_Real_Wife_Stories_-_Brazzers.html | 3330891 - Hungry For Spring Breakers: Part 2 |
| pornve.com | Brazzers | https://pornve.com/k2fet9ccp4vu/Briana_Banks_-_If_The_Bra_Fits.html | 10731 - If The Bra Fits |
| pornve.com | Brazzers | https://pornve.com/k2lan4aimux/India_Summer_-_A_Day_In_India.html | 6047 - A Day In India |
| pornve.com | Brazzers | https://pornve.com/k2n6j53iat8c/Phoenix_Marie_-_This_Tour_Sucks_Harder_Than_Your_Wife.html | 7507 - This Tour Sucks Harder Than Your Wife |
| pornve.com | Brazzers | https://pornve.com/k2y5nheg5pwg/Devon_Lee_-_Military_Booty.html | 5395 - Military Booty |
| pornve.com | Brazzers | https://pornve.com/k32k8h5dicyc/Power_Bangers_XXX_-_Episode_2.html | 10479 - Power Bangers: A XXX Parody Part 2 |
| pornve.com | Brazzers | https://pornve.com/k36df0xlusubt/Holly_Sampson_-_Reduce_Reuse_And_Tickle_My_Titties.html | 4077 - Reduce Reuse and Tickle My Titties |
| pornve.com | Brazzers | https://pornve.com/k3d1nbfcdmap/Jaclyn_Taylor_-_His_Wife_Squats_-_On_My_Dick.html | 10550 - His Wife Squats |
| pornve.com | Brazzers | https://pornve.com/k3f4b9mshw2/Yhivi_Switching_Teams_Part_2.html | 9690 - Switching Teams: Part 2 |
| pornve.com | Brazzers | https://pornve.com/k3iaa8lfprpi/Aleska_diamond_Are_You_The_Ma.html | 6136 - Are You The Masseur? |
| pornve.com | Brazzers | https://pornve.com/k3m2lu861ro0/Monique_Alexander_-_The_Icing_On_The_Cock.html | 7802 - The Icing On The Cock |
| pornve.com | Brazzers | https://pornve.com/k3om23thlyak/Anal_Blonde_Big_Tits_Hardcore_Amateur_Fun_ANAL_Fun.html | 10045 - Follow That Ass! |
| pornve.com | Brazzers | https://pornve.com/k3s5ehj1c6rc/Phoenix_Marie_-_Getting_Tanned_While_Fucking.html | 6913 - Getting Tanned While Fucking |
| pornve.com | Brazzers | https://pornve.com/k3u6zlfs9j4a/Brazzers_-_Abigail_Mac_Between_A_Cock_And_A_Hard_Place.html | 2842792 - Between A Cock And A Hard Place |
| pornve.com | Reality Kings | https://pornve.com/k3yfr3m8khj/Karlee_Grey_No_Way_Not_My_Car.html | 13950 - No Way Really |
| pornve.com | Brazzers | https://pornve.com/k3yrghcdtysr/Stella_Cox_-_Cock_For_Cox.html | 10183 - Cock for Cox |
| pornve.com | Reality Kings | https://pornve.com/k43ayg4nq4m1/Happy_Tugs_Full.html | 5379 - Meat Massage |
| pornve.com | Brazzers | https://pornve.com/k44vre6bey8y/Erotic_Massage_Christy_Mack.html | Dirty Masseur #8 |
| pornve.com | Brazzers | https://pornve.com/k45iqg2bk5k0/Alena_Croft_Small_Hands_-_Shes_A_Smooth_Operator_-_Big_Tits_At_Work_-_Brazzers.html | 2824817 - She's A Smooth Operator |
| pornve.com | Brazzers | https://pornve.com/k48j5mt0ipjs/Jeni_Angel_Ryan_Keely_-_You_Dont_Need_A_Cock_-_2.html | 3795670 - You Don't Need A Cock: Part 2 |

| pornve.com | Brazzers | https://pornve.com/k4ai2mobvpdy/Alexis_Fawx__Mackenzie_Moss_-_All_In_A_Days_Squirt.html | 3868598 - All In A Day's Squirt |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/k4av8kam0u8o/Queen_of_Thrones_Part_1.html | 10506 - Queen Of Thrones: Part 1 |
| pornve.com | Reality Kings | https://pornve.com/k4g2ygtgw0ja/Nia_Black_-_Cum_Along.html | 13878 - Cum Along |
| pornve.com | Brazzers | https://pornve.com/k4gcp3p1p27n/Connie_Carter_-_Lusty_Loft_Fucking.html | 7443 - Lusty Loft Fucking |
| pornve.com | Brazzers | https://pornve.com/k4bqmefx5nw7/Kiki_Minaj_Danny_D_-_Pussy_In_Boots_-_Milfs_Like_It_Big_-_Brazzers.html | 3122585 - Pussy In Boots |
| pornve.com | Brazzers | https://pornve.com/k4ppajvwpfwj/Emma_Leigh_-_Sink_The_Pink.html | 10066 - Sink the Pink |
| pornve.com | Brazzers | https://pornve.com/k4rbl3gkwad9/Ella_Hughes_-_Shy_Redheads_Want_Anal.html | 9266 - Shy Redheads Want Anal |
| pornve.com | Brazzers | https://pornve.com/k4rd0trsbzpq/Kortney_Kane_-_Vacation_Persuasion.html | 5493 - Vacation Persuasion |
| pornve.com | Brazzers | https://pornve.com/k4wmej6yc1l7/Amirah_Adara_-_Backyard_Butt_Sex.html | 8499 - Backyard Butt Sex |
| pornve.com | Brazzers | https://pornve.com/k4ysidtj5vta/Gina_Valentina_Justin_Hunt_I_Dream_Of_Gina.html | 2432367 - I Dream Of Gina |
| pornve.com | Brazzers | https://pornve.com/k54o1dn9uqhx/mgb_devon_michaels_devon_michaels.html | 4949 - The Spirit of Competition |
| pornve.com | Brazzers | https://pornve.com/k5clslqf8e4o/Brazzers_House_-_Episode_1.html | 8702 - Brazzers House Episode One |
| pornve.com | Brazzers | https://pornve.com/k5dfl8y1vg8m/Brazzers_Twerking_Practice_Abella_Danger.html | 3224907 - Twerking Practice |
| pornve.com | Brazzers | https://pornve.com/k5e0b1e8ucz1/Kristina_Rose_-_Miss_Anal_2016.html | 10274 - Miss Anal 2016 |
| pornve.com | Brazzers | https://pornve.com/k5hdhtu8v1qs/Post_Match_Pussy_Part_Two_Kagney_Linn_Karter__Ramon__Rico_Strong.html | 9493 - Post-Match Pussy Part Two |
| pornve.com | Brazzers | https://pornve.com/k5j1cul2fpoc/Jenna_Foxx_Xander_Corvus_-_Seeing_Eye_Dick_-_Brazzers_Exxtra_-_Brazzers.html | 3791938 - Seeing Eye Dick |
| pornve.com | Brazzers | https://pornve.com/k5q72h1ahqwa/Ryan_Keely_-_Dickrupting_Her_Domestic_Bliss.html | 3110903 - Dickrupting Her Domestic Bliss |
| pornve.com | Brazzers | https://pornve.com/k5s441fypokr/Brazzers_-_V_Is_For_Vigilante.html | 3222163 - V Is For Vigilante |
| pornve.com | Brazzers | https://pornve.com/k5sq6gtzmhlp/Francesca_Le_-_Your_Awe-Inspiring_Boobies.html | Big Tits at School Vol. 6 |
| pornve.com | Brazzers | https://pornve.com/k60tnac4pcm3/Honey_Blossom_-_Hardcore_Nanny.html | 3459548 - Hardcore Nanny |
| pornve.com | Brazzers | https://pornve.com/k61ms1lfoghv/Til_Dick_Do_Us_Part_-_Episode_3.html | 6663 - 'Til Dick do us Part Episode 3 |
| pornve.com | Reality Kings | https://pornve.com/k62raanwszjb/MomsBangTeens_-_Gina_Valentina__Kate_Linn-Try_This_One_On.html | 15080 - Try This One On |
| pornve.com | Brazzers | https://pornve.com/k6849czcfiw3/Brazzers_Over_Easy_porn.html | 9780 - Over Easy |
| pornve.com | Brazzers | https://pornve.com/k69aneerqb03/_EPIC_PETA_JENSEN_PMV_.html | 9181 - A Guilty Conscience |
| pornve.com | Brazzers | https://pornve.com/k6bxvhbr53n6/Sophie_Dee_-_Beach_Boat_And_Big_Boobs.html | 4196 - Beach Boat and Big Boobs |
| pornve.com | Brazzers | https://pornve.com/k6g5h6j8b0w7/Krissy_Lynn_-_Rowdy_Armbar_Goes_Too_Far.html | 9187 - Rowdy Armbar Goes Too Far |
| pornve.com | Reality Kings | https://pornve.com/k6p07skmhphc/Her_Fantasy_Ball_-_Eva_Lovia_-_Reality_Kings.html | 15204 - Her Fantasy Ball |
| pornve.com | Brazzers | https://pornve.com/k6q1f4xreq34/Allie_Haze_-_Hanging_Out_With_Allies_Ass.html | 8793 - Hanging Out With Allie's Ass |
| pornve.com | Brazzers | https://pornve.com/k6uwgw8yvwhl/ANAL_SHAKE_MASHUP_TRIOLOGY_-_NOVA_ARCH_FORGE.html | Brazzers 10th Anniversary 2004-2014 |
| pornve.com | Brazzers | https://pornve.com/k6w34kfa97t9/Lyra_Law_-_Fuck_The_Festival.html | 9314 - Fuck The Festival |
| pornve.com | Brazzers | https://pornve.com/k6yk4zc9s9fi/Cumming_Straight_From_The_Underground_Diana_Prince__Nacho_Vidal.html | 5855 - Cumming Straight From The Underground |
| | | | |
| pornve.com | Reality Kings | https://pornve.com/k720b2rgcvz9/Avery_Moon_Damon_Dice_-_Another_Study_Break_-_Sneaky_Sex_-_Reality_Kings.html | 3128083 - Another Study Break |
| pornve.com | Reality Kings | https://pornve.com/k79a18wp4x31/TeensLoveHugeCocks_Gabriella_Ford_Freaky_Teen.html | 12338 - Carter In Control |
| pornve.com | Brazzers | https://pornve.com/k7aehshiqd7f/Bridgette_B_-_Teachers_Tits_Are_Distracting.html | 10515 - Teacher's Tits Are Distracting |
| pornve.com | Brazzers | https://pornve.com/k7au8r4w9c3h/tblb_19_07_08_elsa_jean_creepy_next_door_neighbor.html | 3425292 - Creepy Next Door Neighbor |
| pornve.com | Brazzers | https://pornve.com/k7ca2kdhzdtc/Bianca_Breeze__Charlotte_Cross_-_Pussy_Lessons.html | 9302 - Pussy Lessons |
| pornve.com | Brazzers | https://pornve.com/k7f6x1vq4yyp/Go_HAM_Or_Go_Home_Cory_Chase__Lexi_Luna.html | 2412211 - Go HAM Or Go Home |
| pornve.com | Brazzers | https://pornve.com/k7l52o4qioi6/Aubrey_Black_-_One_Slutty_Shopping_Spree.html | 11127 - One Slutty Shopping Spree |
| pornve.com | Brazzers | https://pornve.com/k7nb6bmt4qiu/Brazzers_Black_Out.html | 3843763 - Black Out |
| | | | |
| pornve.com | Brazzers | https://pornve.com/k7nexlxcdb7i/BigTitsAtSchool_-_Brazzers_-_Diamond_Jackson_Justin_Hunt_Brazzers_Porn_School.html | 2653349 - Brazzers Porn School |
| pornve.com | Brazzers | https://pornve.com/k7pyo192bh90/Nika_Noire_-_Baseballs_In_Your_Mouth.html | 5336 - Baseballs in your Mouth |
| pornve.com | Brazzers | https://pornve.com/k7yj64uty9sc/Whitney_Wright_-_Anal_Sex_Saves_Lives.html | 3362795 - Anal Sex Saves Lives |
| pornve.com | Brazzers | https://pornve.com/k81t85jjsyea/Blanche_Bradburry_-_Teacher_Tease.html | 10298 - Teacher Tease |
| pornve.com | Brazzers | https://pornve.com/k86lsa0qoxfq/Nicole_Aniston_-_Sliding_Into_Home.html | 7161 - Sliding Into Home |
| pornve.com | Brazzers | https://pornve.com/k86yegepvpvy/Cytherea_Felony_-_Gush_Goddesses.html | 7198 - Gush Goddesses |
| pornve.com | Brazzers | https://pornve.com/k8a0f6o6hht/Brazzers_Tied_Up.html | 3832329 - Tied Up |
| pornve.com | Brazzers | https://pornve.com/k8eqyn4yxzwt/Victoria_Lawson_-_Selling_My_Wifes_Hole.html | 6268 - Selling my Wife's Hole |
| pornve.com | Reality Kings | https://pornve.com/k8kb4yst7u8i/DAREDORM_62_Oil_Slick_1of2.html | Dare Dorm #16 |
| pornve.com | Brazzers | https://pornve.com/k8lca9skff0g/Alex_Blake__Cali_Carter_-_Club_Cunts.html | 2437508 - Club Cunts |
| pornve.com | Brazzers | https://pornve.com/k8oep4shtolg/Sheena_Ryder_-_Sheenas_Ass_Owns_This_Club.html | 8672 - Sheena's Ass Owns This Club |
| pornve.com | Reality Kings | https://pornve.com/k8p9bnoew9fy/MonsterCurves_Heidi_Van_Horny_Lovely_Heidi.html | 3128079 - Lovely Heidi |
| pornve.com | Brazzers | https://pornve.com/k8pf4qfhb86/The_Sexorcist_Sophie_Dee_Jordan_Ash.html | 5974 - The Sexorcist |
| pornve.com | Brazzers | https://pornve.com/k8skn55boqb/Jessica_Jaymes_-_Cabang-A-Bro.html | 10657 - Cabang-A-Bro |
| pornve.com | Brazzers | https://pornve.com/k8v775ei2dnh/Lindsey_Olsen_-_Wanted_Secretary_Squirting_Required.html | 7140 - Wanted: Secretary Squirting Required |
| pornve.com | Brazzers | https://pornve.com/k99ckhc3y3jm/Nothing_Goes_To_Waste_Kaylani_Lei__Keiran_Lee.html | 9511 - Nothing Goes To Waste |
| pornve.com | Reality Kings | https://pornve.com/k9a295wmkj54/RKPrime_-_Sophia_Leone_And_Julz_Gotti_Omg_Its_Cinco_De_Mayo.html | 2572090 - Omg Its Cinco De Mayo |
| pornve.com | Brazzers | https://pornve.com/k9f5bwutxnug/Keira_Croft_Xander_Corvus_-_Fuckin_Fountain_-_Brazzers_Exxtra_-_Brazzers.html | 3923313 - Fuckin' Fountain! |
| pornve.com | Brazzers | https://pornve.com/k9r660feapvh/Faye_Reagan_-_Great_Scott.html | 4916 - Great Scott |
| pornve.com | Brazzers | https://pornve.com/k9rlgyyebqdv/RealWifeStories_Brazzers__Isis_Love_The_Marriage_CounselorFirst_Anal.html | 9581 - The Marriage Counselor |
| pornve.com | Brazzers | https://pornve.com/k9v05m9lrapo/Roxanne_Rae_-_A_Rough_Pro_Bono.html | 8938 - A Rough Pro Bono |
| pornve.com | Brazzers | https://pornve.com/ka3sjqjayw1az/Ashli_Orion_-_Mount_Me_In_Your_Ice_Cream_Truck_Sir.html | 4012 - Mount me in your ice cream truck sir |
| pornve.com | Brazzers | https://pornve.com/kac0nn75lce3/Isis_Love_-_Treasure_Hunt_Fuck.html | 4335 - Treasure Hunt Fuck |
| pornve.com | Brazzers | https://pornve.com/kaeh138by1ls/Alexis_Fawx_-_Odd_Jobs.html | 10278 - Odd Jobs |
| pornve.com | Brazzers | https://pornve.com/kaliiur0wklj/BigTitsAtWork_19_09_25_Crystal_Rush_Personal_Assistance_XXX.html | 3648727 - Personal Assistance |

| pornve.com | Brazzers | https://pornve.com/kam4d5cj3093/Ariella_Ferrera_-_Driving_Dick_Shift.html | 7970 - Driving Dick Shift |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/katb8hvq17ni/Destiny_Dixon_-_Fuckdate_With_Destiny.html | 7406 - Fuckdate With Destiny |
| pornve.com | Brazzers | https://pornve.com/kb1cf6h7iu7r/Jess_Scotland_-_Jess_Screams_Yes_For_The_Dress.html | 3830498 - Jess Screams Yes For The Dress |
| pornve.com | Brazzers | https://pornve.com/kb7v2n92zzzk/Ash_Hollywood__Brandi_Love_-_Competing_For_The_Cock.html | 7761 - Competing for the Cock |
| pornve.com | Brazzers | https://pornve.com/kbaxys3ype5/Melina_Mason_-_Oiled-Up_And_Ready_To_Fuck.html | 7517 - Oiled-Up and Ready to Fuck |
| pornve.com | Brazzers | https://pornve.com/kbe2majysa7i/Angelina_Valentine_Rebeca_Linares_-_Open_Your_Fucking_Mouth_And_Eat_My_Cunt.html | 4973 - Open Your Fucking Mouth and Eat My Cunt |
| pornve.com | Brazzers | https://pornve.com/kbekq0mgyrs1/Cherie_Deville_Ricky_Spanish_-_Cumplimentary_Training_Session_-_Brazzers_Exxtra_-_Brazzers.html | 3959962 - Cumplimentary Training Session |
| pornve.com | Brazzers | https://pornve.com/kbi6lg08h0ir/Jordan_Pryce_-_Queen_vs_Pawn.html | 11194 - Queen vs Pawn |
| pornve.com | Brazzers | https://pornve.com/kbqjf11mhoe7/Brazzers_Love_At_First_Swipe.html | 3225794 - Love At First Swipe |
| pornve.com | Brazzers | https://pornve.com/kbt60qt84d8u/Bridgette_B_-_Locker_Room_Romp.html | 5273 - Locker Room Romp |
| pornve.com | Brazzers | https://pornve.com/kbu3gi7wa9vs/gia_dimarco_and_april_oneil_ANAL_SCHOOL.html | 6197 - Student Fuckin' Bodies |
| pornve.com | Brazzers | https://pornve.com/kc1onl6g6umh/Brooke_Brand_-_Television_Live.html | 4890 - Television Live |
| pornve.com | Brazzers | https://pornve.com/kc2b3mmy4vik/Darcy_Tyler_-_The_Trade_Off.html | 6361 - The Trade Off |
| pornve.com | Brazzers | https://pornve.com/kc6m9a9s31i4/Krissy_Lynn_-_Did_You_Miss_Me.html | 6675 - Did You Miss Me? |
| pornve.com | Brazzers | https://pornve.com/kc71alxqb591/Pay_Attention_To_My_Pussy_Brazzers.html | 4419888 - Pay Attention To My Pussy |
| pornve.com | Brazzers | https://pornve.com/kc7sehtznblq/Kendra_Lust_-_Nuru_Nymph.html | 2900580 - Nuru Nymph |
| pornve.com | Brazzers | https://pornve.com/kc7bzivzp8od/Diamond_Kitty_MILFS.html | 3359609 - Her Sunday Best |
| pornve.com | Brazzers | https://pornve.com/kc7xha0evj85/Milf_Squad_Vegas_-_Part_1.html | 9434 - Milf Squad Vegas: The Stakeout |
| pornve.com | Brazzers | https://pornve.com/kc9xvgtlxr8l/Lela_Star_Johnny_Sins_-_Get_It_Up_Grandpa_-_Doctor_Adventures_-_Brazzers.html | 2892747 - Get It Up Grandpa |
| pornve.com | Brazzers | https://pornve.com/kccm7qwqhmvj/Real_Wife_Stories_Part_2.html | 11072 - Sister Swap: Part 2 |
| pornve.com | Brazzers | https://pornve.com/kci4csfuz6fq/Valentina_Nappi_Sean_Michaels_-_Stretch_That_Ass_Out_-_Brazzers_Exxtra_-_Brazzers.html | 3346031 - Stretch That Ass Out |
| pornve.com | Brazzers | https://pornve.com/kcir5k9f9tyu/Diamond_Foxxx_-_Karmas_A_Bitch_BITCH.html | 4395 - Karma's A Bitch...BITCH! |
| pornve.com | Brazzers | https://pornve.com/kcjrsytbnm7l/Astrid_Star_-_Caught_On_Cumming_Camera.html | 2440432 - Caught On Cumming Camera |
| pornve.com | Brazzers | https://pornve.com/kcn5dentc7u9/Ava_Addams_Jessy_Jones_-_Sucking_The_Sitter_-_Real_Wife_Stories_-_Brazzers.html | 3395704 - Sucking The Sitter |
| pornve.com | Brazzers | https://pornve.com/kcye3vqlvvvu/Bonnie_Rotten_American_Whore_Story_Part_Five_Brazzers_Anal_Rough_Teens_Bigtits_Brunette_facial_squirt.html | 8421 - American Whore Story Part Five |
| pornve.com | Brazzers | https://pornve.com/kd0no4bqfeyx/India_Summer_-_Hide_And_Seek.html | 10835 - Hide And Seek |
| pornve.com | Brazzers | https://pornve.com/kd1z1cadmg2j/Jessica_Jaymes_-_The_Return_Of_Jessica_Jaymes.html | 8299 - The Return of Jessica Jaymes |
| pornve.com | Reality Kings | https://pornve.com/kd3ta9d094p/sexy_spanish_babe_trains_her_body_for_more_sexual_experiences.html | 1852862 - Working Out With Briana |
| pornve.com | Brazzers | https://pornve.com/kd7wuhknl2yn/My_Stepmom_And_Her_Sister_Ariella_Missy.html | 10395 - My Stepmom And Her Sister |
| pornve.com | Brazzers | https://pornve.com/kddk3cx6iy99/Veronica_Avluv_-_La_Seductora.html | 9783 - La Seductora |
| pornve.com | Brazzers | https://pornve.com/kdl42lhrsjca/Ashli_Orion__Sophie_Dee_-_A_Totally_Epic_Threesome.html | 9965 - Un TrÃo Totalmente Ã‰pico |
| pornve.com | Brazzers | https://pornve.com/kdmy3948yfpo/Gracie_Glam__Lexi_Belle_-_Cock_Swan.html | 5576 - Cock Swan |
| pornve.com | Brazzers | https://pornve.com/kdrrrdwbzhs2/My_Wifes_Trainer_Luna_Star_Victoria_June__Keiran_Lee.html | 11098 - My Wife's Trainer |
| pornve.com | Brazzers | https://pornve.com/kd4j7ntuo09/Sexual_Education_8_Karlee_Grey.html | 10387 - No Bubblecum In The Classroom |
| pornve.com | Brazzers | https://pornve.com/kdtpft6z3i3m/In_the_Darkroom.html | 7356 - In the Darkroom |
| pornve.com | Brazzers | https://pornve.com/kdx5h0nzbexa/Asa_Akira_-_Boning_My_Boss.html | 6620 - Boning my Boss |
| pornve.com | Brazzers | https://pornve.com/kdxe488sb88h/Cathy_Heaven_-_A_Fistful_Of_Heaven.html | 10287 - A Fistful of Heaven |
| pornve.com | Brazzers | https://pornve.com/kelpwkdnukes/Black_Angelika_-_What_A_Plump_Rump.html | 5108 - What A Plump Rump |
| pornve.com | Reality Kings | https://pornve.com/ketaf1hg1ivf/rkprime_18_10_22_katana_kombat_and_emily_willis_shy_maids.html | 2940363 - Shy Maids |
| pornve.com | Brazzers | https://pornve.com/keukm6jydv56/Nicki_Hunter_-_Hungry_For_Cock.html | 7337 - Nicki Hunter Hungry For Cock |
| pornve.com | Brazzers | https://pornve.com/keza82meg34q/Proxy_Paige_-_Double_Trouble.html | 4905 - Double Trouble |
| pornve.com | Reality Kings | https://pornve.com/kf18syslgb5sd/CumFiesta_-_Kharlie_Stone_Give_It_To_Me_-_16_05_10.html | 14110 - Give It To Me |
| pornve.com | Brazzers | https://pornve.com/kfcm11rcgwuj/Charley_Chase__Isis_Love_-_A_Very_Naughty_Xmas.html | 4436 - A Very Naughty Xmas |
| pornve.com | Brazzers | https://pornve.com/kfdy6hqri2g6/Drilling_Mommy_Scene_6_Getting_Dirty_With_Ms_Croft_Alena__Kyle_Mason.html | 1858113 - Getting Dirty With Ms Croft |
| pornve.com | Brazzers | https://pornve.com/kfj54vcxud1x/Jessa_Rhodes_-_In_The_Lap_Of_Luxury.html | 10335 - In The Lap Of Luxury |
| pornve.com | Reality Kings | https://pornve.com/kfjko04jrclj/Calypsa_Micca_-_Meat_Handler.html | 13886 - Meat Handler |
| pornve.com | Brazzers | https://pornve.com/kflb2r4zjw2x/Sammie_Spades_-_Working_Out_My_Big_Tits.html | 6646 - Working out my Big Tits |
| pornve.com | Brazzers | https://pornve.com/kflz84gfqrkb/Fat_Ass_Lela_Star.html | 8266 - Persuading Lela |
| pornve.com | Brazzers | https://pornve.com/kfn1l3s1lg5r/Kayla_Paige_-_Safari_Slut.html | 5252 - Safari Slut |
| pornve.com | Brazzers | https://pornve.com/kfngoj8r9d7c/Brenda_James_My_Mother_The_Fucker.html | 5964 - My Mother The Fucker |
| pornve.com | Brazzers | https://pornve.com/kftuzmy8b0ri/Dani_Daniels_-_They_Always_Come_Back.html | 6918 - They Always Come Back |
| pornve.com | Brazzers | https://pornve.com/kfv79ahpzjs5/All_Good_New_Brooklyn_Chase_And_Katy_Kiss.html | 9759 - Going Out And In |
| pornve.com | Brazzers | https://pornve.com/kg0omeostbno/Dirty_Dirty_Masseur_Asa_Akira_Category_.html | 9999 - Masaje de Buenas Vibras |
| pornve.com | Brazzers | https://pornve.com/kg9otfl3ccar/Asa_Akira_-_Say_Hi_To_Your_Husband_For_Me_-_1.html | 5032 - Say Hi To Your Husband For Me |
| pornve.com | Brazzers | https://pornve.com/kgbzhcwycnmb/Valerie_Kay_-_Lets_Play_Whore.html | 6321 - Let's Play Whore |
| pornve.com | Brazzers | https://pornve.com/kgfe8c89sn/Blake_Rose_-_Extra_Credits_Extra_Tits.html | 5051 - Extra Credits Extra Tits |
| pornve.com | Reality Kings | https://pornve.com/kggyaqkvrp26/GFRevenge_Dick_tasting.html | 14389 - bikini body |
| pornve.com | Brazzers | https://pornve.com/kgmngncy6tis/Horny_Nicolette_Shea_blonde_bigtits_bimbo_fitgirl.html | 3166360 - Thawed Out And Horny |
| pornve.com | Brazzers | https://pornve.com/kgofy3gpgfdn/Porn_Habits_Brazzers_2018_-_Lena_Paul_Ramon_Big_Tits_At_Work.html | 2417718 - Porn Habits |
| pornve.com | Brazzers | https://pornve.com/kgowd65kkat0/Ava__Phoenix_Xmas_Time_Orgy.html | 7850 - Naughty Or Nice? |
| pornve.com | Brazzers | https://pornve.com/kgr7s3zhxz0i/Dillion_Harper_-_Spin_Cycle.html | 9469 - Spin Cycle |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/kh20lfe4cesr/Ariella_Ferrera__Missy_Martinez_81_Top_Rated_Porn_Video_Of_Today_184_Most_Played_Porn_Video_Of_Today_200_Top_Rated_Porn_Video_Of_Week.html | 10395 - My Stepmom And Her Sister |
| pornve.com | Brazzers | https://pornve.com/kh2to00sx02u/Abigail_Mac__Azul_Hermosa_-_A_Mistress_For_All_Seasons.html | 3983237 - A Mistress For All Seasons |
| pornve.com | Brazzers | https://pornve.com/kh6p3l0xqpa8/Casey_Calvert_Black_Cherry_Pie.html | 9751 - Black Cherry Pie |
| pornve.com | Brazzers | https://pornve.com/kh75pkb9ve0b/Kenzie_Reeves_-_Tiny_Dancer.html | 11111 - Tiny Dancer |
| pornve.com | Brazzers | https://pornve.com/khc03ki1eb57/Katya_Rodriguez_These_Boots_Were_Made_For_Licking.html | 3878703 - These Boots Were Made for Licking |
| pornve.com | Reality Kings | https://pornve.com/kheukhvgmdh6/Melissa_Lynn_-_In_The_Garden_Of_The_Milf.html | 2025161 - In The Garden Of The Milf |
| pornve.com | Brazzers | https://pornve.com/khfl4pehrv36/Blanche_Bradburry_Dirty_Fitness_Trainer_Cums_In_Her_Pupils_Big_Ass.html | 4419870 - Booty Bounce |
| pornve.com | Brazzers | https://pornve.com/khglk15j8i21/Aleksa_Nicole__Courtney_Taylor_-_Welcome_The_Don.html | 6989 - Welcome the Don |
| pornve.com | Brazzers | https://pornve.com/khj86p78qoob/Evie_Delatossa_-_The_Delatosso_Family.html | 4386 - The Delatossi Family |
| pornve.com | Brazzers | https://pornve.com/khkzefzdq8kc/Brazzers_Booty_On_Drip_Whitney_Wright.html | 3226131 - Booty On Drip |
| pornve.com | Brazzers | https://pornve.com/khnvzbwykt53/Robbin_Banx_-_Streetwalking_Seduction.html | 3797042 - Streetwalking Seduction |
| pornve.com | Brazzers | https://pornve.com/khr6mxoyk0b/PornstarsLikeItBig_-_Janice_Griffith_Watch_Party_5B_HD_5D.html | 3960176 - Watch Party |
| pornve.com | Brazzers | https://pornve.com/khv4t37254ka/Aaliyah_Love_-_Conjugal_Fuckin_Visit.html | 8117 - Conjugal Fuckin' Visit |
| pornve.com | Brazzers | https://pornve.com/ki1j59sx1cvp/India_Summer_-_Free_Screw_At_Hardware_Store.html | 8924 - Free Screw at Hardware Store |
| pornve.com | Reality Kings | https://pornve.com/ki2spb9kra02/All_Good_New_Olivia_Fox.html | 14856 - Romancing Olivia |
| pornve.com | Brazzers | https://pornve.com/ki39y8rexmnb/Overnight_With_Stepmom_Part_Two_-_Tara_Holiday.html | 9058 - Overnight With Stepmom: Part Two |
| pornve.com | Brazzers | https://pornve.com/ki90vs3d3jw2/Piper_Perri_-_Pounding_Piper.html | 9615 - Pounding Piper |
| pornve.com | Brazzers | https://pornve.com/kicf8wubq7sx/Jessa_Rhodes_Johnny_Sins_-_Angel_Tits_-_Baby_Got_Boobs.html | 2892769 - Angel Tits |
| pornve.com | Brazzers | https://pornve.com/kijrvrd31ozx/MomsInControl_Lezley_Zen_Raylin_Ann_Clandestine_Coochie_-_07_08_16.html | 10014 - Clandestine Coochie |
| pornve.com | Brazzers | https://pornve.com/kimmoqa55q0l/Andy_San_Dimas_-_Sexy_Doctor_Takes_Advantage_Of_Male_Nurse.html | 5409 - Sexy Doctor Takes Advantage Of Male Nurse |
| pornve.com | Reality Kings | https://pornve.com/kipw5ctv6l30/RKPrime_Canela_Skin_One_Hell_Of_A_Pounding.html | 2940362 - One Hell Of A Pounding |
| pornve.com | Brazzers | https://pornve.com/kipyfu12kgz1/Brazzers_-_Jessa_Rhodes_Burst_On_My_Balloons.html | 2439732 - Burst On My Balloons |
| pornve.com | Brazzers | https://pornve.com/kiwbyybmrp55/Marina_Visconti_-_Vlogging_And_Flogging.html | 8059 - Vlogging and Flogging |
| pornve.com | Brazzers | https://pornve.com/kixx0ywdbynr/Jewels_Jade_-_Reverse_Tit_Psychology.html | 6444 - Reverse Tit Psychology |
| pornve.com | Reality Kings | https://pornve.com/kizgd9vcvhw5/GFRevenge_-_Laying_Layne_-_16_05_02.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/kj03m8lgxoup/Luna_Star_-_ZZ_Sex_Doll.html | 9369 - ZZ Sex Doll |
| pornve.com | Reality Kings | https://pornve.com/kj0rm2eebzzk/Realitykings_Sneaky_Sex_Nailed_Your_Husband.html | 15435 - Nailed Your Husband |
| pornve.com | Brazzers | https://pornve.com/kj1qdluxaj8t/Lisa_Ann_-_Sex_Therapist.html | 8138 - Sex Therapist |
| pornve.com | Reality Kings | https://pornve.com/kj2mxmg3bvre/TeensLoveHugeCocks_-_Riley_Reid_Super_Soak_Her.html | 2812368 - Super Soak Her |
| pornve.com | Brazzers | https://pornve.com/kj3qs1lhry08/Monique_Alexander_massage.html | 10126 - Monique's Secret Spa: Part 1 |
| pornve.com | Brazzers | https://pornve.com/kj4gnmuat16d/Madison_Ivy__Monique_Alexander_-_Lapdancers_Last_Laugh.html | 3387840 - Lapdancer's Last Laugh |
| pornve.com | Brazzers | https://pornve.com/kj7oorkh90rt/_Brazzers_-_Sexy_latina_Vicki_Chase_gets_dick_instead_of_massage_.html | 2590194 - The Oil Spill |
| pornve.com | Brazzers | https://pornve.com/kj7pr7yysk6k/Darla_Crane__Gwen_Stark_-_Applicant_Cunt.html | 9204 - Applicant Cunt |
| pornve.com | Brazzers | https://pornve.com/kj9wycclface/Dana_DeArmond_-_Stick_It_Up_The_Complaint_Box.html | 4826 - Stick It Up The Complaint Box |
| pornve.com | Brazzers | https://pornve.com/kjbjglthjtee/Kalina_Ryu_-_If_I_Was_Your_Boss.html | 10017 - If I Was Your Boss |
| pornve.com | Brazzers | https://pornve.com/kjh2is8308ne/Diamond_Foxxx_-_The_Sex-stitute.html | 7193 - The Sex-stitute |
| pornve.com | Brazzers | https://pornve.com/kjjmn30j3wb4/Georgie_Lyall_-_Forbidden_Fruit.html | 8128 - Forbidden Fruit |
| pornve.com | Reality Kings | https://pornve.com/kjojvix44nnh/Nikki_Woods_-_Naughty_Nikki.html | 14813 - Naughty Nikki |
| pornve.com | Reality Kings | https://pornve.com/kjr0fv66jd9g/Sexy_Asa_Akira_Seduces_A_Horny_Malena_Morgan.html | 11417 - Asian Persuasion |
| pornve.com | Brazzers | https://pornve.com/kjt9eobp01/Kianna_Dior__Clover_Extra_Soapy_Busty_Asian_MILF.html | 7911 - Extra Soapy Busty Asian MILF |
| pornve.com | Brazzers | https://pornve.com/kjy758ksr5ep/Dylan_Phoenix_-_One_Sneaky_Pair_Of_Tits.html | 9005 - One Sneaky Pair of Tits |
| pornve.com | Reality Kings | https://pornve.com/kjyfqq5f8v1i/Moms_Bang_Teens_9_2015_part_5.html | 12420 - Play Date |
| pornve.com | Brazzers | https://pornve.com/kjym3whltls2/_Brazzers-_Lucky_guy_fucks_hot_babes_Jada_Kennedy_and_Maddy_in_locker_room_.html | 7434 - Locker Room Hijinks |
| pornve.com | Brazzers | https://pornve.com/kk2sfowdbhfz/Inside_Summer_Absolute_Knockout.html | 8903 - Knockout Knockers |
| pornve.com | Brazzers | https://pornve.com/kk3w2hc3uv79/Priya_Rai_-_BigTitsAtSchool.html | 6027 - Bad Teacher Nice Tits |
| pornve.com | Brazzers | https://pornve.com/kk7u0zuu0y5k/Brooklyn_Chase_-_Nailing_Ms_Chase_-_Part_1.html | 9492 - Nailing Ms. Chase: Part One |
| pornve.com | Brazzers | https://pornve.com/kk8s0wd05o2s/Noelle_Easton_-_Noelle_Joins_the_Chest_Club.html | 8592 - Noelle Joins the Chest Club |
| pornve.com | Brazzers | https://pornve.com/kkaa4hng4gpa/Christen_Courtney__Rina_Ellis_-_Sex_Fighter.html | 10029 - Sex Fighter: Vega Gets Vagina |
| pornve.com | Brazzers | https://pornve.com/kkb0hm5q6vnq/Abigail_Mac_Danny_D_-_Sensual_Seduction_-_Brazzers_Exxtra_-_Brazzers.html | 3171829 - Sensual Seduction |
| pornve.com | Brazzers | https://pornve.com/kkulsq3h5r6v/Capri_Cavanni_-_Care_To_Donate_Your_Organ.html | 5619 - Care to Donate Your Organ? |
| pornve.com | Brazzers | https://pornve.com/kkuuvt12pm1h/European_Girl_Sex_da_jessa_rhodes.html | 8721 - Doc Takes On The Biggest Cock |
| pornve.com | Brazzers | https://pornve.com/kkxki4mba0v/Ariella_Ferrera_-_Nuclear_Score.html | 6333 - Nuclear Score |
| pornve.com | Brazzers | https://pornve.com/kl02tmpd6znp/Juelz_Ventura_-_Help_Doc_Im_Horny.html | 9331 - Help Doc Im Horny |
| pornve.com | Brazzers | https://pornve.com/kl4cvub6vu54/Franceska_Jaimes_-_Spanish_Teacher_Loving.html | 6087 - Spanish Teacher Loving |
| pornve.com | Reality Kings | https://pornve.com/kl4hvkxcsu01/RealityKings_Offroad_Road_Head.html | 3462282 - Offroad Road Head |
| pornve.com | Brazzers | https://pornve.com/kl4q5o28fqt/Peta_Jensen_-_Pass_The_Peta.html | 9319 - Pass the Peta |
| pornve.com | Brazzers | https://pornve.com/kl68i9y54kdc/Alektra_Blue__Kirsten_Price_-_Threesome_With_The_Date_Coach.html | 7423 - Threesome With The Date Coach |
| pornve.com | Brazzers | https://pornve.com/kl9kzp7vz9x0/Dayna_Vendetta_-_The_Woman_Who_Was_Wronged.html | 5163 - The Woman Who Was Wronged |
| pornve.com | Brazzers | https://pornve.com/klawz8dkttsq/Kayla_Green_-_Pools_Rules.html | 8842 - Pool's Rules |
| pornve.com | Brazzers | https://pornve.com/klbs2dozcsju/Ava_Austen_Nekane_Sweet_-_The_Translator.html | 9513 - The Translator |
| pornve.com | Brazzers | https://pornve.com/klcw5sbc13si/Audrey_Bitoni_Sex_on_Skates_-_Brazzers.html | 4733 - Sex on Skates |
| pornve.com | Brazzers | https://pornve.com/kldm5spaucj8/Europe_-_incest_brother_sister_in_law.html | 3917977 - Getting Fucked On My Side |
| pornve.com | Brazzers | https://pornve.com/klkw16tqnts9/Bridgette_B_-_Its_A_Sausage_Fest.html | 3722267 - It's A Sausage Fest |
| pornve.com | Brazzers | https://pornve.com/klsnf0frrzb6/Nicole_Aniston_-_Happy_Anniversary_Darling.html | 2443723 - Happy Anniversary Darling |

| pornve.com | Reality Kings | https://pornve.com/klu8ovocxtxe/GFRevenge_Hannah_Reese_Record_Breaker.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/klv2c3zj9zie/Tory_Lane_-_Fuck_Friends.html | 4125 - Fuck Friends |
| pornve.com | Brazzers | https://pornve.com/klzu4m4qhi5l/BigTitsAtWork_15_12_22_Tory_Lane_Im_Your_Christmas_Bonus.html | 9364 - I'm Your Christmas Bonus |
| pornve.com | Brazzers | https://pornve.com/km1tqs6d9lp1/Leya_Falcon_-_Dont_Touch_Her_Ta-Tas.html | 8904 - Don't Touch Her Ta-Tas |
| pornve.com | Brazzers | https://pornve.com/km6vw7glt3xp/Madison_Ivy_-_Mirage_Of_Ivy.html | 8581 - Mirage of Ivy |
| pornve.com | Brazzers | https://pornve.com/km7e1ehun489/Stepmom_Sex_Ed_Julia_Ann_Tyler_Nixon.html | 9100 - Stepmom Sex Ed |
| pornve.com | Brazzers | https://pornve.com/kmahcyeu1st8/Brooke_Belle_-_A_Friend_In_Need.html | Real Wife Stories Vol. 2 |
| pornve.com | Reality Kings | https://pornve.com/kmevx5lvrbhe/WeLiveTogether_-_Jessa_Rhodes_Ryan_Ryans_Sweet_Ass_12_29_16.html | 14957 - Sweet Ass |
| pornve.com | Brazzers | https://pornve.com/kmhnp9cvxo1g/Jessie_Wylde_-_Panting_In_Public.html | 11158 - Panting In Public |
| pornve.com | Brazzers | https://pornve.com/kmsd6i57egce/Alexis_Love_Jessica_Valentino_40Cum_drenched_tits41.html | 8477 - Cum Drenched Tits |
| pornve.com | Brazzers | https://pornve.com/kmvy3mv7d1vc/Dyanna_Lauren_Riley_Jensen_-_Dyke_Asylum.html | 6010 - Dyke Asylum |
| pornve.com | Brazzers | https://pornve.com/kn1195rd0egt/Ariana_Marie_Whitney_Westgate_-_Eating_Pussy_By_The_Pool.html | 9205 - Eating Pussy By The Pool |
| pornve.com | Reality Kings | https://pornve.com/kn6f1ms2mq6c/Josephine_Jackson_Kristof_Cale_-_Boobs_For_The_Win_-_Big_Naturals_-_Reality_Kings.html | 3462290 - Boobs For The Win |
| pornve.com | Brazzers | https://pornve.com/knis7jx4xnrg/Aidra_Fox_Keiran_Lee_-_Juicy_In_Jeggings_-_Baby_Got_Boobs_-_Brazzers.html | 3122569 - Juicy In Jeggings |
| pornve.com | Brazzers | https://pornve.com/knmgex5w0i5c/Mischa_Brooks_-_Brooks_Bouncy_Birthday.html | 6986 - Brooks' Bouncy Birthday |
| pornve.com | Brazzers | https://pornve.com/knqy93ylb8dlh/Krissy_Lynn_-_Im_A_Giver_And_A_Taker.html | 3110519 - I'm A Giver And A Taker |
| pornve.com | Brazzers | https://pornve.com/knuuo5c7797a/Brooklyn_Blue_-_Dr_Blues_On_The_Blow-Job_Training.html | 7547 - Dr. Blue's on the Blow-Job Training |
| pornve.com | Brazzers | https://pornve.com/knzd462qrspr/Rita_Daniels_-_Bed_Ridden.html | 3224916 - Bed Ridden |
| pornve.com | Brazzers | https://pornve.com/ko1ioai6oayh/The_Sexorcist_Shophie_DEE_-_720p.html | 5974 - The Sexorcist |
| pornve.com | Brazzers | https://pornve.com/ko39k12kh35x/Rachel_Roxxx_-_Climbing_Roxxx.html | Big Tits in Sports |
| pornve.com | Brazzers | https://pornve.com/ko49trval3n7/Holly_Halston_-_Balls_Deep_In_The_Deep_End.html | 7606 - Balls Deep In The Deep End |
| pornve.com | Reality Kings | https://pornve.com/ko5zrahg63cr/Jewels_Jade_and_Franceska_Jaimes_Hot_Yoga.html | 2750 - Groupist |
| pornve.com | Brazzers | https://pornve.com/ko65zla249hs/Cathy_Heaven_Fistful_Anal_MILF.html | 10287 - A Fistful of Heaven |
| pornve.com | Brazzers | https://pornve.com/ko7edpqh92r2/Vina_Sky_-_Vinas_Gaping_Workout.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/ko8kdmkd5ecu/Courtney_Taylor_Jasmine_Jae_-_Can_I_Bother_You_For_A_Tall_Glass_Of_Dick.html | 10576 - Can I Bother You For A Tall Glass Of Dick? |
| pornve.com | Brazzers | https://pornve.com/ko4rbytjmnb/Alli_Rae_Devon_-_Happy_Stepmothers_Day.html | 8935 - Happy Stepmothers Day |
| pornve.com | Brazzers | https://pornve.com/koahpie6pbbi/Alli_Rae_Cassidy_Klein_-_The_Slutty_Babysitter_Part_Two.html | 8522 - The Slutty Babysitter: Part Two |
| pornve.com | Brazzers | https://pornve.com/kob9flvystyn/Alina_Lopez_-_My_Dirty_Little_Secret.html | 3609448 - My Dirty Little Secret |
| pornve.com | Brazzers | https://pornve.com/koild26ojlrp/Brazzers_Real_Wife_Stories_Preppies_In_Pantyhose_Part_3_13122018.html | 2945901 - Preppies In Pantyhose: Part 3 |
| pornve.com | Brazzers | https://pornve.com/koiul3ntmc6r/Julia_Bond_-_Sperm_Donor_Slut.html | 7600 - Sperm Donor Slut |
| pornve.com | Brazzers | https://pornve.com/kolxhdcz29cp/Romi_Rain_Blowjob_Insane.html | 9140 - Deadly Rain: Part One |
| pornve.com | Brazzers | https://pornve.com/kon7ky29sgnp/Brittany_Andrews_-_A_Little_BIG_Trouble.html | 5880 - A Little BIG Trouble |
| pornve.com | Brazzers | https://pornve.com/korvj7o20txrp/Gwen_Stark_-_My_Stepsisters_New_Outfit.html | 9346 - My Stepsister's New Outfit |
| pornve.com | Brazzers | https://pornve.com/koupgf7uj0h6/Mothers_Day_Ass_Massage_Brazzers.html | 10679 - Mother's Day Ass Massage |
| pornve.com | Brazzers | https://pornve.com/kp431d36z550/Angela_White_Kagney_Linn_Karter_Phoenix_Marie_-_Dinner_For_Cheats.html | 1943514 - Dinner For Cheats |
| pornve.com | Brazzers | https://pornve.com/kp7sn2vrv5p0/Free_Anal_-_1.html | 9606 - Free Anal |
| pornve.com | Brazzers | https://pornve.com/kpiy0vwz7den/Monique_Alexander_-_Pussy_On_the_Green.html | 5724 - Pussy on the Green |
| pornve.com | Brazzers | https://pornve.com/kpjqziaiojbk/Nicolette_Shea_Markus_Dupree_-_Smart_Ho-me_-_Brazzers_Exxtra_-_Brazzers.html | 2874518 - Smart Ho-me |
| pornve.com | Brazzers | https://pornve.com/kpkcr9kvxzbo/Angela_White_Zach_Wild_-_Busting_On_The_Burglar_-_Big_Butts_Like_It_Big_-_Brazzers.html | 2914528 - Busting On The Burglar |
| pornve.com | Brazzers | https://pornve.com/kpq85iovyu93/Rhylee_Richards_-_Sex_Toys_On_The_Gunn_Show.html | 7672 - Sex Toys On The Gunn Show |
| pornve.com | Brazzers | https://pornve.com/kps1vwxm4mn4/Jewels_Jade_-_A_Soldiers_Salute.html | 4557 - A Soldier's Salute |
| pornve.com | Brazzers | https://pornve.com/kpuphul26urf/bigtits_at_school_kylie_page.html | 10135 - Math Can Be Stimulating |
| pornve.com | Brazzers | https://pornve.com/kpwxzoor2kq4/Delta_White_Jayden_Jaymes_Nikki_Benz_-_I_Love_Cock_Balls.html | 4809 - I Love Cock 'n Balls |
| pornve.com | Reality Kings | https://pornve.com/kpx68at1hcao/Karma_Rx_-_Karma_And_Her_Selfies.html | 1990597 - Karma And Her Selfies |
| pornve.com | Brazzers | https://pornve.com/kpx7wyml4cti/Make_This_House_A_Ho.html | 3161157 - Make This House A Ho |
| pornve.com | Brazzers | https://pornve.com/kpxe0cq6tsce/Fix_Your_Fucking_Marriage_Nicole_Aniston.html | 2412276 - Fix Your Fucking Marriage |
| pornve.com | Brazzers | https://pornve.com/kpz951mx95bc/Brazzers_-_Eliza_Ibarra_Cucked_at_The_Carnival.html | 2676481 - Cucked At The Carnival |
| pornve.com | Brazzers | https://pornve.com/kpzljhgmioun/Nia_Nacci_Xander_Corvus_-_Getting_Ripped_-_Teens_Like_It_Big_-_Brazzers.html | 3797028 - Getting Ripped |
| pornve.com | Brazzers | https://pornve.com/kq2m6wpuwqnm/Kali_Roses_-_Cocksicle_Taste_Test.html | 3031950 - Cocksicle Taste Test |
| pornve.com | Brazzers | https://pornve.com/kq5ehwhuc4ho/Ryan_Keely_-_Ryan_Uses_The_Washing_Machine_-_DayWithAPornstar.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/kq6yreecoe1/Avy_Scott_-_Cock_Switch.html | Doctor Adventures Vol. 8 |
| pornve.com | Brazzers | https://pornve.com/kqd4wjpzktum/Kagney_Linn_Karter_-_Kagneys_Crazy_Keister.html | 6264 - Kagney's Crazy Keister |
| pornve.com | Brazzers | https://pornve.com/kqfv4rkwd9ll/Monique_Alexander_-_One_Hour_Phot-ho.html | 2873454 - One Hour Phot-ho |
| pornve.com | Reality Kings | https://pornve.com/kqgv75o2uhtg/go_gina_big.html | 5377 - Marvelous Mandi |
| pornve.com | Brazzers | https://pornve.com/kqjy7iyw9o77/RealWifeStory_Abigail_Mac_18_03_28.html | 2412472 - Horny & Dangerous: Conjugal Visit |
| pornve.com | Brazzers | https://pornve.com/kqp11rsxc190/My_Pudgy_Husband_My_Whorish_Wife_-_Romi_Rain_Rob_Piper.html | 8966 - My Pudgy Husband My Whorish Wife |
| pornve.com | Brazzers | https://pornve.com/kqu0s4i4t8tw/Brazzers_How_To_Consult_A_Perfect_Ass_Jada_Stevens_Mischa_Brooks_Xander_Corvus_DA_Doctor_Adventures_Anal_AssWorship_Brunette_BubbleButt_Criminal_Doctor_Nurse_NaturalTits_Nurse_Redhead_Threesome_Uniform.html | 8101 - How To Consult A Perfect Ass |
| pornve.com | Brazzers | https://pornve.com/kr0he10099ed/Bonnie_Rotten_-_A_Massage_For_Bonnie.html | 2867481 - A Massage For Bonnie |
| pornve.com | Reality Kings | https://pornve.com/kr0pf5ajd2j5/Kara_Lee_Tony_Rubino_-_Busty_Bookworm_-_Big_Naturals.html | 2286898 - Busty Bookworm |
| pornve.com | Brazzers | https://pornve.com/kr56b3dks8bi/Rachele_Richey_-_Rich_Brats_Of_Beverly_Hills_-_Part_1.html | 8912 - Rich Brats of Beverly Hills Part One |
| pornve.com | Brazzers | https://pornve.com/krb0q4346l4x/Brazzers_-_AJ_Applegate_Tag_That_Ass.html | 2842471 - Tag That Ass |

| pornve.com | Brazzers | https://pornve.com/krbcde5saa60/Penny_Pax_-_Mermaid_Vibes.html | 2461926 - Mermaid Vibes |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/krbtc1ptg1ut/Peta_Jensen_I_will_prove_that_I_love_our_new_step_brother_even_more.html | 9309 - Sibling Rivalry 2 |
| pornve.com | Reality Kings | https://pornve.com/krckfyro2ldz/Alexis_Love_40Head_or_tails41.html | 8526 - Head Or Tails |
| pornve.com | Brazzers | https://pornve.com/kren1rc3d3vi/MilfsLikeItBig_19_09_13_Brooklyn_Blue_Pantomime_Pounding_XXX.html | 3474981 - Pantomime Pounding |
| pornve.com | Brazzers | https://pornve.com/krhm8tiv05gh/Evelin_Stone__Krissy_Lynn_-_The_Shoplicker.html | 2639148 - The Shoplicker |
| pornve.com | Brazzers | https://pornve.com/kri4kq1qvfak/Cherie_Deville_-_ZZ_Erection_2016_-_Part_1.html | 9702 - ZZ Erection 2016: Part 1 |
| pornve.com | Brazzers | https://pornve.com/kriaiw6m9djk/Brazzers_The_Model_Stepmom_Brazzers_Milfs_Like_It_Big_Justin_Hunt_Kaylani_Lei_Brunette_Blowjo.html | 2842903 - The Model Stepmom |
| pornve.com | Brazzers | https://pornve.com/krihlp4ec0qt/Breanne_Benson_-_Securi-Tits.html | 5320 - Securi-Tits |
| pornve.com | Brazzers | https://pornve.com/krioibqr4xkf/Tru_Kait_-_Tru_Kait_Is_A_True_Tease_-_Day_With_A_Pornstar_-_Brazzers.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/krjmuv25hwof/In-Tit-Pendence_Day.html | 6563 - In-Tit-Pendence Day |
| pornve.com | Brazzers | https://pornve.com/krmuy3nalypr/Nadia_Styles_-_Happy_Valentines_Day_Boss.html | 8726 - Happy Valentine's Day  Boss |
| pornve.com | Brazzers | https://pornve.com/krmv54oicvtb/Donna_Bell_-_Ride_The_Bride.html | 7772 - Ride the Bride |
| pornve.com | Brazzers | https://pornve.com/krobhsufqvte/Die_Hardcore_3_Mia_Malkova.html | 11103 - Die Hardcore: Part 3 |
| pornve.com | Brazzers | https://pornve.com/krrsatdl31v2/Ashly_Anderson_Robby_Echo_Looking_For_Guidance.html | 2417736 - Looking For Guidance |
| pornve.com | Brazzers | https://pornve.com/krtp487w4733/Kitchen_Fuck_With_Yola_Yola_Flimes.html | 4086903 - Gia And Scarlit Share A Guy |
| pornve.com | Brazzers | https://pornve.com/krvpu42kkqoa/Rich_Fucks_Part_3_Brazzers_2018__Bridgette_B_Isiah_Maxwell_ZZ_Series.html | 2410661 - Rich Fucks: Part 3 |
| pornve.com | Brazzers | https://pornve.com/kryphrsdb99ft/Ashley_Adams_-_Mall_Cop_Cock.html | 2641586 - Mall Cop Cock |
| pornve.com | Brazzers | https://pornve.com/krzf2vhwbqfz/Ariana_Marie_-_Liar_Liar_Pants_On_Fire.html | 10085 - Liar Liar  Pants On Fire |
| pornve.com | Brazzers | https://pornve.com/ks5kry1dixb3/Haley_Cummings_-_Photo_Finish_On_Her_Face.html | 5522 - Photo Finish... On Her Face! |
| pornve.com | Reality Kings | https://pornve.com/ks6xtssi1ve1/Skyler_Nicole_And_Nicole_Bexley_Booty_Friends.html | 14102 - Booty Friends |
| pornve.com | Brazzers | https://pornve.com/ks8y3f9rrwbq/Akira_Lane__Lola_Foxx_-_Show_The_Doc_How_You_Suck_Cock.html | 8494 - Show The Doc How You Suck Cock |
| pornve.com | Brazzers | https://pornve.com/ks970wn13g8h/Allie_Haze_-_Allies_Personal_Workout.html | 8805 - Allie's Personal Workout |
| pornve.com | Reality Kings | https://pornve.com/ksevgikcsnrf/RKPrime_Monique_Alexander_Katya_Rodriguez_Honey_Are_You_There_-_12_01_2017.html | 15215 - Honey Are You There |
| pornve.com | Brazzers | https://pornve.com/ksguu2bkq24q/Brazzers_-_Cougar-in-Law.html | 10572 - Cougar-In-Law |
| pornve.com | Brazzers | https://pornve.com/ksif17smitb7/Britney_Amber_-_Titty_Film_School.html | 9327 - Titty Film School |
| pornve.com | Reality Kings | https://pornve.com/ksknf8mip4nv/LilHumpers_1_S5_Alura_Jenson_The_Naughtiest_Lil_Elf.html | Lil Humpers |
| pornve.com | Brazzers | https://pornve.com/ksldkjsg78l5/Eva_Karera_-_ZZ_Erection_2016_-_Part_3.html | 9798 - ZZ Erection 2016: Part 3 |
| pornve.com | Brazzers | https://pornve.com/ksod2f9yiut9/New_HD_Alena_Croft_Anal.html | 10106 - Honey Nut Booty-O's |
| pornve.com | Brazzers | https://pornve.com/ksoz29yrwa35/2_Hens_And_A_Cock_Holly_Halston_Lezley_Zen.html | 5651 - 2 Hens and a Cock |
| pornve.com | Brazzers | https://pornve.com/ksr78aykw7ba/bex_20_04_27_vina_sky_the_gape_that_keeps_on_giving.html | 3959963 - The Gape That Keeps On Giving |
| pornve.com | Brazzers | https://pornve.com/ksskk2x6vhwc/Kinsley_Karter__Nicolette_Shea_-_Put_Your_Body_Into_It.html | 3648035 - Put Your Body Into It |
| pornve.com | Reality Kings | https://pornve.com/kt0x1sf9cvjt/Titty_Teasers_Riley_Evans_Velicity_Von.html | CFNM Secret Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/kt1ptwqjh539/Erotic_Massage_Adriana_Chechik_Anal.html | 10599 - Give The Gift Of Dick |
| pornve.com | Brazzers | https://pornve.com/ktbsht7u6vz8/Kacey_Jordan_Gang_And_Bang_Jordi_T_Babe.html | 10129 - Pornstar GO XXX Parody |
| pornve.com | Brazzers | https://pornve.com/ktcrdw2cspji/Brand_New_Alexa_Tomas_Ella_Hughes_And_Patty_Mchova_Pokemon_Go_Parody.html | 10129 - Pornstar GO XXX Parody |
| pornve.com | Reality Kings | https://pornve.com/ktgk2lkgn8ny/Autumn_Falls_Van_Wylde_-_Taking_A_Swing_At_It_-_Teens_Love_Huge_Cocks_-_Reality_Kings.html | 3222185 - Taking A Swing At It |
| pornve.com | Brazzers | https://pornve.com/ktjalac3b9w9/_Brazzers_-_Film_Class_Coochie_.html | 9604 - Film Class Coochie |
| pornve.com | Brazzers | https://pornve.com/ktpfyfm63a26/Charisma_Cappelli_-_Hockey_Playoffs.html | 4744 - Hockey Playoffs |
| pornve.com | Brazzers | https://pornve.com/ktsbsxno6x4zr/Alina_Li_-_Keep_Your_Head_Down_While_Giving_Head.html | 8043 - Keep Your Head Down While Giving Head |
| pornve.com | Brazzers | https://pornve.com/ktwhv4mvx9q/Cara_Saint-Germain_-_For_The_Players.html | 8837 - For the Players |
| pornve.com | Brazzers | https://pornve.com/ktxybrvo9buu/big_tits_brunette_milf_latina_mature_public_babe_tits_striptease_tags_ass_fox_and_friends_2254_42_plays_published_on_16_minutes_ago_category_ass.html | 8516 - Big News On The Boob Tube |
| pornve.com | Brazzers | https://pornve.com/ktz8m7ausrmk/Stephanie_West_-_The_Welcum_Tour.html | 3124474 - The Welcum Tour |
| pornve.com | Brazzers | https://pornve.com/ku91y90j7gg8/Nicole_Aniston_-_Career_Day_Lay.html | 5790 - Career Day Lay |
| pornve.com | Brazzers | https://pornve.com/kuiytl1jcpas/Samantha_Bentley_-_British_Pornstar_Loves_Big_Dick_Anal.html | 8696 - British Pornstar Loves Big Dick Anal |
| pornve.com | Brazzers | https://pornve.com/kukuuejw4q52/Brooke_Tyler_-_Hung_Like_A_Stud.html | 6415 - Hung Like a Stud |
| pornve.com | Brazzers | https://pornve.com/kun3lwr4s3bs/Alektra_Blue__Madison_Ivy_-_Cant_Beat_Angry_Sex.html | 7336 - Can't Beat Angry Sex |
| pornve.com | Brazzers | https://pornve.com/kuuapre10151/Mulani_Rivera_-_Dancing_Boobs.html | 4260 - Dancing Boobs |
| pornve.com | Brazzers | https://pornve.com/kv17ppdsumpu/Adriana_Chechik_-_Fucking_Fired.html | Big Tits At Work Vol. 8 |
| pornve.com | Brazzers | https://pornve.com/kv96s7rov916/Nightmare_Before_XXX-Mas.html | 6147 - Nightmare Before XXX-Mas |
| pornve.com | Brazzers | https://pornve.com/kvdenzuohl39/Evelyn_Claire_Keiran_Lee_-_Cock_For_Arts_Sake_-_Teens_Like_It_Big_-_Brazzers.html | 3456821 - Cock For Art's Sake |
| pornve.com | Brazzers | https://pornve.com/kvf2pr0uwvuw/Reverse_Psychology_Brazzers.html | 10328 - Reverse Psychology |
| pornve.com | Brazzers | https://pornve.com/kvfab8o640g0/Lexi_Luna_Johnny_Sins_-_Lexi_Gets_Drenched_-_Brazzers_Exxtra_-_Brazzers.html | 3043525 - Lexi Gets Drenched |
| pornve.com | Brazzers | https://pornve.com/kvgmf1joogp6/Anissa_Kate__Bibi_Noel_-_Double_D-tention.html | 8352 - Double D-tention |
| pornve.com | Brazzers | https://pornve.com/kvj5rkw54lq6/Jasmine_Jae_His_Best_Friends_Bedding.html | 4417790 - His Best Friend's Bedding |
| pornve.com | Brazzers | https://pornve.com/kvpuqu5o40t5/August_Ames_-_Trophy_Wife_Teases_The_Pool_Boy.html | 8982 - Trophy Wife Teases The Pool Boy |
| pornve.com | Brazzers | https://pornve.com/kvpzv1oztuxi/Nikki_Benz_Lawyer_-_Best_Scene.html | 9225 - ZZ Courthouse: Part Two |
| pornve.com | Brazzers | https://pornve.com/kvrzbvfu2oa7/Brandi_Love_-_Crossing_The_Panty_Line.html | 11089 - Crossing the Panty Line |
| pornve.com | Brazzers | https://pornve.com/kvs0dlws91sh/Kenzie_Taylor_Xander_Corvus_-_Ass_In_Heat_2_-_Big_Butts_Like_It_Big_-_Brazzers.html | 3364027 - Ass In Heat 2 |
| pornve.com | Brazzers | https://pornve.com/kvs9xyh7yoj2/Alexis_Texas_-_Anal_Love.html | 6000 - Anal Love |
| pornve.com | Brazzers | https://pornve.com/kvsekiooejkt/Angelica_Taylor__Summer_Brielle_-_Working_Out_The_Wives.html | 9372 - Working Out The Wives |

| pornve.com | Brazzers | https://pornve.com/kvvrkifpcdii/Madison_Ivy_-_Fuck_Star.html | 4699 - Madison Ivy: Fuck Star |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/kvzq1c9bcajc/Miss_Raquel_Bella_Rose_What_the_Client_Wants_the_Client_Gets_2.html | 10551 - What the Client Wants the Client Gets 2 |
| pornve.com | Reality Kings | https://pornve.com/kw8eqqm7l67n/Shae_Summers_Pussy_Power_2015_HD_1080p.html | 11833 - Pussy Power |
| pornve.com | Brazzers | https://pornve.com/kw9f65c03no/Diamond_Jackson_-_Give_Me_Your_Breast_Offer.html | 7459 - Give Me Your Breast Offer |
| pornve.com | Brazzers | https://pornve.com/kwfw8kwojhsx/Queen_Of_Thrones_-_Part_4.html | 10537 - Queen Of Thrones: Part 4 |
| pornve.com | Brazzers | https://pornve.com/kwgh9vhx9dui/Nina_Elle_That_Glistening_Ass.html | 3609555 - That Glistening Ass |
| pornve.com | Brazzers | https://pornve.com/kwmu72rmwfnt/Jewelz_Blu_Luke_Ryder_-_Jewelz_Has_Cock_For_Breakfast_-_Day_With_A_Pornstar_-_Brazzers.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/kwo92mrv4bqo/Jewelz_Blu_Small_Hands_-_Dripping_In_Jewelz_-_Brazzers_Exxtra_-_Brazzers.html | 3876125 - Dripping In Jewelz |
| pornve.com | Brazzers | https://pornve.com/kwr6lff22ori/Barbi_Sinclair_-_Dance_Dance_Fornication.html | 5676 - Dance Dance Fornication |
| pornve.com | Brazzers | https://pornve.com/kws4befg60ez/Tina_Kay_-_Blow_Team_Blow.html | 11045 - Blow Team Blow! |
| pornve.com | Brazzers | https://pornve.com/kwsxw8f4hg0k/Kyra_Hot_-_All_About_The_Tits.html | 7937 - All About The Tits |
| pornve.com | Brazzers | https://pornve.com/kwtuswxou7wl/Gianna_Dior_-_Whoring_Out_The_Red_Carpet.html | 3166798 - Whoring Out The Red Carpet |
| pornve.com | Reality Kings | https://pornve.com/kww368h6iz00/DAREDORM_75_Tape_Party_1of2.html | Dare Dorm #15 |
| pornve.com | Brazzers | https://pornve.com/kww7es4xf312/Casey_Calvert_Nicolette_Shea_-_Tasting_The_Trophy_Wife.html | 10684 - Tasting The Trophy Wife |
| pornve.com | Brazzers | https://pornve.com/kx2pg2qxa86t/Aleksa_Nicole_Brooklyn_Lee_-_Key_Party.html | 6287 - Key Party |
| pornve.com | Brazzers | https://pornve.com/kx2pts7ipgec/BigTitsAtSchool_-_Ella_Knox_My_Professor_Thinks_Im_Perfect.html | 11207 - My Professor Thinks I'm Perfect |
| pornve.com | Brazzers | https://pornve.com/kx3pkj7hi8pa/Katana_Kombat_is_a_Bathing_Beauty.html | 3359607 - Bathing Beauty |
| pornve.com | Brazzers | https://pornve.com/kx8awv9t6kya/Anal_Chris_Diamond_And_Victoria_Summers_Coffee_Shop_Girl_Takes_Monster_White_Cock.html | 9158 - Ass-isting the Barista |
| pornve.com | Brazzers | https://pornve.com/kxaw1nqzdvay/Jenna_Ivory_Layla_Price_-_A_First_Time_For_Everything.html | 8669 - A First Time For Everything |
| pornve.com | Brazzers | https://pornve.com/kxe18ps40ns8/Cherie_Deville_Spring_Cumming.html | 3425281 - Spring Cumming |
| pornve.com | Brazzers | https://pornve.com/kxe85jukovec/BrazzersExxtra_-_Adriana_Chechik_That_Warm_And_Fuzzy_Feeling.html | 2475292 - That Warm And Fuzzy Feeling |
| pornve.com | Reality Kings | https://pornve.com/kxeu63do3jos/RexPorn_Com_Alexis_Fawx.html | 14270 - Tempting Crystal |
| pornve.com | Brazzers | https://pornve.com/kxq0azp6jbt8/Katie_Monroe_Alex_Legend_-_Read_My_Lips_-_Milfs_Like_It_Big_-_Brazzers_1080p.html | 3878690 - Read My Lips |
| pornve.com | Brazzers | https://pornve.com/ky8w2w6595hl/Veronica_Avluv_-_I_Can_Squirt.html | 6695 - I Can Squirt? |
| pornve.com | Brazzers | https://pornve.com/kydk7m9o1yf1/Cory_Chase_Lexi_Luna_-_Go_HAM_Or_Go_Home.html | 2412211 - Go HAM Or Go Home |
| pornve.com | Brazzers | https://pornve.com/kyg2a43vseox/Bonnie_Rotten_Danny_D_-_We_Need_Cum_Stat_-_Doctor_Adventures_-_Brazzers.html | 2945964 - We Need Cum Stat! |
| pornve.com | Brazzers | https://pornve.com/kygkvavz8c1n/Marilyn_Scott_-_Rocked_By_Homeless_Cock.html | 4485 - Rocked By Homeless Cock |
| pornve.com | Brazzers | https://pornve.com/kyhj80afoqzj/Asa_Akira_-_Dickorette.html | 5915 - Dickorette |
| pornve.com | Brazzers | https://pornve.com/kyk5xg68h95p/Isis_Love_-_The_Marriage_Counselor.html | 9581 - The Marriage Counselor |
| pornve.com | Brazzers | https://pornve.com/kyl7pq5j4w5y/Jasmine_Jae_-_Scaring_The_Pants_Off_Him.html | 7693 - Scaring the Pants Off Him |
| pornve.com | Reality Kings | https://pornve.com/kyu2wxwekzwf/Chanel_Skye_Charles_Dera_-_Feeling_Frisky_-_Round_And_Brown_-_Reality_Kings.html | 2991670 - Feeling Frisky |
| pornve.com | Brazzers | https://pornve.com/kyyi6c3y880y/London_Keyes_-_School_Edi-Whore.html | 4726 - School Edi-Whore |
| pornve.com | Brazzers | https://pornve.com/kz2wo8kfhx8t/Kiki_Minaj_-_Latexxx.html | 2349834 - Latexxx |
| pornve.com | Brazzers | https://pornve.com/kz4pmtou0x2w/Devon_-_Til_Dick_Do_Us_Part_-_3.html | 6663 - 'Til Dick do us Part Episode 3 |
| pornve.com | Brazzers | https://pornve.com/kz6jhpringjm/Julia_Ann_-_The_Brazzers_Zone.html | 7816 - The Brazzers Zone |
| pornve.com | Brazzers | https://pornve.com/kz73ihppbvl/Tessa_Taylor_-_I_D_Whore.html | 5195 - I.D. Whore |
| pornve.com | Brazzers | https://pornve.com/kz8eextve1s7/Interracial_Jayden_Jaymes_Hot_Anal_DP_IR_Fantasy.html | 7401 - Jayden Jaymes' Fantasy |
| pornve.com | Brazzers | https://pornve.com/kzl4sc75eoli/Jayden_Jaymes_Oiled_Massage_And_Facial.html | 6545 - Amicable Payment |
| pornve.com | Brazzers | https://pornve.com/kzl6g5ksstte/Trina_Michaels_-_Studio_69.html | 5808 - Studio 69 |
| pornve.com | Reality Kings | https://pornve.com/kzmm1nh9ohrh/MikesApartment_17_04_12_Stacy_Snake_In_The_Ass_XXX_-KTR.html | 1743989 - in_the_ass |
| pornve.com | Brazzers | https://pornve.com/kzmnhk0mh81/Kelly_Summer_-_Freshly_Squeezed_Boobs.html | 8877 - Freshly Squeezed Boobs |
| pornve.com | Reality Kings | https://pornve.com/kzratdy0uvu8/Ashley_Adams_Ashleys_Boobs.html | 14555 - Ashleys Boobs |
| pornve.com | Brazzers | https://pornve.com/kzubtg2nsbff/Jayden_Starr_Ricky_Spanish_-_Surprise_Bathtub_Banging_-_Brazzers_Exxtra_-_Brazzers.html | 3924175 - Surprise Bathtub Banging |
| pornve.com | Brazzers | https://pornve.com/kzwice5kh3ab/MommyGotBoobs_Kendra_Lust_Giving_Stepmom_What_She_Wants.html | 3314242 - Giving Stepmom What She Wants |
| pornve.com | Brazzers | https://pornve.com/kzx0m3x5mpk5/The_Voyeur_Next_Door_-_Part_1.html | 3722149 - The Voyeur Next Door: Part 1 |
| pornve.com | Brazzers | https://pornve.com/kzxyr9pm9ito/Lust_Bite_-_Episode_1.html | 5132 - Ep-1: An Inconvenient Truce |
| pornve.com | Brazzers | https://pornve.com/l02n0qkgtjj2/Whitney_Wright_Markus_Dupree_-_Booty_On_Drip_-_Big_Wet_Butts_-_Brazzers.html | 3226131 - Booty On Drip |
| pornve.com | Brazzers | https://pornve.com/l04roj8h3vw3/All_Good_New_Kristina_Rose_Anal.html | 9803 - Ram That Rose |
| pornve.com | Brazzers | https://pornve.com/l04y80dl4wsj/blonde_blowjob_big_tits_big_dick_boobs_babe_work_skirt_mslove_shaw_3122_42_plays_published_on_50_minutes_ago_category_ass_deep_throat_pornstar_nicole_aniston_tags_hot_idk_tag_this_video.html | 9385 - A Union Nutbuster |
| pornve.com | Brazzers | https://pornve.com/l05b1jnm471p/Cherie_Deville_Ryder_Skye_Justin_Hunt_Cumming_At_Customs.html | 2413504 - Cumming At Customs |
| pornve.com | Brazzers | https://pornve.com/l09rj0u24o05/Katana_Kombat_Ricky_Spanish_-_The_Nerd_Nails_the_Girl_-_Big_Tits_At_School_-_Brazzers.html | 3115032 - The Nerd Nails the Girl |
| pornve.com | Reality Kings | https://pornve.com/l0cs8v77rx2u/Candace_Cage_Voodoo_-_Naughty_Nympho_-_Pure_18.html | 8596 - Naughty Nympho |
| pornve.com | Brazzers | https://pornve.com/l0f6xdp98pcb/Chanel_Preston_Lexi_Swallow_-_Fuck_Work_Ethic.html | 6331 - Fuck Work Ethic |
| pornve.com | Brazzers | https://pornve.com/l0g8f3bekh4/Nikki_Benz_-_In_Miami.html | 4957 - In Miami |
| pornve.com | Brazzers | https://pornve.com/l0iou45a8qqw/Sienna_West_-_The_Voyeur.html | Mommy Got Boobs |
| pornve.com | Brazzers | https://pornve.com/l0nwc0ihlwow/Peta_Jensen_-_Petas_Pool_Time.html | 9192 - Peta's Pool Time |
| pornve.com | Brazzers | https://pornve.com/l0oc6swtoma2/Rachel_Milan_-_Big_Sausage.html | Teens Like It Big Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/l0oeip3qr53e/BrazzersExxtra_-_Lauren_Phillips_Cabin_Fever.html | 2578366 - Cabin Fever |
| pornve.com | Brazzers | https://pornve.com/l0ozplh0wnp6/Tristyn_Kennedy_-_Emo_Sexting.html | 5157 - Emo Sexting |

| pornve.com | Brazzers | https://pornve.com/l0qdn8y5il0w/Shay_Sights_-_A_Good_Morning_Cock.html | 5275 - A Good Morning Cock |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/l0qo1cpq434k/Cherokee_-_Beach_Bum.html | 3963 - Beach Bum |
| pornve.com | Brazzers | https://pornve.com/l0ujxbyxnyej/Kimberly_Kendall_-_Cockaphrenia.html | 8243 - Cockaphrenia |
| pornve.com | Brazzers | https://pornve.com/l0yhlcex27w4/Lucky_Guy_fuck_two_milf_ebony.html | 10663 - Sibling Rivalry 3 |
| pornve.com | Reality Kings | https://pornve.com/l0zf4m4om035/Brandi_Loves_Fuck_In_Garden_Published_On_57_Minutes_Ago.html | 15067 - Peeking At Brandi |
| pornve.com | Brazzers | https://pornve.com/l10fhhi3pkz76/Brandi_Edwards_-_You_Drive_A_Hard_Boner_Bargain.html | 5180 - You Drive A Hard Boner Bargain |
| pornve.com | Brazzers | https://pornve.com/l10ns2uei1pt/Lena_Paul_Keiran_Lee_-_Ass_In_A_Hammock_-_Big_Wet_Butts_-_Brazzers.html | 3456485 - Ass In A Hammock |
| pornve.com | Brazzers | https://pornve.com/l12acvzzuot1/Katrina_Jade_-_Drive_Me_Wild.html | 3114987 - Drive Me Wild |
| pornve.com | Brazzers | https://pornve.com/l1brw8v3jxl3/Britney_Shannon_-_Shes_Ready_To_Cock_And_Roll.html | 7712 - She's Ready to Cock and Roll |
| pornve.com | Reality Kings | https://pornve.com/l1fzrc272apx/RKPrime_RealityKings_Mia_Malkova_-_Not_today_jerk.html | 14714 - Not Today Jerk |
| pornve.com | Reality Kings | https://pornve.com/l1hksjgr0i9b/Moms_Bang_Teens_Avalon_Heart_and_Cory_Chase_Virtual_Step_Mother.html | 14781 - Virtual Step Mother |
| pornve.com | Reality Kings | https://pornve.com/l1hx0duhrka2/Ryan_Reid_-_RK_At_Home_Fuck_Me_Forgive_Me_-_RK_Prime_-_Reality_Kings.html | RK at Home |
| pornve.com | Brazzers | https://pornve.com/l1joqkqv5lyu/Mckenzie_Lee_Sex_Yoga.html | 10022 - Yoga Freaks: Episode Five |
| pornve.com | Brazzers | https://pornve.com/l1kmmyzxda7n/Aidra_Fox_-_Unexpected_Dinner_Guest.html | 9624 - Unexpected Dinner Guest |
| pornve.com | Reality Kings | https://pornve.com/l1ntcfr1m78t/Carmen_Caliente_-_Teens_Love_Huge_Cocks_7_2015.html | 12797 - Carmen Loves Cock |
| pornve.com | Reality Kings | https://pornve.com/l1qodyldgq3j/MilfHunter_16_01_25_Amber_Chase_Well_Versed.html | 14355 - Well Versed |
| pornve.com | Brazzers | https://pornve.com/l1qrwzlkqf81/Tory_Lane_-_Doing_It_The_Hard_Way.html | Big Tits In Uniform 5 |
| pornve.com | Brazzers | https://pornve.com/l1r9o2tboq35/Sofia_Lee_Danny_D_-_Stroking_The_Guards_Post_-_Brazzers_Exxtra_-_Brazzers.html | 3722268 - Stroking The Guard's Post |
| pornve.com | Brazzers | https://pornve.com/l20h1z8x7vbm/Alessandra_Jane_-_Fucking_The_Busker.html | 10851 - Fucking The Busker |
| pornve.com | Brazzers | https://pornve.com/l22rxs9aoqyb/Asa_Akira_-_Zoe_Voss_-_Lick_My_Asa.html | 5801 - Lick my Asa |
| pornve.com | Brazzers | https://pornve.com/l26jfeezgwu9/Sofi_Ryan_-_Horny_In_Home_Ec.html | 10852 - Horny In Home Ec |
| pornve.com | Brazzers | https://pornve.com/l2apyb24mgum/Alura_TNT_Jenson_-_Sneaky_MILF_Sucks_In_The_Theater.html | 8604 - Sneaky MILF Sucks In The Theater |
| pornve.com | Brazzers | https://pornve.com/l2c9c7a7ss12/ZZ_Series_Brazzers_House_Episode_1.html | 8702 - Brazzers House Episode One |
| pornve.com | Brazzers | https://pornve.com/l2m689ozqldv/Brazzers_-_Peta_Jensen_One_Wet_Cheerleader.html | 9381 - One Wet Cheerleader |
| pornve.com | Reality Kings | https://pornve.com/l2nq6ks2izqh/DAREDORM_65_Flamingo_1of2.html | Dare Dorm #15 |
| pornve.com | Brazzers | https://pornve.com/l2q57jbfb3r9/Megan_Salinas_-_Slutty_Sorority_Contest.html | 7587 - Slutty Sorority Contest |
| pornve.com | Brazzers | https://pornve.com/l2s0oh31sz22/tlib_20_06_13_kennedy_leigh_21_hump_street_remastered.html | 7081 - 21 Hump Street |
| pornve.com | Brazzers | https://pornve.com/l2yym8e94g2p/RealWifeStories_Kendra_Lust_Peta_Jensen_My_Two_Wives.html | 8758 - My Two Wives |
| pornve.com | Brazzers | https://pornve.com/l33hu4ac7xss/ZZSeries_Ava_Addams_Phoenix_Marie_Romi_Rain_Tory_Lane_Brazzers_House_Sex_Challenge_480p.html | 9076 - Brazzers House Sex Challenge |
| pornve.com | Brazzers | https://pornve.com/l368x37ebmnn/Sommer_Isabella_Mick_Blue_-_Top_Heavy_-_Baby_Got_Boobs_-_Brazzers.html | 3878661 - Top Heavy |
| pornve.com | Brazzers | https://pornve.com/l39h3qizxr9v/Luna_Lain_Raven_Hart_Good_Taste.html | 11149 - Good Taste |
| pornve.com | Brazzers | https://pornve.com/l3ca49nj3mmb/Tegan_James_-_Stranded_Stepmom.html | 10498 - Stranded Stepmom |
| pornve.com | Brazzers | https://pornve.com/l3dgz2u71ft5/vsennaya_medsestra_zhasmin_dzheyms_okazalas_shlyuhoy.html | 6537 - War Whore |
| pornve.com | Reality Kings | https://pornve.com/l3hogo20jib7/Keiyra_Lina_-_Bust_Lust.html | 1085 - Bust Lust |
| pornve.com | Brazzers | https://pornve.com/l3peecj1duop/Karma_Rx_-_Day_With_A_Pornstar.html | 3723119 - Day With A Pornstar: Karma Rx |
| pornve.com | Brazzers | https://pornve.com/l3r9mc5bpy9z/BEST_NEW_Ryan_Smiles_-_720p.html | 9638 - The Replacement |
| pornve.com | Brazzers | https://pornve.com/l3zspgvcjnqa/Enojy_The_Scene_This_Good_Video_Eenjoy_Tha_Black_Ally_LSM_28_Most_Played_Porn_Video_Of_Today_188_Most_Played_Porn_Video_Of_Week.html | 10330 - The Scoundrel Ruins A Sleepover |
| pornve.com | Brazzers | https://pornve.com/l429zv2u58oi/Diamond_Kitty_-_Cinco_De_Mayo.html | 4788 - Cinco de Mayo |
| pornve.com | Brazzers | https://pornve.com/l484pmt2fen/Bridgette_B_-_Locker_Room_Romp.html | 5273 - Locker Room Romp |
| pornve.com | Brazzers | https://pornve.com/l4or5uo66c8r/Anna_De_Ville_-_Pedal_To_The_Anal.html | 9614 - Pedal To The Anal |
| pornve.com | Brazzers | https://pornve.com/l4p40u32zs2l/Fishnet_Worth_Eliza_Allure.html | 4419325 - Fishnet Worth |
| pornve.com | Brazzers | https://pornve.com/l4swwg6asxtr/Nikki_Delano_Robby_Echo_-_Her_Ass_Is_Straight_Fire_-_Big_Wet_Butts_-_Brazzers_1080p.html | 3433511 - Her Ass Is Straight Fire! |
| pornve.com | Brazzers | https://pornve.com/l4yul8mq5xyr/Aubree_Valentine_-_Aubrees_On_The_List.html | 4074473 - Aubree's On The List |
| pornve.com | Brazzers | https://pornve.com/l54vrfmdht8b/Isis_Love_-_Sexing_With_His_Hands.html | 7418 - Sexing With His Hands |
| pornve.com | Brazzers | https://pornve.com/l55sdaqc8bx9/Mia_Marx_ZZ_Spring_Break_Part_Two.html | 9593 - ZZ Spring Break: Part Two |
| pornve.com | Reality Kings | https://pornve.com/l5aeteedgpp9/professor_cougar_pounces_on_a_young_dick.html | 1944907 - Motorboating My Professor |
| pornve.com | Brazzers | https://pornve.com/l5dfzbotx4dc/Monique_Alexander_-_Day_With_A_Pornstar.html | 9336 - Day With A Pornstar: Monique |
| pornve.com | Brazzers | https://pornve.com/l5e0ko0tn9jr/Julia_Ann_-_Mom_Blows_the_Job.html | 7441 - Mom Blows the Job |
| pornve.com | Brazzers | https://pornve.com/l5hotueh615d/Nurse_Riley_.html | 9480 - Nurse Riley |
| pornve.com | Brazzers | https://pornve.com/l5n9pcqgl7h9/Casey_Calvert_-_Sharing_My_Stepsister.html | 9569 - Sharing My Stepsister |
| pornve.com | Brazzers | https://pornve.com/l5sy29tphncb/Jolee_Love_-_Anal_Day_With_Jolee.html | 3291087 - Anal Day With Jolee |
| pornve.com | Brazzers | https://pornve.com/l5twlossqhnc/Sibling_Rivalry_1_40April_Brookes_Kendall_Kayden_Van_Wylde41.html | 9226 - Sibling Rivalry |
| pornve.com | Brazzers | https://pornve.com/l5xqsymmpq79/Cassidy_Banks_Michael_Vegas_-_Phone_Bone_-_Brazzers_Exxtra_-_Brazzers.html | 3279833 - Phone Bone |
| pornve.com | Brazzers | https://pornve.com/l60zyusknk2b/Brazzers_Live_36_Lisa_Ann_Phoenix_Marie_MILF_Mania_HDF.html | 9664 - BRAZZERS LIVE 36: MILFMANIA 2 |
| pornve.com | Brazzers | https://pornve.com/l65oy2vu8nfx/Carmen_Valentina_-_If_The_Bra_Fits_Fuck_It.html | 10111 - If The Bra Fits Fuck It! |
| pornve.com | Brazzers | https://pornve.com/l69ub9j2516r/Teens_Like_It_Big_Anal_Probe_Experiments_Britain_-_Anna_de_Ville_Danny_D.html | 2635568 - Anal Probe Experiments: Britain |
| pornve.com | Brazzers | https://pornve.com/l6aqf7emqi3u/Keira_Knight_-_Silence_Of_The_Clams.html | 6316 - Silence Of The Clams |
| pornve.com | Brazzers | https://pornve.com/l6bwg3bhgery/Shyla_Stylez_-_I_Deserve_Whats_Mine.html | 7975 - I Deserve What's Mine! |
| pornve.com | Reality Kings | https://pornve.com/l6gjazkj16hi/RealityKings_Daisy_Stone_Fucking_The_Cable_Guy_SneakySex_openload.html | 1823371 - Fucking The Cable Guy |
| pornve.com | Reality Kings | https://pornve.com/l6gv8kaqhtby/8thStreetLatinas_16_01_01_Bella_Reese_Bellas_Booty.html | 14239 - Bellas Booty |
| pornve.com | Brazzers | https://pornve.com/l6llkyghz7p5/Melissa_Moore_-_Big_Dick_In_A_Little_Box.html | 9260 - Big Dick in a Little Box |
| pornve.com | Brazzers | https://pornve.com/l6pk5269yb96/Breanne_Benson_Jenni_Lee_-_Horny_Hosts_Of_Heaven.html | 7127 - Horny Hosts of Heaven |

| pornve.com | Brazzers | https://pornve.com/l6shv2p83e5e/Brazzers_Ghostbusters_XXX_Parody_Part_1_watch_online_for_free_YesPornPlease.html | 9791 - Ghostbusters XXX Parody: Part 1 |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/l6wvfltavzyw/Christie_Stevens_-_Huge_Helping_Of_Sausage.html | 7690 - Huge Helping of Sausage |
| pornve.com | Brazzers | https://pornve.com/l70um891c8k/Abigail_Mac_Jessa_Rhodes_-_The_Ballad_Of_Johnny_Nathan_-_Part_1.html | 9550 - The Ballad of Johnny Nathan Part 1 |
| pornve.com | Brazzers | https://pornve.com/l71jlhx8kgwi/Rebecca_More_-_Sperm_Bank_Deposit | 9023 - Sperm Bank Deposit |
| pornve.com | Brazzers | https://pornve.com/l77gnh2x0m2c/my_horny_stepsons.html | 9298 - My Horny Stepsons |
| pornve.com | Brazzers | https://pornve.com/l77sd8hzlwa1/Brazzers_House_2_-_Episode_3.html | 10797 - Brazzers House 2: Day 3 |
| pornve.com | Reality Kings | https://pornve.com/l7ad3nsh0zf1/GFRevenge_15_11_02_Pussy_Picnic.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/l7byz3nt51aj/Brazzers_Live_-_30.html | 9737 - BRAZZERS LIVE 30: MILFTALK |
| pornve.com | Brazzers | https://pornve.com/l7fhpuls3akh/Nina_Elle_-_All_Roads_Lead_To_Sex_-_Part_2.html | 8342 - All Roads Lead to Sex: Part Two |
| pornve.com | Brazzers | https://pornve.com/l7fr6o1sglts/Misty_Stone_-_Making_A_Good_First_Impression.html | 2635459 - Making A Good First Impression |
| pornve.com | Brazzers | https://pornve.com/l7gteuat0i5w/Capri_Cavanni_Real_Wife_Stories_Threesome_Interracial.html | 8673 - Your Wife's A Slut |
| pornve.com | Reality Kings | https://pornve.com/l7l8guhfxm4y/RealityKings_French_Lessons_watch_online_for_free.html | 3424596 - French Lessons |
| pornve.com | Brazzers | https://pornve.com/l7mkrkzhu0if/Janice_Griffith_-_Shes_Changed.html | 3428279 - She's Changed! |
| pornve.com | Brazzers | https://pornve.com/l7vyaujx7i34/A_Big_Tit_Whorror_Flick.html | 4258 - Nightsuckers |
| pornve.com | Brazzers | https://pornve.com/l8991tfrtqtj/Alessandra_Jane_-_Well_Do_That_For_You.html | 3796228 - We'll Do That For You |
| pornve.com | Brazzers | https://pornve.com/l89i75z66st0/Asa_Akira_-_The_Butler_Serves_Anal.html | 6914 - The Butler Serves Anal |
| pornve.com | Brazzers | https://pornve.com/l8f0ujjsnkj0/Mea_Melone_-_Lost_In_Brazzers_Episode_4.html | 9521 - Lost In Brazzers Episode 4 |
| pornve.com | Brazzers | https://pornve.com/l8f8gubwxujl/Krissy_Lynn_-_Cathartic_Coitus.html | 4725 - Cathartic Coitus |
| pornve.com | Brazzers | https://pornve.com/l8gj8im38qcn/Luna_Star_Manuel_Ferrara_Day_With_A_Star_Luna_Star_Day_With_A_Pornstar_Brazzers.html | 3775560 - Day With A Porn Star: Luna Star |
| pornve.com | Brazzers | https://pornve.com/l8r9hw3ev028/Stay_Away_From_My_Daughter_Ava_Addams.html | 10208 - Stay Away From My Daughter |
| pornve.com | Brazzers | https://pornve.com/l8rj9zik07gq/Eden_Adams_-_Reconstructed_Cock.html | 6405 - Reconstructed Cock |
| pornve.com | Brazzers | https://pornve.com/l8rs3xh75rea/Brooklyn_Chase_Ricky_Johnson_-_Walk_All_Over_Me_-_Dirty_Masseur_-_Brazzers.html | 3773950 - Walk All Over Me |
| pornve.com | Brazzers | https://pornve.com/l8sozr609ebn/Bridgette_B_Angela_White_and_Ava_Addams_-_MILFS_Are_Exercising_Morning_Jog.html | 10291 - Chasing That Big D |
| pornve.com | Brazzers | https://pornve.com/l8tcwbjke36h/Jane_Wilde_-_Dont_Be_A_Doormat.html | 2892897 - Don't Be A Doormat |
| pornve.com | Brazzers | https://pornve.com/l8v9az6iqcb7/Abella_Danger_-_A_Love_Hate_Fuck_Relationship.html | 8744 - A Love Hate Fuck Relationship |
| pornve.com | Brazzers | https://pornve.com/l8vsoga7coqf/Tiffany_Mynx_-_Oiled_Cougar.html | 6154 - Oiled Cougar |
| pornve.com | Brazzers | https://pornve.com/l8zgka6oz70h/BrazzersExxtra_Peta_Jensen_Yoga_For_Perverts.html | 9347 - Yoga For Perverts |
| pornve.com | Brazzers | https://pornve.com/l94bm1j1qjui/Celine_Doll_Shalina_Devine_-_Stay_Behind_The_Camera.html | 8564 - Stay Behind The Camera |
| pornve.com | Brazzers | https://pornve.com/l9eg9cejos79/Brazzers_California_Dreamgirl_Cali_Carter_Sucks_every_last_Drop_of_Cum_out_of_Lucky_Mans_Cock.html | 3983219 - Going Down In A Blaze of Gloryholes |
| pornve.com | Brazzers | https://pornve.com/l9i2ik1f9mgf/Anastasia_Knight_-_My_Stepsister_Sucks.html | 3307774 - My Stepsister Sucks |
| pornve.com | Brazzers | https://pornve.com/l9i7aq3vuihu/Brazzers_-_Big_ass_brunette_Amirah_Adara_gets_ass_fucked_by_her_doctor_.html | 10394 - Amirah's Anal Orgasms |
| pornve.com | Brazzers | https://pornve.com/l9m1berhu8e8/Peta_Jensen_Phoenix_Marie.html | 9371 - World War XXX Part Six |
| pornve.com | Brazzers | https://pornve.com/l9taadkn1xr1/Sofi_Ryan_-_Late_Nut_Encounter.html | 3425419 - Late Nut Encounter |
| pornve.com | Brazzers | https://pornve.com/l9us3nw1evgn/Thats_My_Boyfriend_Bitch_Brazzers.html | 10453 - That's My Boyfriend Bitch |
| pornve.com | Brazzers | https://pornve.com/l9v3akk1tmzs/Jayden_Jaymes_-_Jaydens_Revenge_-_Brazzers.html | 8740 - Jayden's Revenge |
| pornve.com | Brazzers | https://pornve.com/l9vy1mzhdp89/Lesbian_Unmasking_The_Mistress_-_Kendra_Spade_Abigail_Mac.html | 3719963 - Unmasking The Mistress |
| pornve.com | Brazzers | https://pornve.com/la2vv9jj5l3k/All_Good_New_Ella_Hughes_Shona_River_Zoe_Doll_Jordi_El_Nino_Polla.html | 10071 - Let's Welcome The New Student |
| pornve.com | Brazzers | https://pornve.com/la456ob1c8fe/Luna_Star_-_Lunas_Oiled-Up_Exercises.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/la5sdr5joc3b/Amia_Miley_-_She_Lifts_Bro.html | 9812 - Ella Levanta Hermano |
| pornve.com | Brazzers | https://pornve.com/la5y4spuknb1/Sarah_Banks_-_Grateful_For_Cock.html | 2927869 - Grateful For Cock |
| pornve.com | Brazzers | https://pornve.com/la644ocxql66/busty_angela_white_anal.html | 10246 - Angela Loves Anal |
| pornve.com | Brazzers | https://pornve.com/la6n16honrwb/Dillion_Harper_-_Double_Cups_With_No_Make-Up.html | 10589 - Double Cups With No Make-Up |
| pornve.com | Brazzers | https://pornve.com/la782ucpt1/Ava_Addams_Justin_Hunt_-_Affirmation_To_Tit_Formation_-_Mommy_Got_Boobs_-_Brazzers.html | 3226133 - Affirmation to Tit Formation |
| pornve.com | Brazzers | https://pornve.com/la9v455a9hul/Far_West_Savannah_Stern_Gets_It_Good.html | 5220 - The Poon Saloon |
| pornve.com | Brazzers | https://pornve.com/laajff0l2d2h/Kristal_Summers_-_Malpractice_Slut.html | 5209 - Malpractice Slut |
| pornve.com | Brazzers | https://pornve.com/lafzzgx4dd2w/August_Taylor_Mia_Malkova_-_Dirty_Girls_Learn_Dirty_Words.html | 9320 - Dirty Girls Learn Dirty Words |
| pornve.com | Brazzers | https://pornve.com/lai886s1fmv6/Layton_Benton_Valentines_Day_Whorerror_Story.html | 3167005 - Valentine's Day Whorerror Story |
| pornve.com | Reality Kings | https://pornve.com/lamzcf0059ff/Danni_Rivers_Cocksicle_Tease_-_RKPrime_teens.html | 2662623 - Cocksicle Tease |
| pornve.com | Brazzers | https://pornve.com/lans5x3fvmq6/Erica_Fontes_Jasmine_Jae_-_World_Cup_UK_Team_Tits.html | 8213 - World Cup UK Team Tits |
| pornve.com | Brazzers | https://pornve.com/las7zl49ns4/Bailey_Brooke_-_Hot_Day_For_A_Tan.html | 3437013 - Hot Day For A Tan |
| pornve.com | Brazzers | https://pornve.com/lb1cke5o9g6m/Morgan_Lee_Reena_Sky_-_Power_Play.html | 10223 - Power Play |
| pornve.com | Brazzers | https://pornve.com/lb525n4qamf/Kortney_Kane_Monique_Alexander_-_The_Slut_Competition.html | 7840 - The Slut Competition |
| pornve.com | Reality Kings | https://pornve.com/lbbgo3dd0d0y/joyful_jerking_big.html | 13770 - Some Rubbing |
| pornve.com | Brazzers | https://pornve.com/lbgh8pu55xy9/Raylene_-_Estranged.html | 7298 - Estranged |
| pornve.com | Brazzers | https://pornve.com/lbi4idfpdmr1/Fuck_Christmas_-_Part_3.html | 2991876 - Fuck Christmas Part 3 |
| pornve.com | Brazzers | https://pornve.com/lbihm8bg61v6/Serena_Avary_Xander_Corvus_-_Working_From_Home_-_Baby_Got_Boobs_-_Brazzers.html | 3651737 - Working From Home |
| pornve.com | Brazzers | https://pornve.com/lbnciilx6n06/BigWetButts_Kat_Dior_Perfect_Pantyhose_-_19_11_2016.html | 10233 - Perfect Pantyhose |
| pornve.com | Brazzers | https://pornve.com/lbmx29ivf7b9/Rachel_RoXXX_-_An_Ass_Made_By_the_Sweetest_Angels.html | 10001 - Un Culo de Ángel |
| pornve.com | Reality Kings | https://pornve.com/lbmvqvs6m28/Nina_Skye_-_Nipple_Spinning.html | 1900708 - nipple_spinning |

| pornve.com | Brazzers | https://pornve.com/lboeqvp1ure4/Peeping_The_Pornstar_Aletta_Ocean__Dany_D.html | 9449 - Peeping The Pornstar |
| pornve.com | Reality Kings | https://pornve.com/lbsc9qkksjn2/Angel_Jay_40Ass_of_angel41.html | 8440 - Ass Of Angel |
| pornve.com | Brazzers | https://pornve.com/lbtr56ceb5xv/Mounted_By_My_Mother-In-Law_Brandi_Love.html | 2412434 - Mounted By My Mother-In-Law |
| pornve.com | Brazzers | https://pornve.com/lbysd4ug80nx/Mommy_Got_Boobs_Alexis_Fawx_The_Naked_Mom.html | 9562 - The Naked Mom |
| pornve.com | Brazzers | https://pornve.com/lc3zldt2j061/Brazzers__Big_Wet_Butts__Happy_New_Rear.html | 10366 - Happy New Rear! |
| pornve.com | Brazzers | https://pornve.com/lc4n58czn00m/Delta_White__Jayden_Jaymes__Nikki_Benz_-_I_Love_Cock_N_Balls.html | 4809 - I Love Cock 'n Balls |
| pornve.com | Brazzers | https://pornve.com/lc7dr4zj6rqf/pornstar_3349_133_plays_published_on_5_hours_ago_category_anal_tags_anal_fucekd.html | 9442 - Bringing Stepsiblings Closer Together |
| pornve.com | Brazzers | https://pornve.com/lc92j7p1n84r/The_Stepmom__The_Graduate_Brazzers.html | 10626 - The Stepmom & The Graduate |
| pornve.com | Brazzers | https://pornve.com/lcanacgaf81/Mandy_Muse_-_Young_Big_Butt_Anal.html | 8574 - Young Big Butt Anal |
| pornve.com | Brazzers | https://pornve.com/lcegtawfez96/Masseuse_Rivalry_Serena_Santos_Alina_Belle.html | 3954926 - Masseuse Rivalry |
| pornve.com | Reality Kings | https://pornve.com/lcj3zcopt8cft/all_you_can_fuck_buffet.html | 2011500 - Meeting The Girls |
| pornve.com | Brazzers | https://pornve.com/lclp6ng4v3f3/Her_First_Footjob_Luzy_Doll__Syren_De_Mer_Milf_-_Teen_Threesome_.html | 9367 - Her First Footjob |
| pornve.com | Brazzers | https://pornve.com/lcrxgqp8518s/Blonde_mommy_fucks_her_daughter_boyfriend.html | 5607 - Home Cooked Boobies |
| pornve.com | Reality Kings | https://pornve.com/ld46ntmvcyfq/European_Girl_Sex_strong_loving_big.html | 13362 - Strong Loving |
| pornve.com | Brazzers | https://pornve.com/ld6ewbxu2eb1/Erotic_Massage_Alexis_fawx.html | 10192 - Massaging My Stepmom |
| pornve.com | Brazzers | https://pornve.com/lda597u4dj26/Queen_Of_The_Dick_Abella_Danger.html | 2847246 - Queen of The Dick |
| pornve.com | Brazzers | https://pornve.com/ldbjpjxsjtj3/Mommy_Got_Boobs_Veronica_Avluv__Buddy_Hollywood_Veronica_Avluv__Buddy_Hollywood.html | 9289 - Banana Nut Muffin' |
| pornve.com | Reality Kings | https://pornve.com/lddfgu9ay2n0/Sharon_Lee_-_Nailed_Your_Husband.html | 15435 - Nailed Your Husband |
| pornve.com | Brazzers | https://pornve.com/ldh8cjwnoart/Mya_Luanna_-_Fuck_My_Asian_Ass.html | 4338 - Fuck My Asian Ass |
| pornve.com | Brazzers | https://pornve.com/ldhl9a5q5uzf/Alexis_Fawx_-_Teacher_Fucked_With_Strapon_And_Cock.html | 9483 - Nailing Ms. Chase: Part Two |
| pornve.com | Brazzers | https://pornve.com/ldjp78pinlkt/Juelz_Ventura_-_Hammering_Out_The_Details.html | 9528 - Hammering Out The Details |
| pornve.com | Brazzers | https://pornve.com/ldke4kdusrt8/Taylor_Wane_-_Cup_Cake_Tits.html | 6073 - Cup Cake Tits |
| pornve.com | Reality Kings | https://pornve.com/ldlc9ndki9qj/Allison_Moore_-_Web_Of_Passion.html | 7456 - Web Of Passion |
| pornve.com | Brazzers | https://pornve.com/ldnlst3asoru/Abella_Danger_-_Lights_CockCam_Action.html | 3608710 - Lights  CockCam  Action! |
| pornve.com | Brazzers | https://pornve.com/ldoiykfvr83d/Gina_Valentina__Julia_Ann_-_I_Want_Her_To_Like_Me.html | 3651265 - I Want Her To Like Me |
| pornve.com | Brazzers | https://pornve.com/ldtz8g3wrbzf/Tanya_James_-_Double_Vag_Canal.html | 4034 - Double Vag Canal |
| pornve.com | Reality Kings | https://pornve.com/ldvao8kdqhip/FROM_5star-Jordi_fuck_3MILFs.html | 1921773 - wildlife_photography |
| pornve.com | Brazzers | https://pornve.com/ldx1cnzg7aoa/Ashly_Anderson_-_Tempting_The_Trespasser.html | 2639135 - Tempting The Trespasser |
| pornve.com | Brazzers | https://pornve.com/ldx4abzf9hb7/Presley_Maddox_-_Mad_Dox_The_Sand_Warrior.html | 4302 - Mad Dox; The Sand Warrior |
| pornve.com | Brazzers | https://pornve.com/ldx4ek6o2eb6/Riley_Reid_-_Throat_Treatment.html | 2440085 - Throat Treatment |
| pornve.com | Brazzers | https://pornve.com/ldzbthbncb19/dirty_masseur_brazzers_ariella_ferrera_sean_lawless_rubbing_her_the_right_way.html | 10578 - Rubbing Her The Right Way |
| pornve.com | Brazzers | https://pornve.com/ldzfx3buux8v/Savannah_Bond_The_Wetter_The_Better.html | 3314002 - The Wetter The Better |
| pornve.com | Brazzers | https://pornve.com/ldzuw6x17d3h/Gracie_Glam__Melanie_Rios_-_A_Full_Recovery_-_Part_2.html | 6183 - A Full Recovery Part 2 |
| pornve.com | Reality Kings | https://pornve.com/le0wn0ck1wi9/Cum_for_me_cassidy_Free_Porn_Site.html | 14177 - Cum For Me Cassidy |
| pornve.com | Brazzers | https://pornve.com/le33b0v95bhz/Alanah_Rae__Shyla_Stylez_-_Intimate_Surrender.html | 4824 - Intimate Surrender |
| pornve.com | Brazzers | https://pornve.com/le3nwq78do0l/Rikki_Six_-_Loony_Poons.html | 6938 - Loony Poons |
| pornve.com | Brazzers | https://pornve.com/le9lyq92tgw9/Brazzers_My_Professors_A_Pornstar_Brazzers_Jessa_Rhodes_Jessy_Jones_School_Teacher_White_Girl.html | 10620 - My Professor's A Pornstar! |
| pornve.com | Brazzers | https://pornve.com/le9v8svfasc5/Cassidy_Banks_-_Rob_Me_Blind_And_Fuck_Me_Stupid.html | 8502 - Rob Me Blind and Fuck Me Stupid |
| pornve.com | Reality Kings | https://pornve.com/lebu3yunsceh/RealityKings_Trunk_Prank_watch_online_for_free.html | 3348839 - Trunk Prank |
| pornve.com | Brazzers | https://pornve.com/leeb1wr427dn/Power_Bangers_XXX_-_Episode_5.html | 10482 - Power Bangers: A XXX Parody Part 5 |
| pornve.com | Brazzers | https://pornve.com/leip3hp0466/Brazzers_-_Sexy_Pictures_Worth_A_Thousand_Words.html | 10205 - Sexy Pictures Worth A Thousand Words |
| pornve.com | Brazzers | https://pornve.com/leldwgud80g8/Our_Cute_Little_Plaything_-_Part_1.html | 10396 - Our Cute Little Plaything |
| pornve.com | Brazzers | https://pornve.com/lerrybjtvxp/Ashley_Adams_-_Fucking_With_Security.html | 9136 - Fucking With Security |
| pornve.com | Brazzers | https://pornve.com/les2u8uyuc5/Aidra_Fox_-_Driving_Dick.html | 10832 - Driving Dick |
| pornve.com | Brazzers | https://pornve.com/leu26j5szmvh/Brazzers_-_Shake_Shop_Shag.html | 2842875 - Shake Shop Shag |
| pornve.com | Brazzers | https://pornve.com/levi222drjet/Massage_girl_get_threesome_fuck.html | 9130 - The Blindfold Massage |
| pornve.com | Brazzers | https://pornve.com/lew51lsa4kzv/Breanne_Benson__Britney_Amber__Mackenzee_Pierce_-_The_Ladies_Three.html | 5690 - The Ladies Three |
| pornve.com | Brazzers | https://pornve.com/lewnm0zka3p5/Brazzers_A_Bottom_Bunk_Banging_Gianna_Karlee_Grey.html | 10021 - A Bottom Bunk Banging |
| pornve.com | Reality Kings | https://pornve.com/lex2e36qxdms/MilfHunter_Elexis_Monroe_40Hunt_That_Pussy_-_25_07_1641.html | 14818 - Hunt That Pussy |
| pornve.com | Brazzers | https://pornve.com/lex9qnm3yall/Halle_Hayes_-_Hide_The_Pickle.html | 3924158 - Hide The Pickle |
| pornve.com | Brazzers | https://pornve.com/leygtou5r4d8/Jillian_Janson_-_The_Ex_Best_Thing.html | 10158 - The Ex Best Thing |
| pornve.com | Brazzers | https://pornve.com/lf2gbjqtx89p/News_Ancwhores.html | 2990645 - News Ancwhores |
| pornve.com | Reality Kings | https://pornve.com/lfenwv0thkhe/8th_Street_Latinas_-_Realitykings_-_Valentina_Jewels_Ricky_Spanish_-_Wrong_Turn_On_Eighth_Street.html | 2286650 - Wrong Turn On Eighth Street |
| pornve.com | Brazzers | https://pornve.com/lfffw8w77n1o/Nikky_Dream_Danny_D_-_Walled_And_Balled_-_Big_Wet_Butts_-_Brazzers.html | 2892880 - Walled And Balled |
| pornve.com | Brazzers | https://pornve.com/lfjrlpct4wfx/Andy_San_Dimas__Juelz_Ventura_-_Game_Of_Dick.html | 6237 - Game Of Dick |
| pornve.com | Brazzers | https://pornve.com/lfm1jthmk19k/Katie_Morgan_-_Teacher_Takes_Advantage.html | 10215 - Teacher Takes Advantage |
| pornve.com | Brazzers | https://pornve.com/lfmeslrpa597/Tyler_Faith_-_My_Ex_Is_A_Mom_Boinker_Yknow.html | 5722 - My Ex is A Mom Boinker  y'know! |
| pornve.com | Brazzers | https://pornve.com/lfp61a40pu4e/Diamond_Foxxx_-_Doctor_Feet_Fucker.html | 9118 - Doctor Feet Fucker |
| pornve.com | Brazzers | https://pornve.com/lfrxasg0swat/Britney_Amber_-_Standing_Ovation_For_Britney.html | 7474 - Standing Ovation For Britney |
| pornve.com | Brazzers | https://pornve.com/lg173c78qxhv/Peta_And_Nicole_Play_Some_Games_2016_ZZ.html | 10154 - Game Night Shenanigans |
| pornve.com | Brazzers | https://pornve.com/lgeh6y4zndsy/Asa_Akira_-_Cum_Stay_Awhile.html | 9989 - Vente  QuÃ©date un Rato |
| pornve.com | Brazzers | https://pornve.com/lgi8ui1muj6l/Lazy_Daze_With_Lola_-_Lola_Luscious__Levi_Cash.html | 8893 - Lazy Daze With Lola |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/lgje2qvxbdt4/Allanah_Li_-_Bed_Full_Of_Boobs.html | 5177 - Bed Full of Boobs |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/lgjhh2apxnju/Dani_Daniels_-_He_Says_She_Fucks.html | 10193 - He Says She Fucks |
| pornve.com | Brazzers | https://pornve.com/lgk4kpjh8pcl/Danny_D_And_Penny_Pax_-_Yes_Doctor.html | 9465 - Straightening Her Out |
| pornve.com | Brazzers | https://pornve.com/lglf2zvf2ad7/Samantha_Saint_-_Suck-Sex_In_Soccer.html | 5501 - Suck-Sex in Soccer |
| pornve.com | Reality Kings | https://pornve.com/lgszb1tezbbx/Monique_Alexander_And_Chloe_Amour_Game_Night.html | 14713 - Game Night |
| pornve.com | Brazzers | https://pornve.com/lgs3twxooabw/Rhyse_Richards_-_Life_Imitating_Smut.html | 6529 - Life Imitating Smut |
| pornve.com | Brazzers | https://pornve.com/lgtahhjix1qe/Loni_Evans_-_Fuck_Me_Or_Fuck_The_Company.html | 5078 - Fuck Me or Fuck The Company |
| pornve.com | Brazzers | https://pornve.com/lgtcraulgzaw/Brooke_Beretta_Scott_Nails_-_Arctic_Ass_-_Big_Wet_Butts_-_Brazzers.html | 3222069 - Arctic Ass |
| pornve.com | Brazzers | https://pornve.com/lgu8712a88mi/_Brazzers-_Busty_british_babes_Emma__Jasmine_humiliate_the_clerk_.html | 7644 - Four Hands to Jerk the Clerk |
| pornve.com | Brazzers | https://pornve.com/lgw8bjlbh321/Jaye_Summers_JMac_Take_Me_Home.html | 2361503 - Take Me Home |
| pornve.com | Brazzers | https://pornve.com/lgzomemefy77/Yurizan_Beltran_-_Bend_Over_Valentine.html | 7185 - Bend Over Valentine |
| pornve.com | Brazzers | https://pornve.com/lh4qc3c35w0e/Mia_Lelani_Scott_Nails_-_Horny_For_My_Husbands_Brother_-_Real_Wife_Stories_-_Brazzers.html | 2992324 - Horny For My Husbands Brother |
| pornve.com | Brazzers | https://pornve.com/lh8pr8sy397w/Lolly_Ink_-_Bagging_The_Bellgirl.html | 7115 - Bagging the Bellgirl |
| pornve.com | Brazzers | https://pornve.com/lhbx1orrru2d/Roxy_Risingstar_Put_Down_The_Phone_And_Fuck_Me.html | 4420225 - Put Down The Phone And Fuck Me! |
| pornve.com | Brazzers | https://pornve.com/lhevgwcrvvbc/Tessa_Lane_-_Tits_Out_For_Stardom.html | 6143 - Tits Out for Stardom |
| pornve.com | Brazzers | https://pornve.com/lhgcyp98l44/Leya_Falcon_-_Sixty_Nine_Iron.html | 6709 - Sixty-Nine Iron |
| pornve.com | Brazzers | https://pornve.com/lhjn1tdelduk/Madison_Ivy_-_Open_Up_For_Love.html | 3170692 - Open Up For Love |
| pornve.com | Brazzers | https://pornve.com/li1pbm7yn3ow/Brazzers_-_Caught_Talking_Dirty.html | 2963097 - Caught Talking Dirty |
| pornve.com | Brazzers | https://pornve.com/li1s15wpdtvw/Brazzers_-_Peta_Jensen_The_Final_Exam.html | 10203 - The Final Exam |
| pornve.com | Brazzers | https://pornve.com/lich3z0q5hxi/Britney_Shannon_-_Dancing_For_The_D.html | 7488 - Dancing for the D |
| pornve.com | Brazzers | https://pornve.com/lid10hh1p4/Liza_Del_Sierra_-_Giving_Him_The_Talk.html | 3122768 - Giving Him The Talk |
| pornve.com | Brazzers | https://pornve.com/lid8eqi11a5r/Monique_Alexander_-_Day_With_A_Porn_Star.html | 3830492 - Day With A Porn Star: Monique Alexander |
| pornve.com | Brazzers | https://pornve.com/ldni1cgx2d7/Ryan_Keely_-_Getting_Her_Happy_Ending.html | 2437978 - Getting Her Happy Ending |
| pornve.com | Brazzers | https://pornve.com/likbe9u5apus/Nerd_Gets_Revenge_By_Banging_His_Bullys_Mom.html | 4161 - Your mom's hot ass loves my nerd cock! |
| pornve.com | Brazzers | https://pornve.com/limopytplqiv/Luna_Star_Small_Hands_-_Hot_Negotiations_-_Big_Tits_At_Work_-_Brazzers.html | 3363984 - Hot Negotiations |
| pornve.com | Brazzers | https://pornve.com/linnds93d477/BrazzersExxtra_Ariana_Marie_Nicole_Aniston_Yoga_Freaks_-_Episode_Seven_-_14_01_2017.html | 10342 - Yoga Freaks: Episode Seven |
| pornve.com | Brazzers | https://pornve.com/lit3bjm3w23/London_Keyes_-_7_Minutes_In_Heaven.html | 6763 - 7 Minutes in Heaven |
| pornve.com | Brazzers | https://pornve.com/liuz38zh8ezu/Karina_White_-_Working_Her_Way_Through_College.html | 6499 - Working Her Way Through College |
| pornve.com | Brazzers | https://pornve.com/liwytwjp1j3b/Jessa_Rhodes_-_Pornstars_Are_Just_Like_Us.html | 2927871 - Pornstars Are Just Like Us! |
| pornve.com | Brazzers | https://pornve.com/lj0ctlj8c4o4/Gina_Valentina_-_I_Dream_Of_Gina.html | 2432367 - I Dream Of Gina |
| pornve.com | Brazzers | https://pornve.com/lj3edb6i1wbr/Jynx_Maze_-_Obsessive_Cock_Disorder.html | 5066 - Obsessive Cock Disorder |
| pornve.com | Brazzers | https://pornve.com/lj6n8vgpgqty/Diamond_Foxxx_Cum_To_My_Yard_Sale_Mommy_Issues3.html | 9109 - Cum to My Yard Sale! |
| pornve.com | Brazzers | https://pornve.com/lj8cl1b18bxo/Devon_Lee_-_Dr_Groupie.html | Doctor Adventures |
| pornve.com | Brazzers | https://pornve.com/ljalt5qs2zy7/Reagan_Foxx_New_MGB.html | 10224 - Too Hot To Handle |
| pornve.com | Brazzers | https://pornve.com/ljcjrr9y10j2/Aubrey_Gold_Isis_Love_-_Tempted_By_Teens.html | 9580 - Tempted By Teens |
| pornve.com | Brazzers | https://pornve.com/ljgd38kqpw24/Kimmy_Olsen_-_Take_This_Ass.html | 7296 - Take This Ass |
| pornve.com | Reality Kings | https://pornve.com/ljk0fw90fplb/Ava_Sanchez_Booty_Roller.html | 14277 - Booty Roller |
| pornve.com | Brazzers | https://pornve.com/ljkxv0nfjq50/_Ass_No_Questions_Spray_No_Lies_Franceska_Jaimes_Gets_Her_Big_Ass_Fuck_Hard_.html | 8611 - Ass No Questions Spray No Lies |
| pornve.com | Brazzers | https://pornve.com/ljl8tpvi5t9w/Scarlet_Banks_-_Can_I_Come_Over.html | 7088 - Can I Come Over? |
| pornve.com | Brazzers | https://pornve.com/jlu59y4m9r5/Memphis_Monroe_-_Failing_Oral.html | 3906 - Failing Oral |
| pornve.com | Reality Kings | https://pornve.com/ljnhw2xknwbd/realitykings2016_12_06_Cock_Embrace.html | 14168 - Cock Embrace |
| pornve.com | Brazzers | https://pornve.com/ljo04vinpu7x/Alura_TNT_Jenson_-_Nursing_My_Stepsons_Sick_Dick.html | 2672969 - Nursing My Stepson's Sick Dick |
| pornve.com | Brazzers | https://pornve.com/ljpjj5gw8c6u/Megan_Rain_Charles_Dera_-_Make_It_Rain_-_Pornstars_Like_It_Big_-_Brazzers.html | 3426185 - Make It Rain |
| pornve.com | Brazzers | https://pornve.com/ljszjqfvfo4a/Honey_Demon_-_Operation_Ho_Ho.html | 8610 - Operation Ho Ho Ho |
| pornve.com | Brazzers | https://pornve.com/ljt6lvb3s98u/Alena_Croft_-_Shes_A_Smooth_Operator_-_Big_Tits_At_Work_-_Brazzers.html | 3924817 - She's A Smooth Operator |
| pornve.com | Brazzers | https://pornve.com/lujuu6pqw5g/The_Exxxceptions_Episode_4.html | 10942 - The Exxxceptions: Episode 4 |
| pornve.com | Brazzers | https://pornve.com/ljyfy0295wua/Alison_Tyler_Piper_Perri_-_Alison_Pounces_On_Pipers_Pussy.html | 9531 - Alison Pounces On Piper's Pussy |
| pornve.com | Brazzers | https://pornve.com/ljzqzerb2lmz/Madison_Ivy_Xander_Corvus_-_Sliding_Into_Madisons_DMs_-_Pornstars_Like_It_Big_-_Brazzers.html | 3609566 - Sliding Into Madison's DMs |
| pornve.com | Brazzers | https://pornve.com/lk1xdjwk8ojn/Gina_Valentina_-_Day_With_A_Pornstar.html | 3832303 - Day With A Pornstar: Gina Valentina |
| pornve.com | Brazzers | https://pornve.com/lk5bhlxkfd1y/Britney_Amber_-_Britneys_Butt_Bang.html | 8713 - Britney's Butt Bang |
| pornve.com | Brazzers | https://pornve.com/lkc5kibcseed/India_Summer_-_The_Cougar_And_The_Virgin.html | 9299 - The Cougar And The Virgin |
| pornve.com | Brazzers | https://pornve.com/lkezkibl69r3/Kissas_Ass_Is_In_Danger.html | 9315 - Kissa's Ass Is In Danger |
| pornve.com | Brazzers | https://pornve.com/lkfw79kh1f6a/Karlee_Grey_LaSirena69_-_The_Maids_Make_A_Mess_-_Brazzers.html | 3832325 - The Maids Make A Mess |
| pornve.com | Reality Kings | https://pornve.com/lkj2n1b4z3mc/GFRevenge_Good_girl_gone_bad.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/lknqj4m6izne/Havana_Bleu_-_Destination_Pleasure.html | 3795713 - Destination Pleasure |
| pornve.com | Brazzers | https://pornve.com/ll23kjoqd2nz/Katalina_Mills_And_Amber_Chase_Pleased_To_Lick.html | 14352 - Pleased To Lick |
| pornve.com | Reality Kings | https://pornve.com/ll6z09a4xd44/Eva_Karera_-_Dirty_Texter.html | 6369 - Dirty Texter |
| pornve.com | Reality Kings | https://pornve.com/ll9uccfw38yx/StreetBlowJobs_17_02_26_Deanna_Dare_Banging_Dare_XXX_-KTR.html | 15148 - Banging Dare |
| pornve.com | Brazzers | https://pornve.com/llcj8mhfor6f/Kenzie_Taylor_Seth_Gamble_-_Kenzie_Gets_Stuck_-_Day_With_A_Pornstar_-_Brazzers.html | 4092940 - Kenzie Gets Stuck |
| pornve.com | Brazzers | https://pornve.com/lldzkiy06nh0/Lela_Star_Small_Hands_-_Never_Enough_Oil_-_Dirty_Masseur_-_Brazzers.html | 3425273 - Never Enough Oil |

EXHIBIT A

| pornve.com | Reality Kings | https://pornve.com/llh27qplqhyt/In_Deep_Molleuex_BlackGfs.html | Horny Black Amateurs |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/llht3lpfzsay/Jynx_Maze_-_All_Natural_Latina_Ass.html | 7902 - All Natural Latina Ass |
| pornve.com | Brazzers | https://pornve.com/llpbxls9plzx/Phoenix_Marie_-_Feeling_Up_Phoenix.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/llx00cm316iv/Vicki_Chase_-_Banging_The_Bride.html | 8780 - Banging The Bride |
| pornve.com | Brazzers | https://pornve.com/ln0kxef54kyn/DayWithAPornstar_Valentina_Jewels_Horny_Valentina_Gets_Anal.html | 4213470 - Getting Joanna Out Of The Shower |
| pornve.com | Brazzers | https://pornve.com/ln0np1v7o240/Kenzie_Taylor_-_Fucked_In_The_Seat.html | 9600 - Fucked In The Seat |
| pornve.com | Reality Kings | https://pornve.com/lm4psx4hbwh0/NEW_MILF_Hunter_Richelle_Ryan.html | 14977 - Bottomless Pussy |
| pornve.com | Brazzers | https://pornve.com/lmnjldqvywm9/Veronica_Avluv_-_The_Joy_Of_Body_Painting.html | 6627 - The Joy Of Body Painting |
| pornve.com | Brazzers | https://pornve.com/lmpd3cqc5kbw/Alix_Lynx_-_Put_Her_To_The_Test.html | 11008 - Put Her To The Test |
| pornve.com | Brazzers | https://pornve.com/lmrdfls5kdmt/Erotic_Massage_Big_Boobed_Anal_Massage.html | 7955 - Filling In |
| pornve.com | Brazzers | https://pornve.com/lmsq4yuugd2o/Peta_Jensen_My_Honey_Wants_It_Rough.html | 9284 - My Honey Wants It Rough |
| pornve.com | Reality Kings | https://pornve.com/lmfhsfxs8oqn/Cristi_Ann_-_Sexy_Latina.html | 13885 - Sexy Latina |
| pornve.com | Brazzers | https://pornve.com/ln6rz4bp2qcc/Brazzers_Julia_Ann__Cassidy_Banks_-_Yoga_Freaks_Episode_Two.html | 9565 - Yoga Freaks: Episode Two |
| pornve.com | Brazzers | https://pornve.com/ln8mketm91ca/Natalia_Nix_-_Patience_Leads_To_Pussy.html | 3719974 - Patience Leads To Pussy |
| pornve.com | Brazzers | https://pornve.com/lnbxdltymzuo/Sophia_Locke_-_The_Chain_GangBang.html | 9017 - The Chain Gang |
| pornve.com | Brazzers | https://pornve.com/lncc9ynocyzu/Raven_Bay_-_Under_My_Coworkers_Skirt.html | 10804 - Under My Coworker's Skirt |
| pornve.com | Brazzers | https://pornve.com/lncmll7ssjz5/Angelina_Valentine_-_I_Dream_Of_Anal.html | 5646 - I Dream Of Anal |
| pornve.com | Brazzers | https://pornve.com/lnfcs2jwpu36/Veronica_Avluv_-_Gimme_A_D-I-C-K.html | 7754 - Gimme a D-I-C-K! |
| pornve.com | Brazzers | https://pornve.com/lng0ogvju5mx/Skylar_Snow_Zach_Wild_-_No_Splashing_-_Big_Wet_Butts_-_Brazzers.html | 3463707 - No Splashing! |
| pornve.com | Brazzers | https://pornve.com/lnihri70l4hw/Brazzers_-_Gorgeous_brunette_patient_Kara_Faux_pays_the_doctor_a_visit_.html | 10476 - Virgin Medical Massage |
| pornve.com | Brazzers | https://pornve.com/lnl4qv2w6p31/Iris_Rose_-_Bitch_Better_Have_My_Money.html | 9474 - Bitch Better Have My Money! |
| pornve.com | Brazzers | https://pornve.com/lnrkyt25mhk/Nicole_Aniston_HOT_Team_Player.html | 10283 - Team Player |
| pornve.com | Brazzers | https://pornve.com/lo1g1kaaqe9h/Cockervention_Cory_Chase_Xander_Corvus.html | 11203 - Cockervention |
| pornve.com | Brazzers | https://pornve.com/lo42nmln308v/Ashley_Downs_-_The_Milf_In_Her_Natural_Habitat.html | 7558 - Ep-1: The Milf in Her Natural Habitat |
| pornve.com | Brazzers | https://pornve.com/lo5spw5bo23g/Alena_Croft_-_Shes_A_Smooth_Operator.html | 3924817 - She's A Smooth Operator |
| pornve.com | Brazzers | https://pornve.com/lo7nooxv4xdn/Luna_Star_-_Ass_Everywhere.html | 3425418 - Ass Everywhere |
| pornve.com | Brazzers | https://pornve.com/loc4h0k3zzlm/Krissy_Lynn_Danny_D_-_One_Sneaky_Stripper_-_Brazzers_Exxtra_-_Brazzers.html | 3923303 - One Sneaky Stripper |
| pornve.com | Brazzers | https://pornve.com/lod8dud89qgz/Anya_Ivy_-_Take_One_For_The_Team.html | 11099 - Take One For The Team |
| pornve.com | Brazzers | https://pornve.com/lodhhmxtsdlg/Layla_Sins_A_Very_Wet_Massage_Dirty_Masseur.html | 3433513 - A Very Wet Massage |
| pornve.com | Brazzers | https://pornve.com/loh9iggjwta7/Brandy_Aniston__Casey_Cumz__Christie_Stevens__Kiera_King_-_Pass_That_Slut_Around_The_Barracks.html | 7586 - Pass That Slut Around the Barracks |
| pornve.com | Brazzers | https://pornve.com/lohfgr18ckkp/Jenna_Presley__Tasha_Reign_-_Dr_Presleys_Orders.html | 5236 - Dr.Presley's Orders |
| pornve.com | Reality Kings | https://pornve.com/lokekdvol033/DAREDORM_73_Happy_Analversary_1of2.html | Dare Dorm #15 |
| pornve.com | Brazzers | https://pornve.com/lombpn3x425r/Angel_Smalls__Lauren_Phillips__Phoenix_Marie_-_Getting_Steamy.html | 10579 - Getting Steamy |
| pornve.com | Brazzers | https://pornve.com/lop6pd030p64/Carolyn_Reese_-_Sex_And_Whore_Shoes.html | 4641 - Sex and Whore Shoes |
| pornve.com | Brazzers | https://pornve.com/lopd0w8ky3m8/ZZ_Superhero_Showdown_-_Danielle_Maye__Lexi_Lowe.html | 9027 - ZZ Superhero Showdown |
| pornve.com | Brazzers | https://pornve.com/lope8qb51bju/Holly_Halston_-_Polly_Want_Some_Pussy.html | 4700 - Polly Want Some Pussy |
| pornve.com | Brazzers | https://pornve.com/los2naw4baj5/Brazzers_-_Robbin_Banx_Welcum_To_The_Neighborhood.html | 2661248 - Welcum To The Neighborhood |
| pornve.com | Brazzers | https://pornve.com/loug8gefdbcu/Elicia_Solis_-_The_Multitasking_Titties.html | 8530 - The Multitasking Titties |
| pornve.com | Brazzers | https://pornve.com/lovcgposk3pi/Assh_Lee_-_Filthy_Anal_Fuckfest.html | 7997 - Filthy Anal Fuckfest |
| pornve.com | Reality Kings | https://pornve.com/low62ufbp3kk/TeensLoveHugeCocks_Esperanza_Del_Horno_Enjoying_Esperanza.html | 2662596 - Enjoying Esperanza |
| pornve.com | Brazzers | https://pornve.com/loyp6opircl/Cecilia_Lion__Sophia_Leone_-_Catty_Co-Stars.html | 2672989 - Catty Co-Stars |
| pornve.com | Brazzers | https://pornve.com/lp3lpt2fieup/Angelina_Valentine_-_Ohhh_The_Humanity.html | 5352 - Ohhh! The Humanity! |
| pornve.com | Brazzers | https://pornve.com/lp9fkz82yo7e/Cherie_Deville_-_Dr_Spankencocks_Sexperiments.html | 7399 - Dr. Spankencock's Sexperiments |
| pornve.com | Brazzers | https://pornve.com/lp9wad7eyzxz/Camryn_Cross_-_Out_On_Parole.html | 4525 - Out On Parole |
| pornve.com | Brazzers | https://pornve.com/lpcc9pitjkkm/Stepmom_In_Control_brandi_love.html | 8048 - Stepmom In Control |
| pornve.com | Brazzers | https://pornve.com/lpkm96muo69o/Alexa_Tomas_-_La_Puta_Envidia.html | 8856 - La Puta Envidia |
| pornve.com | Brazzers | https://pornve.com/lpkzrt3bqvtr/Dani_Daniels_-_ZZ_Lemonade.html | 9764 - ZZ Lemonade: Dani Daniels |
| pornve.com | Brazzers | https://pornve.com/lpmwa09l7ar4/Just_One_Clit_Away_Rebecca_More.html | 607637 - Just One Clit Away |
| pornve.com | Brazzers | https://pornve.com/lpv2hi1uy2rt/Shay_Evans_-_Shay_Dreaming.html | 3261541 - Shay Dreaming |
| pornve.com | Brazzers | https://pornve.com/lpxt81qffr9u/Gia_Paige_-_Im_Not_Leaving.html | 9123 - I'm Not Leaving! |
| pornve.com | Brazzers | https://pornve.com/lq0jxv7sdfw3/Natasha_Nice_-_Office_Initiation.html | 10665 - Office Initiation |
| pornve.com | Brazzers | https://pornve.com/lq3cd4dcv2yw/Alexis_Ford_-_Perks_Of_The_Job.html | 6309 - Perks of the Job |
| pornve.com | Reality Kings | https://pornve.com/lq67dbe8cxcd/Serena_Skye_Sean_Lawless_-_Cut_Them_Free_-_Big_Naturals_-_Reality_Kings.html | 3258406 - Cut Them Free |
| pornve.com | Reality Kings | https://pornve.com/lqc17xr6hitty/RKPrime_19_07_16_Megan_Rain_Tennis_Titties_XXX_SD.html | 3222218 - Tennis Titties |
| pornve.com | Brazzers | https://pornve.com/lqdrjh7dnyq2/Foot_Job_Rachel_Starr_Surprise.html | 9095 - Rachel Starr Surprise |
| pornve.com | Brazzers | https://pornve.com/lqfdm45klqdk/Ava_Addams_-_Already_Wet.html | 6127 - Already Wet |
| pornve.com | Brazzers | https://pornve.com/lqgm24qo8286/Cytherea_-_Can_I_Crash_And_Bang_Your_Mom.html | 10256 - Can I Crash And Bang Your Mom? |
| pornve.com | Brazzers | https://pornve.com/lqgtil0bvsop/Ava_Koxxx__Leigh_Darby_-_My_Scissoring_Stepmom.html | 9688 - My Scissoring Stepmom |
| pornve.com | Brazzers | https://pornve.com/lqkfzgrknonx/Devon_Michaels_-_Get_Out_Of_My_Dreams_And_Into_My_Pussy.html | 4772 - Get Out of my Dreams and Into my Pussy |
| pornve.com | Brazzers | https://pornve.com/lqlwlz0hv800/Mason_Moore__Presley_Maddox_-_Doing_Time.html | 4378 - Doing Time |
| pornve.com | Brazzers | https://pornve.com/lqn38ucy3y9f/Angelina_Valentine_-_Anal_Big_Tits_Cumshot_Deep_Throat_Latina_Double_Penetration.html | 5571 - Two in the Bush...and in the Ass! |
| pornve.com | Brazzers | https://pornve.com/lqnwrnurzaer/Rachel_Starr_-_I_Need_Your_Big_Pipe_For_My_Leaky_Pussy.html | Pornstars Like It Big Vol. 6 |
| pornve.com | Brazzers | https://pornve.com/lqp49cmscq9d/Richelle_Ryan_-_Fucking_The_Janitor.html | 6687 - Fucking The Janitor |
| pornve.com | Brazzers | https://pornve.com/lqpxdi9we47v/Mary_Jean_-_Mary_Jeans_Balloons.html | 3279834 - Mary Jean's Balloons |

| pornve.com | Brazzers | https://pornve.com/lqye2krc4cqu/Cumpilation.html | 6796 - Bathing Boobies |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/lr2a2flk1lhe/Christiana_Cinn_-_Fuck_Your_Budget.html | 2461948 - Fuck Your Budget |
| pornve.com | Brazzers | https://pornve.com/lr6q6uhlks3c/_Real_Estate_Milf_.html | 9630 - Real Estate Milf |
| pornve.com | Brazzers | https://pornve.com/lr7p544t2vbl/Juelz_Ventura_-_A_Bribe_From_The_Boss.html | 4417 - A Bribe From The Boss |
| pornve.com | Brazzers | https://pornve.com/lrau41flh5zn/MommyGotBoobs_19_07_17_Reagan_Foxx_What_Size_Are_You_XXX_SD.html | 3609467 - What Size Are You? |
| pornve.com | Reality Kings | https://pornve.com/lrhowqj5c08e/Moms_Bang_Teens_11_2015_Reality_Kings_Scene_5.html | 12798 - The Tickler |
| pornve.com | Brazzers | https://pornve.com/lrp13h6ovhkc/Anal_Sex_For_His_Birthday.html | 7536 - Anal Sex For His Birthday |
| pornve.com | Brazzers | https://pornve.com/lrt6c8nl1aw6/Krissy_Lynn_-_Doctor_By_Day_Porn_Star_By_Night.html | 7703 - Doctor by Day  Porn Star by Night |
| pornve.com | Brazzers | https://pornve.com/lry20grkl43c/Jenna_Haze_-_Christmas_Punishment.html | 4497 - Jenna Haze Gets Cock for Christmas |
| pornve.com | Brazzers | https://pornve.com/ls0dlhsumg36/Katana_Kombat_-_Teachers_Lounge.html | 3832330 - Teachers' Lounge |
| pornve.com | Reality Kings | https://pornve.com/ls16557jjz3y/Mature_dicked_hard.html | 1900721 - shoe_fetish |
| pornve.com | Brazzers | https://pornve.com/ls1rxlgk23lx/Jewels_Jade_-_The_Window_Washers_Are_Here.html | 5186 - The Window Washers Are Here |
| pornve.com | Brazzers | https://pornve.com/ls3r6ohdmsb1/Tiffany_Watson_Juan_El_Caballo_Loco_-_Facial_By_Surprise.html | 3924179 - Facial By Surprise |
| pornve.com | Brazzers | https://pornve.com/ls6ahmcpy76d/Destiny_Dixon_-_Get_Horny_Get_Healthy.html | 7546 - Get Horny Get Healthy |
| pornve.com | Brazzers | https://pornve.com/lsewx158i1vr/Brazzers_-_Sneaky_Slut_Needs_To_Learn.html | 10312 - Sneaky Slut Needs To Learn |
| pornve.com | Brazzers | https://pornve.com/lsnlzzxpqw8t/Brooklyn_Gray_-_The_Guru_Of_Gape.html | 3959986 - The Guru Of Gape |
| pornve.com | Reality Kings | https://pornve.com/lspfd3j8wmdh/Magnificent_Melons_2.html | 14405 - Sexy Jezabel |
| pornve.com | Brazzers | https://pornve.com/lt880rdg9vjw/Velicity_Von_-_Hawaii_Tickets_Up_For_Grabs | 4466 - Hawaii Tickets Up For Grabs |
| pornve.com | Brazzers | https://pornve.com/lt91xg32prsm/Darla_Crane_-_One_Hell_Of_A_Commission.html | 6372 - One Hell Of A Commission |
| pornve.com | Brazzers | https://pornve.com/lt9wxj7a1hsv/Cali_Carter_Cherie_Deville_-_Massage_My_Mother_In_Law.html | 8647 - Massage My Mother In Law |
| pornve.com | Brazzers | https://pornve.com/ltglwxih2w7n/India_Summer_-_Curing_A_Sex_Addict.html | 5450 - Curing a Sex Addict |
| pornve.com | Brazzers | https://pornve.com/ltiwea03j8de/Nicole_Aniston_-_The_Stranger.html | 10175 - The Stranger |
| pornve.com | Brazzers | https://pornve.com/ltk5pkizinmt/Kelly_Divine_Sara_Jaymes_-_Elite_Dyke_Society.html | 5090 - Elite Dyke Society |
| pornve.com | Brazzers | https://pornve.com/luajtgpx5cgt/Alison_Star_-_Boobie_CUNTestant.html | 5479 - Boobie CUNTestant |
| pornve.com | Brazzers | https://pornve.com/ludcrn870lhm/Daisy_Cruz_-_You_Fuck_My_Son_You_Are_Fired.html | 5333 - You Fuck My Son? You Are Fired |
| pornve.com | Brazzers | https://pornve.com/luejrwdluyvv/Allie_Haze_-_Hanging_Out_With_Allies_Ass.html | 8793 - Hanging Out With Allie's Ass |
| pornve.com | Reality Kings | https://pornve.com/lufhgc7wnlri/Ella_Knox_Ramon_Nomar_From_Posing_To_Moaning_Big_Naturals.html | 1944883 - From Posing To Moaning |
| pornve.com | Brazzers | https://pornve.com/luh0kt32wgdj/Kimmy_Granger_Small_Hands_Xander_Corvus_-_Cock_And_Frisk_-_Brazzers_Exxtra_-_Brazzers.html | 3609450 - Cock And Frisk |
| pornve.com | Brazzers | https://pornve.com/luhddnyehgos/My_Blindfolded_Stepmom_Christie_Stevens_Kyle_Mason.html | 2452377 - My Blindfolded Stepmom |
| pornve.com | Brazzers | https://pornve.com/lulr60nt87jw/My_Not_So_Prude_Best_Friend_-_Part_1.html | 3043506 - My Not So Prude Best Friend Part 1 |
| pornve.com | Brazzers | https://pornve.com/luqk7ucel2nw/Lexi_Swallow_-_Lexi_Swallows_The_Waiter.html | 5858 - Lexi Swallows The Waiter |
| pornve.com | Brazzers | https://pornve.com/luriaumkn9lw/Bobbi_Dylan_Diamond_Foxxx_-_Lick_A_Boss.html | 10191 - Lick A Boss |
| pornve.com | Reality Kings | https://pornve.com/luv2s8o11x91/ashley_adams_soak_the_pussy_monster_curves_bigtits_.html | 13490 - Soak The Pussy |
| pornve.com | Brazzers | https://pornve.com/luzb12xzrv85/bgb_christy_mack_sd169.html | 6442 - Cocked And Loaded |
| pornve.com | Brazzers | https://pornve.com/lv06gl44lcan/Nikki_Hunter_-_Ace_In_Her_Hole.html | 5153 - Ace In Her Hole |
| pornve.com | Brazzers | https://pornve.com/lv17b0seq3h3/Angela_White_Luna_Star_-_Wild_Thots.html | 2359054 - Wild Thots |
| pornve.com | Brazzers | https://pornve.com/lv2k91jxazej/Sunny_Lane_-_The_Masturbating_Teacher.html | 8986 - The Masturbating Teacher |
| pornve.com | Reality Kings | https://pornve.com/lv3is4048os9/GFRevenge_Poke_that_pussy.html | 14389 - bikini_body |
| pornve.com | Reality Kings | https://pornve.com/lvj4rzzi2q8k/Cara_Madison_Scott_Madison_Ivy_40Incredible_trio41.html | 8540 - Incredible Trio |
| pornve.com | Brazzers | https://pornve.com/lvtqqxrd5zj9/_Maid_For_Anal_.html | 9684 - Maid For Anal |
| pornve.com | Brazzers | https://pornve.com/lvttvhwxvz87/Christie_Stevens_Kyle_Mason_-_Only_The_Best_For_My_Family_-_Milfs_Like_It_Big_-_Brazzers.html | 3768124 - Only The Best For My Family |
| pornve.com | Brazzers | https://pornve.com/lvuxp35gn3fy/Ashley_Fires_-_Burglarize_My_Butt.html | 6162 - Burglarize My Butt |
| pornve.com | Brazzers | https://pornve.com/lvx1neyiez07/Best_of_brazzers_happy_halloween.html | 9547 - A Horny Devil |
| pornve.com | Brazzers | https://pornve.com/lvy1eq0fp1wz/Nika_Noire_-_Airport_Security_Has_Never_Been_This_Tight_And_Wet.html | 4308 - Airport Security Has Never Been This Tight  And Wet! |
| pornve.com | Brazzers | https://pornve.com/lw17hixzrbve/Emily_Addison_Violet_Starr_-_A_Hardcore_Massage_From_Hell.html | 10109 - A Hardcore Massage From Hell |
| pornve.com | Brazzers | https://pornve.com/lw64ggas1116/Kagney_Linn_Karter_-_Fucking_Doctors.html | 7952 - Fucking Doctors |
| pornve.com | Brazzers | https://pornve.com/lw7p7m3oizzw/Angelica_Raven_-_Brazzers_Mint_Gum_Cum-mercial.html | 4344 - Brazzers Mint Gum Cum-mercial |
| pornve.com | Brazzers | https://pornve.com/lw9lq4qjp0jk/Angelas_Sex_Auction.html | 10639 - Angela's Sex Auction |
| pornve.com | Brazzers | https://pornve.com/lwb2ycw73rai/Vanessa_Cage_-_Can_You_Undress_Me.html | 3224913 - Can You Undress Me? |
| pornve.com | Brazzers | https://pornve.com/lwk18zi7001c/Esperanza_Gomez_Facial.html | 9987 - Hola Vecino |
| pornve.com | Brazzers | https://pornve.com/lwlx49w5zqoq/Jessica_Jaymes_Shyla_Stylez_-_A_Day_In_The_Life_Of_Shyla_Stylez.html | 6215 - A Day in the Life of Shyla Stylez |
| pornve.com | Brazzers | https://pornve.com/lwqd2ysv1yop/Blondie_Fesser_Shes_On_The_Prowl.html | 8980 - She's On The Prowl |
| pornve.com | Brazzers | https://pornve.com/lwqr3x4hpqin/Shyla_Stylez_-_Intense_Asshole_Treatment.html | 5142 - Intense Asshole Treatment |
| pornve.com | Brazzers | https://pornve.com/lwrawim4v2bl/Nicolette_Shea_-_Off_The_Rack.html | 10883 - Off The Rack |
| pornve.com | Brazzers | https://pornve.com/lwt6wq8cj6dk/Brazzers_-_Monique_Alexander_And_Elsa_Jean_Pornisity.html | 2874520 - Pornisity |
| pornve.com | Brazzers | https://pornve.com/lww224non8ph/Brazzer_Public_Sex.html | 9727 - BRAZZERS LIVE 21: NO HOLES BARRED |
| pornve.com | Brazzers | https://pornve.com/lwrfrfahyk6r/BrazzersExxtra_-_Barbie_Sins_Tight_As_Tape.html | 2412417 - Tight As Tape |
| pornve.com | Brazzers | https://pornve.com/lwzn79bxl6e6/Alexis_Fawx_-_While_My_Husband_Was_Dozing.html | 10324 - While My Husband Was Dozing |
| pornve.com | Brazzers | https://pornve.com/lx39am2ixkcg/HotAndMean_Madison_Ivy_And_Monique_Alexander_Lapdancers_Last_Laugh.html | 3387840 - Lapdancer's Last Laugh |
| pornve.com | Brazzers | https://pornve.com/lx3yn6x82fap/BrazzersExxtra_19_09_23_Julie_Kay_Sucking_Off_My_Sisters_Man_XXX.html | 3768287 - Sucking Off My Sisterâ€™s Man |
| pornve.com | Brazzers | https://pornve.com/lx7pvbtkzpyb/dwp_20_02_27_monique_alexander.html | 3830492 - Day With A Porn Star: Monique Alexander |
| pornve.com | Brazzers | https://pornve.com/lxblzmpob3sp/Veronica_Avluv_-_The_Other_Way_Around.html | 9466 - The Other Way Around |
| pornve.com | Brazzers | https://pornve.com/lxfc5kez6evn/Cindy_Starfall_-_The_Janitors_Closet.html | 9429 - The Janitor's Closet II |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/txgnublzpasb/Brazzers_The_Dick_Pic_Trick_Brazzers_Brazzersexxtra_Tyler_Nixon_Nicolette_Shea_Blonde_Blowjo.html | 2842896 - The Dick Pic Trick |
| pornve.com | Reality Kings | https://pornve.com/lxhc6ghs5l3w/naughty_couple_steal_a_camera_and_fuck_in_public.html | 1922942 - Caught On Camera |
| pornve.com | Brazzers | https://pornve.com/txmblomiq9n/Simone_Sonay_-_Milfshake.html | 7145 - Milfshake |
| pornve.com | Brazzers | https://pornve.com/txmesm44u9x0/Candy_Alexa_Danny_D_-_Dildos_In_The_Drain_Pipe_-_Brazzers_Exxtra_-_Brazzers.html | 2892877 - Dildos In The Drain Pipe |
| pornve.com | Brazzers | https://pornve.com/txq6s5ehvdtm/NB_Fishnet_Anal_This_Big_Tit_Slut_Blows_A_Thick_Cock_And_Takes_A_Nice_Hard_Pounding_Up_Her_Slutty_Asshole_Until_Its_Time_For_Her_milky_White.html | 10156 - Pantyhose Playtime |
| pornve.com | Brazzers | https://pornve.com/txtumg2ei6ld/Candee_Licious_The_Dick_Fairy.html | 9447 - The Dick Fairy |
| pornve.com | Brazzers | https://pornve.com/txwvyzrpndk5/Jenna_Haze_-_Gets_Cock_For_Christmas.html | 4497 - Jenna Haze Gets Cock for Christmas |
| pornve.com | Brazzers | https://pornve.com/ly141ru2g5s9/Tia_McKenzie_-_Of_Course_Its_A_Girl_Silly.html | 6305 - of course it's a girl silly |
| pornve.com | Brazzers | https://pornve.com/ly6s349ehxpq/Katrina_Jade_-_Exchange_Of_Favors.html | 8660 - Exchange of Favors |
| pornve.com | Reality Kings | https://pornve.com/ly85yqm7627w/Alina_Lopez_One_Hot_Box_Hardcore_Blowjob.html | 3428173 - One Hot Box |
| pornve.com | Brazzers | https://pornve.com/ly8hc28mvool/Barbie_Sins_-_The_Whore_Her_Chores.html | 10627 - The Whore & Her Chores |
| pornve.com | Reality Kings | https://pornve.com/ly85vqm7627w/DareDorm_16_03_31_Spring_Break.html | Dare Dorm #26 |
| pornve.com | Brazzers | https://pornve.com/lybxbleq2ff3/Ann_Marie_Rios_Briana_Blair_Sunny_Lane_-_Johnnys_Angels.html | 5383 - Johnny's Angels |
| pornve.com | Brazzers | https://pornve.com/lyf8waq7ac3/Brandy_Aniston_Britney_Amber_Juelz_Ventura_-_Bang_On_The_Fourth_Of_July.html | 7468 - Bang on the Fourth of July |
| pornve.com | Brazzers | https://pornve.com/lyg1wpprbwa2/Madison_Ivy_-_Naughty_Nuru.html | 7004 - Naughty Nuru |
| pornve.com | Brazzers | https://pornve.com/lygoixaa0snv/Miko_Lee_-_Lees_Interview.html | 5894 - Lee's Interview |
| pornve.com | Brazzers | https://pornve.com/lyif5rggi2f1/Sheridan_Love_-_Our_College_Librarian.html | 10651 - Our College Librarian |
| pornve.com | Brazzers | https://pornve.com/lybxbleq2ff3/Lola_James_-_Sucking_Her_Way_Out_Of_Expulsion.html | 8264 - Sucking Her Way Out of Expulsion |
| pornve.com | Brazzers | https://pornve.com/lyo84fcf0cli/Veruca_James_-_I_Had_The_Strangest_Dream_Last_Night.html | 7702 - I Had the Strangest Dream Last Night |
| pornve.com | Brazzers | https://pornve.com/lz0a0j2atnxv/MILFS_Like_It_Big_-_Reagan_Foxx_By_Jaojao.html | 10104 - Never Marry A Milf |
| pornve.com | Brazzers | https://pornve.com/lz6apmbjv4c6/Phoenix_Marie_-_The_Incredible_Slut.html | 6808 - The Incredible Slut |
| pornve.com | Brazzers | https://pornve.com/lzfp4gz1slhh/BrazzersExxtra_-_Kira_Noir_And_Sailor_Luna_Youve_Changed_Part_2.html | 2438795 - You've Changed Part 2 |
| pornve.com | Reality Kings | https://pornve.com/lzkkfipezjo6/Caught_By_My_Stepsister_Bailey_Brooke_Sloan_Harper.html | 2011559 - Caught By My Stepsister |
| pornve.com | Brazzers | https://pornve.com/lzlp0qgg5rfv/Adria_Rae_-_What_Goes_Around_Cums_Around.html | 3723352 - What Goes Around Cums Around |
| pornve.com | Brazzers | https://pornve.com/lznbgr1dud5j/Fucking_Like_Frenemies_-_Part_1.html | 2638982 - Fucking Like Frenemies: Part 1 |
| pornve.com | Brazzers | https://pornve.com/lrv26x9smwjk/Carmen_Mcarty_Halia_Hill_-_After_School_Cat_Fight.html | Brazzers Big Tits At School #5 |
| pornve.com | Reality Kings | https://pornve.com/m06eqxhfyqq8/huge_tits_accompany_brittany_whites_wet_chocolate_pussy.html | Amateur Ebony Beauties 8 |
| pornve.com | Brazzers | https://pornve.com/m0a1omnqeruw/Best_squirting_pack_collection_New-_1h_2_min.html | 7175 - Nanny Fanny |
| pornve.com | Brazzers | https://pornve.com/m0aivvwohpdc/Liza_Del_Sierra_-_English_Dick_vs_French_Booty.html | 7719 - English Dick VS French Booty |
| pornve.com | Brazzers | https://pornve.com/m0bb74c6apna/Capri_Cavanni_-_Your_Wifes_A_Slut.html | 8673 - Your Wife's A Slut |
| pornve.com | Brazzers | https://pornve.com/m0pt9hr914jv/Evelin_Stone_Xander_Corvus_-_Reflection_Eternal_-_Pornstars_Like_It_Big_-_Brazzers.html | 3170681 - Reflection Eternal |
| pornve.com | Brazzers | https://pornve.com/m0pvnvwaq4l0/Amy_Anderssen_Filthy_Moms_1_S1.html | 7921 - Itchin' for a Petition |
| pornve.com | Brazzers | https://pornve.com/m0svlskeurjq/Brazzers_hardcore_blonde.html | 4463 - Double Dipper |
| pornve.com | Brazzers | https://pornve.com/m0t2yhpv0lvy/Brazzers_-_Luna_Star_Sex_Is_The_New_Green_Energy.html | 2892886 - Sex Is The New Green Energy |
| pornve.com | Brazzers | https://pornve.com/m0u3dqa70orm/_Brazzers-_Pervert_peeping_gets_caught_by_Bonnie_Gia_and_gets_punished_.html | 7637 - Caught at the Peephole |
| pornve.com | Brazzers | https://pornve.com/m0woqwn53m9v/Reagan_Foxx_-_Too_Hot_To_Handle.html | 10224 - Too Hot To Handle |
| pornve.com | Brazzers | https://pornve.com/m0z5froloicl/big_tits_milf_ass_ebony_babe_striptease_tags_ass_tits_tag_this_video_best_ebony_milf_2350_42_plays_published_on_115_minutes_ago_category_amateur.html | 8341 - Are Your Wife's Tits This Big? |
| pornve.com | Brazzers | https://pornve.com/m12xep8dv2ip/Krissy_Lynn_Justin_Hunt_-_Im_A_Giver_And_A_Taker_-_Milfs_Like_It_Big_-_Brazzers.html | 3110519 - I'm A Giver And A Taker |
| pornve.com | Brazzers | https://pornve.com/m143g5rc2w5g/Lisa_Ann_-_Lisa_Anns_Lover.html | 3433512 - Lisa Ann's Lover |
| pornve.com | Brazzers | https://pornve.com/m14qr33un9gb/Ariella_Ferrera_-_Panty_Stash.html | 2816799 - Panty Stash |
| pornve.com | Brazzers | https://pornve.com/m16zuwsl7h0j/Madison_Ivy_-_Making_Madison_Wet.html | 3782596 - Making Madison Wet |
| pornve.com | Brazzers | https://pornve.com/m18momeabitd/Karlie_Brooks_Doing_The_Dishes_4_most_played_porn_video_of_today_22_most_played_porn_video_of_week_72_most_played_porn_video_of_month.html | 10257 - Doing The Dishes |
| pornve.com | Brazzers | https://pornve.com/m1d64p8r8nl4/2_on_black.html | 3959973 - A Wild & Crazy Cock Stuffing Party |
| pornve.com | Brazzers | https://pornve.com/m1evmr3bxxrx/Brazzers_House_3_-_Episode_1.html | 2683969 - Brazzers House 3: Episode 1 |
| pornve.com | Brazzers | https://pornve.com/m1hu2241g131/_Line_Em_Up_-_BRAZZERS_.html | 9551 - Line Em Up |
| pornve.com | Brazzers | https://pornve.com/m1ka7ar40c5m/Dani_Jensen_-_Sent_From_My_iBone.html | 5367 - Sent from my iBone |
| pornve.com | Brazzers | https://pornve.com/m1kwxy43x2ci/Anna_Bell_Peaks_Ashly_Anderson_-_Breaking_In_My_New_Girlfriend.html | 2465868 - Breaking In My New Girlfriend |
| pornve.com | Brazzers | https://pornve.com/m1n6rcxt82s/Pussy_O_Plomo_-_Part_4.html | 9636 - Pussy O Plomo: Part 4 |
| pornve.com | Brazzers | https://pornve.com/m1s6pm766x5k/MomsInControl_17_03_02_Richelle_Ryan_And_Cassidy_Banks_Home_Is_Where_The_Whore_Is_XXX_-KTR.html | 10499 - Home Is Where The Whore Is |
| pornve.com | Brazzers | https://pornve.com/m1sqhkg1rdul/Brazzers_Big_Wet_Butts_Nailed_In_Nylons_Kat_Dior.html | 3042376 - Nailed In Nylons |
| pornve.com | Brazzers | https://pornve.com/m1uqgdh1wdbl/Stephanie_Cane_-_Pornographic_Persuasion.html | 4706 - Pornographic Persuasion |
| pornve.com | Reality Kings | https://pornve.com/m1w11joegmjw/Kimmy_Kush_If_The_Bra_Fits.html | 14564 - If The Bra Fits |
| pornve.com | Brazzers | https://pornve.com/m23uohpfzb9/Phoenix_Marie_Yoga_Freaks_Episode_Thirteen_XXX_KTR.html | 3796231 - Yoga Freaks: Episode Thirteen |
| pornve.com | Brazzers | https://pornve.com/m26uiny3hs5/Brazzers_-_Nikki_Sexx_Ash_Revenge.html | 9645 - BRAZZERS LIVE 5: ULTIMATE SURRENDER |
| pornve.com | Reality Kings | https://pornve.com/m26xr407o839/BigNaturals_-_Athena_Palomino_Sugar_Rush.html | 2572074 - Sugar Rush |
| pornve.com | Reality Kings | https://pornve.com/m2au8dni40ys/Realitykings_in_the_VIP_Lick_It_Up.html | 11859 - Lick It Up |
| pornve.com | Brazzers | https://pornve.com/m2d2ng1i7ej1/New_Alexis_Monroe_Facial_-_Cumshot.html | 9243 - ZZ Courthouse - Part One |
| pornve.com | Brazzers | https://pornve.com/m2e0i8p7o6g9/rws_19_05_29_janice_griffith_shes_changed.html | 3428279 - She's Changed! |

| pornve.com | Brazzers | https://pornve.com/m2h723r95on0/Aryana_Augustine_-_Hosing_Down_Her_Titties.html | 7421 - Hosing Down Her Titties |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/m2ps6xoyfryl/Briana_Banks__Taylor_Sands_-_The_Loophole.html | 10463 - The Loophole |
| pornve.com | Brazzers | https://pornve.com/m2rzui5q749l/The_Getaway_Part_2_BraZZers_HDRip.html | 3330596 - The Getaway: Part 2 |
| pornve.com | Brazzers | https://pornve.com/m316pf8ajnce/Lylith_Lavey__Mackenzee_Pierce_-_Obstacle_Cunts.html | 4790 - Obstacle Cunts |
| pornve.com | Brazzers | https://pornve.com/m31pf7s8proe/Amy_Anderssen_Getting_Workout_By_Black_Dick_Amy_Anderssen_Getting_Dick_Down_By_Her_Daughters_BF.html | 8074 - Time 2 Meet The Mutherload |
| pornve.com | Reality Kings | https://pornve.com/m337mtdfpa6q/monstercurves_19_05_20_rose_monroe_pool_chillin.html | 3424617 - Pool Chillin |
| pornve.com | Brazzers | https://pornve.com/m36cso7hxvk7/Brazzers_Audrey_Bitoni_And_Madison_Ivy_Orderly_Whorderly.html | 5004 - Orderly Whorderly |
| pornve.com | Brazzers | https://pornve.com/m38xjj2l1drd/Moms_In_Control_14_S4_Ashly_Anderson_Cherie_Deville.html | 10948 - Don't Toy With Me! |
| pornve.com | Brazzers | https://pornve.com/m3gstm8l9u7/Dani_Daniels_-_The_Whore_Of_Wall_Street_-_Episode_4.html | 8113 - The Whore of Wall Street Ep-4: Double Teamed On The High Seas |
| pornve.com | Brazzers | https://pornve.com/m3i3fej0l5r2/Lily_Lane_-_Dollars_For_Inches.html | 9522 - Dollars For Inches |
| pornve.com | Brazzers | https://pornve.com/m3ixpv52g1kd/_Brazzers_-_Hot_Sophia_Laure_gets_a_hard_fucking_during_workout_.html | 10064 - Sweaty Ass Workout |
| pornve.com | Brazzers | https://pornve.com/m3jwvw708myn/Monique_Alexander_Johnny_Castle_-_Good_Ol_Fashioned_American_Fucking_-_Brazzers_Exxtra.html | 2635926 - Good Ol' Fashioned American Fucking |
| pornve.com | Brazzers | https://pornve.com/m3kpc8do7228/Aubrey_Black_-_Welcum_Home.html | 3924829 - Welcum Home |
| pornve.com | Reality Kings | https://pornve.com/m3mx1dlnoo0/Gym_Instructor_Really_Really_Hot_This_Chick_Squats_On_A_Dick_And_Gets_Fucked.html | 14834 - Squat On The Dick |
| pornve.com | Brazzers | https://pornve.com/m3naezwf9m4w/tlib_17_09_26_rhiannon_ryder_squirtin_on_a_nerd.html | 10847 - Squirtin' On A Nerd |
| pornve.com | Brazzers | https://pornve.com/m3qcstk48tni/MilfsLikeItBig_Cherie_Deville_Spring_Cumming.html | 3425281 - Spring Cumming |
| pornve.com | Brazzers | https://pornve.com/m3r2z1qk5dlj/BrazzersExxtra_-_Kat_Dior_Lapping_Up_My_Cumcicle.html | 2847279 - Lapping Up My Cumcicle |
| pornve.com | Brazzers | https://pornve.com/m3vv0scelj6g/Aletta_Ocean_assfuck_maniac.html | 5300 - Tail Mail |
| pornve.com | Brazzers | https://pornve.com/m46skn1eflh/Shay_Sight_-_Weve_Cum_A_Long_Way.html | 5796 - We've Cum A Long Way |
| pornve.com | Brazzers | https://pornve.com/m49mrtildyxc/Abbey_Brooks__Bridgette_B_-_Truth_Or_Dare.html | 7477 - Truth or Dare |
| pornve.com | Brazzers | https://pornve.com/m4b8m95s3wpw/Brazzers_-_Hot_Alexis_Fawx_become_a_nurse_and_fucks_Keerans_pain_away_.html | 2842571 - Fuck the Pain Away |
| pornve.com | Brazzers | https://pornve.com/m4br50fumdz5/mlib_19_04_30_missy_martinez_coach_martinez.html | 3451942 - Coach Martinez |
| pornve.com | Brazzers | https://pornve.com/m4chvr9fld09/Brazzers_Big_tits_police_woman_Elicia_Solis_punishes_her_prisoner_.html | 8424 - All or Nothing |
| pornve.com | Brazzers | https://pornve.com/m4ra5t8og4g0/Vanessa_Cage_-_Sweet_18_Slut.html | 4878 - Sweet 18 Slut |
| pornve.com | Brazzers | https://pornve.com/m4u87od3vmld0/Eva_Notty_-_Hot_Tub_MILF_Machine.html | 10565 - Hot Tub MILF Machine |
| pornve.com | Brazzers | https://pornve.com/m4uws2vk8s5p/BEST_NEW_Jewels_Jade_-_720p.html | 9545 - My Friend's Blindfolded Mom |
| pornve.com | Brazzers | https://pornve.com/m4v43bzpc6et/Desiree_Night__Misty_Stone_-_MILF_Witches.html | 3723379 - MILF Witches Part 3 |
| pornve.com | Brazzers | https://pornve.com/m4wf64uan7rs/Cherie_Deville_-_Getting_Even_And_Getting_Laid.html | 3829296 - Getting Even And Getting Laid |
| pornve.com | Brazzers | https://pornve.com/m4xmmb4oceb/Jenna_Sativa__Molly_Stewart_-_Cam_Girl_Lock_Up.html | 3313987 - Cam Girl Lock Up |
| pornve.com | Brazzers | https://pornve.com/m4yrpg53wn6p/August_Ames__Vanessa_Cage_-_Lesbians_Love_Massages.html | 8140 - Lesbians Love Massages |
| pornve.com | Brazzers | https://pornve.com/m51c37n3r7wb/Avrill_Hall_-_Pussy_On_The_Motorbike.html | 6946 - Pussy on the Motorbike |
| pornve.com | Brazzers | https://pornve.com/m52foxyxf3js/Breanne_Benson_-_Pucks_And_Fucks.html | 6149 - Pucks and Fucks |
| pornve.com | Reality Kings | https://pornve.com/m55qfauut5ln/Sasha_Rose_Rude_Awakening.html | 14746 - Rude Awakening |
| pornve.com | Brazzers | https://pornve.com/m585zupmmvxu/Dani_Jensen_-_Danis_Back_And_Ready_To_Play.html | 7230 - Dani's Back and Ready to Play |
| pornve.com | Brazzers | https://pornve.com/m5dfb8e45su9/Big_Tits_At_School_Britney_Amber_Titty_Film_School_21_12_15.html | 9327 - Titty Film School |
| pornve.com | Reality Kings | https://pornve.com/m5kfl4hoszjm/Sasha_Summers_-_Hot_Teen_Next_Door_25_2015.html | 12575 - Sweet Sasha |
| pornve.com | Brazzers | https://pornve.com/m5ks8344znch/When_Dads_Away_Stepmom_Will_Play_-_Yasmin_Scott.html | 9047 - When Dad's Away  Stepmom Will Play! |
| pornve.com | Brazzers | https://pornve.com/m5mhefk8jt60/Mandy_Muse_Alex_Legend_Penetrating_Pantyhose.html | 11187 - Penetrating Pantyhose |
| pornve.com | Brazzers | https://pornve.com/m5mmmjx4u341/Chyna_Bella_-_Bingo_Bango.html | 5873 - Bingo Bango |
| pornve.com | Reality Kings | https://pornve.com/m5qpwaarmo4l/CumFiesta_17_01_24_Amber_Gray_Play_With_It_XXX_-KTR.html | 15199 - Play With It |
| pornve.com | Brazzers | https://pornve.com/m5ul6nr6bib1/Josephine_Jackson_-_Josephines_Intense_Workout.html | 4074462 - Hands On Joanna |
| pornve.com | Reality Kings | https://pornve.com/m5v0uqb3aas3/inthevip_flash_dance_published_on_11_months_ago_1_category_babe_public_pornstar_breanne_benson_uma_stone_tags_ami.html | 5605 - Flash Dance |
| pornve.com | Brazzers | https://pornve.com/m5wgqovm27kl/Leigh_Darby__Summer_Brielle_-_Slutty_Stepmom_Threesome.html | 8467 - Slutty Stepmom Threesome |
| pornve.com | Brazzers | https://pornve.com/m5xv2odtzxn5/RealWifeStories_Amber_Deen_The_Caterer_-_17_11_2016.html | 10288 - The Caterer |
| pornve.com | Reality Kings | https://pornve.com/m64imv4jx1ph/MomsBangTeens_17_04_10_Cory_Chase_And_Sierra_Nicole_New_Cock_To_Fuck_XXX_-KTR.html | 1779073 - new_cock_to_fuck |
| pornve.com | Brazzers | https://pornve.com/m685i861rmyt/_Brazzers_-_Sexy_Teens_Playing_With_A_Huge_Cock_.html | 9750 - ZZ Cup: Team Tits |
| pornve.com | Brazzers | https://pornve.com/m6m2y5b9pbvw/Adrian_Maya_-_Diary_Of_An_Anal_Addict.html | 3723339 - Diary Of An Anal Addict |
| pornve.com | Brazzers | https://pornve.com/m6ov72979b8i/Whitney_Wright_-_Does_This_Make_My_Booty_Look_Big.html | 11229 - Does This Make My Booty Look Big? |
| pornve.com | Brazzers | https://pornve.com/m6pkf09k2t7z/Romi_Rain_-_Library_Cop-A-Feel.html | 9983 - Bibliotecaria Tetona |
| pornve.com | Brazzers | https://pornve.com/m6sw71dd69l0/Nika_Noire_-_Board_And_Certified.html | 5102 - Board and Certified |
| pornve.com | Brazzers | https://pornve.com/m6tmki28f0tf/Kaylani_Lei__Madison_Scott__Mate_Luv_-_Major_Trust_Issues.html | 8435 - Major Trust Issues |
| pornve.com | Brazzers | https://pornve.com/m6u4afz3mktn/Courtney_Taylor_Xander_Corvus_-_Anniversary_Switch_-_Pornstars_Like_It_Big_-_Brazzers.html | 3166915 - Anniversary Switch |
| pornve.com | Brazzers | https://pornve.com/m6ucl2gmpz9k/Brazzers_House_Reality_Show_Nikki_Benz_Kairan_Lee.html | 8702 - Brazzers House Episode One |
| pornve.com | Brazzers | https://pornve.com/m72twf7b571x/Dollie_Darko_-_Dipping_Inside_Dollie_Darko.html | 8813 - Dipping Inside Dollie Darko |
| pornve.com | Brazzers | https://pornve.com/m74m4usqavmg/Brooklyn_Chase_-_Butting_Out.html | 10697 - Butting Out |
| pornve.com | Brazzers | https://pornve.com/m7b9nonrvwz7/Alanah_Rae__Memphis_Monroe_-_Speed_Swingers_Delight.html | 4374 - Speed Swingers Delight |
| pornve.com | Brazzers | https://pornve.com/m7bcc7ufz6mu/Katana_Kombat_-_Teachers_Lounge.html | 3832330 - Teachers' Lounge |
| pornve.com | Brazzers | https://pornve.com/m7fcfy9sbhng/Kalina_Ryu__Morgan_Lee_-_Rub_N_Tug_Trainee.html | 8855 - Rub N Tug Trainee |
| pornve.com | Brazzers | https://pornve.com/m7j46nfzopn1/Nicolette_Shea_Danny_D_-_Massaged_On_The_Job_-_Dirty_Masseur_-_Brazzers.html | 3166323 - Massaged On The Job |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/m7n96ya4xqxh/Chanel_Preston_-_The_Case_Of_The_Pearl_Necklace.html | 7480 - The Case of the Pearl Necklace |
| pornve.com | Brazzers | https://pornve.com/m7pirri85i71/Irreconcilable_Slut_-_Part_2.html | 5261 - Irreconcilable Slut Pt. 2 |
| pornve.com | Brazzers | https://pornve.com/m7qjfpsmz3wq/Cathy_Heaven_-_Cathys_Heavenly_Ass.html | 5358 - Cathy's Heavenly Ass |
| pornve.com | Brazzers | https://pornve.com/m7sm5wxh1jqm/Ava_Addams_-_Sucking_The_Sitter.html | 3395704 - Sucking The Sitter |
| pornve.com | Brazzers | https://pornve.com/m7vqr1di8ys/Kelsi_Monroe_-_The_Most_Exuberant_Booty.html | 9103 - The Most Exuberant Booty |
| pornve.com | Brazzers | https://pornve.com/m7widuz9zr9t/Chanel_Preston_-_Fucked_Betrayal.html | 5891 - Fucked Betrayal |
| pornve.com | Brazzers | https://pornve.com/m7wksw78g0cj/Ember_Snow_Luna_Star_-_The_Maid_Cums_Clean.html | 3876771 - The Maid Cums Clean |
| pornve.com | Brazzers | https://pornve.com/m82tgyha6vob/Lexi_Swallow_-_Scott_Nails_Lexi_Swallow.html | 5564 - Scott Nails Lexi Swallow |
| pornve.com | Reality Kings | https://pornve.com/m8b7q8rwo9b1/EuroSexParties_Natty_Mellow_And_Luna_Rival_Loving_To_Fuck.html | 14677 - Loving To Fuck |
| pornve.com | Brazzers | https://pornve.com/m8f67lfqwj15/Brooklyn_Chase__Shawna_Lenee_-_Xmas_Sweater_Party.html | 8578 - Xmas Sweater Party |
| pornve.com | Brazzers | https://pornve.com/m8lhjz984t29/Lena_Paul_-_Horny_Home_Care.html | 2971171 - Horny Home Care |
| pornve.com | Reality Kings | https://pornve.com/m8o7dyy22qtm/Mia_Lei_Alberto_Blanco_Let_The_Tit_Drop_Big_Naturals_Reality_Kings.html | 3222189 - Let The Tit Drop |
| pornve.com | Brazzers | https://pornve.com/m8rst72kfx2g/Vanessa_Cage_-_Guide_For_Taking_Care_Of_Your_New_Husband.html | 3362781 - Guide for Taking Care of Your New Husband |
| pornve.com | Brazzers | https://pornve.com/m8wikmylftig/Elsa_Jean_Monique_Alexander_Johnny_Sins_-_Pornsity_-_Pornstars_Like_It_Big.html | 2874520 - Pornsity |
| pornve.com | Brazzers | https://pornve.com/m8yp5cfsfl0q/Kiara_Edwards_-_How_About_Cock.html | 3983699 - How About Cock? |
| pornve.com | Brazzers | https://pornve.com/m91e1g5kn4ri/Alexis_Fawx_-_A_Treat_For_Her_Feet.html | 2443199 - A Treat For Her Feet |
| pornve.com | Brazzers | https://pornve.com/m945u2jntv5b/Alura_Jenson_-_My_Mother_In_Law_Likes_it_Raw.html | 8591 - My Mother In Law Likes it Raw |
| pornve.com | Brazzers | https://pornve.com/m97rl9j1r84f/_ava_addams_and_kimmy_granger-_all_night_rager.html | 10970 - All Night Rager |
| pornve.com | Brazzers | https://pornve.com/m99lnns4ykqb/Melissa_Moore_-_Moaning_In_The_Morning_Light.html | 10801 - Moaning In The Morning Light |
| pornve.com | Brazzers | https://pornve.com/m9bbtbo2vgtd/Kenzi_Marie_-_From_Student_To_Slut.html | Big Tits at School Vol. 6 |
| pornve.com | Brazzers | https://pornve.com/m9cxxuhztnwi/Lala_Ivey_-_Break_Enter_Me.html | 3878722 - Break & Enter Me |
| pornve.com | Brazzers | https://pornve.com/m9fcrucbx6u3/Jodi_Taylor_-_Impressing_Mr_Big.html | 7217 - Impressing Mr. Big |
| pornve.com | Brazzers | https://pornve.com/m9g2v1u7dlay/Diamond_Foxxx_-_Stepmoms_Sweet_Glory_Hole.html | 9697 - Stepmom's Sweet Glory Hole |
| pornve.com | Brazzers | https://pornve.com/m9k99t64elni/The_nurse_is_having_sex_with_her_grandson.html | 3166787 - Cockuptational Therapy |
| pornve.com | Brazzers | https://pornve.com/m9kj5kjv59lj/Brazzers_-_Hardcore_High_Notes.html | 10415 - Hardcore High Notes |
| pornve.com | Brazzers | https://pornve.com/m9tqr9waiswj/BabyGotBoobs_Jayden_Lee_in_Asian_Loves_Wet_Tifucking_40201441.html | 8572 - Asian Loves Wet Tifucking |
| pornve.com | Brazzers | https://pornve.com/m9xo22aoumok/ZZ_Nuit_Rouge_-_Azul_Hermosa_-_Real_Wife_Story.html | 3983581 - ZZ Nuit Rouge |
| pornve.com | Reality Kings | https://pornve.com/ma2t8dddnoy7/Euro_Sex_Parties_-_Realitykings_-_Tina_Kay_Elle_Rose_Erik_Everhard_-_Tina_Teaches_A_Slut.html | 2286908 - Tina Teaches A Slut |
| pornve.com | Brazzers | https://pornve.com/ma846llbo13e/Kimmy_Granger_-_A_Talk_With_Teacher.html | 10188 - A Talk With Teacher |
| pornve.com | Brazzers | https://pornve.com/madjdmspze6b/She_Helps_Me_Study_Lily_Jordan_Michael_Vegas.html | 10622 - But She Helps Me Study! |
| pornve.com | Brazzers | https://pornve.com/mahtfw34rij4/Cassidy_Banks_Kenzie_Taylor_-_Line_Em_Up.html | 9551 - Line Em Up |
| pornve.com | Brazzers | https://pornve.com/mair4pro2l7m/Brazzers_Worldwide_Paris_-_Episode_5.html | 5902 - Ep-5: Surprise Sur Le Bateau |
| pornve.com | Brazzers | https://pornve.com/maivqroh2lqf/Rio_Lee_-_Rio_Lees_Big_British_Booty.html | 8098 - Rio Lee's Big British Booty |
| pornve.com | Brazzers | https://pornve.com/makcqhw7ilf7/Katana_Kombat_Oliver_Flynn_-_Katanas_Summer_Fling_-_Pornstars_Like_It_Big_-_Brazzers.html | 3609709 - Katana's Summer Fling |
| pornve.com | Reality Kings | https://pornve.com/mam69fakyk3u/8thStreetLatinas_15_11_06_Missy_Martinez_Big_Trouble_Missy.html | 14130 - Big Trouble Missy |
| pornve.com | Brazzers | https://pornve.com/mapzk8n1n6or/Jennifer_Adams_-_Porn_Overload.html | 4011 - Porn Overload!!! |
| pornve.com | Brazzers | https://pornve.com/maqiweizhwwk/Amezing_Fucking_Time_with_Unknown_Lady.html | 3951 - Twinkle Tits |
| pornve.com | Brazzers | https://pornve.com/mar6oqjqfgom/Jane_Wilde_Monique_Alexander_-_HOE-tel.html | 3110538 - HOE-tel |
| pornve.com | Brazzers | https://pornve.com/mas6d61yldgw/Bailey_Brooke_Sarah_Jessie_Kyle_Mason_-_Prom_Mom_-_Moms_In_control_-_Brazzers.html | 2917138 - Prom Mom |
| pornve.com | Reality Kings | https://pornve.com/matf0lf2rtkk/Mercedes_Carrera_Cock_Out_Cop_Out.html | 2235568 - Cock Out Cop Out |
| pornve.com | Brazzers | https://pornve.com/mav5c9io7j4g/Brazzers_-_Peta_Jensen_A_Guilty_Conscience.html | 9181 - A Guilty Conscience |
| pornve.com | Brazzers | https://pornve.com/mazlu2oghwod/Mandy_Muse_-_Yoga_Freaks.html | 3043514 - Yoga Freaks: Episode Ten |
| pornve.com | Brazzers | https://pornve.com/mb2qfrqw8kxo/Bridgette_B_-_B_For_Big_Butt.html | 6876 - B For Big Butt |
| pornve.com | Brazzers | https://pornve.com/mb3t58lwdhu/Evelyn_Lin_-_To_Stalk_A_Cock.html | 6398 - To Stalk A Cock |
| pornve.com | Reality Kings | https://pornve.com/mb4h7y8vxqf/Ebony_Babe_Priya_Price_Is_Right.html | 14251 - Priyas Ass |
| pornve.com | Brazzers | https://pornve.com/mbdnsh8fvcrn/Vina_Sky_The_Gape_That_Keeps_On_Giving_XXX_KTR_DailyPorn.html | 3959963 - The Gape That Keeps On Giving |
| pornve.com | Brazzers | https://pornve.com/mbguj9r2kmsn/Kagney_Linn_Karter_-_Porno_P_1_-_Part_2.html | 8124 - Porno P.I. : Part Two |
| pornve.com | Brazzers | https://pornve.com/mbjkv0t3ngov/Aidra_Fox_Lesbian_-_720p.html | 8953 - Reena's Got A Staring Problem |
| pornve.com | Brazzers | https://pornve.com/mblio2htkwtu/bex_aidra_fox_bb112016_1000.html | 10316 - New Years Sleaze |
| pornve.com | Reality Kings | https://pornve.com/mbm12exp1hz6/_Sexy_Lana_Rhoades_is_being_fucked_and_her_boobies_are_bouncing_.html | 1830517 - Bouncing Boobies |
| pornve.com | Brazzers | https://pornve.com/mbmukmpmlhdk/Mother_Daughter_Sharing_the_shower_with_Big_Cock.html | 9768 - Sharing The Shower 2 |
| pornve.com | Brazzers | https://pornve.com/mbtmnc1lja2i/Traffic_Jamming_Delilah_Strong_Keiran_Lee.html | 3962 - Traffic Jamming |
| pornve.com | Brazzers | https://pornve.com/mc0anyvz5i4j/Bridgette_B_Carmel_Moore_-_A_Steamy_Orgy.html | Real Wife Stories Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/mc99nlxwp9zs/Cherie_Deville_-_Sneaking_Around_With_Her_BFFs_Son.html | 2635917 - Sneaking Around With Her BFF's Son |
| pornve.com | Brazzers | https://pornve.com/mcbcmlzpqwyn/Marry_Queen_-_Burst_On_The_Nurse.html | 5826 - Burst on the Nurse |
| pornve.com | Brazzers | https://pornve.com/mceaevr5t6g7/Jada_Stevens_Maddy_Oreilly_Kennedy_Leigh_-_Locker_Room_Hijinks.html | 7434 - Locker Room Hijinks |
| pornve.com | Brazzers | https://pornve.com/mcks1nbfugch/BigNaturals_Nikki_Blake_Ole_Beauties.html | 14640 - Big Ole Beauties |
| pornve.com | Brazzers | https://pornve.com/mcmx9zme0v4z/Liza_Del_Sierra_Sam_Bourne_Asstroonmy.html | 2409996 - Asstronomy |
| pornve.com | Brazzers | https://pornve.com/mcnvpua6lgxg/Ariella_Ferrera_-_My_Sons_Best_Friends.html | 9611 - My Son's Best Friends |
| pornve.com | Reality Kings | https://pornve.com/mcpf8cg6ycqn/rkprime_19_07_04_andika_danger_like_its_1776.html | 3460127 - Like Its 1776 |
| pornve.com | Brazzers | https://pornve.com/mctiwz6gxrh5/Anya_Ivy_Lynn_Vega_-_Up_All_Night.html | 10277 - Up All Night |
| pornve.com | Brazzers | https://pornve.com/mcvi3oo3dnh8/Felony_-_Cheerleader_Pounding.html | Big Butts Like It Big 3 |
| pornve.com | Reality Kings | https://pornve.com/mcx4qc12pt7t/Kapri_Styles_That_Booty_Is_So_Juicy.html | 9057 - Kapri Got Style |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/md4604iatsjh/Richelle_Ryan_-_Honey_Would_You_Mind_Milking_My_Nuts.html | 8941 - Honey Would You Mind Milking My Nuts? |
| pornve.com | Brazzers | https://pornve.com/mdcc5x6mi7h3/Addison_Lee_-_Happiness_is_a_Warm_Bum_-_Big_Wet_Butts.html | 9605 - Happiness is a Warm Bum |
| pornve.com | Brazzers | https://pornve.com/mddtiem3one5/Sybil_Stallone_-_Nip_Slip-Up_-_Brazzers.html | 3791943 - Nip Slip-Up |
| pornve.com | Brazzers | https://pornve.com/mdc3y2jaub4g/MommyGotBoobs_Sandra_Star_Cumming_In_-_21_08_16.html | 9640 - Cumming In |
| pornve.com | Reality Kings | https://pornve.com/mdllndvce507/RoundAndBrown_Yasmine_De_Leon_40Bare_ass41.html | 13574 - Bare Ass |
| pornve.com | Brazzers | https://pornve.com/mdsz4i3usqzq/Kendall_Karson_-_Cooking_With_Kendall.html | 7930 - Cooking With Kendall |
| pornve.com | Brazzers | https://pornve.com/mdxscai3gywa/Bonnie_Rotten_Alex_Legend_-_He_Came_At_Night_Part_1_-_Brazzers_Exxtra_-_Brazzers.html | 2892715 - He Came At Night: Part 1 |
| pornve.com | Brazzers | https://pornve.com/me4xm02wylxc/The_Lecherous_Londons_-_Chapter_2.html | 4657 - The Lecherous Londons; Chapter 2 |
| pornve.com | Brazzers | https://pornve.com/me53dakectyl/Ryan_Keely_-_Eating_Out_For_Thanksgiving.html | 3768108 - Eating Out for Thanksgiving |
| pornve.com | Brazzers | https://pornve.com/me9qcu9zapsi/check_girl_play_game.html | 10136 - My Stepsister The Gamer |
| pornve.com | Brazzers | https://pornve.com/megh5yaizhyq/Jada_Stevens_-_Best_Butt_In_The_Biz.html | 8500 - Best Butt in the Biz |
| pornve.com | Brazzers | https://pornve.com/mek87v2wx7yt/Luxury_Girl_Luxurys_New_Jeans_XXX_KTR_DailyPorn.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/men4w0dv0umg/Brazzers-_Blonde_busty_doctor_Phoenix_Marie_treats_her_patient_well_.html | 9627 - Doctor Knows Best |
| pornve.com | Brazzers | https://pornve.com/menljxg2qutf/Anna_Haze_-_I_Am_Desirable.html | 4063 - I am Desirable |
| pornve.com | Brazzers | https://pornve.com/mevspk4rfc70/Kimmy_Grange_-_Brunette_Cumshot_Babe_Handjob_Small_Tits_Fisting.html | 9046 - Couch Couch |
| pornve.com | Brazzers | https://pornve.com/mf5hkm9m8da4/Jade_Kush_JMac_-_Getting_Her_Rocks_Off_-_Brazzers_Exxtra.html | 2867497 - Getting Her Rocks Off |
| pornve.com | Brazzers | https://pornve.com/mf8r5vsre25u/Cory_Chase_-_Hot_Sweaty_Day.html | 3115038 - Hot & Sweaty Day |
| pornve.com | Brazzers | https://pornve.com/mf9l3tsvqf0v/Eve_Evans_-_Como_Se_Dice_Big_Dick.html | 5520 - Como Se Dice Big Dick? |
| pornve.com | Brazzers | https://pornve.com/mfbwwqltvnwm/The_Pussy_In_My_Pool_Big_Tits_Blonde_Corinne_Blake_Fucks_Poolside_.html | 9078 - The Pussy In My Pool |
| pornve.com | Brazzers | https://pornve.com/mfegwfwkpfhg/Michelle_Lay_-_Getting_Fucky_On_The_First_Date.html | 5871 - Getting Fucky On The First Date |
| pornve.com | Brazzers | https://pornve.com/mflkqr2tigqk/April_ONeil_Yurizan_Beltran_-_Salsa_Seduction.html | 4683 - Salsa Seduction |
| pornve.com | Brazzers | https://pornve.com/mffvnogiaw7m/Brazzers_-_Busty_milf_doctor_Julia_Ann_relieves_her_patients_hard_on_.html | 10780 - Doctoring the Results |
| pornve.com | Brazzers | https://pornve.com/mf8ghwhs1ox/Brazzers_Live_-_7.html | 9648 - BRAZZERS LIVE 7: TEXAS ASSES |
| pornve.com | Brazzers | https://pornve.com/mflgolrio9bg/Shazia_Sahari_-_Dont_Forget_The_Fresh_Rosemary.html | 5270 - Don't Forget The Fresh Rosemary |
| pornve.com | Brazzers | https://pornve.com/mfrxginsgdyg/Load_Size_Jordis_Max_Sofia_Rose.html | 3791940 - Load Size: Jordi's Max |
| pornve.com | Reality Kings | https://pornve.com/mfvpl7g93smy/Misty_Love_The_Body_Suit_HD.html | 13577 - The Body Suit |
| pornve.com | Brazzers | https://pornve.com/mg2cngfpr7dc/Eva_Karera_-_That_Pussys_Electric.html | 6909 - That Pussy's Electric |
| pornve.com | Brazzers | https://pornve.com/mg3ki8vwyl4/Teanna_Trump_-_Look_Whos_Cumming_For_Dinner.html | 8115 - Look Who's Cumming for Dinner |
| pornve.com | Brazzers | https://pornve.com/mg8p8izc2hvp/Smart_Ho_me_Nicolette_Shea.html | 2874518 - Smart Ho-me |
| pornve.com | Brazzers | https://pornve.com/mgdqeyt1xsk5/Bridgette_B_-_Two_For_One_Special.html | 3925183 - Two For One Special |
| pornve.com | Brazzers | https://pornve.com/mgfma1mxlfcn/Gia_Dimarco_-_Marathon_Dong.html | 5231 - Marathon Dong |
| pornve.com | Brazzers | https://pornve.com/mgggfmx193f6/Kagney_Linn_Karter_-_Plump_Pantyhose.html | 10529 - Plump Pantyhose |
| pornve.com | Brazzers | https://pornve.com/mgil2242x0tu/Mia_Malkova_-_So_You_Think_You_Can_Prance.html | 7026 - So You Think You Can Prance? |
| pornve.com | Brazzers | https://pornve.com/mgnokna59kw4/Dillion_Harper_-_Sluts_Spin_The_Bottle.html | 7453 - Sluts Spin the Bottle |
| pornve.com | Reality Kings | https://pornve.com/mgoyrb0lm8is/Danika_Mori_Steve_Mori_-_RK_At_Home_Tiny_Danika_Stretched_By_Huge_Dick_-_RK_Prime_-_Reality_Kings.html | RK at Home |
| pornve.com | Reality Kings | https://pornve.com/mgphfzic37o3/Sexy_Facial_Real_Amateur_Lexi_Jaxson_04_30_2015.html | 13726 - Sexy Lexi |
| pornve.com | Reality Kings | https://pornve.com/mgrm6un011hy/MonsterCurves_19_07_24_Alura_Jenson_Worship_Me_XXX_SD.html | 3258404 - Worship Me |
| pornve.com | Brazzers | https://pornve.com/mgt4lj1rfy8s/Ariella_Ferrera_-_Honey_Its_A_Motorbunny.html | 2651591 - Honey It's A Motorbunny |
| pornve.com | Reality Kings | https://pornve.com/mgup23vn7738/MonsterCurves_-_Lela_Star_And_Rose_Monroe_Thick_And_Wet.html | 2417963 - Thick And Wet |
| pornve.com | Brazzers | https://pornve.com/mgw4zh3tf4lr/Paige_Turnah_-_The_Unseen_Affair.html | 7563 - The Unseen Affair |
| pornve.com | Brazzers | https://pornve.com/mh1vtrfogthi/Ivy_Lebelle_Keiran_Lee_-_Butt_Dialing_Babe_-_Big_Butts_Like_It_Big_-_Brazzers.html | 3291101 - Butt Dialing Babe |
| pornve.com | Brazzers | https://pornve.com/mh6wckpxpkoc/Ariana_Marie_-_The_Bangin_Bridesmaid.html | 3609558 - The Bangin' Bridesmaid |
| pornve.com | Brazzers | https://pornve.com/mhbi165wad2o/Georgie_Lyall_-_Sample_My_Snatch.html | 2357243 - Sample My Snatch |
| pornve.com | Brazzers | https://pornve.com/mhgyscafgton/Allison_Moore_-_Pussy_To_Die_For.html | 6233 - Pussy To Die For |
| pornve.com | Brazzers | https://pornve.com/mhkikuqq9t8e/Amber_Jade_-_This_One_Is_Just_Right.html | 3458888 - This One Is Just Right |
| pornve.com | Brazzers | https://pornve.com/mhktdbvk2506/Summer_Brielle_-_The_Whore_That_Cheated_Death.html | 7929 - The Whore That Cheated Death |
| pornve.com | Brazzers | https://pornve.com/mhm6bbixxb6k/Alison_Star_Micah_Moore_-_Truck_Moving_Treat.html | 4427 - Truck Moving Treat |
| pornve.com | Brazzers | https://pornve.com/mhnk9g3277wa/Cherry_Ferreti_-_Joy_Stick.html | 3966 - Joy Stick |
| pornve.com | Brazzers | https://pornve.com/mhnuwjot3vy6/Rose_Monroe_-_Super-Doc_Super_Fuck.html | 7745 - Super-Doc Super Fuck |
| pornve.com | Brazzers | https://pornve.com/mhruy5omt8pt/_blowjob_big_tits_cumshot_blow_job_big_dick_madison_ivy_and_the_doctor_3903_78_plays_published_on_3_hours_ago_category_big_dick_redhead_pornstar_madison_ivy_tags_madison_ivy_.html | 8562 - The Doctor Part Four - Escape From Valhalla |
| pornve.com | Brazzers | https://pornve.com/mhs3jtyit2ml/Layla_Price_-_The_Oral_Exam.html | 9527 - The Oral Exam |
| pornve.com | Brazzers | https://pornve.com/mhvjzid54ulh/Blondie_Fesser_-_Shes_On_The_Prowl.html | 8980 - She's On The Prowl |
| pornve.com | Brazzers | https://pornve.com/mi3ikfp0tk6l/Abigail_Mac_Scott_Nails_-_First_Impressions_Are_Important_-_Big_Tits_At_Work_-_Brazzers.html | 3767192 - First Impressions Are Important |
| pornve.com | Reality Kings | https://pornve.com/mi8u4129cmzj/LilHumpers_1_S1_Katie_Morgan_Brandi_Love_Puzzled_Over_Pussy.html | Lil Humpers |
| pornve.com | Brazzers | https://pornve.com/mihqgqafl7cx/Paige_Owens_Keiran_Lee_-_The_Preachers_Daughter_-_Teens_Like_It_Big_-_Brazzers.html | 3447632 - The Preacher's Daughter |
| pornve.com | Brazzers | https://pornve.com/mii9wgg0p6ug/Jillian_Janson_-_Jillian_For_Sale.html | 10184 - Jillian For Sale |
| pornve.com | Brazzers | https://pornve.com/mir7jqmkt1zu/Nina_Elle_-_Love_At_First_Swipe.html | 3225794 - Love At First Swipe |
| pornve.com | Brazzers | https://pornve.com/miuuh5rktb9h/Amethyst_Banks_Gracie_Green_-_At_Her_Service.html | 2847215 - At Her Service |
| pornve.com | Brazzers | https://pornve.com/miv9r7a5f4wg/Marilyn_Mansion_Charles_Dera_-_Naughty_Trade_For_A_Good_Grade_-_Big_Tits_At_School.html | 2847241 - Naughty Trade for a Good Grade |
| pornve.com | Brazzers | https://pornve.com/mivuvm6v0sge/Mia_Li_-_Dick_Deep_In_The_Designer.html | 10858 - Dick Deep In The Designer |

| pornve.com | Brazzers | https://pornve.com/mj1fs16fu2u2/Young_Madison_Ivy_Creampied_Natural_Tits_Punishment_.html | 4307 - Don't Test Your Luck! |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/mj3ktzip5yj7/MikesAppartment_-_ohh_my_big_-_Amirah_Adara.html | 13879 - Ohh My |
| pornve.com | Brazzers | https://pornve.com/mj6kxdj7apnh/Angelina_Valentine_-_Stroking_That_Massive_Ego.html | 7757 - Stroking That Massive Ego |
| pornve.com | Brazzers | https://pornve.com/mj7jhnmpgy8h/Jade_Amber_-_The_Temptation_Of_Teen.html | 10472 - The Temptation Of Teen |
| pornve.com | Brazzers | https://pornve.com/mj83y9yz4aq2/Stacey_Saran_Sam_Bourne_-_Class_Jerk_-_Big_Tits_At_School.html | 2459694 - Class Jerk |
| pornve.com | Brazzers | https://pornve.com/mj8zythcsodb/Diamond_Foxxx_-_Cum_To_My_Yard_Sale.html | 9109 - Cum to My Yard Sale! |
| pornve.com | Brazzers | https://pornve.com/mjbm1vktk7p5/Memphis_Monroe_-_Special_Attention.html | 4009 - Special Attention |
| pornve.com | Brazzers | https://pornve.com/mjc36xgfjszb/Cathy_Heaven_-_Your_Wifes_a_Bitch_But_Im_A_Whore.html | 8122 - Your Wife's a Bitch but I'm a Whore |
| pornve.com | Brazzers | https://pornve.com/mjc4i74rz6wp/Natasha_Starr_-_ZZs_Got_Talent.html | 6985 - ZZ's Got Talent! |
| pornve.com | Brazzers | https://pornve.com/mjdrh144x093/Mason_Storm_Save_My_Son.html | 3991 - Save My Son Mr. Counsellor |
| pornve.com | Brazzers | https://pornve.com/mjed7mslxofa/Britney_Amber_-_On_The_Pole.html | 8333 - On The Pole |
| pornve.com | Brazzers | https://pornve.com/mjfqn0spmruc/Ella_Hughes_-_Oktoberfucked.html | 2917047 - Oktoberfucked |
| pornve.com | Brazzers | https://pornve.com/mjkyncyjx4yj/Italian_Anal_Whore_Big_Tits_big_Whore_.html | 9186 - Fuck My Loophole! |
| pornve.com | Brazzers | https://pornve.com/mjH43kr9r78g/Courtney_Cummz_-_Plumbers_Cleavage.html | 4543 - Plumber's Cleavage |
| pornve.com | Brazzers | https://pornve.com/mjo5hn5x0lmw/Bridgette_B_-_Two_For_One_Special.html | 3925183 - Two For One Special |
| pornve.com | Brazzers | https://pornve.com/mjqohz3wan9e/Sofia_Cucci_-_She_Wants_Big_Cock_And_She_Wants_It_Now.html | 8882 - She Wants Big Cock and She Wants It Now |
| pornve.com | Brazzers | https://pornve.com/mjr72998e5ib/Arietta_Adams_JMac_-_The_Annoying_Little_Sister_-_Teens_Like_It_Big_-_Brazzers.html | 3929043 - The Annoying Little Sister |
| pornve.com | Brazzers | https://pornve.com/mjtnq3qcw3as/Boxing_Babe_Sloan_Harper_January_20_2019_-_Brazzers_xxx_Full_video.html | 3110821 - Boxing Babe |
| pornve.com | Brazzers | https://pornve.com/mjyq2mhsoasq/Diamond_Foxxx_-_The_Customer_Gets_My_Tits.html | 5420 - The Customer Gets My Tits |
| pornve.com | Brazzers | https://pornve.com/mk1q48nhs8pm/Chloe_Cherry_Joseline_Kelly_-_Tickling_The_Ivories.html | 10811 - Tickling The Ivories |
| pornve.com | Brazzers | https://pornve.com/mk26cpkmj5pu/Superbang_My_Ass_Brazzers.html | 10489 - Superbang My Ass! |
| pornve.com | Brazzers | https://pornve.com/mk32crds0uba/Katana_Kombat_Oliver_Flynn_-_Katanas_Summer_Fling_-_Pornstars_Like_It_Big_-_Brazzers.html | 3609709 - Katana's Summer Fling |
| pornve.com | Brazzers | https://pornve.com/mk3w9xee8val/Kat_Dior_-_Ass_Safari.html | 2469570 - Ass Safari |
| pornve.com | Brazzers | https://pornve.com/mk7qi6211x39/Kristen_Scott_-_My_Moms_Boyfriends_Cock.html | 10532 - My Mom's Boyfriend's Cock |
| pornve.com | Brazzers | https://pornve.com/mk8nmtqnv1f9/Ava_Devine_-_Fisting_And_The_Asian_Persuasion.html | 4787 - Fisting and the Asian persuasion |
| pornve.com | Brazzers | https://pornve.com/mkc9bayeq1vf/Valentina_Nappi_-_2017_-_In_red_lingerie_-.html | 10655 - Don't Touch Her 5 |
| pornve.com | Brazzers | https://pornve.com/mkd4r2ulos40/Nikki_Rhodes_-_Not_Too_Young_For_A_Big_Cock.html | Teens Like it Big |
| pornve.com | Brazzers | https://pornve.com/mke8c8ofnp7p/Mr_Sheas_Summer_School.html | 10803 - Ms. Shea's Summer School |
| pornve.com | Brazzers | https://pornve.com/mkf1jqfahhe6/Teasing_Toes_Cristal_Caraballo_Bambino.html | 2362158 - Teasing Toes |
| pornve.com | Brazzers | https://pornve.com/mkfgfm2dn47x/Brazzers_-_Luna_Star_Let_Them_Eat_Ass.html | 2635925 - Let Them Eat Ass |
| pornve.com | Brazzers | https://pornve.com/mkft86jyhv60/Tasha_Reign_Cinderella_Meets_Her_Pricks_Charming.html | 7352 - Cinderella Meets Her Pricks Charming |
| pornve.com | Brazzers | https://pornve.com/mkg2eqgec7xh/Insatiable_MILF_Rachel_Starr_gets_fucked_by_her_husbands_son.html | 10626 - The Stepmom & The Graduate |
| pornve.com | Brazzers | https://pornve.com/mkhtu13t0wuy/mgb_20_03_22_bridgette_b_two_for_one_special.html | 3925183 - Two For One Special |
| pornve.com | Brazzers | https://pornve.com/mki165rnbe7k/Jillian_Janson_-_The_Ol_Ball_And_Chain.html | 10875 - The Ol' Ball And Chain |
| pornve.com | Brazzers | https://pornve.com/mki3fc4159em/Karmen_Karma_Xander_Corvus_-_Just_Count_To_Three_-_Doctor_Adventures_-_Brazzers.html | 3330593 - Just Count To Three |
| pornve.com | Brazzers | https://pornve.com/mkja2b0fv4qx/best_lesbian_sex_ever_you_seen.html | 10483 - Dirty Little Gamer |
| pornve.com | Brazzers | https://pornve.com/mkmobpmuaqg9/Anikka_Albrite_-_Once_In_A_Lifetime_Fuckpass.html | 8331 - Once in a Lifetime Fuckpass |
| pornve.com | Brazzers | https://pornve.com/mku6it4j0vs8/Rip_My_Yoga_Pants_Lylith_Laveys_Oiled_Booty_Takes_A_Big_Cock_.html | 9334 - Rip My Yoga Pants |
| pornve.com | Brazzers | https://pornve.com/mkvnl26m1bho/Autumn_Falls_-_Fall_Upon_A_Big_Cock.html | 3226128 - Fall Upon A Big Cock |
| pornve.com | Brazzers | https://pornve.com/ml33c61wuum/Britney_Amber_-_Anal_Sex_For_His_Birthday.html | 7536 - Anal Sex For His Birthday |
| pornve.com | Brazzers | https://pornve.com/ml350b9ktkeq/London_Keyes_-_Invading_Your_Priv-Assy.html | 5962 - Invading Your Priv-Assy |
| pornve.com | Brazzers | https://pornve.com/mlapqabeoqiv/Asa_Akira_-_Asas_Titty_Hair_Salon.html | 4707 - Asa's Titty Hair Salon |
| pornve.com | Brazzers | https://pornve.com/mldqe1kngezu/Phoenix_Marie_-_Doctor_Knows_Best.html | 9627 - Doctor Knows Best |
| pornve.com | Brazzers | https://pornve.com/mldqliky98ce/PornstarsLikeItBig_olivia_austin_rent_a_pornstar_how_to_make_a_porno.html | 3206858 - Rent-A-Pornstar: How To Make A Porno |
| pornve.com | Brazzers | https://pornve.com/mlgoax5hzebo/Cheats_wife_with_a_busty_milf.html | 2412434 - Mounted By My Mother-In-Law |
| pornve.com | Brazzers | https://pornve.com/mlhn2iconea5/Abella_Danger_-_Desert_Desires.html | 3425329 - Desert Desires |
| pornve.com | Brazzers | https://pornve.com/mljbgmbsh1v6/Rachel_Starr_Keiran_Lee_-_Stranger_Danger_Remastered_-_Dirty_Masseur_-_Brazzers.html | 7030 - Stranger Danger |
| pornve.com | Brazzers | https://pornve.com/mljldvpcsj11/Kiara_Mia_-_Youre_Busted_Now_Pound_Me.html | 5890 - You're Busted! Now Pound Me! |
| pornve.com | Brazzers | https://pornve.com/mlnlbgu0jwup/Massaging_Mrs_Alexander_Janice_Griffith_Monique_Alexander_Inked_Lesbians_.html | 9353 - Massaging Mrs.Alexander |
| pornve.com | Brazzers | https://pornve.com/mlpbcd0t2toy/NEW_Redhead_Ella_Hughes_And_Danny_D.html | 9608 - Good Boy |
| pornve.com | Reality Kings | https://pornve.com/mlsk4ymz49bc/MomsBangTeens_-_Cory_Chase_And_Bailey_Brooke_Naughty_Needs.html | 14589 - Naughty Needs |
| pornve.com | Brazzers | https://pornve.com/mlsznq5q10xd/Bet_You_Cant_Touch_Her_Boobs_BraZZers.html | 3314001 - Bet You Can't Touch Her Boobs! |
| pornve.com | Brazzers | https://pornve.com/mlwim9btgo6o/Nicole_Aniston_-_Diving_Into_Nicole.html | 7122 - Diving Into Nicole |
| pornve.com | Brazzers | https://pornve.com/mm3yfwipx5kx/Blake_Rose_-_Rose_Blows_Ramon.html | 6306 - Rose Blows Ramon |
| pornve.com | Brazzers | https://pornve.com/mm5dgsmtkkmk/Marie_McCray_-_The_Cheating_Test.html | Teens Like It Big Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/mm7luhyyu1q4/Brazzers-_Busty_nurse_Aubrey_Black_helps_patients_stuck_hard_on_.html | 10965 - All Backed Up |
| pornve.com | Brazzers | https://pornve.com/mmco8lcfdqwz/lil_humpers_amber_alena.html | 4416482 - Lost Lil Humper |
| pornve.com | Brazzers | https://pornve.com/mmcwuswwq55g/Jasmine_Webb_-_Lovin_That_Porno_Vibe.html | 7724 - Lovin' That Porno Vibe |
| pornve.com | Brazzers | https://pornve.com/mmhy75mg2bh4/Joanna_Angel_-_Hands_On_Joanna.html | 4074462 - Hands On Joanna |
| pornve.com | Brazzers | https://pornve.com/mmluh96wpbga/Ashley_Graham_-_Pros_and_Cunts.html | 7353 - Pros and Cunts |
| pornve.com | Brazzers | https://pornve.com/mmncr0xw1tq9/Eva_Ellington_-_My_Purity_Rings_For_Small_Cocks_Only.html | 4177 - My purity ring's for small cocks only |
| pornve.com | Brazzers | https://pornve.com/mmrozqx2gnrh/Anna_Bell_Peaks_-_Pharmacy_Fuckdown.html | 9108 - Pharmacy Fuckdown |

| pornve.com | Brazzers | https://pornve.com/mmvlss6zu1fo/Teanna_Trump_-_Were_Just_Wrestling_Mom.html | 8929 - We're Just Wrestling Mom |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/mn096zy3pdj3/Pure18_Happy_Dillion_Harper_HD_Porn_Videos_Spa.html | 8522 - Happy Dillion |
| pornve.com | Brazzers | https://pornve.com/mn1kx6jtj0xq/Teen_Mom_School_Slut_Stories_1.html | 8670 - Teen & Mom School Slut Stories Part One |
| pornve.com | Brazzers | https://pornve.com/mn1mzzzcg26a/Erica_Fontes_-_Goldfucker.html | 8891 - Goldfucker |
| pornve.com | Brazzers | https://pornve.com/mn1p6txk0122/Lylith_Lavey_-_Double_Dare_Ya.html | 7171 - Double Dare Ya |
| pornve.com | Brazzers | https://pornve.com/mn5kwdn5rf2t/Kendra_Spade_-_Artifucked.html | 3924804 - Artifucked |
| pornve.com | Brazzers | https://pornve.com/mnbuy6c7p6l3/Bailey_Brooke_-_Hot_Tits_In_A_Hot_Tub.html | 3115061 - Hot Tits in a Hot Tub |
| pornve.com | Brazzers | https://pornve.com/mne3svbggstt/Candice_Dare_-_Big_Wet_Bubble_Butt_Bath.html | 10488 - Big Wet Bubble Butt Bath |
| pornve.com | Brazzers | https://pornve.com/mngdsml7ksuj/Spencer_Scott_Vanessa_Veracruz_-_Ms_Boss.html | 6654 - Ms. Boss |
| pornve.com | Brazzers | https://pornve.com/mnguctqbwbo5/Brittany_Andrews_Nicolette_Shea_Jordi_El_Nino_Polla_-_Fucking_His_Way_Into_The_USA_-_Brazzers_Exxt.html | 3425095 - Fucking His Way Into the U.S.A |
| pornve.com | Brazzers | https://pornve.com/mnkii39iei9n/Brazzers_-_Amia_Miley_Pornstar_PR_Crisis_Management.html | 2676467 - Pornstar PR: Crisis Management |
| pornve.com | Brazzers | https://pornve.com/mnl3xlulb7jt/Riley_Evans_-_I_Love_Anal_In_The_Morning.html | 5547 - I Love Anal In The Morning |
| pornve.com | Brazzers | https://pornve.com/mnla6dk3nz5n/Mariah_Milano_Savanah_Gold_-_Disruptive_Nature.html | Big Tits at School Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/mnorfu6haw5f/HotAndMean_-_Lacy_Lennon_And_Evelyn_Claire_Jukebox_Showdown.html | 3869123 - Jukebox Showdown |
| pornve.com | Brazzers | https://pornve.com/mnpnfgdil8ys/Chanel_Preston_-_One_Lucky_Butler.html | 3314377 - One Lucky Butler |
| pornve.com | Brazzers | https://pornve.com/mo11uwpo8xa1/Aidra_Fox_Dahlia_Sky_Kissa_Sins_-_Sins_Life_-_Part_3.html | 8661 - Sins Life Part Three |
| pornve.com | Brazzers | https://pornve.com/mo2d22r7hjz6y/Brazzers_Worldwide_Paris_-_Episode_4.html | 5904 - Ep-4: Beau Temps a Marseille |
| pornve.com | Brazzers | https://pornve.com/mo4j4cz6w1td/Dillion_Harper_-_Fucking_Her_Friends_Daddy.html | 8370 - Fucking Her Friend's Daddy |
| pornve.com | Brazzers | https://pornve.com/mo56l5buinrh/Luna_Star_-_Look_At_Luna.html | 3924029 - Look At Luna |
| pornve.com | Brazzers | https://pornve.com/mo830mg2snhh/Britney_Amber_-_Teen_Heart_Throb.html | Teens Like It Big Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/mock22qm7vdm/Teal_Conrad_-_Slutty_Secretary.html | 7239 - Slutty Secretary |
| pornve.com | Brazzers | https://pornve.com/moe0uh76ey34/Danielle_Delaunay_-_Put_Your_Junk_In_My_Trunk.html | 7516 - Put Your Junk In My Trunk |
| pornve.com | Brazzers | https://pornve.com/moh1j6yq8jeo/Aubrey_Addams_-_Maligned_Date.html | 6323 - Maligned Date |
| pornve.com | Brazzers | https://pornve.com/mome3gsq1jm8/Bianca_Burke_-_Biancas_Bangin_Bod.html | 3769380 - Bianca's Bangin' Bod |
| pornve.com | Brazzers | https://pornve.com/motyj3fle1se/Katie_Morgan_-_Booty_Call_With_My_Bros_Mom.html | 2440411 - Booty Call With My Bro's Mom |
| pornve.com | Brazzers | https://pornve.com/mowfvokh5rhr/Isabelle_Deltore_-_Sex_Over_Stress.html | 2842593 - Sex Over Stress |
| pornve.com | Reality Kings | https://pornve.com/mp3q2ixpqgbt/Audrey_Miles_Disc_Golf_Dick_-_Milf_Hunter.html | 3452948 - Disc Golf Dick |
| pornve.com | Reality Kings | https://pornve.com/mp4x60q9btmz/WeLiveTogether_-_Valentina_Nappi_and_Luna_Star_Thrust_And_Lust.html | 14385 - Thrust And Lust |
| pornve.com | Brazzers | https://pornve.com/mp76n62g41u1/Sophie_Dee_-_The_Ass_Whisperer.html | 6505 - The Ass Whisperer |
| pornve.com | Brazzers | https://pornve.com/mpa3bhxxcone/Aspen_Rose_-_Our_Valedick-torian.html | 2432374 - Our Valedick-torian |
| pornve.com | Brazzers | https://pornve.com/mpc9t9qevdmu/Brazzers_-_Mom_Hands_Off_My_Boyfriend.html | 10571 - Mom  Hands Off My Boyfriend! |
| pornve.com | Brazzers | https://pornve.com/mpdmb610yox1/Breanne_Benson_-_A_Night_Of_Role_Play.html | 6610 - A Night of Role Play |
| pornve.com | Brazzers | https://pornve.com/mpgaxy74cwxc/Mason_Moore_-_Happy_New_Year.html | 5280 - Happy New Year |
| pornve.com | Brazzers | https://pornve.com/mpjr1gy8uhgl/Payton_West_-_Teacher_Knows_Breast.html | 8651 - Teacher Knows Breast |
| pornve.com | Brazzers | https://pornve.com/mplkxn96mls0/Helly_Mae_Hellfire_-_What_Could_Have_Been_In_Me.html | 6371 - What Could Have Been |
| pornve.com | Brazzers | https://pornve.com/mpoo8jb4w56u/Brazzers_Sweaty_Ass_Workout.html | 10064 - Sweaty Ass Workout |
| pornve.com | Brazzers | https://pornve.com/mpt6cya4j4i4/Lilly_Bell_Keiran_Lee_-_What_We_Had_Was_Special_-_Teens_Like_It_Big_-_Brazzers.html | 3722256 - What We Had Was Special! |
| pornve.com | Brazzers | https://pornve.com/mpufnkiday6u/Big_Tits_Mature_Rebecca_The_Anal_Nanny_33_Top_Rated_Porn_Video_Of_Today_57_Most_Played_Porn_Video_Of_Today_95_Top_Rated_Porn_Video_Of_Week.html | 7592 - Merry Pumpings's Nanny Service |
| pornve.com | Brazzers | https://pornve.com/mpvdrtarj4nw/Cindy_Dollar_-_A_Pussy_In_Need_Needs_A_Cock_Indeed.html | Big Tits at School Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/mpvwkjhbebgg/Alison_Tyler_-_Get_The_Picture_-_Brazzers.html | 9450 - Get The Picture? |
| pornve.com | Brazzers | https://pornve.com/mpwizrphv0vb/katana_kombat_it_takes_two_to_tango.html | 3648628 - It Takes Two To Tango |
| pornve.com | Brazzers | https://pornve.com/mpzkrqbjyga1/_Brazzers_-_Jordi_fucks_his_new_girlfriend_Jimena_and_her_stepmom_Amber_.html | 10596 - First Impressions |
| pornve.com | Brazzers | https://pornve.com/mq41hzppr3vl/Desiree_Dulce_Xander_Corvus_-_Pool_Shy_-_Baby_Got_Boobs_-_Brazzers.html | 3612494 - Pool Shy |
| pornve.com | Brazzers | https://pornve.com/mq461rrygg5x/Gabi_Gold_-_Laser-Focused_On_Cock.html | 3645410 - Laser-Focused On Cock |
| pornve.com | Brazzers | https://pornve.com/mq5ugz7umb45/_Barrazers_-_Sexy_Threesome_Mind_Big_titty_Richelle_Ryan_Kristen_Scott_.html | 11123 - Mind If Stepmom Joins You? |
| pornve.com | Brazzers | https://pornve.com/mr8rzzde0x3/Sofia_Rose_Disciplinary_Action.html | 3921778 - Disciplinary Action |
| pornve.com | Brazzers | https://pornve.com/mqaw2dyvx4r0/Ava_Addams_-_Double_Timing_Wife_-_Part_2.html | 8451 - Double Timing Wife: Part 2 |
| pornve.com | Brazzers | https://pornve.com/mqblnxd4vsme/Theres_A_Jordi_In_My_Bed_Kianna_Dior_Jordi.html | 10060 - There's A Jordi In My Bed |
| pornve.com | Brazzers | https://pornve.com/mqfg93as69as/Nicolette_Shea_-_Testing_Her_Concentration_-_2.html | 10755 - Testing Her Concentration 2 |
| pornve.com | Reality Kings | https://pornve.com/mqftnefs780j/DAREDORM_59_Maui_Wowie_1of2.html | Dare Dorm #16 |
| pornve.com | Brazzers | https://pornve.com/mqj801u94a39/Abella_Danger_Isiah_Maxwell_-_Seductress_In_Stockings.html | 4418046 - Seductress In Stockings |
| pornve.com | Brazzers | https://pornve.com/mqiqvind8whz/Molly_Bennett_-_Nymphomania.html | 6592 - Nymphomania! |
| pornve.com | Brazzers | https://pornve.com/mqkqj1sd3v7a/Alexis_Golden_-_I_Own_Your_Cock.html | 4559 - I Own Your Cock |
| pornve.com | Reality Kings | https://pornve.com/mqlw74yrfawx/MikeInBrazil_Pandora_Pantera_Panteras_Box.html | 14704 - Panteras Box |
| pornve.com | Brazzers | https://pornve.com/mqtv3yrv9n36/Kagney_Linn_Karter_-_Deez_Tits_For_President.html | 9287 - Deez Tits For President |
| pornve.com | Brazzers | https://pornve.com/mqxtc4ykvycd/Nika_Noire_-_Nika_Brings_Porn_To_A_Fans_House.html | 4848 - Nika Brings Porn To A Fans House |
| pornve.com | Reality Kings | https://pornve.com/mr1hxajomlfo/eli_reese_under_construction.html | 3462309 - Under Construction |
| pornve.com | Brazzers | https://pornve.com/mr3no8kmqavk/Leigh_Darby_-_Doctors_Orders.html | 7821 - Doctor's Orders |
| pornve.com | Reality Kings | https://pornve.com/mr413xil61tn/Amirah_And_Jordis_Vacation.html | 1922942 - Caught On Camera |
| pornve.com | Brazzers | https://pornve.com/mr8r6gzw6wi4/Holly_Halston_-_Freeze_Fucker_-_Brazzers.html | 8146 - Freeze |
| pornve.com | Brazzers | https://pornve.com/mr78r8maw6tr/Adriana_Chechik_-_Shut_Up_And_Fuck_Me.html | 3408181 - Shut Up and Fuck Me |
| pornve.com | Brazzers | https://pornve.com/mrc4g0csi46k/Tessa_Lane_-_Rate_My_Rack.html | 7022 - Rate My Rack |
| pornve.com | Brazzers | https://pornve.com/mrkk7h29j1fh/Veronica_Avluv_-_Deep_Inside_Veronica_Avluv.html | 5739 - Deep Inside Veronica Avluv |

| | | | | |
|---|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/mrrx9889dbdk/_Brazzers_-_Cherie_Deville_gets_her_ass_plowed_and_titties_fucked_outdoors_.html | 11028 - Cosplay With My Ass | |
| pornve.com | Brazzers | https://pornve.com/mrvgitkrd0q3/Nicole_Aniston_-_Trapped_And_Fucked.html | 9785 - Trapped And Fucked | |
| pornve.com | Brazzers | https://pornve.com/mry3n8d797j3/Anissa_Kate_-_Not_Here_For_The_Coffee.html | 3983735 - Not Here For The Coffee | |
| pornve.com | Brazzers | https://pornve.com/ms1chez20oeu/Kayla_Green_Toying_Around_With_My_Step_Mom.html | 10743 - Toying Around With My Step Mom | |
| pornve.com | Brazzers | https://pornve.com/ms41nz0mjxay/Vienna_Black_-_Scrubbing_His_Stress_Away.html | 3226118 - Scrubbing His Stress Away | |
| pornve.com | Brazzers | https://pornve.com/mscttjf95ueq/Memphis_Monroe_-_Busty_Fuckerella.html | 4138 - Fuckerella | |
| pornve.com | Brazzers | https://pornve.com/msd4eox7waz0/Nikki_Sexx_-_Feel_The_Gush.html | 7375 - Feel the Gush | |
| pornve.com | Brazzers | https://pornve.com/msdy52p628x0/Emma_Leigh_Jasmine_Jae_Four_Hands_To_Jerk_The_Clerk_-_720p.html | 7644 - Four Hands to Jerk the Clerk | |
| pornve.com | Brazzers | https://pornve.com/mseyza0mfo6i/Alexis_Fawx__Romi_Rain_Pervert_In_The_Park_Mommy_Issues_4.html | 10286 - Pervert In The Park | |
| pornve.com | Brazzers | https://pornve.com/msjn2ckewx52/Ivana_Sugar_-_Euro_Squirt_Master.html | 7141 - Euro Squirt Master | |
| pornve.com | Brazzers | https://pornve.com/mskkeaw2trvx/Kenzie_Reeves_Danny_D_-_Piped_Down_-_Brazzers_Exxtra_-_Brazzers.html | 3868604 - Piped Down | |
| pornve.com | Brazzers | https://pornve.com/msl4p2shrbk7/Dana_DeArmond_Rion_King_Secretly_Rubbed_In_The_Hot_Tub.html | 2365358 - Secretly Rubbed In The Hot Tub | |
| pornve.com | Brazzers | https://pornve.com/msmm3lkprrji/Mia_Li_Dick_Deep_In_The_Designer.html | 10858 - Dick Deep In The Designer | |
| pornve.com | Brazzers | https://pornve.com/msmsa1eqbjt7/Eva_Angelina_-_Hes_Got_The_Touch.html | 6334 - He's Got The Touch | |
| pornve.com | Brazzers | https://pornve.com/msngnxptwyy2/MJ_Fresh_-_Its_Just_Wrestling.html | 3925299 - It's Just Wrestling | |
| pornve.com | Brazzers | https://pornve.com/msoe1j7pjcz1/Diamond_Foxxx_-_Doctor_Feet_Fucker.html | 9118 - Doctor Feet Fucker | |
| pornve.com | Brazzers | https://pornve.com/msp6vlb5cdxz/Alexis_Texas_-_A_Texas-Sized_Massage.html | 6194 - A Texas-Sized Massage | |
| pornve.com | Brazzers | https://pornve.com/msroclo3kkpn/Alison_Tyler_Phoenix_Marie_-_Ski_Hill_Slut_Emergency.html | 7915 - Ski Hill Slut Emergency | |
| pornve.com | Brazzers | https://pornve.com/msul86ogn55y/Kat_Dior_Xander_Corvus_-_Nailed_In_Nylons_-_Big_Wet_Butts_-_Brazzers.html | 3042376 - Nailed In Nylons | |
| pornve.com | Reality Kings | https://pornve.com/msx1h2sw282r/RKPrime_17_03_02_Blue_Angel_Ballet_And_Cock_XXX_-KTR.html | 15388 - Ballet And Cock | |
| | | | | |
| pornve.com | Brazzers | https://pornve.com/msx7o5awvcqw/published_on_2_days_ago_alex_blake_alex_blake_the_best_distractionfull_distraction.html | 10442 - The Best Distraction | |
| pornve.com | Brazzers | https://pornve.com/msxhv8ne1n8a/_Let_Me_Teach_You_-_Brazzers_.html | 9743 - Let Me Teach You | |
| pornve.com | Brazzers | https://pornve.com/mt0g8k047dpl/Ashley_Graham__Zoey_Monroe_-_Squirt_Factor.html | 7811 - Squirt Factor | |
| pornve.com | Brazzers | https://pornve.com/mt5olrs0toy8/ZZ_Lemonade_Aidra_Fox.html | 9766 - ZZ Lemonade: Aidra Fox | |
| pornve.com | Brazzers | https://pornve.com/mt9u4k8z10pp/Chessie_Kay_-_Sperminate-Her.html | 8700 - Sperminate-Her | |
| pornve.com | Brazzers | https://pornve.com/mtafw5wow45y/Alexia_Vosse_-_Superbang_Sunday.html | 9852 - Domingo de SÃ"per Cogidas | |
| pornve.com | Brazzers | https://pornve.com/mtc0k87dyzst/Julia_Ann_-_Two_Bangz_vs_Nancy.html | 8753 - Two Bangz vs Nancy | |
| pornve.com | Brazzers | https://pornve.com/mtc6ghjvuw4r/Abby_Lee_Brazil_Brandi_Love_-_The_Tramp.html | 8270 - The Tramp | |
| pornve.com | Brazzers | https://pornve.com/mtghtcy6oaq2/Mandy_Muse_-_All_Roads_Lead_To_Sex_-_Part_1.html | 8344 - All Roads Lead to Sex: Part One | |
| pornve.com | Brazzers | https://pornve.com/mtnregcbbx4a/Brazzers_House_3_-_Episode_6.html | 3043388 - Brazzers House 3: Finale | |
| pornve.com | Brazzers | https://pornve.com/mtpniw8lc306/Elaina_Rae_-_Parental_Control.html | 6124 - Parental Control | |
| pornve.com | Brazzers | https://pornve.com/mtvo61o955xv/Phoenix_Marie_-_Doctor_Orgasm.html | 5849 - Doctor Orgasm | |
| pornve.com | Brazzers | https://pornve.com/mtw1n3pl81px/Tarra_White_-_Spies_In_Disguise.html | 7593 - Spies in Disguise | |
| pornve.com | Brazzers | https://pornve.com/mtzrsvpj14p5/Syren_De_Mer_-_My_Three_Stepsons.html | 10152 - My Three Stepsons | |
| pornve.com | Brazzers | https://pornve.com/mu3stbaqf3pw/Cali_Carter_-_My_Boss_And_My_Wife.html | 10756 - My Boss And My Wife | |
| pornve.com | Brazzers | https://pornve.com/mud0mwqobp9u/Angela_White_Johnny_Sins_-_Anatomy_Of_A_Sex_Scene_-_Pornstars_Like_It_Big_-_Brazzers.html | 3222239 - Anatomy Of A Sex Scene | |
| pornve.com | Brazzers | https://pornve.com/muejwrnbngcjx/Sarah_Vandella_-_Her_First_Big_Sale.html | 10525 - Her First Big Sale | |
| pornve.com | Brazzers | https://pornve.com/mufkd67k1r22/Waiting_On_Her_Ass_Sienna_Day_Jordi_El_Nio_Polla.html | 11101 - Waiting On Her Ass | |
| pornve.com | Brazzers | https://pornve.com/muhef7cgryfo/Lela_Star_-_The_Trampoline_Tramp.html | 2893551 - The Trampoline Tramp | |
| pornve.com | Brazzers | https://pornve.com/mumh7p5s9zre/Kacey_Jordan_Kara_Novak_-_Blonde_Beach_Brats_Get_Blasted.html | 4079 - Blonde Beach Brats Get Blasted | |
| | | | | |
| pornve.com | Brazzers | https://pornve.com/mun6t0zaz7cf/Kendra_Spade_Alex_Legend_-_Magna_Cum_Loudly_-_Big_Tits_At_School_-_Brazzers.html | 3308593 - Magna Cum Loudly | |
| pornve.com | Brazzers | https://pornve.com/muq2t1ivrsnw/Bridgette_B_-_Starting_The_New_Year_With_A_Bang.html | 4483 - Starting The New Year With A Bang | |
| pornve.com | Brazzers | https://pornve.com/muwgjx3vcomc/Karlee_Grey_-_A_Bottom_Bunk_Banging.html | 10021 - A Bottom Bunk Banging | |
| | | | | |
| pornve.com | Brazzers | https://pornve.com/muxo5o890dkh/Whitney_Wright_Xander_Corvus_-_Tire_My_Ass_Out_-_Brazzers_Exxtra_-_Brazzers.html | 2842428 - Tire My Ass Out | |
| pornve.com | Brazzers | https://pornve.com/muy13hzvppcb/Michelle_Thorne_-_Fucking_The_Invisible_Man.html | 9586 - Fucking The Invisible Man | |
| pornve.com | Brazzers | https://pornve.com/mv1tyykzdvfw/Cherie_Deville_-_Fucking_Millennials.html | 2359078 - Fucking Millennials! | |
| pornve.com | Brazzers | https://pornve.com/mv1u0obqpajx/disciplined_dicking_tommie_jo_jordi_el_nino_polla.html | 3318151 - Disciplined Dicking | |
| pornve.com | Brazzers | https://pornve.com/mv231h4g44c4/Luna_Star_-_Low_Ride_Her.html | 2676459 - Low Ride Her | |
| pornve.com | Brazzers | https://pornve.com/mv25gq9cr6oj/Kagney_Linn_Karter_-_Hot_Bothered_Horny.html | 10110 - Hot Bothered & Horny | |
| pornve.com | Reality Kings | https://pornve.com/mv2k09pda8c0/BigNaturals_-_Keisha_Grey_What_A_Bust.html | 1883525 - what_a_bust | |
| pornve.com | Brazzers | https://pornve.com/mv3zicleg8qd/Anal_Is_Extra_Mercedes_Carrera_Jessy_Jones.html | 9305 - Anal Is Extra | |
| pornve.com | Brazzers | https://pornve.com/mv493w5ytqk0/Lola_Foxx_-_The_Doormans_Dick.html | 7714 - The Doorman's Dick | |
| pornve.com | Brazzers | https://pornve.com/mv7to6thktop/Jennifer_Dark_-_Rough_Romance.html | 4570 - Rough Romance | |
| pornve.com | Brazzers | https://pornve.com/mvcwlzkoao3h/Jessa_Rhodes_-_Picture_Perfect_Pussy.html | 10774 - Picture Perfect Pussy | |
| pornve.com | Brazzers | https://pornve.com/mvcx93e0gkpn/Kagney_Lynn_Karter_PAWG_Big_Ass.html | 7973 - At Home Booty | |
| pornve.com | Brazzers | https://pornve.com/mvjvzir2515/Britney_Stevens_-_One_Screwed_Up_Chick.html | Big Butts Like It Big 3 | |
| pornve.com | Reality Kings | https://pornve.com/mvjok07rbjxi/rkprime_19_07_15_abella_danger_grand_theft_moto.html | 3462295 - Grand Theft Moto | |
| pornve.com | Brazzers | https://pornve.com/mvo7oo86xpwo/Anya_Ivy_-_Its_Raining_Anya.html | 2413568 - It's Raining Anya | |
| | | | | |
| pornve.com | Brazzers | https://pornve.com/mvojzewqauf1/TeensLikeItBig_17_03_03_Kimmy_Granger_Fucking_The_Family_Friend_XXX_-KTR.html | 10501 - Fucking the Family Friend | |
| pornve.com | Brazzers | https://pornve.com/mvp74jz0zmk4/Leigh_Darby_Mommy_Got_Boobs_Big_Tits_Big_Cock_C.html | 7824 - Drilling Miss Darby | |
| pornve.com | Brazzers | https://pornve.com/mvtpxbolgzqe/Austin_Kincaid_-_Sex_Toy_Expert.html | Mommy Got Boobs | |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/mvvirw7pc07z/Nicolette_Shea_-_Cock_Hungry_Cowgirl.html | 11202 - Cock Hungry Cowgirl |
| pornve.com | Brazzers | https://pornve.com/mvvt4kxqfoya/Honey_Demon_Raul_Costa_Honeys_Horny_Home_Workout_Brazzers_Exxtra_Brazzers.html | 4418839 - Honey's Horny Home Workout |
| pornve.com | Brazzers | https://pornve.com/mvwmhcs9g4eg/April_ONeil_Daisy_Cruz_-_Big_Tits_In_Field_Hockey.html | 5398 - Big Tits In Field Hockey |
| pornve.com | Brazzers | https://pornve.com/mvyf&qzf3vra/Abella_Danger_-_Stalkfucking.html | 3960133 - Stalkfucking |
| pornve.com | Brazzers | https://pornve.com/mvzr29u9fkwm/Gianna_Nicole_-_Come_Home_To_Bone.html | 8294 - Come Home To Bone |
| pornve.com | Brazzers | https://pornve.com/mw09wq36i0sc/Cassidy_Klein_Chanel_Preston_-_The_Wettest_Dream.html | 9673 - The Wettest Dream |
| pornve.com | Brazzers | https://pornve.com/mw52p2yo7p7x/Capri_Cavanni_-_Gymnast_Tits.html | 8273 - Gymnast Tits |
| pornve.com | Brazzers | https://pornve.com/mw5qdv7uqmid/Blonde_Hot_Handjob_Masturbation_.html | 5704 - Cup of Ho |
| pornve.com | Brazzers | https://pornve.com/mwcvmw1a1mue/RealWifeStories_Teagan_Presley.html | 11072 - Sister Swap: Part 2 |
| pornve.com | Brazzers | https://pornve.com/mwjj0wjr5puz/Brandi_Love_-_Keiran_Appreciates_Brandi.html | 2444722 - Keiran Appreciates Brandi |
| pornve.com | Brazzers | https://pornve.com/mwkf0ckce691/Alanah_Rae_Katie_Kox_-_The_Switcheroo.html | 4127 - The Switcheroo |
| pornve.com | Brazzers | https://pornve.com/mwktffu2zqqd/Lela_Star_-_Crime_Scene_Cock.html | 3111010 - Crime Scene Cock |
| pornve.com | Brazzers | https://pornve.com/mwlfrh7tu6gr/Aletta_Ocean_Madison_Ivy_vPorn.html | 4094277 - Best Of Brazzers: Madison Ivy |
| pornve.com | Brazzers | https://pornve.com/mwn2iu7r53t7/Nina_Milano_Keiran_Lee_-_A_Fair_Deal_-_Real_Wife_Stories_-_Brazzers.html | 3768089 - A Fair Deal |
| pornve.com | Brazzers | https://pornve.com/mwn7w5wtbs78/Aleksa_Nicole_-_Penis_Advisor.html | 6453 - Penis Advisor |
| pornve.com | Reality Kings | https://pornve.com/mwonqrkwjbcq/Kaci_Lynn_-_Hot_Teen_Next_Door_25_2015.html | 12367 - Wet And Willing |
| pornve.com | Brazzers | https://pornve.com/mwqna51ld3t2/Cherie_Deville_-_My_Wifes_Boss.html | 9177 - My Wife's Boss |
| pornve.com | Brazzers | https://pornve.com/mwsktfxffb4l/Summer_Brielle_-_Pornstars_Anonymous.html | 8791 - Pornstars Anonymous |
| pornve.com | Brazzers | https://pornve.com/mwxr0stw3k4c/Charlee_Monroe_-_Play_All_Day_Fuck_All_Night.html | 7024 - Play All Day Fuck All Night |
| pornve.com | Reality Kings | https://pornve.com/mx1m91p5ioqg/Hot_fit_babes_mandy_muse_and_abella_danger_take_their_coachs_cock.html | 1853764 - Groupist 2 |
| pornve.com | Brazzers | https://pornve.com/mx6t70s6k6cx/Lexi_Belle_-_The_BIG_Secret.html | Teens Like it Big |
| pornve.com | Brazzers | https://pornve.com/mx7fcmoghvp/Madison_Scott_-_Throwing_Balls_At_Her_Cans.html | 4793 - Throwing Balls At Her Cans |
| pornve.com | Brazzers | https://pornve.com/mx7q5j8wdn7a/Codi_Bryant_-_Nursing_Nookie.html | 8326 - Nursing Nookie |
| pornve.com | Brazzers | https://pornve.com/mxen8wxhgmq8/Adriana_Chechik_-_Free-Flowing_Fuck.html | 3456819 - Free-Flowing Fuck |
| pornve.com | Brazzers | https://pornve.com/mxo9cqqkosj6/Audrey_Show_-_Hit_The_Shower_Sins.html | 8872 - Hit The Shower  Sins! |
| pornve.com | Brazzers | https://pornve.com/mxokgqj1w2gq/Desiree_Night_Rachel_Starr_-_Getting_Ahead.html | 3456433 - Getting Ahead |
| pornve.com | Brazzers | https://pornve.com/mxq8ntznqv7w/Ava_Addams_-_Moms_Panty_Bandit.html | 10951 - Mom's Panty Bandit |
| pornve.com | Brazzers | https://pornve.com/mxr89y0pb3f3/Diamond_Foxxx_-_Diamonds_Bday_Gangbang.html | 6905 - Diamond's Bday Gangbang |
| pornve.com | Brazzers | https://pornve.com/mxriajve7b42/Rachel_Roxxx_Sexy_Secretary_Selfies.html | 9773 - Sexy Secretary Selfies |
| pornve.com | Brazzers | https://pornve.com/mxw75lojr496/Mia_Malkova_-_First_Comes_Love_Then_Comes_Anal.html | 8579 - First Comes Love  Then Comes Anal |
| pornve.com | Brazzers | https://pornve.com/my8e6aslqlac/Ava_Addams_Xander_Corvus_-_The_Package_-_Brazzers_Exxtra_-_Brazzers.html | 3226159 - The Package |
| pornve.com | Brazzers | https://pornve.com/myd7me0wybjw/Ariana_Marie_Nicole_Aniston_-_Yoga_Freaks.html | 10342 - Yoga Freaks: Episode Seven |
| pornve.com | Brazzers | https://pornve.com/mydrb6o5io76/Kissa_Sins_-_Sins_Life_-_Part_1.html | 8662 - Sins Life Part One |
| pornve.com | Reality Kings | https://pornve.com/myfm960cyn55/Money_Talks_project_runway.big.html | 8020 - Project Runway |
| pornve.com | Brazzers | https://pornve.com/myg7cenqtwpb/Jenaveve_Jolie_-_General_Juggz.html | 4716 - General Juggz |
| pornve.com | Brazzers | https://pornve.com/myi7vnl59sq8/Whitney_Wright_-_Tire_My_Ass_Out.html | 2842428 - Tire My Ass Out |
| pornve.com | Brazzers | https://pornve.com/myiwxvyxib3f/Brazzers_-_Ashley_Downs_and_Emma_Leigh_share_Jordis_dick_in_class_.html | 10120 - Big Tits In History: Part 3 |
| pornve.com | Brazzers | https://pornve.com/mylhiwp56bof/Tiffany_Rain_Mommy_Issues_P2.html | 10541 - Mommy Issues: Part 2 |
| pornve.com | Brazzers | https://pornve.com/myp2vygwtdr9/Avy_Scott_Jayden_Jaymes_-_Old_Screwl.html | 3992 - Old Screwl |
| pornve.com | Reality Kings | https://pornve.com/myz6w62q3hru/Shalina_Devine_Milf_Hunter.html | 2991649 - Budapuss |
| pornve.com | Reality Kings | https://pornve.com/myzki6ani8y2/Lacy_Lennon_Small_Hands_-_Operatic_Warm_Up_-_Look_At_Her_Now_-_Reality_Kings.html | Look At Her Now |
| pornve.com | Brazzers | https://pornve.com/mz4478g3jgbl/Big_Tits_Sexy_Boobs_Alanah_Rae_Gets_Demolisheddd_Big_Tits_Big_Ass_Cumshot_Hardcore.html | 4968 - Stock Broker  Cock Smoker |
| pornve.com | Brazzers | https://pornve.com/mz4pm5fj43ox/Nika_Noire_-_Back_Straight_Tits_Out.html | 3975 - Back Straight  Tits Out |
| pornve.com | Brazzers | https://pornve.com/mzbqzwzwz05m/Francesca_Le_Holly_Halston_-_Anus_A_Nice_Day.html | 5728 - Anus A Nice Day? |
| pornve.com | Brazzers | https://pornve.com/mzeb0f7no2e2/Jayden_Jaymes_Full_Anal_Tuneup.html | 5857 - Full Anal Tune-UP |
| pornve.com | Brazzers | https://pornve.com/mzeqs3rdgoiq/Wanted_Fucked_Or_Alive_-_Part_1.html | 2990596 - Wanted Fucked Or Alive: Part 1 |
| pornve.com | Brazzers | https://pornve.com/mzg0ue2k2f8w/Brazzers_I_want_it_harder_watch_online_for_free_Brazzers_Big_Butts_Like_It_Big_2018_Lisa_Ann.html | 2945388 - I Want It Harder! |
| pornve.com | Brazzers | https://pornve.com/mzkrguyjk6oe/Brazzers_-_Tia_Cyrus_Cumpany_Lunch.html | 2635924 - Cumpany Lunch |
| pornve.com | Brazzers | https://pornve.com/mzmh12c54dds/Lena_Paul_Alex_Legend_-_The_Maids_Dirty_Secret_-_Brazzers_Exxtra_-_Brazzers.html | 3278969 - The Maid's Dirty Secret |
| pornve.com | Brazzers | https://pornve.com/mzsaaivkvfb4/Sensational_lesbians_will_make_you_cum.html | 10772 - Cum Like It's Hot |
| pornve.com | Brazzers | https://pornve.com/mzstgiv5820z/Anna_Bell_Peaks_Cory_Chase_Alex_D_Milfs_On_Vacation.html | 10380 - Milfs On Vacation: Part 2 |
| pornve.com | Brazzers | https://pornve.com/mztddtjqks7s/Monique_Alexander_Mya_Mays_-_A_Family_Affair_2_-_Part_3.html | 10544 - A Family Affair 2 - Part Three |
| pornve.com | Brazzers | https://pornve.com/mzxp87zgdte0/Ania_Kinski_Bad_Medicine.html | 11135 - Bad Medicine |
| pornve.com | Brazzers | https://pornve.com/n00295t94bop/Jade_Jantzen_-_She_Loves_Playing_With_Joysticks.html | 9246 - She Loves Playing With Joysticks |
| pornve.com | Brazzers | https://pornve.com/n01cxjrlwe39/Till_Cum_Do_Us_Part.html | 8241 - Till Cum Do Us Part |
| pornve.com | Brazzers | https://pornve.com/n0avoic25mps/Gia_Dimarco_Juelz_Ventura_-_The_Exs_Anal_Payback.html | 6885 - The Ex's Anal Payback |
| pornve.com | Brazzers | https://pornve.com/n0dv1bjjw9an/Jessa_Rhodes_Kimber_Woods_Lucas_Frost_-_Sex_With_My_Ex_-_Brazzers_Exxtra_-_Brazzers.html | 3768236 - Sex With My Ex |
| pornve.com | Brazzers | https://pornve.com/n0fgop3gjl833/Candy_Manson_-_Backdoor_Birthday.html | 5287 - Backdoor Birthday |
| pornve.com | Brazzers | https://pornve.com/n0hkmsrzxj61/Katie_Kox_-_Kox_Pick_Up.html | 3949 - Kox Pick Up |
| pornve.com | Reality Kings | https://pornve.com/n0io6yiiz5y7/Banging_Before_Breakfast_-_Tiffany_Watson_-_Reality_King.html | 2662599 - Banging Before Breakfast |

| pornve.com | Brazzers | https://pornve.com/n0red12zbraq/Monique_Alexander_-_Pornstar_In_The_Pool.html | 10010 - Pornstar In The Pool |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/n0t5z4v3006d/Cassidy_Banks__Gia_Milana_-_Slipping_Between_Sisters.html | 11125 - Slipping Between Sisters |
| pornve.com | Brazzers | https://pornve.com/n106wqubkp1s/Hot_big_tit_lesbians_fuck_with_strapon.html | 4973 - Open Your Fucking Mouth and Eat My Cunt |
| pornve.com | Brazzers | https://pornve.com/n1g5l208h1z/Alison_Star_-_Big_Tits_Cause_Injury.html | 4354 - Big Tits Cause Injury |
| pornve.com | Brazzers | https://pornve.com/n17jcyn5md6h/Brooklyn_Gray_-_Im_Your_Biggest_Fan.html | 3646854 - I'm Your Biggest Fan |
| pornve.com | Brazzers | https://pornve.com/n1dolnvlgq0s/Brazzers_-_Ms_Shea_shows_Tyler_how_anatomy_class_look_like_in_a_hard_way_.html | 10803 - Ms. Shea's Summer School |
| pornve.com | Brazzers | https://pornve.com/n1f26it6dd8i/Nina_Elle_-_Sitting_On_The_Sitters_Dick.html | 9431 - Sitting on the Sitter's Dick |
| pornve.com | Brazzers | https://pornve.com/n1ge9rdzkl3f/Luna_Star__Phoenix_Marie_-_Bite_Me.html | 11033 - Bite Me! |
| pornve.com | Brazzers | https://pornve.com/n1kzle7q4nli/Ava_Addams_-_Getting_Her_Beauty_Peep.html | 2842893 - Getting Her Beauty Peep |
| pornve.com | Brazzers | https://pornve.com/n1pjnj4b16g0/Elsa_Jean__Monique_Alexander_-_Pornisity.html | 2874520 - Pornisity |
| | | | |
| pornve.com | Brazzers | https://pornve.com/n1xddn6qk9px/Ryan_Conner_Xander_Corvus_-_Sneaky_Mom_3_-_Mommy_Got_Boobs_-_Brazzers.html | 3043520 - Sneaky Mom 3 |
| pornve.com | Brazzers | https://pornve.com/n20iod78754w/Jenna_Presley_-_Learnin_Pole_Tricks_For_cock_&_tips | 4314 - Learnin' pole tricks for cock & tips |
| pornve.com | Brazzers | https://pornve.com/n20y1rzcs9gd/Alena_Croft__Ariella_Ferrera_-_Real_Ex-Wives_Of_Beverly_Hills.html | 7942 - Real Ex-Wives Of Beverly Hills |
| pornve.com | Brazzers | https://pornve.com/n2142y2722ud/Tiffany_Mynx_-_Dick_Me_Detective.html | 6701 - Dick Me Detective |
| pornve.com | Brazzers | https://pornve.com/n23ggz8s0nmr/Veronica_Rodriguez_-_Squirting_All_Over_Her.html | 9536 - Squirting All Over Her |
| pornve.com | Brazzers | https://pornve.com/n23sem3yk8sr/Dylan_Riley_-_Mascot_Show_Me_Your_Moves.html | 4152 - Mascot' Show Me Your Moves |
| pornve.com | Brazzers | https://pornve.com/n28etb32oqx7/What_the_Client_Wants_the_Client_Gets_2.html | 10551 - What the Client Wants the Client Gets 2 |
| pornve.com | Brazzers | https://pornve.com/n29173nst8ph/Helly_Mae_Hellfire_-_Meet_Me_In_Milf_Alley.html | 8462 - Meet Me In Milf Alley |
| pornve.com | Brazzers | https://pornve.com/n2iniajd48q2/Jill_Kassidy_-_A_Mystic_Massage.html | 10761 - A Mystic Massage |
| pornve.com | Brazzers | https://pornve.com/n2lyf3xhy4xs/Jessa_Rhodes_-_House_Humping.html | 2639279 - House Humping |
| pornve.com | Brazzers | https://pornve.com/n2ml1kviu5pb/Lily_Labeau_-_The_Impatient_Patient.html | 10207 - The Impatient Patient |
| pornve.com | Brazzers | https://pornve.com/n2ousxwxxgb9/Eva_Notty__Gia_Paige_-_Prom_Pussy.html | 9595 - Prom Pussy |
| pornve.com | Brazzers | https://pornve.com/n2ovea8o8omp/Julie_Cash_-_Disciplining_The_School_Slut.html | 6007 - Disciplining the School Slut |
| pornve.com | Brazzers | https://pornve.com/n2p7devwb9i0/Lauren_Phillips_-_BDSM_Confidential.html | 2947146 - BDSM Confidential |
| pornve.com | Brazzers | https://pornve.com/n31q5fdpm6t5/Curvy_MILF_fucked_hard_at_office.html | 5041 - Fuck The Future Boss |
| pornve.com | Reality Kings | https://pornve.com/n353y9ikwn36/Money_Talks_taxi_cab_cumfessions_big.html | 8096 - Taxi Cab Cumfessions |
| pornve.com | Brazzers | https://pornve.com/n55f8ln1omn8/Desiree_Dulce_Jenna_Foxx_Seth_Gamble_-_Turning_Up_The_Heat_-_Real_Wife_Stories_-_Brazzers.html | 3723079 - Turning Up The Heat |
| pornve.com | Brazzers | https://pornve.com/n35r1tukr9d4/Vivie_Delamonico_-_Lightning_Rod.html | 4318 - Lightning Rod |
| pornve.com | Brazzers | https://pornve.com/n36hlbx898va/Chanel_Preston__Veruca_James_-_Nurse_A_Cock_In_Her.html | 10374 - Nurse A Cock In Her |
| | | | |
| pornve.com | Reality Kings | https://pornve.com/n3httur031f5/Autumn_Falls_Johnny_The_Kid_-_Just_A_Dip_-_Reckless_In_Miami_-_Reality_Kings.html | Reckless In Miami 2 |
| pornve.com | Brazzers | https://pornve.com/n3lvmw6ewbym/Aubrey_Addams__Chloe_Addison_-_After_School_Tit_Teasing_Lessons.html | 8155 - After School Tit Teasing Lessons |
| pornve.com | Brazzers | https://pornve.com/n3i39rt1la1f/Rachel_Starr_Stranger_Danger_Facial_Massagr.html | 7030 - Stranger Danger |
| pornve.com | Reality Kings | https://pornve.com/n3f6td2ne3a5/8thStreetLatinas_-_Alina_Lopez_Hot_Churro_For_Alina.html | 2286649 - Hot Churro For Alina |
| pornve.com | Brazzers | https://pornve.com/n3u3we2x6816/Veronica_Avluv_-_Fix_My_Cunt-Puter.html | 5805 - Fix My Cunt-puter |
| pornve.com | Brazzers | https://pornve.com/n3xb3i17n4d1/Adria_Rae__Casey_Calvert_-_Anal_Double_Dip.html | 3924026 - Anal Double Dip |
| pornve.com | Brazzers | https://pornve.com/n3y95q5ti6ih/Testing_The_Teacher_-_Jasmine_James__Danny_D.html | 9082 - Testing The Teacher |
| pornve.com | Reality Kings | https://pornve.com/n3zpg1cb1n5c/Money_Talks_the_rub_club_big.html | 8105 - The Rub Club |
| pornve.com | Brazzers | https://pornve.com/n427q2pmfdfa/Monique_Alexander_Ricky_Johnson_-_Wrong_Side_Of_The_Bed_-_Brazzers_Exxtra_-_Brazzers.html | 3877409 - Wrong Side Of The Bed |
| pornve.com | Reality Kings | https://pornve.com/n47sa2ibaery/CumFiesta_Zaya_Cassidy_Fresh_Meat_-_23_08_16.html | 14169 - Fresh Meat |
| pornve.com | Brazzers | https://pornve.com/n4gwevc97so2/Brazzers_Bad_Grades_Good_Girl | 10230 - Bad Grades  Good Girl |
| pornve.com | Reality Kings | https://pornve.com/n4mav129v579/GFRevenge_-_Clit_Licked.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/n4ogrju8ja1t/Kiara_Mia__Nina_Mercedez_-_Is_This_What_You_Mean.html | 6640 - Is This What You Mean? |
| pornve.com | Reality Kings | https://pornve.com/n4rabn7sxofn/BigNaturals_Nikki_Blake_Nasty_Nikki_13_07_2016.html | 14190 - Nasty Nikki |
| pornve.com | Brazzers | https://pornve.com/n4shb1omokeb/Double_Timing_Wife.html | 8685 - La Esposa que Juega a Dos Puntas |
| pornve.com | Brazzers | https://pornve.com/n4sobkumcvv9/Katrina_Jade_-_Day_With_A_Pornstar.html | 3878709 - Day With A Pornstar: Katrina Jade |
| pornve.com | Brazzers | https://pornve.com/n4xvauudccqm/Luna_Star_Johnny_Castle_-_Horny_For_The_Holidays_Part_3_-_Big_Butts_Like_It_Big_-_Brazzers.html | 3796498 - Horny For The Holidays: Part 3 |
| pornve.com | Brazzers | https://pornve.com/n50nazwcmmun/Angelica_Heart_-_How_To_Handle_Your_Students_101.html | 7007 - How To Handle Your Students: 101 |
| pornve.com | Brazzers | https://pornve.com/n5c68su9kaoj/Nikki_Benz_-_Nurse_Nikkis_House_Call.html | 10299 - Nurse Nikki's House Call |
| pornve.com | Brazzers | https://pornve.com/n5cerhmtvf82/Amia_Miley_-_She_Maid_Me_Cum.html | 9065 - She Maid Me Cum |
| pornve.com | Brazzers | https://pornve.com/n5fhw42w0amo/Crystal_Rush__Natalia_Starr_-_Couple_Cums_For_A_Massage.html | 10652 - Couple Cums For A Massage |
| pornve.com | Brazzers | https://pornve.com/n5flmpko39fo/India_Summer_-_The_Cougar_And_The_Virgin.html | 9299 - The Cougar And The Virgin |
| pornve.com | Reality Kings | https://pornve.com/n5llajl52o7y/MikesApartment_-_Canela_Skin_Sloppy_Squirting_Squatter.html | 2417985 - Sloppy Squirting Squatter |
| pornve.com | Reality Kings | https://pornve.com/n5pywfbu3po4/8thStreetLatinas_Sage_Axel_Big_Booty_Mami_-_02_12_2016.html | 12711 - Big Booty Mami |
| pornve.com | Brazzers | https://pornve.com/n5trrs7a0cge/Jayden_Jaymes_-_Another_Hard_Cock_at_the_Office_-_Brazzers.html | 8137 - Nurse Booty on Duty |
| pornve.com | Brazzers | https://pornve.com/n5u6s9mkd8h3/Amber_Nevada_-_Sexy_Sleepover.html | 9026 - Sexy Sleepover |
| pornve.com | Brazzers | https://pornve.com/n5vu2vuudmy/Luna_Star_-_Let_Them_Eat_Ass.html | 2635925 - Let Them Eat Ass |
| pornve.com | Brazzers | https://pornve.com/n63r6ow9brvg/Jennifer_Dark_-_Ultimate_Valentines_Day_Bitch.html | 4570 - Rough Romance |
| pornve.com | Reality Kings | https://pornve.com/n64bsxxfwq8y/CaptainStabbin_Aj_Applegate_Sierra_Sanders_Captain_Booty_european.html | 2526 - Captain Booty |
| pornve.com | Brazzers | https://pornve.com/n65zqibqrttg/Hungry_For_Spring_Breakers_-_Part_2.html | 3330891 - Hungry For Spring Breakers: Part 2 |
| pornve.com | Reality Kings | https://pornve.com/n6b304v7iiow/Alice_Wayne_Yanick_Shaft_-_All_Natural_Alice_-_Big_Naturals_-_Reality_Kings.html | 2812365 - All Natural Alice |
| pornve.com | Brazzers | https://pornve.com/n6rujz17xz9y/Abigail_Mac_Xander_Corvus_-_Body_Swap_-_Brazzers_Exxtra_-_Brazzers.html | 3924824 - Body Swap |

| pornve.com | Brazzers | https://pornve.com/n6wq9e5apniz/Holly_Halston_Pool_Sex.html | 7606 - Balls Deep In The Deep End |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/n7orpnsmpw0y/BrazzersExxtra_-_Cherie_Deville_The_Mad_Dr_Deville.html | 2655126 - The Mad Dr. Deville |
| pornve.com | Brazzers | https://pornve.com/n75ywoes1drv/Danielle_Derek_Tyler_Nixon_-_Writers_Cock_Block_-_Milfs_Like_It_Big_-_Brazzers.html | 3291100 - Writer's Cock Block |
| pornve.com | Brazzers | https://pornve.com/n784rk9xzclo/Simone_Peach_-_Plump_As_A_Peach.html | 5037 - Plump as a Peach |
| pornve.com | Brazzers | https://pornve.com/n786ho1sd5ar/Gaia_-_Fraternizing_With_The_Enemy.html | 6189 - Fraternizing With The Enemy |
| pornve.com | Brazzers | https://pornve.com/n7963ddtc3dy/HotAndMean_Gina_Valentina_Zara_Ryan_Field_Hockey_Babes_-_26_11_2016.html | 10251 - Field Hockey Babes |
| pornve.com | Brazzers | https://pornve.com/n79cpm1eq77k/Tiffany_Mynx_-_MILF_Huntress.html | 7113 - MILF Huntress |
| pornve.com | Brazzers | https://pornve.com/n7a7u4p7ep0r/My_Slutty_Stepmoms_Wedding.html | 10775 - My Slutty Stepmom's Wedding |
| pornve.com | Reality Kings | https://pornve.com/n7aj9oqiisa7/Rachel_Starr_-_I_Spy.html | 11222 - I Spy |
| pornve.com | Reality Kings | https://pornve.com/n7cr3ikmkg7o/Roxy_Nicole_Foxy_Roxy.html | 14586 - Foxy Roxy |
| pornve.com | Reality Kings | https://pornve.com/n7jkeagc4udn/Kayla_Carrera_Madison_Parker_-_Please_Me.html | 2767 - Please Me |
| pornve.com | Brazzers | https://pornve.com/n7mejqfntb65/Ryan_Conner_-_My_Friends_Fucked_My_Mom.html | 10371 - My Friends Fucked My Mom! |
| pornve.com | Brazzers | https://pornve.com/n7ojirioutwe/Christie_Stevens_-_Only_The_Best_For_My_Family.html | 3768124 - Only The Best For My Family |
| pornve.com | Brazzers | https://pornve.com/n7p76n9xjsg5/Diamond_Kitty_-_Big_Assed_Tenant_Gets_Fucked_By_Her_Landlord.html | 5385 - Big Assed Tenant Gets Fucked By Her Landlord |
| pornve.com | Brazzers | https://pornve.com/n7qd66obasx/Ivy_Lebelle_Renaissance_Fair_Fuck.html | 3111023 - Renaissance Fair Fuck |
| pornve.com | Brazzers | https://pornve.com/n7sno12fgp2h/Brynn_Tyler_Veronique_Vega_-_Splish-Splash_I_Am_Cleaning_Your_Crack.html | 3974 - Splish-Splash I Am Cleaning Your Crack |
| pornve.com | Brazzers | https://pornve.com/n7sw05xi7hax/Jezabel_Vessir_-_Jezabels_Sweet_Breasts.html | 8594 - Jezabel's Sweet Breasts |
| pornve.com | Brazzers | https://pornve.com/n82i4zrs8nhm/Brazzers_Live_-_37.html | 9663 - BRAZZERS LIVE 37: ALL ABOUT AVA |
| pornve.com | Brazzers | https://pornve.com/n831haqqhl3w/Lela_Star_-_Learning_The_Hard_Way.html | 7893 - Learning the Hard Way |
| pornve.com | Brazzers | https://pornve.com/n83nwa03nnpd/Ricki_White_-_Referee_This_Cock_In_Your_Ass_Bitch.html | Big Butts Like It Big 6 |
| pornve.com | Brazzers | https://pornve.com/n85womxi38ef/BrazzersExxtra_19_09_27_Kira_Noir_Twice_The_Fun_XXX.html | 3594601 - Twice The Fun |
| pornve.com | Brazzers | https://pornve.com/n89at00l0obx/Carmen_McCarthy_-_Boobers.html | 4424 - Boobers |
| pornve.com | Brazzers | https://pornve.com/n8egvsr88xuo/Gia_Dimarco_-_Marathon_Dong.html | 5231 - Marathon Dong |
| pornve.com | Brazzers | https://pornve.com/n8javvwfza0x/Ally_Kay_-_ShopGrifter.html | 5845 - ShopGrifter |
| pornve.com | Brazzers | https://pornve.com/n88ptuvr3wv/Peta_Jensen_-_World_War_XXX_Part_Three.html | 8656 - World War XXX Part Three |
| pornve.com | Brazzers | https://pornve.com/n8mqimtcdfko/Aleksa_Nicole_-_The_Great_Booty_Of_Aleksa.html | 8678 - The Great Booty of Aleksa |
| pornve.com | Brazzers | https://pornve.com/n8t9gx75i72g/Giselle_Palmer_Keiran_Lee_-_Slow_And_Sexy_-_Baby_Got_Boobs_-_Brazzers.html | 2871343 - Slow And Sexy |
| pornve.com | Brazzers | https://pornve.com/n907xb8858c4/Brazzers_-_Nerdy_assistant_Alice_Lighthouse_gets_pounded_by_a_student_.html | 9420 - From Dorky To Dick Fiend |
| pornve.com | Brazzers | https://pornve.com/n92ivyhw2gf2/Mandy_Muse_Xander_Corvus_-_Yoga_Freaks_Episode_Ten_-_Big_Butts_Like_It_Big_-_Brazzers.html | 3043514 - Yoga Freaks: Episode Ten |
| pornve.com | Brazzers | https://pornve.com/n93k23hbtcwn/Karlie_Montana_Capri_Cavanni_-_Steamy_Sex.html | 8305 - Sauna Submission |
| pornve.com | Brazzers | https://pornve.com/n961dpexi71x/mommy_got_boobs_brazzers_rachel_starr_alex_d_the_step_mom_the_graduate.html | 10626 - The Stepmom & The Graduate |
| pornve.com | Reality Kings | https://pornve.com/n97p08bzhbwl/Anina_Silk_Cathy_Heaven_No_Drawing_Penis.html | 15392 - No Drawing Penis |
| pornve.com | Brazzers | https://pornve.com/n9cx4j9987up/MommyGotBoobs_-_Veronica_Avluv_The_Other_Way_Around.html | 9466 - The Other Way Around |
| pornve.com | Brazzers | https://pornve.com/n9hd2u95v8b5/Isis_Love_-_Cougar_In_Need.html | 3940 - Cougar in Need |
| pornve.com | Brazzers | https://pornve.com/n9pzxl859eft/MilfsLikeItBig_Brazzers_Jasmine_Webb_-_Real_Estate_Milf.html | 9630 - Real Estate Milf |
| pornve.com | Reality Kings | https://pornve.com/n9v4jkfpn57x/MomsBangTeens_Piper_Perri_Cory_Chase_Piping_Piper_-_26_11_2016.html | 14329 - Piping Piper |
| pornve.com | Brazzers | https://pornve.com/n9uogtaxsfvg/katana_kombat_katanas_summer_fling.html | 3609709 - Katana's Summer Fling |
| pornve.com | Brazzers | https://pornve.com/n9vztz46o0od/Amber_Jade_-_Overcum.html | 3456846 - Overcum |
| pornve.com | Reality Kings | https://pornve.com/na2aer2h5nrs/Luna_Star_Brick_Danger_-_Vip_Booty_-_RK_Prime_-_Reality_Kings.html | 2572039 - Vip Booty |
| pornve.com | Brazzers | https://pornve.com/na5jetlkrib/Bonnie_Rotten_Tory_Lane_-_Battle_Of_The_Bitches.html | 8111 - Battle of the Bitches |
| pornve.com | Brazzers | https://pornve.com/nab881z88817/Angelina_Valentine_-_Two_In_The_Bush_And_In_The_Ass.html | 5571 - Two in the Bush...and in the Ass! |
| pornve.com | Brazzers | https://pornve.com/nadrifxd5kw9/Tory_Lane_-_Going_Once_Cumming_Twice.html | 9552 - Going Once  Cumming Twice |
| pornve.com | Brazzers | https://pornve.com/nagq3mbcbsgq/Kendra_Spade_Keiran_Lee_-_Bush_Is_Better_-_Real_Wife_Stories_-_Brazzers.html | 3122604 - Bush Is Better |
| pornve.com | Brazzers | https://pornve.com/naorqa3id1ue/Sydney_Hail_Keiran_Lee_-_Wont_You_Fuck_My_Husband_-_Milfs_Like_It_Big_-_Brazzers.html | 3291099 - Won't You Fuck My Husband? |
| pornve.com | Brazzers | https://pornve.com/naqet3v4vpmf/Juelz_Ventura_-_Masturbation_Is_The_Best_Medicine.html | 5351 - Masturbation is the Best Medicine |
| pornve.com | Brazzers | https://pornve.com/naxaq3w6rjgf/Brooklyn_chase_kl100517_1000.html | 11068 - The Mother Load |
| pornve.com | Brazzers | https://pornve.com/naz5sv0nomjr/Lennox_Luxe_-_Emergency_Titty_Fuck.html | 10166 - Emergency Titty Fuck |
| pornve.com | Brazzers | https://pornve.com/nazptu7bs6u9/Getting_It_Out_Of_Their_System_Rio_Lee.html | 8193 - Getting It Out Of Their Systems |
| pornve.com | Brazzers | https://pornve.com/nb115l3s8jm3/American_Whore_Story_-_Part_2.html | 8419 - American Whore Story Part Two |
| pornve.com | Brazzers | https://pornve.com/nb36igpnkkgy/Cherie_Deville_-_Got_MILF.html | 3648230 - Got MILF? |
| pornve.com | Brazzers | https://pornve.com/nb3ozfy1gucx/Sharing_A_Massage_Brazzers.html | 9258 - Sharing A Massage |
| pornve.com | Brazzers | https://pornve.com/nbdi4nzr1vot/Rachel_Starr_-_Rubbing_A_Cock_In_Her_Poon.html | 10526 - Rubbing A Cock In Her Poon |
| pornve.com | Brazzers | https://pornve.com/nbe1q9xubpql/Candy_Manson_-_Fuck_My_Bitchy_Boss.html | 6417 - Fuck My Bitchy Boss! |
| pornve.com | Brazzers | https://pornve.com/nbhj6i9wsh5f/Sybil_Stallone_-_Dicking_Around_The_Kitchen_Chores_-_Brazzers.html | 4419841 - Dicking Around The Kitchen Chores |
| pornve.com | Brazzers | https://pornve.com/nbliq5a4hb05/Ashton_Blake_-_Pimp_My_Mom_-_Brazzers.html | 9293 - Pimp My Mom! |
| pornve.com | Brazzers | https://pornve.com/nbo46cvi8y1i/Katie_Morgan_-_Hamilfton.html | 10507 - Hamilfton: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/nc0qdwj5ye4u/Krissy_Lynn_-_Whorey_Warden.html | 6867 - Whorey Warden |
| pornve.com | Brazzers | https://pornve.com/nc2cr6az581b/Veronica_Vice_-_Americas_Other_Pastime_Pounding_Pussy.html | 6976 - America's Other Pastime: Pounding Pussy! |
| pornve.com | Brazzers | https://pornve.com/nc4tfxyfl1ko/Big_Tits_Fistful_Of_Pussy.html | 5865 - Fistful Of Pussy |
| pornve.com | Brazzers | https://pornve.com/nc9lwlhi5jbb/August_Ames_-_Flexible_Fuckable_And_Dripping_Wet.html | 8017 - Flexible Fuckable and Dripping Wet |
| pornve.com | Brazzers | https://pornve.com/ncbtrkt9wtdq/Sativa_Rose_-_Fucking_Newlyweds.html | 7670 - Fucking Newlyweds! |
| pornve.com | Brazzers | https://pornve.com/nccxym903wgp/Karmen_Karma_Xander_Corvus_-_Flower_Pounder_-_Big_Wet_Butts_-_Brazzers.html | 2927873 - Flower Pounder |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/ncnnfiivv9wb/Athena_Faris_Keiran_Lee_-_These_Pipes_Are_Clean_-_Teens_Like_It_Big_-_Brazzers.html | 3408150 - These Pipes Are Clean |
| pornve.com | Brazzers | https://pornve.com/nco7h7grzoey/Blowjob_Big_Tits_MILF_Pornstar_Kendra_Lust.html | 9159 - Join The Lust Army |
| pornve.com | Brazzers | https://pornve.com/ncpvqf27o7iz/Brooke_Banner_And_Mckenze_Miles.html | 4778 - Tiny Dancers |
| pornve.com | Brazzers | https://pornve.com/ncr2wznofv01/Krissy_Lynn_-_Quiet_My_Boyfriend_Is_Cumming.html | 5213 - Quiet_My_Boyfriend_Is_Cumming |
| pornve.com | Brazzers | https://pornve.com/ncw7tixaf2sh/Mia_Malkova_-_Mia_Gets_Closer.html | 8785 - Mia Gets Closer |
| pornve.com | Brazzers | https://pornve.com/nd1r49st2ap9/Dana_Wolf_-_Game_Over_Man.html | 3796239 - Game Over Man! |
| pornve.com | Brazzers | https://pornve.com/nd3ld8hjfz8v/Austin_Taylor_-_Tits_Over_Training.html | 7154 - Tits Over Training |
| pornve.com | Brazzers | https://pornve.com/nd7d8knbxots/Giselle_Palmer_Sheridan_Love_Kyle_Mason_Cult_Of_Love.html | 11206 - Cult Of Love |
| pornve.com | Brazzers | https://pornve.com/nd7eu6j8rrr0/ZZSeries_19_08_20_Nicole_Aniston_BrazziBots_Uprising_Part_2_XXX.html | 3389419 - BrazziBots: Uprising Part 2 |
| pornve.com | Brazzers | https://pornve.com/nd7uhqywed0r/Holly_Halston_-_I_Love_Holly_Days.html | 4700 - Polly Want Some Pussy |
| pornve.com | Brazzers | https://pornve.com/ndgdp7tzb23h/Fira_Ventura_Leigh_Darby_-_Sneaky_Slut_Needs_To_Learn.html | 10312 - Sneaky Slut Needs To Learn |
| pornve.com | Reality Kings | https://pornve.com/ndjh7tdtps1l/Ryan_Smiles_Office_Fling_With_Big_Ass.html | 14430 - Office Fling |
| pornve.com | Brazzers | https://pornve.com/ndpvgoz7oyaa/Jayden_Jaymes_-_Big_Tits_In_Uniform_15_2015.html | 8275 - Campus Security |
| pornve.com | Brazzers | https://pornve.com/ndwxvf9o79mq/Aletta_Ocean_Game_Of_Thrones_Parody_XXX.html | 8996 - Storm Of Kings XXX Parody: Part 3 |
| pornve.com | Reality Kings | https://pornve.com/ne1pbnsvcp6l/Hot_Girl_In_Bathroom_Gets_Some.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/ne1xy2xkwbaf/_Calis_Special_Workout_-_Brazzers_.html | 10042 - Calis Special Workout |
| pornve.com | Brazzers | https://pornve.com/ne30wuisswse/Diamond_Foxxx_-_Mrs_Fortune.html | 5097 - Mrs Fortune |
| pornve.com | Brazzers | https://pornve.com/ne4sxhedky72/Carly_Rae_-_My_Boyfriend_Or_His_Brother.html | 10675 - My Boyfriend Or His Brother? |
| pornve.com | Brazzers | https://pornve.com/ne8f8awctf90/Veronica_Rayne_-_Motivating_The_Boss.html | Big Tits at Work Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/neaqxk6j3k71/1800_Phone_Sex_Line_7_Monique_Alexander27_01_2018.html | 11106 - 1 800 Phone Sex: Line 7 |
| pornve.com | Brazzers | https://pornve.com/neb00xalg9g0/Daya_Knight_-_Best_Jog_Ever.html | 10236 - Best Jog Ever |
| pornve.com | Brazzers | https://pornve.com/neb1d6wzj07p/Raquel_Devine_-_Celibacy_Not_In_My_House.html | 4626 - Celibacy!? Not In My House! |
| pornve.com | Brazzers | https://pornve.com/neb212xwxaox/Alyssa_Lynn_-_Cougar_Sighting.html | 9410 - Cougar Sighting |
| pornve.com | Brazzers | https://pornve.com/ned37sgokiaj/Madison_Chandler_-_18_Candles.html | 7273 - 18 Candles |
| pornve.com | Reality Kings | https://pornve.com/nefjuv90h10a/GFRevenge_Deep_in_it.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/nefn5dfgt9ll/Ana_Foxxx_Keiran_Lee_A_Big_Load_2.html | 2357068 - A Big Load 2 |
| pornve.com | Brazzers | https://pornve.com/neg4g79bd4lg/Savannah_Stern_-_To_Affair_Is_Human.html | 5334 - To Affair is Human... |
| pornve.com | Brazzers | https://pornve.com/nem4hwrt85ee/Brazzers_-_Bridgette_B_And_Karma_RX_Good_Cop_Bad_Girl.html | 2432358 - Good Cop Bad Girl |
| pornve.com | Brazzers | https://pornve.com/nemjy8y0v6pb/Pussy_O_Plomo_-_Part_3.html | 9622 - Pussy O Plomo: Part 3 |
| pornve.com | Brazzers | https://pornve.com/netk5qv60nd6/Ariella_Ferrera_-_Mother_Daughter_Mix_Up.html | 2914507 - Mother Daughter Mix Up |
| pornve.com | Brazzers | https://pornve.com/neyilcwddv4o/The_Pleasure_of_Business_Trips_Brazzers.html | 10595 - The Pleasure of Business Trips |
| pornve.com | Brazzers | https://pornve.com/nf03s49qz0yp/Emily_Parker_-_Referee_With_Big_Tits_Fucks_Player.html | 5393 - Referee With Big Tits Fucks Player |
| pornve.com | Brazzers | https://pornve.com/nf1fck4s3uq5/Cristi_Ann_-_So_You_Think_You_Can_Twerk_Too.html | 10121 - So You Think You Can Twerk Too? |
| pornve.com | Brazzers | https://pornve.com/nf1g523ny9y8/Jaclyn_Taylor_-_How_Do_I_Look.html | 9424 - How Do I Look? |
| pornve.com | Brazzers | https://pornve.com/nf6ijcq9nyvv/Lisa_Ann_Seduction_For_Sport.html | 3471695 - Seduction For Sport |
| pornve.com | Brazzers | https://pornve.com/nf9q0o316keq/DayWithAPornstar_-_Louise_Lee_Bubble_Bath_MILF_Sex_Day_With_A_Pornstar.html | 4417535 - Nicole's Bent Over Backwards |
| pornve.com | Brazzers | https://pornve.com/nfcs5cdpukvk/Jessa_Rhodes_Xander_Corvus_-_Pornstars_Are_Just_Like_Us_-_Pornstars_Like_It_Big_-_Brazzers.html | 2927871 - Pornstars Are Just Like Us! |
| pornve.com | Brazzers | https://pornve.com/nfcwww20q4bix/brand_new_nicole_aniston_6_most_played_porn_video_of_today_10_top_rated_porn_video_of_to_day_44_top_rated_porn_video_of_weekHOTTTT.html | 10474 - There's A Pornstar In My House |
| pornve.com | Brazzers | https://pornve.com/nfjziuoxnfixp/Mia_Malkova_Sami_J_-_Samis_Plaything.html | 8329 - Sami's Plaything |
| pornve.com | Brazzers | https://pornve.com/nfnhas91h3x1/Amber_Alena_-_Virile_Voyeur.html | 3221805 - Virile Voyeur |
| pornve.com | Brazzers | https://pornve.com/nfny3ji0dd0c/Lea_Lexis_-_Lexis_And_Os.html | 5843 - Lexis and O's |
| pornve.com | Brazzers | https://pornve.com/nftb4wee4qp4/Im_Ready_For_My_Facial_Mr_Nails_Diana_Prince_Scott_Nails.html | 4952 - I'm Ready For My Facial Mr. Nails |
| pornve.com | Reality Kings | https://pornve.com/nfw26pjagev8/Slip_It_In_4_S1_Flash_Pass_Sadie_Pop.html | 14354 - Flash Pass |
| pornve.com | Brazzers | https://pornve.com/nfw80f1p0ojx/Audrey_Bitoni_Brazzers_Big_Tits_At_Work.html | 4332 - Smoke Break |
| pornve.com | Brazzers | https://pornve.com/nfxis5bhd7bm/Madison_Ivy_Keiran_Lee_-_The_Mystique_Of_Madison_-_Brazzers_Exxtra_-_Brazzers.html | 3043527 - The Mystique Of Madison |
| pornve.com | Brazzers | https://pornve.com/ng4l8rws6hjm/Lela_Star_Nicolette_Shea_Keiran_Lee_-_I_Dont_Know_Her_-_Brazzers_Exxtra_-_Brazzers.html | 2676014 - I Don't Know Her |
| pornve.com | Brazzers | https://pornve.com/ng7ev6ksgvw6/Monique_Alexander_-_Jailhouse_Fuck.html | 10370 - Jailhouse Fuck Three |
| pornve.com | Brazzers | https://pornve.com/ngbgm7bslfhm/Nina_Elle_-_Panty_Raid.html | 8107 - Panty Raid |
| pornve.com | Brazzers | https://pornve.com/ngedaq2ddls9/Serena_Avary_-_Working_From_Home.html | 3651737 - Working From Home |
| pornve.com | Brazzers | https://pornve.com/nghgcrg6hpgp/PornstarsLikeItBig_-_Veronica_Avluv_The_Whore_In_The_Lot.html | 9584 - The Whore In The Lot |
| pornve.com | Brazzers | https://pornve.com/ngjvb547ulna/Sindy_Lange_-_Youre_All_Grown_Up_So_Lets_Fuck.html | 5940 - You're All Grown Up So Let's Fuck |
| pornve.com | Reality Kings | https://pornve.com/ngkfwdq349am/Real_Amateur_Amy_Faye_Clit_Licked.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/ngkmag32ilb2/Lexi_Belle_-_Daddys_Little_Slutty_Angel.html | 4545 - Daddy's Little Slutty Angel |
| pornve.com | Brazzers | https://pornve.com/ngmzime8t8nf/Briana_Blair_-_Virgin_Discoveries.html | 4752 - Virgin Discoveries |
| pornve.com | Brazzers | https://pornve.com/ngo6pko0sivz/Brenna_Sparks_-_Bunk_Bed_Bang.html | 10327 - Bunk_Bed_&_Bang |
| pornve.com | Brazzers | https://pornve.com/ngpvfcowidf2/BEST_NEW_Big_Tits_At_Work_Patty_Michova_March_2016.html | 9570 - The Window Watcher |
| pornve.com | Reality Kings | https://pornve.com/ngvpr82og3la/Episode_3_Bonding_Time_XXX_KTR_DailyPorn.html | We Live Together Season 1 |
| pornve.com | Brazzers | https://pornve.com/ngxlgmnyxu53/Family_psychologist_treats_married_guys_big_dick.html | 9627 - Doctor Knows Best |
| pornve.com | Brazzers | https://pornve.com/nh30w9u6ki53/Ashley_Fires_-_Mom_Wants_Hers.html | 9553 - Mom Wants Hers |
| pornve.com | Brazzers | https://pornve.com/nh3bzn2kljuy/Abbey_Brooks_-_Twinkle_Tits.html | 3951 - Twinkle Tits |
| pornve.com | Brazzers | https://pornve.com/nh7gw5knc3yx/Simone_Peach_-_Plump_As_A_Peach.html | 2368905 - Plump As A Peach |

| pornve.com | Brazzers | https://pornve.com/nh8ce8jj8g2q/Monique_Alexander_Danny_D_-_Dancing_Dirty_-_Brazzers_Exxtra_-_Brazzers.html | 3462262 - Dancing Dirty |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/nh9am0opvx1x/Ava_Addams_-_Affirmation_To_Tit_Formation.html | 3226133 - Affirmation to Tit Formation |
| pornve.com | Brazzers | https://pornve.com/nhazn8llj1nw/Threesome_Sleepover_2.html | 8172 - Spin The Dildo |
| pornve.com | Brazzers | https://pornve.com/nhcqkj7im5oj/Julia_De_Lucia_-_Worth_A_Fortune.html | 3723080 - Worth A Fortune |
| pornve.com | Brazzers | https://pornve.com/nhgmy9e2n2yu/Casca_Akashova_-_Im_Over_It.html | 3767194 - I'm Over It |
| pornve.com | Brazzers | https://pornve.com/nhh7cn8gj8e6/MilfsLikeitBig_Alexis_Fawx_Milf_Demands_Workout_Sex_2020.html | 4419518 - Milf Demands Workout Sex |
| pornve.com | Brazzers | https://pornve.com/nhmjlp4bxxbn/Syren_De_Mer_-_Mother_Of_The_Bride.html | 10904 - Mother Of The Bride |
| pornve.com | Brazzers | https://pornve.com/nhp5ejtlzu0u/Skyla_Novea_Xander_Corvus_Bath_Bomb_Booty.html | 11215 - Bath Bomb Booty |
| pornve.com | Brazzers | https://pornve.com/nhpw8unoanu8/Brazzers_-_Hot_psychology_doctor_Adriana_Chechik_make_her_patient_to_bow_.html | 11050 - Porn Preference Test |
| pornve.com | Brazzers | https://pornve.com/nhrbezbopaf5/Kayla_Paige_-_Film_Score.html | 5388 - Film Score |
| pornve.com | Brazzers | https://pornve.com/nhtafbnq8mst/Sandra_Romain_Franceska_Jaimes_-_Doubled_Up_Bubble_Butts.html | 7444 - Doubled Up Bubble Butts |
| pornve.com | Reality Kings | https://pornve.com/ni2chkwk7rgx/lily_carter_and_karina_white_precious_moment_240p.html | 8631 - Precious Moment |
| pornve.com | Brazzers | https://pornve.com/ni75i3wmmtjw/Jasmine_Jae_Monique_Alexander_Stella_Cox_-_Cock_Of_Duty.html | 10186 - Cock Of Duty: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/ni8tmnlr4ro5/Jenna_Reid_and_Maya_Bijou_Group.html | 10056 - Double Dare |
| pornve.com | Brazzers | https://pornve.com/nif2blw1th3r/Teens_Like_It_Big_Marsha_May_and_Nicole_Bexley.html | 9760 - Stepsibling Slumber Party |
| pornve.com | Brazzers | https://pornve.com/nir9q5r8tn/Princess_Paris_-_Dick-O-Gram.html | 2436836 - Dick-O-Gram |
| pornve.com | Brazzers | https://pornve.com/ninjd6hy4z5y/Payton_Preslee_-_Pounding_Paytons_Pussy.html | 3960014 - Pounding Payton's Pussy |
| pornve.com | Brazzers | https://pornve.com/nip0z0zh19zz/Rachel_Roxxx_-_Stepsister_Shares_The_Shower.html | 9268 - Stepsister Shares The Shower |
| pornve.com | Brazzers | https://pornve.com/nipqmzzv4anh/Brooke_Beretta_-_The_Temptation_Test.html | 10520 - The Temptation Test |
| pornve.com | Brazzers | https://pornve.com/niq3zf9xo6kp/phoenix_and_shyla.html | 5338 - Psycho Bitch: The Last Fucking Confrontation! |
| pornve.com | Brazzers | https://pornve.com/nir9d0v0nw5d/Nicole_Aniston_-_Girth_In_Her_Shell.html | 10504 - Girth In Her Shell: A XXX Parody |
| pornve.com | Reality Kings | https://pornve.com/nird8vknv01k/EuroSexParties_Rebecca_Volpetti_Vyvan_Hill_Creamy_And_Delicious_-_20_10_2016.html | 15005 - Creamy And Delicious |
| pornve.com | Brazzers | https://pornve.com/nirs5emvpxns/Aubrey_Addams_Chloe_Addison_-_After_School_Tit_Teasing_Lessons.html | 8155 - After School Tit Teasing Lessons |
| pornve.com | Brazzers | https://pornve.com/niuuw7ao8dl6/Lisa_Ann_-_Seduction_For_Sport.html | 3471695 - Seduction For Sport |
| pornve.com | Brazzers | https://pornve.com/nixbfkxdxfho/Die_Hardcore_2_Mia_Malkova.html | 11102 - Die Hardcore: Part 2 |
| pornve.com | Brazzers | https://pornve.com/nj4vwcnlvuu4/HALLOWEEN_PORNkemon_Go_All_of_them_gather_together.html | 10129 - Pornstar GO XXX Parody |
| pornve.com | Brazzers | https://pornve.com/nj6ojn7l9ju0/Sarah_Banks_-_Yoga_Freaks.html | 10581 - Yoga Freaks: Episode Eight |
| pornve.com | Brazzers | https://pornve.com/njgpiv5pn8ph/Cindy_Dollar_-_Another_Day_Another_Dollar.html | 5610 - Another Day Another Dollar |
| pornve.com | Brazzers | https://pornve.com/njjzcdp955pw/Rachel_Starr_-_Jump_Hump.html | 3960 - Jump & Hump |
| pornve.com | Brazzers | https://pornve.com/njrbmj81ca1r/Evelyn_Claire_-_Cock_For_Arts_Sake.html | 3456821 - Cock For Art's Sake |
| pornve.com | Brazzers | https://pornve.com/njtv1o5zhkbn/Kristal_Summers_-_Porn_Pusher.html | 6375 - Keiran Lee: Porn Pusher |
| pornve.com | Brazzers | https://pornve.com/njv6pjjsadsk/The_bride_gets_fucked_before_marriage.html | 9362 - Buttfuck The Bride |
| pornve.com | Brazzers | https://pornve.com/njw2zwiil187/Riley_Jenner_-_Smiley_Riley_and_Her_Double_Ds.html | 8867 - Smiley Riley and Her Double D's |
| pornve.com | Brazzers | https://pornve.com/nk0mj52ombgj/Jewels_Jade_-_Garden_Boy_Ploughs_Through_Wet_Pussy.html | 5802 - Garden Boy Ploughs Through Wet Pussy |
| pornve.com | Brazzers | https://pornve.com/nk4ypoebiitm/Aletta_Ocean_-_Love_At_First_Fuck.html | 8057 - Love at First Fuck |
| pornve.com | Brazzers | https://pornve.com/nk56mzfcg3e8/Luna_Kitsuen_-_Squirting_Show_And_Tell.html | 7655 - Squirting Show and Tell |
| pornve.com | Brazzers | https://pornve.com/nk8i8xajmvh8/Lela_Star_Nicolette_Shea_-_I_Dont_Know_Her.html | 2676014 - I Don't Know Her |
| pornve.com | Brazzers | https://pornve.com/nk975jgk3s5q/Kiara_Mia_Teagan_Summers_-_Aggressive_Retail_Dyke.html | 5022 - Aggressive Retail Dyke |
| pornve.com | Brazzers | https://pornve.com/nka12j4g37ys/Evelyn_Claire.html | 3456821 - Cock For Art's Sake |
| pornve.com | Brazzers | https://pornve.com/nkago43s89nt/Lily_Carter_-_Gushing_With_Passion.html | 7374 - Gushing With Passion |
| pornve.com | Brazzers | https://pornve.com/nkf0j4isqo9t/Madelyn_Marie_-_Nurse_Patient_Sex.html | 4686 - To The Souls Of Soldier's Past |
| pornve.com | Brazzers | https://pornve.com/nkgmvguwd4zs/Lexi_Luna_-_Neighborhood_Snatch_Committee.html | 3140130 - Neighborhood Snatch Committee |
| pornve.com | Brazzers | https://pornve.com/nkhfdo6xb0ny/Brittney_Banxxx_-_Rebound_Lay.html | 5502 - Rebound Lay |
| pornve.com | Brazzers | https://pornve.com/nknrt9t1w2lj/Cherie_Deville_Zach_Wild_-_Getting_Even_And_Getting_Laid_-_Milfs_Like_It_Big_-_Brazzers.html | 3829296 - Getting Even And Getting Laid |
| pornve.com | Reality Kings | https://pornve.com/nkuvatpxiveo/Delilah_Blue_-_My_Girl_Blue.html | 1844099 - my_girl_blue |
| pornve.com | Brazzers | https://pornve.com/nkvc9g0lsh59/My_Three_Stepsons_Syren_De_Mer.html | 10152 - My Three Stepsons |
| pornve.com | Brazzers | https://pornve.com/nkvibzp51rc9/Rachel_Roxxx_-_Practical_Prankster_Punishment.html | 8023 - Prankster Pussy |
| pornve.com | Brazzers | https://pornve.com/nkwlo089676x/Gia_Dimarco_-_Slutty_Recovery.html | 7080 - Slutty Recovery |
| pornve.com | Brazzers | https://pornve.com/nl1mffp1a7ap/Hime_Marie_-_Himes_Cleaning_House.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/nl4489xde3f9/Lexi_Belle_-_Filthy_Footjob_for_Room_Service.html | 7111 - Filthy Footjob for Room Service |
| pornve.com | Brazzers | https://pornve.com/nl6dhwl7fvy3/Brazzers_Knobbing_The_Naughty_Nurse_watch_online_for_free.html | 3221804 - Knobbing The Naughty Nurse |
| pornve.com | Brazzers | https://pornve.com/nl6uejxj6dow/Rachel_Starr_-_Ta-A-Thon.html | 5638 - Tit-a-thon |
| pornve.com | Brazzers | https://pornve.com/nl7pw3jeme6b/Hardcore_Massage_Ryan_Keely_Jelena_Jensen.html | 6607 - Hardcore Massage |
| pornve.com | Brazzers | https://pornve.com/nl9ecoqmjgkg/Diamond_Foxxx_-_My_Dates_Mom.html | 10322 - My Date's Mom |
| pornve.com | Brazzers | https://pornve.com/nlb8zw8pfg6a/BabyGotBoobs_Kylie_Page_40Bad_Babysitter_-_22_07_1641.html | 4094278 - Best Of Brazzers: Titty Tuesday |
| pornve.com | Brazzers | https://pornve.com/nlbrtis036y3/Madelyn_Marie_-_Lets_Treat_Your_Big_Dick_Disorder.html | Brazzers Doctor Adventures #6 |
| pornve.com | Brazzers | https://pornve.com/nld5pz5uy7ak/Ambers_Morning_Titjob_-_Amber_Alena_-_Day_With_A_Pornstar.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Reality Kings | https://pornve.com/nlempnxb86f/Alexis_Fawx_-_Pornstar_Protection_Program.html | 11034 - Pornstar Protection Program |
| pornve.com | Brazzers | https://pornve.com/nlghkm5abvc/Parker_Swayze_-_The_Blow_Job.html | 14492 - The Blow Job |
| pornve.com | Brazzers | https://pornve.com/nlkejz32fsgg/MilfsLikeItBig_17_04_10_Ariella_Ferrera_Cougar-In-Law_XXX_-KTR.html | 10572 - Cougar-In-Law |
| pornve.com | Brazzers | https://pornve.com/nllbqzesgcnd/Monica_Santhiago_-_Taking_A_Dip_In_Her_Ass.html | 4729 - Taking A Dip In Her Ass |
| pornve.com | Brazzers | https://pornve.com/nllhyfe94bgd/Eva_Angelina_Jenna_Ashley_-_This_Is_How_We_Work.html | 9304 - This Is How We Work |
| pornve.com | Brazzers | https://pornve.com/nlmg11y4u8wj/London_Keyes_-_Wish_Boner.html | 4994 - Wish Boner |
| pornve.com | Brazzers | https://pornve.com/nlqhgo3sljsn/Summer_Brielle_-_The_Trophy_Wife.html | 7627 - The Trophy Wife |

| pornve.com | Brazzers | https://pornve.com/nlrbiba9srxo/HOT_Alektra_Blue_Anal.html | 9617 - Swingers On Vacation: Part 2 |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/nlwb3upmyvnf/Katt_Garcia__Maserati_-_Thick_On_Thin.html | 10334 - Thick On Thin |
| pornve.com | Brazzers | https://pornve.com/nlyx3izy4756/Day_With_A_Pornstar_-_Ebony_Mystique_Big_Tits_Distraction_DayWithAPornstar.html | 4419466 - Francys Gets Wet In Yoga Pants |
| pornve.com | Brazzers | https://pornve.com/nlz2c6crb0q4/Portia_Paris_Mature_Woman_With_Big_Tits_Cheats_On_Her_Husband.html | 3983221 - The Naked Wife |
| pornve.com | Brazzers | https://pornve.com/nmfdhjtsh7ad/Alexia_Vosse_-_This_Young_Slut.html | 8620 - This Young Slut |
| pornve.com | Brazzers | https://pornve.com/nmf68w86ipeg/Dayna_Vendetta_-_If_Im_Fired_Youre_Fucked.html | 6569 - If I'm Fired... You're Fucked! |
| pornve.com | Brazzers | https://pornve.com/nm5ch0y8ei4/Tori_Black_-_Back_in_Black.html | 4529 - Back in Black |
| pornve.com | Brazzers | https://pornve.com/nm63iuaie953/April_ONeil__Mariah_Madysinn_-_Hotel_Cockpit.html | 5064 - Hotel Cockpit |
| pornve.com | Brazzers | https://pornve.com/nm669yc2uyoz/Principal_Photography_-_Brazzers_.html | 9633 - Principal Photography |
| pornve.com | Brazzers | https://pornve.com/nmajshtmndry/Karmen_Karma_-_Learning_Breaststroke.html | 2676462 - Learning Breaststroke |
| pornve.com | Brazzers | https://pornve.com/nmbitlgb3283/BigButtsLikeItBig_-_Lylith_Lavey_Hitched_And_Ditched_-_16_05_05.html | 9609 - Hitched And Ditched |
| pornve.com | Brazzers | https://pornve.com/nmmig14fc227/Erotic_Massage_Angela_White.html | 10592 - The Wrong Massage Feels So Right |
| pornve.com | Brazzers | https://pornve.com/nmvvlktwrz70/Tour_Of_London_Part_One_-_Madison_Ivy__Jasmine_Jae_-_Brazzer_Exxtra.html | 8561 - Tour Of London Part One |
| pornve.com | Brazzers | https://pornve.com/nmyuk5x7vj3w/Abigail_Mac_Isiah_Maxwell_Just_Dont_Fuck_The_Bosss_Daughter.html | 2353774 - Just Don't Fuck The Boss's Daughter |
| pornve.com | Brazzers | https://pornve.com/nm6s66bzaarb/He_Came_At_Night_-_Part_1.html | 2892715 - He Came At Night: Part 1 |
| pornve.com | Brazzers | https://pornve.com/nn3j5uzev71s/Valentina_Nappi_-_Clutching_Her_Pearls.html | 2414030 - Clutching Her Pearls |
| pornve.com | Brazzers | https://pornve.com/nn6ap8vdvghh/Amirah_Adara_-_Crazy_Ex_Car_Wash.html | 8987 - Crazy Ex Car Wash |
| pornve.com | Brazzers | https://pornve.com/nnfb2juhlr43/Alura_Jenson_The_Master.html | 4417985 - The Master |
| pornve.com | Reality Kings | https://pornve.com/nnloabggn409/Alix_Lynx_-_Reaching_Up.html | 15323 - Reaching Up |
| pornve.com | Brazzers | https://pornve.com/nnr0pywexo06/Anny_Aurora__Texas_Patti_-_Texas_Patti_And_Anny_Clean_Up.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/nns99n6paqbo/Katie_St_Ives_-_Nanny_Fanny.html | 7175 - Nanny Fanny |
| pornve.com | Brazzers | https://pornve.com/nnvh8rt3rce3/My_Boyfriend_Would_Never_Cheat_On_Me.html | 8295 - My Boyfriend Would Never Cheat On Me! |
| pornve.com | Brazzers | https://pornve.com/nnzs713rkht4/reverse_cow_girl_compilation_.html | 7465 - Womb Raider |
| pornve.com | Brazzers | https://pornve.com/no1gcf6kwa65/Hime_Marie_-_Forbidden_Fruit_Tastes_The_Sweetest.html | 3222219 - Forbidden Fruit Tastes The Sweetest |
| pornve.com | Brazzers | https://pornve.com/no21qm10bx2d/Sovereign_Syre_-_Sovereign_Blows_The_Party_Big_Time.html | 8335 - Sovereign Blows the Party Big Time |
| pornve.com | Reality Kings | https://pornve.com/no4ob4lc1ixi/Olivia_Austin_Produce_Aisle_Poonani_milf_fucking_in_super_market_by_stranger.html | 2433780 - Produce Aisle Poonani |
| pornve.com | Brazzers | https://pornve.com/no5fysyv98aj/Hailey_Young_-_Desperate_Times_Call_For_Naughty_Pleasures.html | Teens Like It Big Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/noabi75lzs3l/Ariella_Ferrera_-_Wet__Naughty_Sponge_Bath_Party.html | 9245 - Wet & Naughty Sponge Bath Party |
| pornve.com | Brazzers | https://pornve.com/nobn5e386ss0/bex_20_02_28_milly_marks_grinding_a_gamer.html | 3924168 - Grinding A Gamer |
| pornve.com | Brazzers | https://pornve.com/noqiwjcdi54o/Alexis_Monroe__Jessa_Rhodes_-_Picking_The_Perfect_Pussy.html | 7826 - Picking The Perfect Pussy |
| pornve.com | Brazzers | https://pornve.com/novwnas1s3e6/Liza_Del_Sierra_Danny_D_-_Giving_Him_The_Talk_-_Mommy_Got_Boobs_-_Brazzers.html | 3122768 - Giving Him The Talk |
| pornve.com | Brazzers | https://pornve.com/np1lnecbswvz/Ariella_Ferrera_Take_A_Seat_On_My_Dick_2.html | 3042339 - Take A Seat On My Dick 2 |
| pornve.com | Reality Kings | https://pornve.com/np20ivea2skr/Crystal_Rush_Justin_Hunt_-_Hot_Day_For_Anal_-_RK_Prime_-_Reality_Kings.html | 3222213 - Hot Day For Anal |
| pornve.com | Brazzers | https://pornve.com/npaqanmf1id6/BrazziBots_-_Part_1.html | 2972953 - BrazziBots: Part 1 |
| pornve.com | Brazzers | https://pornve.com/npc1szzaeno2/Lost_On_Vacation_San_Diego_Part_Two_Roni_Rain__Brick_Danger.html | 8387 - Lost On Vacation San Diego Part Two |
| pornve.com | Brazzers | https://pornve.com/npf41uodj698/Mya_Mayes_-_Milf_Wants_More.html | 7467 - Milf Wants More |
| pornve.com | Brazzers | https://pornve.com/npfscxc1wfkz/Jessica_Nyx_-_Beautiful_Aura_Wanna_Fuck.html | 6515 - Beautiful Aura Wanna Fuck ? |
| pornve.com | Brazzers | https://pornve.com/npiboyz1xa6j/Luna_Star_-_Luna_Rides_The_Pole_-_Day_With_A_Pornstar_-_Brazzers.html | 4074478 - Luna Rides The Pole |
| pornve.com | Brazzers | https://pornve.com/npl7x90nebf8/30_Minutes_3Some_Cumshot_Loads_In_HD_2_Chicks_1_Dick_Facial_Cumhot_Titty_Loads_Jiz zworld.html | 7879 - A MILF Role Model |
| pornve.com | Brazzers | https://pornve.com/npl8weqsc9xh/Athena_Faris_Noemie_Bilas_-_A_Family_Affair_The_Reunion_Part_2_-_Brazzers_Exxtra_-_Brazzers.html | 3425249 - A Family Affair: The Reunion Part 2 |
| pornve.com | Brazzers | https://pornve.com/npr9udtj9dq3/Austin_Lynn_-_House-Sitting_Whore.html | 7713 - House-Sitting Whore |
| pornve.com | Brazzers | https://pornve.com/nptezgjw1joh/Melissa_Moore_-_Big_Dick_In_A_Little_Box.html | 9260 - Big Dick in a Little Box |
| pornve.com | Brazzers | https://pornve.com/nq04gmzxxokl/Audrey_Bitoni_-_Equipment_Room_Boom_Boom.html | 5135 - Equipment Room Boom Boom |
| pornve.com | Brazzers | https://pornve.com/nq1av0e1e2ij/Layla_Rose__Nina_Mercedez_-_This_Is_My_House_Bitch.html | 5643 - This Is My House Bitch! |
| pornve.com | Brazzers | https://pornve.com/nq1nzkjudska/Raven_Hart_-_My_Slutty_Stepmoms_Wedding.html | 10775 - My Slutty Stepmom's Wedding |
| pornve.com | Brazzers | https://pornve.com/nq2bddvrpcz2/Tiffany_Tyler_-_Cooling_Off_With_A_Hot_Fuck.html | 7877 - Cooling Off With A Hot Fuck |
| pornve.com | Brazzers | https://pornve.com/nq2o4jjsjnrd/Stroke_It_For_Me_Brazzers.html | 9456 - Stroke It For Me |
| pornve.com | Reality Kings | https://pornve.com/nq3yfosludwg/DareDorm_Ariel_Lee_Annika_Eve_Avery_Adair_-_Slumber_Party_02_09_2016.html | Dare Dorm #28 |
| pornve.com | Brazzers | https://pornve.com/nq9krnd395pe/Cherie_Deville_-_Cosplay_With_My_Ass.html | 11028 - Cosplay With My Ass |
| pornve.com | Brazzers | https://pornve.com/nqaid68mxu5x/snowbanging_part_1.html | 4417604 - Snowbanging: Part 1 |
| pornve.com | Brazzers | https://pornve.com/nqhaujv9bg9v/Blake_Rose__Isis_Love_-_Bathing_Suit_Beauties.html | 7447 - Bathing Suit Beauties |
| pornve.com | Brazzers | https://pornve.com/nqn3ohanj260/rob_me_blind_and_fuck_me_stupid.html | 8502 - Rob Me Blind and Fuck Me Stupid |
| pornve.com | Brazzers | https://pornve.com/nqnn44cyp0lk/Madison_Ivy_Xander_Corvus_Revel_In_A_Blue_Dress.html | 3966502 - Revel In A Blue Dress |
| pornve.com | Reality Kings | https://pornve.com/nqqmqrtnlx6y/Stop_Enough_My_mother_can_hear_that_youre_fucking_me_like_a_slut.html | 15071 - Wtf My Mom Is Home |
| pornve.com | Brazzers | https://pornve.com/nqv3bobktiv7/Abella_Danger__JoJo_Kiss_-_Our_Sorority_Sucks.html | 11044 - Our Sorority Sucks |
| pornve.com | Brazzers | https://pornve.com/nr0b3jtni7k9/Rachael_Madori_-_Ass_Candy.html | 9072 - Ass Candy |
| pornve.com | Brazzers | https://pornve.com/nr1l62nvsdbh/Adriana_Chechik_-_Never_Get_Married_-_The_Aftermath.html | 8818 - NEVER GET MARRIED: The Aftermath |
| pornve.com | Brazzers | https://pornve.com/nr6g1b8w06gy/Vanilla_Deville_-_ZZBA_Jam.html | 5599 - ZZBA Jam |
| pornve.com | Brazzers | https://pornve.com/nr7fuqwtw46b/Mandy_Muse_-_Ho_In_The_China_Shop.html | 2945891 - Ho In The China Shop |
| pornve.com | Reality Kings | https://pornve.com/nr7k3hk5r0gh/Chanel_Preston_Jillian_Janson_-_Love_To_Lick.html | 14353 - Love To Lick |
| pornve.com | Brazzers | https://pornve.com/nra2uvuexn61/Capri_Cavanni_-_Piece_Of_Cake.html | 7119 - Piece of Cake |
| pornve.com | Reality Kings | https://pornve.com/nrampxgv1h3x/Shae_Summers_VIP_-_Daisy_Summers_Ashton_Pierce_Shae_Summers.html | 11859 - Lick It Up |
| pornve.com | Brazzers | https://pornve.com/nrfaw0jn1juy/London_River_-_Sports_Suck.html | 2816800 - Sports Suck |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/nrgdugm0g1aw/Peta_Jensen_-_Our_New_Maid_-_Part_2.html | 9053 - Our New Maid: Part Two |
| pornve.com | Brazzers | https://pornve.com/nrgqa7xx1b1k/Mandy_Haze_-_Wrong_Dorm_Right_Girl.html | 7021 - Wrong Dorm  Right Girl |
| pornve.com | Brazzers | https://pornve.com/nrr8mdbu4cxf/Krysta_Kaos_-_Krystas_Big_Cock_Cravings.html | 7659 - Krysta's Big Cock Cravings |
| pornve.com | Brazzers | https://pornve.com/nrtn2bw5euvr/ham_20_05_20_lacy_lennon_and_evelyn_claire_jukebox_showdown.html | 3869123 - Jukebox Showdown |
| pornve.com | Brazzers | https://pornve.com/nrxeuorxe6vl/phoenix_marie_and_kelly_divine.html | 6249 - Extreme Fucking League |
| pornve.com | Brazzers | https://pornve.com/nrytlqalsv7i/Rachel_Starr_-_Watch_Me_Cheat.html | 3459791 - Watch Me Cheat |
| pornve.com | Brazzers | https://pornve.com/ns25jfi5lys/Anikka_Albrite__Nicole_Aniston_-_Damsels_In_Denim.html | 9804 - Damsels in Denim |
| pornve.com | Brazzers | https://pornve.com/ns2lf9fn6pyz/Veronica_Rayne_-_The_Merger.html | Brazzers&#039; Big Tits at Work #2 |
| pornve.com | Brazzers | https://pornve.com/ns45jzm80z3p/Hadley_Viscara_-_A_Natural_Distraction.html | 10618 - A Natural Distraction |
| pornve.com | Brazzers | https://pornve.com/ns75pf7jxwr/Sammie_Spades_-_Fuck_That_Ass_In_Class.html | 4862 - Fuck that Ass in Class |
| pornve.com | Reality Kings | https://pornve.com/ns79fu3931rt/Brandi_Love_And_Katie_Morgan_-_Puzzled_Over_Pussy.html | Lil Humpers |
| pornve.com | Brazzers | https://pornve.com/ns7rcxgranmp/Chanel_Preston_Luna_Star_-_Cum_Like_Its_Hot.html | 10772 - Cum Like It's Hot |
| pornve.com | Brazzers | https://pornve.com/nsdgvei4a1yb/Best_Of_Brazzers_-_Ava_Addams.html | 2842893 - Getting Her Beauty Peep |
| pornve.com | Brazzers | https://pornve.com/nseipclwc40n/Kissa_Sins_-_Lets_Talk_About_Sex.html | 2947190 - Let's Talk About Sex |
| pornve.com | Reality Kings | https://pornve.com/nsejgeqgrehn/Charlotte_Stokely_And_Cherie_Deville_Sweet_Cherie.html | 14687 - Sweet Cherie |
| pornve.com | Brazzers | https://pornve.com/nsfuyerh5dk0/Eva_Notty_-_Pre-Dance_Romance.html | 6944 - Pre-Dance Romance |
| pornve.com | Brazzers | https://pornve.com/nsm79xgsna5x/Madelyn_Marie_-_Bra_presentation.html | 4270 - Bra presentation |
| pornve.com | Brazzers | https://pornve.com/nsu5mbdzyb06/Romi_Rain_Ricky_Johnson_-_Pounded_By_The_Pool_-_Brazzers_Exxtra_-_Brazzers.html | 3609561 - Pounded By The Pool |
| pornve.com | Brazzers | https://pornve.com/nsvfl29uuxid/Alexis_Fawx_Xander_Corvus_-_Super_MILF_-_Milfs_Like_It_Big_-_Brazzers.html | 2947159 - Super MILF |
| pornve.com | Brazzers | https://pornve.com/nswheys6cblq/Kortney_Kane_-_I_Want_Cock_Now.html | 4967 - I Want Cock Now! |
| pornve.com | Brazzers | https://pornve.com/nt5k78n20b9i/Kelsi_Monroe_-_Kelsi_Gets_Down.html | 2636092 - Kelsi Gets Down |
| pornve.com | Brazzers | https://pornve.com/nt5w5kiddqec/Kianna_Dior_-_New_To_The_Neighborhood.html | 2847261 - New To The Neighborhood |
| pornve.com | Brazzers | https://pornve.com/nt97t7v8b95/Blanche_Bradburry_Danny_D_-_Crushing_His_Dreams_-_Big_Butts_Like_It_Big_June_24_2018.html | 2675831 - Crushing His Dreams |
| pornve.com | Brazzers | https://pornve.com/ntck7pzy0gj1/DayWithAPornstar_Lacey_Bender.html | 4213470 - Getting Joanna Out Of The Shower |
| pornve.com | Brazzers | https://pornve.com/ntcxdwovyjig/Lily_Labeau_-_Porn_Set_P_A.html | 11020 - Porn Set P.A. |
| pornve.com | Brazzers | https://pornve.com/nte4v073zp9n/Angela_White_-_Jean_Queen.html | 3960045 - Jean Queen |
| pornve.com | Reality Kings | https://pornve.com/ntedpur51uw2/Paisley_Pepper_Imac_-_Pretty_Paisley_-_First_Time_Audition.html | 2433777 - Pretty Paisley |
| pornve.com | Brazzers | https://pornve.com/ntfdi6m2n13g/Rachel_Roxxx_-_Pornstar_Extraordinaire.html | 4734 - Rachel Roxxx Pornstar Extraordinaire |
| pornve.com | Brazzers | https://pornve.com/ntgwp0n5oo7d/Brazzers_A_View_of_the_English_Cuntryside_Bangbros_AssParade_Mandingo_Monica_Santhiago_Brunett.html | 2676452 - A View of the English Cuntryside |
| pornve.com | Brazzers | https://pornve.com/ntia27yhuidt/anallJordi_is_a_creepy_bastard_plump_pantyhosekagney_linn_karter__jordi_el_nio_polla_jordi_fuck_ed_another_milf_21_top_rated_porn_video_of_today_50_most_played_porn_video_of_today_102_top_rated_porn_video_of_week.html | 10529 - Plump Pantyhose |
| pornve.com | Brazzers | https://pornve.com/ntju38adap9n/Getting_joan_out_of_the_shower.html | 4213470 - Getting Joanna Out Of The Shower |
| pornve.com | Brazzers | https://pornve.com/ntkey11co626/Jesse_Jane_Fixing_For_A_Fix.html | 3403597 - Midnight Sneak |
| pornve.com | Brazzers | https://pornve.com/ntnagn9efjdb/Mandy_Muse_-_Anal_Cult.html | 8802 - Anal Cult |
| pornve.com | Brazzers | https://pornve.com/ntpdh3clu5ky/Allie_Jordan_-_Tip_Me_Mister_Grocery_Boy.html | 4928 - Tip Me Mister Grocery Boy |
| pornve.com | Brazzers | https://pornve.com/ntpsn9kegs02/Ryan_Keely_Contracts_A_Cock_Ryan_Keely.html | 11223 - Ryan Keely Contracts A Cock |
| pornve.com | Brazzers | https://pornve.com/nttc0qohst52/Monique_Fuentes_-_Young_Man_Attacked_By_Cougar.html | 4277 - Young Man Attacked By Cougar! |
| pornve.com | Brazzers | https://pornve.com/nu0lp8bw65i1/Cherie_Deville_Cali_Carter_Massage_My_Mother_In_Law.html | 8647 - Massage My Mother In Law |
| pornve.com | Brazzers | https://pornve.com/nu2jk2a04squ/Brazzers_-_Alina_Lopez_Rude_Awakening.html | 2676458 - Rude Awakening |
| pornve.com | Reality Kings | https://pornve.com/nu3gg2dc0prl/RKPrime_19_09_25_Kira_Queen_Kings_Spa_Kira_XXX.html | King's Massage Parlor |
| pornve.com | Brazzers | https://pornve.com/nud2qpfwn1ge/Brooke_Lee_Adams_-_Amusement_Fuck.html | 4909 - Amusement Fuck |
| pornve.com | Brazzers | https://pornve.com/nuhnofjglmxf/Phoenix_Marie_-_Rainy_Anal_For_Mrs_Marie.html | 8741 - Rainy Anal for Mrs. Marie |
| pornve.com | Brazzers | https://pornve.com/nujdkdg9pu1m/Taylor_Sands_-_Horny_Wife_Gets_Her_Fix.html | 9254 - Horny Wife Gets Her Fix |
| pornve.com | Brazzers | https://pornve.com/nuloxdrt9md9/Brazzers_-_Honey_Would_You_Mind_Milking_My_Nuts_2.html | 10058 - Honey Would You Mind Milking My Nuts 2 |
| pornve.com | Brazzers | https://pornve.com/nusqcarj00vo/Abella_Danger_-_Working_His_Pole.html | 3648646 - Working His Pole |
| pornve.com | Brazzers | https://pornve.com/nutmbkdkznon/Tia_Cyrus_Xander_Corvus_-_Mod_Bod_-_Baby_Got_Boobs_-_Brazzers.html | 2927879 - Mod Bod |
| pornve.com | Brazzers | https://pornve.com/nuxs92nm79l2/Karlie_Montana_Karlie_Analysis.html | 6906 - Karlie Analysis |
| pornve.com | Reality Kings | https://pornve.com/nv10v5y27igj/EuroSexParties_Cassie_Right_Carry_Cherry_Two_On_One_-_04_12_2016.html | 15098 - Two On One |
| pornve.com | Brazzers | https://pornve.com/nv1xuysql3o5/Simony_Diamond_-_Glamorous_Booty_Shake.html | 5239 - Glamorous Booty Shake |
| pornve.com | Brazzers | https://pornve.com/nv3x24l39kcq/Amber_and_Mystique_Show_Off_Their_Big_Tits_Brazzers.html | 4074483 - Molly's Making Breakfast |
| pornve.com | Brazzers | https://pornve.com/nv4hymp4e0v5/Brandy_Aniston_-_W-H-O-R-E.html | 5323 - W-H-O-R-E |
| pornve.com | Brazzers | https://pornve.com/nv8igreydamj/Jackson_Diamond_MoM.html | 8404 - Busted and Busty |
| pornve.com | Brazzers | https://pornve.com/nv9mkxxk3q3t/Candy_Manson_-_Masseur_To_The_Stars.html | 6482 - Masseur To The Stars |
| pornve.com | Brazzers | https://pornve.com/nvb74bgb95u9/Sofia_Rose_Jordi_El_Nino_Polla_-_Load_Size_Jordis_Max_-_Brazzers_Exxtra_-_Brazzers.html | 3791940 - Load Size: Jordi's Max |
| pornve.com | Brazzers | https://pornve.com/nvbehxfo4w8y/_Brazzers_-_A_hot_threesome_after_the_theater_with_babes_Brenna_Yurizan_.html | 10653 - Much Ado About Fuckin' |
| pornve.com | Brazzers | https://pornve.com/nvegs0gsxmc8/Help_Doc_I_am_Horny_Brazzers.html | 9331 - Help Doc  I'm Horny |
| pornve.com | Brazzers | https://pornve.com/nvk82qiwc2wc/BigWetButts_Luna_Star_Luna_Loves_Anal.html | 9706 - Luna Loves Anal |
| pornve.com | Brazzers | https://pornve.com/nvlo3yemtlxf/Leigh_Darby_-_Drilling_Miss_Darby.html | 7824 - Drilling Miss Darby |
| pornve.com | Brazzers | https://pornve.com/nvq93j7hb4rz/Jessica_Nyx_-_Flash_Photography.html | 7309 - Flash Photography |
| pornve.com | Brazzers | https://pornve.com/nvv6wel0ks4j/Alison_Avery_Michael_Vegas_-_Fill_My_Quota_-_Big_Tits_At_Work_-_Brazzers.html | 3878705 - Fill My Quota |
| pornve.com | Brazzers | https://pornve.com/nvvkd7sgujkz/RealWifeStories_Ava_Addams_Survey_My_Pussy_-_30_12_2016.html | 10229 - Survey My Pussy |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/nvyapn4kpquv/Courtney_Taylor_-_Healing_Touch.html | 7924 - Healing Touch |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/nv0k3244e9as/Blake_Rose_-_Who_Cares_Let_Me_Fuck_Your_Tits.html | 5124 - Who Cares? Let Me Fuck Your Tits |
| pornve.com | Brazzers | https://pornve.com/nv4khp9pek0k/Nikki_Delano_-_Morning_Comes.html | 6328 - Morning Comes |
| pornve.com | Brazzers | https://pornve.com/nv5ms47egzd2/Sara_Jay_Lil_D_-_Bring_Me_The_Manager_-_Milfs_Like_It_Big_-_Brazzers.html | 3648243 - Bring Me The Manager! |
| pornve.com | Brazzers | https://pornve.com/nv8il09agd3r/Too_Hot_To_Handle_Reagan_Foxx_Kyle_Mason.html | 10224 - Too Hot To Handle |
| pornve.com | Brazzers | https://pornve.com/nv9hfshun9kt/JoJo_Kiss_-_Hole_In_One.html | 11196 - Hole In One |
| pornve.com | Brazzers | https://pornve.com/nvakpjarw1ml/RealWifeStories_Taylor_Sands_Horny_Wife_Gets_Her_Fix.html | 9254 - Horny Wife Gets Her Fix |
| pornve.com | Brazzers | https://pornve.com/nvbcfy9cx5ew/Dahlia_Sky_-_Dahlia_Skys_Assholes_The_Limit.html | 9412 - Dahlia Sky's Asshole's the Limit |
| pornve.com | Brazzers | https://pornve.com/nvcl4ku85jdq/Kristina_Rose_-_ZZ_Lemonade.html | 9765 - ZZ Lemonade: Kristina Rose |
| pornve.com | Brazzers | https://pornve.com/nveez3ekra0i/Bridgette_B_Nicolette_Shea_-_BabeZZ_Watch.html | 10575 - BabeZZ Watch: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/nvgxjwq49rh0/Janice_Griffith_-_Watch_Party.html | 3960176 - Watch Party |
| pornve.com | Brazzers | https://pornve.com/nvk7zux9g1ff/Filthy_Fuck_Part_Two.html | 7986 - Filthy Fuck : Part Two |
| pornve.com | Brazzers | https://pornve.com/nvku6zxyhwvd/Violet_Smith_-_Pump_Up_The_Volume.html | 2358748 - Pump Up The Volume |
| pornve.com | Brazzers | https://pornve.com/nvmlhlwpcckk/Fuck_The_Interview_Cassidy_Banks.html | 8921 - Fuck The Interview |
| pornve.com | Brazzers | https://pornve.com/nvmos3uwkdxm/Asa_Akira_London_Keyes_-_The_Perfect_Marriage.html | 4517 - The Perfect Marriage |
| pornve.com | Reality Kings | https://pornve.com/nvu524fcno2v/RealityKings_Fucking_Euro_Milf_Realitykings_MILFHunter_Jordi_El_Nino_Polla_Blondie_Fesser_Blon.html | 2812339 - Fucking Euro Milf |
| pornve.com | Brazzers | https://pornve.com/nvxb84bbdkyz/NEW_Mia_Malkova_Anal.html | 8785 - Mia Gets Closer |
| pornve.com | Brazzers | https://pornve.com/nvy08nbw0id/Richelle_Ryan_-_Milfer_Madness.html | 9687 - Milfer Madness |
| pornve.com | Brazzers | https://pornve.com/nx3l1snc9gaf/Richelle_Ryan_Xander_Corvus_-_Boning_The_Bad_Boyfriend_-_Milfs_Like_It_Big_-_Brazzers.html | 3166318 - Boning The Bad Boyfriend |
| pornve.com | Brazzers | https://pornve.com/nx5zr6d2it0/Amber_Cox_-_I_Vant_To_Suck_Your_Tits.html | 7538 - I Vant to Suck Your Tits |
| pornve.com | Brazzers | https://pornve.com/nx8erjv9u5gp/Reagan_Foxx_-_Save_The_Tits.html | 10344 - Save The Tits! |
| pornve.com | Brazzers | https://pornve.com/nx9asv9t646y/LANA_RHOADES_OVER_EASY.html | 9780 - Over Easy |
| pornve.com | Brazzers | https://pornve.com/nxq4wesv2zeh/Ania_Kinski_-_Your_Mom_Is_Hotter.html | 3924200 - Your Mom Is Hotter |
| pornve.com | Brazzers | https://pornve.com/nxy6wylikpn6/Ariella_Ferrera_-_The_Whorin_Warden.html | 8037 - The Whorin' Warden |
| pornve.com | Brazzers | https://pornve.com/nxz1cy6wj0g6/New_Layla_London.html | 9669 - The Inside Her |
| pornve.com | Brazzers | https://pornve.com/ny1y1747da0u/Alina_Lopez_-_Pharma_Sutra.html | 3921777 - Pharma Sutra |
| pornve.com | Brazzers | https://pornve.com/ny3ufoyocs8c/Apolonia_-_Surprise_Invasion.html | 9701 - Surprise Invasion |
| pornve.com | Brazzers | https://pornve.com/ny4xq32xelig/Hardcore_Squirt_Cytherea_Can_I_Crash_And_Bang_Your_Mother.html | 10256 - Can I Crash And Bang Your Mom? |
| pornve.com | Brazzers | https://pornve.com/ny5uky0dxfyn/Aubrey_Addams_-_All_My_Thongs_Are_Too_Small.html | 10492 - All My Thongs Are Too Small! |
| pornve.com | Brazzers | https://pornve.com/nyc8h8pf5tmn/Nina_North_-_No_Skatewhoreding.html | 10439 - No Skatewhoreding! |
| pornve.com | Brazzers | https://pornve.com/nyf5h5ydynhi/Amber_Jayne_-_The_Art_Of_Decluttering_Orgasming.html | 2893303 - The Art Of Decluttering & Orgasming |
| pornve.com | Brazzers | https://pornve.com/nyhhgjh8q06g/Clea_Gaultier_-_The_Anal_Ballet.html | 10992 - The Anal Ballet |
| pornve.com | Brazzers | https://pornve.com/nyizrc6qzg3/Aubrey_Rose_Cory_Chase_-_Tight_And_Tanned_-_Part_1.html | 10313 - Tight And Tanned: Part 1 |
| pornve.com | Brazzers | https://pornve.com/nymtm4rpdbeh/Aj_Applegate_-_Escape_From_Asscatraz_-_Big_Butts_Like_It_Big_-_Brazzers.html | 3308600 - Escape From Asscatraz |
| pornve.com | Brazzers | https://pornve.com/nypzs3smhl0fm/Celeste_Star_Dani_Daniels_-_Are_You_Still_Awake.html | 5800 - Are You Still Awake? |
| pornve.com | Brazzers | https://pornve.com/nyqnebd56vsf/Asa_Akira_-_Mean_Head_Game.html | 4064 - Mean Head Game |
| pornve.com | Brazzers | https://pornve.com/nz4bdiqc7she/Ashley_Sinclair_-_Ripe_To_Be_A_Pornstar.html | 8493 - Ripe To Be A Pornstar |
| pornve.com | Brazzers | https://pornve.com/nzbosusqvgsq/Liza_Del_Sierra_-_Professors_Got_The_Moves.html | 7590 - Professor's Got the Moves |
| pornve.com | Brazzers | https://pornve.com/nzbzo7bte9vs/Claudia_Valentine_-_Bitch_On_The_Beach.html | 5216 - Bitch on the Beach |
| pornve.com | Brazzers | https://pornve.com/nzd25eqt061i/Uma_Stone_-_Truant_Titties.html | 4346 - Truant Titties |
| pornve.com | Brazzers | https://pornve.com/nzeav12wu65h/_Brazzers_-_Hot_cheerleader_Anya_Ivy_gets_fucked_by_basketball_coach_.html | 11099 - Take One For The Team |
| pornve.com | Brazzers | https://pornve.com/nznnm9hjxcvfa/Tour_Of_London_-_Part_2.html | 8559 - Tour Of London Part Two |
| pornve.com | Brazzers | https://pornve.com/nzoa7fuidqly/Richelle_Ryan_Xander_Corvus_-_Cuntry_Cock_-_Mommy_Got_Boobs_-_Brazzers.html | 3170686 - Cuntry Cock |
| pornve.com | Brazzers | https://pornve.com/nztnh75p540t/Madelyn_Marie_-_Pornstar_Apprentice.html | 4398 - Pornstar Apprentice |
| pornve.com | Brazzers | https://pornve.com/nzyamt6q4fmb/_HD_Adriana_Chechik_Franceska_Jaimes_Holly_Hendrix__8_Best_Of_Brazzers_Anal_Extravaganza.html | 8611 - Ass No Questions Spray No Lies |
| pornve.com | Reality Kings | https://pornve.com/o007rbbnxd49/Jill_Kassidy_Duncan_Saint_-_Skinny_Dip_Dicking_-_Teens_Love_Huge_Cocks_-_Reality_Kings.html | 2991667 - Skinny Dip Dicking |
| pornve.com | Brazzers | https://pornve.com/o013etto5ias/Jamey_Janes_-_Cock_Roulette.html | 4805 - Cock Roulette |
| pornve.com | Brazzers | https://pornve.com/o063smw4xvt5/Alexis_Fawx_-_Slip_And_Slide.html | 3460147 - Slip And Slide 3 |
| pornve.com | Brazzers | https://pornve.com/o0dqnz7u7d34/Brazzers_-_Pool_Toy.html | 3769377 - Pool Toy |
| pornve.com | Brazzers | https://pornve.com/o0dy0tomc9cj/Mason_Moore_-_Jungle_Booty.html | 5169 - Jungle Booty |
| pornve.com | Brazzers | https://pornve.com/o0edfb4x3e5n/Courtney_Cummz_-_Infiltrating_A_Pornstars_Wet_Anus.html | 8755 - Infiltrating A Pornstar's Wet Anus |
| pornve.com | Brazzers | https://pornve.com/o0jrdvaip6mk/Jada_Fire_Jessie_Volt_-_Butt_Club.html | 4947 - Butt Club |
| pornve.com | Brazzers | https://pornve.com/o0lcfvyy10sb/Sarah_Vandella_-_Pre-Game_Titual.html | 5613 - Pre-Game Titual |
| pornve.com | Brazzers | https://pornve.com/o0pum98cky2l/Alyssa_Reece_Sheena_Shaw_-_4th_Down_On_All_Fours.html | 7049 - 4th Down On All Fours |
| pornve.com | Brazzers | https://pornve.com/o0t73hykhord/Abella_Danger_Katana_Kombat_-_Working_Out_Their_Anger.html | 3722112 - Working Out Their Anger |
| pornve.com | Brazzers | https://pornve.com/o0v6kx4d4bh3/Lela_Star_Xander_Corvus_-_Sex_Preparedness_Class_-_Big_Tits_At_School_-_Brazzers.html | 2928046 - Sex Preparedness Class |
| pornve.com | Brazzers | https://pornve.com/o0wnawgj376o/Mackenzee_Pierce_-_Inglourious_French_Maids_-_Brazzers.html | 6862 - Inglourious French Maids - Part 1 |
| pornve.com | Brazzers | https://pornve.com/o0wpt9y2132u/Hallowanal_Brazzers.html | 4419608 - Hallowanal |
| pornve.com | Brazzers | https://pornve.com/o1263rq598hs/Abella_Danger_Luna_Star_-_Eat_Her_Cheater.html | 2322098 - Eat Her Cheater! |
| pornve.com | Brazzers | https://pornve.com/o14e5uoat9ui/Chanel_Preston_Julia_Ann_-_Night_Caps.html | 2464976 - Night Caps |
| pornve.com | Reality Kings | https://pornve.com/o151fa42h3u3/8thStreetLatinas_Malina_Mars_Peter_Green_-_Man_In_Mars.html | 14797 - Man In Mars |

| pornve.com | Brazzers | https://pornve.com/o1616dx8i7tb/Summer_Brielle_-_Sex_Sells_Baby.html | 7509 - Sex Sells  Baby! |
| pornve.com | Brazzers | https://pornve.com/o1760eyjkpmt/Lexi_Luna_-_The_Boy_Toy_Deluxe.html | 3330595 - The Boy Toy Deluxe |
| pornve.com | Brazzers | https://pornve.com/o18alplak60i/Soccer_Moms_Suck.html | 7354 - Soccer Moms Suck |
| pornve.com | Brazzers | https://pornve.com/o1fxhwcefzcd/nikki_and_phoenix.html | 5989 - Back In The Candy Shop |
| pornve.com | Brazzers | https://pornve.com/o1goa3s4lh2d/BrazziBots_-_Part_4 | 2972952 - BrazziBots: Part 4 |
| pornve.com | Brazzers | https://pornve.com/o1kdfzddi3r/Sydney_Cole_-_Netdicks_And_Chill.html | 9292 - Netdicks and Chill |
| pornve.com | Reality Kings | https://pornve.com/o1jbdx1bmh17/Abella_Danger_Chad_White_-_Bright_Booty_-_Monster_Curves_-_Reality_Kings.html | 3222200 - Bright Booty |
| pornve.com | Brazzers | https://pornve.com/o1k44secw8mg/Rachel_Roxxx_-_Sienna_West_-_How_To_Handle_Your_Students_101.html | 7018 - How To Handle Your Students: 101 |
| pornve.com | Brazzers | https://pornve.com/o1sj8v79fvqo/Jenny_Hendrix_-_Winning_Big_with_The_Lottery.html | Big Tits At Work Vol. 8 |
| pornve.com | Brazzers | https://pornve.com/o1uczdcub6r5/Brazzers_Live_-_39.html | 9653 - BRAZZERS LIVE 39: DP SHOWDOWN |
| pornve.com | Brazzers | https://pornve.com/o1ue2z6q5zkf/Brazzers_Worldwide_Budapest_-_Episode_6.html | 5482 - Ep-6: Lez Be Friends |
| pornve.com | Brazzers | https://pornve.com/o1uxctw1kjht/Katana_Works_It_Brazzers.html | 3425279 - Katana Works It |
| pornve.com | Brazzers | https://pornve.com/o1xclyij5m1j/Isis_Love_-_Boning_Her_Bodyguard.html | 2440435 - Boning Her Bodyguard |
| pornve.com | Brazzers | https://pornve.com/o1y59d1rlrwx/Sky_Taylor_-_Fight_Your_Fears_Pound_Those_Rears.html | 4039 - Fight Your Fears  Pound Those Rears! |
| pornve.com | Brazzers | https://pornve.com/o1zj07y3zyil/Devon_Lee_-_Exclusive_Ass.html | 4901 - Exclusive Ass |
| pornve.com | Brazzers | https://pornve.com/o208g2a7ndqx/Madison_Scott_-_MacBoober.html | 4869 - MacBoober |
| pornve.com | Brazzers | https://pornve.com/o26l623ldg70/Anissa_Kate__Nekane_Sweet_-_Booty_Work.html | 9695 - Booty Work |
| pornve.com | Brazzers | https://pornve.com/o2a0fd93cgdk/Teens_Like_It_Big_Gwen_Stark_My_Stepsisters_New_Outfit.html | 9346 - My Stepsister's New Outfit |
| pornve.com | Brazzers | https://pornve.com/o2bc70o8gvaz/Brittany_Andrews_Markus_Dupree_-_Full_Moon_-_Big_Wet_Butts_-_Brazzers.html | 3042248 - Full Moon |
| pornve.com | Brazzers | https://pornve.com/o2bjh166xc4d/American_Whore_Story_-_Part_5.html | 8421 - American Whore Story Part Five |
| pornve.com | Brazzers | https://pornve.com/o2cwmlpb2rr2/Cherie_Deville__The_Mad_Dr_Deville_40BrazzersExxtra41.html | 2655126 - The Mad Dr. Deville |
| pornve.com | Brazzers | https://pornve.com/o2j0zn4zh5of/Capri_Cavanni_-_Hot_And_Taught.html | 6035 - Hot And Taught |
| pornve.com | Brazzers | https://pornve.com/o2j836ugyq5e/Crista_Moore_-_Put_That_Mystery_Meat_In_My_Mouth.html | 7387 - Put That Mystery Meat in My Mouth |
| pornve.com | Brazzers | https://pornve.com/o2lfx1c615d5/Amia_Miley_-_Stick_Em_Up_Pussy.html | 10816 - Stick 'Em Up  Pussy! |
| pornve.com | Brazzers | https://pornve.com/o2nh1jy29kgd/Gabriela_Lopez_-_Champagne_And_Diamonds.html | 3723377 - Champagne And Diamonds |
| pornve.com | Brazzers | https://pornve.com/o2w9sdjsp0cp/Eva_Karera_-_The_Seance_Of_Sucking_Dick.html | 7322 - The Seance of Sucking Dick |
| pornve.com | Brazzers | https://pornve.com/o30qzqte7fv1/Natasha_Nice_-_Nailed_It.html | 10691 - Nailed It |
| pornve.com | Brazzers | https://pornve.com/o32ckm7n8u02/Angelina_Valentine__Tory_Lane_-_Hands_On_Procedure.html | 6031 - Hands On Procedure |
| pornve.com | Brazzers | https://pornve.com/o32r1vq97l5l/Power_Bangers_XXX_-_Episode_4.html | 10481 - Power Bangers: A XXX Parody Part 4 |
| pornve.com | Brazzers | https://pornve.com/o38k6u85xoqr/Osa_Lovely_Kyle_Mason_Xander_Corvus_-_Nailed_Through_The_Wall_-_Brazzers_Exxtra_-_Brazzers.html | 3826401 - Nailed Through the Wall |
| pornve.com | Brazzers | https://pornve.com/o39y8zgx7q2n/Kortney_Kane_-_Kortney_Kills_-_Part_1.html | 7292 - Kortney Kills: Part 1 |
| pornve.com | Brazzers | https://pornve.com/o3dznlx8fvzu/Julia_Ann_-_Hooked_On_Bras.html | 10558 - Hooked On Bras |
| pornve.com | Brazzers | https://pornve.com/o3ecx80nryrk/Olivia_Austin_-_Mom_Needs_Money.html | 9113 - Mom Needs Money |
| pornve.com | Brazzers | https://pornve.com/o3irtbudrxue/Julia_Ann__Veronica_Avluv_-_Business_Dinner_With_The_Wives.html | 7464 - Business Dinner With The Wives |
| pornve.com | Brazzers | https://pornve.com/o3pn915amfij/_Brazzers_-_Sienna_Day_takes_huge_white_cock_up_her_ass_in_pov_.html | 11101 - Waiting On Her Ass |
| pornve.com | Brazzers | https://pornve.com/o3vxh54xmwxp/Ariella_Ferrera_-_Fellatio_From_The_She-E-O.html | 10895 - Fellatio From The She-E-O |
| pornve.com | Brazzers | https://pornve.com/o3zf04bmwmso/Natalia_Rossi_-_Curiosity_Filled_The_Snatch.html | 4681 - Curiosity Filled The Snatch |
| pornve.com | Brazzers | https://pornve.com/o494muujwe9p/BigTitsAtSchool_stacy_cruz_a_d_well_earned.html | 3921779 - A D Well Earned |
| pornve.com | Brazzers | https://pornve.com/o4jcz24ulbs0/Sneaky_Student_Snogging_Jenny_Glam.html | 8750 - Sneaky Student Snogging |
| pornve.com | Brazzers | https://pornve.com/o4kmou6db4fm/Kims_Yoga_Pants_Big_Booty_Brunette_Lela_Star_Rides_A_BBC_.html | 9515 - Kim's Yoga Pants |
| pornve.com | Brazzers | https://pornve.com/o4ll4s95muai/Abella_Danger_-_Caught_Up_In_Abella.html | 3594607 - Caught Up In Abella |
| pornve.com | Reality Kings | https://pornve.com/o4ltejp4wi99/Kira_Noir_Scott_Nails_-_Take_Another_Fucking_Study_Break_-_RK_Prime_-_Reality_Kings.html | 3151680 - Take Another Fucking Study Break |
| pornve.com | Brazzers | https://pornve.com/o4mqmks7bfll/Phoenix_Marie_Dreams_Tell_The_Future.html | 4061 - Dreams Tell the Future |
| pornve.com | Brazzers | https://pornve.com/o4pf0b5dugav/Dylan_Phoenix__Molly_Jane_-_Big_Tits_On_The_Bottom_Bunk.html | 8909 - Big Tits On The Bottom Bunk |
| pornve.com | Brazzers | https://pornve.com/o4wolzu14flv/Puma_Swede_Anal_Makes_It_All_Better.html | 6933 - Anal Makes It All Better |
| pornve.com | Brazzers | https://pornve.com/o4x2wslavcaq/Rikki_Six_Big_Juicy_Tits_Combo_To_Go.html | 7090 - Big Juicy Tits Combo To Go |
| pornve.com | Brazzers | https://pornve.com/o4ywh24g1hvt/Eva_Angelina_-_The_Twilight_Bone.html | 6735 - The Twilight Bone |
| pornve.com | Brazzers | https://pornve.com/o52guo684euy/Step_Brazzers_Dahlia_Sky_Ramon__Toni_Ribas.html | 8956 - Step Brazzers |
| pornve.com | Brazzers | https://pornve.com/o5edeltiwhn3/Holly_Morgan_-_My_Best_Friends_Wife_The_Payback.html | Real Wife Stories Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/o5fwabwz0drt/Brazzers_Live_-_19.html | 9724 - BRAZZERS LIVE 19: SLUTS OF ANARCHY |
| pornve.com | Brazzers | https://pornve.com/o5i2 gk2k9no9/Erica_Fontes_-_Oily_Adultery.html | 8005 - Oily Adultery |
| pornve.com | Brazzers | https://pornve.com/o5itstjzk4rj/MommyGotBoobs_17_02_26_Cytherea_Can_I_Crash_And_Bang_Your_Mom_XXX_-KTR.html | 10256 - Can I Crash And Bang Your Mom? |
| pornve.com | Brazzers | https://pornve.com/o5jirzpx979n/Big_Ass_Agent_Fucked_By_Client_Big_Ass_To_Big_Tits.html | 3377780 - The Perfect Host |
| pornve.com | Brazzers | https://pornve.com/o5oifg0wedps/Mary_Jean_-_Overworked_Titties.html | 9119 - Overworked Titties |
| pornve.com | Brazzers | https://pornve.com/o5rgmm6395q0/Siri_-_Siri-ously_Big_Tits.html | 8011 - Siri-ously Big Tits! |
| pornve.com | Brazzers | https://pornve.com/o5s62vpc4c73/Abella_Danger_Kimmy_Granger_Dirty_Little_Gamer.html | 10483 - Dirty Little Gamer |
| pornve.com | Brazzers | https://pornve.com/o5t2s85apkwx/Lizz_Tayler__Veronica_Rodriguez_-_Sisters_First_Cock.html | 7919 - Step Sister's First Cock |
| pornve.com | Brazzers | https://pornve.com/o5tcozf249jg/Bridgette_B_Karma_Rx_Ricky_Spanish_-_The_Getaway_Part_2_-_Brazzers_Exxtra_-_Brazzers.html | 3330596 - The Getaway: Part 2 |
| pornve.com | Brazzers | https://pornve.com/o5vxfj3z5rmb/Vanessa_Cage_-_The_Housesitter.html | 6003 - The Housesitter |
| pornve.com | Brazzers | https://pornve.com/o5yw4adowyaz/Fucks_Moms_New_Boyfriend.html | 4419691 - Elizabeth Fucks Mom's New Boyfriend |
| pornve.com | Brazzers | https://pornve.com/o6449swybvvf/Ashley_Fires_-_Watchin_The_Game_with_Ashley.html | 8021 - Watchin' the Game with Ashley |
| pornve.com | Brazzers | https://pornve.com/o64yfjh3pmjn/Amber_Jade_-_Teachers_Pet.html | 3408160 - Teacher's Pet |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/o65u0tqsqmqk/Moms_In_Control_14_S3_Ava_Addams_Kimmy_Granger.html | 10970 - All Night Rager |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/o6b8mnz6m9ap/Cassidy_Banks_Johnny_Sins_Stacked_Sister-In-Law.html | 8513 - Stacked Sister-In-Law |
| pornve.com | Brazzers | https://pornve.com/o6d441ve4u46/Casey_Calvert_Ricky_Spanish_-_Happy_Masturbation_Month_-_Brazzers_Exxtra_-_Brazzers.html | 3363998 - Happy Masturbation Month! |
| pornve.com | Reality Kings | https://pornve.com/o6ez85syv0cn/Ashley_Anderson__Karma_Rx_-_Corrupted_By_Karma.html | 2286815 - Corrupted By Karma |
| pornve.com | Brazzers | https://pornve.com/o6k0h51ffsbe/BEST_NEW_Julia_Ann_-_720p.html | 9516 - Lost In Brazzers Episode 2 |
| pornve.com | Brazzers | https://pornve.com/o7b0ero4u0r2/Stripper_having_sex_while_working.html | 8701 - Replay |
| pornve.com | Brazzers | https://pornve.com/o7g5lukpyxbk/Monica_Mayhem_-_Deep_Oral_Resuscitation.html | 4590 - Deep Oral Resuscitation |
| pornve.com | Brazzers | https://pornve.com/o7gk6xk7r24c/Public_Anal_Kagney_Linn_Karter.html | 10059 - Anal Fun With Kagney's Buns |
| pornve.com | Brazzers | https://pornve.com/o7i28fou6pyt/Breanne_Benson_-_Big_Cock_For_The_Last_Time.html | 8063 - Big Cock for the Last Time |
| pornve.com | Brazzers | https://pornve.com/o7ldplz4k2zm/Nicolette_Shea_-_Bath_Bombshell.html | 10938 - Bath Bombshell |
| pornve.com | Brazzers | https://pornve.com/o7u16bnyow5a/_Whats_My_Grade_Again_.html | 9589 - What's My Grade Again? |
| pornve.com | Brazzers | https://pornve.com/o7up2w44tj08/Cock_Crazed_Canadian_Nikki_Benz__Keiran_Lee.html | 9031 - Cock-Crazed Canadian |
| pornve.com | Brazzers | https://pornve.com/o7v11pbd6zt0/Chantelle_Fox_-_The_Wet_Look.html | 10036 - The Wet Look |
| pornve.com | Brazzers | https://pornve.com/o7w959av5zei/Sarah_Banks_-_Booty_On_The_Bike.html | 10974 - Booty On The Bike |
| pornve.com | Brazzers | https://pornve.com/o80utl2pxif/Casey_Cumz_-_Rubdown_Revenge.html | 7268 - Rubdown Revenge |
| pornve.com | Brazzers | https://pornve.com/o82n4gdsl5iy/Luna_Star_Kyle_Mason_-_All_Dolled_Up_Anal_Edition_-_Brazzers_Exxtra_-_Brazzers.html | 3829130 - All Dolled Up: Anal Edition |
| pornve.com | Brazzers | https://pornve.com/o853upkib31q/Chloe_Lamour_-_This_Could_Be_The_End.html | 3313989 - This Could Be The End |
| pornve.com | Reality Kings | https://pornve.com/o85vre3ejon4/Abigail_Mac_Daisy_Summers_-_Lady_Lust.html | 13404 - Lady Lust |
| pornve.com | Brazzers | https://pornve.com/o8ice80miwaa/Kayla_Kayden_HD_1080_Anal_Big_Tits_Blonde_Double_Penetration_DP_Threesome.html | 11214 - Sensory Deprivation |
| pornve.com | Brazzers | https://pornve.com/o8qg2u1nm9as/Abigail_Mac_-_A_Domestic_Dicking.html | 9250 - A Domestic Dicking |
| pornve.com | Brazzers | https://pornve.com/o8qihxgur84j/Nicole_Aniston__Riley_Reid_-_Porn_Logic.html | 2440086 - Porn Logic 2 |
| pornve.com | Brazzers | https://pornve.com/o8qt9swg19hw/BigTitsAtWork_Isis_Love_Spilling_The_Boobs_-_02_11_2016.html | 10271 - Spilling The Boobs |
| pornve.com | Reality Kings | https://pornve.com/o8vx53y0wjlmf/GFRevenge_Slippery_when_wet.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/o8xn9ff42cn7/Lisa_Ann_-_Eyes_Wide_Slut.html | MILFS Like It Big Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/o8yIww7zfjfh/Katja_Kassin_-_Katja_Red-Handed.html | 6156 - Katja Red-Handed! |
| pornve.com | Brazzers | https://pornve.com/o92d6nzrt1vj/Moms_In_Control_14_S5_Rebecca_More_Rhiannon_Ryder.html | 10846 - Pussy Is International |
| pornve.com | Brazzers | https://pornve.com/o9403ebag7lq/Kiera_Rose_Pussy_Is_The_Best_Medicine.html | 9778 - Pussy Is The Best Medicine |
| pornve.com | Reality Kings | https://pornve.com/o98gwln3lg2c/StreetBlowJobs_Charlie_Nash_-_Facial_Fun_09_10_2016.html | 14964 - Facial Fun |
| pornve.com | Reality Kings | https://pornve.com/o9a997y8a8lo/Abella_Danger_Alex_Legend_-_Curbed_-_RK_Prime_-_Reality_Kings.html | 3377423 - Curbed |
| pornve.com | Brazzers | https://pornve.com/o9es3k5vygaw/Jade_Baker__Molly_Stewart_-_Study_Frenemies.html | 3387569 - Study Frenemies |
| pornve.com | Brazzers | https://pornve.com/o9fbeo9x49jh/Jessica_Moore_-_Shes_So_Soft_And_Warm_In_My_Arms.html | 4116 - She's So Soft and Warm In My Arms |
| pornve.com | Brazzers | https://pornve.com/o9kjp5j36zvi/Blake_Morgan_-_Pitch_It_Down_The_Pipe.html | 11000 - Pitch it Down the Pipe |
| pornve.com | Brazzers | https://pornve.com/o9qkwcmuuq6h/Amy_Anderssen_-_Time_2_Meet_The_Motherload.html | 8074 - Time 2 Meet The Motherload |
| pornve.com | Brazzers | https://pornve.com/o9rls85cdf8z/Cassidy_Banks_-_Banging_Ms_Banks.html | 8711 - Banging Ms. Banks |
| pornve.com | Brazzers | https://pornve.com/o9sjzcq4qfrp/Marie_Clarence_-_One_Very_Important_Business_Call.html | 10784 - One Very Important Business Call |
| pornve.com | Brazzers | https://pornve.com/o9uw8nnf498u/Kassondra_Raine_-_Horny_Wife_Wants_A_Stranger.html | 9101 - Horny Wife Wants A Stranger |
| pornve.com | Brazzers | https://pornve.com/o9vIfah01q7e/Zara_DuRose_Danny_D_Corporate_Espionage.html | 2436834 - Corporate Espionage |
| pornve.com | Brazzers | https://pornve.com/oa0rgmuc327r/Angela_White__Nicolette_Shea_-_Caught_Talking_Dirty.html | 2963097 - Caught Talking Dirty |
| pornve.com | Brazzers | https://pornve.com/oa5ku8bvyrsg/Ella_Hughes__Shona_River__Zoe_Doll_-_Lets_Welcome_The_New_Student.html | 10071 - Let's Welcome The New Student |
| pornve.com | Brazzers | https://pornve.com/oaahpuvyr549/Ava_Addams__Kimmy_Granger_-_All_Night_Rager.html | 10970 - All Night Rager |
| pornve.com | Brazzers | https://pornve.com/oaai7g8d4v6v/Brandi_Loves_The_Contractors_Brandi_Love_Michael_Vegas__Toni_Ribas.html | 9221 - Brandi Love's The Contractors |
| pornve.com | Brazzers | https://pornve.com/oadp93d3g30u/Jessica_Ryan_-_The_MILF_Experience.html | 9499 - The MILF Experience |
| pornve.com | Reality Kings | https://pornve.com/oajjohhkb2vb/Stephanie_Carter__Shane_Blair_-_Suck_On_Stephanie.html | 14552 - Suck On Stephanie |
| pornve.com | Brazzers | https://pornve.com/oakxrz293r9a/Alektra_Blue_Kirsten_Price_-_Threesome_With_The_Date_Coach.html | 7423 - Threesome With The Date Coach |
| pornve.com | Brazzers | https://pornve.com/oaqqcdw2zfqr/Pressley_Carter_-_Best_Buds.html | 6718 - Best Buds |
| pornve.com | Brazzers | https://pornve.com/oaqtdaronuy5/Christie_Stevens_-_My_Blindfolded_Stepmom.html | 2432377 - My Blindfolded Stepmom |
| pornve.com | Brazzers | https://pornve.com/oawud42gy63z/Alessa_Savage_-_Renters_Pussy.html | 9435 - Renter's Pussy |
| pornve.com | Brazzers | https://pornve.com/oaxnjjk020n/bex_20_03_10_khloe_kapri_checkmate.html | 3959974 - Checkmate |
| pornve.com | Brazzers | https://pornve.com/oayofmheb81s/Harley_Jade__Yhivi_-_Switching_Teams_-_Part_1.html | 9686 - Switching Teams: Part 1 |
| pornve.com | Brazzers | https://pornve.com/ob0ul1dlbipc/Alexis_Texas__Rachel_Starr_-_Whore_Fuckers.html | 4619 - Whore Fuckers |
| pornve.com | Brazzers | https://pornve.com/ob9gic1og6v6/Kortney_Kane_-_Glory_Hole_Addiction.html | 6051 - Glory Hole Addiction |
| pornve.com | Reality Kings | https://pornve.com/obaonb9pxcu3/Carmen_Caliente_-_Latin_Rubdown.html | 1900744 - Latin Rubdown |
| pornve.com | Brazzers | https://pornve.com/obb1mvqazn5k/Ariella_Ferrera_Miss_Ferrera_Wants_It_Bad.html | 9060 - Miss Ferrera Wants It Bad |
| pornve.com | Brazzers | https://pornve.com/obfm9jzlzcro/Kelley_Devine_Kristina_Rose_And_Johnny_Sins_Sweet_ANAL_Threesome.html | 5218 - The Spanksgiving Spectacular!!! |
| pornve.com | Brazzers | https://pornve.com/obhbfh2i52fp/Charley_Chase__Lylith_Lavey_-_Guess_Whos_Cumming_For_Dinner.html | 5083 - Guess Who's Cumming For Dinner |
| pornve.com | Brazzers | https://pornve.com/obk1mgttn4pu/Abbey_Brooks_-_Show_Me_What_You_Can_Do.html | 7039 - Show Me What You Can Do |
| pornve.com | Brazzers | https://pornve.com/obp1rr1m5nlc/Rhiannon_Ryder_Squirtin_On_A_Nerd.html | 10847 - Squirtin' On A Nerd |
| pornve.com | Brazzers | https://pornve.com/obp7ny5d5tu1/Katana_Kombat_-_Im_Trying_To_Sell_A_House.html | 3795681 - I'm Trying To Sell A House! |
| pornve.com | Brazzers | https://pornve.com/obpoqvxxfl3m/Dahlia_Sky_-_Step_Brazzers.html | 8956 - Step Brazzers |
| pornve.com | Brazzers | https://pornve.com/obr7h8xy3a9x/Girl_Fucked_in_every_hole.html | 3877888 - Maid Of Dishonor |
| pornve.com | Brazzers | https://pornve.com/obrh94xorvw2/Kagney_Linn_Karter__Monique_Alexander_-_Porno_P_I_-_Part_3.html | 8125 - Porno P.I. : Part Three |
| pornve.com | Brazzers | https://pornve.com/obrqlofidbr2/Paige_Turnah_-_The_Porn_Artist.html | 6548 - The Porn Artist |
| pornve.com | Brazzers | https://pornve.com/obv2txqvabax/Vanessa_Blake_-_Real_Thick_And_Juicy.html | 7243 - Real Thick and Juicy |

| pornve.com | Brazzers | https://pornve.com/obvpzy8cavk8/Esperanza_Gomez_-_Wide_Open_House.html | 7367 - Wide Open House |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/obwztzi64pcf/Jenni_Lee__Rachel_Roxxx_-_Caged_Pussy.html | 6576 - Caged Pussy |
| pornve.com | Brazzers | https://pornve.com/oc2phy1rtg1/Krissy_Lynn__Kylie_Page_-_Cinematic_Climax.html | 10608 - Cinematic Climax |
| pornve.com | Brazzers | https://pornve.com/oc39nh1n7xwq/Brazzers_Tell_Me_What_You_Want.html | 3722107 - Tell Me What You Want |
| pornve.com | Brazzers | https://pornve.com/oc5b6kcegso7/Cory_Chase_-_April_Fools_Honey.html | 9537 - April Fool's Honey! |
| pornve.com | Brazzers | https://pornve.com/oc5wa8c4a3f6/Victoria_June_Scott_Nails_-_All_Dolled_Up_The_Birthday_Present_-_Pornstars_Like_it_Big_-_Brazzers.html | 3768274 - All Dolled Up: The Birthday Present |
| pornve.com | Brazzers | https://pornve.com/oc6eusj9mxd3/Athena_Faris_-_These_Pipes_Are_Clean.html | 3408150 - These Pipes Are Clean |
| pornve.com | Brazzers | https://pornve.com/oc6zvmyzgtr1/Rikki_Six_-_Big_Juicy_Tits_Combo_To_Go.html | 7090 - Big Juicy Tits Combo To Go |
| pornve.com | Brazzers | https://pornve.com/ocfcb7lsorov/Brazzers_-_Rebecca_Jane_Smyth_Peeping_Stepson.html | 2412433 - Peeping Stepson |
| pornve.com | Brazzers | https://pornve.com/ocfp7qukf3kh/Lovita_Fate_-_My_Mom_Would_Never_Expect_This.html | 10968 - My Mom Would Never Expect This! |
| pornve.com | Brazzers | https://pornve.com/ocg7wf4j0d8y/_Dont_Trust_Your_Friends_.html | 9629 - Don't Trust Your Friends |
| pornve.com | Brazzers | https://pornve.com/ocidjn8hyyi0/Olivia_Blu_-_Fuck_Away_The_Writers_Block.html | 7746 - Fuck Away The Writer's Block |
| pornve.com | Brazzers | https://pornve.com/ocuakap1m1ef/Gia_Dimarco_-_Ms_DiMarco_Will_You_Please_Cum_Into_My_Office.html | 5111 - Ms. DiMarco Will You Please Cum Into My Office? |
| pornve.com | Brazzers | https://pornve.com/od81gha0gsiq/Queen_of_Thrones_Part_2.html | 10508 - Queen Of Thrones: Part 2 |
| pornve.com | Reality Kings | https://pornve.com/od8bvglub3oi/Facal_Threesome_Babe_Aaliyah_Love.html | 14111 - Aaliyah Knows Best |
| pornve.com | Brazzers | https://pornve.com/ode83zh219gv/Chanel_Preston__Tasha_Reign_-_Getting_Mean_With_Tashas_Asshole.html | 9093 - Getting Mean With Tasha's Asshole |
| pornve.com | Brazzers | https://pornve.com/odfa0rxlub9e/Cherie_Deville_-_Moms_Got_A_Meeting.html | 10705 - Mom's Got A Meeting |
| pornve.com | Brazzers | https://pornve.com/odmxsl06jf1n/Kendra_Sunderland_-_Dripping_Wet.html | 3997003 - Dripping Wet |
| pornve.com | Brazzers | https://pornve.com/odojfpmnk5j9/Audrey_Bitoni_-_Lets_Get_Physical_Therapy.html | 11197 - Let's Get Physical |
| pornve.com | Brazzers | https://pornve.com/odr13p50o9kk/DP_Interracial_Jayden_Jaymes_Fantasy.html | 7401 - Jayden Jaymes' Fantasy |
| pornve.com | Brazzers | https://pornve.com/odsx3wdlkgu9/Ariella_Ferrera_-_Memory_Milkers.html | 4319 - Memory Milkers |
| pornve.com | Brazzers | https://pornve.com/oe2ct21rghyt/Yasmine_de_Leon_-_A_Family_Affair.html | 8967 - A Family Affair Part Three |
| pornve.com | Brazzers | https://pornve.com/oe62sjdfuvh/Monique_Alexander_Pinkblot_Test.html | 11013 - Pinkblot Test |
| pornve.com | Brazzers | https://pornve.com/oe7fndewqvpf/Brooke_Wylde_-_How_To_Pick_Up_a_Sleazebag.html | 8355 - How to Pick Up a Sleazebag |
| pornve.com | Brazzers | https://pornve.com/oeg4nlheed96/Best_Of_Brazzers_-_Squirt_Fest.html | 10676 - Squirting Swingers |
| pornve.com | Brazzers | https://pornve.com/oei0rib7gbfh/Rebecca_More_-_Ramming_Rebecca.html | 9717 - Ramming Rebecca |
| pornve.com | Reality Kings | https://pornve.com/oem9vzam73mb/Corinna_Blake_Sweet_tooth_.html | 13038 - Sweet Tooth |
| pornve.com | Brazzers | https://pornve.com/oemygfosg8p1e/Brazzers_-_Ava_Addams_Rent-A-Pornstar_The_Lonely_Bachelor.html | 2842847 - Rent-A-Pornstar: The Lonely Bachelor |
| pornve.com | Brazzers | https://pornve.com/oer2o5rc2z1u/Brazzers_-_Cherie_Deville_Sneaking_Around_With_Her_BFFs_Son.html | 2635917 - Sneaking Around With Her BFF's Son |
| pornve.com | Brazzers | https://pornve.com/oesror1ztdrk/Jynx_Maze_Levi_Cash_-_Fresh_Jynx_Juice_Remastered_-_Day_With_A_Pornstar_-_Brazzers.html | 7303 - Fresh Jynx Juice |
| pornve.com | Brazzers | https://pornve.com/oeyri0ifn0p6/Candy_Manson_-_Laying_The_Smack_Down_On_Candys_Ass.html | 5379 - Laying the Smack Down on Candy's Ass |
| pornve.com | Brazzers | https://pornve.com/of1g44rtbm9i/Sophie_Dee_Exorcism.html | 5974 - The Sexorcist |
| pornve.com | Brazzers | https://pornve.com/of4pwqtyyim5/Anal_Nikki_Benz_New_170916.html | 10057 - Nikki Gets Wet |
| pornve.com | Brazzers | https://pornve.com/of6qwjybtuj0/Amirah_Adara_Angel_Wicky_Danny_D_Fancy_Ass_Fucking.html | 11169 - Fancy Ass Fucking |
| pornve.com | Brazzers | https://pornve.com/ofdr7mjdbtvt/Katana_Kombat_-_Make_Yourself_Free-Useful.html | 2947179 - Make Yourself Free-Useful |
| pornve.com | Brazzers | https://pornve.com/ofid3zksh6jds/Brandi_Love_Van_Wylde_-_Tell_Me_What_You_Want_-_Mommy_Got_Boobs_-_Brazzers.html | 3722107 - Tell Me What You Want |
| pornve.com | Brazzers | https://pornve.com/ofjg8o7szigi/Katana_Kombat_JMac_-_Teachers_Lounge_-_Big_Tits_At_School_-_Brazzers.html | 3832330 - Teachers' Lounge |
| pornve.com | Brazzers | https://pornve.com/ofk4kwzfowz4/Brazzers_My_Stepmom_And_Her_Sister.html | 10395 - My Stepmom And Her Sister |
| pornve.com | Brazzers | https://pornve.com/ofkggncs48bo/Luna_Star_-_Shes_Not_What_He_Expected.html | 10243 - She's Not What He Expected |
| pornve.com | Brazzers | https://pornve.com/of50msaqmq5/Alexis_Fawx_Xander_Corvus_-_Independence_Lay_-_Brazzers_Exxtra_-_Brazzers.html | 3458886 - Independance Lay |
| pornve.com | Reality Kings | https://pornve.com/oflrtssfxcks/BigNaturals_Rachel_Raxxx_40Them_Thangs_-_26_10_201641.html | 14767 - Them Thangs |
| pornve.com | Brazzers | https://pornve.com/ofmj1gic7wnr/Alena_Croft__Kristen_Scott_-_Doing_The_Dirty_Work.html | 10354 - Doing The Dirty Work |
| pornve.com | Brazzers | https://pornve.com/ofnqs669tcdn/Carter_Cruise_-_A_Warm_Place_to_Stay_Tonight.html | 8623 - A Warm Place to Stay Tonight |
| pornve.com | Brazzers | https://pornve.com/oforcfeob52z/Purple_Bitch_Purple_Bitch_Gets_Surprise_Anal.html | 4213470 - Getting Joanna Out Of The Shower |
| pornve.com | Brazzers | https://pornve.com/ofsdz00bhh84/Alektra_blue_Karina_lee_Big_tits_at_work_brazzers.html | 7533 - Getting in With the Boss |
| pornve.com | Brazzers | https://pornve.com/ofsepmql1wed/Moms_Got_A_Meeting.html | 10705 - Mom's Got A Meeting |
| pornve.com | Brazzers | https://pornve.com/ofu2k60jhb2s/Makayla_Cox__Vienna_Black_-_No_Pain_No_GPA_Gain.html | 2440410 - No Pain No GPA Gain |
| pornve.com | Brazzers | https://pornve.com/ofum9c7v3tok/Makayla_Cox__Shavelle_Love_-_Her_Daughters_Best_Friend_2.html | 10745 - Her Daughter's Best Friend 2 |
| pornve.com | Brazzers | https://pornve.com/ofv6qans58gs/Presley_Hart_-_The_Birthday_Special.html | 6107 - The Birthday Special |
| pornve.com | Brazzers | https://pornve.com/og009sqamse8/MommyGotBoobs_19_08_26_Krissy_Lynn_Fucking_Family_Vacation_XXX.html | 3648228 - Fucking Family Vacation |
| pornve.com | Brazzers | https://pornve.com/og0aua40zbt3/Kenzie_Reeves_-_Selfies_With_The_Dean.html | 2434860 - Selfies With The Dean |
| pornve.com | Brazzers | https://pornve.com/og0n50w9dz2y/Abigail_Mac_Nicolette_Shea_Alex_Legend_-_BrazziBots_Part_2_-_ZZ_Series_-_Brazzers.html | 2972954 - BrazziBots: Part 2 |
| pornve.com | Brazzers | https://pornve.com/og3g87n6kq7q/Ashley_Adams_-_The_Mechanic.html | 10303 - The Mechanic |
| pornve.com | Brazzers | https://pornve.com/og4pnj0p6aa/Amber_Jade_-_This_One_Is_Just_Right.html | 3458888 - This One Is Just Right |
| pornve.com | Brazzers | https://pornve.com/og576udlzrp3/MommyGotBoobs_Nina_Elle_Hot_Mom_Swims_-_23_10_16.html | 10235 - Hot Mom Swims |
| pornve.com | Reality Kings | https://pornve.com/oge7rrwc80t1/Paige_Turnah_Prince_Yahshua_-_Caress_The_Curves_-_Monster_Curves.html | 8219 - Caress The Curves |
| pornve.com | Brazzers | https://pornve.com/ogfid4h3y95m/New_Eva_Notty_Honey.html | 10058 - Honey Would You Mind Milking My Nuts 2 |
| pornve.com | Brazzers | https://pornve.com/oghncdi3srye/Francesca_Le_-_Big_Muscles.html | MILFS Like It Big Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/ogin6nx4dm28/DayWithAPornstar_-_Kenzie_Taylor_Kenzie_Chooses_Dick_Over_Dishes.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/ogk6hkoob9fl/Lisa_Ann_School_Of_New_MILF.html | 4822 - Fuck Stop Telephoning Me |
| pornve.com | Brazzers | https://pornve.com/ognorl2ywv25/Kendall_Kayden_Keiran_Lee_Busted_At_The_Babyshower.html | 11192 - Busted At The Babyshower |
| pornve.com | Reality Kings | https://pornve.com/ogpg9xrlk3tr/The_House_Appraiser_-_Melissa_Moore_-_Reality_King.html | 15412 - The House Appraiser |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/ogrg9pw54bdi/Cumshots_Compilation.html | 4843 - I've Never Had A Threesome... |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/ogxtax1vx7dc/brazzers2016_12_23_The_Listener.html | 10260 - The Listener |
| pornve.com | Brazzers | https://pornve.com/ogy2892riggo/BrazzersExxtra_-_Chanel_Preston_And_Monique_Alexander_Lets_Get_Facials! | 9388 - Let's Get Facials! |
| pornve.com | Brazzers | https://pornve.com/oh3pbzpn0yso/Cream_My_Jeans_Ryan_Conner_Keiran_Lee.html | 11136 - Cream My Jeans |
| pornve.com | Brazzers | https://pornve.com/oh402ha4sp42/Preston_-_Chanels_Dirty_Secrets.html | 6715 - Chanel's Dirty Secrets |
| pornve.com | Brazzers | https://pornve.com/oh5g4mpv7erj/PornstarsLikeItBig_-_Jasmine_Jae_Rebecca_Moore_-_How_Danny_D_Stole_XXXMas.html | 7033 - How Danny D Stole XXXMas |
| pornve.com | Brazzers | https://pornve.com/ohb541hntoul/DirtyMasseur_19_08_21_Valentina_Nappi_Bodysuit_Banging_XXX.html | 3648232 - Bodysuit Banging |
| pornve.com | Brazzers | https://pornve.com/ohb7dtink42d/Queen_Of_Thrones_4.html | 10537 - Queen Of Thrones: Part 4 |
| pornve.com | Brazzers | https://pornve.com/ohc4xw4w54ep/Lylith_Lavey_-_You_Massage_So_Show_Me.html | 6131 - You Massage So Show Me! |
| pornve.com | Brazzers | https://pornve.com/ohe3dg0cg5ru/Teanna_Trump_-_Grounded.html | 7931 - Grounded |
| pornve.com | Brazzers | https://pornve.com/ohimox6xk9tx/Dont_Touch_Her_-_Part_5.html | 10655 - Don't Touch Her 5 |
| pornve.com | Brazzers | https://pornve.com/ohjocex3xdzv/Bree_Olson_-_WhoreObics.html | 5561 - WhoreObics |
| pornve.com | Brazzers | https://pornve.com/ohlzongurzcz/Karlee_Grey_LaSirena69_-_The_Maids_Make_A_Mess.html | 3832325 - The Maids Make A Mess |
| pornve.com | Brazzers | https://pornve.com/ohnnrpa3dnut/Kissa_Sins_Keiran_Lee_-_Cult_Aspirations_-_Big_Butts_Like_It_Big.html | 2892873 - Cult Asspirations |
| pornve.com | Brazzers | https://pornve.com/oho62rla2fw9/Valentina_Nappi_-_Stretch_That_Ass_Out.html | 3346031 - Stretch That Ass Out |
| pornve.com | Brazzers | https://pornve.com/ohoikc5y1ghy/Ella_Knox_Charles_Dera_-_Busted_at_The_Banana_Shop_-_Big_Tits_At_Work_-_Brazzers.html | 2892879 - Busted at The Banana Shop |
| pornve.com | Brazzers | https://pornve.com/ohpc7dzh7ll2/Aletta_Ocean_-_Love_At_First_Fuck.html | 8057 - Love at First Fuck |
| pornve.com | Brazzers | https://pornve.com/ohr9dpnx6qxk/Karmen_Karma_-_Take_Your_Daughter_To_Twerk_Day.html | 8456 - Take Your Daughter to Twerk Day |
| pornve.com | Brazzers | https://pornve.com/oht6kb3b0kag/Kagney_Linn_Karter_-_DPd_On_Her_Honeymoon.html | 10738 - DP'd On Her Honeymoon |
| pornve.com | Reality Kings | https://pornve.com/ohzblzly2ady/CumFiesta_-_Kymberlee_Anne_-_Slip_It_In_-_16_05_03.html | 14106 - Slip It In |
| pornve.com | Brazzers | https://pornve.com/ohztwygtjaoc/Joslyn_James_Tyler_Nixon_-_Consoling_His_Cock_-_Mommy_Got_Boobs_-_Brazzers.html | 3608709 - Consoling His Cock |
| pornve.com | Brazzers | https://pornve.com/oi1gg4h7lew5/_Brazzers-_Banging_blonde_professor_Jessa_Rhodes_get_fucked_by_her_student_.html | 10620 - My Professor's A Pornstar! |
| pornve.com | Brazzers | https://pornve.com/oi5pipcu77nv/Bobbi_Starr_Kristina_Rose_-_Our_Little_Secret.html | 5960 - Our Little Secret |
| pornve.com | Brazzers | https://pornve.com/oi5y7wwxgkdp/Yurizan_Beltran_-_Rub_One_Out.html | 6769 - Rub One Out |
| pornve.com | Brazzers | https://pornve.com/oiddkl0i9dfb/Gina_Valentina_-_Driving_The_Babysitter_Wild.html | 10660 - Driving The Babysitter Wild |
| pornve.com | Brazzers | https://pornve.com/oidra539k8hi/Sophia_Leone_-_Her_Daughters_Too_Tight.html | 3307787 - Her Daughter's Too Tight |
| pornve.com | Brazzers | https://pornve.com/oiekkz2gesor/this_guy_works_wonders.html | 11285 - This Guy Works Wonders |
| pornve.com | Brazzers | https://pornve.com/oinznctcygs9/MilfsLikeItBig_Synthia_Fixx_The_Milf_In_The_Mirror_-_17_07_16.html | 10050 - The Milf In The Mirror |
| pornve.com | Brazzers | https://pornve.com/oiw7dw4pf73k/Eva_Angelina_-_Double_The_Punishment.html | 4574 - Two Cocks for the Two-Timer |
| pornve.com | Reality Kings | https://pornve.com/oixhosn847sf/MomsBangTeens_Ryland_Ann_Parker_Swayze_-_Bang_It_Out_15_08_2016.html | 14580 - Bang It Out |
| pornve.com | Brazzers | https://pornve.com/oiyr2ej5bfx5/Isis_Love_-_Cant_You_Two_Get_Along.html | 7494 - Can't You Two Get Along? |
| pornve.com | Brazzers | https://pornve.com/oj1b7z4ugwra/Rachel_sienna_Fuck_in_School.html | 7018 - How To Handle Your Students: 101 |
| pornve.com | Brazzers | https://pornve.com/oj1pjboc153f/Princess_Jas_Danny_D_-_Presto_This_Wand_Is_Magic_-_Brazzers_Exxtra_-_Brazzers.html | 3166827 - Presto! This Wand Is Magic |
| pornve.com | Brazzers | https://pornve.com/oj69gmvpr5gg/Ryder_Skye_-_Unexpected_Hot_Date.html | 7920 - Unexpected Hot Date |
| pornve.com | Brazzers | https://pornve.com/oj6fuyiimrds/Abigail_Mac_-_First_Impressions_Are_Important.html | 3767192 - First Impressions Are Important |
| pornve.com | Brazzers | https://pornve.com/oj9we76mkul/August_Taylor_And_Summer_Brielle_-_Busty_Babes_Share_Yoga_Instructor.html | 9372 - Working Out The Wives |
| pornve.com | Brazzers | https://pornve.com/ojdvz7col14w/BigTitsAtWork_Cassidy_Banks_Fuck_The_Interview.html | 8921 - Fuck The Interview |
| pornve.com | Brazzers | https://pornve.com/ojjgebsdub4v/Kagney_Linn_Karter_-_Fucking_Party_Of_The_Year.html | 8167 - Fucking Party of the Year |
| pornve.com | Reality Kings | https://pornve.com/ojk86kddad3a/kels1_m0nro3_published_on_77_minutes_ago_kels1_m0nro3.html | 15380 - Wicked Surprise Pt2 |
| pornve.com | Brazzers | https://pornve.com/ojnz36ksu8/you_don_t_need_a_cock_part_2_jeni_angel_ryan_keely_jordi_el_nino_polla.html | 3795670 - You Don't Need A Cock: Part 2 |
| pornve.com | Brazzers | https://pornve.com/ojpvpn468cqg/Katana_Kombat_-_It_Takes_Two_To_Tango.html | 3648628 - It Takes Two To Tango |
| pornve.com | Brazzers | https://pornve.com/ojw4ln1b91c/Luxury_Girl_-_Soaking_LuxuryGirls_Yoga_Pants.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/ojyupcg65qz/Jacky_Joy_-_Jacky_Joys_Joyride.html | 7314 - Jacky Joy's Joyride |
| pornve.com | Brazzers | https://pornve.com/ok22noxb3p7z/Cassidy_Banks_Elektra_Rose_Natalie_Monroe_-_Teen_Sleepover.html | 7129 - The Sleepover |
| pornve.com | Reality Kings | https://pornve.com/ok2xy9dc6gur/Slip_It_In_4_S3_Deep_Stroke_Joseline_Kelly.html | 13978 - Deep Stroke |
| pornve.com | Reality Kings | https://pornve.com/ok4ha4p19ni6/MilfHunter_Katie_Morgan_Kinky_Katie_-_08_08_16.html | 14848 - Kinky Katie |
| pornve.com | Brazzers | https://pornve.com/ok4vifgd9748/Nikita_Von_James_-_Doctor_Squirtsalot.html | 4484 - Doctor Squirtsalot |
| pornve.com | Reality Kings | https://pornve.com/okbe64j1vgio/Massage_Love_is_The_Bare.html | 12913 - Love Is In The Bare |
| pornve.com | Brazzers | https://pornve.com/okcamc1njbi/Phoenix_Marie_Piper_Perri_-_Phoenix_vs_Piper.html | 9813 - Phoenix vs Piper |
| pornve.com | Brazzers | https://pornve.com/oklevgnwskgk/Chanel_Preston_Keiran_Lee_-_One_Night_Is_Too_Long_Part_2_-_Milfs_Like_It_Big_-_Brazzers.html | 3112419 - One Night Is Too Long: Part 2 |
| pornve.com | Brazzers | https://pornve.com/okllxebq80dc/Moriah_Fucks_Her_Muse_-_Moriah_Mills_Keiran_Lee.html | 2461837 - Moriah Fucks Her Muse |
| pornve.com | Brazzers | https://pornve.com/okpp8ged27bx/Karlee_Grey_Keisha_Grey_-_Were_Roommates_For_A_Reason.html | 9440 - We're Roommates For A Reason! |
| pornve.com | Brazzers | https://pornve.com/oks1dspa38ow/Shay_Evans_JMac_-_Shay_Dreaming_-_Big_Tits_At_Work_-_Brazzers.html | 3261541 - Shay Dreaming |
| pornve.com | Brazzers | https://pornve.com/okxl3ceoozhl/Stevie_Shae_-_Painted_Scrubbed_Rubbed_And_Fucked.html | 8079 - Painted Scrubbed Rubbed and Fucked |
| pornve.com | Brazzers | https://pornve.com/ol1d4owk4w4b/Samantha_Saint_-_Suck-Sex_In_Soccer.html | 5501 - Suck-Sex in Soccer |
| pornve.com | Brazzers | https://pornve.com/ol4p13q9sg5k/Bridgette_B_Isis_Love_-_Slut_Spill.html | 4735 - Slut Spill |
| pornve.com | Brazzers | https://pornve.com/ol5hphaxpl0u/Shyla_Stylez_-_Muff_Buffer.html | 4377 - Muff Buffer |
| pornve.com | Brazzers | https://pornve.com/ol7whoqbwr85k/Vicki_Chase_-_The_Perfect_Hostess.html | 9524 - The Perfect Hostess |
| pornve.com | Brazzers | https://pornve.com/ol80c9tzlspn/Ariella_Ferrera_Cecilia_Lion_-_Sneaking_Out_Sneaky_Sex.html | 3159585 - Sneaking Out Sneaky Sex |
| pornve.com | Reality Kings | https://pornve.com/ol8mac8efnso/RoundAndBrown_-_Julie_Kay_Photoshoot_Fuck.html | 2322462 - Photoshoot Fuck |
| pornve.com | Brazzers | https://pornve.com/olb7rfzrhfzc/Mason_Moore_-_So_I_Married_A_Biker_Bitch.html | Real Wife Stories Vol. 2 |

| pornve.com | Brazzers | https://pornve.com/ojfaeq1tp9l/Madison_Ivy_Xander_Corvus_-_Glam_Jail_Nail_-_Pornstars_Like_It_Big_-_Brazzers.html | 2991868 - Glam Jail Nail |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/olksq8j8p3rd/Julia_Ann_-_Kylie_Page_-_She_Wants_It_Both_Ways.html | 10168 - She Wants It Both Ways |
| pornve.com | Reality Kings | https://pornve.com/olmanxo5j0nk/Luna_Star_Fucking_On_The_Mill.html | 15214 - Fucking On The Mill |
| pornve.com | Brazzers | https://pornve.com/olt8fxckgeev/Diamond_Foxxx_-_Pirates_On_Deck.html | 5294 - Pirates On Deck |
| pornve.com | Reality Kings | https://pornve.com/olto8atucc13/Sofie_Reyez_JMac_-_Scooter_Cooter_-_Teens_Love_Huge_Cocks_-_Reality_Kings.html | 3426412 - Scooter Cooter |
| pornve.com | Brazzers | https://pornve.com/olvqtkp3lsdt/Exercise_Balling_Lana_Rhoades_Keiran_Lee.html | 2652842 - Exercise Balling |
| pornve.com | Brazzers | https://pornve.com/olw3whungpxu/BigTitsAtWork_Angel_Wicky_Start-Up_Culture.html | 11058 - Start-Up Culture |
| pornve.com | Brazzers | https://pornve.com/olww92r8z7g2/Chloe_Chaos_-_Oral_Fixation.html | 7833 - Oral Fixation |
| pornve.com | Brazzers | https://pornve.com/oly735xc9xje/Rebecca_More_Danny_D_Poker_Face.html | 2447574 - Poker Face |
| pornve.com | Reality Kings | https://pornve.com/olzyv1e4nuzh/Moriah_Mills_-_Shake_That_Ass.html | 1900732 - shake_that_ass |
| pornve.com | Brazzers | https://pornve.com/om0yny2ustdi/Britney_Amber_-_Front_Page_Fucking.html | 3648731 - Front Page Fucking |
| pornve.com | Reality Kings | https://pornve.com/om2itpifdg11/MilfHunter_18_11_19_Sydney_Hail_Bicycle_Rescue_XXX_SD.html | 2940350 - Bicycle Rescue |
| pornve.com | Brazzers | https://pornve.com/oma6azf8ifx0/My_Girlfriends_Roommate_Is_A_Slut_Brazzers.html | 10580 - My Girlfriend's Roommate Is A Slut! |
| pornve.com | Brazzers | https://pornve.com/omkrnhy34599/Nikki_Benz_Brazzers_House_Episode_5_Bonus_Part_2.html | 8710 - Brazzers House Episode Five Bonus Part 2 |
| pornve.com | Brazzers | https://pornve.com/ommwtz4w14a8/Desiree_Dulce_-_Boned_By_The_Butler.html | 3722254 - Boned By The Butler: Part 1 |
| pornve.com | Brazzers | https://pornve.com/omotwllcg3jb/Brazzers_-_Alanah_Rae_Ten_Dollar_Whore.html | 4968 - Snack Broker Cock Smoker |
| pornve.com | Brazzers | https://pornve.com/omajfwbe9bcfk/Rachel_Roxxx_-_Special_Agent_Roxxx_Enjoys_Anal_Experience.html | 4299 - Special Agent Roxxx Enjoys Anal Experience |
| pornve.com | Brazzers | https://pornve.com/omqyr5ii1y3m/Leya_Falcon_-_Movie_Theatre_Whore.html | 6134 - Movie Theatre Whore |
| pornve.com | Brazzers | https://pornve.com/omspedqcd925/Trinity_St_Clair_-_How_To_Take_A_Load.html | 9414 - How To Take A Load |
| pornve.com | Brazzers | https://pornve.com/omtiaeb50hz5/Eliza_Ibarra_-_Cuff_Me_And_Fuck_Me.html | 3170353 - Cuff Me And Fuck Me |
| pornve.com | Brazzers | https://pornve.com/omvw4rhf23wd/young_and_corrupt_3.html | 9384 - Jillin' In The Box |
| pornve.com | Brazzers | https://pornve.com/omy5mkv2oldo/Jewels_Jade_-_I_Give_You_The_Ultimate_Hole.html | 5215 - I Give You The Ultimate Hole |
| pornve.com | Brazzers | https://pornve.com/omzzepxy03jn8/Karissa_Shannon_Charles_Dera_-_X_Marks_The_Spot_-_Brazzers_Exxtra_-_Brazzers.html | 3425283 - X Marks The Spot |
| pornve.com | Brazzers | https://pornve.com/on04lttm4qx/Preppies_In_Pantyhose_-_Part_4.html | 3359572 - Preppies In Pantyhose: Part 4 |
| pornve.com | Brazzers | https://pornve.com/on3mjydfmdx8/Madison_Ivy_-_The_Mystique_Of_Madison.html | 3043527 - The Mystique Of Madison |
| pornve.com | Brazzers | https://pornve.com/on7jdmjat7hv/asa_akira_fucks_a_big_cock.html | 4064 - Mean Head Game |
| pornve.com | Brazzers | https://pornve.com/on8ayydogn8q/Vina_Sky_Keiran_Lee_-_Fundraiser_Fuck_-_Teens_Like_It_Big_-_Brazzers.html | 3359716 - Fundraiser Fuck |
| pornve.com | Brazzers | https://pornve.com/onp6dwr8xggx/Brooklyn_Blue_-_Facial_Fantasy.html | 7498 - Brooklyn Blue's Facial Fantasy |
| pornve.com | Brazzers | https://pornve.com/onq8ca9w8nwu/Going_Once_Cumming_Twice_Tory_Lane_Ramon.html | 9552 - Going Once_Cumming Twice |
| pornve.com | Brazzers | https://pornve.com/onxff401m9f9/Brazzers_-_Boned_By_The_Butler_Part_1.html | 3722254 - Boned By The Butler: Part 1 |
| pornve.com | Brazzers | https://pornve.com/onyi195a9g6a/Kelsi_Monroe_-_Something_Borrowed_Something_Blew.html | 2569914 - Something Borrowed Something Blew |
| pornve.com | Brazzers | https://pornve.com/oo7nypk62yqb/Brooklyn_Chase_-_Dirty_Debut.html | 7121 - Dirty Debut |
| pornve.com | Brazzers | https://pornve.com/oof0gtzy2bgy/Devon_Be_My_Fucking_Valentine.html | 7099 - Be My Fucking Valentine! |
| pornve.com | Reality Kings | https://pornve.com/oojtaxag43hz/DAREDORM_74_Sleep_Over_2of2.html | Dare Dorm #16 |
| pornve.com | Brazzers | https://pornve.com/oom2wscnhsf3/Christie_Stevens_Kyle_Mason_-_Only_The_Best_For_My_Family_-_Milfs_Like_It_Big_-_Brazzers.html | 3768124 - Only The Best For My Family |
| pornve.com | Brazzers | https://pornve.com/oose5sp09536/TeensLikeItBig_Mia_Malkova_Family_Business.html | 7800 - Family Business |
| pornve.com | Brazzers | https://pornve.com/oozp6vvl4clo/Aaliyah_Hadid_Alura_TNT_Jenson_-_Stepmoms_Need_Loving_Too_-_Moms_In_Control_-_Brazzers.html | 3363991 - Stepmoms Need Loving Too! |
| pornve.com | Reality Kings | https://pornve.com/op9kiziyo83q/MomsBangTeens_-_Lexi_Luna_Allie_Nicole_-_Moving_To_Control_.html | 3608617 - Moving To Control |
| pornve.com | Brazzers | https://pornve.com/opbmx5f6tkdp/Brandi_Love_-_Huge_Cock_For_Hire_-_Brazzers.html | 9457 - Huge Cock For Hire |
| pornve.com | Brazzers | https://pornve.com/opd4675yt99q/Corinna_Blake_-_World_War_XXX_-_Part_2.html | 8429 - World War XXX Part Two |
| pornve.com | Brazzers | https://pornve.com/opic12xm20ig/August_Ames_-_The_Joys_Of_A_Long_Hot_Shower.html | 10820 - The Joys Of A Long Hot Shower |
| pornve.com | Brazzers | https://pornve.com/opq9ff2c2k13/Missy_Martinez_Bambino_-_Coach_Martinez_-_Milfs_Like_It_Big_-_Brazzers.html | 3451942 - Coach Martinez |
| pornve.com | Brazzers | https://pornve.com/opsavd804exr/A_Brazzers_Christmas_Special_-_Part_1.html | 10263 - A Brazzers Christmas Special: Part 1 |
| pornve.com | Brazzers | https://pornve.com/opx6x5j5jnb3/Mystery_Tape_A_Xxx_Parody_Romi_Rain.html | 2433507 - Here For Oral Support |
| pornve.com | Reality Kings | https://pornve.com/opxf27gn0tao/TeensLoveHugeCocks_-_Lucie_Cline_Do_You_Like_12_24_16.html | 10850 - Mystery Tape: A XXX Parody<br>15135 - Do You Like |
| pornve.com | Brazzers | https://pornve.com/opyvxbff0w4t/Jessica_Jade_Xander_Corvus_-_You_Splashed_My_Snatch_-_Milfs_Like_It_Big_-_Brazzers.html | 3363989 - You Splashed My Snatch |
| pornve.com | Brazzers | https://pornve.com/opzafzola33o/Kissa_Sins_-_Cult_Aspirations.html | 2892873 - Cult Aspirations |
| pornve.com | Brazzers | https://pornve.com/opztwdlqhuog/Black_Angelika_A_Little_Trip_To_Hell_-_Brazzers.html | 3911 - A Little Trip To Hell |
| pornve.com | Brazzers | https://pornve.com/oq433e0twxcq/Moriah_Mills_-_Moriah_Fucks_Her_Muse.html | 2461837 - Moriah Fucks Her Muse |
| pornve.com | Brazzers | https://pornve.com/oqgwrdb5y8si/Abella_Danger_Keisha_Grey_-_Day_With_A_Pornstar.html | 9213 - Day With A Pornstar: Keisha And Abella |
| pornve.com | Brazzers | https://pornve.com/oqjfkp2v1zez/Erotic_Massage_Breannes_Fun.html | 8097 - Breanne's Number One Fan |
| pornve.com | Brazzers | https://pornve.com/oqku4vzlpxq7/Kaylani_Lei_-_MILFs_Like_It_BBC.html | 3109352 - MILFs Like It BBC |
| pornve.com | Reality Kings | https://pornve.com/oqkxty24bk4o/Young_clever_girl_carefully_sucks_his_big_dick.html | 12848 - Hey Bae Bae |
| pornve.com | Brazzers | https://pornve.com/oqlat6w4s3ja/Madison_Rose_-_Ass_Excess.html | 7063 - Ass Excess |
| pornve.com | Brazzers | https://pornve.com/oqma4l4mf3w4/AJ_Applegate_-_Rump_Rompers.html | 10540 - Rump Rompers |
| pornve.com | Brazzers | https://pornve.com/oqpb74q1d4td/Eva_Karera_Im_Gonna_Bang_Your_Mother_3_2015.html | 8096 - Don't Cross The Maid |
| pornve.com | Brazzers | https://pornve.com/oqtc6ub5d3eo/Aletta_Ocean_Motion_In_The_Ocean.html | 6713 - Motion In The Ocean |
| pornve.com | Brazzers | https://pornve.com/or8lmiooe95s/Desiree_Dulce_Charles_Dera_-_Jumping_Jumbos_-_Brazzers_Exxtra_-_Brazzers.html | 3463702 - Jumping Jumbos |
| pornve.com | Reality Kings | https://pornve.com/or986j9o803h/BlackGFs_-_Jessica_Yayo_Brown_Suga_12_28_16.html | 1754257 - clean_pussy |
| pornve.com | Brazzers | https://pornve.com/or9qbplbav5o/Brandi_Love_Monique_Alexander_-_The_Realtor.html | 9219 - Brandi Love's The Realtor |

EXHIBIT A

| pornve.com | Reality Kings | https://pornve.com/orac8rzq38r6/GFRevenge_Naughty_nova.html | 14389 - bikini_body |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/orcd28t9n9dz/Tina_Kay_-_Suns_Out_Tits_Out.html | 3425284 - Sun's Out Tits Out |
| pornve.com | Brazzers | https://pornve.com/orhisll07xxw/Carmella_Bing_-_City_Beautification_Tits.html | Brazzers&#039; Big Tits At Work #5 |
| pornve.com | Brazzers | https://pornve.com/oriz2guknd13/Syren_De_Mer_-_Fortune_Telling_Fuck.html | 7196 - Fortune Telling Fuck |
| pornve.com | Brazzers | https://pornve.com/ormpie16ssv/Aleksa_Nicole__Capri_Cavanni_-_Capri_Rides_Her_Staff_Hard.html | 7241 - Capri Rides Her Staff Hard |
| pornve.com | Reality Kings | https://pornve.com/oro78x6pomz4/Janice_Griffith_Takes_Big_Cock.html | 12755 - Juicy Janice |
| pornve.com | Brazzers | https://pornve.com/orskqhznvpgm/Melrose_Foxxx_-_Country_Girl_Slut.html | 4425 - Country Girl Slut! |
| pornve.com | Brazzers | https://pornve.com/orthvv8r5j59/Brazzers_-_Hot_doctor_Tina_Kay_consults_a_patient_for_a_cock_reduction_.html | 2417748 - Cock Reduction |
| pornve.com | Reality Kings | https://pornve.com/os09fp61w8td/Michele_James_Booby_Massage.html | 2662659 - Booby Massage |
| pornve.com | Brazzers | https://pornve.com/os28je5ufmy1/Lela_Star_-_Sex_Hospital.html | 3207486 - Sex Hospital |
| pornve.com | Brazzers | https://pornve.com/os6dr5ua3tbq/Hottest_Monique_Alexander_PLIB.html | 9720 - How to Become a Pornstar in 8 Easy Inches |
| pornve.com | Brazzers | https://pornve.com/os6od9lu7255/Valentina_Nappi_-_Screw_To_Tango.html | 7306 - Screw to Tango |
| pornve.com | Brazzers | https://pornve.com/oskh2ojzvf0r/Gia_Paige_-_Bed_Head.html | 9802 - Bed Head |
| pornve.com | Brazzers | https://pornve.com/oskiyzroxqw2/Ivy_Lebelle.html | 10535 - Secret Sauna Sex |
| pornve.com | Brazzers | https://pornve.com/oskuqoepo9il/Lylith_Lavey_-_Does_This_Look_Real.html | 7153 - Does This Look Real? |
| pornve.com | Brazzers | https://pornve.com/osoj4q3a4ui/Kayla_Kayden_New_Big_Tit_Babes.html | 10362 - My Wife's Girlfriend |
| pornve.com | Brazzers | https://pornve.com/ospkzgtnbhvu/Eva_Karera_-_Being_Elite_and_Easy.html | 7321 - Being Elite and Easy |
| pornve.com | Brazzers | https://pornve.com/osrll4vndckj/Dahlia_Sky_-_Dahlia_Skys_Asshole's_The_Limit.html | 9412 - Dahlia Sky's Asshole's the Limit |
| pornve.com | Reality Kings | https://pornve.com/ostt5dxdy896/Jaclyn_Taylor_-_My_Moms_Hot_Friend.html | 14771 - My Moms Hot Friend |
| pornve.com | Brazzers | https://pornve.com/oswgg5aijunk/Layla_Sin_I_Need_Some_Excitement.html | 3368464 - I Need Some Excitement |
| pornve.com | Brazzers | https://pornve.com/oswzpkkuukn2/Dani_Jensen_-_Affair_On_The_Air.html | 10635 - Affair On The Air |
| pornve.com | Brazzers | https://pornve.com/osysyoumouyt/Phoenix_Marie_A_Little_Discipline_For_Phoenix.html | 5617 - A little Discipline for Phoenix |
| pornve.com | Brazzers | https://pornve.com/oszsd371vvri/Isis_Love_-_Dick_Sucker.html | 4176 - Dick Sucker |
| pornve.com | Reality Kings | https://pornve.com/ot5bux5g0myy/Blow_Job_Big_Tits_Full_Of_Experience_Connor_Coxxx_Big_Booty_MILF.html | 15009 - Full Of Experience |
| pornve.com | Brazzers | https://pornve.com/ot5pyusdahk5/Jade_Baker__Kylie_Kingston_-_Fuck_The_Dean.html | 3363983 - Fuck The Dean! |
| pornve.com | Brazzers | https://pornve.com/ot5x7q8k4900/Aria_Alexander__Sofia_Valletta_-_Doctor__Nurse_Take_A_Fucking_Break.html | 9477 - Doctor & Nurse Take A Fucking Break |
| pornve.com | Brazzers | https://pornve.com/ot7wb2o9lh87/Going_In_Blind_Ella_Hughes_Gina_Valentina.html | 2587709 - Going In Blind |
| pornve.com | Reality Kings | https://pornve.com/otbrhkskn4a1/Money_Talks_Freaky_Friction.html | 12692 - Freaky Friction |
| pornve.com | Brazzers | https://pornve.com/otf6492mpjoi/Esperanza_Gomez_-_The_Crossing.html | 8442 - The Crossing |
| pornve.com | Brazzers | https://pornve.com/otfcov1fbck2/Kennedy_Leigh_-_Cmere_You_Fuckin_Brat.html | 8301 - C'mere You Fuckin' Brat! |
| pornve.com | Brazzers | https://pornve.com/otgjd9wl0ggs/Lezley_Zen_-_Ms_Zens_Side_Job.html | 3159 - Ms. Zen's Side Job |
| pornve.com | Brazzers | https://pornve.com/otjihqutb2em/Casey_Calvert__Gabriella_Paltrova_-_S_Is_For_Squirt.html | 10172 - S Is For Squirt |
| pornve.com | Brazzers | https://pornve.com/otmal7w9r219/Nympho_Nurses_And_Dirty_Doctors_3_Abigail_Mac.html | 11030 - White Coat  Pink Pussy |
| pornve.com | Brazzers | https://pornve.com/otoo8dg56run/Chanel_Preston_-_My_Boobs_Are_My_Big_Assets.html | 5992 - My Boobs Are My Big Assets |
| pornve.com | Brazzers | https://pornve.com/otq1o7oqexzb/Adriana_Luna_-_Stripteasy_Goodness.html | 5645 - Stripteasy Goodness |
| pornve.com | Brazzers | https://pornve.com/otsip3jxljmb/Brooke_Belle_-_1-800-THIC-DIC.html | Pornstars Like It Big Vol. 6 |
| pornve.com | Brazzers | https://pornve.com/ottu2bbuma3m/Courtney_Cummz__Nikki_Benz_-_Pump_Fiction.html | 4240 - Pump Fiction |
| pornve.com | Brazzers | https://pornve.com/otv4n8dxmopf/Katana_Kombat_-_The_Dutiful_Wife.html | 3425291 - The Dutiful Wife |
| pornve.com | Brazzers | https://pornve.com/ou1ozrk5789v/Kate_Frost__Romi_Rain_-_Pork_Me_-_2.html | 8092 - Pork Me 2 : The Next Day |
| pornve.com | Brazzers | https://pornve.com/ou3nguhrpvqn/Tiffany_Rain_Mommy_Issues_Part_2.html | 10541 - Mommy Issues: Part 2 |
| pornve.com | Brazzers | https://pornve.com/ou6dkz13l9td/TeensLikeItBig_15_12_19_Cory_Chase_And_Marsha_May_The_Perfect_Size.html | 9344 - The Perfect Size |
| pornve.com | Brazzers | https://pornve.com/oufaq4qudgkq/Brazzers_Fucking_Through_The_Fourth_Wall_Bonnie_Rotten.html | 2842843 - Fucking Through The Fourth Wall |
| pornve.com | Brazzers | https://pornve.com/ouhg6qogl6kg/Breanne_Benson_-_Office_Rub_Down.html | 6167 - Office Rub Down |
| pornve.com | Reality Kings | https://pornve.com/ouord4otbic/StreetBlowJobs_17_01_22_Blossom_Fill_To_The_Brim_XXX_KTR.html | 14987 - Fill To The Brim |
| pornve.com | Brazzers | https://pornve.com/ourjhhwz7cri/Nikita_Von_James_-_The_Mominator.html | 6392 - The Mominator |
| pornve.com | Brazzers | https://pornve.com/ouxfn5kvzm3w/Sofis_On_Hold_-_Sofi_Ryan_-Day_With_A_Pornstar.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/ouyh7mpurwn9/Valentina_Nappi_-_Madames_Finishing_School_for_Whores_-_Brazzers.html | 7594 - Madame's Finishing School for Whores |
| pornve.com | Brazzers | https://pornve.com/ov3yoy31onq6/Brazzers_Sit_On_It_And_Spin.html | 10905 - Sit On It And Spin |
| pornve.com | Brazzers | https://pornve.com/ovaw5d3uq0vz/Luxury_Girl_-_Luxury_Girls_New_Jeans.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/ovglyqlpug2q/Late_Night_Orgy_Romi_Rain_Monique_Alexander_Phoenix_Marie_And_Marsha_May.html | 9507 - The Late Night Orgy |
| pornve.com | Brazzers | https://pornve.com/ovh82kbggbpv/Alina_West_-_Anal_Twist_And_Shout.html | 9033 - Anal Twist and Shout! |
| pornve.com | Brazzers | https://pornve.com/ovmbdiqp7toc/Holly_Halston_-_Bangin_The_Butler.html | Brazzer&#039;s Mommy Got Boobs #3 |
| pornve.com | Brazzers | https://pornve.com/ovqdbk91h9qe/Lela_Star_-_Smashing_Ass.html | 2672980 - Smashing Ass |
| pornve.com | Brazzers | https://pornve.com/ovruiu2hm1wv/Darla_Crane_-_Moms_Dirty_Book.html | 8859 - Mom's Dirty Book |
| pornve.com | Brazzers | https://pornve.com/ovtfxeay21sl/DoctorAdventures_-_Dillion_Harper_Doctor_Who_NEW_14_July_2016.html | 9752 - Doctor Who? |
| pornve.com | Brazzers | https://pornve.com/ovushw3amrv6/Humber_Veils_Charles_Dera_-_Sandy_Siren_Of_The_Skies_-_Brazzers_Exxtra_-_Brazzers.html | 3115085 - Sandy Siren Of The Skies |
| pornve.com | Brazzers | https://pornve.com/ovuxql81moru/Riley_Reid__Shay_Fox_-_Lesbians_In_Lockdown.html | 8226 - Lesbians in Lockdown |
| pornve.com | Brazzers | https://pornve.com/ovyoqsmwocd5/Holly_Michaels_-_Doc_Can_You_Fix_My_Limp_Dick?.html | 6717 - Doc! Can You Fix My Limp Dick? |
| pornve.com | Brazzers | https://pornve.com/ow0enbso175f/Abby_Rydes__Alura_TNT_Jenson_-_Valentines_Day_Anal.html | 7947 - Valentine's Day Anal |
| pornve.com | Brazzers | https://pornve.com/owa1q9nqnz92/The_Whore_In_The_Lot_Veronica_Avluv__Danny_D.html | 9584 - The Whore In The Lot |
| pornve.com | Brazzers | https://pornve.com/owadqkfdpqqn/Kendra_Lust__Rachel_Starr_-_Easter_Egg_Cunt.html | 8026 - Easter Egg Cunt |
| pornve.com | Brazzers | https://pornve.com/owfsjnf7x0tk/The_Naughty_Nanny_-_Part_2.html | 2893602 - The Naughty Nanny: Part 2 |
| pornve.com | Brazzers | https://pornve.com/owg8aiq1i66i/big_tits_3540_42_plays_published_on_27_minutes_ago_category_babe_milf_pornstar_eva_notty_tags_hexa_adenor_tag_this_video.html | 6604 - TITal Wave |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/ox50u6j1hg0e/Cory_Chase_Evelin_Stone__The_Nympho_Milf_Awakens.html | 1944914 - The Nympho Milf Awakens |
| pornve.com | Brazzers | https://pornve.com/ox5o4zv6lgta/Alina_Lopez_Charles_Dera_-_My_Dirty_Little_Secret_-_Brazzers_Exxtra_-_Brazzers.html | 3609448 - My Dirty Little Secret |
| pornve.com | Brazzers | https://pornve.com/oxbmng53zs03w/Lela_Star_-_Riding_The_Wife.html | 2675839 - Riding The Wife |
| pornve.com | Brazzers | https://pornve.com/oxc400gxifgo/Alex_Little__Diamond_Jackson_-_Prison_Warden_Picks_A_Plaything.html | 8899 - Prison Warden Picks A Plaything |
| pornve.com | Brazzers | https://pornve.com/oxfp8md9zoty/Interracial_Doctor_Adventures_-_720p.html | 9464 - The Vag-itarian |
| pornve.com | Brazzers | https://pornve.com/oxhyoev6zxl0/Sienna_West_-_Its_Cock_Hunting_Season.html | 4153 - It's Cock Hunting Season |
| pornve.com | Reality Kings | https://pornve.com/oxjg16708co/Jazmine_-_Hot_Teen_Next_Door_25_2015.html | 11773 - Jizz On Jazz |
| pornve.com | Brazzers | https://pornve.com/oxreq2crt46k/Brazzers_Adopt_a_Pornstar_Brazzers_Blowjob_3some_Big_Tits_Cum_In_Mouth_Professional_K eisha_G.html | 10114 - Adopt A Pornstar |
| pornve.com | Reality Kings | https://pornve.com/oxud32xa445a/brunette_babe_ad_best_workout_ever_3804_89_plays_published_on_62_minutes_ago_category_ ass_cumshot_tags_ass.html | 15455 - Best Workout Ever |
| pornve.com | Brazzers | https://pornve.com/oxwszr8sxgbu/THE_NAKED_MOTHER_-_BRAZZERS.html | 9562 - The Naked Mom |
| pornve.com | Brazzers | https://pornve.com/oxx823bm9jst/Bella_Bellz_-_Her_Thick_Thieving_Ass.html | 8781 - Her Thick Thieving Ass |
| pornve.com | Reality Kings | https://pornve.com/oxypyb1v39cm/RealityKings_Stepmom_Has_Her_Day.html | 3348898 - Stepmom Has Her Day |
| pornve.com | Brazzers | https://pornve.com/oy20b3e50yk9/Brazzers_Borrow_A_Boyfriend_Brazzers_Pornstars_Like_It_Big_Keiran_Lee_Lela_Star_Brunett e_Blac.html | 2412393 - Borrow A Boyfriend |
| pornve.com | Brazzers | https://pornve.com/oy7fllf5vtrg/Karma_Rx_-_You_Have_The_Right_To_Remain_Sexy.html | 2635583 - You Have The Right To Remain Sexy |
| pornve.com | Brazzers | https://pornve.com/oyg7sz5nase9/Christy_Mack_Science_Friction_Oiled_Facial.html | 7567 - Science Friction |
| pornve.com | Brazzers | https://pornve.com/oyi1cduneri7/Sophia_Laure_-_Sweaty_Ass_Workout.html | 10064 - Sweaty Ass Workout |
| pornve.com | Brazzers | https://pornve.com/oykrfc3aqpq0/Lela_Star_Britney_Amber_Jessy_Jones_-_Creampie_Diaries_Part_3_-_Brazzers_Exxtra.html | 2847272 - Creampie Diaries: Part 3 |
| pornve.com | Brazzers | https://pornve.com/oyls6uw10213/Keira_Knight_-_Morgans_Python_And_The_Holy_Tail.html | 7426 - Morgan's Python and the Holy Tail |
| pornve.com | Brazzers | https://pornve.com/oynpq7y1nfgs/Juelz_Ventura_-_Yoga_Ho.html | 5874 - Yoga Ho |
| pornve.com | Brazzers | https://pornve.com/oyuwtpwa6wjl/Romi_Rain_Jordi_El_Nino_Polla_-_Judge_Jordi_Anal_About_Alimony_-_Big_Butts_Like_It_Big_-_Brazzers.html | 3402007 - Judge Jordi: Anal About Alimony |
| pornve.com | Brazzers | https://pornve.com/oyyqc1dylrrq/ass_cumshot_deep_throat_babe_bigtits_handjob_destiny_dixon_pawg_destiny_dixon_destiny_dixon _da.html | 7546 - Just How Get Healthy |
| pornve.com | Brazzers | https://pornve.com/oz13kcjyvurk/Jessica_Jaymes_Fuck_Hard_Nikki_Benz.html | Real Wife Stories Vol. 6 |
| pornve.com | Reality Kings | https://pornve.com/oz3q1vo9jbs6/Milfhunter_Does_Anal_To_Blonde.html | 7102 - Hot And Bootyful |
| pornve.com | Brazzers | https://pornve.com/oz5trjjkryxv/Nina_Elle_Jordi_El_Nio_Polla_-_They_Feel_Real_To_Me_-_Mommy_Got_Boobs_-_Brazzers.html | 3110592 - They Feel Real To Me |
| pornve.com | Brazzers | https://pornve.com/oz6r1rwv9tdp/Peta_Jensen_-_Deep_And_Juicy_with_Miss_Jensen.html | 8970 - Deep and Juicy with Miss Jensen |
| pornve.com | Brazzers | https://pornve.com/ozdcfzweodwh/Valentina_Nappi_-_The_Shower_Spy.html | 2914521 - The Shower Spy |
| pornve.com | Brazzers | https://pornve.com/ozevo0d43h6h/Kiara_Lord_-_Hidden_Depths.html | 9028 - Hidden Depths |
| pornve.com | Reality Kings | https://pornve.com/ozh2f0le1omr/Sweetie_Evie_Olson.html | 14920 - Sweetie Evie |
| pornve.com | Brazzers | https://pornve.com/ozldg8zmdjzv/BrazzersExxtra_-_Eliza_Ibarra_Hopping_On_A_Cock.html | 3960039 - Hopping On A Cock |
| pornve.com | Brazzers | https://pornve.com/ozo8u4n9bwuq/Abella_Danger_Cherie_Deville_-_High_Sexpectations.html | 3425401 - High Sexpectations |
| pornve.com | Brazzers | https://pornve.com/ozr059pilr5m/BrazzersExxtra_Kiki_Minaj_A_Little_Something_Extra.html | 2991869 - A Little Something Extra |
| pornve.com | Brazzers | https://pornve.com/ozsg99qhssy3/Chanel_Preston_-_Hot_Heavy_Workload.html | 2842539 - Hot & Heavy Workload |
| pornve.com | Brazzers | https://pornve.com/ozskjmxp5mdr/Nikki_Nine_-_Blown_By_An_Old_Flame.html | 8784 - Blown By An Old Flame |
| pornve.com | Reality Kings | https://pornve.com/ozufo8fjizzm/Naughty_Darcie_Dolce_and_Lana_Rhoades_love_to_play_with_a_strap-on.html | 1800007 - Pussy Cums Home |
| pornve.com | Reality Kings | https://pornve.com/ozylhpazorc1/TeensLoveHugeCocks_Carmen_Loves_Cock_Carmen_Caliente.html | 12797 - Carmen Loves Cock |
| pornve.com | Brazzers | https://pornve.com/p01n3bsf5n5q/Kendra_Spade_Alex_Legend_-_Bow_Down_Beg_For_It_-_Baby_Got_Boobs.html | 2893637 - Bow Down & Beg For It |
| pornve.com | Brazzers | https://pornve.com/p02gkp5vuhzz/Romi_Rain_and_Violet_Monroe_-_Maleficunt_parody.html | 7991 - Maleficunt |
| pornve.com | Brazzers | https://pornve.com/p02mg6e5e1ru/Pussy_or_Anal_A_ZZ_Clinical_Study_-_Big_Butts_Like_It_Big__Ryan_Conner.html | 9546 - Pussy or Anal? A ZZ Clinical Study |
| pornve.com | Brazzers | https://pornve.com/p03vclmkf366/Katja_Kassin_-_Big_Treasure_Cock_In_Big_Beautiful_Asshole.html | 4401 - Big Treasure Cock In Big Beautiful Asshole |
| pornve.com | Brazzers | https://pornve.com/p0 a3v9d2uvev/Office_Play_4_Blonde_4_Blondes_Getting_Fucked_In_The_Office_-_Courtney_Taylor_Nikki_Benz_Nina_Elle_And_Summer_Brielle_Taylo.html | 8181 - Office 4-play VI |
| pornve.com | Brazzers | https://pornve.com/p0k50lm9xqr7/Ava_Addams_Ricky_Johnson_-_Seduced_By_His_Stepmom_-_Mommy_Got_Boobs_-_Brazzers.html | 3314240 - Seduced By His Stepmom |
| pornve.com | Brazzers | https://pornve.com/p0k5pj9umtob/One_Night_In_The_Valley_-_2.html | 6022 - Ep-2: It's a Mad World |
| pornve.com | Brazzers | https://pornve.com/p0msfbam0oh5/Brittney_Skye_-_Getting_A_Peek_At_Celebrity_Skin.html | 4461 - Getting a Peek at Celebrity Skin |
| pornve.com | Brazzers | https://pornve.com/p0xscrxq7lv2/Dayton_Rains_-_Her_BFs_A_Mother_Fucker.html | 9001 - Her BF's A Mother Fucker |
| pornve.com | Brazzers | https://pornve.com/p10y1h31h7we/Joslyn_James_Natasha_Starr_-_Working_That_Pussy_Out.html | 7807 - Working That Pussy Out |
| pornve.com | Brazzers | https://pornve.com/p1717nqntcy2/BigWetButts_Syren_De_Mer_Airtight_In_The_Bathtub.html | 8168 - Airtight in the Bathtub |
| pornve.com | Brazzers | https://pornve.com/p192h6lfxf2r/Tina_Kay_-_The_Dommes_Next_Door.html | 3609573 - The Dommes Next Door: Part 1 |
| pornve.com | Brazzers | https://pornve.com/p1edvksfynky/BigTitsAtWork_Alexis_Adams_Bon_Appetities_-_10_11_2016.html | 10269 - Bon Appetities! |
| pornve.com | Reality Kings | https://pornve.com/p1emxx78bqn4/Sara_St_Clair_-_Something_About_Sara.html | 15304 - Something About Sara |
| pornve.com | Reality Kings | https://pornve.com/p1fzhzf2j61r/Carly_Rae_-_Getting_Fucked_On_My_Side.html | 3917977 - Getting Fucked On My Side |
| pornve.com | Brazzers | https://pornve.com/p1gx0oelyuk7/Diamond_Foxxx_-_Home_Cooking_With_Cunts.html | 6566 - Home Cooking with Cunts |
| pornve.com | Reality Kings | https://pornve.com/p1h11yllipt5/All_Good_New_Ariella_Ferrera.html | 14782 - Backyard Banging |
| pornve.com | Brazzers | https://pornve.com/p1hqi5pkqraw/_Brazzers_-_Sarah_Banks_Gets_Her_Wet_Pussy_Pat_Down_By_Johnny_Sins_Big_Dick_.html | 11178 - Pussy Pat-Down |
| pornve.com | Brazzers | https://pornve.com/p1jf36cckiv1/Eva_Karera_-_Hunting_For_Cocks_At_The_Glory_Hole.html | 7041 - Hunting For Cocks At The Glory Hole |
| pornve.com | Brazzers | https://pornve.com/p1lwe9d7ft6k/Juelz_Ventura__Krissy_Lynn__Mackenzee_Pierce_-_Bitches_And_Blasters.html | 6016 - Bitches And Blasters |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/p1mmlreucpu4/angela_romi_-_The_Fuckening_brazzers.html | 11038 - The Fuckening |
| pornve.com | Brazzers | https://pornve.com/p1o13m458g4f/Brazzers_Live_-_4.html | 9644 - BRAZZERS LIVE 4: PORNSTARS GONE WILD |
| pornve.com | Brazzers | https://pornve.com/p1oy3wstghu8/Brazzers_-_Christie_Stevens_The_Slutwalker.html | 2843585 - The Slutwalker |
| pornve.com | Brazzers | https://pornve.com/p1qsvg2dqe60/Rich_Fucks_2_Bridgette_B_Honey_Gold_Kristen_Scott_Xander_Corvus.html | 2410655 - Rich Fucks: Part 2 |
| pornve.com | Brazzers | https://pornve.com/p1qzzf2jlqv/Anal_Blond_Bree_Sundae_Shoppe_Smoking_Babe.html | 5192 - Ass Sundae |
| pornve.com | Brazzers | https://pornve.com/p1s8tv7cseyt/The_Study_Buddy_Big_Tits_Milf_Alison_Tyler_.html | 9808 - El CompaÃ±ero de Estudios |
| pornve.com | Brazzers | https://pornve.com/p1u9tfs21ed2/Jessica_Nyx_-_Happy_Endings.html | 6988 - Happy Endings |
| pornve.com | Brazzers | https://pornve.com/p1vljdzs6b5i/Tarra_White_-_Dont_Call_In_Sick_Just_Fuck_The_Boss.html | 5583 - Don't Call In Sick  Just Fuck the Boss |
| pornve.com | Brazzers | https://pornve.com/p1vrwqtwrrmt/Sharon_Pink_-_Me_Want_English_Learn_Please_And_Pussy_Cock_Me_Inside.html | Big Tits at School Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/p1x65nj6qhki/Aletta_Ocean_-_Stuck_In_A_Pickle.html | 4664 - Stuck In A Pickle |
| pornve.com | Brazzers | https://pornve.com/p1y01ircq851/Jacky_Joy_-_Door_To_Door_Whore.html | 6043 - Door To Door Whore |
| pornve.com | Reality Kings | https://pornve.com/p24cq3vnk0dh/Moms_Bang_Teens_9_2015_part_3.html | Moms Bang Teens Vol. 9 |
| pornve.com | Brazzers | https://pornve.com/p2b0ri8pz6pn/Mia_Lelani_-_Horny_For_My_Husbands_Brother | 2992324 - Horny For My Husband's Brother |
| pornve.com | Brazzers | https://pornve.com/p2d88tu6eh8p/Quality_Time_Phoenix_Marie.html | 8170 - Quality Time |
| pornve.com | Brazzers | https://pornve.com/p2i8zneyttx4/Juelz_Ventura_-_Dr_D_And_The_Double_D_Nurse.html | 7779 - Dr. D And The Double D Nurse |
| pornve.com | Brazzers | https://pornve.com/p2k8mc2wojd5/Sassy_momfucker_turned_his_fat_stepmother_Sybil_Stallone_into_a_free_whore_for_fucked.html | 10647 - Stepmom's Spring Cleaning |
| pornve.com | Brazzers | https://pornve.com/p2nnapnwl5yl/Breanna_Sparks__Cherie_Deville_-_Cheating_On_Her_Wife.html | 7419 - Cheating On Her Wife |
| pornve.com | Brazzers | https://pornve.com/p2rxxrtxp7t9/Tiffany_Tatum_Jay_Snake_-_Lets_Make_A_Deal_-_Brazzers_Exxtra_-_Brazzers.html | 3648675 - Let's Make A Deal |
| pornve.com | Reality Kings | https://pornve.com/p2tsohym3bkz/Cassandra_Nix_-_Please_Me.html | 8625 - Please Me |
| pornve.com | Brazzers | https://pornve.com/p2tygcqs0m7e/Dana_DeArmond_Xander_Corvus_-_Bossy_Bitch_-_Milfs_Like_It_Big.html | 2892735 - Bossy Bitch |
| pornve.com | Brazzers | https://pornve.com/p2yz102r8uxo/Adriana_Chechik_-_Nicolette_Shea_-_He_Makes_Wifey_Watch.html | 10768 - He Makes Wifey Watch |
| pornve.com | Brazzers | https://pornve.com/p2tsohym3bkz/Alexis_Ford_-_The_Flirty_Masseur.html | 6393 - The Flirty Masseur |
| pornve.com | Brazzers | https://pornve.com/p3ogm3080coi/Dont_touch_the_whore.html | 9360 - Don't Touch Her |
| pornve.com | Brazzers | https://pornve.com/p3opz3ulxi5d/Monique_Alexander_-_Getting_Off_The_Typing_Pool.html | 10718 - Getting Off The Typing Pool |
| pornve.com | Brazzers | https://pornve.com/p3tzh30ea3ty/Cali_Carter_-_Special_Assistant_To_Ms_Carter.html | 9749 - Special Assistant To Ms. Carter |
| pornve.com | Brazzers | https://pornve.com/p3w08a9uqgfg/Chase_Ryder_-_Check_My_Exs_Ass.html | 8064 - Check My Ex's Ass |
| pornve.com | Brazzers | https://pornve.com/p405p3snfof9/Serena_Santos__Vanessa_Sky_-_The_Threesome_Tutorial.html | 3917978 - The Threesome Tutorial |
| pornve.com | Brazzers | https://pornve.com/p44opc9r912t/Diamond_Jackson_-_Black_Beauty_Fucked_By_Giant_White_Cock.html | 7774 - Corporal Pleasurement |
| pornve.com | Brazzers | https://pornve.com/p7qd6ut58kw/Diamond_Kitty_-_Visiting_Hour_Plower.html | 3010069 - Visiting Hour Plower |
| pornve.com | Brazzers | https://pornve.com/p4bz3roxk386/HotAndMean_-_Ellena_Woods_And_Skin_Diamond_A_Secret_Shower.html | 9579 - A Secret Shower |
| pornve.com | Brazzers | https://pornve.com/p4d28ztsmjni/Gia_Dimarco_Katrina_Jade_-_Shes_Not_What_She_Seems_-_Part_1.html | 3443292 - She's Not What She Seems: Part 1 |
| pornve.com | Brazzers | https://pornve.com/p4l8aaywcy1j/Jayden_Jaymes_-_Fire_Hose_My_Face.html | 4647 - Fire Hose My Face |
| pornve.com | Brazzers | https://pornve.com/p4mmyq1u2tcg/Brazzers_House_-_Episode_2.html | 8703 - Brazzers House Episode Two |
| pornve.com | Brazzers | https://pornve.com/p4n90owwmih9/Asa_Akira_Diamond_Kitty_-_Muffin_Stuffin.html | 7438 - Muffin Stuffin |
| pornve.com | Brazzers | https://pornve.com/p4nzzvtc3m1c/Hard_Workouts_Brazzers_2016.html | 9608 - Boob |
| pornve.com | Brazzers | https://pornve.com/p4ps68kp3dtb/Laura_Bentley_-_Watching_My_Teachers_Have_Sex.html | 8587 - Watching My Teachers Have Sex |
| pornve.com | Reality Kings | https://pornve.com/p4u1qnrmjzuo/MilfHunter_Victoria_Banxxx_-_Dick_Rider_18_07_2016.html | 14762 - Dick Rider |
| pornve.com | Brazzers | https://pornve.com/p4umkptfolid/Jamie_Jackson_-_Where_There_Is_Ass_There_Is_Hope.html | 8184 - Where There Is Ass  There Is Hope |
| pornve.com | Reality Kings | https://pornve.com/p4urh34ffmse/Victoria_june_Big_tits_homeless_Reality_kings.html | 1900743 - selling_nuts |
| pornve.com | Brazzers | https://pornve.com/p4v5gie5htf2/Brazzers_madsion_ivy_fucks_her_husbands_friend.html | 3651733 - More Than Just A Pretty Face |
| pornve.com | Brazzers | https://pornve.com/p4z7d62a5dt1/Holly_Price_-_A_Boner_For_The_Owner.html | 6443 - A Boner For The Owner |
| pornve.com | Brazzers | https://pornve.com/p50y20az79xl/Isis_Love_Kagney_Linn_Karter_-_The_Kagney_Show.html | 4595 - The Kagney Show |
| pornve.com | Brazzers | https://pornve.com/p52jc4irq6jt/Zanna_Blue_-_Robocock.html | 3829195 - Robocock |
| pornve.com | Brazzers | https://pornve.com/p5461cg39ngj/Say_Yes_To_Getting_Fucked_In_Your_Wedding_Dress_Brazzers.html | 10141 - Say Yes To Getting Fucked In Your Wedding Dress |
| pornve.com | Brazzers | https://pornve.com/p55xu9r20cc7/Mellanie_Monroe_-_Im_Thankful_For.html | 6925 - I'm Thankful for... |
| pornve.com | Brazzers | https://pornve.com/p5jtfbzhxjc/Sienna_Day_-_Can_You_Feel_That.html | 3917993 - Can You Feel That? |
| pornve.com | Brazzers | https://pornve.com/p5gd7d8e98na/Tasha_Reign_-_Gets_Wet.html | 8445 - Tasha Reign Gets Wet |
| pornve.com | Brazzers | https://pornve.com/p5gergf7373v/MILFS_Hot_Sex_Nurse_DA_Alanah_Rae.html | 4541 - Nurse & Doctor Play While Patient's Away |
| pornve.com | Brazzers | https://pornve.com/p5gulap0l72a/Moms_Got_a_Meeting_Cherie_Deville__Kyle_Mason.html | 10705 - Mom's Got A Meeting |
| pornve.com | Brazzers | https://pornve.com/p5h504d3yxv0/_Brazzers_-_Hot_Karlee_Grey_teased_her_host_until_she_get_what_she_wants_.html | 11061 - Forbidden Fruit |
| pornve.com | Brazzers | https://pornve.com/p5roycg03j1/Mariah_Milano_-_Perverted_Boss.html | 5831 - Perverted Boss |
| pornve.com | Brazzers | https://pornve.com/p5t7d6qherop/hump_starting_her_ride.html | 2676488 - Hump-Starting Her Ride |
| pornve.com | Brazzers | https://pornve.com/p5u90dol3hln/Kaylani_Lei_-_Glass_Ass.html | 2927874 - Glass Ass |
| pornve.com | Brazzers | https://pornve.com/p5wgkk8mmq3n/Rhylee_Richards_-_Boning_My_Buddies_Bride.html | 6455 - Boning my Buddie's Bride |
| pornve.com | Brazzers | https://pornve.com/p6a8ki2ul6tg/Diamond_Jackson_Tightest_Anal_Ebony_MILF_-_Diamond_Jackson.html | 6521 - The Tightest Tutor In Town |
| pornve.com | Brazzers | https://pornve.com/p6bxlgop9msd/Kleio_Valentien_-_This_Evenings_Girlfriend_Part_Two.html | 8747 - This Evening's Girlfriend Part Two |
| pornve.com | Brazzers | https://pornve.com/p6dqaflgchyu/bex_20_02_28_emily_willis_wheres_your_ring_part_2.html | 3832324 - Where's Your Ring? Part 2 |
| pornve.com | Brazzers | https://pornve.com/p6l595c73qmc/Isis_love_has_an_Hot_ass.html | 9696 - Ass In Heat |
| pornve.com | Brazzers | https://pornve.com/p6lo5dpcjur/Alexis_Fawx_Is_A_Very_Horny_Housewife_Who_Gives_it_Good.html | 10324 - While My Husband Was Dozing |
| pornve.com | Brazzers | https://pornve.com/p6r301es7iv0/Abella_Danger_Karissa_Shannon_-_Double_D_Vision.html | 3362350 - Double D Vision |
| pornve.com | Brazzers | https://pornve.com/p6r59z0edjo8/Layton_Benton_Ricky_Spanish_-_Valentines_Day_Whorerror_Story_-_Real_Wife_Stories_-_Brazzers.html | 3167005 - Valentine's Day Whorerror Story |
| pornve.com | Brazzers | https://pornve.com/p6s5r7ddi46x/Wife_cheating_beloved_with_a_neighbor.html | 3122768 - Giving Him The Talk |
| pornve.com | Brazzers | https://pornve.com/p6sx1ei303yx/Queen_Of_Thrones_-_Part_1.html | 10506 - Queen Of Thrones: Part 1 |
| pornve.com | Reality Kings | https://pornve.com/p6x684tydwq9/Nicole_Rey_Money.html | 2286648 - My Secret Latina |

| pornve.com | Brazzers | https://pornve.com/p6zrxe5piwmg/Jasmine_Jae_-_A_Piece_of_Jasmine_Jaes_Ass.html | 9145 - A Piece of Jasmine Jae's Ass |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/p7057f6e1izw/Brooklyn_Blue_Danny_D_-_I_Want_Your_Husband_-_Real_Wife_Stories_-_Brazzers.html | 3110581 - I Want Your Husband |
| pornve.com | Brazzers | https://pornve.com/p753y7h55ofh/Alena_Croft_-_The_Roaring_Fucking_20s.html | 7505 - The Roaring Fucking '20s |
| pornve.com | Brazzers | https://pornve.com/p772hwh3t6ar/Sandra_Romain_-_HUNGover.html | 6632 - HUNGover |
| pornve.com | Brazzers | https://pornve.com/p77xerfwyaei/Kenzie_Reeves_-_Let_Your_Freak_Flag_Fuck.html | 10940 - Let Your Freak Flag Fuck |
| pornve.com | Brazzers | https://pornve.com/p789ti12d2t0/Nikki_Rhodes_Is_Not_Too_Young_For_A_Big_Cock.html | Teens Like it Big |
| pornve.com | Brazzers | https://pornve.com/p79qjxp94ocb/Chanel_Preston_-_Vote_Of_Cum-fidence.html | 9699 - Vote of Cum-fidence |
| pornve.com | Brazzers | https://pornve.com/p7a05yagfpfr/Abella_Danger_-_Queen_Of_The_Dick.html | 2847246 - Queen Of The Dick |
| pornve.com | Reality Kings | https://pornve.com/p7dl0vmlcls/Nicolette_Shea_Conor_Coxxx_-_Rock_Harder_-_RK_Prime.html | 2940349 - Rock Harder |
| pornve.com | Brazzers | https://pornve.com/p7es9y9bwnqi/Brenna_Sparks_Johnny_Sins_Taking_A_Shine_To_Her_Tits.html | 2356002 - Taking A Shine To Her Tits |
| pornve.com | Reality Kings | https://pornve.com/p7g3eu1xxnzy/TeensLoveHugeCocks_17_04_15_Alexis_Deen_After_Class_Ass_XXX_-KTR.html | 1797548 - after_class_ass |
| pornve.com | Brazzers | https://pornve.com/p7ob662xwnk2/Krissy_Lynn_-_Did_You_Miss_Me.html | 6675 - Did You Miss Me? |
| pornve.com | Brazzers | https://pornve.com/p7ptc531rva6/Aleska_Diamond_-_Balls_Deep_In_The_Ballerina.html | 7643 - Balls Deep in the Ballerina |
| pornve.com | Brazzers | https://pornve.com/p7rk603vgp61/Valerie_Fox_-_Plump_Tits_And_Hard_Nips.html | 7159 - Plump Tits and Hard Nips |
| pornve.com | Brazzers | https://pornve.com/p7xiide40xan/Brazzers_-_Ariella_Ferrera_Jenna_Sativa_And_Ryan_Conner_Three_Muffs_In_The_Buff.html | 2638930 - Three Muffs In The Buff |
| pornve.com | Brazzers | https://pornve.com/p7yl7u10jfc5/da_rachel_starr02.html | Doctor Adventures |
| pornve.com | Brazzers | https://pornve.com/p7yg06mcl5w5/Karmen_Karma_-_Tits_Out_And_Toned.html | 3010108 - Tits Out And Toned |
| pornve.com | Brazzers | https://pornve.com/p803pn206tp8/Alexa_Tomas__Ella_Hughes__Patty_Michova_-_Pornstar_GO.html | 10129 - Pornstar GO XXX Parody |
| pornve.com | Reality Kings | https://pornve.com/p81yt7y4xs83/Aaliyah_Hadid_-_Double_Sweet.html | 15157 - Double Sweet |
| pornve.com | Reality Kings | https://pornve.com/p83xnvcp6ejr/Alyssa_Reece_-_You_Agreed_To_This.html | 3646741 - You Agreed To This |
| pornve.com | Brazzers | https://pornve.com/p84c276zwcfb/Carmella_Diamond_40Newbie_boobies41.html | 8597 - Newbie Boobies |
| pornve.com | Brazzers | https://pornve.com/p87q2tkkc2im/Brazzers_Live_-_5.html | 9645 - BRAZZERS LIVE 5: ULTIMATE SURRENDER |
| pornve.com | Brazzers | https://pornve.com/p8btxbf3vl4z/1800_Phone_Sex_Line_5_Phonesex_Sha25_01_2018.html | 11104 - 1 800 Phone Sex: Line 5 |
| pornve.com | Brazzers | https://pornve.com/p8fn0pjy7vqu/HD_Jayden_Jaymes_DP_Interracial_Secret_Fantasy.html | 7401 - Jayden Jaymes' Fantasy |
| pornve.com | Brazzers | https://pornve.com/p8jejlj959sj/Ella_Hughes_-_Tina_Kay_-_ZZ_Marathon_Of_Hump.html | 2842865 - ZZ Marathon Of Hump |
| pornve.com | Brazzers | https://pornve.com/p8l2dxl6v2as/Pussy_Is_International.html | 10846 - Pussy Is International |
| pornve.com | Brazzers | https://pornve.com/p8qvagblxz7o/Missy_Martinez_-_In_The_Line_Of_Boner.html | 6884 - In the Line of Boner |
| pornve.com | Brazzers | https://pornve.com/p8w1ty2if0ot/Julia_Ann_-_Pornstar_Therapy.html | 9425 - Pornstar Therapy |
| pornve.com | Brazzers | https://pornve.com/p8x83f6wdyx4/Britney_Amber_Nikki_Benz_-_Friday_Im_In_Love.html | 5122 - Friday I'm in Love |
| pornve.com | Brazzers | https://pornve.com/p8zweks72ful/Jayden_Jaymes_Jenaveve_Jolie_-_I_Need_One_Last_Taste.html | Real Wife Stories Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/p9214x55rha4/Karlie_Montana_-_Karlie_Analysis.html | 6906 - Karlie Analysis |
| pornve.com | Reality Kings | https://pornve.com/p94m5r6jr3i7/CumFiest_Kylie_Rose_-_Dick_Down.html | 14341 - Dick Down |
| pornve.com | Brazzers | https://pornve.com/p95z6nq1zigr/Sunny_With_A_Chance_of_Big_Dick_Juelz_Ventura_Xander_Corvus.html | 10213 - Sunny With A Chance of Big Dick |
| pornve.com | Brazzers | https://pornve.com/p96wsdn8fp01/Adria_Rae_-_Daddys_Debt.html | 10686 - Daddy's Debt |
| pornve.com | Reality Kings | https://pornve.com/p97b3tbbe74q/Kali_Roses_Chad_White_-_Bed_Breakfast_and_Kali_-_RK_Prime_-_Reality_Kings.html | 3151718 - Bed Breakfast And Kali |
| pornve.com | Brazzers | https://pornve.com/p9ao4tbriqns/Penny_Pax_-_The_Substitute_Slut.html | 10432 - The Substitute Slut |
| pornve.com | Brazzers | https://pornve.com/p9b4g7w8gaqc/Brandi_Edwards_Phoenix_Marie.html | 4146 - The Big Cock Coffee Club |
| pornve.com | Brazzers | https://pornve.com/p9drha3dy26/Deadly_Rain.html | 9140 - Deadly Rain: Part One |
| pornve.com | Brazzers | https://pornve.com/p9pu8y6x68nn/Sheridan_Love_-_Nailing_The_Neighborhood_Bully.html | 11039 - Nailing The Neighborhood |
| pornve.com | Brazzers | https://pornve.com/p9qyk5za5o95/Brazzers_-_Alena_Croft_Sneaky_Mom_2.html | 2432353 - Sneaky Mom 2 |
| pornve.com | Brazzers | https://pornve.com/p9v5j6yjqx1h/Brooke_Banner_Comes_Out_Of_The_TV.html | 4890 - Television Live |
| pornve.com | Brazzers | https://pornve.com/p9xmd5g0o6mf/Tia_Layne_-_The_Whore_Of_The_Opera.html | 8211 - The Whore of the Opera |
| pornve.com | Brazzers | https://pornve.com/pa95nfwlimm2/Ophelia_Rain_-_Squatters_Rights.html | 3732295 - Squatter's Rights |
| pornve.com | Brazzers | https://pornve.com/pa9b6d6ydjzo/Lala_Ivey_Stirling_Cooper_-_Five-Star_Dick_-_Brazzers_Exxtra_-_Brazzers.html | 3877866 - Five-Star Dick |
| pornve.com | Brazzers | https://pornve.com/pa9g4u5hwywo/Alena_Croft_-_The_Mommy_Market.html | 9769 - The Mommy Market |
| pornve.com | Reality Kings | https://pornve.com/paflji6hb7jv/RK_Nerdy_Gamer_Hotties_HD.html | 14442 - Nerdy Gamer Hotties |
| pornve.com | Brazzers | https://pornve.com/pahgul2enbcy/Liberryan_Woman_Fuck_with_Boy.html | 5688 - Librarian In Heat |
| pornve.com | Reality Kings | https://pornve.com/pal6tnt0oyvo/RK_Prime_-_Realitykings_-_Kali_Roses_Jessy_Jones_-_Kalis_Rose.html | 2812386 - Kalis Rose |
| pornve.com | Brazzers | https://pornve.com/pap5l4nacywu/Veruca_James_-_The_Perfect_Maid_-_1.html | 8629 - The Perfect Maid |
| pornve.com | Brazzers | https://pornve.com/patr2xnh4pza/Nikita_Von_James_Vanilla_Deville_-_Its_Fair_Play_In_A_Threeway.html | 6463 - It's Fair Play in a Threeway |
| pornve.com | Brazzers | https://pornve.com/pavmjeq7345r/Darcie_Dolce_Jelena_Jensen_-_The_Make_Over.html | 9112 - The Make-Over |
| pornve.com | Reality Kings | https://pornve.com/pazld6943om2/H0t_Bu5h_14_53Jena.html | 13416 - Wild Bush |
| pornve.com | Brazzers | https://pornve.com/pb0nl62i95s3/Liza_Del_Sierra_-_Sexpionage.html | 2676460 - Sexpionage |
| pornve.com | Brazzers | https://pornve.com/pb1sqmu5mnqp/Bella_Rose_-_Vibrator-And-Switch.html | 3456811 - Vibrator-And-Switch |
| pornve.com | Brazzers | https://pornve.com/pb61ctbapigv/Mea_Melone_-_Lost_In_Brazzers_-_Episode_4.html | 9521 - Lost In Brazzers Episode 4 |
| pornve.com | Brazzers | https://pornve.com/pb7506zm4r0i/Sandra_Star_-_Cumming_In.html | 9640 - Cumming In |
| pornve.com | Reality Kings | https://pornve.com/pb9jru6iqa0u/8thStreetLatinas_RealityKings_Emily_Mena_-_Getting_In_Em.html | 14601 - Getting In Em |
| pornve.com | Brazzers | https://pornve.com/pbcg0u1rzhw/Brazzers_-_Chasing_That_Big_D.html | 10291 - Chasing That Big D |
| pornve.com | Brazzers | https://pornve.com/pbdabyznu1g7/Daisy_Fucks_Her_Step_Brother.html | 7878 - Protecting The Stepsister |
| pornve.com | Brazzers | https://pornve.com/pbf3v62il7a2/Emma_Starr_Veronica_Avluv_-_Sloppy_Substitute.html | 6071 - Sloppy Substitute |
| pornve.com | Brazzers | https://pornve.com/pbi1ucyuas9q/Dani_Jensen_-_Titty_Sucking_Skills.html | 9503 - Titty Sucking Skills |
| pornve.com | Brazzers | https://pornve.com/pbkr4vpznrvc/BigTitsAtSchool_19_09_02_Sofi_Ryan_My_How_Youve_Grown_XXX.html | 3609466 - My How You've Grown |
| pornve.com | Brazzers | https://pornve.com/pblcxigzo42v/Marica_Hase_-_Lost_In_Squirtation.html | 7136 - Lost In Squirtation |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/pblutxf515md/Lisa_Ann_Lisa_s_Pool_Boy_Toy.html | 2960395 - Lisa's Pool Boy Toy |
| pornve.com | Brazzers | https://pornve.com/pbnqpzem6nbo/Sasha_Grey_-_Friendly_Betrayal.html | 3427 - Friendly Betrayal |
| pornve.com | Brazzers | https://pornve.com/pbqg1cpoo7bt/Cece_Capella_-_What_A_Fucking_Coincidence.html | 10210 - What A Fucking Coincidence! 2 |
| pornve.com | Brazzers | https://pornve.com/pbqksm8ou1pm/Valentina_Nappi_-_This_Partys_Boring.html | 9566 - This Party's Boring |
| pornve.com | Brazzers | https://pornve.com/pbqql3zjgfpg/Rebecca_Blue_-_Where_Did_You_Learn_That.html | 5205 - Where Did You Learn That? |
| pornve.com | Brazzers | https://pornve.com/pbzsqmq18a4t/Diana_Doll_-_Suck_Him_Dry.html | 4672 - Suck Him Dry |
| pornve.com | Brazzers | https://pornve.com/pc5a9flkujci/Diamond_Kitty_-_Latin_Lust_Lessons.html | 7396 - Latin Lust Lessons |
| pornve.com | Brazzers | https://pornve.com/pc85djlaa5ai/Brooke_Lee_Adams_-_Dinner_For_Three.html | 5265 - Dinner For Three |
| pornve.com | Brazzers | https://pornve.com/pcbs9t26goxx/Harley_Jade_-_Switching_Teams_-_Part_3.html | 10080 - Switching Teams: Part 3 |
| pornve.com | Brazzers | https://pornve.com/pcdcbg1yqh7f/All_Good_New_Jillian_Janson.html | 10158 - The Ex Best Thing |
| pornve.com | Brazzers | https://pornve.com/pch0shnpi7cm/Ariana_Marie_-_Can_I_Touch_It.html | 9612 - Can I Touch It? |
| pornve.com | Brazzers | https://pornve.com/pcidl24sl26i/Hanna_Hilton_Cumshot_Compilation.html | Real Wife Stories Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/pcj1bjb5tl02/Ash_Hollywood_-_Virginity_Club.html | 6322 - Virginity Club |
| pornve.com | Reality Kings | https://pornve.com/pcnpz9dv3v9a/Sophia_Leone_Omg_Its_Cinco_De_Mayo.html | 2572090 - Omg Its Cinco De Mayo |
| pornve.com | Brazzers | https://pornve.com/pcoxg61dx2k4/Brooklyn_Chase_-_Taking_The_D_To_Get_An_A.html | 9964 - ComiÃ©ndose una V para Recibir una A |
| pornve.com | Brazzers | https://pornve.com/pcryudh136b8/Brazzers_-_Kimmy_Granger_Ready_To_Ride.html | 2847213 - Ready To Ride |
| pornve.com | Brazzers | https://pornve.com/pcw2jcql0k5x/Brazzers_-_Keisha_Grey_Getting_That_Yoga_Booty.html | 9966 - Trabajando por un Culito de Yoga |
| pornve.com | Brazzers | https://pornve.com/pcx0wxc2t6xz/Claudia_Valentine_-_Family_Thighs.html | 5893 - Family Thighs |
| pornve.com | Brazzers | https://pornve.com/pd2ltr5kpt5x/Jillian_Janson_-_Boned_By_The_Butler.html | 3722253 - Boned By The Butler: Part 2 |
| pornve.com | Brazzers | https://pornve.com/pd309n8vi3v3/BrazzersExxtra_19_08_21_Abella_Danger_Desert_Desires_XXX.html | 3425329 - Desert Desires |
| pornve.com | Brazzers | https://pornve.com/pd512ry29pvr/Death_Proof.html | 6846 - Death Proof: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/pd76rmfonr2v/Monique_Alexander_Xander_Corvus_-_Spa_For_Horny_Housewives_-_Real_Wife_Stories_-_Brazzers.html | 3363999 - Spa For Horny Housewives |
| pornve.com | Reality Kings | https://pornve.com/pde0la805744/Katalina_Mill_Maya_Mona_Fucked_for_Money.html | 14489 - Serving Pussy |
| pornve.com | Brazzers | https://pornve.com/pdrvpbcch44u/Kiki_Minaj_-_The_Dangers_Of_Working_From_Home.html | 7036 - The Dangers of Working From Home |
| pornve.com | Brazzers | https://pornve.com/pdunf3xny88v/_April_Fools_Honey_-_Brazzers_.html | 9537 - April Fool's Honey! |
| pornve.com | Brazzers | https://pornve.com/pdvu2q2553us/Madison_Ivy_-_Sell_Me_Your_Sex.html | 5059 - Sell Me Your Sex |
| pornve.com | Brazzers | https://pornve.com/pdz5jk2z1w3t/Ava_Addams_Amazing_Fucked_25_Top_Rated_Porn_Video_Of_Today_53_Most_Played_Porn_Video_Of_Today_84_Top_Rated_Porn_Video_Of_Week.html | 9352 - The Fucking Food Inspector |
| pornve.com | Brazzers | https://pornve.com/pe1pv5pqfmkg/Georgie_Lyall_-_A_Fuck_In_The_Park.html | 8322 - A Fuck In The Park |
| pornve.com | Brazzers | https://pornve.com/pea1nasrui2w/Lexi_Belle_-_The_Little_Spermaid.html | 4677 - The Little Spermaid |
| pornve.com | Brazzers | https://pornve.com/pejh09t3p11/Sindy_Lange_-_Cock_Easy_Cooking_With_Sindy.html | 8278 - Cock Easy Cooking With Sindy |
| pornve.com | Brazzers | https://pornve.com/pem0lb87n46o/Phoenix_Marie_-_The_Cock_Starved_Slut.html | 10101 - The Cock Starved Slut |
| pornve.com | Brazzers | https://pornve.com/pemt482vvby0/Abby_Cross_-_Dear_Abby_Suck_That_Cock.html | 7313 - Dear Abby Suck That Cock! |
| pornve.com | Reality Kings | https://pornve.com/pequa8ieptoc1/monstercurves_19_07_14_ava_black_sheerly_sexy.html | 3348809 - Sheerly Sexy |
| pornve.com | Brazzers | https://pornve.com/pesz5camg14y/Brittany_Shae_-_Drenched_Teased_And_Fucked.html | 9196 - Drenched_Teased and Fucked |
| pornve.com | Brazzers | https://pornve.com/pettmvvh769y/Mercedes_Carrera_-_Dr_Carreras_Orders.html | 8616 - Dr. Carrera's Orders |
| pornve.com | Brazzers | https://pornve.com/pf443hl9paad/Veronica_Vain_-_Awful_Doc_Takes_The_Cock.html | 9312 - Awful Doc Takes The Cock |
| pornve.com | Brazzers | https://pornve.com/pf5zmr6w0n3d/Ashly_Anderson_Charles_Dera_Post-Workout_Smoothie.html | 2365490 - Post-Workout Smoothie |
| pornve.com | Brazzers | https://pornve.com/pffj03chfqh3/Jewels_Jade_-_Diamonds_Are_A_Sluts_Best_Friend.html | 5350 - Diamonds Are A Sluts Best Friend |
| pornve.com | Brazzers | https://pornve.com/pfh4517a9i68/Brooke_Belle_-_Doctors_Orders.html | Doctor Adventures |
| pornve.com | Brazzers | https://pornve.com/pfm9tu7d3yiv/BigTitsAtSchool_Natasha_Nice_Nailed_It_4015_06_201941_rq_404k41.html | 10691 - Nailed It |
| pornve.com | Brazzers | https://pornve.com/pfqgvggjhtbz/Nadya_Nabakova_-_Squeaky_Clean_And_Ready_To_Cum.html | 3167342 - Squeaky Clean And Ready To Cum |
| pornve.com | Reality Kings | https://pornve.com/pfr31kzqpd7g/MilfHunter_15_12_28_Aleksandra_Summers_Hott_Summers.html | 14234 - Hott Summers |
| pornve.com | Brazzers | https://pornve.com/pfw0izs1wh6o/Noelle_Easton_-_Noelle_Joins_The_Chest_Club.html | 8592 - Noelle Joins the Chest Club |
| pornve.com | Brazzers | https://pornve.com/pg6s765prqsc/Bubble_Butt_Anal_Slut_6_XXX_Pr0nStarS.html | 11140 - Designated Ass Fucking Friend |
| pornve.com | Brazzers | https://pornve.com/pgb30gf47adm/Karma_Rx_Xander_Corvus_-_Runway_Booty_-_Big_Wet_Butts_-_Brazzers.html | 3222144 - Runway Booty |
| pornve.com | Brazzers | https://pornve.com/pgc8718c5g8/India_Summer_-_Picture_This.html | 6402 - Picture This! |
| pornve.com | Brazzers | https://pornve.com/pgemwt7utksx/HotAndMean_Monica_Asis_Sophia_Leone_My_Best_Fucking_Friend.html | 2417494 - My Best Fucking Friend |
| pornve.com | Brazzers | https://pornve.com/pghr3prmhrk3/Luna_Star_Latina_Hoe_Gets_Anal_Smashed_On_No_Doubt_Sexy_Luna_Taking_Dick_In_Her_Ass_Anal_Latina_Sexy_Booty.html | 10243 - She's Not What He Expected |
| pornve.com | Brazzers | https://pornve.com/pghyv5aptrug/Shawna_Lenee_-_Up_Close_And_Personal_With_Shawnas_Tits.html | 8496 - Up Close And Personal With Shawna's Tits |
| pornve.com | Brazzers | https://pornve.com/pgou4wh4wvo5/Krissy_Lynn_-_Cockstar_101.html | 5282 - Cockstar 101 |
| pornve.com | Brazzers | https://pornve.com/pgrxrqqgar40/Sienna_West_-_Dinner_And_A_Floozy.html | 5616 - Dinner and a Floozy |
| pornve.com | Brazzers | https://pornve.com/pgshyu07cnth/Kali_Roses_-_Vienna_Black_-_Steal_My_Sex_Toy.html | 2914522 - Steal My Sex Toy |
| pornve.com | Brazzers | https://pornve.com/pgsszd1slv7fm/Bella_Reese_-_Charity_Bangs_-_Courtney_Cummz_-_3-WAY_Knockout.html | 5928 - 3-WAY Knockout!!! |
| pornve.com | Brazzers | https://pornve.com/pgye62jobl8r/Osa_Lovely_Xander_Corvus_-_The_Stepmom_of_Your_Dreams_-_Mommy_Got_Boobs_-_Brazzers.html | 3166287 - The Stepmom of Your Dreams |
| pornve.com | Brazzers | https://pornve.com/pgzpzo9o16tx/Katie_Monroe_-_Moms_Helping_Hands.html | 3767906 - Mom's Helping Hands |
| pornve.com | Brazzers | https://pornve.com/ph6qb0v5ppf/Brazzers_-_Ariella_Ferrera_Had_Some_Fun_Gotta_Run.html | 2847305 - Had Some Fun_Gotta Run! |
| pornve.com | Brazzers | https://pornve.com/ph6qd7rsiekq/Anal_Coaching_With_A_Big_Cock_Brazzers.html | 4419331 - Anal Coaching With A Big Cock |
| pornve.com | Brazzers | https://pornve.com/ph7ic4zseejd/dillion_harper_in_office.html | 9111 - Call Center Coochie |
| pornve.com | Brazzers | https://pornve.com/phayzdxto335/Lezley_Zen_-_Secret_Wifeswap_Weekend_-_Part_1.html | 8343 - Secret Wifeswap Weekend: Part One |
| pornve.com | Brazzers | https://pornve.com/phermj131mug/Brandi_Love_and_Brett_Rossi_-_The_Second_Cumming_Part_2.html | 10800 - The Second Cumming: Part 2 |
| pornve.com | Brazzers | https://pornve.com/phfaw9ipou19/Julia_De_Lucia_Danny_D_-_Worth_A_Fortune_-_Real_Wife_Stories_-_Brazzers.html | 3723080 - Worth A Fortune |
| pornve.com | Brazzers | https://pornve.com/phgk55zgb7yd/Riley_Reid_-_Harley_In_The_Nuthouse.html | 9796 - Harley In The Nuthouse |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/phn2cvsvo3sh/Victoria_Valentina_-_Decorating_Her_Interior.html | Mommy Got Boobs Vol. 3 |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/phveiohmkqrb/Diamond_Jackson_-_To_Prank_A_Skank.html | 6676 - To Prank A Skank |
| pornve.com | Brazzers | https://pornve.com/pi12olckz9h4/Nicole_Work_Is_Never_Done_Brazzers.html | 10315 - Nicole's Work Is Never Done |
| pornve.com | Brazzers | https://pornve.com/pi6x5vx8zqhx/Brazzers_-_Nurse_Riley.html | 9480 - Nurse Riley |
| pornve.com | Brazzers | https://pornve.com/pihecj2lhieb/Brooklyn_Blue_-_Cock-Robics.html | 6869 - Cock - robics |
| pornve.com | Brazzers | https://pornve.com/pipea78n2o3v/Kayla_Paige_-_Getting_Down_With_The_Gown.html | 4674 - Getting Down With The Gown |
| pornve.com | Brazzers | https://pornve.com/piq6ek2xlfy4/AJ_Applegate_Keiran_Lee_-_Earning_My_Valentine_-_Big_Butts_Like_It_Big_-_Brazzers.html | 3222064 - Earning My Valentine |
| pornve.com | Brazzers | https://pornve.com/piq8ggpjj0b4/Julia_Ann_-_How_To_Handle_Your_Students_101.html | 7017 - How To Handle Your Students: 101 |
| pornve.com | Brazzers | https://pornve.com/piueoqr1mkf7/Delta_White_-_Why_Cheat_When_We_Can_Fuck.html | Big Tits at School Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/pizmk9zxtok1/Britney_Amber_-_The_Interview_-_Round_1.html | 9683 - The Interview: Round 1 |
| pornve.com | Brazzers | https://pornve.com/pj48alcqchih/Evelin_Stone__Molly_Stewart_-_Restwhoreant_Critic.html | 3166783 - Restwhoreant Critic |
| pornve.com | Reality Kings | https://pornve.com/pj5nr81x9a0i/TeensLoveHugeCocks_Jillian_Janson_Kimmy_Granger_Teen_Sluts_Summon_A_Cock.html | 3222184 - Teen Sluts Summon A Cock |
| pornve.com | Brazzers | https://pornve.com/pj6q8vjsoj15/Kerry_Louise_Phoenix_Marie_-_Fucked_In_The_Name_of_Science.html | 4908 - Fucked In The Name of Science |
| pornve.com | Brazzers | https://pornve.com/pj6yxaneuwmu/Hydie_Waters_-_Tutti_Frutti_Fuck_My_Booty.html | 5112 - Tutti Frutti Fuck My Booty |
| pornve.com | Brazzers | https://pornve.com/pj7fdzo79r6t/Penny_Pax_Justin_Hunt_-_Happy_Fucking_Birthday_-_Big_Tits_At_Work_-_Brazzers.html | 3330598 - Happy Fucking Birthday |
| pornve.com | Brazzers | https://pornve.com/pj8e2yjybopd/Emily_Willis__Kira_Noir_-_Wheres_Your_Ring_-_Part_1.html | 3832331 - Where's Your Ring? Part 1 |
| pornve.com | Brazzers | https://pornve.com/pj94gm02opjz/Brazzers_-_Karmen_Karma_Karmens_Casual_Friday.html | 2867494 - Karmen's Casual Friday |
| pornve.com | Reality Kings | https://pornve.com/pjex7i5mjpyc/Barbie_Sins_-_Never_Ask_Your_Gf_To_Pay_Rent.html | 1876672 - Never Ask Your Gf To Pay Rent |
| pornve.com | Brazzers | https://pornve.com/pjevo0pimlxo/Alanah_Rae_-_Pounding_Her_Zen_Garden.html | 6089 - Pounding Her Zen Garden |
| pornve.com | Brazzers | https://pornve.com/pjkiv00nx7yh/Brazzers_-_Maddy_Oreilly_Free_Anal_5.html | 2412218 - Free Anal 5 |
| pornve.com | Reality Kings | https://pornve.com/pjlf842xb1c3/Richelle_Ryder_-_Cum_Thirsty.html | 14536 - Cum Thirsty |
| pornve.com | Brazzers | https://pornve.com/pjns916m04cc/Karen_Fisher_-_How_My_Bully_Banged_My_Mom.html | 7000 - How My Bully Banged My Mom |
| pornve.com | Brazzers | https://pornve.com/pjo3jjol6rpu/Rebecca_Moore_Ramming_DP_Double_Anal_Jordi_El_Nino_Keiran_Lee.html | 9717 - Ramming Rebecca |
| pornve.com | Brazzers | https://pornve.com/pjy1gayzsf1j/Brazzers_-_Whoredrobe.html | 2569899 - Whoredrobe |
| pornve.com | Brazzers | https://pornve.com/pk041oi2i209/Kleio_Valentien_-_Elegance_In_Negligence.html | 10602 - Elegance in Negligence |
| pornve.com | Brazzers | https://pornve.com/pk2sv59vq7al/Mil6LikeItBig_19_08_23_Georgie_Lyall_Pounding_The_Problem_Son_XXX.html | 3658333 - Pounding The Problem Son |
| pornve.com | Brazzers | https://pornve.com/pk3y962rg83m/Aaliyah_Hadid__Courtney_Taylor_-_Showing_Her_The_Ropes.html | 11188 - Showing Her The Ropes |
| pornve.com | Brazzers | https://pornve.com/pk6ixpj934ci/zzs_bridgette_honey_kristen_milf_big_tits.html | 2410655 - Rich Fucks: Part 2 |
| pornve.com | Brazzers | https://pornve.com/pk9u1gn43282/Bonnie_Rotten_-_Squirting_On_The_Job.html | 7791 - Squirting On The Job |
| pornve.com | Brazzers | https://pornve.com/pkatzjgzsyio/Rhylee_Richards_-_Packing_My_Pussy.html | 4059 - Packing my Pussy |
| pornve.com | Brazzers | https://pornve.com/pkbaxjp9s10q/Savannah_Fox_-_Pricking_Savannahs_Bubble_Butt.html | 7521 - Pricking Savannah's Bubble Butt |
| pornve.com | Brazzers | https://pornve.com/pkcm8nl8bugtl/Arya_Fae__Raven_Hart_-_My_Lil_Dungeon_Keeper.html | 10402 - My Lil' Dungeon Keeper |
| pornve.com | Brazzers | https://pornve.com/pkd1sdme6b7h/Alison_Tyler_Phoenix_Marie_-_Ski_Hill_Slut_Emergency.html | 7915 - Ski Hill Slut Emergency |
| pornve.com | Brazzers | https://pornve.com/pki6967hm4ql/Bonnie_Rotten__Lolly_Ink_-_Super_Hole_XLVII.html | 7138 - Super Hole XLVII |
| pornve.com | Brazzers | https://pornve.com/pkkf8q4wfu09/Nicole_Aniston_from_Career_Day_Lay.html | 5790 - Career Day Lay |
| pornve.com | Brazzers | https://pornve.com/pkkxj0l4r4ff/A_little_Discipline_for_Phoenix_Phoenix_Marie.html | 5617 - A little Discipline for Phoenix |
| pornve.com | Brazzers | https://pornve.com/pkm5wij8qbsp/Veronica_Rayne_-_Psychotic_Milf.html | 4317 - Psychotic Milf 2 |
| pornve.com | Brazzers | https://pornve.com/pkmih3xrmnemz/Nicolette_Shea_Markus_Dupree_-_Day_With_A_Porn_Writer_-_Brazzers_Exxtra_-_Brazzers.html | 3960074 - Day With A Porn Writer |
| pornve.com | Brazzers | https://pornve.com/pkn2t67c3hmb/BrazzersExxtra_Halle_Hayes.html | 4419363 - Trying On Pantyhose |
| pornve.com | Reality Kings | https://pornve.com/pkrtiugg65kd/TeensLoveHugeCocks_-_Kali_Roses_-_Checkmating_With_Kali_Roses.html | 2025191 - Checkmating With Kali Roses |
| pornve.com | Brazzers | https://pornve.com/pkrty1dxw2pa/Gina_Valentina__Lily_Jordan_-_Fixer-Upper_Daughter_Stuffer.html | 10405 - Fixer-Upper Daughter Stuffer |
| pornve.com | Brazzers | https://pornve.com/pkylew9ufcyk/Brazzers_Big_Butt_Wedding_Day_Simony_Diamond_Danny_D.html | 10065 - Big Butt Wedding Day |
| pornve.com | Brazzers | https://pornve.com/pkz414h6ly99/My_Wifes_Ex.html | 9721 - My Wife's Ex |
| pornve.com | Brazzers | https://pornve.com/pl2kz82oanz/Anna_Bailey_-_Someone_To_Satisfy_Her.html | 3773948 - Someone To Satisfy Her |
| pornve.com | Brazzers | https://pornve.com/pl72hb82v1go/Sibling_Rivalry_2_40Megan_Rain_Peta_Jensen__Chad_Alva41.html | 9309 - Sibling Rivalry 2 |
| pornve.com | Reality Kings | https://pornve.com/pl8z7bovcend/RKPrime_-_Aidra_Fox_40Get_In_The_Closet41_12_24_16.html | 15205 - Get In The Closet |
| pornve.com | Brazzers | https://pornve.com/plae3okwn1vd/HDBrazzer_-_Bill_Clinton_Fuck_up_with_Donald_Trumps_Wife.html | 9798 - ZZ Erection 2016: Part 3 |
| pornve.com | Brazzers | https://pornve.com/plno48wuuxcf/Our_New_Maid_Part_4.html | 9300 - Our New Maid: Part Four |
| pornve.com | Brazzers | https://pornve.com/plpkk9sn91hz/Madelyn_Marie_-_Bigger_Houses_Are_Better.html | 4304 - Bigger Houses Are Better! |
| pornve.com | Brazzers | https://pornve.com/plt0y3ihlq3a/Romi_Rain_-_Lost_On_Vacation_San_Diego_-_Part_2.html | 8387 - Lost On Vacation San Diego Part Two |
| pornve.com | Brazzers | https://pornve.com/plte44yteqso/Our_Cute_Little_Plaything_-_2.html | 10722 - Our Cute Little Plaything 2 |
| pornve.com | Brazzers | https://pornve.com/plu10uppwcmd/Kimmy_Granger_Xander_Corvus_-_If_Its_Going_To_Be_That_Kind_Of_Party_-_Brazzers_Exxtra_.html | 3458887 - If It's Going To Be That Kind Of Party... |
| pornve.com | Brazzers | https://pornve.com/pm0r2t1ty6ouc/Keisha_Grey_-_Stretch_Out_Those_Young_Tits.html | 8643 - Stretch Out Those Young Tits! |
| pornve.com | Brazzers | https://pornve.com/pm3t691ttj62/Rahyndee_James_-_Never_Trust_A_Teen_Slut.html | 9956 - JamÃ¡s ConfÃ©s en Una Putita Adolescente |
| pornve.com | Brazzers | https://pornve.com/pm6flghnqy6/Abella_Danger_Scott_Nails_-_ASSMR_-_Pornstars_Like_It_Big_-_Brazzers.html | 3425264 - ASSMR |
| pornve.com | Brazzers | https://pornve.com/pm71hmia26cg/Ava_Courcelles_-_The_Butt_Next_Door.html | 8748 - The Butt Next Door |
| pornve.com | Brazzers | https://pornve.com/pm7bd52bn0xw/fuck_in_office_time.html | 8926 - Mom Sees A Dirty Movie |
| pornve.com | Brazzers | https://pornve.com/pm7zhfaffu5g/Eva_Angelina_-_Affair_Trade.html | 6247 - Affair Trade |
| pornve.com | Brazzers | https://pornve.com/pmb7pka0o2gu/Lana_Sharapova_-_Pocket_Pussy_Anal.html | 3924825 - Pocket Pussy Anal |
| pornve.com | Brazzers | https://pornve.com/pmblmohm19tl/Anna_Polina_-_Night_Nurse.html | 8839 - Night Nurse |
| pornve.com | Brazzers | https://pornve.com/pmdqv5wlmxyj/Brandi_Edwards_-_The_Mayshag_Man.html | 3910 - The Mayshag Man |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/pmfr0wtkb2pp/Abella_Danger_-_The_Artist_Is_Fucking_Present.html | 3460159 - The Artist Is Fucking Present |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/pmhcbhpqcyrw/bex_20_06_14_nicolette_shea_school_of_hard_knockers.html | 3768281 - School Of Hard Knockers |
| pornve.com | Brazzers | https://pornve.com/pmlrzmxprvlc/Haley_Cummings_-_Ping_Pong_Pussy.html | 5207 - Ping Pong Pussy |
| pornve.com | Brazzers | https://pornve.com/pmta3jnts2xu/Nikki_Sexx_-_Nikki_Milkshake.html | 7104 - Nikki Milkshake |
| pornve.com | Brazzers | https://pornve.com/pmxc00proqw4/Brazzers__Brazzers_Exxtra__Power_Rack_A_XXX_Parody.html | 10326 - Power Rack A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/pmy5t1h54xh4/Emily_Parker_-_Lacrosse_Lacock.html | 4999 - Lacrosse Lacock |
| pornve.com | Brazzers | https://pornve.com/pn352haotgil/Casey_Calvert_Nicolette_Shea_Charles_Dera_Tasting_The_Trophy_Wife.html | 10684 - Tasting The Trophy Wife |
| pornve.com | Brazzers | https://pornve.com/pn660hpbl91ji/Gia_Paige__Reagan_Foxx_-_Massage_A_Trois.html | 10871 - Massage A Trois |
| pornve.com | Brazzers | https://pornve.com/pnbx7cdnuqu2/American_Whore_Story_-_Part_3.html | 8420 - American Whore Story Part Three |
| pornve.com | Reality Kings | https://pornve.com/pnfyunba6hy6/Connie_Carter_-_Dreaming_Boobies.html | 8200 - Dreaming Boobies |
| pornve.com | Brazzers | https://pornve.com/pnn3pwzlbkx9/BEST_NEW_Piper_Perri_-_720p.html | 14574 - Piping Piper |
| pornve.com | Brazzers | https://pornve.com/pnp2hgikangt/Anissa_Kate_-_Fucked_In_Front_Of_Class.html | 3425275 - Fucked In Front Of Class |
| pornve.com | Brazzers | https://pornve.com/pnq9l6kcz0ij/Pornstars_like_it_Big_Adriana_Chechik_Shut_up_and_Fuck_me.html | 3408181 - Shut Up and Fuck Me |
| pornve.com | Brazzers | https://pornve.com/pnrv9ks906vy/Nicole_Aniston_-_A_Union_Nutbuster.html | 9385 - A Union Nutbuster |
| pornve.com | Brazzers | https://pornve.com/pnst4d7lwg2n/McKenzee_Miles_-_Citizen_Sexy_Time.html | 4948 - Citizen Sexy Time |
| pornve.com | Brazzers | https://pornve.com/pnwxmeokhh39/Anikka_Albrite_-_Run_Annika_Run.html | 6881 - Run Annika Run |
| pornve.com | Reality Kings | https://pornve.com/pny8hq0u5xd7/Bella_Rolland_Alex_Legend_-_Leaf_Blow_Him_-_RK_Prime_-_Reality_Kings.html | 3460571 - Leaf Blow Him |
| pornve.com | Brazzers | https://pornve.com/po1o4nx1pp38/Stick_To_The_Script_Brazzers.html | 9610 - Stick To The Script |
| pornve.com | Brazzers | https://pornve.com/po2k7svn326i/Kendra_Spade_-_Shake_Shop_Shag.html | 2842875 - Shake Shop Shag |
| pornve.com | Brazzers | https://pornve.com/po5dew5ine5k/Rough_And_Raunchy_Group_Fuck.html | 4416482 - Lost Lil Humper |
| pornve.com | Brazzers | https://pornve.com/po6749tlybe/Sussy_Gala_Danny_D_-_Foot_Clerk_At_Work_-_Big_Tits_At_Work_-_Brazzers.html | 2439769 - Foot Clerk At Work |
| pornve.com | Brazzers | https://pornve.com/pofp3luzoxiw/Catie_Parker__Krissy_Lynn_-_Give_In_To_The_Pleasure.html | 7776 - Give in to the Pleasure |
| | | | |
| pornve.com | Brazzers | https://pornve.com/pogdn10k3eaa/Jennifer_White_Xander_Corvus_-_Hustle_And_Blow_-_Real_Wife_Stories_-_Brazzers.html | 3314346 - Hustle and Blow |
| pornve.com | Brazzers | https://pornve.com/pogq3jso07qe/BrazzersExxtra_17_02_26_Corinna_Blake_The_Lumbersexual_XXX_-KTR.html | 10487 - The Lumbersexual |
| pornve.com | Reality Kings | https://pornve.com/pokemuyrjl58/Lana_Violet_Rubbed_Right.html | 5372 - Jade The Jerker |
| pornve.com | Brazzers | https://pornve.com/poltpbix82hh/Monique_Alexander_-_Moniques_Cumshot_Countdown.html | 8548 - Monique's Cumshot Countdown |
| pornve.com | Brazzers | https://pornve.com/pomgsl82yzim/Nikki_Sexx_-_Bronzed_Oiled_And_Spread.html | 6419 - Bronzed  Oiled and Spread |
| pornve.com | Reality Kings | https://pornve.com/poojx64kuiwe/Megan_Marx_Locker_Cocker.html | 3424595 - Locker Cocker |
| | | | |
| pornve.com | Brazzers | https://pornve.com/poon22f11ph0/Katana_Kombat_JMac_-_The_Cure_For_Insomnia_-_Doctor_Adventures_-_Brazzers.html | 3796631 - The Cure For Insomnia |
| pornve.com | Reality Kings | https://pornve.com/pooqi9xjmhr7/Honey_Luau_and_Victoria_Threesome.html | 13116 - Sweeter Than Honey |
| | | https://pornve.com/por34yyczmo9/Aletta_Ocean__Angelica_Heart__Donna_Bell_-_You_Fuck_With_Her_You_Fuck_With_Me.html | |
| pornve.com | Brazzers | | 4970 - You Fuck With Her  You Fuck With Me! |
| pornve.com | Reality Kings | https://pornve.com/por4pk2fz79x/Realitykings__RK_Prime__Apolonias_Blew_Movie.html | 1744002 - Apolonias Blew Movie |
| pornve.com | Brazzers | https://pornve.com/potqg4yy3r4e/Angela_White_Lena_Paul_Michael_Vegas_Porn_Logic.html | 10538 - Porn Logic |
| pornve.com | Brazzers | https://pornve.com/powfexn8n34p/Alison_Tyler__Julia_Ann_-_Fluids_On_The_Flight.html | 9705 - Fluids on the Flight 2 |
| pornve.com | Brazzers | https://pornve.com/pp2ls9jx0vqo/Madison_Scott_-_Papertrail_Bitch.html | 4687 - Papertrail Bitch |
| pornve.com | Brazzers | https://pornve.com/pp4992a1hzwg/Alena_Croft__Kennedy_Leigh_-_My_Husbands_Student_-_Part_2.html | 8364 - My Husband's Student - Part Two |
| pornve.com | Brazzers | https://pornve.com/pp78nsjar624/BigWetButtsJynx_Maze_A_Piece_Of_My_Candy_Ass.html | 10590 - A Piece Of My Candy Ass |
| pornve.com | Brazzers | https://pornve.com/pp9s2h6xlw8l/Brazzers_-_Kayla_Green_Forever_Young.html | 2847274 - Forever Young |
| pornve.com | Brazzers | https://pornve.com/ppa552t4d9hl/Lisa_Ann_Jennifer_White_Dont_Tell_Mom_The_Babysitters_a_Slut.html | 5062 - Don't Tell Mom The Babysitter's a Slut |
| pornve.com | Brazzers | https://pornve.com/ppc8x18o3p6o/Moriahs_Wedding_Shower_2020_Xander_Corvus_Bridgette_B_Moriah_Mills.html | 3723343 - Moriah's Wedding Shower |
| | | | |
| pornve.com | Brazzers | https://pornve.com/ppegaum277v4/Michele_James_JMac_-_Thats_What_Friends_Are_For_-_Dirty_Masseur_-_Brazzers.html | 3330605 - That's What Friends Are For |
| pornve.com | Brazzers | https://pornve.com/ppgkkycjem31/AJ_Applegate_DP.html | 9349 - Double Penetrate Date |
| | | https://pornve.com/ppgmr0am7840/Carmen_Caliente_Xander_Corvus_-_Carmens_Footjob_Fetish_-_Brazzers_Exxtra_-_Brazzers.html | |
| pornve.com | Brazzers | | 3363997 - Carmen's Footjob Fetish |
| | | | |
| pornve.com | Brazzers | https://pornve.com/ppkj7vnmlps6/Katana_Kombat_Oliver_Flynn_-_Shower_Radi-ho_-_Real_Wife_Stories_-_Brazzers.html | 3167648 - Shower Radi-ho |
| pornve.com | Brazzers | https://pornve.com/pplczhcpoguy/Haley_Cummings_-_Wonderful_Sex_Auditorium.html | 5777 - Wonderful Sex Auditorium |
| pornve.com | Brazzers | https://pornve.com/ppn6wmneg1l7/Madison_Ivy_Something_For_My_Husband.html | 3769381 - Something For My Husband |
| pornve.com | Brazzers | https://pornve.com/ppn6qksb83bj/RealWifeStories_Peta_Jensen_A_Guilty_Conscience.html | 9181 - A Guilty Conscience |
| pornve.com | Brazzers | https://pornve.com/ppnfxjghrmsx/Fuck_Me_Please_-_Big_tits.html | 9186 - Fuck My Loophole! |
| pornve.com | Brazzers | https://pornve.com/ppntughjcc2d/Abella_Danger_-_Happy_Rear-Ending.html | 10896 - Happy Rear-Ending! |
| pornve.com | Brazzers | https://pornve.com/ppp4cko7q9ji/Giselle_Monet__Rachel_Starr_-_School_President_Debate.html | 4666 - School President Debate |
| pornve.com | Brazzers | https://pornve.com/pptoq1giwp0p/Julia_Ann_-_Happy_Milfs_Day.html | 8153 - Happy Milfs Day |
| pornve.com | Brazzers | https://pornve.com/ppvi6bziba9r/Brazzers_-_1_800_Phone_Sex_Line_1.html | 10826 - 1 800 Phone Sex: Line 1 |
| pornve.com | Brazzers | https://pornve.com/ppxeur32mh81/Bailey_Brooke_Justin_Hunt_-_Hot__Cold_-_Baby_Got_Boobs_-_Brazzers.html | 3291272 - Hot & Cold |
| pornve.com | Brazzers | https://pornve.com/ppxit0q8jh3y/ham_20_03_06_elsa_jean_and_riley_steele_roommates_or_more.html | 3925300 - Roommates Or More? |
| pornve.com | Brazzers | https://pornve.com/pq4y9czl53v7/Candy_Manson_-_Backhand_Boobies.html | 5916 - Backhand Boobies |
| | | https://pornve.com/pq6vrsla46n1/Abella_Danger_Small_Hands_-_Day_With_A_Pornstar_Abella_Danger_-_Day_With_A_Pornstar_Brazzers.html | |
| pornve.com | Brazzers | | 3408405 - Day With A Pornstar: Abella Danger |
| | | https://pornve.com/pq7xtatd5dzn/Melissa_Moore_Riley_Reid_Keiran_Lee_-_Almost_Sisters_Remastered_-_Brazzers_Exxtra_-_Brazzers.html | |
| pornve.com | Brazzers | | 9341 - Almost Sisters |
| pornve.com | Brazzers | https://pornve.com/pqaoqte3v6iw/Elexis_Monroe_-_I_Fucked_Yo_Mama_In_The_Sauna.html | 8554 - I Fucked Yo Mama In The Sauna |

EXHIBIT A

| pornve.com | Reality Kings | https://pornve.com/pqejyqvzuc1j/Threesome_sex_both_girls_ass_fuck.html | 1876667 - Hot Doggystyle |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/pqgh82s95x8e/Raven_Bay_-_Welcum_Wagon.html | 10355 - Welcum Wagon |
| pornve.com | Brazzers | https://pornve.com/pqitid21t97o/All_Good_New_Sarah_Jessie.html | 10146 - Bringing Down The House |
| pornve.com | Brazzers | https://pornve.com/pqkkqacjreau/Tory_Lane_-_Company_Cutbacks.html | 10280 - I Like Creeps |
| pornve.com | Brazzers | https://pornve.com/pqlwdx6g0wj3/Cherie_Deville_-_I_Like_Creeps.html | |
| pornve.com | Brazzers | https://pornve.com/pqoxxt8d5ta8/Gianna_Dior_Markus_Dupree_-_Whoring_Out_The_Red_Carpet_-_Baby_Got_Boobs_-_Brazzers.html | 3166798 - Whoring Out The Red Carpet |
| pornve.com | Brazzers | https://pornve.com/pqsc36xhtir/Megan_Coxxx_-_Pussy_Perpetrator.html | 6213 - Pussy Perpetrator |
| pornve.com | Brazzers | https://pornve.com/pqwht2lwwg85/Kiera_King_-_Shopping_Splooge.html | 6875 - Shopping Splooge |
| pornve.com | Brazzers | https://pornve.com/pqxbmcop5box/Megan_Rain_Veronica_Avluv_-_How_To_Fuck_Butt.html | 9475 - How To Fuck Butt |
| pornve.com | Brazzers | https://pornve.com/pqyk95oc5c27/PornstarsLikeItBig_19_09_13_Katana_Kombat_It_Takes_Two_To_Tango_XXX.html | 3648628 - It Takes Two To Tango |
| pornve.com | Brazzers | https://pornve.com/pqzgfjha3cmw/Erika_Vuitton_-_Sex_And_Basketball.html | 4394 - Sex and Basketball |
| pornve.com | Brazzers | https://pornve.com/pqzwo3wo3vol/Brazzers_-_Abella_Danger_gets_the_ultimate_orgasm_shes_waiting_from_Dr_D_.html | 10623 - Vaginal Stimulation: A ZZ Medical Study |
| pornve.com | Brazzers | https://pornve.com/pr1p4x820yxz/Putting_Her_Tits_To_Good_Use_Brazzers.html | 10438 - Putting Her Tits To Good Use |
| pornve.com | Brazzers | https://pornve.com/pr4185hksnwj/Lizz_Tayler_-_Theres_No_Business_Like_Ho_Business.html | 5277 - There's No Business Like Ho Business |
| pornve.com | Brazzers | https://pornve.com/pr68pe8wzdq1/PornstarsLikeItBig_Eva_Karera_40ZZ_Erection_2016_-_Part_3_22_07_1641.html | 9798 - ZZ Erection 2016: Part 3 |
| pornve.com | Brazzers | https://pornve.com/pransweykkoi/Adriana_Maya_-_Nobodys_Home_Come_On_In.html | 9324 - Nobody's Home Come On In |
| pornve.com | Reality Kings | https://pornve.com/prc9cedxq5iu/RKPrime_19_07_18_Jenna_Fox_And_Macy_Marx_Leather_For_The_Pleasure_XXX_SD.html | 2893975 - Leather For The Pleasure |
| pornve.com | Brazzers | https://pornve.com/pri2m1yi1noq/Brandi_Love_Nicole_Graves_-_Love_vs_Sex.html | 6447 - Love vs. Sex |
| pornve.com | Brazzers | https://pornve.com/prj79zpg4gkq/Elsa_Jean_Ryan_Conner_-_Disciplining_His_Mistress.html | 10522 - Disciplining His Mistress |
| pornve.com | Brazzers | https://pornve.com/prlt6ei4tnhz/Blanche_Bradburry_-_Crushing_His_Dreams.html | 2675831 - Crushing His Dreams |
| pornve.com | Brazzers | https://pornve.com/prmgjc7f7mcq/My_Horrible_Boss_Wife.html | 9022 - My Horrible Boss' Wife |
| pornve.com | Reality Kings | https://pornve.com/prnq9koejn0z/TeensLoveHugeCocks_Esperanza_Del_Horno_Enjoying_Esperanza.html | 2662596 - Enjoying Esperanza |
| pornve.com | Brazzers | https://pornve.com/prod745osjqn/BigTitsAtSchool_Natasha_Nice_Nailed_It_15_06_2019_rq_4k.html | 10691 - Nailed It |
| pornve.com | Brazzers | https://pornve.com/pru9om6105zb/Sienna_West_-_Stop_Crosswalk_Tits.html | 4984 - Stop! Crosswalk Tits |
| pornve.com | Brazzers | https://pornve.com/prvbe1uj1qh0/My_Bosss_Daughter_brazzers.html | 3918002 - My Boss's Daughter |
| pornve.com | Brazzers | https://pornve.com/przc70mu9imo/Brazzers_-_Sexy_therapist_Monique_Alexander_make_her_patient_released_.html | 11013 - Pinkblot Test |
| pornve.com | Brazzers | https://pornve.com/ps9yvrfqlbwu/Lana_Rhoades_-_Over_Easy.html | 9780 - Over Easy |
| pornve.com | Brazzers | https://pornve.com/ps4d6qkkqhvn/The_MILF_And_The_Faith_Eva_Karera.html | 9182 - The Milf and The Faith |
| pornve.com | Brazzers | https://pornve.com/ps56ynrv5t1t/The_best_Handjob_Cumshot_Compilation.html | 7938 - Joggin' Juggs |
| pornve.com | Brazzers | https://pornve.com/ps65c8rauzoq/Remy_LaCroix_-_Sock_It_To_Me.html | 9379 - Sock It To Me |
| pornve.com | Brazzers | https://pornve.com/ps6uidmdts0s/Holly_Michaels_Dirty_Hardcore_Masseur.html | 7810 - Internal Deep Tissue Massage |
| pornve.com | Brazzers | https://pornve.com/psavh08b2cw7/Isis_Love_You_Wont_My_Pussy_Son.html | 9198 - This Tit Is Not a Toy |
| pornve.com | Brazzers | https://pornve.com/pscq9t5j3sk8/Julia_Ann_-_Dodge_Balls.html | Brazzers Big Tits In Sports #3 |
| pornve.com | Brazzers | https://pornve.com/psct6xo61rsh/Valentina_Nappi_Alex_Legend_-_Jumping_For_Jizz_-_Brazzers_Exxtra_-_Brazzers.html | 3334685 - Jumping For Jizz |
| pornve.com | Brazzers | https://pornve.com/pse5o9covp4h/Kristen_Scott_Richelle_Ryan_Kyle_Mason_Mind_If_Stepmom_Joins_You.html | 11123 - Mind If Stepmom Joins You? |
| pornve.com | Brazzers | https://pornve.com/psej1dtov006/Eva_Karera_-_Filling_In.html | 7955 - Filling In |
| pornve.com | Brazzers | https://pornve.com/psf79t0gqds4/Misha_Cross_-_Misha_Cross_Cums_Clean.html | 9358 - Misha Cross Cums Clean |
| pornve.com | Brazzers | https://pornve.com/psglicem2omb/Tanya_Tate_-_I_Sex_My_Sons_Role_Models.html | 4286 - I Sex My Son's Role Models |
| pornve.com | Brazzers | https://pornve.com/psgmxed6c75n/Angelica_Heart_-_Officer_Hungary_For_Some_Boobs.html | 4751 - Officer Hungary For Some Boobs |
| pornve.com | Brazzers | https://pornve.com/psj8bbvpagba/Valentina_Nappi_-_A_Nurse_Has_Needs.html | 10273 - A Nurse Has Needs |
| pornve.com | Brazzers | https://pornve.com/psq8m5d6fhkm/The_Other_Way_Around_Veronica_Avluv_Chad_White.html | 9466 - The Other Way Around |
| pornve.com | Brazzers | https://pornve.com/psr69r6c4287/Brianna_Beach_-_Take_Your_Anger_Out_On_Me.html | Mommy Got Boobs Vol. 6 |
| pornve.com | Brazzers | https://pornve.com/psserv3qjxwx/Jessa_Rhodes_-_My_Professors_A_Pornstar.html | 10620 - My Professor's A Pornstar! |
| pornve.com | Brazzers | https://pornve.com/pstob0kiw1iw/alexis_fawx_ricky_johnson_the_voyeur_next_door_part_1_brazzers_exxtra_brazzers.html | 3722149 - The Voyeur Next Door: Part 1 |
| pornve.com | Brazzers | https://pornve.com/pstxphnbzp16/Beau_Diamond_Danny_D_-_Antique_Road_Blow_-_Milfs_Like_it_Big_-_Brazzers.html | 3308589 - Antique Road Blow |
| pornve.com | Brazzers | https://pornve.com/psuo7c31si1n/DoctorAdventures_19_07_23_Savannah_Bond_Nurses_Touch_XXX_SD.html | 3330624 - Nurse's Touch |
| pornve.com | Brazzers | https://pornve.com/pswaoy6e025l/Best_New_Jessa_Rhodes_Peta_Jensen_720p.html | 9288 - To Catch A Cheat |
| pornve.com | Brazzers | https://pornve.com/pt5daggyvqtr/Nina_Elle_-_Drilling_My_Sergeant.html | 11230 - Drilling My Sergeant |
| pornve.com | Reality Kings | https://pornve.com/pt8wurfpctqj/Moriah_Mills_-_XXX-POSED.html | 1921809 - XXX-POSED |
| pornve.com | Brazzers | https://pornve.com/ptbr1e11chaz/Going_Once_Cumming_Twice_-_Brazzers_.html | 9552 - Going Once_Cumming Twice |
| pornve.com | Brazzers | https://pornve.com/ptcvtl5la508/Mandy_Muse_-_Taking_Artistic_Liberties.html | 2569918 - Taking Artistic Liberties |
| pornve.com | Brazzers | https://pornve.com/ptdx8q0w141e/Brandi_Love_-_Red-Hot_Calendar_Shoot.html | 3960142 - Red-Hot Calendar Shoot |
| pornve.com | Brazzers | https://pornve.com/ptfa41yu97kn/Antonya_Jessica_Moore_-_Real_Boobed_Babes.html | 3853 - Real Boobed Babes |
| pornve.com | Brazzers | https://pornve.com/ptgnjw0lc2l2/Margo_-_Two_Boob_Salute.html | 5956 - Two Boob Salute |
| pornve.com | Brazzers | https://pornve.com/ptlcohhvequo/Valentina_Nappi_-_Strip_Poke.html | 7308 - Strip Poke |
| pornve.com | Brazzers | https://pornve.com/ptmj0ua32b3w/Kendra_Lust_-_College_Madness.html | 7144 - College Madness |
| pornve.com | Brazzers | https://pornve.com/pto772d3pxtu/Brazzers_-_ERection.html | 5311 - ERection |
| pornve.com | Brazzers | https://pornve.com/ptoy7mz6fj57/Peta_Jensen_-_Teaching_Her_How_To_Cum.html | 8775 - Teaching Her How To Cum |
| pornve.com | Brazzers | https://pornve.com/ptp6njcd55nl/Bake_Sale_Bang_Brazzers.html | 10431 - Bake Sale Bang |
| pornve.com | Brazzers | https://pornve.com/ptt2aval3sef/Juicy_Pearl_-_Juiced.html | 4016 - Juiced |
| pornve.com | Brazzers | https://pornve.com/ptzpkc04g1rt/Anissa_peta_-_Threesome.html | 9000 - Storm of Kings XXX Parody: Behind the Scenes |
| pornve.com | Brazzers | https://pornve.com/pu0j3d5szbh9/Brazzers_-_Lisa_Anns_Lover.html | 3433512 - Lisa Ann's Lover |
| pornve.com | Brazzers | https://pornve.com/pu34b48aa/Dannys_Daymare_Tanya_Tate_and_Keiran_Lee_Danny_Mountain.html | 4286 - I Sex My Son's Role Models |
| pornve.com | Reality Kings | https://pornve.com/pu87keo00dy4/Ally_Kay_40Cock_a_holic41.html | 8467 - Cock A Holic |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/pudx1kzbutfv/Raylene_in_Brazzers-_Motherlover_Mommy_Got_Boobs.html | 6365 - Motherlover |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/puf6h6tx6t5/Puma_Swede_The_Cock_Whisperer.html | 5384 - The Cock Whisperer |
| pornve.com | Brazzers | https://pornve.com/pugf3fnqsld0/Maddy_Oreilly_-_Rough_Malpractice.html | 8916 - Rough Malpractice |
| pornve.com | Brazzers | https://pornve.com/putcz1g42qc/Jewelz_Blu_Luke_Ryder_Jewelz_Has_Cock_For_Breakfast_Day_With_A_Pornstar.html | 4240188 - Jewelz Has Cock For Breakfast |
| pornve.com | Brazzers | https://pornve.com/pulvftnch55v5/Lily_Love_Charm_School_101_Big_Tit_At_School.html | 7707 - Charm School 101 |
| pornve.com | Brazzers | https://pornve.com/pumkpps6mpe7/Jynx_Maze_-_St-Valentines_Day_Assacre_Part_Two.html | 8712 - St-Valentine's Day Assacre Part Two |
| pornve.com | Brazzers | https://pornve.com/pumr1ddu4zvh/Ayumi_Anime_Bridgette_B_-_Dykes_In_Debt.html | 2412407 - Dykes In Debt |
| pornve.com | Brazzers | https://pornve.com/puwmqyk2d7i9/Marie_Luv_-_Touch_My_Comics_And_Get_Ass_Fucked.html | 4573 - Touch My Comics and Get Ass Fucked |
| pornve.com | Reality Kings | https://pornve.com/puwskx19in06/AJ_Applegate_-_Booty_Pop_-_Monster_Curves_-_Reality_Kings.html | 2940354 - Booty Pop |
| pornve.com | Reality Kings | https://pornve.com/pv0tjfltaudm/MomsBangTeens_Ava_Addams_Dillion_Harper_Ava_Addams_Dillion_Harper_Sweet_seduction.html | 7755 - Sweet Seduction |
| pornve.com | Brazzers | https://pornve.com/pv2dkde3j0qd/Desiree_Dulce_Scott_Nails_-_A_Wifes_Ex_-_Real_Wife_Stories_-_Brazzers.html | 3925185 - A Wife's Ex |
| pornve.com | Brazzers | https://pornve.com/pv49u4ctrujv/Anna_Bell_Peaks_Felicity_Feline_-_Bloodthirsty_Biker_Babes_-_Part_2.html | 10728 - Bloodthirsty Biker Babes: Part 2 |
| pornve.com | Brazzers | https://pornve.com/pv4mj60qlt9k/Kendall_Woods_-_Be_More_Like_Your_Stepsister.html | 10505 - Be More Like Your Stepsister |
| pornve.com | Brazzers | https://pornve.com/pv5f5jkavndt/Claire_Dames_-_Dr_Dreamy_Cream.html | 5181 - Dr. Dreamy Cream |
| pornve.com | Reality Kings | https://pornve.com/pv9m6b7j09xe/Sasha_Rose_And_Sofi_Goldfinger_Getting_Goldfinger.html | 14751 - Getting Goldfinger |
| pornve.com | Brazzers | https://pornve.com/pvcz5rgoe49/The_Perfect_Maid_-_2.html | 10007 - The Perfect Maid 2 |
| pornve.com | Brazzers | https://pornve.com/pvghrmxiy4e2/Madelyn_Marie_Cheating_Skinny_Pencil_Dick_Creepy_Faggot_Disappointing_Diameter.html | 5751 - Give my Wife a Bone |
| pornve.com | Reality Kings | https://pornve.com/pvhoqrb5td7e/Alice_Wayne_Yanick_Shaft_-_All_Natural_Alice_-_Big_Naturals_-_Reality_Kings.html | 2812365 - All Natural Alice |
| pornve.com | Reality Kings | https://pornve.com/pvmol5n6y55s/teen_12001_42_plays_published_on_28_minutes_ago_category_japanese.html | 14959 - Doing Blue |
| pornve.com | Brazzers | https://pornve.com/pvpb6haj6x6k/1800_Phone_Sex_Line_2_Isis_Love_Sierra_Nicole15_08_2017.html | 10827 - 1 800 Phone Sex: Line 2 |
| pornve.com | Brazzers | https://pornve.com/pvt0ishm9e5/Sophie_Dee_-_Diamonds_Are_Whorever.html | 5305 - Diamonds Are Whorever |
| pornve.com | Brazzers | https://pornve.com/pvtmlvc8m7b9/Francesca_Le_-_Poolside_Poon.html | 5042 - Poolside Poon |
| pornve.com | Brazzers | https://pornve.com/pvu84c85d0jc/Alektra_Blue_Monique_Alexander_-_Perving_Out_On_The_Perv.html | 7625 - Perving Out on the Perv |
| pornve.com | Brazzers | https://pornve.com/pv00nx3q8h93/Angela_White_-_Just_To_Be_Clear.html | 2352465 - Just To Be Clear |
| pornve.com | Brazzers | https://pornve.com/pw4spnweg58j/Your_Son_s_a_Fuck_Up_Alison_Tyler_Xander_Corvus.html | 9135 - Your Son's a Fuck Up |
| pornve.com | Brazzers | https://pornve.com/pw6fz5mvlsca/HotAndMean_-_Nicolette_Shea_Kimber_Veils_-_Cuntceptual_Art.html | 3222236 - Cuntceptual Art |
| pornve.com | Brazzers | https://pornve.com/pwftw3rgrpmx/Kimmy_Granger_Mia_Pearl_-_Bunk_Bed_Head.html | 9543 - Bunk Bed Head |
| pornve.com | Brazzers | https://pornve.com/pwklpp21junc/Britney_Amber_-_Bad_Bad_Waitress.html | 5029 - Bad Bad Waitress |
| pornve.com | Brazzers | https://pornve.com/pwpmtrxq91o8/Xmas_Sweater_Party_-_Brooklyn_Chase_Shawna_Lenee.html | 8578 - Xmas Sweater Party |
| pornve.com | Brazzers | https://pornve.com/pwpxakk1mr7h/Angela_White_Ava_Addam_Bridgette_B_Chasing_The_Big_D.html | 10291 - Chasing That Big D |
| pornve.com | Brazzers | https://pornve.com/pwsvtq7shrfg/Brazzers_Worldwide_Budapest_-_Episode_7.html | 5518 - Ep-7: The End Is Rear |
| pornve.com | Brazzers | https://pornve.com/pwz935m5b0v4/Claudia_Valentine_-_You_Have_To_Eat_My_Pussy_On_Christmas_Eve.html | 5258 - You Have To Eat My Pussy On Christmas Eve |
| pornve.com | Brazzers | https://pornve.com/px0dom66viq6/Monique_Alexander_-_Jailhouse_Fuck_Three.html | 10370 - Jailhouse Fuck Three |
| pornve.com | Brazzers | https://pornve.com/px17bgfjm7as/Rob_Me_Blind_and_Fuck_Me_Stupid.html | 8502 - Rob Me Blind and Fuck Me Stupid |
| pornve.com | Brazzers | https://pornve.com/px23kfsrebpn/Richelle_Ryan_-_Boning_The_Bad_Boyfriend.html | 3166318 - Boning The Bad Boyfriend |
| pornve.com | Brazzers | https://pornve.com/px6v7lwe41pm/Isis_Love_Justin_Hunt_Cafe_Au_Milf.html | 2430180 - Cafe Au Milf |
| pornve.com | Brazzers | https://pornve.com/pxt7uaa9cvfn/Penny_PAX_If_Only_It_Was_This_Easy_In_Real_Life_Without_Rohypnol.html | 9465 - Straightening Her Out |
| pornve.com | Brazzers | https://pornve.com/pxw2ri5ferx7/BrazzersExxtra_-_Best_Of_Brazzers_Meanest_Lesbians.html | 8100 - Scissoring In The Sauna |
| pornve.com | Brazzers | https://pornve.com/pxx0y9lnnauf/Brazzers_House_-_Episode_10.html | 8709 - Brazzers House Episode Five Bonus Part 1 |
| pornve.com | Brazzers | https://pornve.com/pxyxhuyfs8g6/Devon_Kagney_Linn_Karter_-_The_Connor_OBanyon_Show.html | 7939 - The Conner O'Banyon Show |
| pornve.com | Brazzers | https://pornve.com/pxz2axebfmiz/Lick_Me_In_The_Locker_Room_Brazzers.html | 10473 - Lick Me In The Locker Room |
| pornve.com | Brazzers | https://pornve.com/pxz7teeeqdq8/Diamond_Foxxx_-_Titty_Theatre_Classics.html | 6044 - Titty Theatre Classics |
| pornve.com | Brazzers | https://pornve.com/py1lmq633r6o/mlib_19_06_19_nina_elle_washing_my_friends_wife.html | 3425413 - Washing My Friend's Wife |
| pornve.com | Brazzers | https://pornve.com/py5casjtlhed/Office_4-Play_-_Part_11.html | 3651734 - Office 4-Play: Latina Edition |
| pornve.com | Brazzers | https://pornve.com/py5omikt83fu/Alex_Chance_Tori_Avano_-_Bubbles_And_Butts.html | 8330 - Bubbles and Butts |
| pornve.com | Reality Kings | https://pornve.com/pyakvz6yun4d/teen_shae_eats_a_big_cucumber_in_the_kitchen.html | 2011555 - Shae Is Hungry For Big Cock |
| pornve.com | Brazzers | https://pornve.com/pyd8nsyaa8p3/Diamond_Jackson_-_Brazzers_Porn_School.html | 2653349 - Brazzers Porn School |
| pornve.com | Brazzers | https://pornve.com/pygwtldbr3dr/Azul_Hermosa_-_Diva_For_A_Day.html | 3960126 - Diva For A Day |
| pornve.com | Brazzers | https://pornve.com/pymwcmhpv419/Wife_Fucks_Boss_On_Business_Trip_Kalina_Ryu_Tony_De_Sergio.html | 8876 - Wife Fucks Boss On Business Trip |
| pornve.com | Brazzers | https://pornve.com/pyn0zv15gtz5/Harlow_Harrison_-_The_Suburban_Skank.html | 9282 - The Suburban Skank |
| pornve.com | Brazzers | https://pornve.com/pzf094gfv1yv6/Lexi_Lore_-_Size_Stamina.html | 3768096 - Size = Stamina |
| pornve.com | Brazzers | https://pornve.com/pzf5pgo63g6t/Jayden_Lee_-_Skanky_Prank.html | 6360 - Skanky Prank |
| pornve.com | Brazzers | https://pornve.com/pz592tw0flus/Paige_Owens_Small_Hands_Xander_Corvus_-_Two_Can_Play_At_Paiges_Game_-_Pornstars_Like_It_Big_-_Brazzers.html | 3831304 - Two Can Play At Paige's Game |
| pornve.com | Brazzers | https://pornve.com/pz64evpggd6v/Rikki_Six_-_Chores_For_A_Whore.html | 9992 - Tareas Para Una Puta |
| pornve.com | Brazzers | https://pornve.com/pz93uij0k1ah/Shay_Fox_-_My_Prom_Milf.html | 8238 - My Prom Milf |
| pornve.com | Brazzers | https://pornve.com/pz9x8a6gszwy/Kristina_Rose_Veronica_Rodriguez_-_Bet_Your_Ass.html | 10027 - Bet Your Ass 2 |
| pornve.com | Brazzers | https://pornve.com/pzk5ultk3jaq/The_Conversion_-_Christiana_Cinn_Erik_Everhard.html | 8907 - The Conversion |
| pornve.com | Brazzers | https://pornve.com/pzluo1s4mpf9/Brazzers_-_Nanny_Adventures.html | 10737 - Nanny Adventures |
| pornve.com | Brazzers | https://pornve.com/pzm9rn91dqiq/Lezley_Zen_-_Conference_Room_Scuffle.html | 3990 - Conference Room Scuffle |
| pornve.com | Reality Kings | https://pornve.com/pzoc3ni42lvc/Julie_Cash_Karen_Fisher_with_Chris_Strokes_on_HD_4k.html | 11967 - Super Duper |
| pornve.com | Reality Kings | https://pornve.com/pzpngo6vg993/TeensLoveHugeCocks_19_07_18_Gabbie_Carter_No_Such_Thing_As_Dick_Proof_XXX_SD.html | 3462300 - No Such Thing As Dick Proof |
| pornve.com | Reality Kings | https://pornve.com/pzpwzhj6j4kn/Michele_James_Van_Wylde_-_Booby_Massage_-_Big_Naturals_-_Reality_Kings.html | 2662659 - Booby Massage |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/pzrqpt7hv1d4/Quinn_Wilde_-_Doing_Double_Duty.html | 2594618 - Doing Double Duty |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/pztz2a466snb/Ebony_Chick_Shakes_Her_Booty.html | 13867 - Bubblez Body |
| pornve.com | Brazzers | https://pornve.com/pzv35x30g3lv/Samantha_Rone_-_Samanthas_Gift_To_Brazzers.html | 8596 - Samantha's Gift to Brazzers |
| pornve.com | Brazzers | https://pornve.com/pzviv22tab4w/Rachel_Starr_-_League_Of_Pornstars.html | 633371 - League of Pornstars: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/pzxun25mesgx/Ryan_Conner_-_Pussy_Or_Anal_AZZ_Clinical_Study.html | 9546 - Pussy or Anal? A ZZ Clinical Study |
| pornve.com | Brazzers | https://pornve.com/q03rlkzarpdn/Richelle_Ryan_-_Abrascrewdabra.html | 5823 - Abrascrewdabra |
| pornve.com | Brazzers | https://pornve.com/q09mfrgtgp63/Sophia_Lomeli_Holly_West_Under_the_knife_or_Impaled_by_Sword_.html | Doctor Adventures Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/q0ap4dj80fbk/BrazzersExxtra_-_Bella_Rolland_And_Scarlit_Scandal_Rough_And_Raunchy_Group_Fuck.html | 3979951 - Rough And Raunchy Group Fuck |
| pornve.com | Reality Kings | https://pornve.com/q0cq6xbk2huz/GFRevenge_Fore_play.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/q0ggih2r6k4j/Mikayla_-_Customer_Satisfaction.html | Big Tits at Work Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/q0nrpoo9x89n/Nina_Rivera_Scott_Nails_-_Bubble_Butt_Bride_-_Big_Butts_Like_It_Big_-_Brazzers.html | 3829161 - Bubble Butt Bride |
| pornve.com | Brazzers | https://pornve.com/q0nvaziip20w/Ava_Dalush_-_Crash_And_Bang.html | 8286 - Crash and Bang |
| pornve.com | Brazzers | https://pornve.com/q0r5bswoi26c/Keisha_Grey_Mia_Malkova_-_Stretching_Them_Out.html | 8284 - Stretching Them Out |
| pornve.com | Brazzers | https://pornve.com/q0rv7jckrud/Krissy_Lynn_-_Training_Day_Bitch.html | 5121 - Training Day Bitch! |
| pornve.com | Brazzers | https://pornve.com/q1463410b5pf/Bella_Bellz_-_Youre_So_Extra.html | 10690 - You're So Extra |
| pornve.com | Brazzers | https://pornve.com/q14waixf280h/Melissa_May_-_Overnight_With_My_Moms_Boyfriend.html | 8857 - Overnight With My Mom's Boyfriend |
| pornve.com | Brazzers | https://pornve.com/q16ah8oryikz/Ryan_Conner_Menphiskas_Assmusement_2_Menphiskas_Assmusement_38_Top_Rated_Porn_Video_Of_Today_113_Most_Played_Porn_Video_Of_Today_181_Top_Rated_Porn_Video_Of_Week.html | 9514 - Downward Doggystyle |
| pornve.com | Brazzers | https://pornve.com/q1cr3woqccfs/Brazzers_Big_Wet_Butts_First_Class_Ass_Blanche_Bradburry.html | 2980133 - First Class Ass |
| pornve.com | Brazzers | https://pornve.com/q1h48jcc3jr3/BabyGotBoobs_-_Kandace_Kayne_One_Hot_Slice_XXX_NEW_21_July_2016.html | 10052 - One Hot Slice |
| pornve.com | Brazzers | https://pornve.com/q1h5mjz0nutv/Nadia_Styles_-_Happy_Valentines_Day_Boss.html | 8726 - Happy Valentine's Day Boss |
| pornve.com | Brazzers | https://pornve.com/q1krxkzmwejm/Lisa_Ann_-_Eyes_On_The_Prize.html | 3459895 - Eyes On The Prize |
| pornve.com | Brazzers | https://pornve.com/q1uwbotagxk2/Karma_Rx_Xander_Corvus_-_Day_With_A_Pornstar_Karma_Rx_-_Day_With_A_Pornstar_-_Brazzers.html | 3723119 - Day With A Pornstar: Karma Rx |
| pornve.com | Reality Kings | https://pornve.com/q1wieyloye3o/Sarah_Miller_-_Sling_shot_4021_09_1541.html | 13388 - Sling Shot |
| pornve.com | Brazzers | https://pornve.com/q1yu8y3ua3f4/Aria_Lee_Charles_Dera_-_Joy_Riding_A_Cock_-_Teens_Like_It_Big_-_Brazzers.html | 3645134 - Joy Riding A Cock |
| pornve.com | Brazzers | https://pornve.com/q259f32l69zt/BigTitsAtSchool_-_Anya_Ivy_A_Parent_Teacher_Meating.html | 9681 - A Parent Teacher Meating |
| pornve.com | Brazzers | https://pornve.com/q27pim7lia70/BrazzersExxtra_Brazzers_Cherie_Deville_-_ZZ_Erection_2016_Part_1.html | 9702 - ZZ Erection 2016: Part 1 |
| pornve.com | Brazzers | https://pornve.com/q282orpiq4oe/Briana_Blair.html | 4867 - Cleaning for Cunt |
| pornve.com | Brazzers | https://pornve.com/q2cnjiykaeby/BrazzersExxtra_-_Liza_Del_Sierra_Sexpionage.html | 2676460 - Sexpionage |
| pornve.com | Brazzers | https://pornve.com/q2f243verahz/Nina_Elle_Im_Gonna_Bang_Your_Mother_3_2015.html | 8099 - You Better Not Fuck My Sis! |
| pornve.com | Reality Kings | https://pornve.com/q2f57af4m2yl/Oral_Creampie_Janice_Griffith_.html | 14723 - Sneaky Snacks |
| pornve.com | Brazzers | https://pornve.com/q2h799f97bfp/Holly_West_-_Big_Butt_Adventures.html | 3956 - Big Butt Adventures |
| pornve.com | Brazzers | https://pornve.com/q2l6ku830zh1/Shay_Fox_Busty_MILF_Creampie.html | 10225 - Clueless Cum Lessons |
| pornve.com | Brazzers | https://pornve.com/q2liztutli5d/Abigail_Mac_Xander_Corvus_-_Poolside_Affair_-_Brazzers_Exxtra_-_Brazzers.html | 3462263 - Poolside Affair |
| pornve.com | Reality Kings | https://pornve.com/q2o8mxg9v55t/blonde_hardcore_teen_pure18_lilly_kingston_ramon_cant_speak_english_nomar.html | 8542 - Intro Fucktion |
| pornve.com | Brazzers | https://pornve.com/q2slav1p0dll/BrazzersExxtra_-_Misty_Stone_Doing_Life_And_Doing_Your_Wife.html | 2676461 - Doing Life and Doing Your Wife |
| pornve.com | Brazzers | https://pornve.com/q2tp63kvbp8i/Jessa_Rhodes_Kimber_Woods_-_Sex_With_My_Ex.html | 3768236 - Sex With My Ex |
| pornve.com | Brazzers | https://pornve.com/q2wj80okzvpk/Amy_Anderssen_Gets_Play_With_Cock.html | 7921 - Itchin' for a Petition |
| pornve.com | Brazzers | https://pornve.com/q31o22jymtub/Candy_Manson_-_The_Postman_Always_Cums_Twice.html | 5226 - The Postman Always Cums Twice |
| pornve.com | Brazzers | https://pornve.com/q339n7f25d02/Kendra_Lust_Kissa_Sins_Peta_Jensen_My_Three_Wives.html | 9241 - My Three Wives |
| pornve.com | Brazzers | https://pornve.com/q341sszm9tai/Krissy_Lynn_Ricky_Spanish_-_Helicockter_Mom_-_Mommy_Got_Boobs_-_Brazzers.html | 3791936 - Helicockter Mom |
| pornve.com | Brazzers | https://pornve.com/q36bxywkwcbr/Vina_Sky_Danny_D_-_The_Gape_That_Keeps_On_Giving_-_Brazzers_Exxtra_-_Brazzers.Exxtra.html | 3959963 - The Gape That Keeps On Giving |
| pornve.com | Brazzers | https://pornve.com/q38qy2id3ktx/Angel_Wicky_-_Capture_My_Booty.html | 2412427 - Capture My Booty |
| pornve.com | Brazzers | https://pornve.com/q391bhc8hhht/Diamond_Jackson_-_A_Pot_Of_Golden_Dildos.html | 3230194 - A Pot of Golden Dildos |
| pornve.com | Brazzers | https://pornve.com/q39oy3mnycis/Marie_McCray_-_Love_Thy_Neighbor.html | 6061 - Love Thy Neighbor |
| pornve.com | Brazzers | https://pornve.com/q3dbjdtwo4ja/BigTitsAtWork_Alix_Lynx_Daddy_s_Hardest_Worker_-_04_12_2016.html | 10270 - Daddy's Hardest Worker |
| pornve.com | Brazzers | https://pornve.com/q3c7az5d0zu0/office_mummy_2711_42_plays_published_on_2_hours_ago_category_milf_pornstar_rachel_roxxx_tags_dani_daniel_rachel_roxx_tag_this_video.html | 10173 - The Office Mummy |
| pornve.com | Brazzers | https://pornve.com/q3f42e0p5tw0/Ada_Sanchez_Diamond_Kitty_-_Atrapados.html | 8808 - Atrapados |
| pornve.com | Brazzers | https://pornve.com/q3h22ddfwsoe/Lela_Star_Learning_The_Hard_Way.html | 2847245 - Learning The Hard Way |
| pornve.com | Brazzers | https://pornve.com/q3l83rxjodh/Christy_Mack_-_Wet_And_Wild_Whooty.html | 7452 - Wet and Wild Whooty |
| pornve.com | Brazzers | https://pornve.com/q3tfs2dggv4w/Abella_Danger_-_ASSMR.html | 3425264 - ASSMR |
| pornve.com | Brazzers | https://pornve.com/q3ukcme90lyb/Courtney_Taylor_-_The_Bookworm.html | 9666 - The Bookworm |
| pornve.com | Brazzers | https://pornve.com/q3v4qtbaak5d/Brett_Rossi_-_Have_You_Seen_The_Valet.html | 10083 - Have You Seen The Valet? |
| pornve.com | Brazzers | https://pornve.com/q3xavn6mls4d/Stormys_Secret_Stormy_Daniels.html | 2646236 - Stormy's Secret |
| pornve.com | Brazzers | https://pornve.com/q3yyz3hohnb/Brazzers_-_Madison_Ivy_Youre_No_Nurse.html | 6494 - You're no Nurse |
| pornve.com | Brazzers | https://pornve.com/q4575ygpm41b/Kleio_Valentien_-_ZZ_Motel_-_Dicking_The_Drifter.html | 2639274 - ZZ Motel: Dicking The Drifter |
| pornve.com | Reality Kings | https://pornve.com/q45dan4hpe1d/Jasmine_Jae_Jessy_Jones_-_Too_Thicc_For_Skinny_Jeans_-_Monster_Curves_-_Reality_Kings.html | 3151666 - Too Thicc For Skinny Jeans |
| pornve.com | Brazzers | https://pornve.com/q4sjtv45b0m/Nicolette_Shea_-_Always_Read_The_Instructions.html | 2473791 - Always Read The Instructions! |
| pornve.com | Brazzers | https://pornve.com/q484u82zccmk/Brandi_Love_-_Shake_His_Dick.html | 6609 - Shake his Dick |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/q4brn6xcn2g0a/Eva_Angelina__Jayden_Jaymes_-_Kiss_And_Make_Up.html | Big Tits At School Vol. 10 |
| pornve.com | Brazzers | https://pornve.com/q4fzlt422jte/Our_New_Maid_Part_2.html | 9053 - Our New Maid: Part Two |
| pornve.com | Brazzers | https://pornve.com/q4g065e86wbm/Audrey_Bitoni_-_Sex_On_Skates.html | 4733 - Sex on Skates |
| pornve.com | Brazzers | https://pornve.com/q4ine9nn2j99/Madison_Rose_-_Big_Butt_Shelter.html | 7898 - Big Butt Shelter |
| pornve.com | Brazzers | https://pornve.com/q4lduc5su9tj/Bree_Olson_50s_Cafe_Waitress_By_Day_Anally_Reamed_By_Night.html | 5192 - Ass Sundae |
| pornve.com | Brazzers | https://pornve.com/q4nt5p3m37w0/Lilli_Vanilli_-_Putting_It_In_Her_Slot.html | 2345112 - Putting It In Her Slot |
| pornve.com | Brazzers | https://pornve.com/q4vus92yylab/Alura_Jenson_is_A_Mummy_With_Issues.html | 9441 - The Moaning After |
| pornve.com | Brazzers | https://pornve.com/q4w844jwiqt6/Ariella_Ferrera__Charli_Shiin_-_A_Neighborly_Lay.html | 7429 - A Neighborly Lay |
| pornve.com | Reality Kings | https://pornve.com/q4xmuuw82xyi/sexy_car_wash_with_three_hot_euro_sluts.html | 1853732 - euro_boob_wash |
| pornve.com | Reality Kings | https://pornve.com/q528j1c4nw5z/Kai_Marley_Cum_Stuffed.html | 14266 - Cum Stuffed |
| pornve.com | Brazzers | https://pornve.com/q56dm9oampn8/Alena_Croft_Scarlit_Scandal_Tyler_Nixon_-_Cumming_Out_Of_The_Closet_-_Moms_In_Control_-_Brazzers.html | 3462265 - Cumming Out Of The Closet |
| pornve.com | Brazzers | https://pornve.com/q582xfvga9la/Reena_Sky_When_The_Husband_Is_Away_The_Wife_Will_Play.html | 6139 - When The Husband is Away The Wife Will Play |
| pornve.com | Reality Kings | https://pornve.com/q58ug7pudbo4/GFRevenge_Bare_naked.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/q5auyxiuhww9/Preppies_In_Pantyhose_-_Part_3.html | 2945901 - Preppies In Pantyhose: Part 3 |
| pornve.com | Reality Kings | https://pornve.com/q5bwj971igjq/kali_roses_bed_breakfast_and_kali.html | 3151718 - Bed Breakfast And Kali |
| pornve.com | Brazzers | https://pornve.com/q5hwzx7n10cv/Leigh_Darby__Lezley_Zen_-_Family_Titty_Counseling.html | 8464 - Family Titty Counseling |
| pornve.com | Brazzers | https://pornve.com/q5nl20g7ycbq/Dyanna_Lauren_-_Fun_In_The_Sun.html | 4090 - Fun in the Sun |
| pornve.com | Brazzers | https://pornve.com/q5o6ieiyxjhf/Britney_Amber_Justin_Hunt_A_Package_Deal.html | 2426773 - A Package Deal |
| pornve.com | Brazzers | https://pornve.com/q5p9qz9h7e1f/Diamond_Jackson_-_Fuckus_Group.html | 6583 - Fuckus Group |
| pornve.com | Brazzers | https://pornve.com/q5tekzgilm9q/Horny_Patient_Xander_Corvus_Gets_Fuck_Big_Tited_Doctor_Alison_Tyler.html | 9409 - Son Needs A Doc - Doc Needs A Cock |
| pornve.com | Brazzers | https://pornve.com/q5tujvrvpb77/Brazzers_Lisa_Ann_Eyes_On_The_Prize.html | 3459895 - Eyes On The Prize |
| pornve.com | Brazzers | https://pornve.com/q5u8omam3g8/Ella_Hughes_-_Car_Tips_And_Tricks.html | 2417647 - Car Tips |
| pornve.com | Brazzers | https://pornve.com/q60oo37ndwbx/Ava_Addams_-_Mr_Woodman_Says_Hello.html | 6536 - Mr. Woodman Says Hello |
| pornve.com | Brazzers | https://pornve.com/q66owr4z97eh/Khloe_Kapri_Jax_Slayher_-_Bringing_Home_the_Brat_-_Teens_Like_It_Big_-_Brazzers.html | 3359605 - Bringing Home the Brat |
| pornve.com | Brazzers | https://pornve.com/q67qbpcr02rb/Free_Anal_-_2.html | 9790 - Free Anal 2 |
| pornve.com | Reality Kings | https://pornve.com/q6cltahrr51w/Ashlyn_Rae_40Lovely_juice41.html | 8571 - Lovely Juice |
| pornve.com | Brazzers | https://pornve.com/q6e1y0ylvg72/Alyssa_Lynn_-_Forget_About_Fucking_My_Daughter_And_Fuck_Me.html | 10725 - Forget About Fucking My Daughter And Fuck Me! |
| pornve.com | Brazzers | https://pornve.com/q6ey5w28lxfe/Kelly_Divine_Phoenix_Marie_-_Extreme_Fucking_League.html | 6249 - Extreme Fucking League |
| pornve.com | Brazzers | https://pornve.com/q6mtiv94vt3/Nina_Elle_-_Cant_Resist_The_Tits.html | 8012 - Can't Resist The Tits |
| pornve.com | Brazzers | https://pornve.com/q6ngwo10hui1/_Brazzers_-_Carolina_Sweets_turns_18_and_wants_to_sell_her_Virginity_online_.html | 2369012 - Wanna Buy My Virginity? |
| pornve.com | Brazzers | https://pornve.com/q6rt26mqwkr2/Bridgette_B__Moriah_Mills_-_Moriahs_Wedding_Shower.html | 3723343 - Moriah's Wedding Shower |
| pornve.com | Brazzers | https://pornve.com/q6tc3dkcq9vm/Katie_St_Ives_-_Being_Bad_Episode_1.html | 6689 - Being Bad: Episode One |
| pornve.com | Brazzers | https://pornve.com/q6ws15h3jb5r/Samantha_Saint_-_Titty_Tipper.html | 6037 - Titty Tipper |
| pornve.com | Brazzers | https://pornve.com/q6xsgqyp85t6/Raven_Bay_-_Anal_Breakup.html | 10806 - Anal Breakup |
| pornve.com | Brazzers | https://pornve.com/q71bzuopszjg/My_Wifes_Sister_Brazzers.html | 10369 - My Wife's Sister |
| pornve.com | Brazzers | https://pornve.com/q76sgnt1qqpz/Penny_Pax_Markus_Dupree_-_Medical_Sexthics_-_Doctor_Adventures_-_Brazzers.html | 3402002 - Medical Sexthics |
| pornve.com | Brazzers | https://pornve.com/q7drlc0nhov7/Lisa_Ann_-_The_Goddess_Of_Big_Dick.html | 9950 - La Diosa de la Verga Grande |
| pornve.com | Brazzers | https://pornve.com/q7e1pn7nab1u/Brazzers_-_Kenzie_Reeves_Selfies_With_The_Dean.html | 2434860 - Selfies With The Dean |
| pornve.com | Brazzers | https://pornve.com/q7gdaopyauqi/Phoenix_Marie_Johnny_Castle_-_Feeling_Up_Phoenix_-_Day_With_A_Pornstar_-_Brazzers.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/q7go9yw0plrc/Shawna_Lenee_-_Knockout_Boobs.html | 4300 - Knockout Boobs |
| pornve.com | Brazzers | https://pornve.com/q7r643tbe46w/Natalia_Starr_-_American_House_Sitter.html | 6997 - American House Sitter |
| pornve.com | Brazzers | https://pornve.com/q7s6ebvgpmqn/Janet_Mason__Gracie_Glam_Im_Gonna_Bang_Your_Mother_3_2015.html | 8154 - Screwing the Stalker |
| pornve.com | Brazzers | https://pornve.com/q7zwsatlt2li/Brazzers_Forecasting_several_inches_Brazzers_Big_Tits_at_Work_Jane_Douxxx_Justin_Hunt_Blonde.html | 10886 - Forecasting Several Inches |
| pornve.com | Brazzers | https://pornve.com/q811zdhjzz4q/Aletta_Ocean_-_3_Trustworthy_Fuck_Holes.html | 4189 - 3 Trustworthy Fuck Holes |
| pornve.com | Brazzers | https://pornve.com/q84sxtzb46fx/Erin_Marxxx_-_Game_Fantasies_Cum_True.html | 4252 - Game Fantasies Cum True |
| pornve.com | Brazzers | https://pornve.com/q87s2qrhy6qc/Destiny_Dixon_-_Her_Turn_To_Cheat.html | 9460 - Her Turn To Cheat |
| pornve.com | Brazzers | https://pornve.com/q88ubth4ahjd/Devon_Lee_-_A_For_Jerking_Off.html | 4974 - A+ For Jerking Off |
| pornve.com | Brazzers | https://pornve.com/q8bh3dhw273s/India_Summer__Kimberly_Moss_-_Tight_Fitting_House_Sitting.html | 10381 - Tight Fitting House Sitting |
| pornve.com | Brazzers | https://pornve.com/q8bl24ff6hm6/BEST_NEW_Channel_Preston_-_720p.html | 9607 - Hard Call |
| pornve.com | Brazzers | https://pornve.com/q8enjv16s5x8/Cali_Carter_Keiran_Lee_-_Big_Wet_Bridal_Butt_-_Big_Wet_Butts.html | 2635921 - Big Wet Bridal Butt |
| pornve.com | Brazzers | https://pornve.com/q8iucp6xr4fh/mlib_20_03_08_rachael_cavalli_making_herself_at_home.html | 3829248 - Making Herself At Home |
| pornve.com | Brazzers | https://pornve.com/q8jb7blsbcqs/Kimmy_Granger_-_A_Talk_With_Teacher.html | 10188 - A Talk With Teacher |
| pornve.com | Brazzers | https://pornve.com/q8sh13hep2up/_Brazzers_-_Hot_Threesome_With_Julian_Ann__Olivia_Austin.html | 11212 - My Stepmom's Social Club |
| pornve.com | Brazzers | https://pornve.com/q8v90e3ig2is/Emma_Leigh__Jasmine_Jae_-_Four_Hands_to_Jerk_The_Clerk.html | 7644 - Four Hands to Jerk the Clerk |
| pornve.com | Brazzers | https://pornve.com/q90096a64wx9/A_second_opinion.html | 9670 - A Second Opinion |
| pornve.com | Brazzers | https://pornve.com/q90svckey2gx/Nina_Elle_-_My_Stepmom_The_Cam_Girl.html | 8108 - My Stepmom the Cam Girl |
| pornve.com | Brazzers | https://pornve.com/q9drt1o8dp4o/BrazzersExxtra_-_Bailey_Brooke_Fucking_Her_Uncanny_Valley.html | 2469303 - Fucking Her Uncanny Valley |
| pornve.com | Brazzers | https://pornve.com/q9exdjp8vw73/Gia_Derza_-_Oily_AF_Anal.html | 3925301 - Oily AF Anal |
| pornve.com | Brazzers | https://pornve.com/q9hrc6zym9lz/Phoenix_Marie_-_Phoenix_Maries_Day_Off.html | 8082 - Phoenix Marie's Day Off |
| pornve.com | Brazzers | https://pornve.com/q9k0ujcupiwl/_Eva_Notty_get_full_massage_sex.html | 10058 - Honey_Would You Mind Milking My Nuts 2 |
| pornve.com | Brazzers | https://pornve.com/q9ouqud85l5m/Lily_Love_-_Color_Between_The_Lines.html | 2847248 - Color Between The Lines |
| pornve.com | Brazzers | https://pornve.com/q9scjvccesln/Dylan_Ryder_-_Video_Store_Incident.html | 4343 - Video Store Incident |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/q9vdmj9yx8ml/Bree_Olson_-_The_Slutty_Life.html | 5284 - The Slutty Life |
| pornve.com | Brazzers | https://pornve.com/q9wnkmmcwqx5/JR_Carrington__Scarlett_Pain_-_Disciplinary_Dick_Slam.html | 4629 - Disciplinary Dick Slam |
| pornve.com | Brazzers | https://pornve.com/q9yew5yzuj6l/Taylor_Wane_-_Merging_My_Big_Tits.html | 5238 - Merging My Big Tits |
| pornve.com | Brazzers | https://pornve.com/q9yugslkx3ym/London_River_Scott_Nails_-_Londons_Slutty_Little_Secret_-_Big_Wet_Butts_-_Brazzers.html | 3122566 - London's Slutty Little Secret |
| pornve.com | Brazzers | https://pornve.com/qa0ekr5z3qp9/Nicolette_Shea_Cock_Hungry_Cowgirl.html | 11202 - Cock Hungry Cowgirl |
| pornve.com | Brazzers | https://pornve.com/qa0lktizh25a/Alura_Jenson_A_Demanding_Client.html | 3425287 - A Demanding Client |
| pornve.com | Brazzers | https://pornve.com/qa2rv55ss7la/Jewels_Jade_-_Jewels_And_The_Gang.html | 7125 - Jewels and the Gang |
| pornve.com | Brazzers | https://pornve.com/qa8j4d2lg04d/BrazzersExxtra_Kira_Noir_Kristen_Scott_Sluts_Scared_Straight.html | 3425266 - Sluts Scared Straight |
| pornve.com | Brazzers | https://pornve.com/qaei8ymvqe4/Kaylani_Lei_-_Big_Bad_MILF.html | 3362792 - Big Bad MILF |
| pornve.com | Brazzers | https://pornve.com/qafcgmaen78i/Luna_Star_-_Get_Bent.html | 3122586 - Get Bent |
| pornve.com | Brazzers | https://pornve.com/qagccm78ea2p/Ryan_Conner_-_Take_A_Seat_On_My_Dick.html | 9121 - Take A Seat On My Dick |
| pornve.com | Brazzers | https://pornve.com/qakz4qlhfqm7/Melina_Mason_-_Whose_Tit_Is_It_Anyway.html | 6584 - Whose Tit Is It Anyway |
| pornve.com | Brazzers | https://pornve.com/qamhtsraf6s7/Mischa_Brooks__Savannah_Fox_-_Casting_Call_For_Big_Butt_Sluts.html | 7982 - Casting Call for Big Butt Sluts |
| pornve.com | Brazzers | https://pornve.com/qaosker3gqvo/Brooke_Banner_In_The_Shower_As_A_Geisha.html | 4966 - Welcum My Geisha |
| pornve.com | Brazzers | https://pornve.com/qayrgwtvinoi/Brazzers_-_Hot_Bothered.html | 2892734 - Hot & Bothered |
| pornve.com | Brazzers | https://pornve.com/qbbcwwh3tll0/2020_07_30_-_Jane_Doe_Private_Dick_-_Pornstar_Like_It_Big_-_Cathy_Heaven.html | 3878702 - Jane Doe Private Dick |
| pornve.com | Brazzers | https://pornve.com/qbf3e8kkf3rj/Veronica_Rodriguez_Soaking_and_Sucking.html | 9149 - Soaking and Sucking |
| pornve.com | Reality Kings | https://pornve.com/qbm2130eyvwh/TeensLoveHugeCocks_18_10_17_Honey_Moon_Cum_For_Me_Honey_XXX_SD_-_KLEENEX.html | 2964341 - Cum For Me Honey |
| pornve.com | Brazzers | https://pornve.com/qbo1uyghu6dn/Amber_Alena_-_Ambers_Morning_Titjob_-_Day_With_A_Pornstar_-_Brazzers.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Reality Kings | https://pornve.com/qbrgd7i21npi/RKPrime_-_Riley_Reid_Its_Showtime.html | 14642 - Its Showtime |
| pornve.com | Brazzers | https://pornve.com/qbz25z490ptz/_Brazzers_-_Stepmom_Eva_shows_Melissas_boyfriend_how_to_treat_to_a_bush_.html | 11132 - Bothered By The Bush |
| pornve.com | Brazzers | https://pornve.com/qbzkr5wx1b64/Krissy_Lynn_-_I_Quit_Whos_Cumming_With_Me.html | 3010078 - I Quit_Who's Cumming With Me? |
| pornve.com | Brazzers | https://pornve.com/qcenury6h4ir/Bonnie_Rotten__Rachel_Roxxx_-_No_Tits_Barred.html | 7347 - No Tits Barred |
| pornve.com | Brazzers | https://pornve.com/qclmirrb06tt/Taylor_Wane_-_Sprinkle_Your_Jizz_On_My_Substantial_Areolas.html | 4210 - Sprinkle Your Jizz on My Substantial Areolas |
| pornve.com | Brazzers | https://pornve.com/qcox4zsx7r4t/Mariah_Madysinn_-_Squash_It_In_Squash_It_Out.html | 4846 - Squash It In Squash It Out |
| pornve.com | Brazzers | https://pornve.com/qcr4r7mvqs1s/Borrow_A_Boyfriend_Lela_Star.html | 2412393 - Borrow A Boyfriend |
| pornve.com | Brazzers | https://pornve.com/qd8pfsew488a/Anita_Bellini_-_The_Great_Outdoors.html | 8129 - The Great Outdoors |
| pornve.com | Brazzers | https://pornve.com/qdfwrkilw1ei/Jynx_Maze_-_Loose_And_Dirty.html | 5332 - Loose and Dirty |
| pornve.com | Brazzers | https://pornve.com/qdhjb5frgeq1/Jessica_Jaymes__Kirsten_Price_-_To_Live_And_Fuck_In_L_A_-_Part_2.html | 7146 - To Live and Fuck in L.A. Part 2 |
| pornve.com | Brazzers | https://pornve.com/qdhu2ra8lea/Cherie_Deville_-_A_Fine_Evening_With_Missus_Deville.html | 7395 - A Fine Evening With Missus Deville |
| pornve.com | Brazzers | https://pornve.com/qdid8in5gbjz/Krissy_Lynn_-_Quiet_My_Boyfriend_Is_Cumming.html | 5213 - Quiet My Boyfriend is Cumming |
| pornve.com | Reality Kings | https://pornve.com/qdilxvp3n97n/RK_Prime_Cory_Chase_Aubrey_Rose_Peter_Green_December_8th_2016.html | 15154 - Last Milf Standing |
| pornve.com | Reality Kings | https://pornve.com/qdmq9f3cqlqi/New_Jessa_Rhodes_And_Ryan_Ryans_Scene.html | 14957 - Sweet Ass |
| pornve.com | Brazzers | https://pornve.com/qdmzmdfd2s9l/Phoenix_Marie_And_Jordi_El_Nino_Sex_Scene.html | 10415 - Hardcore High Notes |
| pornve.com | Brazzers | https://pornve.com/qdrmu4p85mw4/Courtney_Cummz_-_Undercover_Titties.html | 6501 - Undercover Titties |
| pornve.com | Brazzers | https://pornve.com/qe2b7f4ynpr8/Queen_Of_Thrones_3.html | 10534 - Queen Of Thrones: Part 3 |
| pornve.com | Brazzers | https://pornve.com/qe6lfy6m91wm/Isis_Love_-_Ass_In_Heat.html | 9696 - Ass In Heat |
| pornve.com | Brazzers | https://pornve.com/qe8iyopcu9hg/Jaye_Summers_-_Earning_Her_Allowance.html | 6882 - Earning Her Allowance |
| pornve.com | Brazzers | https://pornve.com/qeao30mgiwep/Brazzers_-_Huge_tit_police_officer_Alanah_Rae_punishes_the_inmate_.html | 6005 - A Night In The Hole |
| pornve.com | Brazzers | https://pornve.com/qenx06h8v2vx/Ariella_Ferrera_-_Mommys_Best_Kept_Secrets.html | 8514 - Mommy's Best Kept Secrets |
| pornve.com | Brazzers | https://pornve.com/qeo8rg7a0hvw/Raven_Bay_Xander_Corvus_Pornstar_Personal_Shopper.html | 2422034 - Pornstar Personal Shopper |
| pornve.com | Brazzers | https://pornve.com/qepj6eazgzrzr/Belle_Knox__Kendra_Lust_-_Babysitter_Games.html | 8228 - Babysitter Games |
| pornve.com | Brazzers | https://pornve.com/qew1zv2a3b3b/Abigail_Mac_-_Horny_Dangerous_-_4.html | 3291149 - Horny & Dangerous: Stolen Identity |
| pornve.com | Brazzers | https://pornve.com/qf3i932wo76d/Monique_Alexander_Keiran_Lee_-_Day_With_A_Porn_Star_Monique_Alexander_-_Day_With_A_Pornstar_-_Brazzers.html | 3830492 - Day With A Porn Star: Monique Alexander |
| pornve.com | Brazzers | https://pornve.com/qf4q4mijj865b/Lexi_Luna_Oliver_Flynn_-_My_Stepmoms_A_Fuck_Up_-_Milfs_Like_it_Big_-_Brazzers.html | 3455238 - My Stepmom's A Fuck Up |
| pornve.com | Brazzers | https://pornve.com/qfahejjn443x/Phoenix_Marie_-_Changing_Grades.html | Big Tits at School Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/qfd6pvethqd0/Isabella_Sky__Tanya_Tate_-_Master_Of_My_Teeny_Ass.html | 4782 - Master Of My Teeny Ass |
| pornve.com | Brazzers | https://pornve.com/qfj7qnotrjrv/Abella_Danger__Kissa_Sins_-_Kissas_Ass_Is_In_Danger.html | 9315 - Kissa's Ass Is In Danger |
| pornve.com | Brazzers | https://pornve.com/qfjbjlajkjsp/Skyler_Mckay_-_Its_Ergonomic.html | 3917992 - It's Ergonomic! |
| pornve.com | Brazzers | https://pornve.com/qfjnug31lkuw2/Mia_Malkova_-_Mia_Gets_Closer.html | 8785 - Mia Gets Closer |
| pornve.com | Brazzers | https://pornve.com/qfqjx5p7hswq/Giselle_Leon_-_Lets_Start_The_Real_Party.html | 6255 - Let's Start The Real Party |
| pornve.com | Brazzers | https://pornve.com/qfqmwbrqvc0p/Dixie_Lynn_-_Sharing_The_Bed.html | 3924836 - Sharing The Bed 2 |
| pornve.com | Brazzers | https://pornve.com/qfwxdsfgmsnj/Heidi_Mayne_-_Stuffed_Turkey.html | 4379 - Stuffed Turkey |
| pornve.com | Brazzers | https://pornve.com/qfzqtna93shl/DoctorAdventures_Lily_Love_Perks_Of_Being_A_Nurse_-_20_07_16.html | 10018 - Perks Of Being A Nurse |
| pornve.com | Brazzers | https://pornve.com/qg2c7gp73nby/Leya_Falcon_-_May_The_Ass_Be_With_You.html | 7360 - May the Ass Be With You |
| pornve.com | Brazzers | https://pornve.com/qg3d96abm4dk/Sex_Challenge_Ava_Addams.html | 9076 - Brazzers House Sex Challenge |
| pornve.com | Brazzers | https://pornve.com/qg47q9f26qbp/Jada_Stevens_Sheena_Shaw_Jordan_Ash_-_Junk_In_the_Trunk_Remastered_-_Big_Wet_Butts_-_Brazzers.html | 8093 - Junk in the Trunk |
| pornve.com | Brazzers | https://pornve.com/qg4nskui0pog/Claire_Dames_-_How_To_Get_Ahead.html | 5427 - How To Get Ahead |
| pornve.com | Brazzers | https://pornve.com/qge5bh6ij7or/Karlee_Grey_and_Valentina_Nappi_-_Caught_By_Her_Boyfriend_high_quality_-_BabyGotBoobs.html | 10700 - Caught By Her Boyfriend |
| pornve.com | Brazzers | https://pornve.com/qgki8fg158ao/Kimmy_Granger_-_Cock_And_Frisk.html | 3609450 - Cock And Frisk |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/qgl0q9tk59uf/Alena_Croft_-_Honey_Nut_Booty-Os.html | 10106 - Honey Nut Booty-O's |
| pornve.com | Brazzers | https://pornve.com/qgm6xrmyltin/Brazzers_Bowling_For_The_Bachelor.html | 3648590 - Bowling For The Bachelor |
| pornve.com | Brazzers | https://pornve.com/qgpn9e5spn1g/brazzers_-_paige_owens_cumming_of_age_anal-_teenslikeitbig.html | 3768302 - Cumming Of Age Anal |
| pornve.com | Brazzers | https://pornve.com/qgvq8nnbxhso/Halle_Hayes_Scott_Nails_-_Working_Late_-_Brazzers_Exxtra_-_Brazzers.html | 3832312 - Working Late |
| pornve.com | Brazzers | https://pornve.com/qgzlb7kj67qx/Moms_In_Control_14_S6_Diamond_Jackson_Evelin_Stone.html | 11080 - Undercover Step-Mother |
| pornve.com | Brazzers | https://pornve.com/qh1gprcd3jwn/Alex_Chance_-_Operation_Last_Chance.html | 7832 - Operation Last Chance |
| pornve.com | Brazzers | https://pornve.com/qh3mdw039e24/Mulani_Rivera_-_Fuckin_Fail_Or_Fuckin_Fuck.html | 4323 - Fuckin Fail or Fuckin Fuck |
| pornve.com | Brazzers | https://pornve.com/qh9ru9l90nwr/The_Secrets_of_Marital_Suckxess_Brazzers.html | MILFS Like It Big Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/qhb3rfw8tar3/Jasmine_Jae_Madison_Ivy_Danny_D_-_Tour_Of_London_Part_One_Remastered_-_Brazzers_Exxtra_-_Brazzers.html | 8561 - Tour Of London Part One |
| pornve.com | Reality Kings | https://pornve.com/qhn9i5zwuf4z/Brandi_Bae__Sara_St_Clair_-_Jogging_For_Pussy.html | 1824943 - Jogging For Pussy |
| pornve.com | Brazzers | https://pornve.com/qhnlrkqfbghm/RayVeness_-_Mom_Sees_A_Dirty_Movie.html | 8926 - Mom Sees A Dirty Movie |
| pornve.com | Brazzers | https://pornve.com/qhmmmw30zdiw/Eloa_Lombard_-_Temptress_Of_The_Woods.html | 6551 - Temptress of the Woods |
| pornve.com | Brazzers | https://pornve.com/qholrq8t928r/BabyGotBoobs_Chloe_Addison-Broadcasting_Boobies.html | 8001 - Broadcasting Boobies |
| pornve.com | Brazzers | https://pornve.com/qhseo7glvdyf/Brazzers_Paying_Up.html | 11179 - Paying Up |
| pornve.com | Brazzers | https://pornve.com/qhy3n3b5m311/two_hot_big_tits_milf_ava_adams.html | 5246 - Interview with my Asshole |
| pornve.com | Brazzers | https://pornve.com/qi2e5vdg9wi0/Ava_Addams_Gianna_Dior_Tyler_Nixon_-_Mother_Daughter_Boning_-_Moms_In_control_-_Brazzers_1080p.html | 3226134 - Mother Daughter Boning |
| pornve.com | Brazzers | https://pornve.com/qiaafwrho4ly/Aaliyah_Love_Cherie_Deville_-_Pornstar_Fantasies.html | 9318 - Pornstar Fantasies |
| pornve.com | Reality Kings | https://pornve.com/qic8kb4ra2ux/NEW_Kalina_Ryu.html | 14668 - Ryu Time |
| pornve.com | Brazzers | https://pornve.com/qica8hczjt4c/Kagney_Linn_Karter_Lylith_Lavey_-_Field_Of_Reams.html | 6437 - Field Of Reams |
| pornve.com | Brazzers | https://pornve.com/qifpv7jhr1ev/Britney_Amber_-_The_Nuru_Nurse.html | 8988 - The Nuru Nurse |
| pornve.com | Brazzers | https://pornve.com/qibo2s2udew4/Isis_Love_-_Spa_Fuck.html | 4469 - Spa Fuck |
| pornve.com | Brazzers | https://pornve.com/qj9uulsv1cx/_Brazzers_-_Busty_Emma_Leigh_loves_to_get_big_dick_in_her_mouth_and_pussy_.html | 10066 - Sink the Pink |
| pornve.com | Brazzers | https://pornve.com/qjk3z7bpvazt/Ashley_Adams_-_Bucked_And_Fucked.html | 2437501 - Bucked and Fucked |
| pornve.com | Brazzers | https://pornve.com/qilq5jckq6ew/Aggressive_Teacher_Fucked_Silly.html | 8986 - The Masturbating Teacher |
| pornve.com | Brazzers | https://pornve.com/qincedxy01mv/Brazzers_Live_-_40.html | 9652 - BRAZZERS LIVE 40: BIG WET BUTTS LIVE |
| pornve.com | Brazzers | https://pornve.com/qiqn9zr1dy4m/My_Cum_Hungry_Mother_In_Law.html | 10872 - My Cum-Hungry Mother-In-Law |
| pornve.com | Brazzers | https://pornve.com/qixue0ee7xad/Kortney_Kane__Lexi_Swallow_-_Hanky_Panky.html | 6317 - Hanky Panky |
| pornve.com | Brazzers | https://pornve.com/qj1tdauezea3/Allie_Haze__Val_Dodds_-_Give_Me_Your_Ass_Or_Get_Out_Of_My_House.html | 10594 - Give Me Your Ass Or Get Out Of My House! |
| pornve.com | Brazzers | https://pornve.com/qjcxvomsiuaj/Brooke_Wylde_-_A_Juggling_Sex_Act.html | 9776 - A Juggling Sex Act |
| pornve.com | Brazzers | https://pornve.com/qjdm60m3zgxc/Carla_Cox__Kiki_Minaj_-_Squirters_Juice_Bar.html | 7692 - Squirter's Juice Bar |
| pornve.com | Brazzers | https://pornve.com/qjdzcz6m9xd/Sarah_Jessie_Jessy_Jones_Ill_Take_It_Thick_Creamy.html | 2423497 - I'll Take It Thick & Creamy |
| pornve.com | Brazzers | https://pornve.com/qjhac0j0oh5z/Ryan_Keely_Ricky_Spanish_-_Eating_Out_for_Thanksgiving_-_Milfs_Like_It_Big_-_Brazzers.html | 3768108 - Eating Out for Thanksgiving |
| pornve.com | Brazzers | https://pornve.com/qji58wn4kgso/Isis_Love_-_Boning_Her_Bodyguard.html | 2447417 - Boning The Butler |
| pornve.com | Reality Kings | https://pornve.com/qjs2qfdeafgv/Moms_Bang_Teens_15_XXX.html | 13907 - Deep Trouble |
| pornve.com | Reality Kings | https://pornve.com/qjsjn5hqd6sn/MilfHunter_Brandi_Love_Peeking_At_Brandi_-_07_11_2016.html | 15067 - Peeking At Brandi |
| pornve.com | Brazzers | https://pornve.com/qju9zmlolqeo/Dillion_Harper__Jenna_Sativa_-_Cheating_With_a_Cheater.html | 11090 - Cheating with a Cheater |
| pornve.com | Brazzers | https://pornve.com/qjv27m4ntnd1/Sarah_Jessie_-_Test_Ride.html | 6113 - Test Ride |
| pornve.com | Reality Kings | https://pornve.com/q5vqim8n7p/DAREDORM_79_Ordering_Strippers_1of2.html | Dare Dorm #15 |
| pornve.com | Brazzers | https://pornve.com/qk114o7navq6/Carla_Cox_-_Cumming_Home_For_Christmas_-_Part_2.html | 8612 - Cumming Home For Christmas! Part Two |
| pornve.com | Reality Kings | https://pornve.com/qk2dxaav4x0k/RoundAndBrown_Lola_Amor_Serving_It_Fresh_-_21_10_2016.html | 13859 - Serving It Fresh |
| pornve.com | Reality Kings | https://pornve.com/qk2u2qi5ukuc/_ava_rose__brooke_lee_adams_big_booty_cookout_cookout.html | 8199 - Big Booty Babes |
| pornve.com | Brazzers | https://pornve.com/qk3j2x3orwu2/Kylie_Sinner_-_Sunbathing_Stepsister_Wants_Anal.html | 9029 - Sunbathing Stepsister Wants Anal |
| pornve.com | Brazzers | https://pornve.com/qk3q9u8zozhl/Katrina_Jade_-_Waking_Up_With_Katrina.html | 2351543 - Waking Up With Katrina |
| pornve.com | Brazzers | https://pornve.com/qk4v5u2nnfhg/Valentina_Ricci_-_Stuck_In_The_Copier.html | 3796160 - Stuck In The Copier |
| pornve.com | Brazzers | https://pornve.com/qk99774zlghw/Eva_Notty_-_Cock_Reading.html | 10981 - Cock Reading |
| pornve.com | Reality Kings | https://pornve.com/qk9ztkwpbfpy/brandi_wants_a_share_of_her_stepbrothers_cock.html | 1944935 - My Stepsisters Girlfriend |
| pornve.com | Reality Kings | https://pornve.com/qkdulnyrtwth/Anissa_Kate_Chad_White_Badass.html | 2025158 - Badass |
| pornve.com | Brazzers | https://pornve.com/qki1qzt4jvvs/Lisa_Ann_Molly_Stewart_Were_All_Girls_HereHOTMEAN.html | 3609657 - We're All Girls Here |
| pornve.com | Brazzers | https://pornve.com/qkjxketuhnf/Sweet_Tits__Ella_Knox.html | 2431931 - Sweet Tits |
| pornve.com | Brazzers | https://pornve.com/qkk1me0enyce/All_Good_New_Rachel_Roxxx.html | 10054 - With Nothing But My Heels On |
| pornve.com | Brazzers | https://pornve.com/qkqgsszgps0x/Anne_Amari_-_Hula_Humping.html | 2913315 - Hula Humping |
| pornve.com | Brazzers | https://pornve.com/qkto9g2cnd2/Ava_Dalush_-_Pervy_Deeds_Done_Dirt_Cheap.html | 8315 - Pervy Deeds Done Dirt Cheap |
| pornve.com | Brazzers | https://pornve.com/qkz6vgjlhien/Brazzers-_Moriah_Mills_-_Bubble_Bath_Booty_Call.html | 11021 - Bubble Bath Booty Call |
| pornve.com | Brazzers | https://pornve.com/ql2jxw3u894k/AJ_Applegate_Xander_Corvus_-_Tag_That_Ass_-_Big_Wet_Butts.html | 2842471 - Tag That Ass |
| pornve.com | Brazzers | https://pornve.com/ql37sezkrta/Squirting_All_Over_Her_-_Veronica_Rodriguez__Xander_Corvus_.html | 9536 - Squirting All Over Her |
| pornve.com | Brazzers | https://pornve.com/qldh9vabuksf/_Brazzers_-_Attack_of_the_Rack_.html | 9632 - Attack of the Rack |
| pornve.com | Reality Kings | https://pornve.com/qldjckoqxq9z/Eva_Lovia_hHas_Had_Enough_Of_Football.html | 15204 - Her Fantasy Ball |
| pornve.com | Brazzers | https://pornve.com/qlh7nb9z2bg9/A_Glass_of_Bubbly_Butt_Jessie_Volt__Danny_D.html | 9576 - A Glass of Bubbly Butt |
| pornve.com | Brazzers | https://pornve.com/qllukfrp8gf1/Gianna_Nicole__Rahyndee_James_-_Worlds_Nicest_Nurses.html | 8585 - World's Nicest Nurses |
| pornve.com | Brazzers | https://pornve.com/qlp50vf6rey/_My_GFs_Niece_Wants_A_Big_Piece_.html | 8402 - My GF's Niece Wants A Big Piece |
| pornve.com | Reality Kings | https://pornve.com/qltd4ypwwx9i/RKPrime_-_Lola_Blond_Shower_Bang.html | 1836807 - Shower Bang |
| pornve.com | Brazzers | https://pornve.com/qltjwx564ikc/Emily_Addison__Spencer_Scott__Tasha_Reign_-_Two-On-One_Fun.html | 7639 - Two-on-One Fun |
| pornve.com | Brazzers | https://pornve.com/qlxtm9fw6ac0/Brazzers_-_Call_Center_Coochie.html | 9111 - Call Center Coochie |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/qn0c8u1l7dav/Killer_Quad.html | 10877 - Killer Quad |
| pornve.com | Reality Kings | https://pornve.com/qn0gp5j2l20w/Riley_Reid_in_We_Live_Together_video_Sweet_Pussy.html | 12618 - Sweet Pussy |
| pornve.com | Brazzers | https://pornve.com/qm1wwe0o97ex/Angela_White__Molly_Stewart_-_Swing_Fling_-_Part_1.html | 3608859 - Swing Fling : Part 1 |
| pornve.com | Brazzers | https://pornve.com/qm2g4g5jimkt/Brazzers_-_Brenna_Sparks_Spilt_Milk.html | 2672990 - Spilt Milk |
| pornve.com | Brazzers | https://pornve.com/qm6yzc6dqakb/Ariella_Ferrera_-_In_The_Darkroom.html | 7356 - In the Darkroom |
| pornve.com | Brazzers | https://pornve.com/qmew674aj06m/Blindfolded_Cheater_Brazzers.html | 4419202 - Blindfolded Cheater |
| pornve.com | Reality Kings | https://pornve.com/qmf3k3ott6xj/Rose_Monroe_Tyler_Steel_-_Thick_As_Fuck_-_RK_Prime_.html | 2860706 - Thick As Fuck |
| pornve.com | Brazzers | https://pornve.com/qmfs4t9rx2uu/Emma_Leigh__Tia_Layne_-_Teaching_The_Temp.html | 7430 - Teaching the Temp |
| pornve.com | Brazzers | https://pornve.com/qmg03ysiiqg2/Big_Butt_Cake_Brazzers.html | 4066 - Big Butt Cake |
| pornve.com | Brazzers | https://pornve.com/qmloy1klytv/Kendra_Lust_-_Librarian_Needs_A_Licking.html | 8757 - Librarian Needs A Licking |
| pornve.com | Brazzers | https://pornve.com/qmow2w807h6d/MomsInControl_India_Summer_And_Kimberly_Moss_Tight_Fitting_House_Sitting.html | 10381 - Tight Fitting House Sitting |
| pornve.com | Brazzers | https://pornve.com/qmqqmhl01z3u/Lexxxi_Lockhart_-_A_Big_Cock_Goes_a_Long_Way.html | 4053 - A Big Cock goes a Long Way |
| pornve.com | Brazzers | https://pornve.com/qmwewqjo477k/Dee_Williams_-_Stepson_Rubdown.html | 3291153 - Stepson Rubdown |
| pornve.com | Brazzers | https://pornve.com/qn2tk6gn2cli/Emily_Addison__Leilani_Leeane_-_You_Cheap_Rug_Munching_Cunt!.html | 6677 - You Cheap Rug Munching Cunt! |
| pornve.com | Brazzers | https://pornve.com/qn322mnkvf7a/Brazzers_-_Katrina_Jade_Switching_Lives_Part_2.html | 2676478 - Switching Lives Pt. 2 |
| pornve.com | Brazzers | https://pornve.com/qn41tobriww7/My_Stepdaughters_Titties_-_Elektra_Rose_India_Summer.html | 8897 - My Stepdaughter's Titties |
| pornve.com | Brazzers | https://pornve.com/qn4o6yzhitg2/Brandi_Love_Xander_Corvus_-_Brandi_Loves_Latex_-_Mommy_Got_Boobs_-_Brazzers.html | 3270163 - Brandi Loves Latex |
| pornve.com | Brazzers | https://pornve.com/qn5m4n8drxic/Madison_Ivy_-_Madison_On_The_Prowl.html | 10953 - Madison On The Prowl |
| pornve.com | Brazzers | https://pornve.com/qnb1k1or338o/Nicolette_Shea_Ricky_Spanish_-_Nicolette_Saves_The_World_Part_2_-_Pornstars_Like_It_Big_-_Brazzers.html | 3010107 - Nicolette Saves The World: Part 2 |
| pornve.com | Brazzers | https://pornve.com/qndtzyrcokz3/AJ_Applegate_-_If_The_Job_Sucks_Suck_Back.html | 7602 - If the Job Sucks  Suck Back! |
| pornve.com | Brazzers | https://pornve.com/qnjkgut0no9w/Karen_Fisher_-_Respect_My_Titties.html | 6336 - Respect my Titties |
| pornve.com | Brazzers | https://pornve.com/qnkie9sauzpi/Brooklyn_Blue_Danny_D_-_Sex_With_The_Scarecrow_-_Brazzers_Exxtra_-_Brazzers.html | 2928052 - Sex With The Scarecrow |
| pornve.com | Brazzers | https://pornve.com/qnnagp4ibd6c/Sarah_Jessie_-_Inherit_This.html | 3313997 - Inherit This! |
| pornve.com | Brazzers | https://pornve.com/qnnjklk1grcl/Rebecca_Volpetti_-_Sister_Doesnt_Mind_Sharing.html | 10903 - Sister Doesn't Mind Sharing |
| pornve.com | Brazzers | https://pornve.com/qnr5pmtsdkec/_Brazzers_-_Blonde_bombshell_Kagney_Karter_gets_fucked_by_her_trainer_.html | 9390 - Post-Match Pussy Part One |
| pornve.com | Brazzers | https://pornve.com/qnskn6t573pf/Reagan_Foxx_-_Sending_Stepmoms_Nudes.html | 2445622 - Sending Stepmom's Nudes |
| pornve.com | Brazzers | https://pornve.com/qntkc8yct9np/Proxy_Paige_-_Double_Trouble.html | 4905 - Double Trouble |
| pornve.com | Brazzers | https://pornve.com/qo53tv2ohwnk/Shay_Fox_-_First_Anal.html | 8489 - Shay Fox's First Anal |
| pornve.com | Brazzers | https://pornve.com/qo5o30vqyq96/Lilly_Lit_-_Bad_Grades_Good_Girl.html | 10230 - Bad Grades  Good Girl |
| pornve.com | Brazzers | https://pornve.com/qoagfaqsvizi/Katie_Morgan_-_The_MILF_Next_Door.html | 9368 - The MILF Next Door |
| pornve.com | Brazzers | https://pornve.com/qohflxb6lj64h/Amber_Jade_-_Overcum.html | 3456846 - Overcum |
| pornve.com | Reality Kings | https://pornve.com/qojta1933gou/MoneyTalks_Kelly_Paige_Adrian_Maya_Avalon_Heart_Sweet_Hole_-_12_07_16.html | 14809 - Sweet Hole |
| pornve.com | Brazzers | https://pornve.com/qop766ktzyjm/Kagney_Linn_Karter_Scott_Nails_-_Anally_Reamed_In_Her_Jeans_-_Big_Wet_Butts_-_Brazzers.html | 3878707 - Anally Reamed In Her Jeans |
| pornve.com | Brazzers | https://pornve.com/qorf3i3p10xa/Jessica_Jaymes_-_Its_Good_To_Be_Boss.html | Big Tits At Work Vol. 8 |
| pornve.com | Brazzers | https://pornve.com/qo9l1krldg6f/BrazzersExxtra_-_Honey_Moon_Feel_The_Burn.html | 2959722 - Feel The Burn |
| pornve.com | Brazzers | https://pornve.com/qp134c3aaho5/Gina_Valentina_Squirtboarding_XXX_KTR.html | 3830486 - Squirtboarding |
| pornve.com | Brazzers | https://pornve.com/qp1adtpxaqqc/Gina_Lynn_-_Sex_On_A_Plane.html | 4031 - Sex on a Plane |
| pornve.com | Reality Kings | https://pornve.com/qp685df0e6xtq/BigNaturals_Kimmy_Kush_-_Kimmys_Knockers_20_07_2016.html | 14562 - Kimmys Knockers |
| pornve.com | Brazzers | https://pornve.com/qpd50z0kpn1w/Kagney_Linn_Karter__Krissy_Lynn_-_Two_Pussies_And_One_Parachute.html | 3899 - Two Pussies and One Parachute |
| pornve.com | Brazzers | https://pornve.com/qpdelpnie4k0/Bridgette_B_-_Plowing_The_Private_Dancer.html | 2633835 - Plowing The Private Dancer |
| pornve.com | Brazzers | https://pornve.com/qpe6y6iodpee/Unhappily_Married_And_Horny_-_Manuel_Ferrara_Kendra_Sunderland.html | 4418540 - Unhappily Married And Horny |
| pornve.com | Brazzers | https://pornve.com/qpeuvlwegrwl/Amy_Ried_-_Online_Secret_Affair.html | Real Wife Stories |
| pornve.com | Brazzers | https://pornve.com/qphu7bkyp9dk/Katja_Kassin_A_Sheer_Fucking.html | 9067 - A Sheer Fucking |
| pornve.com | Brazzers | https://pornve.com/qpqqutxdphy7/Savannah_Stern_-_The_Deal_Closer.html | 4548 - The Deal Closer |
| pornve.com | Brazzers | https://pornve.com/qpsb5j5inve5/Kagney_Linn_Karter_-_Kagney_Cums_With_You_-_Day_With_A_Pornstar_-_Brazzers.html | 4240679 - Kagney Cums With You |
| pornve.com | Brazzers | https://pornve.com/qptisd8kpv26/Anal_Sex_in_Heaven.html | 2638935 - 30 Minutes In Heaven |
| pornve.com | Brazzers | https://pornve.com/qpyylvog4kux/Kagney_Linn_Karter_-_The_Bosss_Wife.html | 6004 - The Boss's Wife |
| pornve.com | Brazzers | https://pornve.com/qq5dun8ua7kl/Courtney_Cummz__Francesca_Le_-_Agency_69.html | 5224 - Agency 69 |
| pornve.com | Brazzers | https://pornve.com/qqleqwss8kg6/Jessica_Robbin__Tessa_Lane_-_Slip_And_Slay.html | 7449 - Slip and Slay |
| pornve.com | Brazzers | https://pornve.com/qql9s9r2htk/Phoenix_Marie_And_Richelle_Ryan_-_Sexy_Solicitation_The_Ultimate_Pickup.html | 10417 - Whore on Whore |
| pornve.com | Brazzers | https://pornve.com/qqlunb9m9p1m/_Brazzers_-_Milf_Rebecca_has_a_threesome_with_her_stepdaughter_Rhiannon_.html | 10846 - Pussy Is International |
| pornve.com | Reality Kings | https://pornve.com/qqlvd0zachi/sneakysex_19_07_06_mackenzie_moss_pc_problems.html | 3473474 - Pc Problems |
| pornve.com | Brazzers | https://pornve.com/qqmc79lj5wwr/Undersecretary_-_Gigi_Allens__Bradley_Remington.html | 8878 - Undersecretary |
| pornve.com | Reality Kings | https://pornve.com/qqqexny1d5og/Christie_Stevens_Kenzie_Reeves_-_Its_Too_Big_For_My_Ass_-_Moms_Bang_Teens_-_Reality_Kings.html | 3462313 - Its Too Big For My Ass |
| pornve.com | Brazzers | https://pornve.com/qqw3gy3ihrwy/Alena_Croft__Amethyst_Banks_-_Santas_Twerkshop.html | 11146 - Santa's Twerkshop |
| pornve.com | Brazzers | https://pornve.com/qqw8ha9df9m5/Ajaa_XXX_-_A_Family_Affair.html | 3408168 - A Family Affair: The Reunion Part 1 |
| pornve.com | Brazzers | https://pornve.com/qqx8mkq1ew7h/Nicolette_Saves_The_World_-_1.html | 3010081 - Nicolette Saves The World: Part 1 |
| pornve.com | Brazzers | https://pornve.com/qqzois7j7u09/Valentina_Nappi_-_Undercover_Ass.html | 11145 - Undercover Ass |
| pornve.com | Brazzers | https://pornve.com/qr0y7c17gfu3/Keisha_Grey_-_Slutty_Sitter.html | 7941 - Slutty Sitter |

| pornve.com | Brazzers | https://pornve.com/qr5nlfbc9ykw/Ryan_Smiles_New_April_06_2016_Dirty_Masseur_-_720p.html | 9638 - The Replacement |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/qrdcxebe4vc8/BrazzersExtra_-_Brazzers_-_Chanel_Preston_Keiran_Lee_Making_A_Mess_On_The_Maid.html | 2639285 - Making A Mess On The Maid |
| pornve.com | Brazzers | https://pornve.com/qrgsronjubja/Alanah_Rae_-_Assault_On_Anal_Precinct_13.html | 5650 - Assault on Anal Precinct 13 |
| pornve.com | Brazzers | https://pornve.com/qrguwq7qwj1w/Jayden_Cole__Jayden_Jaymes__Kortney_Kane_-_Cheerlickers.html | 6856 - Cheerlickers |
| pornve.com | Brazzers | https://pornve.com/qrig09qxlez5/Victoria_Rae_Black_-_Victoria_Rae_Needs_To_Play.html | 6591 - Victoria Rae Needs To Play |
| pornve.com | Brazzers | https://pornve.com/qrkyavayf4tj/Jayden_Le_-_Hardcore_Gamer_Chick.html | 7814 - Hardcore Gamer Chick |
| pornve.com | Reality Kings | https://pornve.com/qrlrkpdfcrma/Chloe_Couture_Slip_It_In_2S5.html | 14161 - Cooch Couture |
| pornve.com | Brazzers | https://pornve.com/qrlwl5t7kkve/NEW_Good_Shit_Layla_London.html | 14667 - Ass Out |
| pornve.com | Brazzers | https://pornve.com/qroj1wuv2740/BEST_NEW_Peta_Jensen_My_Honey_Wants_It_Rough_March_31_2016_-_720p.html | 9284 - My Honey Wants It Rough |
| pornve.com | Reality Kings | https://pornve.com/qrxmt5ndpwm5/CFNMSECRET_gropist.html | 2750 - Groupist |
| pornve.com | Brazzers | https://pornve.com/qs3qbgbbcwwx/Carolina_Sweets_-_Stuck__Fucked.html | 2928047 - Stuck & Fucked |
| pornve.com | Brazzers | https://pornve.com/qs5gmuhztxpu/Karen_Fisher__Sammy_Brooks_-_Milf_Swap.html | 7736 - Milf Swap |
| pornve.com | Brazzers | https://pornve.com/qs5mm4r8zbky/Tanya_James_-_Dont_Be_Ashamed.html | 3931 - Don't Be Ashamed!!! |
| pornve.com | Brazzers | https://pornve.com/qs7fi822w9qq/Dani_Daniels__Luna_Star_-_Horny_Hosts_Of_Purgatory.html | 8208 - Horny Hosts of Purgatory |
| pornve.com | Brazzers | https://pornve.com/qs85lwgmdif4/Michele_James_Xander_Corvus_-_Big_Spotlights_-_Baby_Got_Boobs_-_Brazzers.html | 3122564 - Big Spotlights |
| pornve.com | Brazzers | https://pornve.com/qs988ebuygap/Scarlett_Bloom_Charles_Dera_-_Upgrading_To_An_Older_Model_-_Teens_Like_It_Big_-_Brazzers.html | 3609560 - Upgrading To An Older Model |
| pornve.com | Brazzers | https://pornve.com/qsc6b9wq032j/Christy_Mack_Oiled_Hard_Anal_and_Facial.html | 6015 - Filthy Christy |
| pornve.com | Brazzers | https://pornve.com/qsf4e0h5k7jh/Nicolette_Shea_-_Water_Cooler_Cock.html | 3166718 - Water Cooler Cock |
| pornve.com | Brazzers | https://pornve.com/qsgxkwpakxrv/Alexis_Fawx_Xander_Corvus_-_Multitasking_Massage_-_Dirty_Masseur_-_Brazzers.html | 3402009 - Multitasking Massage |
| pornve.com | Brazzers | https://pornve.com/qsln167sj2kl/Ana_Foxxx_-_Slip_And_Slide.html | 10234 - Slip and Slide |
| pornve.com | Brazzers | https://pornve.com/qsmokzgz5qmu/Alexis_Venton_-_Slut_Power_In_The_Shower.html | 7526 - Slut Power in the Shower |
| pornve.com | Brazzers | https://pornve.com/qsnxyrzkluc5/Big_Tits_In_History_-_Part_2.html | 10119 - Big Tits In History: Part 2 |
| pornve.com | Reality Kings | https://pornve.com/qsrpnie201lw/Lisa_Ann_When_Lisa_Ann_Cums_Over.html | 2987676 - When Lisa Ann Cums Over |
| pornve.com | Brazzers | https://pornve.com/qsuyvd3fyi8z/Anya_Ivy_-_A_Daring_First_Date.html | 10802 - A Daring First Date |
| pornve.com | Brazzers | https://pornve.com/qt3duszzmas4/Angela_Attison_-_Misery_Loves_Company.html | 5701 - Misery Loves Company |
| pornve.com | Brazzers | https://pornve.com/qt668zcnfsx/Dana_DeArmond_Bossy_Bitch.html | 2892735 - Bossy Bitch |
| pornve.com | Brazzers | https://pornve.com/qt7incviyb2p/Sarah_Jessie_My_Stepmom_s_New_Boobs.html | 9199 - My Stepmom's New Boobs |
| pornve.com | Brazzers | https://pornve.com/qta7wm4hh32s/Romi_Rain_-_Wandering_Hands.html | 11019 - Wandering Hands |
| pornve.com | Brazzers | https://pornve.com/qtaivs5mp6sn/Maddy_Oreilly_-_Work_Is_Long_When_You're_Wearing_A_Thong.html | 10090 - Work is Long When You're Wearing A Thong |
| pornve.com | Brazzers | https://pornve.com/qtbh0ax3p29o/Jenna_Haze_-_Fuckin_With_Jenna.html | 3886 - Fuckin' with Jenna |
| pornve.com | Brazzers | https://pornve.com/qtka7zeubvio/Brazzers_-_Sarah_Jessie_Shipped_and_Stripped.html | 2672991 - Shipped & Stripped |
| pornve.com | Brazzers | https://pornve.com/qtpo424qkuhi/Dylan_Riley_-_Laid_And_Let_Go.html | 4589 - Laid and Let Go |
| pornve.com | Brazzers | https://pornve.com/qtq9fbcpt5tm/Joyce_Oliveira_-_Double_Cumshot_Special.html | 4900 - Double Cumshot Special |
| pornve.com | Brazzers | https://pornve.com/qtqnu29sqpth/Brooklyn_Chase_Nailing_Ms_Chase_Part_One.html | 9492 - Nailing Ms. Chase: Part One |
| pornve.com | Brazzers | https://pornve.com/qtw899wxof1o/Ricki_White__Jada_Fire_-_Ebony_Ivory_Fucking_In_Perfect_Harmony.html | Real Wife Stories Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/qtz1b4zw2mxj/peta_jensen_Power_Rack_A_XXX_Parody.html | 10326 - Power Rack: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/qudrnhkkwcmh/Brandi_Love_-_Mounted_By_My_Mother-In-Law.html | 2412434 - Mounted By My Mother-In-Law |
| pornve.com | Brazzers | https://pornve.com/qudvjf8evu9k/Desiree_Dulce__Luna_Star_-_The_Dommes_Next_Door.html | 3796508 - The Dommes Next Door: Double Dommed |
| pornve.com | Brazzers | https://pornve.com/quevikqve5ul/Kylie_Page_Johnny_Sins_-_The_Geeks_A_Freak_-_Big_Tits_At_School.html | 2892768 - The Geek's A Freak |
| pornve.com | Brazzers | https://pornve.com/qukqqoxb6j80/BrazzersExtra_Canela_Skin_Anal_Sex_Doesnt_Happen_In_A_Vacuum.html | 4419613 - Anal Sex Doesn't Happen In A Vacuum |
| pornve.com | Brazzers | https://pornve.com/qumzv2izj6oo/Kristina_Shannon_Alex_Legend_-_Every_Rose_Has_Its_Porn_-_Pornstars_Like_It_Big_-_Brazzers.html | 3359554 - Every Rose Has Its Porn |
| pornve.com | Brazzers | https://pornve.com/quvus3rdpz5l/Natalia_Starr_-_The_Daily_Special.html | 10788 - The Daily Special |
| pornve.com | Brazzers | https://pornve.com/quvx8nji42j9/Lela_Star_Keiran_Lee_-_Blindfolded_Bride_-_Pornstars_Like_It_Big_-_Brazzers.html | 3222070 - Blindfolded Bride |
| pornve.com | Brazzers | https://pornve.com/quxnz46g6hsj/Abella_Danger__Phoenix_Marie_-_Boss_Dominates_Horny_Employee.html | 9007 - Boss Dominates Horny Employee |
| pornve.com | Brazzers | https://pornve.com/qv4sdr0fvd0l/Brazzers_House_-_Episode_12.html | 9091 - Brazzers House: Behind the Scenes |
| pornve.com | Brazzers | https://pornve.com/qv5dva10qanc/Priya_Anjali_Rai_-_The_Long_Cock_Of_The_Law.html | 6304 - The Long Cock of the Law |
| pornve.com | Brazzers | https://pornve.com/qvcf2zl7ma3q/Brazzers_Rent_A_Pornstar_Wife_For_A_Day.html | 3645135 - Rent-A-Pornstar: Wife For A Day |
| pornve.com | Brazzers | https://pornve.com/qvj03z5noxfs/Audrey_Bitoni__Memphis_Monroe_-_What_Really_Happens_When_Girls_Go_To_The_Bathroom_Together.html | 4033 - What Really Happens When Girls go to the Bathroom Together |
| pornve.com | Brazzers | https://pornve.com/qvk4vz3bskcr/Monique_Alexander__Skyla_Novea_-_Pornstar_Therapy.html | 9542 - Pornstar Therapy |
| pornve.com | Brazzers | https://pornve.com/qvq20l86nd3z/Destiny_Dixon_-_Queen_Of_Footjobs.html | 9523 - Destiny: Queen of Footjobs |
| pornve.com | Brazzers | https://pornve.com/qvvh1z0lmu64/Charity_Bangs_-_Ivy_League_Tease.html | 6368 - Ivy League Tease |
| pornve.com | Brazzers | https://pornve.com/qvzi3lahr444/Piper_Perri_-_Jillin_In_The_Box.html | 9384 - Jillin' In The Box |
| pornve.com | Brazzers | https://pornve.com/qwa2tpgw477v/Dayna_Vendetta_-_FleXXXibility.html | 5263 - FleXXXibility |
| pornve.com | Brazzers | https://pornve.com/qwbbio5jwshg/Assh_Lee_-_Hip-Hop_On_That_Cock.html | 10392 - Hip-Hop On That Cock |
| pornve.com | Brazzers | https://pornve.com/qwbm7hb6wya7/Zanna_Blue_Keiran_Lee_-_Lingerie_Rubdown_-_Dirty_Masseur_-_Brazzers.html | 3829162 - Lingerie Rubdown |
| pornve.com | Brazzers | https://pornve.com/qwj0aduhyew7/Aletta_Ocean_-_Oversnatch.html | 10088 - Oversnatch: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/qwoppier6entj/Havana_Ginger_Kyle_Mason_-_Oiling_Up_Havana_-_Dirty_Masseur_-_Brazzers.html | 557166 - Oiling Up Havana |
| pornve.com | Brazzers | https://pornve.com/qwox1tc8jyek/Jewels_Jade_-_My_Mom_Is_Fucking_Crazy.html | 6524 - My Mom Is Fucking Crazy |
| pornve.com | Brazzers | https://pornve.com/qwr3xtji4lcn/Brooke_Brand_-_The_Weather_Whore.html | 4660 - The Weather Whore |
| pornve.com | Brazzers | https://pornve.com/qwsxvf7a56zv/Brazzers_Live_-_20.html | 9726 - BRAZZERS LIVE 20: ALL-STARS |
| pornve.com | Brazzers | https://pornve.com/qwt4xthxqv6c/Abbey_Brooks_-_Handling_His_Business.html | 4221 - Handling His Business |

| pornve.com | Reality Kings | https://pornve.com/qwwwqzxe5sb5/Katalina_Mills_Latina.html | 14276 - Pretty In Panties |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/qwx3uktaog1x/Adriana_Chechik_-_The_Great_Doctor_Part_One.html | 8601 - The Great Doctor Part One |
| pornve.com | Brazzers | https://pornve.com/qwxqm3fh9xk9/Tasha_Reign_-_Sacred_Holes.html | 7291 - Sacred Holes |
| pornve.com | Brazzers | https://pornve.com/qx0s1pf08bj/Bailey_Brooke__Noemie_Bilas_-_Ladies_First.html | 10834 - Ladies First |
| pornve.com | Brazzers | https://pornve.com/qx4uesjq9th7/Brazzers_-_Kaylani_Lei_The_Model_Stepmom.html | 2842903 - The Model Stepmom |
| pornve.com | Brazzers | https://pornve.com/qxdoqfzd2f2g/Jasmine_James_-_Jasmines_At_The_Laundromat.html | 8930 - Jasmine's At The Laundromat |
| pornve.com | Brazzers | https://pornve.com/qxhaa4yh86hc/BrazzersExxtra_-_Amber_Jade_-_Overcum.html | 3456846 - Overcum |
| pornve.com | Brazzers | https://pornve.com/qxj4cf5jufx9/RealWifeStories_Ariella_Ferrera_Take_A_Seat_On_My_Dick_2.html | 3042339 - Take A Seat On My Dick 2 |
| pornve.com | Brazzers | https://pornve.com/qxjadrg3ugcz/HOT_Threesome_Kendra_Lust_And_Nicole_Aniston.html | 9745 - Doc We're Stuck |
| pornve.com | Brazzers | https://pornve.com/qxP6rny63d0v/Darla_Crane_-_In_Search_Of_Big_Tits.html | 7922 - In Search Of Big Tits |
| pornve.com | Brazzers | https://pornve.com/qxlh85dys27j/Lily_Labeau_Aerial_Downward_Doggystyle.html | 3832310 - Aerial Downward Doggystyle |
| pornve.com | Brazzers | https://pornve.com/qxlumald8efy/Moms_In_Control_How_To_Fuck_Butt_Brazzers_Teen_Megan_Rain_Veronica_Avluv_Fishnet_Professional.html | 9475 - How To Fuck Butt |
| pornve.com | Brazzers | https://pornve.com/qxnvijpnp9kc/Karma_Rx_-_Ill_Fuck_Who_I_Want.html | 3773947 - I'll Fuck Who I Want! |
| pornve.com | Brazzers | https://pornve.com/qxomfg7yfb8d/Amy_Reid_-_Lela_Star_-_Lelas_Panty_Thief_-_RK_Prime_-_Reality_Kings.html | 5175 - Guilty Until Proven Innocent |
| pornve.com | Reality Kings | https://pornve.com/qxsbq0d4yj4r/Lela_Star_-_Lelas_Panty_Thief_-_RK_Prime_-_Reality_Kings.html | 3128100 - Lelas Panty Thief |
| pornve.com | Brazzers | https://pornve.com/qxtvx7qll1l4/Jasmine_James_HOT_HARD_ANAL.html | 9946 - InvasiA'n en casa |
| pornve.com | Brazzers | https://pornve.com/qxudzzzre5k4/PornstarsLike_It_Big_Brazzers_Phoenix_Marie.html | 3768304 - Erotic Idolatry |
| pornve.com | Reality Kings | https://pornve.com/qxuwtjrhoiqb/Danni_Rivers_Justin_Hunt_-_Cocksicle_Tease_-_RK_Prime_-_Reality_Kings_HD.html | 2662623 - Cocksicle Tease |
| pornve.com | Brazzers | https://pornve.com/qxvuibne900r/Courtney_Taylor__Summer_Brielle_-_Two_For_One_Busty_Blondes.html | 7747 - Two For One Busty Blondes |
| pornve.com | Brazzers | https://pornve.com/qxxrvdw6k59t/Jasmine_James_The_Cougar_Countdown.html | 9396 - The Cougar Countdown |
| pornve.com | Brazzers | https://pornve.com/qy0tb42d4czz/Best_Of_Brazzer_Porn_Watches_Back.html | 3222239 - Anatomy Of A Sex Scene |
| pornve.com | Reality Kings | https://pornve.com/qy0xi9xke9xd/Nia_Nacci_Jessy_Jones_-_Naughty_Nia_-_Teens_Love_Huge_Cocks_-_Reality_Kings.html | 3151716 - Naughty Nia |
| pornve.com | Brazzers | https://pornve.com/qy3l2dlj8lyo/Missy_Stone_-_Squeezing_Cum_On_A_Stone.html | 4462 - Squeezing Cum on a Stone |
| pornve.com | Brazzers | https://pornve.com/qy4ly12igma6g/Ana_Foxxx_-_Stay-At-Home_Slut.html | 10861 - Stay-At-Home Slut |
| pornve.com | Brazzers | https://pornve.com/qy9vpaze0mox/Brandi_Love__Marsha_May__Monique_Alexander__Phoenix_Marie__Romi_Rain_-_The_Late_Night_Orgy.html | 9507 - The Late Night Orgy |
| pornve.com | Brazzers | https://pornve.com/qybgu48oexo/Brazzers_Chantelle_Fox_The_Wet_Look.html | 10036 - The Wet Look |
| pornve.com | Brazzers | https://pornve.com/qyic92s35loq/Veronica_Avluv_-_Mom_Visits_Doc.html | 10477 - Mom Visits Doc |
| pornve.com | Brazzers | https://pornve.com/qyizlriupvh2/Brenda_James_-_My_Mother_The_Fucker.html | 5964 - My Mother The Fucker |
| pornve.com | Brazzers | https://pornve.com/qyobc9ghwkb2/Samantha_Saint_-_Breast_Exam_Fun.html | 6523 - Breast Exam Fun |
| pornve.com | Brazzers | https://pornve.com/qypid1jw944g/Nikki_Cruz_-_Spring_Training.html | 4982 - Spring Training |
| pornve.com | Brazzers | https://pornve.com/qz07qqs6ua1c/Brazzers_Moriah_fucks_her_muse_Brazzers_Real_Wife_Stories_Moriah_Mills_Keiran_Lee_White_Guy_F.html | 2461837 - Moriah Fucks Her Muse |
| pornve.com | Brazzers | https://pornve.com/qz1p6kd9eplz/ADOLESCENT_SKY.html | 9491 - Teen Heaven |
| pornve.com | Brazzers | https://pornve.com/qz6smw9fn5hl/Shyla_Stylez_-_Got_An_Itch_For_Some_Hot_Scratch.html | 4375 - Got an itch for some hot scratch |
| pornve.com | Brazzers | https://pornve.com/qz7vnv8i01f6/Having_fun_with_a_naked_stepmother_under_the_nose_of_Bati.html | 3043520 - Sneaky Mom 3 |
| pornve.com | Brazzers | https://pornve.com/qz7wovzii39m/Romi_Rain_-_The_Whore__The_Big_Dick.html | 7899 - The Whore; The Big Dick |
| pornve.com | Reality Kings | https://pornve.com/qzddbjrelysi/RoundAndBrown_17_03_03_Janelle_Taylor_Pump_It_Up_XXX_-KTR.html | 15302 - Pump It Up |
| pornve.com | Brazzers | https://pornve.com/qzgaygijuvcs/Blanche_Bradburry_Danny_D_-_Dont_Touch_Her_8_-_Big_Butts_Like_It_Big_-_Brazzers.html | 3768285 - Don't Touch Her 8 |
| pornve.com | Brazzers | https://pornve.com/qzj386idhlpn/Sybil_Stallone_Van_Wylde_-_A_Whole_Lotta_Ass_-_Big_Wet_Butts_-_Brazzers.html | 3456441 - A Whole Lotta Ass |
| pornve.com | Brazzers | https://pornve.com/qzzvyj4ikp7b7/TV_Show_with_Real_Pornstars_They_Fuck_All_DaY.html | 10796 - Brazzers House 2: Day 2 |
| pornve.com | Brazzers | https://pornve.com/r00cztsv4lvv/Ashton_Pierce_-_Cyber_Punk_Fuck.html | 7118 - Cyber Punk Fuck |
| pornve.com | Brazzers | https://pornve.com/r021vyr0a9jw/Blake_Rose_-_Who_Cares_Let_Me_Fuck_Your_Tits.html | 5124 - Who Cares? Let Me Fuck Your Tits |
| pornve.com | Brazzers | https://pornve.com/r03pjvubt9hf/Kagney_Linn_Karter_Anally_Reamed_In_Her_Jeans_BigWetButts_anal_31_05_2020_on_SexyPorn.html | 3878707 - Anally Reamed In Her Jeans |
| pornve.com | Brazzers | https://pornve.com/r04mewm97pe8/Abbie_Cat__Yuffie_Yulan_-_Why_We_Love_Womens_Tennis.html | 7694 - Why We Love Women's Tennis |
| pornve.com | Brazzers | https://pornve.com/r0d7x5oq6zts/Emily_Parker_-_Lacrosse_Lacock.html | 4999 - Lacrosse Lacock |
| pornve.com | Brazzers | https://pornve.com/r0dozl011ulo/Dillion_Harper_-_No_Squirting_In_Class.html | 9210 - No Squirting In Class |
| pornve.com | Brazzers | https://pornve.com/r0jq1odmuigm/All_Good_New_Sheridan_Love.html | 10067 - Rub and Fuck Thy Neighbor |
| pornve.com | Brazzers | https://pornve.com/r0kwlguwh1v8/Monique_Alexander_-_Team_Building_Sexcercise.html | 10636 - Team Building Sexcercise |
| pornve.com | Brazzers | https://pornve.com/r0m0aw4m4ia9/Dani_Daniels_-_Inmate_In_My_Puss.html | 6904 - Inmate in my Puss |
| pornve.com | Brazzers | https://pornve.com/r0n00k1m482k/Alura_TNT_Jenson__Avi_Love_-_The_Audition.html | 10624 - The Audition |
| pornve.com | Brazzers | https://pornve.com/r0olko5ouhlf/Krissy_Lynn_-_Stalker.html | 6151 - Stalker |
| pornve.com | Brazzers | https://pornve.com/r0pjarht1u7v/Desiree_Night_-_Jumping_Jumbos.html | 3463702 - Jumping Jumbos |
| pornve.com | Brazzers | https://pornve.com/r0zv3uk3f7zc/Mackenzee_Pierce_-_Matawhore.html | 5745 - Matawhore |
| pornve.com | Reality Kings | https://pornve.com/r10ckru3f7ao/Kaylee_Jewel_Blow_Kaylee_Blow.html | 14189 - Blow Kaylee Blow |
| pornve.com | Brazzers | https://pornve.com/r11c0ghzaaqe/The_Best_Phoenix_Marie_Compilation.html | 5281 - Misappropriation of Fun Bags |
| pornve.com | Brazzers | https://pornve.com/r113wluu4s/Xanders_World_Tour_Episode_1.html | 2339502 - Xander's World Tour - Ep.1 |
| pornve.com | Brazzers | https://pornve.com/r11rgjlzxk50/perfect_body_teen_fucked_so_hard.html | 4033 - What Really Happens When Girls go to the Bathroom Together |
| pornve.com | Brazzers | https://pornve.com/r1a2dc0gop1w/Brookly_And_Kagney_Share_Everything.html | 8409 - Wake Me Up Before You Cum Cum |
| pornve.com | Brazzers | https://pornve.com/r1bbn7aw8s1/Kiki_Minaj_-_Prized_Posessions.html | 2957343 - Prized Posessions |
| pornve.com | Brazzers | https://pornve.com/r1e82g92z527/Juelz_Ventura__Gia_Dimarco_The_Anal_Payback.html | 6885 - The Ex's Anal Payback |
| pornve.com | Brazzers | https://pornve.com/r1gy2u39ycuu/Monique_Alexander_-_Sexy_Dentist_Knows_The_Drill.html | 9311 - Sexy Dentist Knows The Drill |

| pornve.com | Brazzers | https://pornve.com/r1jkf61v20pa/da_19_05_28_marica_chanelle_naughty_nurses_first_day.html | 3222175 - Naughty Nurse's First Day |
| pornve.com | Brazzers | https://pornve.com/r1pagmkat5c4/Angela_White_Siri_Keiran_Lee_-_Sneaky_Shower_Threesome_-_Brazzers_Exxtra_-_Brazzers.html | 3929044 - Sneaky Shower Threesome |
| pornve.com | Brazzers | https://pornve.com/r1pmwx9yutsj/Diamond_Foxxx_JMac_HR_Whorientation.html | 11268 - HR Whorientation |
| pornve.com | Brazzers | https://pornve.com/r1qd7dnizzaj/Codi_Vore_Xander_Corvus_Big_Naturals_Shirt_Showoff_Brazzers_Exxtra_Brazzers.html | 4419354 - Big Naturals Shirt Showoff |
| pornve.com | Brazzers | https://pornve.com/r1lr32yinro76/Chessie_Kay_Keiran_Lee_-_Dressing_Room_Poon_-_Real_Wife_Stories_-_Brazzers.html | 2893131 - Dressing Room Poon |
| pornve.com | Brazzers | https://pornve.com/r1syfh3vidw5/Eva_Notty_-_Moms_In_Hot_Water.html | 8196 - Mom's In Hot Water |
| pornve.com | Brazzers | https://pornve.com/r21eh35yri6i/2020_07_31_-_My_GFs_Niece_Wants_A_Big_Piece_REMASTERED_-_Teen_Like_It_Big_-_Aidra_Fox.html | 8402 - My GF's Niece Wants A Big Piece |
| pornve.com | Brazzers | https://pornve.com/r22hz0alhw0d/The_Mother_Of_All_Seductions_Monique_Alexander.html | 10460 - The Mother of All Seductions |
| pornve.com | Brazzers | https://pornve.com/r28ikvooflvs/Katana_Kombat_Johnny_Sins_-_Custodial_Cravings_-_Big_Tits_At_Work_-_Brazzers.html | 2947160 - Custodial Cravings |
| pornve.com | Brazzers | https://pornve.com/r2dd999iwexp/Katrina_Jade_Markus_Dupree_-_Lost_My_Cockcentration_-_Big_Tits_At_Work.html | 2892878 - Lost My Cockcentration |
| pornve.com | Brazzers | https://pornve.com/r2fhxxpsegx0/Brazzers_-_My_Stepmom_And_Her_Sister.html | 10395 - My Stepmom And Her Sister |
| pornve.com | Brazzers | https://pornve.com/r2ojzbfr10v3/Big_News_On_The_Boob.html | 8143 - Political Titties |
| pornve.com | Brazzers | https://pornve.com/r2pv0r2lum0r/Mia_Malkova_-_Yoga_Lesson.html | 8029 - Yoga Lesson |
| pornve.com | Brazzers | https://pornve.com/r2szmi5wokqr/Tina_Kay_Danny_D_-_The_Dommes_Next_Door_Part_1_-_Brazzers_Exxtra_-_Brazzers.html | 3609573 - The Dommes Next Door: Part 1 |
| pornve.com | Brazzers | https://pornve.com/r2tilftz23kd/Polly_Pons_-_Banged_Behind_Bars.html | 3769378 - Banged Behind Bars |
| pornve.com | Brazzers | https://pornve.com/r2wcoal98gqu/Brazzers_-_Brittany_Andrews_Cum_To_My_Window.html | 2842491 - Cum To My Window |
| pornve.com | Brazzers | https://pornve.com/r2zsk3vz1qaf/Sophia_Lomeli_-_NipFuck.html | 5618 - Nip |
| pornve.com | Brazzers | https://pornve.com/r31aimu4mbcr/Kayla_Kayden_-_The_Unforgettable_Anniversary.html | 9180 - The Unforgettable Anniversary |
| pornve.com | Reality Kings | https://pornve.com/r33p18o3pve1/Kterina_Hartlova_Best_Tits_Ever.html | 1837783 - cum_for_me_katerina |
| pornve.com | Brazzers | https://pornve.com/r3628jdxsuks/Tyler_Faith_-_Sneaking_In_A_Last_Minute_Facial.html | 3225790 - Sneaking In A Last Minute Facial |
| pornve.com | Brazzers | https://pornve.com/r3a72w9kwijk/The_Brazzers_Halftime_Show_-_2.html | 10552 - The Brazzers Halftime Show II |
| pornve.com | Brazzers | https://pornve.com/r3ai81nh189h/Krissy_Lynn_-_How_To_Train_Your_MILF.html | 10818 - How To Train Your MILF |
| pornve.com | Brazzers | https://pornve.com/r3bjtb9vv1bc/Brazzers_Isis_Love_Ass_In_Heat_XXX.html | 2358770 - Best Of Brazzers: Anal Extravaganza |
| pornve.com | Brazzers | https://pornve.com/r3bulr2fx8ti/Eva_Angelina_-_Two_Cocks_For_The_Two-Timer.html | 4574 - Two Cocks for the Two-Timer |
| pornve.com | Brazzers | https://pornve.com/r3i2v2o1xe1p/Brazzers_-_Tia_Cyrus_fucked_hard_by_hospital_doctor_Ramon_.html | 11064 - The Candy Stripper |
| pornve.com | Brazzers | https://pornve.com/r3j0te994f8v/Amber_Jayne_Jimena_Lago_-_First_Impressions.html | 10596 - First Impressions |
| pornve.com | Brazzers | https://pornve.com/r3j7f64zkagm/Double_Timing_Wife_Keiran_Lee_Bill_Bailey_Ava_Addams.html | 8036 - Double Timing Wife: Part 1 |
| pornve.com | Brazzers | https://pornve.com/r3k0h8dybe13/Jolee_Love_-_Strike_A_Pose.html | 3719958 - Strike A Pose |
| pornve.com | Brazzers | https://pornve.com/r3ms7wvw80vp/Maggie_Green_-_Shes_Sneaky_Sweet.html | 3648233 - She's Sneaky Sweet |
| pornve.com | Brazzers | https://pornve.com/r3p31w0730fo/Switching_Lives_-_Part_1.html | 2676449 - Switching Lives Pt. 1 |
| pornve.com | Brazzers | https://pornve.com/r3s0eqg7np0y/Allison_Moore_-_DILFs_Like_Them_Big.html | 5689 - DILFs Like Them Big |
| pornve.com | Brazzers | https://pornve.com/r3t0jd5m2xr5/Brittany_OConnell_-_Peeping_Tom.html | Mommy Got Boobs Vol. 6 |
| pornve.com | Brazzers | https://pornve.com/r3w5vusrqqv3/Z_Ladron_se_la_coge_a_escondidas_de_marido.html | 9946 - InvasiÃ³n en casa |
| pornve.com | Brazzers | https://pornve.com/r3zluep60rnf/Zeina_Heart_-_Number_One_Fan.html | Teens Like It Big Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/r48dvl9e6xz7/Best_Of_Brazzers_-_Phoenix_Marie_-_Brazzers_Exxtra_-_Brazzers.html | 10415 - Hardcore High Notes |
| pornve.com | Brazzers | https://pornve.com/r4b9ub7f5c47/Sunny_Leon_Coochie_Monster_Lessons.html | 4428 - Coochie Monster Lessons |
| pornve.com | Brazzers | https://pornve.com/r4hklfkiqc3i/Jenna_Sativa_Kandie_Monaee_-_Fuck_Is_Hot.html | 3031943 - Fuck It's Hot! |
| pornve.com | Brazzers | https://pornve.com/r4vixtzfe183/Cherokee_-_Stop_Bullying_Me_And_Fucking_My_Mom.html | 3915 - Stop Bullying Me and Fucking My Mom |
| pornve.com | Brazzers | https://pornve.com/r50fypmhfpwj/Veronica_Rayne_Ra_Ra_Fuck_My_Ma.html | 9128 - Ra Ra Fuck My Ma |
| pornve.com | Reality Kings | https://pornve.com/r51vtcwgyx8a/Blonde_Big_Tits_Big_tit_Big_Natural_Tit_Natural_Big_Tit-.html | 3145 - Lusting For Lizzy |
| pornve.com | Brazzers | https://pornve.com/r56hqptka3tu/Peta_Jensen_-_Breaking_In_Miss_Jensen.html | 8590 - Breaking In Miss Jensen |
| pornve.com | Brazzers | https://pornve.com/r5cgl86jqes5/Aletta_Ocean_-_Fuck_Or_Youre_Fired.html | 5232 - Fuck Or You're Fired |
| pornve.com | Brazzers | https://pornve.com/r5gxsxqwf5q/Jessica_Robbin_-_Fucked_Or_Fiction.html | 7484 - Fucked or Fiction |
| pornve.com | Brazzers | https://pornve.com/r5h7lnviptpn/Monique_Alexander_-_Spa_For_Horny_Housewives.html | 3363999 - Spa For Horny Housewives |
| pornve.com | Brazzers | https://pornve.com/r5iht5zkbjd0/Sophia_Lomeli_-_Basket_Whore.html | 5386 - Basket Whore |
| pornve.com | Brazzers | https://pornve.com/r5jkdk56agst/Taking_It_TwiceLucia_Love_-_Danny_D_Tony_De_Sergio.html | 9567 - Taking It Twice |
| pornve.com | Brazzers | https://pornve.com/r5lr0afk8yt0/Rhiannon_Ryder_-_Dont_Tell_Mom_The_Babysitter_Gives_Head.html | 10999 - Don't Tell Mom the Babysitter Gives Head |
| pornve.com | Reality Kings | https://pornve.com/r5ok7qz9x5bm/Dont_be_afraid_My_stepmom_Alexis_Fawx_will_show_us_how_to_get_fucked.html | 14387 - Fucking Fawx |
| pornve.com | Brazzers | https://pornve.com/r5qqwxb5vbae/Abella_Anderson_-_Dont_You_Wish_Your_Girlfriend_Was_Hot_Like_Me.html | 5104 - Don't You Wish Your Girlfriend Was Hot Like Me |
| pornve.com | Brazzers | https://pornve.com/r5srj40cdvtp/Bridgette_B_-_Fill_My_Cracks_And_Fuck_My_Ass.html | 4051 - Fill My Cracks And Fuck My Ass |
| pornve.com | Reality Kings | https://pornve.com/r629tunil1gw/NEW_Brandi_Love_MILF.html | 15067 - Peeking At Brandi |
| pornve.com | Brazzers | https://pornve.com/r62ok8foxdkk/Jessa_Rhodes_Madison_Ivy_-_Ladies_Night.html | 3402877 - Ladies' NIght |
| pornve.com | Brazzers | https://pornve.com/r664umz8vkzk/DayWithAPornstar_-_Alexis_Fawx_Alexis_ASMR.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/r6bbgksypgqt/Abigail_Mac_-_A_Domestic_Dicking.html | 9250 - A Domestic Dicking |
| pornve.com | Brazzers | https://pornve.com/r6ex6mh62ek9/Alessandra_Jane_Awesome_Russian_Slut.html | 10717 - The Day Before You Came |
| pornve.com | Brazzers | https://pornve.com/r6ga2v7azwi0/Napping_Naked_Veronica_Avluv_Dany_D.html | 10150 - Napping Naked |
| pornve.com | Brazzers | https://pornve.com/r6hx5ijl46er/Jessica_Bangkok_-_Office_Christmas_Party.html | 6947 - Office Christmas Party |
| pornve.com | Brazzers | https://pornve.com/r6jhdwyhtoc/Rachel_Starr_-_Powerless_Titties.html | 5143 - Powerless Titties |
| pornve.com | Brazzers | https://pornve.com/r6ka0jw8v7bc/Alexis_Fawx_Breakfast_lesbian.html | 9774 - Pussy For Breakfast |
| pornve.com | Brazzers | https://pornve.com/r6kcvpo97x2p/Lana_Rhoades_-_A_Knob_Well_Done.html | 10857 - A Knob Well Done |
| pornve.com | Brazzers | https://pornve.com/r6kooynfq121/Krissy_Lynn_-_First_Dibbs_On_Her_Asshole.html | 4724 - First Dibbs On Her Asshole |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/r6l8fqf8o4t3/Bonnie_Rotten_-_The_Bonnie_Rotten_Experience.html | 6711 - The Bonnie Rotten Experience |
| pornve.com | Brazzers | https://pornve.com/r6py49lhqwd0/Abigail_Mac__Niki_Lee_Young_-_We_Dont_Need_Boys.html | 7074 - We Don't Need Boys |
| pornve.com | Brazzers | https://pornve.com/r6qf52ujyvk9/Tasha_Holz_-_Working_Hard.html | 9403 - Working Hard |
| pornve.com | Brazzers | https://pornve.com/r6uqu26e94r/Nora_Noir__Veronica_Avluv_-_Circus_Squirtus.html | 7906 - Circus Squirtus |
| pornve.com | Brazzers | https://pornve.com/r73fbyam26h9/Nikki_Benz_-_Ring_The_Bell_For_Service.html | 4808 - Ring The Bell For Service |
| pornve.com | Brazzers | https://pornve.com/r75n0ojrry4n/Madison_Ivy_-_A_BIG_Surprise.html | Teens Like it Big |
| pornve.com | Brazzers | https://pornve.com/r762yj2vjgpm/Adriana_Chechik_Markus_Dupree_-_Whats_Up_Her_Ass_-_Pornstars_Like_it_Big.html | 2675886 - What's Up Her Ass? |
| pornve.com | Brazzers | https://pornve.com/r78dyn81cs8y/Phoenix_Marie_-_Yoga_Freaks.html | 3796231 - Yoga Freaks: Episode Thirteen |
| pornve.com | Brazzers | https://pornve.com/r7aysuvbud8o/Trading_Sides_-_Part_1.html | 11091 - Trading Sides: Part 1 |
| pornve.com | Brazzers | https://pornve.com/r7b8i6wtxng/Aimee_Black_-_Anal_Business_Plan.html | 7855 - Anal Business Plan |
| pornve.com | Brazzers | https://pornve.com/r7gsmuj8sevt/Dylan_Ryder_-_One_Last_Fuck.html | 5297 - One Last Fuck |
| pornve.com | Brazzers | https://pornve.com/r7gz2z8dwijj/Delta_White_-_Nursing_Him_Back_To_Health.html | Brazzers Doctor Adventures #6 |
| pornve.com | Brazzers | https://pornve.com/r7j8ikbh2xak/Darling_Danika_-_Foreign_Fucking_Exchange.html | 8357 - Foreign Fucking Exchange |
| pornve.com | Brazzers | https://pornve.com/r7m9kak72lk4/Carter_Cruise__Kira_Noir_-_Slippery_Showdown.html | 2971162 - Slippery Showdown |
| pornve.com | Brazzers | https://pornve.com/r7oa2jlmc1tg/Parker_Swayze_-_GFs_Mom_Wants_It_Bad.html | 9506 - GF's Mom Wants It Bad |
| pornve.com | Brazzers | https://pornve.com/r7pzgm4bk274/_Brazzers_-_Tattooed_babe_Daisy_Cruz_enjoys_dancing_and_big_dicks_.html | 6750 - Feel Me Up To The Rhythm |
| pornve.com | Brazzers | https://pornve.com/r7v392tirlov/AJ_Applegate_-_Free_Anal.html | 3320897 - Free Anal 6 |
| pornve.com | Brazzers | https://pornve.com/r7yfy0froct/MoneyTalks_17_02_28_Raven_Wylde_And_Bethany_Benz_I_Scream_4_Ice_Cream_XXX_-_KTR.html | 15368 - I Scream 4 Ice Cream |
| pornve.com | Brazzers | https://pornve.com/r84gt4gthd9a/Alanah_Rae__Bridgette_B__Eva_Angelina__Nicole_Aniston_-_The_Big_Game.html | 6225 - The Big Game |
| pornve.com | Brazzers | https://pornve.com/r86h53w4po6i/Janice_Griffith_Cumshot_Compilation.html | 8114 - Fine  I'll Just Fuck My Stepdad! |
| pornve.com | Brazzers | https://pornve.com/r8b9x6h7sy4d/Ashley_Graham_-_Tiger_Temptress.html | 7343 - Tiger Temptress |
| pornve.com | Brazzers | https://pornve.com/r8c844484xzv/Brazzers_-_Hot_Destiny_Mercedes_and_Peta_having_a_sexy_wet_orgy_.html | 9844 - Domingo de SÃ"per TazÃ"n Brazzers |
| pornve.com | Reality Kings | https://pornve.com/r8dvduyl5ncb/MikesApartment_-_Victoria_Pure_Shower_Intruder.html | 2417951 - Shower Intruder |
| pornve.com | Brazzers | https://pornve.com/r8jiclwywj3o/Natalia_Rossi_-_Summer_Of_69.html | Teens Like It Big Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/r8mu2uau97r8/3_Smothering_Asses_-_Madison_And_Alexis.html | 5765 - Anyone You Can Do  I Can Do Better! |
| pornve.com | Brazzers | https://pornve.com/r8q1bm88m4if/Alexis_Fawx_-_My_Horny_Stepsons.html | 9298 - My Horny Stepsons |
| pornve.com | Brazzers | https://pornve.com/r8v9rr57nqqy/TeensLikeItBig_Brazzers__Janice_Griffith_Danny_D_Fine_Ill_Just_Fuck_My_Stepdad.html | 8114 - Fine  I'll Just Fuck My Stepdad! |
| pornve.com | Reality Kings | https://pornve.com/r8vlocuk9hyy/RoundAndBrown_19_07_17_Mimi_Curvaceous_Cake_N_Cakes_XXX_SD.html | 3460229 - Cake N Cakes |
| pornve.com | Brazzers | https://pornve.com/r8xj7yoy8cem/Full_HD_A_Family_Affair_Part_2.html | 8874 - A Family Affair Part Two |
| pornve.com | Brazzers | https://pornve.com/r90locwoaavo/HD_Best_New_Peta_Jensen_Anal_2_HS_720p.html | 9278 - Anything He Desires |
| pornve.com | Brazzers | https://pornve.com/r90wwchy6f6g/Carmen_McCarthy_-_Consolation_Tits.html | 4432 - Consolation Tits |
| pornve.com | Brazzers | https://pornve.com/r91pfvkiknuf/Desiree_Dulce_-_Feet_First.html | 3860245 - Feet First |
| pornve.com | Brazzers | https://pornve.com/r932hv2r8hat/Sybil_Stallone_Ricky_Spanish_-_Nip_Slip-Up_-_Mommy_Got_Boobs_-_Brazzers.html | 3791943 - Nip Slip-Up |
| pornve.com | Brazzers | https://pornve.com/r93d77pdxk7f/Helly_Mae_Hellfire_-_Home_Cooked_Boobies.html | 5607 - Home Cooked Boobies |
| pornve.com | Brazzers | https://pornve.com/r95rwotb5yh5/Talia_Palmer_-_Opportunity_Fucks.html | 5340 - Opportunity Fucks |
| pornve.com | Brazzers | https://pornve.com/r96bhi0tin2u/Alexis_Adams_-_Graduation_Day.html | 8918 - Graduation Day |
| pornve.com | Brazzers | https://pornve.com/r9bqnehzyofg/Stepmom_Gets_A_Surprise.html | 8935 - Happy Stepmothers Day |
| pornve.com | Brazzers | https://pornve.com/r9f4hb5iosvp/Brenda_Black_-_The_Cunt_For_Red_October.html | 5580 - The Cunt for Red October |
| pornve.com | Brazzers | https://pornve.com/r9feuzquqxwh/Patty_Michova_-_Banging_The_Butler.html | 9578 - Banging The Butler |
| pornve.com | Brazzers | https://pornve.com/r9ilb2xsawoj/Nikki_Sexx_-_Mahboobeh_Mechanics.html | 4340 - Mahboobeh Mechanics |
| pornve.com | Brazzers | https://pornve.com/r9urrxgrdbq/Veruca_James_-_Lie_DICKtector_parody.html | 8283 - Lie DICKtector |
| pornve.com | Brazzers | https://pornve.com/r9ly7p8chkce/Riley_Evans_-_Teaching_Him_A_Lesson.html | 6788 - Teaching Him a Lesson |
| pornve.com | Brazzers | https://pornve.com/r9mqt8x2byue/BRAZZERS_LIVE_VALENTINES_DAY_AFFAIR.html | 4016124 - Valentine's Day Affair: Best Moments |
| pornve.com | Brazzers | https://pornve.com/r9yjrjmo71cq/Noelle_Easton_Danny_D_-_The_Life_of_The_Party_-_Baby_Got_Boobs.html | 7764 - The Life of the Party |
| pornve.com | Brazzers | https://pornve.com/r9zl5o9tvttm/ZZSeries_brazzers_house_3_episode_3.html | 2683998 - Brazzers House 3: Episode 3 |
| pornve.com | Brazzers | https://pornve.com/ra3gd12mqirg/Skyler_Nicole_-_Balling_Out.html | 3314350 - Balling Out |
| pornve.com | Brazzers | https://pornve.com/ra4xf74n3pix/Cherie_Deville_-_Accidental_Adultery.html | 3377778 - Accidental Adultery |
| pornve.com | Brazzers | https://pornve.com/ra7m4n3v6nxp/Christy_Mack_-_Filthy_Christy.html | 6601 - Filthy Christy |
| pornve.com | Brazzers | https://pornve.com/rab7n4ul0coo/NEW_Kagney_Linn_Karter_And_Rachel_Roxxx.html | 9770 - Rachel vs Kagney |
| pornve.com | Brazzers | https://pornve.com/rac5fejgytg4/Amia_Miley_-_A_Parking_Lot_Pounding.html | 9817 - Un Estacionamiento para Culear |
| pornve.com | Brazzers | https://pornve.com/racmug71qkbp/Jayden_James_VS_Danny_D_Big_Tits_-_Big_Dick.html | 7280 - Big Twits in Uniform: Danny D Comes to America! |
| pornve.com | Reality Kings | https://pornve.com/rafgu7l6yc6e/abella_danger_fucks_a_guy_at_a_bus_stop.html | 14542 - Bus Bench Creepin |
| pornve.com | Brazzers | https://pornve.com/rasn6z7oxkil/Perfect_Pantyhose_Kat_Dior__Jessy_Jones.html | 10233 - Perfect Pantyhose |
| pornve.com | Brazzers | https://pornve.com/rav6j1wp3my8/Krissy_Lynn__Yurizan_Beltran_-_So_I_Married_A_Dyke.html | 5295 - So  I Married a Dyke |
| pornve.com | Brazzers | https://pornve.com/rawkb5iz0sb3/Madison_Scott_This_Is_My_Sorority_Dull.html | 8316 - This Is MY Sorority! |
| pornve.com | Brazzers | https://pornve.com/raz7uu66eear/Jenny_Glam_-_Sneaky_Student_Snogging.html | 8750 - Sneaky Student Snogging |
| pornve.com | Brazzers | https://pornve.com/rb4st7g5gcqa/julia_ann_and_gina_valentina_i_want_her_to_like_me_hotandmean.html | 3651265 - I Want Her To Like Me |
| pornve.com | Brazzers | https://pornve.com/rb4ur7p0kgzc/Riley_Steele_-_Shelll_Steele_Your_Heart.html | 3403576 - She'll Steele Your Heart |
| pornve.com | Brazzers | https://pornve.com/rb5t5ol611j/Shae_Summers_-_Shae_Summers_Wants_It_In_Her_Big_Time.html | 7976 - Shae Summers Wants It In Her  Big Time |
| pornve.com | Brazzers | https://pornve.com/rb6db166acem/Peta_Jensen_Hot_College_Girl_Oiled.html | 9834 - Liberando el EstrÃ©s de los ExÃ¡menes |
| pornve.com | Brazzers | https://pornve.com/rb6lgt1ebrk7/Ash_Hollywood__Lexi_Belle_-_Cum_For_Me_Bitch.html | 5946 - Cum For Me Bitch |
| pornve.com | Brazzers | https://pornve.com/rb7jygo04uhn/Carmen_Monet_-_Sucking_Off_The_Private_Dick.html | 7671 - Sucking Off the Private Dick |
| pornve.com | Brazzers | https://pornve.com/rb80m49ba6xr/Brazzers_Preppies_In_Pantyhose_Part_3.html | 2945901 - Preppies In Pantyhose: Part 3 |
| pornve.com | Brazzers | https://pornve.com/rb8d2s5iqwlc/Bree_Olson_-_Making_It_In_The_Industry.html | Pornstars Like It Big Vol. 5 |

| pornve.com | Brazzers | https://pornve.com/r8l0ye78hct/Victoria_Lawson_-_Nurse_Nailing.html | 6130 - Nurse Nailing |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/rb960todblg9/Julia_Ann_-_Day_Of_The_Living_Milf.html | 4285 - Day of the Living Milf |
| pornve.com | Brazzers | https://pornve.com/rb98q38t7vx5/Get_A_Room_Nikky_Dream_-_Danny_D.html | 2345897 - Get A Room |
| pornve.com | Brazzers | https://pornve.com/rbc6xycgasjk/Hot_New_Anal_Hard_Kagney_Lyn_Karter.html | 6004 - The Boss's Wife |
| pornve.com | Brazzers | https://pornve.com/rbf22tezi2z6/Kali_Roses_Why_She_Likes_To_Bike.html | 11113 - Why She Likes To Bike |
| pornve.com | Brazzers | https://pornve.com/rbhinv0mr46t/Phoenix_Marie_-_Sorest_Rump.html | 5087 - Sorest Rump |
| pornve.com | Brazzers | https://pornve.com/rbjazwqsbfib/Dani_Jensen_-_Underpaid_Overworked_And_Completely_Fucked.html | 10585 - Underpaid  Overworked And Completely Fucked |
| pornve.com | Brazzers | https://pornve.com/rbou6oeom1b3/Alexis_Fawx_-_Boss_Me_Around.html | 3829164 - Boss Me Around |
| pornve.com | Brazzers | https://pornve.com/rbp5qmtn6qld/Abigail_Mac_-_Morricunt_vs_Dr_Poon.html | 10583 - Morricunt vs. Dr. Poon: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/rbsp1mjf5cbr/Dee_Williams_Ricky_Johnson_-_Cum_County_-_Milfs_Like_It_Big_-_Brazzers.html | 2991923 - Cum County |
| pornve.com | Brazzers | https://pornve.com/rbtmnrlp3x1p/Avy_Scott_-_Grip_It_N_Rip_It.html | 4043 - Grip it n' Rip it |
| pornve.com | Brazzers | https://pornve.com/rbxflj7nc2uc/Austin_Kincaid_-_Dick_Hungry_24-7.html | MILFs Like it Big Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/rbysi71zjgkz/Kayla_Kayden_-_Back_Of_The_Classroom.html | 8356 - Back Of The Classroom |
| pornve.com | Brazzers | https://pornve.com/rc22s36avgl8/Diamond_Jackson_-_Sucked_By_The_Soccer_Milf.html | 2432380 - Sucked By The Soccer Milf |
| pornve.com | Brazzers | https://pornve.com/rc6zzw16e2gs/Devon_My_Stepmom_Smokes_Pole.html | 8358 - My Stepmom Smokes Pole |
| pornve.com | Brazzers | https://pornve.com/rchrldo1246q/Ricki_Raxxx_-_Mommy_Knows_Best.html | MILFS Like It Big Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/rcig7k2tb7b0/Dillion_Harper_-_Pitching_A_Tent.html | 9074 - Pitching A Tent |
| pornve.com | Brazzers | https://pornve.com/rcp8df412vyx/Lauren_Phillips_-_Closed_For_Maintenance.html | 10918 - Closed for Maintenance |
| pornve.com | Brazzers | https://pornve.com/rcpjvc7te7v2/Breanne_Benson_Alanah_Rae_Thanksgiving_Lay_joyportal.html | 5208 - Thanksgiving Lay |
| pornve.com | Brazzers | https://pornve.com/rcsdnook7qon/Nikki_Sexx_-_Revenge.html | 9645 - BRAZZERS LIVE 5: ULTIMATE SURRENDER |
| pornve.com | Brazzers | https://pornve.com/rcu1vzuayy7a/JoJo_Kiss_Mila_Marx_-_Blowjob_And_Registration.html | 9129 - Blowjob and Registration |
| pornve.com | Brazzers | https://pornve.com/rd8tgs5me99s/Kelly_Divine_-_The_Slutmother.html | 4852 - The Slutmother |
| pornve.com | Brazzers | https://pornve.com/rd8wiv4xeyo/India_Summer_-_Deep_In_The_Bowels_Of_India.html | 6902 - Deep In The Bowels of India |
| pornve.com | Brazzers | https://pornve.com/rddqib5yt6qf/Leigh_Darby_-_Nocturnal_Activities.html | 8318 - Nocturnal Activities |
| pornve.com | Reality Kings | https://pornve.com/rdhwg7bug16d/Alina_Belle_-_Behind_The_Mask_-_Reckless_In_Miami_-_Reality_Kings.html | Reckless In Miami 2 |
| pornve.com | Brazzers | https://pornve.com/rdj0l5g3s5qz/Missy_Stone_-_Pre-Wedding_Gift.html | 4437 - Pre-Wedding Gift |
| pornve.com | Brazzers | https://pornve.com/rdjotu9m7k0z/Natasha_Starr_-_Tell_Me_When_Its_Over.html | 2469447 - Tell Me When It's Over! |
| pornve.com | Reality Kings | https://pornve.com/rdkpnncvxl3i/pretty_in_pink.html | 8635 - Pretty In Pink |
| pornve.com | Brazzers | https://pornve.com/rdqwxggbm5e1/Reagan_Foxx_Jordi_El_Nino_Polla.html | 2426306 - Mommy Needs A MANicure |
| pornve.com | Brazzers | https://pornve.com/rdr9lja8ykip/Alena_Croft_Gangbang.html | 8695 - City School Gangbang |
| pornve.com | Reality Kings | https://pornve.com/rdrn9c0jnbko/GFRevenge_Side_action.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/rdrueh6dg2bg/Blake_Rose_-_Full_Metal_Anal.html | 6053 - Full Metal Anal |
| pornve.com | Brazzers | https://pornve.com/rdw9931t64q0/Gracie_Glam_-_Banging_The_Bride_To_Be.html | 5815 - Banging the Bride to Be |
| pornve.com | Brazzers | https://pornve.com/rdz994eafnro/Ella_Knox_-_Make_Me_Wet.html | 2676479 - Make Me Wet |
| pornve.com | Brazzers | https://pornve.com/re2fxn86vbwf/Anna_Bell_Peaks_One_In_The_Pink_Under_The_Sink.html | 9709 - One In the Pink  Under The Sink |
| pornve.com | Brazzers | https://pornve.com/re6f56vb8ur7/Dillion_Harper_-_Lessons_In_Lust.html | 6728 - Lessons in Lust |
| pornve.com | Brazzers | https://pornve.com/re94a7wrqk6j/Sadie_Swede_-_Sexy_Sadie_Youre_Gonna_Get_Yours_Yet.html | 5073 - Sexy Sadie  You're Gonna Get Yours Yet! |
| pornve.com | Brazzers | https://pornve.com/reefzruju1m0/Alyssa_Reece_India_Summer_-_Dr_Cuntlove.html | 7330 - Dr. Cuntlove |
| pornve.com | Brazzers | https://pornve.com/reisfwpq3vh3/Brandy_Aniston_Juelz_Ventura_-_Designing_Her_Interior.html | 6260 - Designing Her Interior |
| pornve.com | Brazzers | https://pornve.com/relsc92pr2r7/Jasmine_Jae_-_Tea_And_Crump-tits.html | 2893869 - Tea And Crump-tits |
| pornve.com | Brazzers | https://pornve.com/repmaua31m85/Charity_Bangs_-_White_Girl_Can_Jump.html | 5717 - White Girl Can Jump |
| pornve.com | Reality Kings | https://pornve.com/rerwyqtag11q/Reality_Kings_-_Hot_ebony_barista_gets_fucked_by_a_huge_white_cock_.html | 1944941 - Caution Hot Content |
| pornve.com | Brazzers | https://pornve.com/rew4jntwuxau/Mackenzee_Pierce_-_Inglourious_French_Maids_-_Part_1.html | 6862 - Inglourious French Maids - Part 1 |
| pornve.com | Brazzers | https://pornve.com/rewb14iqm7id/Eva_Notty_Sophie_Dee_-_Acing_The_Interview.html | 6923 - Acing the Interview |
| pornve.com | Brazzers | https://pornve.com/rey3ixcs462x/Mia_Lelani_-_Princess_Mia.html | 5060 - Princess Mia |
| pornve.com | Brazzers | https://pornve.com/rezmfwesmq8m/_Brazzers_-_Busty_milf_Lezley_Zen_gets_fucked_on_the_golf_course_.html | 8340 - Fore Play |
| pornve.com | Brazzers | https://pornve.com/rf0up4d0x3g8/Nikki_benz_toying_with_a_pornstar.html | 10032 - Toying With A Pornstar |
| pornve.com | Brazzers | https://pornve.com/rf2btb0sw7un/My_Not_So_Prude_Best_Friend_-_Part_2.html | 3043509 - My Not So Prude Best Friend Part 2 |
| pornve.com | Brazzers | https://pornve.com/rf31yysdr10g/Brazzers_Massaging_The_MILF_Brazzers_Milfs_Like_It_Big_Jordi_El_Nino_Polla_Diamond_Fox
xx_Brune.html | 2867496 - Massaging The MILF |
| pornve.com | Brazzers | https://pornve.com/rf7oo3uxvrsm/Jayden_Jaymes_-_Fucking_The_Deal.html | 6921 - Fucking the Deal |
| pornve.com | Brazzers | https://pornve.com/rf9te69uh9y/Nina_Elle_-_Ninas_Pool_Day.html | 10677 - Nina's Pool Day |
| pornve.com | Reality Kings | https://pornve.com/rfjdzt7h2ldv/Moms_Bang_Teens_9_2015_part_2.html | 12041 - Juicy Jessa |
| pornve.com | Brazzers | https://pornve.com/rfod4x9j2u3u/Ariella_Ferrera_-_Had_Some_Fun_Gotta_Run.html | 2847305 - Had Some Fun  Gotta Run! |
| pornve.com | Brazzers | https://pornve.com/rfqyisjmcs29/Devon_Nikki_Benz_-_Dreamy_Milf_Threesome.html | 6992 - Dreamy Milf Threesome |
| pornve.com | Brazzers | https://pornve.com/rfuk4p1cnc4q/Natasha_Nice_-_Private_Treatment.html | 2473788 - Private Treatment |
| pornve.com | Brazzers | https://pornve.com/rfuosw8b40x9/Heather_Summers_-_Hard_Cock_Study.html | 4651 - Hard Cock Study |
| pornve.com | Brazzers | https://pornve.com/rfvqj5r4bzkq/Nicolette_Shea_Markus_Dupree_-_Nicolette_Sheas_First_Anal_-_Pornstars_Like_It_Big_-
_Brazzers.html | 3768243 - Nicolette Shea's First Anal |
| pornve.com | Brazzers | https://pornve.com/rfxu5u4glzss/Brazzers_-_Room_Service_-_Espaola_Anastasia_Brokelyn_Danny_D_-_FHD-20-4-2020_.html | 3878638 - Room Service |
| pornve.com | Reality Kings | https://pornve.com/rfz4w9jl98bd/Drilling_Mommy_Scene_5_Caged_Pussy_Derrick_Pierce_Olivia_Wilder.html | 1799087 - caged_pussy |
| pornve.com | Brazzers | https://pornve.com/rfzd1dq4kgps/Briella_Bounce_-_Bouncy_On_Your_Bar.html | 5877 - Bouncy On Your Bar |
| pornve.com | Brazzers | https://pornve.com/rg2djz3ghgba/Pornstars_Like_it_Big_Carmel_Moore.html | Pornstars Like It Big Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/rg4y1x0ivva6/Abby_Lee_Brazil_Small_Hands_-_DICKlivery_-_Brazzers_Exxtra_-_Brazzers.html | 3878734 - DICKlivery |
| pornve.com | Brazzers | https://pornve.com/rg7xb6x3y2l9/Bailey_Brooke_-_Girl_Next_Door.html | 10162 - Girl Next Door |

| | | | | |
|---|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/rgfztfwonrpf/MomsBangTeens_-_Piper_Perri__Cory_Chase-Piping_Piper.html | 14329 - Piping Piper | |
| pornve.com | Reality Kings | https://pornve.com/rggxgq1cmmq4/TeensLoveHugeCocks_17_04_08_Bailey_Brooke_Dick_Devour_XXX_-KTR.html | 15136 - Uptown Girl | |
| pornve.com | Brazzers | https://pornve.com/rgicdqvoozb7/Katrina_Jade_-_The_Interns_Turn.html | 9667 - The Intern's Turn | |
| pornve.com | Brazzers | https://pornve.com/rgj9w8budj0f/Vina_Skyy_-_Fundraiser_Fuck.html | 3359716 - Fundraiser Fuck | |
| pornve.com | Brazzers | https://pornve.com/rgjzrs3gfe7a/Klaudia_Hot_-_Klaudia_Receives_A_Package.html | 8119 - Klaudia Receives a Package | |
| pornve.com | Reality Kings | https://pornve.com/rgqfd9pybg7w/_Hot_girls_Anikka_Albrite_and_Peta_Jensen_share_Micks_big_cock_.html | 13240 - Friendly Fondling | |
| pornve.com | Brazzers | https://pornve.com/rgy35ihvy0ds/Tyler_Faith_Sneaking_In_A_Last_Minute_Facial.html | 3225790 - Sneaking In A Last Minute Facial | |
| pornve.com | Brazzers | https://pornve.com/rh2otdv79l5n/I_Am_Not_A_Regular_Mom_I_Am_A_Cool_Mom_Ryan_Keely_Xander_Corvus.html | 2635368 - I'm Not a Regular Mom  I'm a Cool Mom | |
| pornve.com | Brazzers | https://pornve.com/rh40fq710kld/August_Ames_-_The_Student_Teacher_Affair.html | 9174 - The Student Teacher Affair | |
| pornve.com | Brazzers | https://pornve.com/rh5qsllr1bkx/Britney_Foster__Natalia_Rogue_-_Stepmother_Fucker.html | 5523 - Stepmother Fucker | |
| pornve.com | Reality Kings | https://pornve.com/rh7k2bawg67e/Addie_Andrews_-_Little_Souvenir_-_Reckless_In_Miami_-_Reality_Kings.html | Reckless In Miami 2 | |
| pornve.com | Brazzers | https://pornve.com/rh9ololdunfi/Lets_Get_Facials_2.html | 10034 - Let's Get Facials 2 | |
| pornve.com | Brazzers | https://pornve.com/rhehynoso94i/Phoenix_Marie_-_Phoenix_Maries_Ass_Gets_Danny_Dd.html | 9148 - Phoenix Marie's Ass Gets Danny D'd | |
| pornve.com | Reality Kings | https://pornve.com/rhmywyhk7q56/8thStreetLatinas_17_04_14_Nina_Skye_What_An_Ass_XXX_-KTR.html | 1778703 - what_an_ass | |
| pornve.com | Brazzers | https://pornve.com/rhn9a782t5lw/Lisa_Ann_Anal_Wet_Dreams_Outdoor.html | 6859 - Wet Dream | |
| pornve.com | Brazzers | https://pornve.com/rhpc89mhbhmp/Lela_Star_-_Sex_Preparedness_Class.html | 2928046 - Sex Preparedness Class | |
| pornve.com | Brazzers | https://pornve.com/rhpo3k1d1r8e/BrazzersExxtra_-_Layton_Benton_Soaking_Wet_Revenge.html | 2847313 - Soaking Wet Revenge | |
| pornve.com | Reality Kings | https://pornve.com/rhfh0qesjxaa/Ashlynn_Taylor__Learning_The_Hard_Way.html | 1944929 - Learning The Hard Way | |
| pornve.com | Brazzers | https://pornve.com/rhufl1qwuusr/Rachel_Roxxx_-_Sexy_Secretary_Selfies.html | 9773 - Sexy Secretary Selfies | |
| pornve.com | Brazzers | https://pornve.com/rhx0dz2ny9pm/Sarah_Vandella_-_Steak_and_BJ_Day.html | 7283 - Steak and BJ Day | |
| pornve.com | Reality Kings | https://pornve.com/rhyivkl7xfmu/Brittany_Benz_-_Quicksand_Part_2_-_Reckless_In_Miami_-_Reality_Kings.html | Reckless In Miami 2 | |
| pornve.com | Brazzers | https://pornve.com/ri1iaxirzk9p/Lexi_Luna_-_My_Stepmoms_A_Fuck_Up.html | 3455238 - My Stepmom's A Fuck Up | |
| pornve.com | Brazzers | https://pornve.com/ri1k8ni15i3t/4244_42_plays_published_on_80_minutes_ago_jjjjjjjjjjjj_category_big_tits_hentai_pornstar_nicole_aniston_tags_riley_remi_lacroix.html | 8402 - My GF's Niece Wants A Big Piece | |
| pornve.com | Brazzers | https://pornve.com/riaul5bnles3/Katerina_Hartlova_-_Titty_Training_Sprain.html | 7381 - Titty Training Sprain | |
| pornve.com | Brazzers | https://pornve.com/rifx1v6i07n8/Brazzers_The_Big_Stiff_-_Mike_Mancini_And_Alexis_Fawx.html | 10204 - The Big Stiff | |
| pornve.com | Brazzers | https://pornve.com/rig158kngma2/Olivia_Austin_-_How_To_Bang_Your_Teacher.html | 8790 - How To Bang Your Teacher | |
| pornve.com | Brazzers | https://pornve.com/ril8289waul/Lexi_Bloom_-_Get_Away_Cock.html | 5085 - Get Away Cock | |
| pornve.com | Brazzers | https://pornve.com/rimr8iaccv1qu/Skylar_Snow_-_Pussyfooting_Around.html | 10805 - Pussyfooting Around | |
| pornve.com | Brazzers | https://pornve.com/ris9z54vmnc1/India_Summer__Sloan_Harper_-_Candid_Candidates.html | 2842607 - Candid Candidates | |
| pornve.com | Brazzers | https://pornve.com/rivh4cvrhwci/Leya_Falcon_-_Sixty-Nine_Iron.html | 6709 - Sixty-Nine Iron | |
| pornve.com | Brazzers | https://pornve.com/rixmjyyloequ/Angelica_Taylor_-_Buttaholics_Anonymous.html | 2638933 - Buttaholics Anonymous | |
| pornve.com | Brazzers | https://pornve.com/rixr47472ux5/Sarah_Vandella_-_Asanas_Ass.html | 10604 - Asanas Ass | |
| pornve.com | Reality Kings | https://pornve.com/riywinlgg73u/LilHumpers_3_S3_Aryana_Aubin_Bubble_Butt_Bastard.html | 3424661 - Noon Poolside Persuasion | |
| pornve.com | Brazzers | https://pornve.com/rj1qqpo2oxn/Doctors_Without_Boners_Danny_D__Samantha_Rone.html | 10275 - Doctors Without Boners | |
| pornve.com | Brazzers | https://pornve.com/rj7p057p5jeh/Maxim_Law_JMac_-_Always_The_Bridesmaid_-_Real_Wife_Stories_-_Brazzers.html | 3225587 - Always The Bridesmaid | |
| pornve.com | Brazzers | https://pornve.com/rjezwboh9keg/Astrid_Star_-_The_Blind_Date.html | 10672 - The Blind Date | |
| pornve.com | Brazzers | https://pornve.com/rjjz8vyxn6dy/Francescca_Le_-_Horny_Housekeeper.html | 5639 - Horny Housekeeper | |
| pornve.com | Brazzers | https://pornve.com/rjlx8qh1m5c1/Moms_In_Control_15_S3_Giselle_Palmer_Sheridan_Love.html | 11206 - Cult Of Love | |
| pornve.com | Brazzers | https://pornve.com/rjm33irqqqgn/Christie_Stevens_-_Drywall_Wet_Pussy.html | 3110638 - Drywall  Wet Pussy | |
| pornve.com | Brazzers | https://pornve.com/rjnzon77oh7j/RayVeness_-_Backyard_Boobies.html | 7002 - Backyard Boobies | |
| pornve.com | Brazzers | https://pornve.com/rjokok255jjt/Romi_Rain_And_Alexis_Fawx_Pervert_In_The_Park_.html | 10286 - Pervert In The Park | |
| pornve.com | Brazzers | https://pornve.com/rjue2x8x8f40/Bridgette_B_-_A_Jolly_Easter_Buttfucking.html | 10539 - A Jolly Easter Buttfucking | |
| pornve.com | Brazzers | https://pornve.com/rjx6rrbdd0h/Real_Wife_Stories_This_Partys_Boring_Valentina_Nappi.html | 9566 - This Party's Boring | |
| pornve.com | Brazzers | https://pornve.com/rjxinamtzmfx/Kimber_Veils_-_Sandy_Siren_Of_The_Skies.html | 3115085 - Sandy Siren Of The Skies | |
| pornve.com | Brazzers | https://pornve.com/rk03d4wufyub/Misty_Stone_-_Make_This_House_A_Ho.html | 3161157 - Make This House A Ho | |
| pornve.com | Brazzers | https://pornve.com/rk2j8n6xrwjx/August_Ames_-_The_Thirst_Is_Real.html | 11024 - The Thirst Is Real | |
| pornve.com | Reality Kings | https://pornve.com/rk8seje268rt/Krissy_Lynn_-_Laying_Carpet.html | Lil Humpers 3 | |
| pornve.com | Brazzers | https://pornve.com/rk9avfljxu5t/Diamond_Foxxx_-_Midnight_Milk.html | 9332 - Midnight Milk | |
| pornve.com | Brazzers | https://pornve.com/rkhy0qq6nbag/Chloe_Reese_Ryder_-_Working_Out_Her_Ass..._Hole.html | 5813 - Working Out Her Ass... Hole | |
| pornve.com | Brazzers | https://pornve.com/rkreccsxia99/fuck_the_students_teach_students_1_lesson.html | 10188 - A Talk With Teacher | |
| pornve.com | Brazzers | https://pornve.com/rkug0htprvx7/Aaliyah_Hadid_-_Nuru_For_You.html | 3612493 - Nuru For You | |
| pornve.com | Brazzers | https://pornve.com/rkzf3us4zv2w/Pornx_HotAndMean_Reena_Sky_Sarah_Banks_Bathing_With_My_BFFs_Mom.html | 10972 - Bathing With My BFF's Mom | |
| pornve.com | Brazzers | https://pornve.com/rl09jl18gkgl/Krissy_Lynn_-_Hold_That_Shot.html | 9694 - Hold That Shot 2 | |
| pornve.com | Brazzers | https://pornve.com/rl1g1prqy03n/Delicious_Tits3_Kirsten_Price.html | 7423 - Threesome With The Date Coach | |
| pornve.com | Brazzers | https://pornve.com/rl35r4m3l27i/Kendra_Lust_-_Kendras_Thanksgiving_Stuffing.html | 10241 - Kendra's Thanksgiving Stuffing | |
| pornve.com | Brazzers | https://pornve.com/rl9evsetzql4/Devon_Michaels_-_What_The_Fuck_Were_You_Thinking.html | 6182 - What The Fuck Were You Thinking ? | |
| pornve.com | Brazzers | https://pornve.com/rl9u49xd2wk2/Post_Party_Quickie_FOR_MOMMY_Cory_Chase.html | 10613 - Post Party Quickie For Mommy | |
| pornve.com | Brazzers | https://pornve.com/rlhzy4p9dpow/Shay_Sights_-_Laying_Pipe_Like_A_Pro.html | 7228 - Laying Pipe like a Pro | |
| pornve.com | Brazzers | https://pornve.com/rltbbaqj00rq/Carter_Cruise__Chanel_Preston_-_Carters_Too_Old_For_Trick_Or_Treating.html | 8414 - Carter's Too Old For Trick or Treating | |
| pornve.com | Brazzers | https://pornve.com/rlyq6r01mqk8/Nicole_Aniston_Xander_Corvus_-_Nicoles_Oasis_-_Pornstars_Like_it_Big_-_Brazzers.html | 3425113 - Nicole's Oasis | |
| pornve.com | Brazzers | https://pornve.com/rlzjqahw7ogg/Jessica_Jaymes_-_Post_Game_Climax.html | 5446 - Post Game Climax | |
| pornve.com | Brazzers | https://pornve.com/rm2e5set0tl8/Phoenix_Marie_-_Breaking_And_Entering_And_Insertion.html | 10038 - Breaking And Entering And Insertion | |
| pornve.com | Brazzers | https://pornve.com/rm5b5d6xtjea/Cherie_Deville__Yasmine_de_Leon_-_ZZ_Erection_2016_-_Part_4.html | 10227 - ZZ Erection 2016: Part 4 | |

| pornve.com | Brazzers | https://pornve.com/rm6f7u0pi9v/Brazzers_-_Katrina_Jade_Lost_My_Cockcentration.html | 2892878 - Lost My Cockcentration |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/rmczqo9g6ql8/Loulou_Petite_Princess_Eve_Jordi_El_Nino_Polla_Bridge_To_Pussy_Brazzers.html | 3960143 - Bridge To Pussy |
| pornve.com | Brazzers | https://pornve.com/rmg9poq6q4s6/Big_Tits_Teen_Redhead_Jessica_Robbin_-_720p.html | 7484 - Fucked or Fiction |
| pornve.com | Brazzers | https://pornve.com/rmcrewxvxjak/Lela_Star_Xander_Corvus_-_Smashing_Ass_-_Big_Butts_Like_It_Big_-_Brazzers.html | 2672980 - Smashing Ass |
| pornve.com | Brazzers | https://pornve.com/rmsfrw7lm2ba/Leigh_Darby_-_Bathing_Your_Friends_Dirty_Mama.html | 9354 - Bathing Your Friend's Dirty Mama |
| pornve.com | Brazzers | https://pornve.com/rmtdsgzjdyol/Katrina_Jade_-_House_Of_Whore.html | 9083 - House of Whore |
| pornve.com | Brazzers | https://pornve.com/rmzupez84b0m/Assh_Lee_Follow_That_Ass.html | 10045 - Follow That Ass! |
| pornve.com | Brazzers | https://pornve.com/m8o6lm3xctl/Brandi_Love_-_Mom_Fucked_The_Masseur.html | 3463706 - Mom Fucked The Masseur |
| pornve.com | Brazzers | https://pornve.com/rna25sy9adf3/Ava_Dalush_-_I_Sure_Hopes_It_Fits.html | 8227 - I Sure Hopes It Fits |
| pornve.com | Brazzers | https://pornve.com/rnb0q6h8hwih/bex_19_05_28_karmen_karma_tits_out_and_toned.html | 3010108 - Tits Out And Toned |
| pornve.com | Brazzers | https://pornve.com/rnhk3dchzpp5/Kira_Noir_-_Oily_Yoga.html | 2417828 - Oily Yoga |
| pornve.com | Brazzers | https://pornve.com/rnmbmb18shg1/Jade_Kush_-_The_Full_Body_Treatment.html | 3464527 - The Full Body Treatment |
| pornve.com | Brazzers | https://pornve.com/rnpcrnsniiun/Baby_Got_Boobs_-_Christy_Mack_And_Madison_Ivy.html | 9980 - IndiscreciÃ³n |
| pornve.com | Brazzers | https://pornve.com/rnq49u85j1g0/AJ_Applegate_-_A_St_Pattys_Pounding.html | 9558 - A St. Patty's Pounding |
| pornve.com | Brazzers | https://pornve.com/rnuym8k4oun8/Jenna_Ivory_-_Mrs_Ivorys_First_Anal.html | 8641 - Mrs. Ivory's First Anal! |
| pornve.com | Brazzers | https://pornve.com/rnv871afl792/Roxy_Jezel_-_Suburban_Slut_Story.html | 4162 - Suburban Slut Story |
| pornve.com | Brazzers | https://pornve.com/rnw7qndpgnga/My_Mommy_Does_Porno_-_Part_2.html | 5600 - My Mommy Does Porno: Part II |
| pornve.com | Brazzers | https://pornve.com/ro09wk8vwbj0/Honey_Blossom_Ricky_Spanish_-_Hardcore_Nanny_-_Brazzers_Exxtra_-_Brazzers.html | 3459548 - Hardcore Nanny |
| pornve.com | Reality Kings | https://pornve.com/roc4pltogxue/Addie_Andrews_Oliver_Flynn_-_Selling_Real_Asstate_-_Sneaky_Sex_-_Reality_Kings.html | 3348903 - Selling Real Asstate |
| pornve.com | Brazzers | https://pornve.com/rofchzx88n5v/Eliza_Ibarra_-_Schoolgirl_Striptease.html | 2573092 - Schoolgirl Striptease |
| pornve.com | Brazzers | https://pornve.com/rohzjuttby6y/Brazzers_Big_Wet_Butts_Radiant_Booty_2_Abella_Danger.html | 2412227 - Radiant Booty 2 |
| pornve.com | Brazzers | https://pornve.com/romdxjg8c7h6/Adriana_Chechik_-_The_Great_Doctor_-_1.html | 8601 - The Great Doctor Part One |
| pornve.com | Brazzers | https://pornve.com/rov2s596vevd/Brazzers_House_-_Episode_3.html | 8704 - Brazzers House Episode Three |
| pornve.com | Brazzers | https://pornve.com/rowjp9rgfr98/Emma_Hix_-_Early_Morning_Anal.html | 3925302 - Early Morning Anal |
| pornve.com | Brazzers | https://pornve.com/rp3iul92szcp/Mary_Moody_Phoenix_Marie_-_Pedi_Pussy.html | 10971 - Pedi Pussy |
| pornve.com | Brazzers | https://pornve.com/rpcb4ccglx6l/DirtyMasseur_Brazzers_Jada_Stevens_Jessy_Jones_Taking_Care_Of_Businessman.html | 10771 - Taking Care Of Businessman |
| pornve.com | Brazzers | https://pornve.com/rpd7gz85snsw/Lexi_Bloom_-_In_The_Dreaming_of_a_White_Christmas_On_My_Face.html | 6077 - I'm Dreaming of a White Christmas... On My Face! |
| pornve.com | Brazzers | https://pornve.com/rpjwhw568ten/Brazzers_BrazziBots_Part_Riley_Reid.html | 2972953 - BrazziBots: Part 1 |
| pornve.com | Brazzers | https://pornve.com/rpldu7nts2vo/Brazzers_Live_-_How_Hard_Can_You_Give_It.html | 9725 - BRAZZERS LIVE SPECIAL: HOW HARD CAN YOU GIVE IT? |
| pornve.com | Brazzers | https://pornve.com/rpo1go6y2oyy/Jaylene_Rio_-_Huge_Nudist_Titties.html | 4431 - Huge Nudist Titties |
| pornve.com | Brazzers | https://pornve.com/rppfe36a2508/Alexis_Fawx_Brandi_Love_-_Internet_Outage_Poundage.html | 10403 - Internet Outage Poundage |
| pornve.com | Brazzers | https://pornve.com/rpqj5x6rpv9r/Kaylani_Lei_-_Upper_Class_Must_Have_It_In_The_Ass.html | 8416 - Upper Class Must Have It In The Ass |
| pornve.com | Brazzers | https://pornve.com/rpwc7oi98gxf/Bill_Bailey_And_Alena_Croft.html | 7173 - Mammary Lapse |
| pornve.com | Brazzers | https://pornve.com/rpwcow981lya/Sport_Porn_-_Brazzers_Foxy_Boxing_Danny_D_Veronica_Vice_.html | 7462 - Foxy Boxing |
| pornve.com | Brazzers | https://pornve.com/rpzaxvsii0zg/Charley_Chase_-_Tryouts_BasketBoobs.html | 4749 - Tryouts: BasketBoobs |
| pornve.com | Brazzers | https://pornve.com/rq6iyzi0winl/Addison_Lee_-_Happiness_Is_A_Warm_Bum.html | 9605 - Happiness is a Warm Bum |
| pornve.com | Brazzers | https://pornve.com/rq8hdxfg58en/Adventure_Quinn_Wilde.html | 11087 - The Letters |
| pornve.com | Brazzers | https://pornve.com/rqb6a6ry95q7/_Hold_The_Phone_Petite_Teen_Babe_Kimmy_Granger_.html | 9310 - Hold The Phone |
| pornve.com | Reality Kings | https://pornve.com/rqc3a1m8tks3/Plowing_The_Wedding_Planner_Lena_Paul.html | 2235576 - Plowing The Wedding Planner |
| pornve.com | Brazzers | https://pornve.com/rqfc0uys1bnt/sexy_girl_nice_girl_2616_42_plays_published_on_47_minutes_ago_category_babe_blowjob_tags_s exy.html | 9444 - The Cable Slut |
| pornve.com | Brazzers | https://pornve.com/rqh49ikobmo9/Amber_Ashlee_-_Grab_Hold_Of_My_Baton.html | 5792 - Grab Hold of My Baton |
| pornve.com | Brazzers | https://pornve.com/rqk1cyq7fp6b/Mila_Jade_-_Good_Girl_Breaks_Bad.html | 8974 - Good Girl Breaks Bad |
| pornve.com | Brazzers | https://pornve.com/rqkt5t646ajx/Candice_Nicole_-_Put-Out_or_Get-Out.html | 4572 - Put-Out or Get-Out |
| pornve.com | Brazzers | https://pornve.com/rqmjuml4h59f/Riley_Evans_-_Dicking_The_Dominatrix.html | 6123 - Dicking the Dominatrix |
| pornve.com | Brazzers | https://pornve.com/rqpkkdo7yuw/Teri_Weigel_Gets_Caught_Masterbating.html | 7205 - Bent-Over-Time Hours |
| pornve.com | Brazzers | https://pornve.com/rqrxk3e5m90i/Stephanie_West_-_Some_Quality_Room_Service.html | 3364024 - Some Quality Room Service |
| pornve.com | Reality Kings | https://pornve.com/rqv5w3bkn9yn/SneakySex_17_04_15_Angel_Wicky_Bride_In_A_Box_XXX_-KTR.html | 1797543 - Bride In A Box |
| pornve.com | Brazzers | https://pornve.com/rqvtzxxjvc1s/Selena_Santana_-_She_Wants_Me_Fired.html | 8789 - She Wants Me Fired |
| pornve.com | Reality Kings | https://pornve.com/rqw8k458lrn0/Abbey_Brooks_Sophie_Dee_Threesome.html | 8339 - The Bubble Booty |
| pornve.com | Brazzers | https://pornve.com/rqxq9lckkwiq/Kagney_Linn_Karter_vs_Rachel_Roxxx.html | 9770 - Rachel vs Kagney |
| pornve.com | Brazzers | https://pornve.com/rqxxhvwnleat/Bella_Cole_-_Drive_Faster_Speed_Turns_Me_On.html | 4859 - Drive Faster Speed Turns Me On! |
| pornve.com | Reality Kings | https://pornve.com/rqzptyjn84ne/EuroSexParties_Carolina_Abril_Natty_Mellow_Double_Trouble.html | 2025143 - Double Trouble |
| pornve.com | Brazzers | https://pornve.com/rr5u3gmdwtit/Forget_About_Fucking_My_Daughter_And_Fuck_Me.html | 10725 - Forget About Fucking My Daughter And Fuck Me! |
| pornve.com | Brazzers | https://pornve.com/rr64xytzfbbd/Britney_Amber_-_CataTITic_State.html | 4505 - CataTITic State |
| pornve.com | Brazzers | https://pornve.com/rr8890gf7k5g/Kelly_Surfer_Veruca_James_-_The_Whorish_Runaways.html | 6650 - The Whorish Runaways |
| pornve.com | Brazzers | https://pornve.com/rr8h27ec9su4/Acting_101_-_Brazzers_.html | 9713 - Acting 101 |
| pornve.com | Brazzers | https://pornve.com/rr9l37mp3jp/Keisha_Grey_-_Breast_Made_Plans.html | 10710 - Breast Made Plans |
| pornve.com | Brazzers | https://pornve.com/rrbn6b6cxqh4/Dylan_Ryder_-_Cheaters_Always_Win.html | 4607 - Cheaters Always Win |
| pornve.com | Brazzers | https://pornve.com/rrbpdq3l436/Brazzers_-_Latina_Julia_De_Lucia_gets_analized_by_her_psychologist_.html | 10563 - Psycho Anal-ysis |
| pornve.com | Brazzers | https://pornve.com/rrfil317ys1r/Katrina_Jade_-_Dark_Side.html | 3402879 - Katrina's Dark Side |
| pornve.com | Brazzers | https://pornve.com/rri80pnt5htu/Big_Butts_Like_It_Big_13_Sophie_Dee.html | 6505 - The Ass Whisperer |
| pornve.com | Brazzers | https://pornve.com/rri98zex4w3y/Linzee_Ryder_-_An_Extra_Buck.html | 3878695 - An Extra Buck |
| pornve.com | Brazzers | https://pornve.com/rriqxeft0zi6/Aleska_diamond_Lack_of_Cummunication.html | 5652 - Lack of Cummunication |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/rriv9z4861ic/Hard_Anal_Big_Wet_Butts_Holly_Halston_Tight_Jeans_Big_Booty.html | 8110 - Tight Jeans_Big Booty |
| pornve.com | Brazzers | https://pornve.com/rrllkrvkk0zd/Taylor_Wane_-_House_Of_Sluts_-_2.html | 4478 - House of Sluts: Chapter 2 |
| pornve.com | Brazzers | https://pornve.com/rrpl8e8oq2o8/Chloe_Amour_-_A_Hitchhikers_Guide_To_My_Cock.html | 9413 - A Hitchhiker's Guide To My Cock |
| pornve.com | Brazzers | https://pornve.com/rrr7qhv9xlbr/Lexi_Swallow_-_Student_Bodies.html | 7116 - Student Bodies |
| pornve.com | Brazzers | https://pornve.com/rrvindyzlc17/Autumn_Falls_-_VIP_Treatment.html | 3983702 - VIP Treatment |
| pornve.com | Brazzers | https://pornve.com/rrzqxxbxtl2i/Adriana_Chechik_Is_A_Very_Horny_Housewife_Who_Gives_it_Good.html | 10406 - The Dinner Party |
| pornve.com | Brazzers | https://pornve.com/rs0o4je7gx4x/Andy_San_Dimas_-_Pornstar_Bachelorette.html | 5176 - Pornstar Bachelorette |
| pornve.com | Brazzers | https://pornve.com/rs95vv0h12kq/Brazzers_-_Sexy_college_student_Lena_Paul_takes_a_break_for_some_dick_.html | 10548 - Final Exam Slam Session |
| pornve.com | Brazzers | https://pornve.com/rsf31paufpny/Carolina_Sweets_-_Tasting_Her_First_Cock.html | 3722109 - Tasting Her First Cock |
| pornve.com | Brazzers | https://pornve.com/rsf3k6itb6fp/Moms_Bang_Teens_9_2015_part_1.html | 12374 - Luvv To Love Ya |
| pornve.com | Brazzers | https://pornve.com/rsg24lsl9qgg/Jade_Jantzen_-_Teen_Mom_To_Be.html | 9232 - Teen Mom To Be |
| pornve.com | Reality Kings | https://pornve.com/rsgaw04zi51i/aaliyah_love_i_peep_as_our_new_neighbor_fucked_my_younger_sister.html | 14111 - Aaliyah Knows Best |
| pornve.com | Brazzers | https://pornve.com/rsgnyuyb0i8w/bex_20_03_07_jennifer_white_i_thought_you_hated_yoga.html | 3921678 - I Thought You Hated Yoga |
| pornve.com | Brazzers | https://pornve.com/rsgx2nmdyv55/Ana_Foxxx_-_Serve_And_Protect_That_Pussy.html | 2917143 - Serve and Protect That Pussy! |
| pornve.com | Brazzers | https://pornve.com/rsifnytu0t2b/Kali_Roses_-_Smoke_Em_Out.html | 11160 - Smoke Em Out |
| pornve.com | Brazzers | https://pornve.com/rsnw2jhihfnb/Bree_Olson_nurse_Care_to_Donate_Some_Fluid?.html | 5475 - Care to Donate Some Fluid? |
| pornve.com | Brazzers | https://pornve.com/rsqhgkeb5vuf/Sneaking_and_Freaking_In_The_Shower_BraZZers_HDRip.html | 3408148 - Sneaking and Freaking In The Shower |
| pornve.com | Brazzers | https://pornve.com/rsrgrwnm1ihd/RealWifeStories_Monique_Alexander_Spa_For_Horny_Housewives.html | 3363999 - Spa For Horny Housewives |
| pornve.com | Brazzers | https://pornve.com/rst8l65su0dk/All_Good_New_Simony_Diamond_Danny_D_Anal.html | 10065 - Big Butt Wedding Day |
| pornve.com | Brazzers | https://pornve.com/rsuqll49z3bi/Like_What_You_See_-_Brazzers_.html | 9594 - Like What You See? |
| pornve.com | Brazzers | https://pornve.com/rsvmy3g87d28/Kiara_Mia__Veronica_Rodriguez_-_Kiaras_Whore_Academy.html | 9955 - La Academia de Putas de Kiara |
| pornve.com | Brazzers | https://pornve.com/rsvp2xkrsy1v/Brazzers_Kinky_Kidnap.html | 3110580 - Kinky Kidnap |
| pornve.com | Brazzers | https://pornve.com/rt3kaqdl62tl/Missy_Martinez_-_Get_Medieval_On_My_Ass.html | 7365 - Get Medieval On My Ass |
| pornve.com | Brazzers | https://pornve.com/rt4aqzrxx2eu/Mommy_Ryan_Conner.html | 3043520 - Sneaky Mom 3 |
| pornve.com | Brazzers | https://pornve.com/rt5wadw932sq/Moms_In_Control_5_Scene_1Ariella_Ferrera_Cherie_DeVille__Jessy_Jones.html | 8928 - A Double Milf Stack |
| pornve.com | Brazzers | https://pornve.com/rtdryn8s3tu5/MilfsLikeItBig_McKenzie_Lee_Yoga_Freaks_-_Episode_Five_-_10_07_16.html | 10022 - Yoga Freaks: Episode Five |
| pornve.com | Brazzers | https://pornve.com/rtetw513esfc/The_Doctor_-_Part_2.html | 8135 - The Doctor: Part Two |
| pornve.com | Reality Kings | https://pornve.com/rti8xslo9qhd/CrazyAsianGFs_Aoki_Kalani_-_Good_Fuck_Charm_16_09_2016.html | Crazy Asian GFs #7 |
| pornve.com | Brazzers | https://pornve.com/rtkq8w7b17m/Amy_Brooke_-_Ho_In_The_Hostel.html | 5744 - Ho in the Hostel |
| pornve.com | Brazzers | https://pornve.com/rtm4d08h2qlj/Moms_Christmas_Anal_Creampie.html | 10356 - Stay Away From My Daughter: Part 2 |
| pornve.com | Reality Kings | https://pornve.com/rtqcr6ehmferz/Cristi_Ann_-_Getting_Busy.html | 13890 - Getting Busy |
| pornve.com | Brazzers | https://pornve.com/rtuge1fj1o91/Tommie_Jo_Keiran_Lee_-_Cock_Tonic_-_Real_Wife_Stories_-_Brazzers.html | 2892890 - Cock Tonic |
| pornve.com | Reality Kings | https://pornve.com/rtylch1q609t/Marsha_May__Naomi_Woods_-_Tits_On_A_Plane.html | 1835117 - Tits On A Plane |
| pornve.com | Brazzers | https://pornve.com/ru076h0ydvbw/Yurizan_Beltran_-_Birthday_Diagnos-ass.html | 7923 - Birthday Diagnos-ass |
| pornve.com | Brazzers | https://pornve.com/ru2rfib6wab/Janice_Griffith_-_Fine_Ill_Just_Fuck_My_Stepdad.html | 8114 - Fine_I'll Just Fuck My Stepdad! |
| pornve.com | Brazzers | https://pornve.com/ru9rguqgilby/Loulou_-_I_Wanna_Blow_Romeo.html | 6311 - I Wanna Blow Romeo |
| pornve.com | Brazzers | https://pornve.com/ruczxume13u0/Britney_Amber_Sexy_Massage_Hot_Cum_Shot_.html | 10348 - Holistic Healing |
| pornve.com | Brazzers | https://pornve.com/rue8zljdzh6w/Casey_Cumz_-_Anal_Lust.html | 6538 - Anal Lust |
| pornve.com | Brazzers | https://pornve.com/rujboixh9o5j/Large_Fake_Boobs_Pornstar_Nicolette_Shea_Takes_Markuss_Hard_Cock.html | Fixing For a Fuck 4 |
| pornve.com | Brazzers | https://pornve.com/rukv57t12zns/Valerie_Kay_-_The_Ole_Switcheroo.html | 9417 - The Ole Switcheroo |
| pornve.com | Brazzers | https://pornve.com/rumqww630l42/Riley_Reid_-_Riley_Reids_Big_Black_Cock_Massage.html | 8022 - Riley Reid's Big Black Cock Massage |
| pornve.com | Brazzers | https://pornve.com/runwhk7nvdmt/Jessica_Jaymes_-_Cock_And_Load.html | 4446 - Cock and Load |
| pornve.com | Brazzers | https://pornve.com/ruo0t806kwd5/Shay_Sights_-_Lunch_Bag_Tits.html | 4327 - Lunch Bag Tits |
| pornve.com | Brazzers | https://pornve.com/ruoset5yi6yl/Watch_brazzers_phoenix.html | 8082 - Phoenix Marie's Day Off |
| pornve.com | Reality Kings | https://pornve.com/ruqk6gbxvuh0/Codi_Bryant_Ass_Pool.html | 4325 - Oh Boy |
| pornve.com | Reality Kings | https://pornve.com/ruv1zd3kwdcb/Put_It_In_Her_Ass_13_40Reality_Kings41.html | 4029 - Ohh Lucy |
| pornve.com | Brazzers | https://pornve.com/ruvimjv9xzog/Monique_Alexander_Xander_Corvus_-_Cumplimentary_Massage_-_Dirty_Masseur_-_Brazzers.html | 3167482 - Cumplimentary Massage |
| pornve.com | Brazzers | https://pornve.com/rv44p0jnzeio/All_Good_New_Dani_Daniels__Riley_Reids.html | 10034 - Let's Get Facials 2 |
| pornve.com | Brazzers | https://pornve.com/rv591ctia4sv/Madelyn_Marie_-_The_Royal_Porno_Wedding.html | 5882 - The Royal Porno Wedding |
| pornve.com | Brazzers | https://pornve.com/rvargzs7mrro/Ryder_Skye_-_Masters_Of_Fuck.html | 8118 - Masters of Fuck |
| pornve.com | Reality Kings | https://pornve.com/rvcfo29t0fg9/Couples_Seduce_Couples_18_2015_Rita_Rush.html | 12680 - Ass Appeal |
| pornve.com | Brazzers | https://pornve.com/rve0b2iswtbu/My_Mom_The_Hooker_Diana_Prince__Manuel_Ferrara.html | 6754 - My Mom_The Hooker |
| pornve.com | Brazzers | https://pornve.com/rvh2mrvepfls/_Fucked_In_The_Seat_-_Brazzers_.html | 9600 - Fucked In The Seat |
| pornve.com | Reality Kings | https://pornve.com/rvn3blsxs6u6/Big_Booty_Ebony_Cops_Do_Full_Cavity_Search.html | 8860 - Back For More |
| pornve.com | Reality Kings | https://pornve.com/rvu1suuw9djz/Kelly_Diamond_-_Teens_Love_Huge_Cocks_7_2015.html | 12647 - Caressing The Cock |
| pornve.com | Brazzers | https://pornve.com/rvutqzqj4r8y/Brandi_Love_-_Brandi_Loves_Latex.html | 3270163 - Brandi Loves Latex |
| pornve.com | Brazzers | https://pornve.com/rvxn2wfbg1r9/Joanna_Angel_Small_Hands_-_Joannas_Oily_Workout_-_Day_With_A_Pornstar_-_Brazzers.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/rvyel6qi18dh/Shay_Evans_The_Sirens_Cry_4012_10_201741.html | 10876 - The Siren's Cry |
| pornve.com | Brazzers | https://pornve.com/rvzw7gc90a6g/Jessica_Jaymes_-_The_Doctor_Blowjob_The_Patient.html | 5590 - Take Up Dy Stethoscope And Fuck! |
| pornve.com | Brazzers | https://pornve.com/rw1ez8vm2ren/Alena_Croft__Halle_Von_-_Dont_Forget_Your_Lunch_Honey.html | 8362 - Don't Forget Your Lunch_Honey |
| pornve.com | Brazzers | https://pornve.com/rwa5zco4n9h/Cassidy_Banks_-_The_Boyfriend_Whisperer.html | 11086 - The Boyfriend Whisperer |
| pornve.com | Brazzers | https://pornve.com/rwct7ssewfcb/Luna_Star_-_All_Dolled_Up_-_Anal_Edition.html | 3829130 - All Dolled Up: Anal Edition |
| pornve.com | Brazzers | https://pornve.com/rweo3j5dli43/Cory_Chase_Zac_Wild_-_Sorority_MILF_-_Milfs_Like_It_Big_-_Brazzers.html | 3924087 - Sorority MILF |
| pornve.com | Reality Kings | https://pornve.com/rwh3ich2yxt6/Ms_Ballbreaker_-_Phoenix_Marie_-_Reality_King.html | 15452 - Ms Ballbreaker |

EXHIBIT A

| | | | | |
|---|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/rwowh1zp90y8/Eva_Notty__Lily_Love_-_Teen__Mom_School_Slut_Stories__Part_Two.html | 8671 - Teen & Mom School Slut Stories Part Two |
| pornve.com | Brazzers | https://pornve.com/rwtkkqp7x8hs/Krissy_Lynn_-_Last_Stop_Buttfuck_Nowhere.html | 7988 - Last Stop Buttfuck Nowhere |
| pornve.com | Brazzers | https://pornve.com/rwvp5py6xgz/Liza_Del_Sierra_Jordi_El_Nino_Polla_-_Mail_Order_Dominatrix_-_Milfs_Like_It_Big_-_Brazzers.html | 2572029 - Mail Order Dominatrix |
| pornve.com | Brazzers | https://pornve.com/rwy31lvf3tzv/Nicolette_Shea_-_Dont_Back_Out_On_Me_Now.html | 3455237 - Don't Back Out On Me Now |
| pornve.com | Brazzers | https://pornve.com/rx1r7902seu/Britney_Amber_-_My_Slutty_Valentine_-_Part_1.html | 2339945 - My Slutty Valentine: Part 1 |
| pornve.com | Brazzers | https://pornve.com/rx4lmbggx45c/BigTitsAtWork_Diamond_Jackson_Diamond_Is_Your_Boss_-_12_07_16.html | 10016 - Diamond Is Your Boss |
| pornve.com | Brazzers | https://pornve.com/rx5lbz8bvc1f/Angela_White__Siri_-_Sneaky_Shower_Threesome.html | 3929044 - Sneaky Shower Threesome |
| pornve.com | Brazzers | https://pornve.com/rx6p5t7nban1/Renee_Roulette__Bill_Bailey_Innocent_Virgin_Learns_About_Anal.html | 9102 - Innocent Virgin Learns About Anal |
| pornve.com | Brazzers | https://pornve.com/rxbwmfx4xy7r/Our_New_Maid_Tattooed_Babe_Peta_Jensen_And_Monique_Alexander_-_Brazzers_.html | 9054 - Our New Maid: Part One |
| pornve.com | Brazzers | https://pornve.com/rxdzej9a7agf/Kylie_Nicole__Phoenix_Marie_-_Cum-Petitive_Pricing.html | 9534 - Cum-Petitive Pricing |
| pornve.com | Brazzers | https://pornve.com/rxgqfl19f7c8/Gianna_Nicole__Rahyndee_James_-_Worlds_Nicest_Nurses.html | 8585 - World's Nicest Nurses |
| pornve.com | Brazzers | https://pornve.com/rxloep1pr6ya/Syren_De_Mer_-_Resistance_Band_Boning.html | 2842559 - Resistance Band Boning |
| pornve.com | Reality Kings | https://pornve.com/rxlow2zn14dp/Karen_Fisher_Julie_Cash_-_Super_duper.html | 11967 - Super Duper |
| pornve.com | Brazzers | https://pornve.com/rxor1xcupf6p/Aubrey_Sinclair__Krissy_Lynn_-_Get_Her_Juices_Flowing.html | 11055 - Get Her Juices Flowing |
| pornve.com | Brazzers | https://pornve.com/rxq3yakld737/Brazzers_In_through_the_french_exit_Brazzers_Big_Wet_Butts_Liza_Del_Sierra_Danny_D_Blonde_Whi.html | 10975 - In Through The French Exit |
| pornve.com | Brazzers | https://pornve.com/rxq46mg2l08n/BrazzersExxtra_19_08_20_Megan_Rain_Spa_Day_At_Home_XXX.html | 3363996 - Spa Day At Home |
| pornve.com | Brazzers | https://pornve.com/rxtdpyzojghd/Brazzers_-_Ava_Addams_Getting_Her_Beauty_Peep.html | 2842893 - Getting Her Beauty Peep |
| pornve.com | Brazzers | https://pornve.com/rxw8kaf85jhp/Dani_Daniels__Nikki_Benz_-_Lets_Get_Facials.html | 10034 - Let's Get Facials 2 |
| pornve.com | Brazzers | https://pornve.com/rxythlirc9ww/Dayton_Rains_-_Put_Under_MILF_Arrest.html | 8071 - Put Under MILF Arrest |
| pornve.com | Brazzers | https://pornve.com/ry22oteu35ei/Monique_Alexander_-_The_Doctor_Is_In.html | 5496 - The Doctor is In |
| pornve.com | Brazzers | https://pornve.com/ry3dd4nwirzj/Darling_Danika_-_Your_Darling_Stepmom.html | 8371 - Your Darling Stepmom |
| pornve.com | Brazzers | https://pornve.com/ry71ywj81qv8/Cum_Credits_Cali_Carter_Xander_Corvus.html | 10345 - Cum Credits |
| pornve.com | Reality Kings | https://pornve.com/ry75sxm3izt1/Anal_Sexercise_Realitykings.html | Ass That Won't Quit Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/ry9cw3rke1vu/Rachel_Starr_Romi_Rain_The_Last_Dick_On_Earth.html | 9471 - The Last Dick On Earth |
| pornve.com | Brazzers | https://pornve.com/ryeiysabw2wl/Elsa_Jean__Katana_Kombat_-_Assistant_Fail.html | 3048639 - Assistant Fail |
| pornve.com | Brazzers | https://pornve.com/ryeza6qv2izw/_Strokemoff_-_Brazzers_.html | 9620 - Strokemoff |
| pornve.com | Brazzers | https://pornve.com/rygxvihb494s/NEW_Boots_Peta_Jensen.html | 8998 - Storm Of Kings XXX Parody: Part 4 |
| pornve.com | Brazzers | https://pornve.com/ryk4k6158edu/Charisma_Cappelli_-_Getting_Off_On_A_Day_Off.html | 5013 - Getting Off On a Day Off |
| pornve.com | Brazzers | https://pornve.com/rylmvkri7dxa/santa_marie_mcray_2.html | 6948 - Shiatsu Santa |
| pornve.com | Brazzers | https://pornve.com/ryou1a30lj4/Jelena_Jensen__Kenzie_Taylor_-_Personal_Trainers.html | 10180 - Personal Trainers |
| pornve.com | Brazzers | https://pornve.com/ryuys58t2ote/Nyomi_Banxx_-_Black_Beautys_Booty.html | 6275 - Black Beauty's Booty |
| pornve.com | Brazzers | https://pornve.com/ryy6k0p24mez/Priya_Anjali_Rai_-_Cock_Addict.html | 4133 - Cock Addict |
| pornve.com | Brazzers | https://pornve.com/ryycvi1ivkyg/Lisa_Ann_Markus_Dupree_-_I_Want_It_Harder_-_Big_Butts_Like_It_Big_-_Brazzers.html | 2945388 - I Want It Harder! |
| pornve.com | Brazzers | https://pornve.com/rz3er1p42jw5/Brazzers-_Sexy_blonde_nurse_Jane_Douxxx_fucks_her_patients_big_dick_.html | 10591 - Doing The Rounds |
| pornve.com | Brazzers | https://pornve.com/rz6we4f38l07/Shyla_Stylez_-_Happy_Fuck-Day.html | 6740 - Happy Fuck-day |
| pornve.com | Brazzers | https://pornve.com/rz8gu3o46zab/Jessica_Lynn_-_Peek-a-Boob.html | Brazzers&#039; Big Tits At Work #6 |
| pornve.com | Reality Kings | https://pornve.com/rzebwz44584r/Brazzers_-_Spring_Cumming.html | 3425281 - Spring Cumming |
| pornve.com | Reality Kings | https://pornve.com/rzh8z9kum1e3/8thStreetLatinas_15_12_28_Aria_Jade_Arias_Pussy.html | 14235 - Arias Pussy |
| pornve.com | Reality Kings | https://pornve.com/rzhni5kwu6xf/Realitykings_Anal_Gamer_Megan_Rain.html | 1834984 - anal_gamer |
| pornve.com | Brazzers | https://pornve.com/rzla7c0p3wah/Teens_Love_Huge_Cocks_Piper_Perri.html | 14960 - Hit It Again |
| pornve.com | Brazzers | https://pornve.com/rzmn7giqoxae/Abigail_Mac_-_Living_With_A_Girl_Is_Rough.html | 9330 - Living With a Girl Is Rough |
| pornve.com | Brazzers | https://pornve.com/rzsk9c6otdji/New_Nikki_Benz_And_Nicole_Aniston.html | 9625 - One Last Shot |
| pornve.com | Brazzers | https://pornve.com/rzsltxwfgli6a/_You_Wed_Her_Ill_Bed_Her_-_Brazzers_.html | 9573 - You Wed Her I'll Bed Her |
| pornve.com | Brazzers | https://pornve.com/rzsv9cxgxi7a/Liza_Del_Sierra_-_French_Open.html | 5785 - French Open |
| pornve.com | Brazzers | https://pornve.com/rzy1xegv35ld/Erotic_Massage_Cali_Carter.html | 2358750 - Best Of Brazzers: Massage Mania |
| pornve.com | Brazzers | https://pornve.com/rzy8ey1cy2sv/Secretly_Rubbed_in_the_hot_tub.html | 2365358 - Secretly Rubbed In The Hot Tub |
| pornve.com | Brazzers | https://pornve.com/s0biu1f31zga/Torrey_Pines_-_The_Party_Boner.html | 5322 - The Party Boner |
| pornve.com | Brazzers | https://pornve.com/s0elknkzbqc8/Randi_Wright_-_Presidential_Sabotage.html | 5007 - Presidential Sabotage |
| pornve.com | Brazzers | https://pornve.com/s04b6fxi3ey/Nicole_Aniston__Peta_Jensen_-_Game_Night_Shenanigans.html | 10154 - Game Night Shenanigans |
| pornve.com | Brazzers | https://pornve.com/s0jbhb2vovde/ZZSeries_19_09_11_Angela_White_And_Romi_Rain_BrazziBots_Uprising_Part_4_XXX_1080.h_tml | 3389416 - Brazzibots: Uprising Part 4 |
| pornve.com | Brazzers | https://pornve.com/s0lww6dh7e6m/Jenna_Sativa__Vanessa_Veracruz_-_But_Im_Straight.html | 8887 - But I'm Straight! |
| pornve.com | Brazzers | https://pornve.com/s0m9eq8ju729/_Brazzers-_Athletic_Layla_London__Marsha_May_get_interrupted_by_a_cock_.html | 10046 - Fuck Games In The Olympic Village |
| pornve.com | Reality Kings | https://pornve.com/s0w4dik5vw33/Kayla_Paris_Johnny_Sins_-_Grinding_It_Out_-_Sneaky_Sex_-_Reality_Kings.html | 2991430 - Grinding It Out |
| pornve.com | Reality Kings | https://pornve.com/s0wrdb8g9s6a/Ava_Koxxx_Leigh_Darby_Mom_makes_Son_apologize_to_neighbour.html | 1810263 - pervert_punishment |
| pornve.com | Brazzers | https://pornve.com/s0xv09bnipxt/Tasha_Reign_-_Cunty_Clerks.html | 6338 - Cunty Clerks |
| pornve.com | Brazzers | https://pornve.com/s0za17wdzkau/Syren_De_Mer_in_My_Three_Sons_by_Brazzers_INCESTFLIX_COM.html | 10152 - My Three Stepsons |
| pornve.com | Reality Kings | https://pornve.com/s103o7m8cnkm/Cassandra_Cain_MILF_Crazy.html | 14663 - Milf Crazy |
| pornve.com | Brazzers | https://pornve.com/s12013xt3rbb/Katana_Kombat_-_Bend_Me_Over.html | 3170699 - Bend Me Over |
| pornve.com | Reality Kings | https://pornve.com/s13vtsr0ywzk/Big_Naturals_Nasty_And_Nice.html | 14406 - Nasty And Nice |
| pornve.com | Reality Kings | https://pornve.com/s14uv6lsqfm9/All_Good_New_Cory_Chase_And_Avalon_Heart.html | 14781 - Virtual Step Mother |
| pornve.com | Brazzers | https://pornve.com/s170tsoeldiy/Pimp_My_Mom.html | 9293 - Pimp My Mom! |

| pornve.com | Brazzers | https://pornve.com/s19y0oandsmo/Ashli_Orion__Danica_Dillan_-_The_Nails_Manor.html | 4961 - The Nails Manor |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/s1aqv7fq3oz9/Tegan_James_-_Good_Labor.html | 1998324 - Good Labor |
| pornve.com | Brazzers | https://pornve.com/s1b188ppvari/Raven_Hart__Arya_Fae_-_My_Lil_Dungeon_Keeper.html | 10402 - My Lil' Dungeon Keeper |
| pornve.com | Brazzers | https://pornve.com/s1mta78pjqas/Katana_Kombat_-_Tap_Her_Tactically.html | 3359418 - Tap Her Tactically |
| pornve.com | Brazzers | https://pornve.com/s1o2939ypz34/Isis_Love_-_Isis_Loves_Cock.html | 5288 - Isis Loves Cock |
| pornve.com | Brazzers | https://pornve.com/s1rpcru9cn6y/Brazzers_Mommy_Fucked_My_Study_Buddy.html | 3109355 - Mommy Fucked My Study Buddy! |
| pornve.com | Brazzers | https://pornve.com/s1t9ivr438vf/Couch_Cooch_-_Kimmy_Granger.html | 9046 - Couch Cooch |
| pornve.com | Brazzers | https://pornve.com/s1w854q9i3u3/Evanni_Solei_-_Jailbirds.html | 4646 - Jailbirds |
| pornve.com | Reality Kings | https://pornve.com/s1wmvm10405s/StreetBlowJobs_Penelope_Reed_-_Tonsil_Twist_02_10_2016.html | 14962 - Tonsil Twist |
| pornve.com | Brazzers | https://pornve.com/s20x905r22zt/Gabriela_Lopez_-_Gabriela_Is_Your_Girlfriend.html | 3279445 - Gabriela Is Your Girlfriend |
| pornve.com | Reality Kings | https://pornve.com/s21u60xfq5b5/New_Nicole_Aniston_Pornstar_Workout.html | 10400 - Pornstar Workout |
| pornve.com | Brazzers | https://pornve.com/s229knjgdzmd/Kissa_Sins_-_Belly_Dancing_4_Big_Dicks.html | 9274 - Belly Dancing 4 Big Dicks |
| pornve.com | Brazzers | https://pornve.com/s24clophs7m2/Rachel_Starr_-_A_Five_Starr_Massage.html | 3474973 - A Five Starr Massage |
| pornve.com | Brazzers | https://pornve.com/s24uoh2f0lli/Faye_Reagan_Locker_Room_Fuck.html | 5027 - Eye on the Balls |
| pornve.com | Brazzers | https://pornve.com/s2861872k301/Lisa_Ann_-_Dangerous_Minds_With_Dangerous_Dicks.html | 6125 - Dangerous Minds With Dangerous Dicks |
| pornve.com | Brazzers | https://pornve.com/s2fcgcdoqbi/Mackenzee_Pierce_-_Big_Butt_Intervention.html | 4479 - Big Butt Intervention |
| pornve.com | Brazzers | https://pornve.com/s2sfv549tkr7/Vienna_Black_Oliver_Flynn_-_Slutty_Study_Time_-_Brazzers_Exxtra.html | 2867495 - Slutty Study Time |
| pornve.com | Brazzers | https://pornve.com/s2vbf2v3szgt/Lexi_Stone__Sunny_Leone_-_Coochie_Monster_Lessons.html | 4428 - Coochie Monster Lessons |
| pornve.com | Brazzers | https://pornve.com/s2xkyl8i8s6q/Tasha_Reign_-_Subtle_Suck.html | 7289 - Subtle Suck |
| pornve.com | Brazzers | https://pornve.com/s2ycwnonb0e0/Shay_Evans_-_Shes_No_Dummy.html | 3362295 - Shes No Dummy! |
| pornve.com | Brazzers | https://pornve.com/s340atbss79m/Krissy_Lynn_-_Lets_Keep_This_Professional.html | 6434 - Let's keep this professional |
| pornve.com | Brazzers | https://pornve.com/s346e9swwrr6/Lezley_Zen_-_Squash_Game_Pound-A-Thon.html | 4135 - Squash Game Pound-A-Thon |
| pornve.com | Brazzers | https://pornve.com/s37n2is89kx0/Elsa_Jean__Riley_Steele_-_Roommates_Or_More.html | 3925300 - Roommates Or More? |
| pornve.com | Brazzers | https://pornve.com/s37pp1mwjc9d/Ashley_Fires_-_Sock_My_Cock.html | 3960056 - Sock My Cock |
| pornve.com | Brazzers | https://pornve.com/s38d6mmupu3j/_The_Blow_Job_Seeker.html | 9603 - The Blow-Job Seeker |
| pornve.com | Brazzers | https://pornve.com/s3cdfq2pgs0f/Kimber_Lee_-_Two_Can_Play_That_Game.html | 10212 - Two Can Play That Game! |
| pornve.com | Brazzers | https://pornve.com/s3krdpjpgl5r/Ryan_Keely_Stirling_Cooper_-_Ryan_Uses_The_Washing_Machine_-_Day_With_A_Pornstar_-_Brazzers.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Reality Kings | https://pornve.com/s3monhx08r41/CumFiesta_-_Ivy_Stone_Poison_Ivy_-_16_04_30.html | 14034 - Poison Ivy |
| pornve.com | Brazzers | https://pornve.com/s3pob8mncb68/NEW_HOT_Teen_Cali_Carter.html | 9700 - Store Whore Credit |
| pornve.com | Brazzers | https://pornve.com/s44lsfa6qq8h/Holly_Halston_-_Big_Bold_Booby_Trap.html | 4117 - Big Bold Booby Trap |
| pornve.com | Brazzers | https://pornve.com/s45lz9q417si/Alura_TNT_Jenson__Eliza_Ibarra_-_Stepmoms_Side_Hustle.html | 2675830 - Stepmoms Side Hustle |
| pornve.com | Brazzers | https://pornve.com/s49787j4psx8/Aidra_Fox_-_Aidras_Cure_For_Boredom.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/s4as2d9zd45j/Kortney_Kane_-_Foot_Job_Cum_On.html | 5038 - Foot job? Cum on |
| pornve.com | Brazzers | https://pornve.com/s4evgfwsx2ka/_Pantyhose_Anal_Ho_Babe_Bella_Bellz_Gets_Her_Pantyhose_rip_And_Ass_Fucked_.html | 9453 - Pantyhose Anal Ho |
| pornve.com | Brazzers | https://pornve.com/s4fsyljlpcp6/Erotic_Massage_Aryana_Augustine.html | 7334 - Aryana's Gotta Loosen Up |
| pornve.com | Brazzers | https://pornve.com/s4guiidx1lqi/She_Fucks_Her_Boyfriends_Friend_Right_Behind_Him.html | 8302 - Going Behind Her BF's Back for Big Cock |
| pornve.com | Reality Kings | https://pornve.com/s4jr5a9qakwc/BlackGFs_Summer_Knight_-_Hott_Summer_19_10_2016.html | 1754257 - clean_pussy |
| pornve.com | Brazzers | https://pornve.com/s4mvcmszev65/NEW_Holly_Michaels.html | 9777 - Doctor's Whore-ders |
| pornve.com | Reality Kings | https://pornve.com/s4prmv5cxfbt/Drilling_Moore_Scene_3_Shoe_Fetish_Jmac__Olivia_Austin.html | 1900721 - shoe_fetish |
| pornve.com | Brazzers | https://pornve.com/s4sjhk1js71u/Brazzers_-_Isis_Love_And_Jenna_Sativa_Detention_With_The_Domme.html | 2847310 - Detention With The Domme |
| pornve.com | Brazzers | https://pornve.com/s4tarwdqhj4e/Kasey_Grant_-_Nurse_Gets_The_Full_Body_Experience.html | 4243 - Nurse Gets The Full Body Experience |
| pornve.com | Brazzers | https://pornve.com/s4uzuxzdp1t4/Lizz_Tayler_-_The_Bar_Exam.html | 6653 - The Bar Exam |
| pornve.com | Brazzers | https://pornve.com/s4zwnl1nq365/Mariah_Madysinn_-_Squash_It_In_Squash_It_Out.html | 4846 - Squash It In Squash It Out |
| pornve.com | Brazzers | https://pornve.com/s50eenbz3rfx/Cassidy_Banks__Julia_Ann_-_Yoga_Freaks.html | 9565 - Yoga Freaks: Episode Two |
| pornve.com | Brazzers | https://pornve.com/s550imjigil7/Cherie_Deville_-_Home_Alone_With_Cherie.html | 4074459 - Home Alone With Cherie |
| pornve.com | Brazzers | https://pornve.com/s578ugbvglrk/Tamara_Grace_-_Serving_The_Landlords_Daughter.html | 8881 - Serving the Landlord's Daughter |
| pornve.com | Brazzers | https://pornve.com/s5awdsfa2mah/Brazzers_-_Tia_Cyrus_Tias_Sneaky_Steam.html | 2461830 - Tia's Sneaky Steam |
| pornve.com | Brazzers | https://pornve.com/s5e4234um60t/Valentina_Nappi_-_Culo_Succulento_Di_Valentina.html | 8792 - Culo Succulento Di Valentina |
| pornve.com | Brazzers | https://pornve.com/s5hdvrymyj3o/Ava_Addams_Keiran_Lee_-_Sinking_Some_Balls_-_Milfs_Like_It_Big_-_Brazzers.html | 3723143 - Sinking Some Balls |
| pornve.com | Brazzers | https://pornve.com/s5kokaex5a2j/All_Good_New_Kianna_Dior.html | 9784 - Happy Canada Day Eh? |
| pornve.com | Brazzers | https://pornve.com/s5qy677slvax/NEW_Chanel_Preston.html | 9779 - What's For Dinner? |
| pornve.com | Brazzers | https://pornve.com/s5rjd098h75q/Kristen_Scott__Richelle_Ryan_-_Mind_If_Stepmom_Joins_You.html | 11123 - Mind If Stepmom Joins You? |
| pornve.com | Brazzers | https://pornve.com/s5tdz5dcytav/Crystal_Rush_JMac_-_Sexercise_-_Big_Wet_Butts_-_Brazzers.html | 3796230 - Sexercise |
| pornve.com | Brazzers | https://pornve.com/s5xv90a5hny/Phoenix_Marie_-_Santas_Busty_Helper.html | 4467 - Santa's Busty Helper |
| pornve.com | Brazzers | https://pornve.com/s5ymo4qa4z7v/Alessandra_Jane_-_So_You_Think_You_Know_Porn_Stars.html | 11054 - So You Think You Know Porn Stars? |
| pornve.com | Brazzers | https://pornve.com/s604y0r2380/Rita_Daniels_Keiran_Lee_-_Bed_Ridden_-_Milfs_Like_It_Big_-_Brazzers.html | 3224916 - Bed Ridden |
| pornve.com | Brazzers | https://pornve.com/s60c7ylbv2ty/Slut_Hotel_-_Part_3.html | 10470 - Slut Hotel: Part 3 |
| pornve.com | Brazzers | https://pornve.com/s61h3o80kn8l/Angelica_Heart_-_Ignition_Set_Cum_Loaded_Fire_Away.html | 5735 - Ignition Set Cum Loaded Fire Away |
| pornve.com | Brazzers | https://pornve.com/s61tac50pn8r/Charley_Chase_-_Air_Hockey_Hustle.html | 4315 - Air Hockey Hustle |
| pornve.com | Brazzers | https://pornve.com/s679s55fdkx3/Dee_Williams_Stepson_Rubdown.html | 3291153 - Stepson Rubdown |
| pornve.com | Brazzers | https://pornve.com/s69apyghn8e3/Anissa_Kate_Anissa_From_All_Angles_XXX_KTR.html | 3334684 - Anissa From All Angles |
| pornve.com | Brazzers | https://pornve.com/s6du3asdf471/Dana_DeArmond_-_Never_Get_Married_-_The_Revenge.html | 8819 - NEVER GET MARRIED: The Revenge |
| pornve.com | Brazzers | https://pornve.com/s6fsu7ixus2b/Ariana_Marie_-_Massaging_a_Hard_Jerk.html | 9574 - Massaging a Hard Jerk |
| pornve.com | Brazzers | https://pornve.com/s6i3u1udiwff/A_Brazzers_Christmas_Special_Part_1_Brazzers.html | 10263 - A Brazzers Christmas Special: Part 1 |

EXHIBIT A

| | | | | |
|---|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/s6n15si1jnq1/Brandi_Bae__Kenzie_Reeves_-_Babes_In_Bikinis.html | 1824939 - babes_in_bikinis | |
| pornve.com | Brazzers | https://pornve.com/s6tc3642gyn6/Til_Dick_Do_Us_Part_-_Episode_4.html | 6746 - Til Dick do us Part Episode 4 | |
| pornve.com | Brazzers | https://pornve.com/s6utbnugsk1c/Anya_Ivy_-_Horny_Schoolgirl_vs_Perverted_Teacher.html | 8983 - Horny Schoolgirl vs Perverted Teacher | |
| pornve.com | Brazzers | https://pornve.com/s6yl13ja8t6/4some.html | 7376 - Brazzers Got Back | |
| pornve.com | Brazzers | https://pornve.com/s6yswsgj6pa3/Angela_White_in_Bubble_Butt_Anal.html | 11082 - The Magician's Ass-istant | |
| pornve.com | Brazzers | https://pornve.com/s74zuzhf2kdc/Alexis_Fawx_Lena_Paul_A_Brazzers_Christmas_Special_Part_4.html | 10266 - A Brazzers Christmas Special: Part 4 | |
| pornve.com | Brazzers | https://pornve.com/s7euevx8hefj/Jada_Fire__Kayla_Paige_-_Its_A_Draw_Lets_Fuck.html | 5019 - It's a Draw  Lets Fuck! | |
| pornve.com | Brazzers | https://pornve.com/s7fbc47e1f0r/London_River_Tyler_Nixon_-_Photocockied_-_Mommy_Got_Boobs_-_Brazzers.html | 3270164 - Photocockied | |
| pornve.com | Brazzers | https://pornve.com/s7jla3l7l6r9/Jezebelle_Bond_-_An_Agreement_Gone_Wrong.html | 8291 - An Agreement Gone Wrong | |
| pornve.com | Brazzers | https://pornve.com/s7qdntaxo9sx/Sophia_Fiore_-_Second_Helping_Of_Ass.html | 7605 - Second Helping of Ass | |
| pornve.com | Reality Kings | https://pornve.com/s8bqgf0qyxg9/MikesApartment_Alice_Miller_-_Lick_My_Lips.html | 6545 - Lick My Lips | |
| pornve.com | Brazzers | https://pornve.com/s8hdts9zydx0/BrazzersExxtra_Cara_Saint_Germain_And_Nekane_-_Sweet_Meme_Lover_2.html | 9712 - Meme Lover 2 | |
| pornve.com | Brazzers | https://pornve.com/s8hl0gm9pbd/Kendra_Lust_Anal_2017_New_English.html | 10359 - Personal Trainers: Session 3 | |
| pornve.com | Brazzers | https://pornve.com/s8nkxm2dn2x5/Ashly_Anderson_Charles_Dera_-_Working_Out_The_Kinks_-_Dirty_Masseur.html | 2867498 - Working Out The Kinks | |
| pornve.com | Brazzers | https://pornve.com/s8nuvy8w082w/Brett_Rossi_-_Last_Dance_With_Brett_Rossi.html | 10582 - Last Dance With Brett Rossi | |
| pornve.com | Brazzers | https://pornve.com/s8qncb0hphw4/Devon_Lee_-_Down_At_The_Cock_Wash.html | 6034 - Down At The Cock Wash | |
| pornve.com | Reality Kings | https://pornve.com/s8qopibsomlv/Sydney_Hail_Bicycle_Rescue.html | 2940350 - Bicycle Rescue | |
| pornve.com | Brazzers | https://pornve.com/s8ssdbjp85l1/Parent_Teacher_Cumference.html | 2340028 - Parent Teacher Cumference | |
| pornve.com | Reality Kings | https://pornve.com/s8wqwh07lwx6/Rebecca_Volpetti_Group_Discount_401709201741.html | 1921774 - Group Discount | |
| pornve.com | Brazzers | https://pornve.com/s8zk1o8qe3fn/Lexi_Luna_-_You_Snore_She_Whores.html | 10084 - You Snore  She Whores | |
| pornve.com | Brazzers | https://pornve.com/s91zrn9agds8/Peta_Jensen_-_Storm_Of_Kings_-_Part_4.html | 8998 - Storm Of Kings XXX Parody: Part 4 | |
| pornve.com | Brazzers | https://pornve.com/s9419pavr1ew/Britney_Amber_-_Holistic_Healing.html | 10348 - Holistic Healing | |
| pornve.com | Brazzers | https://pornve.com/s94j3tjwbiub/Washing_Her_Mouth_Out_With_Cum_Derrick_Ferrari.html | Sexual Education Vol. 8 | |
| pornve.com | Brazzers | https://pornve.com/s9a5evzwe5on/Bridgette_B_Van_Wylde_-_Dreams_Really_Do_Cum_True_-_Mommy_Got_Boobs_-_Brazzers.html | 2945953 - Dreams Really Do Cum True | |
| pornve.com | Brazzers | https://pornve.com/s9af2ouhy6fx/Joseline_Kelly_-_Smoothie_Slut.html | 9115 - Smoothie Slut | |
| pornve.com | Reality Kings | https://pornve.com/s9agmsdozdiy/RKPrime_-_Veronica_Rodriguez_And_Veronica_Vain_Squirt_School.html | 14403 - Squirt School | |
| pornve.com | Brazzers | https://pornve.com/s9e77k3icae3/Charity_Love_-_In_Soviet_Russia_Ass_Fucks_You.html | 5761 - In Soviet Russia  Ass Fucks You! | |
| pornve.com | Brazzers | https://pornve.com/s9f2ywraxncj/Angelina_Ashe__Courtney_Cummz_-_Sponge_Bath.html | 4046 - Sponge Bath | |
| pornve.com | Brazzers | https://pornve.com/s9f6qcdupsf2/Marital_Demise_-_2.html | 6422 - Marital Demise 2 | |
| pornve.com | Brazzers | https://pornve.com/s9m2juog1ag8/Launching_Inside_Londons_Sweet_Asshole_-_London_Keyes__Bill_Bailey.html | 9044 - Launching Inside London's Sweet Asshole | |
| pornve.com | Brazzers | https://pornve.com/s9ng5fx0b6y9/Cindy_Dollar__Cindy_Hope_-_Nothing_In_This_World_Is_Free.html | 5262 - Nothing In This World Is Free | |
| pornve.com | Brazzers | https://pornve.com/s9rrmuc6a2j6/Jessa_Rhodes_-_Your_Father_Fucks_Me_Harder.html | 9253 - Your Father Fucks Me Harder | |
| pornve.com | Brazzers | https://pornve.com/s9t4cir3cjp3/A_Brazzers_Christmas_Special_-_Part_2.html | 10264 - A Brazzers Christmas Special: Part 2 | |
| pornve.com | Reality Kings | https://pornve.com/s9wadwu3bnom/Alexa_Day_All_Day_Alexa.html | 14379 - All Day Alexa | |
| pornve.com | Brazzers | https://pornve.com/s9ysfaale0vm/Asa_Akira_-_Say_Hi_To_Your_Husband_For_Me_-_4.html | 5726 - Say Hi to your Husband for Me: Part 4 | |
| pornve.com | Brazzers | https://pornve.com/s9yvaqzihhtt/Sarah_Jessie_-_Peeping_Tom_Peeping_Mom.html | 6783 - Peeping Tom Peeping Mom | |
| pornve.com | Brazzers | https://pornve.com/sa1wlfzslhv0/Ryan_Conner_Sneaky_Mom_3.html | 3043520 - Sneaky Mom 3 | |
| pornve.com | Brazzers | https://pornve.com/sa5e2t8osswa/Gia_Paige_Jordi_El_Nio_Polla_-_Be_More_Like_Your_Stepsister_-_Teens_Like_It_Big_-_Brazzers.html | 629514 - Be More Like Your Stepsister! | |
| pornve.com | Brazzers | https://pornve.com/sa9znkymzkm9/Alexia_Vosse_-_Teacher_Knows_Breast.html | 8651 - Teacher Knows Breast | |
| pornve.com | Reality Kings | https://pornve.com/sab8svduz1mw/Realitykings_-_Moms_Bang_Teens_-_Hot_For_Hope.html | 13606 - Hot For Hope | |
| pornve.com | Brazzers | https://pornve.com/sac1yeiclqko/Jenaveve_Jolie__Lisa_Ann__Madison_Scott__Sienna_West_-_Death_To_All_But_Brazzers.html | 5131 - Long Live Brazzers! | |
| pornve.com | Brazzers | https://pornve.com/saeoxil6rw9j/Angela_White_Keiran_Lee_-_Pounding_Her_Pantyhose_-_Big_Wet_Butts.html | 2863128 - Pounding Her Pantyhose | |
| pornve.com | Brazzers | https://pornve.com/safj6z4bban2/bex_18_10_30_diamond_kitty_visiting_hour_plower.html | 3010069 - Visiting Hour Plower | |
| pornve.com | Brazzers | https://pornve.com/sai8t7xmh1bb/Kelly_Divine_-_The_Bumtastic_Bumblebee_Girl.html | 5783 - The Bumtastic Bumblebee Girl | |
| pornve.com | Brazzers | https://pornve.com/sanlit6acq7d/Alexis_Breeze_Mason_Moore_-_Brazzers.html | 5070 - The Deadliest Snatch | |
| pornve.com | Brazzers | https://pornve.com/sao5m8bkgoty/Nikki_Delano_-_Capture_The_Queen.html | 3361736 - Capture The Queen | |
| pornve.com | Brazzers | https://pornve.com/sax64w806rag/Kendra_Lust_-_Going_Deep_At_The_Gym.html | 9957 - Entrenamiento Profundo | |
| pornve.com | Brazzers | https://pornve.com/saxccjoo56v/Krissy_Lynn_-_Simple_Biology.html | 7157 - Simple Biology | |
| pornve.com | Brazzers | https://pornve.com/sayfjjj1hsrr/Angelina_Valentine_-_Car_Shop_Cum_Shot.html | Pornstars Like it Big Vol. 7 | |
| pornve.com | Brazzers | https://pornve.com/sazxmk04kpoy/Alanah_Rae_Jessica_Jaymes__Kortney_Kane-Deck_The_Balls_With_Girls_Real_Naughty.html | 5272 - Deck the Balls with Girls real Naughty | |
| pornve.com | Brazzers | https://pornve.com/sb204axxli2h/Kat_Dior_Krissy_Lynn_Wax_On_Wax_Off.html | 11109 - Wax On  Wax Off | |
| pornve.com | Brazzers | https://pornve.com/sbcqnwtr234v/Tiffany_Doll_-_You_Wreck_My_Car_I_Wreck_Your_Ass.html | 8178 - You Wreck My Car I Wreck Your Ass | |
| pornve.com | Brazzers | https://pornve.com/sbcwtatklq6p/Dont_Touch_Her_-_Part_2.html | 10194 - Don't Touch Her 2 | |
| pornve.com | Brazzers | https://pornve.com/sbifm658dzbm/Savana_Styles_-_Blowing_The_Sale.html | 9138 - Blowing The Sale | |
| pornve.com | Reality Kings | https://pornve.com/sbrzxofcat0q/Realitykings__in_the_VIP__So_Much_Pussy.html | 12857 - So Much Pussy | |
| pornve.com | Brazzers | https://pornve.com/sbylzio95u0p/Mia_Lelani_-_Mischievous_Memoirs.html | 6873 - Mischievous Memoirs | |
| pornve.com | Reality Kings | https://pornve.com/sc8altghbtx/MonsterCurves_Marsha_May_-_Assacrobatics.html | 14719 - Assacrobatics | |
| pornve.com | Brazzers | https://pornve.com/sc545cgap08y/Jessie_Rogers_-_Fucking_For_School_President.html | 6723 - Fucking For School President! | |
| pornve.com | Brazzers | https://pornve.com/sc9jx57l050p/Destiny_Dixon_-_Teaching_The_Teacher.html | 8563 - Teaching The Teacher | |
| pornve.com | Brazzers | https://pornve.com/scdes5r4r8x5/What_Wifey_Wants_Adriana_Chechik__Isiah_Maxwell.html | 10841 - What Wifey Wants | |
| pornve.com | Brazzers | https://pornve.com/scfaeoqq1qan/Cathy_Heaven_30_07_2020_Anal_BigTits.html | 3878702 - Jane Doe Private Dick | |
| pornve.com | Brazzers | https://pornve.com/scf62swveh67/NEW_Briana_Banks_-_720p.html | 9535 - My Uncle's GF Wants My Dick! | |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/scmesp502vxw/Tucker_Starr_-_Baddest_Girls_Get_The_Biggest_Dicks.html | 8267 - Baddest Girls Get the Biggest Dicks |
| pornve.com | Brazzers | https://pornve.com/scoqwq6z0tr2/Kenna_James_Keiran_Lee_-_Limo_Nympho_-_Teens_Like_It_Big_-_Brazzers.html | 3314006 - Limo Nympho |
| pornve.com | Brazzers | https://pornve.com/scotsgfsw8yn/Sarah_Jessie_-_Leather_Lust.html | 3012186 - Leather Lust |
| pornve.com | Reality Kings | https://pornve.com/scw2pgic38n8/Bottoms_Up.html | 7733 - Bottoms Up |
| pornve.com | Brazzers | https://pornve.com/sd0e002cd3dv/Harmony_Rose_Katie_Kox_-_Hardcore_On_The_Mat.html | 4017 - Hardcore on the Mat |
| pornve.com | Reality Kings | https://pornve.com/sd0ib2o7d6nj/Poolside_Fantasy.html | 5425 - Poolside Fantasy |
| pornve.com | Brazzers | https://pornve.com/sd0yf8apsodc/Push_Ups_Or_Squats.html | 9772 - Push Ups Or Squats |
| pornve.com | Reality Kings | https://pornve.com/sd3yr5mvf0gb/Lea_Lexis_Xander_Corvus_-_Fucktastic_Gymnastics_-_RK_Prime_-_Reality_Kings.html | 2893977 - Fucktastic Gymnastics |
| pornve.com | Brazzers | https://pornve.com/sd67kmk1hakw/Rhyse_Richards__Rhylee_Richards_-_Sisters_Share_Everything.html | Real Wife Stories |
| pornve.com | Brazzers | https://pornve.com/sd797t6k9gh5/Ava_Addams_-_Interview_With_My_Asshole.html | 5246 - Interview with my Asshole |
| pornve.com | Brazzers | https://pornve.com/sdaj28r81e8j/Brooke_Brand_-_Big_Boobie_Balance_Beam.html | 5063 - Big Boobie Balance Beam |
| pornve.com | Reality Kings | https://pornve.com/sdblm7yjrrqk/Hide_That_Big_Booty_-_Carolina_Sweets_Cadey_Mercury_-_Reality_King.html | 2286654 - Hide That Big Booty |
| pornve.com | Brazzers | https://pornve.com/sdj0vba7k73m/Brazzers_House_2_-_Episode_2.html | 10796 - Brazzers House 2: Day 2 |
| pornve.com | Brazzers | https://pornve.com/sdj8yvea12hr/Fuck_With_The_Police.html | 5377 - Fuck the Police |
| pornve.com | Brazzers | https://pornve.com/sdjba1aksgmd/All_Good_New_Monique_Alexander_And_Danny_D.html | 9336 - Day With A Pornstar: Monique |
| pornve.com | Brazzers | https://pornve.com/sdrxh3twhdgg/_Brazzers_-_Busty_Tory_Rikki_catch_the_nurse_and_fuck_him_.html | 7638 - Peeping Nurse Learns a Lesson |
| pornve.com | Reality Kings | https://pornve.com/sdtsvkth7vg4/RoundAndBrown_19_07_24_Bethany_Benz_Stood_Up_XXX_SD.html | 3212755 - Stood Up |
| pornve.com | Brazzers | https://pornve.com/se1t5yx8tqwe/Is_She_A_Dirty_Cop_Or_Just_A_Dirty_Girl.html | 8424 - All or Nothing |
| pornve.com | Brazzers | https://pornve.com/se77jsvt3v7p/Eva_Ellington_-_My_Purity_Rings_For_Small_Cocks_Only.html | 4177 - My purity ring's for small cocks only |
| pornve.com | Brazzers | https://pornve.com/seaagl05d0zg/Brynn_Tyler__Monique_Alexander_-_New_School_Lesson.html | 6251 - New School Lesson |
| pornve.com | Reality Kings | https://pornve.com/sebhw9t36s1b/Emily_Willis_Charles_Dera_-_Eager_Emily_-_Teens_Love_Huge_Cocks_-_Reality_Kings.html | 3462849 - Eager Emily |
| pornve.com | Reality Kings | https://pornve.com/selsqc6332ms/Slip_It_In_4_S5_Boning_Brookelynn_Brooke_Lynn.html | 13858 - Boning Brookelynn |
| pornve.com | Brazzers | https://pornve.com/sfu0obvt3vrs/Brazzers_Rachel_Starr_Suprise_Rachel_Starr_Brazzers_Milf_Big_Tits_Fake_Tits_Facial_Cum_On_F.html | 4107 - Lessons in lesbian pussy loving |
| pornve.com | Brazzers | | 9095 - Rachel Starr Surprise |
| pornve.com | Brazzers | https://pornve.com/sf01annwevt1/Osa_Lovely_-_The_Stepmom_Of_Your_Dreams.html | 3166287 - The Stepmom of Your Dreams |
| pornve.com | Brazzers | https://pornve.com/sf6i261hmxkx/Brazzers_Show_Me_Yours_Part_Two_PublicBang_Bangbros_Franceska_Jaimes_Outdoor_Public_Public.html | 9080 - Show Me Yours: Part Two |
| pornve.com | Brazzers | https://pornve.com/sf4jfiyh3e7c/Lilith_Lust_Sienna_Day_-_Little_Finger_Big_Cock.html | 7803 - Little Finger Big Cock |
| pornve.com | Reality Kings | https://pornve.com/sf4rgd29ncjy/Bliss_Lei_40Pure_bliss41.html | 8645 - Pure Bliss |
| pornve.com | Reality Kings | https://pornve.com/sf5g3moxkjjb/Big_Tits_Boss_25_2015_Part_5.html | 11925 - Juicy Ginger |
| pornve.com | Brazzers | https://pornve.com/sfdjf07gsg24/Adriana_Chechik_-_Fucking_Fired.html | 3924030 - Fucking Fired |
| pornve.com | Brazzers | https://pornve.com/sff6s31c0w06/Megan_Rain_-_Making_Megan_Moan.html | 3456430 - Making Megan Moan |
| pornve.com | Brazzers | https://pornve.com/sfh1uecrbgwz/alanah_rae.html | 5008 - The Diner down the Road |
| pornve.com | Brazzers | https://pornve.com/sfq1zs6vq52r/Queen_of_Thrones_Part_4.html | 10537 - Queen Of Thrones: Part 4 |
| pornve.com | Reality Kings | https://pornve.com/sfxjltetgv74/Renata_Nunes_Going_Down.html | 14370 - Going Down |
| pornve.com | Reality Kings | https://pornve.com/sfxq2lxu5xgt/LilHumpers_1_S2_Sara_Jay_Dont_Mind_Him.html | Lil Humpers |
| pornve.com | Brazzers | https://pornve.com/sg1vxc57a9nb/Dillion_Carter_-_24_Hour_Quick_Titty_Service.html | 8617 - 24 Hour Quick Titty Service |
| pornve.com | Brazzers | https://pornve.com/sg3086x0yswr/Milfs_Like_it_Big__Brazzers_-_Lisa_Ann_Jordi_El_Nio_Polla_Lisas_Pool_Boy_Toy_.html | 2960395 - Lisa's Pool Boy Toy |
| pornve.com | Brazzers | https://pornve.com/sg449sz8qzty/_Brazzers-_Uniformed_babes_Alektra_and_Monique_punish_the_perv_.html | 7625 - Perving Out on the Perv |
| pornve.com | Brazzers | https://pornve.com/sgkr04abepcs/Maserati_Xander_Corvus_-_Are_You_Getting_Off_-_Brazzers_Exxtra_-_Brazzers.html | 3876718 - Are You Getting Off? |
| pornve.com | Brazzers | https://pornve.com/sgnf0bop7e4oe/Jessica_Starling_-_Jessica_Makes_Music.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/sgq2o17h91cx/Nina_Elle_-_My_Fucking_Boss.html | 8175 - My Fucking Boss |
| pornve.com | Brazzers | https://pornve.com/sgx6i4v7ry9l/JR_Carrington_-_Fun_At_The_Opera.html | 5481 - Fun at the Opera |
| pornve.com | Reality Kings | https://pornve.com/sh1tse4w8apr/Short_Haired_Big_Booty_Ebony.html | 12269 - Bouncy Booty |
| pornve.com | Brazzers | https://pornve.com/sh2jyx75uy9e/Cali_Carter_Xander_Corvus_-_Going_Down_In_A_Blaze_of_Gloryholes_-_Big_Butts_Like_It_Big_-_Brazzers.html | 3983219 - Going Down In A Blaze of Gloryholes |
| pornve.com | Brazzers | https://pornve.com/shbm7gtsctoz/Alexis_Fawx_-_My_Dripping_Wet_Stepmom.html | 9239 - My Dripping Wet Stepmom |
| pornve.com | Reality Kings | https://pornve.com/sheisuggzdbw/GFRevenge_Pussy_prepping.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/shjj90i1tomh/Juelz_Ventura_Kortney_Kane_-_Retirement_Bone.html | 6644 - Retirement Bone |
| pornve.com | Brazzers | https://pornve.com/shl59mpryiq/Abby_Cross_Abigail_Mac_Ava_Addams_-_Studying_Wet_Pussy.html | 7818 - Studying Wet Pussy |
| pornve.com | Brazzers | https://pornve.com/shqjxvi6r0wc/Alex_Chance_-_Learning_The_Two-Stroke_in_Auto_Shop.html | 7485 - Learning the Two-Stroke in Auto Shop |
| pornve.com | Brazzers | https://pornve.com/shrje7jfe5ke/Syren_De_Mer_-_The_XXX_Files.html | 7254 - The XXX Files |
| pornve.com | Brazzers | https://pornve.com/shspmlldam51/Brazzers_-_Peeping_The_Pornstar_Aletta_Ocean_Johnny_Sins_Big_Tits_Big_Dick_Big_Butt_Big_Tits_At.html | 9449 - Peeping The Pornstar |
| pornve.com | Brazzers | https://pornve.com/shyu18eqcp04/Jenna_Haze_Christmas_Punishment_Fucked_In_The_Ass.html | 4497 - Jenna Haze Gets Cock for Christmas |
| pornve.com | Brazzers | https://pornve.com/shzk430z4t6w/Nicolette_Shea_Kyle_Mason_-_Confiscated_Cock_-_Big_Tits_At_School_-_Brazzers.html | 3459959 - Confiscated Cock |
| pornve.com | Brazzers | https://pornve.com/si45gxal3vjt/Phoenix_marie_road.html | 7601 - Public Fucking in the Stretch Limo |
| pornve.com | Brazzers | https://pornve.com/sidbf3pmvyse/Eliza_Jane_-_Dont_Tell_Daddy.html | 10409 - Don't Tell Daddy |
| pornve.com | Brazzers | https://pornve.com/sidk0j5toxbm/Arya_Fae_-_Body_Stocking_Rubdown.html | 10750 - Bodystocking Rubdown 2 |
| pornve.com | Brazzers | https://pornve.com/siem4134f55w/Elsa_Jeans_-_Our_Little_White_Plaything.html | 10396 - Our Cute Little Plaything |
| pornve.com | Brazzers | https://pornve.com/siemx27bzqd1/bex_20_03_11_vanessa_sky_anal_about_chores.html | 3876104 - Anal About Chores |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/sikzgkv6mdx8/Tasha_Reign_-_Tashas_Reign.html | 6781 - Tasha's Reign |
| pornve.com | Reality Kings | https://pornve.com/simwrtxrktk2/Janice_Griffith_Fucked_Hard.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/sin4h0u5yhdlf/Candy_Alexa_-_Coming_For_Candy.html | 10441 - Coming For Candy |
| pornve.com | Brazzers | https://pornve.com/sinqgzf2pvw9/Kennedy_Leigh_-_Nurse_Leigh_Cock_Stalker.html | 7285 - Nurse Leigh Cock Stalker |
| pornve.com | Brazzers | https://pornve.com/siu96lrju53v/Double_Occupancy_23_08_2017.html | 10813 - Double Occupancy |
| pornve.com | Brazzers | https://pornve.com/sj1wh9qqfrky/Ring_toss_Remastered.html | 7290 - Remy's Ring Toss |
| pornve.com | Brazzers | https://pornve.com/sj2kp7ik0e54/A_Family_Affair_2_Part_Three.html | 10544 - A Family Affair 2 - Part Three |
| pornve.com | Reality Kings | https://pornve.com/sj4j5vo1xyvl/GFRevenge_Sexy_nayomi.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/sj6z9lgk93r5/Synthia_Fixx_-_Sex_Toy_Story.html | 10888 - Sex Toy Story |
| pornve.com | Reality Kings | https://pornve.com/sj8npbpi00wv/Zoey_Foxx_Logan_Long_-_Working_Out_With_The_Foxx_-_RK_Prime_-_Reality_Kings.html | 3424613 - Pound Her Drums |
| pornve.com | Brazzers | https://pornve.com/sjel8p5ixd5k/Kiera_King_-_Sammie_Spades_-_Enter_The_Vagin.html | 7089 - Enter the Vagin |
| pornve.com | Brazzers | https://pornve.com/sji73cigq3s4/Jennifer_White_-_Anal_Apocalypse.html | 2675838 - Anal Apocalypse |
| pornve.com | Brazzers | https://pornve.com/sjjenxmzffe7/Brittany_Andrews_-_She_Maid_Me_Fuck_Her_Ass.html | 6682 - She Maid Me Fuck Her Ass |
| pornve.com | Brazzers | https://pornve.com/sjkf68sdkjw5/Brazzers_-_Amia_Miley_What_A_Fucking_Coincidence!.html | 8972 - What A Fucking Coincidence! |
| pornve.com | Reality Kings | https://pornve.com/sjmv6h2mzs6/DAREDORM_63_Ride_Em_Cowgirl_1of2.html | Dare Dorm #16 |
| pornve.com | Brazzers | https://pornve.com/sjpm3k47jp0b/Allie_Haze_Peta_Jensen_-_Anything_He_Desires.html | 9278 - Anything He Desires |
| pornve.com | Brazzers | https://pornve.com/sjppqkyc84ww/Christiana_Cinn_-_Homo_Sexians.html | 2672965 - Homo Sexians |
| pornve.com | Brazzers | https://pornve.com/sjtahqh2xtjz/Monique_Alexander_-_How_To_Destroy_A_Marriage_-_Part_1.html | 7882 - How To Destroy A Marriage : Part One |
| pornve.com | Reality Kings | https://pornve.com/sk820bl0pios/EuroSexParties_Mia_Evans_Vivien_Bell_-_Deep_In_Mia_18_08_2016.html | 14882 - Deep In Mia |
| pornve.com | Brazzers | https://pornve.com/sk865zw815a7/BrazzersExxtra_-_Whenever_Wherever_However.html | 8491 - Whenever Wherever However |
| pornve.com | Brazzers | https://pornve.com/ske14m225y2m/Audrey_Bitoni_-_Fantasy_Hospital.html | 6814 - Fantasy Hospital |
| pornve.com | Brazzers | https://pornve.com/skf0qz40b4rb/Bridgette_B_-_Getting_My_Hands_On_A_MILF.html | 10870 - Getting My Hands On A MILF |
| pornve.com | Brazzers | https://pornve.com/skfx9gkvofyp/DirtyMasseur_Vicki_Chase_Keiran_Lee_The_Oil_Spill.html | 2590194 - The Oil Spill |
| pornve.com | Brazzers | https://pornve.com/skh32fb5tudb/BigWetButts_Luna_Star_Anal_About_My_Jeans_09_12_2016.html | 10319 - Anal About My Jeans |
| pornve.com | Brazzers | https://pornve.com/skhqwocdqu4x/Abella_Danger_Karma_Rx_-_Neon_Dreaming.html | 3648600 - Neon Dreaming |
| pornve.com | Brazzers | https://pornve.com/skjcbev2q95d/Leigh_Darby_Stella_Cox_-_My_Stepmom_the_Control_Freak.html | 8319 - My Stepmom the Control Freak |
| pornve.com | Brazzers | https://pornve.com/skkfidd5t5ix/Alina_Li_Carmen_Caliente_-_Spin_The_Dildo.html | 8172 - Spin The Dildo |
| pornve.com | Brazzers | https://pornve.com/sknmff5x57c7/Madelyn_Monroe_-_Pussy_For_The_Private_Chef.html | 3456815 - Pussy For The Private Chef |
| pornve.com | Reality Kings | https://pornve.com/sknjsh2x0pst/Drilling_Mommy_12_S3_Reagan_Foxx.html | 3348893 - Surveying The Milf |
| pornve.com | Brazzers | https://pornve.com/skp9eqv4s4yr/Tiffany_Tyler_-_Slutty_Seconds.html | 7066 - Slutty Seconds |
| pornve.com | Brazzers | https://pornve.com/skqm380mf8fl/Mount_Anal.html | 8820 - Mount Anal |
| pornve.com | Brazzers | https://pornve.com/skvuqa74hb0o/RWS_18_04_03_Mia_Kelani_The_Wife_1_Password.html | 2443204 - The Wife-1 Password |
| pornve.com | Brazzers | https://pornve.com/skxeb9tci3n9/Alura_TNT_Jenson_Tyler_Nixon_-_Draining_The_Plumbers_Cock_-_Mommy_Got_Boobs_-_Brazzers.html | 3770234 - Draining The Plumber's Cock |
| pornve.com | Brazzers | https://pornve.com/skzcrlq1y37w/Georgie_Lyall_-_Georgies_Workout_Plan.html | 2357131 - Georgie's Workout Plan |
| pornve.com | Brazzers | https://pornve.com/sl02oe4vukjv/Brazzers_-_Slim_tattooed_teen_Marley_Brinx_gets_her_pussy_checked_out_.html | 10514 - Cunnilingus: A ZZ Medical Study |
| pornve.com | Brazzers | https://pornve.com/sl1jh49trklo/Sibling_Rivalry_3_40Anya_Ivy_Aaliyah_Hadid41.html | 10663 - Sibling Rivalry 3 |
| pornve.com | Brazzers | https://pornve.com/sl2hgn1rzyx6/Ava_Addams_Keiran_Lee_-_Rent-A-Pornstar_-_The_Lonely_Bachelor_-_Pornstars_Like_It_Big.html | 2842847 - Rent-A-Pornstar: The Lonely Bachelor |
| pornve.com | Brazzers | https://pornve.com/sl3340bbms56/Mia_Malkova_-_Die_Hardcore_-_Part_2.html | 11102 - Die Hardcore: Part 2 |
| pornve.com | Brazzers | https://pornve.com/sl35i07cveou/ANAL_Threesome_Diamond_Kitty_And_Kelsi_Monroe_BBLIB.html | 9357 - So You Think You Can Twerk? |
| pornve.com | Brazzers | https://pornve.com/sl4sqcsf7g1m/Brazzers_-_Aryana_Adin_Double_Timing_Wife_3.html | 2432382 - Double Timing Wife 3 |
| pornve.com | Brazzers | https://pornve.com/sl85prewd64r/Claire_Dames_-_Birthday_Butt_Fuck.html | 4635 - Birthday Butt Fuck |
| pornve.com | Brazzers | https://pornve.com/sl8pwcjpc75g/Julia_Ann_-_Lost_In_Brazzers_-_Episode_2.html | 9516 - Lost In Brazzers Episode 2 |
| pornve.com | Reality Kings | https://pornve.com/sldpvfxi6ffl/Brenna_Sparks_Hot_Asian_Massage.html | 15138 - Sparks It Up |
| pornve.com | Brazzers | https://pornve.com/sldpvfxi6ffl/Chanel_Preston_-_Making_A_Mess_On_The_Maid.html | 2639285 - Making A Mess On The Maid |
| pornve.com | Brazzers | https://pornve.com/slg5a6pnz1qy/Nikki_Delano_Alex_Legend_-_Maid_For_Anal_2_-_Big_Wet_Butts_-_Brazzers.html | 3040636 - Maid For Anal 2 |
| pornve.com | Brazzers | https://pornve.com/slhtqdbp4anj/Angelica_Taylor_-_Anal_Swinger.html | 11062 - Anal Swinger |
| pornve.com | Brazzers | https://pornve.com/slive8gtmlpv8/Large_boobs_porn_video_featuring_Peta_Jensen_and_Marc_Rose.html | 8999 - When Wives Get Lonely |
| pornve.com | Brazzers | https://pornve.com/slk0k8lnybr9/Chanel_Preston_-_Whats_For_Dinner.html | 9779 - What's For Dinner? |
| pornve.com | Brazzers | https://pornve.com/slmxtychukx9/Brooklyn_Chase_-_Laying_Pipe_with_the_Bros_parody.html | 7741 - Laying Pipe with the Bros |
| pornve.com | Brazzers | https://pornve.com/slob2w6lzmjq/Jenna_Presley_Nikki_Sexx_-_The_Only_Roommate.html | 6694 - The Only Roommate |
| pornve.com | Brazzers | https://pornve.com/slpbu0d9wjz/Kira_Noir_-_Dirty_Double_Dare.html | 3768273 - Dirty Double Dare |
| pornve.com | Brazzers | https://pornve.com/slqmievtc2ms/Alexis_Ford_Asa_Akira_-_Babes_In_Black.html | 6553 - Babes in Black 2 |
| pornve.com | Brazzers | https://pornve.com/slvi6hsrchje/Lauren_Phillips_Maya_Kendrick_Scott_Nails_-_Preppies_In_Pantyhose_4_-_Real_Wife_Stories_-_Brazzers.html | 3359572 - Preppies In Pantyhose: Part 4 |
| pornve.com | Brazzers | https://pornve.com/sm0353u4713u/Bridgette_B_-_Playful_Booty.html | 5128 - Playful Booty |
| pornve.com | Brazzers | https://pornve.com/sm2bwqzvvvgm/Flower_Tucci_Harmony_Rose_Phoenix_Marie_-_Triple_Butt_Pump.html | 3964 - Triple Butt Pump |
| pornve.com | Brazzers | https://pornve.com/sm5fz2yapba/Olivia_Austin_Ricky_Johnson_-_Poolside_Fucking_-_Brazzers_Exxtra_-_Brazzers.html | 3796226 - Poolside Fucking |
| pornve.com | Brazzers | https://pornve.com/sm7c2iltw0s8/Ivy_Lebelle_-_Dystopian_Dicking.html | 2947198 - Dystopian Dicking |
| pornve.com | Reality Kings | https://pornve.com/sm9c4ta9fmtm/Chanel_Preston_Seth_Gamble_Horny_Hostess.html | 2011515 - Horny Hostess |
| pornve.com | Brazzers | https://pornve.com/smm884365vzw/Kayla_Paige_-_Air_ConTiTioning.html | 5058 - Air ConTiTioning |
| pornve.com | Brazzers | https://pornve.com/smn6gcxhmfn3/Abella_Danger_-_Dancing_Domme.html | 3796236 - Dancing Domme |
| pornve.com | Brazzers | https://pornve.com/smpjlv6yt6cn/Lisa_Ann_-_Moms_Guide_To_Throwing_A_Party.html | 5740 - Mom's Guide To Throwing A Party |
| pornve.com | Brazzers | https://pornve.com/sms0jnpgnuny/Panties_thief_sean_lawless_tales_punished_by_her_stepdaughter.html | 10087 - My Stepbrother The Panty Thief |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/sms5hz7jna2r/Julia_Ann_-_Stop_Or_My_Mom_Will_Fuck.html | 5165 - Stop! Or My Mom Will Fuck! |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/sn1j0zmvep6n/Vienna_Black_-_Sex_Shop_Hop.html | 2286642 - Sex Shop Hop |
| pornve.com | Brazzers | https://pornve.com/sn2syhmt24ia/Alix_Lynx_Charles_Dera_-_Alix_Is_Off_The_Wall_-_Baby_Got_Boobs_-_Brazzers.html | 3773939 - Alix Is Off The Wall |
| pornve.com | Brazzers | https://pornve.com/sn8gjjdn998u/DirtyMasseur_-_Alyssia_Kent_-_Rub_Me_The_Right_Way.html | 3609694 - Rub Me The Right Way |
| pornve.com | Brazzers | https://pornve.com/sndgxb5ls9cu/Madison_Ivy_Monique_Alexander_Nicolette_Shea_Johnny_Sins_1_800_Phone_Sex_Line_8.html | 11107 - 1 800 Phone Sex: Line 8 |
| pornve.com | Brazzers | https://pornve.com/sn99xf6js8j/Alexis_Fawx_-_Super_MILF.html | 2947159 - Super MILF |
| pornve.com | Brazzers | https://pornve.com/snjn3l2xzpat/Zoe_Clark_-_Friend_Zone_Bone.html | 10986 - Friend Zone Bone |
| pornve.com | Brazzers | https://pornve.com/snjprrzeojq8/The_Ole_Switcheroo_Brazzers.html | 9417 - The Ole Switcheroo |
| pornve.com | Brazzers | https://pornve.com/snnwazvb16dl/Ava_Adams_-_1_800_Phone_Sex_-_The_Package.html | 3226159 - The Package |
| pornve.com | Brazzers | https://pornve.com/snpeqow5p8lo/Haley_Wilde_Juelz_Ventura_-_The_Exs_Anal_Payback.html | 6885 - The Ex's Anal Payback |
| pornve.com | Brazzers | https://pornve.com/snrb8z3g0tck/Sincerre_Lemore_-_Side_Effects.html | 4041 - Side Effects |
| pornve.com | Reality Kings | https://pornve.com/snu8j9atc2hd/Mirella_Mansur_-_Thick_Ass.html | 14978 - Thick Ass |
| pornve.com | Reality Kings | https://pornve.com/snyhudgv18d3/MilfHunter_16_01_04_Monique_Alexander_Miss_Monique.html | 14299 - Miss Monique |
| pornve.com | Brazzers | https://pornve.com/snylcxgmjdi3/Erica_Fontes_-_Banging_A_Couchsurfing_Slut.html | 8392 - Banging a Couchsurfing Slut |
| pornve.com | Brazzers | https://pornve.com/so0k08ytcp1r/Kagney_Linn_Karter_-_Post-Match_Pussy_-_Part_2.html | 9493 - Post-Match Pussy Part Two |
| pornve.com | Brazzers | https://pornve.com/so0xlly9jh2j/Phoenix_Marie_-_White_Trash_Goes_Whore.html | 5572 - WHITE TRASH GOES WHORE! |
| pornve.com | Brazzers | https://pornve.com/so2f17p6x9qq/Katie_Morgan_-_Massaged_By_Her_Mother.html | 11079 - Massaged By Her Mother |
| pornve.com | Brazzers | https://pornve.com/so39w9lbq26u/Angelina_Ashe_-_Into_The_Deep_Dark_Blue.html | 4134 - Into The Deep Dark Blue |
| pornve.com | Brazzers | https://pornve.com/so86u6rxb2ll/_Katy_and_Brooklyn_sharing_big_cock_.html | 9759 - Going Out And In |
| pornve.com | Brazzers | https://pornve.com/so8tc8utbcbm/Abbey_Brooks_-_Cultural_Fetishism.html | 6936 - Cultural Fetishism |
| pornve.com | Brazzers | https://pornve.com/soi21144rjow/Bridgette_B_-_Garden_Hoes.html | 8245 - Garden Hoes |
| pornve.com | Brazzers | https://pornve.com/soi74u1db622/Lena_Paul_-_Final_Exam_Slam_Session.html | 10548 - Final Exam Slam Session |
| pornve.com | Brazzers | https://pornve.com/soirp6w5n58u/Penny_Pax_-_Straightening_Her_Out.html | 9465 - Straightening Her Out |
| pornve.com | Brazzers | https://pornve.com/sor7lzubnuyv/Courtney_Taylor_-_Anniversary_Switch.html | 3166915 - Anniversary Switch |
| pornve.com | Brazzers | https://pornve.com/sove341jjhbp/BigWetButts_-_Valentina_Ricci_-_Clean_Up_On_Aisle_Valentina.html | 2365289 - Clean Up On Aisle Valentina |
| pornve.com | Brazzers | https://pornve.com/sp37p4cf1w04/_Brazzers_-Big_Booty_Kayla_Kayden_Gets_Her_Tight_Ass_Fuck_By_Xander_Big_Dick_.html | 11170 - Radiant Booty |
| pornve.com | Brazzers | https://pornve.com/sp7nt2fhjp89/Alix_Lynx_-_Sloppy_Professionalism.html | 9340 - Sloppy Professionalism |
| pornve.com | Reality Kings | https://pornve.com/sp86elptvizc/FirstTimeAuditions_17_02_27_Daisy_Mae_Cute_Skater_Chick_XXX_-KTR.html | 15151 - Cute Skater Chick |
| pornve.com | Brazzers | https://pornve.com/spbka0verrh6/Nikki_Benz_-_Toying_With_A_Pornstar.html | 10032 - Toying With A Pornstar |
| pornve.com | Brazzers | https://pornve.com/spd1i1rge84b/Ava_Addams_-_Youre_Busted_Im_Busty.html | 5354 - You're Busted I'm Busty |
| pornve.com | Brazzers | https://pornve.com/spfakt1oircq/MommyGotBoobs_Ariella_Ferrera_Homemade_American_Tits_-_12_11_2016.html | 10281 - Homemade American Tits |
| pornve.com | Brazzers | https://pornve.com/spkvfn43rhtx/Big_Tits_At_School_-_Juelz_Ventura_And_Romi_Rain_in_After_School.html | 7927 - After School Titty Special |
| pornve.com | Brazzers | https://pornve.com/spm3a6lj559x/Christy_Mack_-_Mechanic_Mammaries.html | 6625 - Mechanic Mammaries |
| pornve.com | Brazzers | https://pornve.com/sq0fw047wwh6/Audrey_Bitoni_-_The_Insomniac_Sucker.html | 9805 - El Mamador con Insomnio |
| pornve.com | Reality Kings | https://pornve.com/sq0kvm66p34d/Fernanda_Magalhoes_-_Cycling_Pussy.html | 5943 - Cycling Pussy |
| pornve.com | Brazzers | https://pornve.com/sq1avsmzj898/Brooklyn_Gray_Keiran_Lee_-_Im_Your_Biggest_Fan_-_Teens_Like_It_Big_-_Brazzers.html | 3646854 - I'm Your Biggest Fan |
| pornve.com | Brazzers | https://pornve.com/sq1jnu8qnfnh/Krissy_Lynn_Robby_Echo_Back_To_School_Banging.html | 2305129 - Back To School Banging |
| pornve.com | Reality Kings | https://pornve.com/sq22d5yphmh3/Sneaky_Sex.html | 1944935 - My Stepsisters Girlfriend |
| pornve.com | Brazzers | https://pornve.com/sq2m9bxuncm1/Diamond_Jackson_-_Eye_On_The_Infield.html | 2569900 - Eye on the Infield |
| pornve.com | Brazzers | https://pornve.com/sq36lremmr4m/Darcy_Tyler_-_Tasty_Deposit.html | 6473 - Tasty Deposit |
| pornve.com | Brazzers | https://pornve.com/sq4f5dqtfy3p8/Jenna_Ivory_Layla_Price_-_A_First_Time_For_Everything.html | 8669 - A First Time For Everything |
| pornve.com | Brazzers | https://pornve.com/sq8vlu8py2k9/LaSirena69_Charles_Dera_-_An_Exotic_And_Erotic_Student_-_Big_Tits_At_School_-_Brazzers.html | 3648014 - An Exotic And Erotic Student |
| pornve.com | Brazzers | https://pornve.com/sq9s6qdv649a/Rio_Lee_-_Getting_It_Out_Of_Their_Systems.html | 8193 - Getting It Out Of Their Systems |
| pornve.com | Brazzers | https://pornve.com/sqbvznxyphz3/Alyssia_Kent_-_Getting_Good_Vibes.html | 3797044 - Getting Good Vibes |
| pornve.com | Brazzers | https://pornve.com/sqgfcwo3uh7j/Reagan_Foxx_-_Shy_Moms_First_Squirt.html | 10683 - Shy Mom's First Squirt |
| pornve.com | Brazzers | https://pornve.com/sqi1hk52bdua/McKenzie_Lee_-_Gigantic_Melon_Balloons.html | 4080 - Gigantic Melon Balloons |
| pornve.com | Brazzers | https://pornve.com/sqi7vza60t03/Rachel_Starr_-_The_Rachel_Remote.html | 5541 - The Rachel Remote |
| pornve.com | Brazzers | https://pornve.com/sqj3dz7gocan/Alexis_Fawx_-_Mommy_Nudist.html | 3170685 - Mommy Nudist |
| pornve.com | Brazzers | https://pornve.com/sqk8ent3z97u/Brett_Rossi_Keiran_Lee_-_Stocking_Stuff-Her_-_Big_Wet_Butts_-_Brazzers.html | 3032005 - Stocking Stuff-Her |
| pornve.com | Brazzers | https://pornve.com/sqm5j8ux2b3c/Evelin_Stone_-_Get_Off_The_Phone.html | 11053 - Get Off The Phone |
| pornve.com | Brazzers | https://pornve.com/sr2rdwv5158z/My_Friends_Blindfolded_Mom_Jewels_Jade__Ryan_Ryder.html | 9545 - My Friend's Blindfolded Mom |
| pornve.com | Brazzers | https://pornve.com/sr6mzcc86uy3/Whitney_Westgate_-_Vlogging_About_Big_Cocks.html | 8441 - Vlogging About Big Cocks |
| pornve.com | Brazzers | https://pornve.com/sramjtx5k9xi/Brazzers_-_India_Summer_Show_Me_The_Yoni.html | 2635475 - Show Me The Yoni |
| pornve.com | Brazzers | https://pornve.com/srb35mtyv5nj/Lisa_Ann_-_Youve_Got_The_Touch.html | 4912 - You've Got The Touch |
| pornve.com | Brazzers | https://pornve.com/sree4ss3pnp8/Alena_Croft_-_Mammary_Lapse.html | 7173 - Mammary Lapse |
| pornve.com | Brazzers | https://pornve.com/sreemxuzrm50/Brazzers_The_Fittest_Fuck_Brazzers_Summer_Brielle_Tyler_Nixon_Baby_Got_Boobs_Ass_Worship_Big.html | 8232 - The Fittest Fuck |
| pornve.com | Brazzers | https://pornve.com/srh019pntqxd/Nicole_Bexley_-_The_Listener.html | 10260 - The Listener |
| pornve.com | Brazzers | https://pornve.com/srhu3syclikk/Brazzers_-_Madison_Ivy_-_The_Assistants_Affair.html | 3456826 - The Assistant's Affair |
| pornve.com | Brazzers | https://pornve.com/srkdw6vygrin/Blake_Eden_Phoenix_Marie_-_Phoenix_vs_Blake.html | 9333 - Phoenix vs. Blake |
| pornve.com | Brazzers | https://pornve.com/srkrd7wrtigp/Angelina_Valentine_Avy_Scott_-_Daydreaming_Of_Deepthroat.html | Brazzers Big Tits At School #9 |
| pornve.com | Reality Kings | https://pornve.com/srqmw10y3mkw/Money_Talks_try_and_buy_big.html | 8133 - Try And Buy |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/srsh1eqx5yy3/Sybil_A_Kailena_-_Sybil_Shows_Off_Her_Pussy.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/ss3u71jqcs8j/Karmen_Karma_-_Banging_Her_Brother-In-Law.html | 3043523 - Banging Her Brother-In-Law |
| pornve.com | Brazzers | https://pornve.com/ss57xuscrwzh/PornstarsLikeItBig_-_Lisa_Ann_-_Seduction_For_Sport.html | 3471695 - Seduction For Sport |
| pornve.com | Brazzers | https://pornve.com/ss5c2gl45b6v/plib_20_03_22_madison_ivy_and_liv_wild_a_wild_night.html | 3878715 - A Wild Night |
| pornve.com | Brazzers | https://pornve.com/ss71jj3h85rn/_Ariana_Marie_Nicole_Aniston_Yoga_Freaks_Episode_Seven_14_01_2017_rq_1k.html | 10342 - Yoga Freaks: Episode Seven |
| pornve.com | Brazzers | https://pornve.com/ssabtbsike7j/Brazzers_-_Diamond_Jackson_And_Aspen_Rose_You_May_Now_Peg_The_Bride.html | 2635569 - You May Now Peg The Bride |
| pornve.com | Brazzers | https://pornve.com/ssajoz3fvrxu/Charlotte_Cross_-_ZZ_Lemonade.html | 9767 - ZZ Lemonade: Charlotte Cross |
| pornve.com | Brazzers | https://pornve.com/sshzloc3xf3n/_Brazzers-_Gorgeous_babe_Kendall_Kayden_gets_a_hard_fucking_in_the_kitchen_.html | 11192 - Busted At The Babyshower |
| pornve.com | Brazzers | https://pornve.com/ssitjhhili6y/Ava_Addams__Isis_Taylor_-_Cumly_Cleaners.html | 6450 - Cumly Cleaners |
| pornve.com | Brazzers | https://pornve.com/ssljgpy4ht14/Diamond_Jackson_-_To_Prank_A_Skank.html | 6676 - To Prank A Skank |
| pornve.com | Brazzers | https://pornve.com/ssoz0wfj30h5/Black_Cherry_Pie_.html | 9751 - Black Cherry Pie |
| pornve.com | Brazzers | https://pornve.com/sssc582u3wbc/Alexis_Ramirez__Rebeca_Linares_-_Tierra_Prohibida.html | 4767 - Tierra Prohibida |
| pornve.com | Brazzers | https://pornve.com/ssu45wav5c5d/Angelina_Valentine__Rebeca_Linares_-_Open_Your_Fucking_Mouth_And_Eat_My_Cunt.html | 4973 - Open Your Fucking Mouth and Eat My Cunt |
| pornve.com | Brazzers | https://pornve.com/ssvhdrnn6zu9/Ariella_Ferrera_Charles_Dera_-_Take_A_Seat_On_My_Dick_2_-_Real_Wife_Stories_-_Brazzers.html | 3042339 - Take A Seat On My Dick 2 |
| pornve.com | Brazzers | https://pornve.com/stb9kdf8043/no_husbands_allowed_remastered.html | 8633 - No Husbands Allowed |
| pornve.com | Brazzers | https://pornve.com/stg3byro5att/harlow_harrison_the_suburban_skank.html | 9282 - The Suburban Skank |
| pornve.com | Brazzers | https://pornve.com/stlktdglju1v/Ivy_Lebelle_-_Special_Tasks_-_BrazzersExxtra.html | 3966757 - Special Tasks |
| pornve.com | Brazzers | https://pornve.com/stoaq69zk0sa/Tara_Holiday_Stepmom_Soothes_The_Groom_Mommy_Issues_2.html | 8925 - Stepmom Soothes The Groom |
| pornve.com | Brazzers | https://pornve.com/stp8vux9jfug/Athena_Palomino_-_Risque_Roses.html | 2437985 - Risque Roses |
| pornve.com | Brazzers | https://pornve.com/stvxsv9t1xa4/Lisa_Ann__Nikki_Benz_-_Reservoir_Sluts.html | 5483 - Reservoir Sluts |
| pornve.com | Brazzers | https://pornve.com/stzfliv5frc7/Tiffany_Brookes_-_Wedding_Planning.html | 2417511 - Wedding Planning Pt. 1 |
| pornve.com | Brazzers | https://pornve.com/su840en6gb56/My_Dirty_Talking_Prof_Audrey_Bitoni.html | 9428 - My Dirty Talking Prof |
| pornve.com | Brazzers | https://pornve.com/subzbm0laxfg/Assfucking_Like_Rabbits.html | 8050 - Assfucking like Rabbits |
| pornve.com | Brazzers | https://pornve.com/sudu0opoorb9p/Mia_Li_-_Lets_Both_Fuck_Her.html | 9237 - Let's Both Fuck Her |
| pornve.com | Brazzers | https://pornve.com/suemr0ftrjl4/fuck_secretary.html | 9464 - The Vag-itarian |
| pornve.com | Brazzers | https://pornve.com/sunl7yymtxkz/Phoenix_Marie_-_Librarian_In_Heat.html | 5688 - Librarian In Heat |
| pornve.com | Brazzers | https://pornve.com/sujm3qlq6/Nina_Elle_-_Crawling_To_Another_Cock.html | 3876010 - Crawling To Another Cock |
| pornve.com | Brazzers | https://pornve.com/sur5thblk4qa/Georgie_Lyall__Mia_Malkova_-_Spilling_The_Gardeners_Seed.html | 8327 - Spilling the Gardener's Seed |
| pornve.com | Brazzers | https://pornve.com/surcxetjqk5a/NA_New_Hot_Sexy_MILF_Nikki_Benz.html | 4957 - In Miami |
| pornve.com | Reality Kings | https://pornve.com/susutpy53nks/Scarlett_Jennings_-_Suck_It_Out.html | 14220 - Suck It Out |
| pornve.com | Brazzers | https://pornve.com/sut6jx74wq2g/Kendra_Lust_-_Good_Cock_Bad_Cop.html | 7518 - Good Cock  Bad Cop |
| pornve.com | Brazzers | https://pornve.com/suwxx8lzpfvt/Mischa_Brooks__Sheena_Shaw_-_Bouncing_Bunny_Butt.html | 7328 - Bouncing Bunny Butt.html |
| pornve.com | Brazzers | https://pornve.com/sv485t1a18ck/Jade_Jantzen_-_Yoga_Freaks.html | 9556 - Yoga Freaks: Episode Three |
| pornve.com | Brazzers | https://pornve.com/sv4e7e3e06g5/Brazzers_-_Lets_Spy_On_My_Stepdaughter.html | 9008 - Let's Spy On My Stepdaughter |
| pornve.com | Brazzers | https://pornve.com/sv71ravcmjtu/Emily_B_-_This_Pharmacist_Can_Fuck_Off.html | 8262 - This Pharmacist Can Fuck Off |
| pornve.com | Brazzers | https://pornve.com/sv96jnvlrmiq/Erica_Fontes_-_The_Honey_Beaver.html | 6587 - The Honey Beaver |
| pornve.com | Brazzers | https://pornve.com/svi68xskr13e/Eva_Karera_-_Foreva_A_Fantasy.html | 7992 - Foreva a Fantasy |
| pornve.com | Brazzers | https://pornve.com/svpc2ozacgel/DirtyMasseur__Brazzers_Peta_Jensen_-_Massaging_Peta.html | 9598 - Massaging Peta |
| pornve.com | Brazzers | https://pornve.com/svqab0887lhj/Brazzers_My_roommates_hot_girlfriend_Brazzers_Dirty_Masseur_Amia_Miley_Brunette_Keiran_Lee_Fu.html | 10736 - My Roommate's Hot Girlfriend |
| pornve.com | Brazzers | https://pornve.com/svryl63gb5rg/Rachel_Starr_-_720p.html | 5541 - The Rachel Remote |
| pornve.com | Brazzers | https://pornve.com/svrz813ngfni/AJ_Applegate_-_Open_The_Applegates.html | 7235 - Open the Applegates |
| pornve.com | Brazzers | https://pornve.com/svvg92xnopn4/Kitty_Bella_-_The_Mix_Up.html | 4738 - The Mix Up |
| pornve.com | Brazzers | https://pornve.com/svx7epsczf5t/Bella_Bellz_-_Her_Thick_Thieving_Ass.html | 8781 - Her Thick  Thieving Ass |
| pornve.com | Brazzers | https://pornve.com/sw1ybrmonqos/Eva_Karera_-_The_Big_Titted_Ballerina.html | 4182 - The Big Titted Ballerina |
| pornve.com | Brazzers | https://pornve.com/sw43k372lvj/Holly_Sampson_-_Keys_To_The_V_I_Pussy.html | 3982 - Keys to the V.I. Pussy |
| pornve.com | Brazzers | https://pornve.com/sw483tmgdj4q/DoctorAdventures_17_01_22_Chanel_Preston_And_Veruca_James_Nurse_A_Cock_In_Her_XXX_KTR.html | 10374 - Nurse A Cock In Her |
| pornve.com | Brazzers | https://pornve.com/sw4dhikxmlez/Bonnie_Rotten_-_The_Gaped_Crusader.html | 8310 - The Gaped Crusader |
| pornve.com | Brazzers | https://pornve.com/sw7nqpba9rh9/Payton_West_-_The_Cock_In_The_Doc.html | 8733 - The Cock In The Doc |
| pornve.com | Brazzers | https://pornve.com/swaosy5xzwxr/Veronica_Avluv_-_Stroke_It_For_Me.html | 9456 - Stroke It For Me |
| pornve.com | Brazzers | https://pornve.com/swohfy45td9/Kiara_Lord_Cheating_Whore_Cheating_Whore_23_10_2020_Hardcore_BigTits.html | 4419189 - Cheating Whore |
| pornve.com | Brazzers | https://pornve.com/swozz65719a3/Monique_Alexander_-_Pinkblot_Test.html | 11013 - Pinkblot Test |
| pornve.com | Brazzers | https://pornve.com/swp6rte24xo9/Peta_Jensen_-_Our_Little_Masquerade.html | 9099 - Our Little Masquerade |
| pornve.com | Brazzers | https://pornve.com/swri0layost/Devon_-_Clearly_Fuckable.html | 7101 - Clearly Fuckable |
| pornve.com | Brazzers | https://pornve.com/swxmqds3ue7y/Alex_Chance_-_Take_My_Anal_Virginity_Instead.html | 7771 - Take My Anal Virginity Instead |
| pornve.com | Brazzers | https://pornve.com/swypqve6j61q/Marley_Brinx_-_Sent_Home_For_Sucking_Dick.html | 9252 - Sent Home For Sucking |
| pornve.com | Brazzers | https://pornve.com/swz6uxdqkbez/Kacey_Jordan_-_Kacey_The_Cutest.html | 4611 - Kacey The Cutest! |
| pornve.com | Brazzers | https://pornve.com/sx1x7kxu0hz2/Ryan_Conner_Teaches_A_Young_Couple_How_To_Fuck.html | 9768 - Sharing The Shower 2 |
| pornve.com | Brazzers | https://pornve.com/sx4n1wwnei7e/Lela_Star_Small_Hands_-_Never_Enough_Oil_-_Dirty_Masseur_-_Brazzers.html | 3425273 - Never Enough Oil |
| pornve.com | Reality Kings | https://pornve.com/sx8hbopn8a6q/Aaliyah_Hadid_-_Ctrl_Alt_Titties.html | 1799061 - Ctrl Alt Titties |
| pornve.com | Brazzers | https://pornve.com/sxa26fluu9dc/Romi_Rain__Sarah_Jessie_-_Kiss_My_Ass_Tat.html | 6957 - Kiss My Ass Tat |
| pornve.com | Reality Kings | https://pornve.com/sxahgzhecjtz/Jayden_Roof_Top_Romp_-_720p.html | 8316 - Roof Top Romp |
| pornve.com | Brazzers | https://pornve.com/sxb2es5sj5qt/Jasmine_Black_-_European_Interrogation.html | 5673 - European Interrogation |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/sxcdj67zeyof/Holly_Tyler_-_Sexy_Time_At_The_Spa.html | 6598 - Sexy Time at the Spa |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/sxeq1rd049u2/Kali_Roses_Ramon_Nomar_-_Fucking_On_The_Brink_-_RK_Prime_-_Reality_Kings.html | 3128077 - Fucking On The Brink |
| pornve.com | Brazzers | https://pornve.com/sxjv7r03e7w7/Ashley_Adams_-_Make-Up_Sexam.html | 2639288 - Make-Up Sexam |
| pornve.com | Brazzers | https://pornve.com/sxpzrk9amayq/Jezabel_Vessir_Sarah_Jessie_-_Hot_And_Meania.html | 10276 - ZZ Presents: Hot And Meania |
| pornve.com | Reality Kings | https://pornve.com/sxtn1s8be9fp/Savana_Styles_-_Driving_Ms_Styles.html | 15211 - Driving Ms Styles |
| pornve.com | Brazzers | https://pornve.com/sxu2ww9wr3o6/Brazzers_-_Horny_Sailor_Leyla_Falcon_find_a_nice_big_cock_to_suck_and_fuck_.html | 8147 - What Do You Do With A Horny Sailor? |
| pornve.com | Brazzers | https://pornve.com/sxuqmwewfoee/Bonnie_Rotten_-_Cum_Thru.html | 2851318 - Cum Thru |
| pornve.com | Brazzers | https://pornve.com/sxxelj78ao6t/MommyGotBoobs_-_Brazzers_Ariella_Ferrera_-_My_Sons_Best_Friends.html | 9611 - My Son's Best Friends |
| pornve.com | Brazzers | https://pornve.com/sxxigkybldgr/Darcie_Dolce_Desiree_Dulce_Van_Wylde_-_Stepsibling_Rivalry_-_Brazzers_Exxtra_-_Brazzers.html | 3648044 - Stepsibling Rivalry |
| pornve.com | Brazzers | https://pornve.com/sxy63sgnt8z9/Nina_Kayy_Raven_Bay_-_Masseuse_Training_101.html | 10103 - Masseuse Training 101 |
| pornve.com | Reality Kings | https://pornve.com/sy0ar0ifpefv/Money_Talks_good_tipper_big.html | 7898 - Good Tipper |
| pornve.com | Reality Kings | https://pornve.com/sy0dja10hws4/Karma_Rx_-_Sneaky_Webcam_Slut.html | 1990605 - Sneaky Webcam Slut |
| pornve.com | Brazzers | https://pornve.com/sy5laulgm7i1/Ryan_Conner_-_That_Big_Tasty_Ding_Dong.html | 9056 - That Big Tasty Ding Dong |
| pornve.com | Reality Kings | https://pornve.com/sy6kv894vaax/Valentina_Nappi_Zac_Wild_-_Curvy_Cleaning_-_Monster_Curves_-_Reality_Kings.html | 3348909 - Curvy Cleaning |
| pornve.com | Brazzers | https://pornve.com/sy7wmkkhwrcu/Vienna_Black_Johnny_The_Kid_-_Film_Me_Follow_Me_Fuck_Me_-_Real_Wife_Stories_-_Brazzers.html | 3314239 - Film Me Follow Me Fuck Me |
| pornve.com | Brazzers | https://pornve.com/sy83b9hjqxw0/Gabriela_Lopez_Bambino_-_Emergency_Rubdown_-_Dirty_Masseur_-_Brazzers.html | 3362783 - Emergency Rubdown |
| pornve.com | Reality Kings | https://pornve.com/sy9f6ck107fp/Extreme_Naturals_Gianna_Michaels_Sierra_Skye_Second_to_None.html | 4465 - Second To None |
| pornve.com | Brazzers | https://pornve.com/syac6f02s3sx/Anna_Bell_Peaks_-_Massumptions.html | 10873 - Massumptions |
| pornve.com | Brazzers | https://pornve.com/syct3m0jko60/Callie_Calypso_-_Big_Dick_Vocal_Coach.html | 8220 - Big Dick Vocal Coach |
| pornve.com | Brazzers | https://pornve.com/syfaeso8e4k6/Karissa_Shannon_Kristina_Shannon_Scott_Nails_-_Titillating_Treachery_-_Brazzers_Exxtra_-_Brazzers.html | 3166550 - Titillating Treachery |
| pornve.com | Brazzers | https://pornve.com/syo21frbw0hu/Savannah_Stern_-_Aero-BOOB-ic_Workout.html | 5129 - Aero-BOOB-ic Workout |
| pornve.com | Brazzers | https://pornve.com/sz37281s6pjj/Ryan_Conner_Sneaky_Mom_3.html | 3043520 - Sneaky Mom 3 |
| pornve.com | Brazzers | https://pornve.com/sz4kaeptwxlf/AJ_Applegate_Savannah_Fox_-_Filthy_Fuck_-_Part_1.html | 7936 - Filthy Fuck : Part One |
| pornve.com | Reality Kings | https://pornve.com/szah5gg5lbrb/Money_Talks_teeny_bikinis_big.html | 8100 - Teeny Bikinis |
| pornve.com | Reality Kings | https://pornve.com/szaxpk62jvdv/Jenna_J_Foxx_Charles_Dera_Working_Out_With_The_Kings.html | 2286900 - Working Out With The Kings |
| pornve.com | Brazzers | https://pornve.com/szcukeifmmg8/busty_sensual_jane_anal_bust.html | 8061 - Sensual |
| pornve.com | Brazzers | https://pornve.com/szcwcm5r7s5h/Megan_Rain_Xander_Corvus_-_Prime_Real_Estate_-_Pornstars_Like_It_Big_-_Brazzers.html | 3722113 - Prime Real Estate |
| pornve.com | Brazzers | https://pornve.com/szesbaafhqfv/Brazzers_My_sons_teacher_Brazzers_Mommy_Got_Boobs_Ariella_Ferrera_Charles_Dera_Brunette_Fake.html | 10923 - My Son's Teacher |
| pornve.com | Brazzers | https://pornve.com/szf31int5b8qq/Alina_Belle_Serena_Santos_-_Masseuse_Rivalry.html | 3954926 - Masseuse Rivalry |
| pornve.com | Brazzers | https://pornve.com/szklbhppm829/Rachel_Starr_-_ZZ_Hospital_-_Ri-Dick-Ulous_Behavior.html | 9043 - ZZ Hospital - Ri-Dick-ulous Behavior |
| pornve.com | Brazzers | https://pornve.com/szly5c1zfvyk/Alanah_Rae_-_Fistful_Of_Pussy.html | 5865 - Fistful Of Pussy |
| pornve.com | Brazzers | https://pornve.com/szua3qkdaaf3/Holly_Hendrix_-_Anal_Tutor.html | 9540 - Anal Tutor |
| pornve.com | Brazzers | https://pornve.com/t0223qh6jc5/Ember_Snow_-_The_Naughty_Nuru_Masseuse.html | 2652835 - The Naughty Nuru Masseuse |
| pornve.com | Brazzers | https://pornve.com/t03arc34nyac/27_07_2020_Lela_Star_Compilation_Video_of_the_Best_Of_Brazzer.html | 2893315 - Assage: The Lela Star Method |
| pornve.com | Brazzers | https://pornve.com/t04w1hedqdss/Eva_Karera_-_Double_Penetrating_Belgian_Booty.html | 7967 - Double Penetrating Belgian Booty |
| pornve.com | Brazzers | https://pornve.com/t05dhxdjbw92/Sofi_Ryan_-_Asking_For_It_Anon.html | 11219 - Asking For It Anon |
| pornve.com | Brazzers | https://pornve.com/t06h1ylhy0jv/Cameron_Dee_-_Haunted_House_Hijinks.html | 7728 - Haunted House Hijinks |
| pornve.com | Brazzers | https://pornve.com/t0udouqdlkqc/Zoey_Paige_-_Coat_Check_Cock.html | 7282 - Coat Check Cock |
| pornve.com | Brazzers | https://pornve.com/t0b6f1pja456/MilfsLikeItBig_19_10_07_Aubrey_Black_A_Step_Above_My_Husband_XXX.html | 376811A - A Step Above My Husband |
| pornve.com | Brazzers | https://pornve.com/t0b9royfl4sm/Lezley_Zen_-_Titty_Fucking_The_Teacher.html | 5875 - Titty Fucking The Teacher |
| pornve.com | Brazzers | https://pornve.com/t0bl79hn2q0j/Alura_TNT_Jenson_Dahlia_Sky_-_Lets_Massage_The_Babysitter.html | 10116 - Let's Massage The Babysitter |
| pornve.com | Brazzers | https://pornve.com/t0c5uqmpfp9w/Brazzers_Big_Wet_Butts_Anal_About_My_Jeans_Luna_Star.html | 10319 - Anal About My Jeans |
| pornve.com | Brazzers | https://pornve.com/t0djk0ywuvdr/Monique_Alexander_Jasmine_Jae_Stella_Cox_Cock_Of_Duty_A_XXX_Parody.html | 10186 - Cock Of Duty: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/t0effeyrnvu9/Brazzers_The_Big_Things_in_Life.html | 7574 - The Big Things in Life |
| pornve.com | Reality Kings | https://pornve.com/t0gw7b0zuy0q/Scarlet_Johnson_Sean_Lawless_-_Blue_Jean_Creamer_-_Teens_Love_Huge_Cocks_-_Reality_Kings.html | 2636118 - Blue Jean Creamer |
| pornve.com | Reality Kings | https://pornve.com/t0j75yupd69n/MomsBangTeens_Lexi_Luna_And_Vina_Sky_Mechanic_Appreciation.html | 2812379 - Mechanic Appreciation |
| pornve.com | Brazzers | https://pornve.com/t0sjpgnbs09g/Marsha_May_-_Taste_Marshas_Treats.html | 8803 - Taste Marsha's Treats |
| pornve.com | Brazzers | https://pornve.com/t0viv64t92l8/Kendra_Lust_Anal_Big_Tits_Bis_Ass.html | 10359 - Personal Trainers: Session 3 |
| pornve.com | Brazzers | https://pornve.com/t0xa4qucqp1n/Krissy_Lynn_-_Helicockter_Mom.html | 3791936 - Helicockter Mom |
| pornve.com | Brazzers | https://pornve.com/t13rx2kzrf/Baby_Got_Boobs_Spilt_Milk_-_Brenna_Sparks_Isiah_Maxwell.html | 2672990 - Spilt Milk |
| pornve.com | Brazzers | https://pornve.com/t18f0zhejufa/Sister_in_Law_Means_Well_Brazzers.html | 10153 - Sister in Law Means Well |
| pornve.com | Brazzers | https://pornve.com/t1a1dgitfisr/Brazzers_The_Doctor_Part_Three_Danny_D_Victoria_Summers_Leigh_Darby_Georgie_Lyall_Big_Tits_B1.html | 8136 - The Doctor: Part Three |
| pornve.com | Brazzers | https://pornve.com/t1gbxz1j81h8/Brazzers_-_The_Wife_1_Password.html | 2443204 - The Wife-I Password |
| pornve.com | Brazzers | https://pornve.com/t1hjq3lcvayu/Karla_Kush_-_Dont_Trust_Your_Friends.html | 9629 - Don't Trust Your Friends |
| pornve.com | Brazzers | https://pornve.com/t1rxrsxz612m/Brazzers_-_Lena_Paul_Express_Pussy_Packaging.html | 2676910 - Express Pussy Packaging |

| | | | | |
|---|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/t1w5tie2oikk/Kerry_Louise_-_A_Little_Cleavage_Goes_A_Long_Way.html | 5853 - A Little Cleavage Goes A Long Way |
| pornve.com | Brazzers | https://pornve.com/t206o7s3nlkk/Rilynn_Rae_-_A_Reporter_In_The_Rough.html | 9110 - A Reporter In The Rough |
| pornve.com | Brazzers | https://pornve.com/t22env45hsh/Jasmines_at_the_Laundromat_-_Jasmine_James.html | 8930 - Jasmine's At The Laundromat |
| pornve.com | Brazzers | https://pornve.com/t22u955x70ms/Victoria_Cakes_Fuck_Your_Earphones.html | 4420005 - Fuck Your Earphones! |
| pornve.com | Brazzers | https://pornve.com/t25wzt4ohbpo/Abella_Danger_-_Use_It_Or_Lose_It | 3830479 - Use It Or Lose It |
| pornve.com | Brazzers | https://pornve.com/t27fszai99b8/Vicki_Chase_-_Worth_The_Wait | 5978 - Worth The Wait |
| pornve.com | Brazzers | https://pornve.com/t2?hziwilumh/BigWetButts_-_Brooklyn_Chase_Nice_Nylons_12_22_16.html | 10351 - Nice Nylons |
| pornve.com | Brazzers | https://pornve.com/t2b92f0knwih/Brandi_Love_Monique_Alexander_-_Brandi_Loves_The_Realtor.html | 9219 - Brandi Love's The Realtor |
| pornve.com | Brazzers | https://pornve.com/t2bk8qubvf9w/Lezley_Zen_-_The_Blow-Job_Seeker.html | 9603 - The Blow-Job Seeker |
| pornve.com | Reality Kings | https://pornve.com/t2fsf5kq4d8b/rkprime_19_06_25_megan_rain_guessing_gag.html | 3462324 - Guessing Gag |
| pornve.com | Brazzers | https://pornve.com/t2g9wltn7tjn/Sophia_Leone_-_Laid_Rent.html | 11129 - Laid Rent |
| pornve.com | Reality Kings | https://pornve.com/t2jd6b21v7v1/HdHunter_Nina_Elle_Seductive_Nina_-_01_08_16.html | 14669 - Seductive Nina |
| pornve.com | Brazzers | https://pornve.com/t2mxt7xsufeu/Anal_Blonde_Fucking_A_Black_Tigger_Outdoors.html | 9789 - Sunbathing Distraction |
| pornve.com | Brazzers | https://pornve.com/t2nnijrfzdv1/Connie_Carter_-_Nurse_Carter.html | 8131 - Nurse Carter |
| pornve.com | Brazzers | https://pornve.com/t2rum68zfadi/Katerina_Hartlova_-_Best_Tits_In_The_Office.html | 7822 - Best Tits In The Office |
| pornve.com | Brazzers | https://pornve.com/t2vssl103am3/Puma_Swede_-_Revenge_Of_The_Pervs.html | 4689 - Revenge Of The Pervs |
| pornve.com | Brazzers | https://pornve.com/t2w0mkf65jxl/Asiatique_Attraction_Park_With_Asa_Akira_Published_On_4_Minutes_Ago.html | 4010 - Her Favorite Ride |
| pornve.com | Reality Kings | https://pornve.com/t2ykzxxql0kh/MonsterCurves_Alice_Lighthouse_The_BodySD40MAY_16_201541.html | 13475 - The Body |
| pornve.com | Brazzers | https://pornve.com/t2ytblcimroo/Kayla_Kayden_Fucking_in_The_Classroom.html | 8356 - Back Of The Classroom |
| pornve.com | Brazzers | https://pornve.com/t37jq4rx8tpz/My_Roommates_Hot_Girlfriend_Brazzers.html | 10736 - My Roommate's Hot Girlfriend |
| pornve.com | Brazzers | https://pornve.com/t3dozxz7qgqq/Bella_Rose_Miss_Raquel_-_What_The_Client_Wants_The_Client_Gets.html | 10051 - What The Client Wants The Client Gets 2 |
| pornve.com | Reality Kings | https://pornve.com/t3gh8k0umsdo/Sneaksyex_19_04_13_Kimmy_Granger_Not_Another_Study_Break.html | 3151717 - Not Another Study Break |
| pornve.com | Reality Kings | https://pornve.com/t3j824r665og/RealityKings_Teens_Love_Huge_Cocks_Cute_Bubbly_Butt.html | 15207 - Cute Bubbly Butt |
| pornve.com | Reality Kings | https://pornve.com/t3jks07m8xe3/Kendra_Spade_Scarlet_De_Sade_Mick_Blue_-_Neon_Night_Out_4_RK_Prime.html | 2812374 - Neon Night Out |
| pornve.com | Brazzers | https://pornve.com/t3qa658jb0u7/AJ_Applegate_Quinton_James_-_Free_Anal_6_-_Big_Wet_Butts_-_Brazzers.html | 3320897 - Free Anal 6 |
| pornve.com | Brazzers | https://pornve.com/t3s2wyl3htbx/Jazy_Berlin_-_HR_Stands_For_Hot_Rack_Officer.html | 4754 - HR Stands For Hot Rack Officer |
| pornve.com | Brazzers | https://pornve.com/t3sw8ycgpu53/AJ_Applegate_-_Earning_My_Valentine.html | 3222064 - Earning My Valentine |
| pornve.com | Brazzers | https://pornve.com/t3vbu35q9r2c/Liza_Del_Sierra_Danny_D_-_Jizz_Quiz_-_Real_Wife_Stories_-_Brazzers.html | 3010076 - Jizz Quiz |
| pornve.com | Brazzers | https://pornve.com/t3w6q1se1n3j/Skylar_Vox_-_Stretching_Skylar_Out.html | 3832314 - Stretching Skylar Out |
| pornve.com | Brazzers | https://pornve.com/t3xnyj2kemiu/Alexis_Ford_-_The_Peoples_Pussy.html | 7044 - The People's Pussy |
| pornve.com | Reality Kings | https://pornve.com/t40fdxcpzuaj/RoundAndBrown_-_Finesse_Fine_Finesse_-_16_04_29.html | 14287 - Fine Finesse |
| pornve.com | Brazzers | https://pornve.com/t40lny5vz85m/Diamond_Kitty_Markus_Dupree_-_Visiting_Hour_Plower_-_Brazzers_Exxtra_-_Brazzers.html | 3010069 - Visiting Hour Plower |
| pornve.com | Brazzers | https://pornve.com/t41s5ee7hrth/Darling_Danika_Katrina_Jade_-_Learning_From_Dr_Milf.html | 8260 - Learning From Dr Milf |
| pornve.com | Brazzers | https://pornve.com/t42io3kldf97/Devon_Lee_Taylor_Wane_-_Mommy_Sandwich.html | 5560 - Mommy Sandwich |
| pornve.com | Brazzers | https://pornve.com/t45go031y3h6/Abella_Danger_-_Abellas_Ass_Is_Big.html | 8076 - Wish Upon A Squirt |
| pornve.com | Brazzers | https://pornve.com/t4a2vhsryqgu/Angell_Summers_-_Ass_Like_An_Angell.html | 6628 - Ass like an Angell |
| pornve.com | Brazzers | https://pornve.com/t4a55cc3skl7/Ava_Addams_-_Rent_A_Pornstar.html | 2842847 - Rent-A-Pornstar: The Lonely Bachelor |
| pornve.com | Brazzers | https://pornve.com/t4cq1e4d163b/Jessica_Nyx_-_Eager_Intern.html | 7003 - Eager Intern |
| pornve.com | Brazzers | https://pornve.com/t4lkhn3ziowh/Angela_White_-_Mantequilla_Bay_Bay.html | 10247 - Mantequilla Bay Bay! |
| pornve.com | Brazzers | https://pornve.com/t4pr3tb54slt/Sienna_Day_-_Waiting_On_Her_Ass.html | 11101 - Waiting On Her Ass |
| pornve.com | Brazzers | https://pornve.com/t4x9atqxvyjj/Taylor_Wane_-_Mommy_Will_Take_Care_Of_It.html | 5368 - Mommy Will Take Care Of It |
| pornve.com | Brazzers | https://pornve.com/t548w9hu6u6e/Lolly_Ink_-_Tarps_Tools_And_Titties.html | 7338 - Tarps Tools and Titties |
| pornve.com | Brazzers | https://pornve.com/t559oiobd112/Jenavene_Jolie_-_Sauce_The_Boss.html | 5640 - Sauce the Boss |
| pornve.com | Brazzers | https://pornve.com/t562xrpkqefe/Julie_Cash_Richelle_Ryan_-_Modern_Museum_Of_Fine_Ass.html | 8768 - Modern Museum Of Fine Ass |
| pornve.com | Brazzers | https://pornve.com/t58p6s4z98oz/Asa_Akira_-_Cum_Stay_Awhile.html | 7006 - Cum Stay Awhile |
| pornve.com | Brazzers | https://pornve.com/t59y6qrezp27/Emma_Leigh_Sienna_Day_Tina_Kay_-_Bachelor_Night.html | 8749 - Bachelor Night |
| pornve.com | Brazzers | https://pornve.com/t5al7x2ndnfl/BrazzersExxtra_19_10_11_Kira_Nor_Dirty_Double_Dare_XXX.html | 3768273 - Dirty Double Dare |
| pornve.com | Brazzers | https://pornve.com/t5awjrbyu84u/Mandy_Muse_-_Girls_Who_Squat.html | 10880 - Girls Who Squat |
| pornve.com | Brazzers | https://pornve.com/t5g0w6rftzxs/Rebecca_Jane_Smythe_-_Turning_On_His_Girlfriends_Mom.html | 3609570 - Turning On His Girlfriend's Mom |
| pornve.com | Brazzers | https://pornve.com/t5ged4v2sybn/The_Bang_Ring_-_Part_2.html | 10934 - The Bang Ring: Part 2 |
| pornve.com | Brazzers | https://pornve.com/t5slm53g2wv2/Sheridan_Love_Sneaky_Starlet.html | 3222150 - Sneaky Starlet |
| pornve.com | Brazzers | https://pornve.com/t5xf1k9xabx9/Holly_Halston_Filthy_Moms_1_S2.html | 7653 - Things That Go Hump in the Night |
| pornve.com | Brazzers | https://pornve.com/t60gfv23lowx/BigWetButts_Brazzers_Anissa_Kate_Nekane_Booty_Work.html | 9695 - Booty Work |
| pornve.com | Brazzers | https://pornve.com/t635ux8cyabt/Romi_Rain_Scott_Nails_-_She_Slithers_-_Brazzers_Exxtra_-_Brazzers.html | 3924028 - She Slithers |
| pornve.com | Brazzers | https://pornve.com/t6cbnixok5fe/Charmane_Star_Lea_Lexis_-_Hot_Yoga.html | 5897 - Hot Yoga |
| pornve.com | Brazzers | https://pornve.com/t6ivjlhwpw6j/BrazzersExxtra_Sasha_Rose_Roommates_With_Anal_Benefits_PutlockerX_cc.html | 4419930 - Roommates With Anal Benefits |
| pornve.com | Brazzers | https://pornve.com/t6stakhllb6o/Brazzers_-_Nicole_Aniston_And_Peta_Jensen_Game_Night_Shenanigans.html | 10154 - Game Night Shenanigans |
| pornve.com | Brazzers | https://pornve.com/t6vjja7q8rv0/European_Girl_Sex_bg8_keisha_grey_tt121414.html | 8643 - Stretch Out Those Young Tits! |
| pornve.com | Reality Kings | https://pornve.com/t754olxzm1py/Good_New_Marsha_May.html | 14719 - Assxrobatics |
| pornve.com | Brazzers | https://pornve.com/t78r7h5vlw56/TeensLikeItBig_-_Janice_Griffith_Anal_Quickie_With_Teenie_Janice_12_27_16.html | 10373 - Anal Quickie With Teenie Janice! |
| pornve.com | Brazzers | https://pornve.com/t7arrv7kr43d/Esperanza_Gomez_-_Danny_D_Is_Willing_To_Die.html | 8772 - Danny D Is Willing To Die |
| pornve.com | Brazzers | https://pornve.com/t7b5k6gepe3k/Diamond_Kitty_-_Eat_Pray_Fuck.html | 5118 - Eat Pray Fuck |
| pornve.com | Brazzers | https://pornve.com/t7c604xel3ae/Victoria_June_-_Hard_Pressed.html | 11031 - Hard Pressed |
| pornve.com | Brazzers | https://pornve.com/t7fhv7b7zg61/Jade_Baker_Krissy_Lynn_-_ZZ_Finishing_School_Of_Fucking.html | 2842883 - ZZ Finishing School Of Fucking |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/t7gar4hrwg2i/Holly_Heart_-_The_Meeting.html | 9238 - The Meeting |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/t7jz27ps37xs/Brazzers_-_Just_Jeans_Brazzers_Big_Wet_Butts_Xander_Corvus_Sarah_Banks_Brunette_Black_Hair_Blo.html | 2855410 - Just Jeans |
| pornve.com | Brazzers | https://pornve.com/t7kc76g3v2qf/bex_20_03_14_cherie_deville_cumplimentary_training_session.html | 3959962 - Cumplimentary Training Session |
| pornve.com | Brazzers | https://pornve.com/t7myaqpkul0k/Brazzers_-_The_Pussy_is_Wetter_on_The_Other_Side_Brazzers_Real_Wife_Stories_Eva_Lovia_Latina_Nat.html | 10680 - The Pussy's Wetter On The Other Side |
| pornve.com | Brazzers | https://pornve.com/t7rvxuh21xm4/Lylith_Lavey_-_Overtime_Tits.html | 9265 - Overtime Tits |
| pornve.com | Brazzers | https://pornve.com/t7t9v8zngkp0/Angela_White_-_Midnight_Cowgirl.html | 10897 - Midnight Cowgirl |
| pornve.com | Brazzers | https://pornve.com/t7vkgg9m0qxg/Jennifer_White_-_Catch_Of_The_Day.html | 2355901 - Catch Of The Day |
| pornve.com | Brazzers | https://pornve.com/t7yuacb9js2/Holly_Halston_-_Mommy_Likes_Porn.html | 5428 - Mommy Likes Porn |
| pornve.com | Brazzers | https://pornve.com/t80ni4yzktk3/Oiled_Facial_Britney_Amber_Interracial_Nurse.html | 8988 - The Nuru Nurse |
| pornve.com | Reality Kings | https://pornve.com/t80s8p3g63ug/Marsha_May_Asscrobatics_Big_Butt.html | 14719 - Asscrobatics |
| pornve.com | Brazzers | https://pornve.com/t82b6d7uxm6/Kimmy_Granger_-_Hold_The_Phone.html | 9310 - Hold The Phone |
| pornve.com | Brazzers | https://pornve.com/t845lxunwdam/Madison_Ivy_-_The_Assistants_Affair.html | 3456826 - The Assistant's Affair |
| pornve.com | Brazzers | https://pornve.com/t884ulx2eqdl/Brazzers_Extra_Perving_Out_on_the_Perv_Brazzers_BrazzersExxtra_Alektra_Blue_Monique_Alexander.html | 7625 - Perving Out on the Perv |
| pornve.com | Brazzers | https://pornve.com/t8a9tnaftdje/Halle_Hayes_-_Sharing_The_Bed.html | 3768278 - Sharing The Bed |
| pornve.com | Brazzers | https://pornve.com/t8cdl8jy1zau/Misty_Stone_Sarah_Banks_-_Like_Mother_Like_Daughter.html | 10689 - Like Mother Like Daughter |
| pornve.com | Brazzers | https://pornve.com/t8ilh1qadmtt/Aleksa_Nicole_-_Dr_Slutlove_Syndrome.html | 5641 - Dr. Slutlove Syndrome |
| pornve.com | Brazzers | https://pornve.com/t8jwwyiyyqiv/Mommy_Got_Boobs_Yasmin_Scott_Keiran_Lee_When_Dads_Away_Stepmom_Will_Play.html | 9047 - When Dad's Away  Stepmom Will Play! |
| pornve.com | Brazzers | https://pornve.com/t8n5fipt6az4/Bethany_Benz_-_Swamp_Buggy_Booty.html | 10440 - Swamp Buggy Booty |
| pornve.com | Brazzers | https://pornve.com/t8p0hw63h3b8/Jasmine_Jae_-_Quid_Pro_Blow.html | 10524 - Quid Pro Blow |
| pornve.com | Brazzers | https://pornve.com/t8pnlxobthxk/Cherie_Deville_Stuck_On_Your_Mom_XXX_KTR_DailyPorn.html | 3983733 - Stuck On Your Mom |
| pornve.com | Reality Kings | https://pornve.com/t8psiuqfp3fg/MomsLickTeens_Cory_Chase_And_Kirsten_Lee_-_16_06_21.html | 14588 - A Lick And Dick |
| pornve.com | Brazzers | https://pornve.com/t8vuclbdtx5zr/Monique_Alexander_-_The_Hardest_Exam.html | 8524 - The Hardest Exam |
| pornve.com | Brazzers | https://pornve.com/t8xfz00olhnm/Sara_Luvv_-_You_Blew_My_Job.html | 8207 - You Blew My Job |
| pornve.com | Brazzers | https://pornve.com/t92pcpgmy3t4/Kat_Dior_-_Kat_Got_Your_Dick.html | 9281 - Kat Got Your Dick? |
| pornve.com | Brazzers | https://pornve.com/t99hkahpwzfb/Tana_Lea_Ricky_Johnson_-_Cougar_Training_-_Mommy_Got_Boobs.html | 2635929 - Cougar Training |
| pornve.com | Brazzers | https://pornve.com/t9cwsg3khp33/Nikki_Benz_Briana_Banks_Doctor_Sluts.html | 10179 - Dick Stuck In Fleshlight |
| pornve.com | Brazzers | https://pornve.com/t9kyxwphf2c5/Kira_Queen_Catching_On_To_Stepmom.html | 4419337 - Catching On To Stepmom |
| pornve.com | Brazzers | https://pornve.com/t9lsc3j6rf1a/Lacy_Lennon_-_Scentual_Healing.html | 3826404 - Scentual Healing |
| pornve.com | Brazzers | https://pornve.com/t9ntv1fesp04/Lela_Star_-_Seeing_Double.html | 3230101 - Seeing Double |
| pornve.com | Reality Kings | https://pornve.com/t9sa5qev7ge0/Couples_Seduce_Couples_18_2015_Donna_Bell_Kiara.html | 12729 - Amazing Asses |
| pornve.com | Brazzers | https://pornve.com/t9t1gblitlh5/Olivia_Austin_-_All_Dolled_Up.html | 3110571 - All Dolled Up  Gonzo Edition |
| pornve.com | Brazzers | https://pornve.com/t9tcvwp7onds/Moriah_Mills_-_Babysitter_Got_Boobs.html | 11076 - Babysitter Got Boobs |
| pornve.com | Brazzers | https://pornve.com/t9zcs8cfr71u/Queen_Of_Thrones.html | 10506 - Queen Of Thrones: Part 1 |
| pornve.com | Brazzers | https://pornve.com/ta1rgxqdn4tx/Chanel_Preston_-_Clean_Office_Filthy_Whore.html | 5753 - Clean Office  Filthy Whore |
| pornve.com | Brazzers | https://pornve.com/ta4gzgif0bys/MommyGotBoobs_Alura_Jenson_-_My_Son_In_Law.html | 8269 - Testing My Son In Law |
| pornve.com | Brazzers | https://pornve.com/ta9h3kdh0ep3/Angelina_Valentine_Rebeca_Linares_-_Open_Your_Fucking_Mouth_And_Eat_My_Cunt.html | 4973 - Open Your Fucking Mouth and Eat My Cunt |
| pornve.com | Brazzers | https://pornve.com/tabb32tvrroi/Jessa_Rhodes_-_A_Dose_Of_Cock_For_Co-Ed_Blues.html | 10237 - A Dose Of Cock For Co-Ed Blues |
| pornve.com | Brazzers | https://pornve.com/tacacmvnesxr/Lana_Violet_-_Do_Whatever_You_Want_To_Me.html | 7613 - Do Whatever You Want to Me |
| pornve.com | Brazzers | https://pornve.com/tad9qoyju5ak/Janet_Mason_-_Milf_Massage.html | 8149 - Milf Massage |
| pornve.com | Brazzers | https://pornve.com/tauar9uyhmut/Aidra_Fox_-_Au_Pair_Oh_My.html | 3456417 - Au Pair  Oh My! |
| pornve.com | Reality Kings | https://pornve.com/tay7p0qq5zi4/GFRevenge_Titties_out.html | 14389 - bikini_body |
| pornve.com | Reality Kings | https://pornve.com/tb118qfyw09i/All_Naughty_Part_2.html | 8433 - All Naughty Pt Two |
| pornve.com | Brazzers | https://pornve.com/tb15swy34jnz/Lezley_Zen_-_Lets_Fuck_The_Landlady.html | 8461 - Let's Fuck the Landlady |
| pornve.com | Brazzers | https://pornve.com/tb3u48helzlx/Phoenix_Marie_-_Bubble_Butt_Gets_A_Juicy_Double.html | 7657 - Bubble Butt Gets a Juicy Double |
| pornve.com | Brazzers | https://pornve.com/tb9u8udlaxbg/Stormy_Daniels_-_Stormys_Secret.html | 2646236 - Stormy's Secret |
| pornve.com | Brazzers | https://pornve.com/tbd16jau6gnk/Teens_Like_It_Big_Brazzers_Jillian_Janson_Mark_Ashley_Best_Kept_Secret_R.html | 8653 - Best Kept Secret |
| pornve.com | Brazzers | https://pornve.com/tbgovz9zo9al/Amber_Ashlee_-_Saturday_Night_Beaver.html | 3878704 - Saturday Night Beaver |
| pornve.com | Brazzers | https://pornve.com/tbi32tf3a8pw/busty_ashley_adams_anal.html | 10303 - The Mechanic |
| pornve.com | Brazzers | https://pornve.com/tbqr30u34tup/Candy_Manson_-_Anal_Beads_And_A_Shower_Fuck.html | 7687 - Anal Beads and a Shower Fuck |
| pornve.com | Reality Kings | https://pornve.com/tbuhyatsc55u/Slip_It_In_4_S2_Big_Dick_Taker_Ally_Tate.html | 14662 - Big Dick Taker |
| pornve.com | Reality Kings | https://pornve.com/tbv83nih3fe6/Monster_Curves_-_Realitykings_-_Kayla_Kaden_Jessy_Jones_-_My_Night_With_Kayla.html | 2322529 - My Night With Kayla |
| pornve.com | Brazzers | https://pornve.com/tbwq9oxi2ohd/Tabitha_Stevens_-_It_Wasnt_Me_Teacher.html | 4929 - It Wasn't Me Teacher |
| pornve.com | Brazzers | https://pornve.com/tc9jq8kidm0f/Brazzers_-_Diamond_Jackson_Brazzers_Porn_School.html | 2653349 - Brazzers Porn School |
| pornve.com | Reality Kings | https://pornve.com/tcahuc6ctadc/Rachel_Starr_-_Sneaky_Spinning_-_Sneaky_Sex_-_Reality_Kings.html | 2417958 - Sneaky Spinning |
| pornve.com | Reality Kings | https://pornve.com/tcbhajdmvr2t/Lauren_Phillips_Xander_Corvus_-_Sweeten_The_Deal_-_Sneaky_Sex_-_Reality_Kings.html | 3424616 - Sweeten The Deal |
| pornve.com | Reality Kings | https://pornve.com/tces84s0xp6d/Reality_Kings_MILF_Hunter_36_40201541_Scene_6_Stacy_Savage.html | 12457 - Stacy Unzipped |
| pornve.com | Brazzers | https://pornve.com/tclptddkzum9/Tommie_Jo_-_MILF_In_The_Closet.html | 3929042 - MILF In The Closet |
| pornve.com | Brazzers | https://pornve.com/tcrzj3v48s83/Anny_Aurora_-_A_Very_Anal_Maid.html | 3924025 - A Very Anal Maid |
| pornve.com | Brazzers | https://pornve.com/tcuk5zx7yvbu/plib_20_03_07_janice_griffith_watch_party.html | 3960176 - Watch Party |

| pornve.com | Brazzers | https://pornve.com/tcx9nfir0e5w/Brazzers_Alison_Tyler_Johnny_Sins.html | 7711 - Boned in the USA |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/td0x976jru7v/Bridgette_B_-_Wet_Spots.html | 6901 - Wet Spots |
| pornve.com | Reality Kings | https://pornve.com/td0vhqmzx3py/Nicolette_Shea_-_Amadom_Shea_-_RK_Prime_-_Reality_Kings.html | 2991429 - Amadom Shea |
| pornve.com | Brazzers | https://pornve.com/td47gnvb3rct/Diamond_Foxxx_-_Squeezing_In_A_Quickie.html | 7559 - Squeezing In A Quickie |
| pornve.com | Brazzers | https://pornve.com/td53mr58cp9t/Brandy_Aniston_-_Schoolhouse_Cock.html | 5654 - Schoolhouse Cock |
| pornve.com | Brazzers | https://pornve.com/td9jmiqqoin3/Peta_Jensen_-_Peta_Pays_Your_Cock_A_Visit.html | 9015 - Peta Pays Your Cock a Visit |
| pornve.com | Brazzers | https://pornve.com/td9nh6ztejx/Sarah_Vandella_-_Switchblade_Slut.html | 5631 - Switchblade Slut |
| pornve.com | Brazzers | https://pornve.com/tddju3k3sq9x/Reagan_Foxx_-_My_Husband_Is_Right_Outside.html | 10320 - My Husband Is Right Outside... |
| pornve.com | Reality Kings | https://pornve.com/tdjop8al7s32/Summers_Is_Juicy_She_Is_Zoo_Small_And_Juicy_See_How_Here.html | 13387 - Juicy Jae |
| pornve.com | Brazzers | https://pornve.com/tdgztgcw2y4/Harder_Longer_Satisfyer_Compilation.html | 8310 - The Gaped Crusader |
| pornve.com | Brazzers | https://pornve.com/tdko22p7dlqu/Aubrey_Black_Gia_Derza_Ricky_Spanish_-_A_Good_Mentor_-_Moms_In_Control_-_Brazzers.html | 3722110 - A Good Mentor |
| pornve.com | Reality Kings | https://pornve.com/tdln20crt8h/Moriah_Mills_-_Bending_And_Tending.html | 1944919 - Bending And Tending |
| pornve.com | Brazzers | https://pornve.com/tdosxcm9bjz5/Jarushka_Ross_-_If_You_Go_Down_To_The_Woods_Today.html | 8884 - If You Go Down To The Woods Today |
| pornve.com | Reality Kings | https://pornve.com/tejn26b04ps1/Mena_Li_-_Sweet_treat.html | 11478 - Sweet Treat |
| pornve.com | Brazzers | https://pornve.com/teqhytp95ah2/All_Good_PSP_Tori_Black.html | 4373 - Contraband Discipline |
| pornve.com | Brazzers | https://pornve.com/terwrz945jkd/Andy_San_Dimas_-_New_Neighbourhood_Slut.html | 5089 - New Neighbourhood Slut |
| pornve.com | Brazzers | https://pornve.com/teuztl6hut19/b44w_P3ta_J3nsen_480p.html | 9224 - ZZ Courthouse - Part Three |
| pornve.com | Brazzers | https://pornve.com/texhir9hp1rm/Angela_White_-_Forest_Nymph-o-Maniac.html | 3403588 - Forest Nymph-o-maniac |
| pornve.com | Brazzers | https://pornve.com/tf1weyl4oilc/Dana_DeArmond_Van_Wylde_-_Pristine_In_Pantyhose_-_Mommy_Got_Boobs_-_Brazzers.html | 3166833 - Pristine In Pantyhose |
| pornve.com | Brazzers | https://pornve.com/tf3l2makl2sd/Kayla_Carrera_-_CEO_Stands_For_Cunt_Eternally_Open.html | 6126 - CEO Stands For Cunt Eternally Open |
| pornve.com | Brazzers | https://pornve.com/tf40ygpsd5l6/Lilly_Bell_-_What_We_Had_Was_Special.html | 3722256 - What We Had Was Special! |
| pornve.com | Brazzers | https://pornve.com/tf7kx95mptdi/Remy_LaCroix_Keiran_Lee_-_Remys_Ring_Toss_Remastered_-_Big_Wet_Butts_-_Brazzers.html | 7290 - Remy's Ring Toss |
| pornve.com | Brazzers | https://pornve.com/tf7s2k5ukobn/Diamond_Foxxx_Tiffany_Bannister_-_Cops_And_Daughters.html | 8570 - Cops and Daughters |
| pornve.com | Brazzers | https://pornve.com/tf9jmp4llzyn/Brazzers_-_Avoiding_Dicktention.html | 2676485 - Avoiding Dicktection |
| pornve.com | Brazzers | https://pornve.com/tfbt46kyucsx/Phoenix_Marie_Sadie_Swede_-_The_Whorriors.html | 5834 - The Whorriors |
| pornve.com | Brazzers | https://pornve.com/tfcroduqoyt1/Cory_Chase_Xander_Corvus_Cockervention.html | 11203 - Cockervention |
| pornve.com | Brazzers | https://pornve.com/tfd4rin1v3f7/Pokemon_Go_XXX_Parody_Alexa_Tomas_Ella_Hughes_Patty_Michova.html | 10129 - Pornstar GO XXX Parody |
| pornve.com | Brazzers | https://pornve.com/tff1jgzrbmlwd/Halie_James_Kerry_Louise_-_Sea-Do_Me.html | 4704 - Sea-Do Me |
| pornve.com | Brazzers | https://pornve.com/tfh896p69kob/Jade_Aspen_Megan_Vaughn_-_My_Bikini_Body's_Better! | 7790 - My Bikini Body's Better! |
| pornve.com | Reality Kings | https://pornve.com/tfit9bjmt7yy/eager_teen_cutie_slobbers_all_over_your_knob_40141.html | Real Teens Caught On Tape 9 |
| pornve.com | Brazzers | https://pornve.com/tfkl59f09yz1/Rahyndee_James_-_Runaway_Boobs.html | 8521 - Runaway Boobs |
| pornve.com | Brazzers | https://pornve.com/tfu8dzj5c66j/Bree_Olson_-_Ass_Sundae.html | 5192 - Ass Sundae |
| pornve.com | Brazzers | https://pornve.com/tg0betp8cw4g/Liza_Del_Sierra_-_Jizz_Quiz.html | 3010076 - Jizz Quiz |
| pornve.com | Brazzers | https://pornve.com/tg3f0rqtd0k8/Christie_Stevens_Jessy_Jones_-_The_Slutwalker_-_Milfs_Like_It_Big.html | 2843585 - The Slutwalker |
| pornve.com | Brazzers | https://pornve.com/tg4f3d8gbuki/Rich_Fucks_-_Part_3.html | 2410661 - Rich Fucks: Part 3 |
| pornve.com | Brazzers | https://pornve.com/tg60bf2j7p3h/Amia_Miley_-_My_Roommates_Hot_Girlfriend.html | 10736 - My Roommate's Hot Girlfriend |
| pornve.com | Brazzers | https://pornve.com/tg6mgnc6yes1/Diana_Doll_-_Pool_Boy_Let_Me_Try_Out_Your_Pole.html | 6577 - Pool Boy Let Me Try Out Your Pole |
| pornve.com | Brazzers | https://pornve.com/tg7p2bogm75a/Giselle_Palmer_-_Slow_And_Sexy.html | 2871343 - Slow And Sexy |
| pornve.com | Brazzers | https://pornve.com/tg88qeo9xtcl/The_Unforgettable_Anniversary.html | 9180 - The Unforgettable Anniversary |
| pornve.com | Reality Kings | https://pornve.com/tgdf2qt9vjof/Gianna_Dior_Oliver_Flynn_-_Fucking_Around_Between_Takes_-_Teens_Love_Huge_Cocks.html | 2812360 - Fucking Around Between Takes |
| pornve.com | Reality Kings | https://pornve.com/tghfz80ut9pm/Luna_Star_Scott_Nails_-_Kings_Spa_Luna_-_RK_Prime_-_Reality_Kings.html | King's Massage Parlor |
| pornve.com | Brazzers | https://pornve.com/tgodu57mikbs/Lavish_Styles_-_Upgrade_You.html | 5965 - Upgrade You |
| pornve.com | Brazzers | https://pornve.com/tgsrfkqnfrj9/Brazzers_-_Amia_Miley_And_Nicole_Aniston_Sharing_Her_Side_Piece.html | 2810511 - Sharing Her Side Piece |
| pornve.com | Brazzers | https://pornve.com/tgtymt0fcojw/Isabelle_Deltore_Keiran_Lee_-_Praise_The_DJ_-_Brazzers_Exxtra_-_Brazzers.html | 3723335 - Praise The DJ |
| pornve.com | Brazzers | https://pornve.com/tgyrologcwz0/Big_Tits_In_History_Part_3.html | 10120 - Big Tits In History: Part 3 |
| pornve.com | Brazzers | https://pornve.com/tgzdn7vfo5tp/Carmen_McCarthy_-_Cock_Research.html | 6441 - Cock Research |
| pornve.com | Brazzers | https://pornve.com/th627oioytv8/Asa_Akira_-_Pussy_Is_The_Best_Medicine.html | 5086 - Pussy is The Best Medicine |
| pornve.com | Brazzers | https://pornve.com/th782zf60od9/Kelsi_Monroe_-_The_Cl-ass-ic_Gymnast.html | 9131 - The Cl-ass-ic Gymnast |
| pornve.com | Brazzers | https://pornve.com/th79ggbrqd76/Monique_Alexander_Charles_Dera_-_Remote_Controlled_Boss_-_Big_Tits_At_Work_-_Brazzers.html | 3438795 - Remote Controlled Boss |
| pornve.com | Brazzers | https://pornve.com/thep4iih5mdt/btaw_aletta_ocean_ap080414_12000.html | 8385 - Aletta Ocean's Anal Negotiations |
| pornve.com | Brazzers | https://pornve.com/thfum12gpk86/Abigail_Mac_Cherie_Deville_-_Sex_Addicts_Anonymous.html | 10667 - Sex Addicts Anonymous |
| pornve.com | Brazzers | https://pornve.com/thjxetdlx4yl/Devon_Michaels_-_MMA_Tits.html | 4653 - MMA Tits |
| pornve.com | Brazzers | https://pornve.com/thkdsbwzxzkm/Jessie_Andrews_Joslyn_James_-_Maid_To_Obey.html | 7237 - Maid to Obey |
| pornve.com | Brazzers | https://pornve.com/thkvwmdmtmt1/MilfsLikeItBig_-_Reagan_Foxx_Feeling_Up_The_Fashion_Girl_.html | 11204 - Feeling Up The Fashion Girl |
| pornve.com | Brazzers | https://pornve.com/thwgs9kylvma/Lisa_Ann_Ass_Licking_Real_Wife_Stories_Winner_Winner_Sex_During_Dinner.html | 5649 - Winner Winner Sex during Dinner |
| pornve.com | Brazzers | https://pornve.com/ti0o3b541duc/Jezebelle_Bond_Karmen_Karma_-_Shagging_In_The_Shower.html | 8374 - Shagging In The Shower |
| pornve.com | Brazzers | https://pornve.com/ti15pzx00ozg/Casey_Cumz_Charity_Bangs_-_The_Twilight_Hoes.html | 7685 - The Twilight Hoes |
| pornve.com | Brazzers | https://pornve.com/ti6rmb7lnc26/Janice_Griffith_-_The_Hand_Foot_Job.html | 9378 - The Hand & Foot Job |
| pornve.com | Brazzers | https://pornve.com/tif5tpy00lhs/Brazzers_-_Cunt_Cern_Mothers_of_America.html | 6245 - Cunt-Cern Mothers of America |
| pornve.com | Brazzers | https://pornve.com/tigwvm5b16v2/Bridgette_B_-_Brazzers_Taxi_Service.html | 4326 - Brazzers Taxi Service |
| pornve.com | Brazzers | https://pornve.com/tiktcnu7pnr4/BrazzersExxtra_-_Ana_Foxxx_Dripping_The_Ball.html | 2675835 - Dripping The Ball |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/tims0g76ti2o/Krissy_Lynn_-_Suburban_Slut_Story_-_2.html | 4447 - Suburban Slut Stories 2 |
| pornve.com | Reality Kings | https://pornve.com/tiojuzmjtw29/WeLiveTogether_Darcie_Dolce_And_Lena_Paul_Back_To_School_.html | 1921844 - back_to_school |
| pornve.com | Brazzers | https://pornve.com/tiokom022to3/Dyanna_Lauren_Harmony_Paxson_-_Bikini_Wax_To_Beaver_Lovin.html | 4099 - Bikini wax to beaver lovin' |
| pornve.com | Brazzers | https://pornve.com/tir9m2aio5e2/Skye_Blue_-_Skyes_The_Limit.html | 3768086 - Skye's The Limit |
| pornve.com | Brazzers | https://pornve.com/tis19rjj04m1/Jessie_Volt_-_Addicted_To_Ass_Massages.html | 7551 - Addicted To Ass Massages |
| pornve.com | Brazzers | https://pornve.com/titmeawgbq70/Staci_Carr_-_Sticking_A_Cork_In_Her.html | 9002 - Sticking A Cork In Her |
| pornve.com | Reality Kings | https://pornve.com/tivpriebfpqh/GFRevenge_Look_back_at_it.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/tivxll6ch6vf/Alice_Coxxx_-_Sister_Of_The_Bride.html | 10879 - Sister Of The Bride |
| pornve.com | Brazzers | https://pornve.com/tiwfpkfinwke/Ava_Koxxx_Georgie_Lyall_-_Whoronation_Street.html | 8133 - Whoronation Street |
| pornve.com | Brazzers | https://pornve.com/tj4f08smmmh3d/Samora_Morgan_-_Dildo_Blocking.html | 5227 - Dildo Blocking |
| pornve.com | Brazzers | https://pornve.com/tj5grit1lkq2/Skylar_Price_-_Heart_Shaped_Butt.html | 5400 - Heart Shaped Butt |
| pornve.com | Brazzers | https://pornve.com/tjaulqz31mnc/Jenna_Foxx_-_Seeing_Eye_Dick.html | 3791938 - Seeing Eye Dick |
| pornve.com | Brazzers | https://pornve.com/tjh6oacea81o/Phoenix_Marie_Work_That_Ass.html | 9454 - Work That Ass |
| pornve.com | Brazzers | https://pornve.com/tjhlgifsvckv/Jaye_Summers_-_Take_Me_Home.html | 2361503 - Take Me Home |
| pornve.com | Brazzers | https://pornve.com/tjk68u1vx1xf/Krissy_Lynn_-_Take_Me_Seriously.html | 5569 - Take Me Seriously |
| pornve.com | Brazzers | https://pornve.com/tjke2aduoz8a/The_Yoga_Babe_VS_the_Voyeur_Brazzers.html | 8190 - The Yoga Babe VS the Voyeur |
| pornve.com | Brazzers | https://pornve.com/tjofjn8vmgtg/Shay_Sights_-_Bride_Of_Frankendick.html | 6833 - Bride of Frankendick |
| pornve.com | Brazzers | https://pornve.com/tjrzv0yxasum/Brazzers_-_Keisha_Grey_Trying_On_My_Sister's_Husband.html | 8963 - Trying On My Sister's Husband |
| pornve.com | Reality Kings | https://pornve.com/tjtrdigogz5d/Erotic_Art_Charles_Dera_Jaye_Summers.html | 2259511 - Erotic Art |
| pornve.com | Brazzers | https://pornve.com/tjvv1bfg99cf/Alice_Fabre_-_Manic_Pixie_Cream_Girl.html | 2675829 - Manic Pixie Cream Girl |
| pornve.com | Brazzers | https://pornve.com/tjwmorcpnmt0/Rebecca_More_-_Lean_Clean_Reaming_Machine.html | 7218 - Lean_Clean_Reaming Machine |
| pornve.com | Brazzers | https://pornve.com/tk2rkozaxwk/Julia_Ann_-_Riding_The_Mountain.html | 6102 - Riding The Mountain |
| pornve.com | Reality Kings | https://pornve.com/tk3xjs7757yp/DareDorm_Halloween_Bash.html | Dare Dorm #27 |
| pornve.com | Reality Kings | https://pornve.com/tk4lgy0bm2au/The_Swap_-_Nina_Elle_Karma_Rx_-_Reality_King.html | 2286653 - The Swap |
| pornve.com | Brazzers | https://pornve.com/tk52gmdomod0/Bonnie_Rotten_And_Mia_Malkova.html | 8380 - Masters of Fuck 2 |
| pornve.com | Reality Kings | https://pornve.com/tk6juyog3etf/Ryan_Smiles_-_All_Smiles.html | 11411 - All Smiles |
| pornve.com | Reality Kings | https://pornve.com/tk7yjnziqbn7/madison_Ivy_Published_On_41_Minutes_Ago_Category_Amateur_Madison_Ivy_Fucks_On_The_Car_MILF_Pornstar_Madison_Ivy_Tags_Hard_Core.html | 7333 - Summertime Spray Down |
| pornve.com | Brazzers | https://pornve.com/tkcessq20pu8/Shawna_Lenee_-_The_Fulfilment_of_Shawna_Lenee.html | 8593 - The Fulfilment of Shawna Lenee |
| pornve.com | Brazzers | https://pornve.com/tkex8aumwqn8/Nikki_Sexx_-_Milk_And_Boobies.html | 4429 - Milk and Boobies |
| pornve.com | Reality Kings | https://pornve.com/tkggfs1p3o8/Paris_White_Charles_Dera_-_Chick_Flicks_And_Chill_-_Teens_Love_Huge_Cocks_-_Reality_Kings.html | 3258414 - Chick Flicks and Chill |
| pornve.com | Brazzers | https://pornve.com/tkir59t9k3o3/Luna_Star_-_Sex_Is_The_New_Green_Energy.html | 2892886 - Sex Is The New Green Energy |
| pornve.com | Brazzers | https://pornve.com/tkjke8fetzhm/Romi_Rain_-_Doctor_Cum_Control.html | 8898 - Doctor Cum Control |
| pornve.com | Brazzers | https://pornve.com/tklbf2agv36o/Nicki_Hunter_-_All_Purpose_Ass.html | 5365 - All Purpose Ass |
| pornve.com | Brazzers | https://pornve.com/tkpl1fhdrli4/Anal_All_Good_New_Cathy_Heaven_And_Danny_DAnal.html | 9799 - Meddling Mother-In-Law |
| pornve.com | Reality Kings | https://pornve.com/tkqmdf5j0t9l/Gia_Derza_-_Lost_And_Found_-_Reckless_In_Miami_-_Reality_Kings.html | Reckless In Miami 2 |
| pornve.com | Brazzers | https://pornve.com/tl3qnd2ht126/Kleio_Valentien_-_This_Evenings_Girlfriend_-_Part_2.html | 8747 - This Evening's Girlfriend Part Two |
| pornve.com | Brazzers | https://pornve.com/tlbhqoyca1yp/Carmella_Bing_-_New_Opportunities.html | Big Tits at Work |
| pornve.com | Reality Kings | https://pornve.com/tlf1ono00uin/bbc_story_compilation.html | 11755 - Sweet Spot |
| pornve.com | Brazzers | https://pornve.com/tlgblj05esrq/Amber_Ashlee_-_Sassy_Bitch.html | 5372 - Sassy Bitch |
| pornve.com | Brazzers | https://pornve.com/tlkjqxqgfwpb/Holly_Halston_Xander_Corvus_fuck_in_the_pool_underwater_MILF_Huge_Tits_Black_Hair_Mom_Big_Tits_figaromnm.html | 7606 - Balls Deep In The Deep End |
| pornve.com | Reality Kings | https://pornve.com/tllzk58nkb7p/StreetBlowJobs_-_Vera_Drake_Banging_Vera.html | 14046 - Banging Vera |
| pornve.com | Brazzers | https://pornve.com/tlmueuna77ve/Maya_Hills_-_Unhooking_A_Hook-Up.html | 6364 - Unhooking a Hook-Up |
| pornve.com | Reality Kings | https://pornve.com/tlndul9zuc31/Sneaky_Sex_Honey_Gold_Massage_Revenge_Fuck.html | 2812370 - Massage Revenge Fuck |
| pornve.com | Brazzers | https://pornve.com/tlplkyb91fsn/bex_mia_malkova_kl012914_1000.html | 8029 - Yoga Lesson |
| pornve.com | Brazzers | https://pornve.com/tlqw3zair21k/Amateur_fucks.html | 10136 - My Stepsister The Gamer |
| pornve.com | Brazzers | https://pornve.com/tlx42abmk87b/Katrina_Jade_Exchange_of_Favors_Brazzers.html | 4418258 - Best of Brazzers: Back To School |
| pornve.com | Brazzers | https://pornve.com/tlz4amxl1tau/Sienna_Day_-_Fuck_Your_Way_Out_Of_The_Friend-Zone.html | 7729 - Fuck Your Way Out of the Friend-Zone |
| pornve.com | Reality Kings | https://pornve.com/tm1kn94rpwqn/Jessie_Saint_Xander_Corvus_-_Grab_N_Go_-_Reckless_In_Miami_-_Reality_Kings.html | Reckless In Miami 2 |
| pornve.com | Reality Kings | https://pornve.com/tm1rdh58j8de/Look_Under_The_Bed.html | 15021 - Look Under The Bed |
| pornve.com | Brazzers | https://pornve.com/tm1sxg4qxucr/Casey_Calvert_-_Professional_Pussy_Protection.html | 3338257 - Professional Pussy Protection |
| pornve.com | Brazzers | https://pornve.com/tmcexhiq46uh/Amy_Brooke_-_I_Can_Walk.html | 6780 - I Can Walk!!! |
| pornve.com | Brazzers | https://pornve.com/tmgb9hz5etnt/Dana_Vespoli_-_Giving_Back.html | 6861 - Giving Back |
| pornve.com | Brazzers | https://pornve.com/tmhzt5rpipjw/New_Aidra_Fox_-_Lemonade_Stand.html | 9766 - ZZ Lemonade: Aidra Fox |
| pornve.com | Brazzers | https://pornve.com/tmoa9lf6o298/Jayden_Jaymes_-_Casual_Friday.html | 6431 - Casual Friday |
| pornve.com | Brazzers | https://pornve.com/tmpbxhbuxo2b/Caught_On_Cumming_Camera.html | 2440432 - Caught On Cumming Camera |
| pornve.com | Brazzers | https://pornve.com/tmrddf0omto7/Codi_Bryant_Savannah_Stern_-_Swapping_Mates.html | 4042 - Swapping Mates |
| pornve.com | Brazzers | https://pornve.com/tmupybnssy2fg/Jasmine_Jae_Porsha_Sins_-_Nympho-Insomniac.html | 6522 - Keiran Lee: Nympho-Insomniac |
| pornve.com | Brazzers | https://pornve.com/tmyeyujjrh7v/Shutter_Seed_Alison_Tyler.html | 5040 - Shutter Seed |
| pornve.com | Reality Kings | https://pornve.com/tn16vhw2o6qh/Dare_Dorm_Aubrey_Sinclair_Ivy_Wolfe_Nicole_Rey_2017HD.html | 1812504 - my_gf_likes_it |
| pornve.com | Brazzers | https://pornve.com/tn1sdqdd2i82/Eliza_Ibarra_-_Diving_For_A_Good_Dicking.html | 2947201 - Diving for a Good Dicking |
| pornve.com | Brazzers | https://pornve.com/tn2a1rhkv4lt/Shy_Love_-_Slacking_On_The_Job.html | Brazzers&#039; Big Tits At Work #6 |
| pornve.com | Brazzers | https://pornve.com/tn3x82azfmkj/Melina_Mason_-_Cuntsumer_Service.html | 6645 - Cuntsumer Service |

| | | | |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/tn7f8t1s99j2/EuroSexParties_Zoe_Doll_Julia_Roca_Legs_Up_Cock_In_-_13_11_2016.html | 14851 - Legs Up Cock In |
| pornve.com | Brazzers | https://pornve.com/tn7phew61bbd/Veronica_Rayne_-_Teachers_Pets.html | Big Tits at School Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/tn9ujkii1d6o/Marica_Chanel_-_Naughty_Nurses_First_Day.html | 3222175 - Naughty Nurse's First Day |
| pornve.com | Brazzers | https://pornve.com/tna12qfss6i7/Bridgette_B_48Free_Anal41_SD_NEW_MARCH_232016.html | 9606 - Free Anal |
| pornve.com | Brazzers | https://pornve.com/tnc5jzj1fuw4/Haley_Cummings_-_Slut_Over.html | 5597 - Slut Over |
| pornve.com | Brazzers | https://pornve.com/tni3kty15hq2/BrazzersExxtra_19_09_25_Bridgette_B_Its_A_Sausage_Fest_XXX.html | 3722267 - It's A Sausage Fest |
| pornve.com | Brazzers | https://pornve.com/tnvyxddzfd37/Christie_Stevens_-_The_Anal_Method.html | 8718 - The Anal Method |
| pornve.com | Brazzers | https://pornve.com/tnxwapvfgqr8/Jenna_Presley_Juelz_Ventura_Krissy_Lynn_Nicole_Aniston_-_In-Tit-Pendence_Day.html | 6563 - In-Tit-Pendence Day |
| pornve.com | Brazzers | https://pornve.com/tnydtc8qo9fx/Lenina_Crown_-_Upgrading_My_Room.html | 3795727 - Upgrading My Room |
| pornve.com | Brazzers | https://pornve.com/tnyy2q48srla/Bonnie_Rotten_Zoey_Monroe_-_Squirt_Training.html | 3163639 - Squirt Training |
| pornve.com | Brazzers | https://pornve.com/to35b1bq004w/Karma_Rx_Johnny_Sins_-_Humping_My_Chakras_-_Dirty_Masseur_-_Brazzers.html | 2992004 - Humping My Chakras |
| pornve.com | Brazzers | https://pornve.com/to6b1suickez/Kendra_Lust_Alex_Legend_-_Giving_Stepmom_What_She_Wants_-_Mommy_Got_Boobs_-_Brazzers.html | 3314242 - Giving Stepmom What She Wants |
| pornve.com | Brazzers | https://pornve.com/to89ugybso5i/BrazzersExxtra181022BonnieRottenHeCameAtNightPart1.html | 2892715 - He Came At Night: Part 1 |
| pornve.com | Brazzers | https://pornve.com/to9g7ej91a4y/Kiara_Mia_Donald_Trump_Hilary_Clinton_Messican.html | 8538 - Ass and Titties |
| pornve.com | Brazzers | https://pornve.com/tobsi12ju2pb/Shalina_Devine_-_Eat_Me_Out.html | 8931 - Eat Me Out |
| pornve.com | Brazzers | https://pornve.com/tofzfrb5xuov/Brooklyn_Chase_-_Hosed_Up_Hos_Down.html | 3403586 - Hosed Up Ho's Down |
| pornve.com | Brazzers | https://pornve.com/tognb3bua9kr/Brazzers_Sister_in_Law_Means_Well.html | 10153 - Sister in Law Means Well |
| pornve.com | Brazzers | https://pornve.com/toicg3wfe3fg/Brazzers_All_Dolled_Up_watch_online_for_free_YesPornPlease.html | 10781 - All Dolled Up |
| pornve.com | Reality Kings | https://pornve.com/toxa5s7zylyj/MoneyTalks__RealityKings_Alice_March_Adrian_Maya_And_Raven_Redmond_-_Hot_Dog_Stand.html | 14652 - Hot Dog Stand |
| pornve.com | Brazzers | https://pornve.com/toy702l1yfev/Dani_Jensen_Pepper_Foxxx_-_Reaching_A_New_Way_To_Sex.html | 4273 - Reaching a New Way To Sex |
| pornve.com | Reality Kings | https://pornve.com/tp2o1wswvua5/Money_talks_haulin_ass_big.html | 7908 - Haulin Ass |
| pornve.com | Reality Kings | https://pornve.com/tp4iba0oi74c/Demi_Lowe_Damn_Demi.html | 14660 - Damn Demi |
| pornve.com | Brazzers | https://pornve.com/tp8isocppzfv/Kristal_Summers_-_Laid_By_The_Maid.html | 6585 - Laid by the Maid |
| pornve.com | Brazzers | https://pornve.com/tpa7zlcdj2fa/Melina_Mason_-_Being_Bad_Episode_3.html | 7669 - Being Bad: Episode Three |
| pornve.com | Brazzers | https://pornve.com/tpbxnwzro81t/Angel_Dark_-_Pound_That_Ass_Into_Shape.html | 4802 - Pound That Ass Into Shape |
| pornve.com | Brazzers | https://pornve.com/tps9nm9pj1yo/Anna_Bell_Peaks_-_Putting_Her_Feet_Up.html | 11131 - Putting Her Feet Up |
| pornve.com | Brazzers | https://pornve.com/tpv9wx3f6xoj/Rae_Lil_Black_-_Black_Out.html | 3843763 - Black Out |
| pornve.com | Brazzers | https://pornve.com/tpxuhpvf0vqt/Brooklyn_Blue_Danny_D_-_Are_You_Even_A_Doctor_-_Doctor_Adventures_-_Brazzers.html | 2847289 - Are You Even A Doctor? |
| pornve.com | Brazzers | https://pornve.com/tpzrkuycrg5d/Monique_Alexander_How_To_Become_A_Pornstar_In_8_Easy_Inches.html | 9720 - How to Become a Pornstar in 8 Easy Inches |
| pornve.com | Brazzers | https://pornve.com/tq07kjfcc4ll/Veronique_Vega_-_Latina_Beauty.html | Teens Like It Big Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/tq1o4fxeuhdt/Carmel_Moore_-_The_Cure_For_Claustrophobia.html | Big Tits at Work Vol. 6 |
| pornve.com | Brazzers | https://pornve.com/tq85biwx7li3/Alexis_Texas_-_Desperate_Housewife_Domination.html | 5929 - Desperate Housewife Domination |
| pornve.com | Brazzers | https://pornve.com/tqbcjhr23fuj/Bella_Rolland_Scarlit_Scandal_Van_Wylde_-_Rough_And_Raunchy_Group_Fuck_-_Brazzers_Exxtra_-_Brazzer.html | 3979951 - Rough And Raunchy Group Fuck |
| pornve.com | Brazzers | https://pornve.com/tqf0brfmayah/Krystal_Orchid_-_The_Scarlett_A.html | 10732 - The Scarlett A+ |
| pornve.com | Brazzers | https://pornve.com/tqh65pn0dxv1/Bunk_Bed_y_Bang_Brazzers.html | 10327 - Bunk Bed & Bang |
| pornve.com | Brazzers | https://pornve.com/tqhmp2tges4t/Rebeca_Linares_-_Big_Butt_Cake.html | 4066 - Big Butt Cake |
| pornve.com | Brazzers | https://pornve.com/tqi7tr4ac7wp/Brooke_Brand_-_Going_Bananas_With_Brooke.html | 4796 - Going Bananas with Brooke! |
| pornve.com | Brazzers | https://pornve.com/tqwmaxwt53rl/Skyla_Novea_-_Your_Dick_Roommates_Dick.html | 9557 - Your Dick Roommate's Dick |
| pornve.com | Brazzers | https://pornve.com/tqwt4ip2yvbo/Natalie_Brooks_-_Bad_Ballerina.html | 3222234 - Bad Ballerina |
| pornve.com | Brazzers | https://pornve.com/tqxtuqcsefyk/Lela_Star_Johnny_Sins_-_Riding_The_Wife_-_Real_Wife_Stories.html | 2675839 - Riding The Wife |
| pornve.com | Brazzers | https://pornve.com/tr25tbcfpm8b/nikki_benz_foursome.html | 8181 - Office 4-play VI |
| pornve.com | Brazzers | https://pornve.com/tr6bt6u2xhk1/Devon_Michaels_-_Get_Out_Of_My_Dreams_And_Into_My_Pussy.html | 4772 - Get Out of my Dreams and Into my Pussy |
| pornve.com | Brazzers | https://pornve.com/trbfms6quj01/SneakySex_Fly_Me_To_The_Poon.html | 1944938 - Fly Me To The Poon |
| pornve.com | Brazzers | https://pornve.com/trd3myq6u40a/Jaclyn_Tayloris_A_Mummy_With_Issues.html | 9424 - How Do I Look? |
| pornve.com | Brazzers | https://pornve.com/trfdkzkbaw60/Synthia_Fixx_The_Milf_In_The_Mirror_Mommy_Issues_4.html | 10050 - The Milf In The Mirror |
| pornve.com | Brazzers | https://pornve.com/trjris6rw7l3/Madison_Ivy_Mick_Blue_-_A_Massage_With_A_View_-_Dirty_Masseur_-_Brazzers.html | 3648225 - A Massage With A View |
| pornve.com | Brazzers | https://pornve.com/trk6foid9y07/Gina_Valentina_Melissa_Moore_-_Perfect_Strangers.html | 10703 - Perfect Strangers |
| pornve.com | Brazzers | https://pornve.com/trkvhdualfme/Giselle_Palmer_-_Therapeutic_Fuck.html | 2412453 - Therapeutic Fuck |
| pornve.com | Brazzers | https://pornve.com/trnote0qnbbo/Lisa_Ann_Isiah_Maxwell_-_Lisa_Anns_Lover_-_Brazzers_Exxtra_-_Brazzers.html | 3433512 - Lisa Ann's Lover |
| pornve.com | Brazzers | https://pornve.com/trp93rt9bkxg8/The_Floor_Massage_Brazzers.html | 9248 - The Floor Massage |
| pornve.com | Brazzers | https://pornve.com/trr4mjgngwv6/BrazzersExxtra_19_07_16_Karissa_Shannon_X_Marks_The_Spot_XXX_SD.html | 3425283 - X Marks The Spot |
| pornve.com | Brazzers | https://pornve.com/trsmiqafouir/Franceska_Jaimes_Anal_Teacher.html | 6087 - Spanish Teacher Loving |
| pornve.com | Brazzers | https://pornve.com/trsqa1ufd7we/Aletta_Ocean_-_Cock_Bath_By_A_Tight_Ass.html | 4872 - Cock Bath By A Tight Ass |
| pornve.com | Brazzers | https://pornve.com/ts0phprm4dbd/Katerina_Kay_-_Hot_Fuck_Sundae.html | 8189 - Hot Fuck Sundae |
| pornve.com | Brazzers | https://pornve.com/ts16ms34pfbr/Leya_Falcon_-_Defiance_In_The_Office.html | 7172 - Defiance in the Office |
| pornve.com | Brazzers | https://pornve.com/ts4hyurflgqj/dwp_20_04_12_aidra_fox_aidra_gets_her_fill.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Reality Kings | https://pornve.com/ts4j3t1gfpw4/Dylan_Daniels_Lolo_Punzel_Parker_Swayze_-_Friendly_Fuck.html | 14340 - Friendly Fuck |
| pornve.com | Reality Kings | https://pornve.com/ts6zelbkvbn/LilHumpers_2_S5_Christie_Stevens_The_Sunscreen_Asshole.html | Lil Humpers 2 |
| pornve.com | Brazzers | https://pornve.com/tsgilxgqtfsa/Anya_Ivy_Hardcore_Ass_-_Family_Affairs_Part_2.html | 8874 - A Family Affair Part Two |
| pornve.com | Brazzers | https://pornve.com/tshpheubr7wf/Abigail_Mac_-_White_Coat_Pink_Pussy.html | 11030 - White Coat Pink Pussy |
| pornve.com | Brazzers | https://pornve.com/tsi3t2yptmvy/Turning_Party_Tricks_brazzers.html | 3768300 - Turning Party Tricks |

EXHIBIT A

| pornve.com | Reality Kings | https://pornve.com/tsk6m8ewqojk/Rachel_Starr__Voodoo_-_Star_Quality.html | 8332 - Star Quality |
| pornve.com | Brazzers | https://pornve.com/tslptka7crxq/Veronica_Avluv_-_The_Right_Fit.html | 6982 - The Right Fit |
| pornve.com | Brazzers | https://pornve.com/tstf7ac6qgp7/Baby_Batter_Cakes_Kayla_Kayden.html | 2447179 - Baby Batter Cakes |
| pornve.com | Brazzers | https://pornve.com/tsx0tebwdtm1/Kendra_Spade_-_Bush_Is_Better.html | 3122604 - Bush Is Better |
| pornve.com | Brazzers | https://pornve.com/tsxu92vbyz7j/Ass_No_Questions_Spray_No_Lies_Brazzers_Franceska_Jaimes_SD_White_Girl_White_Guy_Blo wjob_Oiled.html | 9857 - Sin Preguntas ni Mentiras |
| pornve.com | Brazzers | https://pornve.com/tszyzqo3jgaq/Jada_Stevens_and_Sheena_Shaw_anal_bigass_threesome.html | 4268771 - Junk in the Trunk: Remastered |
| pornve.com | Reality Kings | https://pornve.com/tt0x7r7v4x9f_Reality_Kings_-_Lana_Rhoades_fucks_Darcie_Dolce_with_a_strap_on_.html | 1800007 - Pussy Cums Home |
| pornve.com | Brazzers | https://pornve.com/tt29akkn3ji7/Audrey_Bitoni_-_Fucked_On_The_Fourth_Of_July.html | 5738 - Fucked on the Fourth of July |
| pornve.com | Brazzers | https://pornve.com/tt40geshjr7i/Vienna_Black_-_Reiki_For_Her_Pussy.html | 2842877 - Reiki For Her Pussy |
| pornve.com | Reality Kings | https://pornve.com/tt7mokokr7k2/DAREDORM_80_In_It_To_Win_It_2of2.html | Dare Dorm #16 |
| pornve.com | Brazzers | https://pornve.com/tta4l2jt0r80/Abella_Danger_-_Sneaking_In_The_Back_Door.html | 2972932 - Sneaking In The Back Door |
| pornve.com | Brazzers | https://pornve.com/ttbhihei9spe/Sarah_Jessie_-_My_Stepmoms_New_Boobs.html | 9199 - My Stepmom's New Boobs |
| pornve.com | Brazzers | https://pornve.com/ttiwavzbn2kt/Lisa_Ann_Lisa_Anns_Lover.html | 3433512 - Lisa Ann's Lover |
| pornve.com | Brazzers | https://pornve.com/ttjjhgk0ghtk/Lexi_Ward__Tamara_Grace_-_Fitting_Right_In.html | 6560 - Fitting Right In |
| pornve.com | Brazzers | https://pornve.com/ttn5n5pxx79/bt4s_m3a_m3l0ne_480p.html | 9296 - Learning the Fun Way |
| pornve.com | Brazzers | https://pornve.com/ttr01z3oxecr/Ghostbusters_XXX_Parody.html | 9791 - Ghostbusters XXX Parody: Part 1 |
| pornve.com | Reality Kings | https://pornve.com/tttj9ugz7eut/Money_Talks_call_of_the_wild_big.html | 7825 - Call Of The Wild |
| pornve.com | Brazzers | https://pornve.com/tty6xv6mz69b/Brandy_Aniston_-_Country_Rubes_Have_The_Greatest_Boobs.html | 5817 - Country Rubes Have The Greatest Boobs |
| pornve.com | Brazzers | https://pornve.com/tu1vwjgiej8i/Brazzers_-_Jumping_for_jizz.html | 3334685 - Jumping for Jizz |
| pornve.com | Brazzers | https://pornve.com/tu30224ai5uj/Kayla_Kayden_-_Kayla_Wants_Her_Doctors_Goo.html | 8417 - Kayla Wants Her Doctor's Goo |
| pornve.com | Brazzers | https://pornve.com/tu36sztmrp0i/Savannah_Sixx_-_Prettier_In_Pink.html | 3648679 - Prettier In Pink |
| pornve.com | Brazzers | https://pornve.com/tucc2g3f3smz/Honey_Moon_-_Feel_The_Burn.html | 2959722 - Feel The Burn |
| pornve.com | Brazzers | https://pornve.com/tunu0ikreqgu/Secret_Society.html | 7457 - Secret Society |
| pornve.com | Brazzers | https://pornve.com/tuu9p84co5tw/Jaclyn_Taylor__Jessica_Jaymes_-_That_Fucking_Bitch_-_Part_2.html | 8831 - That Fucking Bitch: Part Two |
| pornve.com | Brazzers | https://pornve.com/tv00k8xn6r1q/Jane_Douxxx__Kissa_Sins_-_Peep_Show_Nurses.html | 9168 - Peep Show Nurses |
| pornve.com | Brazzers | https://pornve.com/tv1zmj6tg5g4/Brazzers_Live_-_23.html | 9729 - BRAZZERS LIVE 23: CUMBACK |
| pornve.com | Brazzers | https://pornve.com/tvc14i7bn43x/Eva_Notty_-_Welcome_To_The_Neighborwhore.html | 2465060 - Welcome to the Neighborwhore |
| pornve.com | Brazzers | https://pornve.com/tvchgdwwhu7/Kendra_Lust_-_Breast_Of_The_Breast.html | 6785 - Breast of the Breast |
| pornve.com | Brazzers | https://pornve.com/tvdocxxuccxp/Kimberly_Kendall_-_Ask_Me_Anything_About_My_Big_Boobs.html | 8835 - Ask Me Anything About My Big Boobs |
| pornve.com | Brazzers | https://pornve.com/tvmdmm5opy3c/Stella_Cox_-_The_Scoundrel_Ruins_A_Sleepover.html | 10330 - The Scoundrel Ruins A Sleepover |
| pornve.com | Brazzers | https://pornve.com/tvnhkt24y9t2/Eva_Notty__Janice_Griffith_-_Its_Too_Big.html | 8408 - It's Too Big! |
| pornve.com | Brazzers | https://pornve.com/tvof0n6ha1l8/Kelsi_Monroe__Keiran_Lee_-_The_Cl_ass_ic_Gymnast.html | 8423 - Cum Splash All Over Kelsi Monroe's Ass |
| pornve.com | Brazzers | https://pornve.com/tvtvw22fwk4n/Aurora_Jolie_-_Reconstruct_My_Hymen.html | 4815 - Reconstruct My Hymen |
| pornve.com | Brazzers | https://pornve.com/tvuv3kxjubg6/Holly_Halston__Noelle_Easton_-_Like_Mother_Dyke_Daughter.html | 8812 - Like Mother_Dyke Daughter |
| pornve.com | Brazzers | https://pornve.com/tw156cd2c8m6/Isis_Taylor_-_New_Intern_New_Cum_To_Taste.html | 4688 - New Intern_New Cum to Taste |
| pornve.com | Brazzers | https://pornve.com/tw2wz7yc3c51/Gabbie_Carter_Easy_Ride-Her.html | 3876097 - Easy Ride-Her |
| pornve.com | Brazzers | https://pornve.com/tw3hl02aq7t7/HALLOWEEN_Days_of_Future_Past_Porn_Parody_ejaculation.html | 9635 - XXX-Men: Psylocke vs Magneto |
| pornve.com | Brazzers | https://pornve.com/tw8xfgm1wbxd/Layla_Sin_-_Sexy_As_Sin.html | 3797043 - Sexy As Sin |
| pornve.com | Brazzers | https://pornve.com/twcyfzm3bmzo/Sample_my_snatch.html | 2357243 - Sample My Snatch |
| pornve.com | Brazzers | https://pornve.com/twfrxsugza36/Lylith_Lavey_-_Hitched_And_Ditched.html | 9609 - Hitched And Ditched |
| pornve.com | Brazzers | https://pornve.com/twj08oa1mlh7/Giselle_Palmer__Lena_Paul_-_Putting_The_D_In_Divorce.html | 3648594 - Putting The D In Divorce |
| pornve.com | Brazzers | https://pornve.com/twl6dqhlzfa6/Alix_Lynx_-_Daddys_Hardest_Worker.html | 10270 - Daddy's Hardest Worker |
| pornve.com | Brazzers | https://pornve.com/twnek0xt3ml0/Britney_Foster__Sophia_Santi_-_Spotless_Cunt.html | 5136 - Spotless Cunt |
| pornve.com | Brazzers | https://pornve.com/twoa2lqyaine/Lezley_Zen_-_Fuck_At_First_Sight.html | 4022 - Fuck at First Sight |
| pornve.com | Brazzers | https://pornve.com/twptuhrst5qs/Synthia_Fixx_Sex_Toy_Story.html | 10888 - Sex Toy Story |
| pornve.com | Brazzers | https://pornve.com/tww3zu3rmhmc/Pornx_Brazzers_Big_Booty_Ebony_Sarah_Banks_Gets_her_Bubble_Butt_Drilled_Brazzers.htm l | 10974 - Booty On The Bike |
| pornve.com | Brazzers | https://pornve.com/twx3f25zp5a7/Abella_Danger_-_Latina_rides_BBC_as_her_bubble_butt_bounces_over_stockings.html | 4418046 - Seductress In Stockings |
| pornve.com | Brazzers | https://pornve.com/twzccoana96x/Madison_Scott_-_Cream_Flows_Out.html | 4942 - Cream Flows Out |
| pornve.com | Brazzers | https://pornve.com/tx07n3uro74b/Romi_Rain_-_Pounded_By_The_Pool.html | 3609561 - Pounded By The Pool |
| pornve.com | Brazzers | https://pornve.com/tx0sw9fogc3y/Chanel_Preston_Chad_White_-_One_Lucky_Butler_-_Milfs_Like_It_Big_-_Brazzers.html | 3314377 - One Lucky Butler |
| pornve.com | Reality Kings | https://pornve.com/tx632nrb82wk/Hot_Decorator_Milf_Lela_Star_Markus_Dupree.html | 2662605 - Hot Decorator Milf |
| pornve.com | Brazzers | https://pornve.com/tx877wq647b0/Breanne_Benson_-_Ive_Got_Spirit_Yes_I_Do_Ive_Got_Spirit_And_Ill_Swallow_Your_Goo.html | 5723 - I've Got Spirit_Yes I Do_I've Got Spirit And I'll Swallow Your Goo! |
| pornve.com | Brazzers | https://pornve.com/tx9c19qci6l/Alanah_Rae_-_Nurse__Doctor_Play_While_Patients_Away_-_DoctorAdventures.html | 4541 - Nurse & Doctor Play While Patient's Away |
| pornve.com | Reality Kings | https://pornve.com/tx9mklef4pa3/RKPrime_Honey_Gold_Massage_Revenge_Fuck.html | 2812370 - Massage Revenge Fuck |
| pornve.com | Brazzers | https://pornve.com/txdkhmndhi95/Sidney_Alexis_-_Locked_Out.html | 10670 - Locked Out |
| pornve.com | Brazzers | https://pornve.com/txdlrf5t2i2z/Eva_Elfie_-_Playing_With_Eva_-_Day_With_A_Pornstar_-_Brazzers.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/txff57jweur7/Brittney_Skye__Shyla_Stylez_-_Free_Ass_Ride.html | 4513 - Free Ass Ride |
| pornve.com | Reality Kings | https://pornve.com/txft0qf684f/RealityKings_Sheerly_Sexy_Monster_Curves_Yanki_Shaft_Ava_Black.html | 3348809 - Sheerly Sexy |
| pornve.com | Brazzers | https://pornve.com/txjroc34cudm/Lily_Lane_-_Jailhouse_Fuck_Four.html | 11148 - Jailhouse Fuck Four |
| pornve.com | Brazzers | https://pornve.com/txkp62yov6r2/Emma_Heart_-_Anal_Sacrifice.html | 4282 - Anal Sacrifice |
| pornve.com | Brazzers | https://pornve.com/txmxzznrbmdm/Rhyse_Richards_-_Foreign_Body.html | 4054 - Foreign Body |
| pornve.com | Reality Kings | https://pornve.com/txp2zkhw9t0h/LilHumpers_3_S5_Dee_Williams_Hotel_Humper.html | Lil Humpers 3 |
| pornve.com | Brazzers | https://pornve.com/txralojouacl/Brandi_Love__Janice_Griffith_-_Help_Wanted_In_A_Big_Way.html | 9216 - Help Wanted In A Big Way |

| pornve.com | Brazzers | https://pornve.com/txtfbojl7zr7/Brazzers_-_Nicoles_Oasis.html | 3425113 - Nicole's Oasis |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/txua3szmywux/Hottest_Teen_Creampies_Compilation.html | 8717 - Sweet Kush |
| pornve.com | Brazzers | https://pornve.com/txw46haejvb7/Brazzers_Big_Wet_Butts_Ass_Safari_Kat_Dior.html | 2469570 - Ass Safari |
| pornve.com | Brazzers | https://pornve.com/txx5400lo3vi/Madison_Ivy_as_Cleopatra_the_goddess_of_ass_love_HD.html | 8143 - Political Titties |
| pornve.com | Brazzers | https://pornve.com/ty3dbzgoaoh8/Brazzers_Live_-_42.html | 9649 - BRAZZERS LIVE 42: STEAK & BJ DAY COOKOFF |
| pornve.com | Brazzers | https://pornve.com/ty4w5x8tw30q/Katana_Kombat_-_Sex_With_The_Therapist.html | 3868605 - Sex With The Therapist |
| pornve.com | Brazzers | https://pornve.com/ty8103doe0ot/TeensLikeItBig__Brazzers_Kylie_Nicole_-_Teen_Trophy_Wife.html | 9602 - Teen Trophy Wife |
| pornve.com | Reality Kings | https://pornve.com/tyf83uc625h0/Cyrstal_Rae_Alexis_Fawx_Tempting_Cyrstal.html | 14270 - Tempting Cyrstal |
| pornve.com | Brazzers | https://pornve.com/tyfgoojj1cy0/Eva_Notty_-_ZZ_Pizza_Party.html | 11046 - ZZ Pizza Party: Part 1 |
| pornve.com | Brazzers | https://pornve.com/tyjrpjdqn4h9/BrazzersExxtra_19_08_29_Alyssa_Reece_-_You_Agreed_To_This_XXX.html | 3646741 - You Agreed To This |
| pornve.com | Reality Kings | https://pornve.com/tykx7rtkrw8f/EuroSexParties_Alice_Miller_Mika_-_Double_Love.html | 3856 - Double Love |
| pornve.com | Brazzers | https://pornve.com/tylkioo3b2uf/Kendra_lust_fucks_her_friends_son.html | 2439722 - Rub A Tug Tug |
| pornve.com | Brazzers | https://pornve.com/tyqdkjjhdri0/Casey_Cumz_-_The_Stepdad_And_The_Schoolgirl.html | 7831 - The Stepdad And The Schoolgirl |
| pornve.com | Brazzers | https://pornve.com/tyrd5fi5fz4h/Hillary_Scott_-_Dirty_Pigs.html | 3994 - Dirty Pigs |
| pornve.com | Reality Kings | https://pornve.com/tys73rprdd7g/Lucky_Thief.html | 14614 - Big Bubble Booty |
| pornve.com | Reality Kings | https://pornve.com/tyu18qzcdjmd/Money_Talks_incum_taxed_big.html | 7927 - Incum Taxed |
| pornve.com | Brazzers | https://pornve.com/tz21ruwp1as1/BigButtsLikeItBig__Brazzers_Amber_Chase_-_Almost_Perfect_Girlfriend.html | 9801 - Almost Perfect Girlfriend |
| pornve.com | Brazzers | https://pornve.com/tz4zuco5746m/Next_Whore_Neighbor.html | 8173 - Next Whore Neighbor |
| pornve.com | Reality Kings | https://pornve.com/tz7a86v81oao/RealityKings_Just_A_Dip.html | Reckless In Miami 2 |
| pornve.com | Brazzers | https://pornve.com/tz7rdol2najz/Harlow_Harrison_Hot_Carwash.html | 10097 - Car Wash Coochie |
| pornve.com | Brazzers | https://pornve.com/tz9thplghzqw/Yurizans_Cum_Addiction_Brazzers.html | 10393 - Yurizan's Cum Addiction |
| pornve.com | Brazzers | https://pornve.com/tzoip5zs9swm/Alena_Croft_-_Getting_It_On_With_My_Girlfriends_Mom_Real_Wife_Stories_-_Brazzers.html | 3051416 - Courtney Lends A Helping Hand |
| pornve.com | Brazzers | https://pornve.com/tzoip5zs9swm/Alena_Croft_-_Getting_It_On_With_My_Girlfriends_Mom.html | 3161667 - Getting It On With My Girlfriend's Mom |
| pornve.com | Brazzers | https://pornve.com/tzpe3rtqased/ZZ_Recruits_Agent_Katrina_-_Katrina_Jade_Bill_Bailey.html | 8848 - ZZ Recruits: Agent Katrina |
| pornve.com | Brazzers | https://pornve.com/tzpqhw9gs6u4/HotAndMean_17_04_15_Ryan_Conner_And_Elsa_Jean_Disciplining_His_Mistress_XXX_-_KTR.html | 10522 - Disciplining His Mistress |
| pornve.com | Brazzers | https://pornve.com/tzq7boz9x9wh/Ariella_Ferrera__Danica_Dillon_-_The_Whorin_Warden_Returns.html | 8282 - The Whorin' Warden Returns |
| pornve.com | Brazzers | https://pornve.com/tzrx68n7yut/Alexis_Fawx_-_Alexis_Dildo_Harvest.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/tzuac3armd83/Sara_Stone_-_Stone_Cold_Awesome.html | Brazzers Doctor Adventures #6 |
| pornve.com | Brazzers | https://pornve.com/u00on4ancsk6/Jess_Scotland_Danny_D_-_Jess_Screams_Yes_For_The_Dress_-_Milfs_Like_It_Big_-_Brazzers.html | 3830498 - Jess Screams Yes For The Dress |
| pornve.com | Brazzers | https://pornve.com/u03b0wb2lwf5/Andi_Anderson_-_Impale_My_Big_Wet_Ass.html | 4140 - Impale my Big Wet Ass |
| pornve.com | Brazzers | https://pornve.com/u03pygpxwm1h/Christie_Stevens_Balls_Deep_in_a_Blonde_Erik.html | 7541 - Balls Deep in a Blonde |
| pornve.com | Brazzers | https://pornve.com/u09r7wjwzz63/Gia_Milana_-_The_Sirens_Cry.html | 10876 - The Siren's Cry |
| pornve.com | Brazzers | https://pornve.com/u0d0molsf5ysq/Office_4-Play_-_Part_1.html | 5702 - Office 4-Play |
| pornve.com | Brazzers | https://pornve.com/u0gep1wozzsw/Jayden_Jaymes_-_Campus_Security.html | 8275 - Campus Security |
| pornve.com | Brazzers | https://pornve.com/u0gum7z2jly/Jazy_Berlin_-_Immediate_Vaginal_Plugging.html | 4562 - Immediate Vaginal Plugging |
| pornve.com | Brazzers | https://pornve.com/u0qpggzol9sn/Summer_Brielle_-_Spring_Break_Forever.html | 8250 - Spring Break Forever |
| pornve.com | Brazzers | https://pornve.com/u0pozfxohhfb/Kenzie_Taylor_Keiran_Lee_-_Blonde_Domme-Ination_-_Brazzers_Exxtra_-_Brazzers.html | 3769379 - Blonde Domme-Ination |
| pornve.com | Reality Kings | https://pornve.com/u0rg9rckwq1p/Brandi_Love_Anya_Olsen_Brick_Danger__Meet_My_Stepmom.html | 2025152 - Meet My Stepmom |
| pornve.com | Reality Kings | https://pornve.com/u0ugevwu88w9/Anny_Aurora_Erik_Everhard_-_Analyzing_Anny_-_Mikes_Apartment_-_Reality_Kings.html | 2286615 - Analyzing Anny |
| pornve.com | Brazzers | https://pornve.com/u0vap248e483/Layla_Rivera_-_Poon_Monsoon.html | 6889 - Poon Monsoon |
| pornve.com | Brazzers | https://pornve.com/u0vnout66kic/Devon_-_Til_Dick_Do_Us_Part_-_1.html | 6588 - Redefining Devon |
| pornve.com | Reality Kings | https://pornve.com/u0wgjsk4s89e/CumFiesta__RealityKings_Kacey_Quinn_-_Easy_Entry.html | 14247 - Easy Entry |
| pornve.com | Brazzers | https://pornve.com/u0wukdlolr1c0/Sophia_Fiore_-_Gymnastics.html | 8272 - Gymnastics |
| pornve.com | Brazzers | https://pornve.com/u0zrt5ryo15h/Veronica_Avluv_-_Mistress_P_I_-_Brazzers.html | 5436 - Mistress P.I. |
| pornve.com | Brazzers | https://pornve.com/u13gjn0yopb/Alexis_Monroe_-_ZZ_Courthouse_-_Part_1.html | 9243 - ZZ Courthouse - Part One |
| pornve.com | Brazzers | https://pornve.com/u15q4o756f60/Jane_Wilde_Keiran_Lee_-_Oh_Its_THAT_Kind_of_Massage_-_Dirty_Masseur_-_Brazzers.html | 3456419 - Oh! It's THAT Kind of Massage! |
| pornve.com | Brazzers | https://pornve.com/u15uwlssmez6/Oh_Yeah_New_Peta_Jensen_Pays_Your_Cock_A_Visit.html | 9015 - Peta Pays Your Cock a Visit |
| pornve.com | Brazzers | https://pornve.com/u16ytdh8nm6a/Jayden_Jaymes_-_Full_Anal_Tune-UP.html | 5857 - Full Anal Tune-UP |
| pornve.com | Brazzers | https://pornve.com/u19u9clhwycd/MommyGotBoobs_Katie_Morgan_Booty_Call_With_My_Bro_s_Mom_29_03_2018_rq.html | 2440411 - Booty Call With My Bro's Mom |
| pornve.com | Reality Kings | https://pornve.com/u1a6pcmuhb5m/GFRevenge_London_Britches.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/u1bp5c495wyc/Abigail_Mac_-_Good_Fuck_For_You.html | 9276 - Good Fuck For You |
| pornve.com | Brazzers | https://pornve.com/u1e9nidcqygk/Tegan_James_-_Washing_Her_Mouth_Out_With_Cum.html | 10333 - Washing Her Mouth Out With Cum |
| pornve.com | Brazzers | https://pornve.com/u1fir8phjdxc/Suns_Out_Tits_Out_BraZZers_HDRip.html | 3642264 - Sun's Out Tits Out |
| pornve.com | Brazzers | https://pornve.com/u1hwxmvf2ud7/Dani_Jensen_-_Penetration_Is_The_Foundation_Of_A_Good_Education.html | 5100 - Penetration is the Foundation of a Good Education |
| pornve.com | Brazzers | https://pornve.com/u1mrzoq13x5/Hillary_Scott_-_Eat_This_And_Review_It.html | 4416 - Hillary's Double Helping of Cock |
| pornve.com | Brazzers | https://pornve.com/u1jzn2tpwxc1/Madison_Ivy_Keiran_Lee_-_Kinky_Kidnap_-_Real_Wife_Stories_-_Brazzers.html | 3110580 - Kinky Kidnap |
| pornve.com | Brazzers | https://pornve.com/u20mlpt8sn5o/BrazzersExxtra_Eliza_Ibarra_Cuff_Me_And_Fuck_Me.html | 3170353 - Cuff Me And Fuck Me |
| pornve.com | Reality Kings | https://pornve.com/u26y3xwrn6g2/RoundAndBrown_15_11_06_Tara_Fox_Tap_That_Ass.html | 13979 - Tap That Ass |
| pornve.com | Brazzers | https://pornve.com/u27ak6150yf5/DoctorAdventures181021BrettRossiGoingUnder.html | 2947162 - Going Under |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/u2b8ku8klbz3/brazzer_sex_xtra_brazzers_megan_rain_peta_jensen_sibling_rivalry.html | 9309 - Sibling Rivalry 2 |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/u2gurqbeblqx/HD_New_Rachel_Starr_Best_Crying_BlowJob_Huge_Cock_All_The_Way_Down_720p.html | 9455 - The Vocal Coach |
| pornve.com | Brazzers | https://pornve.com/u2l1iqxje0st/Follow_That_Ass_Assh_Lee__Danny_D.html | 10045 - Follow That Ass! |
| pornve.com | Brazzers | https://pornve.com/u2mxdfpflf5l/BigTitsAtSchool_August_Taylor_Whats_My_Grade_Again.html | 9589 - What's My Grade Again? |
| pornve.com | Reality Kings | https://pornve.com/u2nf083www1n/Alena_Croft_Tony_Rubino_-_Pool_Hall_Milf_-_Milf_Hunter_-_Reality_Kings.html | 2572077 - Pool Hall Milf |
| pornve.com | Brazzers | https://pornve.com/u2ozjiknzpmc/All_Naughty_Part_1.html | 8432 - All Naughty Pt One |
| pornve.com | Brazzers | https://pornve.com/u2vmskup433a/Stacy_Cruz_Danny_D_-_Waking_Beauty_-_Baby_Got_Boobs_-_Brazzers.html | 3646746 - Waking Beauty |
| pornve.com | Brazzers | https://pornve.com/u2w9rdcgr5xz/Rose_Monroe_-_Buen_Culo_Brilloso.html | 8498 - Buen Culo Brilloso |
| pornve.com | Brazzers | https://pornve.com/u2whli31os42/Devon_Michaels_-_MMA_Tits.html | 4653 - MMA Tits |
| pornve.com | Brazzers | https://pornve.com/u313oridn3xk/Violet_Starr_-_No_Fucking_Spoilers.html | 11042 - No Fucking Spoilers! |
| pornve.com | Brazzers | https://pornve.com/u35o2n2f3xzg/BigTitsAtSchool_Brittany_Bardot_The_Submissive_Sub_-_18_07_16.html | 9771 - The Submissive Sub |
| pornve.com | Brazzers | https://pornve.com/u3arjzf1drto/Elsa_Jean_-_If_Dad_Wont_Help_Strangers_Will.html | 9398 - If Dad Won't Help_Strangers Will |
| pornve.com | Brazzers | https://pornve.com/u3dtgwthakqo/Brazzers_-_Busty_brunette_Chanel_Preston_gets_creampied_by_the_doctor_.html | 2365606 - Sperm Donor Needed |
| pornve.com | Reality Kings | https://pornve.com/u3m372qtwxhb/Maggie_Green_-_Nina_Sullivan_-_Stepmoms_Got_Game.html | 11410 - Naughty Knockers |
| pornve.com | Brazzers | https://pornve.com/u3uln7w3ot4/Jeanie_Marie_Sullivan_-_Stepmoms_Got_Game.html | 3878710 - Stepmom's Got Game |
| pornve.com | Brazzers | https://pornve.com/u3v6yhh2nrfk/Alexis_Grace_-_Give_This_Man_Some_Titties.html | 7542 - Give this Man Some Titties! |
| pornve.com | Brazzers | https://pornve.com/u3vihrwtfbap/Dylan_Ryder_-_Zippity_Zappers_-_Brazzers.html | 4399 - Zippity Zappers |
| pornve.com | Brazzers | https://pornve.com/u3wj6e8t3hk5/Kiara_Mia_-_She_Does_What_She_Wants.html | 7556 - She Does What She Wants |
| pornve.com | Brazzers | https://pornve.com/u3whli31os43/Holly_Hotwife_-_Just_Ignore_Him.html | 3959937 - Just Ignore Him |
| pornve.com | Brazzers | https://pornve.com/u3zgyy1zyct4/Abella_Danger_-_Vaginal_Stimulation_-_A_ZZ_Medical_Study.html | 10623 - Vaginal Stimulation: A ZZ Medical Study |
| pornve.com | Reality Kings | https://pornve.com/u40b934m1194/MonsterCurves_-_Nina_Kayy_Fuck_That_Frame.html | 14533 - Fuck That Frame |
| pornve.com | Brazzers | https://pornve.com/u42kbjpu8bcm/Rebecca_More_-_Massaging_Mrs_Moore.html | 10553 - Massaging Mrs. Moore |
| pornve.com | Brazzers | https://pornve.com/u4bgkfer5nw7t/Pornstars_Like_It_Big_Facial_Rachel_Roxxx.html | 9342 - Can't Get Enough |
| pornve.com | Brazzers | https://pornve.com/u4ciynhol7x9/Bridgette_B_-_Bridgette_By_The_Pool.html | 3609040 - Bridgette By The Pool |
| pornve.com | Brazzers | https://pornve.com/u4i5zktubr6/Ariana_Marie_-_I_Think_We_Should_Bang_Other_People_Part_1.html | 8851 - I Think We Should Bang Other People: Part One |
| pornve.com | Brazzers | https://pornve.com/u4j26pej8c2r/Kimmy_Lee_-_Fucking_And_Sucking_Her_Sons_Roommate_Clean.html | 7989 - Fucking and Sucking Her Son's Roommate Clean |
| pornve.com | Brazzers | https://pornve.com/u4uivg1y4kju/Alison_Tyler_-_The_Study_Buddy.html | 9808 - El CompaÃ±ero de Estudios |
| pornve.com | Reality Kings | https://pornve.com/u4zav7xcq2xx/Lela_Star_Zachary_Wild_-_What_To_Wear_-_Milf_Hunter.html | 2572066 - What To Wear |
| pornve.com | Brazzers | https://pornve.com/u4zxvtjelwjr/Ashley_Graham_-_Eva_Notty_-_Strip_Search_Sluts.html | 7105 - Strip Search Sluts |
| pornve.com | Brazzers | https://pornve.com/u54xqagjtfka/Alex_Chance__Ashley_Graham__Noelle_Easton_-_Wet_Titty_T-Shirt_Telethon.html | 7784 - Wet Titty T-Shirt Telethon |
| pornve.com | Brazzers | https://pornve.com/u58n4ketjsp6/Aryana_Augustine_-_Office_Slut_Put_In_Charge.html | 7222 - Office Slut Put In Charge |
| pornve.com | Brazzers | https://pornve.com/u5c21w0gapat/Athena_Palomino_-_Checking_Into_Athena.html | 2573093 - Checking Into Athena |
| pornve.com | Brazzers | https://pornve.com/u5gb2sqahnse/Siri_-_The_Pavslut_Experiment.html | 7780 - The Pavslut Experiment |
| | | | |
| pornve.com | Brazzers | https://pornve.com/u5gsa2qya6pw/Cherie_Deville_Ricky_Johnson_-_Accidental_Adultery_-_Milfs_Like_It_Big_-_Brazzers.html | 3377778 - Accidental Adultery |
| pornve.com | Brazzers | https://pornve.com/u5kuk96r8gx8/Nicolette_Shea_-_Mrs_Shea_Room_Service.html | 2578042 - Mrs. Shea's Room Service |
| pornve.com | Brazzers | https://pornve.com/u5lf0j3ld2i7/Britney_Amber_-_The_Interview_-_Round_2.html | 9679 - The Interview: Round 2 |
| pornve.com | Brazzers | https://pornve.com/u5v7yarldpw1/Chelsey_Lanette__Tina_Walker_-_Ladies_Of_The_Night.html | 9375 - Ladies of the Night |
| pornve.com | Brazzers | https://pornve.com/u5vafelcae76/Brooke_Brand_-_Welcum_My_Geisha.html | 4966 - Welcum My Geisha |
| pornve.com | Brazzers | https://pornve.com/u5wsnoos9xe/Nicole_Aniston_-_Lined_Up_And_Laid_Out.html | 2412421 - Lined Up And Laid Out |
| pornve.com | Brazzers | https://pornve.com/u5x89m8yu4ke/Kayla_Carrera_-_Anything_To_Cut_The_Waiting_Line.html | 3980 - Anything To Cut The Waiting Line |
| pornve.com | Reality Kings | https://pornve.com/u5xvhsn5j7gk/Moms_Bang_Teens_Cory_Chase_threesome_daughter_boyfriend.html | 1792312 - Fucking Nerds |
| pornve.com | Brazzers | https://pornve.com/u5y4yj0ysqg0/Aidra_Fox_-_Aidra_Is_Always_Ready.html | 8568 - Aidra Is Always Ready |
| pornve.com | Brazzers | https://pornve.com/u60uqgz32hj8/Rilynn_Rae_A_Reporter_In_The_Rough.html | 9110 - A Reporter In The Rough |
| pornve.com | Brazzers | https://pornve.com/u62j5jh6wrql/Alanah_Rae_Diner_Down_the_Road.html | 5008 - The Diner down the Road |
| pornve.com | Brazzers | https://pornve.com/u697jfpdtrv9/Milf_Swap_Karen_Fisher_Sammy_Brooks.html | 7736 - Milf Swap |
| pornve.com | Brazzers | https://pornve.com/u6dwno0skgnb/Putting_That_Pussy_In_Its_Place.html | 7954 - Putting That Pussy In Its Place! |
| pornve.com | Brazzers | https://pornve.com/u6kn02qldoa6/Bella_Reese_-_Reeses_Pieces.html | 6028 - Reese's Pieces |
| pornve.com | Brazzers | https://pornve.com/u6libsw1it2v/TeensLikeItBig_19_09_08_Ashley_Aleigh_Sleepover_Surprise_XXX.html | 3648052 - Sleepover Surprise |
| pornve.com | Brazzers | https://pornve.com/u6q1g5mtt0r9/MomsInControl_15_11_08_Amanda_Lane_And_Veronica_Rayne_Kindly_Fuck_My_Stepdaughter.html | 9240 - Kindly Fuck My Stepdaughter |
| pornve.com | Reality Kings | https://pornve.com/u6qrgl1i4imo/Pure_18_Lizzie_Rhodes_Tight_Delight.html | 8745 - Tight Delight |
| pornve.com | Brazzers | https://pornve.com/u6r7a1wpn0ks/Karma_Rx_-_Humping_My_Chakras.html | 2992004 - Humping My Chakras |
| pornve.com | Reality Kings | https://pornve.com/u6t6nvgjmws3/TeensLoveHugeCocks_19_08_05_Stacy_Cruz_Cock_On_The_Cob_XXX_SD.html | 3608691 - Cock On The Cob |
| pornve.com | Brazzers | https://pornve.com/u6xg68g52j90/BigTitsAtWork_15_11_06_Nikki_Benz_ZZ_Courthouse_Part_Two.html | 9225 - ZZ Courthouse: Part Two |
| pornve.com | Brazzers | https://pornve.com/u6zgavemaauv/Asa_Akira_-_Im_Looking_For_My_Balls.html | 3894 - I'm Looking for My Balls |
| pornve.com | Brazzers | https://pornve.com/u70gmnswtvs9/Carolina_Sweets_-_Wanna_Buy_My_Virginity.html | 2369012 - Wanna Buy My Virginity? |
| pornve.com | Brazzers | https://pornve.com/u716etg05x6v/Mahina_Zaltana_-_Dirty_Fun_Bags.html | 5279 - Dirty Fun Bags |
| pornve.com | Brazzers | https://pornve.com/u740n9t8m9y7/Lets_Get_Facials_2_Brazzer_Exxtra__Nikki_Benz__Dani_Daniels.html | 10034 - Let's Get Facials 2 |
| pornve.com | Brazzers | https://pornve.com/u7a3wrp9ctxm/Tory_Lane_-_Fuck_For_The_Promotion.html | 6840 - Fuck for the Promotion |
| pornve.com | Brazzers | https://pornve.com/u7be1zqy6mlk/Phoenix_Marie_-_Big_Ass_Brothel.html | 4679 - Big Ass Brothel |
| pornve.com | Brazzers | https://pornve.com/u7ceon94okim/Luna_Star_Madison_Ivy_-_Treat_Us_Right.html | 3829134 - Treat Us Right |
| pornve.com | Brazzers | https://pornve.com/u7cn91ycdm1f/Amber_Deen_-_The_Caterer.html | 10288 - The Caterer |
| pornve.com | Brazzers | https://pornve.com/u7ld7onqvwkc/Romi_Rain_-_Mad_Muff.html | 7207 - Mad Muff |
| pornve.com | Brazzers | https://pornve.com/u7gihy4q61nl/Bang_On_The_Fourth_Of_July.html | 7468 - Bang on the Fourth of July |

| | | | | |
|---|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/u7mo1dczpzya/8thStreetLatinas__RealityKings_Michelle_Martinez_-_Michelles_Ass.html | 14688 - Michelles Ass | |
| pornve.com | Brazzers | https://pornve.com/u7mrwci8d4cb/Nicole_Aniston.html | 9277 - Back In Big Cock Action | |
| pornve.com | Brazzers | https://pornve.com/u7nwcutqn6vb/Nicole_Aniston_Desperate_Housewife.html | 6760 - A Secret Gentleman's Club | |
| pornve.com | Brazzers | https://pornve.com/u7r9vtcn6xrp/Brazzers_Pornstar_protection_program_Brazzers_Pornstars_Like_It_Big_Alexis_Fawx_Prince_Yashua.html | 11034 - Pornstar Protection Program | |
| pornve.com | Brazzers | https://pornve.com/u7xgjy5e5irw/Jenni_Lee_-_Stretch_Pants_And_Pulling_Groins.html | 6674 - Stretch Pants And Pulling Groins | |
| pornve.com | Brazzers | https://pornve.com/u7xp7xgmf5n5/Ariella_Ferrera__Reagan_Foxx_-_Harder_Faster_Milfier.html | 11288 - Harder Faster Milfier | |
| pornve.com | Reality Kings | https://pornve.com/u84ct1855d0e/Sofi_Ryan_Chad_White_-_Kinky_Sofi_-_Big_Naturals_-_Reality_Kings.html | 2286903 - Kinky Sofi | |
| pornve.com | Brazzers | https://pornve.com/u85aqhdohf68/Sheridan_Love_Robby_Echo_-_Sneaky_Starlet_-_Mommy_Got_Boobs_-_Brazzers.html | 3222150 - Sneaky Starlet | |
| pornve.com | Brazzers | https://pornve.com/u86xbtuss8e2j/Jenni_Lee_-_Call_Girl_Adventure.html | 6770 - First Time Anal: Call Girl Adventure | |
| pornve.com | Brazzers | https://pornve.com/u89ez3meewm1/Sofia_Rose__Vina_Sky_-_Obedience_And_Orgasms.html | 3768301 - Obedience And Orgasms | |
| pornve.com | Brazzers | https://pornve.com/u8aiggi1b2ff/Shy_redhead_wants_anal.html | 4268760 - Shy Redheads Want Anal: Remastered | |
| pornve.com | Brazzers | https://pornve.com/u8c7pek8avh5/Naughty_Bookworms_2015_-_Nina_Elle.html | 8107 - Panty Raid | |
| pornve.com | Brazzers | https://pornve.com/u8cznoootfr2r/Shawna_Lenee_is_Back.html | 8593 - The Fulfilment of Shawna Lenee | |
| pornve.com | Brazzers | https://pornve.com/u8dfl68uvp2m/Jennifer_White__Madison_Scott__Nika_Noire_-_Slut_Wives.html | 5526 - Slut Wives | |
| pornve.com | Brazzers | https://pornve.com/u8iwh2wjj4m/Audrey_Bitoni_-_You_Could_Be_A_Little_Meaner.html | 6339 - You Could Be A Little Meaner | |
| pornve.com | Brazzers | https://pornve.com/u8jo82t40sm7/Alli_Rae_-_I_Hate_My_Stepbrother.html | 8655 - I Hate My Stepbrother | |
| pornve.com | Brazzers | https://pornve.com/u8oine6m6qpj/Candy_Alexa_-_The_Russian_Dentist.html | 8053 - The Russian Dentist | |
| pornve.com | Brazzers | https://pornve.com/u8rcd4kj849g/Ariella_Ferrera__India_Summer__Veronica_Avluv_-_Are_You_Afraid_Of_The_Dick.html | 7742 - Ep-1: Are You Afraid of the Dick? | |
| pornve.com | Reality Kings | https://pornve.com/u8twdz86yum9/WeLiveTogether_17_04_13_Lily_Rader_And_Kiley_Jay_Ass_Out_Tongue_In_XXX_-_KTR.html | 1794314 - Ass Out Tongue In | |
| pornve.com | Brazzers | https://pornve.com/u8uop6dt0lgn/My_adorable_new_teacher_Anna_Bell_Peaks_exploiting_my_cock_in_the_classroom.html | 10205 - Sexy Pictures Worth A Thousand Words | |
| pornve.com | Brazzers | https://pornve.com/u8x5q1ofa9p5/Bridgette_B_-_Caught_Red_Handed.html | 3456454 - Caught Red Handed | |
| pornve.com | Brazzers | https://pornve.com/u902lc6arjzy/Gracie_Glam__Kayla_Carrera_-_With_Gracie_In_The_Middle_Theres_Some_Leeway.html | 5947 - With Gracie In The Middle There's Some Leeway | |
| pornve.com | Brazzers | https://pornve.com/u90b4b056ox6/Shayla_Leveaux_-_Does_My_Dick_Work_Doc.html | 6961 - Does My Dick Work_Doc? | |
| pornve.com | Brazzers | https://pornve.com/u90jjtx97dqx/Xanders_World_Tour_Episode_2.html | 2342381 - Xander's World Tour - Ep.2 | |
| pornve.com | Brazzers | https://pornve.com/u92qxf4r3neg/Mandy_Dee_-_Juice_Those_Juggs.html | 4996 - Juice Those Juggs | |
| pornve.com | Brazzers | https://pornve.com/u93f1cp6cpvn/PornstarsLikeItBig_-_Abigail_Mac_-_Rent-A-Pornstar_Wife_For_A_Day.html | 3645135 - Rent-A-Pornstar: Wife For A Day | |
| pornve.com | Brazzers | https://pornve.com/u9815zh3gfhk/My_Exs_Angry_Mom_-_Ava_Addams__Keisha_Grey.html | 8917 - My Ex's Angry Mom | |
| pornve.com | Brazzers | https://pornve.com/u98ldpcsmghu/BigTitsInUniform_Kagney_Linn_Karter_-_Fast_Boob_Joint.html | 5836 - Fast Boob Joint | |
| pornve.com | Brazzers | https://pornve.com/u9apszxstvxd/Brandi_Edwards__Phoenix_Marie_-_The_Big_Cock_Coffee_Club.html | 4146 - The Big Cock Coffee Club | |
| pornve.com | Brazzers | https://pornve.com/u9bnujhs3i9g/Ariella_Ferrera_-_Digging_For_Trouble.html | 5716 - Digging For Trouble | |
| pornve.com | Reality Kings | https://pornve.com/u9fihp2ru0fr/Zoey_Monroe_And_Charlotte_Stokely_-_Something_Delicious.html | 13739 - Something Delicious | |
| pornve.com | Brazzers | https://pornve.com/u9k8pvk8rjtx/BigTitsAtWork_Jane_Douxxx_-_Forecasting_Several_Inches.html | 10886 - Forecasting Several Inches | |
| pornve.com | Brazzers | https://pornve.com/u9l2m8714h64/Brynn_Tyler__Lexi_Belle_-_Mc_Lovin_Gets_Some_Lovin.html | Teens Like It Big Vol. 5 | |
| pornve.com | Brazzers | https://pornve.com/u9o4gryr2aa4/Emma_Hix_-_Emma_Gets_All_Oiled_Up.html | 2358761 - Emma Gets All Oiled Up | |
| pornve.com | Brazzers | https://pornve.com/u9xu0qklgmh1/HotAndMean__Britney_Amber_Carter_Cruise_Confessions_Of_A_Buttaholic.html | 2468985 - Confessions Of A Buttaholic | |
| pornve.com | Brazzers | https://pornve.com/ua1nbncp807/Sienna_Day_-_Romeo_And_Juliets_Boobs.html | 8425 - Romeo and Juliet's Boobs | |
| pornve.com | Reality Kings | https://pornve.com/ua7blzcrtun5/Realitykings_Smoothies_for_sale_watch_online_for_free.html | 3151675 - Smoothies For Sale | |
| pornve.com | Brazzers | https://pornve.com/uad4yh0y0oll/Ana_Foxxx_Monique_Alexander_Nikki_Benz_Romi_Rain_1.html | 9793 - Ghostbusters XXX Parody: Part 3 | |
| pornve.com | Brazzers | https://pornve.com/uadhqvqhg4uj/Priya_Anjali_Rai_-_All_I_Could_Hear_Is_Pussy.html | Brazzers Doctor Adventures #6 | |
| pornve.com | Brazzers | https://pornve.com/uadqt4jykm21/Alison_Tyler_-_Get_The_Picture.html | 9450 - Get The Picture? | |
| pornve.com | Reality Kings | https://pornve.com/uahmd6zu2qaa/Club_Fucking_2_Published_On_3_Months_Ago_Category_Ass_Public_Tags_Club_Group_Tag_This_Video.html | 11585 - Pleasure Zone | |
| pornve.com | Brazzers | https://pornve.com/uaik1ni6ez2v/Inari_Vachs_-_Cock-Ditions.html | 6727 - Cock-ditions | |
| pornve.com | Brazzers | https://pornve.com/uajs7p0gsbx/Adriana_Chechik_-_The_Great_Doctor_-_2.html | 8602 - The Great Doctor Part Two | |
| pornve.com | Brazzers | https://pornve.com/uajroloy1kit/_The_Big_Friendly_Dick_.html | 9775 - The Big Friendly Dick | |
| pornve.com | Brazzers | https://pornve.com/uamyvk2hcyym/NEW_Peta_Jensen_BigTitsAtSchool_Brazzers_One_Wet_Cheerleader_18_01_16.html | 9381 - One Wet Cheerleader | |
| pornve.com | Brazzers | https://pornve.com/uanh50g0zbig/Vanessa_Leon_-_The_Story_Of_The_Cock_Craving_Girl.html | Teens Like It Big Vol. 3 | |
| pornve.com | Brazzers | https://pornve.com/uar0vcoo7p2v/Aletta_Ocean_-_Storm_Of_Kings_-_Part_3.html | 8996 - Storm Of Kings XXX Parody: Part 3 | |
| pornve.com | Brazzers | https://pornve.com/uauxb31l86ss/Mia_Malkova_-_Die_Hardcore_-_Part_1.html | 11097 - Die Hardcore: Part 1 | |
| pornve.com | Brazzers | https://pornve.com/uawb2itmx00z/Rachel_Starr_-_Rubbing_A_Cock_In_Her_Poon.html | 10526 - Rubbing A Cock In Her Poon | |
| pornve.com | Brazzers | https://pornve.com/uayegdpswkuv/Nina_Elle_-_ZZ_Pizza_Party.html | 11041 - ZZ Pizza Party: Part 2 | |
| pornve.com | Brazzers | https://pornve.com/ub22qmqw9r5o/Alexis_Fawx__Bailey_Brooke_-_College_Dreams.html | 10268 - College Dreams | |
| pornve.com | Brazzers | https://pornve.com/ub2xv5zu0yky/Breaking_Entering__Teaching_Teens.html | 10625 - Breaking_Entering & Teaching Teens | |
| pornve.com | Brazzers | https://pornve.com/ub2zaxw65dv/A_Family_Affair_Part_Three_-_Yasmine_de_Leon__Xander_Corvus.html | 8967 - A Family Affair Part Three | |
| pornve.com | Brazzers | https://pornve.com/ub5xwaselb1q/Jenna_J_Ross_-_A_Ticket_To_Ride_Her.html | 10500 - A Ticket To Ride Her | |
| pornve.com | Brazzers | https://pornve.com/ub8rxo1i19br/Mya_Mays_-_Disco_Dicking.html | 11124 - Disco Dicking | |
| pornve.com | Brazzers | https://pornve.com/ubabe9pfc64gx3/Alina_Lopez_Charles_Dera_-_My_Not_So_Prude_Best_Friend_Part_2_-_Brazzers_Exxtra_-_Brazzers.html | 3043509 - My Not So Prude Best Friend Part 2 | |
| pornve.com | Reality Kings | https://pornve.com/ubctgmevgji9/MonsterCurves_-_Valentina_Nappi_Valentinas_Anal_Paradise.html | 2342984 - Valentinas Anal Paradise | |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/ubft9vzbzvu8/Ivy_Lebelle_Karmen_Karma_Keiran_Lee_-_Ivy_And_Karmen_-_Day_With_A_Pornstar_-_Brazzers.html | 2868137 - Ivy And Karmen |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/ubkvwrn8k1a7/_Hold_The_Phone_Not_The_Moan_-_Brazzers_.html | 9478 - Hold The Phone  Not The Moan |
| pornve.com | Brazzers | https://pornve.com/ubm7bkkdiazw/Alyssia_Kent_-_Rub_Me_The_Right_Way.html | 3609694 - Rub Me The Right Way |
| pornve.com | Brazzers | https://pornve.com/uc1q41fsvnmy/Brazzers_The_Right_Fit_Johnny_Sins_Veronica_Avluv_Black_Hair_Squirt_Brazzers_Professional_Mi.html | 6982 - The Right Fit |
| pornve.com | Brazzers | https://pornve.com/uc2tqy3zyhvi/Diamond_Kitty_-_Face_Down_Ass_Up.html | 8457 - Face Down  Ass Up |
| pornve.com | Brazzers | https://pornve.com/uc5kpgpzyute/Britney_Amber_-_The_Nippledon_Open.html | 5780 - The Nippledon Open |
| pornve.com | Brazzers | https://pornve.com/uc5q0isg2tgy/Forget_About_Fucking_My_Daughter_And_Fuck_Me_Alyssa_Lynn.html | 10725 - Forget About Fucking My Daughter And Fuck Me! |
| pornve.com | Brazzers | https://pornve.com/ucdk69x1o8sk/Katana_Kombat_-_Wet_On_Her_Wedding_Day.html | 3609649 - Wet On Her Wedding Day |
| pornve.com | Reality Kings | https://pornve.com/ucdpocqov33l/RKPrime_19_07_15_Abella_Danger_Grand_Theft_Moto_XXX_SD.html | 3462295 - Grand Theft Moto |
| pornve.com | Brazzers | https://pornve.com/uceuo2g3wano/Madison_Ivy_-_Kiniy_Kidnap.html | 3110580 - Kinky Kidnap |
| pornve.com | Brazzers | https://pornve.com/ucillwfqj5mj/Nika_Noire_-_Baseballs_in_Your_Mouth.html | 5336 - Baseballs in your Mouth |
| pornve.com | Brazzers | https://pornve.com/uck61arudz8z/EuroSexParties_-_Rossella_Visconti_My_Cheating_Wife_Rossella.html | 2235536 - My Cheating Wife Rossella |
| pornve.com | Brazzers | https://pornve.com/ucnvwr5a5iw2/Vicki_Chase_-_Keep_My_Lonely_Ass_Company.html | 7428 - Keep My Lonely Ass Company! |
| pornve.com | Brazzers | https://pornve.com/ucr4sy63gjj7/Amia_Miley_-_Cock_Bless_America.html | 4954 - Cock Bless America |
| pornve.com | Reality Kings | https://pornve.com/ucsaualpvczp/Analentines_Day_Gift_Bridgette_B_Keiran_Lee.html | 2298415 - Analentines Day Gift |
| pornve.com | Brazzers | https://pornve.com/ucsk9icy8hzy/Riley_Reid_-_The_Vag-itarian.html | 9464 - The Vag-itarian |
| pornve.com | Brazzers | https://pornve.com/ucw8vuwh3owj/Abigail_Mac_-_Body_Swap.html | 3924824 - Body Swap |
| pornve.com | Brazzers | https://pornve.com/ucy9gc1kiaey/Julia_Ann_Kendall_Kayden_-_Sharing_A_Massage.html | 9258 - Sharing A Massage |
| pornve.com | Brazzers | https://pornve.com/ud1pevrin4oz/Kali_Roses_Sean_Lawless_-_Cocksicle_Taste_Test_-_Teens_Like_It_Big_-_Brazzers.html | 3031950 - Cocksicle Taste Test |
| pornve.com | Brazzers | https://pornve.com/ud35jz9syke2/Lily_Lane_-_Jailhouse_Fuck.html | 11148 - Jailhouse Fuck Four |
| pornve.com | Brazzers | https://pornve.com/ud55iijytjld/Krissy_Lynn_-_The_Superior_Posterior.html | 5692 - The Superior Posterior |
| pornve.com | Brazzers | https://pornve.com/ud6o6nmffngy/Diamond_Kitty_-_Help_Push_My_Big_Ass_Inside.html | 4470 - Help Push My Big Ass Inside |
| pornve.com | Brazzers | https://pornve.com/udba3tm65ns7/Megan_Rain_-_Prime_Real_Estate.html | 3722113 - Prime Real Estate |
| pornve.com | Brazzers | https://pornve.com/udbzcdcpedqt/Puma_Swede_-_Anal_Makes_It_All_Better.html | 6933 - Anal Makes It All Better |
| pornve.com | Reality Kings | https://pornve.com/udfwl4ja6roq/NEW_HOT_Eva_Lovia.html | 13184 - First Timer |
| pornve.com | Brazzers | https://pornve.com/udfwq128vfmn/Katana_Kombat_-_Apology_Accepted.html | 2945960 - Apology Accepted |
| pornve.com | Brazzers | https://pornve.com/udv7ghzh2pst/Diamond_Foxxx_-_Teacher_Needs_It_Now.html | 8558 - Teacher Needs It Now |
| pornve.com | Reality Kings | https://pornve.com/udvfr8907s6l/BigNaturals_-_Kira_Queen_Spying_On_Her_Showering.html | 2286651 - Spying On Her Showering |
| pornve.com | Brazzers | https://pornve.com/udyhn65mda4t/London_Keyes_-_Hot_Rod_Hussie.html | 10821 - Hot Rod Hussie |
| pornve.com | Brazzers | https://pornve.com/ue53d9uqbij4/Randi_Wright_-_Rodeos_Biggest_Problems.html | 6395 - Rodeo's Biggest Problems |
| pornve.com | Brazzers | https://pornve.com/ue79n8js0k83/Viola_Bailey_-_Danny_D_-_Life_On_The_Road.html | 10185 - Danny D: Life On The Road |
| pornve.com | Brazzers | https://pornve.com/ue9b3qlwu08f/New_Assh_Lee_Anal.html | 10045 - Follow That Ass! |
| pornve.com | Brazzers | https://pornve.com/uea50xbaj570/Lezley_Zen_Raylin_Ann_-_Clandestine_Coochie.html | 10014 - Clandestine Coochie |
| pornve.com | Brazzers | https://pornve.com/ueadfu7bwrhq/Briana_Blair_-_Slut_Student_Fucks_The_Popular_Guy.html | 5381 - Slut Student Fucks The Popular Guy |
| pornve.com | Reality Kings | https://pornve.com/uedzcpvi3xn0/MilfHunter_Silvia_Saige_-_Sling_Slang_11_07_2016.html | 14665 - Sling Slang |
| pornve.com | Brazzers | https://pornve.com/uej9j5pnoy03/Yurizan_Beltran_-_Deposit_In_Slut.html | 6752 - Deposit In Slut |
| pornve.com | Brazzers | https://pornve.com/ueplfud1f9ae/Monique_Alexander_-_But_Doc_Im_Not_A_Slut.html | 6968 - But Doc  I'm Not a Slut! |
| pornve.com | Reality Kings | https://pornve.com/ueswxwcu522g/RealityKings_Beautiful_and_flexible.html | 2060955 - Beautiful And Flexible |
| pornve.com | Reality Kings | https://pornve.com/uf3junlhlg1l/MonsterCurves_19_08_19_Kristina_Shannon_Getting_In_XXX.html | Monster Curves Vol. 40 |
| pornve.com | Brazzers | https://pornve.com/uf41ds8z7nt/Angelina_Krissy_Lynn_-_Sweet_Bone_Alabama.html | 6389 - Sweet Bone Alabama |
| pornve.com | Brazzers | https://pornve.com/uf4ynev5mnho/Cassidy_Banks_-_Hot_Potato.html | 10798 - Hot Potato |
| pornve.com | Brazzers | https://pornve.com/uf68vchqqfsr/Ella_Hughes_Kayla_Green_-_Fries_With_That_Fuck.html | 10727 - Fries With That Fuck |
| pornve.com | Brazzers | https://pornve.com/uf6dafu64azw/Sammie_Spades_-_Your_Cock_Is_On_Fire.html | 5055 - Your Cock is on Fire |
| pornve.com | Brazzers | https://pornve.com/uf8llor83m9p/Ariana_Aimes_Cecilia_Lion_Horny_vs_Homebody.html | 2368599 - Horny vs Homebody |
| pornve.com | Brazzers | https://pornve.com/ufbigz1oyqif/Abella_Danger_Chloe_Couture_-_Bush_League.html | 2676447 - Bush League |
| pornve.com | Brazzers | https://pornve.com/ufd42jqkqo9w/big_butts_like_it_big_brazzers_bethany_benz_van_wylde_swamp_buggy_booty.html | 10440 - Swamp Buggy Booty |
| pornve.com | Brazzers | https://pornve.com/ufdk9xymywph/Fresh_Jynx_Maze_Anal_Juice.html | 7303 - Fresh Jynx Juice |
| pornve.com | Brazzers | https://pornve.com/ufdkyddofds8/Brazzers_-_Mommy_Fucked_My_Study_Buddy.html | 3109355 - Mommy Fucked My Study Buddy |
| pornve.com | Brazzers | https://pornve.com/ufhiqlsocoow/Adriana_Chechik_Keiran_Lee_-_Warm_Welcum_-_Real_Wife_Stories_-_Brazzers.html | 2927878 - Warm Welcum |
| pornve.com | Brazzers | https://pornve.com/uflapqp3v5ig/August_Ames_Nicole_Aniston_Fucking_Neighbors.html | 10461 - Fucking Neighbors! |
| pornve.com | Reality Kings | https://pornve.com/ufnxfihc72bm/Alexis_fawx_Alpha_milf.html | 14180 - Alpha Milf |
| pornve.com | Reality Kings | https://pornve.com/ufqfuwp211dk/Khloe_Kapri_Jane_Wilde_-_Alleyway_Views_-_Reckless_in_Miami_-_Reality_Kings.html | Reckless In Miami 2 |
| pornve.com | Brazzers | https://pornve.com/ufww9a97hcld/_Brazzers_-_British_babes_Ava_Victoria_fuck_the_stable_boy_hard_.html | 7645 - Riding the Stable-Boy |
| pornve.com | Brazzers | https://pornve.com/ufye8qv7j03k/teen_fucked_by_security_guard_while_cheating_exam_paper.html | 7706 - Taking The D To Get An A |
| pornve.com | Reality Kings | https://pornve.com/ug0rh4h94xgj/Sarah_Vandella_-_Night_Of_Surprises.html | 5341 - Night Of Surprises |
| pornve.com | Brazzers | https://pornve.com/ug1vz04ye5hz/RealityKings_-_Driver_Meets_Dom.html | 3222215 - Driver Meets Dom |
| pornve.com | Brazzers | https://pornve.com/ug38df2kx91/Kiera_King_-_They_Have_Chemistry.html | 6903 - They Have Chemistry |
| pornve.com | Brazzers | https://pornve.com/ug5eyem7fhua/Brazzers_-_Emily_Right_Randy_Roommates.html | 2959842 - Randy Roommates |
| pornve.com | Brazzers | https://pornve.com/ug8j70uyn0eq/bex_20_03_06_katie_kush_fuck_from_experience.html | 3896126 - Fuck From Experience |
| pornve.com | Brazzers | https://pornve.com/ugin7y77peyj/Peta_Jensen_Valentina_Nappi_Close_Encounters_of_the_Big_Kind_16_07_15.html | 8971 - Close Encounters of the Big Kind |
| pornve.com | Brazzers | https://pornve.com/ugmouhp9mynl/Angelina_Valentine_-_Fuck_Club.html | 4200 - Fuck Club |
| pornve.com | Brazzers | https://pornve.com/ugn11p3fjnrt/Liza_Del_Sierra_-_In_Through_The_French_Exit.html | 10975 - In Through The French Exit |

| pornve.com | Brazzers | https://pornve.com/ugpafpv93r8n/Nicolette_Shea_Xander_Corvus_1_800_Phone_Sex_Line_5.html | 11104 - 1 800 Phone Sex: Line 5 |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/ugrfvauikeph/Eva_Angelina_-_Bedside_Mammaries.html | 6651 - Bedside Mammaries |
| pornve.com | Brazzers | https://pornve.com/uh0c8fwmcdgh/Juelz_Ventura_-_Wide_Open_Ass.html | 6175 - Wide Open Ass ! |
| pornve.com | Brazzers | https://pornve.com/uh0ly4ao3ojw/McKenzie_Lee_-_Occupy_Your_Ass.html | 6186 - Occupy Your Ass! |
| pornve.com | Reality Kings | https://pornve.com/uh17pwgkaglu/RoundAndBrown_Adrian_Maya_Kay_Love_Ass_Celebration_-_30_12_2016.html | 13509 - Ass Celebration |
| pornve.com | Brazzers | https://pornve.com/uh19qosvtxtk/HOT_HOT_HOT_NEW_Peta_Jensen_First_ANAL_ANAL_ANAL.html | 9598 - Massaging Peta |
| pornve.com | Brazzers | https://pornve.com/uh9qen1wcb5i/Holly_Michaels_-_A_Ride_For_My_Ride.html | 7255 - A Ride for my Ride |
| pornve.com | Brazzers | https://pornve.com/uhagl3mltlab/_Babes_Brandy_Rachel_have_a_threesome_in_the_locker_room_.html | 7950 - Halftime Titty Hump |
| pornve.com | Reality Kings | https://pornve.com/uhc652d86tv6/Luna_Star_Tyler_Steel_Tony_Rubino_Jax_Slayher_-_Lowrider_-_Reckless_in_Miami_-_Reality_Kings.html | Reckless In Miami 2 |
| pornve.com | Brazzers | https://pornve.com/uhccrwh9y8v4/Gabbie_Carter_-_Looking_To_Let_Loose.html | 3722249 - Looking To Let Loose |
| pornve.com | Brazzers | https://pornve.com/uhcg5coe0gxf/Cherie_Deville_-_Minivan_Milf_Muff.html | 8158 - Minivan Milf Muff |
| pornve.com | Brazzers | https://pornve.com/uheefubq5dvl/Adriana_Chechik__Madison_Ivy.html | 10988 - Madison and Adriana |
| pornve.com | Brazzers | https://pornve.com/uhiwdz8m6lxo/Amy_Brooke_-_Paying_The_Landlady.html | 5879 - Paying The Landlady |
| pornve.com | Brazzers | https://pornve.com/uhoa5uxm565m/Monique_Alexander_Peta_Jensen_-_Our_New_Maid_-_Part_1.html | 9054 - Our New Maid: Part One |
| pornve.com | Reality Kings | https://pornve.com/uhsk9y8st9hq/Addie_Andrews_Sean_Lawless_-_Class_Is_Canceled_-_RK_Prime_-_Reality_Kings.html | 3608656 - Class Is Canceled |
| pornve.com | Brazzers | https://pornve.com/uhw5b1bldwek/Kira_Noir_-_A_Family_Affair.html | 3425276 - A Family Affair: The Reunion Part 3 |
| pornve.com | Brazzers | https://pornve.com/ui2ipvnz4t22/Amber_Ashlee_Celeste_Star_-_Intense_Clitoral_Quarrel.html | 5045 - Intense Clitoral Quarrel |
| pornve.com | Brazzers | https://pornve.com/uicjpmfccjvx/Breanne_Benson_-_Breannes_Number_One_Fan.html | 8097 - Breanne's Number One Fan |
| pornve.com | Brazzers | https://pornve.com/uimfw6npghfk/Kinsley_Eden_-_Anal_Yoga.html | 9348 - Anal Yoga |
| pornve.com | Brazzers | https://pornve.com/uiq5w74am3ki/Brazzers_-_Madison_Ivy_Dont_Test_Your_Luck.html | 4307 - Don't Test Your Luck! |
| pornve.com | Reality Kings | https://pornve.com/uixp4m6ol56q/Angela_White_Xander_Corvus_-_Clingier_Than_The_Dress_-_Big_Naturals_-_Reality_Kings.html | 3462285 - Clingier Than The Dress |
| pornve.com | Brazzers | https://pornve.com/uj0hgqv84n8w/Rebeca_Linares_-_Social_Sexworking.html | 5954 - Social Sexworking |
| pornve.com | Brazzers | https://pornve.com/uj1u9g7mxxs5/Brazzers_-_Rub_and_Fuck_Thy_Neighbor.html | 10067 - Rub and Fuck Thy Neighbor |
| pornve.com | Brazzers | https://pornve.com/ujaiosb9kc23/Lily_Labeau_-_Cock_Under_The_Sun.html | 5039 - Cock Under The Sun |
| pornve.com | Reality Kings | https://pornve.com/ujgiarwkkdhw/blonde_gostosa_bruna_lambertini_2352_4_634_plays_published_on_1_day_ago_category_ass_cumshot_tags_brazil_mih_aids_tag_this_video_117_top_rated_porn_video_of_today_129_most_played_porn_video_of_today.html | 1810254 - inspecting bruna |
| pornve.com | Brazzers | https://pornve.com/uji49c4k9uj9/Ivy_Lebelle_-_Cock-Calling_On_The_Job_Site.html | 2847214 - Cock-Calling On The Job Site |
| pornve.com | Brazzers | https://pornve.com/ujmt5klmi2oz/Jennifer_White_Jordi_El_Nino_Polla_-_Cumming_To_Class_-_Big_Tits_At_School_-_Brazzers.html | 3796713 - Cumming To Class |
| pornve.com | Brazzers | https://pornve.com/ujmw94p9a75u/Devon_Lee_-_The_Ass_Warden.html | Big Butts Like It Big 6 |
| pornve.com | Brazzers | https://pornve.com/ujq0mzoysdym/Athena_Palomino_-_Turn_Me_Off_And_On_Again.html | 2443746 - Turn Me Off And On Again |
| pornve.com | Reality Kings | https://pornve.com/ujvkvp5xote0/Penelope_Stone_Esmi_Lee_-_Sweet_Spread.html | 11484 - Sweet Spread |
| pornve.com | Brazzers | https://pornve.com/ujwwcjo86bol/Madison_Ivy_The_Assistants_Affair_XXX_KTR.html | 3456826 - The Assistant's Affair |
| pornve.com | Brazzers | https://pornve.com/uk0k5531dre4/Jada_Stevens_-_Slip_And_Slide_Into_My_Ass.html | 10711 - Slip And Slide Into My Ass |
| pornve.com | Brazzers | https://pornve.com/uk53dfcq24wt/Kendall_Kayden_-_A_Whipped_Cream_Cocksicle.html | 9207 - A Whipped Cream Cocksicle |
| pornve.com | Brazzers | https://pornve.com/uk5455fpzhfq/Ariella_Ferrera_-_Head_And_Breakfast.html | 5451 - Head and Breakfast |
| pornve.com | Reality Kings | https://pornve.com/ukhtgtrl7x3x/Street_Blow_Jobs_-_Blaze_James_POV_Outside_Latina_Tits_Ass_Booty_BubbleButt_Butt_Doggy_Doggystyle_Backshots_Facial_Roleplay_Interracial.html | 1827019 - hard_bargain |
| pornve.com | Brazzers | https://pornve.com/ukm8vtfaox85/Krissy_Lynn_Mia_Lelani_Romi_Rain_-_Getting_Some_Satisfaction.html | 7852 - Getting Some Satisfaction |
| pornve.com | Brazzers | https://pornve.com/ukptp32y1alf/Alli_Rae_Tara_Holiday_-_Overnight_With_Stepmom_Part_Three.html | 9125 - Overnight With Stepmom: Part Three |
| pornve.com | Brazzers | https://pornve.com/ukrc2rjuega/Luna_Star_-_Getting_Loose_In_The_Blue_Room.html | 7270 - Getting Loose in the Blue Room |
| pornve.com | Reality Kings | https://pornve.com/ukxd5wb226sx/BigNaturals_Lennox_Luxe_Licking_Luxe_-_16_11_2016.html | 14871 - Licking Luxe |
| pornve.com | Brazzers | https://pornve.com/ul1ezwkg4dgo/Real_Wife_Stories_Youre_A_Pain_In_The_Back.html | Real Wife Stories Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/ul4697nvpq6e/Destiny_Dixon_-_Fuckdate_With_Destiny.html | 7406 - Fuckdate With Destiny |
| pornve.com | Brazzers | https://pornve.com/ul5u468b7bsj/Brazzers_-_Ariella_Ferrera_Panty_Stash.html | 2816799 - Panty Stash |
| pornve.com | Brazzers | https://pornve.com/ulks6nf400bq/Brazzers_-_Cory_Chase_And_Lexi_Luna_Go_Ham_Or_Go_Home.html | 2412211 - Go HAM Or Go Home |
| pornve.com | Brazzers | https://pornve.com/ull5wezvos9y/Brazzers_Power_Bangers_A_XXX_Parody.html | 10482 - Power Bangers: A XXX Parody Part 5 |
| pornve.com | Brazzers | https://pornve.com/ulm4n7v708o7/Hot_And_Mean_-_Anna_Morna_Kayla_Kayden_-_You_Need_To_Learn.html | 9197 - You Need To Learn |
| pornve.com | Brazzers | https://pornve.com/uln8gk1jnqtl/Brazzers_House_Episode_5.html | 8708 - Brazzers House Episode Five |
| pornve.com | Brazzers | https://pornve.com/ulojkfhgxcdt/Jessica_Nyx_-_The_Figure_Skank.html | 6318 - The Figure Skank |
| pornve.com | Brazzers | https://pornve.com/ulpjb9utjk52/Krissy_Lynn_-_This_Is_A_Bust.html | 6294 - This Is A Bust! |
| pornve.com | Brazzers | https://pornve.com/uls2apv71ivb/Sophia_Lomeli_-_Let_Me_Boost_Your_Confidence.html | 5630 - Let Me Boost Your Confidence |
| pornve.com | Brazzers | https://pornve.com/ulwjdu83agym/Eve_Laurence_-_The_Return.html | 5696 - The Return |
| pornve.com | Brazzers | https://pornve.com/ulz5uxfqlhsb/Mason_Storm_-_Beach_Volleyball.html | 4227 - Beach Volleyball |
| pornve.com | Brazzers | https://pornve.com/uma7fuevdozb/Eva_Notty_Jada_Stevens_Nikki_Benz_And_Romi_Rain_Halftime_Show.html | 9575 - Halftime Show |
| pornve.com | Brazzers | https://pornve.com/uma7rhy0nlng/BrazzersExxtra_-_Keisha_Grey_Wife_Coach.html | 10881 - Wife Coach |
| pornve.com | Brazzers | https://pornve.com/umb6q66yv5nm/Christie_Stevens_-_Balls_Deep_In_A_Blonde.html | 7541 - Balls Deep in a Blonde |
| pornve.com | Brazzers | https://pornve.com/umcm0an4bvud/Raylene_-_Whos_The_Big_Porn_Star?.html | 5867 - Who's The Big Porn Star? |
| pornve.com | Brazzers | https://pornve.com/umdgn4iwj8at/Kimmy_Granger_Xander_Corvus_-_Fuck_Christmas_Part_1_-_Brazzers_Exxtra_-_Brazzers.html | 2991877 - Fuck Christmas Part 1 |
| pornve.com | Reality Kings | https://pornve.com/umdx7e0zaul4/rkprime_19_06_26_emily_willis_try_not_to_fuck_challenge.html | 2893979 - Try Not To Fuck Challenge |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/umkicf8ojdl/Brett_Rossi_-_Stocking_Stuff-Her.html | 3032005 - Stocking Stuff-Her |
| pornve.com | Brazzers | https://pornve.com/umrgky31ldl3/Sadie_Swede_-_Sweet_Ass_Swede.html | 6924 - Sweet Ass Swede |
| pornve.com | Brazzers | https://pornve.com/umvartqpx700/Karma_Rx_-_The_Prodigal_Slut_Returns.html | 3110920 - The Prodigal Slut Returns |
| pornve.com | Reality Kings | https://pornve.com/un1e8q7q0w9v/Carolina_Abril_Natty_Mellow__Double_Trouble.html | 2025143 - Double Trouble |
| pornve.com | Brazzers | https://pornve.com/un4ja4xqm2wy/Porn_Logic.html | 10558 - Porn Logic |
| pornve.com | Brazzers | https://pornve.com/un5pysb8j92n/Shayla_Leveaux_-_The_Cock_Makes_The_Suit.html | 6409 - The Cock Makes The Suit |
| pornve.com | Brazzers | https://pornve.com/un7335fl5gde/Phoenix_Marie_Hard_Core_High_Notes_Teacher_Has_Sex_With_Student_MILF_Adultporn.html | 10415 - Hardcore High Notes |
| pornve.com | Reality Kings | https://pornve.com/unfwwjti6qgu/GFRevenge_Girl_talk.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/ung08tym962c/Ophelia_Rain_-_Squeegee_This.html | 2439742 - Squeegee This |
| pornve.com | Brazzers | https://pornve.com/uno1jsu69mdn/Sierra_Sanders_-_Xtreme_Ass_Yoga.html | 7057 - Xtreme Ass Yoga |
| pornve.com | Reality Kings | https://pornve.com/unoltavl7p4q/naughty_nikko_big.html | 5390 - So Steamy |
| pornve.com | Brazzers | https://pornve.com/unrd6z07x6c4/Chessie_Kay_-_Confessions_Of_A_Nymphomaniac.html | 8382 - Confessions of a Nymphomaniac |
| pornve.com | Brazzers | https://pornve.com/uns5pcg8badr/DirtyMasseur_19_09_30_Ms_London_Boring_To_Scoring_XXX.html | 3768277 - Boring To Scoring |
| pornve.com | Brazzers | https://pornve.com/unv0zpo3ipjs/ThereGoesTheNeighborhoodScoundrel_-_Brazzers.html | 9781 - There Goes The Neighborhood Scoundrel |
| pornve.com | Brazzers | https://pornve.com/uo29nypydv62/Stephanie_Wylde_-_Nerd_To_Stud_In_One_Simple_Fuck.html | 4179 - Nerd to Stud in One Simple Fuck. |
| pornve.com | Brazzers | https://pornve.com/uo70aopzcjsv/Bridgette_B_Eva_Notty_-_Bound_To_Be_Pleasurable.html | 10808 - Bound To Be Pleasurable |
| pornve.com | Brazzers | https://pornve.com/uogljgou4kp8/Alix_Lynx_-_Alix_Is_Off_The_Wall.html | 3773939 - Alix Is Off The Wall |
| pornve.com | Brazzers | https://pornve.com/uogzlb9ewjtv/Ava_Addams_Bigtits.html | 5198 - Tits on Patrol |
| pornve.com | Brazzers | https://pornve.com/uoingypfdfsq/Megan_Rain_Isiah_Maxwell_-_Day_With_A_Pornstar_Megan_Rain_-_Day_With_A_Pornstar_-_Brazzers.html | 3648704 - Day With A Pornstar: Megan Rain |
| pornve.com | Brazzers | https://pornve.com/uol0xqpja5dw/Liza_Del_Sierra_-_Taming_The_Wild_Thing.html | 10785 - Taming the Wild Thing |
| pornve.com | Reality Kings | https://pornve.com/uopopievu4s3/Money_Talks_meet_the_twins_big.html | Money Talks - What's Your Price? |
| pornve.com | Reality Kings | https://pornve.com/uosd07cxvapg/Nicolette_Shea_Van_Wylde_-_Vacation_Vibes_-_RK_Prime_-_Reality_Kings.html | 2991436 - Vacation Vibes |
| pornve.com | Brazzers | https://pornve.com/uot73vi2palu/Brazzers_LIVE_-_Valentines_Day_Affair_-_Brazzers_Live_-_Brazzers.html | 3983751 - Brazzers LIVE: Valentine's Day Affair |
| pornve.com | Brazzers | https://pornve.com/uouumkvxrs74/Layton_Benton_-_Valentines_Day_Whorerror_Story.html | 3167005 - Valentine's Day Whorerror Story |
| pornve.com | Reality Kings | https://pornve.com/uowkkbzbhw66/Lena_Paul_-_Cumming_Lena.html | 13681 - Cumming Lena |
| pornve.com | Brazzers | https://pornve.com/uoxsyl4xoxfs/Lucy_Doll__Syren_De_Mer_-_Her_First_Footjob.html | 9367 - Her First Footjob |
| pornve.com | Brazzers | https://pornve.com/up3h3h7qne80/Jessica_Jaymes__Tiffany_Brookes_-_The_Dewey_Cocks_Story_-_Part_1.html | 6461 - Fly Hard: The Dewey Cocks Story |
| pornve.com | Brazzers | https://pornve.com/up5asfgsnyd5/New_Juelz_Ventura_Anal.html | 10213 - Sunny With A Chance of Big Dick |
| pornve.com | Brazzers | https://pornve.com/up7f22ar7s6s/Ass_Booty_2_Big_Tits_At_Work_Fucks_Her_Great_Boob_Bouncing.html | 10397 - The New Girl: Part 1 |
| pornve.com | Brazzers | https://pornve.com/up85jo7n9h36/Jenni_Lee_-_The_Massagynist.html | 6212 - The Massagynist |
| pornve.com | Brazzers | https://pornve.com/upbl3bcyp7l0/Star_Trexxx_-_The_Captains_Seed_XXX_Parody_-_Brooklyn_Blue_And_Zara_Durose.html | 9795 - Star Trexxx: The Captain's Seed |
| pornve.com | Brazzers | https://pornve.com/upbq636d3jce/Abigail_Mac_-_Living_On_The_Edge.html | 10899 - Living On The Edge |
| pornve.com | Brazzers | https://pornve.com/upgzioxtymhe/Alexa_Grace__Mia_Malkova_-_The_Newbie.html | 9165 - The Newbie |
| pornve.com | Brazzers | https://pornve.com/uphin9qiisr/Nikki_Rhodes_-_Little_Red_Riding_Whore.html | 4376 - Little Red Riding Whore |
| pornve.com | Brazzers | https://pornve.com/upiicaqs7i3s/Hooked_On_Bras.html | 10558 - Hooked On Bras |
| pornve.com | Brazzers | https://pornve.com/upm7qww0kd1m/kagney_linn_karter_dont_touch_her_ramon_is_in_a_miserable_marriage_with_a_woman_who_hates_sex_their_therapist_suggested_spicing_up_their_sex_life_by_visiting_a_s.html | 9360 - Don't Touch Her |
| pornve.com | Brazzers | https://pornve.com/upmhcvfe7nj9/Stay_Away_From_My_Daughter_Part_1_Brazzers.html | 10208 - Stay Away From My Daughter |
| pornve.com | Brazzers | https://pornve.com/upspsysvef58/Mia_Lelani_Sharing_The_Stepmom.html | 9229 - Sharing The Stepmom |
| pornve.com | Brazzers | https://pornve.com/uptxe7ta8pbt/Kenna_James_-_Limo_Nympho.html | 3314006 - Limo Nympho |
| pornve.com | Brazzers | https://pornve.com/uptydh4xj2ml/Brooke_Haven_-_You_Like_Getting_I_Like_Giving.html | 5144 - You Like Getting I like Giving |
| pornve.com | Reality Kings | https://pornve.com/upysk3b43o3f/FirstTimeAuditions_Mickey_Tyler_Blonde_Sexbomb_Mickey.html | 1831725 - Blonde Sexbomb Mickey |
| pornve.com | Brazzers | https://pornve.com/uq1xk1u74kpl/Davia_Ardell_-_Oops_I_Fucked_My_Daughters_Boyfriend.html | MILFS Like It Big Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/uq25f63aqld0/Charlotte_Sins__Demi_Sutra_-_The_Husband_Trap.html | 3877887 - The Husband Trap |
| pornve.com | Brazzers | https://pornve.com/uq2e85y35jz4/Jynx_Maze__Kristina_Rose_-_Fucking_My_Conscience.html | 6388 - Fucking My Conscience |
| pornve.com | Brazzers | https://pornve.com/uq2vzfw9vxwj/Jayden_Lee_-_Hardcore_Gamer_Chick.html | 7814 - Hardcore Gamer Chick |
| pornve.com | Brazzers | https://pornve.com/uq8cv482zzws/Brandi_Love_-_Hands-On_Learning.html | 10404 - Hands-On Learning |
| pornve.com | Brazzers | https://pornve.com/uqclegcpaumc/Briana_Blair_-_So_You_Want_To_Be_A_Pi.html | 5071 - So You Want To Be A Pi? |
| pornve.com | Brazzers | https://pornve.com/uqdi4jb67tz9/Karma_Rx_Markus_Dupree_-_The_Prodigal_Slut_Returns_-_Pornstars_Like_It_Big_-_Brazzers.html | 3110920 - The Prodigal Slut Returns |
| pornve.com | Reality Kings | https://pornve.com/uqgrs3zs7mqi/Happy_Tugs_Meat_Massager_Mia_Li.html | 11589 - Meat Massager |
| pornve.com | Brazzers | https://pornve.com/uqm2i5zu3f4i/BigButtsLikeItBig_18_10_07_Kat_Dior_Tapas_That_Ass_XXX_SD_-KLEENEX.html | 2893311 - Tapas That Ass |
| pornve.com | Brazzers | https://pornve.com/uqoar2sukdsi/Whitney_Westgate_-_Shopping_For_A_Big_Cock.html | 7849 - Shopping For A Big Cock |
| pornve.com | Brazzers | https://pornve.com/uqqptwa1migs/Trophy_Wife_Teases_The_Pool_Boy_August_Ames_Enjoys_A_Tan_And_A_Big_Dick_.html | 8982 - Trophy Wife Teases The Pool Boy |
| pornve.com | Brazzers | https://pornve.com/uquvozkegj4i/Audrey_Bitoni_-_Equipment_Room_Boom_Boom.html | 5135 - Equipment Room Boom Boom |
| pornve.com | Brazzers | https://pornve.com/uqzat0bq6xh7/Carolina_Sweets_-_Dear_Diary_I_Want_To_Fuck_My_Stepbrother.html | 10927 - Dear Diary I Want to Fuck My Stepbrother |
| pornve.com | Brazzers | https://pornve.com/ur8petn3u2/Arikka_Albrite_-_Dirty_Squirter.html | 7110 - Dirty Squirter |
| pornve.com | Brazzers | https://pornve.com/urpeb6kkmzws/Sophie_Anderson_-_Eye_Of_The_Cuckold.html | 3878719 - Eye Of The Cuckold |
| pornve.com | Brazzers | https://pornve.com/uru9ujd9owk0/Cory_Chase_-_Sorority_MILF.html | 3924087 - Sorority MILF |
| pornve.com | Brazzers | https://pornve.com/urw2mmej8qes/Caring_Wife_Craves_Cum_Brazzers.html | 10619 - Caring Wife Craves Cum |
| pornve.com | Brazzers | https://pornve.com/urx7k4vplwr0/Britney_Amber_-_Name_Your_Price.html | 9064 - Name Your Price |
| pornve.com | Brazzers | https://pornve.com/urxl6l6jgcr7/Kianna_Dior_Selfies_With_Your_mMom.html | 8896 - Selfies With Your Mom |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/us0t2os1an94/Riley_Ray__Brooke_Bennett_-_Spin_My_Bottle.html | Teens Like It Big Vol. 2 |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/us962bb0ctgj/Osa_Lovely_-_Soaking_Stepmom.html | 2361043 - Soaking Stepmom |
| pornve.com | Brazzers | https://pornve.com/us9o2b58wzbl/Madison_Scott_-_Wet_And_Ready.html | 8346 - Wet And Ready |
| pornve.com | Brazzers | https://pornve.com/usbetsmvg0ge/BrazzersExxtra_19_09_10_Danni_Rivers_Make_Every_Sloppy_Second_Count_XXX.html | 3279447 - Make Every Sloppy Second Count |
| pornve.com | Brazzers | https://pornve.com/usdfmd41mvjf/Brazzers_Off_The_Couch_And_Into_My_Stepmom_Brazzers_Mommy_Got_Boobs_Alura_Jenso n_Van_Wylde_B.html | 8769 - Off The Couch |
| pornve.com | Brazzers | https://pornve.com/usdsa3qqsokx/The_Annoying_Little_Sister_-_Arietta_Adams_-_Teen_Like_It_Big.html | 3929043 - The Annoying Little Sister |
| pornve.com | Brazzers | https://pornve.com/ush9col6jo9z/Destiny_Dixon_-_Tits_In_Charge.html | 8388 - Tits in Charge |
| pornve.com | Brazzers | https://pornve.com/usix8o69h1w8/Eloa_Lombard_-_French_Ass.html | 6629 - French Ass |
| pornve.com | Brazzers | https://pornve.com/usk6cqhzep9n/Yoga_Freaks_Vol_2_-_Peta_Jensen_And_MCkenzie_Lee.html | 9347 - Yoga For Perverts |
| pornve.com | Reality Kings | https://pornve.com/uslh86xhayo0/Adrian_Maya_And_Nicole_Bexley_Dildo_Drone.html | 14715 - Dildo Drone |
| pornve.com | Brazzers | https://pornve.com/ut20xfwelqoh/Veronica_Rayne_-_Experiment_Gone_Right.html | 4391 - Experiment Gone... Right! |
| pornve.com | Brazzers | https://pornve.com/ut2gjqynrfam/brazzers_getting_ripped.html | 3797028 - Getting Ripped |
| pornve.com | Brazzers | https://pornve.com/utoh7nu8fiqz/Courtney_Taylor_Dirty_Masseur_40stress_Buster41.html | 10349 - Stress Buster |
| pornve.com | Brazzers | https://pornve.com/uts52jmt211h/Candy_Sexton_-_Officer_Aint_No_Gentleman.html | 8698 - Officer Ain't No Gentleman |
| pornve.com | Brazzers | https://pornve.com/utxohpxu455h/Charlee_Chase_-_Fuck_The_Reviewers.html | 6747 - Fuck The Reviewers! |
| pornve.com | Brazzers | https://pornve.com/uty7g7do4ppb/Nicolette_Shea_-_Massage_Mirage.html | 10922 - Massage Mirage |
| pornve.com | Brazzers | https://pornve.com/utyafmfb97j3/Bella_Bellz_-_The_Return_Of_Bellas_Big_Wet_Booty.html | 8778 - The Return of Bella's Big Wet Booty |
| pornve.com | Brazzers | https://pornve.com/uu059fhsst7t/Priya_Price_-_Good_Executive_Fucktions.html | 10073 - Good Executive Fucktions |
| pornve.com | Brazzers | https://pornve.com/uu51l493gi4m/Eliza_Ibarra_Jessy_Jones_-_MC2Ass_-_Teens_Like_It_Big_-_Brazzers.html | 2693598 - MC2=Ass |
| pornve.com | Reality Kings | https://pornve.com/uu97kv2r7spn/We_Live_Together_Riley_Reid_and_Dillion_Harper_Get_It_Girls.html | 11970 - Get It Girls |
| pornve.com | Brazzers | https://pornve.com/uuhvlo7xv2z0/Gia_Paige_-_Be_More_Like_Your_Stepsister.html | 629514 - Be More Like Your Stepsister! |
| pornve.com | Brazzers | https://pornve.com/uucqwkud4inf/Jenna_Foxx_-_Riley_Star_-_But_Will_It_Fit.html | 2914513 - But Will It Fit? |
| pornve.com | Brazzers | https://pornve.com/uuejtafwrgn1/Eva_Notty_Milk_My_Nuts_2.html | 10058 - Honey_Would You Mind Milking My Nuts 2 |
| pornve.com | Reality Kings | https://pornve.com/uum1dz5bk90p/Money_Talks_diamond_girl_big.html | 7847 - Diamond Girl |
| pornve.com | Brazzers | https://pornve.com/uum6k20rdbiv/Ann_Marie_Rios_-_Banging_The_Nurse.html | 5425 - Banging the Nurse |
| pornve.com | Brazzers | https://pornve.com/uurndjrt995z/Bridgette_B_-_Dreams_Really_Do_Cum_True.html | 2945953 - Dreams Really Do Cum True |
| pornve.com | Brazzers | https://pornve.com/uus4r3900avw/Ava_Addams_Mom_s_Panty_Bandit_13_09_2017_rq_1k.html | 10951 - Mom's Panty Bandit |
| pornve.com | Brazzers | https://pornve.com/uussiwqgk44r/Crista_Moore_-_Cheerleader_Distraction.html | 3997 - Cheerleader Distraction |
| pornve.com | Brazzers | https://pornve.com/uutxa2tsjdwy/Mommy_Issues_1_Nina_Elle__Alex_D.html | 10531 - Mommy Issues - Part 1 |
| pornve.com | Brazzers | https://pornve.com/uuxiuzwwu4uq/Diamond_Jackson_DM_Oily_Massage.html | 8981 - Oily Office |
| pornve.com | Brazzers | https://pornve.com/uuyiecdwxxpw/Kayla_Carrera_-_CEO_Stands_For_Cunt_Eternally_Open.html | 6126 - CEO Stands For Cunt Eternally Open |
| pornve.com | Brazzers | https://pornve.com/uuzlmffbh7q/Natalie_Vegas_-_Dr_Frankencunt.html | 5686 - Dr. Frankencunt |
| pornve.com | Brazzers | https://pornve.com/uv0p2c3gikz3/Brazzers_Home_Invasion.html | 9946 - InvasiÃ³n en casa |
| pornve.com | Reality Kings | https://pornve.com/uv1951nvh0vu/CumFiesta_Ally_Tate_Big_Dick_Taker_-_09_08_16.html | 14662 - Big Dick Taker |
| pornve.com | Reality Kings | https://pornve.com/uv28j0po37x2/Britney_Amber_Kenzie_Reeves_-_Easter_Dinner_At_Stepmoms_-_Moms_Bang_Teens_-_Reality_Kings.html | 3258428 - Easter Dinner At Stepmoms |
| pornve.com | Brazzers | https://pornve.com/uv2qu9ayj990/Inspector_Ass_Kelsi_Monroe__Sean_Lawless.html | 10250 - Inspector Ass |
| pornve.com | Brazzers | https://pornve.com/uv3a6ff88g9r/Romi_Rain_-_Film_Class_Coochie.html | 9604 - Film Class Coochie |
| pornve.com | Brazzers | https://pornve.com/uv8ilu4rakca/Ava_Addams_-_Double_Timing_Wife_Part_3.html | 8940 - Double Timing Wife: Part 3 |
| pornve.com | Brazzers | https://pornve.com/uvbxcewuhfk7/One_Night_In_The_Valley_-_1.html | 6024 - Ep-1: Wet Traces to Nowhere |
| pornve.com | Brazzers | https://pornve.com/uvckj829u6xc/Stevie_Shae_-_Pool_Goddess.html | 8032 - Pool Goddess |
| pornve.com | Brazzers | https://pornve.com/uvfedmj05fsq/Elektra_Rose_-_Stay_Away_From_My_Step-DaughterStay_Away_From_My_Step-Daughter.html | 8913 - Stay Away From My Step-Daughter |
| pornve.com | Brazzers | https://pornve.com/uvg5wb076yr7/Alura_TNT_Jenson_Jordi_El_Nino_Polla_-_A_Demanding_Client_-_Dirty_Masseur_-_Brazzers.html | 3425287 - A Demanding Client |
| pornve.com | Reality Kings | https://pornve.com/uvw5ujiero7m/Kimmy_Granger_Seth_Gamble_-_Not_Another_Study_Break_-_Sneaky_Sex_-_Reality_Kings.html | 3151717 - Not Another Study Break |
| pornve.com | Brazzers | https://pornve.com/uvytgjwvu16p/Richelle_Ryan_-_House_Warming.html | 3832326 - House Warming |
| pornve.com | Brazzers | https://pornve.com/uvyw6b1nd4ty/Brazzers_Worldwide_Paris_-_Episode_6.html | 5905 - Ep-6: La Copine De Manu |
| pornve.com | Reality Kings | https://pornve.com/uw0hjiwiooho/MomsLickTeens_17_04_11_Lexy_Cougar_And_Alex_Mae_Girl_On_Girl_XXX_-KTR.html | 1797352 - girl_on_girl |
| pornve.com | Reality Kings | https://pornve.com/uw1yvob6sq0u/Tia_Cyrus_Get_In_Where_You_Fit_In.html | 2940353 - Get In Where You Fit In |
| pornve.com | Brazzers | https://pornve.com/uw7cg988q8nw/Pretty_Little_Bitches_Part_One_-_Ashley_Adams__Erik_Everhard.html | 9003 - Pretty Little Bitches Part One |
| pornve.com | Brazzers | https://pornve.com/uweapjunnlev/Aryana_Adin_-_Hot_Tub_Hopping.html | 3608712 - Hot Tub Hopping |
| pornve.com | Brazzers | https://pornve.com/uwfaib1exrfr/Madison_Scott_-_Getting_My_Husband_A_Raise.html | 8628 - Getting My Husband A Raise |
| pornve.com | Brazzers | https://pornve.com/uwg7clmlb8ii/HotAndMean_Ariana_Marie_McKenzie_Lee_Sex_Sells_-_16_07_16.html | 10033 - Sex Sells |
| pornve.com | Brazzers | https://pornve.com/uwigcmx3dzk5/Moriah_Mills__Markus_Dupree_Bubble_Bath_Booty_Call_Real_Wife_Stories_bigtits_bigass_br own_on_YourPorn_Sexy_2.html | 11021 - Bubble Bath Booty Call |
| pornve.com | Brazzers | https://pornve.com/uwjf5g4s3kfy/Brazzers_Live_-_21.html | 9727 - BRAZZERS LIVE 21: NO HOLES BARRED |
| pornve.com | Brazzers | https://pornve.com/uwn2p8k6qa4a/Kiki_Minaj_-_Hankering_For_A_Spanking.html | 10420 - Hankering For A Spanking |
| pornve.com | Reality Kings | https://pornve.com/uwohvyxpgdx6/Lexi_Luna_Damon_Dice_-_Friendly_Neighborly_Milf_-_Milf_Hunter_-_Reality_Kings.html | 3151729 - Friendly Neighborly Milf |
| pornve.com | Brazzers | https://pornve.com/uwowhb43qnhm/Black_Angelika_-_Taking_The_Backroad_Carwash.html | 4951 - Taking the Backroad Carwash |
| pornve.com | Brazzers | https://pornve.com/uwp1uxe43cm7/My_Stepmoms_Social_Club_Julia_Ann_Olivia_Austin__Justin_Hunt.html | 11212 - My Stepmom's Social Club |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/uwq3k1cz5zby/Maria_Antonella_-_An_Exotic_And_Erotic_Student.html | 3648014 - An Exotic And Erotic Student |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/uwq8qp8s5lc5/Kendra_Sunderland_Madison_Ivy_Mick_Blue_-_Bodacious_Bikini_Threesome_-_Brazzers_Exxtra_-_Brazzers.html | 3966756 - Bodacious Bikini Threesome |
| pornve.com | Brazzers | https://pornve.com/uwcmayegdf0/Kendra_Lust_And_Nicole_Aaniston_DA_Kendra.html | 9745 - Doc We're Stuck |
| pornve.com | Brazzers | https://pornve.com/uwv4wcuplrxc/Isis_Love_-_Billable_Hours.html | 8233 - Billable Hours |
| pornve.com | Brazzers | https://pornve.com/uwxckiezzisr/Kimberly_Kane_-_Sex_Call_Of_Duty.html | 5047 - Sex Call Of Duty |
| pornve.com | Brazzers | https://pornve.com/ux3paa88ss82/Rachel_Roxxx_-_Dickness_Protection_Program.html | 4579 - Dickness Protection Program |
| pornve.com | Brazzers | https://pornve.com/ux5u4ftzemml/Stepmom_Monique_Alexander_-_I_Won't_Tell_Your_Father.html | 10410 - I Won't Tell Your Father |
| pornve.com | Brazzers | https://pornve.com/uxksrdooict7/Brazzers_-_Good_Cop_Bad_Girl_-_Karma_Rx_Bridgette_B.html | 2432358 - Good Cop Bad Girl |
| pornve.com | Reality Kings | https://pornve.com/uxn79ucnslaa/Brazzers_-_Ryan_Keely_Product_Placement_In_Her_Pussy.html | 2676474 - Product Placement In Her Pussy |
| pornve.com | Reality Kings | https://pornve.com/uxr7tjwfedki/Slip_It_In_S1_Juicy_Jayme_Jayme_Hays.html | 14086 - Juicy Jayme |
| pornve.com | Brazzers | https://pornve.com/uxrcqfzqgcq1/Delilah_Strong_Hailey_Star_-_Desiring_To_Trade.html | Real Wife Stories Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/uxwbzcm535de/Cathy_Heaven_-_Heavenly_Ass.html | 6736 - Heavenly Ass |
| pornve.com | Brazzers | https://pornve.com/uxxvqde4kp01/Katana_Kombat_-_Katana_Works_It.html | 3425279 - Katana Works It |
| pornve.com | Reality Kings | https://pornve.com/uy2ht02xiyju/WeLiveTogether_RealityKings_Jenna_Sativa_And_Ellena_Woods_-_Grinding_Ellena.html | 14495 - Grinding Ellena |
| pornve.com | Brazzers | https://pornve.com/uy34x16rfrlj/Brazzers_Luna_Star_.html | 3876771 - The Maid Cums Clean |
| pornve.com | Reality Kings | https://pornve.com/uy3vsm8o6q74/Claudia_Valentine_Miranda_Miller_-_Good_love.html | 13587 - Good Love |
| pornve.com | Brazzers | https://pornve.com/uyakttzkgk42/Priya_Rai_DWP.html | 4534 - Eating Nachos Fucking Tacos |
| pornve.com | Brazzers | https://pornve.com/uyfv1v2axuap/Isis_Love_-_Intensive_Care.html | 8638 - Intensive Care |
| pornve.com | Brazzers | https://pornve.com/uyjwq8jrxn6r/Ryan_Conner_Fucking_My_Stepmom_Sit_On_My_Dick.html | 9121 - Take A Seat On My Dick |
| pornve.com | Brazzers | https://pornve.com/uykb1g5tgduj/Sheridan_Love_-_Rub_And_Fuck_Thy_Neighbor.html | 10067 - Rub and Fuck Thy Neighbor |
| pornve.com | Brazzers | https://pornve.com/uyo9n8h9lahl/Amanda_X_-_Big_Butt_Slut_In_The_Summer_Sun | 8317 - Big Butt Slut in the Summer Sun |
| pornve.com | Brazzers | https://pornve.com/uyon290lcaer/Alexis_Ford_Nikki_Benz_-_A_Brazzers_New_Years_Eve.html | 6993 - A Brazzers New Year's Eve! |
| pornve.com | Brazzers | https://pornve.com/uyqjkrrr8nxa/Nicole_Aniston_Peta_Jensen_-_Our_Holiday_Three_Way.html | 9392 - Our Holiday Three Way |
| pornve.com | Brazzers | https://pornve.com/uyro8m9vie8m/RealWifeStories_Brazzers_August_Ames_-_Hittin_That.html | 9761 - Hittin That |
| pornve.com | Brazzers | https://pornve.com/uyvqztvs05ar/Layla_Price_-_The_Price_Of_Anal.html | 8389 - The Price of Anal |
| pornve.com | Reality Kings | https://pornve.com/uywgde17vdy7/Gabby_Martinez_The_Pussy_Wall.html | 15410 - The Pussy Wall |
| pornve.com | Brazzers | https://pornve.com/uyx97cv8wej/Ava_Addams_-_Thinking_With_His_Dick.html | 9978 - Pensando con su Verga |
| pornve.com | Brazzers | https://pornve.com/uz0awk2ryak3/Makayla_Cox_-_Leave_It_To_Teacher.html | 11108 - Leave It To Teacher |
| pornve.com | Brazzers | https://pornve.com/uz1d6a7m9ga7/Kendra_Lust_Phoenix_Marie_Rachel_Starr_-_Peeping_At_The_Keyhole.html | 7450 - Peeping at the Keyhole |
| pornve.com | Brazzers | https://pornve.com/uz1q3r4ypql4/Milf_Squad_Vegas_-_Part_4.html | 9489 - Milf Squad Vegas: You're Off The Case Ferrera! |
| pornve.com | Brazzers | https://pornve.com/uz4xpgh0p91v/McKenzie_Lee_-_A_Curious_HEAD_Injury.html | 4272 - A Curious HEAD Injury |
| pornve.com | Brazzers | https://pornve.com/uz7d21o7aqdf/MommyGotBoobs_19_09_27_Cherie_Deville_Got_MILF_XXX.html | 3648230 - Got MILF? |
| pornve.com | Reality Kings | https://pornve.com/uz9el55y1z8e/Regina_Lauren_-_Lick_please.html | 13956 - Lick Please |
| pornve.com | Brazzers | https://pornve.com/uzb7rz6wd0pr/Isis_Love_-_Pussy_Cocktail.html | 4531 - Pussy Cocktail |
| pornve.com | Brazzers | https://pornve.com/uzekjmg4cu1i/12_Minutes_Fap_Challenge_-_Peta_Jensen_Edition_.html | 10203 - The Final Exam |
| pornve.com | Brazzers | https://pornve.com/uzlnit0jghxo/Madison_Ivy_-_Sliding_Into_Madisons_DMs.html | 3609566 - Sliding Into Madison's DMs |
| pornve.com | Brazzers | https://pornve.com/uzqnc5ak04nk/Alison_Tyler_Charlotte_Stokely_Julia_Ann_-_Fluids_on_the_Flight.html | 9486 - Fluids on the Flight |
| pornve.com | Brazzers | https://pornve.com/uzs5u1c8xije/Rachel_Starr_-_Stranger_Danger.html | 7030 - Stranger Danger |
| pornve.com | Brazzers | https://pornve.com/uzs9v27za7tu/kendra_spade_scott_nails_the_voyeur_next_door_part_2_brazzers_exxtra_brazzers.html | 3722155 - The Voyeur Next Door: Part 2 |
| pornve.com | Brazzers | https://pornve.com/uzu43iyag9v9/Ava_Koxxx_Leigh_Darby_-_Who_Ya_Gonna_Call_Porn_Busters.html | 7889 - Who Ya Gonna Call? Porn Busters! |
| pornve.com | Brazzers | https://pornve.com/uzx3kl00qv4n/sex_on_the_syllabus.html | 4417584 - Sex on the Syllabus |
| pornve.com | Brazzers | https://pornve.com/v01b20d5mrjt/Savannah_Stern_-_Aero-BOOB-ic_Workout.html | 5129 - Aero-BOOB-ic Workout |
| pornve.com | Brazzers | https://pornve.com/v03vfkhdflrl/Brazzers_-_Kendra_Lust_Kissa_Sins_And_Peta_Jensen_My_Three_Wives.html | 9241 - My Three Wives |
| pornve.com | Brazzers | https://pornve.com/v0awt9zba20q/Facial_Cum_In_Mouth_Cum_In_Mouth_Best_Cumshot_Compilation_1_Published_On_32_Minutes_Ago_Cum_Facial_Category_Blowjob_Compilation_Tags_Cum.html | 14092 - Just A Lift |
| pornve.com | Brazzers | https://pornve.com/v0c3w038nap7/Cali_Carter_-_Babys_Gone_Buck.html | 3222067 - Baby's Gone Buck! |
| pornve.com | Brazzers | https://pornve.com/v0mcymefen3la/Dani_Daniels_-_Danis_Hidden_Talents.html | 7555 - Dani's Hidden Talents |
| pornve.com | Brazzers | https://pornve.com/v0q4enhfwirs/Siouxsie_Q_-_Siouxsie_Qs_Anal_Kitchen_Cleaning.html | 4213472 - Siouxsie Q's Anal Kitchen Cleaning |
| pornve.com | Brazzers | https://pornve.com/v0qvd1nmp28f/Christie_Stevens_Jacky_Joy_-_F_Is_for_Fucked.html | 6866 - F is for Fucked |
| pornve.com | Brazzers | https://pornve.com/v0t76s9b2f4s/Brazzers_-_My_Girlfriends_PHAT_Ass_Roommate.html | 10436 - My Girlfriend's PHAT Ass Roommate |
| pornve.com | Brazzers | https://pornve.com/v0u2q6ojlaqw/NEW_Krissy_Lynn_And_Danny_D.html | 9694 - Hold That Shot 2 |
| pornve.com | Reality Kings | https://pornve.com/v0uhucf4qr7c/Brandi_Bae_Kelsi_Monroe_-_My_Stepsisters_Girlfriend.html | 1944935 - My Stepsisters Girlfriend |
| pornve.com | Reality Kings | https://pornve.com/v1276aj5e831/Madelyn_Marie_-_The_Novag_Initiative.html | 5509 - The Novag Initiative |
| pornve.com | Brazzers | https://pornve.com/v15014zwq3di/Aila_Donovan_Keiran_Lee_-_Feeling_Up_Aila_-_Dirty_Masseur_-_Brazzers.html | 3878689 - Feeling Up Aila |
| pornve.com | Brazzers | https://pornve.com/v1fppjsq027i/Kate_Gets_Free_Anal.html | 10178 - Free Anal 3 |
| pornve.com | Brazzers | https://pornve.com/v1i3tbhl48rc/Britney_Amber_-_Cops_And_Knobbers.html | 10777 - Cops and Knobbers |
| pornve.com | Brazzers | https://pornve.com/v1mmm492o9v1/Alex_Blake_-_The_Best_Distraction.html | 10442 - The Best Distraction |
| pornve.com | Brazzers | https://pornve.com/v1ow9ftnzct7/Veruca_James_-_The_Art_Of_Fucking.html | 7858 - The Art Of Fucking |
| pornve.com | Brazzers | https://pornve.com/v1qr432slprw/The_J_O_R_D_A_N_System_Diana_Prince_Jordan_Ash.html | 5113 - The J.O.R.D.A.N System |
| pornve.com | Reality Kings | https://pornve.com/v1tlcokkcilq/Money_Talks_room_service_big.html | 8037 - Room Service |
| pornve.com | Brazzers | https://pornve.com/v1vdfgl6jdv/Kortney_Kane_-_Hamburger_French_Fries_And_The_Breast.html | 6429 - Hamburger French Fries and The Breast |
| pornve.com | Brazzers | https://pornve.com/v1y6kvi0nra6/wop-goodfucktoyou2.html | 9287 - Deez Tits For President |
| pornve.com | Brazzers | https://pornve.com/v1y8bzia0c70/Karina_White_Karlie_Montana_-_Fuck_Friends_Never_Get_Married.html | 10211 - Fuck Friends Never Get Married |
| pornve.com | Brazzers | https://pornve.com/v20m2k62ycgt/Teri_Weigel_-_Bent-Over-Time_Hours.html | 7205 - Bent-Over-Time Hours |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/v20ryxf136w1/Hot_And_Mean_14.html | 7971 - School Discipline : Part Two |
| pornve.com | Brazzers | https://pornve.com/v22u7gwm39w4/Sahara_Knite_-_Sexy_Doctor_Adventures.html | 2676451 - Sexy Doctor Adventures |
| pornve.com | Brazzers | https://pornve.com/v2606etv4fhh/Nikki_Benz_ass_fucked_by_professor.html | 4405 - Stretch My Balloon Knot Asshole |
| pornve.com | Brazzers | https://pornve.com/v275bbuc3ri5/Georgie_Lyall_-_Melt_In_Her_Mouth.html | 2631499 - Melt In Her Mouth |
| pornve.com | Reality Kings | https://pornve.com/v2agt9otjnow/Darcie_Loves_Noelle_Darcie_Dolce_Noelle_Easton.html | 1830625 - Darcie Loves Noelle |
| pornve.com | Brazzers | https://pornve.com/v2bx098aby14/Mina_Sauvage_-_A_Pleasant_Surprise.html | 10699 - A Pleasant Surprise |
| pornve.com | Brazzers | https://pornve.com/v2eac6spcouh/Chessie_Kay_-_Dressing_Room_Poon.html | 2893131 - Dressing Room Poon |
| pornve.com | Brazzers | https://pornve.com/v2lhyboa7p13/massaged_on_the_job.html | 3166323 - Massaged On The Job |
| pornve.com | Brazzers | https://pornve.com/v2o3ijg7f1aI/Ariella_Ferrera_Francesca_Le_-_No_Plastic_Cock_Can_Match_Johnnys_Magic_Wand.html | 6470 - No Plastic Cock Can Match Johnny's Magic Wand |
| pornve.com | Brazzers | https://pornve.com/v2tmarhlcy5m/Angela_White_-_Day_With_A_Pornstar.html | 3797029 - Day With A Pornstar: Angela White |
| pornve.com | Brazzers | https://pornve.com/v2u33yrnrnfl/Ivy_Lebelle_-_Candid_Camgirl.html | 11060 - Candid Camgirl |
| pornve.com | Brazzers | https://pornve.com/v2w6llkan94bx/Monica_Asis_-_If_The_Shoe_Fits | 11176 - If The Shoe Fits |
| pornve.com | Reality Kings | https://pornve.com/v2xwfprlqj2w/milfhunter_victoria_june_honk_if_youre_fucking_horny.html | 2953397 - Honk If Youre Fucking Horny |
| pornve.com | Brazzers | https://pornve.com/v30sjg6ych4h/Nikki_Cruz_-_Spring_Training.html | 4982 - Spring Training |
| pornve.com | Brazzers | https://pornve.com/v32sqvod6sk3/Charley_Chase_-_Prescription_Penis.html | 6595 - Prescription Penis |
| pornve.com | Brazzers | https://pornve.com/v33o3kru8p2j/Asa_Akira_-_Good_Vibe_Rub_Down.html | 9999 - Masaje de Buenas Vibras |
| pornve.com | Brazzers | https://pornve.com/v3a1fxs202er/Liv_Wild_Madison_Ivy_-_A_Wild_Night.html | 3878715 - A Wild Night |
| pornve.com | Brazzers | https://pornve.wwls/Diamond_Kitty_-_Bad_Driver.html | 4353 - Bad Driver |
| pornve.com | Brazzers | https://pornve.com/v3bc5ed6dkec/Kylie_Ireland_-_Mommys_Hot_Friend.html | 4568 - Mommy's Hot Friend |
| pornve.com | Brazzers | https://pornve.com/v3blux7dfpjo/Jessica_Jaymes_-_Tennis_Titties.html | 4694 - Tennis Titties |
| pornve.com | Brazzers | https://pornve.com/v3g5fh4fkgzq/Ava_Koxxx_Summer_Brielle_-_I_Hope_You_Brought_Enough_for_Everyone.html | 8531 - I Hope You Brought Enough for Everyone! |
| pornve.com | Brazzers | https://pornve.com/v3navz7aawmg/Briana_Banks_Fuck_My_Wife_On_Camera.html | 6724 - Fuck My Wife... On Camera |
| pornve.com | Brazzers | https://pornve.com/v3pdewy3zzma/Eva_Lovia_-_The_Farmers_Wife.html | 10307 - The Farmer's Wife |
| pornve.com | Brazzers | https://pornve.com/v3py0vtxzf7z/Karina_White_-_Phone_Sex_Slut.html | 6303 - Phone Sex Slut |
| pornve.com | Reality Kings | https://pornve.com/v3rfqezgugnv/Angela_White_Nia_Nacci_Threesome.html | 2893974 - Meat And Greet |
| pornve.com | Brazzers | https://pornve.com/v3uj7zytncy4/Cathy_Heaven_-_7_Minutes_In_Mrs_Heaven.html | 11152 - 7 Minutes in Mrs. Heaven |
| pornve.com | Brazzers | https://pornve.com/v3x01e9kmlzs/TeensLikeItBig_Tiffany_Watson_Keiran_Lee_Gimme_Gimme_Never_Get.html | 2472736 - Gimme Gimme Never Get |
| pornve.com | Brazzers | https://pornve.com/v3xilgyewal7/Madelyn_Monroe_-_What_A_Lucky_Fuck.html | 7470 - What a Lucky Fuck |
| pornve.com | Brazzers | https://pornve.com/v3ykmuyvrqd/Bridgette_B_in_Bubble_Butt_Anal.html | 11035 - Don't Touch Her 6 |
| pornve.com | Brazzers | https://pornve.com/v4at6owlago6/Brazzers_-_Richelle_Ryan_I_Need_My_Protein_Shake.html | 2686348 - I Need My Protein Shake |
| pornve.com | Brazzers | https://pornve.com/v4cptk8zd8g0/Homemade_American_Tits.html | 10281 - Homemade American Tits |
| pornve.com | Reality Kings | https://pornve.com/v4cqhzgsmebp/Lana_Sharapova_and_Pepper_Hart_-_Reality_Kings_Gambit_-_RK_Prime_1080p.html | 3424645 - Reality Kings Gambit |
| pornve.com | Brazzers | https://pornve.com/v4j95xq8l2zq/Big_Tits_In_Uniform_-_Aletta_Ocean_in_Give_The_Maid_The_Tip.html | 7385 - Give the Maid the Tip |
| pornve.com | Brazzers | https://pornve.com/v4lfrzh0e636/Courtney_Taylor_-_Occult_Office.html | 7705 - Occult Office |
| pornve.com | Brazzers | https://pornve.com/v4mqh0w8hf6h/Richelle_Ryan_-_Calling_In_A_Dick_Day.html | 5497 - Calling In A Dick Day |
| pornve.com | Brazzers | https://pornve.com/v4nsplje3091/Amber_Jayne_Jimena_Lago_are_Moms_Who_can_take_Control.html | 10596 - First Impressions |
| pornve.com | Brazzers | https://pornve.com/v4o17uy6306m/Aryana_Augustine_-_Visual_Foreplay.html | 7225 - Visual Foreplay |
| pornve.com | Brazzers | https://pornve.com/v4o9gw2bwsa7/Shay_Fox_-_Your_Moms_a_Bitch.html | 8150 - Your Mom's a Bitch |
| pornve.com | Brazzers | https://pornve.com/v4se4prqtxk0/carla_pryce_blowjob_101_.html | 10917 - Blowjob 101 |
| pornve.com | Brazzers | https://pornve.com/v4p0z7oktv3/New_Brooklyn_Chase_Alex_Grey_Jordi_El_Nino.html | 9704 - Nailing Ms. Chase: Part Three |
| pornve.com | Brazzers | https://pornve.com/v4v7jeey5u53/Nikki_Sexx_-_Fixing_The_Pipes.html | 5543 - Fixing the Pipes |
| pornve.com | Brazzers | https://pornve.com/v50e7qhyk02j/Tommie_Jo_-_V_Is_For_Vigilante.html | 3222163 - V Is For Vigilante |
| pornve.com | Brazzers | https://pornve.com/v53dm6vtq3lf/My_Stepbrother_The_Panty_Thief.html | 10087 - My Stepbrother_The Panty Thief |
| pornve.com | Reality Kings | https://pornve.com/v53kgp5u03zn/EuroSexParties_17_08_20_Cecilia_May_Olivia_Tiffany_Veronica_And_Victoria_Sexy_Sextet_X XX_-KTR.html | 1900702 - Sexy Sextet |
| pornve.com | Reality Kings | https://pornve.com/v54ssv25afn2/EuroSexParties_15_11_05_Anita_Berlusconi_Athina_And_Lucy_Dallas_One_For_Three.html | 14198 - One For Three |
| pornve.com | Brazzers | https://pornve.com/v56tujzv9lom/Kagney_Linn_Karter_-_Kagney_Cums_With_You.html | 4240679 - Kagney Cums With You |
| pornve.com | Brazzers | https://pornve.com/v58tv4q7jo6r/Anal_Phoenix_Marie_Son_Finds_Mother_In_Law_Naked_And_Plowed_Her_Ass.html | 8170 - Quality Time |
| pornve.com | Brazzers | https://pornve.com/v5djkuyxylrk/The_Perfect_Maid_-_4.html | 3314243 - The Perfect Maid 4 |
| pornve.com | Brazzers | https://pornve.com/v5hfjr36qwwx/Audrey_Bitoni_-_The_Big_Things_In_Life.html | 7574 - The Big Things in Life |
| pornve.com | Brazzers | https://pornve.com/v5uno2pn2oiw/Jessica_Rex_Xander_Corvus_-_Porn_Puppet_On_A_String_-_Big_Wet_Butts_-_Brazzers.html | 2947167 - Porn Puppet On A String |
| pornve.com | Brazzers | https://pornve.com/v6189rat0p5p/Christie_Stevens_Mary_Jean_-_Honey_I_Married_A_Stripper.html | 9106 - Honey I Married A Stripper! |
| pornve.com | Brazzers | https://pornve.com/v66z3cf42zm5/Bonnie_Rotten_Markus_Dupree_-_Fucking_Through_The_Fourth_Wall_-_Pornstars_Like_It_Big_-_Brazzers.html | 2842843 - Fucking Through The Fourth Wall |
| pornve.com | Brazzers | https://pornve.com/v69fbmu1hizz/Gabriella_Paltrova_Riley_Reid_-_Riley_Loves_Gabriella.html | 9601 - Riley Loves Gabriella |
| pornve.com | Brazzers | https://pornve.com/v69xwa5nz7h8/Madlin_-_I_Reamed_A_Genie.html | 7117 - I Reamed A Genie |
| pornve.com | Brazzers | https://pornve.com/v6cskn3rl3r0/Chanel_Preston_-_The_Fuckening.html | 6049 - Anal Therapy |
| pornve.com | Brazzers | https://pornve.com/v6hgbycu0pco/Alex_Grey_Brooklyn_Chase_-_Nailing_Ms._Chase:_Part_Three | 9704 - Nailing Ms. Chase: Part Three |
| pornve.com | Brazzers | https://pornve.com/v6ndgslc818i/Ariella_Ferrera_Nicolette_Shea_Johnny_Sins_Parent_Teacher_Cumference.html | 2340028 - Parent Teacher Cumference |
| pornve.com | Brazzers | https://pornve.com/v6pjsqdqlu87/Lola_Foxx_-_Chief_Executive_Whore.html | 9035 - Chief Executive Whore |
| pornve.com | Brazzers | https://pornve.com/v6pph4zzl87h/Sadie_Swede_-_The_Cock_That_Wasnt_There.html | 5110 - The Cock That Wasn't There |
| pornve.com | Brazzers | https://pornve.com/v6s3tk91lmpe/Kiara_Mia_-_Her_Lonely_Pussy.html | 6036 - Her Lonely Pussy |
| pornve.com | Brazzers | https://pornve.com/v6ub3p8yh744/Brandi_Love_-_Fucking_The_Help.html | 6899 - Fucking The Help |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/v6vhpdyqblsn/Laura_Crystal_-_A_Little_Jailing_Nailing.html | 5932 - A Little Jailing Nailing |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/v6x6dqdwjkmo/Brazzers_Boston_Cream.html | 6138 - Boston Cream |
| pornve.com | Brazzers | https://pornve.com/v6yvxos8g2ox/Ariella_Ferrera_-_Driving_Mommy_Wild.html | 2587847 - Driving Mommy Wild |
| pornve.com | Brazzers | https://pornve.com/v6zlsw86o0ef/Yoga_Freaks_Brazzers_2016.html | 9556 - Yoga Freaks: Episode Three |
| pornve.com | Brazzers | https://pornve.com/v725dlt5imu3/Eve_Madison_-_Big_Wet_Butt_Workout.html | 4555 - Big Wet Butt Workout |
| pornve.com | Brazzers | https://pornve.com/v74bot7u626v/Monique_Alexander_-_Dreaming_Of_The_Don.html | 6659 - Dreaming of the Don |
| pornve.com | Brazzers | https://pornve.com/v74xnh5afmbs/Gina_Lynn_Shyla_Stylez_-_Quantum_Of_Sluts.html | Pornstars Like it Big Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/v78ikv4ifnxh/Julia_Ann__Olivia_Austin_-_Disciplinary_Action_-_Part_2.html | 8667 - Disciplinary Action Part Two |
| pornve.com | Brazzers | https://pornve.com/v79216hxt34q/Madison_Ivy_-_Rough_Competition.html | 4625 - Rough Competition |
| pornve.com | Brazzers | https://pornve.com/v7e77rvi7iho/Sienna_West_-_The_Customer_Is_Always_Right.html | Big Tits at Work Vol. 7 |
| pornve.com | Reality Kings | https://pornve.com/v7g9uu71ihzt/rkd_20_06_13_operatic_warm_up_int.html | Look At Her Now |
| pornve.com | Brazzers | https://pornve.com/v7pcr50hyqwm/Ajaa_Xxx__Karma_Rx_-_Dont_Touch_Her.html | 3291119 - Don't Touch Her 7 |
| pornve.com | Brazzers | https://pornve.com/v80xfcqkk0wz/bex_20_06_08_madison_ivy_and_kendra_sunderland_bodacious_bikini_threesome.html | 3966756 - Bodacious Bikini Threesome |
| pornve.com | Brazzers | https://pornve.com/v849gg36h0h4/Elsa_Jean__Riley_Reid_-_Licking_Locked_Up.html | 10068 - Licking Locked Up |
| pornve.com | Reality Kings | https://pornve.com/v84fw770aifr/Britney_Light_Zachary_Wild_-_Searching_For_A_Selfie_Slut_-_Sneaky_Sex.html | 2893961 - Searching For A Selfie Slut |
| pornve.com | Brazzers | https://pornve.com/v85opqsy2syu/All_Good_PSP_Rachel_Roxxx.html | 8023 - Prankster Pussy |
| pornve.com | Brazzers | https://pornve.com/v893m7y8exuy/Sarah_Jessie_-_Shipped_Stripped.html | 2672991 - Shipped & Stripped |
| pornve.com | Brazzers | https://pornve.com/v8mbspm64txb/Kerry_Louise_-_How_To_Handle_Your_Students_101.html | 7011 - How To Handle Your Students: 101 |
| pornve.com | Brazzers | https://pornve.com/v8q32hf9atp3/Shyla_Stylez_-_Dirty_Car_Sales-Woman.html | 4452 - Dirty Car Sales-Woman |
| pornve.com | Brazzers | https://pornve.com/v8tcyv2umes0/Madison_Ivy_-_Hurdle_Tits_For_The_Win.html | 5079 - Hurdle Tits For the Win |
| pornve.com | Brazzers | https://pornve.com/v8tmy64kg2x/Wonderland_-_Part_2.html | 7182 - Wonderland Part 2 |
| pornve.com | Reality Kings | https://pornve.com/v92dpzhvfobv/MilfHunter__RealityKings_Stephanie_Moretti_Wicked_Lines.html | 13238 - Wicked Lines |
| pornve.com | Brazzers | https://pornve.com/v9ba02bl8ziy/Dana_DeArmond_-_Big_Ass_Revenge.html | 5145 - Big Ass Revenge |
| pornve.com | Brazzers | https://pornve.com/v9ba84oqrs7e/Stacy_Cruz_Danny_D_-_A_D_Well_Earned_-_Big_Tits_At_School_-_Brazzers.html | 3921779 - A D Well Earned |
| pornve.com | Brazzers | https://pornve.com/v9c096kipjq8/Alexis_Fawx_Keiran_Lee_-_Cum_Inside_And_Make_Yourself_At_Home_-_Milfs_Like_It_Big_-_Brazzers.html | 3291588 - Cum Inside And Make Yourself At Home |
| pornve.com | Reality Kings | https://pornve.com/v9fjr22r3t91/Fitness_MILF_Short_Haired_Blonde_Big_Tits.html | 7257 - Pussy Crook |
| pornve.com | Brazzers | https://pornve.com/v9ph879c4rp1/Dinner_For_Sluts.html | 9481 - Dinner For Sluts |
| pornve.com | Brazzers | https://pornve.com/v9qti6w610vw/The_Kitchen_Helper_Brazzers.html | 10122 - The Kitchen Helper |
| pornve.com | Brazzers | https://pornve.com/v9rpvmno9jog/Britney_Amber__Ariana_Facials_Blowjob.html | 10391 - Getting Their Own Facials |
| pornve.com | Brazzers | https://pornve.com/v9utpexc1lng/Lilly_Ford_New_TILB.html | 10230 - Bad Grades  Good Girl |
| pornve.com | Brazzers | https://pornve.com/v9w98fo5ic78/_Hold_That_Shot_2_-_Brazzers_.html | 9694 - Hold That Shot 2 |
| pornve.com | Brazzers | https://pornve.com/v9wv62lyk1jx/Chloe_Chaos_-_The_Case_Of_The_College_Slut.html | 7773 - The Case Of The College Slut |
| pornve.com | Brazzers | https://pornve.com/v9x1dygobjuq/Ava_addams_the_boy_remains_after_school_for_additional_training.html | 8353 - The Book Report |
| pornve.com | Brazzers | https://pornve.com/v9xdoo96cyp/Alexis_Fawx_-_The_Naked_Mom.html | 9562 - The Naked Mom |
| pornve.com | Brazzers | https://pornve.com/v9yllghwefs3/Riley_Reid_Mick_Blue_-_BrazziBots_Part_1_-_ZZ_Series_-_Brazzers.html | 2972953 - BrazziBots: Part 1 |
| pornve.com | Brazzers | https://pornve.com/v9zk5c9s44um/Audrey_Bitoni_-_My_Dirty_Talking_Prof.html | 9428 - My Dirty Talking Prof |
| pornve.com | Brazzers | https://pornve.com/va1fpgfbv7rc/Karmen_Karma_Keiran_Lee_-_Whoreschach_Test_-_Pornstars_Like_it_Big_-_Brazzers.html | 2928050 - Whoreschach Test |
| pornve.com | Brazzers | https://pornve.com/va3fbe754hwb/Hammered_Danny_D_and_Raven_Bay.html | 10026 - Hammered |
| pornve.com | Brazzers | https://pornve.com/va5fufnm2944/Juelz_Ventura_-_Fucking_The_Vending_Machine_Dude.html | 5575 - Fucking the Vending Machine Dude |
| pornve.com | Brazzers | https://pornve.com/vadv2jqs3785/RealWifeStories_Rachel_RoXXX_With_Nothing_But_My_Heels_On_-_17_07_16.html | 10054 - With Nothing But My Heels On |
| pornve.com | Brazzers | https://pornve.com/vafs82muhzhs/Nikki_Benz_Riley_Reid_-_2_For_1_Fun.html | 9710 - 2 For 1 Fun |
| pornve.com | Brazzers | https://pornve.com/vai61s54sa4e/Bella_Rolland_LaSirena69_Keiran_Lee_-_Disciplining_Their_Sugar_Daddy_-_Brazzers_Exxtra_-_Brazzers.html | 3456820 - Disciplining Their Sugar Daddy |
| pornve.com | Brazzers | https://pornve.com/vanx2irvnbwk/Emily_B_-_A_Stepmothers_Touch.html | 8202 - A Stepmother's Touch |
| pornve.com | Brazzers | https://pornve.com/vaopc3rbmq8n/Handled_With_Care_Brazzers.html | 4419688 - Handled With Care |
| pornve.com | Brazzers | https://pornve.com/vaq58jucw7mt/Nikki_Sexx_-_It_Aint_Over_Til_The_Fat_Lady_Sings.html | 9676 - My Stepdaughter Loves Porn |
| pornve.com | Reality Kings | https://pornve.com/vaufp8o62or6/Canela_Skin_Danny_D_-_Kings_Spa_Canela_-_RK_Prime_-_Reality_Kings.html | 3348812 - Kings Spa Canela |
| pornve.com | Brazzers | https://pornve.com/vaygt5i12kll/Rebecca_Volpetti_-_The_Farmers_Daughter.html | 2947151 - The Farmer's Daughter |
| pornve.com | Reality Kings | https://pornve.com/vazfnp12wq8l/H0t_Bu5h_14_B1llie_St4r.html | 13376 - In The Bush |
| pornve.com | Brazzers | https://pornve.com/vb5huikqnbl2/Alexa_Tomas_-_Fuck_Products_Inc.html | 8779 - Fuck Products Inc |
| pornve.com | Brazzers | https://pornve.com/vb61l2486chv/She_Maid_Mc_Cum_Amia_Miley_Cleans_The_Cock_Pipes_In_POV_-_Brazzers_.html | 9065 - She Maid Mc Cum |
| pornve.com | Brazzers | https://pornve.com/vbcteyix9xsg/Dolly_Little__Kymberlee_Anne_-_Its_A_Nice_Day_For_A_White_Lez_Wedding.html | 9597 - It's A Nice Day For A White Lez Wedding |
| pornve.com | Brazzers | https://pornve.com/vbgsr6uv0yqf/Erica_Fontes_-_Downton_Grabby_-_2.html | 8900 - Downton Grabby 2 |
| pornve.com | Brazzers | https://pornve.com/vbpa402temza/Ariella_Ferrera_-_Afternoon_Delight.html | 7503 - Afternoon Delight |
| pornve.com | Brazzers | https://pornve.com/vby4qf60p0w4/Adrianna_Nicole_-_Oily_Therapy.html | 4389 - Oily Therapy |
| pornve.com | Brazzers | https://pornve.com/vc045fnzryqq/Karma_Rx_Charles_Dera_-_Ill_Fuck_Who_I_Want_-_Brazzers_Exxtra_-_Brazzers.html | 3773947 - I'll Fuck Who I Want! |
| pornve.com | Reality Kings | https://pornve.com/vc0wz19pgm5e/Katana_Kombat_-_Fit_For_Fucking_-_RK_Prime_-_Reality_Kings.html | 2901437 - Fit For Fucking |
| pornve.com | Brazzers | https://pornve.com/vc1nlepi3sqd/Kianna_Dior_-_Selfies_With_Your_Mom.html | 8896 - Selfies With Your Mom |
| pornve.com | Brazzers | https://pornve.com/vc2ca8m1nf0i/Tara_Holiday_-_Overnight_With_Stepmom_-_Part_2.html | 9058 - Overnight With Stepmom: Part Two |
| pornve.com | Brazzers | https://pornve.com/vc2ueyshezmy/Sophie_Dee_-_Squirt_My_Cockhole.html | 6705 - Squirt My Cockhole |
| pornve.com | Brazzers | https://pornve.com/vc6h9f9kcy7f/Bree_Olson_-_Care_To_Donate_Some_Fluid.html | 5475 - Care to Donate Some Fluid? |
| pornve.com | Brazzers | https://pornve.com/vc80bl44iw5nq/Katana_Kombat_-_Laid_Off.html | 3722269 - Laid Off |
| pornve.com | Brazzers | https://pornve.com/vc96pr4elvj9/Alexis_Tae_-_Track_And_Feel_Her.html | 3830501 - Track And Feel Her |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/vcdauponjl5j/Danny_D_Crushes_Anal_Jeana_Ivory_Facial.html | 8641 - Mrs. Ivory's First Anal! |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/vch7tefjfb8/Angela_White_-_Anatomy_Of_A_Sex_Scene.html | 3222239 - Anatomy Of A Sex Scene |
| pornve.com | Brazzers | https://pornve.com/vcjhnnp5ldyx/teens_like_it_big_brazzers_kristen_scott_danny_d_my_moms_boyfriends_cock.html | 10532 - My Mom's Boyfriend's Cock |
| pornve.com | Brazzers | https://pornve.com/vcjswkwtqu5/Lucia_Love_-_Too_Big_For_Buttfucking.html | 10329 - Too Big For Buttfucking |
| pornve.com | Brazzers | https://pornve.com/vcmh4w3rebtk/Angel_Wicky_-_Summer_Internship.html | 10724 - Summer Internship |
| pornve.com | Brazzers | https://pornve.com/vcqvahjl31p0/Aaliyah_Hadid_Alura_TNT_Jenson_Ricky_Spanish_Stepmoms_Need_Loving_Too_Moms_In_Control_Brazzers.html | 3363991 - Stepmoms Need Loving Too! |
| pornve.com | Brazzers | https://pornve.com/vctmkxketo7b/Veronica_Avluv_-_Meter_Maiden.html | 6685 - Meter Maiden |
| pornve.com | Reality Kings | https://pornve.com/vcxlernrtyny/Lela_Star_Bambino_-_Lela_Craves_The_Rave_-_RK_Prime_-_Reality_Kings.html | 3348881 - Lela Craves The Rave |
| pornve.com | Brazzers | https://pornve.com/vd0qb46c20g2/Aidra_Fox_Zac_Wild_-_Aidra_Gets_Her_Fill_-_Day_With_A_Pornstar_-_Brazzers.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/vd48n6yftvu8/Julia_De_Lucia_-_Psycho_Anal-ysis.html | 10563 - Psycho Anal-ysis |
| pornve.com | Brazzers | https://pornve.com/vd983c1mbhz9/Moriah_Mills_-_Cross-Training_For_Cock.html | 3719979 - Cross-Training For Cock |
| pornve.com | Brazzers | https://pornve.com/vdbh4nxr60ep/Kayla_Carrera_-_Hard_Fuck_For_A_Confession.html | 8719 - Hard Fuck For A Confession |
| pornve.com | Reality Kings | https://pornve.com/vdcu1v5y6yx1/Cyrstal_Rae_And_Kacey_Quinn_Pussy_Pick_Up.html | 14422 - Pussy Pick Up |
| pornve.com | Brazzers | https://pornve.com/vde2of9hs7di/Louise_Jenson_-_The_Super_Fanny.html | 7135 - The Super Fanny |
| pornve.com | Brazzers | https://pornve.com/vdegha3payu3/Amber_Alena_-_Lost_Lil_Humper.html | 4416482 - Lost Lil Humper |
| pornve.com | Brazzers | https://pornve.com/vdjs3idxrmc3/Makayla_Cox_-_Sneaky_Sauna_Mama.html | 9366 - Sneaky Sauna Mama |
| pornve.com | Brazzers | https://pornve.com/vdkkgvtpm96d/Lezley_Zen_-_Art_Of_Muff_Maintenance.html | 5293 - Lezley Zen and the Art of Muff Maintenance |
| pornve.com | Reality Kings | https://pornve.com/vdn0ldetp3rf/Nikki_Capone_-_Capones_Vag.html | 15203 - Capones Vag |
| pornve.com | Brazzers | https://pornve.com/vdolstbvn8kn/Kelly_Divine_-_DP_On_The_Substitute_T.html | 5824 - DP on the Substitute T |
| pornve.com | Reality Kings | https://pornve.com/vdr69vvxz67c/teenslovehugecocks_19_07_04_lacy_lennon_lacy_loves_it.html | 3463695 - Lacy Loves It |
| pornve.com | Brazzers | https://pornve.com/vdrqe3h7g69d/Ariella_Ferrera_-_The_Finer_Things_In_Life.html | 4567 - The Finer Things in Life |
| pornve.com | Brazzers | https://pornve.com/vdwyp3iu9br1/teen_hot_babe_best_new_subil_arch_-_720p.html | 9620 - Strokemoff |
| pornve.com | Brazzers | https://pornve.com/vdx40oxk60lc/Katana_Kombat_Charles_Dera_-_Nice_To_Meat_You_-_Real_Wife_Stories_-_Brazzers.html | 3115083 - Nice To Meat You |
| pornve.com | Brazzers | https://pornve.com/vdynrn6w6h1r/Brazzers_Mrs_Sheas_room_service_Brazzers_Brazzersexxtra_2018_Kyle_Mason_Blonde_White_Girl_Wh.html | 2578042 - Mrs. Shea's Room Service |
| pornve.com | Brazzers | https://pornve.com/ve74fehwevuh/Kira_Noir_-_Sailor_Luna_-_Youve_Changed_-_Part_1.html | 2423413 - You've Changed Part 1 |
| pornve.com | Brazzers | https://pornve.com/ve7gl8jzy8gr/Jessica_Jaymes_-_College_Memories.html | 6775 - College Memories |
| pornve.com | Brazzers | https://pornve.com/ve8izlcymhb0/Sarah_Jessie_Xander_Corvus_-_Leather_Lust_-_Brazzers_Exxtra_-_Brazzers.html | 3012186 - Leather Lust |
| pornve.com | Brazzers | https://pornve.com/vep6t5aq62dj/Charlie_Laine_Haley_Cummings_-_Prostitute_Trains_Sexy_Cop.html | 5390 - Prostitute Trains Sexy Cop |
| pornve.com | Brazzers | https://pornve.com/vesscpipjiac/Alena_Croft_-_Oiling_A_Whore.html | 10331 - Oiling A Whore |
| pornve.com | Reality Kings | https://pornve.com/vevsst5a8ojh/Drilling_Mommy_2_Scene_5_Pussy_For_Rent_Kyle_Mason_Sammy_Simpson.html | 1876660 - pussy_for_rent |
| pornve.com | Brazzers | https://pornve.com/vew9zlymyy98/Brazzers_Hot_And_Mean_My_Lil_Dungeon_Keeper.html | 10402 - My Lil' Dungeon Keeper |
| pornve.com | Brazzers | https://pornve.com/vf0mmcioeyja/Samm_Rosee_-_Dicked_By_The_Doctor.html | 6864 - Dicked by the Doctor |
| pornve.com | Brazzers | https://pornve.com/vf502vfx9sr/Kleio_Valentien_-_The_C_E_Hoe.html | 9599 - The C.E.Hoe |
| pornve.com | Brazzers | https://pornve.com/vf30z3gvuaxk/Victoria_Summers_-_The_Very_Last_Fuck_Ever.html | 3959811 - The Very Last Fuck Ever |
| pornve.com | Reality Kings | https://pornve.com/vf8eyvachwv/RealityKings_Commando_Coochies.html | 2259491 - Commando Coochies |
| pornve.com | Brazzers | https://pornve.com/vf7b2p5vhun1/Alyssa_Lynn_Cassidy_Banks_-_Sharing_The_Shower.html | 9884 - Compartiendo la Ducha |
| pornve.com | Brazzers | https://pornve.com/vf7l68enz8vu/Jasmine_Jae_Markus_Dupree_-_Assmissible_Evidence_-_Big_Butts_Like_It_Big_-_Brazzers.html | 2990646 - Assmissible Evidence |
| pornve.com | Brazzers | https://pornve.com/vf9fra2jkrqy/Dana_DeArmond_-_Bossy_Bitch.html | 2892735 - Bossy Bitch |
| pornve.com | Brazzers | https://pornve.com/vfgqngd97emf/Nikki_Daniels_-_Massage_Time.html | 6497 - Massage Time |
| pornve.com | Brazzers | https://pornve.com/vfh3v8zdjkl4/Jenna_Foxx_Tyler_Nixon_-_Soaked_In_Stockings_-_Baby_Got_Boobs_-_Brazzers.html | 2991921 - Soaked In Stockings |
| pornve.com | Brazzers | https://pornve.com/vfishpy6053f/Its_Wondaful_Sex_Life.html | 10457 - It's A Wonderful Sex Life |
| pornve.com | Brazzers | https://pornve.com/vfpyqbc3grnj/Nikita_Von_James_-_Training_The_Trainer.html | 7155 - Training the Trainer |
| pornve.com | Brazzers | https://pornve.com/vfm3j0bwij/Jasmine_James_-_War_Whore.html | 6537 - War Whore |
| pornve.com | Brazzers | https://pornve.com/vfuu696vm4bd/kirsten_lee_Virgin_Lessons.html | 10325 - Virgin Lessons |
| pornve.com | Reality Kings | https://pornve.com/vfxno6sl34aa/Mazzy_Grace_Body_Blow_Your_Load.html | 3128148 - Body Blow Your Load |
| pornve.com | Brazzers | https://pornve.com/vg0i18o7sdbw/Emmanuelle_London_-_Coachs_Boner.html | 6122 - Coach's Boner |
| pornve.com | Brazzers | https://pornve.com/vg1c06n7pz7c/Mea_Melone_-_Under_The_Table_Deal.html | 10318 - Under The Table Deal |
| pornve.com | Brazzers | https://pornve.com/vg1quhdl84vt/Ava_Koxxx_-_What_Ms_Koxxx_Wants.html | 11069 - What Ms. Koxxx Wants |
| pornve.com | Brazzers | https://pornve.com/vg44wrz4flxp/Taylor_Wane_-_Open_For_Business.html | 10214 - Open For Business |
| pornve.com | Brazzers | https://pornve.com/vg5stbdbczv9/Candi_Coxxx_-_Swipe_Right_For_Big_Tits.html | 8384 - Swipe Right For Big Tits |
| pornve.com | Reality Kings | https://pornve.com/vg9j4kckfg/ENJOYING_HER_FRUITS-_Violet_Myers.html | 2940343 - Wetter Melons |
| pornve.com | Brazzers | https://pornve.com/vgaelc7qfgzm/Taylor_Wane_-_A_Trip_Down_Mammary_Lane.html | 7143 - A Trip Down Mammary Lane |
| pornve.com | Reality Kings | https://pornve.com/vgascgr80ewl/Putting_On_A_Show_-_Natalia_Starr_-_Reality_King.html | 2235574 - Putting On A Show |
| pornve.com | Brazzers | https://pornve.com/vgj2kxci4bju/My_Horrible_Boss_Wife_Satin_Bloom_Takes_A_Load_On_Her_Big_Tits_.html | 9814 - La Esposa de mi Terrible Jefe |
| pornve.com | Brazzers | https://pornve.com/vgjch3no7g5h/Abella_Danger_-_Anatomy_Of_A_Sex.html | 3645139 - Anatomy Of A Sex Scene 3 |
| pornve.com | Brazzers | https://pornve.com/vgkg789bdee7/Kagney_Linn_Karter_-_Kagneys_Anal_Expert-Tease.html | 10714 - Kagney's Anal Expert-Tease |
| pornve.com | Brazzers | https://pornve.com/vgoeejeg184y/Gina_Valentina_Riley_Reid_-_The_Virgin_Learns_To_Fuck.html | 10574 - The Virgin Learns To Fuck |
| pornve.com | Brazzers | https://pornve.com/vgr5o2v8h2tb/Anissa_Kate_-_Ohhhhh_La_La.html | 9295 - Ohhhhh La La! |
| pornve.com | Brazzers | https://pornve.com/vgteqh0mvgae/Jasmine_James_Home_Invasion.html | 9946 - InvasiÃ³n en casa |
| pornve.com | Brazzers | https://pornve.com/vgtxodrt6pq9u/Harley_Jade_-_Slide_Into_My_DMs.html | 10363 - Slide Into My DMs |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/vguqmplfdrxw/Brazzers_Boot_Camp_Brazzers_Mommy_Got_Boobs_Osa_Lovely_Johnny_Sins_Brunette_Black_Hair_Blowj.html | 10891 - Boot Camp |
| pornve.com | Brazzers | https://pornve.com/vgzq4gikz7ro/London_Keyes_-_Launching_Inside_Londons_Sweet_Asshole.html | 9044 - Launching Inside London's Sweet Asshole |
| pornve.com | Reality Kings | https://pornve.com/vh0qr495uyvi/Avalon_Heart_-_Get_It_Big_D.html | 14805 - Get It Big D |
| pornve.com | Brazzers | https://pornve.com/vh1ahjgrjj5l/Victoria_Summers_-_Ass-isting_the_Barista.html | 9158 - Ass-isting the Barista |
| pornve.com | Brazzers | https://pornve.com/vh2kzme0h8d9/Brazzers_House_Episode_5_Bonus.html | 8709 - Brazzers House Episode Five Bonus Part 1 |
| pornve.com | Brazzers | https://pornve.com/vh32tzalwzal/Jenna_Foxx_-_Large_Hard-On_Collider.html | 10449 - Large Hard-On Collider |
| pornve.com | Reality Kings | https://pornve.com/vh3fwuvp9mdn/Super_Duper_Karen_Fisher_Julie_Cash.html | 11967 - Super Duper |
| pornve.com | Brazzers | https://pornve.com/vh4bwh2e7qxc/Brynn_Tyler_-_Seal_The_Deal.html | 6671 - Seal The Deal |
| pornve.com | Brazzers | https://pornve.com/vhetpwbdvthy/Brazzers_Melt_in_her_mouth_Brazzers_Brazzersexxtra_2018_Georgie_Lyall_Danny_D_Blonde_White_G.html | 2631499 - Melt In Her Mouth |
| pornve.com | Brazzers | https://pornve.com/vhf8sefnyu3y/Abigail_Mac_Keisha_Grey_-_The_Joys_of_DJing.html | 10092 - The Joys of DJing |
| pornve.com | Brazzers | https://pornve.com/vhq1m42880ym/Lexi_Belle_-_Getting_Private_With_The_Private.html | 5793 - Getting Private with the Private |
| pornve.com | Brazzers | https://pornve.com/vhs0r8dfqea3/Emily_B_-_The_Joy_Cock_Club_-_Brazzers.html | 6449 - The Joy Cock Club |
| pornve.com | Brazzers | https://pornve.com/vhtrvgmqu7jh/Katie_Summers_Lily_Labeau_-_Extra_Slutty_Care.html | 6626 - Extra Slutty Care |
| pornve.com | Brazzers | https://pornve.com/vi03wfajfl2n/Brittney_White_-_My_Naked_Boss.html | 10035 - My Naked Boss |
| pornve.com | Brazzers | https://pornve.com/vi08ms9o8ukq/Abigail_Mac_Small_Hands_-_Anatomy_Of_A_Sex_Scene_2_-_Pornstars_Like_It_Big_-_Brazzers.html | 3167412 - Best Of Brazzers: Porn Watches Back |
| pornve.com | Brazzers | https://pornve.com/vidnamht50ni/Melissa_Moore_Riley_Reid_-_Almost_Sisters.html | 9341 - Almost Sisters |
| pornve.com | Brazzers | https://pornve.com/vietukkd7zmm/Briana_Banks_-_Fuck_My_Wife.html | 6724 - Fuck My Wife... On Camera |
| pornve.com | Brazzers | https://pornve.com/vikql349pys8/Valentina_Nappi_-_Madames_Finishing_School_For_Whores.html | 7594 - Madame's Finishing School for Whores |
| pornve.com | Brazzers | https://pornve.com/viml7km52w1f/My_wife_slut_-_Destiny_Dixon.html | 9460 - Her Turn To Cheat |
| pornve.com | Brazzers | https://pornve.com/ving0qs7uy0w/Our_Horny_Lesbian_Housemates.html | 10838 - Our Horny Lesbian Housemates |
| pornve.com | Brazzers | https://pornve.com/viof0bwjt4zo/Lela_Star_Rob_Piper_-_Laying_A_Hand_On_Lela_-_Brazzers_Exxtra_-_Brazzers.html | 3279443 - Laying A Hand On Lela |
| pornve.com | Brazzers | https://pornve.com/viqbtd6fxx0r/Dinner_For_Sluts_-_Riley_Reid_And_Melissa_Moore_Swap_Cocks_.html | 9481 - Dinner For Sluts |
| pornve.com | Brazzers | https://pornve.com/vir4qj6y880l/Aiden_Ashley_Keiran_Lee_-_From_The_Streets_To_The_Sheets_-_Brazzers_Exxtra_-_Brazzers.html | 3270162 - From The Streets To The Sheets |
| pornve.com | Brazzers | https://pornve.com/virs56v3y947/Capri_Cavanni_-_The_Whory_Show.html | 4409 - The Whory Show |
| pornve.com | Brazzers | https://pornve.com/viu77x99s5a8/Ivy_Lebelle_-_Secret_Sauna_Sex.html | 10535 - Secret Sauna Sex |
| pornve.com | Brazzers | https://pornve.com/vix40njv78ij/Lisa_Ann_-_Please_Take_Me_Back.html | 3450599 - Please Take Me Back |
| pornve.com | Brazzers | https://pornve.com/vix9p85tizr/Priya_Anjali_Rai_-_Bad_Teacher_Nice_Tits.html | 6027 - Bad Teacher Nice Tits |
| pornve.com | Brazzers | https://pornve.com/vizjunu24mjf/World_War_XXX_Part_4_Brazzers_Peta_Jensen_Brazzers_Army_blowjob_Tattoo_Brunette_Big_Tits_Pr.html | 8657 - World War XXX Part Four |
| pornve.com | Brazzers | https://pornve.com/vizta0bhx11q/Nina_Hartley_Xander_Corvus_-_Ninas_Chapel_of_Lust_Part_1_-_Mommy_Got_Boobs_-_Brazzers.html | 2909031 - Nina's Chapel of Lust Part 1 |
| pornve.com | Brazzers | https://pornve.com/vj3foluovgaz/Alana_Evans_Veronica_Avluv_-_Alana_Veronicas_High_School_Reunion.html | 7098 - Alana & Veronica's High School Reunion |
| pornve.com | Brazzers | https://pornve.com/vj4tmt2bbati/Alice_Lighthouse_Ariana_Marie_Knock_We_Want_Your_Cock.html | 9286 - Knock_Knock We Want Your Cock! |
| pornve.com | Reality Kings | https://pornve.com/vj81kayhqh2z/April_Mae_-_Shes_Got_The_Juice.html | 14666 - Shes Got The Juice |
| pornve.com | Reality Kings | https://pornve.com/vj9p0y5p7emj/All_Good_New_Anya_Olsen.html | 13971 - Grip The Tip |
| pornve.com | Brazzers | https://pornve.com/vjbf7lk5di5p/Ava_Addams_-_Interview_With_My_Asshole.html | 5246 - Interview with my Asshole |
| pornve.com | Brazzers | https://pornve.com/vjb0w0wjhcd/This_Pharmacist_Can_Fuck_Off.html | 8262 - This Pharmacist Can Fuck Off |
| pornve.com | Brazzers | https://pornve.com/vjiz13htqdq5/Aubrey_Black_-_Taking_Wifey_To_Work.html | 10955 - Taking Wifey To Work |
| pornve.com | Brazzers | https://pornve.com/vjk9txo6nj16/Subil_Arch_-_Strokemoff.html | 9620 - Strokemoff |
| pornve.com | Brazzers | https://pornve.com/vjtw5gsrlzfx/Erotic_Massage_Candy_Alexa_Anal.html | 10441 - Coming For Candy |
| pornve.com | Brazzers | https://pornve.com/vk3ytq1j1ldj/Candee_Licious_-_The_Dick_Fairy.html | 9447 - The Dick Fairy |
| pornve.com | Brazzers | https://pornve.com/vk3zhdi46rks/Fucked_In_A_Breeze.html | 10095 - Fucked In A Breeze |
| pornve.com | Brazzers | https://pornve.com/vkf1wbdkut3h/Mackenzie_Moss_-_Secret_Roommate.html | 3767191 - Secret Roommate |
| pornve.com | Brazzers | https://pornve.com/vkpgk45m24bv/Tory_Lane_-_Im_Your_Christmas_Bonus.html | 9364 - I'm Your Christmas Bonus |
| pornve.com | Brazzers | https://pornve.com/vkr7p10uih2t/Stephani_Moretti_-_Nailing_The_Presentation.html | 8771 - Nailing The Presentation |
| pornve.com | Brazzers | https://pornve.com/vkyr0b0vaofb/Dee_Dee_Lynn_-_Happy_Stepdaddy_Day.html | 8197 - Happy Stepdaddy Day |
| pornve.com | Reality Kings | https://pornve.com/vl62ezfgmiq9/In_The_VIP_Very_Important_Pussy_SD.html | 11705 - Very Important Pussy |
| pornve.com | Brazzers | https://pornve.com/vla4bjuex968/Kiki_Minaj_-_Organic_Orgasms.html | 2911122 - Organic Orgasms |
| pornve.com | Brazzers | https://pornve.com/vldrdalyr8my/_Brazzers_-_Busty_Milf_Reagan_Foxx_had_her_best_fuck_massage_.html | 2362126 - Oil Spill Thrills |
| pornve.com | Brazzers | https://pornve.com/vlpymz7ovrht/Jessa_Rhodes_Bill_Bailey_Wife_Insurance.html | 2437987 - Wife Insurance |
| pornve.com | Brazzers | https://pornve.com/vls400uudv84/Keisha_Grey_-_Oiling_Up_The_Client.html | 10187 - Oiling Up The Client |
| pornve.com | Brazzers | https://pornve.com/vlt2n2uh3gbf/Lexi_Lowe_-_Big_Tits_In_Uniform_15_2015.html | 7885 - Full Busty Jacket |
| pornve.com | Brazzers | https://pornve.com/vlvytouc4dal/Patty_Michova_-_The_Window_Watcher.html | 9570 - The Window Watcher |
| pornve.com | Brazzers | https://pornve.com/vlyjxl13x6l/Mellanie_Monroe_-_Im_Fun_Too.html | 6252 - I'm Fun Too! |
| pornve.com | Brazzers | https://pornve.com/vm2hmyb65fds/Tori_Black_-_Back_In_Black.html | 4529 - Back in Black |
| pornve.com | Brazzers | https://pornve.com/vm7n4yt6s14s/Karina_White_-_Say_Yes_To_Getting_Fucked_In_Your_Wedding_Dress.html | 10141 - Say Yes To Getting Fucked In Your Wedding Dress |
| pornve.com | Brazzers | https://pornve.com/vmf1ci0zssjb/Brazzers_Get_The_Picture_Brazzers_Real_Wife_Stories_Charles_Dera_Alison_Tyler_Brunette_Blowjo.html | 9450 - Get The Picture? |
| pornve.com | Brazzers | https://pornve.com/vmhflndfvfxx/Lacy_Lennon_-_Porn_Logic.html | 3878641 - Porn Logic 3 |
| pornve.com | Brazzers | https://pornve.com/vmjujkh98bkx/rws_19_06_19_katana_kombat_the_dutiful_wife.html | 3425291 - The Dutiful Wife |
| pornve.com | Brazzers | https://pornve.com/vmll55bjmole/Rhylee_Richards_-_Quiet_Guys_Get_Laid_Too.html | 5103 - Quiet Guys Get Laid Too |
| pornve.com | Brazzers | https://pornve.com/vmon95pq3zj4/Amber_Lynn_Bach_-_Casting_Cunt.html | 6852 - Casting Cunt. |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/vmrkc5z01m37/Richelle_Ryan_-_Big_Tits_In_Uniform_15_2015.html | 7213 - Sexy Halloween |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/vmuw36c70qw0/Ivy_Lebelle_-_Happy_To_Help.html | 2416052 - Happy To Help |
| pornve.com | Brazzers | https://pornve.com/vmvclqum4k2t8/Kortney_Kane_-_Kortneys_Slutty_Circuit_Training.html | 8144 - Kortney's Slutty Circuit Training |
| pornve.com | Reality Kings | https://pornve.com/vmzyjsmt34va/Kacey_Quinn_Slip_It_In_2S1.html | 14247 - Easy Entry |
| pornve.com | Brazzers | https://pornve.com/vn0x00lll51o/_Brazzers_-_Busty_milf_Alura_and_teen_Avi_have_a_hot_threesome_.html | 10624 - The Audition |
| pornve.com | Brazzers | https://pornve.com/vn6pffxiq1ox/Canela_Skin_Torn_Tights_Anal_Shower_Anal_PornoSexGape_-_New_Porn_2020_18_1080_Hd_DaftSex.html | 4419479 - Torn Tights Anal Shower |
| pornve.com | Brazzers | https://pornve.com/vn9isnfh92qc/Piper_Perri_-_It_Swallows_-_Part_2.html | 9071 - It Swallows: Part Two |
| pornve.com | Brazzers | https://pornve.com/vnj8f5zqjhrw/Cherie_Deville_-_Ryder_Skye_-_Cumming_At_Customs.html | 2413504 - Cumming At Customs |
| pornve.com | Brazzers | https://pornve.com/vnm00f3ut62q/Alexis_Texas_-_Private_Dick.html | Pornstars Like it Big Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/vnp1iof9zto6/Riley_Jenner_-_Smiley_Riley_And_Her_Double_Ds.html | 8867 - Smiley Riley and Her Double D's |
| pornve.com | Reality Kings | https://pornve.com/vnpson9p3zy6/Aaliyah_Hadid_-_Anal_Yoga_With_Aaliyah_-_Monster_Curves_-_Reality_Kings.html | 3128127 - Anal Yoga With Aaliyah |
| pornve.com | Brazzers | https://pornve.com/vnu4d3843o2e/Amber_Lynn_-_Centerfold_Me_Over.html | 6958 - Centerfold Me Over |
| pornve.com | Brazzers | https://pornve.com/vnx9vq33ek78/Shyla_Stylez_-_Intense_Asshole_Treatment.html | 5142 - Intense Asshole Treatment |
| pornve.com | Brazzers | https://pornve.com/vo1j406f38kh/Bridgette_B_-_Banging_My_Husbands_Boss.html | 3110564 - Banging My Husband's Boss |
| pornve.com | Brazzers | https://pornve.com/vo296us08kzw/Kayla_Carrera_-_Photo_Blunder.html | 5934 - Photo Blunder |
| pornve.com | Brazzers | https://pornve.com/vo39rcq73nyg/Claire_Dames_-_Inspector_Dames.html | Big Tits at Work Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/vo3sgpwgwjv0/Nicolette_Shea_Isiah_Maxwell_-_Day_With_A_Pornstar_Nicolette_Shea_-_Day_With_A_Pornstar_-_Brazzers.html | 3723113 - Day With A Pornstar: Nicolette Shea |
| pornve.com | Brazzers | https://pornve.com/vo9bms25fo2o/Krissy_Lynn_-_Cathartic_Coitus.html | 4725 - Cathartic Coitus |
| pornve.com | Brazzers | https://pornve.com/voa79ylcnjhj/BrazzersExxtra_19_07_24_Tina_Kay_The_Dommes_Next_Door_Part_1_XXX_SD.html | 3609573 - The Dommes Next Door: Part 1 |
| pornve.com | Brazzers | https://pornve.com/voafkki7rqo8/Brazzers_Triassathlon_Brazzers_Krissy_Lynn_Nikki_Delano_Rose_Monroe_Big_Wet_Butts_Anal_Ass_W.html | 7974 - Triassathlon |
| pornve.com | Brazzers | https://pornve.com/vo0cinomip8/Karlee_Grey_-_The_Lust_Picture_Show | 10856 - The Lust Picture Show |
| pornve.com | Brazzers | https://pornve.com/voyznib6t9k4/Anal_Schoolgirl_Bree_Olson_No_Pressure.html | Big Tits at School Vol. 9 |
| pornve.com | Brazzers | https://pornve.com/vp15rzf8x6gg/Nikki_Benz_Briana_Banks_-_Dick_Stuck_In_Fleshlight | 10179 - Dick Stuck In Fleshlight |
| pornve.com | Brazzers | https://pornve.com/vp5w8jj8gdq7/Bijou_-_Ballad_Of_The_Nutsucker.html | 8287 - Ballad of the Nutsucker |
| pornve.com | Reality Kings | https://pornve.com/vp66xen5cjy2/blonde_big_tits_ass_babe_milf_tags_ass_tits_tag_this_video_3906_111_plays_published_on_3_hours_ago_category_amateur.html | 1733 - What A Wedding |
| pornve.com | Brazzers | https://pornve.com/vp7sajvzriop/Missy_Martinez_-_Noemie_Bilas_-_The_Morning_After_Mess.html | 2368229 - The Morning After Mess |
| pornve.com | Brazzers | https://pornve.com/vp91rs92s4no/Sybil_Stallone_-_Stepmoms_Spring_Cleaning.html | 10647 - Stepmom's Spring Cleaning |
| pornve.com | Brazzers | https://pornve.com/vp9vqrjd4tgg/Kagney_Linn_Karter_-_Anally_Reamed_In_Her_Jeans.html | 3878707 - Anally Reamed In Her Jeans |
| pornve.com | Brazzers | https://pornve.com/vpcxgceto5jyl/Kagney_Linn_Karter_-_Super_Nurse.html | 9708 - Super Nurse |
| pornve.com | Brazzers | https://pornve.com/vpikofvo33zn/Moriah_Mills_Scott_Nails_-_Dicking_The_Dutiful_Wife_-_Brazzers_Exxtra_-_Brazzers.html | 3719975 - Dicking The Dutiful Wife |
| pornve.com | Brazzers | https://pornve.com/vpku4r3vvpj7/Alura_Jenson_Robby_Echo_-_Nursing_My_Stepsons_Sick_Dick_-_Mommy_Got_Boobs.html | 2672969 - Nursing My Stepson's Sick Dick |
| pornve.com | Brazzers | https://pornve.com/vplx38qeoqax/Brittany_Andrews_-_Cum_To_My_Window.html | 2842491 - Cum To My Window |
| pornve.com | Brazzers | https://pornve.com/vpp8fun6va75/Georgie_Lyall_-_Forbidden_Fruit.html | 11061 - Forbidden Fruit |
| pornve.com | Brazzers | https://pornve.com/vq1st4wldmlz/Alyssa_Reece_Charlotte_Stokely_-_Banging_With_The_Best.html | 7786 - Banging with the Best |
| pornve.com | Brazzers | https://pornve.com/vq2r8x7tifz5/mgb_20_03_14_holly_hotwife_just_ignore_him.html | 3959937 - Just Ignore Him |
| pornve.com | Brazzers | https://pornve.com/vq8vjswkrbuz/Nella_Jay_-_Fun_In_The_Sun.html | 5014 - Fun In The Sun |
| pornve.com | Brazzers | https://pornve.com/vqgs1tszk0ds/TeensLikeItBig_Dana_Vespoli_Melissa_Moore_Roxy_Nicole_Best_Birthday_Ever_Part_1_-_19_07_16.html | 10048 - Best Birthday Ever! |
| pornve.com | Reality Kings | https://pornve.com/vqhffi79ugr1/faye_reagan_massaged_by_two_blondes.html | 10904 - Lick Her In The Front |
| pornve.com | Brazzers | https://pornve.com/vqj8jt255d5o/Olivia_Austin_Mom_Needs_Money.html | 9113 - Mom Needs Money |
| pornve.com | Reality Kings | https://pornve.com/vqltqmboht2p/CumFiesta_Rayna_Rose_Perked_Up_Pussy_-_22_10_2016.html | 15014 - Perked Up Pussy |
| pornve.com | Brazzers | https://pornve.com/vqn0m42kokt0/Brandi_love_latex.html | 3270163 - Brandi Loves Latex |
| pornve.com | Brazzers | https://pornve.com/vqn7z1yf3bf/Abigail_Mac_Katrina_Jade_-_Hard_Core_Training.html | 11126 - Hard 'Core' Training |
| pornve.com | Brazzers | https://pornve.com/vqqiesyr96lr/Hitched_And_Ditched_Lylith_Lavey_Buddy_Hollywood.html | 9609 - Hitched And Ditched |
| pornve.com | Brazzers | https://pornve.com/vquwfe7ymac7/Keisha_Grey_Kendra_Lust_-_Adopt_A_Pornstar.html | 10114 - Adopt A Pornstar |
| pornve.com | Brazzers | https://pornve.com/vqxypq9oqgkd/Briana_Banks_-_My_Uncles_GF_Wants_My_Dick.html | 9535 - My Uncle's GF Wants My Dick! |
| pornve.com | Brazzers | https://pornve.com/vr87zb9fr1eb/AnAL_Marsha_May_-_720p.html | 9559 - Anal and Ditched |
| pornve.com | Reality Kings | https://pornve.com/vrcko7bxun6vw/I_want_Dick_of_my_step_son.html | 1782018 - so busted |
| pornve.com | Reality Kings | https://pornve.com/vrh9c9ztcazo/RKPrime_Tina_Kay_-_Get_Well_Coochie_21_08_2016.html | 14890 - Get Well Coochie |
| pornve.com | Brazzers | https://pornve.com/vrihllbb7027/Lela_Star_Tyler_Nixon_-_All_That_Glitters_Is_Lela_-_Brazzers_Exxtra_-_Brazzers.html | 3230098 - All That Glitters Is Lela |
| pornve.com | Brazzers | https://pornve.com/vrkkqxzxp3o6/Drilling_Miss_Darby_Ryan_Leigh_Darby.html | 7824 - Drilling Miss Darby |
| pornve.com | Brazzers | https://pornve.com/vrrxkxu8nlef/Brazzers_Sharing_The_Stepmom_Mia_Lelani.html | 9229 - Sharing The Stepmom |
| pornve.com | Brazzers | https://pornve.com/vrt9pvf8c9j/Audrey_Bitoni_-_The_Negotiator_-_Brazzers.html | 4634 - The Negotiator |
| pornve.com | Brazzers | https://pornve.com/vry6od80v8vg/Daddy_Fuck_Stepdaughter.html | 6926 - Nedane's Sweet Pussy |
| pornve.com | Brazzers | https://pornve.com/vryduejc04mu/Katrina_Jade_Lela_Star_-_Black_Friday_Fuckfest.html | 2927882 - Black Friday Fuckfest |
| pornve.com | Brazzers | https://pornve.com/vrzsnzi26tm/Mackenzee_Pierce_-_Ass_Under_Construction.html | 6809 - Ass Under Construction |
| pornve.com | Reality Kings | https://pornve.com/vs6dfrf7ry6d/Molly_Mae_Parker_Swayze_-_Molly_Meets_Ms_Swayze.html | 1847294 - Molly Meets Ms Swayze |
| pornve.com | Brazzers | https://pornve.com/vs6x1pq0bwhd/Chloe_Cherry_Kyle_Mason_-_Not_What_She_Expected_-_Teens_Like_It_Big_-_Brazzers.html | 3473515 - Not What She Expected |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/vs83mqx44sbm/Kayla_Carrera_-_As_Big_As_It_Gets.html | 4510 - As Big As It Gets |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/vsc33p1fc26u/Abby_Cross__Kiera_Winters__Lola_Foxx__Mia_Malkova_-_Yer_Under_Arrest_Missy.html | 7733 - Yer Under Arrest  Missy |
| pornve.com | Brazzers | https://pornve.com/vsed7d1bq8d0/How_To_Train_Your_Milf_Krissy_Lynn.html | 10818 - How To Train Your MILF |
| pornve.com | Brazzers | https://pornve.com/vsfnty7t0ofa/Rachel_Starr_Salon.html | 9094 - Rachel Lets Her Hair Down |
| pornve.com | Brazzers | https://pornve.com/vsk17iy0324y/MilfsLikeItBig_-_Michelle_Thorne_Fucking_The_Invisible_Man.html | 9586 - Fucking The Invisible Man |
| pornve.com | Brazzers | https://pornve.com/vsmf9lwnnvmp/India_Summer_Vegas_Milf_Vacation_Mommy_Issues.html | 8546 - Vegas Milf Vacation |
| pornve.com | Brazzers | https://pornve.com/vsmmdro6jiho/Tasha_Reign__Tyler_Faith_-_Swapping_The_Wife.html | 5456 - Swapping The Wife |
| pornve.com | Brazzers | https://pornve.com/vstxz09qk9ct/Evita_Pozzi_-_Pozzi_Scheme.html | 6048 - Pozzi Scheme |
| pornve.com | Brazzers | https://pornve.com/vt2ylholeeah/Rich_Fucks_Part_2_Brazzers_2018__Bridgette_B_Honey_Gold_Kristen_Scott_Xander_Corvus_ZZ_Series.html | 2410655 - Rich Fucks: Part 2 |
| pornve.com | Reality Kings | https://pornve.com/vt384qmbd2tt/Mia_Malkova_-_PAWG_shows_off_her_flexibility_and_deepthroats.html | 14469 - Hot Box |
| pornve.com | Brazzers | https://pornve.com/vt3bnhahu7s9/Katrina_Jade_-_Post_Workout_Rubdown.html | 3459151 - Post Workout Rubdown |
| pornve.com | Brazzers | https://pornve.com/vt76sw1ow3mm/Kaylani_Lei_-_Whos_Your_Butler.html | 10693 - Who's Your Butler? |
| pornve.com | Brazzers | https://pornve.com/vtainupg0bmr/Anal_Jessy_Jones_All_Good_New_Yhivi.html | 9690 - Switching Teams: Part 2 |
| pornve.com | Reality Kings | https://pornve.com/vtg59yz6lknd/GFRevenge_Bang_friends.html | Pornstar Sex Tapes |
| pornve.com | Brazzers | https://pornve.com/vtgqeho74ufm/Madelyn_Monroe_-_Parole_My_Hole.html | 5866 - Parole My Hole |
| pornve.com | Brazzers | https://pornve.com/vtktssova8lv/MomsInControl_Brazzers__Leyla_Morgan__Tarra_White__The_Sc.html | 9150 - The Sounded Strikes Hard |
| pornve.com | Brazzers | https://pornve.com/vtqiekesfu73/Shay_Fox_-_Clueless_Cum_Lessons.html | 10225 - Clueless Cum Lessons |
| pornve.com | Brazzers | https://pornve.com/vtrvpwha5ap2/Spring_Broke_-_Support_The_Blowjob_Relief_Fund.html | 7288 - Spring Broke: Support the Blowjob Relief Fund |
| pornve.com | Brazzers | https://pornve.com/vtxflqfp9vzn/Kenzie_Taylor_-_Ass_In_Heat.html | 3364027 - Ass In Heat 2 |
| pornve.com | Brazzers | https://pornve.com/vug1gqyiylo1/Pantyhose_Playtime_Nikki_Benz__Jean_Val_Jean.html | 10156 - Pantyhose Playtime |
| pornve.com | Brazzers | https://pornve.com/vuhygh71qnpe/Carter_Cruise_-_A_Warm_Place_To_Stay_Tonight.html | 8623 - A Warm Place to Stay Tonight |
| pornve.com | Brazzers | https://pornve.com/vu6o7vge5da/Brandy_Talore_-_Sexual_Harassment.html | Big Tits at Work Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/vukhi68xoa07/Lezley_Zen_-_You_Got_It_All.html | MILFS Like It Big Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/vunz6pdjlzsi/Luna_Star_-_Whore-O-Scopes.html | 9283 - Whore-O-Scopes |
| pornve.com | Brazzers | https://pornve.com/vupmv4j48ywa/Capri_Anderson__Clara_G__Jayme_Langford_-_My_Stepmom.html | 4509 - My Stepmom |
| pornve.com | Brazzers | https://pornve.com/vv3jaxantogp/blonde_blowjob_big_tits_brunette_lesbian_cumshot_deep_throat_juelz_ventura_juelz_ventura_romi_rain_5115_42_plays_published_on_52_minutes_ago_category_babe_threesome_pornstar_juelz_ventura_romi_rain_tags_romi_rain.html | 7927 - After School Titty Special |
| pornve.com | Brazzers | https://pornve.com/vv4hm86tq15f/Cherie_Deville_-_Home_Alone_With_Cherie_-_Day_With_A_Pornstar_-_Brazzers.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/vv5cnyu05w4z/Brianna_Beach__Monique_Fuentes_-_Hungry_For_Pool_Boy_Cock.html | MILFS Like It Big Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/vv5dhde6vr91/Karlee_Grey_-_20_Year_Old_Ass_and_Titties.html | 8645 - 20 Year Old Ass and Titties |
| pornve.com | Reality Kings | https://pornve.com/vvspmqh8ju14/Eva_Lovia_Gets_Fucked_-_Teens_Love_Huge_Cocks.html | 13184 - First Timer |
| pornve.com | Brazzers | https://pornve.com/vvvey6rt0yb0/Jenna_Presley__Krissy_Lynn_-_Yes_Maam_Yes.html | 6351 - Yes Ma'am Yes |
| pornve.com | Brazzers | https://pornve.com/vvz7dmwo5bp7/RealWifeStories_Ariella_Ferrera_Lick_My_Limo.html | 2635367 - Lick My Limo |
| pornve.com | Brazzers | https://pornve.com/vw03mhwj62an/Cassidy_Banks_-_Pledge_Week.html | 3146828 - Pledge Week |
| pornve.com | Brazzers | https://pornve.com/vw0yh93ubiax/Olga_Cabaeva_-_Assport_Renewal.html | 3942 - Assport Renewal |
| pornve.com | Brazzers | https://pornve.com/vw1tlkjgzo7k/HD_BEST_NEW_CALI_CARTER_720p.html | 9548 - Co-Eds and Bunk Beds |
| pornve.com | Brazzers | https://pornve.com/vw8xb43x3mak/Anissa_Kate_-_Bitch_Please.html | 3359607 - Bitch  Please |
| pornve.com | Brazzers | https://pornve.com/vwxr4f1kwtu/Courtney_Cummz_-_Fine_Ill_Fuck_Your_Son.html | 8754 - Fine  I'll Fuck Your Son |
| pornve.com | Brazzers | https://pornve.com/vwb1xuz9mxhl/Madison_Ivy_Danny_D_-_Pixel_Whip_Strip_-_Brazzers_Exxtra_-_Brazzers.html | 3462983 - Pixel Whip Strip |
| pornve.com | Brazzers | https://pornve.com/vwb21yw36i8g/Amber_Lynn_-_Hussy_For_Hire.html | 7078 - Hussy For Hire |
| pornve.com | Brazzers | https://pornve.com/vwhcshx8pazc/Brazzers_-_Rachel_Starr_Private_Eyeful.html | 2893679 - Private Eyeful |
| pornve.com | Brazzers | https://pornve.com/vwjjmcfa5xgr/Anal_Britney_Amber_-_Left_All_Alone_with_Britney_Amber.html | 7476 - Left All Alone with Britney Amber |
| pornve.com | Brazzers | https://pornve.com/vwn6dw3rf002/BabyGotBoobs_Jessa_Rhodes_Angel_Tits.html | 2892769 - Angel Tits |
| pornve.com | Brazzers | https://pornve.com/vwrwinoffbax/Big_Tits_In_History_-_Part_1.html | 10118 - Big Tits in History: Part 1 |
| pornve.com | Brazzers | https://pornve.com/vwkdtz6g6wv/Skyla_Novea_-_Bath_Bomb_Booty.html | 11215 - Bath Bomb Booty |
| pornve.com | Brazzers | https://pornve.com/vx1m5pdi7c4c/Threesome_Cum_Swap_Romi_Rain.html | 9142 - Deadly Rain: Part Three |
| pornve.com | Brazzers | https://pornve.com/vx2xa138b9ns/Brazzers_Live_-_34.html | 9741 - BRAZZERS LIVE 34: BIGGER & BLONDER |
| pornve.com | Reality Kings | https://pornve.com/vx3q3v8j6pmz/8thStreetLatinas_Martini_Bows_Sweet_Martini_-_22_07_16.html | 14836 - Sweet Martini |
| pornve.com | Brazzers | https://pornve.com/vx6crvmetuu5/Ella_Knox_-_My_Professor_Thinks_Im_Perfect.html | 11207 - My Professor Thinks I'm Perfect |
| pornve.com | Brazzers | https://pornve.com/vx9r4jmz5g6n/Coming_Home_Horny_Jenna_Ivory_and_Ramon.html | 9418 - Coming Home Horny |
| pornve.com | Brazzers | https://pornve.com/vxec591yauau/Krissy_Lynn__Nikki_Delano__Rose_Monroe_-_Triassathlon.html | 7974 - Triassathlon |
| pornve.com | Brazzers | https://pornve.com/vxhr2mhxs77m/Bridgette_B__Kelly_Divine__Phoenix_Marie_-_Three_Times_The_Booty.html | 7748 - Three Times the Booty |
| pornve.com | Brazzers | https://pornve.com/vxi0y7t2s187/Gia_Dimarco_-_Red_Light_Romp.html | 3924032 - Red Light Romp |
| pornve.com | Brazzers | https://pornve.com/vxifjuf9w8zu/Ariella_Ferrera_-_Dr_ScienTITS_I_Presume.html | 5237 - Dr. ScienTITS  I Presume |
| pornve.com | Brazzers | https://pornve.com/vxnlgod9wxqo/Franceska_Jaimes_-_Showin_Skin_To_Mr_Sins.html | 5339 - Showin' Skin to Mr. Sins |
| pornve.com | Brazzers | https://pornve.com/vxpc0qkm5pfw/Tanned_Latina_Lela_Star_With_Huge_Bubble_Ass_Riding_Keiran_Lee.html | 3111010 - Crime Scene Cock |
| pornve.com | Brazzers | https://pornve.com/vxsxvmv533iu/Kimberly_Kane_-_Sex_Call_Of_Duty_-_Brazzers.html | 5047 - Sex Call Of Duty |
| pornve.com | Reality Kings | https://pornve.com/vxw1vxwetixs/Natty_Mellow_Lick_The_Tip.html | 14679 - Lick The Tip |
| pornve.com | Brazzers | https://pornve.com/vxxvah8j4d3s/Rich_Fucks_Part_4_Brazzers_2018__Bridgette_B_Toni_Ribas_Xander_Corvus_ZZ_Series.html | 2410663 - Rich Fucks: Part 4 |
| pornve.com | Brazzers | https://pornve.com/vxyptk6yrui3/Anissa_Kate_-_Anissa_Kate_C_E_Ohhh.html | 6226 - Anissa Kate: C.E.Ohhh! |
| pornve.com | Brazzers | https://pornve.com/vy1rrf81m4kj/Asa_Akira_-_Asas_Titty_Hair_Salon.html | 4707 - Asa's Titty Hair Salon |
| pornve.com | Brazzers | https://pornve.com/vy3vp65083ui/Jessa_Rhodes_Keiran_Lee_-_Lovely_In_Latex_-_Baby_Got_Boobs_-_Brazzers.html | 3043526 - Lovely In Latex |

| pornve.com | Brazzers | https://pornve.com/vy4fco9wp95e/Krissy_Lynn_porno_officer.html | 6294 - This Is A Bust! |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/vy8iv70qfn9t/MomsInControl_15_11_12_Bianca_Breeze_And_Charlotte_Cross_Pussy_Lessons.html | 9302 - Pussy Lessons |
| pornve.com | Brazzers | https://pornve.com/vydoul9v6fvz/Brazzers_-_Ashley_Lane_Caddyshag.html | 2842500 - Caddyshag |
| pornve.com | Brazzers | https://pornve.com/vyo0it7bbiu/Monique_Alexander_Mya_Mays_-_A_Family_Affair.html | 10544 - A Family Affair 2 - Part Three |
| pornve.com | Brazzers | https://pornve.com/vynfh9yy7nn3/Barbie_Sins_-_The_Go-Go_Heist_Ho.html | 3359595 - The Go-Go Heist Ho |
| pornve.com | Brazzers | https://pornve.com/vyns8yd5f5cd/BrazzersExxtra_Alyssia_Kent_Fuck_Your_Art.html | 2945911 - Fuck Your Art |
| pornve.com | Brazzers | https://pornve.com/vyuvs0nnn9h36/Audrey_Bitoni_-_Prison_Break.html | Big Tits at Work Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/vyxv9e22r7mr/Cherie_Deville_-_Cumplimentary_Training_Session.html | 3959962 - Cumplimentary Training Session |
| pornve.com | Brazzers | https://pornve.com/vz0efl67jqwp/big_tits_at_work_brazzers_shay_evans_start_dicking_around.html | 9504 - Start Dicking Around |
| pornve.com | Brazzers | https://pornve.com/vz3spr5e7sdb/Skyla_Novea_Really_Needs_To_Take_A_Shower.html | 9557 - Your Dick Roommate's Dick |
| pornve.com | Brazzers | https://pornve.com/vz5xn2jdxvmz/Ella_Knox_Ricky_Johnson_-_Good_To_The_Last_Drip_-_Baby_Got_Boobs_-_Brazzers.html | 3963552 - Good To The Last Drip |
| pornve.com | Brazzers | https://pornve.com/vzay4qpmrdgc/Sarah_Vandella_-_Check_Out_My_Brand_New_Tits.html | 8542 - Check Out My Brand New Tits |
| pornve.com | Brazzers | https://pornve.com/vzhe4vr0ddjk/Adriana_Chechik_Keiran_Lee_-_Free-Flowing_Fuck_-_Pornstars_Like_It_Big_-_Brazzers.html | 3456819 - Free-Flowing Fuck |
| pornve.com | Brazzers | https://pornve.com/vzhm9uxbb0d9/Kendra_Lust_Mommy_Meets_A_Teen_Idol_2018_Big_Tits_Brunette_Deep_Throat.html | 2945938 - Mommy Meets A Teen Idol |
| pornve.com | Brazzers | https://pornve.com/vzkvesfgjy4/Brazzers_-_Amber_Jayne_The_Art_Of_Decluttering_And_Orgasming.html | 2893303 - The Art Of Decluttering & Orgasming |
| pornve.com | Brazzers | https://pornve.com/vzphvm1qhhmv/Til_Dick_Do_Us_Part_-_Episode_1.html | 6588 - Redefining Devon |
| pornve.com | Brazzers | https://pornve.com/vzmb8b1t6ih/Monique_Alexander_-_How_Bad_Do_You_Want_It.html | 3459900 - How Bad Do You Want It? |
| pornve.com | Brazzers | https://pornve.com/vztqovln7jlo/Moms_In_Control_15_S5_Missy_Martinez_Noemie_Bilas.html | 2368229 - The Morning After Mess |
| pornve.com | Brazzers | https://pornve.com/vzubluvlw951/Cassidy_Klein_Simone_Sonay_-_After_Party_Mix.html | 8976 - After Party Mix |
| pornve.com | Reality Kings | https://pornve.com/vzxjo7ldhcdh/Reality_Kings_Titty_Twisting.html | 11162 - Titty Twisting |
| pornve.com | Brazzers | https://pornve.com/vzymcrtojiip/Caroline_Pierce_-_Moms_Boss_Is_A_Hot_Slut.html | 4661 - Mom's Boss is a Hot Slut |
| pornve.com | Reality Kings | https://pornve.com/vzyzyshlv08l/Lucy_Bell_-_Dirty_Lucy.html | 14682 - Dirty Lucy |
| pornve.com | Brazzers | https://pornve.com/vzzyt9uh2jse/_Brazzers_-_Hot_asian_babe_Jayden_Lee_gets_pounded_after_the_game_.html | 6681 - Capture the Vag |
| pornve.com | Brazzers | https://pornve.com/w02508vsn3vw/Blake_Rose_-_Picture_Her_Naked.html | 7393 - Picture Her Naked |
| pornve.com | Brazzers | https://pornve.com/w03cu2xajd5i/Milf_Mummy_Elicia_Solis_Danny_D.html | 9263 - Milf Mummy |
| pornve.com | Brazzers | https://pornve.com/w03xyhyhvvp/Nikita_Denise_-_Ass_For_The_Top.html | 6067 - Ass For The Top |
| pornve.com | Brazzers | https://pornve.com/w07wjwuz8hyn/Julie_Cash_Keiran_Lee_-_Bedside_Manner_-_Doctor_Adventures_-_Brazzers.html | 3110537 - Bedside Manner |
| pornve.com | Brazzers | https://pornve.com/w099427mikpx/Katie_Summers_-_A_Lesson_In_Big_Cock.html | 5035 - A Lesson in Big Cock |
| pornve.com | Reality Kings | https://pornve.com/w0d93e8i81p7/ANAL_GYM_MILF.html | 7115 - In Perfect Shape |
| pornve.com | Brazzers | https://pornve.com/w0ec9dtjjdjg/Aidra_fox_Is_Always_Ready.html | 8568 - Aidra Is Always Ready |
| pornve.com | Brazzers | https://pornve.com/w0irx8yw4ba8/First_Comes_Love_Then_Comes_Anal_-_Mia_Malkova_Danny_Mountain.html | 8579 - First Comes Love  Then Comes Anal |
| pornve.com | Reality Kings | https://pornve.com/w0txgn8fncro/Abella_Danger_-_Her_Ex_Fucks_Her_The_Best_-_RK_Prime_-_Reality_Kings.html | 3222179 - Her Ex Fucks Her The Best |
| pornve.com | Reality Kings | https://pornve.com/w0lia9ur1439/Teens_Love_Huge_Cocks_-_Realitykings_-_Kira_Noir_Chad_White_-_Punishing_The_Pool_Hopper.html | 2417962 - Punishing The Pool Hopper |
| pornve.com | Reality Kings | https://pornve.com/w0mlw87b5naj/We_Live_Together_-_Realitykings_-_Carter_Cruise_Aiden_Ashley_Penelope_Reed_-_Horny_Riders.html | 2286959 - Horny Riders |
| pornve.com | Brazzers | https://pornve.com/w0vez9gniceg/My_Slutty_Valentine_Part_1_Britney_Amber_Jax_Slayher.html | 2339945 - My Slutty Valentine: Part 1 |
| pornve.com | Brazzers | https://pornve.com/w0wmd54vt3uw/Making_Him_Wait_2015.html | 8503 - Making Him Wait |
| pornve.com | Brazzers | https://pornve.com/w1fhj05yzi8/Giselle_Palmer_Sheridan_Love_-_Cult_Of_Love.html | 11206 - Cult Of Love |
| pornve.com | Brazzers | https://pornve.com/w15yw95ldbyl/Kayla_Green_-_Toying_Around_With_My_Step_Mom.html | 10743 - Toying Around With My Step Mom |
| pornve.com | Reality Kings | https://pornve.com/w186q4g5vrt0/M0nsterCurv3s_M3lissa_M4y_Melissa_got_it_all.html | 14156 - Melissa Got It All |
| pornve.com | Brazzers | https://pornve.com/w1otqqtcjr64/A_Family_Affair.html | 8874 - A Family Affair Part Two |
| pornve.com | Brazzers | https://pornve.com/w1p5lmbcgkx9/Dayton_Rains_Her_BFs_A_Mother_Fucker.html | 9001 - Her BF's A Mother Fucker |
| pornve.com | Brazzers | https://pornve.com/w1rhxxk2082j/s_big_tits_milf_redhead_mature_babe_striptease_dress_code_3513_3_236_plays_published_on_1_day_ago_category_ass_.html | 9422 - Dress Code Cunt |
| pornve.com | Brazzers | https://pornve.com/w1rubrpkcili/Whitney_Wright_Tommy_Gunn_-_Category_Whore_Tornado_-_Pornstars_Like_It_Big_-_Brazzers.html | 3166780 - Category Whore Tornado |
| pornve.com | Brazzers | https://pornve.com/w1ty1rzukuhv/Olivia_Austin_-_How_To_Fuck_At_The_Office.html | 9498 - How To Fuck At The Office |
| pornve.com | Reality Kings | https://pornve.com/w1xq4cqrob1k/Brooke_Haze_Charles_Dera_-_Prime_Interviews_-_RK_Prime_-_Reality_Kings.html | 3258417 - Prime Interviews |
| pornve.com | Brazzers | https://pornve.com/w1ya83zw5r6u/Lela_Star_-_All_That_Glitters_Is_Lela.html | 3230098 - All That Glitters Is Lela |
| pornve.com | Brazzers | https://pornve.com/w219zcxxyhaa/Holly_Halston_-_Hot_Ass_Oil_Party.html | 4606 - Hot Ass Oil Party |
| pornve.com | Brazzers | https://pornve.com/w237l6yzv14e/Adalisa_-_Leave_The_Socks_On_Love.html | 7632 - Leave the Socks on Love |
| pornve.com | Brazzers | https://pornve.com/w2af5z3gyfcl/Karlee_Grey_-_Things_Are_Getting_Out_Of_Hand_-_Part_1.html | 8676 - Things Are Getting Out Of Hand Part One |
| pornve.com | Brazzers | https://pornve.com/w2hlbif36s5f/Alexis_Fawx_Day_With_A_Pornstar.html | 3924284 - Day With A Pornstar: Alexis Fawx |
| pornve.com | Brazzers | https://pornve.com/w2mk2hqikljs/audrey_bitoni_get_fucked_hard_badly.html | 5135 - Equipment Room Boom Boom |
| pornve.com | Brazzers | https://pornve.com/w2qk41vamlgq/1_800_Phone_Sex_Line_2.html | 10827 - 1 800 Phone Sex: Line 2 |
| pornve.com | Brazzers | https://pornve.com/w2wsa2zmyra6/Eva_Karera_-_Trying_On_Lots_Of_Shoes.html | 6952 - Trying on Lots of Shoes |
| pornve.com | Brazzers | https://pornve.com/w2yqwif3ambk/Sophia_Bella_-_Sugar_Mamas_Like_It_Big.html | 7312 - Sugar Mamas Like It Big |
| pornve.com | Brazzers | https://pornve.com/w311sr87ze2i/Brazzers_Live_-_25.html | 9732 - BRAZZERS LIVE 25: HOSTED BY SAL GOVERNALE |
| pornve.com | Brazzers | https://pornve.com/w38jcz0tswqp/Missy_Stone_-_Pre-Wedding_Gift.html | 4437 - Pre-Wedding Gift |
| pornve.com | Brazzers | https://pornve.com/w39gwl5syzlc/Madelyn_Monroe_Johnny_Sins_-_Call_Center_Cock.html | 2847216 - Call Center Cock |
| pornve.com | Brazzers | https://pornve.com/w3m9kc6b94cy/Brazzers_Kira_Noir_Jailhouse_Fuck_4_04_04_2020_watch_videos_online.html | 3960042 - Jailhouse Fuck 4 |
| pornve.com | Brazzers | https://pornve.com/w3n2gyybkajw/Ava_Addams_-_Stay_Away_From_My_Daughter_-_1.html | 10208 - Stay Away From My Daughter |
| pornve.com | Brazzers | https://pornve.com/w3nf71kixs30/Kyle_Mason_Havana_Ginger_-_Oiling_Up_Havana.html | 557166 - Oiling Up Havana |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/w3nn7tzahlju/Nicolette_Shea_-_A_Night_In_Nicolette.html | 3110566 - A Night in Nicolette |
| pornve.com | Brazzers | https://pornve.com/w3r1ocavsld7/Aryana_Adin_-_Pop_Up_Cock.html | 2638637 - Pop Up Cock |
| pornve.com | Brazzers | https://pornve.com/w3vltx5hifonl/Keisha_Grey_-_Getting_Wild_With_Keishas_Fine_Ass.html | 8868 - Getting Wild With Keisha's Fine Ass |
| pornve.com | Brazzers | https://pornve.com/w7t0caegqpt/The_Kitchen_Helper.html | 10122 - The Kitchen Helper |
| pornve.com | Brazzers | https://pornve.com/w3wawcsh1w3f/Danni_Rivers_-_Eva_Long_-_Say_Yes_To_Some_Sex.html | 3308596 - Say Yes To Some Sex |
| pornve.com | Brazzers | https://pornve.com/w413lgsr08gw/Kat_Dior_-_Perfect_Pantyhose.html | 10233 - Perfect Pantyhose |
| pornve.com | Reality Kings | https://pornve.com/w41h72jw73cf/8thStreetLatinas_Annika_Eve_b-_Nailed_It_05_08_2016.html | 14868 - Nailed It |
| pornve.com | Brazzers | https://pornve.com/w41lhmuc70um/Valentina_Ricci_-_Clean_Up_On_Aisle_Valentina.html | 2365289 - Clean Up On Aisle Valentina |
| pornve.com | Brazzers | https://pornve.com/w4299u5jdr7/Stay_Away_From_My_Daughter_-_Part_2.html | 10356 - Stay Away From My Daughter: Part 2 |
| pornve.com | Brazzers | https://pornve.com/w457sh8aduom/Alexis_Fawx_-_Luna_Star_-_News_Anewhores.html | 2990645 - News Anewhores |
| pornve.com | Brazzers | https://pornve.com/w46kgrzcjeda/Ryder_Skye_-_Lucky_Lifeguard.html | 4663 - Lucky Lifeguard |
| pornve.com | Brazzers | https://pornve.com/w47fnyz7zcdu/Riley_Reid_-_Brandi_Love_Heavy_Squirt.html | 7379 - Little Runaway |
| pornve.com | Brazzers | https://pornve.com/w48kqoidq5bo/Cassidy_Banks_-_Phone_Bone.html | 3279833 - Phone Bone |
| pornve.com | Brazzers | https://pornve.com/w496v36xfesi/Brazzers_-_Nursing_Nookie.html | 8326 - Nursing Nookie |
| pornve.com | Brazzers | https://pornve.com/w4avr49b4myq/1_800_Phone_Sex_Line_8.html | 11107 - 1 800 Phone Sex: Line 8 |
| pornve.com | Brazzers | https://pornve.com/w4ddg1j4bm6t/Eva_Notty_Kianna_Dior_-_Angry_Milfs_In_The_E_R.html | 8203 - Angry Milfs in the E.R. |
| pornve.com | Brazzers | https://pornve.com/w4hoaa35nsxd/Staci_Carr_-_It_Swallows_-_Part_1.html | 9061 - It Swallows: Part One |
| pornve.com | Brazzers | https://pornve.com/w4lu6z2ta9hr/Kimberly_Kendall_Simone_Sonay_-_Make_It_Up_To_Me_With_A_Threesome.html | 8300 - Make It Up To Me With A Threesome |
| pornve.com | Brazzers | https://pornve.com/w4pgxuninvzz/Monique_Alexander_Isiah_Maxwell_1_800_Phone_Sex_Line_7.html | 11106 - 1 800 Phone Sex: Line 7 |
| pornve.com | Brazzers | https://pornve.com/w4qu0by7kjy5/India_Summer_-_Show_Me_The_Yoni.html | 2635475 - Show Me The Yoni |
| pornve.com | Brazzers | https://pornve.com/w4r72wjn5q1m/HotAndMean_Amara_Romani_Phoenix_Marie_Our_Babysitters_Butt_-_Part_1_24_08_16.html | 2358749 - Best of Brazzers: Phoenix Marie |
| pornve.com | Brazzers | https://pornve.com/w4wc0851ny8g/Stepmoms_Spring_Cleaning.html | 10647 - Stepmom's Spring Cleaning |
| pornve.com | Brazzers | https://pornve.com/w4z6oewkg2fi/Alexis_Ford_-_Alexis_Youre_The_Boss.html | 7052 - Alexis You're The Boss |
| pornve.com | Brazzers | https://pornve.com/w4zbpkzo977a/Brazzers_-_Doing_The_Dishes.html | Teens Like It Big Vol. 23 |
| pornve.com | Brazzers | https://pornve.com/w52hpa4eflus/Lizz_Tayler_-_A_Rumor_That_Goes_Around_Cums_Around_On_Your_Tits.html | 5488 - A Rumor That Goes Around Cums Around...On Your Tits |
| pornve.com | Reality Kings | https://pornve.com/w534jrohqoky/karolyne_vibe_bang_to_the_beat.html | 14163 - Bang To The Beat |
| pornve.com | Brazzers | https://pornve.com/w57tkskgh9mt/Madison_Ivy_-_Slut_Du_Jour_-_Part_2.html | 5734 - Slut du Jour - Part 2 |
| pornve.com | Brazzers | https://pornve.com/w57vffdzw9qm/Delicious_Tits1_Christy_MAck.html | 7583 - Anal Apology |
| pornve.com | Brazzers | https://pornve.com/w582t3mzga5n/Aletta_Ocean_-_Lost_In_Brazzers_-_Episode_3.html | 9520 - Lost In Brazzers Episode 3 |
| pornve.com | Brazzers | https://pornve.com/w5bh05cnat4x/Christy_Mack_Rachel_Roxxx_-_Freaks_And_Geeks_And_Teets.html | 7240 - Freaks And Geeks And Teets |
| pornve.com | Brazzers | https://pornve.com/w5bvqus52feh/Abigail_Mac_-_Ride_It_Out.html | 10239 - Ride It Out |
| pornve.com | Brazzers | https://pornve.com/w5hg2g7ent32/BigWetButts_London_Keyes_Hot_Rod_Hussie_06_07_2017.html | 10821 - Hot Rod Hussie |
| pornve.com | Brazzers | https://pornve.com/w5ir9ddm75yp/Casca_Akashova_Kendra_James_-_Caught_Red_Handed.html | 3921696 - Caught Red Handed |
| pornve.com | Reality Kings | https://pornve.com/w5mpensbuv16/StreetBlowJobs_-_Lucy_Lei_Bust_A_Nut.html | 13895 - Bust A Nut |
| pornve.com | Brazzers | https://pornve.com/w5sd77ojts8l/Adriana_Chechik_-_Warm_Welcum.html | 2927878 - Warm Welcum |
| pornve.com | Brazzers | https://pornve.com/w5v1briw6sdu/2020_08_05_Oiling_Up_Havana_Dirty_Masseur_Havana_Ginger.html | 557166 - Oiling Up Havana |
| pornve.com | Brazzers | https://pornve.com/w5whhqmdr083/Abella_Danger_Zoey_Monroe_-_Go_With_The_Flow.html | 3768297 - Go With The Flow |
| pornve.com | Brazzers | https://pornve.com/w5wms0e0kycf/Kenzie_Taylor_-_Fucking_Clueless.html | 8979 - Fucking Clueless |
| pornve.com | Brazzers | https://pornve.com/w5y96ghqi2kz/Jordan_Pryce_-_Fucking_To_America.html | 6716 - Fucking To America |
| pornve.com | Reality Kings | https://pornve.com/w5z3snajy6zu/Aoki_Kalani_-_Good_Fuck_Charm.html | Crazy Asian GFs #7 |
| pornve.com | Brazzers | https://pornve.com/w6064oa7myl1b/Lucia_Love_Michelle_Thorne_Mila_Milan_Tamara_Grace_-_ZZ_Cup_-_Team_Tits.html | 9746 - ZZ Cup: Team Booty |
| pornve.com | Reality Kings | https://pornve.com/w67lgf6k9ju39/Avery_Black_Oliver_Davis_-_RK_At_Home_Averys_Fake_Fight_-_RK_Prime_-_Reality_Kings.html | RK at Home |
| pornve.com | Brazzers | https://pornve.com/w68pk4gvrssi/Ashley_Adams_Robby_Echo_Bucked_and_Fucked.html | 2437501 - Bucked and Fucked |
| pornve.com | Brazzers | https://pornve.com/w6922vtwxueo/Kendra_Spade_-_Glow_In_The_Dark_Dicking.html | 3111132 - Glow In The Dark Dicking |
| pornve.com | Brazzers | https://pornve.com/w6fludbgtxdu/This_Docteur_Has_A_Rather_Capricious_Patient_Doctor_Adventure.html | 6734 - The Bone Identity |
| pornve.com | Brazzers | https://pornve.com/w6j6n4dcjjcs/Veronica_Rodriguez_-_After_Shower_Soak.html | 7295 - After Shower Soak |
| pornve.com | Brazzers | https://pornve.com/w6p22nh5t8kx/Luna_Star_-_Reflection_Eternal.html | 3458882 - Reflection Eternal 2 |
| pornve.com | Brazzers | https://pornve.com/w6p93h8dauh/Gia_Dimarco_-_Dirty_Gia.html | 6942 - Dirty Gia |
| pornve.com | Brazzers | https://pornve.com/w6z3mq7mjaex/Marta_La_Croft_-_Cumming_Out_Of_A_Coma.html | 8394 - Cumming Out of a Coma |
| pornve.com | Brazzers | https://pornve.com/w7aown2ik4oc/Rachel_Starr_Jessy_Jones_-_Private_Eyeful_-_Real_Wife_Stories.html | 2893679 - Private Eyeful |
| pornve.com | Brazzers | https://pornve.com/w7bhb3vqxvjk/Anal_AJ_Applegate_13_Top_Rated_Porn_Video_Of_Today_37_Most_Played_Porn_Video_Of_Today_63_Top_Rated_Porn_Video_Of_Week.html | 10540 - Rump Rompers |
| pornve.com | Brazzers | https://pornve.com/w7gc5yzkxp5q/Skyla_Novea_-_Raving_About_Her_Tits.html | 10443 - Raving About Her Tits |
| pornve.com | Brazzers | https://pornve.com/w7jq28y1ndk9/BigTitsAtWork_Natasha_Nice_40Office_Initiation41.html | 10665 - Office Initiation |
| pornve.com | Brazzers | https://pornve.com/w7nsx6tkw5k1/Kelly_Divine_-_Twerking_On_The_Dick_So_Divine.html | 7471 - Twerking on the Dick  So Divine! |
| pornve.com | Brazzers | https://pornve.com/w7sa7iz80wb2/Alena_Croft_Ricky_Johnson_-_Mommys_Busy_-_Mommy_Got_Boobs_-_Brazzers.html | 3408158 - Mommy's Busy |
| pornve.com | Brazzers | https://pornve.com/w7wu87uj6362/Lust_Bite_-_Episode_2.html | 5133 - Ep-2: Tonight  We Feast |
| pornve.com | Brazzers | https://pornve.com/w82cik5ccedt/Angelica_Taylor_-_Beady_Booty.html | 9707 - Beady Booty |
| pornve.com | Brazzers | https://pornve.com/w89chfxjbws3/blonde_blowjob_big_tits_ass_cumshot_babe_bigwett_britney_amber_office_anal_3505_177_plays_published_on_4_hours_ago_will_update_ina_few_hours_category_anal_hardcore_pornstar_britney_amber_tags_butts.html | 10611 - Office Anal |
| pornve.com | Brazzers | https://pornve.com/w8c5y8j40j03/BabyGotBoobs_Daya_Knight_Best_Jog_Ever_-_15_11_2016.html | 10236 - Best Jog Ever |
| pornve.com | Reality Kings | https://pornve.com/w8dqn0qub45p/Brandi_Bae_Mandy_Muse_-_Spring_Break_Beach_House_Party.html | 2433795 - Spring Break Beach House Party |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/w8etddqu76qf/MilfsLikeItBig_Alexis_Fawx_Romi_Rain_Pervert_In_The_Park_-_12_11_2016.html | 10286 - Pervert In The Park |
| pornve.com | Brazzers | https://pornve.com/w8lxbj3qwjhp/Emily_Mena_-_My_Stepsisters_Baby_Oil.html | 10495 - My Stepsister's Baby Oil |
| pornve.com | Brazzers | https://pornve.com/w8tlzo084rbq/Natalie_Brooks_Charles_Dera_-_Bad_Ballerina_-_Teens_Like_It_Big_-_Brazzers.html | 3222234 - Bad Ballerina |
| pornve.com | Brazzers | https://pornve.com/w8vdt6b02hcp/Isis_Love_-_Mall_Cop-A-Feel.html | 10607 - Mall Cop-A-Feel |
| pornve.com | Reality Kings | https://pornve.com/w8xv1h964nym/When_Lisa_Ann_cums_over_watch_online_for_free.html | 2987676 - When Lisa Ann Cums Over |
| pornve.com | Brazzers | https://pornve.com/w940035ihdh0/Angelica_Taylor_-_Youre_Gonna_Pay_For_That.html | 8016 - You're Gonna Pay For That! |
| pornve.com | Brazzers | https://pornve.com/w96u4m60qb6a/Madison_Ivy_nurse.html | 6494 - You're no Nurse |
| pornve.com | Brazzers | https://pornve.com/w99u10o5gkcl/Diamond_Jackson_-_Gimme_That_Dick.html | 7778 - Gimme That Dick! |
| pornve.com | Brazzers | https://pornve.com/w9jlm8phxo5q/Gianna_Dior_-_Pussy_Unlocked.html | 3832306 - Pussy Unlocked |
| pornve.com | Brazzers | https://pornve.com/w9n6zwpminad/Brazzers_-_Brandi_Love_Mounted_By_My_Mother_In_Law.html | 2412434 - Mounted By My Mother-In-Law |
| pornve.com | Brazzers | https://pornve.com/w9u1bcxt44q/Gia_Dimarco_-_Hurtin_For_A_Squirtin.html | 6805 - Hurtin' for a Squirtin' |
| pornve.com | Brazzers | https://pornve.com/w9ujwpb8yt8i/Candy_Manson_-_Doctors_WHOREders.html | 5604 - Doctor's WHOREders |
| pornve.com | Brazzers | https://pornve.com/w9um1ie2sykr/Melissa_Moore_-_A_POV_Patient_Pounding.html | 10138 - A POV Patient Pounding |
| pornve.com | Brazzers | https://pornve.com/wa0fhvfg2npb2/Sara_Jay_-_Bring_Me_The_Manager.html | 3648243 - Bring Me The Manager! |
| pornve.com | Brazzers | https://pornve.com/wa23ew3cqa9h/My_Stepmom_And_Her_Sister_Brazzers.html | 2358762 - Best Of Brazzers: Sharing Stepsiblings |
| pornve.com | Brazzers | https://pornve.com/wa37dczxexzs/Alexis_Ford_-_Trick_Or_Treat_Or_Bukkake.html | 6826 - Trick or Treat or Bukkake |
| pornve.com | Brazzers | https://pornve.com/wa3ytu9mvpng/brazzers_lexi_luna_what_are_you_doing_to_my_friend.html | 3767195 - What Are You Doing To My Friend?? |
| pornve.com | Brazzers | https://pornve.com/wa55s2s4qz06/stretching_with_danika.html | 4419604 - Siri Gets Caught and Fucked by Her Roomie |
| pornve.com | Reality Kings | https://pornve.com/wa6bdi5hm8xi/Nicole_Bexley_Blacked.html | 14218 - Hot Chick |
| pornve.com | Reality Kings | https://pornve.com/waave2k10ovm/Flexi_Gracie_Glam_Hot_Oiled_Workout.html | 13085 - Flexi Gracie |
| pornve.com | Brazzers | https://pornve.com/wagd1xlmnupo/Bridgette_B_-_Nina_Kayy_-_Blowing_On_Some_Other_Guys_Dice.html | 10485 - Blowing On Some Other Guy's Dice |
| pornve.com | Brazzers | https://pornve.com/waht0w827svr/Sophia_Lomeli_-_The_Jordan_Hour_Of_Power.html | 5250 - The Jordan Hour of Power |
| pornve.com | Brazzers | https://pornve.com/wam8mlhzv25b/Nicole_Aniston_-_Summertime_And_The_Livin_Is_Sleazy.html | 2635575 - Summertime And The Livin' Is Sleazy |
| pornve.com | Brazzers | https://pornve.com/waox2vrmkieu/Houston_-_The_Sex_Games.html | 6688 - The Sex Games: Part 1 |
| pornve.com | Reality Kings | https://pornve.com/watyw26telw9/Jade_Dylan_and_Aubrey_Rose_Sexting.html | 15114 - Sexting |
| pornve.com | Brazzers | https://pornve.com/wau58546pmbp/MikesApartment_Cherry_Kiss_-_Cherry_Sweet_13_07_2016.html | 14829 - Cherry Sweet |
| pornve.com | Brazzers | https://pornve.com/wb19hkibkj8ls/Julia_Ann_-_Hot_Nurse_Gets_The_Cock_Pumpin.html | 9376 - Hot Nurse Gets The Cock Pumpin' |
| pornve.com | Reality Kings | https://pornve.com/wb1dv0cqrshy/Money_Talks_pump_service_big.html | 8024 - Pump Service |
| pornve.com | Brazzers | https://pornve.com/wb3bgbctg6hg/Lynn_Karter_Kendra_Lust_-_Tittyfuck_Airways.html | 8024 - Tittyfuck Airways |
| pornve.com | Brazzers | https://pornve.com/wb4f4bbmip71/Scott_Nails_Always_Has_To_Bail_Out_Early_With_Jenna_Haze_And_Then_Go_For_Another_Round_Jenna_Haze_Best_Workout_Routine.html | 3002 - Best Workout Routine |
| pornve.com | Brazzers | https://pornve.com/wb8akig4tlua/Ella_Hughes_-_Good_Boy.html | 9608 - Good Boy |
| pornve.com | Reality Kings | https://pornve.com/wb8gh4uzuiz8/rkprime_17_10_26_victoria_june_keep_your_mask_ontk.html | 1944924 - Keep Your Mask On |
| pornve.com | Reality Kings | https://pornve.com/wbfkx3vynvwy/F5-MilfHunter_Reagan_Foxx_Surveying_The_MILF.html | 3348893 - Surveying The Milf |
| pornve.com | Brazzers | https://pornve.com/wbm3whliyjrz/Escandalo_2_-_LaSirena69_Luna_Star_Chris_Diamond.html | 3983729 - Escandalo! 2 |
| pornve.com | Brazzers | https://pornve.com/wbpkxvlzivern/August_Taylor_Beady_Booty_First_Anal.html | 9707 - Beady Booty |
| pornve.com | Brazzers | https://pornve.com/wbpt5g5m81d4/Teri_Weigel_-_Playtime_With_Teri.html | 7084 - Playtime With Teri |
| pornve.com | Brazzers | https://pornve.com/wbrfs5p4m44e/RealWifeStories_Mia_Li_Dick_Deep_In_The_Designer.html | 10858 - Dick Deep In The Designer |
| pornve.com | Reality Kings | https://pornve.com/wbsv0wd11wig/Moms_Bang_Teens_11_2015_Reality_Kings_Scene_3.html | 12762 - Sexual Attraction |
| pornve.com | Brazzers | https://pornve.com/wbt4lkish7jt/J_Love_-_Big_Gamble_On_Big_Tits.html | 7287 - Big Gamble on Big Tits |
| pornve.com | Brazzers | https://pornve.com/wbv79xjp93dj/Dillion_Harper_Call_Center_Coochie.html | 9111 - Call Center Coochie |
| pornve.com | Brazzers | https://pornve.com/wbvq8n77kg3j/Scarlett_Sage_-_Tiny_Teen_Hooker.html | 9692 - Tiny Teen Hooker |
| pornve.com | Brazzers | https://pornve.com/wby1dd8wjz5n/Jessica_Moore_-_Anal_Bunny_Birthday.html | 4964 - Anal Bunny Birthday |
| pornve.com | Brazzers | https://pornve.com/wc2p1yqhcjvs/Blanche_Bradburry_Danny_D_-_First_Class_Ass_-_Big_Wet_Butts_-_Brazzers.html | 2980133 - First Class Ass |
| pornve.com | Brazzers | https://pornve.com/wcgjs625t6cb/Amy_Anderssen_-_Itchin_for_a_Petition.html | 7921 - Itchin' for a Petition |
| pornve.com | Reality Kings | https://pornve.com/wcgy8jhr9ek/RKPrime_Blondie_Fesser_Thick_Blondie_-_23_10_2016.html | 15019 - Thick Blondie |
| pornve.com | Brazzers | https://pornve.com/wcm6691hr74h/Valerie_Kay_-_Im_Not_A_Hooker.html | 9399 - I'm Not A Hooker |
| pornve.com | Brazzers | https://pornve.com/wcmyeoiw45va/Madison_Ivy_and_Aletta_Ocean_-_Tour_of_London_Part_Two.html | 8559 - Tour Of London Part Two |
| pornve.com | Brazzers | https://pornve.com/wcpauw6ayq5p/slut_gets_offered_a_free_massage_after_getting_ditched_by_her_boyfriend_its_a_ploy_to_fuck_her_but_she_doesnt_mind_much.html | 10363 - Slide Into My DMs |
| pornve.com | Brazzers | https://pornve.com/wcr20lawy51w/The_Cougar_Countdown_Brazzers.html | 9396 - The Cougar Countdown |
| pornve.com | Brazzers | https://pornve.com/wcuq8x7huaky/Kayla_Kayden_Dont_Touch_Her_33_Anal.html | 10414 - Don't Touch Her 3 |
| pornve.com | Brazzers | https://pornve.com/wcy3yiu61g8y/Kissa_Sins_Rachel_Starr_-_Sexual_Paradise.html | 9079 - Sexual Paradise: Rachel & the Sins |
| pornve.com | Brazzers | https://pornve.com/wd1cjntreiep/Alektra_Blue_Nikki_Benz_-_Horny_Hosts_Of_Hell.html | 7743 - Horny Hosts of Hell |
| pornve.com | Brazzers | https://pornve.com/wd3lizj6jvitv/Bella_Rolland_Xander_Corvus_-_Chain_Linked_Fuck_-_Baby_Got_Boobs_-_Brazzers.html | 3403602 - Chain Linked Fuck |
| pornve.com | Brazzers | https://pornve.com/wd9w8yfm19gp/Sophia_Lomeli_-_Basket_Whore.html | 5386 - Basket Whore |
| pornve.com | Brazzers | https://pornve.com/wdaiet0p34d4/Bridgette_B_-_Titty_Heist_-_Part_1.html | 8717 - Titty Heist I: This Is A Hold Up |
| pornve.com | Brazzers | https://pornve.com/wdccnyzbp0ss/1800_Phone_Sex_Line_10_Lela_Star_Luna_Star_Van_Wylde.html | 2412377 - 1 800 Phone Sex: Line 10 |
| pornve.com | Brazzers | https://pornve.com/wddgl5la3ufg/Katja_Kassin_Luscious_Lopez_-_Going_Once_Going_Twice...Buttsex.html | 4025 - Going Once Going Twice... Buttsex! |
| pornve.com | Brazzers | https://pornve.com/wddrly9hct22/Alexis_Fawx_Briana_Banks_-_MILFriendly_Neighborhood.html | 2368226 - MILFriendly Neighborhood |
| pornve.com | Brazzers | https://pornve.com/wde7ybfr8f13/One_Night_Is_Too_Long_-_Part_2.html | 3112419 - One Night Is Too Long: Part 2 |
| pornve.com | Brazzers | https://pornve.com/wdgxcosr6bqj/Amy_Brooke_-_Works_the_Pole.html | 7158 - Amy Brooke Works the Pole |
| pornve.com | Brazzers | https://pornve.com/wdjrwevtv5dc/Jynx_Maze_And_Ariella_Ferrera_CFNM.html | 7616 - You Want Us to Clean Your Dick? |
| pornve.com | Reality Kings | https://pornve.com/wdlukuj2xr4i/Ella_Knox_Alex_Legend_-_Ella_Wants_Anal_-_Monster_Curves_-_Reality_Kings.html | 2572060 - Ella Wants Anal |
| pornve.com | Reality Kings | https://pornve.com/wdq7zxqneguf/rkprime_19_06_18_karissa_shannon_shannons_got_game.html | 3318474 - Shannons Got Game |

| pornve.com | Brazzers | https://pornve.com/wdsbshb1a7q3/Bella_Rose_Steve_Holmes_-_Big_Thermometer_Energy_-_Doctor_Adventures_-_Brazzers.html | 3983025 - Big Thermometer Energy |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/wdvjux6js0m/Aaliyah_Hadid_-_The_Liar_The_Bitch_And_The_Wardrobe.html | 10484 - The Liar The Bitch And The Wardrobe |
| pornve.com | Brazzers | https://pornve.com/wdxb9b44z2gm/Chantelle_Skye_-_Whats_Prom_Without_A_Little_Porn.html | 5141 - What's Prom Without A Little Porn |
| pornve.com | Brazzers | https://pornve.com/wdxrc10boohx/Gina_Valentina_-_Cum-Shot_Caller.html | 3796472 - Cum-Shot Caller |
| pornve.com | Brazzers | https://pornve.com/wdy1kr69vdmr/Jenni_Lee_-_Suck_For_My_Silence.html | 6128 - Suck For My Silence |
| pornve.com | Brazzers | https://pornve.com/we164g7bzsjt/Alina_Lopez_Stirling_Cooper_-_Bad_Bunny_-_Brazzers_Exxtra_-_Brazzers.html | 3291103 - Bad Bunny |
| pornve.com | Brazzers | https://pornve.com/we1it8fohez7/Madelyn_Marie_-_Crashing_Johnnys_BBQ.html | 3950 - Crashing Johnny's BBQ! |
| pornve.com | Brazzers | https://pornve.com/we6cdzmkukt3/Brazzers_Happy_Bday_Fuck_My_Mom_Brazzers_2017_Isis_Love_Lucas_Frost_Mommy_Got_Boobs_Latina_B.html | 10564 - Happy Bday Fuck My Mom! |
| pornve.com | Brazzers | https://pornve.com/we8by0wg1v1/BigTitsAtSchool_Sofi_Ryan_My_How_Youve_Grown.html | 3609466 - My How You've Grown |
| pornve.com | Brazzers | https://pornve.com/we9okbr97gkg/Brazzers_-_Sexy_doctor_Ania_Kinski_fucks_patients_big_cock_.html | 11135 - Bad Medicine |
| pornve.com | Brazzers | https://pornve.com/webb3meh6v8k/MommyGotBoobs_-_Ava_Addams_Moms_Christmas_Stuffing_15_December_2015.html | 9389 - Mom's Christmas Stuffing |
| pornve.com | Brazzers | https://pornve.com/weh9ctdnpa1l/Layton_Benton_-_Soaking_Wet_Revenge.html | 2847313 - Soaking Wet Revenge |
| pornve.com | Brazzers | https://pornve.com/weouxdppzni4/Diamond_Jackson_Isis_Taylor_-_Bra_Tug_Of_War.html | 4489 - Bra Tug of War |
| pornve.com | Brazzers | https://pornve.com/weqigt1xxkpn/Klarisa_Leone_-_Lets_Sweat_It_Out.html | 5182 - Let's Sweat it Out |
| pornve.com | Brazzers | https://pornve.com/wesvmmmvio0/Audrey_Bitoni_Raven_Bay_-_Go_Fuck_Yourself.html | 7276 - Go Fuck Yourself |
| pornve.com | Brazzers | https://pornve.com/wezy88tgmlyu/MommyGotBoobs_19_08_29_Maggie_Green_-_Shes_Sneaky_Sweet_XXX.html | 3648233 - She's Sneaky Sweet |
| pornve.com | Brazzers | https://pornve.com/wf00zpsc224z/Autumn_Falls_Xander_Corvus_-_Inside-Her_Trading_-_Big_Tits_At_Work_-_Brazzers.html | 3645141 - Inside-Her Trading |
| pornve.com | Brazzers | https://pornve.com/wf689q85w4q6/Kissa_Sins_Madison_Ivy_-_Wet_And_Waiting.html | 2409980 - Wet And Waiting |
| pornve.com | Brazzers | https://pornve.com/wf7q2ryk9kni/Daizy_Cooper_Michael_Vegas_-_Daddys_Perfect_Darling_-_Teens_Like_It_Big_-_Brazzers.html | 3722262 - Daddy's Perfect Darling |
| pornve.com | Brazzers | https://pornve.com/wf8mzvgkjz3z/Aryana_Adin_Robby_Echo_-_Hot_Tub_Hopping_-_Milfs_Like_It_Big_-_Brazzers.html | 3608712 - Hot Tub Hopping |
| pornve.com | Brazzers | https://pornve.com/wf8q8lgorxx9/Brazzers_-_Alice_Fabre_Manic_Pixie_Cream_Girl.html | 2675829 - Manic Pixie Cream Girl |
| pornve.com | Brazzers | https://pornve.com/wffnjptc5yw4/Maddi_Sinn_Kagney_Linn_Karter_-_A_Flash_Of_Genius.html | Big Tits At Work Vol. 8 |
| pornve.com | Brazzers | https://pornve.com/wfj4zh5tza5r/BigTitsAtWork_17_04_09_Jasmine_Webb_Interview_With_A_Busty_Boss_XXX_-KTR.html | 10556 - Interview With A Busty Boss |
| pornve.com | Brazzers | https://pornve.com/wfmddnf8nd0c/MommyGotBoobs181022KendraLustMommyMeetsATeenIdol.html | 2945938 - Mommy Meets A Teen Idol |
| pornve.com | Brazzers | https://pornve.com/wfmszzc7qyzf/Bringing_Down_The_House_Brazzers.html | 10146 - Bringing Down The House |
| pornve.com | Brazzers | https://pornve.com/wfn5n02b2xjh/Khloe_Kapri_-_Checkmate.html | 3959974 - Checkmate |
| pornve.com | Reality Kings | https://pornve.com/wfo1d3w4xe7v/buggati_baby.html | 13867 - Bubblez Body |
| pornve.com | Brazzers | https://pornve.com/wfr5c0sn06o2/Ellena_Woods_Skin_Diamond_-_A_Secret_Shower.html | 9579 - A Secret Shower |
| pornve.com | Brazzers | https://pornve.com/wg4cbgejeg2o/Jenna_Foxx_-_A_Tip_For_The_Waitress.html | 9350 - A Tip For The Waitress |
| pornve.com | Brazzers | https://pornve.com/wgaf4wdhmy2r/Nicolette_Shea_Jordi_El_Nino_Polla_-_School_Of_Hard_Knockers_-_Brazzers_Exxtra_-_Brazzers.html | 3768281 - School Of Hard Knockers |
| pornve.com | Brazzers | https://pornve.com/wgbxrwtqj2vs/Raylene_-_Sparkled_Big_Ass.html | 5441 - Sparkled Big Ass |
| pornve.com | Brazzers | https://pornve.com/wgfykz7viz2m/August_Taylor_Anal_Maid.html | 10143 - Maid To Vacation |
| pornve.com | Brazzers | https://pornve.com/wguy55ukhwze/AJ_Applegate_-_Escape_From_Asscatraz.html | 3308600 - Escape From Asscatraz |
| pornve.com | Brazzers | https://pornve.com/wgw2x4ur45sm/Leda_Bear_-_Pussycraft.html | 3959961 - Pussycraft |
| pornve.com | Brazzers | https://pornve.com/wgz6au9 fktoe/Amber_Jayne_-_Pounded_By_The_Plagiarist.html | 2676490 - Pounded By The Plagiarist |
| pornve.com | Brazzers | https://pornve.com/wh5n79sjf55b/BigTitsPhoenix_Marie_breaking_and_inserting_huge_penis_deep_inside_her_pussy.html | 10038 - Breaking And Entering And Insertion |
| pornve.com | Brazzers | https://pornve.com/wh6w5vnirfcm/Nickey_Huntsman_-_Chasing_After_Her_Friends_Bros_Cock.html | 8492 - Chasing After Her Friend's Bro's Cock |
| pornve.com | Brazzers | https://pornve.com/wh99gxq13a54/Hot_Teen_Sister_Doesnt_Mind_Sharing.html | 10903 - Sister Doesn't Mind Sharing |
| pornve.com | Brazzers | https://pornve.com/whb0wfn6mi14/Ella_Knox_-_Busted_At_The_Banana_Shop.html | 2892879 - Busted At The Banana Shop |
| pornve.com | Brazzers | https://pornve.com/whdra3k9b7p/Nicolette_Shea_-_Day_With_A_Porn_Writer.html | 3960074 - Day With A Porn Writer |
| pornve.com | Brazzers | https://pornve.com/whdt32q4n1gq/Nicolette_Shea_-_Im_Not_Cheating.html | 3608706 - I'm Not Cheating! |
| pornve.com | Brazzers | https://pornve.com/wheblnn96c61/Asa_Akira_And_Christy_Mack_-_I_Still_Havent_Fucked_What_I_Am_Looking_For.html | 6910 - I Still Haven't Fucked What I'm Looking For |
| pornve.com | Brazzers | https://pornve.com/wheyxpv7n2dg/Casey_Cumz_Nikita_Von_James_-_Swingers.html | 7917 - Swingers |
| pornve.com | Brazzers | https://pornve.com/whkemwwbggpk/Diana_Prince_-_The_J_O_R_D_A_N_System.html | 5113 - The J.O.R.D.A.N System |
| pornve.com | Brazzers | https://pornve.com/whn7urw8yez1/Ella_Hughes_-_ZZ_Improv.html | 3110906 - ZZ Improv: Sex_And... |
| pornve.com | Brazzers | https://pornve.com/whqkcx0i6f0y/Missy_Martinez_-_Listening_And_Lust.html | 7065 - Listening and Lust |
| pornve.com | Brazzers | https://pornve.com/whquzzdr0525/Ashlynn_Leigh_-_Its_My_Party_And_Ill_Cum_If_I_Want_To.html | 5755 - It's My Party And I'll Cum If I Want To |
| pornve.com | Brazzers | https://pornve.com/wi13uphd2npu/Gianna_Dior_Keiran_Lee_-_Pussy_Unlocked_-_Brazzers_Exxtra_-_Brazzers.html | 3832306 - Pussy Unlocked |
| pornve.com | Brazzers | https://pornve.com/wi2moc6shd99/Johnny_Sins_Private_Dick_Nicolette_Shea.html | 10916 - Private Dick |
| pornve.com | Reality Kings | https://pornve.com/wi554l6ls1sk/Gianna_Dior_Chad_White_-_Ass_Dance_-_RK_Prime_-_Reality_Kings.html | 3424618 - Ass Dance |
| pornve.com | Brazzers | https://pornve.com/wi7bqvve5p2d/Power_Bangers_XXX_-_Episode_3.html | 10480 - Power Bangers: A XXX Parody Part 3 |
| pornve.com | Brazzers | https://pornve.com/wayewtfkk/Bettina_DiCapri_-_Community_Servicing.html | 5321 - Community Servicing |
| pornve.com | Brazzers | https://pornve.com/widmmgt708t1/Karmen_Karma_-_Karmas_A_Big_Butt_Bitch.html | 9203 - Karma's a Big Butt Bitch |
| pornve.com | Brazzers | https://pornve.com/wijz27yqvfnd/Mia_Malkova_-_Always_Think_Happy_Thoughts.html | 8209 - Always Think Happy Thoughts |
| pornve.com | Brazzers | https://pornve.com/wikdcuygwcl2/Dani_Jensen_Shyla_Jennings_-_Can_I_Have_My_Birthday_Cock.html | 6565 - Can I Have My Birthday Cock? |
| pornve.com | Brazzers | https://pornve.com/wilwcpypt9bu/Abigail_Mac_Manuel_Ferrara_-_Serviced_In_Her_Room_-_Dirty_Masseur_-_Brazzers.html | 3795673 - Serviced In Her Room |
| pornve.com | Brazzers | https://pornve.com/wiqgdux1bwzb/Abella_Anderson_-_Suckretary.html | 5822 - Suckretary |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/witfrthk9brc/Karma_Rx_Small_Hands_-_Cum_Rain_Or_Shine_-_Pornstars_Like_It_Big_-_Brazzers.html | 3463989 - Cum Rain Or Shine |
| pornve.com | Brazzers | https://pornve.com/wivi5fy23bt5/RealWifeStories_Brazzers_Eva_Lovia_My_Fucking_High_School_Reunion.html | 10462 - My Fucking High School Reunion |
| pornve.com | Brazzers | https://pornve.com/wixsg6t2ynyh/Brazzers_House_-_Episode_7.html | 9076 - Brazzers House Sex Challenge |
| pornve.com | Brazzers | https://pornve.com/wjc3vj9knpkp/Bridgette_B_-_Step_Up_To_Get_Your_Dick_Up.html | 5093 - Step Up To Get Your Dick Up |
| pornve.com | Brazzers | https://pornve.com/wjcfcrjktek7/Aaliyah_Love_-_Tie_Me_Up_Dick_Me_Down.html | 7550 - Tie Me Up  Dick Me Down |
| pornve.com | Brazzers | https://pornve.com/wjjkexzfiqpf/Madison_Ivy_-_Whats_The_Problem.html | 3274948 - What's The Problem? |
| pornve.com | Brazzers | https://pornve.com/wjmvg8kfxywq/Diamond_Foxxx_-_Office_Tease.html | 8265 - Office Tease |
| pornve.com | Brazzers | https://pornve.com/wjnehn66hlyk/Diamond_Jackson_Ricky_Spanish_-_A_Pot_of_Golden_Dildos_-_Real_Wife_Stories_-_Brazzers.html | 3230194 - A Pot of Golden Dildos |
| pornve.com | Brazzers | https://pornve.com/wjoawn8kek0x/Bill_Bumpin_Butt_Fuckin_Diana_Prince_-_Scott_Nails.html | 5303 - Bill Bumpin Butt Fuckin |
| pornve.com | Brazzers | https://pornve.com/wjuximwv601q/Jasmine_Jae_Keiran_Lee_-_Waking_Up_The_Comatose_Cock_-_Doctor_Adventures_-_Brazzers.html | 2992005 - Waking Up The Comatose Cock |
| pornve.com | Brazzers | https://pornve.com/wjwy34z4gtyh/Akira_Lane_-_Mama_Cum_Home.html | 8405 - Mama Cum Home |
| pornve.com | Brazzers | https://pornve.com/wjybdahv7b6c/Tiffany_Fox_-_He_Talked_Me_Into_It.html | 7881 - He Talked Me Into It |
| pornve.com | Brazzers | https://pornve.com/wjzldmn0fgxn/_Brazzers_-_Busty_blonde_army_gal_Nicole_Aniston_fucks_a_soldier_.html | 6355 - Fuck me  Chance Callahan |
| pornve.com | Reality Kings | https://pornve.com/wk44x7o7bf5b/HOT_WILD_HARD_ANAL_JR_CARRINGTON.html | 5481 - Fun at the Opera |
| pornve.com | Brazzers | https://pornve.com/wk8l57e1l8plw/Tila_Flame_-_Amazing_Teen_Black_Chick_Fucked.html | 8109 - Time For Tila |
| pornve.com | Brazzers | https://pornve.com/wka3wev87wvx/Can_I_Bother_You_For_A_Tall_Glass_Of_Dick.html | 9985 - Â¡Esa Puta hace Porno! |
| pornve.com | Reality Kings | https://pornve.com/wkabu0kooxvn/Asa_Akira_Malena_Morgan_-_Asian_Persuasion.html | 10576 - Can I Bother You For A Tall Glass Of Dick? |
| pornve.com | Brazzers | https://pornve.com/wkeo5bqj8p99/big_tits_at_school_brazzers_nina_north_jessy_jones_the_make_up_exam.html | 11417 - Asian Persuasion |
| pornve.com | Brazzers | https://pornve.com/wkihgesgwevq/Hailey_Star_-_Lucky_Samaritan.html | 10131 - The Make-Up Exam |
| pornve.com | Brazzers | https://pornve.com/wkkjfau2x1gl/Lisa_Ann_-_Stepmom_Lends_A_Hand.html | 9951 - La Madrastra Da una Mano |
| pornve.com | Brazzers | https://pornve.com/wkltddx0qu6s/Lylith_Lavey_-_Tits_For_Tickets.html | 5347 - Tits for Tickets |
| pornve.com | Reality Kings | https://pornve.com/wkpiymnuszed/Alexis_Malone_Krissy_Lynn_Bobbi_Starr_Jenny_Hendrix_Amy_Brooke_Emma_Heart_Kelly_Devine_And_Melissa_Lauren.html | 8310 - Racey Curves |
| pornve.com | Brazzers | https://pornve.com/wksi4s7hqozc/Jayden_Jaymes_-_Casual_Friday.html | 4745 - Casual Friday |
| pornve.com | Brazzers | https://pornve.com/wkucmt8aiidd/Natalia_Starr_Xander_Corvus_-_Red_Hot_Yoga_-_Brazzers_Exxtra_-_Brazzers.html | 3609451 - Red Hot Yoga |
| pornve.com | Brazzers | https://pornve.com/wkvc1xs5g4yd/Bridgette_B_-_Balled-Room_Dancing.html | 3826407 - Balled-Room Dancing |
| pornve.com | Reality Kings | https://pornve.com/wkvnk35gqlm5/Adriana_Chechik_Charles_Dera_-_Testing_My_Relationship_Too_-_RK_Prime_-_Reality_Kings.html | 2286939 - Testing My Relationship Too |
| pornve.com | Brazzers | https://pornve.com/wkwuv9mcwhr8/Ava_Addams_-_Moms_Christmas_Stuffing.html | 9389 - Mom's Christmas Stuffing |
| pornve.com | Brazzers | https://pornve.com/wkzat9e1j36z/Anikka_Albrite_-_Hot_New_Anal_Hardcore.html | 8345 - Anal For Anikka |
| pornve.com | Brazzers | https://pornve.com/wl3qcykdaxe0/Candy_Alexa_-_Jiggly_Jump_Rope.html | 2573335 - Jiggly Jump Rope |
| pornve.com | Brazzers | https://pornve.com/wl4a404l3pd5/Husband_fucks_his_wife_s_younger_sister.html | 8513 - Stacked Sister-In-Law |
| pornve.com | Brazzers | https://pornve.com/wl74dj3xjpm8/Bridgette_B_-_Wet_Hot_Yoga.html | 3222187 - Wet Hot Yoga |
| pornve.com | Brazzers | https://pornve.com/wl8su5sh3jzd/Joanna_Angel_-_Massage_Yourself.html | 2417777 - Massage Yourself |
| pornve.com | Brazzers | https://pornve.com/wlb2smfwkajt/Lilli_Vanilli_Danny_D_Putting_It_In_Her_Slot.html | 2345112 - Putting It In Her Slot |
| pornve.com | Brazzers | https://pornve.com/wlc17g285b6m/Shay_Fox_-_Getting_Lucky_At_The_Casino.html | 7993 - Getting Lucky at the Casino |
| pornve.com | Reality Kings | https://pornve.com/wlh6ktqlltxr/Eva_Notty_-_Busty_Study_Buddy.html | Lil Humpers 2 |
| pornve.com | Brazzers | https://pornve.com/wln75g1vhw9h/Nikki_Benz_-_Summer_Brielle_-_Vice_Squad_Discipline.html | 7828 - Vice Squad Discipline |
| pornve.com | Brazzers | https://pornve.com/wlr3hv75jkpv/Peta_Jensen_-_The_Rough_Shagging_Shrink.html | 9068 - The Rough Shagging Shrink |
| pornve.com | Brazzers | https://pornve.com/wlspsws0q2f4/Charley_Chase_-_Charleys_CPR_Seminar.html | 5024 - Charley's CPR Seminar |
| pornve.com | Brazzers | https://pornve.com/wlv3keoff2qy/Around_The_Kitchen_Chores_Brazzers.html | 4419841 - Dicking Around The Kitchen Chores |
| pornve.com | Brazzers | https://pornve.com/wlv5x54j3qk7/Alessandra_Jane_-_The_Mischievous_Maid.html | 10983 - The Mischievous Maid |
| pornve.com | Brazzers | https://pornve.com/wlxplzowl4tf/Holly_Halston_-_Ribbon_Cunting_Ceremony.html | 7496 - Ribbon Cunting Ceremony |
| pornve.com | Reality Kings | https://pornve.com/wlxubofxe5c/Brand_New_Sassy_Scarlett_Jennings_Has_A_Nice_ASS_GFR.html | Real Teens Caught On Tape 4 |
| pornve.com | Brazzers | https://pornve.com/wlyddp6gaakv/Monique_Alexander_-_Interoffice_Intercourse.html | 5438 - Interoffice Intercourse |
| pornve.com | Brazzers | https://pornve.com/wlygk75en9jh/Monique_Alexander_Scott_Nails_-_Hands_Off_-_Pornstars_Like_It_Big_-_Brazzers.html | 3043522 - Hands Off? |
| pornve.com | Brazzers | https://pornve.com/wm32xeh3x54b/Cali_Carter_-_Holosexual.html | 2412234 - Holosexual |
| pornve.com | Brazzers | https://pornve.com/wm5xyt5zwa9v/Asa_Akira_-_Working_The_Night_Shift.html | 6174 - Working the Night Shift |
| pornve.com | Brazzers | https://pornve.com/wm797lx337lu/Alura_TNT_Jenson_Syren_De_Mer_Tiffany_Mynx_-_Try_My_MILF_Shake.html | 7700 - Try My MILF Shake |
| pornve.com | Brazzers | https://pornve.com/wmcspdf9fsky/Brandi_Love_-_Brandi_Loves_The_Contractors.html | 9221 - Brandi Love's The Contractors |
| pornve.com | Brazzers | https://pornve.com/wmixu1rlm148/Savannah_Stern_-_Dictator_Tits.html | 5080 - Dictator Tits |
| pornve.com | Brazzers | https://pornve.com/wmjykuo4ycau/Jessica_Jaymes_-_Milking_The_Patient.html | 9166 - Milking The Patient |
| pornve.com | Brazzers | https://pornve.com/wmlak469vht/Sister_in_Law_Means_Well_Synthia_Fixx_Keiran_Lee.html | 10153 - Sister in Law Means Well |
| pornve.com | Brazzers | https://pornve.com/wmmfadt7uj9v/Peta_Jensen_New_Video.html | 9347 - Yoga For Perverts |
| pornve.com | Brazzers | https://pornve.com/wmnvlq17hmv9/Stella_Cox_-_Stella_Cox_Gets_Taken.html | 8281 - Stella Cox Gets Taken |
| pornve.com | Brazzers | https://pornve.com/wmpgu489l44z/Nikky_Dream_-_Foamy_Fucking.html | 3608641 - Foamy Fucking |
| pornve.com | Brazzers | https://pornve.com/wmv3jkewhpge/blonde_blowjob_big_tits_ass_office_babe_britney_amber_office_anal_3505_42_plays_published_on_27_minutes_ago_bigwettbutts_category_anal_hardcore_pornstar_britney_amber_tags_anal.html | 10681 - Office Anal |
| pornve.com | Brazzers | https://pornve.com/wn06fmw9t65r/Courtney_Cummz_-_Hustling_Whore.html | 4771 - Hustling Whore |
| pornve.com | Brazzers | https://pornve.com/wn2tk6ynwohe/Summer_Brielle_-_Posing_Nude_For_The_Painter.html | 7570 - Posing Nude for the Painter |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/wn91s0hw7psn/Rebecca_Jane_Smyth_Sam_Bourne_-_Turning_On_His_Girlfriends_Mom_-_Mommy_Got_Boobs_-_Brazzers.html | 3609570 - Turning On His Girlfriend's Mom |
| pornve.com | Brazzers | https://pornve.com/wnbk96txtadx/Katie_Jordin_-_I_Stole_Mamas_Massage.html | 6932 - I Stole Mama's Massage |
| pornve.com | Brazzers | https://pornve.com/wnjo72zsa2kj/Bella_Rolland_Chain_Linked_Fuck.html | 3403602 - Chain Linked Fuck |
| pornve.com | Brazzers | https://pornve.com/wnleje5wexrr/Marital_Demise_-_3.html | 6575 - Marital Demise 3 |
| pornve.com | Brazzers | https://pornve.com/wnm2rrxwnohr/Holly_West_Tanya_James_-_Big_Tits_R_Us.html | Big Tits at Work Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/wns6n9re1krl/Audrey_Bitoni_Keiran_Lee_-_Unfinished_Business_-_Real_Wife_Stories_-_Brazzers.html | 3648730 - Unfinished Business |
| pornve.com | Brazzers | https://pornve.com/wntsehl3o8aw/Riley_Reid_Veronica_Rodriguez_-_Straight_A_Squirters.html | 7979 - Straight A Squirters |
| pornve.com | Brazzers | https://pornve.com/wnvhzayisat7/Massaging_the_Ex_Diana_Prince_Bill_Bailey.html | 6721 - Massaging the Ex |
| pornve.com | Brazzers | https://pornve.com/wnwp7t6bta0y/Brazzers_Live_-_33.html | 9740 - BRAZZERS LIVE 33: MILF KNOWS BEST |
| pornve.com | Brazzers | https://pornve.com/wnylyxda88rp/Ariella_Ferrera_-_Male_Order_Bride.html | 2927877 - Male Order Bride |
| pornve.com | Brazzers | https://pornve.com/wnz1ypgfs04k/Reagan_Foxx_-_Bronzing_In_The_Batters_Booth.html | 3830481 - Bronzing In The Batter's Booth |
| pornve.com | Brazzers | https://pornve.com/wo6u9vo90tg3/Sofia_Lee_-_Stroking_The_Guards_Post.html | 3722268 - Stroking The Guard's Post |
| pornve.com | Brazzers | https://pornve.com/wo6vlyv77jjp/DirtyMasseur_19_10_11_Gia_Milana_Gias_Deep_Rub_Down_XXX.html | 3651732 - Gia's Deep Rub Down |
| pornve.com | Brazzers | https://pornve.com/wo780th05ih/Ashley_Fires_-_Wham_Bam_Thank_You_Paper_Jam.html | 10030 - Wham_Bam_Thank You Paper Jam! |
| pornve.com | Brazzers | https://pornve.com/wo79wmpz3smu/Joanna_Angel_Small_Hands_-_Hands_On_Joanna_-_Day_With_A_Pornstar_-_Brazzers.html | 4074462 - Hands On Joanna |
| pornve.com | Brazzers | https://pornve.com/wo7h7b0cy582/Jezabel_Vessir_-_You_Cant_Spell_Horny_Without_HR.html | 10074 - You Can't Spell Horny Without 'HR' |
| pornve.com | Brazzers | https://pornve.com/wo7tx9zgo442/Juelz_Ventura_Racked_For_The_ANAL_Party.html | 6320 - Ass For Cash |
| pornve.com | Reality Kings | https://pornve.com/wo9y7kp701li/RKPrime_18_11_19_Brett_Rossi_And_Jillian_Janson_Classy_As_Fuck_XXX_SD.html | 2953402 - Classy As Fuck |
| pornve.com | Brazzers | https://pornve.com/woaw0g9uv5aw/Asa_Akira_Katsuni_London_Keyes_Mia_Lelani_-_Office_4-Play_II:_Asian_Sensation.html | 6064 - Office 4-Play II: Asian Sensation |
| pornve.com | Brazzers | https://pornve.com/wobw9hlkv1ti/Abella_Danger_-_Shower_Curtain_Cock.html | 3791941 - Shower Curtain Cock |
| pornve.com | Brazzers | https://pornve.com/wolsf7ktyi4z/Noelle_Easton_Peta_Jensen_-_Running_Buddies.html | 8827 - Running Buddies |
| pornve.com | Brazzers | https://pornve.com/wonimioehrzu/Dayna_Vendetta_Lylith_Lavey_-_Peeping_John.html | 6680 - Peeping John |
| pornve.com | Brazzers | https://pornve.com/woqwoyh6gc12/btiu_alanah_rae.html | 6005 - A Night In The Hole |
| pornve.com | Reality Kings | https://pornve.com/wowcbl1vvhuw/StreetBlowjobs__RealityKings_Nikki_Snow_-_Meat_eater.html | 14008 - Meat Eater |
| pornve.com | Brazzers | https://pornve.com/woz2b9n7k6mf/Lela_Star_-_Best_Tits_Of_2011.html | 5634 - Best Tits of 2011: Lela Star |
| pornve.com | Reality Kings | https://pornve.com/wozfifkd08tn0/HD_GF_Reveng_Janice_Griffith_720p.html | 14389 - bikini body |
| pornve.com | Brazzers | https://pornve.com/wozyxkptw94x/Dollie_Darko_-_Dipping_Inside_Dollie_Darko.html | 8813 - Dipping Inside Dollie Darko |
| pornve.com | Brazzers | https://pornve.com/wp3mlzafgwxh/Lana_Harding_Danny_D_-_Time_And_Again_-_Teens_Like_It_Big_-_Brazzers.html | 3924837 - Time And Again |
| pornve.com | Brazzers | https://pornve.com/wp4s745xultt/Helly_Mae_Hellfire_-_No_Cock_Left_Behind.html | 5611 - No Cock Left Behind |
| pornve.com | Brazzers | https://pornve.com/wp7j5818sevl/Lexi_Luna_Tia_Cyrus_-_The_Gift_Of_Cock.html | 3856599 - The Gift Of Cock |
| pornve.com | Brazzers | https://pornve.com/wpgncqr9s5eu/Anastasia_Hart_-_Massage_Theraphsody.html | 9753 - Massage Theraphsody |
| pornve.com | Brazzers | https://pornve.com/wpjp809udlfb/Ashley_Fires_Sock_My_Cock_XXX_KTR_DailyPorn.html | 3960056 - Sock My Cock |
| pornve.com | Brazzers | https://pornve.com/wpk151w30q0n/Alessandra_Jane_-_Late_For_Church.html | 11026 - Late For Church |
| pornve.com | Brazzers | https://pornve.com/wpsvpoo5g1p5/Rebecca_More_-_Rebeccas_Shower_Time_Fun_-_Day_With_A_Pornstar_-_Brazzers.html | 4209263 - Rebecca's Shower Time Fun |
| pornve.com | Brazzers | https://pornve.com/wpupgg9y6ky6/Claire_Dames_-_Letter_Of_Recommendation.html | Brazzers&#039; Doctor Adventures |
| pornve.com | Reality Kings | https://pornve.com/wpytg8dj8qz/Horny_Schoolgirls_Know_How_To_Have_Fun.html | 2286641 - Bad Bitches Break In |
| pornve.com | Brazzers | https://pornve.com/wq2hjb9bmme/Rich_Fucks_3_Bridgette_B_Isiah_Maxwell.html | 2410661 - Rich Fucks: Part 3 |
| pornve.com | Brazzers | https://pornve.com/wq6cv93a6rg3/Courtney_Taylor_-_Breaking_It_Off_With_A_Bang.html | 6812 - Breaking it Off with a Bang |
| pornve.com | Brazzers | https://pornve.com/wq6yqcr8v486/Abigail_Mac_Jessa_Rhodes_-_The_Ballad_Of_Johnny_Nathan_-_Part_2.html | 9563 - The Ballad of Johnny Nathan Part 2 |
| pornve.com | Brazzers | https://pornve.com/wqctux2nobar/Shawna_Lenee_-_The_Fulfilment_Of_Shawna_Lenee.html | 8593 - The Fulfilment of Shawna Lenee |
| pornve.com | Brazzers | https://pornve.com/wqe511vfjbfv/DP_Deadly_Romi_Rain_Part_Four.html | 9143 - Deadly Rain: Part Four |
| pornve.com | Brazzers | https://pornve.com/wqivmiotvceos/Jezabel_Vessir_-_Jezabels_Sweet_Breasts.html | 8594 - Jezabel's Sweet Breasts |
| pornve.com | Brazzers | https://pornve.com/wqlhimihcu9n/Luna_Star_-_The_Future_Of_Fucking.html | 9458 - The Future Of Fucking |
| pornve.com | Brazzers | https://pornve.com/wqmvv2f9qlcb/Brandy_Aniston_-_Show_Me_Dont_Tell_Me.html | 8649 - Show Me_Don't Tell Me |
| pornve.com | Brazzers | https://pornve.com/wqodrx35xv4y/Alex_Coal_-_Lets_All_Fuck_In_The_Lobby.html | 3768069 - Let's All Fuck In The Lobby |
| pornve.com | Brazzers | https://pornve.com/wqprscrpltnu/Brooke_Wylde_-_Be_My_Mannequin.html | 9227 - Be My Mannequin |
| pornve.com | Brazzers | https://pornve.com/wqrdh8bdnqc5/Brazzers_House_3_Finale_-_ZZ_Series_-_Brazzers.html | 3043388 - Brazzers House 3: Finale |
| pornve.com | Brazzers | https://pornve.com/wr9x2sqstzrn/Sammie_Spades_-_G33K_Love.html | 7323 - G33K Love |
| pornve.com | Brazzers | https://pornve.com/wrekth4w1izv/Sammy_Brooks_-_Making_Over_Mommies.html | 7286 - Making Over Mommies |
| pornve.com | Brazzers | https://pornve.com/wrfs5dryljzs/Adriana_Chechik_Gabriella_Paltrova_-_Deep_In_Love_With_Her_Fist.html | 8644 - Deep In Love With Her Fist |
| pornve.com | Brazzers | https://pornve.com/wrj58uvxa8qu/Sally_DAngelo_Can_You_Help_My_Mom.html | 3171852 - Can You Help My Mom? |
| pornve.com | Brazzers | https://pornve.com/wrkqld9vngrn/Gabriella_Paltrova_-_How_Rough_Does_She_Want_It.html | 8776 - How Rough Does She Want It? |
| pornve.com | Brazzers | https://pornve.com/wrmcw6j05xej/Daisy_Haze_-_Cock_Hungry_Caregiver.html | 8674 - Cock Hungry Caregiver |
| pornve.com | Brazzers | https://pornve.com/wryegeh83szu/Valentina_Jewels_Johnny_The_Kid_Horny_Valentina_Gets_Anal_Day_With_A_Pornstar_Brazzers.html | 4419880 - Horny Valentina Gets Anal |
| pornve.com | Brazzers | https://pornve.com/wrzthh2c11vt/These_Boots_Were_Made_For_Fucking_Monique_Alexander_Markus_Dupree.html | 2287633 - These Boots Were Made For Fucking |
| pornve.com | Brazzers | https://pornve.com/ws036teaqu84/Cali_Carter_Karma_Rx_Charles_Dera_-_If_You_Grow_It_They_Will_Cum_-_Brazzers_Exxtra_-_Brazzers.html | 3648589 - If You Grow It_They Will Cum |
| pornve.com | Brazzers | https://pornve.com/ws5sa7l3ksac/August_Ames_And_Ava_Addams_Jessy_Jones_Wife_Showers_With_The_Babysitter.html | 9185 - Wife Showers With The Babysitter |
| pornve.com | Reality Kings | https://pornve.com/ws8uqhuqa204/realitykings2016-12-31_Wish_On_A_Star.html | 15234 - Wish On A Star |

EXHIBIT A

| | | | | |
|---|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/ws9olg69kq6y/Alli_Rae_-_Adventures_In_Big_Cock_Babysitting.html | 9122 - Adventures In Big Cock Babysitting | |
| pornve.com | Brazzers | https://pornve.com/wsdaryg9rr69/A_Brazzers_Christmas_Special_Last_Part.html | 10265 - A Brazzers Christmas Special: Part 3 | |
| pornve.com | Brazzers | https://pornve.com/wsdfgsi5ueig/Brooke_Belle_-_Getting_Head_in_Sex_Ed.html | 5573 - Getting Head in Sex Ed | |
| pornve.com | Brazzers | https://pornve.com/wsgp2kzona8x/Brazzers_Family_Affairs_Part_1_Brazzers_Teens_Like_It_Big_Professional_Story_Reality_White_Gi.html | 8873 - A Family Affair Part One | |
| pornve.com | Brazzers | https://pornve.com/wsnjsmmg7jcx/Briana_Blair_-_Virgin_Discoveries.html | 4752 - Virgin Discoveries | |
| pornve.com | Brazzers | https://pornve.com/wsrbdkwf0imt/Krissy_Lynn_-_Krissys_Delicious_Cookies.html | 7361 - Krissy's Delicious Cookies | |
| pornve.com | Reality Kings | https://pornve.com/wsvhoko2dv1p/tempting_titties.html | 1812691 - Tempting Titties | |
| pornve.com | Brazzers | https://pornve.com/wszdyiow9kit/Carolyn_Reese_-_Im_Gonna_Yoga_All_Over_Your_Face.html | 5291 - I'm gonna Yoga all over your face | |
| pornve.com | Brazzers | https://pornve.com/wt3wwn8f2jxg/Carmen_Caliente_Xander_Corvus_-_Horny_For_The_Holidays_Part_2_-_Brazzers_Exxtra_-_Brazzers.html | 3796504 - Horny For The Holidays: Part 2 | |
| pornve.com | Brazzers | https://pornve.com/wt8dzbhu8m37/Allie_Haze__Harley_Jade_-_Anal_Xmas.html | 10368 - Anal Xmas | |
| pornve.com | Brazzers | https://pornve.com/wtitttvffyn4/Britney_Amber_-_Telling_On_The_Teacher.html | 5310 - Telling on the Teacher | |
| pornve.com | Brazzers | https://pornve.com/wtlz242u3d5/Busty_woman_fucks_with_skinny_guy.html | 2927877 - Male Order Bride | |
| pornve.com | Brazzers | https://pornve.com/wtm03snosm36/Peta_Rules_The_World.html | 8787 - The New Porno Order | |
| pornve.com | Brazzers | https://pornve.com/wtojp0ggp0x9/Kiki_Minaj_Danny_D_-_A_Little_Something_Extra_-_Brazzers_Exxtra_-_Brazzers.html | 2991869 - A Little Something Extra | |
| pornve.com | Brazzers | https://pornve.com/wtozs1dxudrl/Tia_McKenzie_-_Camp_Dickerdown.html | 5975 - Camp Dickerdown | |
| pornve.com | Brazzers | https://pornve.com/wtp9klp9s23c/Aubrey_Black_-_A_Step_Above_My_Husband.html | 3768114 - A Step Above My Husband | |
| pornve.com | Brazzers | https://pornve.com/wtq0atdyys4v/Elsa_Jean__Katrina_Jade.html | 10878 - Elsa Jean & Katrina Jade | |
| pornve.com | Brazzers | https://pornve.com/wtr32qjsvk2h/Lily_Labeau_-_Masseuse_Switch_Up.html | 6106 - Masseuse Switch Up | |
| pornve.com | Brazzers | https://pornve.com/wtrl1aykujwx/Carolyn_Reese_-_Selling_Yourself_Long.html | 5454 - Selling Yourself Long | |
| pornve.com | Brazzers | https://pornve.com/wtty0al4qpwg/Milf5LikeItBig_-_Brazzers_-_Missy_Martinez_Michael_Vegas_Deep_Dive.html | 2635427 - Deep Dive | |
| pornve.com | Brazzers | https://pornve.com/wtx0lqtcv7pf5/Brazzers_Slayed_By_The_Maid_Tiffany_Mynx__Xander_Corvus.html | 6006 - Slayed By The Maid | |
| pornve.com | Brazzers | https://pornve.com/wtztatjpd92n/Brazzers_-_How_About_Cock.html | 3983699 - How About Cock? | |
| pornve.com | Brazzers | https://pornve.com/wu5u0xpvndwu/Elegance_in_Negligence_Brazzers.html | 10602 - Elegance in Negligence | |
| pornve.com | Brazzers | https://pornve.com/wu3uq9zxw1vq/ANAL_Aletta_Ocean_-_Lost_In_Brazzers_Episode_3.html | 9520 - Lost In Brazzers Episode 3 | |
| pornve.com | Brazzers | https://pornve.com/wu977oo6exd5/Phoenix_Marie_-_Mommy_Needs_Her_Cream.html | 4536 - Mommy Needs Her Cream | |
| pornve.com | Brazzers | https://pornve.com/wu9h72bhaetz/Audrey_Gets_the_Batter_Up_Audrey_Bitoni_HD.html | 8448 - Audrey Gets the Batter Up | |
| pornve.com | Brazzers | https://pornve.com/wubbawv3lm8sm5j/Ashly_Anderson_-_Working_Out_The_Kinks.html | 2867498 - Working Out The Kinks | |
| pornve.com | Brazzers | https://pornve.com/wub5d718sxbm/Brazzers_-_Krissy_Lynn_and_Jade_Baker_ZZ_Finishing_School_Of_Fucking.html | 2842883 - ZZ Finishing School Of Fucking | |
| pornve.com | Brazzers | https://pornve.com/wubkjvorbxc5/Ava_Addams_-_Survey_My_Pussy.html | 10229 - Survey My Pussy | |
| pornve.com | Brazzers | https://pornve.com/wudp2ugjjfcm/Jessie_Rogers_-_From_Bust_Til_Dawn.html | 6534 - From Bust Til Dawn | |
| pornve.com | Brazzers | https://pornve.com/wuefqaav5deq/Casey_Cumz_-_Wheres_My_Shotgun.html | 6667 - Where's My Shotgun?! | |
| pornve.com | Brazzers | https://pornve.com/wufklnemxlt4/The_Slut_On_The_Sofa_Brazzers.html | 10733 - The Slut On The Sofa | |
| pornve.com | Brazzers | https://pornve.com/wuh2nw9nm17k/Monique_Alexander_-_Whats_Taking_Her_So_Long.html | 10024 - What's Taking Her So Long? | |
| pornve.com | Brazzers | https://pornve.com/wuldascaw3cl/mic_cherie_molly.html | 8939 - A Movie Date Dicking | |
| pornve.com | Brazzers | https://pornve.com/wuo1nct5ymnk/Dinner_For_Cheats_Angela_White_Kagney_Linn_Karter_Phoenix_Marie_Johnny_Sins.html | 1943514 - Dinner For Cheats | |
| pornve.com | Brazzers | https://pornve.com/wur7s4g8xfk8/Alena_Croft_-_Mommys_Busy.html | 3408158 - Mommy's Busy | |
| pornve.com | Brazzers | https://pornve.com/wut5ur3z38ca/Casey_Calvert_-_Black_Cherry_Pie.html | 9751 - Black Cherry Pie | |
| pornve.com | Brazzers | https://pornve.com/wuyr73awrzjv/Abigail_Mac_Keiran_Lee_-_Nailed_At_The_Estate_Sale_-_Real_Wife_Stories_-_Brazzers.html | 3166906 - Nailed At The Estate Sale | |
| pornve.com | Brazzers | https://pornve.com/wuzta4s48nj4/Aaliyah_Love_-_Panty_Perv.html | 2532738 - Panty Perv | |
| pornve.com | Brazzers | https://pornve.com/wv266tcgp8zi/Real_Wife_Stories_Christy_Mack_One_Night_Stand_Christy_Mack_Anal.html | 7569 - One Night Stand | |
| pornve.com | Brazzers | https://pornve.com/wv3qca1id1n1/Syren_De_Mer_-_Airtight_In_The_Bathtub.html | 8168 - Airtight in the Bathtub | |
| pornve.com | Brazzers | https://pornve.com/wv8pft6ac1k0/Barbie_Sins_-_Tight_As_Tape.html | 2412417 - Tight As Tape | |
| pornve.com | Brazzers | https://pornve.com/wvgjezm5bpps/Ashley_Downs__Baby_Jewel_-_Stealing_The_Young_Stud.html | 9472 - Stealing The Young Stud | |
| pornve.com | Brazzers | https://pornve.com/wvhpfazk7jbg/Sybil_Stallone_-_A_History_Of_Whoring.html | 9326 - A History of Whoring | |
| pornve.com | Brazzers | https://pornve.com/wvi2pd5ruv9p/Brazzers_-_Nicolette_Shea_-_Massage_Mirage.html | 10922 - Massage Mirage | |
| pornve.com | Reality Kings | https://pornve.com/wviskpmihijj/RKPrime_Rina_Ellis_Monica_Asis_And_Karma_RX_Three_Gropists.html | 2025178 - Three Gropists | |
| pornve.com | Brazzers | https://pornve.com/wvp5x2vjq9mp/Mya_Mays_-_A_Family_Affair.html | 10543 - A Family Affair 2 - Part Two | |
| pornve.com | Reality Kings | https://pornve.com/wvruxwmwqtl9/Black_Blue_And_Red_Lena_Paul_And_Alex_Blake_Eat_It_Out.html | 14929 - Eat It Out | |
| pornve.com | Brazzers | https://pornve.com/wvub7ydcvlbl/Esperanza_-_Big_Tits_In_Uniform_15_2015.html | 8442 - The Crossing | |
| pornve.com | Brazzers | https://pornve.com/wvufgycj156k/Nicolette_Shea_-_Smart_Ho-Me.html | 2874518 - Smart Ho-me | |
| pornve.com | Brazzers | https://pornve.com/wvx4z48fanka/Charlotte_Sartre_-_Fuck_The_Bourgeois.html | 2469307 - Fuck the Bourgeois | |
| pornve.com | Brazzers | https://pornve.com/ww12lgdni40b/Alanah_Rae_in_Special_Formula.html | 3909 - Special Formula | |
| pornve.com | Brazzers | https://pornve.com/ww1mq5dszlfo/TeensLikeItBig_-_Evelyn_Claire_-_Cock_For_Arts_Sake.html | 3456821 - Cock For Art's Sake | |
| pornve.com | Brazzers | https://pornve.com/ww3l48s7a5lc/Brooke_Beretta_-_Workout_Sex_Club.html | 2945892 - Workout Sex Club | |
| pornve.com | Brazzers | https://pornve.com/ww54bo7ecwnx/Lilith_Shayton__Skyla_Novea_-_The_Kiss.html | 9560 - The Kiss | |
| pornve.com | Brazzers | https://pornve.com/ww6h57wmkw/Eva_Karera_-_Anal_On_Ice.html | 6784 - Anal On Ice | |
| pornve.com | Brazzers | https://pornve.com/wwhjrznedth9/Sluts_Love_Yoga_But_They_Love_Fucking_More_So_They_Drag_A_Peeper_Into_Their_Sweaty_Games.html | 10342 - Yoga Freaks: Episode Seven | |
| pornve.com | Brazzers | https://pornve.com/wwihkma0wd0r/Britney_ONeil_-_Fuck_The_Baby_I_Want_The_Titties.html | Mommy Got Boobs Vol. 6 | |
| pornve.com | Brazzers | https://pornve.com/wwlsamsde0oy/Lisa_Ann_-_ZZ_Inside-Her.html | 7149 - ZZ Inside-Her | |
| pornve.com | Brazzers | https://pornve.com/wwsx28084pi3/_Brazzers-_Redhead_Aleska_gets_down_and_dirty_with_her_personal_trainer_.html | 7999 - Personal Pussy Trainer | |
| pornve.com | Brazzers | https://pornve.com/wx18cbw4z5op/Eliza_Ibarra_-_Cucked_At_The_Carnival.html | 2676481 - Cucked At The Carnival | |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/wx32gsfepd85/Emily_Willis_-_Practice_Makes_A_Perfect_Slut.html | 3425323 - Practice Makes A Perfect Slut |
| pornve.com | Brazzers | https://pornve.com/wx89zf71ug1f/Katana_Kombat_JMac_-_Bathing_Beauty_-_Baby_Got_Boobs_-_Brazzers.html | 3359697 - Bathing Beauty |
| pornve.com | Brazzers | https://pornve.com/wx99xuncprl0/MilfsLikeItBig_19_07_17_Ava_Addams_No_Trespassing_XXX_SD.html | 3609564 - No Trespassing |
| pornve.com | Brazzers | https://pornve.com/wxbd5ujpovvt/Amber_Ivy_-_Ambers_Pantyhose.html | 10678 - Amber's Pantyhose |
| pornve.com | Brazzers | https://pornve.com/wxejhesrxzu5/Veruca_James_-_Lie_DICKtector.html | 8283 - Lie DICKtector |
| pornve.com | Brazzers | https://pornve.com/wxihskasnvvs/How_To_Take_A_Load_Brazzers.html | 9414 - How To Take A Load |
| pornve.com | Brazzers | https://pornve.com/wxmkyfuffuql/BRAZZERS_Big_tits_at_work_Phoenix_Marie.html | 6376 - Office 4-Play III |
| pornve.com | Brazzers | https://pornve.com/wxwbz28qonau/Savannah_Fox_-_Naughty_Knots.html | 7978 - Naughty Knots |
| pornve.com | Brazzers | https://pornve.com/wxwmvz3wog4m/big_tits_at_work_brazzers_nicolette_shea_keiran_lee_business_with_pleasure.html | 10682 - Business With Pleasure |
| pornve.com | Brazzers | https://pornve.com/wxy0k6uzaenu/Devon_Lee_-_I_Can_Fuck_My_Way_Out_Of_It.html | 6635 - I Can Fuck My Way Out Of It |
| pornve.com | Brazzers | https://pornve.com/wxy5nl5cw4yo/MGB_Ava_Addams.html | 8031 - Closed for Repairs |
| pornve.com | Brazzers | https://pornve.com/wy0ewezjk0x6/Free_Anal_-_3.html | 10178 - Free Anal 3 |
| pornve.com | Reality Kings | https://pornve.com/wy175fiq0dmb/Voodoo__Ava_Adams.html | 8300 - Pleasure Curves |
| pornve.com | Brazzers | https://pornve.com/wy5roetmvl0y/Chanel_Preston_Danny_D_-_Round_Two.html | 10043 - Anal Is A Girl's Best Friend |
| pornve.com | Reality Kings | https://pornve.com/wy63kg1a8efv/Ashlynn_Brooke_Clubbing_In_The_VIP_2_For_1_Pink_Ashlynn_Brooke_Up_Skirt.html | 5522 - 2 For 1 Pink |
| pornve.com | Brazzers | https://pornve.com/wy5ilvzqr08t/Peeping_Stepson_Rebecca_Jane_Smyth_Jordi_El_Nio_Polla.html | 2412433 - Peeping Stepson |
| pornve.com | Brazzers | https://pornve.com/wyachxoaqbjg/Brandi_Love_-_Cleaning_Up_His_Mess.html | 11175 - Cleaning Up His Mess |
| pornve.com | Reality Kings | https://pornve.com/wydcq5ds6xve/Alexa_Nikki_Sammie_Rhodes_-_Chick_Flick.html | 10761 - Chick Flick |
| pornve.com | Reality Kings | https://pornve.com/wyf2r5zd5cgi/Valentina_Jewels_Wet_And_Wild_Staycation.html | RK at Home |
| pornve.com | Brazzers | https://pornve.com/wyfjgatjvi9m/Dee_Dee_Lynn_Lezley_Zen_-_Lets_Work_It_Out_Together.html | 8339 - Let's Work It Out Together |
| pornve.com | Brazzers | https://pornve.com/wylht68o9f1r/Brazzers_-_cherie_deville_and_chloe_cherry_ill_show_you_how_its_done_momsincontrol_threesome.html | 3796234 - I'll Show You How It's Done |
| pornve.com | Brazzers | https://pornve.com/wygk6oe2xnx1/Missy_Martinez_-_Ride_That_Ass.html | 8216 - Ride That Ass |
| pornve.com | Brazzers | https://pornve.com/wys6iwzzquwb/Nicolette_Shea_-_ZZ_Kenfucky_Derby.html | 2843582 - ZZ Kenfucky Derby |
| pornve.com | Brazzers | https://pornve.com/wyts6wkf7g7y/Brooke_Wylde_-_Born_To_Be_Wylde.html | 8002 - Born To Be Wylde |
| pornve.com | Brazzers | https://pornve.com/wyvhyl0fzdt9/Queen_Of_Thrones_Part_1.html | 10506 - Queen Of Thrones: Part 1 |
| pornve.com | Brazzers | https://pornve.com/wyvqkk5hg6/Ryan_Keely_-_Product_Placement_In_Her_Pussy.html | 2676474 - Product Placement In Her Pussy |
| pornve.com | Brazzers | https://pornve.com/wyvnr9zvpt33/Katrina_Jade_Xander_Corvus_-_Drive_Me_Wild_-_Pornstars_Like_It_Big_-_Brazzers.html | 3114987 - Drive Me Wild |
| pornve.com | Brazzers | https://pornve.com/wywc893xdy5f/ham_20_03_10_ariella_ferrera_and_vina_sky_scissoring_rivalry.html | 3796413 - Scissoring Rivalry |
| pornve.com | Brazzers | https://pornve.com/wyz3y5jbk8g/Ella_Knox_Aira_Noir_-_Healthy_Competition.html | 3648229 - Healthy Competition |
| pornve.com | Brazzers | https://pornve.com/wz0ebckufggj/Lexi_Luna_Lucas_Frost_-_The_Boy_Toy_Deluxe_-_Brazzers_Exxtra_-_Brazzers.html | 3330595 - The Boy Toy Deluxe |
| pornve.com | Brazzers | https://pornve.com/wz2po7nlorvk/Teen_Latina_Janice_Griffith_Anal_Quickie_Creepy_Fagot.html | 10373 - Anal Quickie With Teenie Janice! |
| pornve.com | Brazzers | https://pornve.com/wz5kcq2c99r2/Bridgette_B_-_You_Asked_Whore_It.html | 5697 - You Asked Whore It |
| pornve.com | Brazzers | https://pornve.com/wz6mhp7x6kj1/Eliza_Ibarra_Keiran_Lee_-_Diving_For_A_Good_Dicking_-_Baby_Got_Boobs_-_Brazzers.html | 2947201 - Diving for a Good Dicking |
| pornve.com | Brazzers | https://pornve.com/wza2wn82ydhm/Brazzers_-_Buttsex_Next_To_Bubby_Brazzers_Pornstars_Like_It_Big_Lena_Paul_Xander_Corvus_Blonde_.html | 2439763 - Buttsex Next To Bubby |
| pornve.com | Brazzers | https://pornve.com/wzddqv9a8772/Abella_Danger_Yoga_Freaks_Episode_One.html | 9564 - Yoga Freaks: Episode One |
| pornve.com | Brazzers | https://pornve.com/wzhj2nbsjizg/Aubrey_Addams_-_Maligned_Date.html | 6323 - Maligned Date |
| pornve.com | Brazzers | https://pornve.com/wzj7gq0kj4q/Brazzers_-_Naughty_Cali_Carter_sucked_and_fucked_the_hottest_guy_in_school_.html | 10345 - Cum Credits |
| pornve.com | Brazzers | https://pornve.com/wzj4mk75cg2/Sofi_Ryan_Keiran_Lee_-_Late_Nut_Encounter_-_Real_Wife_Stories_-_Brazzers.html | 3425419 - Late Nut Encounter |
| pornve.com | Brazzers | https://pornve.com/wzm92iux3df/Luna_Rival_-_The_Teen_In_The_Tub.html | 10434 - The Teen in the Tub |
| pornve.com | Brazzers | https://pornve.com/wzozxreu2ckm/_ZZ_Lemonade_Dani_Daniels_.html | 9764 - ZZ Lemonade: Dani Daniels |
| pornve.com | Brazzers | https://pornve.com/wzpphrut6qf3/The_Voyeur_Next_Door_-_Part_4.html | 3722157 - The Voyeur Next Door: Part 4 |
| pornve.com | Brazzers | https://pornve.com/wzs1z0pg04k6/Gianna_Dior_-_Breaking_In_The_Ballerina.html | 3460052 - Breaking In The Ballerina |
| pornve.com | Brazzers | https://pornve.com/wztga0vzg1mn/Katie_St_Ives_-_The_Milking_Massager.html | 8252 - The Milking Massager |
| pornve.com | Brazzers | https://pornve.com/wzw6pe2ev2da/Alexis_Fawx_Keiran_Lee_-_Day_With_A_Pornstar_Alexis_Fawx_-_Day_With_A_Pornstar_-_Brazzers.html | 3924284 - Day With A Pornstar: Alexis Fawx |
| pornve.com | Brazzers | https://pornve.com/x009elyuqo6b/Kendall_Woods_-_Get_Well_Poon.html | 10252 - Get Well Poon |
| pornve.com | Brazzers | https://pornve.com/x00fbm0iznbv/Sophie_Dee_-_The_Sexorcist.html | 5974 - The Sexorcist |
| pornve.com | Brazzers | https://pornve.com/x03v5l1zep75/Nikita_Von_James_-_Revenge_On_A_Gold_Digging_Slut.html | 5517 - Revenge on a Gold Digging Slut |
| pornve.com | Brazzers | https://pornve.com/x03wdg5x44u5/Lena_Paul_-_On_The_Sidelines_On_Her_Knees.html | 11177 - On The Sidelines  On Her Knees |
| pornve.com | Brazzers | https://pornve.com/x04a5v0nvonf/Abella_Danger_-_Big_Booty_Balling.html | 10491 - Big Booty Balling |
| pornve.com | Reality Kings | https://pornve.com/x05s2lwgwhzj/Jasmine_Jae_Jordi_El_Nio_Polla_-_What_Is_In_Your_Luggage_-_Milf_Hunter_-_Reality_Kings.html | 3128113 - What Is In Your Luggage |
| pornve.com | Brazzers | https://pornve.com/x07iytatpokr/Angela_White_-_The_Magicians_Ass-istant.html | 11082 - The Magician's Ass-istant |
| pornve.com | Brazzers | https://pornve.com/x07j8l0y7fbr/Kiki_Minaj_Danny_D_-_Organic_Orgasms_-_Brazzers_Exxtra.html | 2911122 - Organic Orgasms |
| pornve.com | Brazzers | https://pornve.com/x0aorxhb5e3q/Holly_Halston_-_Balls_Of_Fire.html | 4841 - Balls of Fire |
| pornve.com | Brazzers | https://pornve.com/x0c3aum5iaqq/ZZ_Sneakshot_Superstars_Moriah_Mills_Nicolette_Shea_Keiran_Lee.html | 2309036 - ZZ Sneakshot Superstars |
| pornve.com | Brazzers | https://pornve.com/x0cgzmw7zt38/Sarah_Vandella_-_Only_One_Way_To_Save_The_Store.html | 5444 - Only one way to save the store! |
| pornve.com | Brazzers | https://pornve.com/x0pnsw1qgl6y/Abella_Danger_Scott_Nails_Blonde_Blowjob_Pornstar.html | 3594607 - Caught Up In Abella |
| pornve.com | Brazzers | https://pornve.com/x0r6ec7klq2/Holly_Hendrix_-_My_Mean_Sugar_Daddy.html | 10336 - My Mean Sugar Daddy |
| pornve.com | Brazzers | https://pornve.com/x0siihc1qir7/DayWithAPornstar_-_Joanna_Angel_Getting_Joanna_Out_Of_The_Shower.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Reality Kings | https://pornve.com/x112g1z856n3/My_mom_Aaliyah_Love_spies_as_my_boyfriend_fucks_my_pussy.html | 14111 - Aaliyah Knows Best |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/x1189htmlrpx/Brazzers_MommyGotBoobs_Julia_Ann_My_Conjugal_Stepmother_NEW_Early_Release_July_23_2017.html | 10807 - My Conjugal Stepmother |
| pornve.com | Brazzers | https://pornve.com/x11v165w1jyk/Moriah_Mills__Nicolette_Shea_-_ZZ_Sneakshot_Superstars.html | 2309036 - ZZ Sneakshot Superstars |
| pornve.com | Brazzers | https://pornve.com/x12lgbav6ic6/Abigail_Mac_Tyler_Nixon_-_A_Dose_Of_Dirty_Discipline_-_Big_Tits_At_School_-_Brazzers.html | 3314363 - A Dose of Dirty Discipline |
| pornve.com | Brazzers | https://pornve.com/x183dic9bykl/Alexis_Fawx_-_Independence_Lay.html | 3458886 - Independence Lay |
| pornve.com | Brazzers | https://pornve.com/x189f6ihavwj/Christie_Stevens__Dayna_Vendetta_-_Dick_For_Dance.html | 6602 - Dick for Dance |
| pornve.com | Brazzers | https://pornve.com/x1bmhux98zq0/Veronica_Vain_-_Fucking_With_A_Vampire.html | 9194 - Fucking With A Vampire |
| pornve.com | Brazzers | https://pornve.com/x1ce95fs55bt/Abbey_Brooks_-_Language_Banguage.html | 6503 - Language Banguage |
| pornve.com | Brazzers | https://pornve.com/x1cgouk48c5w/Jessie_Volt_-_A_Glass_Of_Bubbly_Butt.html | 9576 - A Glass of Bubbly Butt |
| pornve.com | Brazzers | https://pornve.com/x1duhc0nvd6t/Madison_Ivy_-_The_Butler_Did_It.html | 3170683 - The Butler Did It |
| pornve.com | Brazzers | https://pornve.com/x1jgf4rub60v/New_Cali_Carter_Hard_Fuck_Big_Tits_In_Sports.html | 10042 - Cali's Special Workout |
| pornve.com | Brazzers | https://pornve.com/x1jj7jx83o2f/Cindy_Hope__Madison_Scott_-_Yoga_Photoshoot_injected_With_Meat.html | 4094 - Yoga Photoshoot injected with meat |
| pornve.com | Reality Kings | https://pornve.com/x1lpheb98lj8/Jessica_Big_Tittied_Blond_Girl_Gets_Fucked_Like_I_Just_Said.html | 940 - All Natural |
| pornve.com | Brazzers | https://pornve.com/x1nnbu73i0r2/Brazzers-_Stunning_milf_Veronica_Avluv_pays_the_doctor_a_visit_.html | 10477 - Mom Visits Doc |
| pornve.com | Brazzers | https://pornve.com/x1rw6iszpr4m/Kat_Dior__Krissy_Lynn_-_Wax_On_Wax_Off.html | 11109 - Wax On  Wax Off |
| pornve.com | Reality Kings | https://pornve.com/x1s1eogzfq97/fondling_peta_annika_albrite_friendly_glasses_threeseorne_blow_job_big_tits_blow_job_gorgeous_girl_big_ass_pawg_peta_jensen_annika_albrite_friendly_fondling_cfnm_blowjob_Category_.html | 13240 - Friendly Fondling |
| pornve.com | Brazzers | https://pornve.com/x1twgf6uu06t/Kayla_Kayden_-_Busty_Blondes_Ball_Handling_Lesson.html | 8446 - Busty Blonde's Ball Handling Lesson |
| pornve.com | Reality Kings | https://pornve.com/x1vi9a4jvp27/Jolee_Love_Alex_Legend_-_Unzippable_Pleasures_-_Monster_Curves_-_Reality_Kings.html | 3403811 - Unzippable Pleasures |
| pornve.com | Brazzers | https://pornve.com/x1vtr8qvcytl/Gaia_-_Fraternizing_With_the_Enemy.html | 6189 - Fraternizing with the Enemy |
| pornve.com | Brazzers | https://pornve.com/x20vd500238a/Holly_Mandy_My_Girlfriends_Phat_Ass_Roomate_Thats_The_Way_We_Do_It_005_Holly_Hendrix_And_Mandy_Muse.html | 10436 - My Girlfriend's PHAT Ass Roommate |
| pornve.com | Brazzers | https://pornve.com/x1w1btu00ma/Pornstar_Go_Alexa_Tomas_Ella_Hughes.html | 10129 - Pornstar GO XXX Parody |
| pornve.com | Brazzers | https://pornve.com/x23re3mwoup2/Abella_Danger_Brandi_Love_-_Neighborly_Love_Motorbunny_Edition_-_Brazzers_Exxtra_-_Brazzers.html | 3043510 - Neighborly Love: Motorbunny Edition |
| pornve.com | Brazzers | https://pornve.com/x2551ke98z3i/Eva_Notty_-_Lesbian_Groupsex.html | 9781 - There Goes The Neighborhood Scoundrel |
| pornve.com | Brazzers | https://pornve.com/x28jje0fps7/Syren_De_Mer_-_Youre_A_Man_Now_Johnny.html | 7097 - You're a Man Now  Johnny |
| pornve.com | Brazzers | https://pornve.com/x29ofwxvf6hh/Brooklyn_Chase_-_Brooklyns_Big_Icy_Tits.html | 7571 - Brooklyn's Big Icy Tits |
| pornve.com | Brazzers | https://pornve.com/x2ag7hy9djry/Switching_Lives_-_Part_2.html | 2676478 - Switching Lives Pt. 2 |
| pornve.com | Brazzers | https://pornve.com/x2c0hwr0tvgl/Jessica_Lynn_-_House_Of_Sluts_-_1.html | 4477 - House of Sluts: Chapter 1 |
| pornve.com | Brazzers | https://pornve.com/x2cc3p3zbxhm/Abbey_Brooks_Alexis_Ford_Amy_Brooke_Tasha_Reign.html | 9741 - BRAZZERS LIVE 34: BIGGER & BLONDER |
| pornve.com | Reality Kings | https://pornve.com/x2h3424mi5hh/MomsBangTeens_-_Kirsten_Lee_Jamie_Valentine-Sexy_Seductress.html | 14626 - Sexy Seductress |
| pornve.com | Brazzers | https://pornve.com/x2hfd3qumqmg/Jessica_Jaymes_-_Take_Up_Thy_Stethoscope_And_Fuck.html | 5590 - Take Up Thy Stethoscope And Fuck! |
| pornve.com | Brazzers | https://pornve.com/x2izggemxdpk/Thanksgiving_Fuckfeast_.html | 9337 - Thanksgiving Fuckfeast |
| pornve.com | Brazzers | https://pornve.com/x2jax46nkpjg/Corinna_Blake_-_The_Pussy_In_My_Pool.html | 9078 - The Pussy In My Pool |
| pornve.com | Brazzers | https://pornve.com/x2ma9fj43wb/Kyler_Quinn_Studying_Her_Pussy.html | 4419877 - Studying Her Pussy |
| pornve.com | Brazzers | https://pornve.com/x2o8rr6txwvd/Nina_Milano_Xander_Corvus_-_Treat_My_Wife_Right_-_Dirty_Masseur_-_Brazzers.html | 3768275 - Treat My Wife Right |
| pornve.com | Brazzers | https://pornve.com/x2qif1i1kn04/Shyla_Stylez_-_Hidden_Slut.html | 6075 - Hidden Slut |
| pornve.com | Brazzers | https://pornve.com/x2rjbnudodp/Petite_Princess_Eve_-_Out_Like_A_Light.html | 3796235 - Out Like A Light |
| pornve.com | Brazzers | https://pornve.com/x2sel7ydvpai/Rachel_Starr_-_Workout.html | 6900 - Rachel Starr's Workout |
| pornve.com | Brazzers | https://pornve.com/x2wnuv4dhhzr/RealWifeStories_-_Monique_Alexander_Tearing_Up_Her_Rug.html | 9716 - Tearing Up Her Rug |
| pornve.com | Brazzers | https://pornve.com/x2yp96x5xv4w/Nikita_Von_James_-_How_To_Win_Friends_And_Get_Fucked.html | 6678 - How to Win Friends and Get Fucked |
| pornve.com | Brazzers | https://pornve.com/x2uxj0jaatu/Sativa_Rose_-_Alex_Bigrodus.html | 4040 - Alex Bigrodus |
| pornve.com | Reality Kings | https://pornve.com/x31dj9lsy2tk/FirstTimeAuditions_-_Aspen_Rose_Amazing_Aspen.html | 2368543 - Amazing Aspen |
| pornve.com | Brazzers | https://pornve.com/x34fyyvh77q0/BrazzersExxtra_-_Lana_Rhoades_Pussy_Prog.html | 2819558 - Pussy Pong |
| pornve.com | Brazzers | https://pornve.com/x34k5w8d7ujj/Brazzers_My_Blindfolded_Stepmom.html | 2432377 - My Blindfolded Stepmom |
| pornve.com | Brazzers | https://pornve.com/x34u6rr8qr6/Alexis_Fawx_-_Brooklyn_Chase_-_Nailing_Ms_Chase_-_Part_2.html | 9483 - Nailing Ms. Chase: Part Two |
| pornve.com | Brazzers | https://pornve.com/x3gtah6ujrsj/Capri_Cavanni__Riley_Evans_-_Bound_To_Lez_Out.html | 6819 - Bound To Lez Out |
| pornve.com | Reality Kings | https://pornve.com/x3inlivx151d/MikesApartment_-_Nikky_Dream_One_Night_Only_12_28_16.html | 15185 - One Night Only |
| pornve.com | Brazzers | https://pornve.com/x3ipy8iwsdx8/Ashley_Adams_Markus_Dupree_-_Fix_Me_A_Snack_-_Brazzers_Exxtra_-_Brazzers.html | 2945917 - Fix Me A Snack |
| pornve.com | Brazzers | https://pornve.com/x3l4tct15793/Rikki_Six_and_Keiran_Lee_Ass_Maid.html | 6762 - Chores for a Whore |
| pornve.com | Brazzers | https://pornve.com/x3n7i4spwco7/Georgie_Lyall_Danny_D_-_Date_Swap_-_Milfs_Like_It_Big_-_Brazzers.html | 3114769 - Date Swap |
| pornve.com | Brazzers | https://pornve.com/x3rxn8a3q6ou/Jackie_Daniels_-_Orally_Fixated.html | 5775 - Orally Fixated |
| pornve.com | Brazzers | https://pornve.com/x41121c4y5qn/Keisha_Grey_-_The_Resident_Slut_-_Part_2.html | 8826 - The Resident Slut: Part Two |
| pornve.com | Brazzers | https://pornve.com/x42f5mdw2njr/Family_Affair_PT2_Monique_Alexander0_Mya_34_Top_Rated_Porn_Video_Of_Today_45_Most_Played_Porn_Video_Of_Today_127_Top_Rated_Porn_.html | 10542 - A Family Affair 2 - Part One |
| pornve.com | Brazzers | https://pornve.com/x42ykbpl05tf/Celeste_Star__Layla_Rose_-_Hot_Mean_Presents_Mofos_JUGGcuzzi_Lesbians.html | 6732 - Hot & Mean Presents Mofos JUGGcuzzi Lesbians |
| pornve.com | Brazzers | https://pornve.com/x44kapdlgvar/Carolina_Cortez_-_The_More_Carolina_The_Better.html | 2409997 - The More Carolina The Better! |
| pornve.com | Brazzers | https://pornve.com/x49x7i6ca6bs/Cory_Chase_-_The_Coachs_Wife.html | 11117 - The Coach's Wife |
| pornve.com | Reality Kings | https://pornve.com/x4ipiejqpoi0/MomsBangTeens_Sydney_Cole_Cassandra_Cain_Super_Sydney_-_01_08_16.html | 14692 - Super Sydney |
| pornve.com | Brazzers | https://pornve.com/x4nnzyh70thf/Dillion_Harper__Rachel_Starr_-_The_Submissive_Stripper.html | 10496 - The Submissive Stripper |
| pornve.com | Brazzers | https://pornve.com/x4oirfh24grm/Christie_Stevens_-_The_Dewey_Cocks_Story_-_Part_2.html | 6858 - Dewey Cocks part 2: Backstage Booty |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/x4rdrp5fwxvi/Aiden_Starr_-_Asking_For_Her_Blessing.html | 6528 - Asking for her Blessing |
| pornve.com | Brazzers | https://pornve.com/x4rvgvbed63a/Alura_Jenson__Joslyn_James_-_MILF_Wars.html | 3010080 - MILF Wars |
| pornve.com | Brazzers | https://pornve.com/x52ovaghkk7s/Bethany_Benz_-_The_Perfect_Set.html | 9361 - The Perfect Set |
| pornve.com | Brazzers | https://pornve.com/x589ulb304sj/Isis_Love_-_The_Headshot.html | 10305 - The Headshot |
| pornve.com | Brazzers | https://pornve.com/x591b4k300hz/Tia_Cyrus_My_Phys_Ed_Teacher_Fucked_My_Tits.html | 9321 - My Phys Ed Teacher Fucked My Tits |
| pornve.com | Brazzers | https://pornve.com/x5cj4ihpw9f1/Ashly_Anderson_-_Post-Workout_Smoothie.html | 2365490 - Post-Workout Smoothie |
| pornve.com | Brazzers | https://pornve.com/x5f6dkocf8wi/Becky_Bandini_-_A_Slippery_Situation.html | 3878729 - A Slippery Situation |
| pornve.com | Brazzers | https://pornve.com/x5g2q26lfd77/diamond_jackson_and_jasmine_webb_squirt_in_the_teachers_office_ebony_squirt_battle_diamond_jackson_jasmine_webb.html | 8463 - Squirt Off 2014 |
| pornve.com | Brazzers | https://pornve.com/x5g4rcqc4bid/Taylor_Wane_-_Plaster_Penis.html | 5807 - Plaster Penis |
| pornve.com | Brazzers | https://pornve.com/x5kkabtsaeo7/August_Ames_-_ReStockings.html | 9748 - ReStockings |
| pornve.com | Brazzers | https://pornve.com/x5n4c6jldf0c/Katie_Jordin_-_Fuck_Me_Or_Im_Telling.html | 5729 - Fuck Me Or I'm Telling |
| pornve.com | Brazzers | https://pornve.com/x5tz4wrmaszm/Katie_Kush_-_Fuck_From_Experience.html | 3896126 - Fuck From Experience |
| pornve.com | Brazzers | https://pornve.com/x5vuwb9b59s4/Anissa_Kate_-_Sofa_So_Good.html | 6983 - Sofa So Good |
| pornve.com | Brazzers | https://pornve.com/x5wjwbsbfwmb/Rachel_Starr_-_Chastity_Chase.html | 2892888 - Chastity Chase |
| pornve.com | Brazzers | https://pornve.com/x612hkzdxcw6/Brooke_Brand__McKenzee_Miles_-_Tiny_Dancers.html | 4778 - Tiny Dancers |
| pornve.com | Brazzers | https://pornve.com/x646xd29qljn/bwb_20_03_11_vicki_chase_domasstic_maintenance.html | 3829163 - Domasstic Maintenance |
| pornve.com | Brazzers | https://pornve.com/x6568nq4mh7e/RayVeness__Tessa_Lane_-_Your_Horny_Neighborhood_Lesbian.html | 7106 - Your Horny Neighborhood Lesbian |
| pornve.com | Brazzers | https://pornve.com/x6epfrp886t3/Joanna_Angel_-_Is_He_Gonna_Cheat_Again.html | 3359606 - Is He Gonna Cheat Again? |
| pornve.com | Brazzers | https://pornve.com/x6nrdvt7mr0h/MomsInControl_-Ava_Addams_Gianna_Dior_-Mother_Daughter_Boning.html | 3226134 - Mother Daughter Boning |
| pornve.com | Brazzers | https://pornve.com/x6pi6grrvt2a/Brazzers_-_Candi_Kayne_A_View_Of_The_English_Cuntryside.html | 2676452 - A View of the English Cuntryside |
| pornve.com | Brazzers | https://pornve.com/x6r0x4shnp4q/Jayme_Langford__Valerie_Rios_-_Youre_My_Bitch_Now.html | 4737 - You're My Bitch Now |
| pornve.com | Brazzers | https://pornve.com/x6to8e8wu5md/Alena_Croft_Xander_Corvus_-_But_Her_Mom_Will_-_Mommy_Got_Boobs_-_Brazzers.html | 3925182 - But Her Mom Will |
| pornve.com | Brazzers | https://pornve.com/x7278d98zva4/Lana_Rhodes_Brazzers_Anal_Excersize_Ball.html | 2652842 - Exercise Balling |
| pornve.com | Brazzers | https://pornve.com/x78k9agzes2/Carly_Rae_Danny_D_-_Getting_Fucked_On_My_Side_-_Brazzers_Exxtra_-_Brazzers.html | 3917977 - Getting Fucked On My Side |
| pornve.com | Brazzers | https://pornve.com/x78u1uqddda/Bridgette_B_-_The_Butt_Plug_Burglar.html | 2676471 - The Butt Plug Burglar |
| pornve.com | Reality Kings | https://pornve.com/x7d721bxhnzr/8thStreetLatinas_Sophia_Leone_Hot_Slut_Next_Door.html | 2235570 - Hot Slut Next Door |
| pornve.com | Brazzers | https://pornve.com/x7i1eantx781/Andy_San_Dimas_-_One_Fuck_Over_The_Nurses_Cunt.html | 5851 - One Fuck Over The Nurse's Cunt |
| pornve.com | Brazzers | https://pornve.com/x7i1u4q04ok2/Kailani_Kai_-_Bathing_With_Her_Boyfriend.html | 3796233 - Bathing With Her Boyfriend |
| pornve.com | Brazzers | https://pornve.com/x7i7d1faI1nx/Best_Of_Brazzer_Massage_Mania.html | 2945388 - I Want It Harder! |
| pornve.com | Brazzers | https://pornve.com/x7lbpjw7m1nx/Kaylani_Lei_-_Nothing_Goes_To_Waste.html | 9511 - Nothing Goes To Waste |
| pornve.com | Brazzers | https://pornve.com/x7pxnukjxgua/Charley_Chase_-_Johnny_Law_On_The_Chase.html | 4023 - Johnny Law on the Chase |
| pornve.com | Brazzers | https://pornve.com/x7qhvr0ktj57/Mason_Storm_-_Earthquake_Drill.html | Big Tits at School Vol. 6 |
| pornve.com | Brazzers | https://pornve.com/x7rolm1m2y2v/AJ_Applegate_-_Anal_Surprise_Party.html | 2360051 - Anal Surprise Party |
| pornve.com | Brazzers | https://pornve.com/x7wkgzl12xd3/Katana_Kombat_Keiran_Lee_-_Tap_Her_Tactically_-_Brazzers_Exxtra_-_Brazzers.html | 3359418 - Tap Her Tactically |
| pornve.com | Brazzers | https://pornve.com/x82ykccorm7n/Sky_Taylor_-_I_Hate_Big_Butts_And_They_Make_Me_Cry.html | 4039 - Fight Your Fears  Pound Those Rears! |
| pornve.com | Brazzers | https://pornve.com/x842cbiah115/Audrey_Bitoni_-_Audrey_Gets_the_Batter_Up.html | 8448 - Audrey Gets the Batter Up |
| pornve.com | Brazzers | https://pornve.com/x84q9oc4bxw7/Getting_Her_Happy_Ending.html | 2437978 - Getting Her Happy Ending |
| pornve.com | Brazzers | https://pornve.com/x8n2mpxf8b6/London_Keyes__Jessica_Jaymes_-_Masseuse_Muff_Munchers.html | 5966 - Masseuse Muff Munchers |
| pornve.com | Brazzers | https://pornve.com/x8pkdyvstufw/Liza_Del_Sierra_-_Astronomy.html | 2409996 - Astronomy |
| pornve.com | Brazzers | https://pornve.com/x8y38n4rw0oi/Shayla_Leveaux_-_My_Stepmoms_Panties.html | 9234 - My Stepmom's Panties |
| pornve.com | Brazzers | https://pornve.com/x8yn3woikv2r/Eva_Notty_-_There_Goes_The_Neighborhood_Scoundrel.html | 9781 - There Goes The Neighborhood Scoundrel |
| pornve.com | Brazzers | https://pornve.com/x91u4jd78iek/Brazzers_-_Anny_Aurora_Virgin_Birthday.html | 2676448 - Virgin Birthday |
| pornve.com | Brazzers | https://pornve.com/x9290h7t4k7g/Brazzers-_gianna_dior_just_keep_going_brazzersexxtra.html | 3334688 - Just Keep Going! |
| pornve.com | Brazzers | https://pornve.com/x94tzz1jdy9t/Bella_Rolland_LaSirena69_Keiran_Lee_-_Disciplining_Their_Sugar_Daddy_-_Brazzers_Exxtra_-_Brazzers.html | 3456820 - Disciplining Their Sugar Daddy |
| pornve.com | Brazzers | https://pornve.com/x9hi4mz10f3j/Madison_Ivy_-_Revel_In_A_Blue_Dress.html | 3966502 - Revel In A Blue Dress |
| pornve.com | Brazzers | https://pornve.com/x9ho4pjqt24m/Abigail_Mac_Xander_Corvus_-_Horny__Dangerous_Life_On_The_Lam_-_Pornstars_Like_It_Big.html | 2672975 - Horny & Dangerous: Life On The Lam |
| pornve.com | Brazzers | https://pornve.com/x9hr5evdvlsf/Alexis_Texas_-_Dr_Seduction.html | 4941 - Dr. Seduction |
| pornve.com | Brazzers | https://pornve.com/x9is2bkt7y3i/Brazzers_Lay_Me_Off.html | 8639 - Lay Me Off |
| pornve.com | Brazzers | https://pornve.com/x9k0rw6zga2z/Tricia_Oaks_-_Wam_Slam_Up_The_Bam_Bam.html | 4071 - WAM SLAM up the BAM BAM |
| pornve.com | Brazzers | https://pornve.com/x9loxq0pe7s9/Jessa_Rhodes_-_Jewel_Of_The_Pool.html | 3768279 - Jewel Of The Pool |
| pornve.com | Brazzers | https://pornve.com/x9m2dn6jtpkx/Marica_Hase_-_Big_In_Japan.html | 6974 - Big in Japan |
| pornve.com | Brazzers | https://pornve.com/x9oog0txpg93/Nicolette_Shea_-_Can_You_Fix_My_Wi-Fi.html | 11075 - Can You Fix My Wi-Fi? |
| pornve.com | Brazzers | https://pornve.com/x9rlatmmalpp/Bree_Olson_-_One_On_One_With_Bree_Olson.html | 5508 - One on One with Bree Olson |
| pornve.com | Brazzers | https://pornve.com/x9sz73xzth1b/Rachel_Starr_-_Hot_Porn_Star_Fucks_At_A_Sex_Shop.html | 5397 - Hot Porn Star Fucks At A Sex Shop |
| pornve.com | Brazzers | https://pornve.com/xa200eu0f5eb/Rachel_Roxxx_-_Cant_Get_Enough.html | 9342 - Can't Get Enough |
| pornve.com | Brazzers | https://pornve.com/xa366e93w9ko/Roberta_Gemma_-_Banging_The_Art_Teacher.html | 5700 - Banging the Art Teacher |
| pornve.com | Brazzers | https://pornve.com/xa504njxcngz/Brazzers_-_Hands-On_Learning.html | 10404 - Hands-On Learning |
| pornve.com | Reality Kings | https://pornve.com/xajokj46g9zu/GFRevenge_Super_cali.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/xakjy2mxfwg8/Teaching_Your_Tutor_To_Suck_Dick.html | 10096 - Teaching Your Tutor To Suck Dick |
| pornve.com | Brazzers | https://pornve.com/xaulwf13gjh1/Brazzers_-_Angela_White_Kagney_Linn_Karter_And_Phoenix_Marie_Dinner_For_Cheats.html | 1943514 - Dinner For Cheats |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/xav75nfdy5cb/Brazzers_Betty_cocker_Starring_Cory_Chase.html | 11003 - Betty Cocker |
| pornve.com | Reality Kings | https://pornve.com/xawicf86f19x/Michele_James_-_Huff_Puff_And_Blow_-_Big_Naturals_-_Reality_Kings.html | 3348869 - Huff Puff And Blow |
| pornve.com | Brazzers | https://pornve.com/xazxphmp99ni/Anal_Breaking_and_Entering_-_Alina_West_Mark_Ashley.html | 8860 - Anal Breaking and Entering |
| pornve.com | Brazzers | https://pornve.com/xb2a2vnx0dh/Brazzers_Live_-_8.html | 9651 - BRAZZERS LIVE 8: MILFY XXXMAS |
| pornve.com | Brazzers | https://pornve.com/xb2z8geb0zb3/_Dollars_For_Inches_-_Brazzers_.html | 9522 - Dollars For Inches |
| pornve.com | Brazzers | https://pornve.com/xbeig0ll9qdx/Alura_Jenson_Testing_My_Son_In_Law.html | 8269 - Testing My Son In Law |
| pornve.com | Brazzers | https://pornve.com/xbkw40k1i8n7/Madison_Ivy_You_Are_Not_Nurse.html | 6494 - You're no Nurse |
| pornve.com | Brazzers | https://pornve.com/xbpons7e0z54/TOP_BEST_STRAIGHT_movies_online_04_June_2018_top_teen_TOTV_ORG_top_sexy_hqtv_gir.html | 10268 - College Dreams |
| pornve.com | Reality Kings | https://pornve.com/xbsfrzn2mdnl/WeLiveTogether_-_Ally_Tate_Alexis_Deen_Pussy_Pops_XXX_NEW_21_July_2016.html | 14740 - Pussy Pops |
| pornve.com | Brazzers | https://pornve.com/xbwb9jcjhrk7/Kelsi_Monroe_-_Kelsi_Monroes_Juicy_Booty.html | 8458 - Kelsi Monroe's Juicy Booty |
| pornve.com | Brazzers | https://pornve.com/xbwlbqg7ukbf/Morgan_Ray_-_How_To_Handle_Your_Students_101.html | 7009 - How To Handle Your Students: 101 |
| pornve.com | Brazzers | https://pornve.com/xc36nysdjhmo/Bridgette_B_-_Intimate_Seance.html | 5653 - Intimate Seance with Bridgette B |
| pornve.com | Brazzers | https://pornve.com/xcaboc8up5br/BrazziBots_-_Part_2.html | 2972954 - BrazziBots: Part 2 |
| pornve.com | Reality Kings | https://pornve.com/xcfnra2hirn8/RKPrime_19_07_17_Lea_Lexis_Fucktastic_Gymnastics_XXX_SD.html | 2893977 - Fucktastic Gymnastics |
| pornve.com | Brazzers | https://pornve.com/xcgfbkbj6m7v/Scarlett_Johansson_Worldwide_Boob_Show_DeepFake.html | 6329 - Bangin Hot Blonde |
| pornve.com | Brazzers | https://pornve.com/xcgrw0jcpzzu/Claudia_Valentine_-_Swallow_My_Winning_Tiger-Sperm_Of_Truth.html | 5533 - Swallow My Winning Tiger-Sperm Of Truth! |
| pornve.com | Brazzers | https://pornve.com/xch1dccl4k6u/Audrey_Bitoni_-_Unfinished_Business.html | 3648730 - Unfinished Business |
| pornve.com | Brazzers | https://pornve.com/xcjr5zqbq6iw/Bonnie_Rotten_Small_Hands_-_He_Came_At_Night_Part_3_-_Brazzers_Exxtra_-_Brazzers.html | 2892714 - He Came At Night: Part 3 |
| pornve.com | Brazzers | https://pornve.com/xcntav0x9q4b/Ava_Addams_-_Pardon_Me_But_Your_Mouth_Is_On_My_Penis.html | 5077 - Pardon Me  But Your Mouth Is On My Penis |
| pornve.com | Reality Kings | https://pornve.com/xcsncod6cuis/Jenny_Sapphire_Mikes_Apartment_Cum_Inside.html | 14940 - Cum Inside |
| pornve.com | Brazzers | https://pornve.com/xczi5q4luyhb/Amy_Reid_-_I_Am_Cock.html | Pornstars Like it Big Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/xd0mj73hxbms/Aletta_Ocean_-_Alettas_Car_Wash.html | 5895 - Aletta's Car Wash |
| pornve.com | Brazzers | https://pornve.com/xd3g7hv7ia90/Carmel_Moore_-_The_Problem_With_Angels.html | Pornstars Like It Big Vol. 5 |
| pornve.com | Reality Kings | https://pornve.com/xd6vot4rvh32/Sydney_Leathers_-_Loving_Leather.html | 13584 - Loving Leather |
| pornve.com | Brazzers | https://pornve.com/xd7mhuh55462/Abigail_Mac_-_The_Hammer_Down_Rubdown.html | 3923525 - The Hammer Down Rubdown |
| pornve.com | Brazzers | https://pornve.com/xdg8lqvh9ns2/Brazzers_-_Karmen_Karma_Sign_My_Copy.html | 2676463 - Sign My Copy |
| pornve.com | Brazzers | https://pornve.com/xdm9bsevznfl/Demi_Sutra_Kira_Noir_-_Strap-On_Strap_Off.html | 3791942 - Strap-On  Strap Off |
| pornve.com | Brazzers | https://pornve.com/xdr1y420oynj/Sensory_Deprivation_Kayla_Kayden_Danny_Mountain_and_Keiran_Lee.html | 11214 - Sensory Deprivation |
| pornve.com | Brazzers | https://pornve.com/xdtoslm3z0dp/Peeping_At_The_Keyhole.html | 7450 - Peeping at the Keyhole |
| pornve.com | Brazzers | https://pornve.com/xdv36bt8lj6n/Tarra_White_-_Hairy_Punter_And_His_Enormous_Boner.html | 7589 - Hairy Punter and His Enormous Boner |
| pornve.com | Brazzers | https://pornve.com/xe17lehebshz/Paige_Turnah_-_Orifice_Space.html | 6112 - Orifice Space |
| pornve.com | Brazzers | https://pornve.com/xe5uhi0gv4pf/Elsa_Jean_Small_Ass_Small_Tits_Sex_Fuck_Gets_Fucked_By_Brother.html | 9518 - Big Surprise From Her Brother In Law |
| pornve.com | Brazzers | https://pornve.com/xe73rqiz8cy/Devon_Michaels_-_Office_Pranks_By_Office_Skanks.html | 5655 - Office Pranks By Office Skanks |
| pornve.com | Brazzers | https://pornve.com/xeau5b4yh7ci/Diamond_Kitty_-_Bad_Driver.html | 4353 - Bad Driver |
| pornve.com | Brazzers | https://pornve.com/xei2wyqypp4o/Natasha_Nice_-_Bathing_Boobies.html | 6796 - Bathing Boobies |
| pornve.com | Brazzers | https://pornve.com/xes73c5im2si/Sienna_Day_Danny_D_Jordi_El_Nino_Polla_-_Bed_And_Fuckfest_-_Brazzers_Exxtra_-_Brazzers.html | 3658332 - Bed And Fuckfest |
| pornve.com | Brazzers | https://pornve.com/xeunt85qpz3d/Rosemary_Radeva_-_Slutty_Slumber_Party.html | 7797 - Slutty Slumber Party |
| pornve.com | Brazzers | https://pornve.com/xex0s1c7o7hs/Jewels_Jade_-_A_Soldiers_Salute.html | 4557 - A Soldier's Salute |
| pornve.com | Brazzers | https://pornve.com/xey1niakckq5/julia_bond_bitchcraft_pornstarslikeitbig_3759_1_037_plays_published_on_1_day_ago_category_big_tits_pornstar_julia_bond_tags_big_boobs_julia_bond_tag_this_video.html | 6137 - Bitchcraft |
| pornve.com | Reality Kings | https://pornve.com/xf0rj6zmzdhu/Brianna_Bree_-_My_Stepmom_Just_Needs_A_Dick_-_Milf_Hunter_-_Reality_Kings.html | 3258430 - My Stepmom Just Needs A Dick |
| pornve.com | Brazzers | https://pornve.com/xf1cccep24pu/Korinas_Hot_Fun_In_The_Sun_-_Day_With_A_Pornstar_-_Korina_Kova.html | 4209605 - Korina's Hot Fun In The Sun |
| pornve.com | Brazzers | https://pornve.com/xf5btxbl8sh4w/DayWithAPornstar_-_Joanna_Angel_Joannas_Oily_Workout.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/xfa0hw0sbfcr/Monique_Alexander_-_Diva_Demands_Dick.html | 11059 - Diva Demands Dick |
| pornve.com | Reality Kings | https://pornve.com/xfaqfgwkqvdp/Moms_Bang_Teens_Perfect_pussy.html | 14735 - Perfect Pussy |
| pornve.com | Brazzers | https://pornve.com/xfc2zk2e0zr7/Karmen_Karma_-_The_BIGGER_The_Wetter.html | 8937 - The BIGGER  The Wetter |
| pornve.com | Brazzers | https://pornve.com/xffhte30fobe/A_Package_Deal_Britney_Amber.html | 2426773 - A Package Deal |
| pornve.com | Brazzers | https://pornve.com/xfhnfx3o376z/Maddling_Mother_In_Law.html | 9799 - Meddling Mother-In-Law |
| pornve.com | Brazzers | https://pornve.com/xfjscjtqctau/Alix_Lynx_-_Winners_Casting_Couch.html | 2464667 - Winner's Casting Couch |
| pornve.com | Brazzers | https://pornve.com/xfjtzeh3kny5/BrazziBots_Uprising_-_Part_3.html | 3389420 - Brazzibots: Uprising Part 3 |
| pornve.com | Brazzers | https://pornve.com/xfoueq5vjcnm/Jayden_Cole_Molly_Stewart_-_Gingervitis.html | 3648602 - Gingervitis |
| pornve.com | Brazzers | https://pornve.com/xfp4u08vzbou/Cali_Carter_-_First_Day_On_The_Job.html | 2635366 - First Day On The Job |
| pornve.com | Brazzers | https://pornve.com/xfs2owz8omtv/Asa_Akira_-_Whos_The_Boss_Now.html | 9972 - ¿QuiÃ©n es el Jefe Ahora? |
| pornve.com | Brazzers | https://pornve.com/xfx3zgeb6tr/Bounce_Her_Bailey_Brooke_Bill_Bailey.html | 10853 - Bounce Her |
| pornve.com | Brazzers | https://pornve.com/xfxncarx7tv/Shauna_Skye_Zoey_Taylor_-_From_Rags_To_Bitches.html | 9678 - From Rags To Bitches |
| pornve.com | Brazzers | https://pornve.com/xfyisc799bot/rws_18_05_27_nicole_aniston_happy_anniversary_darling.html | 2443723 - Happy Anniversary  Darling |
| pornve.com | Brazzers | https://pornve.com/xfzua1sw104k/Claudia_Valentine_-_You_Cant_Take_That_Maam.html | 4727 - You Can't Take That Ma'am |
| pornve.com | Brazzers | https://pornve.com/xg00nycqxd3v/brazzer_sex_xtra_brazzers_anna_bell_peaks_feli_city_feline_charles_der_atommy_gunn_blood_thirsty_biker_babes.html | 10728 - Bloodthirsty Biker Babes: Part 2 |
| pornve.com | Brazzers | https://pornve.com/xg14w4ap44nz/Sandra_Star_-_Have_You_Been_Served.html | 9674 - Have You Been Served? |
| pornve.com | Brazzers | https://pornve.com/xg3byhwx21s0/Holly_Halston_Lezley_Zen_-_2_Hens_And_A_Cock.html | 5651 - 2 Hens and a Cock |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/xg4sot4z8n5w/Heather_Vahn_The_Bigger_The_Better_Mommy_Issues_4.html | 10226 - The Bigger The Better |
| pornve.com | Brazzers | https://pornve.com/xg59q0wtnk1t/Guy_fucks_his_best_friend_s_wife_while_he_sleeps.html | 9890 - Sexo con el Ex es el Mejor |
| pornve.com | Brazzers | https://pornve.com/xgcfb9vud393/Katana_Kombat_Duncan_Saint_-_Wet_On_Her_Wedding_Day_-_Dirty_Masseur_-_Brazzers.html | 3609649 - Wet On Her Wedding Day |
| pornve.com | Reality Kings | https://pornve.com/xgcwzg69o0y2/Megan_Marx_Pulling_Off_A_Swap.html | 3424627 - Pulling Off A Swap |
| pornve.com | Reality Kings | https://pornve.com/xgg7rlz2q21z/Anya_Olsen_Slip_It_In_2S4.html | 13971 - Grip The Tip |
| pornve.com | Brazzers | https://pornve.com/xgjwsjnjjaq0/Abella_Danger_Carter_Cruise_-_Bet_Your_Ass.html | 9233 - Bet Your Ass |
| pornve.com | Brazzers | https://pornve.com/xgkwhhomsgte/Montana_Skye_-_Newcomer_Punts_Hot_Cunt.html | 4382 - Newcomer Punts Hot Cunt |
| pornve.com | Brazzers | https://pornve.com/xgmqnfjndhw5/Kalina_Ryu_-_Kalina_Loves_It_Rough.html | 9338 - Kalina Loves It Rough |
| pornve.com | Brazzers | https://pornve.com/xgnqvzlj2myc/Fuck_Christmas_-_Part_4.html | 2991874 - Fuck Christmas Part 4 |
| pornve.com | Brazzers | https://pornve.com/xgsaqbsu3mg7/Sammie_Spades_-_Goodnight_Ms_Spades.html | 5018 - Goodnight Ms. Spades |
| pornve.com | Brazzers | https://pornve.com/xgu7mka7yps/DoctorAdventures_Brazzers_Holly_Michaels_-_Doctors_Whore_ders.html | 9777 - Doctor's Whore-ders |
| pornve.com | Brazzers | https://pornve.com/xgv4mutzee2i/Brazzers_-_Karmen_Karma_Silhouette_Slam.html | 2847247 - Silhouette Slam |
| pornve.com | Brazzers | https://pornve.com/xh2q4xby2lbq/Jessica_Moore_-_Perturbed_Posterior.html | 4002 - Perturbed Posterior |
| pornve.com | Brazzers | https://pornve.com/xh5b5cp6s7vp/Chloe_Scott_-_Going_Through_A_Fucking_Phase.html | 11047 - Going Through A Fucking Phase |
| pornve.com | Brazzers | https://pornve.com/xh4i6ek35uo/Sophie_Dee_Eva_Notty_Johnny_Sins.html | 6923 - Acing the Interview |
| pornve.com | Brazzers | https://pornve.com/xhf1850l4mn6/Mackenzee_Pierce_-_Mime_Time.html | 6301 - Mime Time |
| pornve.com | Reality Kings | https://pornve.com/xhj0gil7vgcg/GFRevenge_Kissing_kennedy.html | 14389 - bikini body |
| pornve.com | Brazzers | https://pornve.com/xhk8175u572t/Babe_Kate_England_Anal_Blonde_.html | 10178 - Free Anal 3 |
| pornve.com | Brazzers | https://pornve.com/xhkrvxeig9xr/Alix_Lovell_-_Good_Moaning_Fellow_Students.html | 9800 - Good Moaning Fellow Students |
| pornve.com | Brazzers | https://pornve.com/xhnk0c1f4xfv/Nickey_Huntsman_Osa_Lovely_Jessy_Jones_Strip_Club_Surprise.html | 11128 - Strip Club Surprise |
| pornve.com | Brazzers | https://pornve.com/xhtap0woevds/Abella_Danger_And_Cassidy_Banks_Yoga_Freaks_Episode_Four.html | 9613 - Yoga Freaks: Episode Four |
| pornve.com | Reality Kings | https://pornve.com/xhwrnafbwntx/Skylar_Snow_-_Big_Titty_Bed_Creep_-_Big_Naturals_-_Reality_Kings.html | 3151688 - Big Titty Bed Creep |
| pornve.com | Brazzers | https://pornve.com/xhz2mkhnn9u/realwifestories_rachel_starr2.html | 9104 - This Was Your Idea |
| pornve.com | Brazzers | https://pornve.com/xhzhua14oda2/Goldie_-_Stealing_Little_Slut.html | 8994 - Stealing Little Slut |
| pornve.com | Brazzers | https://pornve.com/xi5i58xhagz1/Nina_Elle_-_City_Pussy_Meets_Country_Cock.html | 8833 - City Pussy Meets Country Cock |
| pornve.com | Reality Kings | https://pornve.com/xi5pgcyk8j7c/PornXRoundAndBrown_Sarah_Banks_Dance_With_Me.html | 2940348 - Dance With Me |
| pornve.com | Brazzers | https://pornve.com/xi8qa045x8cg/Sasha_Rose_Roommates_With_Anal_Benefits.html | 4419930 - Roommates With Anal Benefits |
| pornve.com | Brazzers | https://pornve.com/xibasbfjgvvld/Abella_Danger_Kira_Noir_-_Maid_For_A_Threesome.html | 3917913 - Maid For A Threesome |
| pornve.com | Brazzers | https://pornve.com/xifoci6524cx/Penny_Pax_-_Medical_Sexthics.html | 3402902 - Medical Sexthics |
| pornve.com | Brazzers | https://pornve.com/xijwk76jpi4k/Bridgette_B_-_Spanish_Doll_DP.html | 7763 - Spanish Doll DP |
| pornve.com | Reality Kings | https://pornve.com/xik7jh6go52h/Big_Naturals_Lena_Paul_Caught_In_The_Shower_Natural_Beauty.html | 14919 - Caught In The Shower |
| pornve.com | Brazzers | https://pornve.com/xioh86y4erub/Dyanna_Lauren_-_Mr_Too_Big.html | 7248 - Mr. Too Big |
| pornve.com | Brazzers | https://pornve.com/xip85ymazkzg5/A_Burglar_Fucked_My_Daughter_Brazzers.html | 10044 - A Burglar Fucked My Daughter |
| pornve.com | Brazzers | https://pornve.com/xiu9rxozy6ae/Brook_Page_Marsha_May_-_My_Boyfriends_Mom.html | 10089 - My Boyfriend's Mom |
| pornve.com | Reality Kings | https://pornve.com/xiwq4bz7vtc2/Jamie_Sky_Head_For_Success.html | 14410 - Head For Success |
| pornve.com | Brazzers | https://pornve.com/xixp123sdix7/Big_Tits_At_School_-_Exchange_of_Favors_-_04272015_-_Brazzers_Katrina_Jade_Big_Tits_At_School_Sc.html | 8660 - Exchange of Favors |
| pornve.com | Brazzers | https://pornve.com/xiy0lspde5pn/Vanilla_DeVille_-_Mothers_Day_Massage.html | 4804 - Mother's Day Massage |
| pornve.com | Reality Kings | https://pornve.com/xiyo2ivmy5cc/Autumn_Falls_Sean_Lawless_-_Going_Down_-_Sneaky_Sex_-_Reality_Kings.html | 2991642 - Going Down |
| pornve.com | Brazzers | https://pornve.com/xj1b4dorjwmg/Amy_Anderssen_-_White_Russian.html | 5788 - White Russian |
| pornve.com | Brazzers | https://pornve.com/xj43lc4839ux/Emmanuelle_London_-_Bouncing_Buoy_Boobies.html | 5908 - Bouncing Buoy Boobies |
| pornve.com | Brazzers | https://pornve.com/xj4d7kbxt84q/Persia_Black_-_To_Cock_With_Love.html | 6532 - To Cock With Love |
| pornve.com | Brazzers | https://pornve.com/xj4fsx719e6a/Amber_Jade_Danny_D_-_Overcum_-_Brazzers_Exxtra_-_Brazzers.html | 3456846 - Overcum |
| pornve.com | Brazzers | https://pornve.com/xj613uI4v122/Brandi_Loves_The_Realtor_.html | 9219 - Brandi Love's The Realtor |
| pornve.com | Brazzers | https://pornve.com/xj8ljv3dvq9w/Tiffany_Watson_-_Facial_By_Surprise.html | 3924179 - Facial By Surprise |
| pornve.com | Brazzers | https://pornve.com/xja0an4a542x/Ariella_Ferrera_Kyle_Mason_-_Dinner_For_One_Table_For_Two_-_Milfs_Like_It_Big_-_Brazzers.html | 2892667 - Dinner for One Table for Two |
| pornve.com | Brazzers | https://pornve.com/xja1a6rn5igx/Adriana_Chechik_Alexis_Fawx_-_Squirting_Swingers.html | 10676 - Squirting Swingers |
| pornve.com | Reality Kings | https://pornve.com/xjdz2czvcfmy/Ebony_Babe_Aaliyah_Hadid_Gamer_Girl.html | 15156 - Gamer Girl |
| pornve.com | Brazzers | https://pornve.com/xjgu1oby3d0i/Inside_Nutleys_Asylum_-_Part_2.html | 7139 - Inside Nutley's Asylum: Part Two |
| pornve.com | Brazzers | https://pornve.com/xjkobsjt4pxb/Jesse_Jane_-_Midnight_Sneak.html | 3403597 - Midnight Sneak |
| pornve.com | Brazzers | https://pornve.com/xjmkvwmjoxoo/Brazzers_-_Home_Invasion_-_Jasmine_James.html | 9946 - InvasiÃ³n en casa |
| pornve.com | Reality Kings | https://pornve.com/xjonv7pn6ahl/Drilling_Mommy_Scene_3_Dirty_Laundry_Laura_Bentley_Van_Wylde.html | 1800118 - dirty_laundry |
| pornve.com | Brazzers | https://pornve.com/xjq1e9rtwqu7/Dillion_Carter_-_Study_Break.html | 8618 - Study Break |
| pornve.com | Brazzers | https://pornve.com/xjuxv35ikdze/Nina_Kayy_-_Big_Wet_Miami_Booty.html | 9639 - Big Wet Miami Booty |
| pornve.com | Brazzers | https://pornve.com/xjyzg2qxnhnm/Casca_Akashova_Keiran_Lee_-_Im_Over_It_-_Milfs_Like_It_Big_-_Brazzers.html | 3767194 - I'm Over It |
| pornve.com | Reality Kings | https://pornve.com/xk3pdkupxssq/Tara_Fox_Aka_Jenna_Foxxx_Indigo_Vanity.html | 14076 - Back To Back |
| pornve.com | Brazzers | https://pornve.com/xk65ye4nh2hh/Alena_Croft_-_Big_Package_For_A_Little_Pussy.html | 7324 - Big Package for a Little Pussy |
| pornve.com | Brazzers | https://pornve.com/xkbxchj1zslx/Olivia_Austin_-_Blonde_And_Bubbly.html | 3408167 - Blonde And Bubbly |
| pornve.com | Brazzers | https://pornve.com/xkelilqbbcho/Oiling_A_Whore_Alena_Croft_Jessy_Jones.html | 10331 - Oiling A Whore |
| pornve.com | Reality Kings | https://pornve.com/xkjpnlwhug6z/Cali_Carter_Kali_Roses_-_Stepsister_Swap.html | 2025188 - Stepsister Swap |
| pornve.com | Brazzers | https://pornve.com/xkn3l9t23gp3/Jaye_Rose_-_Trying_Out_The_Bar_Wench.html | 7715 - Trying Out the Bar Wench |
| pornve.com | Brazzers | https://pornve.com/xkn8y4mlvjmk/OMG_Holly_Hotwife_Moms_Rules.html | 3363981 - Mom's Rules |
| pornve.com | Brazzers | https://pornve.com/xkvcie4kq7u7/Anissa_Kate_-_French_Exam.html | 7934 - French Exam |
| pornve.com | Brazzers | https://pornve.com/xkvi8ppreyip/bwb_k3isha_gr3y_480p.html | 8868 - Getting Wild With Keisha's Fine Ass |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/xkvrsti9j0di/Alexis_May_-_Video_Store_Whore.html | 4587 - Video Store Whore |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/xky7hu51d301/Brazzers_-_Sexy_nurse_Darcia_Lee_check_gives_the_best_medicine_to_patients_.html | 10696 - Just Like That Nurse |
| pornve.com | Brazzers | https://pornve.com/xkzun8xm5zot/Jacky_Joy_-_Storage_Whores.html | 6656 - Storage Whores |
| pornve.com | Brazzers | https://pornve.com/xl1kju7dfhq6/Brazzers_-_Adriana_Chechik_gets_her_ass_pounded_by_a_patient_.html | 10868 - The Fever Dream |
| pornve.com | Reality Kings | https://pornve.com/xt2vdypm6g0k0/Addie_Andrews_Ramon_Nomar_-_Addies_Sweet_Treat_-_RK_Prime_-_Reality_Kings.html | 3258422 - Addies Sweet Treat |
| pornve.com | Brazzers | https://pornve.com/xl4hv3bsk9g9/Romi_Rain_-_Lost_On_Vacation_San_Diego_-_Part_1.html | 8386 - Lost On Vacation San Diego Part One |
| pornve.com | Brazzers | https://pornve.com/xl4psld2lv1k/Brazzers_-_Kissa_Sins_Showering_His_Wife_With_Attention.html | 2412295 - Showering His Wife With Attention |
| pornve.com | Brazzers | https://pornve.com/xl6c4456xd1k/Wonderland_-_Part_1.html | 7180 - Wonderland Part 1 |
| pornve.com | Reality Kings | https://pornve.com/xl7gaeklde4a/Fuck_That_Frame_Jmac_Nina_Kayy.html | 14533 - Fuck That Frame |
| pornve.com | Brazzers | https://pornve.com/xl83ptnxz7y3/Nothing_Like_A_Mothers_Love_Sybil_Stallone_Jake_Adams.html | 2347999 - Nothing Like A Mother's Love |
| pornve.com | Brazzers | https://pornve.com/xljkhatnk70q/Pussy_Is_The_Best_Medicine_.html | 9778 - Pussy Is The Best Medicine |
| pornve.com | Brazzers | https://pornve.com/xlp124qcxedg/April_ONeil_Gia_Dimarco_-_Student_Fuckin'_Bodies.html | 6197 - Student Fuckin' Bodies |
| pornve.com | Brazzers | https://pornve.com/xlpubd92kibg/Blake_Eden_Karlie_Montana_Kenna_James_-_Sit_And_Spin.html | 9228 - Sit And Spin |
| pornve.com | Reality Kings | https://pornve.com/xluvyoq4uyr4/Realitykings_Practicing_with_the_pole_watch_online_for_free.html | 3348907 - Practicing With The Pole |
| pornve.com | Brazzers | https://pornve.com/xlwowk3gxr7u/Pitching_A_Tent_-_Dillion_Harper_Danny_Mountain.html | 9074 - Pitching A Tent |
| pornve.com | Brazzers | https://pornve.com/xlyeot0xuy0q/Brooklyn_Chase_-_Hot_Tub_Titty_Rub.html | 7544 - Hot Tub Titty Rub |
| pornve.com | Reality Kings | https://pornve.com/xm23hxl7bcd1/BadTowTruck_-_Tomi_Taylor_Check_Up_-_02_07_15.html | 14004 - Check Up |
| pornve.com | Brazzers | https://pornve.com/xmb9ch7gcbrs/Cherie_Deville_Jordi_El_Nino_Polla_-_Spring_Cumming_-_Milfs_Like_It_Big_-_Brazzers.html | 3425281 - Spring Cumming |
| pornve.com | Reality Kings | https://pornve.com/xmd87d9b54gl/Cory_Chase_The_Nympho_Milf_Awakens_2.html | Sneaky Sex 11 |
| pornve.com | Brazzers | https://pornve.com/xmdkqldxiu57/Rebecca_More_-_Poker_Face.html | 2447574 - Poker Face |
| pornve.com | Brazzers | https://pornve.com/xmfb5r8zf04v/Sofi_Ryan_-_My_How_You've_Grown.html | 3699466 - My How You've Grown |
| pornve.com | Brazzers | https://pornve.com/xmj5sm8wox11/Aidra_Fox_-_My_GFs_Niece_Wants_A_Big_Piece.html | 8402 - My GF's Niece Wants A Big Piece |
| pornve.com | Brazzers | https://pornve.com/xmjnii6pmxd5/Devon_Michaels_-_A_Wild_Ride_Before_The_Wedding.html | 5065 - A Wild Ride Before the Wedding |
| pornve.com | Brazzers | https://pornve.com/xmog7mikyw1p/Brett_Rossi_-_Going_Under.html | 2947162 - Going Under |
| pornve.com | Reality Kings | https://pornve.com/xmoq3puqaiot/Brianna_Ray_And_Lucky_Starr_Luck_Be_A_Lady.html | 12392 - Luck Be A Lady |
| pornve.com | Brazzers | https://pornve.com/xmrj8c9q7opm/Jewels_Jade_-_Pulling_A_Long_Con_Job.html | 7611 - Pulling a Long Con Job |
| pornve.com | Brazzers | https://pornve.com/xmt47apg06t7/Desiree_Dulce_-_Clitical_Check_Up.html | 3768276 - Clitical Check Up |
| pornve.com | Brazzers | https://pornve.com/xmtplodf848a/Rikki_Six_-_Dolly_Pop.html | 7274 - Dolly Pop |
| pornve.com | Brazzers | https://pornve.com/xmvq1xcvco47/Aletta_Ocean_-_Motion_In_The_Ocean.html | 6713 - Motion In The Ocean |
| pornve.com | Brazzers | https://pornve.com/xmxyaiu3rvvm/Isis_Love_-_Not_In_My_House.html | 8545 - Not In My House |
| pornve.com | Brazzers | https://pornve.com/xn2vyyrgnc7j/Brazzers_-_Big_tit_brunette_soldier_Peta_Jensen_rides_a_huge_cock_.html | 9846 - Guerra Mundial XXX Tercera Parte |
| pornve.com | Brazzers | https://pornve.com/xn5bmjyy2hdd/Nicolette_Shea_-_Hump-Starting_Her_Ride.html | 2676488 - Hump-Starting Her Ride |
| pornve.com | Brazzers | https://pornve.com/xn8zrhsawqwd/Missy_Martinez_-_Licking_In_The_Library.html | 6599 - Licking in the Library |
| pornve.com | Brazzers | https://pornve.com/xncij124ojpb/Never_Get_Married_-_2.html | 8817 - NEVER GET MARRIED: The Threesome |
| pornve.com | Reality Kings | https://pornve.com/xncxmdotnlxl/Parker_Swayze_-_Play_House.html | 14731 - Play House |
| pornve.com | Brazzers | https://pornve.com/xne112zqwlle/Fixer-Upper_Daughter_Stuffer_Brazzers.html | 10405 - Fixer-Upper Daughter Stuffer |
| pornve.com | Brazzers | https://pornve.com/xne6llr2ik64/tlib_17_11_08_adria_rae_suck_and_blow.html | 10954 - Suck And Blow |
| pornve.com | Brazzers | https://pornve.com/xne7bn37zssu/Jaelyn_Fox_-_Cock_Intentions.html | 5539 - Cock Intentions |
| pornve.com | Brazzers | https://pornve.com/xng8bq5k6ovl/Sienna_West_-_Sex_Me_In_The_Name_Of_Science.html | 4367 - Sex Me in the Name of Science |
| pornve.com | Brazzers | https://pornve.com/xnm7mud4up2t/Nicole_Graves_Ryan_Keely_-_Perks_Of_The_Penthouse_Suite.html | 6949 - Perks of the Penthouse Suite |
| pornve.com | Reality Kings | https://pornve.com/xnnwnsnecf49/Mya_Mays_And_Jazzi_Ass_Sandwich.html | 14271 - Ass Sandwich |
| pornve.com | Brazzers | https://pornve.com/xno3w9djfc4m/April_ONeil_Daisy_Cruz_-_Big_Tits_In_Field_Hockey.html | 5398 - Big Tits in Field Hockey |
| pornve.com | Brazzers | https://pornve.com/xnrl8zj8we0l/Brazzers_160522_Dick_Roommates_Dick_Skyla_Novea_Tyler_Skyla_Novea_Teens_Like_It_Big_Brazzers_Whi.html | 9557 - Your Dick Roommate's Dick |
| pornve.com | Brazzers | https://pornve.com/xns00x3jluen/Kissa_Sins_-_Becoming_Johnny_Sins_-_Part_2.html | 9038 - Becoming Johnny Sins - Part Two |
| pornve.com | Reality Kings | https://pornve.com/xnsiq2j8l0gf/Janice_Griffith_Hungry_For_Cock.html | 14723 - Sneaky Sex 8 |
| pornve.com | Brazzers | https://pornve.com/xnu1cx9t9gv/Ryann_Conner_Take_a_Sit.html | 9121 - Take A Seat On My Dick |
| pornve.com | Brazzers | https://pornve.com/xnxxnz64pb3v/Ariella_Ferrera_-_The_Trophy_Husband.html | 11115 - The Trophy Husband |
| pornve.com | Reality Kings | https://pornve.com/xnxzm5kqq3cr/Emily_Thorne_And_Liz_Heaven_Group_Sex.html | 14437 - Group Sex |
| pornve.com | Brazzers | https://pornve.com/xnr45mekkko5/Jade_Kush_Charles_Dera_-_Shadowplay_2_-_Baby_Got_Boobs_-_Brazzers.html | 3983700 - Shadowplay 2 |
| pornve.com | Brazzers | https://pornve.com/xo2putdm5qxm/Lost_Lil_Humper_-_Amber_Alena_-_Lil_Humpers.html | 4416482 - Lost Lil Humper |
| pornve.com | Brazzers | https://pornve.com/xocd1f6fa6i3/Kelsi_Monroe_-_Big_Wet_And_Ready_For_Fucking.html | 10601 - Big Wet and Ready For Fucking |
| pornve.com | Reality Kings | https://pornve.com/xofxq996gooq/Brandi_Bae_-_Getting_Busy_With_Brandi.html | 1792326 - Getting Busy With Brandi |
| pornve.com | Brazzers | https://pornve.com/xojd425h836w/Diamond_Foxxx_-_The_Doc_Pop.html | 5656 - The Doc Pop |
| pornve.com | Brazzers | https://pornve.com/xoq1xyw4lqo7/Madison_Scott_-_Gimme_300ccs_Of_Big_Cock.html | 8490 - Gimme 300cc's of Big Cock! |
| pornve.com | Brazzers | https://pornve.com/xor2xay4ag4e/Aleksa_Nicole_-_Being_Bad_Episode_2.html | 7667 - Being Bad: Episode Two |
| pornve.com | Brazzers | https://pornve.com/xotswh810lq5/Mischa_Brooks_-_Read_My_Cunt.html | 6178 - Read my Cunt |
| pornve.com | Brazzers | https://pornve.com/xoxn4z1vsudl/Kira_Noir_-_Push_It_To_The_Limit.html | 3648654 - Push It To The Limit |
| pornve.com | Reality Kings | https://pornve.com/xoz5lxea9q9l/Aubrey_Sindee_Jennings_40Ready_for_fun41.html | 8661 - Ready For Fun |
| pornve.com | Brazzers | https://pornve.com/xozfcronjzrb/Brazzers_House_-_Episode_5.html | 8708 - Brazzers House Episode Five |
| pornve.com | Brazzers | https://pornve.com/xpf0aoxadxkm2/Bailey_Brooke_-_Bounce_Her.html | 10853 - Bounce Her |
| pornve.com | Brazzers | https://pornve.com/xp2g798zt7dw/Brynn_Tyler_Jazy_Berlin_-_Brazzers_Slut_Bikini_Contest.html | 5278 - Brazzers Slut Bikini Contest |
| pornve.com | Brazzers | https://pornve.com/xp4xej1g8k7h/Destiny_Dixon_Summer_Brielle_-_One_Thing_On_Their_Minds.html | 7777 - One Thing on Their Minds |
| pornve.com | Brazzers | https://pornve.com/xp7m39cn045o/Olivia_Austin_-_How_To_Bang_Your_Teacher.html | 8790 - How To Bang Your Teacher |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/xp7r8kv4gcax/Sammie_Rhodes__Sea_J_Raw_-_Spread_My_Butterfly.html | 4420 - Spread My Butterfly |
| pornve.com | Brazzers | https://pornve.com/xpdgksk5bbdm/Kiki_Minaj_-_Squirt_And_Slurp.html | 2412426 - Squirt And Slurp |
| pornve.com | Brazzers | https://pornve.com/xpeohio5ze0/Yuffie_Yulan_-_Large_Instrument.html | 6743 - Large Instrument |
| pornve.com | Brazzers | https://pornve.com/xpesqibbmdgz/Aletta_Ocean_-_Peeping_The_Pornstar.html | 9449 - Peeping The Pornstar |
| pornve.com | Brazzers | https://pornve.com/xpf154ir39i/Alanah_Rae_-_Special_Formula.html | 3909 - Special Formula |
| pornve.com | Brazzers | https://pornve.com/xppf74088wvw/Cassidy_Banks_-_Stacked_Sister-In-Law.html | 8513 - Stacked Sister-In-Law |
| pornve.com | Brazzers | https://pornve.com/xpq0q3srgz1n/HotAndMean__Brazzers_Candy_Charms__Jennifer_Jade_-_The_Power_of_Porn.html | 9677 - The Power of Porn |
| pornve.com | Brazzers | https://pornve.com/xpx5jywj3111/Eva_Angelina_-_Camera_Cums_In_Handy.html | 9439 - Camera Cums In Handy |
| pornve.com | Brazzers | https://pornve.com/xpz89lk7z3l7g/Allie_James_-_New_Girl_In_School.html | 6504 - New Girl In School |
| pornve.com | Reality Kings | https://pornve.com/xq0x613zzzil/bikini_babes_big.html | 13808 - Bikini Babes |
| pornve.com | Brazzers | https://pornve.com/xq25yujwxovg/PornstarsLikeItBig_17_03_03_Eva_Lovia_Practice_Makes_Perfect_Porn_XXX_-KTR.html | 10533 - Practice Makes Perfect Porn |
| pornve.com | Reality Kings | https://pornve.com/xq5x51jz286r/Drilling_Mommy_Scene_4_Welcome_To_The_Neighborhood_Angie_Noir_Sean_Law.html | 1792314 - welcome_to_the_neighborhood |
| pornve.com | Brazzers | https://pornve.com/xq660zt9ivba/Briana_Banks_-_Wish_Upon_A_Pornstar.html | 10726 - Wish Upon A Pornstar |
| pornve.com | Brazzers | https://pornve.com/xq78zu6xynzm/Karlie_Brooks_-_Doing_The_Dishes.html | 10257 - Doing The Dishes |
| pornve.com | Reality Kings | https://pornve.com/xq8fbsrsdieq/Ryan_Smiles_Fucking_My_Best_Friends_Mom.html | 2572075 - Fucking My Best Friends Mom |
| pornve.com | Brazzers | https://pornve.com/xqchn8tgg3l0/Brazzers-_Nicolette_shea-_Dont_Bring_Your_Sister_Around_Me.html | 10617 - Don't Bring Your Sister Around Me |
| pornve.com | Brazzers | https://pornve.com/xqh52ckeqv5y/Holly_Heart_-_Fucking_By_The_Fire.html | 8065 - Fucking By The Fire |
| pornve.com | Brazzers | https://pornve.com/xqkrlj5qz153/Amia_Miley_-_Pornstar_PR_-_Crisis_Management.html | 2676467 - Pornstar PR - Crisis Management |
| pornve.com | Brazzers | https://pornve.com/xqmpyl9ztsgd/Sienna_Day_-_Big_Tits_In_The_Field.html | 8426 - Big Tits in the Field |
| pornve.com | Brazzers | https://pornve.com/xqq9mk0vk4ok/Ashton_Blake_-_Fuck_My_Pussy_Not_My_Daughters.html | 8745 - Fuck My Pussy  Not My Daughter's |
| pornve.com | Brazzers | https://pornve.com/xqrhdqo38cgs/Kaylani_Lei_Keiran_Lee_-_Glass_Ass_-_Big_Wet_Butts_-_Brazzers.html | 2927874 - Glass Ass |
| pornve.com | Brazzers | https://pornve.com/xqtnt0ppplya/Juelz_Ventura_-_Sunny_With_A_Chance_Of_Big_Dick.html | 10213 - Sunny With A Chance of Big Dick |
| pornve.com | Brazzers | https://pornve.com/xqtx4f77yb5c/Kelly_Surfer_-_Phallic_Imagery.html | 6347 - Phallic Imagery |
| pornve.com | Brazzers | https://pornve.com/xqvd0jzd4xuz/Kirsten_Price__Nikki_Benz_-_Can_You_Get_Me_Off.html | 7191 - Can You Get Me Off? |
| pornve.com | Brazzers | https://pornve.com/xr2uazi1mtl7/Angelina_Valentine_-_Angelina_vs_Danny.html | 7512 - Angelina Valentine VS Danny the Diva |
| pornve.com | Brazzers | https://pornve.com/xr6m5emvx5wk/Jasmine_Tame_-_Big_Tits_On_A_Small_Time_Crook.html | 6246 - Big Tits on a Small Time Crook |
| pornve.com | Brazzers | https://pornve.com/xrhkjzrbi3bi/Storm_Of_Kings_XXX_Parody_Part_2_Aruba_Jasmine__Peta_Jensen__Rob_Diesel.html | 8997 - Storm Of Kings XXX Parody: Part 2 |
| pornve.com | Brazzers | https://pornve.com/xrhqs1hy4a4t/1_800_Phone_Sex_Line_7.html | 11106 - 1 800 Phone Sex Line: 7 |
| pornve.com | Brazzers | https://pornve.com/xrm3is1uke4k/Richelle_Ryan_-_A_Roof_A_Hot_Meal_And_A_Pair_Of_Jumbos.html | 9202 - A Roof A Hot Meal and A Pair of Jumbos |
| pornve.com | Brazzers | https://pornve.com/xrmulv66k234/Priya_Anjali_Rai_-_Hunger_For_Bigger_Cock.html | Real Wife Stories Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/xrqcv3xlzmtn/DirtyMasseur_Katy_Jayne_A_Very_Happy_Ending.html | 4418015 - A Very Happy Ending |
| pornve.com | Reality Kings | https://pornve.com/xrsh33tgwi8g/Sara_St_Clair_-_My_Busty_Boss_Sara.html | 1522653 - My Busty Boss Sara |
| pornve.com | Brazzers | https://pornve.com/xry4aq9h2xcx/Brazzers_-_Franceska_Jaimes_Anal_Slip_And_Slide.html | 5918 - Anal Slip And Slide |
| pornve.com | Brazzers | https://pornve.com/xry8ccs9xyy8/Ariella_Ferrera_Xander_Corvus_-_Managing_Her_Anger_-_Milfs_Like_It_Big_-_Brazzers.html | 3114773 - Managing Her Anger |
| pornve.com | Brazzers | https://pornve.com/xrz3jrkswkhk/Lisa_Ann__Scott_Nails_MILF_Perfection_S3.html | 4822 - Fuck Stop Telephoning Me |
| pornve.com | Brazzers | https://pornve.com/xrzcc6ha0d3l/Angela_White_-_Angelas_Sex_Auction.html | 10639 - Angela's Sex Auction |
| pornve.com | Brazzers | https://pornve.com/xs33w1rold3e/Brooklyn_Blue_-_I_Want_Your_Husband.html | 3110581 - I Want Your Husband |
| pornve.com | Brazzers | https://pornve.com/xs4s743q6rsd/Brandi_Love_Keiran_Lee_Keiran_Appreciates_Brandi.html | 2444722 - Keiran Appreciates Brandi |
| pornve.com | Brazzers | https://pornve.com/xs7dxohbd8nb/Stepsister_Shares_The_Shower_Rachel_Roxxx.html | 9268 - Stepsister Shares The Shower |
| pornve.com | Brazzers | https://pornve.com/xsernrn7jwel/Brandy_Aniston_-_Wet_White_Cum.html | 5072 - Wet White Cum |
| pornve.com | Brazzers | https://pornve.com/xsglllct67ke/Jada_Fire_-_Prick_For_Prick.html | 4649 - Fuck the Prick |
| pornve.com | Brazzers | https://pornve.com/xsgwhir3kknx/Rebecca_More_-_Rebeccas_Shower_Time_Fun.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/xsh38cguwt1r/Alex_Blake__Kali_Roses_-_College_Girl_Confessions.html | 2971158 - College Girl Confessions |
| pornve.com | Brazzers | https://pornve.com/xsjbcmj661kt/Olivia_Austin_JMac_-_Nurse_Olivia_-_Doctor_Adventures_-_Brazzers.html | 2819651 - Nurse Olivia |
| pornve.com | Brazzers | https://pornve.com/xslbvz6u3qu2/Isis_Love__Kenzie_Madison_-_Fucking_Her_Friends_Mom.html | 3826858 - Fucking Her Friend's Mom |
| pornve.com | Brazzers | https://pornve.com/xspgb29se0i/Angela_White_-_Ass_Gas_Or_Grass.html | 10559 - Ass  Gas or Grass |
| pornve.com | Brazzers | https://pornve.com/xsqzrfqcixij/Sarah_Vandella_-_Easter_Egg_Cunt.html | 5548 - Easter Egg Cunt |
| pornve.com | Reality Kings | https://pornve.com/xst5u9sg0irw/Euro_Girl_Pickup.html | 2893987 - Euro Girl Pickup |
| pornve.com | Brazzers | https://pornve.com/xstx5l15lmtr/Joanna_Angel_Nicolette_Shea_-_Pornstar_Prey.html | 3639514 - Pornstar Prey |
| pornve.com | Brazzers | https://pornve.com/xswwlzlmw8r/Sienna_Day_Danny_D_-_Can_You_Feel_That_-_Doctor_Adventures_-_Brazzers.html | 3917993 - Can You Feel That? |
| pornve.com | Brazzers | https://pornve.com/xsxysw5cysub/_Slutty_stepmom_Syren_gets_all_her_holes_filled_by_her_stepsons_-_Brazzers_.html | 10152 - My Three Stepsons |
| pornve.com | Brazzers | https://pornve.com/xt34h3iifmbm/Lust_Bite_-_Episode_3.html | 5134 - Ep-3: The Queen Of Lust |
| pornve.com | Brazzers | https://pornve.com/xt991aiglir6/Valeria_Visconti_-_No_Actor_No_Problem.html | 8883 - No Actor  No Problem |
| pornve.com | Brazzers | https://pornve.com/xtckbhhpmuo/Karter_Foxx_-_A_Knob_For_A_Job.html | 9264 - A Knob for a Job |
| pornve.com | Brazzers | https://pornve.com/xtd44im3b7tl/Ava_Austen_Hitching_For_A_Dicking_Mommy_Issues_4.html | 10144 - Hitching For A Dicking |
| pornve.com | Brazzers | https://pornve.com/xtd5am8wka5g/Tina_Kay_Blow_Team_Blow.html | 11045 - Blow Team Blow! |
| pornve.com | Brazzers | https://pornve.com/xto5mi1cztn2/Brazzers_-_Undercover_Step-Mother_Brazzers_2017_Diamond_Jackson_Evelin_Stone_Blowjob_Black_Gir.html | 11080 - Undercover Step-Mother |
| pornve.com | Brazzers | https://pornve.com/xtp0f6uqe8rz/Asa_Akira__Diamond_Kitty_-_Muffin_Stuffin.html | 7438 - Muffin Stuffin |
| pornve.com | Brazzers | https://pornve.com/xu3tfxz9ll2d/Alice_Judge_Danny_D_-_Internally_Yours_-_Big_Tits_At_Work_-_Brazzers.html | 3222155 - Internally Yours |
| pornve.com | Brazzers | https://pornve.com/xu80jdad3b11/Rebecca_More_-_Flex_And_Sex.html | 2464708 - Flex and Sex |
| pornve.com | Brazzers | https://pornve.com/xuatumcmz7eq/Kissa_Sins__Romi_Rain_-_The_Great_Car_Wash_War.html | 9176 - The Great Car Wash War |
| pornve.com | Brazzers | https://pornve.com/xud6ikac1ojb/Megan_Rain_-_Day_With_A_Pornstar.html | 3648704 - Day With A Pornstar: Megan Rain |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/xudsdrdkg9ew/Gina_Valentina_-_Traffic_Violation.html | 2635476 - Traffic Violation |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/xug828207gdd/Christy_Mack_-_My_Friends_Ex.html | 6898 - My Friend's Ex |
| pornve.com | Brazzers | https://pornve.com/xuklxpfe3n8z/Missy_Martinez_-_Coach_Martinez.html | 3451942 - Coach Martinez |
| pornve.com | Brazzers | https://pornve.com/xumfk2h4qijw/Phoenix_Marie_The_Cock_Starved_Slut_Mommy_Issues_4.html | 10101 - The Cock Starved Slut |
| pornve.com | Brazzers | https://pornve.com/xuqj8cj5n9gp/doctor_phoenix.html | 5849 - Doctor Orgasm |
| pornve.com | Brazzers | https://pornve.com/xuv033jsrxil/Ivy_Lebelle_-_Special_Tasks.html | 3966757 - Special Tasks |
| pornve.com | Brazzers | https://pornve.com/xuy2sixhy12n/Brooklyn_Blue_-_Deep_Impact.html | 7032 - Deep Impact |
| pornve.com | Brazzers | https://pornve.com/xuy441pqzfk4/This_Warehouse_is_a_Whorehouse_Tattooed_Milf_Anna_Bell_Peaks_.html | 9063 - This Warehouse is a Whorehouse |
| pornve.com | Brazzers | https://pornve.com/xv07gmgj2dil/Angelina_Valentine_-_Undercover_Boobs.html | 5516 - Undercover Boobs |
| pornve.com | Reality Kings | https://pornve.com/xv97hqqih7rrq/GFRevenge_Sweet_avalon_-_Avalon_Aries_Hope_Harper.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/xvaqb4e7edpc/Brazzers_Mind_If_Stepmom_Joins_You_Brazzers_MomsInControl_Kristen_Scott_Richelle_Ryan_Kyle_Mas.html | 11123 - Mind If Stepmom Joins You? |
| pornve.com | Brazzers | https://pornve.com/xvbe0udsjpqb/BrazzersExxtra_18_11_17_Kimber_Veils_Sandy_Siren_Of_The_Skies.html | 3115085 - Sandy Siren Of The Skies |
| pornve.com | Brazzers | https://pornve.com/xvbfknes7ljw/Raven_Bay_-_Prom_Whore_Wars_-_Part_1.html | 8201 - Prom Whore Wars : Part One |
| pornve.com | Brazzers | https://pornve.com/xvgpnnb5ceeu/HD_Porn_69_Ariana_Marie_She_Needs_a_Strong_Male_Presence.html | 8636 - She Needs a Strong Male Presence |
| pornve.com | Brazzers | https://pornve.com/xvdvzpaesuo/Lisa_Ann_-_How_I_Became_A_Pornstar.html | 5329 - How I Became a Pornstar |
| pornve.com | Brazzers | https://pornve.com/xvweo3co7131/Ariella_Ferrera_Jynx_Maze_-_You_Want_Us_To_Clean_Your_Dick.html | 7616 - You Want Us to Clean your Dick? |
| pornve.com | Brazzers | https://pornve.com/xw12y1pyfz3z/Chloe_Addison_-_Fucking_With_Your_Mind_Then_Your_Cock.html | 7987 - Fucking With Your Mind Then Your Cock |
| pornve.com | Brazzers | https://pornve.com/xw55626rerv1/Jasmine_Jae_-_You_Messed_Up.html | 3433515 - You Messed Up |
| pornve.com | Brazzers | https://pornve.com/xw6l0a58wr91/Rebecca_Volpetti_-_Shes_A_Free_Spirit.html | 2357354 - She's A Free Spirit |
| pornve.com | Brazzers | https://pornve.com/xw86528iu926/Cameron_Canada_ANAL_720p.html | 7908 - Multi Orgasmic Massage |
| pornve.com | Brazzers | https://pornve.com/xwd8775jbrjo/BRAZZERS_-_SEXUAL_CHALLENGE_AT_CASA_BRAZZERS_-_AVA_ADDAMS.html | 9076 - Brazzers House Sex Challenge |
| pornve.com | Brazzers | https://pornve.com/xwf5mappxhj6/Cum_Splash_All_Over_Kelsi_Monroes_Ass_-_Kelsi_Monroe_Tony_Rubino.html | 8423 - Cum Splash All Over Kelsi Monroe's Ass |
| pornve.com | Brazzers | https://pornve.com/xwkvtni7hnvv/Swingers_On_Vacation_Part_2_Alektra_Blue_Keiran_Lee.html | 9617 - Swingers On Vacation: Part 2 |
| pornve.com | Brazzers | https://pornve.com/xwmdzcyv61dk/Honey_Gold_-_Tasting_The_Chef.html | 10930 - Tasting The Chef |
| pornve.com | Brazzers | https://pornve.com/xwmvz04pibx5/Black_Angelika_-_Entering_Through_The_Back_Of_Angelika_Black.html | 5896 - Entering Through The Back Of Angelika Black |
| pornve.com | Brazzers | https://pornve.com/xwmx31mcn99m/Ariella_Ferrera_-_Boobie_Break.html | 5178 - Boobie Break |
| pornve.com | Brazzers | https://pornve.com/xwnuy4nieurt/Alexia_Rae_-_Beautifully_Breasted_Assistant.html | 4857 - Beautifully Breasted Assistant |
| pornve.com | Reality Kings | https://pornve.com/xwshw0jkmk0a/Thanksgiving_Dinner_Sluts_-_Whitney_Wright_River_Fox_Jessica_Rex_-_Reality_King.html | 2286952 - Thanksgiving Dinner Sluts |
| pornve.com | Brazzers | https://pornve.com/xx63aafr9d7q/Abella_Danger_-_Shower_Head.html | 2928049 - Shower Head |
| pornve.com | Brazzers | https://pornve.com/xx9yc57kf66i/American_Whore_Story_Part_Two.html | 8419 - American Whore Story Part Two |
| pornve.com | Brazzers | https://pornve.com/xxjhfgtvzdxh/Eden_Adams_-_Step_Daddy_Slut.html | Brazzers&#039; Teens Like It Big #3 |
| pornve.com | Brazzers | https://pornve.com/xxk1w1siutnr/Hardcore_Ass_Deep_Throat_Latina_Babe_Romi_Rain_Anal_Audit.html | 10455 - Anal Audit |
| pornve.com | Brazzers | https://pornve.com/xxnlcmzhxqji/Best_of_Brazzers_-_Hottest_Dommes_-_Brazzers_Exxtra_-_Brazzers.html | 3646741 - You Agreed To This |
| pornve.com | Brazzers | https://pornve.com/xxq6p63q04ee/Aletta_Ocean_Do_Not_Touch.html | 4464 - Do Not Touch! |
| pornve.com | Brazzers | https://pornve.com/xxrf9xa5z713/Ramming_Rileys_Asshole_-_Riley_Jenner.html | 9070 - Ramming Riley's Asshole |
| pornve.com | Brazzers | https://pornve.com/xxwe4p59gcyn/Alektra_Blue_-_Lights_Camera_Deepthroat.html | 7857 - Lights Camera Deepthroat! |
| pornve.com | Reality Kings | https://pornve.com/xxyqbu03xjyl/RKPrime_Gym_Prankers_2.html | 2368563 - Gym Prankers 2 |
| pornve.com | Brazzers | https://pornve.com/xy0vbp7bi23g/Julianna_Vega_-_Cone_Of_Shamelessness.html | 3167205 - Cone Of Shamelessness |
| pornve.com | Brazzers | https://pornve.com/xy4j9ma5gm2l/Nikita_Von_James_-_The_Man_Cums_Around.html | 5581 - The Man Cums Around |
| pornve.com | Brazzers | https://pornve.com/xy56e13cxulu/Sara_Jay_-_Miami_Milf_Adventures_I.html | 9270 - Miami Milf Adventures I |
| pornve.com | Brazzers | https://pornve.com/xy56tj98h477/Capri_Cavanni_-_A_Killer_Massage_For_Capri.html | 7120 - A Killer Massage for Capri |
| pornve.com | Brazzers | https://pornve.com/xy68lqpddk5e/Jasmine_Caro_-_Wish_Upon_A_Squirt.html | 8076 - Wish Upon A Squirt |
| pornve.com | Brazzers | https://pornve.com/xy8cvbqyqhl7/Katrina_Jade_-_Cum_And_Paste.html | 3166606 - Cum And Paste |
| pornve.com | Brazzers | https://pornve.com/xy8iz8cr29nz/Brandi_Love_Mia_Malkova_-_Brandi_Loves_The_Interview.html | 9220 - Brandi Love's The Interview |
| pornve.com | Brazzers | https://pornve.com/xyag8enboxyo/Nika_Noire_-_Weapons_Of_Mass_Turbation.html | 5148 - Weapons of Mass Turbation |
| pornve.com | Brazzers | https://pornve.com/xybzbv066h4d/Lisa_Ann_Tori_Black_-_Naughty_Lesbian_Daughter.html | 4393 - Naughty Lesbian Daughter |
| pornve.com | Brazzers | https://pornve.com/xyhfcxn3buui/1_800_Phone_Sex_Line_3.html | 10828 - 1 800 Phone Sex: Line 3 |
| pornve.com | Brazzers | https://pornve.com/xyj9pbdvzuxa/ZZSeries_-_Jillian_Janson_40A_Brazzers_Christmas_Special_Part_341_12_24_16.html | 10265 - A Brazzers Christmas Special: Part 3 |
| pornve.com | Reality Kings | https://pornve.com/xyklsqr8ciwg/GFRevenge_-_My_Girl_Likes_Girls.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/xym2kxur2cxy/Elicia_Solis_Romi_Rain_-_Comply_With_This_Guy.html | 8535 - Comply With This Guy |
| pornve.com | Brazzers | https://pornve.com/xyphrdhkv6z0/Diana_Prince_Puma_Swede_-_Jiggle_All_The_Way.html | 6951 - Jiggle All the Way |
| pornve.com | Brazzers | https://pornve.com/xypzi15donvl/Britney_Amber_-_Cucked_For_Historical_Accuracy.html | 2469451 - Cucked For Historical Accuracy |
| pornve.com | Reality Kings | https://pornve.com/xyqjlxstgdud/Liza_Del_Sierra_Sharon_Lee_-_Lust_Party.html | 4003 - Lust Party |
| pornve.com | Brazzers | https://pornve.com/xytmiecy0l5y/Party_Political.html | 6413 - Party Political |
| pornve.com | Brazzers | https://pornve.com/xyu512kb6hos/Lela_Star_Robbin_Banx_-_When_Lela_Met_Robbin.html | 2676440 - When Lela Met Robbin |
| pornve.com | Brazzers | https://pornve.com/xz6gc4m4gig5/Big_Tits_In_Sports_Game_Set_Match_Pussy_Nikki_Benz_And_Diamond_Jackson_-_Jordi_El_Nino_Polla.html | 9782 - Game Set Match Pussy |
| pornve.com | Brazzers | https://pornve.com/xz1scedezaqx/New_Dec_2015_Nicole_Aniston_Peta_Jensen_-_Our_Holiday_Three_Way_three_way_some_threeway_threesome.html | 9392 - Our Holiday Three Way |
| pornve.com | Reality Kings | https://pornve.com/xz2zuv9zhzn3/RKPrime_19_07_22_Kleio_Valentien_Oil_And_Ink_XXX_SD.html | 2853401 - Oil And Ink |
| pornve.com | Brazzers | https://pornve.com/xz3cf6llc2hn/18_DWP_Dylan_Ryder.html | 4832 - Laid in the Everglades |
| pornve.com | Brazzers | https://pornve.com/xz5brj49muk5/Personal_Trainers_-_1.html | 10180 - Personal Trainers |
| pornve.com | Brazzers | https://pornve.com/xz6qwvif3itj/Samantha_Saint_-_The_Two_Sides_Of_Samantha.html | 8478 - The Two Sides of Samantha |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/xzf6u5giv3lqh/Nurse_Booty_On_Duty_Lisa_Ann_And_Tommy_Gunn_69_Top_Rated_Porn_Video_Of_Today_1 54_Most_Played_Porn_Video_Of_Today.html | 8137 - Nurse Booty on Duty |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/xz70w8kb6awo/Quinn_Wilde_Keiran_Lee_Doing_Double_Duty.html | 2594618 - Doing Double Duty |
| pornve.com | Brazzers | https://pornve.com/xzf9upfs9040/Emily_Addison_Keiran_Lee_-_Anonymous_Attraction_-_Brazzers_Exxtra_-_Brazzers.html | 3166788 - Anonymous Attraction |
| pornve.com | Brazzers | https://pornve.com/xzhealxuh6zj/Janna_Hicks_Oliver_Flynn_-_Painting_Her_Face_-_Milfs_Like_It_Big.html | 2959724 - Painting Her Face |
| pornve.com | Brazzers | https://pornve.com/xzm0qyt0telp/Rhylee_Richards_-_Camo_All_Over_Her_Tits.html | 7214 - Camo All Over Her Tits |
| pornve.com | Brazzers | https://pornve.com/xztwenyaf6gj/Going_Through_A_Fucking_Phase_Chloe_Scott__Keiran_Lee.html | 11047 - Going Through A Fucking Phase |
| pornve.com | Brazzers | https://pornve.com/xzug4gbh2x15/Oil_massage_Monique_Alexander.html | 3167482 - Cumplimentary Massage |
| pornve.com | Brazzers | https://pornve.com/y013evb4x1bn/Charisma_Cappelli_-_Golf_Bunny_Fuck.html | 4943 - Golf Bunny Fuck |
| pornve.com | Brazzers | https://pornve.com/y03d99uufgz4/Sexy_Wife_Fuck_with_her_Husband_Friend.html | 9852 - Domingo de SÃ"per Cogidas |
| pornve.com | Brazzers | https://pornve.com/y0801al7573d/Georgies_Workout_Plan_Georgie_Lyall__Sam_Bourne.html | 2357131 - Georgie's Workout Plan |
| pornve.com | Brazzers | https://pornve.com/y0o0tydsmt6p/Bridgette_B_-_Titty_Heist_II_The_Negotiator.html | 8723 - Titty Heist II: The Negotiator |
| pornve.com | Brazzers | https://pornve.com/y0qwt900v1fn/Dani_Daniels_Squirting_Compilation.html | 9943 - Servicio de Limpieza Mojado y Salvaje |
| pornve.com | Brazzers | https://pornve.com/y0sxx8e52sp8/Teen_Girl_Fuck_Friends_Daddy.html | 9473 - Daddy Knows Best |
| pornve.com | Brazzers | https://pornve.com/y126v5dlxx2i/_Brazzers_-_Hot_Audrey_sucks_a_big_dick_and_titty_fucked_in_her_wet_pussy_.html | 9891 - Audrey Levanta al Bateador |
| pornve.com | Brazzers | https://pornve.com/y12fgdt6reql9/Deauxma_-_Ill_Teach_You_To_Fuck_Boy.html | 4792 - I'll Teach You To Fuck  Boy |
| pornve.com | Brazzers | https://pornve.com/y13r1sbdy4ll/Raylene__Riley_Jensen_-_Whores_Of_Anarchy.html | 6135 - Whores Of Anarchy |
| pornve.com | Brazzers | https://pornve.com/y15xtcynurc1/Jasmine_Jae_-_Waking_Up_The_Comatose_Cock.html | 2992005 - Waking Up The Comatose Cock |
| pornve.com | Reality Kings | https://pornve.com/y16jjafzlj0v/Franceska_Jaimes_Sexy_Cat_Anal.html | 8202 - Blast On The Ass |
| pornve.com | Reality Kings | https://pornve.com/y194g93v9or2/RealityKings_Pure18_Aurora_Monroe_Red_Devil_Redhead.html | 8662 - Red Devil |
| pornve.com | Brazzers | https://pornve.com/y1aldk6apicy4/Pumping_Under_Pressure_Brazzers_2018_-_Alina_Lopez_Johnny_Castle_Doctor_Adventures.html | 2439754 - Pumping Under Pressure |
| pornve.com | Brazzers | https://pornve.com/y1h56hj6xibb/Secret_Wifeswap_Weekend_Part_One.html | 8343 - Secret Wifeswap Weekend: Part One |
| pornve.com | Brazzers | https://pornve.com/y1me9uzo64e9/City_Pussy_Meets_Country_Cock_-_Nina_Elle__Mick_Blue.html | 8833 - City Pussy Meets Country Cock |
| pornve.com | Brazzers | https://pornve.com/y1ng3adcg9ef/Monique_Alexander_-_Monique_Keeps_It_Fresh.html | 9967 - Monique Lo Hace Entretenido |
| pornve.com | Brazzers | https://pornve.com/y1o7kakq7i3t/Natalia_Starr_-_Happy_Fuckin_Fathers_Day.html | 8932 - Happy Fuckin' Father's Day |
| pornve.com | Brazzers | https://pornve.com/y1rji5cw9mkg/Anya_Ivy_Shower_Fuck.html | 8874 - A Family Affair Part Two |
| pornve.com | Brazzers | https://pornve.com/y1t7l09c84nb/Riley_Steele_Keiran_Lee_-_Her_Wife_Wants_Me_-_Real_Wife_Stories_-_Brazzers.html | 3320898 - Her Wife Wants Me |
| pornve.com | Brazzers | https://pornve.com/y1uqxh5jjlp5/Ryan_Conner_-_Horny_For_That_Hot_Dick.html | 2636707 - Horny For That Hot Dick |
| pornve.com | Reality Kings | https://pornve.com/y1wfeycvz3r0/Camilla_Bella_40Worth_the_wait41.html | 8768 - Worth The Wait |
| pornve.com | Brazzers | https://pornve.com/y1xg4rosmrdj/Rough_Malpractice_-_Maddy_Oreilly__Tony_De_Sergio.html | 8916 - Rough Malpractice |
| pornve.com | Brazzers | https://pornve.com/y21rfa6ppyv4r/Rose_Monroe_-_DP_Duty_On_Miss_Monroes_Booty.html | 7985 - DP Duty on Miss Monroe's Booty |
| pornve.com | Reality Kings | https://pornve.com/y2adipudsbct/Rebecca_Volpetti_Yanick_Shaft_-_Ravenous_Rebecca_-_RK_Prime_-_Reality_Kings.html | 2940361 - Ravenous Rebecca |
| pornve.com | Brazzers | https://pornve.com/y2chbdk6urcq/Cassidy_Banks_-_Rob_Me_Blind_and_Fuck_Me_Stupid.html | 8502 - Rob Me Blind and Fuck Me Stupid |
| pornve.com | Brazzers | https://pornve.com/y2ivp8zaeo7p/Amanda_Black__Jasmine_Black_-_Bitch_In_A_Box.html | 4877 - Bitch in a Box |
| pornve.com | Brazzers | https://pornve.com/y2kbzonjovrf/Rachel_Roxxx__Rachel_Starr_-_When_Friends_Cum_In_Handy.html | 4159 - When Friends Cum In Handy |
| pornve.com | Brazzers | https://pornve.com/y2m0slu1ifk7/Rachel_Starr_Charles_Dera_-_Watch_Me_Cheat_-_Real_Wife_Stories_-_Brazzers_1080p.html | 3459791 - Watch Me Cheat |
| pornve.com | Brazzers | https://pornve.com/y2oppeqy5sc4/August_Ames__Emma_Stoned_-_Cheer_Harder_Slut.html | 8019 - Cheer Harder  Slut |
| pornve.com | Brazzers | https://pornve.com/y2pfr63az76o/Jenna_Haze_-_Thrill-Her.html | 5174 - Thrill-Her! |
| pornve.com | Brazzers | https://pornve.com/y2qvf41s67mx/Sofi_Ryan_Keiran_Lee_-_Asking_For_It_Anon.html | 11219 - Asking For It Anon |
| pornve.com | Brazzers | https://pornve.com/y2rpszpzw3ta/fantasies_worship_vanessa_decker_creaming_stream_stream_creaming_65_most_played_porn_vid eo_of_today.html | 10502 - Stream Creaming |
| pornve.com | Brazzers | https://pornve.com/y2t84iznal1i/Tabitha_Stevens_-_Milf_Digs_Some_Young_Cock.html | 3938 - Milf digs some young cock |
| pornve.com | Brazzers | https://pornve.com/y2vewx91vd8y/Mary_Moody__Misty_Stone_-_Classically_Trained_To_Fuck.html | 3768074 - Classically Trained To Fuck |
| pornve.com | Brazzers | https://pornve.com/y2z1bto4xiqz/Ella_Hughes__Gia_Paige_-_All_Hands_On_Dick.html | 10782 - All Hands on Dick |
| pornve.com | Brazzers | https://pornve.com/y33qt4n6azvt/Krissy_Lynn__Sheena_Rose__Uma_Jolie_-_Outing_The_Outed.html | 10076 - Outing The Outed |
| pornve.com | Brazzers | https://pornve.com/y34au1o4gv7r/Ariella_Ferrera_-_Boobie_Break.html | 5178 - Boobie Break |
| pornve.com | Brazzers | https://pornve.com/y3c98yvs2gxb/PornStarsLikeItBig__Brazzers_Nicole_Aniston_XXX_Men_Shagging_the_Shapeshifter_XXX_Pa rody.html | 9634 - XXX-Men: Shagging the Shapeshifter |
| pornve.com | Brazzers | https://pornve.com/y3f9yx03n9j2/Honour_May_Danny_D_-_The_Bitchy_Babysitter_-_Baby_Got_Boobs_-_Brazzers.html | 3646740 - The Bitchy Babysitter |
| pornve.com | Brazzers | https://pornve.com/y3jxbz35zw4t/Anissa_Kate_-_Fucking_Her_French_Seams.html | 11063 - Fucking Her French Seams |
| pornve.com | Brazzers | https://pornve.com/y3ladq95omn5/Mackenzee_Pierce_-_Fill_My_Position.html | 7019 - Fill My Position |
| pornve.com | Brazzers | https://pornve.com/y3m6koceqci7/Lucia_Love_-_Taking_It_Twice.html | 9567 - Taking It Twice |
| pornve.com | Brazzers | https://pornve.com/y3mlsduf2kzk/Lexi_Luna_-_Pussy_Call.html | 11009 - Pussy Call |
| pornve.com | Brazzers | https://pornve.com/y3vflq47ufzd/Isis_Love_Preston_Parker_-_Boning_Her_Bodyguard_-_Real_Wife_Stories_-_Brazzers.html | 2440435 - Boning Her Bodyguard |
| pornve.com | Brazzers | https://pornve.com/y3vi493rmn0u/Eva_Karera__Kenna_James_-_Stepdaughters_First_Date.html | 9127 - Stepdaughter's First Date |
| pornve.com | Brazzers | https://pornve.com/y3wbm1wk3148/BigTitsAtSchool_Blanche_Bradburry_Teacher_Tease_-_05_12_2016.html | 10298 - Teacher Tease |
| pornve.com | Brazzers | https://pornve.com/y40as1nry42b/Reagan_Foxx_-_Never_Marry_A_Milf.html | 10104 - Never Marry A Milf |
| pornve.com | Brazzers | https://pornve.com/y4364rcm1d5i/Anal_Interracial_Wet_Butt_Assh_Lee.html | 9789 - Sunbathing Distraction |
| pornve.com | Brazzers | https://pornve.com/y467ezhcq84h/Summer_Brielle_-_The_Terms_of_Summer.html | 8763 - The Terms of Summer |
| pornve.com | Brazzers | https://pornve.com/y46qb4s2bmik/Shyla_Stylez_-_Personal_Favors.html | 7124 - Personal Favors |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/y46s5ghdptqh/Veronica_Avluv_-_The_Whore_In_The_Lot.html | 9584 - The Whore In The Lot |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/y49s39suslf4/Brooklyn_Chase_Kagney_Linn_Karter_-_Wake_Me_Up_Before_You_Cum_Cum.html | 8409 - Wake Me Up Before You Cum Cum |
| pornve.com | Brazzers | https://pornve.com/y4a5u6dw37ri/_Expose_Yourself_to_MILFS_.html | 9637 - Expose Yourself to MILFS |
| pornve.com | Brazzers | https://pornve.com/y4bxwaoxhi7s/All_Good_New_Veruca_James_Anal.html | 9672 - Dear Keiran |
| pornve.com | Brazzers | https://pornve.com/y4c2957luhwx/Haley_Wilde_Madison_Ivy_Zoe_Voss_-_A_Clockwork_Whore_-_Part_1.html | 6009 - A Clockwork Whore: Part One |
| pornve.com | Brazzers | https://pornve.com/y4fug80ukdjl/Cali_Carter_Scott_Nails_How_Could_You_22_09_2020_Anal_Milf_BigTits_CaliCarter_0_22_09_2020_on_SexyPorn.html | 4418038 - How Could You?! |
| pornve.com | Brazzers | https://pornve.com/y4gevuduz6nj/Jade_Amber_-_The_Temptation_Of_Teen.html | 10472 - The Temptation Of Teen |
| pornve.com | Brazzers | https://pornve.com/y4gfdlwcusxn/Aaliyah_Love_Veronica_Vain_Pole_Skills_and_Holes_Filled.html | 9116 - Pole Skills and Holes Filled |
| pornve.com | Brazzers | https://pornve.com/y4lrwtvow7ni/Assh_Lee_-_Sunbathing_Distraction.html | 9789 - Sunbathing Distraction |
| pornve.com | Brazzers | https://pornve.com/y4mras4wbi3e/Lena_Paul_-_Express_Pussy_Packaging.html | 2676910 - Express Pussy Packaging |
| pornve.com | Brazzers | https://pornve.com/y4p8gp8c0kom/Brazzers_-_Giselle_Palmer_Slow_And_Sexy.html | 2871343 - Slow And Sexy |
| pornve.com | Brazzers | https://pornve.com/y4pkqtcvy042/Jenna_Jones_-_Zen_In_The_A_M.html | 11017 - Zen In The A.M. |
| pornve.com | Reality Kings | https://pornve.com/y4t09i5y3skx/Alaina_Kristr_-_Hot_Teen_Next_Door_25_2015.html | 12542 - All That Pussy |
| pornve.com | Brazzers | https://pornve.com/y4tdpvsc1uft/Abigail_Mac_-_Morricunt_vs_Dr_Poon.html | 10583 - Morricunt vs. Dr. Poon - A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/y4ysr78peikq/Nympho_Nurses_And_Dirty_Doctors_3_Aubrey_Black.html | 10965 - All Backed Up |
| pornve.com | Brazzers | https://pornve.com/y4z2p8lph9lr/Her_Turn_To_Cheat_brazzers.html | 9460 - Her Turn To Cheat |
| pornve.com | Brazzers | https://pornve.com/y56gs0jfunv/Emma_Hix_-_An_Eyeful_Of_Emma.html | 3796229 - An Eyeful Of Emma |
| pornve.com | Brazzers | https://pornve.com/y58ycsyvkkby/Summer_Brielle_-_Youre_Sexpelled.html | 7510 - You're Sexpelled |
| pornve.com | Brazzers | https://pornve.com/y5bpgw8zw0df/Stevie_-_Hike_Her_Skirt_Up.html | 6481 - Hike Her Skirt Up |
| pornve.com | Brazzers | https://pornve.com/y5btp2buyujo/TeensLikeItBig_Marsha_May_-_My_Stepbrother_The_Panty_Thief.html | 10087 - My Stepbrother The Panty Thief |
| pornve.com | Brazzers | https://pornve.com/y5dtp52rdd77/ham_20_04_28_maserati_and_alice_pink_dommed_by_her_dads_girlfriend_part_1.html | 3924285 - Dommed By Her Dadâ€™s Girlfriend: Part 1 |
| pornve.com | Brazzers | https://pornve.com/y5ev3ua0vgd6/_Hand_In_The_Cookie_Jar_Big_Tits_Blonde_Marsha_May_Fucks_In_The_Kitchen_.html | 9459 - Hand In The Cookie Jar |
| pornve.com | Brazzers | https://pornve.com/y5h7wvn85m9l/Karmen_Karma_Markus_Dupree_-_Silhouette_Slam_-_Big_Wet_Butts.html | 2847247 - Silhouette Slam |
| pornve.com | Brazzers | https://pornve.com/y5ooqnltm515/Madison_Ivy_-_Rough_Competition.html | 4625 - Rough Competition |
| pornve.com | Brazzers | https://pornve.com/y5xvxryqpdxi/Simone_Sonay_-_Massage_Chair_Muff.html | 8102 - Massage Chair Muff |
| pornve.com | Brazzers | https://pornve.com/y5zhjkxy80qu/Angela_White_Codi_Vore_-_Slingin_Titties.html | 3830490 - Slingin' Titties |
| pornve.com | Brazzers | https://pornve.com/y5zjab5u7yeh/Gia_Dimarco_-_Housewife_By_Day_Whore_By_Night.html | 7478 - Housewife by Day  Whore by Night |
| pornve.com | Brazzers | https://pornve.com/y62jx4llakuv/Brazzers_Handle_the_Vandal.html | 3110531 - Handle the Vandal |
| pornve.com | Brazzers | https://pornve.com/y68vmx11nql9/Nia_Nacci_-_Getting_Ripped.html | 3797028 - Getting Ripped |
| pornve.com | Brazzers | https://pornve.com/y6es1t5aty6m/New_Kagney_L_K_New_Enjoy_More_In_My_Profile_Kagney_Linn_Karter_Kangney_Jordi_Is_A_Creepy_Bastard_24_Top_Rated_Porn_Video_Of_Today_33_Most_Played_Porn_Video_Of_Today_123_Top_Rated_Porn_Video_Of_Week.html | 10529 - Plump Pantyhose |
| pornve.com | Brazzers | https://pornve.com/y6ppzk7nqn3f/Kendra_Lust_-_The_Handicam_and_the_Whore_-_Brazzers.html | 8992 - The Handicam and the Whore |
| pornve.com | Brazzers | https://pornve.com/y6qhbz5clw0s/Lily_Carter_-_Turn_Me_On_Tune_In_Drop_Out.html | 6416 - Turn Me On  Tune In  Drop Out |
| pornve.com | Brazzers | https://pornve.com/y6t1fm7juoel/Kendras_Thanksgiving_Stuffing_Kendra_Lust_Jordi_El_Nio_Polla.html | 10241 - Kendra's Thanksgiving Stuffing |
| pornve.com | Brazzers | https://pornve.com/y6vac73gwvga/Anal_Big_Tits_Danny_D_And_Anissa_Kate_Trhobbin_Hood.html | 6738 - Throbbin Hood |
| pornve.com | Brazzers | https://pornve.com/y6vfjj4n9srn/Amber_Cox_-_Waiting_Room_Boom_Boom.html | 6981 - Waiting Room Boom Boom |
| pornve.com | Brazzers | https://pornve.com/y6vu984c034p/BigWetButts_Nikki_Benz_Pantyhose_Playtime_-_14_10_2016.html | 10156 - Pantyhose Playtime |
| pornve.com | Brazzers | https://pornve.com/y6yxxfqqst1y/Kylie_Page_-_Not_Safe_For_Work.html | 7339 - Not Safe For Work |
| pornve.com | Brazzers | https://pornve.com/y74dggp8fszk/Karma_Rx_-_How_To_Fuck_Your_Masseur.html | 3829169 - How To Fuck Your Masseur |
| pornve.com | Brazzers | https://pornve.com/y7byeesl2hss/Patty_Michova_-_Banging_The_Butler.html | 9578 - Banging The Butler |
| pornve.com | Brazzers | https://pornve.com/y7cb3pn2k4wd/Presley_Hart_-_Back_Room_Poon.html | 5931 - Back Room Poon |
| pornve.com | Brazzers | https://pornve.com/y7g5bbxj10or/Abella_Danger_Small_Hands_-_Til_Cock_Do_Us_Part_-_Real_Wife_Stories_-_Brazzers.html | 3622724 - Til Cock Do Us Part |
| pornve.com | Brazzers | https://pornve.com/y7l9x0g67db2/audrey_casino_royale.html | Pornstars Like it Big Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/y7laszhphfvy/Abella_Danger_-_The_Pearl_Of_The_Sea.html | 3648626 - The Pearl Of The Sea |
| pornve.com | Brazzers | https://pornve.com/y7ozvyd7zh1p/JR_Carrington_-_Im_Gonna_Fuck_Your_Mom.html | 6731 - I'm Gonna Fuck your Mom |
| pornve.com | Brazzers | https://pornve.com/y7qaf8j1ub7a/Tessa_Lane_-_Tense_Around_The_Titties.html | 7244 - Tense Around the Titties |
| pornve.com | Brazzers | https://pornve.com/y7tgetgjz9ad/Diana_Prince_-_Mommy_Takes_Care_Of_Your_Future.html | 6493 - Mommy Takes Care Of Your Future |
| pornve.com | Reality Kings | https://pornve.com/y83ot3c9qhag/Brandi_Bae_-_Bicycle_Booty.html | 1944904 - Bicycle Booty |
| pornve.com | Brazzers | https://pornve.com/y87565ahjekt/Natalia_Starr_-_Rock_Goddess.html | 3456421 - Rock Goddess |
| pornve.com | Brazzers | https://pornve.com/y8c1xsnsnzv3/Kylie_Nicole_-_Teen_Trophy_Wife.html | 9602 - Teen Trophy Wife |
| pornve.com | Brazzers | https://pornve.com/y8da87jr6q7kb/Seeing_Eye_Dick_Jenna_Foxx_Xander_Corvus_-_brazzers.html | 3791938 - Seeing Eye Dick |
| pornve.com | Brazzers | https://pornve.com/y8esmqmrqldm/Victoria_June_Keiran_Lee_-_Day_With_A_Pornstar_Victoria_June_-_Day_With_A_Pornstar_-_Brazzers.html | 3960011 - Day With A Pornstar: Victoria June |
| pornve.com | Brazzers | https://pornve.com/y8fmx99esbz6/Kendall_Woods_-_Fucking_Friends_Daddy.html | 10830 - Fucking Friends Daddy |
| pornve.com | Brazzers | https://pornve.com/y8hbuhhr6rl7/Adriana_Chechik_Penny_Pax_-_The_Malcontent_Mistress_Part_1_-_Hot_And_Mean_-_Brazzers.html | 3868616 - The Malcontent Mistress: Part 1 |
| pornve.com | Brazzers | https://pornve.com/y8pkaareh27t/Claire_Dames_-_Complimentary_Pussy_Massage.html | 8244 - Complimentary Pussy Massage |
| pornve.com | Brazzers | https://pornve.com/y8xjgkk8s44k/August_Ames_-_Hittin_That.html | 9761 - Hittin That |
| pornve.com | Brazzers | https://pornve.com/y94frp7jwx38/Lisa_Ann_Sophia_Lomeli_Julia_Ann_-_Milfand_Security.html | MILFS Like It Big Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/y966xot62bme/Nina_Elle_-_Eating_In_The_Meeting.html | 9682 - Eating In The Meeting |
| pornve.com | Brazzers | https://pornve.com/y9etz7u4bvvd/Jessa_Rhodes_-_Powder_Puff_Girl.html | 2417592 - Powder Puff Girl |
| pornve.com | Reality Kings | https://pornve.com/y9pj4hkhinha/bignaturals_19_07_15_gabriela_lopez_badminton_boobies.html | 3348872 - Badminton Boobies |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/y9spv28fc6ra/Briana_Blair_-_Scotts_Choice.html | 5574 - Scott's Choice |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/y9f9le2bys1d/Ava_Addam_An_Ass_Fit_For_King.html | 7737 - An Ass Fit For a King |
| pornve.com | Reality Kings | https://pornve.com/y9w5txtu5tht/Realitykings__Sneaky_Sex__Phoenix_Marie_Ms_Ballbreaker.html | 15452 - Ms Ballbreaker |
| pornve.com | Brazzers | https://pornve.com/y9ykxudd070/Brand_New_Sexy_Luna_Star_And_Danny_D.html | 10117 - Hot Hot Heatwave |
| pornve.com | Brazzers | https://pornve.com/ya1rx8oif4ze/Bubble_Butt_Jeans_Summer_Brielle.html | 10157 - Bubble Butt Jeans |
| pornve.com | Brazzers | https://pornve.com/ya1y1ciqbmk1/All_Good_New_Alena_Croft.html | 9769 - The Mommy Market |
| pornve.com | Brazzers | https://pornve.com/ya2mpk1bzyvr/Azul_Hermosa_-_Introducing_Azul.html | 3955438 - Introducing Azul |
| pornve.com | Reality Kings | https://pornve.com/ya3ks7orx979/GFRevenge_Bathroom_beauty.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/ya55cvhjqqf2/my_mother_.html | 10389 - My Stepmother's Pantyhose |
| pornve.com | Brazzers | https://pornve.com/ya5cwqh5tqzy/Rebecca_Volpetti__Shes_A_Free_Spirit.html | 2357354 - She's A Free Spirit |
| pornve.com | Brazzers | https://pornve.com/ya85gjy7xn2g/Veruca_James_-_The_Perfect_Maid.html | 8629 - The Perfect Maid |
| pornve.com | Brazzers | https://pornve.com/yaajm0evxyoh/Valentina_Nappi_Stretch_That_Ass_Out_-_BrazzersExxtra.html | 3346031 - Stretch That Ass Out |
| pornve.com | Brazzers | https://pornve.com/yabi3khpq2p/Loni_Evans_-_Cheating_To_Get_Head.html | 8795 - Cheating To Get Head |
| pornve.com | Brazzers | https://pornve.com/yabmhct8dw0j/Laela_Pryce_Anal_Massage.html | 8389 - The Price of Anal |
| pornve.com | Reality Kings | https://pornve.com/yak4qh27oud3/Keisha_Grey_Got_Graduated_Baby_Big_Tits.html | 15293 - Time For Dick |
| pornve.com | Brazzers | https://pornve.com/yakia3kzhjt1/Brazzers_Cock_tonic_Brazzers_Real_Wife_Stories_2018_Tommie_Jo_Keiran_Lee_Blonde_Milf_White.html | 2892890 - Cock Tonic |
| pornve.com | Brazzers | https://pornve.com/yal1haoc9fat/Rose_Monroe_-_Pumping_Her_For_The_Rent.html | 7788 - Pumping Her For the Rent |
| pornve.com | Brazzers | https://pornve.com/yaq8we110ab8/Liv_Wild_Keiran_Lee_-_Truth_Or_Bare_-_Teens_Like_It_Big_-_Brazzers.html | 3456486 - Truth Or Bare? |
| pornve.com | Brazzers | https://pornve.com/yawfv2f5xqa9/BrazzersExxtra__Brazzers_Karla_Kush_-_Dont_Trust_Your_Friends.html | 9629 - Don't Trust Your Friends |
| pornve.com | Brazzers | https://pornve.com/ybapc4angs4y/Step_mom_fuck_hard.html | 10647 - Stepmom's Spring Cleaning |
| pornve.com | Brazzers | https://pornve.com/ybbws7oth1sv/Eve_Laurence_-_Free_Tittie_Massage.html | 6880 - Free Tittie Massage |
| pornve.com | Brazzers | https://pornve.com/ybdcads4yyz2/Kenzie_Reeves_-_Emo_Chick_Needs_Some_Dick.html | 2593955 - Emo Chick Needs Some Dick |
| pornve.com | Brazzers | https://pornve.com/ybeh38kk3ivp/_Brazzers_-_Sexy_Sarah_Jessie_gets_her_pussy_pounded_hard_.html | 7212 - Sarah's Slutty Soccer Jam |
| pornve.com | Brazzers | https://pornve.com/ybfyjygu4iil/Tori_Black_-_Irreconcilable_Slut.html | 5443 - Irreconcilable Slut : The Final Chapter |
| pornve.com | Reality Kings | https://pornve.com/ybor0bwiugyw/Abby_Adams_Chad_White_-_Pound_Her_Drums_-_Sneaky_Sex_-_Reality_Kings.html | 2812363 - Working Out With The Foxx |
| pornve.com | Brazzers | https://pornve.com/ybq7h13ykk8w/Erotic_Massage_Blake_Rose_Anal.html | 7404 - Anything to Close the Deal |
| pornve.com | Brazzers | https://pornve.com/ybsesdzp2v3l/Mandy_dee_Free_Pass.html | 5440 - Wakey Wakey Asshole Breakey |
| pornve.com | Reality Kings | https://pornve.com/ybudah9kpmfw/Anna_Morna_Damon_Dice_-_The_Good_Samaritan_-_Milf_Hunter_-_Reality_Kings.html | Drilling Mommy 8 |
| pornve.com | Brazzers | https://pornve.com/ybzva900ei1z/Eliza_Ibarra_-_Hopping_On_A_Cock.html | 3960039 - Hopping On A Cock |
| pornve.com | Brazzers | https://pornve.com/yc03xdfieidf/Brazzers_-_Christiana_Cinn_Fuck_Your_Budget.html | 2461948 - Fuck Your Budget |
| pornve.com | Brazzers | https://pornve.com/yc0fblckhsqy/Best_New_Parker_Swayze_720p.html | 9506 - GF's Mom Wants It Bad |
| pornve.com | Brazzers | https://pornve.com/yc4pogzrmaxt/Peta_Jensen_-_My_Honey_Wants_It_Rough.html | 9284 - My Honey Wants It Rough |
| pornve.com | Brazzers | https://pornve.com/yc6detmawag7/Ava_Koxxx_Danny_D_Anal_Encounter_With_A_Stranger_Milfs_Like_It_Big_Brazzers.html | 3609571 - Anal Encounter With A Stranger |
| pornve.com | Brazzers | https://pornve.com/ycb9460eyww3/Natasha_nice_and_Johnny_sins_Brazzers.html | 2473788 - Private Treatment |
| pornve.com | Brazzers | https://pornve.com/ycdh5i0xkdyq/Brandi_Love_-_Desperate_For_V-Day_Dick.html | 10376 - Desperate For V-Day Dick |
| pornve.com | Brazzers | https://pornve.com/ycdvdn1hq9zi/Caught_in_the_Swing_Gabriella_Paltrova__Tommy_Gunn.html | 8844 - Caught in the Swing |
| pornve.com | Brazzers | https://pornve.com/ychtgwlsvu0r/Sofia_Cucci_-_Penetrating_Sofia.html | 8879 - Penetrating Sofia |
| pornve.com | Brazzers | https://pornve.com/yckqnomnkl6d/Massage_For_Janet_Mason.html | 8149 - Milf Massage |
| pornve.com | Brazzers | https://pornve.com/ycq8x8thoapn/Brazzers_-_Kendras_Thanksgiving_Stuffing.html | 10241 - Kendra's Thanksgiving Stuffing |
| pornve.com | Brazzers | https://pornve.com/ycuqzgf8ku0k/Horny_Schoolgirl_Selfies_-_Jenna_Ashley__Jewels_Jade.html | 9120 - Horny Schoolgirl Selfies |
| pornve.com | Brazzers | https://pornve.com/ycvlf2v468du/Leigh_Raven_-_Noise_Complaint.html | 2461932 - Noise Complaint |
| pornve.com | Brazzers | https://pornve.com/yd34ft17uja7/Bridgette_B_-_Maid_For_Anal.html | 5924 - Maid For Anal |
| pornve.com | Brazzers | https://pornve.com/yd5bvyxjteb7/Shazia_Sahari_-_Call_Me_Doctor_Nurse.html | 5316 - Call Me Doctor  Nurse |
| pornve.com | Reality Kings | https://pornve.com/yd5y9skgkh21/My_Gamer_Stepsister_Aaliyah_Hadid__Bruno_Dickenz.html | 15156 - Gamer Girl |
| pornve.com | Brazzers | https://pornve.com/yd8jsrvhted8/DirtyMasseur_Kelsi_Monroe_Lily_Jordan_What_the_Client_Wants_the_Client_Gets_19_07_16.html | 10028 - What the Client Wants the Client Gets |
| pornve.com | Brazzers | https://pornve.com/yd906mo0il49/Rebecca_More__Rhiannon_Ryder_-_Pussy_Is_International.html | 10846 - Pussy Is International |
| pornve.com | Brazzers | https://pornve.com/ydabih5eso5o/Jessa_Rhodes_-_The_Clumsy_Intern.html | 10216 - The Clumsy Intern |
| pornve.com | Brazzers | https://pornve.com/ydexovj3frqq/Angelina_Valentine_-_Extra_Curricular_Action.html | Big Tits at School Vol. 3 |
| pornve.com | Reality Kings | https://pornve.com/ydf40rme7qjy/Molly_Mae__Nikki_Capone_-_Dueling_Dildos.html | 15358 - Dueling Dildos |
| pornve.com | Brazzers | https://pornve.com/ydhwplytmq15/Tina_Kay_Danny_D_-_Always_Be_Fucking_-_Big_Tits_At_Work_-_Brazzers.html | 3114784 - Always be Fucking |
| pornve.com | Brazzers | https://pornve.com/ydinrm6n6jz2/Holly_Halston_-_Fuck_You_Pig.html | 4911 - Fuck You Pig! |
| pornve.com | Reality Kings | https://pornve.com/ydjwd4ac0m5m/Angela_White_Slick_Swimsuit.html | 2433788 - Slick Swimsuit |
| pornve.com | Reality Kings | https://pornve.com/ydq7wguxtfo2/Felicia_Clover_-_Bouncy_Breasts.html | 1049 - Bouncy Breasts |
| pornve.com | Brazzers | https://pornve.com/ydrg72ejzir9/Lexie_Candy_-_Lost_In_London.html | 8959 - Lost In London |
| pornve.com | Brazzers | https://pornve.com/ydxgervxjvx7/Kira_Noir_Luna_Star_Xander_Corvus_-_Group_Pers-Anal_Training_-_Brazzers_Exxtra_-_Brazzers.html | 3877615 - Group Pers-Anal Training |
| pornve.com | Brazzers | https://pornve.com/ydy9vasccl1p5/Candy_Alexa_-_Dildos_In_The_Drain_Pipe.html | 2892877 - Dildos In The Drain Pipe |
| pornve.com | Brazzers | https://pornve.com/ydyfosfnj7m7/Romi_Rain_Xander_Corvus_-_Hungry_For_Spring_Breakers_Part_1_-_Real_Wife_Stories_-_Brazzers.html | 3330890 - Hungry For Spring Breakers: Part 1 |
| pornve.com | Reality Kings | https://pornve.com/ydyll4i9wjd5/Emily_Briar_-_Fishnet_Fucking.html | 7043 - Fishnet Fucking |
| pornve.com | Brazzers | https://pornve.com/ye1br196itar/Charlee_Chase_-_Dickys_-_Dorkys_Revenge.html | 6011 - Dicky's - Dorky's Revenge |
| pornve.com | Brazzers | https://pornve.com/ye1rloso3ym6/Jennifer_White_-_The_Replacement.html | 10486 - The Replacement |

| pornve.com | Brazzers | https://pornve.com/ye63s6qvt6dd/AJ_Applegate__Savannah_Fox_-_Filthy_Fuck_-_Part_2.html | 7986 - Filthy Fuck : Part Two |
| pornve.com | Brazzers | https://pornve.com/ye90f26z82jv/Allie_Haze_-_Latex_Lust.html | 10352 - Latex Lust |
| pornve.com | Reality Kings | https://pornve.com/yek2ysxkdni2/RKPrime_-_Katrina_Jade_Play_Me.html | 2417937 - Play Me |
| pornve.com | Brazzers | https://pornve.com/yekl3nrlovxw/Brazzers_-_Big_ass_blonde_investigator_Nicolette_Shea_gets_pounded_.html | 10854 - Mind Blowing |
| pornve.com | Brazzers | https://pornve.com/yeolcbei890/Marsha_May_-_A_Slutty_Influence.html | 9824 - La Influencia de una Zorra |
| pornve.com | Brazzers | https://pornve.com/yf1l5ns5t3s4/BrazzersExxtra_19_08_26_Victoria_Cakes_Fucked_Out_Part_2_XXX.html | 3719973 - Fucked Out Of House & Home: Part 2 |
| pornve.com | Reality Kings | https://pornve.com/yf5duxb3l4x6/Blond_big_tits_seduces_manager_to_fuck_HD.html | 11758 - Juicy Job |
| pornve.com | Brazzers | https://pornve.com/yf5k6x5ux6sz/Paige_Turnah_-_Her_Ass_Is_A_Real_Paige_Turnah.html | 6452 - Her Ass Is A Real Paige Turnah! |
| pornve.com | Brazzers | https://pornve.com/yf69f34b5hr1/Take_Notes_Big_Tits_Babe_Nekane_Fucks_Her_Classmate_.html | 9476 - Take Notes |
| pornve.com | Brazzers | https://pornve.com/yfas3nbzoce6/Devon_-_My_Co-Worker_Is_A_Horny_Stripper.html | 6822 - My Co-Worker is a Horny Stripper |
| pornve.com | Brazzers | https://pornve.com/yfbgikeckyvj/Nina_Rivera_-_Bubble_Butt_Bride.html | 3829161 - Bubble Butt Bride |
| pornve.com | Brazzers | https://pornve.com/yfc7hz33fymw/Jynx_Maze_-_Can_I_Ass_You_A_Question.html | 5899 - Can I Ass You A Question? |
| pornve.com | Brazzers | https://pornve.com/yfcb52do3ztd/Marie_Clarence_-_One_Very_Important_Business_Call.html | 10784 - One Very Important Business Call |
| pornve.com | Brazzers | https://pornve.com/yfd39b7tvcyp/Kayla_Kayden__Im_The_Boss_Now.html | 8415 - I'm The Boss Now |
| pornve.com | Brazzers | https://pornve.com/yfdnkwbizng3/Fucked_In_The_Seat_Kenzie_Taylor__Keiran_Lee.html | 9600 - Fucked In The Seat |
| pornve.com | Brazzers | https://pornve.com/yfdpzipigi61/Demi_Sutra_-_The_Dildo_Prince.html | 3291117 - The Dildo Prince |
| pornve.com | Brazzers | https://pornve.com/yfg043jf5kcj/HotAndMean_Megan_Rain_Shy_Love_Up_Your_Game_Bitch.html | 9323 - Up Your Game Bitch! |
| pornve.com | Brazzers | https://pornve.com/yfj664yfj2dv/Tanya_Tate_-_More_Cumfidence.html | 6472 - More Cumfidence! |
| pornve.com | Reality Kings | https://pornve.com/yfjpsp9fua3z/POKE_MASTER_CATCHES_THE_AMAZING_KELSI_MONROE_IN_A_XXX_PARODY_MOVIE.html | 14908 - Poke Em Xxx Parody |
| pornve.com | Brazzers | https://pornve.com/yfrcymfd7oyj/No_Student_Teacher_-_Brazzers_.html | 9549 - No Student Teacher |
| pornve.com | Brazzers | https://pornve.com/yftyc9wm83i/Adriana_Chechik_Kendra_Lust_Keiran_Lee_-_Our_Sons_Girlfriend_Remastered_-_Real_Wife_Stories_-_Big.html | 8852 - Our Son's Girlfriend |
| pornve.com | Brazzers | https://pornve.com/yfy0vt94535/Abella_Danger_Isiah_Maxwell_-_Caught_Between_A_Bed_And_A_Hard_Cock_-_Big_Butts_Like_It_Big_-_Brazzers.html | 3609553 - Caught Between A Bed And A Hard Cock |
| pornve.com | Brazzers | https://pornve.com/yfyt9dy4ww8d/Tana_Lea_-_Dont_Bother_Me.html | 10831 - Don't Bother Me |
| pornve.com | Reality Kings | https://pornve.com/yg0vrfw3kbmq/StreetBlowJobs_-_Kaitlyn_Shanelle_Lip_To_Tip.html | 13901 - Lip To Tip |
| pornve.com | Brazzers | https://pornve.com/yg8nausbxkwo/Kayla_Paige_-_A_Lesson_On_Revenge.html | 5477 - A Lesson On Revenge |
| pornve.com | Brazzers | https://pornve.com/ygd55ywe1xmu/Karla_Kush_Xander_Corvus_-_Hot_Bothered_-_Real_Wife_Stories_-_Brazzers.html | 2892734 - Hot & Bothered |
| pornve.com | Brazzers | https://pornve.com/ygfcw9mgwkoi/Jenaveve_Jolie_-_Oral_Presentation.html | Doctor Adventures Vol. 4 |
| pornve.com | Brazzers | https://pornve.com/ygikaqsde5sp/Big_Ass_Nurse_-_MILF.html | 8397 - Affair With A Doctor |
| pornve.com | Brazzers | https://pornve.com/ygikem08xo76/Katana_Kombat_-_Custodial_Cravings.html | 2947160 - Custodial Cravings |
| pornve.com | Brazzers | https://pornve.com/ygkr89i726q/Luna_Star_-_Whore-O-Scopes.html | 9283 - Whore-O-Scopes |
| pornve.com | Brazzers | https://pornve.com/yglxko6gizpb/Sophia_Lomeli_-_Sexual_Harassment_And_You.html | 5782 - Sexual Harassment and You |
| pornve.com | Reality Kings | https://pornve.com/ygmu5q0e0q0u/young_fit_babe_krissy_lynn_takes_her_coachs_cock_outdoor.html | 1900734 - Deep End Sucking |
| pornve.com | Reality Kings | https://pornve.com/ygqkleq7s1bz/Kenzie_Reeves_-_Cheating_With_Her_Bestie.html | 1804240 - Cheating With Her Bestie |
| pornve.com | Brazzers | https://pornve.com/ygsigcul711a/Gia_Dimarco_Keiran_Lee_-_Shes_Not_What_She_Seems_Part_2_-_Brazzers_Exxtra_-_Brazzers.html | 3443293 - She's Not What She Seems: Part 2 |
| pornve.com | Brazzers | https://pornve.com/ygu2ivxq4nou/Ava_Koxxx_-_Anal_Encounter_With_A_Stranger.html | 3609571 - Anal Encounter With A Stranger |
| pornve.com | Brazzers | https://pornve.com/ygxdm2mpkwc9/Jayden_Jaymes__Kagney_Linn_Karter_-_Who_Looks_Hotter.html | 6170 - Who Looks Hotter ? |
| pornve.com | Brazzers | https://pornve.com/ygz0rpg102mq/Angel_Wicky__Kiki_Minaj_-_Ladies_Twerk_It_Out.html | 10621 - Ladies Twerk It Out |
| pornve.com | Brazzers | https://pornve.com/yh1jvlpl7gy2/Rina_Ellis_-_A_Dream_Cum_True.html | 10943 - A Dream Cum True |
| pornve.com | Brazzers | https://pornve.com/yh4vl9kdltql/Kacey_Villainess_-_Striptease_Squirtfest.html | 7456 - Striptease Squirtfest |
| pornve.com | Brazzers | https://pornve.com/yh9fhbgpy8o1/All_Good_New_Karlee_Grey.html | 10021 - A Bottom Bunk Banging |
| pornve.com | Brazzers | https://pornve.com/yha3ik8k6mdt/Misty_Stone_Sarah_Banks_-_Like_Mother_Like_Daughter.html | 10689 - Like Mother Like Daughter |
| pornve.com | Brazzers | https://pornve.com/yhekg920gmo0/Brooke_Beretta_Scott_Nails_-_Arctic_Ass_-_Big_Wet_Butts_-_Brazzers.html | 3222069 - Arctic Ass |
| pornve.com | Brazzers | https://pornve.com/yhfxv27px9vm/Monique_Alexander_-_Law_And_Whoreder.html | 5818 - Law And Whoreder |
| pornve.com | Reality Kings | https://pornve.com/yhj05z4k98qr/Sexy_Catwoman_Franceska_Jaimes.html | 8202 - Blast On The Ass |
| pornve.com | Brazzers | https://pornve.com/yhplb45wjye4/RealWifeStories_-_Brazzers_Angela_White_It_s_A_Wonderful_Sex_Life.html | 10457 - It's A Wonderful Sex Life |
| pornve.com | Brazzers | https://pornve.com/yhpvzakuq98q/Puma_Swede_-_The_Cock_Whisperer.html | 5384 - The Cock Whisperer |
| pornve.com | Reality Kings | https://pornve.com/yhrcluf3udpw/Sybill_Stallone_-_A_Persistent_Little_Humper.html | Lil Humpers |
| pornve.com | Brazzers | https://pornve.com/yhtkp1a1owov/Facial_Compilation_977_-_Faces_Covered_Whit_Cum_HD.html | 3957 - Old School Correction |
| pornve.com | Brazzers | https://pornve.com/yhv4tfeliv8t/Tia_McKenzie_-_Dirty_Laundry.html | 6468 - Dirty Laundry |
| pornve.com | Brazzers | https://pornve.com/yhx0n039u3yw/Charley_Chase_-_Big_Dong_Promotions.html | 5976 - Big Dong Promotions |
| pornve.com | Brazzers | https://pornve.com/yi8rv81qibeh/Haley_Wilde__Zoe_Voss_-_A_Clockwork_Whore_-_Part_2.html | 6012 - A Clockwork Whore: Part Two |
| pornve.com | Brazzers | https://pornve.com/yi0wfis20nqz/Brazzers_Up_to_code_and_up_her_ass_Brazzers_Big_Butts_Like_It_Big_Angela_White_Keiran_Lee_Bru.html | 11141 - Up To Code |
| pornve.com | Brazzers | https://pornve.com/yi4e9ko1bi4f/Isis_Love_-_Let_Me_Teach_You.html | 9743 - Let Me Teach You |
| pornve.com | Brazzers | https://pornve.com/yi4sqjj58kjl/Donna_Bell__Danny_D_Ride_the_Bride.html | 7772 - Ride the Bride |
| pornve.com | Brazzers | https://pornve.com/yi9azumn0txi/Kissa_Sins_-_Showering_His_Wife_With_Attention.html | 2412295 - Showering His Wife With Attention |
| pornve.com | Brazzers | https://pornve.com/yibdkcwv1ddx/Gigi_Allens_-_Chained_To_Her_Desk.html | 8332 - Chained to Her Desk |
| pornve.com | Brazzers | https://pornve.com/yihltv3gyvmf9/Jennifer_Dark_-_The_Ball_Is_In_Her_Cunt.html | 6446 - The Ball is in her Cunt |
| pornve.com | Reality Kings | https://pornve.com/yiq0pnhctpfv/Mary_Jean_Oliver_Flynn_-_Between_Her_Goalposts_-_Monster_Curves_-_Reality_Kings.html | Monster Curves Vol. 35 |
| pornve.com | Brazzers | https://pornve.com/yir6k93o3gf3/big_tits_nicole_aniston_girth_in_her_shell_a_xxx_parody_3628_42_plays_published_on_25_minutes_ago_category_ass_blonde_pornstar_nicole_aniston_tags_nicole_aniston_pussy_fuck_tag_this_video.html | 10504 - Girth In Her Shell: A XXX Parody |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/yiut1hp70f2z/Brazzers_-_French_teacher_Anissa_Kate_gets_her_ass_fucked_in_the_classroom_.html | 10416 - Romance Languages |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/yiw8rs6lyf3s/Lexi_Lowe_-_Full_Busty_Jacket.html | 7885 - Full Busty Jacket |
| pornve.com | Brazzers | https://pornve.com/yixx70c6ifad/brazzers2016-12-16_Life_Assistant_Doll.html | 10343 - Life Assistant Doll |
| pornve.com | Brazzers | https://pornve.com/yiyexxquot43/Abella_Danger_Ricky_Johnson_-_Lights_CockCam_Action_-_Brazzers_Exxtra_-_Brazzers.html | 3608710 - Lights CockCam Action! |
| pornve.com | Brazzers | https://pornve.com/yj079ahg13db/Dirty_Masseur_-_Nicole_Aniston.html | 2443194 - Getting Off On The Job |
| pornve.com | Brazzers | https://pornve.com/yj1gz6c4gwxu/Nina_Elle_-_Have_Your_Cock_And_Eat_It_Too.html | 2676484 - Have Your Cock And Eat It Too |
| pornve.com | Brazzers | https://pornve.com/yj1t9aakwx9s/Charity_Bangs_-_Hubbys_Special_Gift.html | 5684 - Hubby's Special Gift |
| pornve.com | Brazzers | https://pornve.com/yj4utwsfqnid/Tia_Cyrus_-_A_Rubdown_To_Remember.html | 3122602 - A Rubdown To Remember |
| pornve.com | Brazzers | https://pornve.com/yj6495pi2kwe/Deadly_Rain_-_Part_2.html | 9141 - Deadly Rain: Part Two |
| pornve.com | Brazzers | https://pornve.com/yj6q91qgic7n/He_Says_She_Fucks_Brazzers.html | 10193 - He Says She Fucks |
| pornve.com | Brazzers | https://pornve.com/yj8wlbur82et/Jayden_Jaymes_-_Amicable_Payment.html | 6545 - Amicable Payment |
| pornve.com | Brazzers | https://pornve.com/yjaewl58uns4/Kendra_Lust_-_Librarian_Needs_A_Licking.html | 8757 - Librarian Needs A Licking |
| pornve.com | Brazzers | https://pornve.com/yjaza8v5tskj/Rikki_Six_-_Tory_Lane_-_Peeping_Nurse_Learns_A_Lesson.html | 7638 - Peeping Nurse Learns a Lesson |
| pornve.com | Brazzers | https://pornve.com/yjeanukkc5w6/Devon_-_Sharing_The_Secretary.html | 8920 - Sharing The Secretary |
| pornve.com | Brazzers | https://pornve.com/yjfce9aa8qf5/Anissa_Kate_-_Jasmine_Jae_-_Storm_Of_Kings_Part_1.html | 8995 - Storm Of Kings XXX Parody: Part 1 |
| pornve.com | Brazzers | https://pornve.com/yjibpmo286mn/Kimmy_Granger_-_Happy_Hour.html | 2365228 - Happy Hour |
| pornve.com | Brazzers | https://pornve.com/yjp116601duu/Liv_Wild_Madison_Ivy_-_A_Wild_Night.html | 3878715 - A Wild Night |
| pornve.com | Brazzers | https://pornve.com/yjs6itq8sc5o/Anastasia_Brokelyn_-_Room_Service.html | 3878638 - Room Service |
| pornve.com | Brazzers | https://pornve.com/yjslswh04nio/Brazzers_House_-_Episode_6.html | 9077 - Brazzers House Orgy Finale |
| pornve.com | Brazzers | https://pornve.com/yjubqc49wkxh/Kortney_Kane_Nikki_Monroe_-_Filthy_Skies.html | 5878 - Filthy Skies |
| pornve.com | Brazzers | https://pornve.com/yjv1138k1jirv/Piper_Perri_-_Piper_Meets_Mr_Creep.html | 8783 - Piper Meets Mr.Creep |
| pornve.com | Brazzers | https://pornve.com/yjxqoa2luqfm/Dont_Touch_Her_Kagney_Linn_Karter_and_Ramon.html | 9360 - Don't Touch Her |
| pornve.com | Brazzers | https://pornve.com/yk0ptggpvpdh/Candice_Mia_-_You_Steal_My_Clothes_I_Steal_Your_Cock.html | 4825 - You Steal My Clothes I Steal Your Cock |
| pornve.com | Reality Kings | https://pornve.com/yk4drgsiw40c/Lena_Reif_Erik_Everhard_-_Luscious_Lena_Reif_-_Teens_Love_Huge_Cocks_-_Reality_Kings.html | 2893953 - Luscious Lena Reif |
| pornve.com | Reality Kings | https://pornve.com/yk4ises8tefd/Pure18_17_04_12_Jennifer_Jacobs_Fishnet_And_Fun_XXX_-KTR.html | 1789551 - fishnet_and_fun |
| pornve.com | Brazzers | https://pornve.com/ykd55pj994at/Tarra_White_-_My_Girlfriends_Mum_Has_A_Secret.html | 8609 - My Girlfriend's Mum Has A Secret |
| pornve.com | Brazzers | https://pornve.com/ykd67ou9shvw/Brynn_Tyler_-_Pop_On_The_Cop.html | 6173 - Pop on the Cop |
| pornve.com | Brazzers | https://pornve.com/ykjgdzf7l6a5/Victoria_White_-_Eleven_Inches_Of_Heaven.html | 5005 - Eleven Inches of Heaven |
| pornve.com | Brazzers | https://pornve.com/yks9kwtiqiel/Diamond_Kitty_-_Kitty_Anal.html | 4435 - Kitty Anal |
| pornve.com | Brazzers | https://pornve.com/ykvl3m06u6c7/Vanilla_Deville_-_Moms_Cream-Pie.html | 7679 - Mom's Cream-Pie |
| pornve.com | Brazzers | https://pornve.com/yl1aed4n71a3/Kissa_Sins_-_Sins_Life_-_Part_2.html | 8663 - Sins Life Part Two |
| pornve.com | Brazzers | https://pornve.com/yl1m8jnu0x3j/This_Tit_Is_Not_A_Toy_Isis_Love_Tyler_Nixon.html | 9198 - This Tit Is Not A Toy |
| pornve.com | Brazzers | https://pornve.com/ylkbm309hu81/Adria_Rae_-_Busting_A_Nut_In_The_Bride.html | 2892895 - Busting A Nut In The Bride |
| pornve.com | Reality Kings | https://pornve.com/yll9f6sat6ki/GFRevenge_-_Cutty_Buddy_-_16_05_16.html | 14389 - bikini body |
| pornve.com | Brazzers | https://pornve.com/yls8p31x8c0g/Britney_Amber_-_The_Nuru_Nurse.html | 8988 - The Nuru Nurse |
| pornve.com | Brazzers | https://pornve.com/ylt3ymcd8mni/The_Bang_Ring_-_Part_3.html | 10935 - The Bang Ring: Part 3 |
| pornve.com | Brazzers | https://pornve.com/ylz01mvxmkoq/Erika_Belluci_-_Cum_Try_The_Squirt-Master_Cocktail.html | 7677 - Cum Try the Squirt-Master Cocktail |
| pornve.com | Brazzers | https://pornve.com/ylz1ipgqtlle/Chloe_Reese_Ryder_-_Tits_Manners.html | 5710 - Tits Manners |
| pornve.com | Brazzers | https://pornve.com/ym3powi3rd2f/BrazzersExxtra190116EmilyAddisonAnonymousAttractionXXX1080pMP4-KTR.html | 3166788 - Anonymous Attraction |
| pornve.com | Brazzers | https://pornve.com/ym4z5uugns4a/BrazzersExxtra_-_Ariana_Marie_I_Like_To_Be_Natural.html | 2417603 - I Like To Be Natural |
| pornve.com | Brazzers | https://pornve.com/ymakzi82cdj1/Melissa_May_Overnight_With_My_Moms_Boyfriend.html | 8857 - Overnight With My Mom's Boyfriend |
| pornve.com | Brazzers | https://pornve.com/ymbz2kdi4jav/Aaliyah_Love_Cherie_Deville_-_Calling_In_A_Cock.html | 7666 - Calling in a Cock |
| pornve.com | Reality Kings | https://pornve.com/ymcpsizi7pkj/DareDorm_Elena_Koshka_Nickey_Huntsman_Dolly_Leigh_-_Cum_One_Cum_All_18_11_2016.html | Dare Dorm #30 |
| pornve.com | Brazzers | https://pornve.com/ymh65r84jhnv/Naughty_Stepmom.html | 9951 - La Madrastra Da una Mano |
| pornve.com | Brazzers | https://pornve.com/ymi8pupglagr/RealWifeStories_Riley_Reid_40My_Cop_Sucking_Wife41.html | 8908 - My Cop Sucking Wife |
| pornve.com | Brazzers | https://pornve.com/ymk6dm1lf0d7/Cintya_Doll_-_All-Natural_Euro_Fuck_Doll.html | 7886 - All-Natural Euro Fuck Doll |
| pornve.com | Brazzers | https://pornve.com/ymmn1yg0lnzc/Brazzers_-_Rebecca_More_Flex_And_Sex.html | 2464708 - Flex and Sex |
| pornve.com | Brazzers | https://pornve.com/ymqfnhjknxje/Katie_Kush_Kenzie_Madison_-_Katie_And_Kenzie_Get_Flexible.html | 4092941 - Katie And Kenzie Get Flexible |
| pornve.com | Brazzers | https://pornve.com/ymrdi07195gg/Loulou_-_Work_It.html | 8560 - Work It |
| pornve.com | Brazzers | https://pornve.com/ymvdu9rwfcrt/Blake_Rose_-_Anything_To_Close_The_Deal.html | 7404 - Anything to Close the Deal |
| pornve.com | Brazzers | https://pornve.com/yn4w0tk8okv5/Sofia_Rose_fuck_with_massage_boy.html | 3722229 - Can You Handle This? |
| pornve.com | Brazzers | https://pornve.com/ynbyyomd8fo3/The_Translator_Ava_Austen_Nekane_Sweet_Chris_Diamond.html | 9513 - The Translator |
| pornve.com | Brazzers | https://pornve.com/yng24v90bxz3/Amina_Danger_Keiran_Lee_-_Say_Hello_To_Her_Little_Friend_-_Brazzers_Exxtra_-_Brazzers.html | 2917049 - Say Hello to Her Little Friend |
| pornve.com | Brazzers | https://pornve.com/yni0x7sb05hw/Lost_In_Brazzers_Part_3.html | 9520 - Lost In Brazzers Episode 3 |
| pornve.com | Brazzers | https://pornve.com/ynkfd7t64h39/Gabriela_Lopez_-_Emergency_Rubdown.html | 3362783 - Emergency Rubdown |
| pornve.com | Reality Kings | https://pornve.com/ynoa2iaeib1/Desiree_Deluca_Redhead.html | 973 - Beautiful Bosom |
| pornve.com | Brazzers | https://pornve.com/ynpk9uxsrkoc/Britney_Amber_Johnny_Sins_-_Game_Day_Dicking_-_Real_Wife_Stories_-_Brazzers.html | 3170684 - Game Day Dicking |
| pornve.com | Brazzers | https://pornve.com/ynvm4fp2fzow/dwp_19_05_02_abella_danger_day_with_a_pornstar.html | 3408405 - Day With A Pornstar: Abella Danger |
| pornve.com | Brazzers | https://pornve.com/ynwryxb6n9ul/Loulou_Petite_Princess_Eve_Jordi_El_Nino_Polla_-_Bridge_To_Pussy_-_Milfs_Like_It_Big_-_Brazzers.html | 3960143 - Bridge To Pussy |

| pornve.com | Brazzers | https://pornve.com/yo7b5cum039k/Jessica_Jaymes__Kirsten_Price__Kristina_Rose_-_To_Live_And_Fuck_In_L_A_-_Part_3.html | 7216 - To Live and Fuck in L.A. Part 3 |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/yo9l7umtynt3/Amia_Miley_-_Dirty_Paper_Slut.html | 4600 - Dirty Paper Slut |
| pornve.com | Brazzers | https://pornve.com/yoaooq59ko2k/Lela_Star_Prince_Yashua_-_Designer_Dick_-_Brazzers_Exxtra_-_Brazzers.html | 3346032 - Designer Dick |
| pornve.com | Brazzers | https://pornve.com/yoca5mgp8eeb/Allie_Haze__Jennifer_White_-_Just_The_Tip.html | 4850 - Just The Tip |
| pornve.com | Brazzers | https://pornve.com/yoitny4g5zvs/April_ONeil_-_Extra_Large_With_Extra_Pepperoni_Nipples.html | 5771 - Extra Large With Extra Pepperoni Nipples |
| pornve.com | Brazzers | https://pornve.com/yolgzi888vj0/BrazzersExxtra_19_10_08_Alison_Avery_Party_For_One_XXX.html | 3648688 - Party For One |
| pornve.com | Brazzers | https://pornve.com/yopvhww1sqb7/Alison_Avery_Scott_Nails_-_Final_Interview_-_Brazzers_Exxtra_-_Brazzers.html | 3868597 - Final Interview |
| pornve.com | Brazzers | https://pornve.com/you4ov8gdabe/PornstarsLikeItBig_-_Nicolette_Shea_Sheas_Got_The_Look.html | 3796551 - Shea's Got The Look |
| pornve.com | Brazzers | https://pornve.com/youdqona0rjr/The_Naughty_Nanny_-_Part_1.html | 2893601 - The Naughty Nanny: Part 1 |
| pornve.com | Brazzers | https://pornve.com/yourex1r11bv/gina_valentina_xander_corvus_-_tennis_balls_deep_brazzers_exxtra_brazzers.html | 3796633 - Tennis Balls Deep |
| pornve.com | Brazzers | https://pornve.com/yp2fzhzzrjsn/Capri_Cavanni__Madelyn_Marie_-_Banging_At_The_Shelter.html | 5542 - Banging at the Shelter |
| pornve.com | Reality Kings | https://pornve.com/yp3btrfytwa1/Valentina_Nappi_Alberto_Blanco_Big_Tity_Workout_Big_Naturals_Reality_Kings.html | 3318491 - Big Titty Workout |
| pornve.com | Brazzers | https://pornve.com/yp98uvycdnix/Jenna_Presley_-_Fuck_Me_Or_Ill_Fire_You.html | 5715 - Fuck Me Or I'll Fire You |
| pornve.com | Brazzers | https://pornve.com/ypbhastoga80/Nikki_Benz__Kinzie_Kenner_-_Lingerie_And_Goodtimes.html | Big Tits at Work |
| pornve.com | Brazzers | https://pornve.com/ypdw49xv6nal/Madison_Ivy_-_Porn_Star_Sex_Tips.html | 11096 - Porn Star Sex Tips |
| pornve.com | Brazzers | https://pornve.com/ypg8xv387nao/Ryan_Keely_-_Water_Balloon_Charity_Fuck.html | 2945974 - Water Balloon Charity Fuck |
| pornve.com | Brazzers | https://pornve.com/ypb48f0my64/Tru_Kait_Scott_Nails_-_Who_Owns_Whom_-_Brazzers_Exxtra_-_Brazzers.html | 3980701 - Who Owns Whom |
| pornve.com | Brazzers | https://pornve.com/ypi2vq47253y/Luna_Star_-_Porn_Star_Sex_Tips.html | 2431956 - Porn Star Sex Tips 2 |
| pornve.com | Reality Kings | https://pornve.com/ypkbogs6s9ld/DAREDORM_81_Classy_Girl_1of2.html | Dare Dorm #81 |
| pornve.com | Brazzers | https://pornve.com/ypkwjplabrge/Hot_Hard_Anal_Kagney_Linn_Karter_Super_Anal_Nurse_NEW_April_27_2016.html | 9708 - Super Nurse |
| pornve.com | Brazzers | https://pornve.com/ypklm641atpk/MilfsLikeItBig_19_09_23_Ryan_Keely_The_Femdom_Florist_XXX.html | 3719976 - The Femdom Florist |
| pornve.com | Brazzers | https://pornve.com/ypmlss56gn4a/Kiara_Mia_-_Ass_And_Titties.html | 8538 - Ass and Titties |
| pornve.com | Brazzers | https://pornve.com/ypq4aa3lg2t7/She_Maid_Me_Cum_-_Amia_Miley__Jordan_Ash.html | 9065 - She Maid Me Cum |
| pornve.com | Brazzers | https://pornve.com/ypzh8wyit7u1/Holly_Halston_-_Stolen_Orgasm.html | 4845 - Stolen Orgasm |
| pornve.com | Brazzers | https://pornve.com/yq3aibqg5p8d/Adriana_Sephora__Remy_LaCroix_-_Remy_Loves_Adriana.html | 9086 - Remy Loves Adriana |
| pornve.com | Reality Kings | https://pornve.com/yq46p2xs0mvq/GFRevenge_Girl_time.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/yq90l2rc9cgq/Dillion_Harper_-_Doctor_Who.html | 9752 - Doctor Who? |
| pornve.com | Brazzers | https://pornve.com/yq9v6st57cik/Richelle_Ryan_-_Christening_The_Cougar.html | 2417664 - Christening the Cougar |
| pornve.com | Brazzers | https://pornve.com/yqa0kmgseub2/Jasmine_Caro_-_Working_Stiff.html | 7740 - Working Stiff |
| pornve.com | Brazzers | https://pornve.com/yqcndqlcd5z9/Ava_Dalush_-_Big_Boob_Heaven_Is_A_Place_On_Earth.html | 8285 - Big Boob Heaven Is A Place On Earth |
| pornve.com | Brazzers | https://pornve.com/yqcq0hv5ugkv/Kayla_Kayden_-_Sensory_Deprivation.html | 11214 - Sensory Deprivation |
| pornve.com | Brazzers | https://pornve.com/yqggxbavsq11/Ava_Koxxx__Summer_Brielle_-_I_Hope_You_Brought_Enough_For_Everyone.html | 8531 - I Hope You Brought Enough for Everyone! |
| pornve.com | Brazzers | https://pornve.com/yqgtfih8nye9/Gina_Valentina_Mercedes_Carrera_Jordi_El_Nino_Polla_-_Foreign_Sexchange_-_Moms_In_control.html | 2847212 - Foreign Sexchange |
| pornve.com | Brazzers | https://pornve.com/yqh00ec9830c/Diamond_Jackson_-_The_Tightest_Tutor_In_Town.html | 6521 - The Tightest Tutor In Town |
| pornve.com | Brazzers | https://pornve.com/yqjdbbqdefeg/Lezley_Zen_-_Its_A_No_Brainer_Fucking_The_MILF_Trainer.html | 4199 - It's a No Brainer Fucking the MILF Trainer |
| pornve.com | Brazzers | https://pornve.com/yqk6kzhyq85g/Monique_Alexander_-_Dont_Just_Kiss_Ass_Fuck_It.html | 8922 - Don't Just Kiss Ass  Fuck It! |
| pornve.com | Brazzers | https://pornve.com/yqn9i74d33ic/Hailey_Young_-_Fuck_Her_Lucky_Charms_Laddie.html | 6313 - Fuck Her Lucky Charms Laddie |
| pornve.com | Brazzers | https://pornve.com/yqnnll7lcha9/ZZ_vs_DP_-_The_Final_Fuck_Off.html | 8950 - ZZ vsÂ DP: THE FINAL FUCK OFF |
| pornve.com | Brazzers | https://pornve.com/yqyjwtowg2vz/Alena_Croft_Filthy_Moms_1_S6.html | 7829 - The MILF And The Manny |
| pornve.com | Brazzers | https://pornve.com/yr1uc12jrqbe/Aleksa_Nicole_-_Woopee_In_The_Workspace.html | 6915 - Woopee in the Workspace |
| pornve.com | Brazzers | https://pornve.com/yr4dakkd2elf/Alexis_Adams_-_Breaking_A_Promise_To_Pops.html | 8231 - Breaking a Promise to Pops |
| pornve.com | Reality Kings | https://pornve.com/yr67mdemg7g8/Laura_Bentley_-_My_Girlfriends_Hot_Mom_15_2015.html | 13651 - Tea For Two |
| pornve.com | Brazzers | https://pornve.com/yr77w25k8kid/Abella_Danger_-_Cuffed_And_Fucked.html | 10062 - Cuffed And Fucked |
| pornve.com | Brazzers | https://pornve.com/yr9tsfqsnzr3/Moms_In_Control_NEW_Brazzers_Cathy_Heaven__Mea_Melone_An_Open_Minded_Marriage_2_3_12_15.html | 9303 - An Open Minded Marriage |
| pornve.com | Brazzers | https://pornve.com/yraqmtpqh30i/Aubrey_Gold__Jenna_Sativa__Nina_North_-_Pretty_Little_Bitches_Part_Four.html | 9172 - Pretty Little Bitches Part Four |
| pornve.com | Brazzers | https://pornve.com/yrc1ezz34gqp/Alexis_Fawx_-_The_Big_Stiff.html | 10204 - The Big Stiff |
| pornve.com | Reality Kings | https://pornve.com/yrnogj9giq3m/RKPrime_Cali_Carter_Bad_Tutor_.html | 1900738 - bad_tutor |
| pornve.com | Brazzers | https://pornve.com/yrntosintzf4/Courtney_Cummz_-_Todays_Lunch_Special_My_Tits.html | 5264 - Today's Lunch Special: My Tits! |
| pornve.com | Brazzers | https://pornve.com/yrqeyvziwewa/Jasmine_James_War_Whore.html | 6537 - War Whore |
| pornve.com | Brazzers | https://pornve.com/yrsguhmzyjsw/Karma_Rx_Lela_Star_Nicolette_Shea_Jessy_Jones_-_BrazziBots_Part_4_-_ZZ_Series_-_Brazzers.html | 2972952 - BrazziBots: Part 4 |
| pornve.com | Brazzers | https://pornve.com/yrtaowexn0qq/Aleksa_Nicole_-_Cinco_De_Sexo.html | 7408 - Cinco de Sexo |
| pornve.com | Brazzers | https://pornve.com/yrx283enc9an/Dana_Wolf_Keiran_Lee_-_Game_Over_Man_-_Teens_Like_It_Big_-_Brazzers.html | 3796239 - Game Over Man! |
| pornve.com | Brazzers | https://pornve.com/yryc7zose3tj/Kortney_Kane_-_Architect_Sex.html | 5353 - Architect Sex |
| pornve.com | Brazzers | https://pornve.com/ys5eo2kqvuxb/Nicolette_Shea_-_Poke_Her_Face.html | 3268833 - Poke Her Face |
| pornve.com | Brazzers | https://pornve.com/ys86kxerct3a/Jewels_Jade_-_Jewelss_Jaw-Dropping_Anal.html | 8472 - Jewels's Jaw-Dropping Anal |
| pornve.com | Brazzers | https://pornve.com/ysd1ifl51rfu/TeensLikeItBig__Brazzers_Kristen_Scott_-_The_Big_Friendly_Dick.html | 9775 - The Big Friendly Dick |
| pornve.com | Brazzers | https://pornve.com/yskft5h7ihav/_Brazzers_-_Sexy_Raven_Redmond_gets_a_real_workout_from_a_big_cock_.html | 9628 - Boob |
| pornve.com | Brazzers | https://pornve.com/yskutaelr0fi/Brittany_Andrews_-_The_Spit_Shine_Slut.html | 2893123 - The Spit Shine Slut |
| pornve.com | Brazzers | https://pornve.com/yslrehz13ehq/Kenzie_Taylor_Michael_Vegas_-_Attend_To_My_Ass_-_Dirty_Masseur_-_Brazzers.html | 3645123 - Attend To My Ass |
| pornve.com | Brazzers | https://pornve.com/ysmfb208v0in/Abigail_Mac_-_My_Night_With_A_Pornstar.html | 10593 - My Night With A Pornstar |
| pornve.com | Brazzers | https://pornve.com/ysnyv97ok8mg/Cheating_Wife_Fuck_With_Young_Boy.html | 9567 - Taking It Twice |
| pornve.com | Brazzers | https://pornve.com/ysprhv5nz4ch/dwp_20_03_29_victoria_june.html | 3960011 - Day With A Pornstar: Victoria June |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/ysqxi2wjexgq/Angell_Summers_-_Exhibitionist_Boobies.html | 6096 - Exhibitionist Boobies |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/ysrdzsg5yxsu/Raylene_-_90_Beats_Per_Minute.html | 6751 - 90 Beats Per Minute |
| pornve.com | Brazzers | https://pornve.com/yst31rtl53jt/Jane_Douxxx_Is_Following_Doctors_Orders.html | 10591 - Doing The Rounds |
| pornve.com | Brazzers | https://pornve.com/ysuo9gtd1fae/Yurizan_Beltran_-_Playing_With_My_Tennis_Balls.html | 5579 - Playing with my Tennis Balls |
| pornve.com | Brazzers | https://pornve.com/ysw0vgqjasim/_Brazzers_-_Not_Again_.html | 9671 - Not Again! |
| pornve.com | Brazzers | https://pornve.com/ysz4aapwqs2a/Rebeca_Linares_-_The_Shitty_Hairdresser.html | 4370 - The Crappy Hairstylist |
| pornve.com | Reality Kings | https://pornve.com/yt1pk2zzx7kl/Reality_Kings_Boot_Camp_Booty.html | 10738 - Boot Camp Booty |
| pornve.com | Brazzers | https://pornve.com/yt5hrmwveua8/Roxy_Jezel_-_Suburban_Slut_Story_-_1.html | 4162 - Suburban Slut Story |
| pornve.com | Brazzers | https://pornve.com/ytb2n5qgnfyj/Madison_Ivy_Keiran_Lee_-_The_Butler_Did_It_-_Real_Wife_Stories_-_Brazzers.html | 3170683 - The Butler Did It |
| pornve.com | Brazzers | https://pornve.com/ytjg1gpq499x/Jade_Kush_Alex_Legend_-_The_DJ_is_DTF_-_Baby_Got_Boobs_-_Brazzers.html | 3169464 - The DJ is DTF |
| pornve.com | Brazzers | https://pornve.com/ytp0vx7tsvdl/Brandi_Love_-_Rent-A-Pornstar.html | 3359427 - Rent-A-Pornstar: The Break-Up Coach |
| pornve.com | Brazzers | https://pornve.com/ytpg5q3l3ptf/Gabriela_Lopez_Sean_Lawless_-_Gabriela_Is_Your_Girlfriend_-_Brazzers_Exxtra_-_Brazzers.html | 3279445 - Gabriela Is Your Girlfriend |
| pornve.com | Reality Kings | https://pornve.com/ytunxb16iwyk/Melissa_Moore_Horny_Teen_In_Need_Of_A_Dickin_Melissa_M_Teens_Luv_Huge_Cock.html | 14853 - Sexy Slumber |
| pornve.com | Brazzers | https://pornve.com/ytvu67nx1j7e/Allie_Haze_Val_Dodds_-_Give_Me_Your_Ass_Or_Get_Out_Of_My_House.html | 10594 - Give Me Your Ass Or Get Out Of My House! |
| pornve.com | Brazzers | https://pornve.com/yu0gmobfu8or/Kiera_Winters_-_Smalltown_Girl_Big_Cock_Mentality.html | 7969 - Smalltown Girl Big Cock Mentality |
| pornve.com | Brazzers | https://pornve.com/yu0yxfbvnyno/Peta_Jensen_-_Sweet_Peta_Pie.html | 9019 - Sweet Peta Pie |
| pornve.com | Reality Kings | https://pornve.com/yu3x2mtv5bdy/Freya_Fantasia_-_Classy_Snatch.html | 12744 - Classy Snatch |
| pornve.com | Brazzers | https://pornve.com/yu4fffpcn28c/Alex_Tanner_-_Gingers_Have_No_Soul.html | 8312 - Gingers Have No Soul |
| pornve.com | Brazzers | https://pornve.com/yu6y0ktioklh/Mea_Melone_-_The_Mathletes_-_Part_2.html | 9152 - The Mathletes Part Two |
| pornve.com | Brazzers | https://pornve.com/yuar46kidox3/Monique_Alexander_tv_news.html | 9967 - Monique Lo Hace Entretenido |
| pornve.com | Brazzers | https://pornve.com/yuc57u6mebhy/Dillion_Carter_-_24_Hour_Quick_Titty_Service.html | 8617 - 24 Hour Quick Titty Service |
| pornve.com | Brazzers | https://pornve.com/yuc94qxaikkn/Ariella_Ferrera_-_The_Female_Orgasm_101.html | 6863 - The Female Orgasm 101 |
| pornve.com | Brazzers | https://pornve.com/yudgaqea7k3j/Diamond_Jackson_Nikki_Benz_-_Game_Set_Match_Pussy.html | 9782 - Game_Set_Match_Pussy |
| pornve.com | Brazzers | https://pornve.com/yumlpftxv8js/Brazzers_-_Lela_Star_The_Perfect_Hostess_2.html | 2633739 - The Perfect Hostess 2 |
| pornve.com | Reality Kings | https://pornve.com/yuqf5m3mbsck/Whitney_Wright_Goes_From_Angelic_Bride_To_Anal_Angel.html | 2417914 - Angelic Bride To Anal Angel |
| pornve.com | Brazzers | https://pornve.com/yuu6v6hi05ow/Brazzers_Rub_Me_The_Right_Way.html | 3609694 - Rub Me The Right Way |
| pornve.com | Brazzers | https://pornve.com/yv12cfbhz3vf/Huge_cumshot_compilation.html | 465 - Pussy Hunger |
| pornve.com | Brazzers | https://pornve.com/yv20mzjwn5fm/Rebeca_Linares_-_Port_Of_Cock_New_Whoreleans.html | 5833 - Port of Cock New Whoreleans |
| pornve.com | Brazzers | https://pornve.com/yvbs6nrgqklz/Alena_Croft_Lily_Love_-_The_Heat_Wave.html | 10051 - The Heat Wave |
| pornve.com | Brazzers | https://pornve.com/yve9wjohl2rm/Sophia_Lomeli_-_All_Inclusive_Package.html | 5016 - All Inclusive Package |
| pornve.com | Brazzers | https://pornve.com/yvfeqlv8i70a/Amber_Alena_-_Ambers_Morning_Titjob.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/yvs27c592wvy/Getting_Off_The_Waitlist.html | 10598 - Getting Off The Waitlist |
| pornve.com | Brazzers | https://pornve.com/yvtc2j2n8df4/Tori_Avano_-_Pounding_Skin.html | 8635 - Pounding Skin |
| pornve.com | Brazzers | https://pornve.com/yw14ce1kd46/Jade_Kush_-_Skimpy_When_Wet.html | 3474975 - Skimpy When Wet |
| pornve.com | Brazzers | https://pornve.com/yw1eqo2aqpjc/BrazzersExxtra_-_Nicolette_Shea_Mrs_Sheas_Room_Service.html | 2578042 - Mrs. Shea's Room Service |
| pornve.com | Brazzers | https://pornve.com/yw2if3h0twwj/Aubrey_Sinclair_Krissy_Lynn_Get_Her_Juices_Flowing.html | 11055 - Get Her Juices Flowing |
| pornve.com | Brazzers | https://pornve.com/yw67twmrqa7d/Lacey_DuValle_-_Somewhere_To_Fuck.html | Real Wife Stories Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/yw84kbpy5kon/Elicia_Solis_-_All_Or_Nothing.html | 8424 - All or Nothing |
| pornve.com | Brazzers | https://pornve.com/ywbonqu8o0ux/Kianna_Dior_Nadia_Capri_-_Stop_Fuckin_My_Stepdaughter.html | 7965 - Stop Fuckin' My Stepdaughter! |
| pornve.com | Brazzers | https://pornve.com/ywdxo737bs7c/Alina_West_Bridgette_B_-_Legend_vs_Rookie.html | 9114 - Legend vs Rookie |
| pornve.com | Reality Kings | https://pornve.com/ywhzhpgk7rid/EuroSexParties_-_Soffia_Like_and_Kiara_Night_Wild_Girls_-_16_05_05.html | 14612 - Wild Girls |
| pornve.com | Brazzers | https://pornve.com/ywi4qh4xc7go/Honey_Demon_-_Spy_Hard_-_1.html | 6094 - Spy Hard |
| pornve.com | Brazzers | https://pornve.com/ywq1j5bnlco0/A_History_Of_Whoring.html | 9326 - A History of Whoring |
| pornve.com | Brazzers | https://pornve.com/ywqi5upl18mg/Holly_Halston_-_Jailhouse_Fuck.html | 7548 - Jailhouse Fuck |
| pornve.com | Brazzers | https://pornve.com/ywya6aoynenn/Riley_Evans_-_Firefighter_Fucker.html | 6179 - Firefighter Fucker |
| pornve.com | Brazzers | https://pornve.com/yx1dxaocz4tg/Jade_Aspen_Megan_Vaughn_-_My_Bikini_Bodys_Better.html | 7790 - My Bikini Body's Better! |
| pornve.com | Brazzers | https://pornve.com/yx5d4ww6pc1d/Nickey_Huntsman_Osa_Lovely_-_Strip_Club_Surprise.html | 11128 - Strip Club Surprise |
| pornve.com | Brazzers | https://pornve.com/yx5kth07mos5/Desiree_Dulce_Johnny_Castle_-_Worship_Me_-_Baby_Got_Boobs_-_Brazzers.html | 3609453 - Worship Me |
| pornve.com | Brazzers | https://pornve.com/yx7u0xo01r2v/Deadly_Rain_-_Part_4.html | 9143 - Deadly Rain: Part Four |
| pornve.com | Brazzers | https://pornve.com/yxbmbvfbh8nv/Ryan_Keely_Jordi_El_Nino_Polla_-_Mom_fucks_teen_boy.html | 2437978 - Getting Her Happy Ending |
| pornve.com | Brazzers | https://pornve.com/yxdok2li4fm7/Britney_Amber_-_Game_Day_Dicking.html | 3170684 - Game Day Dicking |
| pornve.com | Brazzers | https://pornve.com/yxhhjjvj1sbn/Assh_Lee_-_Licking_In_Lingerie.html | 2969114 - Licking In Lingerie |
| pornve.com | Brazzers | https://pornve.com/yxhscnbrr6kz/Jessica_Jaymes_Rebeca_Linares_-_Planet_Whoreywood.html | 5912 - Planet Whoreywood |
| pornve.com | Reality Kings | https://pornve.com/yxlfuignuftp/Evi_Rei_Charles_Dera_-_Wet_Me_Down_-_Round_And_Brown_-_Reality_Kings.html | 3151664 - Wet Me Down |
| pornve.com | Brazzers | https://pornve.com/yxn51liuc7ym/NEW_Anal_Britney_Amber.html | 9689 - The Interview: Round 3 |
| pornve.com | Reality Kings | https://pornve.com/yxnx2qe85llc/Realitykings_-_Pure18_-_Haley_Loves_Dirty_Laundry.html | 1827021 - Haley Loves Dirty Laundry |
| pornve.com | Brazzers | https://pornve.com/yxo7rltflobi/bex_20_04_12_eliza_ibarra_hopping_on_a_cock.html | 3960039 - Hopping On A Cock |
| pornve.com | Brazzers | https://pornve.com/yxtv913chk9z/Lola_Marie_-_Helicopter_MILF.html | 10997 - Helicopter MILF |
| pornve.com | Brazzers | https://pornve.com/yxxrad0vsduv/Luna_Star_-_Hot_Hot_Heatwave.html | 10117 - Hot_Hot_Heatwave |
| pornve.com | Brazzers | https://pornve.com/yy13umf3y8as/Desiree_Dulce_-_Out_From_The_Deep.html | 3960091 - Out From The Deep |
| pornve.com | Reality Kings | https://pornve.com/yy4vtc8hdtvr/Reality_Kings_MILF_Hunter_36_40201541_Scene_3_Kalli_Kavalli.html | 12456 - What A Woman |
| pornve.com | Brazzers | https://pornve.com/yy909yxmnr5b/Veronica_Avluv_-_Mom_Visits_Doc.html | 10477 - Mom Visits Doc |
| pornve.com | Brazzers | https://pornve.com/yyajoxpumcgd/Alura_Jenson_-_My_Profs_Filthy_Mouth.html | 3983753 - My Prof's Filthy Mouth |
| pornve.com | Brazzers | https://pornve.com/yydfl1a5gz5b/Rachel_Starr_-_A_Real_Man.html | 6779 - A Real Man... |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/yynihur9o9z7/Ryan_Conner_-_Tits_Out_To_Lunch.html | 10666 - Tits Out To Lunch |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/yyptrvaifryh/Skyla_Novea_Your_Dick_Roommates_Dick.html | 9557 - Your Dick Roommate's Dick |
| pornve.com | Brazzers | https://pornve.com/yytjqpcvvp1z/Hailey_Star_-_Oral_Fixation.html | Brazzers&#039; Big Tits At Work #6 |
| pornve.com | Brazzers | https://pornve.com/yyxa1bw0rd6r/VIRGIN_INOCENTE_LEARNS_ABOUT_THE_ANAL_YOUNG_BABE_RENEE_ROULETT E.html | 9102 - Innocent Virgin Learns About Anal |
| pornve.com | Brazzers | https://pornve.com/yyxr20f62flr/Angelika_Grays_Sauna_Soak_100320.html | 4418846 - Sauna Soak |
| pornve.com | Brazzers | https://pornve.com/yyzue00m0kvi/Emma_Heart_-_Cock_Hungry_Cop.html | 4547 - Cock Hungry Cop |
| pornve.com | Brazzers | https://pornve.com/yz67zi2q1cvt/Abella_Danger_I_Love_Your_Dad.html | 3925184 - I Love Your Dad |
| pornve.com | Brazzers | https://pornve.com/yz9x7ijqyuts/Mia_Malkova_-_Mia_Is_A_Blowjob_Addict.html | 2675873 - Mia Is A Blowjob Addict |
| pornve.com | Brazzers | https://pornve.com/yzaxdh28wlli/Kenzie_Taylor_-_Fucked_In_The_Seat.html | 9600 - Fucked In The Seat |
| pornve.com | Brazzers | https://pornve.com/yzfz5qcfviga/Diamond_Jackson_-_Mischa_Brooks_-_Fuck_Forgive_And_Forget.html | 7783 - Fuck_Forgive_And_Forget |
| pornve.com | Brazzers | https://pornve.com/yzikv21w3zax/Dani_Daniels_And_Phoenix_Marie_Three_Fingers_Deep_Doc.html | 9382 - Three Fingers Deep_Doc |
| pornve.com | Brazzers | https://pornve.com/yzml7tp2yrzd/Kendra_Spade_-_Asses_In_Pajamas.html | 3868903 - Asses In Pajamas |
| pornve.com | Reality Kings | https://pornve.com/yzqpwo00icm2/MomsBangTeens_-_Nova_Brooks_Tegan_James-Tied_Me_Up.html | 15245 - Tied Me Up |
| pornve.com | Brazzers | https://pornve.com/yzqr98uvrkyt/ZZSeries_-_Cali_Carter_-_BrazziBots_Uprising_Part_3.html | 3389420 - Brazzibots: Uprising Part 3 |
| pornve.com | Brazzers | https://pornve.com/yzr51kwc5c8g/Nicolette_Shea_-_Boss_For_A_Day.html | 3425051 - Boss For A Day |
| pornve.com | Brazzers | https://pornve.com/yzu0t13hjrq/Alexis_Texas_-_Audrey_Bitoni_-_The_Driver.html | 4866 - The Driver |
| pornve.com | Brazzers | https://pornve.com/yzv73a2758u/Lana_Rhoades_-_Nicolette_Shea_-_Double_Occupancy.html | 10813 - Double Occupancy |
| pornve.com | Brazzers | https://pornve.com/yzwnyfonzp2g9/Fetish_Lisa_Ann_Julia_Ann_Leigh_Darby_Phoenix_Marie_Leigh_Darby_Big_Tits_Mature_B_B londe_Mia_Milkova_Nikita_Von_James_Dilan_Ryder.html | 8469 - Banging For Mom's Approval |
| pornve.com | Brazzers | https://pornve.com/z0bo2x7o88d7/Hot_Sauna_Pussy.html | 6916 - Hot Sauna Pussy |
| pornve.com | Reality Kings | https://pornve.com/z0fmsxe3hw02/Drilling_Mommy_Scene_1_Sexy_Dirty_Milf_Charles_Dera_Raven_Hart.html | 1754259 - sexy_dirty_milf |
| pornve.com | Brazzers | https://pornve.com/z0bevoark560/Anya_Ivy_Krissy_Lynn_-_My_Stepmom_Hired_A_Hooker.html | 9200 - My Stepmom Hired a Hooker |
| pornve.com | Brazzers | https://pornve.com/z0k4m1ey8nqe/Shay_Fox_-_Slipping_Into_Shays_Big_Wet_Ass.html | 8870 - Slipping Into Shay's Big Wet Ass |
| pornve.com | Brazzers | https://pornve.com/z0ocbyq4v9d3/Kendra_Lust_-_A_Labor_Of_Lust.html | 7227 - A Labor of Lust |
| pornve.com | Brazzers | https://pornve.com/z0pjj1ext5lg/Helly_Mae_Hellfire_-_Spin_The_Booby.html | 5898 - Spin The Booby |
| pornve.com | Brazzers | https://pornve.com/z0qa98ldos3/Angel_Long_Lucia_Love_-_Femme_Fatale_On_Curvy_Cutie.html | 7820 - Femme Fatale On Curvy Cutie |
| pornve.com | Brazzers | https://pornve.com/z0uat4dqt2oq/Loni_Evans_-_The_Public_Speaker.html | 5196 - The Public Speaker |
| pornve.com | Brazzers | https://pornve.com/z0t6pjyni4et/Ivy_Lebelle_Scott_Nails_-_Special_Tasks_-_Brazzers_Exxtra_-_Brazzers.html | 3966757 - Special Tasks |
| pornve.com | Reality Kings | https://pornve.com/z0v5ezo3cd09/Elena_Koshka_Tall_Russian.html | 14741 - Cum For The Fiesta |
| pornve.com | Reality Kings | https://pornve.com/z15p9vv1624/Karma_Rx_-_Nothing_Butt_Wet.html | 2259520 - Nothing Butt Wet |
| pornve.com | Brazzers | https://pornve.com/z12s3o87y4q6/Diamond_Jackson_-_Moms_Twist_Of_Date.html | 10009 - Mom's Twist Of Date |
| pornve.com | Brazzers | https://pornve.com/z1699kd76s7p/Ava_Addams_-_School_Of_Modeling.html | 6634 - Ava Addams School of Modeling |
| pornve.com | Brazzers | https://pornve.com/z183q0yksbe5/Monique_Alexander_-_Moniques_Cumshot_Countdown.html | 8548 - Monique's Cumshot Countdown |
| pornve.com | Brazzers | https://pornve.com/z1akzap4556n/Mindy_Lynn_-_Bigger_Than_Friendship.html | Teens Like It Big Vol. 5 |
| pornve.com | Brazzers | https://pornve.com/z1bwfwsjxlhr/_Brazzers_-_StepMom_teach_Tyler_and_Evelin_a_lesson_they_wont_soon_forget_.html | 11080 - Undercover Step-Mother |
| pornve.com | Reality Kings | https://pornve.com/z1c53jebcn7o/MomsBangTeens_Gina_Valentina_Kate_Linn_Try_This_One_On_-_21_11_2016.html | 15080 - Try This One On |
| pornve.com | Brazzers | https://pornve.com/z1fyr9qn2erx/Chanel_Preston_-_Deep_Drip_Trip.html | 7251 - Deep Drip Trip |
| pornve.com | Brazzers | https://pornve.com/z1iq05v7md4a/Jennifer_Adams_-_SuperCock.html | 3947 - SuperCock |
| pornve.com | Brazzers | https://pornve.com/z1lhnit7v5l2/Aidra_Fox_Keiran_Lee_-_Au_Pair_Oh_My_-_Pornstars_Like_It_Big_-_Brazzers.html | 3456417 - Au Pair Oh My! |
| pornve.com | Brazzers | https://pornve.com/z1n18mbmusu6/Luna_Star_-_Day_With_A_Pornstar.html | 3775560 - Day With A Porn Star: Luna Star |
| pornve.com | Brazzers | https://pornve.com/z1n8a9v6hvq9/Brazzers_Workout_Sex_Club_Brooke_Beretta.html | 2945892 - Workout Sex Club |
| pornve.com | Brazzers | https://pornve.com/z1nc626mo0jx/Romi_Rain_Violet_Monroe_-_Maleficunt.html | 7991 - Maleficunt |
| pornve.com | Brazzers | https://pornve.com/z1ngsnaw3vqj/Monique_Alexander_Krissy_Lynn_The_Pornstars_Under_The_Stairs.html | 5593 - The Pornstars Under the Stairs |
| pornve.com | Reality Kings | https://pornve.com/z1o0t9hycjy0/BigNaturals_RealityKings_Raven_Redmond_-_Rubbing_On_Raven.html | 14491 - Rubbing On Raven |
| pornve.com | Brazzers | https://pornve.com/z21osa2v1mks/Cindy_Dollar_Eve_Angel_-_Conservative_Euro-Milf_Sluts_it_Up.html | 4998 - Conservative Euro-Milf Sluts it Up |
| pornve.com | Brazzers | https://pornve.com/z25cqsh89keq/MommyGotBoobs_-_Alura_Jenson_The_Moaning_After.html | 9441 - The Moaning After |
| pornve.com | Brazzers | https://pornve.com/z2807hp8fk3v/Taylor_Wane_-_Open_For_Business.html | 5006 - Open for Business |
| pornve.com | Brazzers | https://pornve.com/z2adb2oh60wy/Aletta_Ocean_and_Franceska_Jaimes_Awesome_Anal_Threesome.html | 7384 - Strip Science |
| pornve.com | Brazzers | https://pornve.com/z2fvuq7b8t9r/Peta_Jensen_Valentina_Nappi_-_Close_Encounters_Of_The_Big_Kind.html | 8971 - Close Encounters of the Big Kind |
| pornve.com | Brazzers | https://pornve.com/z2ipb8v8y1jg/Angelina_Ash_-_Into_The_Deep_Dark_Blue.html | 4134 - Into The Deep Dark Blue |
| pornve.com | Brazzers | https://pornve.com/z2lkvmvxi9b3/Chloe_Chaos_-_Wet_Dream_Homecumming_Queen.html | 7730 - Wet Dream Homecumming Queen |
| pornve.com | Brazzers | https://pornve.com/z2me8fgk4djz/Malezia_-_Frenchy_DAmour.html | 4019 - Frenchy D'Amour |
| pornve.com | Brazzers | https://pornve.com/z2mhb8j4mh8m/Lexi_Luna_-_Stepmom_Gets_Soaked.html | 2578023 - Stepmom Gets Soaked |
| pornve.com | Brazzers | https://pornve.com/z2o71vhp7736/Ash_Hollywood_Lily_Labeau_Riley_Chase_-_Wannabe_Dyke.html | 6390 - Wannabe Dyke |
| pornve.com | Brazzers | https://pornve.com/z2q16ocbsbb2/Sharing_The_Siblings_-_Part_2.html | 10311 - Sharing the Siblings: Part 2 |
| pornve.com | Brazzers | https://pornve.com/z2xz825oyikh/PornstarsLikeItBig_17_02_27_Rachel_Roxxx_Isis_Love_And_Romi_Rain_Slut_Hotel_Part_3_X XX_-KTR.html | 10470 - Slut Hotel: Part 3 |
| pornve.com | Brazzers | https://pornve.com/z306ggvbwb5s/Brandy_Talore_Jayden_Jaymes_-_Mascot_Kidnapping.html | Big Tits at School Vol. 3 |
| pornve.com | Brazzers | https://pornve.com/z30s7g1ravfl/Amy_Anderssen_-_Itchin_For_A_Petition.html | 7921 - Itchin' for a Petition |
| pornve.com | Brazzers | https://pornve.com/z335owqrdtm9/Fuck_Me_Before_I_Go_Insane.html | 8999 - When Wives Get Lonely |
| pornve.com | Brazzers | https://pornve.com/z33dclxp3lwz/Ashli_Orion_Brooke_Lee_Adams_-_Dont_Look_A_Gift_Whore_In_The_Mouth.html | 5465 - Don't Look A Gift Whore in the Mouth |
| pornve.com | Brazzers | https://pornve.com/z3cv1flkvzx/Skyla_Novea_-_Go_Fuck_Your_Selfie.html | 2337081 - Go Fuck Your Selfie! |
| pornve.com | Brazzers | https://pornve.com/z3avem2mi6xk/Alanah_Rae_-_Facility_Supervisor_Facilitator_Of_Super_Sex.html | 4239 - Facility Supervisor Facilitator of Super Sex |
| pornve.com | Brazzers | https://pornve.com/z3nxi7w8dwxa/RealWifeStories_-_Monique_Alexander_-_Two_To_Tango.html | 2681662 - Two To Tango |

| | | | |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/z3o1qb6vji66/Miss_Titness_America_2017_-_Jewels_Jade_Diamond_Jackson_Kendra_Lust_And_Brandi_Love.html | 6969 - Miss Titness America |
| pornve.com | Brazzers | https://pornve.com/z3sc75lp3wyc/Cassidy_Banks_-_Fuck_The_Interview.html | 8921 - Fuck The Interview |
| pornve.com | Brazzers | https://pornve.com/z3to1l1yhhks/alektra_blue_sucking_dick.html | 8588 - There's a Pornstar In My Kitchen |
| pornve.com | Brazzers | https://pornve.com/z3yxuc9al3nq/Audrey_Bitoni_-_Honey_White_-_Boston_Cream.html | 6138 - Boston Cream |
| pornve.com | Brazzers | https://pornve.com/z410lb6twxhn/Dylan_Ryder_-_Laid_In_The_Everglades.html | 4832 - Laid in the Everglades |
| pornve.com | Brazzers | https://pornve.com/z457mleb47gu/Valentines_Day_Affair_-_Best_Moments.html | 4016124 - Valentine's Day Affair: Best Moments |
| pornve.com | Brazzers | https://pornve.com/z45w7y6xzmwy/Alexis_Malone_-_Strangers_In_The_Woods.html | 8737 - Strangers In the Woods |
| pornve.com | Brazzers | https://pornve.com/z4dbt9w07kin/Ava_Addams_Tyler_Nixon_-_Pictures_Of_Her_-_Mommy_Got_Boobs_-_Brazzers.html | 3114782 - Pictures of Her |
| pornve.com | Reality Kings | https://pornve.com/z4en87uz770/Sara_St_Clair_-_Sexy_Sara.html | 15299 - Sexy Sara |
| pornve.com | Brazzers | https://pornve.com/z4iy2b4bxgi5/Brazzers_-_Sex_And_The_Sponge_Bath.html | 10005 - Sex And The Sponge Bath |
| pornve.com | Brazzers | https://pornve.com/z4j98ixrzvk1/Bound_To_Be_Pleasurable_Bridgette_B_Eva_Notty.html | 10808 - Bound To Be Pleasurable |
| pornve.com | Reality Kings | https://pornve.com/z4krn5b72r2/DareDorm_-_Glow_Party.html | Dare Dorm #27 |
| pornve.com | Reality Kings | https://pornve.com/z4lx1brfsnee/Jenna_Fox_Justin_Hunt_-_Golden_Hunnie_-_Round_And_Brown_-_Reality_Kings.html | 3424624 - Golden Hunnie |
| pornve.com | Brazzers | https://pornve.com/z4m8hqiz0q48/Alicia_Secrets_-_Kirsten_Price_-_Holiday_Secrets.html | 6996 - Holiday Secrets |
| pornve.com | Brazzers | https://pornve.com/z4osopruscv4s/BrazzersExxtra_-_Lela_Star_Lela_Pays_Her_Dues.html | 2655108 - Lela Pays Her Dues |
| pornve.com | Brazzers | https://pornve.com/z4ot4mhsz8pk/Carolyn_Reese_-_Suggestion_Box.html | 5389 - Suggestion Box |
| pornve.com | Brazzers | https://pornve.com/z4p7dyv1pk19/Alura_Jenson_The_Moaning_After_Mommy_Issues_3.html | 9441 - The Moaning After |
| pornve.com | Brazzers | https://pornve.com/z4podgkrwcbl/Madison_Ivy_Nicole_Aniston_-_Hot_Horny_Homewreckers.html | 3109351 - Hot & Horny Homewreckers |
| pornve.com | Brazzers | https://pornve.com/z4q05gig9tv1/Alura_TNT_Jenson_-_My_Mother_In_Law_Likes_It_Raw.html | 8591 - My Mother In Law Likes it Raw |
| pornve.com | Brazzers | https://pornve.com/z4r3afccyaxm/Christy_Mack_-_Cocked_And_Loaded.html | 6442 - Cocked And Loaded |
| pornve.com | Brazzers | https://pornve.com/z4r728lggndf/Quinn_Wilde_-_A_Big_Titted_Bully.html | 10195 - A Big Titted Bully |
| | | | |
| pornve.com | Brazzers | https://pornve.com/z4t9mk53qdrf/Lena_Paul_Xander_Corvus_-_Fuck_My_Best_Friend_-_Big_Butts_Like_It_Big_-_Brazzers.html | 3458883 - Fuck My Best Friend |
| pornve.com | Brazzers | https://pornve.com/z4t9no01d3s6/Isis_Love_-_Happy_Bday_Fuck_My_Mom.html | 10564 - Happy Bday Fuck My Mom! |
| pornve.com | Brazzers | https://pornve.com/z51m7cjy0s0x/Abigail_Mac_Nicole_Aniston_-_Gym_And_Juice.html | 10039 - Gym and Juice |
| pornve.com | Brazzers | https://pornve.com/z55kuk1akcwt/Lauren_Phillips_-_Wedding_Planning.html | 2417637 - Wedding Planning Pt. 2 |
| pornve.com | Reality Kings | https://pornve.com/z56tf29rgfgu/Her_Fantasy_Ball.html | 15204 - Her Fantasy Ball |
| pornve.com | Brazzers | https://pornve.com/z57qir5tyzz2/Jada_Fire_-_Fuck_My_Backdoor_Chute.html | 4130 - Fuck My Backdoor Chute |
| pornve.com | Brazzers | https://pornve.com/z58i0a34q0z3/Paige_Turnah_-_Massage_My_Arse.html | 7307 - Massage My Arse |
| pornve.com | Reality Kings | https://pornve.com/z5cseyap70ou/Realitykings_-_Pure18_-_Tight_Little_Pussy.html | 15331 - Tight Little Pussy |
| pornve.com | Brazzers | https://pornve.com/z5fupydp722o/Abella_Danger_-_Abella_Bets_Her_Butt.html | 9505 - Abella Bets Her Butt |
| pornve.com | Brazzers | https://pornve.com/z5fyo9qnngj/Ally_Kay_-_Ally_Drops_An_Album.html | 4990 - Ally Drops an Album |
| pornve.com | Brazzers | https://pornve.com/z5hkrfzu5ay5/Carter_Cruise_Maddy_Oreilly_-_In_House_Whore.html | 8782 - In House Whore |
| pornve.com | Brazzers | https://pornve.com/z5i3dqy9ep1m/Brazzers_-_Thats_My_Bush.html | 10517 - That's My Bush! |
| pornve.com | Brazzers | https://pornve.com/z5j6wnya44y7/DayWithAPornstar_20_06_15_Jewelz_Blu_Jewelz_Has_Cock_For_Breakfast_.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/z5j98ovz8txs/Daisy_Marie_-_Good_Deed_Well_Rewarded.html | Baby Got Boobs |
| pornve.com | Brazzers | https://pornve.com/z5m8dc61bpsk/Madison_Ivy_Jasmine_Jae_-_Tour_Of_London_-_Part_1.html | 8561 - Tour Of London Part One |
| pornve.com | Brazzers | https://pornve.com/z5ocxohtbbl0/Alyssa_Reece_Angel_Long_-_Nailing_The_Nosy_Neighbor.html | 8214 - Nailing The Nosy Neighbor |
| pornve.com | Brazzers | https://pornve.com/z5qi3116eim6/Alison_Avery_-_Party_For_One.html | 3648688 - Party For One |
| pornve.com | Brazzers | https://pornve.com/z56kqwak34g/Karmen_Karma_-_In-Lawful_Infidelity.html | 2908467 - In-Lawful Infidelity |
| pornve.com | Brazzers | https://pornve.com/z603imtwwrjp/Romi_Rain_-_No_Student_Teacher.html | 9549 - No Student Teacher |
| pornve.com | Brazzers | https://pornve.com/z626waxxejrx/Kiara_Mia_-_Kiaras_Oily_Anal.html | 9931 - El Anal Aceitoso de Kiara |
| pornve.com | Brazzers | https://pornve.com/z65lbpvk7n2z/Brooke_Haven_-_The_Canadian_Mounted.html | 5098 - The Canadian Mounted |
| pornve.com | Brazzers | https://pornve.com/z663i2yjyge3/Brazzers_Live_-_17.html | 9722 - BRAZZERS LIVE 17: POOLSIDE POUNDING |
| pornve.com | Brazzers | https://pornve.com/z69zsdk5rx5m/Amber_Jayne_Danny_D_-_Door_To_Door_Rub_And_Tug_-_Mommy_Got_Boobs_-_Brazzers.html | 3330597 - Door To Door Rub And Tug |
| pornve.com | Reality Kings | https://pornve.com/z6d691eqnyvh/Kali_Roses_Her_Irresistible_Sister.html | 2286953 - Her Irresistible Sister |
| pornve.com | Brazzers | https://pornve.com/z6eu3uu4339c/Parker_Swayze_-_ZZ_Medical_Center.html | 9698 - ZZ Medical Center |
| pornve.com | Brazzers | https://pornve.com/z6gw2xe33clc/Eva_Karera_-_Trust_Me_Im_A_Doctor.html | 7202 - Trust Me I'm A Doctor |
| pornve.com | Brazzers | https://pornve.com/z6henq1a2m4w/Julia_Ann_Tyler_Nixon_Stepmom_Sex_Ed.html | 9100 - Stepmom Sex Ed |
| pornve.com | Brazzers | https://pornve.com/z6joxyxv2e80/Nikki_Benz_maffia.html | 6870 - Benz Mafia - Part 3 |
| pornve.com | Brazzers | https://pornve.com/z6w5kt9v9yre/Roxy_Risingstar_Put_Down_The_Phone_And_Fuck_Me.html | 4420225 - Put Down The Phone And Fuck Me! |
| pornve.com | Brazzers | https://pornve.com/z6xq1sadzbyd/Katsuni_-_Postman_Kat.html | 6217 - Postman Kat |
| pornve.com | Brazzers | https://pornve.com/z726dmpbxwub/Bree_Olson_-_No_Pressure.html | Brazzers Big Tits At School #9 |
| pornve.com | Brazzers | https://pornve.com/z773vi637o29/Kendra_Sunderland_Madison_Ivy_-_Bodacious_Bikini_Threesome.html | 3966756 - Bodacious Bikini Threesome |
| pornve.com | Brazzers | https://pornve.com/z77wwgsq6jqg/Christy_Mack_-_Out_Of_The_Biz.html | 6772 - Out of the Biz |
| pornve.com | Brazzers | https://pornve.com/z7ia67x0osxx/Missy_Martinez_-_Not_Another_Happy_Ending.html | 9623 - Not Another Happy Ending! |
| pornve.com | Brazzers | https://pornve.com/z7isw3r0ggm9/Brandy_Aniston_-_Icing_On_My_Cock.html | 5457 - Icing on my Cock!!! |
| pornve.com | Brazzers | https://pornve.com/z7m3274ffmw5/This_Partys_Boring_Valentina_Nappi_Jessy_Jones_Xander_Corvus.html | 9566 - This Party's Boring |
| pornve.com | Reality Kings | https://pornve.com/z7oqutqzkbne/GF_REVENGE_Bare_Naked_Adessa_Winters.html | 14389 - bikini body |
| pornve.com | Brazzers | https://pornve.com/z7u4h5p7j0kp/Brazzers_Mom_Fucked_The_Masseur.html | 3463706 - Mom Fucked The Masseur |
| pornve.com | Brazzers | https://pornve.com/z7yu8z5fsxn/Alexis_Ford_-_Happiness_In_Slavery.html | 6199 - Make It Up To My Dick |
| pornve.com | Brazzers | https://pornve.com/z8cs53a2px1i/Elsa_Jean_-_Can_You_Feel_The_Tightness.html | 10332 - Can You Feel The Tightness? |
| pornve.com | Brazzers | https://pornve.com/z8eavsufoc5k/DayWithAPornstar_-_Cherie_Deville_And_Jenna_Foxx_Get_Off_Online.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/z8g7ajom0e6x/Charlee_Monroe_-_Vivie_Delamonico_-_Consoling_With_Cunnilingus.html | 7107 - Consoling with Cunnilingus |

| pornve.com | Brazzers | https://pornve.com/z8g8roewkkkm/Drive_Me_Crazy_-_Ella_Hughes__Ryan_Ryder.html | 8958 - Shy Redheads Like It Big |
| pornve.com | Brazzers | https://pornve.com/z8jotop0pcr7/Brenna_Sparks_-_Banging_My_Bosss_Daughter.html | 3043524 - Banging My Boss's Daughter |
| pornve.com | Brazzers | https://pornve.com/z8k4p0ajfzym/HotAndMean_16_01_03_Aaliyah_Love_And_Cherie_Deville_Pornstar_Fantasies.html | 9318 - Pornstar Fantasies |
| pornve.com | Brazzers | https://pornve.com/z8vrw7sui9ke/Brazzers_House_-_Episode_8.html | 8705 - Brazzers House Episode Three Bonus |
| pornve.com | Brazzers | https://pornve.com/z8w0dvw03dl9/Bridgette_B_-_You_Asked_Whore_It.html | 5697 - You Asked Whore It |
| pornve.com | Brazzers | https://pornve.com/z8wp2h1g8lz5/Brazzers_My_Slutty_Stepmoms_Wedding_Brazzers_Mommy_Got_Boobs_2017_Pornstars_Raven_Hart_Justin.html | 10775 - My Slutty Stepmom's Wedding |
| pornve.com | Brazzers | https://pornve.com/z8wv9dpqvw9p/Jenna_Presley_-_A_Rare_Case_Of_Girlstuckoncock.html | Doctor Adventures Vol. 5 |
| pornve.com | Reality Kings | https://pornve.com/z8ypc4d1x36b/Stacy_Cruz_Danny_D_-_Lost_Cock_-_Teens_Love_Huge_Cocks_-_Reality_Kings.html | 3348813 - Lost Cock |
| pornve.com | Brazzers | https://pornve.com/z8z88eolnrs2/Brazzers_-_Athena_Palomino_Athena_For_Dessert.html | 2635586 - Athena For Dessert |
| pornve.com | Brazzers | https://pornve.com/z956xwpw3s7f/Jasmine_Jae_Rebecca_More_-_How_Danny_D_Stole_XXXMas.html | 7033 - How Danny D Stole XXXMas |
| pornve.com | Brazzers | https://pornve.com/z958eqx9l7ey/Jennifer_White_-_Cumming_To_Class.html | 3796713 - Cumming To Class |
| pornve.com | Brazzers | https://pornve.com/z96lbn5ihmcx/blowjob_and_registration.html | 9129 - Blowjob and Registration |
| pornve.com | Brazzers | https://pornve.com/z97vkjfrfof1/Hard_Anal_Home_Alone_And_Fuck_To_The_Bone.html | 8376 - Home Alone and Down to Bone |
| pornve.com | Brazzers | https://pornve.com/z99muww45kyb/Alexa_Tomas_-_La_Puta_Envidia.html | 8856 - La Puta Envidia |
| pornve.com | Brazzers | https://pornve.com/z9abtcw97tc5/Sensual_Jane_Presenting_To_Pascal_Mommy_Issues.html | 8482 - Presenting to Pascal |
| pornve.com | Brazzers | https://pornve.com/z9fju2vw2bo1/Moms_In_Control_Stepmoms_Need_Loving_Too.html | 3363991 - Stepmoms Need Loving Too! |
| pornve.com | Brazzers | https://pornve.com/z9g1jckmcuh7/Monique_Alexander_New_Anal_Spa.html | 10125 - Monique's Secret Spa: Part 3 |
| pornve.com | Brazzers | https://pornve.com/z9gxuajn2zsk/Jessica_Jaymes_-_Married_To_The_Mob_-_Part_1.html | 8504 - Married To The Mob Part One |
| pornve.com | Brazzers | https://pornve.com/z9hg97t9v000/Jessa_Is_Married_But_That_Doesnt_Mean_Shes_A_Faithful_Wife_Sneaky_Cheat.html | 10123 - Rich Bitch Has An Itch |
| pornve.com | Brazzers | https://pornve.com/z9fzbqfjof9/_Brazzers_-_Busty_Hot_Anissa_Kate_gets_her_ass_pounded_by_a_big_dick_.html | 11063 - Fucking Her French Seams |
| pornve.com | Brazzers | https://pornve.com/z9jhwp3ivnfg/Ziana_Blue_-_Lingerie_Rubdown.html | 3829162 - Lingerie Rubdown |
| pornve.com | Brazzers | https://pornve.com/z9nsa4nw44k2/Gina_Valentina_Michael_Vegas_-_Squirtboarding_-_Brazzers_Exxtra_-_Brazzers.html | 3830486 - Squirtboarding |
| pornve.com | Reality Kings | https://pornve.com/z9pq699aux4r/CumFiesta_Kimmy_Fabel_-_New_To_This_06_09_2016.html | 14420 - New To This |
| pornve.com | Brazzers | https://pornve.com/z9tnil6hv14/Adria_Rae_Casey_Calvert_Xander_Corvus_-_Anal_Double_Dip_-_Brazzers_Exxtra_-_Brazzers.html | 3924026 - Anal Double Dip |
| pornve.com | Brazzers | https://pornve.com/z9yx7g4uxtwn/Alexis_Ford_-_Pussy_Prescription.html | 7872 - Pussy Prescription |
| pornve.com | Brazzers | https://pornve.com/za0c8wz3yfv9/Gina_Valentina_Johnny_Sins_-_Traffic_Violation_-_Teens_Like_It_Big.html | 2635476 - Traffic Violation |
| pornve.com | Brazzers | https://pornve.com/zag4o0oe2ld6/Richelle_Ryan_-_The_Hottest_Yoga_Class_In_LA.html | 7527 - The Hottest Yoga Class in LA |
| pornve.com | Brazzers | https://pornve.com/zail020bt9xc/MilfsLikeItBig_19_10_08_Dee_Williams_Making_Assmends_XXX.html | 3768299 - Making Assmends |
| pornve.com | Brazzers | https://pornve.com/zalhlp2g91ic/Lisa_Ann_-_Club_Cougar_Steals_The_Cock.html | 8547 - Club Cougar Steals The Cock |
| pornve.com | Brazzers | https://pornve.com/zau3okrt96qh/BrazzersExxtra_20_06_14_Nicolette_Shea_School_Of_Hard_Knockers_.html | 3768281 - School Of Hard Knockers |
| pornve.com | Brazzers | https://pornve.com/zaw25x0egfro/Anal_Nikki_Benz_Lets_Party.html | 8621 - Break The Internet... For Real This Time |
| pornve.com | Brazzers | https://pornve.com/zawcb456ghhv/Krissy_Lynn__Nika_Noire_-_Brazzers_Cumfidential.html | Big Tits at Work Vol. 7 |
| pornve.com | Brazzers | https://pornve.com/zb56tdaav9rq/April_ONeil__Isis_Taylor__Madison_Ivy_-_The_Pussys_Advocate.html | 5568 - The Pussy's Advocate |
| pornve.com | Brazzers | https://pornve.com/zb5os7whchce/Sally_DAngelo_Alex_Legend_-_Can_You_Help_My_Mom_-_Brazzers_Exxtra_-_Brazzers.html | 3171852 - Can You Help My Mom? |
| pornve.com | Brazzers | https://pornve.com/zb6d6suzjz3c/Eva_Angelina_-_The_Sultans_Slutty_Skank.html | 4514 - The Sultan's Slutty Skank |
| pornve.com | Brazzers | https://pornve.com/zbd247uleolp/BrazzersExxtra_15_11_12_Krissy_Lynn_Rowdy_Armbar_Goes_Too_Far.html | 9187 - Rowdy Armbar Goes Too Far |
| pornve.com | Brazzers | https://pornve.com/zbgykp9okux5/Brazzers_-_Candy_Alexa_Jiggly_Jump_Rope.html | 2573335 - Jiggly Jump Rope |
| pornve.com | Brazzers | https://pornve.com/zbhtudmxid3c/Giselle_Palmer_-_Just_Trying_To_Earn_A_Little_Extra_College_Money.html | 11139 - Just Trying To Earn A Little Extra College Money |
| pornve.com | Reality Kings | https://pornve.com/zbjpskaefjny/alanah_rae_married.html | 1733 - What A Wedding |
| pornve.com | Brazzers | https://pornve.com/zbjrgp5t68k/Carla_Pryce_-_Blowjob_101.html | 10917 - Blowjob 101 |
| pornve.com | Brazzers | https://pornve.com/zbo1610nzibz/Summer_Brielle_-_Pornstars_Anonymous.html | 8791 - Pornstars Anonymous |
| pornve.com | Brazzers | https://pornve.com/zboanfszktg6/Sybil_Stallone_-_Stepmoms_Spring_Cleaning_-_Brazzers.html | 10647 - Stepmom's Spring Cleaning |
| pornve.com | Brazzers | https://pornve.com/zbuycr2uihrv/Abella_Danger_Mick_Blue_Use_It_Or_Lose_It.html | 3830479 - Use It Or Lose It |
| pornve.com | Brazzers | https://pornve.com/zc2s2hfs6ea0/Katie_Monroe_-_Read_My_Lips.html | 3878690 - Read My Lips |
| pornve.com | Brazzers | https://pornve.com/zc4pjxnul5gm/Shyla_Stylez_Pornstar_Punishment.html | 7975 - I Deserve What's Mine! |
| pornve.com | Brazzers | https://pornve.com/zcbmh0aggh98/Ava_Addams_-_Double_Timing_Wife_-_Part_1.html | 8036 - Double Timing Wife: Part 1 |
| pornve.com | Brazzers | https://pornve.com/zcltd1fd0dv9/Ella_Hughes_Kayla_Green_Danny_D_Threesome.html | 10727 - Fries With That Fuck |
| pornve.com | Brazzers | https://pornve.com/zcm9vce1rdek/rws_19_05_02_ivy_lebelle_hard_evidence.html | 3370335 - Hard Evidence |
| pornve.com | Brazzers | https://pornve.com/zcn7qxbbqnw2/Angel_Vain_-_Im_A_Shitty_Mom_But_I_Have_Great_Tits.html | 4213 - I'm a Shitty Mom But I Have Great Tits! |
| pornve.com | Brazzers | https://pornve.com/zcpnqtbldooj/Brooke_Haven_-_Brookes_Heavenly_Tits.html | 5002 - Brooke's Heavenly Tits |
| pornve.com | Brazzers | https://pornve.com/zcr16romyv7g/World_War_XXX_Full_Movie.html | 8428 - World War XXX Part One |
| pornve.com | Brazzers | https://pornve.com/zcr46rf4get7/Alektra_Blue_-_Eva_Angelina_-_Eva_And_Alektra_Get_Nasty.html | 8869 - Eva and Alektra Get Nasty |
| pornve.com | Brazzers | https://pornve.com/zcserp15017r/Audrey_Bitoni_-_The_Future_Is_Fucked.html | 2635918 - The Future Is Fucked |
| pornve.com | Brazzers | https://pornve.com/zcuww4yoc8z/Diamond_Kitty_-_Double_Down_For_Diamond.html | 7422 - Double Down For Diamond |
| pornve.com | Brazzers | https://pornve.com/zcvcbb709d6l/Moms_In_Control_14_S2_Missy_Martinez_Sadie_Pop.html | 10936 - The Future Family's Fuck Robot: Part 1 |
| pornve.com | Brazzers | https://pornve.com/zd18ckhmvuqi/A_Neighborly_Lay.html | 7429 - A Neighborly Lay |
| pornve.com | Brazzers | https://pornve.com/zd4kksq6ihh/Desiree_Dulce_Scott_Nails_Out_From_The_Deep.html | 3960091 - Out From The Deep |
| pornve.com | Brazzers | https://pornve.com/zd6zdm9mlafo/MommyGotBoobs_Isis_Love_Let_Me_Teach_You_-_30_07_16.html | 9743 - Let Me Teach You |
| pornve.com | Reality Kings | https://pornve.com/zdnr659owdcl/Horny_Black_Amateurs_-_Peyton_Rain.html | Horny Black Amateurs |
| pornve.com | Brazzers | https://pornve.com/zdpvg3mx68pl/Delicious_Tits_Brazzers_european.html | 7802 - The Icing On The Cock |
| pornve.com | Brazzers | https://pornve.com/zdqu7zllgzkg/Diamond_Foxxx__Janet_Mason_-_Rules_Of_Milf_Attraction.html | 4218 - Rules of Milf Attraction |
| pornve.com | Brazzers | https://pornve.com/ze1g4ebdxa18/Nathaly_Cherie_-_Nylon_Nuru.html | 2842510 - Nylon Nuru |
| pornve.com | Brazzers | https://pornve.com/ze4zq6xjzear/Priya_Anjali_Rai_-_Boats_And_Hoes.html | 4636 - Boats and Hoes |

EXHIBIT A

| pornve.com | Brazzers | https://pornve.com/ze7amx2tyqx7/Tiffany_Tyler_-_St_Phatdicks_Day.html | 4630 - St. Phatdick's Day |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/zeh5xb7ltuh5/Emma_Leigh_-_Mannequin_Magic.html | 7445 - Mannequin Magic |
| pornve.com | Brazzers | https://pornve.com/zehvx4uisv5e/Mackenzee_Pierce_-_EverHard_At_Work.html | 6698 - EverHard At Work |
| pornve.com | Brazzers | https://pornve.com/zekgr4qbv690/Missy_Martinez_-_With_Special_Guest_Missy_Martinez.html | 7310 - With Special Guest Missy Martinez |
| pornve.com | Brazzers | https://pornve.com/zeme1neapf0m/Kali_Roses_-_Kira_Noir_-_Just_A_Regular_Massage.html | 241776i - Just A Regular Massage |
| pornve.com | Brazzers | https://pornve.com/zeo4ogwc4yk4/Rose_Monroe_-_Pussy_Espanola.html | 8008 - Pussy Espanola |
| pornve.com | Brazzers | https://pornve.com/zeomt1zdsxur/Apolonia_Lapiedra_Surprise_Invasion.html | 9701 - Surprise Invasion |
| pornve.com | Brazzers | https://pornve.com/zf0ci80pfljt/My_Dirty_Talking_Prof_Brazzers.html | 9428 - My Dirty Talking Prof |
| pornve.com | Brazzers | https://pornve.com/zfl0w4nghtor/April_Brookes_-_Kendall_Kayden_-_Sibling_Rivalry.html | 9226 - Sibling Rivalry |
| pornve.com | Brazzers | https://pornve.com/zf6offvslu7e/Brazzers_special_Edition.html | 8984 - Stuck In The Elevator |
| pornve.com | Brazzers | https://pornve.com/zfaq3la6t809/Free_Screw_at_Hardware_Store_-_India_Summer_-_Johnny_Sins.html | 8924 - Free Screw at Hardware Store |
| pornve.com | Brazzers | https://pornve.com/zfb18ksk6xe8/Anissa_Kate_-_Not_Here_For_The_Coffee.html | 3983735 - Not Here For The Coffee |
| pornve.com | Brazzers | https://pornve.com/zfccrcul5fa/Robbin_Banx_Keiran_Lee_-_Welcum_To_The_Neighborhood_-_Real_Wife_Stories.html | 2661248 - Welcum To The Neighborhood |
| pornve.com | Brazzers | https://pornve.com/zfjcipej31le/Abigail_Mac_-_Anatomy_Of_A_Sex.html | 3759132 - Anatomy Of A Sex Scene 2 |
| pornve.com | Brazzers | https://pornve.com/zfjjkzre8aa2/Jessica_Lynn_-_Bavarian_Boobs.html | 4569 - Bavarian Boobs |
| pornve.com | Brazzers | https://pornve.com/zfqddn0tzxiv/Nurse_Da_Asa_Akiraaaaa.html | Brazzers Doctor Adventures #6 |
| pornve.com | Brazzers | https://pornve.com/zg0i53x9ld09/Corinna_Blake_Open_For_Anal_Business.html | 9144 - Corinna Blake: Open For Anal Business |
| pornve.com | Brazzers | https://pornve.com/zga1eg01u6xr/dirty_masseur_brazzers_brooklyn_chase_van_wyldea_step_sons_duty.html | 10347 - A Stepson's Duty |
| pornve.com | Brazzers | https://pornve.com/zga1jp0geoih/Lezley_Zen_Shyla_Stylez_-_Security_Sluts.html | 4873 - Security Sluts |
| pornve.com | Brazzers | https://pornve.com/zgeuh1787w3g/Brazzers_house_2_day_3.html | 10797 - Brazzers House 2: Day 3 |
| pornve.com | Brazzers | https://pornve.com/zgluand8gxox/Julie_Cash_-_Bedside_Manner.html | 3110537 - Bedside Manner |
| pornve.com | Reality Kings | https://pornve.com/zgwiqc5lehh2/Big_Tits_Boss_25_2015_Part_1.html | 12109 - Boobs On WoodXXX |
| pornve.com | Brazzers | https://pornve.com/zh19tkjqwxv/Brazzers_One_slutty_shopping_spree_Brazzers_Pornstars_Like_It_Big_Aubrey_Black_Danny_D_Milf_F.html | 11127 - One Slutty Shopping Spree |
| pornve.com | Brazzers | https://pornve.com/zh8mljhgv7hq/Cali_Carter_Keiran_Lee_-_Babys_Gone_Buck_-_Brazzers_Exxtra_-_Brazzers.html | 3222067 - Baby's Gone Buck! |
| pornve.com | Brazzers | https://pornve.com/zh9pi8nocpi0/Holly_West_-_Straight_To_The_Point.html | 4558 - Straight To The Point |
| pornve.com | Brazzers | https://pornve.com/zhl9p8i0hn1s/Diamond_Foxxx_-_Helping_With_The_Chores.html | 5500 - Helping with the Chores |
| pornve.com | Brazzers | https://pornve.com/zhoehr746zba/Angel_Wicky_Jimena_Lago_-_Teens_In_The_Backseat.html | 10078 - Teens In The Backseat |
| pornve.com | Brazzers | https://pornve.com/zhtmk4lh89ro/Capri_Cavanni_-_You_Stole_My_Wish_Bitch.html | 6325 - You Stole My Wish_Bitch!!! |
| pornve.com | Brazzers | https://pornve.com/zi0no5swx5ku/Juelz_Ventura_-_Birdie_In_The_Bunker.html | 5289 - Birdie in the Bunker |
| pornve.com | Brazzers | https://pornve.com/zi0xg3gh5ryn/Devon_-_My_Stepmom_Smokes_Pole.html | 8358 - My Stepmom Smokes Pole |
| pornve.com | Brazzers | https://pornve.com/zii223mqjpfph/Alanah_Rae_Nikki_Sexx_-_The_Men_In_Plastic_Masks.html | 5164 - The Men In Plastic Masks |
| pornve.com | Brazzers | https://pornve.com/zi7ztvm1czoi/Jada_Stevens_-_Laser_Show_Double-Blow.html | 7414 - Laser Show Double-Blow |
| pornve.com | Reality Kings | https://pornve.com/zi9sf03fzpp7/Whitney_Wright_-_Angelic_Bride_To_Anal_Angel_-_RK_Prime_-_Reality_Kings.html | 2417914 - Angelic Bride To Anal Angel |
| pornve.com | Brazzers | https://pornve.com/zija7clp5pw7/Nicole_Aniston_-_Fuck_Me_Chance_Callahan.html | 6355 - Fuck me Chance Callahan |
| pornve.com | Brazzers | https://pornve.com/zimxlonkdkfs/Nikki_Nine_-_Blown_By_An_Old_Flame.html | 8784 - Blown By An Old Flame |
| pornve.com | Brazzers | https://pornve.com/zip4zj0y8l3s/Courtney_Cummz_Julia_Ann_-_1_2_3_Baby_Cum_On_Me.html | 5551 - 1_2_3_Baby Cum On Me |
| pornve.com | Brazzers | https://pornve.com/ziphhh6qw075/Alexis_Grace_-_Please_Keep_Your_Tits_Quiet.html | 7482 - Please Keep Your Tits Quiet |
| pornve.com | Brazzers | https://pornve.com/ziqmpsqez6yu/Brazzers_House_-_Episode_4.html | 8706 - Brazzers House Episode Four |
| pornve.com | Brazzers | https://pornve.com/zir2bj560abw/Cassidy_Banks_-_My_Ex-Girlfriends_Daughter.html | 10584 - My Ex-Girlfriend's Daughter |
| pornve.com | Brazzers | https://pornve.com/zir52ng9iwth/Alura_Jenson_-_Draining_The_Plumbers_Cock.html | 3770234 - Draining The Plumber's Cock |
| pornve.com | Brazzers | https://pornve.com/ziyenbjbh9ox/Horny_And_Dangerous_-_Episode_4.html | 3291149 - Horny & Dangerous: Stolen Identity |
| pornve.com | Brazzers | https://pornve.com/zj2v6lyfhkwp/Tough_Fuckin_Bitches_Brazzers.html | 9317 - Tough Fuckin' Bitches |
| pornve.com | Brazzers | https://pornve.com/zj3c8486bg1p/Anal_Tutor_Holly_Hendrix__Sean_Lawless.html | 9540 - Anal Tutor |
| pornve.com | Brazzers | https://pornve.com/zj4jtuewcc8i/Nicolette_Shea_JMac_-_Im_Sensitive_-_Dirty_Masseur_-_Brazzers.html | 3110733 - I'm Sensitive |
| pornve.com | Brazzers | https://pornve.com/zj71pgjb5o55/College_Midterm_Stress_Release_Peta_Jensen_Gets_Her_College_Tits_Fucked_.html | 8786 - College Midterm Stress Release |
| pornve.com | Brazzers | https://pornve.com/zj9480b3dgl/Julia_Ann_forced_anal.html | 5995 - Final Fuck |
| pornve.com | Brazzers | https://pornve.com/zjpqd0ogeq5j/Angel_Dark_-_Pound_That_Ass_Into_Shape.html | 4802 - Pound That Ass Into Shape |
| pornve.com | Brazzers | https://pornve.com/zjtv1kue6kq2/Ashley_Adams_-_New_Tits_On_The_Block.html | 9097 - New Tits On the Block |
| pornve.com | Brazzers | https://pornve.com/zjzg960148lg/Living_On_The_Edge_Abigail_Mac.html | 10899 - Living On The Edge |
| pornve.com | Brazzers | https://pornve.com/zk4xl5lisned/Brazzers_-_Ariella_Ferrera_Honey_It's_A_Motorbunny.html | 2651591 - Honey It's A Motorbunny |
| pornve.com | Brazzers | https://pornve.com/zk80x9oo8kdh/Sammie_Spades_-_Slut_In_The_School.html | 6624 - Slut in the School |
| pornve.com | Brazzers | https://pornve.com/zkc21bokbcf7/Brazzers_-_Ashley_Adams_Make_Up_Sexam.html | 2639288 - Make-Up Sexam |
| pornve.com | Brazzers | https://pornve.com/zkcdj7jtlrbn/Samantha_Ryan_-_I_Want_My_Massage_Now.html | 6802 - I Want my Massage Now |
| pornve.com | Brazzers | https://pornve.com/zkeo3ej1m0q3/slutty_red_bitch_and_her_stepmother_get_fucked_in_the_bathtub.html | 10817 - Rub-And-Tug-Tub |
| pornve.com | Brazzers | https://pornve.com/zkhewt06lxw6/Giselle_Palmer_Lena_Paul_Ricky_Johnson_-_Putting_The_D_In_Divorce_-_Brazzers_Exxtra_-_Brazzers.html | 3648594 - Putting The D In Divorce |
| pornve.com | Brazzers | https://pornve.com/zkicb9vir6bm/Abigail_Mac_Brandy_Aniston_-_Fuck_Your_Bachelorette_Party.html | 8875 - Fuck Your Bachelorette Party |
| pornve.com | Brazzers | https://pornve.com/zkj7hqf1sgts/Gianna_Dior_Keiran_Lee_-_The_Naughty_Nanny_Part_2_-_Teens_Like_It_Big_-_Brazzers.html | 2893602 - The Naughty Nanny: Part 2 |
| pornve.com | Brazzers | https://pornve.com/zkmtekuu3i2u/Karma_Rx_-_The_Spank_Banker.html | 3124476 - The Spank Banker |
| pornve.com | Brazzers | https://pornve.com/zkputalz0aq8/Switching_Teams_Part_2_Brazzers.html | 9690 - Switching Teams: Part 2 |
| pornve.com | Brazzers | https://pornve.com/zkw4etn8vs0n/BrazzersExxtra_19_10_07_Alex_Coal_Lets_All_Fuck_In_The_Lobby_XXX.html | 3768069 - Let's All Fuck In The Lobby |
| pornve.com | Brazzers | https://pornve.com/zkz0m9v3l69u/Karmen_Karma_-_Backstage_Bang.html | 2892875 - Backstage Bang |
| pornve.com | Brazzers | https://pornve.com/zl1k1ybpjyx9/Kiara_Mia_Sexy_School_Girl.html | 5890 - You're Busted! Now Pound Me! |
| pornve.com | Brazzers | https://pornve.com/zlf0s38gtxzs/Lou_Lou_Petite_Princess_Eve_-_Bridge_To_Pussy.html | 3960143 - Bridge To Pussy |

| pornve.com | Brazzers | https://pornve.com/zlh0h43lryvu/Demi_Lopez__Gia_Paige_-_Thats_My_Boyfriend_Bitch.html | 10453 - That's My Boyfriend  Bitch! |
|---|---|---|---|
| pornve.com | Brazzers | https://pornve.com/zlp3v01qv375/Gracie_Glam_-_After_Class_Ass.html | 8145 - After Class Ass |
| pornve.com | Brazzers | https://pornve.com/zlrcv62nsr11/Bonnie_Rotten__Gia_Dimarco_-_Caught_At_The_Peephole.html | 7637 - Caught At the Peephole |
| pornve.com | Brazzers | https://pornve.com/zlsuskrqj62x/Eva_Notty_in_Fucked_In_Gym_Full_Porn_Video.html | 7735 - Tits for the Gold |
| pornve.com | Brazzers | https://pornve.com/zlxjfnk4cib1/Mommys_Best_Kept_Secrets_Ariella_Ferrera.html | 8514 - Mommy's Best Kept Secrets |
| pornve.com | Brazzers | https://pornve.com/zm35zjucnql7/Lost_In_Brazzers_Episode_3_Aletta_Ocean__Danny_D.html | 9520 - Lost In Brazzers Episode 3 |
| pornve.com | Brazzers | https://pornve.com/zm5rlww1ssyz/Brynn_Tyler__Leah_Parker_-_Cocks_Away_Pussies_Out_To_Play.html | 4668 - Cocks Away  Pussies Out To Play |
| pornve.com | Brazzers | https://pornve.com/zmafpw3s3wsj/One_On_One_With_Bree_Olson.html | 5508 - One on One with Bree Olson |
| pornve.com | Reality Kings | https://pornve.com/zmcjmuzviswr/Masturbation_Lesbaian_Tiffany_And_Olivia.html | 14791 - Clean And Mean |
| pornve.com | Brazzers | https://pornve.com/zmcwsypindcc/Esperanza_Del_Horno_-_Naughty_Little_Debutante.html | 10812 - Naughty Little Debutante |
| pornve.com | Brazzers | https://pornve.com/zmd35vy6h9s5/Cytherea_-_Cythereas_Big_Score.html | 7561 - Cytherea's Big Score |
| pornve.com | Brazzers | https://pornve.com/zmi1u1o8qoa6/Chanel_Preston_-_Pause_Rewind_Play_With_Chanel_Preston.html | 6205 - Pause  Rewind  Play With Chanel Preston |
| pornve.com | Brazzers | https://pornve.com/zmltwyac3hj5/Anissa_Kate_Xander_Corvus_-_Anissa_From_All_Angles_-_Brazzers_Exxtra_-_Brazzers.html | 3334684 - Anissa From All Angles |
| pornve.com | Brazzers | https://pornve.com/zmoqs06v6g5d/Alena_Croft_Mommy_Always_Says_Yes.html | 3010077 - Mommy Always Says Yes |
| pornve.com | Brazzers | https://pornve.com/zmq89emvit5y/Dylan_Riley_-_Hockey-Tit_Accuracy.html | 4490 - Hockey-Tit Accuracy |
| pornve.com | Brazzers | https://pornve.com/zmttxddv13u8l/Big_cock_inside_my_ass.html | 7038 - Post-Game Grind |
| pornve.com | Brazzers | https://pornve.com/zmuwewgvr6lm/Alice_Romain_-_Release_the_stress.html | 5991 - Realease The Stress |
| pornve.com | Brazzers | https://pornve.com/zmwalwjf1yfh/Mellanie_Monroe_-_Fucking_The_Butlers_Son.html | 6581 - Fucking The Butler's Son |
| pornve.com | Brazzers | https://pornve.com/zmydbkc3kaqr/Ava_Addams_The_Fucking_Food_Inspector.html | 9352 - The Fucking Food Inspector |
| pornve.com | Brazzers | https://pornve.com/zn3vzhvzudfn/Lacy_Spice__Sofi_Ryan_-_Hard_At_The_Yard_Sale.html | 2437982 - Hard At The Yard Sale |
| pornve.com | Brazzers | https://pornve.com/zn7dwonchefy/Alison_Star_-_COP_SQUAD_-_Magnificent_Bust.html | 6100 - COP SQUAD: Magnificent Bust |
| pornve.com | Brazzers | https://pornve.com/zn9j7h3uq84q/Sabina_Rouge_Piper_Perri_Kharlie_Stone_Karmen_Karma_-_Stepsisters_Share_A_Bed_Stripping_Rivalry_lesbian_lingerie_redhead_blonde_petite_teen.html | 10148 - Stepsisters Share A Bed |
| pornve.com | Brazzers | https://pornve.com/zn9txjmki8cl/Kat_Dior__Kat_Got_Your_Dick.html | 9281 - Kat Got Your Dick? |
| pornve.com | Reality Kings | https://pornve.com/znep5mrtkmxy/Lena_Paul_Charles_Dera_-_Perfectly_Busty_In_Pink_-_Big_Naturals_-_Reality_Kings.html | 2662614 - Perfectly Busty In Pink |
| pornve.com | Brazzers | https://pornve.com/znlpg58yzbn5/Amber_Alena_-_Cooldown_Dicking.html | 3924187 - Cooldown Dicking |
| pornve.com | Brazzers | https://pornve.com/zmrcum1v6zd6/Alli_Rae__Cassidy_Klein_-_The_Slutty_Babysitter_-_Part_2.html | 8522 - The Slutty Babysitter: Part Two |
| pornve.com | Brazzers | https://pornve.com/znvzsgoot40/Office_4-Play_-_Part_6.html | 8181 - Office 4-play VI |
| pornve.com | Reality Kings | https://pornve.com/zo1uof1c4bc5/GFRevenge_Jack_and_jade.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/zo8jrrkrbhwt/Jessica_Jaymes_Pearly_Whites_Bif_Tits.html | 9432 - Pearly Whites |
| pornve.com | Brazzers | https://pornve.com/zoeh1d3mksdm/audrey_hospital.html | 6814 - Fantasy Hospital |
| pornve.com | Reality Kings | https://pornve.com/zoj2wyqeolho/Sweet_Juice_Adrian_Maya_Marsha_May.html | 15003 - Sweet Juice |
| pornve.com | Brazzers | https://pornve.com/zojp5v3vyvow/Janice_Griffith_-_Anal_Quickie_With_Teenie_Janice.html | 10373 - Anal Quickie With Teenie Janice! |
| pornve.com | Brazzers | https://pornve.com/zom20y2b3vtb/Dana_DeArmond_-_Toy_Replacement.html | 6535 - Toy Replacement |
| pornve.com | Brazzers | https://pornve.com/zp5a1d3k2gf9/Julia_Ann__Olivia_Austin_-_Disciplinary_Action_-_Part_1.html | 8668 - Disciplinary Action Part One |
| pornve.com | Brazzers | https://pornve.com/zp62xcq9lhi6/Bridgette_B_Ricky_Johnson_Xander_Corvus_-_Two_For_One_Special_-_Mommy_Got_Boobs_-_Brazzers.html | 3925183 - Two For One Special |
| pornve.com | Brazzers | https://pornve.com/zp9tg0oq6tu/Nuru_For_You.html | 3612493 - Nuru For You |
| pornve.com | Brazzers | https://pornve.com/zpljbq24kfgf/Tory_Lane_-_Reverse_Psychology.html | 10328 - Reverse Psychology |
| pornve.com | Brazzers | https://pornve.com/zpmlmuxeq91z/Double_Penetration_Julia_Ann.html | 5779 - Welcoming Your Cock To The Building |
| pornve.com | Brazzers | https://pornve.com/zpvjoauowh1w/Adriana_Chechik_Scott_Nails_-_Cum_Thru_2_-_Brazzers_Exxtra_-_Brazzers.html | 3645133 - Cum Thru 2 |
| pornve.com | Brazzers | https://pornve.com/zpwbf7y9a0km/Megan_Sage_Shake_your_Money_maker.html | 10197 - Shake Your Money Maker |
| pornve.com | Brazzers | https://pornve.com/zpxu1jnokl2u/Vanna_Bardot_-_Sneaking_A_Peek.html | 3797025 - Sneaking A Peek |
| pornve.com | Brazzers | https://pornve.com/zq3dtr8f5lm9/brazzers2016-12-13_So_You_Think_You_Can_Twerk_Too.html | 10121 - So You Think You Can Twerk  Too? |
| pornve.com | Brazzers | https://pornve.com/zq3ofcs5eac9/Katrina_Jade_-_Katrinas_Private_Party.html | 3608993 - Katrina's Private Party |
| pornve.com | Brazzers | https://pornve.com/zq667gjhqxlj6/Riley_Reid_-_Candid_Cuckold_Camera.html | 9098 - Candid Cuckold Camera |
| pornve.com | Brazzers | https://pornve.com/zq6ruzv2x1j1/Anissa_Kate_-_One_Tight_Ass_Client.html | 3983607 - One Tight Ass Client |
| pornve.com | Brazzers | https://pornve.com/zqaqs3mcd9fo/Aidra_Fox__Chloe_Cherry_-_First_Time_With_My_BFF.html | 2432381 - First Time With My BFF |
| pornve.com | Brazzers | https://pornve.com/zqcbtv1xqcru/Megan_Rain_-_Dont_Be_Shy.html | 10013 - Don't Be Shy |
| pornve.com | Reality Kings | https://pornve.com/zqhr5kkcdvsk/LilHumpers_2_S3_Eva_Notty_Busty_Study_Buddy.html | Lil Humpers 2 |
| pornve.com | Brazzers | https://pornve.com/zqj9Jal6gfkd/Bella_Maree_-_Cumming_On_The_Conference_Call.html | 8810 - Cumming On The Conference Call |
| pornve.com | Brazzers | https://pornve.com/zqo4r0xdsdle/Madison_Ivy.html | 4699 - Madison Ivy: Fuck Star |
| pornve.com | Brazzers | https://pornve.com/zqszawasebsy/Cody_Lane_-_Big_Cock_Crisis.html | Pornstars Like it Big Vol. 2 |
| pornve.com | Brazzers | https://pornve.com/zr3n79xds09y/Tour_Of_London_-_Part_1.html | 8561 - Tour Of London Part One |
| pornve.com | Brazzers | https://pornve.com/zr41htrhzchi/Katrina_Jade_-_ZZ_Recruits_-_Agent_Katrina.html | 8848 - ZZ Recruits: Agent Katrina |
| pornve.com | Brazzers | https://pornve.com/zr644fonj9rb/Double_Timing_Wife_2_Brazzers.html | 10509 - Double Timing Wife 2 |
| pornve.com | Reality Kings | https://pornve.com/zrb20qp079h6/FROM_5star-Amirah_And_Jordis_Vacation.html | 1922942 - Caught On Camera |
| pornve.com | Brazzers | https://pornve.com/zrc8unqpuxho/Capri_Cavanni_-_I_Saw_The_Devil_And_I_Fucked_Her.html | 5750 - I Saw The Devil... And I Fucked Her! |
| pornve.com | Brazzers | https://pornve.com/zrgs228p6uwz/TeensLikeItBig_17_02_27_Alex_Blake_The_Best_Distraction_XXX_-KTR.html | 10442 - The Best Distraction |
| pornve.com | Brazzers | https://pornve.com/zrhz1p2uzjnr/Dahlia_Sky_-_Scream_If_You_Like_Cock.html | 6562 - Scream If You Like Cock |
| pornve.com | Reality Kings | https://pornve.com/zrkm21i0624d/Brandi_Bae_-_Vacation_Bae.html | 1792310 - Vacation Bae |
| pornve.com | Brazzers | https://pornve.com/zrrhbwp0ux4n/JoJo_Kiss__Karlee_Grey_-_In_Tents_Fucking_-_Part_2.html | 10840 - In Tents Fucking: Part 2 |
| pornve.com | Brazzers | https://pornve.com/zrtubmhromf0/Karlee_Grey_-_No_Bubblecum_In_The_Classroom.html | 10387 - No Bubblecum In The Classroom |
| pornve.com | Brazzers | https://pornve.com/zrxipaqao64c/Audrey_Bitoni_-_Dweebs_Lucky_Day_-_Brazzers.html | 4129 - Dweeb's lucky day |

| pornve.com | Brazzers | https://pornve.com/zrxsg3sgqqv0/Jessica_Jaymes_-_Stunt_My_Cunt.html | 5725 - Stunt My Cunt |
| pornve.com | Brazzers | https://pornve.com/zrzijb3csbt8/Alexa_Nicole_-_OktoberBreast.html | 5117 - OktoberBreast |
| pornve.com | Reality Kings | https://pornve.com/zs220a4agqqf/Ashley_Addams_In_Reality_Kings.html | 13489 - Hump Day |
| pornve.com | Brazzers | https://pornve.com/zs4zd6q40c6y/phoenix_marie_doctor_and_patient.html | 4908 - Fucked In The Name of Science |
| pornve.com | Reality Kings | https://pornve.com/zs7vdclmedqi/DareDorm_Sasha_Bleou_Marsha_May_Jamie_Marleigh_-_Dorm_Life_14_10_2016.html | Dare Dorm #27 |
| pornve.com | Brazzers | https://pornve.com/zsglf6gjb68d/Peta_Jensen_-_When_Wives_Get_Lonely.html | 8999 - When Wives Get Lonely |
| pornve.com | Brazzers | https://pornve.com/zsj1rej4ilaa/Brazzers_-_Lets_Bake_A_Titty_Cake.html | 10072 - Let's Bake A Titty Cake |
| pornve.com | Brazzers | https://pornve.com/zsjlzhha7vop/Valentina_Nappi_-_Pushing_Boundaries.html | 10218 - Pushing Boundaries |
| pornve.com | Brazzers | https://pornve.com/zsmtd2h0ku8u/Ivy_Rose_-_Spoiled_Rotten.html | 3648728 - Spoiled Rotten |
| pornve.com | Brazzers | https://pornve.com/zsruqm7euy06/Gina_Gerson_-_National_Pornographic_-_The_Teen_Porn_Star.html | 8933 - National Pornographic: The Teen Porn Star |
| pornve.com | Brazzers | https://pornve.com/zsw01t6ro363/Diamond_Jackson_-_Corporal_Pleasurement.html | 9961 - Placer Corporal |
| pornve.com | Brazzers | https://pornve.com/zt2bbzxpadlv/Lela_Star_Isiah_Maxwell_-_Creampie_Diaries_Part_1_-_Real_Wife_Stories.html | 2847273 - Creampie Diaries: Part 1 |
| pornve.com | Brazzers | https://pornve.com/zt2l83smxya3/Sheridan_Love_Fap_From_The_Past.html | 3112420 - Fap From The Past |
| pornve.com | Brazzers | https://pornve.com/zt80qzxbqgt5/Stephanie_Wylde_-_Are_Yoga_Na_Pay_The_Rent.html | 4637 - Are Yoga Na Pay The Rent? |
| pornve.com | Brazzers | https://pornve.com/zt961rzknaas/Holly_West_-_Bubble_Butt.html | 7371 - Bubble Butt |
| pornve.com | Brazzers | https://pornve.com/ztb81rvrygor/Anissa_Kate_-_Anissa_From_All_Angles.html | 3334684 - Anissa From All Angles |
| pornve.com | Brazzers | https://pornve.com/ztbl8wg0l0yw/Chanel_Preston_-_Hot_And_Sweaty_Volleyballs.html | 6510 - Hot and Sweaty Volleyballs |
| pornve.com | Brazzers | https://pornve.com/ztdvdmq7cvcl/The_Blindfold_Blowjob_-_Kasey_Warner_-_Ball_Bailey.html | 8911 - The Blindfold Blowjob |
| pornve.com | Brazzers | https://pornve.com/ztpwxwoahm4p/Brazzers_To_Catch_A_Cheat_Brazzers_Bill_Bailey_Jessa_Rhodes_Peta_Jensen_Real_Wife_Stories_Big.html | 9288 - To Catch A Cheat |
| pornve.com | Brazzers | https://pornve.com/ztvyxcsj4fk4/Misty_Stone_-_Bonemember.html | 6970 - Keiran Lee: Bonemember |
| pornve.com | Reality Kings | https://pornve.com/ztwihhjk7nox/EuroSexParties__RealityKings_Bree_Haze_-_Girl_for_two.html | 14676 - Girl For Two |
| pornve.com | Brazzers | https://pornve.com/ztxvl5wtw8qn/Dylan_Riley__Kagney_Linn_Karter__Sienna_West_-_XXX-Mas_Break.html | 4481 - XXX-Mas Break |
| pornve.com | Brazzers | https://pornve.com/ztywlspf1u6u/Kali_Roses_-_Cleaning_His_Cock.html | 2892884 - Cleaning His Cock |
| pornve.com | Brazzers | https://pornve.com/zu048btvc0jp/cock_hungry_cowgirl.html | 11202 - Cock Hungry Cowgirl |
| pornve.com | Brazzers | https://pornve.com/zu2hul5reqkg/Mandy_Muse_-_Anal_Cult.html | 8802 - Anal Cult |
| pornve.com | Brazzers | https://pornve.com/zu2w905swenp/Nikki_Sexx_-_Probe-Ation_Therapy.html | 7005 - Probe-Ation Therapy |
| pornve.com | Brazzers | https://pornve.com/zu479b4rgodc/Yasmin_Scott_-_When_Dads_Away_Stepmom_Will_Play.html | 9047 - When Dad's Away_Stepmom Will Play! |
| pornve.com | Brazzers | https://pornve.com/zu7uffi206kd/Nikki_Sexx_-_Im_Not_A_Racist.html | 7108 - I'm Not A Racist |
| pornve.com | Reality Kings | https://pornve.com/zu84bxlswt4k/WeLiveTogether_-_Alexis_Deen_Amber_Gray_Sophia_Leone_Slippery_Swimsuits_12_22_16.html | 15208 - Slippery Swimsuits |
| pornve.com | Brazzers | https://pornve.com/zufzi93pa62v/The_Doctor_Danny_D_Victoria_Summers_Leigh_Darby.html | 8136 - The Doctor: Part Three |
| pornve.com | Brazzers | https://pornve.com/zuk4k08qfq69/BrazzersExxtra_-_Adriana_Chechik_-_The_Lusting_Librarian.html | 3646440 - The Lusting Librarian |
| pornve.com | Brazzers | https://pornve.com/zuou248z4jl3/Cathy_Heaven_-_Gamer_Heaven.html | 10752 - Gamer Heaven |
| pornve.com | Brazzers | https://pornve.com/zupxsex32drj/Juelz_Ventura_-_Birdie_In_The_Bunker.html | 5289 - Birdie in the Bunker |
| pornve.com | Brazzers | https://pornve.com/zus81v5skf0g/Amy_Ried_-_Can_I_Have_This_Dance_And_This_Job.html | 5536 - Can I Have This Dance...And This Job? |
| pornve.com | Brazzers | https://pornve.com/zuvkrkmeyhp5/Romi_Rain_-_Wonder_Woman.html | 10093 - Wonder Woman: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/zuw71zpqbt7l/Noelle_Easton_-_Noelles_Breast_Worship_Fantasy.html | 8497 - Noelle's Breast Worship Fantasy |
| pornve.com | Brazzers | https://pornve.com/zuwv1yhf60z/Keira_Croft_-_Keiras_Ass_Craves_Cock.html | 3960044 - Keira's Ass Craves Cock |
| pornve.com | Reality Kings | https://pornve.com/zuxmi03jz3g3/GFRevenge_Surfs_up.html | 14389 - bikini_body |
| pornve.com | Brazzers | https://pornve.com/zuzs4qz7lzn8/Brandi_Love__Julia_Ann_-_Door_To_Door_Whores.html | 6273 - Door to Door Whores |
| pornve.com | Brazzers | https://pornve.com/zv3nro9ngxp1/Lexi_Luna_Keiran_Lee_-_Neighborhood_Snatch_Committee_-_Real_Wife_Stories_-_Brazzers.html | 3140130 - Neighborhood Snatch Committee |
| pornve.com | Brazzers | https://pornve.com/zv519sixhiub/Emma_Leigh_-_Best_Field_Trip_Ever.html | 7642 - Best Field Trip Ever! |
| pornve.com | Brazzers | https://pornve.com/zv52ejhxttwr/Shawna_Lenee_-_Blowjob_Island.html | 4139 - Blowjob Island |
| pornve.com | Brazzers | https://pornve.com/zv7a0vs0sc3v/Kelsi_Monroe_-_Big_Cock_In_The_Back_Pocket.html | 7844 - Big Cock In The Back Pocket |
| pornve.com | Brazzers | https://pornve.com/zvcpybo4c86v/Kendall_Karson_The_Fair_Weathered_Slut_2015.html | 9383 - The Fair-Weathered Slut |
| pornve.com | Brazzers | https://pornve.com/zvczcdvyyy9e/Christie_Stevens_-_The_Slutwalker.html | 2843585 - The Slutwalker |
| pornve.com | Brazzers | https://pornve.com/zvhsi2x6x0kn/Rachel_Starr_Stroke_My_Cactus_Hard.html | 9547 - A Horny Devil |
| pornve.com | Reality Kings | https://pornve.com/zvkizsih57xe/BigNaturals_-_Josephine_Jackson_-_Boobs_For_The_Win.html | 3462290 - Boobs For The Win |
| pornve.com | Brazzers | https://pornve.com/zvph08tmxp29/Abella_Danger_Markus_Dupree_-_Cum_Thru_3_-_Big_Wet_Butts_-_Brazzers.html | 3829645 - Cum Thru 3 |
| pornve.com | Brazzers | https://pornve.com/zw2gkj3l7p71/Melissa_Lynn_-_The_House_Call.html | 10957 - The House Call |
| pornve.com | Brazzers | https://pornve.com/zw2lovhiw52s/Casey_Calvert_Jason_Brown_-_Indecent_Promotion_-_Brazzers_Exxtra_-_Brazzers.html | 3218158 - Indecent Promotion |
| pornve.com | Brazzers | https://pornve.com/zwcy0zjf7bol/2020_08_06__Nicoles_Bent_Over_Backwards__Day_With_a_Pornstar__Nicole_Aniston.html | 4074464 - Feeling Up Phoenix |
| pornve.com | Brazzers | https://pornve.com/zwdpc5r4eufs/Claire_Dames_-_Bowling_Bet_For_Blow_Jobs.html | 4827 - Bowling Bet for Blow Jobs |
| pornve.com | Reality Kings | https://pornve.com/zwev1jtlltvq/Skyla_Novea_Sexy_Skyla.html | 14493 - Sexy Skyla |
| pornve.com | Reality Kings | https://pornve.com/zwf0qu4fmi5d/Sheila_Ortega_Porto_DeBilbao_-_Fishnet_Glam_-_Monster_Curves_-_Reality_Kings.html | 3128132 - Fishnet Glam |
| pornve.com | Brazzers | https://pornve.com/zwl8u9i6kkya/Tiffany_Mynx_-_Slayed_By_The_Maid.html | 6006 - Slayed By The Maid |
| pornve.com | Brazzers | https://pornve.com/zwm0r5esyt9e/Bella_Beretta_-_Steal_My_Virginity.html | 8841 - Steal My Virginity |
| pornve.com | Brazzers | https://pornve.com/zwmcwg2c3a4l/All_Good_PSP_Jenna_Haze_Anal.html | 4497 - Jenna Haze Gets Cock for Christmas |
| pornve.com | Brazzers | https://pornve.com/zwmovhufy9cb/Alanah_Rae_gets_brutally_fucked_DTD_DrTuber_com.html | 4968 - Stock Broker_Cock Smoker |
| pornve.com | Brazzers | https://pornve.com/zws3jo0m03g8/Peta_Jensen__Phoenix_Marie_-_World_War_XXX_-_Part_6.html | 9371 - World War XXX Part Six |
| pornve.com | Brazzers | https://pornve.com/zwz5ki67hdk1/Samantha_Rone_-_Doctors_Without_Boners.html | 10275 - Doctors Without Boners |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornve.com | Reality Kings | https://pornve.com/zwzakf4a7s6u/Dirty_Little_Step_Mommy.html | 1990595 - Dirty Little Step Mommy |
| pornve.com | Reality Kings | https://pornve.com/zwzwvjkn35wd/Money_Talks_filet_of_booty_big.html | 7870 - Filet Of Booty |
| pornve.com | Brazzers | https://pornve.com/zx0kya8x5e5u/Karma_Rx_Duncan_Saint_-_Massage_Training_-_Dirty_Masseur_-_Brazzers.html | 3170702 - Massage Training |
| pornve.com | Brazzers | https://pornve.com/zx4th1o1gxdm/Louise_Jenson_-_NewsCast_On_The_Boob_Tube.html | 7132 - NewsCast on the Boob Tube |
| pornve.com | Brazzers | https://pornve.com/zx74iaecj3v/Jordan_Pryce_Queen_Vs_Pawn.html | 11194 - Queen vs Pawn |
| pornve.com | Brazzers | https://pornve.com/zxavb1vy6x0/Brazzers_Anal_About_My_Jeans_Brazzers_Big_Wet_Butts_Luna_Star_Blonde_Big_Tits_Fake_Tits_Big.html | 10319 - Anal About My Jeans |
| pornve.com | Brazzers | https://pornve.com/zxaycz1n01es/Gia_Milana_-_Gias_Deep_Rub_Down.html | 3651732 - Gia's Deep Rub Down |
| pornve.com | Brazzers | https://pornve.com/zxdc6ud67nlv/Diamond_Foxxx_-_Tap_That_Titty_Out.html | 5554 - Tap That Titty Out |
| pornve.com | Brazzers | https://pornve.com/zxibpnhgcqh3/Brazzers_Revenge_Sex_in_the_Shower.html | 8447 - Revenge Sex in the Shower |
| pornve.com | Reality Kings | https://pornve.com/zxkrfggjn03r/Emily_Xander_Making_The_Sale_27_5_20.html | Look At Her Now |
| pornve.com | Brazzers | https://pornve.com/zxmtt8rfkwsu8/Anna_Morna_Kayla_Kayden_-_You_Need_To_Learn.html | 9197 - You Need To Learn |
| pornve.com | Brazzers | https://pornve.com/zxnt5ugl645c/Babe_Britney_Amber_ZZ_New.html | 10348 - Holistic Healing |
| pornve.com | Brazzers | https://pornve.com/zxqbtxrmzpvv/Diamond_Foxxx_-_Big_Cock_For_A_Homewrecking_Lesbian.html | 5698 - Big Cock for a Homewrecking Lesbian |
| pornve.com | Brazzers | https://pornve.com/zxre1u6jhhqd/Kendra_Lust_Zoe_Clark_Jessy_Jones_-_Lets_All_Shower_Together_-_Moms_In_Control_-_Brazzers.html | 3040633 - Let's All Shower Together |
| pornve.com | Brazzers | https://pornve.com/zxtbcmundpcd/Emily_Willis_-_Lets_Not_Tell_My_Mom.html | 3171515 - Let's Not Tell My Mom |
| pornve.com | Brazzers | https://pornve.com/zxzbzvby2m28/mlhb_19_06_07_alexis_fawx_titillating_tai_chi.html | 3401818 - Titillating Tai Chi |
| pornve.com | Brazzers | https://pornve.com/zya88pfqnxm9/Bridgette_B_-_Highbrow_Pussy.html | 10174 - Highbrow Pussy |
| pornve.com | Reality Kings | https://pornve.com/zyc2sjkmrgse/Cory_Chase_The_Nympho_Milf_Awakens.html | 1944914 - The Nympho Milf Awakens |
| pornve.com | Brazzers | https://pornve.com/zye3xncgmc5v/Ann_Marie_Rios_Chayse_Evans_-_April_Fools_Fuck.html | 5506 - April Fool's Fuck |
| pornve.com | Brazzers | https://pornve.com/zyjm16sw566c/Alexis_Breeze_-_Perky_Perks.html | 5030 - Perky Perks |
| pornve.com | Brazzers | https://pornve.com/zyku57g7k186/Esperanza_Gomez_-_Bellezas_Salvajes.html | 4400 - Bellezas Salvajes |
| pornve.com | Brazzers | https://pornve.com/zyp39tdxyo2/Video_for_Gamers_Overwatch_XXX_Parody_Reaper_vs_Widowmaker.html | 10088 - Overesnatch: A XXX Parody |
| pornve.com | Brazzers | https://pornve.com/zzf6vke3z1ono/Allie_Haze_-_Allies_Personal_Workout.html | 8805 - Allie's Personal Workout |
| pornve.com | Reality Kings | https://pornve.com/zz8jp3bhj6yj/MilfHunter_-_Kristina_Reese_Serving_It_Up.html | 14371 - Serving It Up |
| pornve.com | Brazzers | https://pornve.com/zzdor5jth23m/Ava_Addams_-_The_Package.html | 3226159 - The Package |
| pornve.com | Brazzers | https://pornve.com/zzhggvhdomsc/Sienna_Day_I_Love_My_Groom_But_He_Has_A_Lot_To_Learn.html | 3658332 - Bed And Fuckfest |
| pornve.com | Brazzers | https://pornve.com/zzivmvg9szqt/Britney_Amber_Kira_Noir_-_Turning_The_Tables.html | 3320893 - Turning The Tables |
| pornve.com | Reality Kings | https://pornve.com/zzlmniyudhni/big_tits_milf_hunter_341953.html | 7182 - Mommy Can Play |
| pornve.com | Brazzers | https://pornve.com/zzps2f2w3hwz/Joslyn_James_Kiara_Cole_Ricky_Spanish_-_A_Lesson_In_Footplay_-_Moms_In_control_-_Brazzers.html | 3768113 - A Lesson In Footplay |
| pornve.com | Brazzers | https://pornve.com/zzskvfxd4hfy/Bridgette_B_-_Free_Anal.html | 9606 - Free Anal |
| pornxp.com | Brazzers | https://pornxp.com/videos/10065043 | 2945922 - Mixed Message Mailboy |
| pornxp.com | Brazzers | https://pornxp.com/videos/10087096 | 4417999 - Fucked Out Of Frame |
| pornxp.com | Brazzers | https://pornxp.com/videos/10119428 | 2411161 - All Dolled Up: Spring Break Edition |
| pornxp.com | Brazzers | https://pornxp.com/videos/10131845 | 9696 - Ass In Heat |
| pornxp.com | Brazzers | https://pornxp.com/videos/10144473 | 3924179 - Facial By Surprise |
| pornxp.com | Brazzers | https://pornxp.com/videos/10163015 | 2412207 - Jerking The Morning Shift |
| pornxp.com | Reality Kings | https://pornxp.com/videos/10169877 | 2893970 - Flick and Lick |
| pornxp.com | Brazzers | https://pornxp.com/videos/10180514 | 2635924 - Cumpany Lunch |
| pornxp.com | Brazzers | https://pornxp.com/videos/10202483 | 2842600 - Still Wet |
| pornxp.com | Reality Kings | https://pornxp.com/videos/10233361 | 1834947 - blowing_the_birthday_cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/10253018 | 2532738 - Panty Perv |
| pornxp.com | Brazzers | https://pornxp.com/videos/10271772 | 9232 - Teen Mom To Be |
| pornxp.com | Brazzers | https://pornxp.com/videos/10276067 | 3924285 - Dommed By Her Dadâ€™s Girlfriend: Part 1 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/10280767 | 2286651 - Spying On Her Showering |
| pornxp.com | Brazzers | https://pornxp.com/videos/10323919 | Drilling Mommy 12 |
| pornxp.com | Brazzers | https://pornxp.com/videos/10330329 | 3979968 - To The Stepmom Goes The Threesome |
| pornxp.com | Reality Kings | https://pornxp.com/videos/10356920 | Newbies Get Nailed 6 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/10368753 | 3258428 - Easter Dinner At Stepmoms |
| pornxp.com | Brazzers | https://pornxp.com/videos/10382791 | 2635571 - Horsing Around With The Stable Boy |
| pornxp.com | Brazzers | https://pornxp.com/videos/10450835 | 3878703 - These Boots Were Made for Licking |
| pornxp.com | Brazzers | https://pornxp.com/videos/10481583 | 2971153 - Internal Affairs |
| pornxp.com | Reality Kings | https://pornxp.com/videos/10524532 | 1968113 - Filled To The Brim |
| pornxp.com | Brazzers | https://pornxp.com/videos/10525478 | 3408155 - Field Day Fuck |
| pornxp.com | Reality Kings | https://pornxp.com/videos/10548376 | 3166503 - Dirty Tourism |
| pornxp.com | Reality Kings | https://pornxp.com/videos/10601190 | 1981562 - So Dirty Lucy |
| pornxp.com | Brazzers | https://pornxp.com/videos/10608166 | 10256 - Can I Crash And Bang Your Mom? |
| pornxp.com | Brazzers | https://pornxp.com/videos/10616206 | 3348835 - Pole Work |
| pornxp.com | Brazzers | https://pornxp.com/videos/10665170 | 3319206 - Fooling My Stepmom |
| pornxp.com | Reality Kings | https://pornxp.com/videos/10670974 | 2011555 - Shae Is Hungry For Big Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/10719236 | 2917047 - Oktoberfucked |
| pornxp.com | Brazzers | https://pornxp.com/videos/10729007 | 2676467 - Pornstar PR: Crisis Management |
| pornxp.com | Reality Kings | https://pornxp.com/videos/10742203 | 1921831 - Mary Jeans No Angel |
| pornxp.com | Reality Kings | https://pornxp.com/videos/10756512 | 1692 - Power Move |

EXHIBIT A

| pornxp.com | Reality Kings | https://pornxp.com/videos/10869489 | 79 - Above The Rim |
| pornxp.com | Brazzers | https://pornxp.com/videos/10890193 | 2409985 - Pussy On Pointe |
| pornxp.com | Brazzers | https://pornxp.com/videos/10910955 | 3110581 - I Want Your Husband |
| pornxp.com | Reality Kings | https://pornxp.com/videos/10953349 | 14286 - Boss Jamie |
| pornxp.com | Reality Kings | https://pornxp.com/videos/11028481 | Big Ass Brazilian Butts Vol. 23 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/11061129 | 14558 - Good Gotti |
| pornxp.com | Brazzers | https://pornxp.com/videos/11101577 | 3876021 - Dirty Loads |
| pornxp.com | Brazzers | https://pornxp.com/videos/11145575 | 10410 - I Won't Tell Your Father |
| pornxp.com | Brazzers | https://pornxp.com/videos/11158150 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/11171679 | 2410663 - Rich Fucks: Part 4 |
| pornxp.com | Brazzers | https://pornxp.com/videos/11186786 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/11205851 | 9557 - Your Dick Roommate's Dick |
| pornxp.com | Brazzers | https://pornxp.com/videos/11212525 | 10904 - Mother Of The Bride |
| pornxp.com | Brazzers | https://pornxp.com/videos/11242550 | 2447179 - Baby Batter Cakes |
| pornxp.com | Reality Kings | https://pornxp.com/videos/11251330 | 15051 - Clean Your Room |
| pornxp.com | Reality Kings | https://pornxp.com/videos/11261203 | 1847535 - Threesome On A Sick Day |
| pornxp.com | Reality Kings | https://pornxp.com/videos/11282920 | 3363997 - Carmen's Footjob Fetish |
| pornxp.com | Reality Kings | https://pornxp.com/videos/11311599 | 14766 - Sweet Chi |
| pornxp.com | Brazzers | https://pornxp.com/videos/11358345 | 2927882 - Black Friday Fuckfest |
| pornxp.com | Reality Kings | https://pornxp.com/videos/11391979 | 1844369 - poolside_surprise |
| pornxp.com | Brazzers | https://pornxp.com/videos/11393188 | 6422 - Marital Demise 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/11417409 | 4084719 - Jessica Makes Music |
| pornxp.com | Brazzers | https://pornxp.com/videos/11460371 | 10857 - A Knob Well Done |
| pornxp.com | Reality Kings | https://pornxp.com/videos/11566391 | 2417923 - Stella Race Goes On Shopping Spree |
| pornxp.com | Brazzers | https://pornxp.com/videos/11599389 | 6349 - Wife on the Line |
| pornxp.com | Reality Kings | https://pornxp.com/videos/11624701 | 2025168 - The Wakeup Call |
| pornxp.com | Brazzers | https://pornxp.com/videos/11654358 | 2351543 - Waking Up With Katrina |
| pornxp.com | Brazzers | https://pornxp.com/videos/11676069 | 3877911 - Not Too Sick For Dick |
| pornxp.com | Brazzers | https://pornxp.com/videos/11705737 | 3924200 - Your Mom Is Hotter |
| pornxp.com | Reality Kings | https://pornxp.com/videos/11725582 | Moms Lick Teens Vol. 21 |
| pornxp.com | Brazzers | https://pornxp.com/videos/11738800 | 6505 - The Ass Whisperer |
| pornxp.com | Brazzers | https://pornxp.com/videos/11749585 | 2847215 - At Her Service |
| pornxp.com | Brazzers | https://pornxp.com/videos/11820795 | 2366056 - Bully Me Bitch |
| pornxp.com | Brazzers | https://pornxp.com/videos/11829169 | 2639285 - Making A Mess On The Maid |
| pornxp.com | Brazzers | https://pornxp.com/videos/11855238 | 2662599 - Banging Before Breakfast |
| pornxp.com | Reality Kings | https://pornxp.com/videos/11907892 | 2286631 - My Piano Teacher Is A Pervert |
| pornxp.com | Brazzers | https://pornxp.com/videos/11965888 | 4419360 - Sneaking On Hot Roomie |
| pornxp.com | Reality Kings | https://pornxp.com/videos/11970808 | 1823355 - Fresh Ass Daisy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/11999433 | 2812353 - Ebony Boob Wash |
| pornxp.com | Brazzers | https://pornxp.com/videos/12026171 | 3925182 - But Her Mom Will |
| pornxp.com | Brazzers | https://pornxp.com/videos/12031502 | 2358762 - Best Of Brazzers: Sharing Stepsiblings |
| pornxp.com | Brazzers | https://pornxp.com/videos/12059632 | 3878638 - Room Service |
| pornxp.com | Brazzers | https://pornxp.com/videos/12062625 | 3770233 - Don't Toy With My Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/12071092 | 2469451 - Cucked For Historical Accuracy |
| pornxp.com | Brazzers | https://pornxp.com/videos/12087190 | 2945388 - I Want It Harder! |
| pornxp.com | Brazzers | https://pornxp.com/videos/12133519 | 2443723 - Happy Anniversary  Darling |
| pornxp.com | Reality Kings | https://pornxp.com/videos/12200815 | 2286634 - Mechanical Bull Booty |
| pornxp.com | Reality Kings | https://pornxp.com/videos/12261327 | 11632 - Nip Jockey |
| pornxp.com | Brazzers | https://pornxp.com/videos/12266272 | 3768304 - Erotic Idolatry |
| pornxp.com | Reality Kings | https://pornxp.com/videos/12322920 | Sneaky Sex 12 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/12335803 | 2855790 - Competitive Casting |
| pornxp.com | Brazzers | https://pornxp.com/videos/12406297 | 3433511 - Her Ass Is Straight Fire! |
| pornxp.com | Brazzers | https://pornxp.com/videos/12431446 | 3829130 - All Dolled Up: Anal Edition |
| pornxp.com | Brazzers | https://pornxp.com/videos/12436203 | 3960057 - Creampie My Wife |
| pornxp.com | Brazzers | https://pornxp.com/videos/12436645 | 4213470 - Getting Joanna Out Of The Shower |
| pornxp.com | Brazzers | https://pornxp.com/videos/12492927 | 2436836 - Dick-O-Gram |
| pornxp.com | Brazzers | https://pornxp.com/videos/12510721 | 3330595 - The Boy Toy Deluxe |
| pornxp.com | Brazzers | https://pornxp.com/videos/12580768 | 3796571 - Behind Her Husband's Back |
| pornxp.com | Brazzers | https://pornxp.com/videos/12597648 | 2676910 - Express Pussy Packaging |
| pornxp.com | Brazzers | https://pornxp.com/videos/12606600 | 2569900 - Eye on the Infield |
| pornxp.com | Brazzers | https://pornxp.com/videos/12618528 | 2365289 - Clean Up On Aisle Valentina |
| pornxp.com | Brazzers | https://pornxp.com/videos/12656348 | 5750 - I Saw The Devil... And I Fucked Her! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/12695724 | 3377421 - Sneaky Sister Swap |
| pornxp.com | Reality Kings | https://pornxp.com/videos/12701251 | Dare Dorm #30 |
| pornxp.com | Brazzers | https://pornxp.com/videos/12755138 | 7290 - Remy's Ring Toss |
| pornxp.com | Brazzers | https://pornxp.com/videos/12756785 | 10990 - Just Desserts |

| pornxp.com | Brazzers | https://pornxp.com/videos/12793998 | 2342381 - Xander's World Tour - Ep.2 |
|---|---|---|---|
| pornxp.com | Reality Kings | https://pornxp.com/videos/12860098 | 14758 - Kissing Cross |
| pornxp.com | Brazzers | https://pornxp.com/videos/12875751 | 3031971 - I Fucked My Sister's Husband |
| pornxp.com | Brazzers | https://pornxp.com/videos/12876761 | 3166318 - Boning The Bad Boyfriend |
| pornxp.com | Reality Kings | https://pornxp.com/videos/12922577 | 2893965 - Bush Or Bare |
| pornxp.com | Brazzers | https://pornxp.com/videos/12946338 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/12991960 | 4419820 - Unzipped And Oiled Up |
| pornxp.com | Brazzers | https://pornxp.com/videos/13005820 | 2847216 - Call Center Cock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/13029564 | 2812337 - Horny Gamer Chicks |
| pornxp.com | Brazzers | https://pornxp.com/videos/13037136 | 2571839 - Sex With Her Bestie's Boyfriend |
| pornxp.com | Brazzers | https://pornxp.com/videos/13051088 | 3868911 - Old Man On Campus |
| pornxp.com | Reality Kings | https://pornxp.com/videos/13059967 | 2025148 - Learning The Mother Tongue |
| pornxp.com | Reality Kings | https://pornxp.com/videos/13099963 | 2368563 - Gym Prankers 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/13126687 | 2357243 - Sample My Snatch |
| pornxp.com | Brazzers | https://pornxp.com/videos/13134221 | 10597 - Spanking My Best Friend's Mom |
| pornxp.com | Reality Kings | https://pornxp.com/videos/13261432 | 3348911 - Lessons In Pussy Eating |
| pornxp.com | Brazzers | https://pornxp.com/videos/13322659 | 2927874 - Glass Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/13327972 | 10901 - Maid Of Honor |
| pornxp.com | Brazzers | https://pornxp.com/videos/13339683 | 3166287 - The Stepmom of Your Dreams |
| pornxp.com | Brazzers | https://pornxp.com/videos/13369324 | 2916201 - Do Me After Body Sushi |
| pornxp.com | Brazzers | https://pornxp.com/videos/13396863 | 3314241 - Yoga Freaks: Episode Eleven |
| pornxp.com | Reality Kings | https://pornxp.com/videos/13457622 | 11097 - Die Hardcore: Part 1 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/13468592 | 15020 - Rock Hard |
| pornxp.com | Reality Kings | https://pornxp.com/videos/13479209 | Moms Lick Teens Vol. 23 |
| pornxp.com | Brazzers | https://pornxp.com/videos/13524116 | 9614 - Pedal To The Anal |
| pornxp.com | Reality Kings | https://pornxp.com/videos/13580807 | 14981 - Shes Got The Juice |
| pornxp.com | Brazzers | https://pornxp.com/videos/13600672 | 2365358 - Secretly Rubbed In The Hot Tub |
| pornxp.com | Brazzers | https://pornxp.com/videos/13665379 | 10741 - When Lana's Home Alone... |
| pornxp.com | Brazzers | https://pornxp.com/videos/13669299 | 3042339 - Take A Seat On My Dick 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/13690656 | 1860491 - Dick In Delirious |
| pornxp.com | Reality Kings | https://pornxp.com/videos/13701658 | 2662619 - Thot In The Shower |
| pornxp.com | Brazzers | https://pornxp.com/videos/13706385 | 10401 - Worker's Cumpensation |
| pornxp.com | Brazzers | https://pornxp.com/videos/13710165 | 9472 - Stealing The Young Stud |
| pornxp.com | Reality Kings | https://pornxp.com/videos/13734881 | 3348815 - Pussy Licking Lust |
| pornxp.com | Reality Kings | https://pornxp.com/videos/13750419 | 3151723 - Stealth Toys |
| pornxp.com | Reality Kings | https://pornxp.com/videos/13758660 | 2286910 - Street Audition |
| pornxp.com | Brazzers | https://pornxp.com/videos/13795539 | 10486 - The Replacement |
| pornxp.com | Brazzers | https://pornxp.com/videos/13801979 | Nympho Nurses and Dirty Doctors |
| pornxp.com | Brazzers | https://pornxp.com/videos/13835869 | 2947159 - Super MILF |
| pornxp.com | Brazzers | https://pornxp.com/videos/13852835 | 3112418 - One Night Is Too Long: Part 1 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/13857956 | 14863 - Hyped And Horny |
| pornxp.com | Brazzers | https://pornxp.com/videos/13875700 | 3051416 - Courtney Lends A Helping Hand |
| pornxp.com | Brazzers | https://pornxp.com/videos/13888649 | 10328 - Reverse Psychology |
| pornxp.com | Reality Kings | https://pornxp.com/videos/13914606 | Chocolate Cookies #3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/13919786 | 3170683 - The Butler Did It |
| pornxp.com | Brazzers | https://pornxp.com/videos/13920423 | 3463706 - Mom Fucked The Masseur |
| pornxp.com | Brazzers | https://pornxp.com/videos/13933288 | 4074462 - Hands On Joanna |
| pornxp.com | Brazzers | https://pornxp.com/videos/13945416 | 3443292 - She's Not What She Seems: Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/13967604 | 3363999 - Spa For Horny Housewives |
| pornxp.com | Brazzers | https://pornxp.com/videos/13973738 | 2412218 - Free Anal 5 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/14022571 | 15458 - Fuck Hand |
| pornxp.com | Reality Kings | https://pornxp.com/videos/14045265 | 2061441 - Just Juicy |
| pornxp.com | Brazzers | https://pornxp.com/videos/14062673 | 3924087 - Sorority MILF |
| pornxp.com | Reality Kings | https://pornxp.com/videos/14082012 | Newbies Get Nailed 6 |
| pornxp.com | Brazzers | https://pornxp.com/videos/14097874 | 4420005 - Fuck Your Earphones! |
| pornxp.com | Brazzers | https://pornxp.com/videos/14129936 | 2417592 - Powder Puff Girl |
| pornxp.com | Brazzers | https://pornxp.com/videos/14179991 | 3924824 - Body Swap |
| pornxp.com | Reality Kings | https://pornxp.com/videos/14180660 | 3128103 - On The Run 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/14208064 | 9708 - Super Nurse |
| pornxp.com | Brazzers | https://pornxp.com/videos/14269103 | 9773 - Sexy Secretary Selfies |
| pornxp.com | Brazzers | https://pornxp.com/videos/14291751 | She'll Steele Your Heart |
| pornxp.com | Reality Kings | https://pornxp.com/videos/14293670 | 14862 - Love Lick Avery |
| pornxp.com | Brazzers | https://pornxp.com/videos/14309348 | 4016123 - Valentine's Day Affair: Unseen Moments |
| pornxp.com | Brazzers | https://pornxp.com/videos/14325202 | 2361043 - Soaking Stepmom |
| pornxp.com | Reality Kings | https://pornxp.com/videos/14341537 | 2572079 - Bone On The Fourth Of July |
| pornxp.com | Reality Kings | https://pornxp.com/videos/14373089 | Dare Dorm #37 |

| pornxp.com | Reality Kings | https://pornxp.com/videos/14403231 | 14110 - Give It To Me |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/14418802 | 10552 - The Brazzers Halftime Show II |
| pornxp.com | Brazzers | https://pornxp.com/videos/14424393 | 2676453 - Within Hole-y Matrimony |
| pornxp.com | Brazzers | https://pornxp.com/videos/14446637 | 2842875 - Shake Shop Shag |
| pornxp.com | Brazzers | https://pornxp.com/videos/14491512 | 11208 - Growth Spurt |
| pornxp.com | Brazzers | https://pornxp.com/videos/14492082 | 4084719 - Jessica Makes Music |
| pornxp.com | Brazzers | https://pornxp.com/videos/14492154 | Anal Glory 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/14515010 | 2676485 - Avoiding Dicktection |
| pornxp.com | Brazzers | https://pornxp.com/videos/14520195 | 4213470 - Getting Joanna Out Of The Shower |
| pornxp.com | Brazzers | https://pornxp.com/videos/14529378 | 2417637 - Wedding Planning Pt. 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/14541381 | 3424633 - Cum To My Window |
| pornxp.com | Brazzers | https://pornxp.com/videos/14567524 | 3795677 - A Night With Mom's Boyfriend |
| pornxp.com | Brazzers | https://pornxp.com/videos/14642582 | 10137 - The Cock Healer |
| pornxp.com | Reality Kings | https://pornxp.com/videos/14674212 | 2940361 - Ravenous Rebecca |
| pornxp.com | Brazzers | https://pornxp.com/videos/14775014 | 9141 - Deadly Rain: Part Two |
| pornxp.com | Brazzers | https://pornxp.com/videos/14832496 | 10819 - Tied Up Tittyfuck |
| pornxp.com | Reality Kings | https://pornxp.com/videos/14850238 | 1921806 - Putting Her Thickness On Display |
| pornxp.com | Reality Kings | https://pornxp.com/videos/14863853 | 2286815 - Corrupted By Karma |
| pornxp.com | Brazzers | https://pornxp.com/videos/14883979 | 11232 - Hard Day At Work |
| pornxp.com | Reality Kings | https://pornxp.com/videos/14884941 | 2940349 - Rock Harder |
| pornxp.com | Brazzers | https://pornxp.com/videos/14885079 | 3921779 - A D Well Earned |
| pornxp.com | Reality Kings | https://pornxp.com/videos/14891833 | 2662656 - Dreaming Of Creampie |
| pornxp.com | Brazzers | https://pornxp.com/videos/14905460 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/14906864 | 2842428 - Tire My Ass Out |
| pornxp.com | Brazzers | https://pornxp.com/videos/14956561 | 2437508 - Club Cunts |
| pornxp.com | Reality Kings | https://pornxp.com/videos/14958913 | 2893959 - Work For The Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/14974503 | 10414 - Don't Touch Her 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/15083806 | 2286661 - Daring Dames |
| pornxp.com | Brazzers | https://pornxp.com/videos/15090752 | 3222239 - Anatomy Of A Sex Scene |
| pornxp.com | Brazzers | https://pornxp.com/videos/15113620 | 3877882 - Laying The Landlord |
| pornxp.com | Brazzers | https://pornxp.com/videos/15159963 | 2573746 - Polishing His Trophy |
| pornxp.com | Brazzers | https://pornxp.com/videos/15174211 | 11180 - Sweet Cheeks |
| pornxp.com | Brazzers | https://pornxp.com/videos/15186365 | Sporty Sluts |
| pornxp.com | Brazzers | https://pornxp.com/videos/15213565 | 5735 - Ignition Set  Cum Loaded  Fire Away |
| pornxp.com | Brazzers | https://pornxp.com/videos/15257055 | 2361502 - Lost and Pound |
| pornxp.com | Reality Kings | https://pornxp.com/videos/15288619 | Monster Curves Vol. 37 |
| pornxp.com | Brazzers | https://pornxp.com/videos/15350305 | 3959962 - Cumplimentary Training Session |
| pornxp.com | Reality Kings | https://pornxp.com/videos/15381365 | 2259511 - Erotic Art |
| pornxp.com | Brazzers | https://pornxp.com/videos/15429125 | 2842852 - House Arrest Fuck Fest |
| pornxp.com | Reality Kings | https://pornxp.com/videos/15459647 | 1830625 - Darcie Loves Noelle |
| pornxp.com | Brazzers | https://pornxp.com/videos/15504721 | 2947146 - BDSM Confidential |
| pornxp.com | Reality Kings | https://pornxp.com/videos/15533979 | 2025154 - Seduce My Stepmom |
| pornxp.com | Brazzers | https://pornxp.com/videos/15573932 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/15613952 | 10178 - Free Anal 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/15677521 | 2011557 - Pranking My Gf And Her Stepsister |
| pornxp.com | Brazzers | https://pornxp.com/videos/15707978 | 2409998 - Making Her Drip |
| pornxp.com | Brazzers | https://pornxp.com/videos/15727271 | 10988 - Madison and Adriana |
| pornxp.com | Brazzers | https://pornxp.com/videos/15759092 | 2356002 - Taking A Shine To Her Tits |
| pornxp.com | Brazzers | https://pornxp.com/videos/15790244 | 2573092 - Schoolgirl Striptease |
| pornxp.com | Brazzers | https://pornxp.com/videos/15791942 | 10828 - 1 800 Phone Sex: Line 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/15934965 | 3151726 - Welcome To The Cam Show |
| pornxp.com | Brazzers | https://pornxp.com/videos/15950315 | 2358748 - Pump Up The Volume |
| pornxp.com | Brazzers | https://pornxp.com/videos/15956404 | 2412420 - Lela Commissions A Cock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/16037111 | 2940359 - Knock Knock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/16051303 | 2927879 - Mod Bod |
| pornxp.com | Reality Kings | https://pornxp.com/videos/16056489 | 1944891 - Jades Jewels |
| pornxp.com | Reality Kings | https://pornxp.com/videos/16086125 | Street Blowjobs #17 |
| pornxp.com | Brazzers | https://pornxp.com/videos/16127212 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Reality Kings | https://pornxp.com/videos/16144481 | 1921810 - Party Favors |
| pornxp.com | Reality Kings | https://pornxp.com/videos/16172902 | 2892879 - Busted At The Banana Shop |
| pornxp.com | Brazzers | https://pornxp.com/videos/16185826 | 9456 - Stroke It For Me |
| pornxp.com | Brazzers | https://pornxp.com/videos/16242341 | 3960126 - Diva For A Day |
| pornxp.com | Brazzers | https://pornxp.com/videos/16253611 | 3314243 - The Perfect Maid 4 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/16262096 | 10909 - Love Match |
| pornxp.com | Reality Kings | https://pornxp.com/videos/16290135 | Teen Tryouts 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/16295917 | 4209289 - Nicole's Bent Over Backwards |

| pornxp.com | Brazzers | https://pornxp.com/videos/16353605 | 2417736 - Looking For Guidance |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/16359781 | 11198 - Chock-Full Of Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/16394448 | 9394 - The Great Public Cock Hunt |
| pornxp.com | Reality Kings | https://pornxp.com/videos/16410668 | Big Naturals Vol. 41 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/16499316 | 2286928 - Dildocycle |
| pornxp.com | Reality Kings | https://pornxp.com/videos/16528459 | 2286949 - Big Boobies At The Beach |
| pornxp.com | Brazzers | https://pornxp.com/videos/16552591 | 11000 - Pitch it Down the Pipe |
| pornxp.com | Brazzers | https://pornxp.com/videos/16562255 | 3878695 - An Extra Buck |
| pornxp.com | Brazzers | https://pornxp.com/videos/16570719 | 2412295 - Showering His Wife With Attention |
| pornxp.com | Brazzers | https://pornxp.com/videos/16665041 | 3983699 - How About Cock? |
| pornxp.com | Brazzers | https://pornxp.com/videos/16672262 | 10032 - Toying With A Pornstar |
| pornxp.com | Reality Kings | https://pornxp.com/videos/16701010 | 1801569 - gamer_girlfriend |
| pornxp.com | Reality Kings | https://pornxp.com/videos/16744676 | 2812372 - Binding Light |
| pornxp.com | Reality Kings | https://pornxp.com/videos/16774526 | 2417933 - Paparazzi Pussy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/16848408 | 14649 - Only If Its Huge |
| pornxp.com | Brazzers | https://pornxp.com/videos/16851255 | 2914524 - Lip Service |
| pornxp.com | Brazzers | https://pornxp.com/videos/16863536 | 2025172 - Colorful Coochies |
| pornxp.com | Brazzers | https://pornxp.com/videos/16870568 | 3868604 - Piped Down |
| pornxp.com | Reality Kings | https://pornxp.com/videos/16897079 | Lil Humpers 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/16904805 | 13452 - Got It All |
| pornxp.com | Reality Kings | https://pornxp.com/videos/16923405 | 1062 - Breast Buddies |
| pornxp.com | Brazzers | https://pornxp.com/videos/16925409 | 11170 - Radiant Booty |
| pornxp.com | Brazzers | https://pornxp.com/videos/16978696 | 2675824 - Swimsuit Issues |
| pornxp.com | Brazzers | https://pornxp.com/videos/16988539 | 2413504 - Cumming At Customs |
| pornxp.com | Brazzers | https://pornxp.com/videos/17015234 | 10173 - The Office Mummy |
| pornxp.com | Brazzers | https://pornxp.com/videos/17029256 | 10209 - My Husband's Best Friend |
| pornxp.com | Brazzers | https://pornxp.com/videos/17065454 | 2851325 - Scared Un-Straight |
| pornxp.com | Brazzers | https://pornxp.com/videos/17074424 | 2855410 - Just Jeans |
| pornxp.com | Brazzers | https://pornxp.com/videos/17145746 | 11113 - Why She Likes To Bike |
| pornxp.com | Brazzers | https://pornxp.com/videos/17168736 | 3224913 - Can You Undress Me? |
| pornxp.com | Reality Kings | https://pornxp.com/videos/17203214 | 2235564 - Temper Tantrum |
| pornxp.com | Brazzers | https://pornxp.com/videos/17205506 | 2947201 - Diving for a Good Dicking |
| pornxp.com | Reality Kings | https://pornxp.com/videos/17254910 | 2901438 - Viennas Cocksucking Marathon |
| pornxp.com | Reality Kings | https://pornxp.com/videos/17327805 | 1944929 - Learning The Hard Way |
| pornxp.com | Reality Kings | https://pornxp.com/videos/17333042 | 1932074 - better_not_tell_mom |
| pornxp.com | Brazzers | https://pornxp.com/videos/17354651 | 2635925 - Let Them Eat Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/17357434 | 4213470 - Getting Joanna Out Of The Shower |
| pornxp.com | Brazzers | https://pornxp.com/videos/17372257 | 7027 - Divine Double Down |
| pornxp.com | Brazzers | https://pornxp.com/videos/17375813 | 3268833 - Poke Her Face |
| pornxp.com | Brazzers | https://pornxp.com/videos/17379165 | 3115038 - Hot & Sweaty Day |
| pornxp.com | Brazzers | https://pornxp.com/videos/17389062 | 2635926 - Good Ol' Fashioned American Fucking |
| pornxp.com | Reality Kings | https://pornxp.com/videos/17409389 | We Live Together Season 1 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/17425419 | 1522653 - my_busty_boss_sara |
| pornxp.com | Brazzers | https://pornxp.com/videos/17491501 | 3796160 - Stuck In The Copier |
| pornxp.com | Brazzers | https://pornxp.com/videos/17498777 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Reality Kings | https://pornxp.com/videos/17540872 | Dare Dorm #29 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/17639368 | 1804240 - Cheating With Her Bestie |
| pornxp.com | Reality Kings | https://pornxp.com/videos/17729056 | 524 - Serve It Up |
| pornxp.com | Reality Kings | https://pornxp.com/videos/17747161 | 2662601 - Pump Her Rump |
| pornxp.com | Brazzers | https://pornxp.com/videos/17786433 | 2337081 - Go Fuck Your Selfie! |
| pornxp.com | Brazzers | https://pornxp.com/videos/17839195 | 10687 - Romi & Rachel |
| pornxp.com | Reality Kings | https://pornxp.com/videos/17841429 | 2011489 - One Last Night Stand |
| pornxp.com | Brazzers | https://pornxp.com/videos/17847117 | 2927876 - The Other Woman |
| pornxp.com | Brazzers | https://pornxp.com/videos/17858319 | 15074 - Sudsy Slut |
| pornxp.com | Reality Kings | https://pornxp.com/videos/17885368 | 14502 - Dirty Road Trip |
| pornxp.com | Reality Kings | https://pornxp.com/videos/17903456 | 2940191 - Robber Banged My Girlfriend |
| pornxp.com | Brazzers | https://pornxp.com/videos/17910519 | 2639279 - House Humping |
| pornxp.com | Brazzers | https://pornxp.com/videos/17927871 | 3043524 - Banging My Boss's Daughter |
| pornxp.com | Reality Kings | https://pornxp.com/videos/17953484 | 2812359 - My Stepsisters Girlfriend 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/17973180 | 11026 - Late For Church |
| pornxp.com | Brazzers | https://pornxp.com/videos/17987099 | 265126 - The Mad Dr. Deville |
| pornxp.com | Reality Kings | https://pornxp.com/videos/17992006 | Teen Tryouts 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/18029215 | 7081 - 21 Hump Street |
| pornxp.com | Brazzers | https://pornxp.com/videos/18059923 | 11215 - Bath Bomb Booty |
| pornxp.com | Reality Kings | https://pornxp.com/videos/18065445 | 1921797 - A Slippery Lesson |
| pornxp.com | Brazzers | https://pornxp.com/videos/18074262 | 2359078 - Fucking Millennials! |

| pornxp.com | Brazzers | https://pornxp.com/videos/18163082 | 10494 - Hoes in Pantyhose |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/18184817 | 3456485 - Ass In A Hammock |
| pornxp.com | Brazzers | https://pornxp.com/videos/18214856 | 3010076 - Jizz Quiz |
| pornxp.com | Brazzers | https://pornxp.com/videos/18236571 | 4419479 - Torn Tights Anal Shower |
| pornxp.com | Brazzers | https://pornxp.com/videos/18275124 | 2638884 - Soak My Sundress |
| pornxp.com | Brazzers | https://pornxp.com/videos/18294113 | 4074483 - Molly's Making Breakfast |
| pornxp.com | Brazzers | https://pornxp.com/videos/18323963 | 4419688 - Handled With Care |
| pornxp.com | Reality Kings | https://pornxp.com/videos/18331325 | 3473470 - A Deep Stretch |
| pornxp.com | Brazzers | https://pornxp.com/videos/18340429 | 9589 - What's My Grade Again? |
| pornxp.com | Reality Kings | https://pornxp.com/videos/18360015 | 3348841 - Idle Hands Dirty Thoughts |
| pornxp.com | Brazzers | https://pornxp.com/videos/18385318 | 10398 - The New Girl: Part 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/18392103 | 3110566 - A Night in Nicolette |
| pornxp.com | Reality Kings | https://pornxp.com/videos/18431375 | 2572072 - My Neighbor Is A Squirting Nympho |
| pornxp.com | Reality Kings | https://pornxp.com/videos/18504156 | 3128120 - Picture Perfect Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/18512793 | 2635584 - Finally Some Good Fucking Food |
| pornxp.com | Reality Kings | https://pornxp.com/videos/18541751 | 2572090 - Omg Its Cinco De Mayo |
| pornxp.com | Reality Kings | https://pornxp.com/videos/18552796 | 5420 - Lustful Morning |
| pornxp.com | Reality Kings | https://pornxp.com/videos/18581978 | 1825178 - Tiny Pussy Big Cock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/18597600 | 2025233 - Casting Couch Cuck |
| pornxp.com | Brazzers | https://pornxp.com/videos/18672134 | 2847305 - Had Some Fun Gotta Run! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/18753610 | 2940340 - You Laugh You Lose Your Clothes |
| pornxp.com | Brazzers | https://pornxp.com/videos/18790463 | 2638978 - Betting On The Backspin |
| pornxp.com | Brazzers | https://pornxp.com/videos/18920654 | 2877963 - Lap Dance Fap |
| pornxp.com | Brazzers | https://pornxp.com/videos/18921115 | 10651 - Our College Librarian |
| pornxp.com | Brazzers | https://pornxp.com/videos/18971140 | 8633 - No Husbands Allowed |
| pornxp.com | Brazzers | https://pornxp.com/videos/18977968 | 3831305 - Trading Up Times Two |
| pornxp.com | Brazzers | https://pornxp.com/videos/19004340 | 3224907 - Twerking Practice |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19004697 | 2286956 - Handy Fuck |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19008093 | 3622724 - Til Cock Do Us Part |
| pornxp.com | Brazzers | https://pornxp.com/videos/19034205 | 3170692 - Open Up For Love |
| pornxp.com | Brazzers | https://pornxp.com/videos/19081628 | 3878706 - Working Her Ass Off |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19083468 | 2322500 - Peeping On Katie Morgan |
| pornxp.com | Brazzers | https://pornxp.com/videos/19115296 | 3110564 - Banging My Husband's Boss |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19138471 | 2974502 - Curious Kylie Part 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19204348 | 2572071 - Slippery When Wet |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19225245 | 15248 - Freak In The Streets |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19270432 | 2235540 - Sharing The Shower |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19272549 | 1824943 - Jogging For Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/19285077 | 3202348 - Cramming The College Cutie |
| pornxp.com | Brazzers | https://pornxp.com/videos/19337553 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/19359362 | 9574 - Massaging a Hard Jerk |
| pornxp.com | Brazzers | https://pornxp.com/videos/19414184 | Sporty Sluts |
| pornxp.com | Brazzers | https://pornxp.com/videos/19416900 | 3291100 - Writer's Cock Block |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19454035 | 1944901 - picnic_pussies |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19481159 | 14783 - Give And Take |
| pornxp.com | Brazzers | https://pornxp.com/videos/19534350 | 3110580 - Kinky Kidnap |
| pornxp.com | Brazzers | https://pornxp.com/videos/19567611 | 2893123 - The Spit Shine Slut |
| pornxp.com | Brazzers | https://pornxp.com/videos/19578378 | 9471 - The Last Dick On Earth |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19652652 | 3222191 - Shake Those Weighted Tits |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19666847 | 2812382 - Fresh Escort |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19707549 | 2259491 - Commando Coochies |
| pornxp.com | Brazzers | https://pornxp.com/videos/19722241 | 10273 - A Nurse Has Needs |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19739666 | 2572086 - Depths Of Depravity |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19745345 | 2651591 - Honey It's A Motorbunny |
| pornxp.com | Brazzers | https://pornxp.com/videos/19772860 | 2412291 - My Stepmom Is A Sex Fiend |
| pornxp.com | Brazzers | https://pornxp.com/videos/19781380 | 2631499 - Melt In Her Mouth |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19786985 | 2025166 - Stepmother Seduction |
| pornxp.com | Brazzers | https://pornxp.com/videos/19826065 | 3983760 - Liar |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19831726 | 3424631 - Taking One For The Team |
| pornxp.com | Brazzers | https://pornxp.com/videos/19853843 | 4419604 - Siri Gets Caught And Fucked By Her Roomie |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19869090 | 2433792 - Spring Break Night Club |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19960683 | 8058 - Skin Tight |
| pornxp.com | Reality Kings | https://pornxp.com/videos/19960982 | 2893992 - A Foot In Hot Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/19961848 | 2417585 - Ella at Sunset |
| pornxp.com | Brazzers | https://pornxp.com/videos/19999268 | 3010107 - Nicolette Saves The World: Part 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/20016916 | 3878690 - Read My Lips |

EXHIBIT A

| pornxp.com | Reality Kings | https://pornxp.com/videos/20078958 | 15384 - Workout Freak |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/20094612 | 10488 - Big Wet Bubble Butt Bath |
| pornxp.com | Reality Kings | https://pornxp.com/videos/20095165 | 8463 - Caught In The Act |
| pornxp.com | Brazzers | https://pornxp.com/videos/20095172 | BrazziBots |
| pornxp.com | Brazzers | https://pornxp.com/videos/20116752 | 2847289 - Are You Even A Doctor? |
| pornxp.com | Reality Kings | https://pornxp.com/videos/20121406 | 2011544 - Dreaming Of Latinas |
| pornxp.com | Brazzers | https://pornxp.com/videos/20135344 | 2892874 - Haunted Ho |
| pornxp.com | Brazzers | https://pornxp.com/videos/20153087 | 2412383 - 1 800 Phone Sex: Line 12 |
| pornxp.com | Brazzers | https://pornxp.com/videos/20203896 | 4416796 - Jane Doe Private Dick |
| pornxp.com | Brazzers | https://pornxp.com/videos/20242363 | 3166833 - Pristine In Pantyhose |
| pornxp.com | Brazzers | https://pornxp.com/videos/20251747 | 2635583 - You Have The Right To Remain Sexy |
| pornxp.com | Brazzers | https://pornxp.com/videos/20305425 | 2893306 - Payback's A Dick |
| pornxp.com | Brazzers | https://pornxp.com/videos/20322043 | 4419608 - Hallowanal |
| pornxp.com | Brazzers | https://pornxp.com/videos/20374609 | 2417777 - Massage Yourself |
| pornxp.com | Reality Kings | https://pornxp.com/videos/20380502 | 2417963 - Thick And Wet |
| pornxp.com | Reality Kings | https://pornxp.com/videos/20381220 | 2572066 - What To Wear |
| pornxp.com | Reality Kings | https://pornxp.com/videos/20424171 | 2893972 - Insta Bored |
| pornxp.com | Reality Kings | https://pornxp.com/videos/20434749 | Drilling Mommy 8 |
| pornxp.com | Brazzers | https://pornxp.com/videos/20452881 | 9357 - So You Think You Can Twerk? |
| pornxp.com | Brazzers | https://pornxp.com/videos/20462563 | 3459900 - How Bad Do You Want It? |
| pornxp.com | Brazzers | https://pornxp.com/videos/20462564 | 2469307 - Fuck the Bourgeois |
| pornxp.com | Brazzers | https://pornxp.com/videos/20479737 | 5410 - Three Knocks if She' Cumming |
| pornxp.com | Brazzers | https://pornxp.com/videos/20519285 | 10188 - A Talk With Teacher |
| pornxp.com | Reality Kings | https://pornxp.com/videos/20527454 | 14442 - Nerdy Gamer Hotties |
| pornxp.com | Brazzers | https://pornxp.com/videos/20536346 | 3960073 - The Silent Treatment |
| pornxp.com | Brazzers | https://pornxp.com/videos/20550878 | 2842903 - The Model Stepmom |
| pornxp.com | Brazzers | https://pornxp.com/videos/20613102 | 2845870 - Creampie Diaries: Part 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/20618110 | 3359608 - Mother's Day Gift |
| pornxp.com | Brazzers | https://pornxp.com/videos/20661769 | 3929042 - MILF In The Closet |
| pornxp.com | Reality Kings | https://pornxp.com/videos/20690453 | 2322469 - A Long Time Cumming |
| pornxp.com | Brazzers | https://pornxp.com/videos/20735573 | 3878637 - Sinematic |
| pornxp.com | Reality Kings | https://pornxp.com/videos/20736521 | 5731 - Sexy Suckoff |
| pornxp.com | Brazzers | https://pornxp.com/videos/20758559 | 3878642 - I Hate You  Let's Fuck |
| pornxp.com | Reality Kings | https://pornxp.com/videos/20780620 | 2286646 - Parking Lot Perv |
| pornxp.com | Reality Kings | https://pornxp.com/videos/20799339 | 6787 - Sorority Sex House |
| pornxp.com | Brazzers | https://pornxp.com/videos/20800368 | 3166798 - Whoring Out The Red Carpet |
| pornxp.com | Reality Kings | https://pornxp.com/videos/20817628 | 5899 - Brazilian Vixen |
| pornxp.com | Brazzers | https://pornxp.com/videos/20823145 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/20848055 | 4417994 - Delicious Dulce |
| pornxp.com | Reality Kings | https://pornxp.com/videos/20866510 | 2893957 - Big Titted Bubble Bath |
| pornxp.com | Brazzers | https://pornxp.com/videos/20871246 | 3868587 - Covet Thy Neighbor's Ass |
| pornxp.com | Reality Kings | https://pornxp.com/videos/20874938 | 3258424 - Admiring The View |
| pornxp.com | Brazzers | https://pornxp.com/videos/20920473 | 2469570 - Ass Safari |
| pornxp.com | Brazzers | https://pornxp.com/videos/20945121 | 3222163 - V Is For Vigilante |
| pornxp.com | Reality Kings | https://pornxp.com/videos/20969511 | 2799 - Allis Kat |
| pornxp.com | Brazzers | https://pornxp.com/videos/20973816 | 9497 - Living in an Anal Paradise |
| pornxp.com | Brazzers | https://pornxp.com/videos/20997845 | 9546 - Pussy or Anal? A ZZ Clinical Study |
| pornxp.com | Reality Kings | https://pornxp.com/videos/21001492 | 7739 - Horny Teens |
| pornxp.com | Brazzers | https://pornxp.com/videos/21019663 | 2819639 - Sauna Seduction |
| pornxp.com | Brazzers | https://pornxp.com/videos/21038646 | 3226131 - Booty On Drip |
| pornxp.com | Reality Kings | https://pornxp.com/videos/21081613 | 7068 - Fuel For Fucking |
| pornxp.com | Reality Kings | https://pornxp.com/videos/21098845 | 2662623 - Cocksicle Tease |
| pornxp.com | Brazzers | https://pornxp.com/videos/21121555 | 3166780 - Category Whore Tornado |
| pornxp.com | Brazzers | https://pornxp.com/videos/21162356 | 2025135 - Thick And Fine |
| pornxp.com | Reality Kings | https://pornxp.com/videos/21189773 | 1855869 - melissa  loves  eating  out |
| pornxp.com | Brazzers | https://pornxp.com/videos/21214388 | 10345 - Cum Credits |
| pornxp.com | Brazzers | https://pornxp.com/videos/21246908 | 11169 - Fancy Ass Fucking |
| pornxp.com | Brazzers | https://pornxp.com/videos/21258307 | 3010082 - Hiding In Plain Sight |
| pornxp.com | Brazzers | https://pornxp.com/videos/21299438 | BrazziBots |
| pornxp.com | Reality Kings | https://pornxp.com/videos/21329339 | 2025190 - Under The Bed |
| pornxp.com | Brazzers | https://pornxp.com/videos/21344958 | 2676463 - Sign My Copy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/21372668 | 1921778 - sapphic  shower  sluts |
| pornxp.com | Brazzers | https://pornxp.com/videos/21380368 | 2911122 - Organic Orgasms |
| pornxp.com | Brazzers | https://pornxp.com/videos/21438452 | 2412427 - Capture My Booty |
| pornxp.com | Reality Kings | https://pornxp.com/videos/21488074 | 14679 - Lick The Tip |
| pornxp.com | Brazzers | https://pornxp.com/videos/21499346 | 2676474 - Product Placement In Her Pussy |

| pornxp.com | Brazzers | https://pornxp.com/videos/21530658 | 3797043 - Sexy As Sin |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/21563693 | 2342384 - Xander's World Tour - Ep.3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/21613517 | 11054 - So You Think You Know Porn Stars? |
| pornxp.com | Reality Kings | https://pornxp.com/videos/21630255 | Monster Curves Vol. 34 |
| pornxp.com | Brazzers | https://pornxp.com/videos/21641688 | 10977 - Always Thick |
| pornxp.com | Brazzers | https://pornxp.com/videos/21655309 | 2439732 - Burst On My Balloons |
| pornxp.com | Brazzers | https://pornxp.com/videos/21671753 | 2893869 - Tea And Crump-tits |
| pornxp.com | Brazzers | https://pornxp.com/videos/21685986 | 3917978 - The Threesome Tutorial |
| pornxp.com | Brazzers | https://pornxp.com/videos/21736912 | 2430180 - Cafe Au Milf |
| pornxp.com | Reality Kings | https://pornxp.com/videos/21757297 | 2572075 - Fucking My Best Friends Mom |
| pornxp.com | Brazzers | https://pornxp.com/videos/21794088 | 3925183 - Two For One Special |
| pornxp.com | Brazzers | https://pornxp.com/videos/21794336 | Nympho Nurses And Dirty Doctors 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/21801368 | 2638930 - Three Muffs In The Buff |
| pornxp.com | Reality Kings | https://pornxp.com/videos/21803532 | 14451 - Sexy Crawler |
| pornxp.com | Reality Kings | https://pornxp.com/videos/21812544 | Dare Dorm #30 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/21824767 | 14755 - Sexy Zazie |
| pornxp.com | Brazzers | https://pornxp.com/videos/21825004 | 3960042 - Jailhouse Fuck 4 |
| pornxp.com | Brazzers | https://pornxp.com/videos/21836338 | 11055 - Get Her Juices Flowing |
| pornxp.com | Brazzers | https://pornxp.com/videos/21841299 | Nympho Nurses And Dirty Doctors 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/21875387 | 10379 - Milfs On Vacation: Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/21886275 | 9506 - GF's Mom Wants It Bad |
| pornxp.com | Brazzers | https://pornxp.com/videos/21901779 | 9803 - Ram That Rose |
| pornxp.com | Brazzers | https://pornxp.com/videos/21920838 | 4419363 - Trying On Pantyhose |
| pornxp.com | Brazzers | https://pornxp.com/videos/21958446 | 3832328 - Where's Your Ring? Part 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/22021116 | 2305129 - Back To School Banging |
| pornxp.com | Brazzers | https://pornxp.com/videos/22029119 | 11178 - Pussy Pat-Down |
| pornxp.com | Brazzers | https://pornxp.com/videos/22090956 | 3648626 - The Pearl Of The Sea |
| pornxp.com | Reality Kings | https://pornxp.com/videos/22106361 | 2025146 - Viennas Tush |
| pornxp.com | Reality Kings | https://pornxp.com/videos/22110844 | 2812365 - All Natural Alice |
| pornxp.com | Brazzers | https://pornxp.com/videos/22131765 | 2917138 - Prom Mom |
| pornxp.com | Brazzers | https://pornxp.com/videos/22167515 | 11192 - Busted At The Babyshower |
| pornxp.com | Brazzers | https://pornxp.com/videos/22205934 | 3363984 - Hot Negotiations |
| pornxp.com | Brazzers | https://pornxp.com/videos/22229282 | 11191 - My Professor's Pantyhose |
| pornxp.com | Brazzers | https://pornxp.com/videos/22262295 | 3042248 - Full Moon |
| pornxp.com | Reality Kings | https://pornxp.com/videos/22272837 | Look At Her Now |
| pornxp.com | Brazzers | https://pornxp.com/videos/22317590 | 2683991 - Brazzers House 3: Episode 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/22384129 | 11292 - Nasty Nuru |
| pornxp.com | Reality Kings | https://pornxp.com/videos/22391737 | 1860497 - Winters Wonderland |
| pornxp.com | Brazzers | https://pornxp.com/videos/22437554 | 3161157 - Make This House A Ho |
| pornxp.com | Brazzers | https://pornxp.com/videos/22445693 | 2635475 - Show Me The Yoni |
| pornxp.com | Reality Kings | https://pornxp.com/videos/22472415 | Drilling Mommy 10 |
| pornxp.com | Brazzers | https://pornxp.com/videos/22518476 | 3878688 - Amber In The Hills: Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/22534639 | 2945938 - Mommy Meets A Teen Idol |
| pornxp.com | Brazzers | https://pornxp.com/videos/22537326 | 11006 - Breaking and Scissoring |
| pornxp.com | Brazzers | https://pornxp.com/videos/22543348 | 4418557 - She's Sweeter When Wet |
| pornxp.com | Brazzers | https://pornxp.com/videos/22557405 | 3170702 - Massage Training |
| pornxp.com | Brazzers | https://pornxp.com/videos/22575954 | 5390 - Prostitute Trains Sexy Cop |
| pornxp.com | Brazzers | https://pornxp.com/videos/22593045 | 10525 - Her First Big Sale |
| pornxp.com | Brazzers | https://pornxp.com/videos/22607270 | 2461881 - Preppies In Pantyhose: Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/22615001 | 3796413 - Scissoring Rivalry |
| pornxp.com | Brazzers | https://pornxp.com/videos/22747287 | 2675830 - Stepmom's Side Hustle |
| pornxp.com | Reality Kings | https://pornxp.com/videos/22765255 | Mix And Snatch Vol. 4 |
| pornxp.com | Brazzers | https://pornxp.com/videos/22822888 | 5825 - Pool Boy Let Me Try Out Your Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/22824497 | 4419888 - Pay Attention To My Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/22854912 | 10447 - Tipping The Driver |
| pornxp.com | Brazzers | https://pornxp.com/videos/22870172 | 2444722 - Keiran Appreciates Brandi |
| pornxp.com | Brazzers | https://pornxp.com/videos/22912842 | 10094 - Pushing For A New Prescription |
| pornxp.com | Brazzers | https://pornxp.com/videos/22927607 | 2461851 - Laying Carpet |
| pornxp.com | Brazzers | https://pornxp.com/videos/22934505 | 3868615 - The Malcontent Mistress: Part 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/22958111 | Monster Curves Vol. 36 |
| pornxp.com | Brazzers | https://pornxp.com/videos/23057766 | 2972932 - Sneaking In The Back Door |
| pornxp.com | Brazzers | https://pornxp.com/videos/23080538 | 3791938 - Seeing Eye Dick |
| pornxp.com | Brazzers | https://pornxp.com/videos/23102061 | 2287633 - These Boots Were Made For Fucking |
| pornxp.com | Brazzers | https://pornxp.com/videos/23104028 | 2635366 - First Day On The Job |
| pornxp.com | Brazzers | https://pornxp.com/videos/23104817 | 1943514 - Dinner For Cheats |
| pornxp.com | Brazzers | https://pornxp.com/videos/23163782 | 2412472 - Horny & Dangerous: Conjugal Visit |

| pornxp.com | Brazzers | https://pornxp.com/videos/23172481 | 11118 - Secret Slut |
|---|---|---|---|
| pornxp.com | Reality Kings | https://pornxp.com/videos/23173308 | 2011527 - Star Stroked |
| pornxp.com | Brazzers | https://pornxp.com/videos/23264240 | 11264 - A-Mature Magic |
| pornxp.com | Brazzers | https://pornxp.com/videos/23276302 | 10415 - Hardcore High Notes |
| pornxp.com | Brazzers | https://pornxp.com/videos/23286038 | 2992004 - Humping My Chakras |
| pornxp.com | Reality Kings | https://pornxp.com/videos/23296344 | 1834940 - working_out_with_rina |
| pornxp.com | Brazzers | https://pornxp.com/videos/23350844 | 3314002 - The Wetter The Better |
| pornxp.com | Brazzers | https://pornxp.com/videos/23362917 | 2443721 - Couples Counselling |
| pornxp.com | Brazzers | https://pornxp.com/videos/23383918 | 2945388 - I Want It Harder! |
| pornxp.com | Brazzers | https://pornxp.com/videos/23399609 | 6368 - Ivy League Tease |
| pornxp.com | Brazzers | https://pornxp.com/videos/23426430 | Sporty Sluts |
| pornxp.com | Reality Kings | https://pornxp.com/videos/23446660 | 2662608 - Mate Training |
| pornxp.com | Reality Kings | https://pornxp.com/videos/23457178 | Put It In Her Ass Vol. 7 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/23468843 | 2298415 - Analentines Day Gift |
| pornxp.com | Brazzers | https://pornxp.com/videos/23475931 | 10916 - Private Dick |
| pornxp.com | Brazzers | https://pornxp.com/videos/23477431 | 5542 - Banging at the Shelter |
| pornxp.com | Reality Kings | https://pornxp.com/videos/23557580 | 1816855 - Late To The Party |
| pornxp.com | Brazzers | https://pornxp.com/videos/23557774 | 6951 - Jiggle All the Way |
| pornxp.com | Brazzers | https://pornxp.com/videos/23587928 | 2676481 - Cucked At The Carnival |
| pornxp.com | Brazzers | https://pornxp.com/videos/23632537 | 3829248 - Making Herself At Home |
| pornxp.com | Brazzers | https://pornxp.com/videos/23637104 | 4419634 - The Clumsiest Girl In The World |
| pornxp.com | Reality Kings | https://pornxp.com/videos/23637948 | 14567 - Touched Right |
| pornxp.com | Brazzers | https://pornxp.com/videos/23654348 | 10906 - Pulled Over Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/23673340 | 2475292 - That Warm And Fuzzy Feeling |
| pornxp.com | Brazzers | https://pornxp.com/videos/23682161 | 11276 - Ass In The End Zone |
| pornxp.com | Brazzers | https://pornxp.com/videos/23692919 | 6221 - Afternoon Fun |
| pornxp.com | Brazzers | https://pornxp.com/videos/23699829 | 3425288 - The Massage She Really Wants |
| pornxp.com | Reality Kings | https://pornxp.com/videos/23713341 | 13837 - Gimme Some Head |
| pornxp.com | Brazzers | https://pornxp.com/videos/23728686 | 2842510 - Nylon Nuru |
| pornxp.com | Brazzers | https://pornxp.com/videos/23747718 | 2892877 - Dildos In The Drain Pipe |
| pornxp.com | Brazzers | https://pornxp.com/videos/23796247 | 10045 - Follow That Ass! |
| pornxp.com | Brazzers | https://pornxp.com/videos/23846778 | 3395704 - Sucking The Sitter |
| pornxp.com | Reality Kings | https://pornxp.com/videos/23855209 | 2940338 - Big Ass Burlesque |
| pornxp.com | Reality Kings | https://pornxp.com/videos/23875673 | 1944917 - Fresh Pussy Special |
| pornxp.com | Brazzers | https://pornxp.com/videos/23886218 | 11029 - Pumping My Pantyhose |
| pornxp.com | Brazzers | https://pornxp.com/videos/24005559 | 3983025 - Big Thermometer Energy |
| pornxp.com | Brazzers | https://pornxp.com/videos/24081470 | 10342 - Yoga Freaks: Episode Seven |
| pornxp.com | Brazzers | https://pornxp.com/videos/24151816 | 3868597 - Final Interview |
| pornxp.com | Reality Kings | https://pornxp.com/videos/24184112 | 3222198 - All Over Her Overalls |
| pornxp.com | Brazzers | https://pornxp.com/videos/24234775 | 3796421 - Public Indecency |
| pornxp.com | Brazzers | https://pornxp.com/videos/24292060 | 4420169 - Prank Me Once |
| pornxp.com | Brazzers | https://pornxp.com/videos/24305443 | 2914526 - Banging The Bookworm |
| pornxp.com | Brazzers | https://pornxp.com/videos/24332614 | 5514 - Blowing Dr. Blue |
| pornxp.com | Reality Kings | https://pornxp.com/videos/24348155 | 2025180 - Kicking Off The New Year |
| pornxp.com | Reality Kings | https://pornxp.com/videos/24360863 | Drilling Mommy 8 |
| pornxp.com | Brazzers | https://pornxp.com/videos/24413199 | 2842896 - The Dick Pic Trick |
| pornxp.com | Reality Kings | https://pornxp.com/videos/24431205 | 3151677 - Dont Bring Your Husband To The Salon |
| pornxp.com | Reality Kings | https://pornxp.com/videos/24447673 | 3151600 - Take Another Fucking Study Break |
| pornxp.com | Reality Kings | https://pornxp.com/videos/24485627 | 2812352 - Highlighting Her Curves |
| pornxp.com | Brazzers | https://pornxp.com/videos/24525390 | 10069 - Office 4-Play: Intern Edition |
| pornxp.com | Reality Kings | https://pornxp.com/videos/24536224 | 15442 - licking_lush |
| pornxp.com | Brazzers | https://pornxp.com/videos/24539947 | 10151 - Taking Pics And Stealing Dick |
| pornxp.com | Brazzers | https://pornxp.com/videos/24555180 | 2635920 - Wrong Place  Right Time |
| pornxp.com | Reality Kings | https://pornxp.com/videos/24577860 | 1944941 - Caution Hot Content |
| pornxp.com | Brazzers | https://pornxp.com/videos/24602848 | 9593 - ZZ Spring Break: Part Two |
| pornxp.com | Brazzers | https://pornxp.com/videos/24606865 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/24666656 | 2432361 - Milking Clit |
| pornxp.com | Brazzers | https://pornxp.com/videos/24683371 | 2914507 - Mother Daughter Mix Up |
| pornxp.com | Reality Kings | https://pornxp.com/videos/24701310 | 2025156 - Clothes Whore |
| pornxp.com | Brazzers | https://pornxp.com/videos/24820306 | 3170682 - Now You See Me  Now You Ho |
| pornxp.com | Brazzers | https://pornxp.com/videos/24841661 | 11041 - ZZ Pizza Party: Part 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/24854679 | 14895 - Lick Lick |
| pornxp.com | Brazzers | https://pornxp.com/videos/24866222 | 9674 - Have You Been Served? |
| pornxp.com | Reality Kings | https://pornxp.com/videos/24893283 | 1968089 - Getting A Head |
| pornxp.com | Reality Kings | https://pornxp.com/videos/24946758 | Dare Dorm #16 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/24972067 | 8555 - Kissing Kari |

| | | | |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/25048070 | 557166 - Oiling Up Havana |
| pornxp.com | Brazzers | https://pornxp.com/videos/25056974 | 3270162 - From The Streets To The Sheets |
| pornxp.com | Brazzers | https://pornxp.com/videos/25154736 | 2416052 - Happy To Help |
| pornxp.com | Brazzers | https://pornxp.com/videos/25157705 | 2991875 - Fuck Christmas Part 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/25169008 | 2286938 - Right In The Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/25200888 | 10458 - Never Interrupt Mommy Time |
| pornxp.com | Brazzers | https://pornxp.com/videos/25209163 | 3924027 - Dildo Fight! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/25221070 | 2417962 - Punishing The Pool Hopper |
| pornxp.com | Brazzers | https://pornxp.com/videos/25231484 | 2676478 - Switching Lives Pt. 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/25264526 | 3878686 - Amber In The Hills: Part 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/25303725 | 10307 - The Farmer's Wife |
| pornxp.com | Reality Kings | https://pornxp.com/videos/25308100 | 2011522 - Stepdaughters Dirty Friend |
| pornxp.com | Brazzers | https://pornxp.com/videos/25342855 | 2635427 - Deep Dive |
| pornxp.com | Brazzers | https://pornxp.com/videos/25351937 | 3463702 - Jumping Jumbos |
| pornxp.com | Reality Kings | https://pornxp.com/videos/25396318 | 8245 - Double Shake |
| pornxp.com | Reality Kings | https://pornxp.com/videos/25413287 | 2025195 - Threesome Rubdown |
| pornxp.com | Reality Kings | https://pornxp.com/videos/25416998 | 1830525 - roller_bae |
| pornxp.com | Brazzers | https://pornxp.com/videos/25426050 | 2436834 - Corporate Espionage |
| pornxp.com | Brazzers | https://pornxp.com/videos/25503209 | 3832326 - House Warming |
| pornxp.com | Brazzers | https://pornxp.com/videos/25503752 | 10208 - Stay Away From My Daughter |
| pornxp.com | Reality Kings | https://pornxp.com/videos/25531959 | RK Prime #18 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/25547807 | 1834957 - russian_sex_party |
| pornxp.com | Reality Kings | https://pornxp.com/videos/25569740 | Moms Lick Teens Vol. 23 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/25628270 | 1921791 - House Slutting |
| pornxp.com | Brazzers | https://pornxp.com/videos/25704563 | 8900 - Downton Grabby 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/25721510 | 3768113 - A Lesson In Footplay |
| pornxp.com | Reality Kings | https://pornxp.com/videos/25724753 | 1844663 - summer_of_sasha |
| pornxp.com | Brazzers | https://pornxp.com/videos/25743693 | 2473027 - Cheating Sarah |
| pornxp.com | Brazzers | https://pornxp.com/videos/25757012 | 2892897 - Don't Be A Doormat |
| pornxp.com | Brazzers | https://pornxp.com/videos/25763219 | 11081 - Runaway Ride |
| pornxp.com | Brazzers | https://pornxp.com/videos/25775752 | 2842500 - Caddyshag |
| pornxp.com | Reality Kings | https://pornxp.com/videos/25820471 | 1834999 - Stretching Her Out |
| pornxp.com | Brazzers | https://pornxp.com/videos/25825827 | 10576 - Can I Bother You For A Tall Glass Of Dick? |
| pornxp.com | Brazzers | https://pornxp.com/videos/25825997 | 2945917 - Fix Me A Snack |
| pornxp.com | Brazzers | https://pornxp.com/videos/25848409 | 3832313 - Late Date |
| pornxp.com | Brazzers | https://pornxp.com/videos/25883953 | Brazzers Goes Black |
| pornxp.com | Brazzers | https://pornxp.com/videos/25891636 | 2309036 - ZZ Sneakshot Superstars |
| pornxp.com | Brazzers | https://pornxp.com/videos/25910254 | 3110895 - Rent-A-Pornstar: The Wedding Planner: Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/25930966 | 2434860 - Selfies With The Dean |
| pornxp.com | Brazzers | https://pornxp.com/videos/25943861 | 3925186 - Playback's A Bitch |
| pornxp.com | Brazzers | https://pornxp.com/videos/25961543 | 2355901 - Catch Of The Day |
| pornxp.com | Reality Kings | https://pornxp.com/videos/26005505 | 1853774 - special_lessons |
| pornxp.com | Brazzers | https://pornxp.com/videos/26076367 | 3878708 - Vibing |
| pornxp.com | Brazzers | https://pornxp.com/videos/26101547 | 2340028 - Parent Teacher Cumference |
| pornxp.com | Brazzers | https://pornxp.com/videos/26102657 | 11189 - Trolling For Trolls |
| pornxp.com | Reality Kings | https://pornxp.com/videos/26134800 | 2893958 - Pussy Off The Rack |
| pornxp.com | Brazzers | https://pornxp.com/videos/26140560 | 11039 - Nailing The Neighborhood |
| pornxp.com | Reality Kings | https://pornxp.com/videos/26142854 | 1998258 - Rose Love |
| pornxp.com | Brazzers | https://pornxp.com/videos/26146258 | 2410655 - Rich Fucks: Part 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/26201084 | 2633835 - Plowing The Private Dancer |
| pornxp.com | Brazzers | https://pornxp.com/videos/26229521 | 6948 - Shiatsu Santa |
| pornxp.com | Reality Kings | https://pornxp.com/videos/26238344 | 2940175 - My Girlfriends Mom |
| pornxp.com | Brazzers | https://pornxp.com/videos/26261615 | 10088 - Oversnatch: A XXX Parody |
| pornxp.com | Reality Kings | https://pornxp.com/videos/26355351 | 14723 - Sneaky Snacks |
| pornxp.com | Reality Kings | https://pornxp.com/videos/26392498 | 2572044 - Stepmom In The Closet |
| pornxp.com | Reality Kings | https://pornxp.com/videos/26411622 | 2286606 - Busted Lesbian Threesome |
| pornxp.com | Brazzers | https://pornxp.com/videos/26519490 | 2672965 - Homo Sexians |
| pornxp.com | Brazzers | https://pornxp.com/videos/26532670 | 3043510 - Neighborly Love: Motorbunny Edition |
| pornxp.com | Reality Kings | https://pornxp.com/videos/26551351 | 2235561 - The Wetter The Better |
| pornxp.com | Reality Kings | https://pornxp.com/videos/26553352 | 2842553 - Pretty Theft |
| pornxp.com | Reality Kings | https://pornxp.com/videos/26577872 | Hot Teen Next Door Vol. 13 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/26581424 | Dare Dorm #15 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/26596063 | 2286961 - World Class Ass |
| pornxp.com | Reality Kings | https://pornxp.com/videos/26603385 | 2011513 - The Go Getter |
| pornxp.com | Brazzers | https://pornxp.com/videos/26604320 | She'll Steele Your Heart |
| pornxp.com | Brazzers | https://pornxp.com/videos/26615851 | 2412218 - Free Anal 5 |

EXHIBIT A

| pornxp.com | Brazzers | https://pornxp.com/videos/26626887 | 6847 - Last Call for Cock and Balls |
| pornxp.com | Brazzers | https://pornxp.com/videos/26750919 | 4419121 - Dildo Showers Bring Big Cocks |
| pornxp.com | Reality Kings | https://pornxp.com/videos/26777334 | 14685 - Wtf Is Going On |
| pornxp.com | Brazzers | https://pornxp.com/videos/26819656 | 2413555 - The Foreman Is A Whore Man |
| pornxp.com | Brazzers | https://pornxp.com/videos/26825134 | 2635459 - Making A Good First Impression |
| pornxp.com | Brazzers | https://pornxp.com/videos/26891292 | 10288 - The Caterer |
| pornxp.com | Reality Kings | https://pornxp.com/videos/26961969 | 2286917 - Anal Sex Education |
| pornxp.com | Reality Kings | https://pornxp.com/videos/26982800 | 14389 - bikini_body |
| pornxp.com | Brazzers | https://pornxp.com/videos/26989121 | 3136593 - Squirting In The New Year |
| pornxp.com | Brazzers | https://pornxp.com/videos/27026667 | 2469447 - Tell Me When It's Over! |
| pornxp.com | Brazzers | https://pornxp.com/videos/27071950 | 3924837 - Time And Again |
| pornxp.com | Reality Kings | https://pornxp.com/videos/27093927 | Drilling Mommy 7 |
| pornxp.com | Brazzers | https://pornxp.com/videos/27106714 | 11107 - 1 800 Phone Sex: Line 8 |
| pornxp.com | Brazzers | https://pornxp.com/videos/27149897 | 5449 - Genital Hospital |
| pornxp.com | Brazzers | https://pornxp.com/videos/27163837 | 10980 - Anal Sweetheart |
| pornxp.com | Brazzers | https://pornxp.com/videos/27169426 | 3796236 - Dancing Domme |
| pornxp.com | Reality Kings | https://pornxp.com/videos/27203932 | 1853698 - Office Intern |
| pornxp.com | Brazzers | https://pornxp.com/videos/27311003 | 2892768 - The Geek's A Freak |
| pornxp.com | Brazzers | https://pornxp.com/videos/27326876 | 11146 - Santa's Twerkshop |
| pornxp.com | Brazzers | https://pornxp.com/videos/27328237 | 3960074 - Day With A Porn Writer |
| pornxp.com | Brazzers | https://pornxp.com/videos/27336688 | 3925185 - A Wife's Ex |
| pornxp.com | Brazzers | https://pornxp.com/videos/27354850 | 3830492 - Day With A Porn Star: Monique Alexander |
| pornxp.com | Brazzers | https://pornxp.com/videos/27378684 | 3455238 - My Stepmom's A Fuck Up |
| pornxp.com | Brazzers | https://pornxp.com/videos/27401986 | 3222187 - Wet Hot Yoga |
| pornxp.com | Brazzers | https://pornxp.com/videos/27420959 | 2417679 - I'm A Total MILF! |
| pornxp.com | Brazzers | https://pornxp.com/videos/27506575 | 2959722 - Feel The Burn |
| pornxp.com | Brazzers | https://pornxp.com/videos/27544700 | 3463989 - Cum Rain Or Shine |
| pornxp.com | Reality Kings | https://pornxp.com/videos/27563880 | 2662659 - Booby Massage |
| pornxp.com | Brazzers | https://pornxp.com/videos/27582460 | 10986 - Friend Zone Bone |
| pornxp.com | Brazzers | https://pornxp.com/videos/27624294 | 2410661 - Rich Fucks: Part 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/27630016 | 2432362 - The Size Queen |
| pornxp.com | Reality Kings | https://pornxp.com/videos/27635212 | 2235565 - Mind Fuck Backdoor Psychology |
| pornxp.com | Reality Kings | https://pornxp.com/videos/27636914 | Newbies Get Nailed 6 |
| pornxp.com | Brazzers | https://pornxp.com/videos/27665919 | 2867481 - A Massage For Bonnie |
| pornxp.com | Brazzers | https://pornxp.com/videos/27724890 | Pornstars Like It Black 4 |
| pornxp.com | Brazzers | https://pornxp.com/videos/27746181 | Brazzers: Double Feature |
| pornxp.com | Brazzers | https://pornxp.com/videos/27746273 | 3960041 - Special Assistant To Ms. Kapri |
| pornxp.com | Reality Kings | https://pornxp.com/videos/27779141 | 3128091 - Park Bench |
| pornxp.com | Brazzers | https://pornxp.com/videos/27866569 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/27898472 | 11196 - Hole In One |
| pornxp.com | Reality Kings | https://pornxp.com/videos/27922518 | 5926 - Come On Closer |
| pornxp.com | Brazzers | https://pornxp.com/videos/27979207 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Reality Kings | https://pornxp.com/videos/27992439 | Mommy Loves The D Vol. 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28017189 | 2662609 - Sleepover Cheat |
| pornxp.com | Brazzers | https://pornxp.com/videos/28025789 | 10114 - Adopt A Pornstar |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28050389 | 2953395 - You Snooze You Lose Too |
| pornxp.com | Brazzers | https://pornxp.com/videos/28066955 | 2917143 - Serve and Protect That Pussy! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28071548 | King's Massage Parlor |
| pornxp.com | Brazzers | https://pornxp.com/videos/28114908 | 2945892 - Workout Sex Club |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28132007 | 11114 - Summer Love |
| pornxp.com | Brazzers | https://pornxp.com/videos/28137533 | 2847247 - Silhouette Slam |
| pornxp.com | Brazzers | https://pornxp.com/videos/28140186 | 10067 - Rub and Fuck Thy Neighbor |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28179883 | 2893983 - Trick Or Twat |
| pornxp.com | Brazzers | https://pornxp.com/videos/28211068 | 3222144 - Runway Booty |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28219782 | Big Ass Brazilian Butts Vol. 23 |
| pornxp.com | Brazzers | https://pornxp.com/videos/28222198 | 2594618 - Doing Double Duty |
| pornxp.com | Brazzers | https://pornxp.com/videos/28227646 | 6093 - What Flavor Are Your Tits ? |
| pornxp.com | Brazzers | https://pornxp.com/videos/28245287 | 3425269 - A Family Affair: The Reunion Part 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/28252816 | 3270163 - Brandi Loves Latex |
| pornxp.com | Brazzers | https://pornxp.com/videos/28268441 | 3110562 - MILF On The Prowl |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28285136 | 6251 - Tits And Heels |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28301568 | 14892 - Sexy Milf |
| pornxp.com | Brazzers | https://pornxp.com/videos/28331627 | 3119443 - My Fucking Step Goal |
| pornxp.com | Brazzers | https://pornxp.com/videos/28355573 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/28357980 | 2638915 - Fucking The Ugly Duckling |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28367698 | We Live Together Season 1 |

EXHIBIT A

| pornxp.com | Brazzers | https://pornxp.com/videos/28422730 | 9519 - Lost In Brazzers Episode 1 |
|---|---|---|---|
| pornxp.com | Reality Kings | https://pornxp.com/videos/28424033 | 3222216 - Moist Neon Lights |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28478513 | 3151730 - Cold Breeze Tease |
| pornxp.com | Brazzers | https://pornxp.com/videos/28480797 | 316 7648 - Shower Radi-ho |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28560047 | 2235567 - Making Movies |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28619274 | 1843826 - my_gf_kimber |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28646182 | 11040 - Rub In The Tub |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28694186 | 1921815 - Real Asstate |
| pornxp.com | Brazzers | https://pornxp.com/videos/28724349 | 3291120 - Red Hot Boss From Hell |
| pornxp.com | Brazzers | https://pornxp.com/videos/28767014 | 6449 - The Joy Cock Club |
| pornxp.com | Brazzers | https://pornxp.com/videos/28806043 | 2352465 - Just To Be Clear |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28825987 | 14856 - Romancing Olivia |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28843058 | 2953398 - Homebody Hotties |
| pornxp.com | Brazzers | https://pornxp.com/videos/28870402 | 2412288 - Stepmother Stepson Bonding |
| pornxp.com | Brazzers | https://pornxp.com/videos/28893513 | 10229 - Survey My Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/28998975 | 10793 - Seducing The Shopgirl |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28900411 | 2368565 - Underground Fuck Club |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28905879 | 2235547 - No Boys Allowed |
| pornxp.com | Brazzers | https://pornxp.com/videos/28911618 | 3960056 - Sock My Cock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28929759 | 1847518 - Innocent And Ripe |
| pornxp.com | Brazzers | https://pornxp.com/videos/28937974 | 2856264 - The Fuckerffy Effect |
| pornxp.com | Brazzers | https://pornxp.com/videos/28950017 | 3983607 - One Tight Ass Client |
| pornxp.com | Reality Kings | https://pornxp.com/videos/28970070 | 2940188 - Colorful Contrasst |
| pornxp.com | Brazzers | https://pornxp.com/videos/29009835 | 9777 - Doctor's Where-ders |
| pornxp.com | Brazzers | https://pornxp.com/videos/29047577 | 6852 - Casting Cunt. |
| pornxp.com | Brazzers | https://pornxp.com/videos/29053662 | 2357131 - Georgie's Workout Plan |
| pornxp.com | Brazzers | https://pornxp.com/videos/29086970 | Sporty Sluts |
| pornxp.com | Reality Kings | https://pornxp.com/videos/29150889 | 2433778 - All About Aubrey |
| pornxp.com | Brazzers | https://pornxp.com/videos/29202323 | 10107 - My Two Fuck Boys |
| pornxp.com | Brazzers | https://pornxp.com/videos/29221064 | 3719963 - Unmasking The Mistress |
| pornxp.com | Reality Kings | https://pornxp.com/videos/29245754 | 1921792 - Behavior Modification |
| pornxp.com | Brazzers | https://pornxp.com/videos/29275012 | 2417603 - I Like To Be Natural |
| pornxp.com | Brazzers | https://pornxp.com/videos/29302706 | 5965 - Upgrade You |
| pornxp.com | Brazzers | https://pornxp.com/videos/29304894 | 3878661 - Top Heavy |
| pornxp.com | Brazzers | https://pornxp.com/videos/29308601 | 3876782 - Frisking For A Fucking |
| pornxp.com | Reality Kings | https://pornxp.com/videos/29315566 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Reality Kings | https://pornxp.com/videos/29466958 | Monster Curves Vol. 35 |
| pornxp.com | Brazzers | https://pornxp.com/videos/29473193 | 10950 - Giving Her A Big Tip |
| pornxp.com | Brazzers | https://pornxp.com/videos/29523453 | 3043526 - Lovely In Latex |
| pornxp.com | Reality Kings | https://pornxp.com/videos/29574442 | 3177188 - She Cant Get Enough Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/29583813 | 8419 - American Whore Story Part Two |
| pornxp.com | Brazzers | https://pornxp.com/videos/29599916 | 9744 - Supercalafraga-Lick Me |
| pornxp.com | Brazzers | https://pornxp.com/videos/29601290 | 3796476 - Roadie Head |
| pornxp.com | Brazzers | https://pornxp.com/videos/29601821 | 3960140 - Stay Away From My Brother |
| pornxp.com | Reality Kings | https://pornxp.com/videos/29605503 | 2572040 - Naughty Nancy Ace |
| pornxp.com | Brazzers | https://pornxp.com/videos/29608284 | 2676471 - The Butt Plug Burglar |
| pornxp.com | Brazzers | https://pornxp.com/videos/29612822 | 3401919 - Plow-Her Walking |
| pornxp.com | Brazzers | https://pornxp.com/videos/29642834 | 3425284 - Sun's Out  Tits Out |
| pornxp.com | Brazzers | https://pornxp.com/videos/29674663 | 2867496 - Massaging The MILF |
| pornxp.com | Reality Kings | https://pornxp.com/videos/29746386 | 14161 - Cooch Couture |
| pornxp.com | Brazzers | https://pornxp.com/videos/29769462 | 3408150 - These Pipes Are Clean |
| pornxp.com | Brazzers | https://pornxp.com/videos/29770606 | 4419319 - Huge Squirt Ruins The Prank |
| pornxp.com | Brazzers | https://pornxp.com/videos/29774904 | 2672992 - Disobeying The Mistress |
| pornxp.com | Reality Kings | https://pornxp.com/videos/29806636 | Rookies Of The Year: 2015 |
| pornxp.com | Brazzers | https://pornxp.com/videos/29827774 | 2914528 - Busting On The Burglar |
| pornxp.com | Reality Kings | https://pornxp.com/videos/29871821 | 2011540 - Hustling Hussie |
| pornxp.com | Brazzers | https://pornxp.com/videos/29900205 | 4416482 - Lost Lil Humper |
| pornxp.com | Brazzers | https://pornxp.com/videos/29978151 | 2368981 - Her Husband's Whipped |
| pornxp.com | Brazzers | https://pornxp.com/videos/30040098 | 4419466 - Francys Gets Wet In Yoga Pants |
| pornxp.com | Brazzers | https://pornxp.com/videos/30081238 | 2358445 - Branded By A Babe |
| pornxp.com | Brazzers | https://pornxp.com/videos/30101973 | 2945953 - Dreams Really Do Cum True |
| pornxp.com | Brazzers | https://pornxp.com/videos/30127162 | 3877499 - Wrong Side Of The Bed |
| pornxp.com | Brazzers | https://pornxp.com/videos/30162860 | 2641586 - Mall Cop Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/30165784 | 2412856 - Boinking And Bowling |
| pornxp.com | Brazzers | https://pornxp.com/videos/30191080 | 11179 - Paying Up |
| pornxp.com | Reality Kings | https://pornxp.com/videos/30199395 | Drilling Mommy 10 |

| pornxp.com | Brazzers | https://pornxp.com/videos/30225762 | 6323 - Maligned Date |
|---|---|---|---|
| pornxp.com | Reality Kings | https://pornxp.com/videos/30265954 | Dirty DP Desires |
| pornxp.com | Reality Kings | https://pornxp.com/videos/30277949 | 3151719 - Button Mashing |
| pornxp.com | Brazzers | https://pornxp.com/videos/30304813 | 3625052 - Fucking By Candlelight |
| pornxp.com | Reality Kings | https://pornxp.com/videos/30311304 | 8547 - Juicy Jenna |
| pornxp.com | Brazzers | https://pornxp.com/videos/30314681 | 10679 - Mother's Day Ass Massage |
| pornxp.com | Reality Kings | https://pornxp.com/videos/30337167 | 2286936 - Twisted Shampoo Prank |
| pornxp.com | Brazzers | https://pornxp.com/videos/30360919 | 3796238 - Naughty Date With The Neighbor |
| pornxp.com | Brazzers | https://pornxp.com/videos/30377948 | 6929 - Millionaire Squirter |
| pornxp.com | Brazzers | https://pornxp.com/videos/30399212 | 3206858 - Rent-A-Pornstar: How To Make A Porno |
| pornxp.com | Brazzers | https://pornxp.com/videos/30418881 | 3921696 - Caught Red Handed |
| pornxp.com | Brazzers | https://pornxp.com/videos/30427235 | 3425274 - Sunbathing Babes |
| pornxp.com | Reality Kings | https://pornxp.com/videos/30457971 | 2855791 - Big Tits On Britt |
| pornxp.com | Brazzers | https://pornxp.com/videos/30463506 | 4419823 - Baby Nicols Gets Fucked In Bed |
| pornxp.com | Brazzers | https://pornxp.com/videos/30477911 | 3031943 - Fuck It's Hot! |
| pornxp.com | Brazzers | https://pornxp.com/videos/30504572 | 2412342 - 1 800 Phone Sex: Line 9 |
| pornxp.com | Brazzers | https://pornxp.com/videos/30541939 | 2635569 - You May Now Peg The Bride |
| pornxp.com | Brazzers | https://pornxp.com/videos/30562106 | 3167482 - Cumplimentary Massage |
| pornxp.com | Brazzers | https://pornxp.com/videos/30566662 | 2917860 - Banging My Bratty Roommate |
| pornxp.com | Reality Kings | https://pornxp.com/videos/30581981 | 2342985 - Fucked By Two Milfs |
| pornxp.com | Brazzers | https://pornxp.com/videos/30582910 | 3876742 - Skeet Of Foot |
| pornxp.com | Reality Kings | https://pornxp.com/videos/30585956 | 2812341 - Bikini Bangers |
| pornxp.com | Reality Kings | https://pornxp.com/videos/30592894 | 14509 - Right Down The Slit |
| pornxp.com | Brazzers | https://pornxp.com/videos/30632123 | 3167412 - Best Of Brazzers: Porn Watches Back |
| pornxp.com | Brazzers | https://pornxp.com/videos/30653841 | 2913810 - Dorm Room Domme |
| pornxp.com | Brazzers | https://pornxp.com/videos/30669777 | 2368229 - The Morning After Mess |
| pornxp.com | Reality Kings | https://pornxp.com/videos/30675815 | Moms Bang Teens Vol. 36 |
| pornxp.com | Brazzers | https://pornxp.com/videos/30710718 | 5457 - Icing on my Cock!!! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/30757447 | 2011534 - Get In The Van |
| pornxp.com | Reality Kings | https://pornxp.com/videos/30761607 | 3258429 - My Stepmom Ruined My Audition |
| pornxp.com | Brazzers | https://pornxp.com/videos/30778749 | 2676479 - Make Me Wet |
| pornxp.com | Reality Kings | https://pornxp.com/videos/30787334 | Dare Dorm #37 |
| pornxp.com | Brazzers | https://pornxp.com/videos/30829549 | 4074473 - Aubree's On The List |
| pornxp.com | Brazzers | https://pornxp.com/videos/30841156 | 3924817 - She's A Smooth Operator |
| pornxp.com | Brazzers | https://pornxp.com/videos/30877496 | 2662603 - Make Me Wet Not Wait |
| pornxp.com | Reality Kings | https://pornxp.com/videos/30886512 | Pickup Fucks Vol. 9 |
| pornxp.com | Brazzers | https://pornxp.com/videos/30894373 | 3983728 - Pay To Lay |
| pornxp.com | Brazzers | https://pornxp.com/videos/30897500 | 10216 - The Clumsy Intern |
| pornxp.com | Reality Kings | https://pornxp.com/videos/30939465 | Put It In Her Ass Vol. 7 |
| pornxp.com | Brazzers | https://pornxp.com/videos/30943603 | 2578366 - Cabin Fever |
| pornxp.com | Brazzers | https://pornxp.com/videos/30947369 | 2412276 - Fix Your Fucking Marriage |
| pornxp.com | Brazzers | https://pornxp.com/videos/30962396 | 2914513 - But Will It Fit? |
| pornxp.com | Brazzers | https://pornxp.com/videos/31049787 | Brazzers Goes Black |
| pornxp.com | Reality Kings | https://pornxp.com/videos/31074805 | Mommy Loves The D Vol. 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/31091099 | 2439722 - Rub A Tug Tug |
| pornxp.com | Reality Kings | https://pornxp.com/videos/31096491 | 3440535 - My Stepdaughter The Cam Girl |
| pornxp.com | Reality Kings | https://pornxp.com/videos/31110493 | 2025185 - Maya Gets Soaking Wet |
| pornxp.com | Brazzers | https://pornxp.com/videos/31114930 | 11116 - Drone Bone |
| pornxp.com | Reality Kings | https://pornxp.com/videos/31116015 | 3000 - Feel The Friction |
| pornxp.com | Reality Kings | https://pornxp.com/videos/31120365 | 2433795 - Spring Break Beach House Party |
| pornxp.com | Brazzers | https://pornxp.com/videos/31147007 | 9768 - Sharing The Shower 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/31168100 | 5619 - Care to Donate Your Organ? |
| pornxp.com | Brazzers | https://pornxp.com/videos/31224702 | 10909 - Downward Facing Dick |
| pornxp.com | Brazzers | https://pornxp.com/videos/31258929 | 2443716 - The Easter Hunny |
| pornxp.com | Brazzers | https://pornxp.com/videos/31280528 | 10299 - Nurse Nikki's House Call |
| pornxp.com | Brazzers | https://pornxp.com/videos/31301526 | 2928049 - Shower Head |
| pornxp.com | Brazzers | https://pornxp.com/videos/31361998 | 2357354 - She's A Free Spirit |
| pornxp.com | Brazzers | https://pornxp.com/videos/31379518 | 9442 - Bringing Stepsiblings Closer Together |
| pornxp.com | Brazzers | https://pornxp.com/videos/31385537 | 3983700 - Shadowplay 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/31423785 | 11159 - You'll Never Be Cool |
| pornxp.com | Brazzers | https://pornxp.com/videos/31424337 | 5347 - Tits for Tickets |
| pornxp.com | Reality Kings | https://pornxp.com/videos/31567280 | 2901436 - Miss 24 7 |
| pornxp.com | Brazzers | https://pornxp.com/videos/31569648 | 3146828 - Pledge Week |
| pornxp.com | Reality Kings | https://pornxp.com/videos/31615685 | 15089 - Working Late |
| pornxp.com | Brazzers | https://pornxp.com/videos/31653125 | 10894 - Practice Makes Her Purrrrfect |
| pornxp.com | Reality Kings | https://pornxp.com/videos/31659009 | 2940343 - Wetter Melons |

EXHIBIT A

| pornxp.com | Brazzers | https://pornxp.com/videos/31680973 | 3363985 - Cumming By Candle Light |
| pornxp.com | Brazzers | https://pornxp.com/videos/31740731 | 11173 - The Lusty Landlady |
| pornxp.com | Reality Kings | https://pornxp.com/videos/31827515 | 2286638 - Valentines Vagina |
| pornxp.com | Reality Kings | https://pornxp.com/videos/31836359 | Look At Her Now |
| pornxp.com | Reality Kings | https://pornxp.com/videos/31889527 | 2235545 - Amateur Hour |
| pornxp.com | Brazzers | https://pornxp.com/videos/31913346 | 2469491 - Monique's Wicked Web |
| pornxp.com | Reality Kings | https://pornxp.com/videos/32025626 | 2893978 - Tickles To Jiggles |
| pornxp.com | Reality Kings | https://pornxp.com/videos/32073134 | 3151685 - Mother Tongue Tease |
| pornxp.com | Reality Kings | https://pornxp.com/videos/32083784 | 2025198 - Slumber Party Sluts |
| pornxp.com | Reality Kings | https://pornxp.com/videos/32123764 | 1824931 - Big Tits In Black |
| pornxp.com | Reality Kings | https://pornxp.com/videos/32134995 | Mix And Snatch Vol. 4 |
| pornxp.com | Brazzers | https://pornxp.com/videos/32153550 | 2867497 - Getting Her Rocks Off |
| pornxp.com | Brazzers | https://pornxp.com/videos/32211006 | 11139 - Just Trying To Earn A Little Extra College Money |
| pornxp.com | Brazzers | https://pornxp.com/videos/32227356 | 11214 - Sensory Deprivation |
| pornxp.com | Brazzers | https://pornxp.com/videos/32238422 | 2468570 - Stuck-Up Stepmom |
| pornxp.com | Brazzers | https://pornxp.com/videos/32251394 | 10005 - Sex And The Sponge Bath |
| pornxp.com | Reality Kings | https://pornxp.com/videos/32299258 | 2417952 - Lovely Lucia |
| pornxp.com | Brazzers | https://pornxp.com/videos/32299502 | 4419331 - Anal Coaching With A Big Cock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/32329713 | 1860456 - Horny Holiday |
| pornxp.com | Brazzers | https://pornxp.com/videos/32390071 | 2842571 - Fuck the Pain Away |
| pornxp.com | Reality Kings | https://pornxp.com/videos/32390181 | 1804599 - wild_and_loca |
| pornxp.com | Reality Kings | https://pornxp.com/videos/32423898 | Ass That Won't Quit Vol. 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/32449359 | 3869132 - His Hands Are Tied |
| pornxp.com | Brazzers | https://pornxp.com/videos/32455893 | 2842471 - Tag That Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/32458106 | 6480 - The Negotiator |
| pornxp.com | Reality Kings | https://pornxp.com/videos/32459802 | 2812383 - Jordi Gets Layton |
| pornxp.com | Brazzers | https://pornxp.com/videos/32484066 | 11075 - Can You Fix My Wi-Fi? |
| pornxp.com | Reality Kings | https://pornxp.com/videos/32518485 | 14389 - bikini_body |
| pornxp.com | Brazzers | https://pornxp.com/videos/32530296 | 9266 - Shy Redheads Want Anal |
| pornxp.com | Brazzers | https://pornxp.com/videos/32599035 | 5984 - Interventionz: Misty Stone |
| pornxp.com | Reality Kings | https://pornxp.com/videos/32693861 | We Live Together Season 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/32715204 | Nympho Nurses and Dirty Doctors |
| pornxp.com | Reality Kings | https://pornxp.com/videos/32718518 | 2847246 - Queen of The Dick |
| pornxp.com | Reality Kings | https://pornxp.com/videos/32734669 | 1944889 - Our Euro Sex Trip |
| pornxp.com | Brazzers | https://pornxp.com/videos/32764300 | 5484 - The Damage Is Done |
| pornxp.com | Brazzers | https://pornxp.com/videos/32781640 | 10846 - Pussy Is International |
| pornxp.com | Brazzers | https://pornxp.com/videos/32826529 | 3830063 - Honeymoon Rubdown |
| pornxp.com | Reality Kings | https://pornxp.com/videos/32842652 | Drilling Mommy 9 |
| pornxp.com | Brazzers | https://pornxp.com/videos/32847405 | 2847241 - Naughty Trade for a Good Grade |
| pornxp.com | Reality Kings | https://pornxp.com/videos/32855736 | 2025184 - Stripper Lessons |
| pornxp.com | Brazzers | https://pornxp.com/videos/32919851 | 11260 - Jimena Puts on a Show |
| pornxp.com | Reality Kings | https://pornxp.com/videos/32992824 | 1816412 - after_school_shenanigans |
| pornxp.com | Brazzers | https://pornxp.com/videos/33029138 | 2423812 - Stripper Lessons |
| pornxp.com | Brazzers | https://pornxp.com/videos/33062007 | 11206 - Cult Of Love |
| pornxp.com | Reality Kings | https://pornxp.com/videos/33091172 | 2011507 - Hows It Hanging |
| pornxp.com | Reality Kings | https://pornxp.com/videos/33152617 | 15386 - Music Lovers |
| pornxp.com | Reality Kings | https://pornxp.com/videos/33187730 | 14985 - Jugs And Tugs |
| pornxp.com | Reality Kings | https://pornxp.com/videos/33211538 | 2414030 - Clutching Her Pearls |
| pornxp.com | Brazzers | https://pornxp.com/videos/33229089 | 2569906 - Scanner Scandal |
| pornxp.com | Brazzers | https://pornxp.com/videos/33231310 | 2927873 - Flower Pounder |
| pornxp.com | Reality Kings | https://pornxp.com/videos/33243780 | 1799462 - Red Roses Pink Pussies |
| pornxp.com | Reality Kings | https://pornxp.com/videos/33246308 | 2662605 - Hot Decorator Milf |
| pornxp.com | Brazzers | https://pornxp.com/videos/33277831 | 3291153 - Stepson Rubdown |
| pornxp.com | Brazzers | https://pornxp.com/videos/33279707 | 3225790 - Sneaking In A Last Minute Facial |
| pornxp.com | Brazzers | https://pornxp.com/videos/33322419 | 6464 - The Birthday Blues Masseuse |
| pornxp.com | Brazzers | https://pornxp.com/videos/33345227 | 3043527 - The Mystique Of Madison |
| pornxp.com | Reality Kings | https://pornxp.com/videos/33427214 | 2286946 - Snatched My Roommate |
| pornxp.com | Reality Kings | https://pornxp.com/videos/33452283 | Moms Bang Teens Vol. 35 |
| pornxp.com | Brazzers | https://pornxp.com/videos/33465850 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/33473323 | 7761 - Touch And Feel |
| pornxp.com | Brazzers | https://pornxp.com/videos/33508529 | 10883 - Off The Rack |
| pornxp.com | Brazzers | https://pornxp.com/videos/33590071 | 2422034 - Pornstar Personal Shopper |
| pornxp.com | Brazzers | https://pornxp.com/videos/33622210 | 3929044 - Sneaky Shower Threesome |
| pornxp.com | Reality Kings | https://pornxp.com/videos/33622873 | 2662607 - Millennial Pink |
| pornxp.com | Brazzers | https://pornxp.com/videos/33642569 | 2992324 - Horny For My Husband's Brother |
| pornxp.com | Reality Kings | https://pornxp.com/videos/33694798 | 2433780 - Produce Aisle Poonani |

| | | | |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/33808171 | 9543 - Bunk Bed Head |
| pornxp.com | Brazzers | https://pornxp.com/videos/33815703 | 10932 - Office Cafuckteria |
| pornxp.com | Brazzers | https://pornxp.com/videos/33891921 | 6734 - The Bone Identity |
| pornxp.com | Brazzers | https://pornxp.com/videos/33907787 | 10523 - My Slutty Secretary |
| pornxp.com | Brazzers | https://pornxp.com/videos/33920208 | 3921667 - Getting An Eyeful |
| pornxp.com | Reality Kings | https://pornxp.com/videos/33929187 | 1900702 - Sexy Sextet |
| pornxp.com | Brazzers | https://pornxp.com/videos/33929620 | 10705 - Mom's Got A Meeting |
| pornxp.com | Reality Kings | https://pornxp.com/videos/33934615 | 15379 - Wicked Surprise Pt1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/33945632 | 3314001 - Bet You Can't Touch Her Boobs! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/33980119 | 2235546 - Stepmoms Coaching |
| pornxp.com | Brazzers | https://pornxp.com/videos/34007388 | 6663 - 'Til Dick do us Part Episode 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/34043177 | 3878722 - Break & Enter Me |
| pornxp.com | Brazzers | https://pornxp.com/videos/34052488 | 3122564 - Big Spotlights |
| pornxp.com | Brazzers | https://pornxp.com/videos/34099695 | 9570 - The Window Watcher |
| pornxp.com | Reality Kings | https://pornxp.com/videos/34133264 | 2572065 - Sapphic When Wet |
| pornxp.com | Reality Kings | https://pornxp.com/videos/34150307 | 1860466 - Exercise The Semen |
| pornxp.com | Reality Kings | https://pornxp.com/videos/34160091 | 2011515 - Horny Hostess |
| pornxp.com | Brazzers | https://pornxp.com/videos/34170677 | 3924832 - Boning The Better Brother |
| pornxp.com | Reality Kings | https://pornxp.com/videos/34176809 | 2812377 - Picking Up Big Tits |
| pornxp.com | Brazzers | https://pornxp.com/videos/34282962 | 3983219 - Going Down In A Blaze of Gloryholes |
| pornxp.com | Brazzers | https://pornxp.com/videos/34302851 | 5700 - Banging the Art Teacher |
| pornxp.com | Brazzers | https://pornxp.com/videos/34388658 | 2672991 - Shipped & Stripped |
| pornxp.com | Brazzers | https://pornxp.com/videos/34410018 | 10978 - Keys To Her Pussy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/34416819 | 1853719 - Speech 101 |
| pornxp.com | Brazzers | https://pornxp.com/videos/34436580 | 3307787 - Her Daughter's Too Tight |
| pornxp.com | Reality Kings | https://pornxp.com/videos/34469013 | 2417914 - Angelic Bride To Anal Angel |
| pornxp.com | Brazzers | https://pornxp.com/videos/34497093 | 3722253 - Boned By The Butler:  Part 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/34505659 | 3408148 - Sneaking and Freaking In The Shower |
| pornxp.com | Reality Kings | https://pornxp.com/videos/34520108 | 2440432 - Caught On Cumming Camera |
| pornxp.com | Brazzers | https://pornxp.com/videos/34521766 | 11067 - The Cuntry Club |
| pornxp.com | Reality Kings | https://pornxp.com/videos/34535289 | 1860789 - Fuck Me Pay Me |
| pornxp.com | Reality Kings | https://pornxp.com/videos/34549148 | 14636 - Coochie In The Kitchen |
| pornxp.com | Brazzers | https://pornxp.com/videos/34571467 | 11015 - Backstage Booty |
| pornxp.com | Reality Kings | https://pornxp.com/videos/34588600 | 15426 - Sexy Brooke |
| pornxp.com | Brazzers | https://pornxp.com/videos/34594810 | 3112142 - Head To Toe Perfection |
| pornxp.com | Reality Kings | https://pornxp.com/videos/34611935 | 2286935 - She Got Game |
| pornxp.com | Brazzers | https://pornxp.com/videos/34627310 | 10441 - Coming For Candy |
| pornxp.com | Brazzers | https://pornxp.com/videos/34637302 | 3163639 - Squirt Training |
| pornxp.com | Brazzers | https://pornxp.com/videos/34643310 | 2414032 - Auction Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/34652213 | 3960060 - Pounded By The Producer |
| pornxp.com | Reality Kings | https://pornxp.com/videos/34705421 | 8588 - Moore Sweets |
| pornxp.com | Brazzers | https://pornxp.com/videos/34759941 | 10373 - Anal Quickie With Teenie Janice! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/34760685 | 2440410 - No Pain No GPA Gain |
| pornxp.com | Reality Kings | https://pornxp.com/videos/34808487 | 15080 - Try This One On |
| pornxp.com | Reality Kings | https://pornxp.com/videos/34812885 | Dirty DP Desires |
| pornxp.com | Brazzers | https://pornxp.com/videos/34860267 | 2349835 - My Stripping Stepmom |
| pornxp.com | Brazzers | https://pornxp.com/videos/34888001 | 3878641 - Port Logic 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/34946434 | 1797509 - Sock My Puppet |
| pornxp.com | Brazzers | https://pornxp.com/videos/34970390 | 9514 - Downward Doggystyle |
| pornxp.com | Brazzers | https://pornxp.com/videos/34990317 | 3876116 - Bunk Bed Bang |
| pornxp.com | Reality Kings | https://pornxp.com/videos/35013998 | 1921811 - cheaters_win |
| pornxp.com | Reality Kings | https://pornxp.com/videos/35020491 | 5628 - Horney Halloween |
| pornxp.com | Reality Kings | https://pornxp.com/videos/35089462 | Monster Curves Vol. 35 |
| pornxp.com | Brazzers | https://pornxp.com/videos/35100872 | 6113 - Test Ride |
| pornxp.com | Brazzers | https://pornxp.com/videos/35129899 | 6044 - Titty Theatre Classics |
| pornxp.com | Brazzers | https://pornxp.com/videos/35157201 | 6715 - Chanel's Dirty Secrets |
| pornxp.com | Brazzers | https://pornxp.com/videos/35163380 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Reality Kings | https://pornxp.com/videos/35184051 | 2286640 - Cuckold In The Closet |
| pornxp.com | Reality Kings | https://pornxp.com/videos/35185218 | 2893985 - Poolside Pawg |
| pornxp.com | Brazzers | https://pornxp.com/videos/35189480 | 2439762 - Pounded At The Pro Shop |
| pornxp.com | Reality Kings | https://pornxp.com/videos/35215665 | 1853727 - Vacation Sensation |
| pornxp.com | Reality Kings | https://pornxp.com/videos/35217523 | 1812504 - my_gf_likes_to_party |
| pornxp.com | Brazzers | https://pornxp.com/videos/35229708 | 9474 - Bitch Better Have My Money! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/35243776 | 14785 - Titties In Charge |
| pornxp.com | Brazzers | https://pornxp.com/videos/35280255 | 9517 - Confidential Informant |
| pornxp.com | Brazzers | https://pornxp.com/videos/35306347 | 4419186 - Rough And Raunchy Workout |

EXHIBIT A

| pornxp.com | Brazzers | https://pornxp.com/videos/35344587 | 3363998 - Happy Masturbation Month! |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/35345570 | 3826407 - Balled-Room Dancing |
| pornxp.com | Reality Kings | https://pornxp.com/videos/35347252 | 2286610 - Sexy Slutty Jane |
| pornxp.com | Brazzers | https://pornxp.com/videos/35428371 | 2983811 - Say Jizz |
| pornxp.com | Brazzers | https://pornxp.com/videos/35438776 | 2447652 - My Boss Gets Off |
| pornxp.com | Brazzers | https://pornxp.com/videos/35439801 | 2676461 - Doing Life and Doing Your Wife |
| pornxp.com | Brazzers | https://pornxp.com/videos/35445590 | 10739 - Teaching Anal |
| pornxp.com | Reality Kings | https://pornxp.com/videos/35461697 | 1801573 - busty_boss_appreciation_day |
| pornxp.com | Reality Kings | https://pornxp.com/videos/35466659 | 14752 - Doing Decker |
| pornxp.com | Brazzers | https://pornxp.com/videos/35537026 | 2893131 - Dressing Room Poon |
| pornxp.com | Reality Kings | https://pornxp.com/videos/35538977 | 2011533 - Convertible Squirters |
| pornxp.com | Brazzers | https://pornxp.com/videos/35555280 | 2638637 - Pop Up Cock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/35625969 | 3128122 - Empress Sativa |
| pornxp.com | Brazzers | https://pornxp.com/videos/35661499 | 6935 - Bonnie and Xander |
| pornxp.com | Reality Kings | https://pornxp.com/videos/35682634 | 2025157 - Masseuse Secret |
| pornxp.com | Reality Kings | https://pornxp.com/videos/35682843 | 2025170 - Use Me |
| pornxp.com | Brazzers | https://pornxp.com/videos/35708127 | 3167005 - Valentinez Day Whorerror Story |
| pornxp.com | Brazzers | https://pornxp.com/videos/35719884 | 3425276 - A Family Affair: The Reunion Part 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/35743932 | Rookies Of The Year: 2015 |
| pornxp.com | Brazzers | https://pornxp.com/videos/35766852 | 5522 - Photo Finish... On Her Face! |
| pornxp.com | Brazzers | https://pornxp.com/videos/35825532 | 2947160 - Custodial Cravings |
| pornxp.com | Reality Kings | https://pornxp.com/videos/35827808 | 1743989 - In The Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/35874502 | 2412377 - 1 800 Phone Sex: Line 10 |
| pornxp.com | Brazzers | https://pornxp.com/videos/35925072 | 10650 - My Stepdaughter's Secret |
| pornxp.com | Reality Kings | https://pornxp.com/videos/35953092 | Dare Dorm #27 |
| pornxp.com | Brazzers | https://pornxp.com/videos/36009376 | 3797036 - Backyard Banging |
| pornxp.com | Brazzers | https://pornxp.com/videos/36062873 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Reality Kings | https://pornxp.com/videos/36063654 | 1999320 - Sexting Sisters Bf |
| pornxp.com | Brazzers | https://pornxp.com/videos/36092068 | 7865 - Enter And View |
| pornxp.com | Reality Kings | https://pornxp.com/videos/36169936 | 3318471 - We Tease Together |
| pornxp.com | Brazzers | https://pornxp.com/videos/36178153 | 3924029 - Look At Luna |
| pornxp.com | Reality Kings | https://pornxp.com/videos/36194048 | 8534 - Hot And Steamy |
| pornxp.com | Brazzers | https://pornxp.com/videos/36217097 | 6593 - ZZ Confidential |
| pornxp.com | Reality Kings | https://pornxp.com/videos/36227677 | 2286626 - Milf From Above |
| pornxp.com | Reality Kings | https://pornxp.com/videos/36235437 | 2011537 - Overxxxposure |
| pornxp.com | Brazzers | https://pornxp.com/videos/36287292 | 2635575 - Summertime And The Livin' Is Sleazy |
| pornxp.com | Brazzers | https://pornxp.com/videos/36311900 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/36324375 | 9770 - Rachel vs Kagney |
| pornxp.com | Brazzers | https://pornxp.com/videos/36347150 | 3425281 - Spring Cumming |
| pornxp.com | Reality Kings | https://pornxp.com/videos/36394213 | 2286649 - Hot Churro For Alina |
| pornxp.com | Reality Kings | https://pornxp.com/videos/36426572 | 2842893 - Getting Her Beauty Peep |
| pornxp.com | Reality Kings | https://pornxp.com/videos/36434730 | 2812358 - Models Day Out |
| pornxp.com | Reality Kings | https://pornxp.com/videos/36456970 | My Tight Pussy Needs A Workout |
| pornxp.com | Brazzers | https://pornxp.com/videos/36472835 | 4074477 - Hime's Cleaning House |
| pornxp.com | Reality Kings | https://pornxp.com/videos/36566874 | 1812691 - tempting_titties |
| pornxp.com | Brazzers | https://pornxp.com/videos/36591607 | 3829178 - You Deserve Better |
| pornxp.com | Reality Kings | https://pornxp.com/videos/36600365 | 3151725 - Old Enough |
| pornxp.com | Brazzers | https://pornxp.com/videos/36650296 | 3832303 - Day With A Pornstar: Gina Valentina |
| pornxp.com | Brazzers | https://pornxp.com/videos/36652941 | 2892890 - Cock Tonic |
| pornxp.com | Brazzers | https://pornxp.com/videos/36679682 | 3829163 - Domasstic Maintenance |
| pornxp.com | Brazzers | https://pornxp.com/videos/36698361 | 5649 - Winner Winner Sex during Dinner |
| pornxp.com | Brazzers | https://pornxp.com/videos/36721105 | 10970 - All Night Rager |
| pornxp.com | Brazzers | https://pornxp.com/videos/36729517 | 3759132 - Anatomy Of A Sex Scene 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/36795472 | 2235549 - Sneaky Piano Slut |
| pornxp.com | Reality Kings | https://pornxp.com/videos/36803931 | 14577 - Nice And Naughty |
| pornxp.com | Brazzers | https://pornxp.com/videos/36811404 | 3171849 - Who The Fuck Are You?! |
| pornxp.com | Brazzers | https://pornxp.com/videos/36814181 | 6882 - Earning Her Allowance |
| pornxp.com | Brazzers | https://pornxp.com/videos/36837672 | 3868599 - Mom's Got New Boobs! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/36887485 | Mommy Loves The D Vol. 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/36917180 | 3171515 - Let's Not Tell My Mom |
| pornxp.com | Brazzers | https://pornxp.com/videos/36938094 | 2440411 - Booty Call With My Bro's Mom |
| pornxp.com | Brazzers | https://pornxp.com/videos/36953388 | 2892886 - Sex Is The New Green Energy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/36954091 | 3462845 - The Piano Teacher |
| pornxp.com | Brazzers | https://pornxp.com/videos/36957793 | 2655148 - Brandi's Boot Camp |
| pornxp.com | Reality Kings | https://pornxp.com/videos/36994336 | 2641400 - Squirting Squeaky Clean |
| pornxp.com | Brazzers | https://pornxp.com/videos/37018935 | 10871 - Massage A Trois |

| pornxp.com | Brazzers | https://pornxp.com/videos/37047251 | 10666 - Tits Out To Lunch |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/37083551 | 10960 - Triage These Tits |
| pornxp.com | Brazzers | https://pornxp.com/videos/37094705 | 11125 - Slipping Between Sisters |
| pornxp.com | Brazzers | https://pornxp.com/videos/37106863 | 9676 - My Stepdaughter Loves Porn |
| pornxp.com | Brazzers | https://pornxp.com/videos/37134759 | 6125 - Dangerous Minds With Dangerous Dicks |
| pornxp.com | Brazzers | https://pornxp.com/videos/37152804 | 10520 - The Temptation Test |
| pornxp.com | Brazzers | https://pornxp.com/videos/37179345 | 3114987 - Drive Me Wild |
| pornxp.com | Brazzers | https://pornxp.com/videos/37286331 | 3425273 - Never Enough Oil |
| pornxp.com | Brazzers | https://pornxp.com/videos/37306926 | 2874518 - Smart Ho-me |
| pornxp.com | Brazzers | https://pornxp.com/videos/37325413 | 10808 - Bound To Be Pleasurable |
| pornxp.com | Brazzers | https://pornxp.com/videos/37331042 | 2646236 - Stormy's Secret |
| pornxp.com | Brazzers | https://pornxp.com/videos/37339656 | 3166915 - Anniversary Switch |
| pornxp.com | Reality Kings | https://pornxp.com/videos/37362823 | 3128131 - Amazing Ava |
| pornxp.com | Reality Kings | https://pornxp.com/videos/37376529 | Chocolate Cookies #3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/37403808 | 2940346 - Bunny Smitten |
| pornxp.com | Brazzers | https://pornxp.com/videos/37422036 | 9790 - Free Anal 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/37443063 | 9035 - Chief Executive Whore |
| pornxp.com | Reality Kings | https://pornxp.com/videos/37445434 | 8186 - Banging Body |
| pornxp.com | Reality Kings | https://pornxp.com/videos/37501344 | 2987676 - When Lisa Ann Cums Over |
| pornxp.com | Reality Kings | https://pornxp.com/videos/37592277 | 2812366 - Fucking The Fluffer |
| pornxp.com | Brazzers | https://pornxp.com/videos/37611580 | 11040 - Bounce That Bubble Butt |
| pornxp.com | Reality Kings | https://pornxp.com/videos/37626014 | 2812378 - Pussy Napped |
| pornxp.com | Reality Kings | https://pornxp.com/videos/37626429 | Newbies Get Nailed 6 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/37627291 | Hot Teen Next Door Vol. 13 |
| pornxp.com | Brazzers | https://pornxp.com/videos/37665581 | 11151 - This Week Only |
| pornxp.com | Reality Kings | https://pornxp.com/videos/37691678 | 2433783 - Ramming Adriana |
| pornxp.com | Brazzers | https://pornxp.com/videos/37726359 | 10265 - A Brazzers Christmas Special: Part 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/37764964 | 3048639 - Assistant Fail |
| pornxp.com | Brazzers | https://pornxp.com/videos/37767613 | 3274948 - What's The Problem? |
| pornxp.com | Brazzers | https://pornxp.com/videos/37808605 | 3609553 - Caught Between A Bed And A Hard Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/37809551 | 2422037 - Late Night At The Library |
| pornxp.com | Reality Kings | https://pornxp.com/videos/37840617 | 8019 - Preps And Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/37850318 | 9793 - Ghostbusters XXX Parody: Part 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/37934967 | Return of Captain Stabbin |
| pornxp.com | Reality Kings | https://pornxp.com/videos/37944611 | 2368534 - Tennis Titties |
| pornxp.com | Reality Kings | https://pornxp.com/videos/37970609 | 2940330 - Touch My Body Challenge |
| pornxp.com | Reality Kings | https://pornxp.com/videos/37972342 | 1847422 - Home Alone With My Gfs Stepmom |
| pornxp.com | Reality Kings | https://pornxp.com/videos/37993802 | 15200 - Cum Selena |
| pornxp.com | Brazzers | https://pornxp.com/videos/38043724 | 2844649 - Bubble Double Trouble |
| pornxp.com | Reality Kings | https://pornxp.com/videos/38093005 | 2572053 - Bad Cop Black Cock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/38145027 | Monster Curves Vol. 36 |
| pornxp.com | Brazzers | https://pornxp.com/videos/38161889 | 2361501 - Movie Buff |
| pornxp.com | Brazzers | https://pornxp.com/videos/38232353 | 2893637 - Bow Down & Beg For It |
| pornxp.com | Brazzers | https://pornxp.com/videos/38268186 | 10343 - Life Assistant Doll |
| pornxp.com | Reality Kings | https://pornxp.com/videos/38324120 | 1240 - Lick Them |
| pornxp.com | Brazzers | https://pornxp.com/videos/38330933 | 2672984 - It's Going To Be Lit |
| pornxp.com | Brazzers | https://pornxp.com/videos/38386523 | 2584414 - Soapy Self-Care |
| pornxp.com | Brazzers | https://pornxp.com/videos/38392471 | 4416178 - Anal In The Shower |
| pornxp.com | Brazzers | https://pornxp.com/videos/38515976 | 4175371 - Liza Fucking The AC Repairman |
| pornxp.com | Brazzers | https://pornxp.com/videos/38525076 | 10279 - Scrub That Trunk |
| pornxp.com | Reality Kings | https://pornxp.com/videos/38532528 | 2011520 - Thats My Phone |
| pornxp.com | Reality Kings | https://pornxp.com/videos/38571019 | 14574 - Piping Piper |
| pornxp.com | Brazzers | https://pornxp.com/videos/38578713 | 6355 - Fuck me  Chance Callahan |
| pornxp.com | Brazzers | https://pornxp.com/videos/38604013 | 3012186 - Leather Lust |
| pornxp.com | Reality Kings | https://pornxp.com/videos/38625226 | 14137 - Feature Fuck |
| pornxp.com | Brazzers | https://pornxp.com/videos/38644911 | 4419325 - Fishnet Worth |
| pornxp.com | Reality Kings | https://pornxp.com/videos/38657745 | 2893989 - Euro Exhibitionist |
| pornxp.com | Reality Kings | https://pornxp.com/videos/38675587 | 15061 - Double Donged |
| pornxp.com | Reality Kings | https://pornxp.com/videos/38680691 | 14313 - Serious Curves |
| pornxp.com | Reality Kings | https://pornxp.com/videos/38707439 | 2322529 - My Night With Kayla |
| pornxp.com | Brazzers | https://pornxp.com/videos/38725722 | 10175 - The Stranger |
| pornxp.com | Brazzers | https://pornxp.com/videos/38748176 | 9705 - Fluids on the Flight 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/38777525 | 11285 - This Guy Works Wonders |
| pornxp.com | Reality Kings | https://pornxp.com/videos/38778013 | 14873 - Queen Dolce |
| pornxp.com | Brazzers | https://pornxp.com/videos/38844697 | BrazziBots |
| pornxp.com | Brazzers | https://pornxp.com/videos/38845251 | 2847212 - Foreign Sexchange |

EXHIBIT A

| pornxp.com | Reality Kings | https://pornxp.com/videos/38854563 | 2368549 - Poolside Poontang |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/38981998 | 3769381 - Something For My Husband |
| pornxp.com | Brazzers | https://pornxp.com/videos/38986607 | 2661248 - Welcum To The Neighborhood |
| pornxp.com | Brazzers | https://pornxp.com/videos/39034223 | 3169464 - The DJ is DTF |
| pornxp.com | Brazzers | https://pornxp.com/videos/39082727 | 3856599 - The Gift Of Cock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/39103938 | 2893967 - Overzealous Director |
| pornxp.com | Brazzers | https://pornxp.com/videos/39181732 | 2440086 - Porn Logic 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/39310013 | 1812691 - tempting_titties |
| pornxp.com | Brazzers | https://pornxp.com/videos/39316104 | 3222155 - Internally Yours |
| pornxp.com | Brazzers | https://pornxp.com/videos/39338040 | 3362792 - Big Bad MILF |
| pornxp.com | Brazzers | https://pornxp.com/videos/39354251 | 2892880 - Walled And Balled |
| pornxp.com | Reality Kings | https://pornxp.com/videos/39410462 | 2286604 - Fuck Valentines Day |
| pornxp.com | Brazzers | https://pornxp.com/videos/39427383 | 11221 - Polish His Knob |
| pornxp.com | Brazzers | https://pornxp.com/videos/39445332 | 6637 - A Dirty Masseuse |
| pornxp.com | Brazzers | https://pornxp.com/videos/39489258 | 11259 - How To Bake A Creampie |
| pornxp.com | Brazzers | https://pornxp.com/videos/39494567 | 3330891 - Hungry For Spring Breakers: Part 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/39522331 | 3876104 - Anal About Chores |
| pornxp.com | Brazzers | https://pornxp.com/videos/39569882 | 9485 - Dr. Buttfucker |
| pornxp.com | Reality Kings | https://pornxp.com/videos/39701880 | Dirty DP Desires |
| pornxp.com | Brazzers | https://pornxp.com/videos/39760053 | 3966502 - Revel In A Blue Dress |
| pornxp.com | Brazzers | https://pornxp.com/videos/39785087 | 3921778 - Disciplinary Action |
| pornxp.com | Brazzers | https://pornxp.com/videos/39796273 | 2909031 - Nina's Chapel of Lust Part 1 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/39860858 | Pickup Fucks Vol. 12 |
| pornxp.com | Brazzers | https://pornxp.com/videos/39872253 | 3402007 - Judge Jordi: Anal About Alimony |
| pornxp.com | Reality Kings | https://pornxp.com/videos/39881120 | 2025192 - Aaliyah Gets Her Gangbang |
| pornxp.com | Brazzers | https://pornxp.com/videos/39885680 | 3983751 - Brazzers LIVE: Valentine's Day Affair |
| pornxp.com | Reality Kings | https://pornxp.com/videos/39900980 | 2025177 - After The Party |
| pornxp.com | Brazzers | https://pornxp.com/videos/39913145 | 11132 - Bothered By The Bush |
| pornxp.com | Brazzers | https://pornxp.com/videos/39943330 | 9535 - My Uncle's GF Wants My Dick! |
| pornxp.com | Brazzers | https://pornxp.com/videos/39949711 | 2593955 - Emo Chick Needs Some Dick |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40006186 | 2235574 - Putting On A Show |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40046978 | 1812691 - tempting_titties |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40055567 | 1900711 - getting_wet |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40121690 | 2011543 - Bff Beach Sluts |
| pornxp.com | Brazzers | https://pornxp.com/videos/40156124 | 9552 - Going Once  Cumming Twice |
| pornxp.com | Brazzers | https://pornxp.com/videos/40176506 | 3832309 - Pearlescent Pussy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40191748 | 12418 - Such A Fox |
| pornxp.com | Brazzers | https://pornxp.com/videos/40203248 | 2635368 - I'm Not a Regular Mom  I'm a Cool Mom |
| pornxp.com | Brazzers | https://pornxp.com/videos/40212042 | 2468507 - Bad News Boyfriend |
| pornxp.com | Brazzers | https://pornxp.com/videos/40232199 | 4418005 - Face Sitting On The Sneaky Sitter |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40311632 | 2812371 - Rk Pop |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40345922 | 1853747 - Too Horny To Sleep |
| pornxp.com | Brazzers | https://pornxp.com/videos/40347295 | 3166606 - Cum And Paste |
| pornxp.com | Brazzers | https://pornxp.com/videos/40365870 | 2842491 - Cum To My Window |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40379659 | 1847512 - Sex With Lexxxus |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40398545 | 2940357 - Serving A Dad And His Daughter |
| pornxp.com | Brazzers | https://pornxp.com/videos/40407058 | 5572 - WHITE TRASH GOES WHORE! |
| pornxp.com | Brazzers | https://pornxp.com/videos/40428696 | 3403602 - Chain Linked Fuck |
| pornxp.com | Brazzers | https://pornxp.com/videos/40450937 | 2892884 - Cleaning His Cock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40459422 | Monster Curves Vol. 35 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40477445 | 2572043 - Fucking Pay Up |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40549506 | 2011509 - Honk If You Are Horny |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40550472 | 2867905 - One Crazy Sexy Latina |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40576986 | 2639275 - Late Riser Gets Laid |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40586963 | 266265 - The Stairwell |
| pornxp.com | Brazzers | https://pornxp.com/videos/40608503 | 2847310 - Detention With The Domme |
| pornxp.com | Brazzers | https://pornxp.com/videos/40623603 | 10626 - The Stepmom & The Graduate |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40630099 | 2812354 - Sneaky Pussies |
| pornxp.com | Brazzers | https://pornxp.com/videos/40680469 | 3797028 - Getting Ripped |
| pornxp.com | Brazzers | https://pornxp.com/videos/40694428 | 3291287 - All Tits on Deck! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40694869 | RK at Home |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40721475 | 2286930 - Tiny Tag Team |
| pornxp.com | Brazzers | https://pornxp.com/videos/40785289 | 3960044 - Keira's Ass Craves Cock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40804274 | 3222185 - Taking A Swing At It |
| pornxp.com | Reality Kings | https://pornxp.com/videos/40843605 | 7139 - Lip Assistance |
| pornxp.com | Brazzers | https://pornxp.com/videos/40857559 | 3122768 - Giving Him The Talk |

| pornxp.com | Brazzers | https://pornxp.com/videos/40974549 | 3878715 - A Wild Night |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/41001335 | 2432358 - Good Cop  Bad Girl |
| pornxp.com | Brazzers | https://pornxp.com/videos/41041217 | 2867495 - Slutty Study Time |
| pornxp.com | Brazzers | https://pornxp.com/videos/41120269 | 9475 - How To Fuck Butt |
| pornxp.com | Brazzers | https://pornxp.com/videos/41142534 | 240437 - Conference Call |
| pornxp.com | Brazzers | https://pornxp.com/videos/41152935 | 9441 - The Moaning After |
| pornxp.com | Brazzers | https://pornxp.com/videos/41160486 | 3110588 - Cheeky Cheerleader |
| pornxp.com | Brazzers | https://pornxp.com/videos/41160985 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Reality Kings | https://pornxp.com/videos/41164748 | 1998249 - Pop It Hard |
| pornxp.com | Brazzers | https://pornxp.com/videos/41168903 | 2893308 - Full Load-us Fucking |
| pornxp.com | Brazzers | https://pornxp.com/videos/41189854 | 3830479 - Use It Or Lose It |
| pornxp.com | Brazzers | https://pornxp.com/videos/41228625 | 3877866 - Five-Star Dick |
| pornxp.com | Brazzers | https://pornxp.com/videos/41251138 | 2682712 - Pure Indulgence |
| pornxp.com | Reality Kings | https://pornxp.com/videos/41262528 | 1998264 - Long Stroke |
| pornxp.com | Reality Kings | https://pornxp.com/videos/41279796 | 2991663 - Bath Time Twist |
| pornxp.com | Brazzers | https://pornxp.com/videos/41339373 | 8420 - American Whore Story Part Three |
| pornxp.com | Reality Kings | https://pornxp.com/videos/41340725 | 15176 - A Gift For You |
| pornxp.com | Reality Kings | https://pornxp.com/videos/41357210 | 6721 - Sexy Curves |
| pornxp.com | Brazzers | https://pornxp.com/videos/41369050 | 2819558 - Pussy Pong |
| pornxp.com | Brazzers | https://pornxp.com/videos/41442275 | 11136 - Cream My Jeans |
| pornxp.com | Brazzers | https://pornxp.com/videos/41467700 | 2914510 - Dreamy Lab Dancer |
| pornxp.com | Brazzers | https://pornxp.com/videos/41506286 | 6920 - Ass Fuck In The Bath |
| pornxp.com | Brazzers | https://pornxp.com/videos/41515411 | 11143 - Hot Mic |
| pornxp.com | Reality Kings | https://pornxp.com/videos/41518121 | 1834963 - online  reservation |
| pornxp.com | Brazzers | https://pornxp.com/videos/41524257 | 2461932 - Noise Complaint |
| pornxp.com | Reality Kings | https://pornxp.com/videos/41543516 | Pickup Fucks Vol. 11 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/41562654 | 2893955 - Chest Chaser |
| pornxp.com | Brazzers | https://pornxp.com/videos/41577346 | 3832311 - Sibling Rivalry 4 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/41610932 | 2286617 - Punishing The Freeloader |
| pornxp.com | Brazzers | https://pornxp.com/videos/41705556 | 2808229 - Paging Dr. Maserati |
| pornxp.com | Brazzers | https://pornxp.com/videos/41715655 | 10653 - Much Ado About Fuckin' |
| pornxp.com | Brazzers | https://pornxp.com/videos/41733320 | 4419489 - My Landlord's Wet Ass Pussy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/41789253 | 2286955 - Pounded On St Pattys |
| pornxp.com | Brazzers | https://pornxp.com/videos/41883729 | 2439739 - Sync & Slam |
| pornxp.com | Brazzers | https://pornxp.com/videos/41908744 | 3128088 - Spray And Play |
| pornxp.com | Brazzers | https://pornxp.com/videos/41917784 | 2349834 - Latexxx |
| pornxp.com | Reality Kings | https://pornxp.com/videos/42020356 | 2286954 - Pole Position |
| pornxp.com | Brazzers | https://pornxp.com/videos/42064278 | 6194 - A Texas-Sized Massage |
| pornxp.com | Brazzers | https://pornxp.com/videos/42075748 | 2693598 - MC2=Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/42163208 | 3456454 - Caught Red Handed |
| pornxp.com | Brazzers | https://pornxp.com/videos/42183165 | 2412434 - Mounted By My Mother-In-Law |
| pornxp.com | Reality Kings | https://pornxp.com/videos/42208295 | 2286655 - Super Sunday Sluts |
| pornxp.com | Reality Kings | https://pornxp.com/videos/42209104 | 1944914 - The Nympho Milf Awakens |
| pornxp.com | Brazzers | https://pornxp.com/videos/42271465 | 10051 - The Heat Wave |
| pornxp.com | Brazzers | https://pornxp.com/videos/42286811 | 2638883 - Mommy's Got Some Bazookas |
| pornxp.com | Brazzers | https://pornxp.com/videos/42301491 | 3110533 - I Fucking Love Art |
| pornxp.com | Reality Kings | https://pornxp.com/videos/42317239 | Rookies Of The Year: 2015 |
| pornxp.com | Brazzers | https://pornxp.com/videos/42328432 | 2365490 - Post-Workout Smoothie |
| pornxp.com | Brazzers | https://pornxp.com/videos/42349714 | 10396 - Our Cute Little Plaything |
| pornxp.com | Brazzers | https://pornxp.com/videos/42378125 | 2464708 - Flex and Sex |
| pornxp.com | Brazzers | https://pornxp.com/videos/42408704 | 3291588 - Cum Inside And Make Yourself At Home |
| pornxp.com | Brazzers | https://pornxp.com/videos/42462607 | 4084719 - Jessica Makes Music |
| pornxp.com | Reality Kings | https://pornxp.com/videos/42538972 | 8191 - Bangmaid Part One |
| pornxp.com | Reality Kings | https://pornxp.com/videos/42542001 | 2011506 - Under The Covers Agent |
| pornxp.com | Reality Kings | https://pornxp.com/videos/42545499 | 2286947 - Hot Bitch In Heat |
| pornxp.com | Reality Kings | https://pornxp.com/videos/42572700 | 2417942 - Escrewed |
| pornxp.com | Brazzers | https://pornxp.com/videos/42575359 | 2928052 - Sex With The Scarecrow |
| pornxp.com | Brazzers | https://pornxp.com/videos/42608449 | 10318 - Under The Table Deal |
| pornxp.com | Reality Kings | https://pornxp.com/videos/42626824 | 2025143 - Double Trouble |
| pornxp.com | Brazzers | https://pornxp.com/videos/42653920 | 2410005 - Esc Ágalo! |
| pornxp.com | Brazzers | https://pornxp.com/videos/42676522 | 3878705 - Fill My Quota |
| pornxp.com | Brazzers | https://pornxp.com/videos/42687087 | 4074479 - Vanna's Sneaky Masturbation |
| pornxp.com | Brazzers | https://pornxp.com/videos/42733079 | 4419518 - Milf Demands Workout Sex |
| pornxp.com | Brazzers | https://pornxp.com/videos/42778267 | 9567 - Taking It Twice |
| pornxp.com | Reality Kings | https://pornxp.com/videos/42792797 | 3222188 - Lusty In Leggings |
| pornxp.com | Reality Kings | https://pornxp.com/videos/42813929 | 14389 - bikini_body |

EXHIBIT A

| pornxp.com | Reality Kings | https://pornxp.com/videos/42829714 | 2760 - Lets Talk Sex |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/42861581 | 3896126 - Fuck From Experience |
| pornxp.com | Brazzers | https://pornxp.com/videos/42873038 | 10134 - Sneaking Into The Teacher's Lounge |
| pornxp.com | Reality Kings | https://pornxp.com/videos/42932216 | 1834968 - happy_hour_hunting |
| pornxp.com | Reality Kings | https://pornxp.com/videos/43099720 | 1831480 - Richelle Loves Riding Dick |
| pornxp.com | Reality Kings | https://pornxp.com/videos/43122990 | 2235570 - Hot Slut Next Door |
| pornxp.com | Brazzers | https://pornxp.com/videos/43126562 | 10725 - Forget About Fucking My Daughter And Fuck Me! |
| pornxp.com | Brazzers | https://pornxp.com/videos/43127797 | 2409980 - Wet And Waiting |
| pornxp.com | Brazzers | https://pornxp.com/videos/43188888 | 9575 - Halftime Show |
| pornxp.com | Brazzers | https://pornxp.com/videos/43241449 | 9458 - The Future Of Fucking |
| pornxp.com | Reality Kings | https://pornxp.com/videos/43256237 | Hot Teen Next Door Vol. 13 |
| pornxp.com | Brazzers | https://pornxp.com/videos/43357075 | 3877887 - The Husband Trap |
| pornxp.com | Reality Kings | https://pornxp.com/videos/43358436 | 2572048 - Prom Queen Pussy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/43399566 | 2286929 - Catfighting For Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/43479659 | 6620 - Boning my Boss |
| pornxp.com | Brazzers | https://pornxp.com/videos/43535026 | 3917977 - Getting Fucked On My Side |
| pornxp.com | Brazzers | https://pornxp.com/videos/43536244 | 3359564 - Two Mean Pussies |
| pornxp.com | Brazzers | https://pornxp.com/videos/43538563 | 3924026 - Anal Double Dip |
| pornxp.com | Brazzers | https://pornxp.com/videos/43556708 | 3166783 - Restwhoreant Critic |
| pornxp.com | Reality Kings | https://pornxp.com/videos/43595784 | 2286931 - Check Out That Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/43640128 | 6401 - Dr. Jekyll & Mister Hung |
| pornxp.com | Reality Kings | https://pornxp.com/videos/43698947 | Big Ass Brazilian Butts Vol. 23 |
| pornxp.com | Brazzers | https://pornxp.com/videos/43736731 | 2945911 - Fuck Your Art |
| pornxp.com | Brazzers | https://pornxp.com/videos/43791320 | 3110537 - Bedside Manner |
| pornxp.com | Reality Kings | https://pornxp.com/videos/43833156 | 2286944 - Test Drive |
| pornxp.com | Brazzers | https://pornxp.com/videos/43836864 | 3110531 - Handle the Vandal |
| pornxp.com | Reality Kings | https://pornxp.com/videos/43860216 | Drilling Mommy 8 |
| pornxp.com | Brazzers | https://pornxp.com/videos/43879920 | 9402 - Ethics In Detention |
| pornxp.com | Brazzers | https://pornxp.com/videos/43881925 | 10971 - Pedi Pussy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/43908908 | 1797509 - Sock My Puppet |
| pornxp.com | Reality Kings | https://pornxp.com/videos/43932225 | 2812364 - Rotten Experience At The Strip Club |
| pornxp.com | Brazzers | https://pornxp.com/videos/43992418 | 3112419 - One Night Is Too Long: Part 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/43994419 | 1812691 - tempting_titties |
| pornxp.com | Reality Kings | https://pornxp.com/videos/43999636 | 986 - Big Ass Titties |
| pornxp.com | Brazzers | https://pornxp.com/videos/44033720 | 5751 - Give my Wife a Bone |
| pornxp.com | Brazzers | https://pornxp.com/videos/44035778 | 4419841 - Dicking Around The Kitchen Chores |
| pornxp.com | Brazzers | https://pornxp.com/videos/44070278 | 3960091 - Out From The Deep |
| pornxp.com | Brazzers | https://pornxp.com/videos/44115843 | 4419870 - Booty Bounce |
| pornxp.com | Brazzers | https://pornxp.com/videos/44156945 | Brazzers&#039; Bubble Butt Anal Slut |
| pornxp.com | Brazzers | https://pornxp.com/videos/44179711 | 3878719 - Eye Of The Cuckold |
| pornxp.com | Reality Kings | https://pornxp.com/videos/44212395 | 2025152 - Meet My Stepmom |
| pornxp.com | Reality Kings | https://pornxp.com/videos/44246846 | 3258425 - Public Pranking |
| pornxp.com | Brazzers | https://pornxp.com/videos/44315785 | 11288 - Harder Faster Milfer |
| pornxp.com | Brazzers | https://pornxp.com/videos/44322362 | 2899161 - Get Your Head In The Game |
| pornxp.com | Brazzers | https://pornxp.com/videos/44335378 | 10066 - Sink the Pink |
| pornxp.com | Brazzers | https://pornxp.com/videos/44458031 | 2676489 - Hippie Ending Massage |
| pornxp.com | Brazzers | https://pornxp.com/videos/44471693 | 2562256 - Breathing Sexxercise |
| pornxp.com | Reality Kings | https://pornxp.com/videos/44523937 | 15009 - Full Of Experience |
| pornxp.com | Brazzers | https://pornxp.com/videos/44538449 | 4419823 - Baby Nicols Gets Fucked In Bed |
| pornxp.com | Reality Kings | https://pornxp.com/videos/44606371 | 3925304 - Learning To Ride |
| pornxp.com | Reality Kings | https://pornxp.com/videos/44692546 | 2025167 - My Little Slut |
| pornxp.com | Brazzers | https://pornxp.com/videos/44744096 | Sporty Sluts |
| pornxp.com | Brazzers | https://pornxp.com/videos/44764515 | 10058 - Honey_Would You Mind Milking My Nuts 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/44789779 | 2812374 - Neon Night Out |
| pornxp.com | Brazzers | https://pornxp.com/videos/44790392 | 3960012 - Fucking Fight Me |
| pornxp.com | Brazzers | https://pornxp.com/videos/44811200 | 3222069 - Arctic Ass |
| pornxp.com | Reality Kings | https://pornxp.com/videos/44833246 | 2235554 - Comforting The Cutie |
| pornxp.com | Brazzers | https://pornxp.com/videos/44891895 | 5768 - PA Tits: The Director's Cunt |
| pornxp.com | Brazzers | https://pornxp.com/videos/44948153 | 4419939 - Searching For A Fucking Connection |
| pornxp.com | Brazzers | https://pornxp.com/videos/44997604 | 3115061 - Hot Tits in a Hot Tub |
| pornxp.com | Brazzers | https://pornxp.com/videos/44999754 | 6905 - Diamond's Bday Gangbang |
| pornxp.com | Reality Kings | https://pornxp.com/videos/45070866 | 2940193 - Lets Play With Ourselves |
| pornxp.com | Reality Kings | https://pornxp.com/videos/45092430 | 1998270 - Banging Raye |
| pornxp.com | Brazzers | https://pornxp.com/videos/45092843 | 2676457 - Help: I'm Addickted to Cock! |
| pornxp.com | Brazzers | https://pornxp.com/videos/45158385 | 10400 - Pornstar Workout |
| pornxp.com | Brazzers | https://pornxp.com/videos/45200036 | 3829195 - Robocock |

| pornxp.com | Brazzers | https://pornxp.com/videos/45258502 | 2672970 - Slipping It In The Soccer Milf |
| pornxp.com | Brazzers | https://pornxp.com/videos/45315871 | 3010077 - Mommy Always Says Yes |
| pornxp.com | Reality Kings | https://pornxp.com/videos/45325833 | 2893971 - Shower Room Lovers |
| pornxp.com | Brazzers | https://pornxp.com/videos/45328184 | 2365665 - Joslyn's Secret Shower |
| pornxp.com | Brazzers | https://pornxp.com/videos/45341171 | 10732 - The Scarlett A+ |
| pornxp.com | Reality Kings | https://pornxp.com/videos/45341565 | 3258427 - Furniture Store Fun |
| pornxp.com | Brazzers | https://pornxp.com/videos/45371066 | 11077 - Leather Lover |
| pornxp.com | Reality Kings | https://pornxp.com/videos/45394621 | 14407 - Deep Throat |
| pornxp.com | Brazzers | https://pornxp.com/videos/45427761 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Reality Kings | https://pornxp.com/videos/45444489 | 2235537 - Athena Cums From Miami |
| pornxp.com | Reality Kings | https://pornxp.com/videos/45447567 | 1835853 - Webcamming Angel Gets Caught |
| pornxp.com | Reality Kings | https://pornxp.com/videos/45482509 | 8341 - The Perfect Match |
| pornxp.com | Brazzers | https://pornxp.com/videos/45523500 | 3031947 - Make Em Bounce |
| pornxp.com | Brazzers | https://pornxp.com/videos/45532854 | 3829134 - Treat Us Right |
| pornxp.com | Reality Kings | https://pornxp.com/videos/45634560 | RK at Home |
| pornxp.com | Reality Kings | https://pornxp.com/videos/45661941 | 2893960 - Should Have Known Better |
| pornxp.com | Brazzers | https://pornxp.com/videos/45686985 | 3878729 - A Slippery Situation |
| pornxp.com | Reality Kings | https://pornxp.com/videos/45695292 | 2812375 - Social Proof |
| pornxp.com | Reality Kings | https://pornxp.com/videos/45746960 | 3235 - Pussy Password |
| pornxp.com | Brazzers | https://pornxp.com/videos/45768483 | 3330597 - Door To Door Rub And Tug |
| pornxp.com | Reality Kings | https://pornxp.com/videos/45773499 | 2235532 - Schoolgirl Seductress |
| pornxp.com | Brazzers | https://pornxp.com/videos/45788961 | 2359054 - Wild Thots |
| pornxp.com | Reality Kings | https://pornxp.com/videos/45799849 | 2572070 - Bondage Brat |
| pornxp.com | Brazzers | https://pornxp.com/videos/45803406 | 629514 - Be More Like Your Stepsister! |
| pornxp.com | Brazzers | https://pornxp.com/videos/45809541 | 10417 - Whore On Whore |
| pornxp.com | Brazzers | https://pornxp.com/videos/45882659 | 10945 - Any Friend Of Yours Is A Friend Of Mine |
| pornxp.com | Reality Kings | https://pornxp.com/videos/45900595 | 2011501 - Seductive Scarlett |
| pornxp.com | Brazzers | https://pornxp.com/videos/45938829 | 10959 - What's Your Fantasy? |
| pornxp.com | Brazzers | https://pornxp.com/videos/45958320 | 2435137 - Shady Spa Shakedown |
| pornxp.com | Reality Kings | https://pornxp.com/videos/45981491 | 2286636 - Pranking A Gold Digger |
| pornxp.com | Reality Kings | https://pornxp.com/videos/45987282 | 2662604 - Libero Libido |
| pornxp.com | Brazzers | https://pornxp.com/videos/45994239 | 2439725 - Bisexual Bride |
| pornxp.com | Brazzers | https://pornxp.com/videos/46046945 | 10064 - Sweaty Ass Workout |
| pornxp.com | Brazzers | https://pornxp.com/videos/46076444 | 2847313 - Soaking Wet Revenge |
| pornxp.com | Brazzers | https://pornxp.com/videos/46108142 | 5537 - Sexter |
| pornxp.com | Reality Kings | https://pornxp.com/videos/46112069 | 1835117 - Tits On A Plane |
| pornxp.com | Brazzers | https://pornxp.com/videos/46119768 | 9438 - Wheel of Fucking |
| pornxp.com | Brazzers | https://pornxp.com/videos/46124623 | 2914516 - A Sexy Awakening |
| pornxp.com | Brazzers | https://pornxp.com/videos/46171642 | Nympho Nurses and Dirty Doctors |
| pornxp.com | Brazzers | https://pornxp.com/videos/46179269 | 2587781 - Strictly Hardcore |
| pornxp.com | Brazzers | https://pornxp.com/videos/46209092 | 2469303 - Fucking Her Uncanny Valley |
| pornxp.com | Reality Kings | https://pornxp.com/videos/46261285 | 3128074 - Suck Slut |
| pornxp.com | Brazzers | https://pornxp.com/videos/46284558 | 3878704 - Saturday Night Beaver |
| pornxp.com | Reality Kings | https://pornxp.com/videos/46314501 | 1796724 - Up All Night |
| pornxp.com | Reality Kings | https://pornxp.com/videos/46321430 | Street Blowjobs #17 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/46359160 | 2812343 - First Timer Faces The Bench |
| pornxp.com | Brazzers | https://pornxp.com/videos/46408186 | 9486 - Fluids on the Flight |
| pornxp.com | Brazzers | https://pornxp.com/videos/46414503 | 10733 - The Slut On The Sofa |
| pornxp.com | Reality Kings | https://pornxp.com/videos/46448386 | 3222194 - Road Trip Triple Threat |
| pornxp.com | Brazzers | https://pornxp.com/videos/46474551 | 2892748 - Insubordinate Sub |
| pornxp.com | Brazzers | https://pornxp.com/videos/46486841 | 10397 - The New Girl: Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/46498541 | 3796232 - In The Pink |
| pornxp.com | Reality Kings | https://pornxp.com/videos/46506876 | 2812386 - Kalis Rose |
| pornxp.com | Reality Kings | https://pornxp.com/videos/46517104 | Moms Lick Teens Vol. 23 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/46524729 | Monster Curves Vol. 36 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/46662399 | 2235529 - Blacklight Babe |
| pornxp.com | Brazzers | https://pornxp.com/videos/46792366 | 2412406 - Yoga Freaks: Episode 9 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/46807898 | 14517 - Wild Things |
| pornxp.com | Brazzers | https://pornxp.com/videos/46836459 | 2412426 - Squirt And Slurp |
| pornxp.com | Brazzers | https://pornxp.com/videos/46858689 | 3043514 - Yoga Freaks: Episode Ten |
| pornxp.com | Reality Kings | https://pornxp.com/videos/46991530 | 2286624 - A Big Tip For Andy |
| pornxp.com | Brazzers | https://pornxp.com/videos/47013377 | 2578042 - Mrs. Shea's Room Service |
| pornxp.com | Brazzers | https://pornxp.com/videos/47067499 | 6652 - Jerkaholics |
| pornxp.com | Brazzers | https://pornxp.com/videos/47083151 | 2990646 - Assmissible Evidence |
| pornxp.com | Reality Kings | https://pornxp.com/videos/47104212 | 1944904 - Bicycle Booty |
| pornxp.com | Reality Kings | https://pornxp.com/videos/47118777 | 14720 - Lubing The Tube |

| | | | |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/47119349 | 9617 - Swingers On Vacation: Part 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/47161268 | 2675886 - What's Up Her Ass? |
| pornxp.com | Brazzers | https://pornxp.com/videos/47201646 | 4209605 - Korina's Hot Fun In The Sun |
| pornxp.com | Brazzers | https://pornxp.com/videos/47205218 | 4418010 - Deep Blue Shea |
| pornxp.com | Brazzers | https://pornxp.com/videos/47205927 | She'll Steele Your Heart |
| pornxp.com | Reality Kings | https://pornxp.com/videos/47248057 | 1844369 - poolside_surprise |
| pornxp.com | Reality Kings | https://pornxp.com/videos/47258413 | 14499 - Bathroom Peeper |
| pornxp.com | Brazzers | https://pornxp.com/videos/47277662 | 3983709 - All Dolled Up: Beauty Queen Edition |
| pornxp.com | Brazzers | https://pornxp.com/videos/47300417 | 2892769 - Angel Tits |
| pornxp.com | Brazzers | https://pornxp.com/videos/47325730 | 3983600 - Soaking Wet And Fully Satisfied |
| pornxp.com | Brazzers | https://pornxp.com/videos/47327313 | 3877615 - Group Pers-Anal Training |
| pornxp.com | Brazzers | https://pornxp.com/videos/47378926 | 3368464 - I Need Some Excitement |
| pornxp.com | Brazzers | https://pornxp.com/videos/47405749 | 3923313 - Fuckin' Fountain! |
| pornxp.com | Brazzers | https://pornxp.com/videos/47416372 | 2410008 - The Horniest Woman On Earth |
| pornxp.com | Reality Kings | https://pornxp.com/videos/47498346 | 2812384 - Pants Prank Gone Wrong |
| pornxp.com | Reality Kings | https://pornxp.com/videos/47501740 | Dare Dorm #27 |
| pornxp.com | Brazzers | https://pornxp.com/videos/47531110 | 4419936 - Squirting On My Prisoner |
| pornxp.com | Brazzers | https://pornxp.com/videos/47539078 | 10509 - Double Timing Wife 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/47609614 | 2436835 - What's Good For The Goose |
| pornxp.com | Brazzers | https://pornxp.com/videos/47612258 | 9245 - Wet & Naughty Sponge Bath Party |
| pornxp.com | Brazzers | https://pornxp.com/videos/47636059 | 2569918 - Taking Artistic Liberties |
| pornxp.com | Reality Kings | https://pornxp.com/videos/47643833 | 14368 - New In Town |
| pornxp.com | Brazzers | https://pornxp.com/videos/47669868 | 3114784 - Always be Fucking |
| pornxp.com | Brazzers | https://pornxp.com/videos/47681366 | 11213 - Blessing In Disguise |
| pornxp.com | Brazzers | https://pornxp.com/videos/47688437 | 9354 - Bathing Your Friend's Dirty Mama |
| pornxp.com | Brazzers | https://pornxp.com/videos/47713092 | 2639149 - The Cum-Soaked Gardener |
| pornxp.com | Brazzers | https://pornxp.com/videos/47773420 | 6760 - A Secret Gentleman's Club |
| pornxp.com | Brazzers | https://pornxp.com/videos/47792725 | 9611 - My Son's Best Friends |
| pornxp.com | Reality Kings | https://pornxp.com/videos/47862543 | 1834937 - mulch_booty |
| pornxp.com | Brazzers | https://pornxp.com/videos/47923668 | 10938 - Bath Bombshell |
| pornxp.com | Brazzers | https://pornxp.com/videos/47941329 | 2638985 - Bed & Sweatfest |
| pornxp.com | Brazzers | https://pornxp.com/videos/48036828 | 10399 - The New Girl: Part 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/48083513 | 2662624 - Sapphic Spa Day |
| pornxp.com | Brazzers | https://pornxp.com/videos/48094694 | 10084 - You Snore_She Whores |
| pornxp.com | Reality Kings | https://pornxp.com/videos/48111643 | 2286912 - Next Door Gotti |
| pornxp.com | Reality Kings | https://pornxp.com/videos/48132291 | 2286907 - Full House |
| pornxp.com | Reality Kings | https://pornxp.com/videos/48139695 | 3908 - Four To Play |
| pornxp.com | Reality Kings | https://pornxp.com/videos/48162192 | 1812691 - tempting_titties |
| pornxp.com | Reality Kings | https://pornxp.com/videos/48192233 | 3348817 - Be My Slut |
| pornxp.com | Brazzers | https://pornxp.com/videos/48279555 | 3959963 - The Gape That Keeps On Giving |
| pornxp.com | Brazzers | https://pornxp.com/videos/48295156 | 3170685 - Mommy Nudist |
| pornxp.com | Reality Kings | https://pornxp.com/videos/48302475 | 1812691 - tempting_titties |
| pornxp.com | Reality Kings | https://pornxp.com/videos/48319877 | 2286962 - Bodacious Boxer |
| pornxp.com | Brazzers | https://pornxp.com/videos/48377441 | 3314006 - Limo Nympho |
| pornxp.com | Reality Kings | https://pornxp.com/videos/48405656 | 1944916 - The Sluttiest Of Them All |
| pornxp.com | Reality Kings | https://pornxp.com/videos/48426642 | 1944896 - An Experienced Amateur |
| pornxp.com | Reality Kings | https://pornxp.com/videos/48429673 | 2286958 - Pure Lesbian Lust |
| pornxp.com | Brazzers | https://pornxp.com/videos/48443253 | 3031950 - Cocksicle Taste Test |
| pornxp.com | Brazzers | https://pornxp.com/videos/48466802 | 4419026 - Cheating Husband Gets Cucked |
| pornxp.com | Brazzers | https://pornxp.com/videos/48469558 | 3364026 - Getting Hot In The Sauna |
| pornxp.com | Reality Kings | https://pornxp.com/videos/48654835 | 1880008 - Absolutely Anal |
| pornxp.com | Brazzers | https://pornxp.com/videos/48654835 | 2339502 - Xander's World Tour - Ep.1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/48766835 | 11268 - HR Whorientation |
| pornxp.com | Reality Kings | https://pornxp.com/videos/48789647 | 2901439 - Shake Those Hips N Tits |
| pornxp.com | Brazzers | https://pornxp.com/videos/48817254 | 2419633 - Up and Cummer |
| pornxp.com | Brazzers | https://pornxp.com/videos/48849032 | 2461840 - Hardcore Initiation |
| pornxp.com | Brazzers | https://pornxp.com/videos/48873928 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Reality Kings | https://pornxp.com/videos/48884384 | Reckless In Miami |
| pornxp.com | Brazzers | https://pornxp.com/videos/48898945 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/48931963 | 2286609 - Round Rump On Rhonda |
| pornxp.com | Brazzers | https://pornxp.com/videos/48935928 | 9545 - My Friend's Blindfolded Mom |
| pornxp.com | Reality Kings | https://pornxp.com/videos/48998393 | 14439 - Sexual Deja Vu |
| pornxp.com | Brazzers | https://pornxp.com/videos/49009995 | 11123 - Mind If Stepmom Joins You? |
| pornxp.com | Reality Kings | https://pornxp.com/videos/49029508 | 1836632 - Hitting Hard |
| pornxp.com | Brazzers | https://pornxp.com/videos/49060337 | 11058 - Start-Up Culture |
| pornxp.com | Reality Kings | https://pornxp.com/videos/49116899 | 8th Street Latinas Vol. 31 |

| pornxp.com | Brazzers | https://pornxp.com/videos/49125931 | 3320898 - Her Wife Wants Me |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/49129639 | 10027 - Bet Your Ass 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/49152042 | 3115032 - The Nerd Nails the Girl |
| pornxp.com | Brazzers | https://pornxp.com/videos/49269525 | 10457 - It's A Wonderful Sex Life |
| pornxp.com | Reality Kings | https://pornxp.com/videos/49318447 | 2635923 - Sneaky Salon |
| pornxp.com | Brazzers | https://pornxp.com/videos/49336992 | 10371 - My Friends Fucked My Mom! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/49338456 | 2991669 - Fooled By The Pool |
| pornxp.com | Brazzers | https://pornxp.com/videos/49352100 | 6423 - Bad News |
| pornxp.com | Reality Kings | https://pornxp.com/videos/49400065 | 2011558 - Make Me Moan |
| pornxp.com | Brazzers | https://pornxp.com/videos/49493556 | 4420225 - Put Down The Phone And Fuck Me! |
| pornxp.com | Brazzers | https://pornxp.com/videos/49579698 | 3110537 - Bedside Manner |
| pornxp.com | Reality Kings | https://pornxp.com/videos/49580779 | 3151717 - Not Another Study Break |
| pornxp.com | Brazzers | https://pornxp.com/videos/49611094 | 3878639 - Yes  In Front of My Salad |
| pornxp.com | Reality Kings | https://pornxp.com/videos/49616156 | 1900743 - selling_nuts |
| pornxp.com | Brazzers | https://pornxp.com/videos/49645449 | 3359697 - Bathing Beauty |
| pornxp.com | Brazzers | https://pornxp.com/videos/49655317 | 3428279 - She's Changed! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/49704447 | 2286625 - Milf Railed At The Station |
| pornxp.com | Brazzers | https://pornxp.com/videos/49718735 | 2675838 - Anal Apocalypse |
| pornxp.com | Brazzers | https://pornxp.com/videos/49726886 | 10529 - Plump Pantyhose |
| pornxp.com | Brazzers | https://pornxp.com/videos/49766812 | 2360051 - Anal Surprise Party |
| pornxp.com | Reality Kings | https://pornxp.com/videos/49767214 | 2259512 - Mind Fuck Dicknosis |
| pornxp.com | Brazzers | https://pornxp.com/videos/49798346 | 3221804 - Knobbing The Naughty Nurse |
| pornxp.com | Brazzers | https://pornxp.com/videos/49832652 | 3459791 - Watch Me Cheat |
| pornxp.com | Brazzers | https://pornxp.com/videos/49886283 | 3110621 - Locker Room Licking |
| pornxp.com | Reality Kings | https://pornxp.com/videos/49983173 | 2011548 - Hooker On The Run |
| pornxp.com | Brazzers | https://pornxp.com/videos/50005948 | 11021 - Bubble Bath Booty Call |
| pornxp.com | Brazzers | https://pornxp.com/videos/50023079 | 3320893 - Turning The Tables |
| pornxp.com | Brazzers | https://pornxp.com/videos/50038038 | 5631 - Switchblade Slut |
| pornxp.com | Brazzers | https://pornxp.com/videos/50043768 | 3362781 - Guide for Taking Care of Your New Husband |
| pornxp.com | Brazzers | https://pornxp.com/videos/50058453 | 3921777 - Pharma Sutra |
| pornxp.com | Brazzers | https://pornxp.com/videos/50063346 | 3832307 - Red Hot |
| pornxp.com | Reality Kings | https://pornxp.com/videos/50156209 | RK at Home |
| pornxp.com | Reality Kings | https://pornxp.com/videos/50218558 | 2011556 - Poon Vibrations |
| pornxp.com | Reality Kings | https://pornxp.com/videos/50235567 | 2011552 - Fucking Dentist Appointment |
| pornxp.com | Brazzers | https://pornxp.com/videos/50254583 | Brazzers Goes Black |
| pornxp.com | Brazzers | https://pornxp.com/videos/50299440 | 10646 - What's That Doing In Your Closet? |
| pornxp.com | Brazzers | https://pornxp.com/videos/50345504 | 3109355 - Mommy Fucked My Study Buddy! |
| pornxp.com | Brazzers | https://pornxp.com/videos/50347959 | 2847261 - New To The Neighborhood |
| pornxp.com | Brazzers | https://pornxp.com/videos/50383946 | 3112420 - Fap From The Past |
| pornxp.com | Brazzers | https://pornxp.com/videos/50387130 | 2410650 - Rich Fucks: Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/50403550 | 11204 - Feeling Up The Fashion Girl |
| pornxp.com | Reality Kings | https://pornxp.com/videos/50434956 | 2572068 - Ava Haze Tied At Eighteen |
| pornxp.com | Brazzers | https://pornxp.com/videos/50446011 | 2638980 - Fucking Like Frenemies: Part 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/50451246 | 2417985 - Sloppy Squirting Squatter |
| pornxp.com | Reality Kings | https://pornxp.com/videos/50459864 | 2572115 - Snow Cabin Fever |
| pornxp.com | Brazzers | https://pornxp.com/videos/50454857 | 633371 - League of Pornstars: A XXX Parody |
| pornxp.com | Brazzers | https://pornxp.com/videos/50555028 | 10999 - Don't Tell Mom the Babysitter Gives Head |
| pornxp.com | Brazzers | https://pornxp.com/videos/50560618 | 2438795 - You've Changed Part 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/50563255 | Dirty DP Desires |
| pornxp.com | Brazzers | https://pornxp.com/videos/50568490 | 10098 - My Suck Up Stepsister |
| pornxp.com | Reality Kings | https://pornxp.com/videos/50669142 | 2235560 - Round Brown And Soapy Wet |
| pornxp.com | Brazzers | https://pornxp.com/videos/50696142 | 3362782 - Sneaky Little Skank |
| pornxp.com | Brazzers | https://pornxp.com/videos/50709462 | 3115083 - Nice to Meat You |
| pornxp.com | Brazzers | https://pornxp.com/videos/50712943 | 3768108 - Eating Out for Thanksgiving |
| pornxp.com | Brazzers | https://pornxp.com/videos/50718077 | 2892716 - He Came At Night: Part 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/50737434 | Street Blowjobs #17 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/50746075 | 2286948 - One Thick Latina Chick |
| pornxp.com | Reality Kings | https://pornxp.com/videos/50749336 | Lil Humpers 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/50753352 | 2675873 - Mia Is A Blowjob Addict |
| pornxp.com | Brazzers | https://pornxp.com/videos/50819351 | 2412211 - Go HAM Or Go Home |
| pornxp.com | Brazzers | https://pornxp.com/videos/50919987 | 2635476 - Traffic Violation |
| pornxp.com | Brazzers | https://pornxp.com/videos/50959002 | 10796 - Brazzers House 2: Day 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/50992847 | 11217 - Fashionably Late |
| pornxp.com | Brazzers | https://pornxp.com/videos/51020547 | 6614 - Spy Hard 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/51023809 | 3171829 - Sensual Seduction |
| pornxp.com | Brazzers | https://pornxp.com/videos/51055619 | 10561 - Cock in the Stall |

| pornxp.com | Reality Kings | https://pornxp.com/videos/51062765 | 2940344 - Miss Milf |
| pornxp.com | Reality Kings | https://pornxp.com/videos/51070907 | 2637677 - Taking It To Ms Banks |
| pornxp.com | Brazzers | https://pornxp.com/videos/51072083 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/51108098 | 2910445 - Nina's Chapel of Lust Part 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/51114312 | Dare Dorm #28 |
| pornxp.com | Brazzers | https://pornxp.com/videos/51126064 | 3330605 - That's What Friends Are For |
| pornxp.com | Reality Kings | https://pornxp.com/videos/51136387 | 1834969 - a_second_chance |
| pornxp.com | Brazzers | https://pornxp.com/videos/51149587 | 9388 - Let's Get Facials! |
| pornxp.com | Brazzers | https://pornxp.com/videos/51164855 | 3170693 - Cum Angel |
| pornxp.com | Reality Kings | https://pornxp.com/videos/51195635 | 2426311 - Hot Horny Housewives In Your Area! |
| pornxp.com | Brazzers | https://pornxp.com/videos/51225089 | 10818 - How To Train Your MILF |
| pornxp.com | Brazzers | https://pornxp.com/videos/51231210 | 2893601 - The Naughty Nanny: Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/51262707 | 2847248 - Color Between The Lines |
| pornxp.com | Brazzers | https://pornxp.com/videos/51304177 | 2842843 - Fucking Through The Fourth Wall |
| pornxp.com | Reality Kings | https://pornxp.com/videos/51337370 | 1812691 - tempting_titties |
| pornxp.com | Reality Kings | https://pornxp.com/videos/51352513 | 14389 - bikini_body |
| pornxp.com | Reality Kings | https://pornxp.com/videos/51364117 | 10362 - My Wife's Girlfriend |
| pornxp.com | Brazzers | https://pornxp.com/videos/51365853 | 2914531 - Yoga Brings You Closer |
| pornxp.com | Reality Kings | https://pornxp.com/videos/51369020 | 2812347 - Good Looking Tits |
| pornxp.com | Reality Kings | https://pornxp.com/videos/51392797 | Monster Curves Vol. 36 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/51399763 | 2025155 - Christmas Surprise |
| pornxp.com | Brazzers | https://pornxp.com/videos/51413818 | 11081 - Runaway Babe |
| pornxp.com | Reality Kings | https://pornxp.com/videos/51416262 | 2971079 - Sampling New Goods |
| pornxp.com | Reality Kings | https://pornxp.com/videos/51439896 | 9424 - Aim To Please |
| pornxp.com | Brazzers | https://pornxp.com/videos/51466581 | 10187 - Oiling Up The Client |
| pornxp.com | Brazzers | https://pornxp.com/videos/51467276 | 5474 - Ramon is Cast Into Hellfire |
| pornxp.com | Brazzers | https://pornxp.com/videos/51495027 | Brazzers Goes Black |
| pornxp.com | Brazzers | https://pornxp.com/videos/51526761 | 6226 - Anissa Kate: C.E.Ohhh! |
| pornxp.com | Brazzers | https://pornxp.com/videos/51537864 | 3124474 - The Welcum Tour |
| pornxp.com | Brazzers | https://pornxp.com/videos/51568743 | 10710 - Breast Made Plans |
| pornxp.com | Brazzers | https://pornxp.com/videos/51571068 | 6309 - Perks of the Job |
| pornxp.com | Reality Kings | https://pornxp.com/videos/51595564 | 1944928 - Free Yoga Fuck |
| pornxp.com | Reality Kings | https://pornxp.com/videos/51598798 | 3128115 - Dreaming Of September |
| pornxp.com | Brazzers | https://pornxp.com/videos/51640578 | 9781 - There Goes The Neighborhood Scoundrel |
| pornxp.com | Brazzers | https://pornxp.com/videos/51703742 | 3860245 - Feet First |
| pornxp.com | Brazzers | https://pornxp.com/videos/51711164 | 5293 - Lezley Zen and the Art of Muff Maintenance |
| pornxp.com | Reality Kings | https://pornxp.com/videos/51825225 | 1853697 - Pussy Meditation |
| pornxp.com | Brazzers | https://pornxp.com/videos/51876015 | 2893242 - Ribbon Fucking |
| pornxp.com | Brazzers | https://pornxp.com/videos/51927849 | 10078 - Teens In The Backseat |
| pornxp.com | Reality Kings | https://pornxp.com/videos/51940390 | 2433788 - Slick Swimsuit |
| pornxp.com | Brazzers | https://pornxp.com/videos/51953419 | 3363981 - Mom's Rules |
| pornxp.com | Reality Kings | https://pornxp.com/videos/52004411 | 2853402 - Dont Distract Me Too |
| pornxp.com | Reality Kings | https://pornxp.com/videos/52065600 | 3049530 - Pussy Primer |
| pornxp.com | Brazzers | https://pornxp.com/videos/52078453 | 4418839 - Honey's Horny Home Workout |
| pornxp.com | Brazzers | https://pornxp.com/videos/52136391 | 2684004 - Brazzers House 3: Episode 4 |
| pornxp.com | Brazzers | https://pornxp.com/videos/52138621 | 10843 - Return Of Ivy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/52181073 | 2893966 - Bath Bombshell |
| pornxp.com | Brazzers | https://pornxp.com/videos/52219010 | 3582992 - Penetrate My Pantyhose |
| pornxp.com | Brazzers | https://pornxp.com/videos/52230274 | 4419697 - Cleaning Up His Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/52243593 | 2417628 - String Me Along |
| pornxp.com | Brazzers | https://pornxp.com/videos/52275834 | 6087 - Spanish Teacher Loving |
| pornxp.com | Brazzers | https://pornxp.com/videos/52287317 | 6875 - Shopping Splooge |
| pornxp.com | Brazzers | https://pornxp.com/videos/52302916 | 10942 - The Exxxceptions: Episode 4 |
| pornxp.com | Brazzers | https://pornxp.com/videos/52345306 | 3359717 - I Thought I Was The Criminal |
| pornxp.com | Brazzers | https://pornxp.com/videos/52375909 | 11102 - Die Hardcore: Part 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/52403551 | Teen Tryouts 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/52451035 | 2368557 - Sexercise Slut |
| pornxp.com | Brazzers | https://pornxp.com/videos/52495178 | 3651733 - More Than Just A Pretty Face |
| pornxp.com | Reality Kings | https://pornxp.com/videos/52506132 | 3151732 - Dual Dildocycles |
| pornxp.com | Reality Kings | https://pornxp.com/videos/52543899 | 2812380 - Bubble Butt Beauty |
| pornxp.com | Brazzers | https://pornxp.com/videos/52578035 | 2892672 - Golden Goddess |
| pornxp.com | Brazzers | https://pornxp.com/videos/52588905 | 10489 - Superbang My Ass! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/52612537 | 2814 - Ass On Ash |
| pornxp.com | Brazzers | https://pornxp.com/videos/52638691 | 5866 - Parole My Hole |
| pornxp.com | Reality Kings | https://pornxp.com/videos/52669100 | 8209 - Booty Poppin |
| pornxp.com | Reality Kings | https://pornxp.com/videos/52692987 | 2286900 - Working Out With The Kings |

| pornxp.com | Reality Kings | https://pornxp.com/videos/52763249 | Teen Tryouts 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/52770134 | 2417941 - Under Covers Milf |
| pornxp.com | Brazzers | https://pornxp.com/videos/52785015 | 3261541 - Shay Dreaming |
| pornxp.com | Brazzers | https://pornxp.com/videos/52797527 | 3170684 - Game Day Dicking |
| pornxp.com | Brazzers | https://pornxp.com/videos/52834947 | 4419322 - Breaking In |
| pornxp.com | Brazzers | https://pornxp.com/videos/52888626 | 4417599 - Nicolette's Biggest Fan |
| pornxp.com | Brazzers | https://pornxp.com/videos/52962193 | 4418027 - Bump In The Night |
| pornxp.com | Brazzers | https://pornxp.com/videos/52967934 | 11122 - Confessions From Suburbia |
| pornxp.com | Brazzers | https://pornxp.com/videos/53011108 | 10415 - Hardcore High Notes |
| pornxp.com | Brazzers | https://pornxp.com/videos/53030392 | 3966756 - Bodacious Bikini Threesome |
| pornxp.com | Brazzers | https://pornxp.com/videos/53037808 | 3110571 - All Dolled Up: Gonzo Edition |
| pornxp.com | Reality Kings | https://pornxp.com/videos/53078426 | 7350 - Smoke And Poke |
| pornxp.com | Brazzers | https://pornxp.com/videos/53107432 | 11207 - My Professor Thinks I'm Perfect |
| pornxp.com | Reality Kings | https://pornxp.com/videos/53123006 | 2893962 - Getting To Know Ashley Lane |
| pornxp.com | Brazzers | https://pornxp.com/videos/53149278 | BrazziBots |
| pornxp.com | Reality Kings | https://pornxp.com/videos/53179046 | 2447574 - Poker Face |
| pornxp.com | Reality Kings | https://pornxp.com/videos/53182852 | 14575 - Getting Dirty |
| pornxp.com | Reality Kings | https://pornxp.com/videos/53191665 | 1835954 - Vr You Kidding Me |
| pornxp.com | Brazzers | https://pornxp.com/videos/53268179 | 2655122 - The Pageant Queen |
| pornxp.com | Brazzers | https://pornxp.com/videos/53317140 | 3796551 - Shea's Got The Look |
| pornxp.com | Reality Kings | https://pornxp.com/videos/53332458 | 14964 - Facial Fun |
| pornxp.com | Brazzers | https://pornxp.com/videos/53364355 | 2810511 - Taking Her Side Piece |
| pornxp.com | Brazzers | https://pornxp.com/videos/53413981 | 3307774 - My Stepsister Sucks |
| pornxp.com | Brazzers | https://pornxp.com/videos/53468676 | 11197 - Let's Get Physical |
| pornxp.com | Reality Kings | https://pornxp.com/videos/53508639 | 1968101 - Deep Throated |
| pornxp.com | Brazzers | https://pornxp.com/videos/53555454 | 3031951 - Bikini Babe Bang |
| pornxp.com | Reality Kings | https://pornxp.com/videos/53563930 | 3428173 - One Hot Box |
| pornxp.com | Brazzers | https://pornxp.com/videos/53577979 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/53587444 | 2572069 - Pussy Hunting At The Beach |
| pornxp.com | Brazzers | https://pornxp.com/videos/53590796 | 2348741 - Pornstar Convention Penetration |
| pornxp.com | Reality Kings | https://pornxp.com/videos/53640009 | 1944897 - Vacation Squatting |
| pornxp.com | Brazzers | https://pornxp.com/videos/53666369 | 3122585 - Pussy In Boots |
| pornxp.com | Brazzers | https://pornxp.com/videos/53688613 | 10935 - The Bang Ring: Part 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/53711989 | 2959842 - Randy Roommates |
| pornxp.com | Reality Kings | https://pornxp.com/videos/53720597 | 1860472 - Super Head |
| pornxp.com | Reality Kings | https://pornxp.com/videos/53727693 | 2286654 - Hide That Big Booty |
| pornxp.com | Reality Kings | https://pornxp.com/videos/53729077 | 2286619 - Your Mom Is A Cocksucker |
| pornxp.com | Reality Kings | https://pornxp.com/videos/53734565 | 2286918 - Naked Teen Temptress |
| pornxp.com | Brazzers | https://pornxp.com/videos/53832913 | 2893124 - Ghost Humping |
| pornxp.com | Reality Kings | https://pornxp.com/videos/53885676 | 2662624 - Sapphic Spa Day |
| pornxp.com | Reality Kings | https://pornxp.com/videos/53893349 | 14389 - bikini body |
| pornxp.com | Brazzers | https://pornxp.com/videos/53914444 | 2362158 - Teasing Toes |
| pornxp.com | Reality Kings | https://pornxp.com/videos/53924196 | Street Blowjobs #17 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/53936827 | 2974508 - Make You A Man |
| pornxp.com | Brazzers | https://pornxp.com/videos/54022108 | 3832331 - Where's Your Ring? Part 1 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/54025244 | 8240 - Dayna Delivers |
| pornxp.com | Reality Kings | https://pornxp.com/videos/54105478 | 2286614 - Gorgeous Georgie Craves Cock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/54106027 | 14674 - Bang Hard |
| pornxp.com | Brazzers | https://pornxp.com/videos/54180333 | 2412419 - Ramming The Reporter |
| pornxp.com | Reality Kings | https://pornxp.com/videos/54190548 | 2025158 - Badass |
| pornxp.com | Brazzers | https://pornxp.com/videos/54218929 | 2928050 - Whoreschach Test |
| pornxp.com | Brazzers | https://pornxp.com/videos/54220598 | 2569907 - Busting The Barista |
| pornxp.com | Brazzers | https://pornxp.com/videos/54225129 | 3769379 - Blonde Domme-Ination |
| pornxp.com | Reality Kings | https://pornxp.com/videos/54259073 | 10798 - Hot Potato |
| pornxp.com | Brazzers | https://pornxp.com/videos/54263778 | 4417610 - Fixing My Daughter's Boyfriend |
| pornxp.com | Reality Kings | https://pornxp.com/videos/54273381 | 1812691 - tempting_titties |
| pornxp.com | Reality Kings | https://pornxp.com/videos/54317442 | 8336 - Sweet Caroline |
| pornxp.com | Brazzers | https://pornxp.com/videos/54367152 | 2358966 - Model Whisperer |
| pornxp.com | Brazzers | https://pornxp.com/videos/54386258 | 2635929 - Cougar Training |
| pornxp.com | Brazzers | https://pornxp.com/videos/54407340 | 2908467 - In-Lawful Infidelity |
| pornxp.com | Reality Kings | https://pornxp.com/videos/54443573 | 3151722 - Lusty Laundry Day |
| pornxp.com | Reality Kings | https://pornxp.com/videos/54473399 | 3128077 - Fucking On The Brink |
| pornxp.com | Reality Kings | https://pornxp.com/videos/54494201 | 2286945 - New Cock Smell |
| pornxp.com | Brazzers | https://pornxp.com/videos/54599430 | 3161667 - Getting It On With My Girlfriend's Mom |
| pornxp.com | Brazzers | https://pornxp.com/videos/54601822 | 3924175 - Surprise Bathtub Banging |
| pornxp.com | Reality Kings | https://pornxp.com/videos/54634569 | 2286623 - Dine And Dash |

| | | | |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/54639478 | 3110638 - Drywall  Wet Pussy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/54658116 | Moms Bang Teens Vol. 29 |
| pornxp.com | Brazzers | https://pornxp.com/videos/54719681 | 10474 - There's A Pornstar In My House |
| pornxp.com | Brazzers | https://pornxp.com/videos/54733062 | 11110 - The Mommy Maid |
| pornxp.com | Reality Kings | https://pornxp.com/videos/54738125 | 3258433 - Abellas Natural Habitat |
| pornxp.com | Reality Kings | https://pornxp.com/videos/54762129 | 2286901 - Private Island Pussy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/54783354 | We Live Together Season 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/54796974 | 2901437 - Fit For Fucking |
| pornxp.com | Brazzers | https://pornxp.com/videos/54865973 | 3122770 - Playing Footsie |
| pornxp.com | Brazzers | https://pornxp.com/videos/54881868 | 3878709 - Day With A Pornstar: Katrina Jade |
| pornxp.com | Reality Kings | https://pornxp.com/videos/54909918 | 2286641 - Bad Bitches Break In |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55016057 | 2286647 - High Class Ass |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55026480 | 1827017 - Soaking Wet Kitty |
| pornxp.com | Brazzers | https://pornxp.com/videos/55046593 | 6872 - While Son's Away  Mom Will Play |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55151553 | 2025173 - Teach Me How To Grind |
| pornxp.com | Brazzers | https://pornxp.com/videos/55162471 | 5595 - Caution: Enter The Ass Zone |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55173009 | 2473791 - Always Read The Instructions! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55179634 | 14422 - Pussy Pick Up |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55206891 | 2856432 - Stuffing Skylar |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55296473 | 3348893 - Surveying The Milf |
| pornxp.com | Brazzers | https://pornxp.com/videos/55368213 | 10321 - Call To Pussy Worship |
| pornxp.com | Brazzers | https://pornxp.com/videos/55375629 | 10900 - Giving It To Mrs. DeArmond |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55376680 | 9717 - Ramming Rebecca |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55425127 | Monster Curves Vol. 37 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55444288 | 2940189 - Wave Rider |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55447317 | 2011519 - Private Film |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55470854 | 2011555 - Shae Is Hungry For Big Cock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55483316 | 2812348 - Friendzone Fiasco |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55537603 | 221 - Dick In Dro |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55543309 | 2286903 - Kinky Sofi |
| pornxp.com | Brazzers | https://pornxp.com/videos/55547530 | 2368599 - Horny vs Homebody |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55567004 | 2011560 - Lesbifriends |
| pornxp.com | Brazzers | https://pornxp.com/videos/55582076 | 10119 - Big Tits In History: Part 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55629111 | My Tight Pussy Needs A Workout |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55657445 | 2025181 - Litterbug Learns Her Lesson |
| pornxp.com | Brazzers | https://pornxp.com/videos/55708960 | 3425275 - Fucked In Front Of Class |
| pornxp.com | Brazzers | https://pornxp.com/videos/55709060 | 10254 - Full Service Station: A XXX Parody |
| pornxp.com | Brazzers | https://pornxp.com/videos/55717190 | 3829114 - The Businesswoman's Special |
| pornxp.com | Brazzers | https://pornxp.com/videos/55720923 | 5384 - The Cock Whisperer |
| pornxp.com | Brazzers | https://pornxp.com/videos/55736265 | 10841 - What Wifey Wants |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55740831 | 3222214 - Just Hanging Out |
| pornxp.com | Brazzers | https://pornxp.com/videos/55759245 | 3122602 - A Rubdown To Remember |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55765737 | 3318478 - Thin Walls Thick Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/55802194 | 2676484 - Have Your Cock  And Eat It Too |
| pornxp.com | Brazzers | https://pornxp.com/videos/55856740 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/55863022 | 3313988 - I'm A Professional |
| pornxp.com | Brazzers | https://pornxp.com/videos/55877968 | 3291098 - Mom Stole My Boyfriend |
| pornxp.com | Reality Kings | https://pornxp.com/videos/55901856 | 2011532 - Perfect Fit For A Perfect Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/55928079 | 11027 - Southern Hospitality |
| pornxp.com | Brazzers | https://pornxp.com/videos/55951582 | 10957 - The House Call |
| pornxp.com | Brazzers | https://pornxp.com/videos/55961215 | 10510 - Didn't Ring The Doorbell |
| pornxp.com | Brazzers | https://pornxp.com/videos/55967476 | 2947162 - Going Under |
| pornxp.com | Reality Kings | https://pornxp.com/videos/56051615 | 2812344 - 305 Miami Mayhem |
| pornxp.com | Reality Kings | https://pornxp.com/videos/56083481 | 2235580 - Big Black Cock For Kat |
| pornxp.com | Brazzers | https://pornxp.com/videos/56093183 | 2432367 - I Dream Of Gina |
| pornxp.com | Brazzers | https://pornxp.com/videos/56164784 | 3313989 - This Could Be The End |
| pornxp.com | Brazzers | https://pornxp.com/videos/56168539 | 3401818 - Titillating Tai Chi |
| pornxp.com | Reality Kings | https://pornxp.com/videos/56201271 | 2662600 - Knowing Skylar |
| pornxp.com | Reality Kings | https://pornxp.com/videos/56214615 | 2572078 - Filter Then Fuck Her |
| pornxp.com | Brazzers | https://pornxp.com/videos/56215550 | 2636707 - Horny For That Hot Dick |
| pornxp.com | Brazzers | https://pornxp.com/videos/56255773 | 6969 - Miss Titness America |
| pornxp.com | Brazzers | https://pornxp.com/videos/56277404 | 3645126 - Smoking Hot Affair |
| pornxp.com | Brazzers | https://pornxp.com/videos/56280015 | 11098 - My Wife's Trainer |
| pornxp.com | Brazzers | https://pornxp.com/videos/56305608 | 2437504 - Tickled Titties |
| pornxp.com | Reality Kings | https://pornxp.com/videos/56382917 | 2940362 - One Hell Of A Pounding |
| pornxp.com | Brazzers | https://pornxp.com/videos/56389956 | 2893128 - Fucking The Masterpiece |

| pornxp.com | Reality Kings | https://pornxp.com/videos/56400315 | 7239 - Pole Hopper |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/56418427 | 3826399 - Bingo Bang |
| pornxp.com | Brazzers | https://pornxp.com/videos/56425547 | 3608706 - I'm Not Cheating! |
| pornxp.com | Brazzers | https://pornxp.com/videos/56454049 | 6407 - Dr. Gangbanger Banger |
| pornxp.com | Reality Kings | https://pornxp.com/videos/56474618 | 2856426 - Prepare For Kombat |
| pornxp.com | Reality Kings | https://pornxp.com/videos/56485381 | 2235568 - Cock Out Cop Out |
| pornxp.com | Brazzers | https://pornxp.com/videos/56526531 | 2416071 - The Next Big Thing |
| pornxp.com | Brazzers | https://pornxp.com/videos/56601019 | 2847214 - Cock-Calling On The Job Site |
| pornxp.com | Brazzers | https://pornxp.com/videos/56602183 | 9695 - Booty Work |
| pornxp.com | Brazzers | https://pornxp.com/videos/56634107 | 2633739 - The Perfect Hostess 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/56653227 | 3459548 - Hardcore Nanny |
| pornxp.com | Brazzers | https://pornxp.com/videos/56676801 | 2443204 - The Wife-I Password |
| pornxp.com | Brazzers | https://pornxp.com/videos/56688231 | 11154 - Her First Big Sale 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/56700998 | 10115 - Nikki's Blind Taste Test |
| pornxp.com | Brazzers | https://pornxp.com/videos/56703297 | 2431956 - Porn Star Sex Tips 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/56736707 | 14846 - Phatt Butt |
| pornxp.com | Reality Kings | https://pornxp.com/videos/56753781 | 3331755 - Catfishing Milf |
| pornxp.com | Brazzers | https://pornxp.com/videos/56764277 | 3646741 - You Agreed To This |
| pornxp.com | Reality Kings | https://pornxp.com/videos/56786774 | 1990599 - Hot Milf At The Gym |
| pornxp.com | Brazzers | https://pornxp.com/videos/56793636 | 4418442 - RK At Home: CFNM Yola Squirts For You |
| pornxp.com | Brazzers | https://pornxp.com/videos/56817671 | 3167342 - Squeaky Clean And Ready To Cum |
| pornxp.com | Brazzers | https://pornxp.com/videos/56842257 | 2816800 - Sports Suck |
| pornxp.com | Brazzers | https://pornxp.com/videos/56856082 | 6633 - I Am Fucking Art |
| pornxp.com | Brazzers | https://pornxp.com/videos/56910599 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/56952961 | 3859827 - Honour's All In |
| pornxp.com | Brazzers | https://pornxp.com/videos/56974586 | 2992005 - Waking Up The Comatose Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/56977414 | 2991877 - Fuck Christmas Part 1 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/57063975 | 2286645 - Urban Sexxxploration |
| pornxp.com | Reality Kings | https://pornxp.com/videos/57064589 | 10773 - Cooch Cruiser |
| pornxp.com | Reality Kings | https://pornxp.com/videos/57078351 | 1944922 - Sausage Party |
| pornxp.com | Brazzers | https://pornxp.com/videos/57108982 | 3166788 - Anonymous Attraction |
| pornxp.com | Brazzers | https://pornxp.com/videos/57128019 | 3291087 - Anal Day With Jolee |
| pornxp.com | Reality Kings | https://pornxp.com/videos/57193099 | Moms Lick Teens Vol. 21 |
| pornxp.com | Brazzers | https://pornxp.com/videos/57286127 | 9490 - The Cocksuckers Club |
| pornxp.com | Brazzers | https://pornxp.com/videos/57386870 | 3291149 - Horny & Dangerous: Stolen Identity |
| pornxp.com | Brazzers | https://pornxp.com/videos/57447941 | 3722156 - The Voyeur Next Door: Part 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/57460850 | 2025165 - Tea Party Trollop |
| pornxp.com | Reality Kings | https://pornxp.com/videos/57464243 | 3222184 - Teen Sluts Summon A Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/57464280 | 10395 - My Stepmom And Her Sister |
| pornxp.com | Brazzers | https://pornxp.com/videos/57483870 | 3959986 - The Guru Of Gape |
| pornxp.com | Reality Kings | https://pornxp.com/videos/57497932 | 3222215 - Driver Meets Dom |
| pornxp.com | Reality Kings | https://pornxp.com/videos/57583998 | 2368577 - Cute Mode Slut Mode |
| pornxp.com | Brazzers | https://pornxp.com/videos/57591784 | 3925299 - It's Just Wrestling |
| pornxp.com | Brazzers | https://pornxp.com/videos/57602049 | 3222064 - Earning My Valentine |
| pornxp.com | Reality Kings | https://pornxp.com/videos/57606918 | 2298361 - Comic Fuck Fest |
| pornxp.com | Brazzers | https://pornxp.com/videos/57627899 | 10150 - Napping Naked |
| pornxp.com | Brazzers | https://pornxp.com/videos/57637084 | 3291103 - Bad Bunny |
| pornxp.com | Brazzers | https://pornxp.com/videos/57695461 | 3187683 - Roommates Like It Rough |
| pornxp.com | Brazzers | https://pornxp.com/videos/57711667 | 10454 - Sneaky Slut Bags The Scoundrel |
| pornxp.com | Brazzers | https://pornxp.com/videos/57716897 | 10261 - The Placebo |
| pornxp.com | Reality Kings | https://pornxp.com/videos/57861535 | Street Blowjobs #17 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/57863805 | 14453 - Love Glutes |
| pornxp.com | Brazzers | https://pornxp.com/videos/57906478 | 3330593 - Just Count To Three |
| pornxp.com | Brazzers | https://pornxp.com/videos/57936366 | 3608603 - High End Wash |
| pornxp.com | Brazzers | https://pornxp.com/videos/57954943 | 9795 - Star Trexxx: The Captain's Seed |
| pornxp.com | Brazzers | https://pornxp.com/videos/57957164 | 2676456 - Fappy New Year |
| pornxp.com | Brazzers | https://pornxp.com/videos/57977934 | 5451 - Head and Breakfast |
| pornxp.com | Brazzers | https://pornxp.com/videos/57991509 | 3921678 - I Thought You Hated Yoga |
| pornxp.com | Brazzers | https://pornxp.com/videos/57996821 | 4417587 - To-Tall Anal Domination |
| pornxp.com | Reality Kings | https://pornxp.com/videos/58030648 | 2893963 - Splits On Dick |
| pornxp.com | Reality Kings | https://pornxp.com/videos/58039280 | Put It In Her Ass Vol. 7 |
| pornxp.com | Brazzers | https://pornxp.com/videos/58050852 | 3960014 - Pounding Payton's Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/58051125 | 2842607 - Candid Candidates |
| pornxp.com | Reality Kings | https://pornxp.com/videos/58058288 | Moms Lick Teens Vol. 22 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/58059140 | 2991642 - Going Down |
| pornxp.com | Reality Kings | https://pornxp.com/videos/58076330 | 2417940 - This Should Fit |

EXHIBIT A

| pornxp.com | Reality Kings | https://pornxp.com/videos/58088814 | 2417961 - Glitter Booty |
|---|---|---|---|
| pornxp.com | Reality Kings | https://pornxp.com/videos/58110766 | 2286922 - Daycare Milf |
| pornxp.com | Reality Kings | https://pornxp.com/videos/58122918 | 2812340 - Secret Feetish |
| pornxp.com | Reality Kings | https://pornxp.com/videos/58129140 | 8211 - Bouncing Ass |
| pornxp.com | Reality Kings | https://pornxp.com/videos/58168842 | 14731 - Play House |
| pornxp.com | Brazzers | https://pornxp.com/videos/58194293 | 9483 - Nailing Ms. Chase: Part Two |
| pornxp.com | Brazzers | https://pornxp.com/videos/58194543 | 10116 - Let's Massage The Babysitter |
| pornxp.com | Brazzers | https://pornxp.com/videos/58233443 | 2974505 - The Ass On Canela |
| pornxp.com | Brazzers | https://pornxp.com/videos/58234250 | 2914522 - Steal My Sex Toy |
| pornxp.com | Brazzers | https://pornxp.com/videos/58385688 | 2681662 - Two To Tango |
| pornxp.com | Brazzers | https://pornxp.com/videos/58386628 | Sporty Sluts |
| pornxp.com | Brazzers | https://pornxp.com/videos/58433722 | 10099 - Sweet Ass Candy |
| pornxp.com | Brazzers | https://pornxp.com/videos/58433888 | 10581 - Yoga Freaks: Episode Eight |
| pornxp.com | Reality Kings | https://pornxp.com/videos/58457445 | 2572074 - Sugar Rush |
| pornxp.com | Brazzers | https://pornxp.com/videos/58503810 | 2345112 - Putting It In Her Slot |
| pornxp.com | Reality Kings | https://pornxp.com/videos/58506851 | 6463 - Get It In |
| pornxp.com | Brazzers | https://pornxp.com/videos/58508304 | 4419462 - My Husband's Fake Ass Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/58511373 | 3791930 - Our Not-So-Timid Tenant |
| pornxp.com | Reality Kings | https://pornxp.com/videos/58517515 | 2893969 - Good Girls Grovel |
| pornxp.com | Brazzers | https://pornxp.com/videos/58539779 | 10021 - A Bottom Bunk Banging |
| pornxp.com | Reality Kings | https://pornxp.com/videos/58540021 | 2893988 - Admiring Amirah |
| pornxp.com | Brazzers | https://pornxp.com/videos/58571352 | 10076 - Outing The Outed |
| pornxp.com | Brazzers | https://pornxp.com/videos/58578129 | 2914521 - The Shower Spy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/58594979 | 1853730 - gina_loves_swaberry |
| pornxp.com | Brazzers | https://pornxp.com/videos/58615474 | 3425113 - Nicole's Oasis |
| pornxp.com | Brazzers | https://pornxp.com/videos/58782845 | 2473788 - Private Treatment |
| pornxp.com | Brazzers | https://pornxp.com/videos/58783768 | 10147 - Teasing Gone Too Far |
| pornxp.com | Brazzers | https://pornxp.com/videos/58793818 | 3829250 - Nothing Like A Good Book |
| pornxp.com | Brazzers | https://pornxp.com/videos/58794677 | 2686348 - I Need My Protein Shake |
| pornxp.com | Reality Kings | https://pornxp.com/videos/58807694 | 7353 - Sneak Peek |
| pornxp.com | Brazzers | https://pornxp.com/videos/58831820 | 2569899 - Whoredrobe |
| pornxp.com | Reality Kings | https://pornxp.com/videos/58844596 | 1835497 - Squirt Vibes |
| pornxp.com | Reality Kings | https://pornxp.com/videos/58871500 | 2286937 - Namastanal |
| pornxp.com | Reality Kings | https://pornxp.com/videos/58892121 | 3258418 - Sneaky Selfie Student |
| pornxp.com | Brazzers | https://pornxp.com/videos/58978671 | 10058 - Honey  Would You Mind Milking My Nuts 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/58983037 | 3222203 - Side Bitch |
| pornxp.com | Brazzers | https://pornxp.com/videos/58999372 | 4419534 - My Trainer Loves Big Natural Tits! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/59021113 | 2011555 - Shae Is Hungry For Big Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/59038666 | 4419202 - Blindfolded Cheater |
| pornxp.com | Reality Kings | https://pornxp.com/videos/59081037 | 2011510 - Homemade Porn With Stepmom |
| pornxp.com | Brazzers | https://pornxp.com/videos/59104478 | 2900580 - Nuru Nymph |
| pornxp.com | Brazzers | https://pornxp.com/videos/59114198 | 11115 - The Trophy Husband |
| pornxp.com | Brazzers | https://pornxp.com/videos/59173112 | 4418021 - Anal Stretching In The Shower |
| pornxp.com | Brazzers | https://pornxp.com/videos/59183543 | 3226111 - Masquerade Ball-Sucking |
| pornxp.com | Brazzers | https://pornxp.com/videos/59210086 | 2676451 - Sexy Doctor Adventures |
| pornxp.com | Brazzers | https://pornxp.com/videos/59222020 | 4417830 - Snowbanging: Part 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/59243174 | 3826858 - Fucking Her Friend's Mom |
| pornxp.com | Brazzers | https://pornxp.com/videos/59259385 | 4084719 - Jessica Makes Music |
| pornxp.com | Reality Kings | https://pornxp.com/videos/59280771 | 2812345 - Cock Sucking Coaching |
| pornxp.com | Brazzers | https://pornxp.com/videos/59284570 | 9489 - Milf Squad Vegas: You're Off The Case Ferrera! |
| pornxp.com | Brazzers | https://pornxp.com/videos/59291629 | 10325 - Virgin Lessons |
| pornxp.com | Reality Kings | https://pornxp.com/videos/59297670 | Big Ass Brazilian Butts Vol. 23 |
| pornxp.com | Brazzers | https://pornxp.com/videos/59302380 | 3114769 - Date Swap |
| pornxp.com | Reality Kings | https://pornxp.com/videos/59344694 | 1900723 - Break Time |
| pornxp.com | Brazzers | https://pornxp.com/videos/59368511 | 11089 - Crossing the Panty Line |
| pornxp.com | Brazzers | https://pornxp.com/videos/59369610 | 4418038 - How Could You?! |
| pornxp.com | Brazzers | https://pornxp.com/videos/59402892 | 4213470 - Getting Joanna Out Of The Shower |
| pornxp.com | Brazzers | https://pornxp.com/videos/59432627 | 2672978 - Paramedic Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/59457308 | 9571 - Cock Talk With Alexa Tomas |
| pornxp.com | Reality Kings | https://pornxp.com/videos/59474703 | 2370614 - Sex Stroll Around The Beach |
| pornxp.com | Reality Kings | https://pornxp.com/videos/59503945 | 13671 - Big Load |
| pornxp.com | Brazzers | https://pornxp.com/videos/59545235 | Brazzers Goes Black |
| pornxp.com | Reality Kings | https://pornxp.com/videos/59549946 | Moms Lick Teens Vol. 18 |
| pornxp.com | Brazzers | https://pornxp.com/videos/59552856 | 4419032 - Stepmom Lacey's Helping Hand |
| pornxp.com | Reality Kings | https://pornxp.com/videos/59580626 | We Live Together Season 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/59589974 | 10998 - Payback's a Bitch |

EXHIBIT A

| pornxp.com | Brazzers | https://pornxp.com/videos/59636169 | 3878707 - Anally Reamed In Her Jeans |
| pornxp.com | Brazzers | https://pornxp.com/videos/59697050 | 3359715 - Let's See If It Fits |
| pornxp.com | Reality Kings | https://pornxp.com/videos/59700479 | 2417913 - Devoured By The Wolfe |
| pornxp.com | Brazzers | https://pornxp.com/videos/59702466 | 10866 - The Art Of Anal |
| pornxp.com | Brazzers | https://pornxp.com/videos/59730419 | 3878702 - Jane Doe Private Dick |
| pornxp.com | Reality Kings | https://pornxp.com/videos/59744516 | 14260 - Business As Usual |
| pornxp.com | Reality Kings | https://pornxp.com/videos/59790436 | 2286932 - Watch Me Fuck Your Best Friend |
| pornxp.com | Brazzers | https://pornxp.com/videos/59801074 | 6608 - Horny Dean |
| pornxp.com | Brazzers | https://pornxp.com/videos/59822899 | 11202 - Cock Hungry Cowgirl |
| pornxp.com | Reality Kings | https://pornxp.com/videos/59846609 | 8291 - Naughty Ass |
| pornxp.com | Reality Kings | https://pornxp.com/videos/59877813 | 2572054 - Unboxing A Big Cock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/59884126 | 2286630 - Vibrating Panties For Jane |
| pornxp.com | Brazzers | https://pornxp.com/videos/59903849 | 2675825 - Are You Worthy Of My Ass? |
| pornxp.com | Brazzers | https://pornxp.com/videos/59964162 | 3140130 - Neighborhood Snatch Committee |
| pornxp.com | Reality Kings | https://pornxp.com/videos/59975599 | Look At Her Now |
| pornxp.com | Brazzers | https://pornxp.com/videos/60044952 | 4417827 - Coming Home Horny For Anal |
| pornxp.com | Brazzers | https://pornxp.com/videos/60065220 | 2432380 - Sucked By The Soccer Milf |
| pornxp.com | Reality Kings | https://pornxp.com/videos/60100718 | 2417925 - Corrupted In The Sex Shop |
| pornxp.com | Brazzers | https://pornxp.com/videos/60118794 | 2439742 - Squeegee This |
| pornxp.com | Brazzers | https://pornxp.com/videos/60134986 | 2928047 - Stuck & Fucked |
| pornxp.com | Brazzers | https://pornxp.com/videos/60146442 | 3363991 - Stepmoms Need Loving Too! |
| pornxp.com | Brazzers | https://pornxp.com/videos/60161226 | 10226 - The Bigger The Better |
| pornxp.com | Brazzers | https://pornxp.com/videos/60180710 | 2812373 - Lit Latina Night Out |
| pornxp.com | Reality Kings | https://pornxp.com/videos/60181351 | 1853701 - Mouth For Rent |
| pornxp.com | Brazzers | https://pornxp.com/videos/60224434 | 2847272 - Creampie Diaries: Part 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/60225554 | 3387498 - Dusting Off Dat Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/60245030 | 10222 - Toeing The Line |
| pornxp.com | Brazzers | https://pornxp.com/videos/60252475 | 11210 - Full Service Banking |
| pornxp.com | Reality Kings | https://pornxp.com/videos/60252499 | 14942 - Wings Of Lust |
| pornxp.com | Reality Kings | https://pornxp.com/videos/60265354 | 11632 - Nip Jockey |
| pornxp.com | Brazzers | https://pornxp.com/videos/60283563 | 2928055 - Tempting The Tackling Dummy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/60297278 | 1119 - Dominant Boobs |
| pornxp.com | Brazzers | https://pornxp.com/videos/60371344 | 2472736 - Gimme Gimme Never Get |
| pornxp.com | Brazzers | https://pornxp.com/videos/60439890 | 11046 - ZZ Pizza Party: Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/60443171 | 2990645 - News Ancwhores |
| pornxp.com | Brazzers | https://pornxp.com/videos/60467988 | 2437974 - How To Lose Your Virginity In 10 Days |
| pornxp.com | Brazzers | https://pornxp.com/videos/60500033 | 2947198 - Dystopian Dicking |
| pornxp.com | Brazzers | https://pornxp.com/videos/60522442 | 2675827 - The Dildo Flasher |
| pornxp.com | Brazzers | https://pornxp.com/videos/60529945 | 2636092 - Kelsi Gets Down |
| pornxp.com | Brazzers | https://pornxp.com/videos/60546819 | 5554 - Tap That Titty Out |
| pornxp.com | Brazzers | https://pornxp.com/videos/60559498 | 10779 - Swipe the Slate Clean: Part Three |
| pornxp.com | Brazzers | https://pornxp.com/videos/60563525 | 3923368 - Squirting Out The Truth |
| pornxp.com | Reality Kings | https://pornxp.com/videos/60564815 | 2025140 - Naughty Girls For Santa |
| pornxp.com | Reality Kings | https://pornxp.com/videos/60611343 | 3222192 - Sweet Sweater Anal Angel |
| pornxp.com | Reality Kings | https://pornxp.com/videos/60611843 | 3222205 - Taped Up Hottie |
| pornxp.com | Reality Kings | https://pornxp.com/videos/60726061 | 2812336 - Butt Floss And Pussy Brush |
| pornxp.com | Brazzers | https://pornxp.com/videos/60737771 | 3918001 - Giving Tips To Get A Tip |
| pornxp.com | Brazzers | https://pornxp.com/videos/60750787 | 11017 - Zen In The A.M. |
| pornxp.com | Brazzers | https://pornxp.com/videos/60785425 | 11073 - Beat Off On The Brat |
| pornxp.com | Brazzers | https://pornxp.com/videos/60796920 | 2892888 - Chastity Chase |
| pornxp.com | Brazzers | https://pornxp.com/videos/60822006 | 11145 - Undercover Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/60854693 | 3115041 - Pilates for Hotties |
| pornxp.com | Reality Kings | https://pornxp.com/videos/60859646 | 2025149 - Sticky Fingers |
| pornxp.com | Brazzers | https://pornxp.com/videos/60918796 | 4419658 - Massage With A Strap-On Ending |
| pornxp.com | Brazzers | https://pornxp.com/videos/60919307 | 3167205 - Cone Of Shamelessness |
| pornxp.com | Reality Kings | https://pornxp.com/videos/60943917 | Big Booty Mamas 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/60956204 | 2426306 - Mommy Needs A MANicure |
| pornxp.com | Brazzers | https://pornxp.com/videos/60989467 | 2412465 - Progress Report |
| pornxp.com | Reality Kings | https://pornxp.com/videos/61042260 | Put It In Her Ass Vol. 7 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/61112799 | 2286953 - Her Irresistible Sister |
| pornxp.com | Reality Kings | https://pornxp.com/videos/61149849 | 3222224 - Squirt Roast |
| pornxp.com | Brazzers | https://pornxp.com/videos/61154696 | 3882827 - A Woman Scorned |
| pornxp.com | Brazzers | https://pornxp.com/videos/61159487 | 3830064 - Peep Show And Tell |
| pornxp.com | Brazzers | https://pornxp.com/videos/61210231 | 10534 - Queen Of Thrones: Part 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/61237715 | 3318495 - Bounce Into Spring Break |
| pornxp.com | Brazzers | https://pornxp.com/videos/61242173 | 4074464 - Feeling Up Phoenix |

EXHIBIT A

| pornxp.com | Brazzers | https://pornxp.com/videos/61299249 | 3167624 - Make Yourself Comfortable |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/61299352 | 2461830 - Tia's Sneaky Steam |
| pornxp.com | Reality Kings | https://pornxp.com/videos/61306166 | Moms Lick Teens Vol. 21 |
| pornxp.com | Brazzers | https://pornxp.com/videos/61325321 | 2417937 - Play Me |
| pornxp.com | Reality Kings | https://pornxp.com/videos/61346266 | 1921843 - Strawberry Slutcakes |
| pornxp.com | Brazzers | https://pornxp.com/videos/61360030 | 2892889 - Promotion or Pussy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/61367221 | Chocolate Cookies #3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/61368101 | 3959937 - Just Ignore Him |
| pornxp.com | Brazzers | https://pornxp.com/videos/61382363 | 9797 - Cumming To America |
| pornxp.com | Brazzers | https://pornxp.com/videos/61431352 | 3291240 - She's So Scandalous! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/61433613 | 2286601 - Quick Bathroom Break |
| pornxp.com | Brazzers | https://pornxp.com/videos/61441622 | 4213470 - Getting Joanna Out Of The Shower |
| pornxp.com | Reality Kings | https://pornxp.com/videos/61445533 | Teens Love Huge Cocks Vol. 31 |
| pornxp.com | Brazzers | https://pornxp.com/videos/61464964 | 11036 - Brazzers House 2 Finale |
| pornxp.com | Reality Kings | https://pornxp.com/videos/61553428 | 12744 - Classy Snatch |
| pornxp.com | Reality Kings | https://pornxp.com/videos/61619646 | 3151713 - Working For Commission |
| pornxp.com | Brazzers | https://pornxp.com/videos/61643747 | 2892878 - Lost My Cockcentration |
| pornxp.com | Brazzers | https://pornxp.com/videos/61660252 | Nympho Nurses And Dirty Doctors 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/61690787 | 11111 - Tiny Dancer |
| pornxp.com | Reality Kings | https://pornxp.com/videos/61696661 | 10967 - Paint And Pussy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/61775071 | 2286924 - Dress Like A Slut Lick Like A Slut |
| pornxp.com | Brazzers | https://pornxp.com/videos/61841687 | 10887 - Putting In Work |
| pornxp.com | Brazzers | https://pornxp.com/videos/61866093 | 2971169 - Bench Press My Biddy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/61875478 | This Ass Needs A Blastin' 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/61890059 | 8329 - So Stacked |
| pornxp.com | Reality Kings | https://pornxp.com/videos/61895061 | 3258426 - Cumming Home From The Festival |
| pornxp.com | Brazzers | https://pornxp.com/videos/61926663 | 3983581 - ZZ Nuit Rouge |
| pornxp.com | Brazzers | https://pornxp.com/videos/61946689 | 10707 - Walkin' On Cumshine |
| pornxp.com | Brazzers | https://pornxp.com/videos/61947000 | 3222181 - But Shes My Fuck Toy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/62036214 | 3462843 - Swim Slut |
| pornxp.com | Brazzers | https://pornxp.com/videos/62063489 | 3115085 - Sandy Siren Of The Skies |
| pornxp.com | Brazzers | https://pornxp.com/videos/62069815 | 5421 - Back Door Robbery |
| pornxp.com | Brazzers | https://pornxp.com/videos/62098103 | 9582 - Oiled Up Babes |
| pornxp.com | Brazzers | https://pornxp.com/videos/62107328 | 3876721 - A Room With A Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/62140280 | 2971171 - Horny Home Care |
| pornxp.com | Reality Kings | https://pornxp.com/videos/62148725 | 2417932 - Milf Catches The Hunters |
| pornxp.com | Brazzers | https://pornxp.com/videos/62154827 | 2427696 - Kira Finds Her Motivation |
| pornxp.com | Reality Kings | https://pornxp.com/videos/62172635 | 14444 - Curious Girls |
| pornxp.com | Reality Kings | https://pornxp.com/videos/62199487 | 1900714 - Wet And Ready |
| pornxp.com | Brazzers | https://pornxp.com/videos/62242640 | 6311 - I Wanna Blow Romeo |
| pornxp.com | Reality Kings | https://pornxp.com/videos/62259498 | 13791 - Loving Lace |
| pornxp.com | Reality Kings | https://pornxp.com/videos/62322004 | 14913 - The Big O |
| pornxp.com | Brazzers | https://pornxp.com/videos/62327747 | 2412411 - Wet In Net |
| pornxp.com | Brazzers | https://pornxp.com/videos/62453062 | 3923525 - The Hammer Down Rubdown |
| pornxp.com | Brazzers | https://pornxp.com/videos/62478039 | 10987 - Turning Tricks |
| pornxp.com | Brazzers | https://pornxp.com/videos/62502992 | 3346031 - Stretch That Ass Out |
| pornxp.com | Brazzers | https://pornxp.com/videos/62507866 | 10769 - Ballerina Booty |
| pornxp.com | Reality Kings | https://pornxp.com/videos/62522803 | 1944910 - How To Use A Dildo |
| pornxp.com | Brazzers | https://pornxp.com/videos/62546098 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/62555604 | 2676488 - Hump-Starting Her Ride |
| pornxp.com | Brazzers | https://pornxp.com/videos/62574696 | 2842793 - Free My Ass And The Pleasure Will Follow |
| pornxp.com | Brazzers | https://pornxp.com/videos/62613512 | 11149 - Good Taste |
| pornxp.com | Brazzers | https://pornxp.com/videos/62659263 | 3313986 - Take Me To Your Biggest Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/62739483 | 3830490 - Slingin' Titties |
| pornxp.com | Reality Kings | https://pornxp.com/videos/62762786 | 2286963 - Lipstick Slut |
| pornxp.com | Brazzers | https://pornxp.com/videos/62772352 | 6504 - New Girl in School |
| pornxp.com | Brazzers | https://pornxp.com/videos/62819882 | 3308596 - Say Yes To Some Sex |
| pornxp.com | Reality Kings | https://pornxp.com/videos/62840388 | 2893991 - Dogged |
| pornxp.com | Brazzers | https://pornxp.com/videos/62845199 | 10312 - Sneaky Slut Needs To Learn |
| pornxp.com | Brazzers | https://pornxp.com/videos/62853709 | 11152 - 7 Minutes in Mrs. Heaven |
| pornxp.com | Brazzers | https://pornxp.com/videos/62883381 | 2927973 - Fuck Fashion |
| pornxp.com | Brazzers | https://pornxp.com/videos/62997855 | 2310101 - Xander's World Tour - Ep.4 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/63010875 | 1968126 - Strong Head Game |
| pornxp.com | Brazzers | https://pornxp.com/videos/63039118 | 9547 - A Horny Devil |
| pornxp.com | Brazzers | https://pornxp.com/videos/63087442 | 3171202 - Bossing Up |
| pornxp.com | Brazzers | https://pornxp.com/videos/63130284 | 3226134 - Mother Daughter Boning |

EXHIBIT A

| pornxp.com | Brazzers | https://pornxp.com/videos/63155845 | 3983735 - Not Here For The Coffee |
|---|---|---|---|
| pornxp.com | Reality Kings | https://pornxp.com/videos/63172085 | 2417935 - Where The Fuck Is My Scene |
| pornxp.com | Brazzers | https://pornxp.com/videos/63183100 | 2991874 - Fuck Christmas Part 4 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/63213846 | 2286611 - Go Team Go |
| pornxp.com | Brazzers | https://pornxp.com/videos/63244462 | 3832312 - Working Late |
| pornxp.com | Reality Kings | https://pornxp.com/videos/63289653 | 2011542 - Hot Taco For Sale |
| pornxp.com | Reality Kings | https://pornxp.com/videos/63297040 | 1921840 - my_stepdaughter_the_cheerleader |
| pornxp.com | Reality Kings | https://pornxp.com/videos/63470814 | 2893980 - Your Day With Kimmy Granger |
| pornxp.com | Reality Kings | https://pornxp.com/videos/63471916 | 2940334 - Peer Pressure |
| pornxp.com | Reality Kings | https://pornxp.com/videos/63556054 | 2893996 - Cfnm Panty Fucker |
| pornxp.com | Brazzers | https://pornxp.com/videos/63582926 | 3795703 - Heal Me  Feel Me |
| pornxp.com | Brazzers | https://pornxp.com/videos/63630572 | 9786 - Our Babysitter's Butt: Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/63638635 | 10012 - The Dinner Invitation |
| pornxp.com | Brazzers | https://pornxp.com/videos/63649491 | 3314377 - One Lucky Butler |
| pornxp.com | Reality Kings | https://pornxp.com/videos/63666707 | 2417938 - Gym Prankers |
| pornxp.com | Brazzers | https://pornxp.com/videos/63666751 | 4419354 - Big Naturals Shirt Showoff |
| pornxp.com | Brazzers | https://pornxp.com/videos/63733340 | 6182 - What The Fuck Were You Thinking ? |
| pornxp.com | Brazzers | https://pornxp.com/videos/63735818 | 10291 - Chasing That Big D |
| pornxp.com | Brazzers | https://pornxp.com/videos/63776038 | 10467 - The Ass On Adriana |
| pornxp.com | Brazzers | https://pornxp.com/videos/63791109 | 11104 - 1 800 Phone Sex: Line 5 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/63793870 | 1860779 - Put It In Your Mouth |
| pornxp.com | Reality Kings | https://pornxp.com/videos/63797919 | 2893995 - Smoking Hot Thots |
| pornxp.com | Reality Kings | https://pornxp.com/videos/63826040 | 2235582 - Baby Its Cold Outside |
| pornxp.com | Brazzers | https://pornxp.com/videos/63863037 | 10652 - Couple Cums For A Massage |
| pornxp.com | Brazzers | https://pornxp.com/videos/63871710 | 2927868 - Porn Star Sex Tips 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/63883362 | 2362126 - Oil Spill Thrills |
| pornxp.com | Brazzers | https://pornxp.com/videos/63950840 | 2675831 - Crushing His Dreams |
| pornxp.com | Brazzers | https://pornxp.com/videos/64005327 | 2980133 - First Class Ass |
| pornxp.com | Reality Kings | https://pornxp.com/videos/64017988 | 2572077 - Pool Hall Milf |
| pornxp.com | Brazzers | https://pornxp.com/videos/64059323 | Nympho Nurses And Dirty Doctors 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/64077891 | 2635922 - Our Cute Little Plaything 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/64094555 | 2287000 - Britts Big Bouncy Tits |
| pornxp.com | Brazzers | https://pornxp.com/videos/64150047 | 3959811 - The Very Last Fuck Ever |
| pornxp.com | Reality Kings | https://pornxp.com/videos/64160745 | 2417958 - Sneaky Spinning |
| pornxp.com | Brazzers | https://pornxp.com/videos/64162738 | 11107 - 1 800 Phone Sex: Line 8 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/64181459 | 1944906 - Oil Change |
| pornxp.com | Brazzers | https://pornxp.com/videos/64189026 | 2439754 - Pumping Under Pressure |
| pornxp.com | Reality Kings | https://pornxp.com/videos/64221926 | We Live Together Season 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/64233583 | 9775 - The Big Friendly Dick |
| pornxp.com | Brazzers | https://pornxp.com/videos/64271483 | 2638984 - Pounding The Pool Boy |
| pornxp.com | Brazzers | https://pornxp.com/videos/64319848 | 10596 - First Impressions |
| pornxp.com | Reality Kings | https://pornxp.com/videos/64460597 | 14389 - bikini_body |
| pornxp.com | Brazzers | https://pornxp.com/videos/64473947 | 3768281 - School Of Hard Knockers |
| pornxp.com | Reality Kings | https://pornxp.com/videos/64480030 | 13319 - Sexy Ceira |
| pornxp.com | Reality Kings | https://pornxp.com/videos/64499202 | Dirty DP Desires |
| pornxp.com | Brazzers | https://pornxp.com/videos/64503318 | 2927878 - Warm Welcum |
| pornxp.com | Brazzers | https://pornxp.com/videos/64506901 | 11100 - Brazzers House 2: Unseen Moments |
| pornxp.com | Reality Kings | https://pornxp.com/videos/64543631 | Monster Curves Vol. 32 |
| pornxp.com | Brazzers | https://pornxp.com/videos/64565077 | 10877 - Olivia's Wet Little Secret |
| pornxp.com | Brazzers | https://pornxp.com/videos/64589747 | 3832327 - Tats  Tits And Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/64596170 | 10200 - Lying Doggystyle |
| pornxp.com | Brazzers | https://pornxp.com/videos/64597087 | 3896441 - Party Like A Finger's Up Your Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/64667937 | 10372 - Fucking Two Pussies With One Bone |
| pornxp.com | Reality Kings | https://pornxp.com/videos/64699839 | 2342984 - Valentinas Anal Paradise |
| pornxp.com | Brazzers | https://pornxp.com/videos/64706894 | 10018 - Perks Of Being A Nurse |
| pornxp.com | Reality Kings | https://pornxp.com/videos/64761407 | 2286663 - Lovers In The Backseat |
| pornxp.com | Brazzers | https://pornxp.com/videos/64784113 | 4419504 - Beth Gives You What You Wanted |
| pornxp.com | Reality Kings | https://pornxp.com/videos/64802355 | 2572111 - Assh Twerks |
| pornxp.com | Brazzers | https://pornxp.com/videos/64803456 | 5898 - Spin The Booby |
| pornxp.com | Brazzers | https://pornxp.com/videos/65044411 | 2440085 - Throat Treatment |
| pornxp.com | Reality Kings | https://pornxp.com/videos/65063540 | Crazy College GFs Vol. 5 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/65076897 | 327 - Language Of Love |
| pornxp.com | Brazzers | https://pornxp.com/videos/65098066 | 2444948 - The Great ZZ Egg Hunt |
| pornxp.com | Brazzers | https://pornxp.com/videos/65159423 | 2417761 - Just A Regular Massage |
| pornxp.com | Reality Kings | https://pornxp.com/videos/65179966 | 14406 - Nasty And Nice |
| pornxp.com | Brazzers | https://pornxp.com/videos/65231875 | 6727 - Cock-ditions |

| pornxp.com | Brazzers | https://pornxp.com/videos/65249909 | 10251 - Field Hockey Babes |
|---|---|---|---|
| pornxp.com | Reality Kings | https://pornxp.com/videos/65257043 | 14006 - Pussy Pow |
| pornxp.com | Reality Kings | https://pornxp.com/videos/65265475 | Teens Love Huge Cocks Vol. 29 |
| pornxp.com | Brazzers | https://pornxp.com/videos/65272780 | 4418049 - Making Karla Squirt |
| pornxp.com | Reality Kings | https://pornxp.com/videos/65277704 | 2750 - Groupist |
| pornxp.com | Brazzers | https://pornxp.com/videos/65286749 | 3377778 - Accidental Adultery |
| pornxp.com | Reality Kings | https://pornxp.com/videos/65299296 | 2893968 - Vrod Gets Dangerass |
| pornxp.com | Brazzers | https://pornxp.com/videos/65302941 | 2927871 - Pornstars Are Just Like Us! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/65317864 | 2945960 - Apology Accepted |
| pornxp.com | Reality Kings | https://pornxp.com/videos/65320443 | 6331 - Bang Me |
| pornxp.com | Reality Kings | https://pornxp.com/videos/65332018 | 2286926 - The Late Night Out |
| pornxp.com | Reality Kings | https://pornxp.com/videos/65348115 | 12201 - Annikas Bush |
| pornxp.com | Brazzers | https://pornxp.com/videos/65350694 | 3222230 - Stalking for a Cocking |
| pornxp.com | Brazzers | https://pornxp.com/videos/65361708 | 10838 - Our Horny Lesbian Housemates |
| pornxp.com | Brazzers | https://pornxp.com/videos/65366151 | 2892714 - He Came At Night: Part 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/65393470 | Teens Love Huge Cocks Vol. 29 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/65393759 | 2011549 - Those Are Not Mine |
| pornxp.com | Brazzers | https://pornxp.com/videos/65461457 | 4419613 - Anal Sex Doesn't Happen In A Vacuum |
| pornxp.com | Brazzers | https://pornxp.com/videos/65476924 | 3166906 - Nailed At The Estate Sale |
| pornxp.com | Brazzers | https://pornxp.com/videos/65480454 | 3114782 - Pictures of Her |
| pornxp.com | Brazzers | https://pornxp.com/videos/65513491 | 2465060 - Welcome to the Neighborwhore |
| pornxp.com | Brazzers | https://pornxp.com/videos/65519426 | 3226133 - Affirmation to Tit Formation |
| pornxp.com | Brazzers | https://pornxp.com/videos/65603963 | 2892667 - Dinner for One  Table for Two |
| pornxp.com | Brazzers | https://pornxp.com/videos/65609600 | 11035 - Don't Touch Her 6 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/65625582 | Big Ass Brazilian Butts Vol. 23 |
| pornxp.com | Brazzers | https://pornxp.com/videos/65697624 | 3425323 - Practice Makes A Perfect Slut |
| pornxp.com | Brazzers | https://pornxp.com/videos/65719734 | 2842527 - Rack 'Em Up! |
| pornxp.com | Brazzers | https://pornxp.com/videos/65727134 | 2676490 - Pounded By The Plagiarist |
| pornxp.com | Reality Kings | https://pornxp.com/videos/65769748 | 3258431 - Dick Flicks And Chill |
| pornxp.com | Brazzers | https://pornxp.com/videos/65837692 | 3925301 - Oily AF Anal |
| pornxp.com | Brazzers | https://pornxp.com/videos/65841688 | 2412860 - Plasster Cast |
| pornxp.com | Brazzers | https://pornxp.com/videos/65861817 | 3924032 - Red Light Romp |
| pornxp.com | Reality Kings | https://pornxp.com/videos/65977849 | 2011555 - Shae Is Hungry For Big Cock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/66021767 | 7730 - A Bad Romance |
| pornxp.com | Brazzers | https://pornxp.com/videos/66044580 | 3923303 - One Sneaky Stripper |
| pornxp.com | Brazzers | https://pornxp.com/videos/66059349 | 2892750 - Carnival Queen |
| pornxp.com | Brazzers | https://pornxp.com/videos/66076521 | 3830501 - Track And Feel Her |
| pornxp.com | Brazzers | https://pornxp.com/videos/66102771 | 3829645 - Cum Thru 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/66130457 | 3960133 - Stalkfucking |
| pornxp.com | Reality Kings | https://pornxp.com/videos/66135022 | 1944899 - Stretching With Stepmom |
| pornxp.com | Reality Kings | https://pornxp.com/videos/66165270 | 11105 - 1 800 Phone Sex: Line 6 |
| pornxp.com | Brazzers | https://pornxp.com/videos/66188602 | 2572047 - Locked Out Hottie |
| pornxp.com | Reality Kings | https://pornxp.com/videos/66202331 | 1944934 - Hose In The Garden |
| pornxp.com | Reality Kings | https://pornxp.com/videos/66241713 | 3128114 - Curvy Cutie Craves Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/66253781 | 6823 - Hellvira Mistress Of The Fuck |
| pornxp.com | Reality Kings | https://pornxp.com/videos/66291051 | 3318513 - Learning From Stepmom |
| pornxp.com | Reality Kings | https://pornxp.com/videos/66369836 | 2368554 - Two Cops In Heat |
| pornxp.com | Reality Kings | https://pornxp.com/videos/66405012 | Brazzers Goes Black |
| pornxp.com | Brazzers | https://pornxp.com/videos/66457012 | 10956 - The Headhunter |
| pornxp.com | Reality Kings | https://pornxp.com/videos/66461880 | Newbies Get Nailed 6 |
| pornxp.com | Brazzers | https://pornxp.com/videos/66493457 | 2409997 - The More Carolina The Better! |
| pornxp.com | Brazzers | https://pornxp.com/videos/66504243 | 8100 - Scissoring In The Sauna |
| pornxp.com | Brazzers | https://pornxp.com/videos/66516443 | 4074470 - Katrina Gets A Pervy Massage |
| pornxp.com | Reality Kings | https://pornxp.com/videos/66621697 | Monster Curves Vol. 37 |
| pornxp.com | Brazzers | https://pornxp.com/videos/66638760 | 11022 - Our Little Secret |
| pornxp.com | Brazzers | https://pornxp.com/videos/66686518 | 11013 - Pinkblot Test |
| pornxp.com | Reality Kings | https://pornxp.com/videos/66741687 | Dare Dorm #26 |
| pornxp.com | Brazzers | https://pornxp.com/videos/66742426 | 3334688 - Just Keep Going! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/66756359 | 2643827 - Doggystyle Door |
| pornxp.com | Reality Kings | https://pornxp.com/videos/66808299 | 2356808 - Snow Angel |
| pornxp.com | Brazzers | https://pornxp.com/videos/66808811 | 2675829 - Manic Pixie Cream Girl |
| pornxp.com | Brazzers | https://pornxp.com/videos/66822938 | 10665 - Office Initiation |
| pornxp.com | Brazzers | https://pornxp.com/videos/66834839 | 3878710 - Stepmom's Got Game |
| pornxp.com | Reality Kings | https://pornxp.com/videos/66865355 | 14585 - Teach Me Please Me |
| pornxp.com | Brazzers | https://pornxp.com/videos/66893361 | 2322098 - Eat Her  Cheater! |
| pornxp.com | Brazzers | https://pornxp.com/videos/66893653 | 2635919 - Bitchy Broadcasting |

| | | | |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/66905272 | 2655108 - Lela Pays Her Dues |
| pornxp.com | Brazzers | https://pornxp.com/videos/66916226 | 2417511 - Wedding Planning Pt. 1 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/66916350 | 8253 - Full Figure |
| pornxp.com | Reality Kings | https://pornxp.com/videos/66969750 | 1843826 - my_gf_kimber |
| pornxp.com | Reality Kings | https://pornxp.com/videos/66999383 | 2940186 - Let Her Rest |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67011568 | 1847587 - Fucking My Stepmom For Eva |
| pornxp.com | Brazzers | https://pornxp.com/videos/67021299 | 3918002 - My Boss's Daughter |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67103409 | 2940356 - Last Call |
| pornxp.com | Brazzers | https://pornxp.com/videos/67146771 | 2927869 - Grateful For Cock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67173951 | 2433777 - Pretty Paisley |
| pornxp.com | Brazzers | https://pornxp.com/videos/67181096 | 10997 - Helicopter MILF |
| pornxp.com | Brazzers | https://pornxp.com/videos/67186513 | 11222 - I Spy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67192135 | 2025137 - Ho Ho Homewrecker |
| pornxp.com | Brazzers | https://pornxp.com/videos/67197759 | 2676458 - Rude Awakening |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67201197 | 2286906 - Petite Chick Stuffed With Dick |
| pornxp.com | Brazzers | https://pornxp.com/videos/67220409 | 5824 - DP on the Substitute T |
| pornxp.com | Brazzers | https://pornxp.com/videos/67273383 | 3291272 - Hot & Cold |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67316839 | 1827015 - Pussy On The Loose |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67344578 | 2368576 - Polish That Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/67365107 | 2892715 - He Came At Night: Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/67365298 | 2409994 - Peacocking |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67378934 | 1921790 - Meeting Olivia Lua |
| pornxp.com | Brazzers | https://pornxp.com/videos/67393251 | 2842877 - Reiki For Her Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/67393994 | 2468985 - Confessions Of A Buttaholic |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67422520 | 2433786 - Self Defense Ass |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67438599 | Teens Love Huge Cocks Vol. 33 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67448167 | 2286662 - Girlfriends Gone Wild |
| pornxp.com | Brazzers | https://pornxp.com/videos/67532011 | 10141 - Say Yes To Getting Fucked In Your Wedding Dress |
| pornxp.com | Brazzers | https://pornxp.com/videos/67626677 | 2439714 - Recline & Unwind |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67693143 | 3128090 - From One College Chick To Another |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67740009 | 2893994 - Cocktoberfest |
| pornxp.com | Brazzers | https://pornxp.com/videos/67745426 | 3225587 - Always The Bridesmaid |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67758239 | 2342884 - Snatchchat |
| pornxp.com | Brazzers | https://pornxp.com/videos/67764872 | 3222219 - Forbidden Fruit Tastes The Sweetest |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67789633 | 2417494 - My Best Fucking Friend |
| pornxp.com | Brazzers | https://pornxp.com/videos/67803548 | 11201 - Nutjob Nurse |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67831773 | Pickup Fucks Vol. 7 |
| pornxp.com | Brazzers | https://pornxp.com/videos/67859921 | 2587709 - Going In Blind |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67866460 | 2011494 - Pro Bone Her |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67868206 | 14441 - Beautiful Bounce |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67870607 | 14613 - New Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/67888267 | 10639 - Angela's Sex Auction |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67927981 | 2893956 - Double Your Pleasure |
| pornxp.com | Brazzers | https://pornxp.com/videos/67958836 | 4419605 - Stassi Squirts In The Hotel |
| pornxp.com | Reality Kings | https://pornxp.com/videos/67964822 | 2011545 - I Had No Idea |
| pornxp.com | Brazzers | https://pornxp.com/videos/67981442 | 3797030 - Disciplining The Squirt |
| pornxp.com | Reality Kings | https://pornxp.com/videos/68024730 | 15103 - Ass On Angel |
| pornxp.com | Brazzers | https://pornxp.com/videos/68066032 | 2587847 - Driving Mommy Wild |
| pornxp.com | Reality Kings | https://pornxp.com/videos/68076972 | 2974504 - Squirting Luna Loves Anal |
| pornxp.com | Reality Kings | https://pornxp.com/videos/68106023 | 2025179 - Mistletoe Tramp |
| pornxp.com | Brazzers | https://pornxp.com/videos/68149442 | 2672975 - Horny & Dangerous: Life On The Lam |
| pornxp.com | Reality Kings | https://pornxp.com/videos/68175718 | 1894862 - big_tits_on_her_sis |
| pornxp.com | Reality Kings | https://pornxp.com/videos/68196555 | 3424607 - Rk Raceway |
| pornxp.com | Reality Kings | https://pornxp.com/videos/68205172 | 3348874 - Confident And Curvy |
| pornxp.com | Brazzers | https://pornxp.com/videos/68262900 | 4417604 - Snowbanging: Part 1 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/68273277 | 15268 - All In Alyssa |
| pornxp.com | Brazzers | https://pornxp.com/videos/68394831 | 3768276 - Clitical Check Up |
| pornxp.com | Reality Kings | https://pornxp.com/videos/68403584 | 2473827 - Revenge Fuck Husband |
| pornxp.com | Reality Kings | https://pornxp.com/videos/68418148 | 9166 - Round For Pound |
| pornxp.com | Brazzers | https://pornxp.com/videos/68425497 | 9454 - Work That Ass |
| pornxp.com | Reality Kings | https://pornxp.com/videos/68483534 | 2572052 - The Cum Spattered Bride |
| pornxp.com | Brazzers | https://pornxp.com/videos/68497754 | 3960045 - Jean Queen |
| pornxp.com | Brazzers | https://pornxp.com/videos/68508941 | 3924836 - Sharing The Bed 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/68510825 | 2417954 - Slutty Selvaggia |
| pornxp.com | Brazzers | https://pornxp.com/videos/68515033 | 2256156 - The Perfect Applicant: Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/68516801 | 2888342 - The Greatest Gift Of All |

| | | | |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/68551487 | 3291181 - Deuces are Wild |
| pornxp.com | Reality Kings | https://pornxp.com/videos/68568387 | Mommy Loves The D Vol. 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/68654315 | 10560 - Jade Screams for Ice Cream |
| pornxp.com | Brazzers | https://pornxp.com/videos/68715108 | She'll Steele Your Heart |
| pornxp.com | Reality Kings | https://pornxp.com/videos/68717722 | 2286650 - Wrong Turn On Eighth Street |
| pornxp.com | Brazzers | https://pornxp.com/videos/68776976 | 2871343 - Slow And Sexy |
| pornxp.com | Brazzers | https://pornxp.com/videos/68803738 | 6765 - G Spot O Face |
| pornxp.com | Brazzers | https://pornxp.com/videos/68840141 | 5939 - The Babysitter |
| pornxp.com | Brazzers | https://pornxp.com/videos/68894902 | 3723343 - Moriah's Wedding Shower |
| pornxp.com | Brazzers | https://pornxp.com/videos/68908206 | 2368543 - Amazing Aspen |
| pornxp.com | Reality Kings | https://pornxp.com/videos/68924581 | 1944914 - The Nympho Milf Awakens |
| pornxp.com | Brazzers | https://pornxp.com/videos/68933020 | 3363982 - Heavy Load |
| pornxp.com | Brazzers | https://pornxp.com/videos/68961274 | 6977 - A Brazzers Christmas Party |
| pornxp.com | Reality Kings | https://pornxp.com/videos/68962625 | 3348827 - Hottest Yoga Youll Ever See |
| pornxp.com | Brazzers | https://pornxp.com/videos/69023202 | 2653349 - Brazzers Porn School |
| pornxp.com | Reality Kings | https://pornxp.com/videos/69111640 | 2286652 - Creampie Surprise |
| pornxp.com | Brazzers | https://pornxp.com/videos/69134957 | 2913315 - Hula Humping |
| pornxp.com | Reality Kings | https://pornxp.com/videos/69151172 | 2417943 - Teen Temptress |
| pornxp.com | Brazzers | https://pornxp.com/videos/69179879 | 3458882 - Reflection Eternal 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/69184849 | 3151675 - Smoothies For Sale |
| pornxp.com | Brazzers | https://pornxp.com/videos/69214941 | 4419164 - Stuck Between Anal And A Workout |
| pornxp.com | Reality Kings | https://pornxp.com/videos/69219521 | 14548 - Danni Girl |
| pornxp.com | Brazzers | https://pornxp.com/videos/69225638 | 2578023 - Stepmom Gets Soaked |
| pornxp.com | Brazzers | https://pornxp.com/videos/69225953 | 2417690 - Help Me Out |
| pornxp.com | Brazzers | https://pornxp.com/videos/69253476 | 2412453 - Therapeutic Fuck |
| pornxp.com | Brazzers | https://pornxp.com/videos/69288268 | 9449 - Peeping The Pornstar |
| pornxp.com | Reality Kings | https://pornxp.com/videos/69333658 | 2940192 - Secret Public Play |
| pornxp.com | Brazzers | https://pornxp.com/videos/69345654 | 3170695 - You Just Might Get It |
| pornxp.com | Brazzers | https://pornxp.com/videos/69363796 | 2991935 - Substitute Sex Ed |
| pornxp.com | Brazzers | https://pornxp.com/videos/69401387 | 3362295 - She's No Dummy! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/69454325 | 2433785 - Latina Teen Needs Teaching |
| pornxp.com | Brazzers | https://pornxp.com/videos/69501768 | 11147 - Arch Support |
| pornxp.com | Brazzers | https://pornxp.com/videos/69545300 | 3403588 - Forest Nymph-o-maniac |
| pornxp.com | Brazzers | https://pornxp.com/videos/69560660 | 2445622 - Sending Stepmom's Nudes |
| pornxp.com | Reality Kings | https://pornxp.com/videos/69568380 | 1900716 - The Naughty Librarian |
| pornxp.com | Brazzers | https://pornxp.com/videos/69601173 | 3314239 - Film Me  Follow Me  Fuck Me |
| pornxp.com | Reality Kings | https://pornxp.com/videos/69602659 | Look At Her Now |
| pornxp.com | Brazzers | https://pornxp.com/videos/69632289 | 2235530 - Beauty Blog Blowjob |
| pornxp.com | Reality Kings | https://pornxp.com/videos/69683759 | Put It In Her Ass Vol. 7 |
| pornxp.com | Brazzers | https://pornxp.com/videos/69829275 | 9761 - Hittin That |
| pornxp.com | Reality Kings | https://pornxp.com/videos/69866443 | 15259 - Ass Play |
| pornxp.com | Brazzers | https://pornxp.com/videos/69872722 | 3983221 - The Naked Wife |
| pornxp.com | Brazzers | https://pornxp.com/videos/69875913 | 2437982 - Hard At The Yard Sale |
| pornxp.com | Reality Kings | https://pornxp.com/videos/69888715 | 1831538 - Late Blooming Blonde Shauna |
| pornxp.com | Brazzers | https://pornxp.com/videos/69902892 | 10250 - Inspector Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/69914974 | 2357068 - A Big Load 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/69924522 | 3222231 - Domme Teacher |
| pornxp.com | Reality Kings | https://pornxp.com/videos/69960691 | 2913608 - The Taste Of Pussy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/69963415 | 2011502 - Interview With Cameron Minx |
| pornxp.com | Reality Kings | https://pornxp.com/videos/69985997 | 2011559 - Caught By My Stepsister |
| pornxp.com | Brazzers | https://pornxp.com/videos/70008622 | 6827 - Babysitter Bonage |
| pornxp.com | Reality Kings | https://pornxp.com/videos/70038425 | 2286934 - Twerk It |
| pornxp.com | Brazzers | https://pornxp.com/videos/70064316 | 10104 - Never Marry A Milf |
| pornxp.com | Reality Kings | https://pornxp.com/videos/70084705 | 2011498 - A Night With Charlotte And Kiara |
| pornxp.com | Brazzers | https://pornxp.com/videos/70091771 | 4418911 - Aubrey Spies On Horny Stepson |
| pornxp.com | Brazzers | https://pornxp.com/videos/70095663 | 2365606 - Sperm Donor Needed |
| pornxp.com | Brazzers | https://pornxp.com/videos/70129363 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/70156944 | 2461939 - Yoni Yogi |
| pornxp.com | Reality Kings | https://pornxp.com/videos/70159811 | 2662658 - X Ray Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/70163778 | Look At Her Now 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/70209984 | 3768297 - Go With The Flow |
| pornxp.com | Reality Kings | https://pornxp.com/videos/70213867 | 1977548 - Whats Not To Like |
| pornxp.com | Reality Kings | https://pornxp.com/videos/70245641 | Drilling Mommy 7 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/70270224 | 15161 - Rub Lick Suck |
| pornxp.com | Brazzers | https://pornxp.com/videos/70409025 | 10054 - With Nothing But My Heels On |
| pornxp.com | Brazzers | https://pornxp.com/videos/70414012 | 4419525 - Strap-On For Some Cheating: Part 1 |

EXHIBIT A

| pornxp.com | Brazzers | https://pornxp.com/videos/70470256 | 3917994 - Stone Cold Massage |
|---|---|---|---|
| pornxp.com | Reality Kings | https://pornxp.com/videos/70475102 | 2812383 - Jordi Gets Layton |
| pornxp.com | Brazzers | https://pornxp.com/videos/70549424 | 3222071 - The Ho In The Donut |
| pornxp.com | Brazzers | https://pornxp.com/videos/70588812 | 3954926 - Masseuse Rivalry |
| pornxp.com | Brazzers | https://pornxp.com/videos/70604405 | Brazzers: Double Feature |
| pornxp.com | Brazzers | https://pornxp.com/videos/70622502 | 3924284 - Day With A Pornstar: Alexis Fawx |
| pornxp.com | Reality Kings | https://pornxp.com/videos/70622705 | 1853777 - Truth Or Dare To Be Slutty |
| pornxp.com | Brazzers | https://pornxp.com/videos/70642696 | 11121 - Sampling Her Goods |
| pornxp.com | Reality Kings | https://pornxp.com/videos/70644806 | 2025182 - Coffee Shop Confrontation |
| pornxp.com | Reality Kings | https://pornxp.com/videos/70680518 | 1990595 - Dirty Little Step Mommy |
| pornxp.com | Brazzers | https://pornxp.com/videos/70691656 | 3423716 - Hooked On Her Booty |
| pornxp.com | Brazzers | https://pornxp.com/videos/70750892 | 4419345 - Gift That Keeps On Fucking |
| pornxp.com | Brazzers | https://pornxp.com/videos/70765527 | 10546 - What Do You Think You're Doing? |
| pornxp.com | Brazzers | https://pornxp.com/videos/70773692 | 3924829 - Welcum Home |
| pornxp.com | Brazzers | https://pornxp.com/videos/70799427 | 3917992 - It's Ergonomic! |
| pornxp.com | Brazzers | https://pornxp.com/videos/70818391 | 11042 - No Fucking Spoilers! |
| pornxp.com | Brazzers | https://pornxp.com/videos/70908183 | 3225794 - Love At First Swipe |
| pornxp.com | Brazzers | https://pornxp.com/videos/70923299 | 2573100 - Laying Pipe For A Pornstar |
| pornxp.com | Reality Kings | https://pornxp.com/videos/70964547 | 15243 - Spicy Chef |
| pornxp.com | Brazzers | https://pornxp.com/videos/70989618 | 3868903 - Asses In Pajamas |
| pornxp.com | Reality Kings | https://pornxp.com/videos/70992232 | 2991654 - Pussy Painting |
| pornxp.com | Reality Kings | https://pornxp.com/videos/71005683 | 7462 - What A Looker |
| pornxp.com | Reality Kings | https://pornxp.com/videos/71104664 | 2011530 - Sign Here |
| pornxp.com | Brazzers | https://pornxp.com/videos/71123637 | 10946 - Charming His Snake |
| pornxp.com | Brazzers | https://pornxp.com/videos/71162926 | 2819782 - Oil Up Ashly |
| pornxp.com | Brazzers | https://pornxp.com/videos/71182677 | 11011 - Catsuit Booty Bang |
| pornxp.com | Brazzers | https://pornxp.com/videos/71182809 | 2842462 - Personal Fine-Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/71196097 | 9688 - My Scissoring Stepmom |
| pornxp.com | Reality Kings | https://pornxp.com/videos/71197585 | Big Ass Brazilian Butts Vol. 23 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/71202858 | 2259520 - Nothing Butt Wet |
| pornxp.com | Brazzers | https://pornxp.com/videos/71228333 | 9501 - The Mommy Method |
| pornxp.com | Brazzers | https://pornxp.com/videos/71269249 | Sporty Sluts |
| pornxp.com | Reality Kings | https://pornxp.com/videos/71295825 | 2417939 - Fucking My Best Friend |
| pornxp.com | Reality Kings | https://pornxp.com/videos/71309134 | Teens Love Huge Cocks Vol. 29 |
| pornxp.com | Brazzers | https://pornxp.com/videos/71357330 | 3122569 - Juicy In Jeggings |
| pornxp.com | Reality Kings | https://pornxp.com/videos/71367307 | 2940341 - Titty Accuracy |
| pornxp.com | Brazzers | https://pornxp.com/videos/71396649 | 3868616 - The Malcontent Mistress: Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/71397493 | 8887 - But I'm Straight! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/71411290 | 1797509 - Sock My Puppet |
| pornxp.com | Brazzers | https://pornxp.com/videos/71471591 | 5686 - Dr. Frankencunt |
| pornxp.com | Brazzers | https://pornxp.com/videos/71525019 | 2416055 - Pot O' Dongs |
| pornxp.com | Brazzers | https://pornxp.com/videos/71552596 | 11056 - Thankful For Madison |
| pornxp.com | Reality Kings | https://pornxp.com/videos/71563109 | 2417945 - She Drives A Hard Bargain |
| pornxp.com | Brazzers | https://pornxp.com/videos/71567549 | 3031944 - Suck My Stockings |
| pornxp.com | Brazzers | https://pornxp.com/videos/71623559 | 2443194 - Getting Off On The Job |
| pornxp.com | Brazzers | https://pornxp.com/videos/71626858 | 607637 - Just One Clit Away |
| pornxp.com | Brazzers | https://pornxp.com/videos/71679818 | 10320 - My Husband Is Right Outside... |
| pornxp.com | Brazzers | https://pornxp.com/videos/71681429 | 2893240 - Hard & En Garde |
| pornxp.com | Brazzers | https://pornxp.com/videos/71721053 | 11109 - Wax On Wax Off |
| pornxp.com | Reality Kings | https://pornxp.com/videos/71766385 | Dare Dorm #29 |
| pornxp.com | Brazzers | https://pornxp.com/videos/71777639 | 3924025 - A Very Anal Maid |
| pornxp.com | Reality Kings | https://pornxp.com/videos/71808757 | 2011546 - Thick Euro Chicks |
| pornxp.com | Brazzers | https://pornxp.com/videos/71837056 | 8641 - Mrs. Ivory's First Anal! |
| pornxp.com | Brazzers | https://pornxp.com/videos/71857233 | 3359607 - Bitch Please |
| pornxp.com | Brazzers | https://pornxp.com/videos/71921423 | 11229 - Does This Make My Booty Look Big? |
| pornxp.com | Brazzers | https://pornxp.com/videos/71926116 | 9905 - Kayla Kayden estÁ¡ Empapada |
| pornxp.com | Reality Kings | https://pornxp.com/videos/72019137 | 2812363 - Working Out With The Foxx |
| pornxp.com | Reality Kings | https://pornxp.com/videos/72025548 | 2572042 - Party Girl Wants A Fucking Fiesta |
| pornxp.com | Brazzers | https://pornxp.com/videos/72058568 | 5471 - Leave It To Mom's Beaver |
| pornxp.com | Brazzers | https://pornxp.com/videos/72112389 | 5713 - Aletta's Anatomy |
| pornxp.com | Brazzers | https://pornxp.com/videos/72114557 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Reality Kings | https://pornxp.com/videos/72116148 | 1831634 - In The Garden Of Eden |
| pornxp.com | Brazzers | https://pornxp.com/videos/72166222 | 2847273 - Creampie Diaries: Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/72166878 | Nympho Nurses And Dirty Doctors 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/72175137 | 2417909 - Naughty Ms Yummy |
| pornxp.com | Brazzers | https://pornxp.com/videos/72302883 | Pornstars Like It Black 4 |

EXHIBIT A

| pornxp.com | Reality Kings | https://pornxp.com/videos/72333317 | 2417928 - Showing Her The Ropes |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/72338104 | 3010080 - MILF Wars |
| pornxp.com | Brazzers | https://pornxp.com/videos/72383745 | 9727 - BRAZZERS LIVE 21: NO HOLES BARRED |
| pornxp.com | Brazzers | https://pornxp.com/videos/72412582 | 3314242 - Giving Stepmom What She Wants |
| pornxp.com | Brazzers | https://pornxp.com/videos/72455762 | 10298 - Teacher Tease |
| pornxp.com | Brazzers | https://pornxp.com/videos/72465105 | 2417664 - Christening the Cougar |
| pornxp.com | Brazzers | https://pornxp.com/videos/72543937 | 2417718 - Porn Habits |
| pornxp.com | Brazzers | https://pornxp.com/videos/72558548 | 10843 - Return Of Ivy |
| pornxp.com | Brazzers | https://pornxp.com/videos/72566250 | 2461863 - Preppies In Pantyhose: Part 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/72696919 | 9500 - Nailin' The Mail Order Bride |
| pornxp.com | Brazzers | https://pornxp.com/videos/72727314 | 2906083 - An Alarming Affair |
| pornxp.com | Brazzers | https://pornxp.com/videos/72740612 | 9600 - Fucked In The Seat |
| pornxp.com | Brazzers | https://pornxp.com/videos/72743640 | 2676452 - A View of the English Cuntryside |
| pornxp.com | Reality Kings | https://pornxp.com/videos/72752000 | Hot Teen Next Door Vol. 13 |
| pornxp.com | Brazzers | https://pornxp.com/videos/72772643 | 11230 - Drilling My Sergeant |
| pornxp.com | Brazzers | https://pornxp.com/videos/72786486 | 2432382 - Double Timing Wife 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/72847575 | 3370335 - Hard Evidence |
| pornxp.com | Reality Kings | https://pornxp.com/videos/72870847 | 2812387 - Kendras Workout |
| pornxp.com | Reality Kings | https://pornxp.com/videos/72907873 | 2235577 - Your Daughter My Slut |
| pornxp.com | Brazzers | https://pornxp.com/videos/72918490 | 3308600 - Escape From Asscatraz |
| pornxp.com | Brazzers | https://pornxp.com/videos/72933875 | 9771 - The Submissive Sub |
| pornxp.com | Brazzers | https://pornxp.com/videos/72938481 | 5434 - Sexxlexia |
| pornxp.com | Brazzers | https://pornxp.com/videos/72940200 | 11050 - Porn Preference Test |
| pornxp.com | Brazzers | https://pornxp.com/videos/72959349 | 2413176 - Slippery Scissoring |
| pornxp.com | Reality Kings | https://pornxp.com/videos/72969113 | 2953402 - Classy As Fuck |
| pornxp.com | Brazzers | https://pornxp.com/videos/72975522 | 10724 - Summer Internship |
| pornxp.com | Brazzers | https://pornxp.com/videos/73055739 | 4418012 - My Three Wives: Remastered |
| pornxp.com | Brazzers | https://pornxp.com/videos/73105937 | 3877889 - Love Is Blindfolded |
| pornxp.com | Brazzers | https://pornxp.com/videos/73121601 | 2676460 - Sexpionage |
| pornxp.com | Reality Kings | https://pornxp.com/videos/73170007 | 14325 - Melanies Melons |
| pornxp.com | Brazzers | https://pornxp.com/videos/73181234 | 2947197 - Tantric Teachings |
| pornxp.com | Brazzers | https://pornxp.com/videos/73218246 | 3796557 - A Hot And Mean Proposition |
| pornxp.com | Brazzers | https://pornxp.com/videos/73221979 | 3876718 - Are You Getting Off? |
| pornxp.com | Brazzers | https://pornxp.com/videos/73236493 | 2437985 - Risque Roses |
| pornxp.com | Brazzers | https://pornxp.com/videos/73288217 | 3669824 - The Trip: Part 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/73307522 | 2812360 - Fucking Around Between Takes |
| pornxp.com | Reality Kings | https://pornxp.com/videos/73336664 | 2235544 - Good Clean Fun With Angella |
| pornxp.com | Reality Kings | https://pornxp.com/videos/73380454 | 1829812 - Haven Earns A Big Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/73510925 | 9624 - Unexpected Dinner Guest |
| pornxp.com | Brazzers | https://pornxp.com/videos/73531305 | 11144 - 7 Year Anal |
| pornxp.com | Brazzers | https://pornxp.com/videos/73550257 | 2347229 - Mommy's Little Helper |
| pornxp.com | Reality Kings | https://pornxp.com/videos/73561185 | 2468274 - Ready Player Cum Xxx Parody |
| pornxp.com | Brazzers | https://pornxp.com/videos/73575765 | 4418911 - Aubrey Spies On Horny Stepson |
| pornxp.com | Reality Kings | https://pornxp.com/videos/73591465 | 2286939 - Testing My Relationship Too |
| pornxp.com | Brazzers | https://pornxp.com/videos/73595005 | 2317139 - Fucking The First Timer |
| pornxp.com | Reality Kings | https://pornxp.com/videos/73663767 | 1968095 - Juicy Jayden |
| pornxp.com | Brazzers | https://pornxp.com/videos/73684896 | 2417828 - Oily Yoga |
| pornxp.com | Reality Kings | https://pornxp.com/videos/73692722 | 2893961 - Searching For A Selfie Slut |
| pornxp.com | Reality Kings | https://pornxp.com/videos/73706236 | 2940355 - Another Free Yoga Fuck |
| pornxp.com | Brazzers | https://pornxp.com/videos/73706917 | 3425264 - ASSMR |
| pornxp.com | Brazzers | https://pornxp.com/videos/73751235 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Reality Kings | https://pornxp.com/videos/73751240 | 2893981 - Public Meltdown |
| pornxp.com | Reality Kings | https://pornxp.com/videos/73766158 | Ebony Teens Love Huge Cocks |
| pornxp.com | Reality Kings | https://pornxp.com/videos/73925567 | 2635921 - Big Wet Bridal Butt |
| pornxp.com | Brazzers | https://pornxp.com/videos/73982048 | 3970599 - Price To Pay |
| pornxp.com | Brazzers | https://pornxp.com/videos/73989538 | 6342 - Braless & Lawless |
| pornxp.com | Brazzers | https://pornxp.com/videos/74034441 | 11157 - Divorce Will Set You Free |
| pornxp.com | Brazzers | https://pornxp.com/videos/74097338 | 3924030 - Fucking Fired |
| pornxp.com | Brazzers | https://pornxp.com/videos/74127753 | 6119 - Dirty Tart |
| pornxp.com | Reality Kings | https://pornxp.com/videos/74129255 | 2572051 - Table Dhoe |
| pornxp.com | Brazzers | https://pornxp.com/videos/74133612 | 3166613 - Wild Women at Work |
| pornxp.com | Brazzers | https://pornxp.com/videos/74183391 | 10195 - A Big Titted Bully |
| pornxp.com | Brazzers | https://pornxp.com/videos/74223013 | 2675835 - Dripping The Ball |
| pornxp.com | Brazzers | https://pornxp.com/videos/74246240 | Pornstars Like It Black 4 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/74293779 | 2286628 - Get Off Your Ass And Clean |
| pornxp.com | Brazzers | https://pornxp.com/videos/74317710 | 11085 - Stocks and Bonds-age |

| pornxp.com | Brazzers | https://pornxp.com/videos/74332552 | 9527 - The Oral Exam |
| pornxp.com | Brazzers | https://pornxp.com/videos/74346571 | 3010068 - Booty Hunt |
| pornxp.com | Brazzers | https://pornxp.com/videos/74361227 | 4419823 - Baby Nicols Gets Fucked In Bed |
| pornxp.com | Brazzers | https://pornxp.com/videos/74472866 | 5509 - The Novag Initiative |
| pornxp.com | Reality Kings | https://pornxp.com/videos/74500936 | 2286951 - Shopping With Bae |
| pornxp.com | Brazzers | https://pornxp.com/videos/74512246 | Brazzers Goes Black |
| pornxp.com | Brazzers | https://pornxp.com/videos/74525606 | 3438795 - Remote Controlled Boss |
| pornxp.com | Brazzers | https://pornxp.com/videos/74535669 | 6373 - Tatas Under Siege â€“ A XXX Parody |
| pornxp.com | Brazzers | https://pornxp.com/videos/74536649 | 3842267 - Snippity Snip |
| pornxp.com | Reality Kings | https://pornxp.com/videos/74563816 | 14956 - Trouble Makers |
| pornxp.com | Reality Kings | https://pornxp.com/videos/74618634 | Dare Dorm #30 |
| pornxp.com | Brazzers | https://pornxp.com/videos/74626518 | 11187 - Penetrating Pantyhose |
| pornxp.com | Brazzers | https://pornxp.com/videos/74708010 | 3923527 - Is That A Dick In Your Pocket? |
| pornxp.com | Brazzers | https://pornxp.com/videos/74715065 | 11028 - Cosplay With My Ass |
| pornxp.com | Reality Kings | https://pornxp.com/videos/74746466 | 2298180 - The New Years Club |
| pornxp.com | Brazzers | https://pornxp.com/videos/74762998 | 3110538 - HOE-tel |
| pornxp.com | Brazzers | https://pornxp.com/videos/74785419 | 10446 - Good Things Cum in Small and Big Packages |
| pornxp.com | Brazzers | https://pornxp.com/videos/74786096 | 3110906 - ZZ Improv: Sex  And... |
| pornxp.com | Reality Kings | https://pornxp.com/videos/74834574 | 1844663 - summer_of_sasha |
| pornxp.com | Reality Kings | https://pornxp.com/videos/74835485 | 2840434 - Secret Lesbian Pool Party |
| pornxp.com | Brazzers | https://pornxp.com/videos/74862440 | Dream Cum True 2  A |
| pornxp.com | Brazzers | https://pornxp.com/videos/74865042 | 9667 - The Intern's Turn |
| pornxp.com | Brazzers | https://pornxp.com/videos/75029241 | 3460159 - The Artist Is Fucking Present |
| pornxp.com | Brazzers | https://pornxp.com/videos/75056480 | 2426773 - A Package Deal |
| pornxp.com | Reality Kings | https://pornxp.com/videos/75068245 | Return of Captain Stabbin |
| pornxp.com | Brazzers | https://pornxp.com/videos/75079536 | 4419537 - Fucking The Bratty Roomie |
| pornxp.com | Brazzers | https://pornxp.com/videos/75134958 | 3291117 - The Dildo Prince |
| pornxp.com | Brazzers | https://pornxp.com/videos/75191470 | 6367 - Fucking To Avoid Being Fucked |
| pornxp.com | Brazzers | https://pornxp.com/videos/75202225 | 10225 - Clueless Cum Lessons |
| pornxp.com | Brazzers | https://pornxp.com/videos/75285834 | 4016124 - Valentine's Day Affair: Best Moments |
| pornxp.com | Reality Kings | https://pornxp.com/videos/75293255 | 2286612 - Sexy Secrets |
| pornxp.com | Reality Kings | https://pornxp.com/videos/75388417 | 3151715 - Cockring Toss |
| pornxp.com | Brazzers | https://pornxp.com/videos/75397791 | 2464667 - Winner's Casting Couch |
| pornxp.com | Reality Kings | https://pornxp.com/videos/75400547 | 2025197 - His Loss |
| pornxp.com | Reality Kings | https://pornxp.com/videos/75470849 | 2893950 - Tiny Teen Drools For Huge Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/75487688 | 3876010 - Crawling To Another Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/75507499 | 2638935 - 30 Minutes In Heaven |
| pornxp.com | Brazzers | https://pornxp.com/videos/75635357 | 2439763 - Buttsex Next To Bubby |
| pornxp.com | Brazzers | https://pornxp.com/videos/75713877 | 3797042 - Streetwalking Seduction |
| pornxp.com | Brazzers | https://pornxp.com/videos/75728589 | 3878687 - Amber In The Hills: Part 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/75755319 | 15069 - Bad Realtor |
| pornxp.com | Brazzers | https://pornxp.com/videos/75762786 | 1921813 - Laundromat Lust |
| pornxp.com | Reality Kings | https://pornxp.com/videos/75787440 | 2940353 - Get In Where You Fit In |
| pornxp.com | Brazzers | https://pornxp.com/videos/75798118 | 6128 - Suck For My Silence |
| pornxp.com | Brazzers | https://pornxp.com/videos/75805643 | 10071 - Let's Welcome The New Student |
| pornxp.com | Brazzers | https://pornxp.com/videos/75812392 | 4418046 - Seductress In Stockings |
| pornxp.com | Reality Kings | https://pornxp.com/videos/75819478 | 2974501 - Curious Kylie Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/75836104 | 2847274 - Forever Young |
| pornxp.com | Reality Kings | https://pornxp.com/videos/75843283 | 2991657 - Massaging Katana |
| pornxp.com | Brazzers | https://pornxp.com/videos/75857160 | 2847213 - Ready To Ride |
| pornxp.com | Reality Kings | https://pornxp.com/videos/75873636 | 1836807 - Shower Bang |
| pornxp.com | Brazzers | https://pornxp.com/videos/75882632 | 2439743 - Nailing Like It's On Sale |
| pornxp.com | Brazzers | https://pornxp.com/videos/75972758 | 2842865 - ZZ Marathon Of Hump |
| pornxp.com | Brazzers | https://pornxp.com/videos/75985689 | 10016 - Diamond Is Your Boss |
| pornxp.com | Reality Kings | https://pornxp.com/videos/75996209 | 2235535 - Behind The Threesome |
| pornxp.com | Brazzers | https://pornxp.com/videos/76031249 | 4213470 - Getting Joanna Out Of The Shower |
| pornxp.com | Reality Kings | https://pornxp.com/videos/76053136 | Teen Tryouts 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/76059982 | 2461947 - Getting Smashed |
| pornxp.com | Reality Kings | https://pornxp.com/videos/76102955 | My Tight Pussy Needs A Workout |
| pornxp.com | Brazzers | https://pornxp.com/videos/76147918 | 3226112 - Tarot Dick |
| pornxp.com | Reality Kings | https://pornxp.com/videos/76152755 | 2662625 - Celestia Vega Fucked On Stream |
| pornxp.com | Reality Kings | https://pornxp.com/videos/76175420 | Moms Bang Teens Vol. 35 |
| pornxp.com | Brazzers | https://pornxp.com/videos/76178669 | 9221 - Brandi Love's The Contractors |
| pornxp.com | Reality Kings | https://pornxp.com/videos/76228607 | 3258420 - Monday With Madison |
| pornxp.com | Brazzers | https://pornxp.com/videos/76259873 | 3924286 - Dommed By Her Dad's Girlfriend: Part 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/76340687 | 3122586 - Get Bent |

EXHIBIT A

| pornxp.com | Reality Kings | https://pornxp.com/videos/76348193 | Newbies Get Nailed 6 |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/76382193 | 3609636 - An Intense Affair |
| pornxp.com | Brazzers | https://pornxp.com/videos/76386024 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Reality Kings | https://pornxp.com/videos/76407864 | 1794316 - seriously_sexy |
| pornxp.com | Brazzers | https://pornxp.com/videos/76414453 | 4418850 - Steve Holmes Sneaks Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/76446627 | 10429 - Learning The Hard Way |
| pornxp.com | Brazzers | https://pornxp.com/videos/76466887 | 3170681 - Reflection Eternal |
| pornxp.com | Reality Kings | https://pornxp.com/videos/76470996 | 2860706 - Thick As Fuck |
| pornxp.com | Brazzers | https://pornxp.com/videos/76537849 | 5420 - The Customer Gets My Tits |
| pornxp.com | Brazzers | https://pornxp.com/videos/76553631 | 2432377 - My Blindfolded Stepmom |
| pornxp.com | Reality Kings | https://pornxp.com/videos/76586652 | 1812703 - Soccer Slut |
| pornxp.com | Reality Kings | https://pornxp.com/videos/76669068 | 1853772 - setting_a_sluttier_example |
| pornxp.com | Reality Kings | https://pornxp.com/videos/76746943 | 15229 - The Hook Up |
| pornxp.com | Reality Kings | https://pornxp.com/videos/76784682 | 14393 - Love Match |
| pornxp.com | Brazzers | https://pornxp.com/videos/76785660 | 3791940 - Load Size: Jordi's Max |
| pornxp.com | Brazzers | https://pornxp.com/videos/76814068 | 9782 - Game  Set  Match Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/76818333 | 11071 - Sister Swap: Part 1 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/76833289 | Mommy Loves The D Vol. 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/76840725 | 5419 - Sexy Doctor Fucks Patient |
| pornxp.com | Brazzers | https://pornxp.com/videos/76850297 | 3359605 - Bringing Home the Brat |
| pornxp.com | Brazzers | https://pornxp.com/videos/76916731 | 3225586 - Creative Juices |
| pornxp.com | Brazzers | https://pornxp.com/videos/76921241 | 2569914 - Something Borrowed Something Blew |
| pornxp.com | Brazzers | https://pornxp.com/videos/76921848 | 2672990 - Spilt Milk |
| pornxp.com | Reality Kings | https://pornxp.com/videos/77026228 | 2286950 - Stepsister Succubus |
| pornxp.com | Brazzers | https://pornxp.com/videos/77086825 | 6576 - Caged Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/77087864 | 2945974 - Water Balloon Charity Fuck |
| pornxp.com | Brazzers | https://pornxp.com/videos/77109410 | 3330594 - The Getaway: Part 1 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/77165238 | 8482 - Double Dip |
| pornxp.com | Reality Kings | https://pornxp.com/videos/77213033 | 14416 - Wet Kisses |
| pornxp.com | Reality Kings | https://pornxp.com/videos/77218098 | 1797852 - fast_ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/77225769 | Brazzers Goes Black |
| pornxp.com | Brazzers | https://pornxp.com/videos/77228459 | 10324 - While My Husband Was Dozing |
| pornxp.com | Brazzers | https://pornxp.com/videos/77235799 | 10903 - Sister Doesn't Mind Sharing |
| pornxp.com | Brazzers | https://pornxp.com/videos/77264603 | 3330890 - Hungry For Spring Breakers: Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/77321392 | 2940347 - Shopping Spree Hoesiery |
| pornxp.com | Reality Kings | https://pornxp.com/videos/77324463 | 8452 - Blazing Beauty |
| pornxp.com | Brazzers | https://pornxp.com/videos/77334354 | 2440435 - Boning Her Bodyguard |
| pornxp.com | Reality Kings | https://pornxp.com/videos/77352904 | 2025161 - In The Garden Of The Milf |
| pornxp.com | Brazzers | https://pornxp.com/videos/77364540 | 4419189 - Cheating Whore |
| pornxp.com | Brazzers | https://pornxp.com/videos/77393106 | 3402002 - Medical Sexthics |
| pornxp.com | Brazzers | https://pornxp.com/videos/77402160 | 10193 - He Says  She Fucks |
| pornxp.com | Brazzers | https://pornxp.com/videos/77428072 | 3226128 - Fall Upon A Big Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/77430922 | 3459003 - It's Not All About Beauty |
| pornxp.com | Brazzers | https://pornxp.com/videos/77440126 | 2432353 - Sneaky Mom 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/77441598 | 2812361 - Luna Gets The D |
| pornxp.com | Brazzers | https://pornxp.com/videos/77463761 | 3010078 - I Quit  Who's Cumming With Me? |
| pornxp.com | Brazzers | https://pornxp.com/videos/77474458 | 4213470 - Getting Joanna Out Of The Shower |
| pornxp.com | Brazzers | https://pornxp.com/videos/77498548 | 3830498 - Jess Screams Yes For The Dress |
| pornxp.com | Reality Kings | https://pornxp.com/videos/77518833 | 2662596 - Enjoying Esperanza |
| pornxp.com | Brazzers | https://pornxp.com/videos/77519630 | 10553 - Massaging Mrs. Moore |
| pornxp.com | Brazzers | https://pornxp.com/videos/77528259 | 2892895 - Busting A Nut In The Bride |
| pornxp.com | Reality Kings | https://pornxp.com/videos/77651867 | 3128083 - Another Study Break |
| pornxp.com | Brazzers | https://pornxp.com/videos/77659146 | 3868605 - Sex With The Therapist |
| pornxp.com | Brazzers | https://pornxp.com/videos/77715848 | 2572050 - Rich Bitch |
| pornxp.com | Brazzers | https://pornxp.com/videos/77731352 | 9598 - Massaging Peta |
| pornxp.com | Reality Kings | https://pornxp.com/videos/77734475 | 1835862 - Wild Car Wash |
| pornxp.com | Brazzers | https://pornxp.com/videos/77785210 | 6189 - Fraternizing with the Enemy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/77874624 | 2940194 - Sparkly Clean |
| pornxp.com | Reality Kings | https://pornxp.com/videos/77894996 | 2417951 - Shower Intruder |
| pornxp.com | Brazzers | https://pornxp.com/videos/77896645 | 2432368 - Her Daughter's Best Friend 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/77909668 | 3960039 - Hopping On A Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/77915306 | 3222223 - Deep Stretching |
| pornxp.com | Reality Kings | https://pornxp.com/videos/77931402 | 1944893 - Mias Moment |
| pornxp.com | Brazzers | https://pornxp.com/videos/77932342 | 3330596 - The Getaway: Part 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/77936504 | 2867494 - Karmen's Casual Friday |
| pornxp.com | Reality Kings | https://pornxp.com/videos/77938415 | 15019 - Thick Blondie |

| pornxp.com | Reality Kings | https://pornxp.com/videos/77939100 | 9264 - Tons Of Tush |
| pornxp.com | Brazzers | https://pornxp.com/videos/77949695 | 3796508 - The Dommes Next Door: Double Dommed |
| pornxp.com | Brazzers | https://pornxp.com/videos/77959903 | 3125785 - Breaking And Entering This Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/77968552 | 4209377 - Vina's Gaping Workout |
| pornxp.com | Brazzers | https://pornxp.com/videos/77986383 | 11082 - The Magician's Ass-istant |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78016295 | 2893954 - Flexible Cammer Craves Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/78034021 | 3451942 - Coach Martinez |
| pornxp.com | Brazzers | https://pornxp.com/videos/78095732 | 3723113 - Day With A Pornstar: Nicolette Shea |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78125040 | 2235556 - Sex Doll |
| pornxp.com | Brazzers | https://pornxp.com/videos/78155294 | 3594607 - Caught Up In Abella |
| pornxp.com | Brazzers | https://pornxp.com/videos/78175687 | 3877868 - Ramming The Raver |
| pornxp.com | Brazzers | https://pornxp.com/videos/78235621 | 9724 - BRAZZERS LIVE 19: SLUTS OF ANARCHY |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78242095 | 3424596 - French Lessons |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78249909 | Newbies Get Nailed 6 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78279695 | Look At Her Now |
| pornxp.com | Brazzers | https://pornxp.com/videos/78289469 | 10368 - Anal Xmas |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78314065 | 2410001 - Milfs Grab Back |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78355951 | 2286642 - Sex Shop Hop |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78398287 | 1843838 - girlfriends_just_wanna_have_fun |
| pornxp.com | Brazzers | https://pornxp.com/videos/78404022 | 10813 - Double Occupancy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78404102 | My Tight Pussy Needs A Workout |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78415470 | 2235538 - Small Town Tush |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78452785 | 1998159 - Emily Takes It |
| pornxp.com | Brazzers | https://pornxp.com/videos/78465001 | 10117 - Hot  Hot  Heatwave |
| pornxp.com | Brazzers | https://pornxp.com/videos/78468362 | 10661 - The Whore Who Needed More |
| pornxp.com | Brazzers | https://pornxp.com/videos/78476981 | 4419032 - Stepmom Lacey's Helping Hand |
| pornxp.com | Brazzers | https://pornxp.com/videos/78483613 | 5339 - Showin' Skin to Mr. Sins |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78505435 | 14617 - I Lick You Stick |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78552244 | 2011526 - Kali Wants His Attention |
| pornxp.com | Brazzers | https://pornxp.com/videos/78579523 | 10241 - Kendra's Thanksgiving Stuffing |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78591952 | 2662657 - Canadanal Day |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78605409 | Hard At Work Vol. 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/78616285 | 2842847 - Rent-A-Pornstar: The Lonely Bachelor |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78617116 | 2025188 - Stepsister Swap |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78652309 | 14139 - Sexy Spreads |
| pornxp.com | Brazzers | https://pornxp.com/videos/78653346 | Brazzers Goes Black 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78678737 | 1853752 - all  aboard |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78771690 | 3130980 - Elsa Likes Them Older |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78778357 | 3128100 - Lelas Panty Thief |
| pornxp.com | Brazzers | https://pornxp.com/videos/78781091 | 3832324 - Where's Your Ring? Part 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78781663 | 3222207 - High Scoring Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/78785345 | Lil Humpers 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/78786497 | 3166550 - Titillating Treachery |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78810505 | 2025175 - Moving Day |
| pornxp.com | Brazzers | https://pornxp.com/videos/78814393 | 10313 - Tight And Tanned: Part 1 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78836367 | 14389 - bikini_body |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78841980 | 14645 - Dick For Two |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78876006 | 2856430 - Naturally Submissive Latina |
| pornxp.com | Brazzers | https://pornxp.com/videos/78888008 | 3924187 - Cooldown Dicking |
| pornxp.com | Brazzers | https://pornxp.com/videos/78928270 | 3463707 - No Splashing! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78955355 | 3348904 - Curious About Cock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78980858 | 2286964 - Follow Me |
| pornxp.com | Reality Kings | https://pornxp.com/videos/78984918 | 1835857 - Long Distance Fucking Relationship |
| pornxp.com | Brazzers | https://pornxp.com/videos/79011222 | 3222068 - Cock Blocked By Mom |
| pornxp.com | Reality Kings | https://pornxp.com/videos/79035621 | 7384 - Super Suds |
| pornxp.com | Brazzers | https://pornxp.com/videos/79043699 | 9498 - How To Fuck At The Office |
| pornxp.com | Reality Kings | https://pornxp.com/videos/79103284 | Smashing Teen Pussy #6 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/79113756 | Put It In Her Ass Vol. 7 |
| pornxp.com | Brazzers | https://pornxp.com/videos/79137224 | 4419521 - Spy Gets Sneaky Ride |
| pornxp.com | Brazzers | https://pornxp.com/videos/79139453 | 10431 - Bake Sale Bang |
| pornxp.com | Brazzers | https://pornxp.com/videos/79150883 | 4419334 - Advanced Anal Stretching Yoga |
| pornxp.com | Brazzers | https://pornxp.com/videos/79157265 | 2909226 - Ass-surance |
| pornxp.com | Brazzers | https://pornxp.com/videos/79202911 | Let's Play Doctor Vol. 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/79212087 | 4420191 - Nurse's Threesome Cures All |
| pornxp.com | Brazzers | https://pornxp.com/videos/79224895 | 10286 - Pervert In The Park |
| pornxp.com | Reality Kings | https://pornxp.com/videos/79230940 | Ebony Teens Love Huge Cocks |

| pornxp.com | Reality Kings | https://pornxp.com/videos/79288549 | 1968132 - Sucked By A Skater Slut |
| pornxp.com | Brazzers | https://pornxp.com/videos/79349087 | 9466 - The Other Way Around |
| pornxp.com | Brazzers | https://pornxp.com/videos/79350864 | 4418911 - Aubrey Spies On Horny Stepson |
| pornxp.com | Brazzers | https://pornxp.com/videos/79353361 | 2874520 - Pornsity |
| pornxp.com | Brazzers | https://pornxp.com/videos/79449153 | 6029 - Porno Theater Ho |
| pornxp.com | Brazzers | https://pornxp.com/videos/79488073 | 10729 - Squirt Fight |
| pornxp.com | Brazzers | https://pornxp.com/videos/79500567 | 2676480 - Abstract Sexpressionism |
| pornxp.com | Reality Kings | https://pornxp.com/videos/79511580 | 3348869 - Huff Puff And Blow |
| pornxp.com | Brazzers | https://pornxp.com/videos/79570628 | 4420228 - Is That Exercise Ball Stuck Up Your Ass? |
| pornxp.com | Brazzers | https://pornxp.com/videos/79572057 | 3768300 - Turning Party Tricks |
| pornxp.com | Brazzers | https://pornxp.com/videos/79600412 | 2635917 - Sneaking Around With Her BFF's Son |
| pornxp.com | Brazzers | https://pornxp.com/videos/79648243 | 10703 - Perfect Strangers |
| pornxp.com | Brazzers | https://pornxp.com/videos/79700617 | 10535 - Secret Sauna Sex |
| pornxp.com | Reality Kings | https://pornxp.com/videos/79701049 | 2235536 - My Cheating Wife Rossella |
| pornxp.com | Brazzers | https://pornxp.com/videos/79728497 | 3043516 - Stood Up  Dicked Down |
| pornxp.com | Brazzers | https://pornxp.com/videos/79754879 | 9278 - Anything He Desires |
| pornxp.com | Reality Kings | https://pornxp.com/videos/79771903 | 3331545 - Get Caught In Her Net |
| pornxp.com | Brazzers | https://pornxp.com/videos/79781425 | 2819651 - Nurse Olivia |
| pornxp.com | Brazzers | https://pornxp.com/videos/79817918 | 3363983 - Fuck The Dean! |
| pornxp.com | Brazzers | https://pornxp.com/videos/79818346 | 10749 - Slip And Slide 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/79841485 | 3313997 - Inherit This! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/79864734 | 2812379 - Mechanic Appreciation |
| pornxp.com | Brazzers | https://pornxp.com/videos/79890465 | 6627 - The Joy Of Body Painting |
| pornxp.com | Brazzers | https://pornxp.com/videos/79934432 | 4418540 - Unhappily Married And Horny |
| pornxp.com | Reality Kings | https://pornxp.com/videos/79962517 | 2940185 - Pornographic Pilates |
| pornxp.com | Brazzers | https://pornxp.com/videos/79991257 | 3031945 - The Replacement 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/79992883 | 2639148 - The Shoplicker |
| pornxp.com | Brazzers | https://pornxp.com/videos/80018048 | 3983608 - So Fresh & So Clean |
| pornxp.com | Brazzers | https://pornxp.com/videos/80084865 | 11112 - Office 4-Play: Christmas Bonuses |
| pornxp.com | Brazzers | https://pornxp.com/videos/80086975 | 7064 - ZZ: The Last Man of the Acockalypse |
| pornxp.com | Reality Kings | https://pornxp.com/videos/80122576 | Monster Curves Vol. 34 |
| pornxp.com | Brazzers | https://pornxp.com/videos/80139623 | 9685 - Tease And Stimulate |
| pornxp.com | Brazzers | https://pornxp.com/videos/80146560 | 10817 - Rub-And-Tug-Tub |
| pornxp.com | Reality Kings | https://pornxp.com/videos/80156761 | 14448 - Do It For Dollars |
| pornxp.com | Brazzers | https://pornxp.com/videos/80179349 | 2469555 - Feelin' Myself |
| pornxp.com | Reality Kings | https://pornxp.com/videos/80204933 | 2662614 - Perfectly Busty In Pink |
| pornxp.com | Brazzers | https://pornxp.com/videos/80205602 | 3876771 - The Maid Cums Clean |
| pornxp.com | Brazzers | https://pornxp.com/videos/80276545 | 10480 - Power Bangers: A XXX Parody Part 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/80294042 | 1797509 - Sock My Puppet |
| pornxp.com | Brazzers | https://pornxp.com/videos/80298372 | 5551 - 1  2  3  Baby Cum On Me |
| pornxp.com | Brazzers | https://pornxp.com/videos/80323933 | Nympho Nurses And Dirty Doctors 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/80358583 | 2652842 - Exercise Balling |
| pornxp.com | Brazzers | https://pornxp.com/videos/80360280 | 9640 - Cumming In |
| pornxp.com | Reality Kings | https://pornxp.com/videos/80372111 | 2662618 - Three Player Game |
| pornxp.com | Brazzers | https://pornxp.com/videos/80398169 | 9839 - Mis Dos Esposas |
| pornxp.com | Reality Kings | https://pornxp.com/videos/80515312 | 15218 - Topless Tutor |
| pornxp.com | Reality Kings | https://pornxp.com/videos/80538290 | 3258421 - Stealing Her Phone Again |
| pornxp.com | Brazzers | https://pornxp.com/videos/80541773 | 2432374 - Our Valedick-torian |
| pornxp.com | Brazzers | https://pornxp.com/videos/80545326 | 2991868 - Glam Jad Nail |
| pornxp.com | Brazzers | https://pornxp.com/videos/80646929 | 4419539 - Cooling Down With Squirting And Anal |
| pornxp.com | Reality Kings | https://pornxp.com/videos/80692089 | 15249 - dick_devour |
| pornxp.com | Reality Kings | https://pornxp.com/videos/80693704 | 2433793 - Spring Break House Party 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/80714713 | Dare Dorm #15 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/80717911 | Monster Curves Vol. 34 |
| pornxp.com | Brazzers | https://pornxp.com/videos/80719591 | 10406 - The Dinner Party |
| pornxp.com | Brazzers | https://pornxp.com/videos/80738294 | 3226118 - Scrubbing His Stress Away |
| pornxp.com | Brazzers | https://pornxp.com/videos/80746255 | 3983701 - The More The Merrier |
| pornxp.com | Reality Kings | https://pornxp.com/videos/80764530 | 14658 - The Switch |
| pornxp.com | Reality Kings | https://pornxp.com/videos/80794760 | 3222210 - Teen Two For One |
| pornxp.com | Brazzers | https://pornxp.com/videos/80816127 | 10497 - Mama's Car Wash |
| pornxp.com | Reality Kings | https://pornxp.com/videos/80841075 | 15366 - Amazing Paola |
| pornxp.com | Reality Kings | https://pornxp.com/videos/80936817 | 1847614 - Ms Fox Busts The Teens |
| pornxp.com | Brazzers | https://pornxp.com/videos/80953675 | 3408405 - Day With A Pornstar: Abella Danger |
| pornxp.com | Brazzers | https://pornxp.com/videos/81004809 | 10501 - Fucking the Family Friend |
| pornxp.com | Brazzers | https://pornxp.com/videos/81067730 | 2437501 - Bucked and Fucked |
| pornxp.com | Brazzers | https://pornxp.com/videos/81080530 | Slippery When Wet 4 |

EXHIBIT A

| pornxp.com | Brazzers | https://pornxp.com/videos/81119362 | 3929043 - The Annoying Little Sister |
|---|---|---|---|
| pornxp.com | Reality Kings | https://pornxp.com/videos/81128559 | 2286600 - Titties And Trickshots |
| pornxp.com | Brazzers | https://pornxp.com/videos/81133590 | 2464976 - Night Caps |
| pornxp.com | Reality Kings | https://pornxp.com/videos/81159471 | Monster Curves Vol. 37 |
| pornxp.com | Brazzers | https://pornxp.com/videos/81230404 | 9573 - You Wed Her I'll Bed Her |
| pornxp.com | Brazzers | https://pornxp.com/videos/81242790 | 10659 - Dirty Laundry  Dirtier MILF |
| pornxp.com | Brazzers | https://pornxp.com/videos/81252200 | 10352 - Latex Lust |
| pornxp.com | Reality Kings | https://pornxp.com/videos/81302287 | 1799462 - red_roses_pink_pussies |
| pornxp.com | Brazzers | https://pornxp.com/videos/81310257 | 2893315 - Assage: The Lela Star Method |
| pornxp.com | Reality Kings | https://pornxp.com/videos/81331072 | We Live Together Season 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/81332092 | 3768243 - Nicolette Shea's First Anal |
| pornxp.com | Reality Kings | https://pornxp.com/videos/81395415 | 2572082 - Miami Car Wash |
| pornxp.com | Brazzers | https://pornxp.com/videos/81409450 | 10419 - Anal Time For My Valentine |
| pornxp.com | Brazzers | https://pornxp.com/videos/81437835 | 3043506 - My Not So Prude Best Friend Part 1 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/81455269 | 1797509 - Sock My Puppet |
| pornxp.com | Brazzers | https://pornxp.com/videos/81464788 | 4419891 - Big Tits Shower Surprise |
| pornxp.com | Brazzers | https://pornxp.com/videos/81509474 | 11175 - Cleaning Up His Mess |
| pornxp.com | Reality Kings | https://pornxp.com/videos/81580754 | 2286909 - Double Booked |
| pornxp.com | Brazzers | https://pornxp.com/videos/81606687 | 2959724 - Painting Her Face |
| pornxp.com | Brazzers | https://pornxp.com/videos/81654530 | 4074483 - Molly's Making Breakfast |
| pornxp.com | Brazzers | https://pornxp.com/videos/81677859 | 3795713 - Destination Pleasure |
| pornxp.com | Brazzers | https://pornxp.com/videos/81700238 | 2469460 - Bangin Like Bunnies |
| pornxp.com | Brazzers | https://pornxp.com/videos/81717403 | 11007 - Extra Credit |
| pornxp.com | Brazzers | https://pornxp.com/videos/81764624 | 5422 - I Teach How To Fuck |
| pornxp.com | Reality Kings | https://pornxp.com/videos/81819121 | 2433794 - Spring Break Beach House Party 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/81839285 | 9287 - Deez Tits For President |
| pornxp.com | Brazzers | https://pornxp.com/videos/81932665 | 3110592 - They Feel Real To Me |
| pornxp.com | Brazzers | https://pornxp.com/videos/81946939 | 3443293 - She's Not What She Seems: Part 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/81950654 | 11076 - Babysitter Got Boobs |
| pornxp.com | Brazzers | https://pornxp.com/videos/82060935 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/82179180 | 2461937 - Sacrifice My Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/82245083 | 2572029 - Mail Order Dominatrix |
| pornxp.com | Brazzers | https://pornxp.com/videos/82282538 | 8421 - American Whore Story Part Five |
| pornxp.com | Brazzers | https://pornxp.com/videos/82298836 | 6421 - Marital Demise |
| pornxp.com | Brazzers | https://pornxp.com/videos/82300215 | 2892873 - Cult Asspiration |
| pornxp.com | Reality Kings | https://pornxp.com/videos/82305415 | 2893982 - Zoe Too Tight For Scene |
| pornxp.com | Brazzers | https://pornxp.com/videos/82311584 | 2417647 - Car Tips |
| pornxp.com | Brazzers | https://pornxp.com/videos/82354078 | 3362795 - Anal Sex Saves Lives |
| pornxp.com | Brazzers | https://pornxp.com/videos/82433191 | 2430156 - Stage Stepmom |
| pornxp.com | Brazzers | https://pornxp.com/videos/82442166 | 2863128 - Pounding Her Pantyhose |
| pornxp.com | Reality Kings | https://pornxp.com/videos/82534200 | 2572110 - Big Tits Skinny Dip |
| pornxp.com | Reality Kings | https://pornxp.com/videos/82536973 | 3452948 - Disc Golf Dick |
| pornxp.com | Reality Kings | https://pornxp.com/videos/82550765 | 2025193 - My Stepbrother The Perv |
| pornxp.com | Reality Kings | https://pornxp.com/videos/82577361 | 10862 - Hot And Steamy |
| pornxp.com | Brazzers | https://pornxp.com/videos/82616191 | 2672966 - Riley's Private Show |
| pornxp.com | Brazzers | https://pornxp.com/videos/82658646 | 4417988 - Caught Voyeur Domination |
| pornxp.com | Reality Kings | https://pornxp.com/videos/82674253 | 3462848 - Laying Teen Cable |
| pornxp.com | Brazzers | https://pornxp.com/videos/82685238 | 10507 - Hamilton: A XXX Parody |
| pornxp.com | Brazzers | https://pornxp.com/videos/82690763 | 10675 - My Boyfriend Or His Brother? |
| pornxp.com | Brazzers | https://pornxp.com/videos/82779519 | 3291101 - Butt Dialing Babe |
| pornxp.com | Brazzers | https://pornxp.com/videos/82783018 | 3314363 - A Dose of Dirty Discipline |
| pornxp.com | Brazzers | https://pornxp.com/videos/82786921 | 10302 - The Big Butt Ballet |
| pornxp.com | Brazzers | https://pornxp.com/videos/82881953 | 11203 - Cockervention |
| pornxp.com | Brazzers | https://pornxp.com/videos/82890320 | 2683969 - Brazzers House 3: Episode 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/82896315 | 3921656 - Used |
| pornxp.com | Reality Kings | https://pornxp.com/videos/82900052 | 2940363 - Shy Maids |
| pornxp.com | Reality Kings | https://pornxp.com/videos/82906467 | 2368535 - Big Boob Problems |
| pornxp.com | Brazzers | https://pornxp.com/videos/82937554 | 3983729 - Escandalo! 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/83004071 | Dirty DP Desires |
| pornxp.com | Brazzers | https://pornxp.com/videos/83010659 | 3796234 - I'll Show You How It's Done |
| pornxp.com | Brazzers | https://pornxp.com/videos/83030218 | 3043523 - Banging Her Brother-In-Law |
| pornxp.com | Brazzers | https://pornxp.com/videos/83080279 | 10892 - MILF Surprise |
| pornxp.com | Brazzers | https://pornxp.com/videos/83184416 | 2652842 - Exercise Balling |
| pornxp.com | Brazzers | https://pornxp.com/videos/83190473 | 5297 - One Last Fuck |
| pornxp.com | Brazzers | https://pornxp.com/videos/83199858 | 2947190 - Let's Talk About Sex |
| pornxp.com | Brazzers | https://pornxp.com/videos/83200253 | 6403 - She Loves the WEINERschnitzel |

| | | | |
|---|---|---|---|
| pornxp.com | Reality Kings | https://pornxp.com/videos/83213914 | 2893993 - Three Way Ask Me Anything |
| pornxp.com | Brazzers | https://pornxp.com/videos/83239259 | 11069 - What Ms. Koxxx Wants |
| pornxp.com | Brazzers | https://pornxp.com/videos/83364601 | 2867498 - Working Out The Kinks |
| pornxp.com | Brazzers | https://pornxp.com/videos/83379663 | Pornstars Like It Black 4 |
| pornxp.com | Brazzers | https://pornxp.com/videos/83391996 | Nympho Nurses and Dirty Doctors |
| pornxp.com | Reality Kings | https://pornxp.com/videos/83393999 | 14762 - Dick Rider |
| pornxp.com | Brazzers | https://pornxp.com/videos/83398472 | 2433507 - Here For Oral Support |
| pornxp.com | Brazzers | https://pornxp.com/videos/83483688 | 6754 - My Mom  The Hooker |
| pornxp.com | Brazzers | https://pornxp.com/videos/83487567 | 10797 - Brazzers House 2: Day 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/83501392 | 2991666 - Kitchen Cockfidential |
| pornxp.com | Reality Kings | https://pornxp.com/videos/83510376 | Teen Tryouts 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/83510748 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/83536542 | 9559 - Anal on Easter |
| pornxp.com | Brazzers | https://pornxp.com/videos/83546576 | 4419596 - Amber and Mystique Show Off Their Big Tits |
| pornxp.com | Brazzers | https://pornxp.com/videos/83548638 | 3402877 - Ladies' NIght |
| pornxp.com | Brazzers | https://pornxp.com/videos/83565282 | 2439713 - Greedy Grind |
| pornxp.com | Reality Kings | https://pornxp.com/videos/83596616 | 2286911 - Naughty Nova |
| pornxp.com | Reality Kings | https://pornxp.com/videos/83598778 | 14389 - bikini  body |
| pornxp.com | Brazzers | https://pornxp.com/videos/83607335 | Dream Cum True 2  A |
| pornxp.com | Reality Kings | https://pornxp.com/videos/83618681 | 1858113 - Getting Dirty With Ms Croft |
| pornxp.com | Reality Kings | https://pornxp.com/videos/83745824 | 1998324 - Good Labor |
| pornxp.com | Reality Kings | https://pornxp.com/videos/83768109 | 3334685 - Jumping For Jizz |
| pornxp.com | Reality Kings | https://pornxp.com/videos/83790380 | 2940360 - insta Questions |
| pornxp.com | Reality Kings | https://pornxp.com/videos/83797627 | 2286927 - Panty Sniffing Stepdaughter |
| pornxp.com | Brazzers | https://pornxp.com/videos/83813063 | 2572139 - Ladies In Leather |
| pornxp.com | Reality Kings | https://pornxp.com/videos/83815169 | 2893990 - Testing Out The Skills |
| pornxp.com | Brazzers | https://pornxp.com/videos/83820125 | 2356946 - Prude And Prejudice |
| pornxp.com | Brazzers | https://pornxp.com/videos/83913221 | 9450 - Get The Picture? |
| pornxp.com | Reality Kings | https://pornxp.com/videos/83934852 | Hard At Work Vol. 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/83985909 | 3042376 - Nailed In Nylons |
| pornxp.com | Brazzers | https://pornxp.com/videos/83998943 | 2573093 - Checking Into Athena |
| pornxp.com | Brazzers | https://pornxp.com/videos/84030371 | She'll Steele Your Heart |
| pornxp.com | Brazzers | https://pornxp.com/videos/84063786 | 2347999 - Nothing Like A Mother's Love |
| pornxp.com | Reality Kings | https://pornxp.com/videos/84073642 | Big Ass Brazilian Butts Vol. 23 |
| pornxp.com | Brazzers | https://pornxp.com/videos/84172629 | 3791943 - Nip Slip-Up |
| pornxp.com | Reality Kings | https://pornxp.com/videos/84259739 | My Tight Pussy Needs A Workout |
| pornxp.com | Brazzers | https://pornxp.com/videos/84283656 | Brazzers Goes Black |
| pornxp.com | Brazzers | https://pornxp.com/videos/84295090 | 2672989 - Catty Co-Stars |
| pornxp.com | Brazzers | https://pornxp.com/videos/84305277 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Reality Kings | https://pornxp.com/videos/84315921 | Mommy Loves The D Vol. 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/84385515 | 2461984 - Dream Analysis |
| pornxp.com | Reality Kings | https://pornxp.com/videos/84396905 | 2417984 - Creeping In For Rent |
| pornxp.com | Brazzers | https://pornxp.com/videos/84397094 | 7020 - Ho Hardware |
| pornxp.com | Reality Kings | https://pornxp.com/videos/84443743 | 2286913 - Tempting Tiffany |
| pornxp.com | Brazzers | https://pornxp.com/videos/84493270 | 2957343 - Prized Posessions |
| pornxp.com | Brazzers | https://pornxp.com/videos/84572990 | 3110907 - Scavenger Hump |
| pornxp.com | Reality Kings | https://pornxp.com/videos/84575954 | 1968120 - Slop Top |
| pornxp.com | Brazzers | https://pornxp.com/videos/84590677 | 10326 - Power Rack: A XXX Parody |
| pornxp.com | Brazzers | https://pornxp.com/videos/84608761 | 3796229 - An Eyeful Of Emma |
| pornxp.com | Brazzers | https://pornxp.com/videos/84613841 | 3425290 - Slutty Surveillance |
| pornxp.com | Reality Kings | https://pornxp.com/videos/84615804 | 15349 - Double Treat |
| pornxp.com | Brazzers | https://pornxp.com/videos/84617267 | 3291099 - Won't You Fuck My Husband? |
| pornxp.com | Reality Kings | https://pornxp.com/videos/84639635 | Drilling Mommy 8 |
| pornxp.com | Brazzers | https://pornxp.com/videos/84701010 | 2971106 - Head To Toe |
| pornxp.com | Reality Kings | https://pornxp.com/videos/84729466 | 1827019 - hard  bargain |
| pornxp.com | Reality Kings | https://pornxp.com/videos/84737696 | 2637673 - Gorgeous Gianna Dior |
| pornxp.com | Brazzers | https://pornxp.com/videos/84791353 | 2945964 - We Need Cum  Stat! |
| pornxp.com | Brazzers | https://pornxp.com/videos/84799788 | 9417 - The Ole Switcheroo |
| pornxp.com | Brazzers | https://pornxp.com/videos/84817655 | 2423497 - I'll Take It Thick & Creamy |
| pornxp.com | Brazzers | https://pornxp.com/videos/84843547 | 1804250 - movie  night  done  right |
| pornxp.com | Reality Kings | https://pornxp.com/videos/84854390 | 15028 - Tickled Pink |
| pornxp.com | Brazzers | https://pornxp.com/videos/84859479 | 10463 - The Loophole |
| pornxp.com | Reality Kings | https://pornxp.com/videos/84864973 | 2025191 - Checkmating With Kali Roses |
| pornxp.com | Reality Kings | https://pornxp.com/videos/84891618 | 2662620 - Pounding Mandys Mound |
| pornxp.com | Reality Kings | https://pornxp.com/videos/84918357 | 2286923 - Elevator Creeping |
| pornxp.com | Brazzers | https://pornxp.com/videos/84964398 | 3313985 - Workout Her Ass |

| | | | |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/84973321 | 10109 - A Hardcore Massage From Hell |
| pornxp.com | Brazzers | https://pornxp.com/videos/84973906 | 3222066 - Dream Cheater |
| pornxp.com | Brazzers | https://pornxp.com/videos/84995796 | 3983753 - My Prof's Filthy Mouth |
| pornxp.com | Brazzers | https://pornxp.com/videos/85006335 | 2639288 - Make-Up Sexam |
| pornxp.com | Reality Kings | https://pornxp.com/videos/85012591 | 1968146 - Suck It Up |
| pornxp.com | Brazzers | https://pornxp.com/videos/85012655 | 10482 - Power Bangers: A XXX Parody Part 5 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/85020394 | Dare Dorm #28 |
| pornxp.com | Brazzers | https://pornxp.com/videos/85020605 | 2439769 - Foot Clerk At Work |
| pornxp.com | Brazzers | https://pornxp.com/videos/85022508 | 2847296 - Bomb Pussy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/85030300 | 6800 - Big Boobs Behind Bars |
| pornxp.com | Reality Kings | https://pornxp.com/videos/85031505 | 1931731 - dirty_dicking |
| pornxp.com | Brazzers | https://pornxp.com/videos/85091889 | 4418032 - Non Fashion Moves |
| pornxp.com | Reality Kings | https://pornxp.com/videos/85100697 | 2286658 - Hiking Up Mount Cock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/85108133 | 2812339 - Fucking Euro Milf |
| pornxp.com | Brazzers | https://pornxp.com/videos/85123162 | 3110899 - Rent-A-Pornstar: The Wedding Planner: Part 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/85167766 | 2355911 - The Perfect Applicant: Part 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/85168247 | Big Fn Titties 9 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/85179337 | 1944919 - Bending And Tending |
| pornxp.com | Brazzers | https://pornxp.com/videos/85201542 | 3797027 - Countdown To Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/85215170 | 11158 - Panting In Public |
| pornxp.com | Brazzers | https://pornxp.com/videos/85234512 | 3222159 - Milfy Massage |
| pornxp.com | Brazzers | https://pornxp.com/videos/85242206 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/85255122 | 6307 - Promiscuous Pinko Shares Her Pink Private Property |
| pornxp.com | Brazzers | https://pornxp.com/videos/85283888 | 3455237 - Don't Back Out On Me Now |
| pornxp.com | Reality Kings | https://pornxp.com/videos/85286411 | Drilling Mommy 10 |
| pornxp.com | Brazzers | https://pornxp.com/videos/85290536 | 10752 - Gamer Heaven |
| pornxp.com | Reality Kings | https://pornxp.com/videos/85340687 | 2417915 - Cushion For The Pushin |
| pornxp.com | Brazzers | https://pornxp.com/videos/85351775 | 3362783 - Emergency Rubdown |
| pornxp.com | Reality Kings | https://pornxp.com/videos/85362579 | 2528 - Captain Hiney |
| pornxp.com | Brazzers | https://pornxp.com/videos/85387473 | 10975 - In Through The French Exit |
| pornxp.com | Brazzers | https://pornxp.com/videos/85414643 | 3291111 - Extreme Anal-ytics |
| pornxp.com | Brazzers | https://pornxp.com/videos/85458141 | 2892734 - Hot & Bothered |
| pornxp.com | Brazzers | https://pornxp.com/videos/85495771 | 2423413 - You've Changed Part 1 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/85515239 | 2433784 - Stranded Milf |
| pornxp.com | Brazzers | https://pornxp.com/videos/85621370 | 2638360 - Eager Beaver |
| pornxp.com | Reality Kings | https://pornxp.com/videos/85630007 | 2940184 - Vibrating Panties Squirting Hotties |
| pornxp.com | Brazzers | https://pornxp.com/videos/85633154 | 2443199 - A Treat For Her Feet |
| pornxp.com | Brazzers | https://pornxp.com/videos/85668398 | 2652835 - The Naughty Nuru Masseuse |
| pornxp.com | Reality Kings | https://pornxp.com/videos/85705479 | 14195 - Butt Boss |
| pornxp.com | Brazzers | https://pornxp.com/videos/85737535 | 4417584 - Sex on the Syllabus |
| pornxp.com | Brazzers | https://pornxp.com/videos/85774905 | 2914506 - Football Fuckday |
| pornxp.com | Reality Kings | https://pornxp.com/videos/85788346 | 2433791 - Spring Break Night Club 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/85804096 | 2578026 - Domestic Disruption |
| pornxp.com | Reality Kings | https://pornxp.com/videos/85826605 | 2855789 - A Public Display Of Indecency |
| pornxp.com | Brazzers | https://pornxp.com/videos/85879668 | 10245 - A Tip To The School Nurse |
| pornxp.com | Brazzers | https://pornxp.com/videos/85881071 | 3832315 - Getting The Shot |
| pornxp.com | Brazzers | https://pornxp.com/videos/85970010 | 3997003 - Dripping Wet |
| pornxp.com | Brazzers | https://pornxp.com/videos/86025320 | 11124 - Disco Dicking |
| pornxp.com | Reality Kings | https://pornxp.com/videos/86034940 | 2025176 - Campside Cheat |
| pornxp.com | Brazzers | https://pornxp.com/videos/86132402 | 9696 - Ass In Heat |
| pornxp.com | Brazzers | https://pornxp.com/videos/86166784 | 2437978 - Getting Her Happy Ending |
| pornxp.com | Brazzers | https://pornxp.com/videos/86176430 | 2893679 - Private Eyeful |
| pornxp.com | Brazzers | https://pornxp.com/videos/86178498 | 9219 - Brandi Love's The Realtor |
| pornxp.com | Reality Kings | https://pornxp.com/videos/86189229 | Real Teens Caught On Tape 14 |
| pornxp.com | Brazzers | https://pornxp.com/videos/86246182 | 9999 - Our Little Masquerade |
| pornxp.com | Reality Kings | https://pornxp.com/videos/86260078 | 1834947 - blowing_the_birthday_cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/86315898 | 10230 - Bad Grades  Good Girl |
| pornxp.com | Brazzers | https://pornxp.com/videos/86317710 | 4074483 - Molly's Making Breakfast |
| pornxp.com | Reality Kings | https://pornxp.com/videos/86338609 | 3222195 - Semen Seamstress |
| pornxp.com | Reality Kings | https://pornxp.com/videos/86345948 | 11047 - Secret Rendezvous |
| pornxp.com | Brazzers | https://pornxp.com/videos/86356627 | 11114 - Fixing For A Fuck |
| pornxp.com | Brazzers | https://pornxp.com/videos/86364333 | 3408168 - A Family Affair: The Reunion Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/86431607 | 3959974 - Checkmate |
| pornxp.com | Reality Kings | https://pornxp.com/videos/86437428 | 2853405 - That Is One Awesome Tip |
| pornxp.com | Reality Kings | https://pornxp.com/videos/86474002 | Newbies Get Nailed 5 |
| pornxp.com | Brazzers | https://pornxp.com/videos/86564502 | 3166323 - Massaged On The Job |

| pornxp.com | Brazzers | https://pornxp.com/videos/86579382 | 10539 - A Jolly Easter Buttfucking |
| pornxp.com | Brazzers | https://pornxp.com/videos/86623064 | 3878689 - Feeling Up Aila |
| pornxp.com | Brazzers | https://pornxp.com/videos/86631618 | 8418 - American Whore Story Part One |
| pornxp.com | Reality Kings | https://pornxp.com/videos/86670343 | 2286660 - Squeaky Clean Cheater |
| pornxp.com | Reality Kings | https://pornxp.com/videos/86676494 | 14666 - Shes Got The Juice |
| pornxp.com | Brazzers | https://pornxp.com/videos/86755809 | 4213470 - Getting Joanna Out Of The Shower |
| pornxp.com | Brazzers | https://pornxp.com/videos/86797178 | 10007 - The Perfect Maid 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/86800439 | 1857528 - Tongue Game |
| pornxp.com | Brazzers | https://pornxp.com/videos/86841508 | 3768285 - Don't Touch Her 8 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/86949597 | Put It In Her Ass Vol. 7 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/86959676 | 14430 - Office Fling |
| pornxp.com | Brazzers | https://pornxp.com/videos/86994020 | 3040633 - Let's All Shower Together |
| pornxp.com | Reality Kings | https://pornxp.com/videos/87005239 | 3177189 - Sexual Glow |
| pornxp.com | Brazzers | https://pornxp.com/videos/87018382 | 2412215 - Shadowplay |
| pornxp.com | Brazzers | https://pornxp.com/videos/87032170 | 10912 - Making The Sale |
| pornxp.com | Brazzers | https://pornxp.com/videos/87173923 | 11148 - Jailhouse Fuck Four |
| pornxp.com | Reality Kings | https://pornxp.com/videos/87179528 | 14634 - Squeeze These |
| pornxp.com | Brazzers | https://pornxp.com/videos/87192101 | 4417535 - Nicole's Bent Over Backwards |
| pornxp.com | Reality Kings | https://pornxp.com/videos/87192237 | 2286942 - Sugar For Hannah |
| pornxp.com | Brazzers | https://pornxp.com/videos/87198958 | 3270164 - Photocockied |
| pornxp.com | Reality Kings | https://pornxp.com/videos/87207499 | 2812368 - Super Soak Her |
| pornxp.com | Reality Kings | https://pornxp.com/videos/87269558 | 2662664 - Oh Brother Dont Fuck My Gf |
| pornxp.com | Brazzers | https://pornxp.com/videos/87270748 | 3010069 - Visiting Hour Plower |
| pornxp.com | Brazzers | https://pornxp.com/videos/87272179 | 11177 - On The Sidelines  On Her Knees |
| pornxp.com | Brazzers | https://pornxp.com/videos/87326167 | 9493 - Post-Match Pussy Part Two |
| pornxp.com | Brazzers | https://pornxp.com/videos/87387388 | 10161 - My Stepmom Is Better Than Yours |
| pornxp.com | Reality Kings | https://pornxp.com/videos/87412990 | 2286943 - Double Dicking Doublecross |
| pornxp.com | Brazzers | https://pornxp.com/videos/87469945 | 2412234 - Holosexual |
| pornxp.com | Brazzers | https://pornxp.com/videos/87474050 | 6114 - Milf And Cookies |
| pornxp.com | Reality Kings | https://pornxp.com/videos/87482281 | 2748 - Double Team |
| pornxp.com | Brazzers | https://pornxp.com/videos/87485625 | 10476 - Virgin Medical Massage |
| pornxp.com | Brazzers | https://pornxp.com/videos/87498509 | 2873454 - One Hour Phot-ho |
| pornxp.com | Brazzers | https://pornxp.com/videos/87549844 | 3124476 - The Spank Banker |
| pornxp.com | Reality Kings | https://pornxp.com/videos/87569640 | 2940337 - Big Tiddy Goth Gf |
| pornxp.com | Brazzers | https://pornxp.com/videos/87595096 | 10557 - Fast Times On A First Date |
| pornxp.com | Reality Kings | https://pornxp.com/videos/87647209 | 2025174 - Ass Mate |
| pornxp.com | Reality Kings | https://pornxp.com/videos/87652610 | 2235569 - A Squirt For A Cheat |
| pornxp.com | Brazzers | https://pornxp.com/videos/87665485 | 3408167 - Blonde And Bubbly |
| pornxp.com | Brazzers | https://pornxp.com/videos/87677383 | 2369012 - Wanna Buy My Virginity? |
| pornxp.com | Brazzers | https://pornxp.com/videos/87716298 | 3455235 - Treating Her Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/87723067 | 3869123 - Jukebox Showdown |
| pornxp.com | Brazzers | https://pornxp.com/videos/87775575 | 3230194 - A Pot of Golden Dildos |
| pornxp.com | Reality Kings | https://pornxp.com/videos/87794565 | 1857540 - Take It All |
| pornxp.com | Brazzers | https://pornxp.com/videos/87828360 | 3608707 - Dirty After Dark |
| pornxp.com | Brazzers | https://pornxp.com/videos/87839880 | 11223 - Ryan Keely Contracts A Cock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/87843877 | Newbies Get Nailed 6 |
| pornxp.com | Brazzers | https://pornxp.com/videos/87882126 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/87906620 | 3796231 - Yoga Freaks: Episode Thirteen |
| pornxp.com | Brazzers | https://pornxp.com/videos/87950091 | 3043388 - Brazzers House 3: Finale |
| pornxp.com | Brazzers | https://pornxp.com/videos/87951755 | 3648600 - Neon Dreaming |
| pornxp.com | Brazzers | https://pornxp.com/videos/88014328 | 2991869 - A Little Something Extra |
| pornxp.com | Reality Kings | https://pornxp.com/videos/88014815 | Put It In Her Ass #8 |
| pornxp.com | Brazzers | https://pornxp.com/videos/88065556 | 10559 - Ass  Gas or Grass |
| pornxp.com | Brazzers | https://pornxp.com/videos/88066561 | 13591 - Sexy Skye |
| pornxp.com | Reality Kings | https://pornxp.com/videos/88099224 | 2286905 - Double Date |
| pornxp.com | Brazzers | https://pornxp.com/videos/88142970 | 3330598 - Happy Fucking Birthday |
| pornxp.com | Brazzers | https://pornxp.com/videos/88160761 | 5734 - Slut du Jour - Part 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/88210717 | 2889 - Climax Party |
| pornxp.com | Reality Kings | https://pornxp.com/videos/88212894 | 2286915 - Nicole Black In Action |
| pornxp.com | Brazzers | https://pornxp.com/videos/88224032 | 3983237 - A Mistress For All Seasons |
| pornxp.com | Reality Kings | https://pornxp.com/videos/88230276 | 1998168 - Beat The Meat |
| pornxp.com | Reality Kings | https://pornxp.com/videos/88261978 | 2235558 - Tight And Tempting |
| pornxp.com | Brazzers | https://pornxp.com/videos/88278577 | 3364025 - Bound And Pound |
| pornxp.com | Brazzers | https://pornxp.com/videos/88338499 | 3868603 - My Vengeful Valentine |
| pornxp.com | Brazzers | https://pornxp.com/videos/88339551 | 2413568 - It's Raining Anya |
| pornxp.com | Brazzers | https://pornxp.com/videos/88366651 | 3651734 - Office 4-Play: Latina Edition |

EXHIBIT A

| pornxp.com | Reality Kings | https://pornxp.com/videos/88477072 | 2842565 - Just Gotta Rest My Breasts |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/88479339 | 3829297 - Dream Stranger |
| pornxp.com | Brazzers | https://pornxp.com/videos/88489982 | 2639254 - Pleasuring The New Partner |
| pornxp.com | Reality Kings | https://pornxp.com/videos/88503898 | Poppin' Latin Pussy Vol. 16 |
| pornxp.com | Brazzers | https://pornxp.com/videos/88540535 | 10194 - Don't Touch Her 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/88544375 | 9418 - Coming Home Horny |
| pornxp.com | Brazzers | https://pornxp.com/videos/88548007 | 2816799 - Panty Stash |
| pornxp.com | Brazzers | https://pornxp.com/videos/88556666 | 2842539 - Hot & Heavy Workload |
| pornxp.com | Reality Kings | https://pornxp.com/videos/88559645 | 1812691 - tempting_titties |
| pornxp.com | Brazzers | https://pornxp.com/videos/88583434 | 4084719 - Jessica Makes Music |
| pornxp.com | Brazzers | https://pornxp.com/videos/88607522 | 10060 - There's A Jordi In My Bed |
| pornxp.com | Reality Kings | https://pornxp.com/videos/88616679 | Chocolate Cookies #3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/88622678 | 9531 - Alison Pounces On Piper's Pussy |
| pornxp.com | Brazzers | https://pornxp.com/videos/88640975 | 3110519 - I'm A Giver And A Taker |
| pornxp.com | Reality Kings | https://pornxp.com/videos/88651751 | 1981553 - Viva Valentina |
| pornxp.com | Reality Kings | https://pornxp.com/videos/88681337 | 2964341 - Cum For Me Honey |
| pornxp.com | Brazzers | https://pornxp.com/videos/88721644 | 9790 - Free Anal 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/88759126 | Poolside Affairs |
| pornxp.com | Reality Kings | https://pornxp.com/videos/88812902 | 2286919 - Threesome With Harmony |
| pornxp.com | Brazzers | https://pornxp.com/videos/88828713 | 3924168 - Grinding A Gamer |
| pornxp.com | Brazzers | https://pornxp.com/videos/88881426 | 2465868 - Breaking In My New Girlfriend |
| pornxp.com | Reality Kings | https://pornxp.com/videos/88900249 | 1853695 - Deliver Me The Cock |
| pornxp.com | Brazzers | https://pornxp.com/videos/88916252 | 10327 - Bunk |
| pornxp.com | Reality Kings | https://pornxp.com/videos/88923486 | 2286635 - Online Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/88925595 | 2368226 - MILFriendly Neighborhood |
| pornxp.com | Brazzers | https://pornxp.com/videos/88955490 | 3359572 - Preppies In Pantyhose: Part 4 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/88963331 | 2368544 - Just Like My Big Sis |
| pornxp.com | Reality Kings | https://pornxp.com/videos/89032609 | 8th Street Latinas Vol. 31 |
| pornxp.com | Brazzers | https://pornxp.com/videos/89067887 | 2368946 - Color Theory |
| pornxp.com | Reality Kings | https://pornxp.com/videos/89120520 | 2991674 - Hold The Line And This Dick |
| pornxp.com | Brazzers | https://pornxp.com/videos/89143385 | 5351 - Masturbation is the Best Medicine |
| pornxp.com | Brazzers | https://pornxp.com/videos/89190400 | 2412384 - 1 800 Phone Sex: Line 11 |
| pornxp.com | Brazzers | https://pornxp.com/videos/89247835 | 3960142 - Red-Hot Calendar Shoot |
| pornxp.com | Reality Kings | https://pornxp.com/videos/89257430 | 3348864 - Thirsty |
| pornxp.com | Reality Kings | https://pornxp.com/videos/89319701 | 2940348 - Dance With Me |
| pornxp.com | Brazzers | https://pornxp.com/videos/89408572 | 3832322 - My Overly Anal Secretary |
| pornxp.com | Brazzers | https://pornxp.com/videos/89429414 | 10483 - Dirty Little Gamer |
| pornxp.com | Brazzers | https://pornxp.com/videos/89486734 | 6145 - Horny For Your Hall Pass |
| pornxp.com | Brazzers | https://pornxp.com/videos/89523082 | 3110617 - Honey It's Not What You Think! |
| pornxp.com | Reality Kings | https://pornxp.com/videos/89531808 | 3151682 - Festival Chicks Dont Need Dick |
| pornxp.com | Brazzers | https://pornxp.com/videos/89533077 | 2569909 - Fight Me  Bitch! |
| pornxp.com | Brazzers | https://pornxp.com/videos/89536089 | 3830486 - Squirtboarding |
| pornxp.com | Reality Kings | https://pornxp.com/videos/89542798 | 1944935 - My Stepsisters Girlfriend |
| pornxp.com | Brazzers | https://pornxp.com/videos/89599403 | 2893311 - Tapas That Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/89623442 | 2843582 - ZZ Kenfucky Derby |
| pornxp.com | Brazzers | https://pornxp.com/videos/89664670 | 10754 - Freshen Up And Hookup |
| pornxp.com | Brazzers | https://pornxp.com/videos/89667750 | 6457 - IT's Day Dreams |
| pornxp.com | Reality Kings | https://pornxp.com/videos/89682341 | 15214 - Fucking On The Mill |
| pornxp.com | Brazzers | https://pornxp.com/videos/89718171 | 11117 - The Coach's Wife |
| pornxp.com | Reality Kings | https://pornxp.com/videos/89737498 | 2812362 - Beautiful Jugs |
| pornxp.com | Reality Kings | https://pornxp.com/videos/89751190 | 2526262 - A Squirt In The Streets |
| pornxp.com | Brazzers | https://pornxp.com/videos/89755050 | 11066 - Jack Of Oil Trades |
| pornxp.com | Brazzers | https://pornxp.com/videos/89851802 | 11060 - Candid Camgirl |
| pornxp.com | Brazzers | https://pornxp.com/videos/89858515 | 2412227 - Radiant Booty 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/89858674 | 3224915 - I'm Open To Anything |
| pornxp.com | Brazzers | https://pornxp.com/videos/89955099 | 10595 - The Pleasure of Business Trips |
| pornxp.com | Brazzers | https://pornxp.com/videos/89982061 | 2353774 - Just Don't Fuck The Boss's Daughter |
| pornxp.com | Reality Kings | https://pornxp.com/videos/89985020 | 2286603 - Maid Got Boobs |
| pornxp.com | Brazzers | https://pornxp.com/videos/89985390 | 11063 - Fucking Her French Seams |
| pornxp.com | Reality Kings | https://pornxp.com/videos/89990975 | Moms Lick Teens Vol. 23 |
| pornxp.com | Brazzers | https://pornxp.com/videos/90002911 | 2590194 - The Oil Spill |
| pornxp.com | Brazzers | https://pornxp.com/videos/90010697 | 4420174 - Slip And Slide 4 |
| pornxp.com | Brazzers | https://pornxp.com/videos/90013427 | 2639135 - Tempting The Trespasser |
| pornxp.com | Brazzers | https://pornxp.com/videos/90070387 | 3456823 - You Gotta Help My Wife! |
| pornxp.com | Brazzers | https://pornxp.com/videos/90170991 | 4419877 - Studying Her Pussy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/90185958 | 2235576 - Plowing The Wedding Planner |

EXHIBIT A

| pornxp.com | Brazzers | https://pornxp.com/videos/90189204 | Pornstars Like It Black 4 |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/90193493 | 3719975 - Dicking The Dutiful Wife |
| pornxp.com | Brazzers | https://pornxp.com/videos/90224791 | 3924028 - She Slithers |
| pornxp.com | Brazzers | https://pornxp.com/videos/90229733 | 3924082 - Stretch-her Service |
| pornxp.com | Brazzers | https://pornxp.com/videos/90238334 | 10117 - Hot  Hot Heatwave |
| pornxp.com | Brazzers | https://pornxp.com/videos/90262570 | 2947151 - The Farmer's Daughter |
| pornxp.com | Brazzers | https://pornxp.com/videos/90283565 | 2672980 - Smashing Ass |
| pornxp.com | Reality Kings | https://pornxp.com/videos/90299883 | 1844054 - we_can_share |
| pornxp.com | Brazzers | https://pornxp.com/videos/90385909 | 3171852 - Can You Help My Mom? |
| pornxp.com | Reality Kings | https://pornxp.com/videos/90408323 | Return of Captain Stabbin |
| pornxp.com | Brazzers | https://pornxp.com/videos/90410654 | 4092940 - Kenzie Gets Stuck |
| pornxp.com | Brazzers | https://pornxp.com/videos/90431932 | 4074477 - Hime's Cleaning House |
| pornxp.com | Brazzers | https://pornxp.com/videos/90442109 | 10812 - Naughty Little Debutante |
| pornxp.com | Brazzers | https://pornxp.com/videos/90444215 | 3474973 - A Five Starr Massage |
| pornxp.com | Brazzers | https://pornxp.com/videos/90468024 | Gift Of Anal 3  The |
| pornxp.com | Brazzers | https://pornxp.com/videos/90536839 | 2365228 - Happy Hour |
| pornxp.com | Reality Kings | https://pornxp.com/videos/90763472 | 2235559 - Round And Brownies |
| pornxp.com | Reality Kings | https://pornxp.com/videos/90781189 | 2991432 - Clean Your Room Again |
| pornxp.com | Brazzers | https://pornxp.com/videos/90799604 | 3043522 - Hands Off! |
| pornxp.com | Brazzers | https://pornxp.com/videos/90800331 | 3924804 - Artifucked |
| pornxp.com | Brazzers | https://pornxp.com/videos/90810022 | 3338257 - Professional Pussy Protection |
| pornxp.com | Brazzers | https://pornxp.com/videos/90813146 | 11135 - Bad Medicine |
| pornxp.com | Reality Kings | https://pornxp.com/videos/90845207 | 15234 - Wish On A Star |
| pornxp.com | Brazzers | https://pornxp.com/videos/90890033 | 8454 - American Whore Story Part Four |
| pornxp.com | Reality Kings | https://pornxp.com/videos/90914664 | 14740 - Pussy Pops |
| pornxp.com | Brazzers | https://pornxp.com/videos/90924932 | 4213470 - Getting Joanna Out Of The Shower |
| pornxp.com | Brazzers | https://pornxp.com/videos/90991915 | 2359073 - Fireside Fap |
| pornxp.com | Reality Kings | https://pornxp.com/videos/90994073 | 1847294 - Molly Meets Ms Swayze |
| pornxp.com | Brazzers | https://pornxp.com/videos/91034045 | 3955438 - Introducing Azul |
| pornxp.com | Brazzers | https://pornxp.com/videos/91077576 | 3917993 - Can You Feel That? |
| pornxp.com | Brazzers | https://pornxp.com/videos/91083358 | 3229299 - Impulse Control Issues |
| pornxp.com | Brazzers | https://pornxp.com/videos/91088551 | 10632 - My Mom Fucked My Girlfriend! |
| pornxp.com | Brazzers | https://pornxp.com/videos/91092328 | 2638933 - Buttaholics Anonymous |
| pornxp.com | Brazzers | https://pornxp.com/videos/91092796 | 2412433 - Peeping Stepson |
| pornxp.com | Reality Kings | https://pornxp.com/videos/91123347 | 2286613 - Paola Gets More Than A Tour |
| pornxp.com | Brazzers | https://pornxp.com/videos/91152442 | 3797025 - Sneaking A Peek |
| pornxp.com | Reality Kings | https://pornxp.com/videos/91190604 | 14815 - Britts Tits |
| pornxp.com | Reality Kings | https://pornxp.com/videos/91235539 | 2286940 - Painted Booty |
| pornxp.com | Brazzers | https://pornxp.com/videos/91247951 | 2842559 - Resistance Band Boning |
| pornxp.com | Brazzers | https://pornxp.com/videos/91282347 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/91288835 | 4417985 - The Master |
| pornxp.com | Brazzers | https://pornxp.com/videos/91327918 | 10706 - The Care Package |
| pornxp.com | Reality Kings | https://pornxp.com/videos/91338539 | 1944912 - Pool Nympho |
| pornxp.com | Brazzers | https://pornxp.com/videos/91371206 | 4417604 - Snowbanging: Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/91384017 | 3170353 - Cuff Me And Fuck Me |
| pornxp.com | Brazzers | https://pornxp.com/videos/91547123 | 2927324 - Shower Her With Stockings |
| pornxp.com | Brazzers | https://pornxp.com/videos/91608931 | 10065 - Big Butt Wedding Day |
| pornxp.com | Brazzers | https://pornxp.com/videos/91616057 | 2842593 - Sex Over Stress |
| pornxp.com | Brazzers | https://pornxp.com/videos/91628689 | 2892747 - Get It Up Grandpa |
| pornxp.com | Reality Kings | https://pornxp.com/videos/91662181 | 14633 - All In Brandi |
| pornxp.com | Brazzers | https://pornxp.com/videos/91670621 | 3917913 - Maid For A Threesome |
| pornxp.com | Brazzers | https://pornxp.com/videos/91689325 | 2893303 - The Art Of Decluttering & Orgasming |
| pornxp.com | Reality Kings | https://pornxp.com/videos/91739420 | 14389 - bikini_body |
| pornxp.com | Brazzers | https://pornxp.com/videos/91744008 | 2684018 - Brazzers House 3: Unseen Moments |
| pornxp.com | Brazzers | https://pornxp.com/videos/91755054 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/91839028 | 3917991 - Bohemian Asspussy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/91846198 | 1853731 - Lovely Day For An Orgy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/91850003 | 1812691 - tempting_titties |
| pornxp.com | Brazzers | https://pornxp.com/videos/91912136 | 3878734 - DICKlivery |
| pornxp.com | Reality Kings | https://pornxp.com/videos/91938684 | 3258413 - Let Her Rip |
| pornxp.com | Brazzers | https://pornxp.com/videos/91939548 | 2915871 - Rock Out With No Cocks Out |
| pornxp.com | Brazzers | https://pornxp.com/videos/91952646 | 10057 - Nikki Gets Wet |
| pornxp.com | Brazzers | https://pornxp.com/videos/91964785 | 11131 - Putting Her Feet Up |
| pornxp.com | Brazzers | https://pornxp.com/videos/91976705 | 3363989 - You Splashed My Snatch |
| pornxp.com | Brazzers | https://pornxp.com/videos/91978776 | 3782596 - Making Madison Wet |
| pornxp.com | Brazzers | https://pornxp.com/videos/92070094 | 3959961 - Pussycraft |

| pornxp.com | Brazzers | https://pornxp.com/videos/92095245 | 9763 - Eenie Meenie Miney Ho |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/92130698 | 3963552 - Good To The Last Drip |
| pornxp.com | Brazzers | https://pornxp.com/videos/92137142 | 3829169 - How To Fuck Your Masseur |
| pornxp.com | Brazzers | https://pornxp.com/videos/92169675 | 2447417 - Boning The Butler |
| pornxp.com | Reality Kings | https://pornxp.com/videos/92187783 | RK at Home |
| pornxp.com | Reality Kings | https://pornxp.com/videos/92234082 | 14072 - Tender Touch |
| pornxp.com | Reality Kings | https://pornxp.com/videos/92242539 | 1827005 - pussy_in_the_park |
| pornxp.com | Brazzers | https://pornxp.com/videos/92279559 | 3832305 - Day With A Pornstar: Desiree Dulce |
| pornxp.com | Reality Kings | https://pornxp.com/videos/92290861 | 2322462 - Photoshoot Fuck |
| pornxp.com | Reality Kings | https://pornxp.com/videos/92299343 | 2443746 - Turn Me Off And On Again |
| pornxp.com | Brazzers | https://pornxp.com/videos/92300580 | 3829643 - The Pitstop |
| pornxp.com | Brazzers | https://pornxp.com/videos/92328057 | 8852 - Our Son's Girlfriend |
| pornxp.com | Reality Kings | https://pornxp.com/videos/92364530 | 219 - Dick And Movie |
| pornxp.com | Brazzers | https://pornxp.com/videos/92368542 | 9598 - Massaging Peta |
| pornxp.com | Brazzers | https://pornxp.com/videos/92394202 | 3166360 - Thawed Out And Horny |
| pornxp.com | Brazzers | https://pornxp.com/videos/92434106 | 4213470 - Getting Joanna Out Of The Shower |
| pornxp.com | Brazzers | https://pornxp.com/videos/92440497 | 10745 - Her Daughter's Best Friend 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/92440578 | 3876097 - Easy Ride-Her |
| pornxp.com | Reality Kings | https://pornxp.com/videos/92479564 | 1944940 - Surprise For The Party Planner |
| pornxp.com | Brazzers | https://pornxp.com/videos/92523454 | 5722 - My Ex is a Mom Boinker_y'know! |
| pornxp.com | Brazzers | https://pornxp.com/videos/92525840 | 2412418 - Bloodthirsty Biker Babes: Part 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/92550221 | 11160 - Smoke Em Out |
| pornxp.com | Brazzers | https://pornxp.com/videos/92564677 | 9052 - Becoming Johnny Sins: Part Three |
| pornxp.com | Brazzers | https://pornxp.com/videos/92587340 | 335960 - Her Sunday Best |
| pornxp.com | Brazzers | https://pornxp.com/videos/92612632 | 3222065 - Fucking For Free Love |
| pornxp.com | Brazzers | https://pornxp.com/videos/92617720 | 9406 - Our Little Secret-Ary |
| pornxp.com | Brazzers | https://pornxp.com/videos/92653162 | 10143 - Maid To Nurture |
| pornxp.com | Brazzers | https://pornxp.com/videos/92683798 | 2412294 - Brand New Bimbo |
| pornxp.com | Reality Kings | https://pornxp.com/videos/92710586 | Moms Bang Teens Vol. 29 |
| pornxp.com | Brazzers | https://pornxp.com/videos/92747414 | 2358761 - Emma Gets All Oiled Up |
| pornxp.com | Brazzers | https://pornxp.com/videos/92753600 | 2676477 - Bicycle Boning |
| pornxp.com | Brazzers | https://pornxp.com/videos/92760230 | 10170 - Hungry For A Job |
| pornxp.com | Reality Kings | https://pornxp.com/videos/92761097 | We Live Together Season 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/92793474 | 10768 - He Makes Wifey Watch |
| pornxp.com | Brazzers | https://pornxp.com/videos/92805262 | 2947167 - Porn Puppet On A String |
| pornxp.com | Brazzers | https://pornxp.com/videos/92815080 | 3960011 - Day With A Pornstar: Victoria June |
| pornxp.com | Reality Kings | https://pornxp.com/videos/92846157 | 3318472 - Dick Pic Interference |
| pornxp.com | Brazzers | https://pornxp.com/videos/92865267 | 2639274 - ZZ Motel: Dicking The Drifter |
| pornxp.com | Brazzers | https://pornxp.com/videos/92878620 | 10010 - Pornstar In The Pool |
| pornxp.com | Reality Kings | https://pornxp.com/videos/92959905 | 1812691 - tempting_titties |
| pornxp.com | Brazzers | https://pornxp.com/videos/93004676 | 2843585 - The Slutwalker |
| pornxp.com | Reality Kings | https://pornxp.com/videos/93031111 | 3328 - Sex Fiesta |
| pornxp.com | Brazzers | https://pornxp.com/videos/93045371 | 2842792 - Between A Cock And A Hard Place |
| pornxp.com | Brazzers | https://pornxp.com/videos/93080841 | 2437987 - Wife Insurance |
| pornxp.com | Reality Kings | https://pornxp.com/videos/93087670 | 2940337 - Big Tiddy Goth Gf |
| pornxp.com | Reality Kings | https://pornxp.com/videos/93139261 | Hot Teen Next Door Vol. 13 |
| pornxp.com | Brazzers | https://pornxp.com/videos/93215118 | 2683998 - Brazzers House 3: Episode 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/93225451 | 3966757 - Special Tasks |
| pornxp.com | Brazzers | https://pornxp.com/videos/93234527 | 3124475 - What A Maid Wants |
| pornxp.com | Reality Kings | https://pornxp.com/videos/93240783 | Moms Lick Teens Vol. 21 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/93310361 | 2572045 - Muffdiver Down |
| pornxp.com | Brazzers | https://pornxp.com/videos/93314884 | 2412417 - Tight As Tape |
| pornxp.com | Brazzers | https://pornxp.com/videos/93373566 | 11103 - Die Hardcore: Part 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/93384172 | 10897 - Midnight Cowgirl |
| pornxp.com | Reality Kings | https://pornxp.com/videos/93391062 | 1797509 - Sock My Puppet |
| pornxp.com | Brazzers | https://pornxp.com/videos/93411382 | 3425266 - Sluts Scared Straight |
| pornxp.com | Brazzers | https://pornxp.com/videos/93417871 | 2368905 - Plump As A Peach |
| pornxp.com | Brazzers | https://pornxp.com/videos/93422255 | 9590 - ZZ Spring Break: Part One |
| pornxp.com | Brazzers | https://pornxp.com/videos/93442540 | 3159585 - Sneaking Out_Sneaky Sex |
| pornxp.com | Reality Kings | https://pornxp.com/videos/93524648 | 14618 - Free Rent |
| pornxp.com | Brazzers | https://pornxp.com/videos/93535647 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/93548219 | 2635367 - Lick My Limo |
| pornxp.com | Brazzers | https://pornxp.com/videos/93559775 | 10152 - My Three Stepsons |
| pornxp.com | Reality Kings | https://pornxp.com/videos/93596019 | 3141785 - Pitch Black Pole Dancer |
| pornxp.com | Brazzers | https://pornxp.com/videos/93629820 | 3226119 - Employee Appreciation |
| pornxp.com | Brazzers | https://pornxp.com/videos/93640123 | 3960061 - Sneak |

| | | | |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/93646922 | 3924825 - Pocket Pussy Anal |
| pornxp.com | Reality Kings | https://pornxp.com/videos/93695277 | Mommy Loves The D Vol. 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/93700237 | 10179 - Dick Stuck In Fleshlight |
| pornxp.com | Reality Kings | https://pornxp.com/videos/93714956 | 1944938 - Fly Me To The Poon |
| pornxp.com | Reality Kings | https://pornxp.com/videos/93731575 | 15269 - Pretty Lilly |
| pornxp.com | Reality Kings | https://pornxp.com/videos/93765642 | 2235572 - Focus Or Fuck |
| pornxp.com | Brazzers | https://pornxp.com/videos/93768185 | 2409996 - Asstronomy |
| pornxp.com | Brazzers | https://pornxp.com/videos/93789477 | 9538 - Oh No You Don't! |
| pornxp.com | Brazzers | https://pornxp.com/videos/93827571 | 5378 - The Coach Bone |
| pornxp.com | Reality Kings | https://pornxp.com/videos/93863197 | 2853404 - Truck Stop Sluts |
| pornxp.com | Brazzers | https://pornxp.com/videos/93864042 | 3924148 - Anal Prescription Pickup |
| pornxp.com | Reality Kings | https://pornxp.com/videos/94008911 | 14319 - Sex Skip Day |
| pornxp.com | Brazzers | https://pornxp.com/videos/94021203 | 2971162 - Slippery Showdown |
| pornxp.com | Reality Kings | https://pornxp.com/videos/94032535 | Hot Teen Next Door Vol. 13 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/94035067 | 2286602 - Thicker The Berry Sweeter The Juice |
| pornxp.com | Brazzers | https://pornxp.com/videos/94042707 | She'll Steele Your Heart |
| pornxp.com | Brazzers | https://pornxp.com/videos/94051362 | 2412407 - Dykes In Debt |
| pornxp.com | Reality Kings | https://pornxp.com/videos/94095469 | 1797509 - Sock My Puppet |
| pornxp.com | Brazzers | https://pornxp.com/videos/94120047 | 10110 - Hot  Bothered & Horny |
| pornxp.com | Brazzers | https://pornxp.com/videos/94134508 | 6452 - Her Ass Is A Real Paige Turnah! |
| pornxp.com | Brazzers | https://pornxp.com/videos/94194354 | 6693 - Double Anal Poolside |
| pornxp.com | Reality Kings | https://pornxp.com/videos/94299151 | 3929047 - Someone Called Siri |
| pornxp.com | Reality Kings | https://pornxp.com/videos/94300315 | 2025194 - A Close Shave With My Stepdaughter |
| pornxp.com | Brazzers | https://pornxp.com/videos/94303619 | 10133 - The Deal Breaker |
| pornxp.com | Reality Kings | https://pornxp.com/videos/94344359 | Big Naturals Vol. 41 |
| pornxp.com | Brazzers | https://pornxp.com/videos/94363720 | 14710 - Job Well Done |
| pornxp.com | Brazzers | https://pornxp.com/videos/94392572 | 3320897 - Free Anal 6 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/94396490 | 14702 - Back It Up Bea |
| pornxp.com | Brazzers | https://pornxp.com/videos/94397704 | 3222150 - Sneaky Starlet |
| pornxp.com | Reality Kings | https://pornxp.com/videos/94401692 | 3222208 - Getting Closer To My Stepdaughter |
| pornxp.com | Brazzers | https://pornxp.com/videos/94435082 | 10356 - Stay Away From My Daughter: Part 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/94463898 | 15449 - cosplay_cutie |
| pornxp.com | Reality Kings | https://pornxp.com/videos/94483941 | 14254 - Sexual Sparkx |
| pornxp.com | Brazzers | https://pornxp.com/videos/94506186 | 9800 - Good Moaning  Fellow Students |
| pornxp.com | Brazzers | https://pornxp.com/videos/94512447 | 15210 - Thats A Hot Milf |
| pornxp.com | Brazzers | https://pornxp.com/videos/94612462 | 2672969 - Nursing My Stepson's Sick Dick |
| pornxp.com | Brazzers | https://pornxp.com/videos/94657269 | 4417833 - Shower Guest Surprise |
| pornxp.com | Reality Kings | https://pornxp.com/videos/94666103 | 2286632 - Friendly Neighborhood Slut |
| pornxp.com | Brazzers | https://pornxp.com/videos/94670018 | 3110804 - Testing Her Concentration 3 |
| pornxp.com | Brazzers | https://pornxp.com/videos/94675871 | 10183 - Cock for Cox |
| pornxp.com | Brazzers | https://pornxp.com/videos/94683096 | 7030 - Stranger Danger |
| pornxp.com | Brazzers | https://pornxp.com/videos/94695595 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Reality Kings | https://pornxp.com/videos/94724883 | 1825176 - Double Rub Down |
| pornxp.com | Brazzers | https://pornxp.com/videos/94737798 | 10728 - Bloodthirsty Biker Babes: Part 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/94845574 | 3925302 - Early Morning Anal |
| pornxp.com | Reality Kings | https://pornxp.com/videos/94865191 | 1968140 - Sweet Hart |
| pornxp.com | Brazzers | https://pornxp.com/videos/94909685 | 11141 - Up To Code  And Up Her Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/94914398 | 3128073 - Hike That Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/94922776 | Let's Play Doctor Vol. 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/94966017 | 1860799 - Deep In Chasity |
| pornxp.com | Reality Kings | https://pornxp.com/videos/94972819 | Round And Brown Vol. 35 |
| pornxp.com | Brazzers | https://pornxp.com/videos/94975276 | 2339945 - My Slutty Valentine: Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/95020813 | 2927877 - Male Order Bride |
| pornxp.com | Brazzers | https://pornxp.com/videos/95059931 | 4417790 - His Best Friend's Bedding |
| pornxp.com | Reality Kings | https://pornxp.com/videos/95067463 | My Tight Pussy Needs A Workout |
| pornxp.com | Brazzers | https://pornxp.com/videos/95073720 | 3979951 - Rough And Raunchy Group Fuck |
| pornxp.com | Reality Kings | https://pornxp.com/videos/95111553 | 2780 - Taste Some |
| pornxp.com | Brazzers | https://pornxp.com/videos/95135301 | 9520 - Lost In Brazzers Episode 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/95135899 | 2060955 - Beautiful And Flexible |
| pornxp.com | Brazzers | https://pornxp.com/videos/95144310 | 11004 - Cold Feet  Hot Tits |
| pornxp.com | Brazzers | https://pornxp.com/videos/95202145 | 2893315 - Assage: The Lela Star Method |
| pornxp.com | Reality Kings | https://pornxp.com/videos/95236807 | 3222180 - Threes Cumpany In The Shower |
| pornxp.com | Brazzers | https://pornxp.com/videos/95244104 | 3408181 - Shut Up and Fuck Me |
| pornxp.com | Brazzers | https://pornxp.com/videos/95244846 | 4419348 - Milf's A Panty Perv |
| pornxp.com | Brazzers | https://pornxp.com/videos/95266066 | 2945901 - Preppies In Pantyhose: Part 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/95278225 | 2974500 - Towel Girl 2 |

| pornxp.com | Reality Kings | https://pornxp.com/videos/95281450 | Reckless In Miami |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/95314919 | 2893602 - The Naughty Nanny: Part 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/95349471 | 3151735 - Absolutely Bootiful |
| pornxp.com | Brazzers | https://pornxp.com/videos/95351272 | 3925300 - Roommates Or More? |
| pornxp.com | Brazzers | https://pornxp.com/videos/95376456 | 3362350 - Double D Vision |
| pornxp.com | Brazzers | https://pornxp.com/videos/95387839 | 9462 - Day With A Pornstar: Abigail and Romi |
| pornxp.com | Brazzers | https://pornxp.com/videos/95433931 | 2835443 - Bonnie Rotten: The Cumback |
| pornxp.com | Reality Kings | https://pornxp.com/videos/95448757 | 2433790 - Spring Break Night Club 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/95449974 | 2011508 - Noise Complaints |
| pornxp.com | Reality Kings | https://pornxp.com/videos/95477825 | 2893976 - Bambi Faces The Bench |
| pornxp.com | Reality Kings | https://pornxp.com/videos/95500830 | 1844604 - Dirty Little Secret |
| pornxp.com | Reality Kings | https://pornxp.com/videos/95508250 | 2235662 - Practice Makes A Perfect Slut |
| pornxp.com | Brazzers | https://pornxp.com/videos/95550608 | 2842879 - Stress Test Sex |
| pornxp.com | Reality Kings | https://pornxp.com/videos/95591494 | 2025134 - Lubed Up Latina |
| pornxp.com | Brazzers | https://pornxp.com/videos/95600808 | 2412393 - Borrow A Boyfriend |
| pornxp.com | Brazzers | https://pornxp.com/videos/95602065 | 3361736 - Capture The Queen |
| pornxp.com | Reality Kings | https://pornxp.com/videos/95605257 | 2991652 - Hers Is Bigger |
| pornxp.com | Brazzers | https://pornxp.com/videos/95618887 | 2437972 - Pussy Pressure Points |
| pornxp.com | Reality Kings | https://pornxp.com/videos/95642121 | 2286639 - Getting Milf Handled |
| pornxp.com | Reality Kings | https://pornxp.com/videos/95644157 | Juicy Licks Vol. 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/95662682 | 2945972 - You Have To Go Through Me First |
| pornxp.com | Reality Kings | https://pornxp.com/videos/95664827 | 2893974 - Meat And Greet |
| pornxp.com | Reality Kings | https://pornxp.com/videos/95673005 | 2676449 - Switching Lives Pt. 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/95685518 | 10905 - Sit On It And Spin |
| pornxp.com | Brazzers | https://pornxp.com/videos/95701448 | 3308589 - Antique Road Blow |
| pornxp.com | Brazzers | https://pornxp.com/videos/95730796 | 2412421 - Lined Up And Laid Out |
| pornxp.com | Brazzers | https://pornxp.com/videos/95778406 | 3876119 - Man |
| pornxp.com | Reality Kings | https://pornxp.com/videos/95845836 | Newbies Get Nailed 6 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/95881400 | 2286959 - Horny Riders |
| pornxp.com | Brazzers | https://pornxp.com/videos/95881474 | 9756 - Get Your O And Go |
| pornxp.com | Brazzers | https://pornxp.com/videos/95931526 | 2417633 - Gold Standard |
| pornxp.com | Reality Kings | https://pornxp.com/videos/96010168 | Street Blowjobs #17 |
| pornxp.com | Brazzers | https://pornxp.com/videos/96025675 | 9491 - Teen Heaven |
| pornxp.com | Brazzers | https://pornxp.com/videos/96050395 | 2842883 - ZZ Finishing School Of Fucking |
| pornxp.com | Brazzers | https://pornxp.com/videos/96072005 | 11106 - 1 800 Phone Sex: Line 7 |
| pornxp.com | Brazzers | https://pornxp.com/videos/96072398 | 3826404 - Scentual Healing |
| pornxp.com | Brazzers | https://pornxp.com/videos/96100808 | 2917049 - Say Hello to Her Little Friend |
| pornxp.com | Brazzers | https://pornxp.com/videos/96104743 | 11199 - Alexis and Chanel |
| pornxp.com | Brazzers | https://pornxp.com/videos/96107342 | 2990596 - Wanted Fucked Or Alive: Part 1 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/96108756 | 1812691 - tempting_titties |
| pornxp.com | Reality Kings | https://pornxp.com/videos/96167041 | 3222206 - Her First Cock |
| pornxp.com | Reality Kings | https://pornxp.com/videos/96180218 | 3040572 - Soaked To The Tits |
| pornxp.com | Reality Kings | https://pornxp.com/videos/96239061 | 1944883 - From Posing To Moaning |
| pornxp.com | Brazzers | https://pornxp.com/videos/96280457 | 3983733 - Stuck On Your Mom |
| pornxp.com | Brazzers | https://pornxp.com/videos/96314018 | 2317137 - Ms. Nicolette's Academy For Exceptional Women |
| pornxp.com | Brazzers | https://pornxp.com/videos/96366981 | 10676 - Squirting Swingers |
| pornxp.com | Reality Kings | https://pornxp.com/videos/96373681 | 1802027 - watch_me_twerk |
| pornxp.com | Brazzers | https://pornxp.com/videos/96382913 | 3314237 - Fuck Marriage! |
| pornxp.com | Brazzers | https://pornxp.com/videos/96395508 | 3110821 - Boxing Babe |
| pornxp.com | Brazzers | https://pornxp.com/videos/96419245 | 3222175 - Naughty Nurse's First Day |
| pornxp.com | Brazzers | https://pornxp.com/videos/96420051 | 2638982 - Fucking Like Frenemies: Part 1 |
| pornxp.com | Brazzers | https://pornxp.com/videos/96425443 | 3924158 - Hide The Pickle |
| pornxp.com | Brazzers | https://pornxp.com/videos/96432159 | 4419544 - Stuck With Her Pussy Out |
| pornxp.com | Brazzers | https://pornxp.com/videos/96446118 | 11047 - Going Through A Fucking Phase |
| pornxp.com | Brazzers | https://pornxp.com/videos/96534740 | 11019 - Wandering Hands |
| pornxp.com | Reality Kings | https://pornxp.com/videos/96547181 | Teens Love Huge Cocks Vol. 29 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/96549286 | 2011491 - Made To Order |
| pornxp.com | Brazzers | https://pornxp.com/videos/96558045 | 4419524 - Strap-On For Some Cheating: Part 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/96558070 | 3876125 - Dripping In Jewelz |
| pornxp.com | Brazzers | https://pornxp.com/videos/96567747 | 5764 - Fire Dongs |
| pornxp.com | Brazzers | https://pornxp.com/videos/96590225 | 2461926 - Mermaid Vibes |
| pornxp.com | Reality Kings | https://pornxp.com/videos/96673888 | 2286621 - Hula Ho |
| pornxp.com | Brazzers | https://pornxp.com/videos/96700607 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Reality Kings | https://pornxp.com/videos/96780197 | 1796732 - dine_and_cash |
| pornxp.com | Reality Kings | https://pornxp.com/videos/96804957 | 2286902 - Big Natural Exercise Boobs |
| pornxp.com | Brazzers | https://pornxp.com/videos/96827967 | 2947161 - I See Sex In Your Future |

EXHIBIT A

| | | | |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/96872920 | 4418346 - Lil Campers |
| pornxp.com | Brazzers | https://pornxp.com/videos/96893644 | 4074464 - Feeling Up Phoenix |
| pornxp.com | Brazzers | https://pornxp.com/videos/96950060 | 11188 - Showing Her The Ropes |
| pornxp.com | Brazzers | https://pornxp.com/videos/96959591 | 2635586 - Athena For Dessert |
| pornxp.com | Brazzers | https://pornxp.com/videos/97001266 | 6954 - The Titty Tower |
| pornxp.com | Reality Kings | https://pornxp.com/videos/97013453 | 2286657 - Lowkey Freak |
| pornxp.com | Brazzers | https://pornxp.com/videos/97068075 | 10367 - Onesie In The Bunsie |
| pornxp.com | Reality Kings | https://pornxp.com/videos/97088504 | 2812370 - Massage Revenge Fuck |
| pornxp.com | Brazzers | https://pornxp.com/videos/97098957 | 3364024 - Some Quality Room Service |
| pornxp.com | Brazzers | https://pornxp.com/videos/97159489 | 11045 - Blow Team Blow! |
| pornxp.com | Brazzers | https://pornxp.com/videos/97171465 | 3722112 - Working Out Their Anger |
| pornxp.com | Reality Kings | https://pornxp.com/videos/97180439 | 3348867 - Scoring Love |
| pornxp.com | Reality Kings | https://pornxp.com/videos/97180984 | 1812691 - tempting_titties |
| pornxp.com | Reality Kings | https://pornxp.com/videos/97197288 | 2286653 - The Swap |
| pornxp.com | Reality Kings | https://pornxp.com/videos/97198280 | 2286952 - Thanksgiving Dinner Sluts |
| pornxp.com | Reality Kings | https://pornxp.com/videos/97218276 | 2286898 - Busty Bookworm |
| pornxp.com | Brazzers | https://pornxp.com/videos/97287867 | 3877888 - Maid Of Dishonor |
| pornxp.com | Brazzers | https://pornxp.com/videos/97300972 | 3110582 - Bust In My Bubble Bath |
| pornxp.com | Brazzers | https://pornxp.com/videos/97331455 | 2676462 - Learning Breaststroke |
| pornxp.com | Brazzers | https://pornxp.com/videos/97332500 | 11142 - Roommate Wrestling |
| pornxp.com | Brazzers | https://pornxp.com/videos/97342804 | 3925184 - I Love Your Dad |
| pornxp.com | Brazzers | https://pornxp.com/videos/97358139 | 3980701 - Who Owns Whom |
| pornxp.com | Brazzers | https://pornxp.com/videos/97389696 | 2431931 - Sweet Tits |
| pornxp.com | Reality Kings | https://pornxp.com/videos/97390222 | Mix And Snatch Vol. 4 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/97406750 | 3258406 - Cut Them Free |
| pornxp.com | Brazzers | https://pornxp.com/videos/97409204 | 11219 - Asking For It Anon |
| pornxp.com | Reality Kings | https://pornxp.com/videos/97441180 | 1823386 - ramming_sara |
| pornxp.com | Brazzers | https://pornxp.com/videos/97509638 | 2447235 - Physical Education |
| pornxp.com | Reality Kings | https://pornxp.com/videos/97584318 | 2286933 - Sister Seduction |
| pornxp.com | Brazzers | https://pornxp.com/videos/97611171 | 3983702 - VIP Treatment |
| pornxp.com | Reality Kings | https://pornxp.com/videos/97626863 | 2953390 - Get Me Ready |
| pornxp.com | Reality Kings | https://pornxp.com/videos/97631926 | 7851 - Dick Ride |
| pornxp.com | Brazzers | https://pornxp.com/videos/97645063 | 2990636 - Wanted Fucked Or Alive: Part 2 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/97665331 | 7383 - Super Spread |
| pornxp.com | Brazzers | https://pornxp.com/videos/97668355 | Sporty Sluts |
| pornxp.com | Brazzers | https://pornxp.com/videos/97674264 | 11072 - Sister Swap: Part 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/97700807 | 3230098 - All That Glitters Is Lela |
| pornxp.com | Reality Kings | https://pornxp.com/videos/97758664 | 6836 - Titty Fucking |
| pornxp.com | Brazzers | https://pornxp.com/videos/97760472 | 10738 - DP'd On Her Honeymoon |
| pornxp.com | Brazzers | https://pornxp.com/videos/97793447 | 10154 - Game Night Shenanigans |
| pornxp.com | Brazzers | https://pornxp.com/videos/97821385 | 2635918 - The Future Is Fucked |
| pornxp.com | Brazzers | https://pornxp.com/videos/97829046 | 11133 - The Mile Low Club |
| pornxp.com | Brazzers | https://pornxp.com/videos/97857552 | 9783 - La Seductora |
| pornxp.com | Brazzers | https://pornxp.com/videos/97894905 | 11128 - Strip Club Surprise |
| pornxp.com | Brazzers | https://pornxp.com/videos/98042819 | 9565 - Yoga Freaks: Episode Two |
| pornxp.com | Brazzers | https://pornxp.com/videos/98058972 | 3959973 - A Wild & Crazy Cock Stuffing Party |
| pornxp.com | Brazzers | https://pornxp.com/videos/98105423 | 2461948 - Fuck Your Budget |
| pornxp.com | Brazzers | https://pornxp.com/videos/98107278 | 2945927 - Sneaky Mom  Chueless Dad |
| pornxp.com | Brazzers | https://pornxp.com/videos/98116693 | 2639280 - Acupussy Therapy |
| pornxp.com | Brazzers | https://pornxp.com/videos/98135012 | 3166827 - Presto! This Wand Is Magic |
| pornxp.com | Brazzers | https://pornxp.com/videos/98136471 | 2345897 - Get A Room |
| pornxp.com | Brazzers | https://pornxp.com/videos/98177648 | 6994 - The Ghost Of Christmas Ass |
| pornxp.com | Brazzers | https://pornxp.com/videos/98220381 | 10535 - Secret Sauna Sex |
| pornxp.com | Brazzers | https://pornxp.com/videos/98294985 | 4417787 - Savannah's Anal Yoga |
| pornxp.com | Brazzers | https://pornxp.com/videos/98306087 | 9769 - The Mommy Market |
| pornxp.com | Brazzers | https://pornxp.com/videos/98312007 | 3983742 - Ready |
| pornxp.com | Reality Kings | https://pornxp.com/videos/98342659 | 2893984 - Breaking Entering And Inserting |
| pornxp.com | Brazzers | https://pornxp.com/videos/98342889 | 2892885 - Piano Pussy Practice |
| pornxp.com | Brazzers | https://pornxp.com/videos/98349775 | 3460052 - Breaking In The Ballerina |
| pornxp.com | Reality Kings | https://pornxp.com/videos/98436020 | 2572080 - Katana Can Dance |
| pornxp.com | Brazzers | https://pornxp.com/videos/98493641 | 3959798 - In-Depth Tour |
| pornxp.com | Brazzers | https://pornxp.com/videos/98520620 | 11218 - Home Sweet Hoe |
| pornxp.com | Reality Kings | https://pornxp.com/videos/98618650 | Big Ass Brazilian Butts Vol. 23 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/98662557 | Smashing Teen Pussy #8 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/98666573 | 2855814 - Looking Good Slick |
| pornxp.com | Brazzers | https://pornxp.com/videos/98733103 | 2892735 - Bossy Bitch |

| | | | |
|---|---|---|---|
| pornxp.com | Brazzers | https://pornxp.com/videos/98746323 | 3960176 - Watch Party |
| pornxp.com | Reality Kings | https://pornxp.com/videos/98768591 | 2368567 - Sexy Seductive Scarlet |
| pornxp.com | Brazzers | https://pornxp.com/videos/98780853 | 10522 - Disciplining His Mistress |
| pornxp.com | Reality Kings | https://pornxp.com/videos/98836600 | 14559 - Bite Of Booty |
| pornxp.com | Reality Kings | https://pornxp.com/videos/98847750 | 2417922 - Rich Girl Gets Greasy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/98866418 | 2812346 - From Behind Behind The Scenes |
| pornxp.com | Brazzers | https://pornxp.com/videos/98888145 | 9422 - Dress Code Cunt |
| pornxp.com | Brazzers | https://pornxp.com/videos/98890400 | 6600 - Double Cock For Mahina |
| pornxp.com | Brazzers | https://pornxp.com/videos/98906446 | 3314346 - Hustle and Blow |
| pornxp.com | Reality Kings | https://pornxp.com/videos/98908078 | 2286627 - Freaky Photographer |
| pornxp.com | Reality Kings | https://pornxp.com/videos/98913766 | 2025151 - Sweating The Rent |
| pornxp.com | Brazzers | https://pornxp.com/videos/98991484 | 10351 - Nice Nylons |
| pornxp.com | Brazzers | https://pornxp.com/videos/99087354 | 3425051 - Boss For A Day |
| pornxp.com | Brazzers | https://pornxp.com/videos/99115879 | 2432381 - First Time With My BFF |
| pornxp.com | Brazzers | https://pornxp.com/videos/99116931 | 2983198 - Bodystocking Boobs |
| pornxp.com | Brazzers | https://pornxp.com/videos/99187076 | 11164 - The Agency |
| pornxp.com | Reality Kings | https://pornxp.com/videos/99196496 | 2235557 - Rich Girl Learns A Lesson |
| pornxp.com | Brazzers | https://pornxp.com/videos/99213907 | 10820 - The Joys Of A Long Hot Shower |
| pornxp.com | Brazzers | https://pornxp.com/videos/99216924 | 3043509 - My Not So Prude Best Friend Part 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/99295459 | 3314350 - Balling Out |
| pornxp.com | Reality Kings | https://pornxp.com/videos/99318729 | 7323 - Sexy Samba |
| pornxp.com | Brazzers | https://pornxp.com/videos/99319191 | 3222234 - Bad Ballerina |
| pornxp.com | Brazzers | https://pornxp.com/videos/99378199 | 10619 - Caring Wife Craves Cum |
| pornxp.com | Brazzers | https://pornxp.com/videos/99399286 | 10462 - My Fucking High School Reunion |
| pornxp.com | Reality Kings | https://pornxp.com/videos/99420887 | 9871 - Street Walk |
| pornxp.com | Brazzers | https://pornxp.com/videos/99426798 | 10370 - Jailhouse Fuck Three |
| pornxp.com | Reality Kings | https://pornxp.com/videos/99440452 | 2368569 - Chain Sucker |
| pornxp.com | Reality Kings | https://pornxp.com/videos/99463098 | 2011550 - Dumpster Diving |
| pornxp.com | Reality Kings | https://pornxp.com/videos/99529355 | 2286967 - A Slut In The Streets |
| pornxp.com | Brazzers | https://pornxp.com/videos/99555980 | 11127 - One Slutty Shopping Spree |
| pornxp.com | Brazzers | https://pornxp.com/videos/99577690 | 2892736 - The Nest Is The Best |
| pornxp.com | Brazzers | https://pornxp.com/videos/99592444 | 3043520 - Sneaky Mom 3 |
| pornxp.com | Reality Kings | https://pornxp.com/videos/99596430 | Newbies Get Nailed 6 |
| pornxp.com | Brazzers | https://pornxp.com/videos/99607869 | 2672976 - BJ For The DJ |
| pornxp.com | Reality Kings | https://pornxp.com/videos/99618848 | 2286957 - My Girlfriend Gets A Lapdance |
| pornxp.com | Brazzers | https://pornxp.com/videos/99651475 | 11212 - My Stepmom's Social Club |
| pornxp.com | Brazzers | https://pornxp.com/videos/99694515 | 2339972 - My Slutty Valentine: Part 2 |
| pornxp.com | Brazzers | https://pornxp.com/videos/99697832 | 2945908 - Dirty Double Cross |
| pornxp.com | Reality Kings | https://pornxp.com/videos/99739341 | Crazy College GFs Vol. 5 |
| pornxp.com | Brazzers | https://pornxp.com/videos/99754452 | 3291116 - Wish Upon A Dildo |
| pornxp.com | Brazzers | https://pornxp.com/videos/99763458 | 2947165 - Stripping Rivalry |
| pornxp.com | Brazzers | https://pornxp.com/videos/99771851 | 2361503 - Take Me Home |
| pornxp.com | Reality Kings | https://pornxp.com/videos/99772979 | Monster Curves Vol. 35 |
| pornxp.com | Brazzers | https://pornxp.com/videos/99819190 | 4419817 - Chip-In To Her Pussy |
| pornxp.com | Reality Kings | https://pornxp.com/videos/99823199 | 2991429 - Amadom Shea |
| pornxp.com | Brazzers | https://pornxp.com/videos/99831148 | 8660 - Exchange of Favors |
| pornxp.com | Reality Kings | https://pornxp.com/videos/99883318 | 2433787 - Geek Girl Gets It Rough |
| pornxp.com | Brazzers | https://pornxp.com/videos/99897646 | 2461837 - Moriah Fucks Her Muse |
| pornxp.com | Brazzers | https://pornxp.com/videos/99913115 | 3877884 - Dick-In-The-Box |
| pornxp.com | Brazzers | https://pornxp.com/videos/99926527 | 3868598 - All In A Day's Squirt |
| pornxp.com | Brazzers | https://pornxp.com/videos/99988253 | 2439694 - Class Jerk |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-ebony-mystique-semen-demon/ | Ebony Mystique: Semen Demon |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-keeping-ashly-anderson-occupied/ | Keeping Ashly Anderson Occupied |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-bailey-bases-shower-suck-and-fuck/ | Bailey Base's Shower Suck And Fuck |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-stacy-cruz-sybil-threesome/ | Stacy Cruz & Sybil: Threesome |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-september-reign-paisley-porter/ | September Reign & Paisley Porter |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-rachel-starr-gets-stuck/ | Rachel Starr Gets… Stuck? |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-tru-kaits-steamy-lingerie-shower/ | Tru Kait's Steamy Lingerie Shower |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-alura-tnt-jenson/ | Alura TNT Jenson |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-mary-jean-the-cumpany-of-strangers/ | Mary Jean: The Company Of Strangers |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-sofi-ryan-chloe-amour/ | Sofi Ryan & Chloe Amour |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-sofia-lee-my-girls-double-is-anal-trouble/ | Sofia Lee: My Girl's Double Is Anal Trouble |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-dangers-dirty-laundry/ | Danger's Dirty Laundry |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-phoenix-marie-smoke-show/ | Phoenix Marie: Smoke Show |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-luna-star-shower-squirt/ | Luna Star: Shower Squirt |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-cum-play-with-katie-morgan/ | Cum Play with Katie Morgan |

EXHIBIT A

| | | | |
|---|---|---|---|
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-alina-lopez-in-the-doghouse/ | Alina Lopez: In The Doghouse |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-codi-vore-this-party-needs-big-natural-tits/ | Codi Vore: This Party Needs Big Natural Tits! |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-holly-hotwife-sex-with-the-ex/ | Holly Hotwife: Sex With The Ex |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-sommer-isabella-bubble-bath/ | Sommer Isabella: Bubble Bath |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-eliza-ibarra-horny-in-the-morning/ | Eliza Ibarra: Horny In The Morning |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-aj-applegate-follow-the-squirt/ | AJ Applegate: Follow The Squirt |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-osa-lovely-sneaky-milf-fucks/ | Osa Lovely: Sneaky Milf Fucks |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-kiara-lord-bubble-bath-babe/ | Kiara Lord: Bubble Bath Babe |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-luna-star-red-flags/ | Luna Star: Red Flags |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-oiled-up-azul-hermosa/ | Oiled-up Azul Hermosa |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-jewelz-blu-think-pink/ | Jewelz Blu: Think Pink |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-sofia-lee-rough-and-raunchy-workout/ | Sofia Lee: Rough And Raunchy Workout |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-stuck-between-anal-and-a-workout/ | Stuck Between Anal And A Workout |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-angelika-grays-sauna-soak/ | Angelika Grays: Sauna Soak |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-honey-demons-horny-home-workout/ | Honey Demon's Horny Home Workout |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-lacy-lemon-steve-holmes-sneaks-pussy/ | Lacy Lemon: Steve Holmes Sneaks Pussy |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-bella-elise-rose/ | Bella Elise Rose |
| Veporn.com | Brazzers | https://veporn.com/best-of-brazzers-luna-star/ | Best Of Brazzers – Luna Star |
| Veporn.com | Brazzers | https://veporn.com/best-of-brazzers-soaking-wet/ | Best Of Brazzers – Soaking Wet |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-nicolette-shea-deep-blue/ | Nicolette Shea: Deep Blue |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-best-of-brazzers-pantyhose/ | Best Of Brazzers Pantyhose |
| Veporn.com | Brazzers | https://veporn.com/best-of-brazzers-back-to-school/ | Best of Brazzers – Back To School |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-asia-shower-guest-surprise/ | Asia: Shower Guest Surprise |
| Veporn.com | Brazzers | https://veporn.com/best-of-brazzers-titty-tuesday-2/ | Titty Tuesday 2 |
| Veporn.com | Brazzers | https://veporn.com/brazzersexxtra-abigail-mac-luna-star/ | BrazzersExxtra – Abigail Mac & Luna Star |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-jane-wilde-going-wilde-on-him-02-24-2021/ | Going Wilde On Him |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-demon-mystique-semen-demon-02-22-2021/ | Semen Demon |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-alexis-tae-alexis-for-breakfast-02-20-2021/ | Alexis For Breakfast |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-nicole-kitt-cops-daughter-craves-cock-02-19-2021/ | Cop's Daughter Craves Cock |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-kaden-kole-kadens-curves-02-19-2021/ | Kaden's Curves |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-ashly-anderson-keeping-ashly-occupied-02-18-2021/ | Keeping Ashly Occupied |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-stacy-cruz-sybil-threesome-through-the-wall-02-17-2021/ | Threesome Through The Wall |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-bailey-base-baileys-shower-suck-and-fuck-02-17-2021/ | Bailey's Shower Suck And Fuck |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-alexis-fawx-sand-and-sweat-part-2-02-15-2021/ | Sand And Sweat: Part 2 |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-romi-rain-kayla-kayden-valentine-vixens-02-14-2021/ | Valentine Vixens |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-adria-rae-alone-with-bfs-pervy-roommate-02-14-2021/ | Alone With BF's Pervy Roommate |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-rachel-starr-rachel-gets-stuck-02-13-2021/ | Rachel Gets… Stuck? |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-tru-kait-tru-kaits-steamy-lingerie-shower-02-11-2021/ | Tru Kait's Steamy Lingerie Shower |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-mona-azar-prank-me-and-i-will-fuck-your-friend-02-10-2021/ | Prank Me and I Will Fuck Your Friend |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-desiree-dulce-yoga-freaks-episode-fifteen-02-10-2021/ | Yoga Freaks: Episode Fifteen |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-paige-owens-prank-battle-squirt-vs-cum-02-09-2021/ | Prank Battle: Squirt Vs Cum |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-alura-tnt-jenson-the-pornstars-babysitter-02-08-2021/ | The Pornstar's Babysitter |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-mary-jean-the-cumpany-of-strangers-02-05-2021/ | The Cumpany Of Strangers |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-sofi-ryan-chloe-amour-a-threesome-by-the-fire-02-04-2021/ | A Threesome By The Fire |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-amari-anne-oil-soaked-in-her-socks-02-03-2021/ | Oil-Soaked In Her Socks |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-tru-kait-post-party-cumdown-02-01-2021/ | Post Party Cumdown |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-kenzie-reeves-lickity-stick-blow-up-doll-trick-02-01-20211/ | Lickity Stick, Blow Up Doll Trick |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-tia-cyrus-tia-in-the-wild-01-30-2021/ | Tia in the Wild |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-serena-santos-get-your-dick-out-and-shut-up-01-30-2021/ | Get Your Dick Out And Shut Up |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-sofa-lee-my-girls-double-is-anal-trouble-01-29-2021/ | My Girl's Double Is Anal Trouble |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-rachel-starr-azul-hermosa-the-set-up-01-27-2021/ | The Set Up |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-clara-trinity-coach-peepers-lends-a-big-hand-01-27-2021/ | Coach Peepers Lends A Big Hand |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-abella-danger-dangers-dirty-laundry-01-26-2021/ | Danger's Dirty Laundry |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-phoenix-marie-smoke-show-01-26-2021/ | Smoke Show |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-luna-star-shower-squirt-01-25-2021/ | Shower Squirt |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-lacy-lennon-smoke-dick-tector-01-24-2021/ | Smoke Dick-tector |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-alina-lopez-in-the-doghouse-01-23-2021/ | In The Doghouse |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-katie-morgan-cum-play-with-katie-01-23-2021/ | Cum Play With Katie |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-codi-vore-this-party-needs-big-natural-tits-01-22-2021/ | This Party Needs Big Natural Tits! |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-sommer-isabella-bubble-bath-self-care-with-cock-01-21-2021/ | Bubble Bath Self-Care With Cock |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-holly-hotwife-sex-with-the-ex-01-21-2021/ | Sex With The Ex |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-alexis-tae-bae-tae-01-20-2021/ | Bae Tae |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-eliza-ibarra-horny-in-the-morning-01-20-2021/ | Horny In The Morning |
| Xmoviesforyou.net | Brazzers | https://xmoviesforyou.net/brazzersexxtra-paige-owens-end-of-the-world-fuck-01-18-2021/ | End Of The World Fuck |
| Yespornplease.io | Brazzers | https://yespornplease.io/wp-content/uploads/2020/11/sexy-ebony-kira-noir-goes-to-a-spa-and-has-a-amazing-massage-from-masseur-zac-wild-brazzers-cover.jpg | Sexy Ebony (Kira Noir) Goes To A Spa And Has A Amazing Massage From Masseur (Zac Wild) – Brazzers |

| Yespornplease.io | Brazzers | https://yespornplease.io/wp-content/uploads/2020/11/sexy-lesbian-babes-nicolette-shea-scarlett-sage-pleasure-themselves-playing-together-brazzers-cover.jpg | Sexy Lesbian Babes (Nicolette Shea, Scarlett Sage) Pleasure Themselves Playing Together – Brazzers |
|---|---|---|---|
| Yespornplease.io | Brazzers | https://yespornplease.io/amazing-babe-lparkenzie-reevesrpar-with-sexy-body-fucks-her-pharmacy-lparmarkus-dupreerpar-brazzers/ | Amazing Babe (Kenzie Reeves) With Sexy Body Fucks Her Pharmacy (Markus Dupree) – Brazzers |
| Yespornplease.io | Brazzers | https://yespornplease.io/wp-content/uploads/2020/11/amazing-babe-kenzie-reeves-with-sexy-body-fucks-her-pharmacy-markus-dupree-brazzers-cover.jpg | Amazing Babe (Kenzie Reeves) With Sexy Body Fucks Her Pharmacy (Markus Dupree) – Brazzers |
| Yespornplease.io | Brazzers | https://yespornplease.io/wp-content/uploads/2020/11/gorgeous-girls-adriana-chechik-kendra-lust-share-a-huge-dick-in-a-hot-3some-brazzers-cover.jpg | Gorgeous Girls (Adriana Chechik, Kendra Lust) Share A Huge Dick In A Hot 3some – Brazzers |
| Yespornplease.io | Brazzers | https://yespornplease.io/gorgeous-girls-lparadriana-chechikcomma-kendra-lustrpar-share-a-huge-dick-in-a-hot-3some-brazzers/ | Gorgeous Girls (Adriana Chechik, Kendra Lust) Share A Huge Dick In A Hot 3some – Brazzers |
| Yespornplease.io | Brazzers | https://yespornplease.io/tattooed-curvy-pornstar-romi-rain-had-stanning-hardcore-sex-brazzers/ | Tattooed Curvy Pornstar Romi Rain Had Stanning Hardcore Sex – Brazzers |
| Yespornplease.io | Brazzers | https://yespornplease.io/wp-content/uploads/2020/11/tattooed-curvy-pornstar-romi-rain-had-stanning-hardcore-sex-brazzers-cover.jpg | Tattooed Curvy Pornstar Romi Rain Had Stanning Hardcore Sex – Camera |
| Yespornplease.io | Brazzers | https://yespornplease.io/pretty-gorgeous-babe-lparkira-noirrpar-loves-being-a-doctor-and-loves-fucking-her-patient-brazzers/ | Pretty Gorgeous Babe (Kira Noir) Loves Being A Doctor And Loves Fucking Her Patient – Brazzers |
| Yespornplease.io | Brazzers | https://yespornplease.io/wp-content/uploads/2020/11/pretty-gorgeous-babe-kira-noir-loves-being-a-doctor-and-loves-fucking-her-patient-brazzers-cover.jpg | Pretty Gorgeous Babe (Kira Noir) Loves Being A Doctor And Loves Fucking Her Patient – Brazzers |
| Yespornplease.io | Brazzers | https://yespornplease.io/cute-brunette-lpareva-loviarpar-rubs-her-wet-pussy-squirts-after-a-hard-pounding-brazzers/ | Cute Brunette (Eva Lovia) Rubs Her Wet Pussy Squirts After A Hard Pounding – Brazzers |
| Yespornplease.io | Brazzers | https://yespornplease.io/wp-content/uploads/2020/11/cute-brunette-eva-lovia-rubs-her-wet-pussy-squirts-after-a-hard-pounding-brazzers-cover.jpg | Cute Brunette (Eva Lovia) Rubs Her Wet Pussy Squirts After A Hard Pounding – Brazzers |
| Yespornplease.io | Brazzers | https://yespornplease.io/hot-lesbian-action-with-busty-ladies-lparcandy-alexacomma-kira-queenrpar-brazzers/ | Hot Lesbian Action With Busty Ladies (Candy Alexa, Kira Queen) – Brazzers |
| Yespornplease.io | Brazzers | https://yespornplease.io/wp-content/uploads/2020/11/hot-lesbian-action-with-busty-ladies-candy-alexa-kira-queen-brazzers-cover.jpg | Hot Lesbian Action With Busty Ladies (Candy Alexa, Kira Queen) – Camera |
| Yespornplease.io | Brazzers | https://yespornplease.io/huge-tits-lparalexis-fawxrpar-loves-her-pussy-getting-pounded-brazzers/ | Huge Tits (Alexis Fawx) Loves Her Pussy Getting Pounded – Brazzers |
| Yespornplease.io | Brazzers | https://yespornplease.io/wp-content/uploads/2020/11/huge-tits-alexis-fawx-loves-her-pussy-getting-pounded-brazzers-cover.jpg | Huge Tits (Alexis Fawx) Loves Her Pussy Getting Pounded – Brazzers |
| Yespornplease.io | Brazzers | https://yespornplease.io/brunette-babe-tru-kait-plays-with-her-dildo-in-front-of-the-camera-brazzers/ | Brunette Babe (Tru Kait) Plays With Her Dildo In Front Of The Camera – Brazzers |
| Yespornplease.io | Brazzers | https://yespornplease.io/best-of-brazzers-watching-porn-compilation-sexiest-performers-talk-directly-to-you/ | Best Of Brazzers watching porn compilation sexiest performers talk directly to you |
| Yespornplease.io | Brazzers | https://yespornplease.io/wp-content/uploads/2020/11/best-of-brazzers-watching-porn-compilation-sexiest-performers-talk-directly-to-you-brazzers-cover.jpg | Best Of Brazzers watching porn compilation sexiest performers talk directly to you |
| Yespornplease.io | Brazzers | https://yespornplease.io/thick-juicy-latina-lela-star-getting-fucked-in-both-holes-covers-with-huge-load-of-cum-brazzers/ | Thick Juicy Latina Lela Star Getting Fucked In Both Holes Covers With Huge Load Of Cum – Brazzers |
| Yespornplease.io | Brazzers | https://yespornplease.io/wp-content/uploads/2020/11/thick-juicy-latina-lela-star-getting-fucked-in-both-holes-covers-with-huge-load-of-cum-brazzers-cover.jpg | Thick Juicy Latina Lela Star Getting Fucked In Both Holes Covers With Huge Load Of Cum – Brazzers |
| Yespornplease.io | Brazzers | https://yespornplease.io/lparportia-parisrpar-is-a-naughty-babe-how-loves-fucking-strangers-for-extra-cash-brazzers/ | Portia Paris) Is a Naughty Babe How Loves Fucking Strangers For Extra Cash – Brazzers |
| Yespornplease.io | Brazzers | https://yespornplease.io/wp-content/uploads/2020/11/portia-paris-is-a-naughty-babe-how-loves-fucking-strangers-for-extra-cash-brazzers-cover.jpg | Portia Paris) Is a Naughty Babe How Loves Fucking Strangers For Extra Cash – Brazzers |
| Yespornplease.io | Brazzers | https://yespornplease.io/brazzers-two-girls-try-lesbian-sex-with-a-strap-on/ | Brazzers: Two girls try Lesbian sex with a strap-on |
| Yespornplease.io | Brazzers | https://yespornplease.io/wp-content/uploads/2020/11/horny-babe-mackenzie-moss-tease-fucks-alexis-fawx-with-a-strapon-brazzers-cover.jpg | Brazzers: Two girls try Lesbian sex with a strap-on |

# Exhibit B

**Copies of Notifications Issued Pursuant to
17 U.S.C. § 512(c)(3) to
Registered DMCA Agent for
Service Provider Namecheap, Inc.**

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ███████████████████████ |
| **Sent:** | Thursday, February 25, 2021 2:09 PM |
| **To:** | 'abuse@namecheap.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement – Mindgeek – 14,344 |

via Email: abuse@namecheap.com

RE: DMCA Takedown Notice for Copyright Infringement – Mindgeek – 14,344

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

My contact information is as follows:
MG Premium Ltd.
c/o: Battleship Stance, Inc. - Jason Tucker
Address: █████████████████████ Phoenix, AZ 85016 USA
Email: █████████████████████

Location of original works owned by and registered to MG Premium Ltd: https://www.pornhubpremium.com/

This correspondence and all of its contents is without prejudice to MG Premium Ltd. or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for MG Premium Ltd.; MG Limited Cyprus; MG Content DP Ltd; MG Content RK Limited; MG Freesites Ltd

Links to Infringing Material that we request be REMOVED:

   https://www.camwhores.tv/videos/6331170/brazzers-big-tit-kendra-sunderland-gets-stuck-and-nee/

https://www.camwhores.tv/videos/6263941/beth-bennet-bg/
https://www.camwhores.tv/videos/6253384/brazzers-busty-blonde-jessica-starling-seduces-and-fu/
https://www.camwhores.tv/videos/6187322/lexy-luna-brazzers/
https://www.camwhores.tv/videos/6118330/brazzers-babe-emily-willis-squirts/
https://www.camwhores.tv/videos/5844742/jessicastarling-jessica-makes-music/
https://www.camwhores.tv/videos/5822594/brazzers-skyla-novea-your-dick-roommate-s-dick/
https://www.camwhores.tv/videos/5788200/party-like-a-finger-s-up-your-ass/
https://www.camwhores.tv/videos/5761263/nicoletta-shea-s-first-anal/
https://www.camwhores.tv/videos/5626732/holly-halston-the-wedding-gift-brazzers/
https://www.camwhores.tv/videos/5459080/brazzers-valentine-day-2020-orgy-fest/
https://daftsex.com/watch/-202416207_456239050
https://daftsex.com/watch/-190553232_456246345
https://daftsex.com/watch/-144115569_456239451
https://daftsex.com/watch/-156665401_456239494
https://daftsex.com/watch/-160586466_456243552
https://daftsex.com/watch/-160586466_456243551
https://daftsex.com/watch/-141349904_456245636
https://daftsex.com/watch/-92919910_456241138
https://daftsex.com/watch/-187217911_456239938
https://daftsex.com/watch/-124960061_456239252
https://daftsex.com/watch/-87580216_456239101
https://daftsex.com/watch/-156665401_456239489
https://daftsex.com/watch/-165582493_456244393
https://daftsex.com/watch/-165582493_456244404
https://daftsex.com/watch/-165582493_456244358
https://daftsex.com/watch/-127600412_456241442
https://daftsex.com/watch/-193573548_456239279
https://daftsex.com/watch/-201352940_456239227
https://daftsex.com/watch/-201352940_456239125
https://daftsex.com/watch/-165582493_456244130
https://daftsex.com/watch/-197732552_456239130
https://www.fembed.com/f/1ynz4tj-xm45g26
https://www206.ff-01.com/token=d_XywW172e-eBLm1MnNfLw/1614234586/187.189.0.0/75/7/1c/8039599f3171661793760ab3426531c7-480p.mp4
https://www1145.ff-03.com/token=LK0AV-BAjWu8BxZXvnKVlQ/1614234845/187.189.0.0/53/8/af/660f4ecb0e1f45ea5b015ff42ac80af8-480p.mp4
http://www.incestflix.com/watch/aaliyah-hadid-anya-ivy-sibling-rivalry-3-brazzers
http://www.incestflix.com/watch/aaliyah-hadid-courtney-taylor-showing-ropes-brazzers
http://www.incestflix.com/watch/aaliyah-love-panty-perv-brazzers
http://www.incestflix.com/watch/aaliyah-love-scarlett-mae-homemade-porn-with-mom
http://www.incestflix.com/watch/abella-danger-love-your-dad-brazzers
http://www.incestflix.com/watch/addie-andrews-fooling-my-mom-brazzers
http://www.incestflix.com/watch/adriana-chechik-abigail-mac-sister-succubus
http://www.incestflix.com/watch/adriana-chechik-brother-sister-study-break-reality-kings
http://www.incestflix.com/watch/adriana-chechik-wishful-fucking-reality-kings
http://www.incestflix.com/watch/alana-luv-jill-kassidy-bang-breakfast-reality-kings
http://www.incestflix.com/watch/alena-croft-mommy-always-says-yes-brazzers
http://www.incestflix.com/watch/alena-croft-scarlit-scandal-cumming-closet

http://www.incestflix.com/watch/alena-croft-the-mommy-market-brazzers
http://www.incestflix.com/watch/alessa-savage-my-daughters-secret-brazzers
http://www.incestflix.com/watch/alexis-fawx-aubree-valentine-sneak-peek-fuck
http://www.incestflix.com/watch/alexis-fawx-bet-you-cant-touch-her-boobs-brazzers
http://www.incestflix.com/watch/alexis-fawx-help-please-milf-hunter-reality-kings
http://www.incestflix.com/watch/alexis-fawx-khloe-kapri-afternoon-special-moms-bang-teens
http://www.incestflix.com/watch/alexis-fawx-lena-paul-zzseries-brazzers-christmas-special-4
http://www.incestflix.com/watch/alexis-fawx-mackenzie-moss-all-in-a-days-squirt
http://www.incestflix.com/watch/alexis-fawx-massaging-my-mom-pool-brazzers
http://www.incestflix.com/watch/alexis-fawx-molly-mae-pussy-breakfast-brazzers
http://www.incestflix.com/watch/alexis-fawx-my-dripping-wet-mom-brazzers
http://www.incestflix.com/watch/alexis-fawx-my-two-horny-sons-brazzers
http://www.incestflix.com/watch/alexis-fawx-natalie-brooks-moms-home-gym
http://www.incestflix.com/watch/alexis-fawx-zzseries-brazzers-christmas-special-1
http://www.incestflix.com/watch/alina-lopez-cherie-deville-mom-sex-fiend-brazzers
http://www.incestflix.com/watch/alina-lopez-rude-awakening-brazzers
http://www.incestflix.com/watch/alissa-jayde-khloe-kapri-too-horny-to-sleep
http://www.incestflix.com/watch/alura-jenson-eliza-ibarra-moms-side-hustle-brazzers
http://www.incestflix.com/watch/alura-jenson-moms-pantyhose-big-butts-like-it-big-brazzers
http://www.incestflix.com/watch/alura-jenson-nursing-sons-sick-dick-brazzers
http://www.incestflix.com/watch/alura-jenson-off-the-couch-and-into-mom
http://www.incestflix.com/watch/alyssa-cole-savana-styles-moms-bang-teens-reality-kings
http://www.incestflix.com/watch/alyssa-lynn-cassidy-banks-sharing-the-shower-one-brazzers
http://www.incestflix.com/watch/alyssa-lynn-shes-always-naked-brazzers
http://www.incestflix.com/watch/amara-romani-london-river-anal-sex-education
http://www.incestflix.com/watch/angel-smalls-webcamming-daughter-caught
http://www.incestflix.com/watch/ania-kinski-zoe-doll-teaching-sons-tutor-to-suck-dick
http://www.incestflix.com/watch/anya-olsen-in-honey-hole-by-brazzers
http://www.incestflix.com/watch/anya-olsen-kennedy-jax-my-suck-up-sister-brazzers
http://www.incestflix.com/watch/anya-olsen-so-wrong-yet-so-right-by-brazzers
http://www.incestflix.com/watch/anya-olsen-sydney-cole-sisters-share-everything-brazzers
http://www.incestflix.com/watch/april-aniston-daisy-marie-pornographic-pilates
http://www.incestflix.com/watch/ariana-marie-bridgette-b-rich-fucks-part-1
http://www.incestflix.com/watch/ariana-marie-chanel-preston-preppies-pantyhose-brazzers
http://www.incestflix.com/watch/ariella-ferrera-cherie-deville-double-milf
http://www.incestflix.com/watch/ariella-ferrera-driving-mommy-wild-brazzers
http://www.incestflix.com/watch/ariella-ferrera-jenna-sativa-ryan-conner-three-muffs-buff
http://www.incestflix.com/watch/ariella-ferrera-missy-martinez-aunt-mommy-got-boobs-brazzers
http://www.incestflix.com/watch/ariella-ferrera-panty-stash-brazzers
http://www.incestflix.com/watch/ariella-ferrera-pleasing-my-mom-sneaky-sex-reality-kings
http://www.incestflix.com/watch/ariella-ferrera-sophia-lane-not-again-brazzers
http://www.incestflix.com/watch/ariella-ferrera-thats-my-bush-brazzers
http://www.incestflix.com/watch/ashley-anderson-cherie-deville-dont-toy-with-me-brazzers
http://www.incestflix.com/watch/ashley-anderson-melissa-lynn-amateur-hour
http://www.incestflix.com/watch/asuna-fox-diamond-foxx-mate-training
http://www.incestflix.com/watch/aubrey-black-its-okay-just-grower
http://www.incestflix.com/watch/aubrey-black-milfs-grab-back-brazzers
http://www.incestflix.com/watch/aubrey-black-mom-spies-horny-son-brazzers

http://www.incestflix.com/watch/aubrey-sinclair-a-close-shave-reality-kings
http://www.incestflix.com/watch/aubrey-sinclair-surfing-with-sister-reality-kings
http://www.incestflix.com/watch/autumn-falls-fall-upon-a-big-cock-brazzers
http://www.incestflix.com/watch/ava-addams-affirmation-to-tit-formation-brazzers
http://www.incestflix.com/watch/ava-addams-getting-her-beauty-peep-brazzers
http://www.incestflix.com/watch/ava-addams-megan-rain-squeaky-clean-brazzers
http://www.incestflix.com/watch/ava-addams-mom-hands-off-boyfriend-brazzers
http://www.incestflix.com/watch/ava-addams-pictures-of-her-brazzers
http://www.incestflix.com/watch/ava-addams-seduced-by-his-stepmom-brazzers
http://www.incestflix.com/watch/ava-koxxx-leigh-darby-pervert-punishment-reality-kings
http://www.incestflix.com/watch/avalon-heart-cory-chase-virtual-mom-bang-teens
http://www.incestflix.com/watch/bailey-brooke-sarah-jessie-prom-mom-brazzers
http://www.incestflix.com/watch/balls-deep-in-mommy-phoenix-marie-brazzers
http://www.incestflix.com/watch/becky-bandini-slippery-situation-brazzers
http://www.incestflix.com/watch/bella-elise-rose-sweeter-when-wet-brazzers
http://www.incestflix.com/watch/blake-morgan-evelin-stone-happy-fucksgiving
http://www.incestflix.com/watch/brandi-love-anya-olsen-meet-mom-bang
http://www.incestflix.com/watch/brandi-love-bella-rose-bride-to-be-moms-bang-teens
http://www.incestflix.com/watch/brandi-love-brandi-loves-latex-brazzers
http://www.incestflix.com/watch/brandi-love-cleaning-up-his-mess-brazzers
http://www.incestflix.com/watch/brandi-love-hands-on-learning-mommy-boobs-brazzers
http://www.incestflix.com/watch/brandi-love-making-mess-mommy-got-boobs-brazzers
http://www.incestflix.com/watch/brandi-love-mom-in-control-brazzers
http://www.incestflix.com/watch/brandi-love-mounted-mother-in-law-brazzers
http://www.incestflix.com/watch/brandi-love-whitney-wright-mom-closet
http://www.incestflix.com/watch/brett-rossi-britney-light-nothing-to-see-here
http://www.incestflix.com/watch/brett-rossi-let-me-see-that-cock-reality-kings
http://www.incestflix.com/watch/briana-banks-darcie-dolce-how-to-use-a-dildo
http://www.incestflix.com/watch/briana-banks-under-covers-milf-reality-kings
http://www.incestflix.com/watch/brianna-bree-skylar-morgan-mom-just-needs-dick
http://www.incestflix.com/watch/bridgette-b-anastasia-knight-teach-me-again-please
http://www.incestflix.com/watch/bridgette-b-dreams-really-do-cum-true-brazzers
http://www.incestflix.com/watch/bridgette-b-honey-gold-kristen-scott-rich-fucks-part-2
http://www.incestflix.com/watch/bridgette-b-its-a-sausage-fest-brazzers
http://www.incestflix.com/watch/bridgette-b-karlee-grey-gina-valentina-friends-cum-over
http://www.incestflix.com/watch/bridgette-b-karma-rx-the-getaway-part-1
http://www.incestflix.com/watch/bridgette-b-karma-rx-the-getaway-part-2
http://www.incestflix.com/watch/bridgette-b-mom-will-show-you-how-brazzers
http://www.incestflix.com/watch/bridgette-b-nina-elle-victoria-steffanie-two-milfs
http://www.incestflix.com/watch/bridgette-b-quinn-wilde-private-film
http://www.incestflix.com/watch/britney-amber-kenzie-reeves-easter-dinner-at-moms
http://www.incestflix.com/watch/britney-amber-lela-star-creampie-diaries-brazzers
http://www.incestflix.com/watch/britney-amber-package-deal-mom-brazzers
http://www.incestflix.com/watch/brooklyn-blue-pantomime-pounding-brazzers
http://www.incestflix.com/watch/brooklyn-chase-a-sons-duty-brazzers
http://www.incestflix.com/watch/brooklyn-chase-the-mother-load-brazzers
http://www.incestflix.com/watch/cali-carter-nina-elle-muff-diver-down-reality-kings
http://www.incestflix.com/watch/carla-cox-cumming-home-christmas-part-two-brazzers

http://www.incestflix.com/watch/carmel-anderson-sensual-jane-mom-not-in-control-brazzers
http://www.incestflix.com/watch/carolina-sweets-daughter-stuck-fucked
http://www.incestflix.com/watch/carolina-sweets-dear-diary-brother-brazzers
http://www.incestflix.com/watch/carolina-sweets-wanna-buy-virginity-brazzers
http://www.incestflix.com/watch/casey-calvert-sharing-sister-brazzers
http://www.incestflix.com/watch/cassidy-klein-darcie-belle-your-dad-is-a-dilf-brazzers
http://www.incestflix.com/watch/cathy-heaven-gamer-heaven-brazzers
http://www.incestflix.com/watch/chanel-preston-ivy-aura-helping-mom-finish-reality-kings
http://www.incestflix.com/watch/cherie-deville-mom-has-got-meeting-brazzers
http://www.incestflix.com/watch/cherie-deville-spring-cumming-brazzers
http://www.incestflix.com/watch/chloe-carter-brother-sister-bored-stiff-brazzers
http://www.incestflix.com/watch/chloe-couture-darcie-dolce-my-room-my-rules-bitch
http://www.incestflix.com/watch/chloe-couture-lauren-phillips-fuck-my-boyfriend
http://www.incestflix.com/watch/chloe-scott-had-no-idea-reality-kings
http://www.incestflix.com/watch/christen-courtney-plays-fantasy-rpg-brother-brazzers
http://www.incestflix.com/watch/christie-stevens-blindfolded-mom-brazzers
http://www.incestflix.com/watch/christie-stevens-the-slutwalker-brazzers
http://www.incestflix.com/watch/cindy-starfall-phoenix-marie-bubble-bath-reality-kings
http://www.incestflix.com/watch/cory-chase-blair-williams-dirty-little-mommy
http://www.incestflix.com/watch/cory-chase-carter-cruise-fucking-nerds-moms-bang-teens
http://www.incestflix.com/watch/cory-chase-help-me-out-brazzers
http://www.incestflix.com/watch/cory-chase-jane-wilde-dress-lick-slut-moms-lick-teens
http://www.incestflix.com/watch/cory-chase-jaye-summers-get-off-your-ass-clean
http://www.incestflix.com/watch/cory-chase-kacey-jordan-dick-for-two-reality-kings
http://www.incestflix.com/watch/cory-chase-kadence-marie-the-go-getter
http://www.incestflix.com/watch/cory-chase-kali-roses-keep-xmas-lights-tied-on
http://www.incestflix.com/watch/cory-chase-khloe-kapri-cum-lessons-moms-lick-teens
http://www.incestflix.com/watch/cory-chase-lily-rader-moms-bang-teens
http://www.incestflix.com/watch/cory-chase-molly-mae-workout-freak-moms-bang-teens
http://www.incestflix.com/watch/cory-chase-sheila-daniels-double-rub-down
http://www.incestflix.com/watch/cory-chase-sierra-nicole-dont-wake-him-moms-lick-teens
http://www.incestflix.com/watch/cory-chase-sierra-nicole-new-cock-fuck-moms-bang-teens
http://www.incestflix.com/watch/cory-chase-stuck-up-mom-brazzers
http://www.incestflix.com/watch/cory-chase-sydney-cole-moms-teens
http://www.incestflix.com/watch/cristal-caraballo-jaye-summers-cooking-with-mom
http://www.incestflix.com/watch/cristal-caraballo-reagan-foxx-mother-son-bonding
http://www.incestflix.com/watch/daisy-summers-protecting-the-sister-brazzers
http://www.incestflix.com/watch/dana-dearmond-pristine-in-pantyhose-brazzers
http://www.incestflix.com/watch/dana-dearmond-secretly-rubbed-hot-tub-brazzers
http://www.incestflix.com/watch/dani-jensen-skyla-novea-after-studies-reality-kings-moms
http://www.incestflix.com/watch/danni-rivers-briana-banks-sex-therapy
http://www.incestflix.com/watch/danni-rivers-eva-long-say-yes-to-some-sex-brazzers
http://www.incestflix.com/watch/darcie-dolce-desiree-dulce-sibling-rivalry
http://www.incestflix.com/watch/darryl-hanah-shyla-jameson-love-lessons
http://www.incestflix.com/watch/dee-williams-son-rubdown-brazzers
http://www.incestflix.com/watch/devon-mom-smokes-my-pole-brazzers
http://www.incestflix.com/watch/diamond-foxxx-moms-sweet-gloryhole-brazzers
http://www.incestflix.com/watch/diamond-jackson-eye-infield-brazzers

http://www.incestflix.com/watch/diamond-jackson-mom-caught-son-beating-meat
http://www.incestflix.com/watch/dillion-harper-jamie-valentine-perfect-pussy-moms-bang-teens
http://www.incestflix.com/watch/dolly-leigh-polish-that-cock-reality-kings
http://www.incestflix.com/watch/elektra-rose-india-summer-daughters-titties
http://www.incestflix.com/watch/elektra-rose-stay-away-from-daughter
http://www.incestflix.com/watch/elektra-rose-syren-de-mer-freaky-daughter
http://www.incestflix.com/watch/elena-koshka-silvia-saige-bad-kitty-reality-kings
http://www.incestflix.com/watch/elexis-monroe-hard-pill-to-swallow-brazzers
http://www.incestflix.com/watch/eliza-ibarra-diving-good-dicking-brazzers
http://www.incestflix.com/watch/eliza-ibarra-sabrina-rogue-get-your-own-room
http://www.incestflix.com/watch/ella-hughes-car-tips-and-tricks-brazzers
http://www.incestflix.com/watch/emily-mena-my-sisters-baby-oil-brazzers
http://www.incestflix.com/watch/emily-willis-lets-not-tell-my-mom-brazzers
http://www.incestflix.com/watch/emily-willis-practice-makes-perfect-slut
http://www.incestflix.com/watch/emma-butt-hold-phone-not-moan-brazzers-mommy-got-boobs
http://www.incestflix.com/watch/emma-butt-stripping-mom-milf-big-brazzers
http://www.incestflix.com/watch/esperanza-del-horno-naughty-little-debutante
http://www.incestflix.com/watch/fira-ventura-leigh-darby-sneaky-slut-learn-moms-control
http://www.incestflix.com/watch/georgie-lyall-aunts-workout-plan-brazzers
http://www.incestflix.com/watch/gia-paige-be-more-like-your-sister-brazzers
http://www.incestflix.com/watch/gia-paige-tory-lane-disrespecting-the-maid-brazzers
http://www.incestflix.com/watch/gina-gerson-kayla-green-partys-over
http://www.incestflix.com/watch/gina-gerson-sexual-taboo-reality-kings
http://www.incestflix.com/watch/gina-valentina-sister-button-mashing-brazzers
http://www.incestflix.com/watch/giselle-palmer-sheridan-love-cult-of-love-brazzers
http://www.incestflix.com/watch/haley-mae-alena-croft-innocent-ripe-reality-kings
http://www.incestflix.com/watch/harmonie-marquise-tori-montana-sibling-rivalry-4
http://www.incestflix.com/watch/helena-price-carolina-sweets-punishing-freeloader
http://www.incestflix.com/watch/helena-price-rharri-rhound-daughter-cam-girl
http://www.incestflix.com/watch/hime-marie-forbidden-fruit-tastes-the-sweetest
http://www.incestflix.com/watch/holly-hotwife-just-ignore-him-brazzers
http://www.incestflix.com/watch/hunter-rose-daughter-cheerleader-teens-love-huge-cocks
http://www.incestflix.com/watch/india-summer-bella-skye-dirty-bella-moms-bang-teens
http://www.incestflix.com/watch/india-summer-hope-howell-moms-bang-teens
http://www.incestflix.com/watch/isis-love-brazzers-tit-not-toy
http://www.incestflix.com/watch/isis-love-holly-hendrix-poolside-milf-reality-kings
http://www.incestflix.com/watch/jaclyn-taylor-step-mom-son-brazzers
http://www.incestflix.com/watch/jade-kush-tits-and-ass-reality-kings
http://www.incestflix.com/watch/jamie-valentine-sophia-leone-two-clits-one-dick
http://www.incestflix.com/watch/janet-mason-alex-tanner-teaching-alex-reality-kings
http://www.incestflix.com/watch/janet-mason-farrah-dahl-say-hello-mrs-dahl-brazzers
http://www.incestflix.com/watch/janet-mason-mom-loves-morning-wood-brazzers
http://www.incestflix.com/watch/janice-griffith-fuck-dad-brazzers
http://www.incestflix.com/watch/janna-hicks-kali-roses-nubile-new-year
http://www.incestflix.com/watch/jasmine-jae-stella-cox-bringing-siblings-closer-together
http://www.incestflix.com/watch/jaye-summers-tucker-pierce-seduce-my-mom
http://www.incestflix.com/watch/jeanie-marie-sullivan-moms-got-game-brazzers
http://www.incestflix.com/watch/jillian-janson-lena-paul-brazzers-christmas-special-2

http://www.incestflix.com/watch/jillian-janson-zzseries-brazzers-christmas-special-3
http://www.incestflix.com/watch/jimena-lago-angel-wicky-teens-backseat-brazzers
http://www.incestflix.com/watch/joslyn-james-carolina-sweets-mom-obsessed-control-brazzers
http://www.incestflix.com/watch/joslyn-james-late-riser-gets-laid-brazzers
http://www.incestflix.com/watch/joslyn-james-mom-got-new-boobs-brazzers
http://www.incestflix.com/watch/joslyn-james-moms-secret-shower-brazzers
http://www.incestflix.com/watch/joslyn-james-sneaky-mom-clueless-dad
http://www.incestflix.com/watch/julia-ann-hooked-on-bras-mommy-got-boobs-brazzers
http://www.incestflix.com/watch/julia-ann-mom-sex-ed-brazzers
http://www.incestflix.com/watch/julia-ann-olivia-austin-moms-social-club-brazzers
http://www.incestflix.com/watch/kali-james-alena-croft-threesome-sick-day
http://www.incestflix.com/watch/kali-roses-cocksicle-taste-test-brazzers
http://www.incestflix.com/watch/kali-roses-lexi-luna-separate-rooms-1
http://www.incestflix.com/watch/kali-roses-lexi-luna-separate-rooms-2
http://www.incestflix.com/watch/kali-roses-reagan-foxx-panty-sniffing-daughter
http://www.incestflix.com/watch/katana-kombat-kristen-scott-apology-accepted
http://www.incestflix.com/watch/kate-england-amanda-verhooks-ripe-love-moms-lick-teens
http://www.incestflix.com/watch/katie-morgan-study-hard-fuck-harder-reality-kings
http://www.incestflix.com/watch/katya-rodriguez-brotherly-love-brazzers
http://www.incestflix.com/watch/kayla-green-toying-around-with-my-mom-brazzers
http://www.incestflix.com/watch/kaylani-lei-the-model-mom-brazzers
http://www.incestflix.com/watch/keira-croft-cooling-down-brazzers
http://www.incestflix.com/watch/kendall-woods-be-more-like-your-sister-brazzers
http://www.incestflix.com/watch/kendall-woods-osa-lovely-two-pussies-one-bone-brazzers
http://www.incestflix.com/watch/kendra-lust-giving-mom-what-she-wants-brazzers
http://www.incestflix.com/watch/kendra-lust-zoe-clark-shower-together-brazzers
http://www.incestflix.com/watch/kenzie-reeves-advanced-anal-stretching-yoga
http://www.incestflix.com/watch/kenzie-reeves-emo-chick-needs-some-dick-brazzers
http://www.incestflix.com/watch/kenzie-reeves-sally-dangelo-lil-humpette
http://www.incestflix.com/watch/kharlie-stone-piper-perri-sisters-share-bed-brazzers
http://www.incestflix.com/watch/kianna-dior-bake-sale-bang-mommy-got-boobs-brazzers
http://www.incestflix.com/watch/kiley-jay-cheaters-delight-reality-kings
http://www.incestflix.com/watch/kiley-jay-tegan-james-spank-me-moms-lick-teens
http://www.incestflix.com/watch/kimmy-granger-alexis-fawx-three-cumpany-shower
http://www.incestflix.com/watch/kimmy-granger-dont-forget-to-fuck-brazzers
http://www.incestflix.com/watch/kimmy-granger-synthia-fixx-homeschool-brazzers-prostitute
http://www.incestflix.com/watch/kira-queen-catching-on-to-mom
http://www.incestflix.com/watch/kirsten-lee-jamie-valentine-sexy-seductress-moms-bang-teens
http://www.incestflix.com/watch/krissy-lynn-aria-lee-peep-show-tell-brazzers
http://www.incestflix.com/watch/krissy-lynn-helicockter-mom-brazzers
http://www.incestflix.com/watch/krissy-lynn-kimmy-granger-daughters-new-boyfriend
http://www.incestflix.com/watch/krissy-lynn-kylie-page-cinematic-climax-brazzers
http://www.incestflix.com/watch/kristen-scott-alena-croft-doing-dirty-work-brazzers
http://www.incestflix.com/watch/kristen-scott-in-my-sister-the-gamer-by-brazzers
http://www.incestflix.com/watch/kristina-shannon-karissa-shannon-sneaky-sister-swap
http://www.incestflix.com/watch/kylie-sinner-sunbathing-sister-wants-anal
http://www.incestflix.com/watch/lacey-bender-moms-helping-hand
http://www.incestflix.com/watch/lacey-london-tori-montana-nurse-cures-all

http://www.incestflix.com/watch/lacy-lennon-porn-logic-3-step-away-full
http://www.incestflix.com/watch/lacy-lennon-scarlett-bloom-fathers-day-gift
http://www.incestflix.com/watch/lana-rhoades-nicolette-shea-double-occupancy
http://www.incestflix.com/watch/layla-london-my-daughter-loves-porn-brazzers
http://www.incestflix.com/watch/layton-benton-dont-toy-with-my-ass-brazzers
http://www.incestflix.com/watch/layton-benton-soaking-wet-revenge-brazzers
http://www.incestflix.com/watch/lela-star-jill-kassidy-bed-sweatfest-brazzers
http://www.incestflix.com/watch/lexi-luna-mom-gets-soaked-brazzers
http://www.incestflix.com/watch/lexi-luna-mom-is-a-fuck-up-brazzers
http://www.incestflix.com/watch/lexi-luna-vina-sky-mechanic-appreciation
http://www.incestflix.com/watch/lily-rader-jennifer-jacobs-busted-sneaky-sex
http://www.incestflix.com/watch/liza-del-sierra-giving-him-the-talk-brazzers
http://www.incestflix.com/watch/lolo-punzel-veronica-vain-moms-bang-teens
http://www.incestflix.com/watch/london-river-photocockied-brazzers
http://www.incestflix.com/watch/lucy-doll-syren-de-mer-first-footjob-brazzers
http://www.incestflix.com/watch/mackenzie-moss-sarah-vandella-two-mean-pussies
http://www.incestflix.com/watch/marsha-may-my-brother-the-panty-thief-brazzers
http://www.incestflix.com/watch/marsha-may-nicole-bexly-sisters-slumber-party-brazzers
http://www.incestflix.com/watch/maserati-alice-pink-dommed-dads-girlfriend-1-brazzers
http://www.incestflix.com/watch/maserati-carolina-sweets-pool-toy-brazzers
http://www.incestflix.com/watch/megan-rain-my-teen-daughter-tied-me-up-brazzers
http://www.incestflix.com/watch/mia-lelani-ivy-rose-pink-little-mia-moms-lick-teens
http://www.incestflix.com/watch/mia-lelani-sharing-the-mom-brazzers
http://www.incestflix.com/watch/michelle-thorne-misha-cross-moms-sex-robot-brazzers
http://www.incestflix.com/watch/mindi-mink-riley-reid-mother-daughter-mink-pink
http://www.incestflix.com/watch/molly-mae-haley-reed-three-fun-sneaky-sex
http://www.incestflix.com/watch/molly-stewart-richelle-ryan-helping-her-cum-reality-kings
http://www.incestflix.com/watch/moms-bang-teens-cherie-deville-zoey-monroe
http://www.incestflix.com/watch/moms-bang-teens-nina-elle-naomi-woods
http://www.incestflix.com/watch/monica-asis-alessandra-miller-moms-coaching
http://www.incestflix.com/watch/nekane-sweet-daughters-sweet-pussy-brazzers
http://www.incestflix.com/watch/nia-nacci-brother-the-perv-reality-kings
http://www.incestflix.com/watch/nicolette-shea-rock-harder-reality-kings
http://www.incestflix.com/watch/nicolette-shea-the-dick-pic-trick-brazzers
http://www.incestflix.com/watch/nicolette-shea-vienna-rose-dick-pic-interference
http://www.incestflix.com/watch/nikita-von-james-stevie-shae-seducing-slutty-mom-brazzers
http://www.incestflix.com/watch/nikki-capone-lexxxus-adams-bone-in-capone
http://www.incestflix.com/watch/nikki-capone-molly-mae-dueling-dildos-reality-kings
http://www.incestflix.com/watch/nina-dolci-angel-smalls-home-alone-girlfriends-mom
http://www.incestflix.com/watch/nina-dolci-lexxxus-adams-moms-bang-teens
http://www.incestflix.com/watch/nina-elle-brooke-haze-vacation-sensation
http://www.incestflix.com/watch/nina-elle-have-cock-eat-brazzers
http://www.incestflix.com/watch/nina-elle-karma-rx-the-swap-sneaky-sex
http://www.incestflix.com/watch/nina-elle-mommy-issues-part-1-brazzers
http://www.incestflix.com/watch/nina-elle-they-feel-real-to-me-brazzers
http://www.incestflix.com/watch/nina-elle-within-holey-matrimony-brazzers
http://www.incestflix.com/watch/nina-kayy-eva-marie-fucking-mom-eva-reality-kings
http://www.incestflix.com/watch/olivia-austin-quinn-wilde-pussy-hunting-mom-reality-kings

http://www.incestflix.com/watch/olivia-austin-rosalyn-sphinx-learning-from-mom
http://www.incestflix.com/watch/olivia-fox-avery-adair-miss-fox-busts-the-teens
http://www.incestflix.com/watch/olivia-nova-sisters-wet-little-secret-brazzers
http://www.incestflix.com/watch/osa-lovely-soaking-stepmom-brazzers
http://www.incestflix.com/watch/osa-lovely-swimsuit-issues-brazzers
http://www.incestflix.com/watch/osa-lovely-the-stepmom-of-your-dreams-brazzers
http://www.incestflix.com/watch/parker-swayze-dylan-daniels-lolo-punzel-friendly-fuck
http://www.incestflix.com/watch/phoenix-marie-kylie-nicole-cum-petitive-pricing-brazzers
http://www.incestflix.com/watch/phoenix-marie-rock-hard-reality-kings
http://www.incestflix.com/watch/piper-perri-cory-chase-piping-piper-reality-kings
http://www.incestflix.com/watch/princess-jasmine-presto-this-wand-is-magic
http://www.incestflix.com/watch/quinn-wilde-cumming-cookout-sneaky-reality-kings
http://www.incestflix.com/watch/rachel-starr-the-mom-and-the-graduate-brazzers
http://www.incestflix.com/watch/raven-hart-slutty-stepmoms-wedding-brazzers
http://www.incestflix.com/watch/reagan-foxx-lucie-kline-milf-closet-moms-bang-teens
http://www.incestflix.com/watch/reagan-foxx-never-marry-a-milf-brazzers
http://www.incestflix.com/watch/reagan-foxx-save-the-tits-mommy-got-boobs-brazzers
http://www.incestflix.com/watch/reagan-foxx-sending-moms-nudes-brazzers
http://www.incestflix.com/watch/reagan-foxx-too-hot-to-handle-mommy-got-boobs-brazzers
http://www.incestflix.com/watch/reagan-foxx-total-milf-brazzers
http://www.incestflix.com/watch/reagan-foxx-water-shortage-poundage-brazzers
http://www.incestflix.com/watch/rebecca-jane-smyth-peeping-son-brazzers
http://www.incestflix.com/watch/rebecca-moore-stacey-saran-rub-and-tug-tub
http://www.incestflix.com/watch/rebecca-more-just-one-clit-away-brazzers
http://www.incestflix.com/watch/rebecca-more-rhiannon-ryder-pussy-international
http://www.incestflix.com/watch/richelle-ryan-cassidy-banks-home-where-whore-brazzers
http://www.incestflix.com/watch/richelle-ryan-kristen-scott-mom-joins-you
http://www.incestflix.com/watch/richelle-ryan-lucie-cline-massage-reality-kings
http://www.incestflix.com/watch/richelle-ryan-need-protein-shake-brazzers
http://www.incestflix.com/watch/riley-reid-melissa-moore-almost-sisters
http://www.incestflix.com/watch/riley-star-tabatha-jordan-stretching-with-mom
http://www.incestflix.com/watch/rina-ellis-risky-rina-father-daughter-reality-kings
http://www.incestflix.com/watch/ryan-conner-jojo-kiss-sharing-shower-moms-control
http://www.incestflix.com/watch/ryan-connor-brazzers-mom-son-seat-dick
http://www.incestflix.com/watch/ryan-keely-dickrupting-domestic-bliss-brazzers
http://www.incestflix.com/watch/ryan-keely-jeni-angel-you-dont-need-a-cock-part-1
http://www.incestflix.com/watch/sally-squirt-quality-time-with-daughter-brazzers
http://www.incestflix.com/watch/sarah-vandella-lana-sharapova-merrier-brazzers
http://www.incestflix.com/watch/sara-st-clair-hailey-little-morning-joe-moms-bang-teens
http://www.incestflix.com/watch/serena-santos-vanessa-sky-threesome-tutorial-brazzers
http://www.incestflix.com/watch/shae-celestine-blowjob-lessons-reality-kings
http://www.incestflix.com/watch/shae-summers-india-summer-topless-tennis
http://www.incestflix.com/watch/shay-fox-cum-in-me-not-on-my-couch-brazzers
http://www.incestflix.com/watch/shay-fox-mom-clueless-cum-lessons-mommygotboobs-brazzers
http://www.incestflix.com/watch/shayla-leveaux-moms-panties-brazzers
http://www.incestflix.com/watch/sheridan-love-fucked-in-a-breeze-brazzers
http://www.incestflix.com/watch/silvia-saige-ally-tate-titty-moms-bang-teens-reality-king
http://www.incestflix.com/watch/silvia-saige-amara-romani-momslickteens-reality-kings

http://www.incestflix.com/watch/sofia-rose-load-size-jordis-max-brazzers
http://www.incestflix.com/watch/sofie-reyez-alexa-vega-mom-ruined-audition
http://www.incestflix.com/watch/sofie-reyez-ivy-secret-reality-kings
http://www.incestflix.com/watch/son-jordi-ava-koxxx-leigh-darby-scissoring-mom-brazzers
http://www.incestflix.com/watch/sweet-cherie-moms-charlotte-stokely-cherie-deville
http://www.incestflix.com/watch/sybil-stallone-kitchen-chores-mommygotboobs
http://www.incestflix.com/watch/sybil-stallone-moms-spring-cleaning-brazzers
http://www.incestflix.com/watch/syren-de-mer-my-three-sons-mom
http://www.incestflix.com/watch/tana-lea-dont-bother-me-brazzers
http://www.incestflix.com/watch/tara-ashley-lust-imitates-art-reality-kings
http://www.incestflix.com/watch/tara-holiday-mom-soothes-the-groom-brazzers
http://www.incestflix.com/watch/tarra-white-cumming-home-christmas-part-one
http://www.incestflix.com/watch/tegan-james-alexa-white-nova-brooks-tied-reality-kings
http://www.incestflix.com/watch/tegan-james-stranded-mom-brazzers
http://www.incestflix.com/watch/tia-cyrus-vina-sky-get-in-where-you-fit-in
http://www.incestflix.com/watch/tiffany-rain-mommy-issues-part-2-brazzers
http://www.incestflix.com/watch/tiffany-watson-gimme-gimme-never-get-brazzers
http://www.incestflix.com/watch/tiffany-watson-great-easter-egg-cunt-brazzers
http://www.incestflix.com/watch/tina-kay-blow-team-blow-brazzers
http://www.incestflix.com/watch/tucker-pierce-lexi-lore-naked-teen-temptress
http://www.incestflix.com/watch/vanessa-cage-can-you-undress-me-brazzers
http://www.incestflix.com/watch/vanessa-cage-full-load-us-fucking-brazzers
http://www.incestflix.com/watch/vanessa-sky-anal-about-chores-brazzers
http://www.incestflix.com/watch/vanessa-sky-cant-leave-house-like-that-brazzers
http://www.incestflix.com/watch/vanilla-deville-mom-caught-masturbating-brazzers
http://www.incestflix.com/watch/vanna-bardot-becky-bandini-momsincontrol-brazzers
http://www.incestflix.com/watch/veronica-rayne-keys-to-her-pussy-brazzers
http://www.incestflix.com/watch/veronica-vega-riley-nixon-pranking-gf-sister
http://www.incestflix.com/watch/veronica-vega-smelling-daughters-panties-reality-kings
http://www.incestflix.com/watch/violet-starr-heather-vahn-frisking-fucking
http://www.incestflix.com/watch/zelda-morrison-slutty-schoolgirl-sister-reality-kings
http://www.incestflix.com/watch/zoe-bloom-missy-martinez-kimmy-granger-mom-boss
https://javdoe.tv/movie/brazzersexxtra-02-19-2021-kaden-s-curves.html
https://javdoe.tv/movie/brazzersexxtra-02-19-2021-cops-daughter-craves-cock.html
https://javdoe.tv/movie/brazzersexxtra-02-17-2021-threesome-through-the-wall.html
https://javdoe.tv/movie/brazzersexxtra-02-17-2021-bailey-s-shower-suck-and-fuck.html
https://javdoe.tv/movie/brazzersexxtra-02-15-2021-sand-and-sweat-part-2.html
https://javdoe.tv/movie/brazzersexxtra-02-12-2021-the-sloppy-roommate-cock-swap-part-2.html
https://javdoe.tv/movie/brazzersexxtra-02-12-2021-tru-kaits-steamy-lingerie-shower.html
https://javdoe.tv/movie/brazzersexxtra-02-10-2021azar-prank-me-and-i-will-fuck-your-friend.html
https://javdoe.tv/movie/brazzersexxtra-02-10-2021dulce-yoga-freaks-episode-fifteen.html
https://javdoe.tv/movie/brazzersexxtra-02-08-2021-the-pornstars-babysitter.html
https://javdoe.tv/movie/brazzersexxtra-02-09-2021-prank-battle-squirt-vs-cum.html
https://javdoe.tv/movie/brazzersexxtra-02-05-2021-the-cumpany-of-strangers.html
https://javdoe.tv/movie/brazzersexxtra-02-04-2021-a-threesome-by-the-fire.html
https://javdoe.tv/movie/brazzersexxtra-02-01-2021-lickity-stick-blow-up-doll-trick.html
https://javdoe.tv/movie/brazzersexxtra-01-26-2021-smoke-show.html
https://javdoe.tv/movie/brazzersexxtra-katie-morgan-cum-play-with-katie-01-23-2021.html

https://javdoe.tv/movie/brazzersexxtra-01-20-2021-bae-tae.html
https://javdoe.tv/movie/brazzersexxtra-01-15-2021-katie-kush-greenhouse-drip.html
https://javdoe.tv/movie/brazzersexxtra-01-13-2021-kiara-lord-bubble-bath-babe.html
https://javdoe.tv/movie/brazzersexxtra-01-07-2021-new-phone-whose-dick.html
https://javdoe.tv/movie/brazzersexxtra-01-06-2021-doin-yoga-with-mona.html
https://javdoe.tv/movie/brazzersexxtra-12-31-2020-abella-the-sinner.html
https://javdoe.tv/movie/brazzersexxtra-mini-stallion-gets-a-dicking-01-02-2021.html
https://javdoe.tv/movie/brazzersexxtra-01-03-2021-selfies-before-sex.html
https://javdoe.tv/movie/brazzersexxtra-12-30-2020chase-cocking-utensils.html
https://javdoe.tv/movie/brazzersexxtra-12-23-2020-cleaning-up-his-act.html
https://javdoe.tv/movie/brazzersexxtra-12-24-2020-all-i-want-for-christmas-is-dick.html
https://javdoe.tv/movie/brazzersexxtra-12-25-2020-swap-in-for-a-facial.html
https://javdoe.tv/movie/brazzersexxtra-12-22-2020-deeply-in-desiree.html
https://javdoe.tv/movie/brazzersexxtra-12-20-2020-the-after-after-party.html
https://javdoe.tv/movie/brazzersexxtra-12-18-2020star-luna-under-pressure.html
https://javdoe.tv/movie/brazzersexxtra-12-13-2020-blindfolded-fantasy.html
https://noodlemagazine.com/watch/55594435_159141023
https://noodlemagazine.com/watch/-9871478_149791229
https://noodlemagazine.com/watch/39191183_148589855
https://noodlemagazine.com/watch/49133188_162768256
https://noodlemagazine.com/watch/124057308_162333195
https://noodlemagazine.com/watch/-9871478_149791582
https://noodlemagazine.com/watch/-164967960_456240926
https://noodlemagazine.com/watch/-170274984_456242038
https://noodlemagazine.com/watch/-87580216_456239043
https://noodlemagazine.com/watch/-164967960_456240809
https://noodlemagazine.com/watch/-164967960_456240924
https://noodlemagazine.com/watch/-38694319_456239195
https://www.porndish.com/babygotboobs-kendra-sunderland-sinner-at-dinner/
https://www.porndish.com/hotandmean-lauren-phillips-ava-sinclaire-shut-your-mouth-and-fuck-me/
https://www.porndish.com/bigwetbutts-abella-danger-yoga-for-perverts/
https://www.porndish.com/brazzersexxtra-ebony-mystique-semen-demon/
https://www.porndish.com/babygotboobs-skye-blue-big-titty-lesbian/
https://www.porndish.com/daywithapornstar-luxury-girl-made-up-dicked-down/
https://www.porndish.com/brazzersexxtra-kaden-kole-kadens-curves/
https://www.porndish.com/pornstarslikeitbig-phoenix-marie-choose-your-pornstar/
https://www.porndish.com/brazzersexxtra-ashly-anderson-keeping-ashly-occupied/
https://www.porndish.com/brazzersexxtra-stacy-cruz-sybil-threesome-through-the-wall/
https://www.porndish.com/brazzersexxtra-bailey-base-baileys-shower-suck-and-fuck/
https://www.porndish.com/bigwetbutts-bella-rolland-vibing-2/
https://www.porndish.com/brazzersexxtra-alexis-fawx-sand-and-sweat-part-2/
https://www.porndish.com/hotandmean-alexis-fawx-olive-glass-sand-and-sweat-part-1/
https://www.porndish.com/brazzersexxtra-adria-rae-alone-with-bfs-pervy-roommate/
https://www.porndish.com/brazzersexxtra-rachel-starr-rachel-gets-stuck/
https://www.porndish.com/babygotboobs-barbie-crystal-big-titty-tutor/
https://www.porndish.com/brazzersexxtra-september-reign-paisley-porter-the-sloppy-roommate-cock-swap-part-2/

https://www.porndish.com/hotandmean-september-reign-paisley-porter-the-sloppy-roommate-cock-swap-part-1/

http://beta.porneq.com/video/ready-and-ripe-big-prnq16205754-b4xw01/

http://beta.porneq.com/video/-recipe-for-sex-mp4-rws-audrey-savannah-1100-prnq15319611-pbxj8q/

http://beta.porneq.com/video/return-of-the-foam-big-daredorm-official-porn-return-of-the-foam-big-daredorm-official-porn-prnq15034359-x47k29/

http://beta.porneq.com/video/ripe-melons-2015-dvdrip-split-scenes-scene-1-august-ames-july-2015-torrent-new-prnq15866002-y79w9b/

http://beta.porneq.com/video/rkprime-17-03-23-sierra-nicole-party-crasher-tk-prnq15645602-y7824r/

http://beta.porneq.com/video/rkprime-17-06-08-jillian-janson-splurging-on-jillian-xxx-sd-mp4--prnq16105955-pbmxl7/

http://beta.porneq.com/video/rkprime-17-10-26-victoria-june-keep-your-mask-on-xxx-sd-mp4-kleenex-prnq16605959-x4nwa8/

http://beta.porneq.com/video/rk-prime-xhivi-kim-big-cock-tight-pussy-09-04-2016-september-04-2016-big-cock-tight-pussy-big-800-prnq15234597-q28j2j/

http://beta.porneq.com/video/rws-karlie-montana-bb071014-12000-prnq15930619-wrq80y/

http://beta.porneq.com/video/rws-yurizan-beltran-1000-prnq15290697-q27g7j/

http://beta.porneq.com/video/samantha-bentley-plib-samantha-bentley-ap121915-2000-prnq15381399-pbbapy/

http://beta.porneq.com/video/sexual-education-scene-06-prnq15756528-48g9qe/

http://beta.porneq.com/video/shazia-sahari-dark-skinned-babe-fucks-and-milks-cock-xxx-sdrls-prnq15912524-nnzlpp/

http://beta.porneq.com/video/shes-gonna-squirt-bonnie-rotten-take-three-for-the-team-sgs-bonnie-rotten-kl030214-2000-prnq15333509-q22zlj/

http://beta.porneq.com/video/shes-gonna-squirt-brandi-love-payback-is-a-squirt-05-28-2014-may-28-2014-sgs-brandi-love-kl021714-1000-prnq15041199-pb85k7/

http://beta.porneq.com/video/shesgonnasquirt-chantelle-fox-the-princess-of-squirt-xxx-264-sgs-chantelle-fox-1000-prnq15488698-b4dzlv/

http://beta.porneq.com/video/sibling-rivalry-gwen-stark-prnq15844155-pbkqe7/

http://beta.porneq.com/video/sofia-cucci-penetrating-sofia-bex-sofia-cucci-kl042115-12000-prnq16104604-3qmaw5/

http://beta.porneq.com/video/stbj-love-bone-432p-prnq15219321-0521g1/

http://beta.porneq.com/video/streetblowjobs-kimberlee-cum-hunger-14-08-16-rq-prnq15341165-0555yk/

http://beta.porneq.com/video/streetblowjobs-lux-lisbon-pickup-truck-fuck-01-10-2017-rq-prnq15852968-nnznge/

http://beta.porneq.com/video/sunbathing-distraction-prnq15597854-b4a409/

http://beta.porneq.com/video/tanned-chick-with-big-curvy-butt-and-ripe-melons-gets-pussybanged-in-the-shower-prnq16278701-erwrm5/

http://beta.porneq.com/video/teenslikeitbig-alaina-dawson-elsa-jean-piper-perri-teen-honey-trap-prnq15375224-nnnxew/

http://beta.porneq.com/video/teenslikeitbig-teens-holly-missy-xxx-teenslikeitbig-teens-holly-missy-xxx-prnq16035724-nnpzwp/

http://beta.porneq.com/video/teenslikeitblack-amber-rayne-in-the-finer-things-in-life-sparrow-prnq15940860-l5az1q/

http://beta.porneq.com/video/teenslovehugecocks-2015-08-02-michelle-taylor-getting-the-goodies-270p-getting-the-goodies-mobile-prnq15046053-q2zx4d/

http://beta.porneq.com/video/teens-love-huge-cocks-7-xxx-dvdrip-redsection-cassidy-banks-prnq15253953-q2772d/

http://beta.porneq.com/video/teenslovehugecocks-angel-del-rey-ass-del-rey-prnq16257897-q29jnn/

http://beta.porneq.com/video/teenslovehugecocks-ariana-grand-grand-experience-grand-experience-big-prnq15826501-er31j3/

http://beta.porneq.com/video/teenslovehugecocks-jade-kush-tits-and-ass-teenslovehugecocks-jade-kush-tits-and-ass-prnq16704197-q2r2lj/

http://beta.porneq.com/video/teenslovehugecocks-kaylee-haze-576p-prnq15387855-pbbwyq/

http://beta.porneq.com/video/teenslovehugecocks-morgan-lee-meeting-morgan-august-08-2015-new-prnq16608955-pbvq8y/

http://beta.porneq.com/video/teen-tryouts-kharlie-stone-prnq16242798-b4xqvg/

http://beta.porneq.com/video/the-cunt-of-cthulhu-pir-te-the-cunt-of-cthulhu-pir-te-prnq15902010-b4wqjx/

http://beta.porneq.com/video/the-parodies-7-xxx-2017-web-dl-split-scenes-christen-courtney-rina-ellis-01-prnq15014463-wr8qn9/

http://beta.porneq.com/video/the-sexual-pozzi-scheme-blonde-mature-milf-evita-pozzi-prnq15491768-nn7jq1/

http://beta.porneq.com/video/tits-gone-wild-2015-split-scenes-web-dl-siri-09-22-2015--prnq16144728-48m3nx/

http://beta.porneq.com/video/tlib-alli-rae-sd169x-prnq15068889-er0p9z/

http://beta.porneq.com/video/tlib-kali-roses-kl110617-12000-prnq15706954-b42p4w/

http://beta.porneq.com/video/tlib-keira-knight-sd169-prnq15058299-pb84nx/

http://beta.porneq.com/video/-top-20-most-viewed-all-time-1-bex-madison-ivy-kl041414-2000-prnq15374063-wrrkmy/

http://beta.porneq.com/video/welivetogether-17-01-19-alex-blake-and-averi-brooks-skater-chicks-n1c-prnq16141746-y7nm2r/

http://beta.porneq.com/video/welivetogether-abigail-mac-and-daisy-summers-lady-lust-wlt-lady-lust-prnq15188763-wr1zx5/

http://beta.porneq.com/video/welivetogether-dani-daniels-keisha-grey-jenna-sativa-crushing-on-jenna-crushing-on-jenna-big-prnq16205054-b4xw59/

http://beta.porneq.com/video/welivetogether-gabriella-ford-alice-green-bad-girls-xxx-gabriella-ford-prnq16218830-gevl7w/

http://beta.porneq.com/video/welivetogether-molly-cavalli-richelle-joy-ride-big-prnq15590984-jzq3b5/

http://beta.porneq.com/video/welivetogether-sammie-rhodes-and-risi-simms-pink-pussies-wlt-pink-pussies-prnq15663002-y78r4e/

http://beta.porneq.com/video/welivetogether-sammie-rhodes-georgia-jones-and-ashley-steel-soothing-sauna-soothing-sauna-big-prnq16030880-d0e1m1/

http://beta.porneq.com/video/welivetogether-stephanie-carter-shane-blair-suck-on-stephanie-stephanie-carter-shane-blair-suck-on-stephanie-sd-prnq16642730-gekpk9/

http://beta.porneq.com/video/welivetogether-sweet-for-shyla-riley-reid-shyla-jennings-prnq16200154-b4xajx/

http://beta.porneq.com/video/wet-pornstar-sucking-pir-te-wet-pornstar-sucking-pir-te-prnq15536230-ge0pa0/

http://beta.porneq.com/video/yurizan-beltran-videos-pack-big-ass-big-tits-x6-clips-boot-camp-booty-prnq15405159-x44jrb/

http://beta.porneq.com/video/zzseries-aletta-ocean-lost-in-episode-3-1000-prnq15965759-x4bny8/

http://beta.porneq.com/video/zz-serles-katrina-jade-and-bill-bailey-zz-recruits-agent-katrina-prnq15683198-b424zx/

https://pornorips.com/rk-prime-codi-vore-4/
https://pornorips.com/rk-prime-olivia-jayy/
https://pornorips.com/rk-prime-gia-derza-and-paige-owens/
https://pornorips.com/rk-prime-kaisa-nord-4/
https://pornorips.com/reality-kings-wet-pussy-pounding/
https://pornorips.com/rk-prime-alina-ali-2/
https://pornorips.com/rk-prime-sarah-lace/
https://pornorips.com/reality-kings-toe-fucking-good/
https://pornorips.com/rk-prime-luna-star-11/
https://pornorips.com/reality-kings-the-mile-high-groupie-jetaway/
https://pornorips.com/reality-kings-the-fuck-it-list/
https://pornorips.com/rk-prime-abella-danger-22/
https://pornorips.com/rk-prime-summer-can-t-sleep/
https://pornorips.com/rk-prime-aria-kai-and-alina-ali-2/
https://pornorips.com/rk-prime-aria-kai-and-alina-ali/
https://pornorips.com/rk-at-home-follow-vixtors-voice/
https://pornorips.com/lil-humpers-luna-star-3/
https://pornorips.com/rk-at-home-cum-challenge-with-tory-sweety/
https://pornorips.com/rk-prime-madi-collins-2/
https://pornorips.com/rk-prime-alexia-anders-and-cali-caliente/
https://pornorips.com/rk-at-home-catcalling-catalina/
https://pornorips.com/reality-kings-out-of-the-pool-onto-a-cock/
https://pornorips.com/rk-prime-aften-opal-3/
https://pornorips.com/rk-prime-serena-santos-and-mazee-the-goat/
https://pornorips.com/reality-kings-stretching-out-valentina/
https://pornorips.com/rk-prime-gizelle-blanco-2/
https://pornorips.com/rk-prime-mina-moon/
https://pornorips.com/reality-kings-stretch-me-out/
https://pornorips.com/rk-prime-mia-moore-3/
https://pornorips.com/reality-kings-stealing-his-look-for-licks/
https://pornorips.com/rk-prime-shower-surprise-with-my-sons-friend/
https://pornorips.com/reality-kings-start-her-up/
https://pornorips.com/rk-prime-michelle-anderson/
https://pornorips.com/reality-kings-self-defense/
https://pornorips.com/rk-prime-roommates-fuck-over-the-washing-machine/
https://pornorips.com/rk-prime-josephine-jackson-2/
https://pornve.com/004zvk60sbc4/Milfs_Like_it_Big__Brazzers_-
_Jess_Scotland_Danny_D_Jess_Screams_Yes_For_The_Dress.html
https://pornve.com/00iz2umq84go/Kylee_Strutt_Gets_Pounded_By_The_Substitute_Teacher.html
https://pornve.com/011g3ozp04xx/Brazzers_-
_Horny_Alexis_Fawx_has_an_extremely_awesome_threesome_in_class_.html
https://pornve.com/01ru8bylpam3/Brazzers_-
_Dr_Melissa_Lynn_gives_Keirans_cock_the_cure_it_deserves_.html
https://pornve.com/01taeqnwkn10/Nina_Elle_Keiran_Lee_Drilling_My_Sergeant.html
https://pornve.com/01x3s5syvd1t/_Brazzers_-
_Athenas_stepdad_makes_her_squirt_with_his_big_dick_.html
https://pornve.com/02964599tnu8/Interraacial_Abella_Danger_And_Cassidy_Banks_Bex.html
https://pornve.com/02ibcdxivncl/Kinuski_Sinematic_BrazzersExxtra_anal.html

https://pornve.com/02kh1995qoi1/Brazzers_-
_Sexy_bubble_butt_doctor_Abigail_Mac_treats_her_patient_.html

https://pornve.com/02ozupiqneq4/MilfHunter__RealityKings_Kalina_Ryu_-_Ryu_Time.html

https://pornve.com/03dsfnyfd7x9/realitykings2016_01_03_Sexy_In_Spots.html

https://pornve.com/03e0m988zbaz/mia_malkova_5430_4_304_plays_published_on_1_day_ago_anal_en_bik
ini_category_anal_ass_pornstar_mia_malkova_tags_bikini.html

https://pornve.com/03ges972hjgq/Brazzers_Danny_D_Sperm_Service_Brazzers_Milfs_Like_It_Big_Kayla_Gre
en_Danny_D_Blonde_White_Gi.html

https://pornve.com/03vvnpdhlvpr/Dillion_Harper_Kneading_A_Teen.html

https://pornve.com/03zaqitx9ehd/GFRevenge_Pussy_print.html

https://pornve.com/048dkrscbr8x/Vic_Laginas_Birthday_Bash_Lisa_Ann.html

https://pornve.com/04akrqytfu7t/GFRevenge_Risky_business.html

https://pornve.com/05pu8497xh09/Nicole_Aniston_DP_Lesbians_Anal_Facial_Orgy_ZZ_Live_17_By_The_Poo
l_Bang.html

https://pornve.com/05qienijz4nr/Pornstars_Like_It_Big_Brazzers_Brandi_Love_Marsha_May_Monique_Alexa
nder_Phoenix_Marie_Romi_Rain_Danny_D_Keiran_Lee_The_Late_Night_Orgy_10_3_2016.html

https://pornve.com/05tyt137lldr/All_Good_New_Nikki_Benz.html

https://pornve.com/05wfwikwwgcm/Lela_Star_-_Under_The_Desk.html

https://pornve.com/065qqqjd8oqm/Raven_Hart_-_Sexy_Dirty_Milf.html

https://pornve.com/06y8nwtlaomu/Julia_Ann_-_In_With_The_New.html

https://pornve.com/07g4ew7d8hxu/Brazzers_Brazzers_House_3_Episode_1_Aaliyah_Hadid_Ashley_Adams_B
ridgette_B_Gin.html

https://pornve.com/07kscwoel140/Aletta_Ocean_Red_Anal_-_The_Best.html

https://pornve.com/07oun9r48pcz/Karolyne_Vibe_In_Deep.html

https://pornve.com/08009fso3dv4/BrazzersExxtra_19_07_16_Katana_Kombat_Tap_Her_Tactically_XXX_SD.ht
ml

https://pornve.com/090m7wzqvflb/_Brazzers-
_British_blonde_student_Barbie_Sins_fucks_for_better_grades_.html

https://pornve.com/09c82v30dhrh/Big_Tits_Penny_PAX_Big_Boob_Ginger_Big_Boobed_Chick_Gets_Banged.
html

https://pornve.com/09gylsix26d4/NEW_ANAL_Kagney_Linn_Karter.html

https://pornve.com/09j7qsa37haw/black_angelika_anal_fuck_privateHD.html

https://pornve.com/09jt6tzo9k4b/Valentina_Nappi_Tommy_Gunn_Undercover_Ass.html

https://pornve.com/0a3wejg93q2x/Karma_rx_fucks_black_cock_than_sucks_2_dicks.html

https://pornve.com/0ax7sso0mx82/Teens_In_The_Backseat_Angel_Wicky_Sam_Bourne__Jimena_Lago.html

https://pornve.com/0aybg5rcpr9v/Jackhammer_My_Ass_Ashley_Fires__Danny_D.html

https://pornve.com/0b0pgbtfd7dr/Missy_Martinez_-_Slut_Grooming.html

https://pornve.com/0b0szk1ux0qs/Naughty_Neighbours_Anissa_Kate_And_Ava_Addams_Pussy_Licking.html

https://pornve.com/0b4e8d0bm58z/Survey_My_Pussy_Free_Porn_Site.html

https://pornve.com/0b99gq2q5vwg/ANAL_Lesbian_43_Full_Movie.html

https://pornve.com/0bo3hnpvrap8/Free_Anal_Bridgette_B__Charles_Dera.html

https://pornve.com/0btrihs0qe3a/DAREDORM_60_Payback_1of2.html

https://pornve.com/0bwu2xd3j3pm/RoundAndBrown__RealityKings_Miss_Mary_Jane_-
_Go_With_The_Flow.html

https://pornve.com/0cirttn59qlu/Mya_Nichole__Madison_James_-_CompeTITion_For_Position.html

https://pornve.com/0cqe3j21gc1n/Plump_Pantyhouse.html

https://pornve.com/0cqvwlxf7x9r/Sadie_Pop_Johnny_Castle__Fresh_Pussy_Special.html

https://pornve.com/0cvvo12dvr1k/These_Roses_Have_Thorn.html

https://pornve.com/0deki3dvy31b/_Brazzers_-_Kendra_Lust_fucked_hard_by_Clover_in_public_.html
https://pornve.com/0dw4m2j56d4y/Peta_Jensen_Power_Girl_Porn_Parody.html
https://pornve.com/0dxcv8e51zk4/Amateur_Big_Tits_Siri_Siri_Tits.html
https://pornve.com/0e46q8dxd6t9/BigNaturals_Brittney_White_Busting_Out_-_09_11_2016.html
https://pornve.com/0eaplstm4izp/GFRevenge_Rocking_rebecca.html
https://pornve.com/0efchohba6it/Adrian_Maya__Scarlett_Sage_Tattoo_Shop.html
https://pornve.com/0ekv7uar9e1m/Gina_Lynn_-_Smash_My_Tits_And_Pussy.html
https://pornve.com/0fv55q29p71c/MilfHunter_Milf_Railed_At_The_Station.html
https://pornve.com/0fzsyauty5nu/Alena_Croft_Receives_An_Anal_Creampie.html
https://pornve.com/0g1r4nmr30pd/Knock_Knock_We_Want_Your_Cock_Brazzers.html
https://pornve.com/0gdpmyb8b5nz/Jenny_Hendrix_Gets_Dressed_Up_As_A_Sexy_School_Girl_And_Visits_Johnny_For_A_Good_Fuc.html
https://pornve.com/0gp17n2wz39p/ZZSeries_Abigail_Mac_-_Pussy_O_Plomo_Part_1.html
https://pornve.com/0gsaonlkchw8/Victoria_Cakes_-_Mom_Makes_It_All_Better.html
https://pornve.com/0h5tra0gwq1d/BrazzersExxtra-Claudia_Obey_Breaking_In_Putting_Out.html
https://pornve.com/0homqadoyx0f/Chad_White_Bangs_His_Step_Sister_Alix_Lynx.html
https://pornve.com/0hxrkdgnjeqz/Shes_Got_Game_Kylie_Rose__Tyler.html
https://pornve.com/0i3u6jyfqp6t/MomsLickTeens__RealityKings_Riley_Reid_Mindi_Mink_-_Pink_Mink_16_06_07.html
https://pornve.com/0i45ih53c27r/T_Presley_-_Sister_Swap_Part_2.html
https://pornve.com/0ih3yjfg37gx/abigail_mac_mick_blue_anal.html
https://pornve.com/0ijkr4es68yy/Brittney_White_Babe_Bigtits_Black_Teen_Interracial.html
https://pornve.com/0ilrym9fdd3m/Anal_Bride_Wants_The_Bestmans_Dick.html
https://pornve.com/0imyxmraynes/Alexis_Ford_-_Hellfire_Club_Emma_Frost_Femdomm.html
https://pornve.com/0iu77ecr62dx/Carmen_Caliente_-_A_Bite_To_Eat.html
https://pornve.com/0izodfob67wq/Noelle_Easton_-_One_Thick__Juicy_Client.html
https://pornve.com/0jc5goevi4qx/Ariana_Marie_-_Roommates.html
https://pornve.com/0jfg445gque3/Brazzers_Phoenix_Marie_And_Kylie_Nicole_Cum_Petitive_Pricing_XXX.html
https://pornve.com/0jhmhsv703nz/just_one_clit_away.html
https://pornve.com/0k2flcgo8cuj/MomsLickTeens_Tylo_Duran_Mila_Marx_Spring_Cleaning_-_15_11_2016.html
https://pornve.com/0kl4usvb8t24/Kylee_Strutt_-_I_Love_Substitute_Teachers.html
https://pornve.com/0kmteeeu4bf7/Brazzers__Real_Wife_Stories__Hallowanking_Penny_Pax.html
https://pornve.com/0kuhsynprgye/HotAndMean_Monique_Alexander_Nekane_Sweet_Going_HAM_On_The_Nurse_-_13_11_2016.html
https://pornve.com/0l9k2nlv1io5/DoctorAdventures_-_Alexis_Fawx_And_Marsha_May_Tease_And_Stimulate.html
https://pornve.com/0m4navaz5v0h/Hidden_Depths_-_Kiara_Lord__Danny_D.html
https://pornve.com/0mce3iazhxom/_Brazzers_-_Erica_and_Jasmine_stuff_their_pussies_with_big_cocks_.html
https://pornve.com/0meuftfuc2h1/RealWifeStories_19_07_18_Blanche_Bradburry_If_You_Wont_He_Will_XXX_SD.html
https://pornve.com/0mf85s890q76/_Brazzers_-_Busty_blonde_army_gal_Nicole_Aniston_fucks_a_soldier_.html
https://pornve.com/0mo0obcsow72/madison_scott_pool.html
https://pornve.com/0mpo0n36ycg7/Ember_Snow_-_The_Silent_Treatment.html
https://pornve.com/0n6ejadut9zc/phoenix_incridible_slut.html

16

https://pornve.com/0nbk8errz1gv/Time_For_Dick.html
https://pornve.com/0ok0c0bdqywt/GFRevenge_Twice_the_fun.html
https://pornve.com/0opdd3rkaq8u/Checkmate_Brazzers.html
https://pornve.com/0oqrcccxm3r2/Brazzers_-_Slutty_cheerleader_Peta_Jensen_gets_fucked_in_the_shower_.html
https://pornve.com/0osuve4624xz/Hankering_For_A_Spanking_Brazzers.html
https://pornve.com/0p2c6n62n65m/Peta_Jensen_Valentina_Nappi_threesome_Danny_D.html
https://pornve.com/0pb3dbdugl53/Monigues_Secret_Spa_Part_2.html
https://pornve.com/0pw1gkypow0y/Angie_Dove_40Lovely_pink41.html
https://pornve.com/0pw84y3dyxgn/Phoenix_Marie__Jayden_Jaymes_-_A_Special_Kind_Of_Therapy.html
https://pornve.com/0q45u6h7lgts/jynx_maze_do_exercise.html
https://pornve.com/0q61z9s3jbl6/Money_Talks_glazed_doughnuts_big.html
https://pornve.com/0rernkcip03x/Brazzers_Extra_Fuck.html
https://pornve.com/0rwswlyjdx7z/Foursome_Anal_Party_with_Adriana_Chechik_Karmen_Karma_and_Megan_Rain_.html
https://pornve.com/0ryifsl7y3si/Anya_Ivy_-_1000000_Years_Big_Boob.html
https://pornve.com/0suv3uqfzfvr/MilfsLikeItBig_-_Alexa_Tomas_Cock_Talk_With_Alexa_Tomas.html
https://pornve.com/0t9unqq4zvj8/Accident_Sex_With_Hot_MILF_Hot_Ass_Fuck_Video_Closeup_Massage.html
https://pornve.com/0t9ycyasji8n/Tanned_Booty_Bitch_Canela_Skin_Gets_Assfucked_And_Squirts.html
https://pornve.com/0tavf4pjrsgn/The_Clumsiest_Girl_In_The_World_Brazzers.html
https://pornve.com/0trgz1jzbvu1/Brazzers_Girth_In_Her_Shell_A_XXX_Parody_Facial_Pussy_Licking_Reverse_Cowgirl_Nicole_Aniston_M.html
https://pornve.com/0trie37vdknz/Anastasia_Morna_Playing_With_Passion_HD_rip_full_video.html
https://pornve.com/0tubh5rt3jd7/Kylie_Rose_Shes_Got_Game.html
https://pornve.com/0ue2eirfk640/DAREDORM_86_Best_Friends_Forever_1of2.html
https://pornve.com/0v333vl1swc6/Help_Me_Out_Cory_Chase__Jessy_Jones.html
https://pornve.com/0v5lzh27f89j/NEW_ANAL_Kendra_Lust_New_Best_Personal_Trainer_Session_HD.html
https://pornve.com/0v9st8ddo7zi/Fucking_Newlyweds_Sativa_Rose__Keiran_Lee.html
https://pornve.com/0vcnik1r29kw/ShesGonnaSquirt_-Jasmine_Caro_-_Wish_Upon_A_Squirt.html
https://pornve.com/0vlz4l5g514i/_Pounding_Piper_With_Big_Dicks_.html
https://pornve.com/0w07s1itybfk/Chanel_Preston_40Free_For_All_Fuck_Lessons_06_05_201741_tk.html
https://pornve.com/0w3g3dvtdr9o/Pussy_Lover_-_Heather_Night.html
https://pornve.com/0w96y5n7huc3/Dirty_Masseur_9_2017.html
https://pornve.com/0wfregqx1iv8/POV_Big_Wet_Butts_Bring_On_Bella.html
https://pornve.com/0wg8zj95tcjv/Peta_Jensen_Busty_Fucked_Hard_In_Brazzers_Court_Room_By_A_Big_Dick.html
https://pornve.com/0wlu8c7xj320/BlackGfs_Bouncing_Beauties40Camille41.html
https://pornve.com/0wngh9hzjf16/young_couple_enjoying_sex_at_home.html
https://pornve.com/0wynbvtmius6/Sexual_Education_8_Brenna_Sparks.html
https://pornve.com/0xw2lpef5dqd/Nikki_Capone_A_Late_Night_Visitor.html
https://pornve.com/0y2mr3uhpc9o/GFRevenge_Sexy_foster.html
https://pornve.com/0y4rekch57ar/Brazzers_Maid_For_Anal_2_Nikki_Delano.html
https://pornve.com/0y9ylbxkjx1z/The_Fuckening_Romi_Rain_Angela_White.html
https://pornve.com/0yeguglce0qk/Alanah_Rae_-_The_Dinner_Down_The_Road.html
https://pornve.com/0yg84ldzdstg/Real_Wife_Stories__Brazzers_-_Kendall_Kayden_Keiran_Lee_Busted_At_The_Babyshower.html

https://pornve.com/0ygkqncuy66f/Pornstars_Like_It_Big__Shyla_Stylez_Sean_M.html

https://pornve.com/0ynemvt66t8c/Brittany_OConnell_-_Blind_Date_Disaster.html

https://pornve.com/0yp1xupe0yfi/violet_starr_the_roaring_whoring_20s.html

https://pornve.com/0yqw25fntb7j/Dont_Just_Kiss_Ass_Fuck_It_-_Monique_Alexander__Erik_Everhard.html

https://pornve.com/0yvct80oudju/Piper_Perri_-_Pounding_Piper.html

https://pornve.com/0z5pmmpsby4l/MomsInControl_Kimmy_Granger_Synthia_Fixx_40Homeschool_Sex_Ed_-_25_10_201641.html

https://pornve.com/0zfgfenkom5d/F5-Priya_Anjali_Rai_Bad_Teacher_Nice_Tits.html

https://pornve.com/0zh03ek7emc4/The_Slut_In_The_Cupboard_-_Kylie_Nicole__Jordan_Ash.html

https://pornve.com/0zra04fb8a4j/Jillian_Janson_in_Bubble_Butt_Anal.html

https://pornve.com/0zt7z7wwzrc8/CrazyAsianGFs_-_Fyre_Pussy.html

https://pornve.com/1010bs24i0cd/blonde_blowjob_milf_milf_tags_big_tits_filthy_moms_19733_12_730_plays_published_on_1_day_ago_category_big_tits_filthy_moms_tag_this_video_66_top_rated_porn_video_of_today_83_most_played_porn_video_of_today.html

https://pornve.com/10nijx5g5edp/Cock_In_The_Stall_Susy_Gala_Danny_D.html

https://pornve.com/10x6m0u83t2d/EuroSexParties_Noe_Milk_Zoe_Doll_40Workout_Sex_-_30_10_201641.html

https://pornve.com/119opvaka5nm/BrazzersExxtra_Brandi_Love_Abella_Danger_Neighborly_Love_Motorbunny_Edition.html

https://pornve.com/11ak9h3rantf/Private_Insemination_-_Abella_Danger__Jasmeen_Lefleur.html

https://pornve.com/11c6ehaq6rkx/RealWifeStories_Kendra_Lust_Need_A_Hand_-_12_07_16.html

https://pornve.com/11q9vs0jyjaj/ANAL_Sophie_Dee_Ond_Keiran_Lee.html

https://pornve.com/121tazjkkyw3/My_Husbands_Best_Friend_Brazzers.html

https://pornve.com/128wtwo8fxih/Fucking_With_A_Vampire_.html

https://pornve.com/135we729joqc/nicolette_shea_poke_her_face_pornstarslikeitbig_milf_bigtits_nicolette_shea.html

https://pornve.com/13862p85kp4u/Claudia_Valentine_-_Mamas_Fucking_My_Man.html

https://pornve.com/13husvemibio/_Threes_Cum-pany_-_Brazzers_.html

https://pornve.com/13ia5gtvgs47/All_Good_New_Layla_London.html

https://pornve.com/13w71ubpuilu/Sneaky_Slut_Needs_To_Learn.html

https://pornve.com/1415u4ua9r1y/BigTitsAtSchool_-_Brazzers_-_Ashley_Adams_Johnny_Sins_Make-Up_Sexam.html

https://pornve.com/1478qpieen53/The_Perfect_Hostess_Vicki_Chase__Keiran_Lee.html

https://pornve.com/15ee39y3ecbn/Alexis_Fawx_Chanel_Preston_Keiran_Lee_Alexis_and_Chanel.html

https://pornve.com/15hk4ibqo461/BrazzersExxtra_Nicole_Aniston_Lined_Up_And_Laid_Out_15_05_2018_rq.html

https://pornve.com/16j4d7ggm41h/Veronica_Rayne_-_The_Terry_Dingalinger_Show.html

https://pornve.com/16motmr7r7bo/Cassidy_Banks_-_Banging_Ms_Banks.html

https://pornve.com/17097mcr2m7c/PLIB_Kira_Noir_If_The_Dick_Fits_Pt_3.html

https://pornve.com/17lrzn50kx4t/the_great_day_u_met_me.html

https://pornve.com/17mh4ksiv382/HotAndMean__Brazzers_Shauna_Skye__Zoey_Taylor_-_From_Rags_To_Bitches.html

https://pornve.com/181zgixer4pe/Alexis_Breeze_-_Perky_Perks_-_Brazzers.html

https://pornve.com/183kka4qudfb/Nicole_Aniston_Keiran_Lee_-_Betting_On_The_Backspin_-_Pornstars_Like_It_Big.html

https://pornve.com/189kixfzam51/Aletta_Ocean_-_Love_at_First_Fuck.html

18

https://pornve.com/18ar9wkyelnf/BEX_Lisa_Ann_Ava_Addams_Ogling_in_the_Office_0306_Brazzers_Brazzer
sExxtra_Lisa_Ann_Ava_Addams.html

https://pornve.com/18f9yfdqc4n4/Lisa_Ann_-_Lisas_Big_Secret.html

https://pornve.com/18gh3wq6l1fz/BigButtsLikeItBig_Cristi_Ann_40So_You_Think_You_Can_Twerk_Too_-
_13_12_201641.html

https://pornve.com/18x24irq0er3/Jaye_Austin_Ankle_Grabber.html

https://pornve.com/1903m5f3sgse/Lost_In_brazzers_Part_1.html

https://pornve.com/1950ojvj0tar/BigTitsBoss_Sunny_Slide_It_In_Sunny_-_31_10_2016.html

https://pornve.com/19b03wvnv7j3/Jillian_Janson_Jessy_Jones_A-mature_Magic.html

https://pornve.com/19uxb614v5f4/Lets_Fucking_Dance_-_Veronica_Rayne__Ryan_Ryder.html

https://pornve.com/19wtf2g2m70s/Holly_Halston_Fuck_You_Pig.html

https://pornve.com/1aet4aga892g/Peacocking_Brazzers_2018__Victoria_June_Keiran_Lee_Baby_Got_Boobs.
html

https://pornve.com/1au0u89gplp0/Britney_Light_Zachary_Wild_-_Searching_For_A_Selfie_Slut_-
_Sneaky_Sex_-_Reality_Kings.html

https://pornve.com/1b0vvh6euoig/Fucking_Clueless_-_Kenzie_Taylor.html

https://pornve.com/1bd1su9tvme5/Lady_Bug__Pretty_Pussy_From_Prague.html

https://pornve.com/1bi9o45vvk9p/Cleaning_Up_His_Cock_-_Luna_Star.html

https://pornve.com/1bkc9bg0b9ib/check_up.html

https://pornve.com/1bnm1sysskpz/RealWifeStories_Kendra_Lust_The_Handicam_and_the_Whore_854px480
.html

https://pornve.com/1c0jvzg5mpw3/Rhyse_Richards_-_A_Mothers_Intrusion.html

https://pornve.com/1c62ftuyutfj/BRAZZERS_BigTitsAtSchool_Bad_Teacher_Nice_Tits.html

https://pornve.com/1c9bml5lsnv4/HotAndMean_Phoenix_Marie__Jayden_Cole_Stuck_With_Her_Pussy_Out.
html

https://pornve.com/1cc7l9gjtgoh/Pornstar_Fantasies_Brazzers.html

https://pornve.com/1ceu0xi4ig5m/Samantha_Ryan_-_Milfs_Like_It_Sleazy.html

https://pornve.com/1d6e4yjd2i5b/Guy_gives_cunnilingus_to_love_just_for_subsequent_bonking.html

https://pornve.com/1d7ltta46cai/Brazzers_Model_Stepmom.html

https://pornve.com/1d8zr7f3zre7/Lauren_Phillips_My_Professors_Pantyhose.html

https://pornve.com/1dtds46c3hsf/Couples_Seduce_Couples_18_2015_Minnie__Angie.html

https://pornve.com/1dyk4ojoe9zf/Memphis_Monroe_-_Take_Me_Out_To_The_Boob_Game.html

https://pornve.com/1ecehn49yiij/Humping_My_Chakras_Brazzers.html

https://pornve.com/1evqinilnfub/eva_lovia_no_husbands_allowed_remastered.html

https://pornve.com/1exnegl5e4c6/Organic_Orgasms_Kiki_Minaj_Danny_D.html

https://pornve.com/1f99734b30il/Dani_Daniels_Fuck_He_Says_She_Fucks_57_Top_Rated_Porn_Video_Of_T
oday_142_Most_Played_Porn_Video_Of_tToday.html

https://pornve.com/1f9h22npiutx/mom_first_time_incesti.html

https://pornve.com/1fkf6hgzzdgg/Money_Talks_true_lies_big.html

https://pornve.com/1flodc2tllh8/Sheila_Marie_-_Squirting_In_The_Shower.html

https://pornve.com/1fnxr55v31e2/Aryana_Adin_All_Over_Her_Overalls.html

https://pornve.com/1g1w0s2pk0wm/Ava_Addams_Nikki_Benz_Phoenix_Marie_Romi_Rain_Brazzers_House_
Orgy_Finale.html

https://pornve.com/1gc7qyzjuacy/Audrey_Show_-_Hit_The_Shower_Sins.html

https://pornve.com/1gfamx5k6ivj/Pulse_Part_One_-_Eva_Parcker.html

https://pornve.com/1go0exi8f4pa/Couples_Seduce_Couples_18_2015_Kyra__Candi.html

https://pornve.com/1gqu2mw7l748/_The_Cougar_And_The_Virgin_-_Brazzers_.html

https://pornve.com/1gssuotmfim4/asa_akira_swallows.html

https://pornve.com/1h5ps0r1mj90/Almost_Sisters_Riley_Reid__Melissa_Moore_Threesome_.html
https://pornve.com/1h5qiosd10u2/Blondie_Fesser_Marta_La_Croft.html
https://pornve.com/1h6bk3eq6rhy/Makayla_Cox_is_A_Mummy_With_Issues.html
https://pornve.com/1h82tik4d9w7/Stephanie_Cane_-_Dear_Diary_I_Luv_Big_Cock.html
https://pornve.com/1h9sm3wwiv5f/Fuckin_Fountain_Keira_Croft.html
https://pornve.com/1kkx36x841y6/jillian_janson_boned_by_the_butler_part_2_brazzersexxtra.html
https://pornve.com/1hqv07cid6ch/Peta_Jensen__Valentina_Nappi.html
https://pornve.com/1inpxxrf8tmx/monique_alexander__skyla_novea_pornstar_therapy_2_new_april_1_201
6_-_720p.html
https://pornve.com/1ipy23a3x7rd/Special_assistant_for_Mrs_Carter.html
https://pornve.com/1ivmrsdxarva/Slip_It_In_4_S4_Kinky_Kirby_Kirby_Maverick.html
https://pornve.com/1j2nli8sp4d0/BigWetButts_-_Assh_Lee_Sunbathing_Distraction.html
https://pornve.com/1j6an1e4cncp/Brazzers_-_Rub-And-Tug-Tub.html
https://pornve.com/1j9ujezfuqrq/Little_Red_Riding_Whore_-_Nikki_Rhodes.html
https://pornve.com/1k3qct51j46o/BabyGotBoobs_Layla_London_Attack_Of_The_Rack.html
https://pornve.com/1k5n9dr13c7b/Sacrifice_My_Ass_-_Joanna_Angel_Xander_Corvus.html
https://pornve.com/1k771cq10rux/Clyde_Heart_At_Home_CFNM_Yola_Squirts_For_You.html
https://pornve.com/1kif0es43s7m/Sarah_Banks_Pussy_Pat_Down.html
https://pornve.com/1l06ht46yeyl/Brazzers_Porn_Star_Sex_Tips_3_Brooke_Beretta.html
https://pornve.com/1l3cr0l0tqz2/_Brazzers_-
_Pervy_security_guy_gets_humiliated_and_fucked_by_2_hot_milfs_.html
https://pornve.com/1lds81b230xt/RealityKings_-_Pervert_Punishment_Realitykings_RK-
Prime_Leigh_Darby_Ava_Koxxx_Sam_Bourne_Blonde.html
https://pornve.com/1ldyiykyxgs8/Brooklyn_Chase_-_Goody_Two_Tits.html
https://pornve.com/1lvvaicofe8b/LilHumpers_3_S1_Krissy_Lynn_Long_Distance_Cucking.html
https://pornve.com/1lwmfzh2hffc/Shes_Sneaky_Sweat_Maggie_Green.html
https://pornve.com/1m4kf6regobr/Anal_Day_With_Jolee_Love.html
https://pornve.com/1mh039w3qdeq/Whats_In_the_Bag_-_Karlie_Simon.html
https://pornve.com/1n6618ozzo6q/Dylan_Ryder_-_Doodling_The_Teacher.html
https://pornve.com/1njw5zfs9i88/katana_kombat_katana_works_it.html
https://pornve.com/1nw7ixcmvqd8/Brazzers_Taking_Pics_And_Stealing_Dick_Brazzers_Jordi_El_Nino_Polla_
Mina_Sauvage_Teens_Like_It.html
https://pornve.com/1obuk61q72nv/Veronica_Rayne_-_Ra_Ra_Fuck_My_Ma.html
https://pornve.com/1oedn7je164h/Brazzers_-_The_Welcum_Tour.html
https://pornve.com/1oeluipsh2yn/Lana_Rhoades__Nicolette_Shea_-_Double_Occupancy.html
https://pornve.com/1omnexow1vhy/DareDorm_Sophia_Leone_Michelle_Martinez_Joseline_Kelly_-
_Halloween_Dress_Down_28_10_2016.html
https://pornve.com/1oo0su27o84w/Diamond_Foxxx_-_Vice_City_Vacation_Part_One.html
https://pornve.com/1orl7jukauzx/Delta_White_-_The_Flash_Bandit.html
https://pornve.com/1ozd7efbbddv/Abellas_A_Pornstars_Natural_Habitat.html
https://pornve.com/1p0t2ejlhor0/GFRevenge_Does_a_body_right.html
https://pornve.com/1pfycakck3yc/Cum_To_Mommy_2_RealityKings.html
https://pornve.com/1pq6iq1lor21/My_Stepmoms_Obsessed_With_Me_Brazzers.html
https://pornve.com/1q0lb8dap0g8/Ryan_Uses_The_Washing_Machine_Ryan_Keely.html
https://pornve.com/1q13odwfe507/BigTitsAtWork_Angela_White_Full_Service_Banking_22_01_2018.html
https://pornve.com/1q17tnkabeav/What_A_Fucking_Driver_Angelina_Taylor_480p.html
https://pornve.com/1qc7fx2f2mof/Holly_Hendrix_And_Mandy_Muse_bblib_bblib_Threesome_Pornstar_Holl
y_Hendrix_Mandy_Muse_Tags_Anal.html

https://pornve.com/1qhqzcjpmj36/Cherie_Deville_Cosplay_With_My_Ass.html
https://pornve.com/1qidfo70pnlb/Anal_New_Diamond_Jackson_Office_Interraccial.html
https://pornve.com/1qpxm7hnp1ac/Susy_Gala_Danny_D_-_Foot_Clerk_At_Work_-_Big_Tits_At_Work.html
https://pornve.com/1r02gctb9vou/Anal_New_Lauren_Phillips.html
https://pornve.com/1rde6cvjo2p5/Capri_Cavanni_-_Show_Now_Touch_Later.html
https://pornve.com/1rv205k1aufb/Cock_of_Duty_A_XXX_Parody_2016_English_WEBRip.html
https://pornve.com/1rze3fwtoqpv/BigWetButts_Peyton_Sweet_Sweet_Ass_Candy_-_16_08_16.html
https://pornve.com/1s3bxyuutj82/Brazzers_One_Wet_Cheerleader_Brazzers_Big_Tits_Big_Tits_At_School_Peta_Jensen_Brunette_Shave.html
https://pornve.com/1s4mragewgah/Katrina_Jade__Keisha_Grey_-_Onesie_Party.html
https://pornve.com/1s74el95qagq/RKPrime_Ava_Koxxx_And_Leigh_Darby_Pervert_Punishment.html
https://pornve.com/1sy62byc02mj/brazzer_sex_xtra_brazzers_abby_lee_brazil_sean_lawless_slut_hotel.html
https://pornve.com/1szpf1s0lywn/Sharing_Is_Caring_August_Taylor_Sybil.html
https://pornve.com/1t3qwsu2hjz0/Tl1b_M4delyn_M0nroe_Z0ey_M0nroe.html
https://pornve.com/1ta6fi4v0j6o/The_Masturbating_Teacher_-_Sunny_Lane__Danny_D.html
https://pornve.com/1te6e8nw1rsk/Teen_Sleepover_Brazzers.html
https://pornve.com/1u59918l0c98/Puma_Swede_-_The_Puma_Unleashes_In_The_Bathhroom_Stall.html
https://pornve.com/1ugn81h14otl/Carmen_Caliente_-_Carmen_Loves_Cock.html
https://pornve.com/1uhr1zu2q6h8/Missy_Martinez_-_Not_Another_Happy_Ending.html
https://pornve.com/1uix25mksq8s/National_Pornographic_The_Teen_Porn_Star_-_Gina_Gershon__Danny_D.html
https://pornve.com/1umndo48cdiu/big_butt_ebony.html
https://pornve.com/1urcrlzd6ply/WeLiveTogether_17_02_16_Kelsi_Monroe_And_Khloe_Kapri_Wicked_Surprise_Part_1_XXX_-KTR.html
https://pornve.com/1uroecyp5edr/Blanche_Bradburry_Maid_For_Anal.html
https://pornve.com/1vv5wetrpu57/Kendra_Lust__Peta_Jensen_My_Two_Wives.html
https://pornve.com/1x0tq15jb6nk/18_Bella_Rose_And_Miss_Raquel_Girl_Forced_To_Massage_8_Top_Rated_Porn_Video_Of_Today_28_Most_Played_Porn_Video_Of_Today_41_TOP_Rated_Porn_Video_Of_Week.html
https://pornve.com/1x65emayjoun/Reality_Kings_Moms_Bang_Teens_11.html
https://pornve.com/1xbshug4squ0/Teasing_The_Teaser_Brazzers.html
https://pornve.com/1xfe6gx7b96s/Lola_Foxx_-_Chief_Executive_Whore.html
https://pornve.com/1xob1xrazj3v/Sam_Bourne_Michelle_Thorne_-_Fixing_My_Daughters_Boyfriend.html
https://pornve.com/1xowjtcq65y5/Christie_Stevens_-_The_Anal_Method.html
https://pornve.com/1xox97upci98/MILF_Jayden_Jaymes_Oiled.html
https://pornve.com/1xv7w58c62pg/Bubble_Bath_Booty_Call_Moriah_Mills.html
https://pornve.com/1y4b5yqq8xbz/Dani_Daniels_-_Fuck_The_Law.html
https://pornve.com/1ybg6fofxch1/Nurse_Fuck_with_Criminal.html
https://pornve.com/1ys8t9ckd7h2/Queen_of_Thrones_Part_3.html
https://pornve.com/1yvihsdlntk4/London_River_Charles_Dera_-_Bench_Press_My_Biddy_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/1zdo9rbppcbd/All_Dolled_Up.html
https://pornve.com/1zmxbu8ygixc/Diana_Prince_-_Back_Door_Robbery_-_Brazzers.html
https://pornve.com/207feb8nbnzd/TLeah_Gotti_-_Good_Gotti.html
https://pornve.com/20ao1q9slxqd/Riley_Reid_POV_Nurse_Helps_To_Donate_Sperm.html
https://pornve.com/20b69isrgkzd/Nikki_Benz_-_A_Heros_Treatment.html

https://pornve.com/20h94oamzj0m/Anal_New_Aletta_Ocean_Pornstars_Like_It_Big.html
https://pornve.com/20ilzjruvu1s/Brazzers_Pornstars_Like_It_Big_Pornstars_Are_Just_Like_Us_Jessa_Rhodes.html
https://pornve.com/20qyhy4chqii/Brandi_Love_-_One_Night_in_Swinger_Heaven_-_Brazzers.html
https://pornve.com/21uqw3bzanzg/Brazzers_-_Teens_In_The_Backseat_Anal_Big_Tits_Blonde_Brunette_Femdom_Girlfriend_Latina_Natur.html
https://pornve.com/21w4p49864cz/Taking_it_in_the_Laundry_Shoot_Mya_Nichole__Keiran_Lee.html
https://pornve.com/221uir2rxiz5/mommy_funny_mommy_funny_3145_9_793_plays_published_on_1_day_ago_category_ass_redhead_pornstar_alana_cruise_tags_anal_red_head_tag_this_video_105_most_played_porn_video_of_today.html
https://pornve.com/23i1drgj5i6e/CumFiesta_Chloe_Couture_Cooch_Couture.html
https://pornve.com/242ikhtuyn29/Juelz_Ventura_Wide_Open_Ass.html
https://pornve.com/245iyijnwtpy/8thStreetLatinas_Vanessa_Sparks_All_Sparks_-_21_10_2016.html
https://pornve.com/24aftoodo4tv/Milf_Squad_Vegas_Ava_Addams_Bill_Bailey.html
https://pornve.com/24drx3opwn7k/DirtyMasseur_Mia_Malkova_Remastered_White_Yoga_Pants.html
https://pornve.com/24fybtalx04u/Elena_Gilbert_Tyler_Steel__Rich_Girl_Learns_A_Lesson.html
https://pornve.com/24xzqdffynvc/MomsBangTeens_-_Vanessa_Sparks__Jamie_Valentine-The_Report_Card.html
https://pornve.com/2547nt4bv2sh/Lexi_Belle_Naughty_60s_Diner_Fun_Roller_Skates.html
https://pornve.com/25aj0a9jr3u1/Parker_Swayze_-_Play_With_Swayze.html
https://pornve.com/260o5dv2r0eo/Big_Tits_MILF_Butterball_Getting_In_Shape.html
https://pornve.com/26393bww02t1/MilfsLikeItBig_Kendra_Lust_Kendras_Thanksgiving_Stuffing_23_11_2016_rq_1k.html
https://pornve.com/267ua0dozmn9/StreetBlowJobs_Chelsea_Jade_Catch_My_Cum_-_17_07_16.html
https://pornve.com/269qcod7144u/Ava_Addams_Sucking_The_Sitter.html
https://pornve.com/26u6pn5sjgug/8thStreetLatinas_Cristi_Ann_Sucking_And_Fucking_-_26_08_16.html
https://pornve.com/26wnsp6hriwf/Jenaveve_Jolie_-_Hot_For_The_Teacher.html
https://pornve.com/27ewjrmkcmd6/Mazzy_Grace_Prissy_Pussy.html
https://pornve.com/27fc8lzg0gl4/Mounted_By_My_Mother_In_law_Brandi_love.html
https://pornve.com/27jcdlmvopdu/Stacy_Jay_-_Tity_Transaction.html
https://pornve.com/27u9oy215get/Lea_Lexis_-_Return_of_the_Stalker.html
https://pornve.com/27zn1col4bwk/_blowjob_big_tits_milf_hardcore_big_dick_mature_handjob_foursome_groupsex_milf_tags_big_tits_4009_7_428_plays_published_on_1_day_ago_luka40090gmail_for_online_fun_online_gf_category_babe_syren_demer_tag_this_video_.html
https://pornve.com/28dnbdxnbbs2/Rebecca_More_Filthy_Moms_1_S4.html
https://pornve.com/28e6ikc8xqyo/Bridgette_B_Nicolette_Shea_-_BabeZZ_Watch_A_XXX_Parody_-_Brazzers.html
https://pornve.com/298k02prqqu4/Angelica_Heart_fucks_on_bike.html
https://pornve.com/29asd8cwatpf/Wife_cheating_on_her_husband_with_a_thief.html
https://pornve.com/29o15rutlepj/Lisa_Ann_Facial_Lust_Bite_Episode_3_.html
https://pornve.com/29v63p5fafju/WeLiveTogether_19_07_16_Autumn_Falls_And_Scarlit_Scandal_Dipping_And_Dripping_XXX_SD.html
https://pornve.com/2a1yq3yx43h1/Cassidy_Banks_-_Teens_Love_Huge_Cocks_7_2015.html
https://pornve.com/2adsi661pu2r/ZZ_Lemonade_Dani_Daniels_Jessy_Jones_Dani_Daniels_Big_Butt_White_Girl_Brazzers_Oiled_Pornstars.html
https://pornve.com/2atx0z03tigd/DirtyMasseur_19_07_23_Alexis_Fawx_Multitasking_Massage_XXX_SD.html
https://pornve.com/2axxxfxks0dr/Janice_Griffith_6_Published_On_23_Minutes_Ago_Subscribe_For_More_hdp0rn.html

https://pornve.com/2bdbq1apnrcs/Callie_Nicole_What_That_Mouth_Do_Blowjobs.html
https://pornve.com/2bsx5r5nfqg9/Bridgette_B_-_Bubbliest_Butt.html
https://pornve.com/2bvbz4icbgr5/white_big_tits_girl_fucked_so_hard.html
https://pornve.com/2c0mx477aglj/Morgan_Lee_-_Pay_To_Lay.html
https://pornve.com/2cdrputu0ckg/Moms_In_Control_5_Scean_2Tarra_White_Leyla_Morgan_Jordi_El_Nio_P
olla.html
https://pornve.com/2cj4cf7p5n07/MILF_Ariella_Ferrera_First_ANAL_Massage.html
https://pornve.com/2cmkf040kxa7/Asa_Akira_The_Hitchhiker.html
https://pornve.com/2cna5z5kksxu/This_Tit_Is_Not_A_Toy_Hot_Mom_Isis_Love_Gets_Titty_Fucked_.html
https://pornve.com/2cu5jn9dolao/GFRevenge_Broad_opening.html
https://pornve.com/2cwps5dz35el/Angela_White_-_Forest_Nymph-O-Maniac_-
_BigWetButts_bigtits_bigass_MILF_oiled_black.html
https://pornve.com/2e90ox0cn0mq/MoneyTalks_-
_Kylie_Quinn_And_Raven_Redmond_Table_Dance_-_16_05_03.html
https://pornve.com/2eptwtt2hcoh/lucky_guy_fuck_surprise_gift.html
https://pornve.com/2ffr6ygdr2c5/PornstarsLikeItBig_-
_Anna_Bell_Peaks_40Tits_Out_Like_A_Light41_NEW_14_July_2016.html
https://pornve.com/2fpeem4d99d8/RealWifeStories_Chanell_Heart_The_Ultimate_Pedicure_-
_30_10_2016.html
https://pornve.com/2fpl6f1cssk2/Cum_For_Me_Katerina.html
https://pornve.com/2g0wsi3fptx3/Tory_Lane_She_Is_The_Boss_Anal_Threesome_-_720p.html
https://pornve.com/2g4kqgzk3a4q/HotAndMean__Brazzers_Harley_Jade__Yhivi_-
_Switching_Teams_Part_1.html
https://pornve.com/2glp0wu40p2q/Allison_Moore_-_Last_Call_For_Cock_And_Balls.html
https://pornve.com/2gqj6bpceup4/Holly_Michaels_-_Squirt_Workout.html
https://pornve.com/2hi30pl9gpx9/Brazzers_Noemie_Bilas_Athena_Faris_A_Family_Affair_The_Reunion_Part
_2_BrazzersExxtra_porn_VEPORN.html
https://pornve.com/2ht9aesm9vd5/Richelle_Ryan_-_Jackhammering_Richelle_Ryan.html
https://pornve.com/2iei8oukb9vu/Razzers_Ariella_Ferrera_And_Roni_Ribas_Where_They_Belong.html
https://pornve.com/2im92oeeijsb/DirtyMasseur_17_04_11_Jillian_Janson_Method_To_My_Tight_Ass_XXX_-
KTR.html
https://pornve.com/2iso4hv5oopp/DirtyMasseur_-_Brazzers_-
_Athena_Palomino_Kyle_Mason_Acupussy_Therapy.html
https://pornve.com/2iw7c5iz5nne/brazzers_porn_stars_like_it_big_cock_of_duty_a_xxx_parody.html
https://pornve.com/2j1o1w2w58ak/Alison_Tyler_-_The_Study_Buddy_-_Brazzers.html
https://pornve.com/2j4sfo9z80hr/NEW_Peta_Jensen.html
https://pornve.com/2j5701eww9pi/blowjob_hardcore_teen_cumshot_deep_throat_interracial_ebony_babe_
handjob_nice_ass_teen_tags_babe_teanna_trump_tlib_3915_45_plays_published_on_3_hours_ago_category
_ass_nice_and_sweet_teen.html
https://pornve.com/2j5p1adxaehd/The_Insomniac_Sucker.html
https://pornve.com/2jgbvwt3o6wk/Handson_Learning_Brandi_Love__Jordi_El_Nio_Polla_Step_Mom_Teache
rs_Her_Son_How_To_Have_Sex.html
https://pornve.com/2jk0q18tikmw/Best_Kept_Secret_Remastered.html
https://pornve.com/2jq6damdpang/Big_Tits_Commandos_Angela_White__Karlee_Grey.html
https://pornve.com/2jvioiv90n5h/Getting_Her_Happy_Ending_Ryan_Keely.html
https://pornve.com/2kb23pgfxxse/A_Whipped_Cream_Cocksicle_Brazzers.html
https://pornve.com/2kb7veigdsxr/Ava_Courcelles_Bianca_Resa_Sex_Starved_Soccer_Moms.html
https://pornve.com/2kqd3rcph2b5/Puma_Swede_Anal_Cock_Whisperer_-_720p.html

https://pornve.com/2l4xa8wf31ug/Asa_Akira_Pool_Blowjob.html
https://pornve.com/2lrlfzy0rjfc/BigTitsAtWork_Mary_Jean_The_Headhunter.html
https://pornve.com/2lvzvjnly4pl/Anal_Interrazial_New_Nikki_Benz.html
https://pornve.com/2lyap7pzo1l5/Brazzers_House_3_Episode_1.html
https://pornve.com/2m0ieznt1sem/Milfhunter_Fucks_Woman_He_Met_In_Store.html
https://pornve.com/2mbsg33lrs41/FirstTimeAuditions__RealityKings_Maya_Mona_-_Making_Maya_Moan.html
https://pornve.com/2mo2togl1b1j/Pinball_roller_girl_sd.html
https://pornve.com/2mzvim0hnm6g/Kendra_Lust_Johnny_Sins_-_Nuru_Nymph_-_Dirty_Masseur.html
https://pornve.com/2njuxlgg1a03/MonsterCurves_-_Kelsi_Monroe_-_The_Naughty_Librarian.html
https://pornve.com/2ntyzmnuus8a/Nicolette_Shea_does_awesome_deepthroat_blowjob_and_fucks_hard.html
https://pornve.com/2nwqxhfvi5nw/Brazzers_Big_Wet_Butts_Full_Moon_Brittany_Andrews.html
https://pornve.com/2o5p4i83tv8z/Sophie_Dee_Fuck_The_Depression_Away.html
https://pornve.com/2o80epreokgk/Tia_Layne__Emma_Leigh_-_Teaching_the_Temp.html
https://pornve.com/2ohpatuwlkkr/Ariella_Ferrera_-_Sex_by_the_Pool.html
https://pornve.com/2or7gjblti2h/Brazzers_-_Blonde_paramedic_Lylith_Lavey_revives_patient_and_gets_analized_.html
https://pornve.com/2ormp3xa6qvd/Huge_Facial_Big_Cock_Big_Tits_Brandy_Aniston.html
https://pornve.com/2p88lwmal4em/Brazzers_-_Smart_Home_Nicolette_Shea_September_01_2018.html
https://pornve.com/2phen4acm36u/Remy_LaCroix_Remys_Ring_Toss_milf_anal_porno.html
https://pornve.com/2pj3ea6iqof4/Kayla_Kayden_Ass_Oiled_Up_And_Fucked_10_22_20.html
https://pornve.com/2q91glaqa2hb/RK_Prime_Studyfuck.html
https://pornve.com/2r7qgpnmeqn6/Ava_Steel_Bruno_Dickens_-_Feeling_Blue_-_Street_BlowJobs_-_Reality_Kings.html
https://pornve.com/2r9564htu756/DAREDORM_76_Titty_Pong_1of2.html
https://pornve.com/2rfz6o9diwxl/NEW_Audrey_Bitoni__Nicole_Aniston_720p.html
https://pornve.com/2ri08d6r3voh/Brazzers_Exxtra_Brazzers_Halle_Hayes_Lucas_Frost_Sharing_The_Bed_24_11_2019.html
https://pornve.com/2ri3uhef21nm/CUM_OVERLOAD_COMPILATION_III.html
https://pornve.com/2s0w4tqty75m/_Stay_Away_From_My_Daughter_Ava_Addams_Fucks_a_Big_Dick_To_Save_Daughter_.html
https://pornve.com/2sb46fjk9zpe/Ex_Playboy_Bunny_Great_Pornstar_Miss_Kayden.html
https://pornve.com/2se5wrdxjm4z/Exercise_Ball_Brazzers.html
https://pornve.com/2sq3kuhy5ga4/_Have_You_Been_Served_.html
https://pornve.com/2sqyiibpko7n/Alektra_Blue_Nina_Elle_40Swingers_On_Vacation_Part_141_SD_NEW_MARCH_242016.html
https://pornve.com/2swfq75zlulq/realitykings2016-12-16_Hipster_Hottie.html
https://pornve.com/2t0izep756rc/Makayla_Cox_Vienna_Black_No_Pain_No_GPA_Gain.html
https://pornve.com/2t5viwxnfrqa/_Amanda_Lane_Veronica_Rayne_Johnny_Sins__Kindly_Fuck_My_Stepdaughter_HerePorn.html
https://pornve.com/2tal2qilpp6d/Moms_In_Control_15_S2_Kristen_Scott_Richelle_Ryan.html
https://pornve.com/2tcm0icx7hqm/Mercedes_Carrera_Tarot_Dick.html
https://pornve.com/2tgnmzfygwxj/GFRevenge_Juicy_janice.html
https://pornve.com/2tk9oyfq4tgo/fuck_mentor.html
https://pornve.com/2uxbd4dnxmc3/Priya_Anjali_Rai_-_Youre_A_Pain_In_The_Back.html
https://pornve.com/2v26aqo4g1jo/August__Jayden_Jaymes__Whitney_Fears_-_Brazzers_Idol.html

24

https://pornve.com/2vh0i3awvvrz/On_The_Road_With_Chloe_Amour_52_Top_Rated_Porn_Video_Of_Today_101_Most_Played_Porn_Video_Of_Today.html

https://pornve.com/2vk8u9x03eho/Diamond_Monrow_Round_And_Pound.html

https://pornve.com/2vp939vchgpn/Samantha_Rone_-_Samanthas_Gift_to_Brazzers.html

https://pornve.com/2vuv78d6f9ok/Giselle_Leon_-_Do_You_Nuru.html

https://pornve.com/2vw84jo5aenw/Sex_Games_and_Sexy_Prices.html

https://pornve.com/2wb02rxvgkvh/Moms_In_Control_15_S1_Eva_Notty_Melissa_Moore.html

https://pornve.com/2wju8fpclryh/RoundAndBrown_17_04_14_Daya_Knight_Ass_Out_Cock_In_XXX_-KTR.html

https://pornve.com/2wlhi89rnm8p/Hot_All_Good_New_Rachel_Roxxx.html

https://pornve.com/2wmoy312e6qk/MonsterCurves__RealityKings_Bella_Reese_-_Dick_handler.html

https://pornve.com/2wt80mfo8p72/HOT_Peta_Jensen__Valentina_Nappi.html

https://pornve.com/2wu4il9amqtd/Liza_Shay_And_Zazie_Skymm_Bang_Hard.html

https://pornve.com/2wwjkv0qwiif/Lena_Paul_Plowing_The_Wedding_Planner.html

https://pornve.com/2x0eo9ys1xdg/Canela_Skin_Anal_Sex_Doesn_t_Happen_In_A_Vacuum_23_10_2020_anal_Bigtits_Milf.html

https://pornve.com/2x5sl2gxefde/BRAZZER_hot_and_mean_anya_ivy_and_lynn_vega_up_all_night.html

https://pornve.com/2x9fe7vhcm5d/Cassidy_Banks_Kenzie_Taylor_-_Line_Em_Up_big.html

https://pornve.com/2xb7tpex993h/Special_Assistant_To_Ms_Carter_Charles_Dera__Cali_Carter.html

https://pornve.com/2xfe6hq8f1th/MomsLickTeens_Mia_Lelani_Ivy_Rose_Pink_Little_Mia_-_29_11_2016.html

https://pornve.com/2xkbr4f3nq3g/Bet_Your_Ass_Abella_Danger_and_Carter_Cruise_Brazzers.html

https://pornve.com/2yath2zejowx/GFRevenge_Double_It_Up.html

https://pornve.com/2z4admvnnve8/Ava_Courcelles_Bianca_Resa_are_Moms_Who_can_take_Control.html

https://pornve.com/2z5bp9795fpt/Brooke_Belle_-_The_Super_Stroker_Treatment.html

https://pornve.com/2z6qzqtzx2ea/First_Time_Auditions_33.html

https://pornve.com/2zdz58j66jm6/threesome_lube_bwb_jadasheena_5034_673_plays_published_on_22_hours_ago_category_anal_pornstar_jada_stevens_sheena_shaw_tags_anal.html

https://pornve.com/2zfv11cf2re4/Ryder_Skye_-_Satisfying_The_Boss.html

https://pornve.com/2zmco9sajshv/Ella_Woods_-_Teens_Love_Huge_Cocks_7_2015.html

https://pornve.com/30mi5v50zi8z/Mina_Sauvage_Takingbpics_And_Stealing_Dick.html

https://pornve.com/30mycixegtyj/SneakySex_19_05_04_Kiara_Cole_Idle_Hands_Dirty_Thoughts.html

https://pornve.com/30nmj0srmv35/DP_Anal_Ramming_Rebecca_Moore.html

https://pornve.com/315mbcn514xd/Romi_Rain_The_Whore_And_The_Big_Dick.html

https://pornve.com/31arhwjvcmmv/BigTitsAtWork_-_Tasha_Holz.html

https://pornve.com/31c1l4l4xz5t/Brazzers_Real_Wife_Stories_Holly_Hendrix_Our_Cute_Little_Plaything_2.html

https://pornve.com/31e5br2ib6lk/Lisa_Ann__Isiah_Maxwell_MILF_Perfection_S1.html

https://pornve.com/31kexe6sviu0/phoenix_and_jeda.html

https://pornve.com/31p8gb808n2d/Realitykings_Gina_Valentina_Sloan_Harper_Kendra_Spade_Gia_Derza_Autumn_Falls.html

https://pornve.com/31wi1sjvot6d/Alex_Chance__Aubrey_Addams__Noelle_Easton_-_My_Two_New_Lesbian_Lovers.html

https://pornve.com/329yjkqb4gcl/brazzers_exxtra_brazzers_abigail_mac_kendra_lust_xander_corvus_personal_trainers.html

https://pornve.com/32ic9sz75v0u/BigTitsAtSchool_Angela_White_40Parent_Fucking_Teacher_Meetings_-_24_10_201641.html

https://pornve.com/33d0bv9q4p54/_Brazzers-_Hot__busty_Makayla_Cox_rides_his_students_dick_in_classroom_.html
https://pornve.com/33gm7p80i227/Kagney_Linn_Karter_Anal.html
https://pornve.com/33ho7xtesr0k/Kendra_Lust_And_Jenny_Sativia_MILF_Workout.html
https://pornve.com/33sfeffv1krj/_Brazzers_-_Fit_and_athletic_babe_Amia_Miley_works_out_on_a_cock_.html
https://pornve.com/34aqjuifoal2/Asian_brunette_teen_submits_to_bondage_and_domination.html
https://pornve.com/35lppsxjoqs3/Lily_Rader_Love_On_Lily.html
https://pornve.com/35lypryej7s7/Brazzers_A_Family_Affair_2_Part_One_Van_Wylde_Black_Hair_Ebony_Blowjob_Creampie_SneakySex.html
https://pornve.com/35pmhedijq2p/Masturbation_Threesome_-_Madison_Ivy_And_Rebeca_Linares.html
https://pornve.com/35w86bokdl3c/RealWifeStories_19_04_07_Vienna_Black_Film_Me_Follow_Me_Fuck_Me.html
https://pornve.com/362widtt6q1y/Riley_Reid_-_Im_Going_To_Enjoy_This_Sir.html
https://pornve.com/36kxuo57koi3/GFRevenge_So_good.html
https://pornve.com/36q56vxlwwhg/Holly_West_Veronica_Rayne_Alana_Evans_anal.html
https://pornve.com/36rxjkyna53j/Double_attack.html
https://pornve.com/3700k5cvyvab/Darling_Danika_MILF_At_Your_Convenience.html
https://pornve.com/37jnk1gn9yxl/Bloody_Anal_Cassidy_Banks.html
https://pornve.com/38c6kb9vxrp9/WeLiveTogether_Sierra_Nicole_Sophia_Leone_-_Home_Alone_Finally_17_11_2016.html
https://pornve.com/38olv1hlvh03/RoundAndBrown_Summer_Knight_Roll_With_It_-_28_10_2016.html
https://pornve.com/38rzfimcp2fh/My_wife_Slut_03_-Peta_Jensen.html
https://pornve.com/397gxjzrszk1/Jada_Fire_-_Fuck_My_Backdoor_Chute.html
https://pornve.com/39aqlq03e0t0/StreetBlowJobs_15_12_13_Sophia_Sugar_Gimme_Some_Sugar.html
https://pornve.com/39b5eusaprc3/POV_Lesbian_Teen_Fucking_Cumshot_Group_Club_Club_Fucking_Published_On_3_Months_Ago_Category_Blowjob_Public_Tags_Public_.html
https://pornve.com/39or8eyrg1t1/Bothered_By_The_Bush.html
https://pornve.com/39qsu2q9tm6v/Keisha_Grey_-_Getting_Wild_With_Keishas_Fine_Ass.html
https://pornve.com/3a0316d09t6s/Milfs_Like_it_Big_Brazzers_Ryan_Keely_Isiah_Maxwell_Pounded_By_The_Producer_2_4_2020.html
https://pornve.com/3a0tzq9cqd6c/Shy_Love_-_Total_Knockers.html
https://pornve.com/3aam79d8g8nd/Oiled_Anal_Big_Wet_Butts_Nikki_Benz.html
https://pornve.com/3abwmbn7qdff/Stepmoms_Need_Loving_Too_BraZZers_HDRip.html
https://pornve.com/3aec9sk7aj2w/Our_College_Librarian_Sheridam_Love.html
https://pornve.com/3ah6iwgelh9i/Money_Talks_cross_country_coochie_big.html
https://pornve.com/3ajscsfsll4x/Anal_Is_A_Girls_Best_Friend_Chanel_Preston__Danny_D.html
https://pornve.com/3aljprc8djxu/Brazzers_Rachel_Lets_Her_Hair_Down_Rachel_Starr_Brazzers_Big_Tits_Pornstars_Brunette_Cumshot.html
https://pornve.com/3arygctsaqck/Nikki_Benz_-_Losing_Is_Winning_Sometimes.html
https://pornve.com/3au1q4obyvtk/Tis_The_Season_Sestiny_Dixon.html
https://pornve.com/3b2ypp8rl3x1/Kelsi_Monroe_Broken_Down_Hottie_Kelsi_Big_Ass_Monroe_Big_Ass_Kelsi_Monroe_New_Porn.html
https://pornve.com/3b6x9nuzjf0s/free_download_piper_perri_and_kharlie_stone_stepsisters_share_a_bed_98_top_rated_porn_video_of_today_192_most_played_porn_video_of_today.html
https://pornve.com/3bierkf90t6e/RealWifeStories_August_Taylor_40My_Husbands_Best_Friend_-_28_10_201641.html

26

https://pornve.com/3bsovvk5o6ob/Brazzers_Eye_On_The_InfieldBrazzers_Mommy_Got_Boobs_Diamond_Ja ckson_Brunette_HD_Full-HD_2018.html

https://pornve.com/3c1n5rmno81c/Rebecca_More_Rhiannon_Ryder_-_Pussy_Is_International.html

https://pornve.com/3c90ta0ev8f5/fucking_stepmom_in_the_bathtub.html

https://pornve.com/3ca3414xmsj0/Missy_Martinez_Noemie_Bilas_Jessy_Jones_The_Morning_After_Mess.ht ml

https://pornve.com/3cqsv3muc5i0/D4_Br33_0lson.html

https://pornve.com/3cr0axi2m60l/August_-_Got_Sperm.html

https://pornve.com/3cth8wuwzwsq/Bathing_Your_Friends_Dirty_Mama_Leigh_Darby__Jordi_El_Nio_Polla.ht ml

https://pornve.com/3cvap7qf8336/Brazzers_-_Petite_babe_Riley_Reid_visits_the_doctor_for_a_check_up_.html

https://pornve.com/3czrk2b75zqp/Money_Talks_slim_and_trim_big.html

https://pornve.com/3d6uvqbzdua5/Luna_Star_get_fucked_hard_.html

https://pornve.com/3dm7k6bob1p5/Adrian_Maya_Cristi_Ann__Amy_Parks_Oil_Wrestling.html

https://pornve.com/3e54g4d28hir/Brandi_Bae_-_Sexercise_Slut.html

https://pornve.com/3ebajv7vu4mg/Show_Me_How_You_Jerk_Off_-_Abbey_Brooks__Tyler_Nixon.html

https://pornve.com/3ebe9ykm82zx/phoenix_fuck_in_pool.html

https://pornve.com/3ebkemvcu4qc/DAREDORM_71_A_Guy_For_All_2of2.html

https://pornve.com/3emtj6o1s9ge/Brazzers_Learning_The_Hard_Way_Lela_Star.html

https://pornve.com/3f79bf1ks3ii/Couples_Seduce_Couples_18_2015_Vivien_Bell__Maria.html

https://pornve.com/3ff1v3cyuw61/Sativa_Rose_-_Oily_Tits_And_Fuckable_Feet.html

https://pornve.com/3fjfu2jk8h6a/MommyGotBoobs__Brazzers_Lezley_Zen_-_The_Blow_Job_Seeker.html

https://pornve.com/3flfbbjb34m0/dick_and_dollars_Alexa_Jaymes.html

https://pornve.com/3fqpv49wvgjr/Brazzers_Inside_Her_Trading.html

https://pornve.com/3fvhdyclgmh9/teen_pornstar_gia_paige_kassius_kay_lizzie_bell_tricsy_star_zoey_foxx_t ags_blonde_miscellaneous_ruby_red_cori_lynn.html

https://pornve.com/3g03uq8tu8bw/Published_On_29_Minutes_Ago_Brazzers_Big_Tits_In_Sports.html

https://pornve.com/3g1pp0hnab98/reality_phoenix.html

https://pornve.com/3g2cotfbjus6/Lachelle_Marie_-_Fuck_Me_To_Stay_In_The_Country.html

https://pornve.com/3g5ycgv3z9jw/Krissy_Lynn_-_Knockout_Pussy.html

https://pornve.com/3g9g8es39lbd/Moms_In_Control_15_S4_Aaliyah_Hadid_Courtney_Taylor.html

https://pornve.com/3gdq854z8yx7/NEW_Jasmine_And_Webb_Danny_D.html

https://pornve.com/3gdqyszzwkzb/Big_Wet_Butt_Kiara_Mia_Oily_Fuck.html

https://pornve.com/3gknzr7tjouu/Brazzers_The_second_cumming_Part_1_Brazzers_Pornstars_Like_It_Big_Br ett_Rossi_Keiran_Lee_Bl.html

https://pornve.com/3gmhfcc71lnb/Brazzers_Exxtra_Tamara_Grace_Serving_the_Landlords_Daughter.html

https://pornve.com/3guailtb1tre/Ava_Addams_-_Taught_To_Talk_Dirty.html

https://pornve.com/3h2xpqznvpqk/Ivana_Sugar_schoolgirl.html

https://pornve.com/3h6oc7eyzh6m/big_tits_brunette_milf_babe_homemade_american_tits_3514_6_371_pl ays_published_on_1_day_ago_category_ass_milf_tags_big_tits.html

https://pornve.com/3h7b8x0pyk4v/Brazzers_I_Hired_My_Daughters_Boyfriend_Brazzers_Big_Tits_At_Work_ 2014_Pornstars_Mercedes_Carr.html

https://pornve.com/3hfimmtua9wk/Reality_Kings_MILF_Hunter_36_40201541_Scene_1_Brook_Ultra.html

https://pornve.com/3hvixltywelk/Laura_Bentley_-_Watching_My_Teachers_Have_Sex.html

https://pornve.com/3i63wd6azizs/Puma_Swede_Revenge.html

https://pornve.com/3ipcxq5hr8ls/Holly_Halston_-_The_Secrets_Of_Marital_Sucksess.html
https://pornve.com/3j07yzfebu5h/MommyGotBoobs_-_Codi_Bryant_-_Super_Tits.html
https://pornve.com/3jc4bryog58q/Jayden_Jaymes_-_Suburban_Slut_Story_-_3.html
https://pornve.com/3jcgkf9vji40/Black_mature_fucked_with_a_young_white_guy.html
https://pornve.com/3jda54wd80jt/Kayla_Carrera_-_Big_Boss_Principle.html
https://pornve.com/3jdii40yo30d/Lost_In_Brazzers_Episode_3_Aletta_Ocean_Brazzers_Danny_D_Prison_Cop_Masturbate_Big_Tits_Blo.html
https://pornve.com/3jjn2q577fnl/Love_leson_Darryl_Hanah_and_Bailey_Blue.html
https://pornve.com/3jzlffz88p14/A_History_of_Whoring_Brazzers.html
https://pornve.com/3k4b4bnygwwz/_StreetBlowJobs__Hope_Harper__Tongue_Action__NEW_02_August_2015.html
https://pornve.com/3kc9gsk28r3i/Taylor_Reed_Pretty_Taylor.html
https://pornve.com/3kk8vly0187u/MommyGotBoobs__Brazzers__Reagan_Foxx_Jessy_Jones_Save_The_Tits_24112016.html
https://pornve.com/3klgigy83tlq/Alexis_Fawx_Khloe_Kapri_Afternoon_Special.html
https://pornve.com/3knvpgtv3iu2/_Brazzers_-_Prom_Pussy_.html
https://pornve.com/3ktnqbq3yx2p/Sarah_Vandella_BWB_73_Top_Rated_Porn_Video_Of_Today_97_Most_Played_Porn_Video_Of_Today_182_Top_Rated_Porn_Video_Of_Week.html
https://pornve.com/3lnj2mxqwtfn/Makayla_Cox_Sneaky_Sauna_Mama_Mommy_Issues_3.html
https://pornve.com/3lnk9ed90f0l/Patty_Michova__Danny_D_Banging_The_Butler.html
https://pornve.com/3m7hb44o9b9e/Assh_Lee_Fucking_An_Asshole_Made_Of_Gold.html
https://pornve.com/3mjfuzd2pgdr/Big_Wet_Miami_Booty_Nina_Kayy__Bruce_Venture.html
https://pornve.com/3msz1in6nws0/Summer_Hart_Big_Tits_Shower_Surprise.html
https://pornve.com/3mtyo1bnj2eu/Lisa_Ann_Ava_Addams_-_Ogling_in_the_Office.html
https://pornve.com/3n7gmpc8uljy/Luna_Star_Victoria_June_Ramon_Escandalo.html
https://pornve.com/3nrdvjy3pbiy/abella_danger_the_pearl_of_the_sea_brazzersexxtra_latina.html
https://pornve.com/3ns1eya9ln74/Small_Hands_Nailing_The_Neighborhood_Bully.html
https://pornve.com/3o35kilk7fci/Kenzie_Reeves_Piped_Down_-_Brazzers.html
https://pornve.com/3o91g99jcftd/Mia_Malkova_Phoenix_Marie_-_Bz_10th_Anniversary_BTS_Interview.html
https://pornve.com/3odfbnhnr96h/Reality_Kings_MILF_Hunter_34.html
https://pornve.com/3oos4hbcwxjp/Brazzers_-_Family_Affairs_Part_3.html
https://pornve.com/3pcekdt4g3p6/blowjob_big_tits_hardcore_boobs_cumshot_interracial_ebony_babe_bigtits_handjob_booty_big_natural_tits_masturabation_masturbation_tags_ebony_anya_ivy_bgb_3616_42_plays_published_on_50_minutes_ago_category_ass.html
https://pornve.com/3pkdbx7rts5e/Alanah_Rae_Lagina_Cable_Co.html
https://pornve.com/3pwethrmx3x9/Big_Tits_Ass_Boobs_Ma_Pimh_Pimh_125_Top_Rated_Porn_Video_Of_Today_158_Most_Played_Porn_Video_Of_Today.html
https://pornve.com/3px89k1dgpve/BlackGFs_Harmony_Rose_-_Galactic_Ass_12_10_2016.html
https://pornve.com/3q3q5m4kmsw5/Brazzers_-_Huge_tit_officer_Veronica_Avluv_gets_paid_with_sex_.html
https://pornve.com/3qf448ph3xjp/GFRevenge_Easy_access.html
https://pornve.com/3qi2wfzd98ns/Drilling_Mommy_2_Scene_4_Milf_Wheels_Olivia_Blu__Ramon_Nomar.html
https://pornve.com/3rxun9qahf9g/La_Sirena_Massage_With_Tricks.html
https://pornve.com/3sece0x8kjy2/Lily_Love_-_Charm_School_101.html
https://pornve.com/3syhetft8qrg/DAREDORM_70_A_Night_To_Remember_2of2.html
https://pornve.com/3syvjspf3wu0/Blowjob_Bootcamp_Brazzers.html

https://pornve.com/3t32f9oggzx4/Brazzers_house_2_day_2.html
https://pornve.com/3t3axhuq1qln/Diamond_Foxxx_is_A_Mummy_With_Issues.html
https://pornve.com/3tbyj0erw6bg/RealWifeStories_-_Eva_Lovia_The_Farmer_s_Wife_12_22_16.html
https://pornve.com/3tcyboaps88q/Dick_Reduction_Brazzers.html
https://pornve.com/3tdrttrsmwvy/Tlib_Riley_star.html
https://pornve.com/3tfa59e0piet/Devon_-_Anal_Is_The_Best_Medicine.html
https://pornve.com/3tgz4xktpis3/Rock_Hard_Phoenix_Marie.html
https://pornve.com/3tvnjwxnpiwr/Pretty_Little_Bitches_Part_Two_-
_Indigo_Augustine__Jenna_Sativa.html
https://pornve.com/3txdvvte1nx1/Alison_Tyler_Xander_Corvus_-_Dr_Buttfucker_-_Big_Wet_Butts_-
_Brazzers.html
https://pornve.com/3tytaftagr6x/Brazzers_-
_Richelle_Ryan_gets_fucked_by_Mick_in_her_halloween_costume_.html
https://pornve.com/3u7pkfwbaji7/MilfsLikeItBig_-
_Ava_Addams_MILF_Squad_Vegas_Big_Cock_Commandeering.html
https://pornve.com/3ux82chvogi4/Brazzers_-
_Hot_brunette_Olive_glass_enjoyed_a_podiatrist_therapy_.html
https://pornve.com/3v947wut7bj3/Kelsi_Monroe_-_Booty_Shakes_And_Ass_Quakes.html
https://pornve.com/3vv2uflm6eva/GFRevenge_Dream_girl.html
https://pornve.com/3w2aq5rpmhcu/EuroSexParties_-
_Ayda_Swinger_Aisha_Sexy_Swingers_XXX_NEW_21_July_2016.html
https://pornve.com/3w6ixtcj0nnw/sarah_banks_finds_comfort_on_brads_big_dick.html
https://pornve.com/3waepnb328hi/Diamond_Foxxx_-_Stepmoms_Sweet_Glory_Hole.html
https://pornve.com/3wipe98iixjq/BigWetButts__Kiki_Minaj_Danny_D_Squirt_And_Slurp_.html
https://pornve.com/3wzan4w5qirt/katana_kombat_bend_me_over.html
https://pornve.com/3x19o9hssdpr/Abigail_Mac_Anissa_KateLana_Rhoades_Mia_Malkova_Nekane_Sweet_Ni
cole_Aniston_Working_Out.html
https://pornve.com/3xpso0gqe2be/Anissa_Jolie_Danny_D_Chock-Full_Of_Cock.html
https://pornve.com/3yas43un60f7/Burly_Senior_Man_With_Sticking_Our_Cock_Eats_Black_Pussy.html
https://pornve.com/3yg1qnaotulo/RealWifeStories_Ariella_Ferrera_Veronica_Rodriguez_A_Dick_Before_Divo
rce_08_08_16.html
https://pornve.com/3yj2wp81iexk/Curvy_Babe_Valentina_Nappi_Gets_DP_From_Jessy_Jones__Xander_Corv
us_.html
https://pornve.com/3yo8eu5bu8p1/Hot_Anal_Lesbians_MILF_Kendra_Peta_And_Kissa.html
https://pornve.com/3yrue9fe5z7m/tiffany_watson_serene_siren_exercising_her_ass_off_hot_and_mean_bra
zzers.html
https://pornve.com/3yysajg0ydl3/big_tits_brunette_milf_ass_babe_striptease_witch_eyes_3348_42_plays_p
ublished_on_29_minutes_ago_category_amateur.html
https://pornve.com/3z7t87keup0v/Tiffany_Mynx_-_Lucha_Libre_Coochie.html
https://pornve.com/3zx44tassl2e/The_Liar_The_Bitch_And_The_Wardrobe_Aaliyah.html
https://pornve.com/4020hxhwkb6c/gangbang_so_hot.html
https://pornve.com/40a6jfo2o0kw/Michele_James_-_BabyGotBoobs__Big_Spotlights.html
https://pornve.com/40m1p07qc2ho/Brazzers_Downward_Facing_Dick.html
https://pornve.com/40zodh8rzq77/Moms_In_Control_5_Scene_3Cassidy_Klein_Farrah_Dahl__Xander_Corvu
s.html
https://pornve.com/41jovuor56k6/Erotic_Massage_Bella_Rose_And_Miss_Raquel.html
https://pornve.com/421cl51v0foz/Big_Tits_In_Sports_Veronica_Avluv_Destroyed_in_the_Locker_Room.html
https://pornve.com/42alki2qc520/bigtits_at_school_aletta_ocean_spy_hard_3_hit_girl.html

https://pornve.com/42g75emdt3xj/Brazzers_Metal_Rear_Solid_The_Phantom_Peen.html
https://pornve.com/42q3dbuor324/Dont_Bring_Your_Sister_Around_Me___Nicolette_Shea__Keiran_Lee.html
https://pornve.com/42xfh4hlbik2/RealityKings_Horny_Hostess.html
https://pornve.com/439fhwbruhcs/BabyGotBoobs_Bella_Rolland_Chain_Linked_Fuck.html
https://pornve.com/43di23b71ufi/_Bored_Stiff_.html
https://pornve.com/43nwpcrxjohr/New_Synthia_Fixx.html
https://pornve.com/43qaw6o9ns43/Alexis_Fawx_And_Molly_Mae_Pussy_For_Breakfast.html
https://pornve.com/43r6iid43vmv/DUDE_FRIES_girlfriend_at_the_windowsill.html
https://pornve.com/43sd3xa1m3yy/You_Wed_Her_Ill_Bed_Her_Lexi_Lowe__Keiran_Lee.html
https://pornve.com/43zfy4qhv4r5/BigNaturals_Keisha_Grey_Squeeze_These.html
https://pornve.com/44ds4u99q3d9/pornstarlikeitbig_focus_on_your_body_aryana_adin.html
https://pornve.com/451jsxrhjjec/My_Stepmothers_Pantyhose_Brazzers.html
https://pornve.com/4545x6wmm1tq/Blair_Williams_Johnny_Sins_Paying_Up.html
https://pornve.com/45b1ue17j60y/MomsBangTeens_-_Anastasia_Rose_And_Cory_Chase-Halloweeny.html
https://pornve.com/45uqfw7vubws/Brazzers_Anal_Encounter_With_A_Stranger_Ava_Koxxx_and_Danny_D.html
https://pornve.com/45xt0ahysz3c/destroyed_milf_sex_rough.html
https://pornve.com/464dmo14jtar/New_Dec_2015_Tory_Lane_Im_Your_Christmas_Bonus.html
https://pornve.com/46dswxziiqxs/Monique_alexander_females_ghostbusters_are_ready_for_battle.html
https://pornve.com/46e0hhb4p1cr/Hopping_On_A_Cock_Eliza_Ibarra__Scott_Nails.html
https://pornve.com/46nn22ihbp06/Dillion_Harper_Natural_Tits_Brunette_Squirt_Feet_Voyeur_watch_videos_on.html
https://pornve.com/473ejg6nezyf/This_Could_Be_The_End_BraZZers.html
https://pornve.com/473mf7zdsrsz/Veronica_Rayne_-_Psychotic_Milf.html
https://pornve.com/482ijgn7884j/Babe_Abigail_Mac_Abigail_Abigail_Student_Hardcore.html
https://pornve.com/487bbxzclip2/Jayden_Jaymes_-_Take_My_Wife_Please_-_Brazzers.html
https://pornve.com/48bc8vdwulfi/MilfHunter_17_02_20_Sara_St_Clair_Sexy_Sara_XXX_-KTR.html
https://pornve.com/48jy4q6wwmdu/_audrey_bitoni_fucks_during_a_smoke_break_audrey_is_trapped_with_a_guy_at_the_office_so_they_deside_to_fuck_smoke_break.html
https://pornve.com/48p2bk2fkdki/Dakota_Skye__Shes_Dumping_You.html
https://pornve.com/48q8xy2rahdu/Peta_Pays_Your_Cock_a_Visit_-_Peta_Jensen__Johnny_Sins.html
https://pornve.com/48sg60t4v6c3/Back_Door_Robbery_Diana_Prince__Keiran_Lee.html
https://pornve.com/48y4q12m8wlu/_Sunbathing_Distraction_.html
https://pornve.com/49i4z13nt3fy/Couples_Seduce_Couples_18_2015_Jenny__Sizlivia__Tina.html
https://pornve.com/49igtfb3v4hw/MikesApartment_16_03_30_Veronika_Morre_-_Morre_Please.html
https://pornve.com/49o29unuq8bv/Candi_Kayne_Jordi_El_Nino_Polla_-_A_View_Of_The_English_Cuntryside_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/49xjiwe5lji8/Brazzers_Sauna_Sex_Schooling.html
https://pornve.com/49zu83jhk4cu/BrazzersExxtra_19_05_04_Bailey_Brooke_Hot_Day_For_A_Tan.html
https://pornve.com/4ai86nhpthis/MomsLickTeens_-_Skye_West_And_Savannah_Fyre_Skye_Pie.html
https://pornve.com/4attj2lh3cew/_Motion_In_The_Ocean.html
https://pornve.com/4be51cb9d9wm/Office_4-Play_Intern_Edition_Aidra_Fox_Janice_Griffith_Lana_Rhoades_Riley_Reid__Keiran_Lee.html
https://pornve.com/4bp7yr5cpum5/tl1b_M3lissa_M00re_Big_Dick_in_a_Little_Box_480p.html
https://pornve.com/4bqmj0n8gl63/Yhivi_-_Switching_Teams_Part_2.html
https://pornve.com/4br62z0r14un/Riley_Evans_Raunchy_Rubdown.html

30

https://pornve.com/4bv0y0wxa0t6/Bobbi_Starr.html
https://pornve.com/4c2o7n8q3cwf/RealWifeStories_15_12_19_Britney_Shannon_Anything_To_Get_In.html
https://pornve.com/4cuyw8kgd7l5/Diamond_Kitty_-_Big_Butt_Moan.html
https://pornve.com/4cyr446ftr89/Alena_Croft_Johnny_Sins_-_Fucking_The_Ugly_Duckling_-_Milfs_Like_It_Big.html
https://pornve.com/4d8lu4azgpk8/PornstarsLikeItBig_-_Kissa_Sins_Becoming_Johnny_Sins_Part_Three.html
https://pornve.com/4df2izzou5wj/Horny_Black_Amateurs_-_Carmel_Bliss.html
https://pornve.com/4diir5ce68om/Baylee_Touch_and_Go_Happy_Tugs.html
https://pornve.com/4diivb7jixfy/Lena_Paul__Skye_Blue_-_Stay_Away_From_My_Brother.html
https://pornve.com/4djdhi2g2p7v/_Shy_Redheads_Like_It_Big_Ginger_Babe_Ella_Hughes_Fucks_In_The_Garage_.html
https://pornve.com/4e3somcgeb6d/Good_Shit_Doctor_Juelz_Ventura_Request.html
https://pornve.com/4e7d2qkojlo2/Realitykings_Sweeter_In_A_Sweater_Canela_Skin.html
https://pornve.com/4eehgs4i01k9/HD_The_Best_Ass_EVER_Jada_Stevens_Oiled_720p.html
https://pornve.com/4ehqkbdg6cxg/Brazzers__Adria_Rae_Charles_Dera_Daddys_Debt.html
https://pornve.com/4eqszywbukbz/Kristal_Summers_-_Special_Package.html
https://pornve.com/4f58wm19v3k9/Karma_Rx_Slutty_Surveillance.html
https://pornve.com/4f64jo09dqz2/Cameron_Canada__Celeste_Star_-_Seducing_A_Straight_Girl.html
https://pornve.com/4f809y1canbx/The_Femdom_Florist_Bambino_Ryan_Keely.html
https://pornve.com/4fj4hti5pba6/Romi_Rain_Van_Wylde_Drone_Bone.html
https://pornve.com/4fppnbel58vw/realitykings2016-12-12_Seductive_Capone.html
https://pornve.com/4g0he0gocklh/Giselle_Palmer_Danny_D_Just_Trying_To_Earn_A_Little_Extra_College_Money.html
https://pornve.com/4g2e8jabsg64/DirtyMasseur_19_08_05_Kenzie_Taylor_Attend_To_My_Ass_XXX_SD.html
https://pornve.com/4gjo7k8nlqf6/milf_hunter_reality_kings_kenzie_tayl_orchad_white.html
https://pornve.com/4h56liss5d40/Anal_Angel_Eva_Angelina__Keiran_Lee.html
https://pornve.com/4hd6uub4pz3j/SneakySex_17_02_25_Monique_Alexander_Over_The_Counter_XXX_-_KTR.html
https://pornve.com/4i7sjqd5fi63/HotAndMean_-_Brazzers_-_Bridgette_B_Karma_Rx_Good_Cop_Bad_Girl.html
https://pornve.com/4ijp4von83km/Brazzers_-_Sexy_student_Ashley_Adams_pleases_her_teacher_for_extra_credit_.html
https://pornve.com/4il6vb23zc9q/Ivana_Sugar_-_Anal_Blonde.html
https://pornve.com/4is5eiw8lhdw/hardcore_ass_babe_dogggystyle_marsha_may_marsha_raises_the_bar_37_15_42_plays_published_on_47_minutes_ago_category_anal_teen_pornstar_marsha_may_tags_anal.html
https://pornve.com/4iu3ireqox2v/The_Dinner_Invitation.html
https://pornve.com/4iw0v2onhfdl/Sarah_Banks_Van_Wylde_Feelin_Myself.html
https://pornve.com/4iw3lfma09po/Brazzers__Brazzers_Exxtra__New_Years_Sleaze.html
https://pornve.com/4iwk0osv4sem/ANAL_Peta_Jensen_-_Longest_Anal_Scene_Of_Peta.html
https://pornve.com/4ixkzvylll3n/Kieran_lee_and_Samantha_Saint_in_the_perfect_maid_2.html
https://pornve.com/4j9noq51t33n/Naughty_Bookworms_2015_-_Danica_Dillon.html
https://pornve.com/4jpx1nsaq9xn/Devon_Green_Robby_Echo_-_Recline__Unwind_-_Dirty_Masseur_June_18_2018.html
https://pornve.com/4jui49cp346h/brazzers_sharing_the_bed_-_.html
https://pornve.com/4jvpsyhgu0pu/Julia_Ann_-_Office_Party_Fucking.html
https://pornve.com/4kd2c6ffmngd/Monique_Alexander_-_The_Hardest_Exam.html

https://pornve.com/4kqeo3smj80a/Brazzers_Cherie_Deville_Stuck_On_Your_Mom_15_04_2020_watch_videos_o.html

https://pornve.com/4ksbt0vxc1jo/Beautiful_teen_pussy.html

https://pornve.com/4kumdbfgi8xr/RealWifeStories_17_03_02_August_Ames_Didnt_Ring_The_Doorbell_XXX_-KTR.html

https://pornve.com/4kuoy6ldspdd/brazzers_lexi_luna_neighborhood_snatch_committee.html

https://pornve.com/4kvm39vu153n/Assh_Lee_Danny_D_-_Follow_That_Ass_-_Big_Butts_Like_It_Big.html

https://pornve.com/4kzdpi4u2yer/Julia_Ann_-_This_One_Is_A_Keeper.html

https://pornve.com/4l8diegzh6o6/Nympho_Nurses_And_Dirty_Doctors_3_Olive_Glass.html

https://pornve.com/4l97mkvp6zaq/BabyGotBoobsJessa_Rhodes_Powder_Puff_Girl.html

https://pornve.com/4lc5u14eslmq/RealWifeStories_-_Reagan_Foxx_-_Lost_And_Pound.html

https://pornve.com/4lqmefzfhmzd/plib_kagney_liin_karter.html

https://pornve.com/4m4w2j81jiii/Drilling_Mommy_12_S2_Audrey_Miles.html

https://pornve.com/4m9uo61u3awn/Ada_And_Diamond_Hardcore_Threesome.html

https://pornve.com/4mftaoibcnh3/Sex_Fighter_Chun_Li_And_Cammy_VS_Vega.html

https://pornve.com/4mg0mzatr934/8thStreetLatinas_-_Emily_Mena_Latina_Especial.html

https://pornve.com/4mgmevaa6kx6/Milf_Demands_Workout_Sex_-_Xander_Corvus_Alexis_Fawx.html

https://pornve.com/4myj5d1afjr3/Eva_Karera_The_Milf_and_The_Faith.html

https://pornve.com/4na74z4mchmj/Girl_Fuck_Friends_Husband.html

https://pornve.com/4nsda4pmrrdm/Brazzers_Massaging_Her_Best_Friends_Husband.html

https://pornve.com/4ox7cm84f1xq/Realitykings__Mikes_Apartment__Lilu_For_Rent_Lilu4u.html

https://pornve.com/4ozx1yoy2sie/Nataly_-_Czech_Out_My_Sister.html

https://pornve.com/4p4h0jk06ijw/A_St_Pattys_Pounding_AJ_Applegate__Sean_Michaels.html

https://pornve.com/4pgls21zjaor/alektra_blue_keiran_brazzers_fucking.html

https://pornve.com/4pl9bwi3eiis/Lisa_Ann__Kimmy_Granger_When_Lisa_Ann_Cums_Over.html

https://pornve.com/4pw6o8ditegk/_Brazzers-_Hot__busty_professor_Lauren_Phillips_rides_her_students_dick_.html

https://pornve.com/4q1qi85y5fns/Alexis_Breeze_-_Dancing_Bear_-_Brazzers.html

https://pornve.com/4q62jjfi99gm/Big_Naturals_35.html

https://pornve.com/4q73b5efyvha/Michelle_Thorne_Spanglish_Lessons.html

https://pornve.com/4q7glvbhiucw/Big_Tits_Blonde_Bubble_Pussy.html

https://pornve.com/4qfzjfiep8mt/milf_hardcore_deep_throat_savannah_stern_st_pattys_day_pussy_3111_1_586_plays_published_on_1_day_ago_category_brunette_public_tags_brunette.html

https://pornve.com/4qqirrb18t85/Real_Wife_Stories_Category_Ass_Teen_Pornstar_Kayla_Kayden_Loira_Tags_Blond_Gata_Tag_This_Video_41_Top_Rated_Porn_Video_Of_Today_53_Most_Played_Porn_Video_Of_Today_146_Top_Rated_Porn_Video_Of_Week.html

https://pornve.com/4qt419k9wcxs/Brazzers_Doctors_Adventures_Nurse_Riley_Reid.html

https://pornve.com/4qzbhtxr3x1u/ava_addams_and_kimmy_granger_all_night_rager_.html

https://pornve.com/4rb8tkkjsd2g/Rachel_Roxxx_-_Fucks_The_Office_Mommy.html

https://pornve.com/4rc46ewmmlpp/Reality_Kings_Dream_Girls.html

https://pornve.com/4rgejqf61fgf/_Brazzers_-_Nicole_Aniston_and_Abigail_Mac_fuck_hung_guy_at_the_gym_.html

https://pornve.com/4rifsi764fct/BrazzersExxtra_Penny_Pax_Ramming_The_Reporter.html

https://pornve.com/4rt5q3dcgkuc/Brazzers_ten_pornstars.html

https://pornve.com/4snbchiqcmyr/Reality_Kings_Miss_Exhibitionist_Rachel_Starr_JMac.html

https://pornve.com/4ss94hy7ocgf/Alix_Lynx_the_mile_low_club.html

https://pornve.com/4t0gbt7fv5wh/BigTitsAtSchool_Tegan_James_Washing_Her_Mouth_Out_With_Cum_-_19_01_2017.html

https://pornve.com/4thr1exzot9f/Tia_Cyrus_Rent_A_Pornstar_The_Wedding_Planner_Part_2_Netfapx.html

https://pornve.com/4tkpx8ll1ix9/Moms_Bang_Teens_9_2015_part_4.html

https://pornve.com/4uu0ix7dt3bg/Ava_Addams_Rikki_Six_Two_Hungry_Mouths_On_His_Dick.html

https://pornve.com/4uyvh66fue4o/Smoking_Hot_Blonde_Doctor_Giving_Her_Patient_A_Special_Treatment.html

https://pornve.com/4v09oral4dw4/American_Whore_Story_Part_Three.html

https://pornve.com/4v21y7evfias/Ariella_ferrera_mother_daughter_mix_up.html

https://pornve.com/4v454bg4q07x/Alektra_Blue_Ava_Addams_Dani_Daniels_Gianna_Nicole_Kayla_Kayden_Kaylani_Lei_Missy_Martinez_Nikki_Benz_Phoenix_Marie_Romi_Rain__Tory_Lane_House_Episode_Five.html

https://pornve.com/4vd2dnypz6g6/sheena_shaw_banging_that_body_.html

https://pornve.com/4vdw6w6naqs6/Real_Wife_Stories_-_Kendra_Lust_And_Peta_Jensen_My_Two_Wives.html

https://pornve.com/4vff678lecj1/Secret_Sauna_Sex_Ivy_Lebelle_Real_Wife_Story_Sauna_Sex.html

https://pornve.com/4vwzoj0xga9x/Jessica_Lynn__Shawna_Lenee_-_How_To_Settle_A_Bet.html

https://pornve.com/4wk1ow2iunx2/Jade_Jantzen_-_She_Loves_Playing_With_Joysticks.html

https://pornve.com/4wm5o6lvk9dz/DayWithAPornstar_Savannah_Bond.html

https://pornve.com/4wpdfvlf5g6o/Good_NEW_Lesbian_Dani_Daniels__Valentina_Nappi.html

https://pornve.com/4x3g4hv7n7wk/Brazzers_-_Open_up_your_Air_Way.html

https://pornve.com/4xcx9v8a2oa2/Blanche_Bradburry_Danny_D_7_Year_Anal.html

https://pornve.com/4xmod3310c1q/TeensLoveHugeCocks_Violet_Myers_Sparkly_Clean.html

https://pornve.com/4xq6x46xdppp/Alexa_Miliani_Ebony_With_Crazy_Tits.html

https://pornve.com/4xw8hrq27l3v/Kendra_Sunderland_Zac_Wild_The_Clumsiest_Girl_In_The_World_Brazzers_Exxtra_Brazzers.html

https://pornve.com/4y463k41r3ke/NEW_Nov_2015_Juelz_Ventura_Help_Doc_Im_Horny.html

https://pornve.com/4yoaofz43v03/SneakySex_-_Christen_Courtney-Studyfuck.html

https://pornve.com/4yr503o9x5i4/Were_Just_Wrestling_Mom_-_Teanna_Trump__Johnny_Sins.html

https://pornve.com/4z7zbkojj61q/Stephanie_Wylde_Johnny_Sins_-_Nerd_To_Stud_In_One_Simple_Fuck_-_Mommy_Got_Boobs.html

https://pornve.com/4zb2057cirhe/Eva_Angelina_-_The_Break_Up.html

https://pornve.com/4zii4wz5jzat/It_Was_A_Dark_And_Stormy_Milf_Britney_Amber.html

https://pornve.com/4zyj6ck3vzs0/_blowjob_big_tits_brunette_cumshot_jewel_hospital_3551_42_plays_published_on_24_minutes_ago_category_babe_deep_throat_pornstar_jewels_jade_tags_naughty_.html

https://pornve.com/4zzziqhlfkbn/Alina_Lopez_One_Hot_Box.html

https://pornve.com/502d0me3ikur/American_Whore_Story_Part_Five.html

https://pornve.com/508rt637oplx/Ava_Addams_The_Package.html

https://pornve.com/50i7jyminm0e/Pedal_To_The_Anal_Anna_De_Ville__Charles_Dera__Ramon.html

https://pornve.com/50js1mt3gr3w/Brazzers_Emergency_Rubdown.html

https://pornve.com/50u1pi423can/Sexperiments.html

https://pornve.com/50zvx0hkut6a/Dolly_Diore__Danny_D_-_X-Ray_Lay_Voyeur.html

https://pornve.com/513y8jdf92mh/Phoenix_Marie_Fuck_Her_Stepson.html

https://pornve.com/514iq6a1v1bb/_Tempted_By_Teens_-_Brazzers_.html

https://pornve.com/51jflpdksx5b/Rich_Fucks_4_Bridgette_B_Toni_Ribas__Xander_Corvus.html

https://pornve.com/51ohzowtfpe4/Fucking_Her_Friends_Daddy.html

https://pornve.com/51xzt8peuwms/Pervert_Punishmen_Ava_Koxxx_Leigh_Darby.html

https://pornve.com/52ic5kgslmmk/Mia_Malkova_-_White_Yoga_Pants.html

https://pornve.com/52zyq64jct6x/BigTitsAtSchool_Kylie_Page_The_Geeks_A_Freak.html

https://pornve.com/535zw8tz39cs/Maddy_OReilly_Darla_Crane_Mommy_and_daughter_indulge_the_guy.html

https://pornve.com/53gcnwrcpfar/Threesome_Latina_Groupsex_Zoe_Milk_.html

https://pornve.com/53grejww85z7/The_Two_Sides_of_Samantha_Samantha_Saint__Jordan_Ash.html

https://pornve.com/53hkpn0vkzw0/Stepmoms_Spring_Cleaning.html

https://pornve.com/53psnt8npadh/Brazzers_Good_Ol_Fashioned_American_Fucking_Monique_Alexander.html

https://pornve.com/53q4s3fd8sgd/Jessa_Rhodes_Charles_Dera_-_Scanner_Scandal_-_Big_Tits_At_Work.html

https://pornve.com/53vrd89e1j5h/absent_husband_and_wife_to_have_sex_with_strange_boys.html

https://pornve.com/53xjgsfstke1/All_Good_New_Julia_Ann_Phoenix_Marie_And_Richelle_Ryan.html

https://pornve.com/54c8meh0qr43/Bella_Beretta_Steal_My_Virginity.html

https://pornve.com/54irfgexyfri/BlackGFs_17_02_15_Mya_Mays_My_Mya_XXX_-KTR.html

https://pornve.com/54j2rej0vhz1/Phoenix_Marie_-_Big_Bubble_Booty.html

https://pornve.com/54jqf9fhejjs/Erotic_Massage_Courtney_Taylor.html

https://pornve.com/555r910gqp18/Adriana_Chechik_Kendra_Lust_Our_Sons_Girlfriend.html

https://pornve.com/55653v0srgan/GFRevenge_Sweet_pleasure.html

https://pornve.com/55bx2f5l1qxs/Ho_Alone_-_Dakota_Skye.html

https://pornve.com/55e6c8lp7tyt/Downward_Doggystyle_Ryan_Conner__Bill_Bailey.html

https://pornve.com/55lty2ktq9dr/GFRevenge_Grabbing_vega.html

https://pornve.com/55quvyf5q5mh/PornstarsLikeItBig_-_Alexis_Fawx_Brandi_Love_Internet_Outage_Poundage_01_07_17.html

https://pornve.com/55s9o3huh7d2/Jackie_Daniels_-_The_Cock_Next_Door.html

https://pornve.com/55zkmu41hmdr/Sophia_Laure_Sweaty_Ass_Workout.html

https://pornve.com/56gohxs0z2ja/Julia_Ann_-_Two_Bangz_vs_Nancy.html

https://pornve.com/56ta4bk47jxr/cowgirl_alanah_rae.html

https://pornve.com/56xv8lwfm8yl/Hot_Shit_New_Missy_Martinez__Violet_Starr__Danny_D.html

https://pornve.com/574soz89an1f/Sophia_Leone_Hot_Slut_Next_Door.html

https://pornve.com/57a6sgjpvd65/Drilling_Mommy_12_S5_Alura_Jenson_Lexi_Lore.html

https://pornve.com/57auq7a0uv10/Lela_Star_Keiran_Lee_-_Jerking_The_Morning_Shift_-_Pornstars_Like_It_Big_June_21_2018.html

https://pornve.com/57f4v7wzax8b/Hairy_Punter_and_His_Enormous_Boner.html

https://pornve.com/57iejfkclz6s/The_More_Carolina_The_Better.html

https://pornve.com/58ecpwg1akrq/MilfHunter_17_04_10_Reagan_Foxx_So_Busted_XXX_-KTR.html

https://pornve.com/58esjch4m08e/Tammy_-_Cum_Czech_Out_This_House.html

https://pornve.com/58m29zuyxavo/Britney_Amber_Name_Your_Price.html

https://pornve.com/58oyn1k4icv1/NEVER_GET_MARRIED_The_Aftermath_-_Adriana_Chechik__Keiran_Lee.html

https://pornve.com/5982oxvk73vc/Abby_Rode_-_Spanish_Fly.html

https://pornve.com/59u7spup2i2s/Latina_MILF_BABE_SEXY_Teacher_Romi_Rain.html

https://pornve.com/5a309fo2f4ov/Maserati_-_Get_Dat_Big_Black_Rack.html

https://pornve.com/5a3vffmum7ji/Busting_More_Than_A_Move_Brazzers.html

https://pornve.com/5a7zlfg2bapl/Holly_Michaels_-_Internal_Deep_Tissue_Massage.html

https://pornve.com/5aydfb6qfa35/Agatha_Lee_Sexy_Runner.html

https://pornve.com/5bftnu30njx1/Angelina_Valentine_Anal_Dirty_Whore.html

https://pornve.com/5bhfofl9o1o0/GFRevenge_Double_dipper.html

https://pornve.com/5bsggg3ei0fw/Mary_Jean_Stick_It_To_Her.html

https://pornve.com/5c2529xzko4z/Brazzers_Butting_Out_Brazzers_Bill_Bailey_Brooklyn_Chase_Big_Butts_Like_It_Big_Anal_Big_Tits.html

https://pornve.com/5c95thohrfpx/Ariella_Ferrera_-_Dealing_With_A_Dickhead.html

https://pornve.com/5c9gm679ebma/Brazzers_Stepmother_Id_Like_To_Fuck_40SMILF41.html

https://pornve.com/5cydcpszag1z/Vanilla_Deville_-_Charming_Her_Panties_Off.html

https://pornve.com/5dh92016lznv/Hold_The_Phone_Not_The_Moan_Emma_Butt_Jordi_El_Nio_Polla.html

https://pornve.com/5dmb8lu3gaqb/Anna_Bell_Peaks_Cory_Chase_Milfs_On_Vacation_Part_2.html

https://pornve.com/5do4rh198joy/Phoenix_Marie_Rachel_Starr_-_Sexual_Harassment_In_The_Work_Place.html

https://pornve.com/5dsv3hs3y43r/threesome_slut.html

https://pornve.com/5e7zbnt72fft/Alessandra_Jane_Danny_D_The_Day_Before_You_Came_vPorn.html

https://pornve.com/5efnarprjny9/GFRevenge_Sexy_little_thing.html

https://pornve.com/5euqemunm3k5/Sandee_Westgate_-_Double_D_Doctor.html

https://pornve.com/5f6v9hwnjgks/Kagney_Linn_Karter_-_Food_Fight.html

https://pornve.com/5fai8sdj7h70/Milf_Mom_Old_And_Young.html

https://pornve.com/5fam32tjrnok/The_Other_Way_Around_Veronica_Avluv_Chad_White_Big_Tits_HD_Brazzers_Professional_Mommy_Got_Boob.html

https://pornve.com/5fbounv6yqcu/All_Good_New_Britney_Amber.html

https://pornve.com/5fed644kahz4/_Brazzers_-_Petite_college_chick_Tiffany_Watson_enjoys_a_big_cock_.html

https://pornve.com/5fj9u56ax4g5/BigWetButts_Lana_Rhoades_-_Exercise_Balling_22_05_2018_rq.html

https://pornve.com/5fqomhre3fpf/_Music_To_A_Moms_Ears_-_Brazzers_.html

https://pornve.com/5fslvy4uu8w8/Brazzers_Tapas_That_Ass_Brazzers_Big_Butts_Like_It_Big_Jordi_El_Nino_Polla_Kat_Dior_Blonde_Bl.html

https://pornve.com/5fvv70rrl9vc/gamer_bex_kristen_scott_HQ.html

https://pornve.com/5g222qfpmcoq/22_02_2018_Xanders_World_Tour_Ep_1.html

https://pornve.com/5gd16fssldq8/BigWetButts_17_04_08_Kelsi_Monroe_Big_Wet_And_Ready_For_Fucking_XXX_-KTR.html

https://pornve.com/5gotmyt0mynq/Brazzers-_Nicolette_Shea-Tasting_The_Trophy_Wife.html

https://pornve.com/5gytkjgn5ghy/jordi_having_sex_with_milf.html

https://pornve.com/5h417gydxwhc/Alexis_Fawx_And_Brandi_Love_Internet_Outage_Poundage_07012017.html

https://pornve.com/5hzj8ck1tmtr/Nikki_Benz_-_Wet_Butt_Sex_Red_Latex.html

https://pornve.com/5i6r56vibqkk/MilfsLikeItBig_Nina_Hartley_Mom_Stole_My_Boyfriend.html

https://pornve.com/5id7qwy2eycw/_Brazzers_-_Jade_Kush_Lose_Your_Virginity_with_her_mothers_boyfriend_.html

https://pornve.com/5if26crp88zy/Anya_Ivy_and_Kira_Noir_Threesome.html

https://pornve.com/5ikxbckig74i/Destiny_Dixon_Johnny_Sins_Doctor_Adventures.html

https://pornve.com/5inhc518rq4x/Fight_me_Bridgete_Kiara.html

https://pornve.com/5j8ft4fprbyk/Valentina_Nappi_-_Pushing_Boundaries.html

https://pornve.com/5jhfwtx52tb7/Babe_Veronica_Rodriguez_Oiled.html

https://pornve.com/5jisqmjoas1z/Brazzers_Desperate_For_V_Day_Dick_Brazzers_Lucas_Frost_Brandi_Love_Cum_On_Tits_Titty_Fuck_Blo.html

https://pornve.com/5jlodmqq0c52/Rachel_Starr_Stranger_Danger_Oiled_And_Fucked_.html

https://pornve.com/5jr7sgfzo7zg/Reality_Kings_Lust_And_Heels.html

https://pornve.com/5jsaesuu3ptb/Balls_Deep_In_Mommy_Mommy_Brazzers_Big_Tits_Blowjob_White_Guy_Asian_Girl_Professional_Asian.html

https://pornve.com/5jyd4f74v0zb/Bring_Me_The_Manager_Sara_Jay.html
https://pornve.com/5kb6nk1eqm28/Veronica_Avluv_-_Professor_Of_Persuasion.html
https://pornve.com/5kdn2yg2zvfr/All_Good_New_Romi_Rain.html
https://pornve.com/5kgprg2fu5xe/Stacey_Saran_Jordi_El_Nino_Polla_Mommys_Little_Helper.html
https://pornve.com/5kk68i4puulo/HOT_Uncencored_Harumi_Aasano_Brazzers.html
https://pornve.com/5kkwofq0q4od/_blowjob_brunette_ass_big_dick_cumshot_deep_throat_babe_anissa_ka
te_sub_request_4028_42_plays_published_on_15_minutes_ago_category_anal_squirt_pornstar_anissa_kate
_tags_anal_.html
https://pornve.com/5kqgq3g5iaj7/Housewife_Forced_by_BlackCock.html
https://pornve.com/5lgl6r3tfacb/pornstars_like_it_big_brazzers_eva_lovia_danny_d_practice_makes_perfect
_porn.html
https://pornve.com/5ljr7iftlhvh/CumFiesta_Katalina_Mills_-_Party_Starter_19_07_2016.html
https://pornve.com/5lujczb2493s/Realitykings__RK_Prime__Wish_On_A_Star.html
https://pornve.com/5m39i1a8ch1a/Slip_It_In_S5_Give_It_To_Me_Kharlie_Stone.html
https://pornve.com/5mj7s2l0s2l4/Brazzers_-
_Big_dick_doctor_treats_his_blonde_patient_Christina_Shine_.html
https://pornve.com/5mk0itrvmkhs/The_Vocal_Coach_Here_Rachel_Starr_Keiran_Lee.html
https://pornve.com/5mqcfx7jlqgf/Devon_-_Devons_Anatomy_Lesson.html
https://pornve.com/5muec7nexqwp/flex_and_sex.html
https://pornve.com/5muer3ghr156/stepmoms_bake_sale.html
https://pornve.com/5n0wiyx5plaz/Overnight_With_Stepmom_MommyGotBoobs_Brazzers__Mercedes.html
https://pornve.com/5n3knqs0htja/Room_Board_and_Bang_Brazzers.html
https://pornve.com/5ng0i5aeh4jj/Nancy_Ace_Naughty_Nancy_Ace.html
https://pornve.com/5nn2n2c5jkg5/Anal_Wonder_Woman_Romi_Rain_New.html
https://pornve.com/5numdsvw8nbz/Blowjob_Pornstar_Melissa_Moore.html
https://pornve.com/5nutmjwmddy0/Game_Of_Porn_karl_drogo.html
https://pornve.com/5nxfunjikhet/Moms_In_Control_5_Scene_5Carolina_Abril_Leigh_Darby__Chris_Diamond.
html
https://pornve.com/5o8klt318d13/Diamond_Jackson_-_Weremilf.html
https://pornve.com/5o9psoq7xyc8/Mariah_Milano_-_Stress-Free_Operation.html
https://pornve.com/5of8cw5cgyi8/Anal_Big_Butt_Golden_Asshole_Bl0nde.html
https://pornve.com/5oru4tz79s37/Facial_For_Jessica_Jaymes_Is_Really_Perfect_Hot.html
https://pornve.com/5p1c3efcn154/Mila_Marx_And_Shane_Blair_-_ZZ_Spring_Break_Part_One.html
https://pornve.com/5p7wkf63h44u/Expose_Yourself_To_Higher_Learning_-_Brazzers_.html
https://pornve.com/5pjets6fxic1/BigTitsBoss_Olivia_Fox_Hyped_And_Horny_-_10_12_2016.html
https://pornve.com/5pl3uy8hjjpz/Kendra_Lust_Anal_With_Trainer_Keiran_Lee.html
https://pornve.com/5plrtv7y8ss9/Rachel_Starr_Fucked_In_Office_-_720p.html
https://pornve.com/5pp64t3mnjyy/You_Deserve_Better_Ryan_Keely_Jezabel_Vessir.html
https://pornve.com/5q4bg792brco/Chanel_Collins_Picnic_Pussy.html
https://pornve.com/5q9eepi3obgz/Pl1b_M3lissa_M4y_R0mi_R4in.html
https://pornve.com/5qdi03v4x1rp/btis_katsuni.html
https://pornve.com/5qdpptsuez28/Nina_Elle_Mommy_Issues_P1.html
https://pornve.com/5r104a8ybver/8thstreetlatinas_Victoria_Valencia_Dick_On_The_Cob.html
https://pornve.com/5r55kirv0ylf/Phone_And_Fuck_Me_Brazzers.html
https://pornve.com/5r6u5ouyhn7i/Why_Only_Hire_One_Hot_Blonde_Babe_As_Your_Secretary_At_The_Offi
ce_When_You_Can_Hire_Four_Sexy_Busty_Bombshell_Whores.html
https://pornve.com/5rcmynfls0is/brazzers2016_12_26_Workers_Cumpensation.html
https://pornve.com/5rtrnpc7vik3/Alena_Croft_-_The_MILF_And_The_Manny.html

https://pornve.com/5rya06rhfwl7/MilfsLikeitBig_Brazzers__Briana_Banks_My_Uncles_GF_Wants_M.html
https://pornve.com/5ryesf7i8lq8/come_on_man.html
https://pornve.com/5s04htoplqew/Abella_Danger_Is_Following_Doctors_Orders.html
https://pornve.com/5s2bwhh3tvhc/Money_Talks_tailgate_tazing_big.html
https://pornve.com/5sqx3gbi5vju/Dick_Delivery.html
https://pornve.com/5tc85tvg8zrk/Whitney_Wright_Jake_Adams_Does_This_Make_My_Booty_Look_Big.html
https://pornve.com/5tungw9lkx7s/BigButtsLikeItBig_Jenna_Ivory_The_Cheater_s_Choice_-_03_12_2016.html
https://pornve.com/5uaors18ga82/Alyssa_Lynn__Cassidy_Banks_-_Sharing_the_Shower.html
https://pornve.com/5uducg5aobd3/Karlee_Grey_-_Things_Are_Getting_Out_Of_Hand_Part_One.html
https://pornve.com/5ugkinp2qjwy/TeensLikeItBig_Gia_Paige_Bed_Head_-_13_07_16.html
https://pornve.com/5ugy2mi0z7l8/Evelin_Stone_Sloan_Harper_Youll_Never_Be_Cool.html
https://pornve.com/5urqgj1hd4ya/FUCKING_WHILE_WE_WAIT_ALEXIS_MONROE.html
https://pornve.com/5v3l1gnd0ycf/Carmel_Moore_First_Time_Auditions.html
https://pornve.com/5v3vg7kndizw/Holly_Halston_Jailhouse_Fuck.html
https://pornve.com/5v816xigvron/Dirty_Masseur6_Madison_Ivy_Esperanza_Gomez_Oiled_Sex.html
https://pornve.com/5v9vp2dunk7n/RealityKings_-_My_Stepsisters_Girlfriend.html
https://pornve.com/5vbxptbs36lf/Clea_Gaultier_Kristof_Cale__Under_The_Covers_Agent.html
https://pornve.com/5vfrwtut169n/BigTitsAtWork_Nicole_Aniston_The_Perfect_Maid_2_-_06_08_16.html
https://pornve.com/5vo20w1ksqrs/Brittany_40Explicit_material41.html
https://pornve.com/5whyoccv3612/Anal_Yoga_With_Aaliyah_Hadid.html
https://pornve.com/5wvvap0tyaza/blonde_blowjob_cumshot_summer_brielle_taylor_summer_sexpelled_42
16_42_plays_published_on_38_minutes_ago_category_babe_deep_throat_pornstar_summer_brielle_taylor_
tags_topless.html
https://pornve.com/5wz7mpyl2w53/Callie_Calypso_Natalie_Lust_-_Lustful_Night.html
https://pornve.com/5x4boqih6i7o/Best_New_Olivia_Austin_-_720p.html
https://pornve.com/5x7foyfw1r5m/_blonde_blowjob_hardcore_cumshot_babe_small_tits_sierra_nicole_part
y_crasher_3300_42_plays_published_on_38_minutes_ago_title_category_ass_teen_pornstar_sierra_nicole_t
ags_reality_kings_tag_this_video_.html
https://pornve.com/5xtgzese0y46/Alexis_Fawx_Marsha_May_Tease_And_Stimulate.html
https://pornve.com/5y02dv02ysjl/Blake_Rose.html
https://pornve.com/5yja7sv0gota/The_Insomniac_Sucker_Audrey_Bitonis_Big_Tits_Get_Fucked_At_The_Hos
pital_.html
https://pornve.com/5yvj6bub6a7p/MilfHunter_Lexi_Luna_Fuzzy_Peach_-_n22_08_16.html
https://pornve.com/5zc848z4lvmu/Shy_Redheads_Want_Anal_Ella_Hughes__Chris_Diamond.html
https://pornve.com/618ij0nofqe4/DirtyMasseur_Jill_Kassidy_A_Mystic_Massage.html
https://pornve.com/6197sncai336/Teen_cutie_fucks_with_boyfriend_while_roommate_watches_tv.html
https://pornve.com/61fl253g8wnm/Katana_Kombat_Code_34.html
https://pornve.com/62j8emujhczz/Abigail_Mac_Cherie_Deville_Fixing_For_A_Fix.html
https://pornve.com/62kuy7mhqls5/How_To_Destroy_a_Marriage_Part_Two_Kleio_Valentien__Keiran_Lee.ht
ml
https://pornve.com/62s5mam81bow/Girl_Next_Door_Brazzers.html
https://pornve.com/62zuamzl02he/Adriana_Chechik_The_Malcontent_Mistress_Part_2.html
https://pornve.com/639ei7pqe72q/Mariah_Milano_-_Stimulus_Checks.html
https://pornve.com/63gabwh7kth5/Britney_Amber_Cabaret.html
https://pornve.com/63o9q8t4ra9k/Noelle_Easton_-_Ohh_Noelle_-_HD_Love.html
https://pornve.com/63t9w0k49tpo/_Alena_Croft__Brazzers_Big_Tits_At_Work_Big_Package_For_A_Tiny_Pus
sy_720p.html
https://pornve.com/648fdtf804y4/Doctors_Adventures_Destiny_Dixon.html

https://pornve.com/64cjsmy0u9vi/Payton_Simmons__Riley_Reid_-_Threesome_On_The_Dance_Floor.html

https://pornve.com/64ejr13v8wkb/Stepsisters_Share_Everything-Marsha_May_Nicole_Bexley.html

https://pornve.com/64j1rsuqc47z/_Brazzers_-_Busty_tattooed_milf_Ryan_Conner_gets_oiled_up_and_fucked_hard_.html

https://pornve.com/64z2uejcq4s0/One_Lucky_Guy_Fucks_2_Amazing_Sexy_Babes.html

https://pornve.com/652e0z49qbec/Heels_On_Getting_Fucked.html

https://pornve.com/65bo3aq33tih/My_Friends_Fucked_My_Mom_Brazzers.html

https://pornve.com/65fsu0nqmowd/HD_Teens_Like_It_Big_-_Jill_Kassidy_Babysitter_Caught_In_The_Action.html

https://pornve.com/65hojszcfy0i/Brazzers_The_Lusty_Landlady_Brazzers_Milfs_Like_It_Big_Veronica_Avluv_Markus_Dupree_Brunette.html

https://pornve.com/65m4pf2avbdz/Valentina_Nappi_-_Culo_Succelente_Di_Valentina.html

https://pornve.com/65qakicnod0o/Julia_Ann_Tyler_Nixon_Milf_Hardcore.html

https://pornve.com/65xeb9nhr72f/Kayla_Synz_-_Sex_Education_In_Depth.html

https://pornve.com/65zwbqolu7hw/real_wife_stories_brazzers_ivy_le_belle_kyle_mason_secret_sauna_sex.html

https://pornve.com/662swpg10gzs/BigWetButts_-_Savana_Styles_Buttfuckers_Delight_XXX_NEW_21_July_2016.html

https://pornve.com/66p4nxtnog3o/Zoey_Foxx__Chloe_Addison.html

https://pornve.com/66tx9nzw2qe0/BigNaturals_19_07_22_Valentina_Nappi_Big_Titty_Workout_XXX_SD.html

https://pornve.com/673g9f7s3at8/DP_Ava_Addams_Sunbathing_MILF_Big_Cock_DPp.html

https://pornve.com/674o2uejhm39/Money_Talks_solo_lovin_big.html

https://pornve.com/674rgzqytwl0/Mommy_Got_Boobs_17.html

https://pornve.com/67abxzbuch2c/Brazzers_-_A_Guilty_Conscience.html

https://pornve.com/67phdn9gkale/Undress_My_Sundress_Skyla_Novea.html

https://pornve.com/67td4x2e2luc/Dayna_Vendetta_Doctor.html

https://pornve.com/67ti1l907u8v/Brazzers_-_My_Sons_Best_Friends.html

https://pornve.com/67vrnmtmvo7p/Sophie_Dee_-_Squirts_And_Stockings.html

https://pornve.com/67ylyiuw9c7o/Switching_Teams_Part_Two.html

https://pornve.com/67ys7q1x4ovq/Spying_On_Her_Showering_Chad_Rockwell_Kira_Queen.html

https://pornve.com/682no14ezkj2/butt_pluge___Bridgette_B.html

https://pornve.com/689l5uprnlik/Jada_Stevens__Kiara_Diane_-_A_Very_Lucky_Roommate.html

https://pornve.com/68fcv02ea7yl/StreetBlowJobs_Alex_Harper_-_Bottomless_Blows_25_09_2016.html

https://pornve.com/68pzz7ecn21p/Callie_Calypso_Chrissy_Greene_-_Anal_Attention.html

https://pornve.com/698oqdlf9zk5/Aubrey_Black_Jordi_El_Nio_Polla_Milfs_Grab_Back.html

https://pornve.com/69bxobmhpcsk/NEW_Jasmine_James_Skyler_MCkay_AnD_Danny_D.html

https://pornve.com/69g8ltedirdj/Suicide_Squaq_-_Harley_Quinn_XXX_Parody.html

https://pornve.com/6a6h55l8r7s4/EuroSexParties_17_03_05_Annie_Wolf_And_Liz_Rainbow_Annielicious_XXX_-KTR.html

https://pornve.com/6b547t8o0soo/Brazzers-_Ariella_Ferrera-_Panty_Stash.html

https://pornve.com/6b9d8tteyw44/Jade_Nile__Lisa_Ann_-_Sick_Day_With_My_New_Stepmom.html

https://pornve.com/6bfckoohobkr/Straightening_Her_Out_Penny_Pax_and_Danny_D.html

https://pornve.com/6bgy139hx9wl/Lachelle_Marie_-_Unbelievable_Secretary.html

https://pornve.com/6cq46f3px0e6/Brooklyn_Chase_Nailing_Ms_Chase_Part_Three.html

https://pornve.com/6cz04istzdyg/Alexis_Adams_-_College_and_Cuffs.html

https://pornve.com/6d3c0kzcvgy8/Brazzers_Abella_Danger_Caught_Between_A_Bed_And_A_Hard_Cock_NewPorn2020.html

https://pornve.com/6d4fx7bcjpj7/Stuck_In_The_Elevator_vPorn.html

https://pornve.com/6dely7q0u2bm/Break_The_Internet_For_Real_This_Time_Nikki_Benz__Keiran_Lee.html

https://pornve.com/6dlrne9blc2l/Maya_Bijou_Street_Talk.html

https://pornve.com/6dv9n3ue2rdd/Jenna_Sativa__Lexi_Belle_Wet_Panties_Scisssoring.html

https://pornve.com/6e1x568xeb97/realitykings2016-12-23_Bunking_With_Big_Dick.html

https://pornve.com/6e7s281vh1l4/Sheridan_Love_Caressing_Her_Curves.html

https://pornve.com/6ebe4uqzqjqd/Hot_And_Mean_Suds_and_Milfs_Hot_And_Mean_Professional_Brazzers_Reality_Hot_Outdoor_Big_Tits.html

https://pornve.com/6ehc9092anut/RealWifeStories_Tru_Kait_Blindfolded_Cheater_30_10_2020_rq.html

https://pornve.com/6ei1w9yyotoi/LilHumpers_3_S4_Sally_DAngelo_Lil_Humpette.html

https://pornve.com/6eky713vkd71/Sybil_Stallone_Jake_Adams_Nothing_Like_A_Mothers_Love.html

https://pornve.com/6f0ubba0wpp0/Jessie_Rogers__Sarah_Vandella_Double_Take_11_Top_Rated_Porn_Video_Of_Today_46_Most_Played_Porn_Video_Of_Today_71_Top_Rated_Porn_Video_Of_Week.html

https://pornve.com/6f0zts6t2a83/Reality_Kings_Round_And_Brown_36.html

https://pornve.com/6f4slxe8572w/Bigbutt_Retired_Ebony_MILF_Loves_ANAL.html

https://pornve.com/6f84t93ki92g/Real_Wife_Stories_Sandra_Star_and_Keiran_Lee.html

https://pornve.com/6fu2k0lqqt4w/Jai_James_Luke_Hardy_Home_Sweet_Hoe.html

https://pornve.com/6g6eeq0hezj3/Angelina_Valentine_Anal_In_Shower.html

https://pornve.com/6g8nxobplmy7/8thStreetLatinas_Evie_Olson_Sweetie_Evie_-_02_09_16.html

https://pornve.com/6gdgyxxr0gc2/Madison_Scott_-_Open_Up_Your_Air_Way.html

https://pornve.com/6ge7ussf68r0/Luna_Star_gets_anal_fucked_at_the_grocery_mall_-_Anal_Latina_BigTits_BigAss_Facial_Blowjob.html

https://pornve.com/6gk4t5hx511w/RealityKings_Admiring_The_View.html

https://pornve.com/6gv0o156y3ye/Peta_Pledges_Her_Cleavage_Allegiance.html

https://pornve.com/6gxq9772oubx/Ayumi_Anime_Darcie_Dolce_Slippery_Scissoring.html

https://pornve.com/6hapxti6kvre/reality_king_nikki_thorne_painting_nikkys_pussy.html

https://pornve.com/6hpc3c24n72r/Abella_Danger_Free_Anal_2.html

https://pornve.com/6hvkr790qhrh/Jayden_Lee_Jaw_Dropper.html

https://pornve.com/6i8f1yy882q7/BabyGotBoobs__Brazzers_Jenna_J_Foxx_-_A_Tip_For_The_Waitress.html

https://pornve.com/6i8xmvuyjrra/Kenna_James_Eva_Karera_Stepdaughters_First_Date.html

https://pornve.com/6ibi1ilkwe05/BigTitsInSports__Brazzers_Kagney_Linn_Karter__Rachel_RoXXX_-_Rachel_vs_Kagney.html

https://pornve.com/6id6dox8nlwd/BigWetButts_Allie_Haze_Latex_Lust.html

https://pornve.com/6ir3rqdcl3ev/Hanna_Hilton_-_Fucking_The_Instructor.html

https://pornve.com/6izxcyp3ufxd/Shyla_Stylez__Shy_Love_-_Reunion_Swapping.html

https://pornve.com/6j1c3p219vp9/MikesAppartment_too_sexy_big_-_Amirah_Adara.html

https://pornve.com/6j3wt6543twd/Abbey_Brooks__Rhylee_Richards_-_Sexy_Sunday_School.html

https://pornve.com/6jffk87evy6v/Mason_Storm_-_Lets_See_If_Your_Cock_Is_Big_Enough_For_My_Daughter.html

https://pornve.com/6jm7zpdlr1o8/Ex_Sex_Is_The_Best.html

https://pornve.com/6jsyf3d7x89j/the_film_porn.html

https://pornve.com/6k6vnzv7hjgl/New_Raven_Bay.html

https://pornve.com/6kmwy98e0kck/Riley_Evans_Butt_Smuggling_wmv.html

https://pornve.com/6l21h7wdou43/august_taylor_catch_the_garter_belt_fuck_the_bride.html

https://pornve.com/6l6jkwczio1w/Nurses_Threesome_Cures_All_Brazzers.html

https://pornve.com/6lj1y4aqe5ls/Nikki_Benz_-_Break_The_Internet_For_Real_This_Time.html
https://pornve.com/6lmhyd56ai1j/SneakySex_18_05_26_Ashly_Anderson_No_Boys_Allowed_XXX_SD_-KLEENEX.html
https://pornve.com/6lmn69oufyea/Asa_Akira_Hardcore_Facial.html
https://pornve.com/6lnaxtmv5jlg/jayden_kagney.html
https://pornve.com/6m49egfrfe6m/blowjob_big_tits_brunette_milf_hardcore_ass_cumshot_deep_throat_mature_fisting_veronica_avluv_veronica_avluv_babusikder.html
https://pornve.com/6m5zmiwuim2r/Lisa_Ann__Mick_Blue_MILF_Perfection_S5.html
https://pornve.com/6m7dmusvj9md/Product_Placement_In_Her_Pussy_Ryan_Keely.html
https://pornve.com/6mmvxesi0aef/big_butts_like_it_big_brazzers_valentina_nappi_keiran_lee_dont_touch_her.html
https://pornve.com/6mr8do4e8c2l/Alena_Croft_-_Alena_Croft_The_Notorious_B_O_O_T_Y.html
https://pornve.com/6mssxw1mq9de/Tits_Out_To_Lunch.html
https://pornve.com/6mu9uwf3razy/A_Very_Brazzers_Christmas_2_2015.html
https://pornve.com/6mvmjlvj8t6w/Mason_Moore_-_No_Match_For_Big_Tits.html
https://pornve.com/6n2me3yuhwm5/Our_New_Maid_Part_3.html
https://pornve.com/6n5iucddgs78/Subil_Arch__Tamara_Grace_-_Riding_Lessons.html
https://pornve.com/6ndqplpjm2zc/Simone_Sonay_-_April_Fools_I_Fucked_Your_Mom.html
https://pornve.com/6nlskowv6g5q/Babe_Kennedy_Leigh_Bathroom_Bang.html
https://pornve.com/6nmt8ymea7eg/MomsLickTeens_17_02_21_Molly_Mae_And_Parker_Swayze_Good_Molly_XXX_-KTR.html
https://pornve.com/6nr0zkiwm5pu/Taylor_Chanel_-_Punishment_The_Old_School_Way.html
https://pornve.com/6nt92rnmrn65/The_Care_Package_Brazzers.html
https://pornve.com/6oa0j906qvwo/Savannah_Stern__Rachel_Roxxx__Mindy_Main_-_A_Very_Brazzers_Christmas.html
https://pornve.com/6osmkw0g2ln9/Mom_Gangbang_35_Top_Rated_Porn_Video_Of_Today_89_Most_Played_Porn_Video_Of_Today_138_Top_Rated_Porn_Video_Of_Week.html
https://pornve.com/6oveed3rvc2c/Abby_Cross_-_It_Takes_A_Teen_To_Switch_Teams.html
https://pornve.com/6ow0tth4b8by/Peta_Jensen_Anal.html
https://pornve.com/6p49fixyzou2/BigNaturals_-_Natasha_Nice_Nasty_And_Nice.html
https://pornve.com/6ph5w94tb7hu/Foster_Daughters_Melina_Mason_And_Alexis_Monroe.html
https://pornve.com/6pshagd570fv/Eva_Notty_Having_Fun_With_A_Teen_-_Mota_Boba_And_Baccha.html
https://pornve.com/6pt8ancrckpg/big_dick_bonnie_rotten_makes_a_man_3336_42_plays_published_on_4_hours_ago_bonnie_rotten_gets_tired_because_all_the_men_she_have_in_her_life_doesnt_last_long_in_squirt_pornstar_bonnie_rotten_tags_anal_squriting.html
https://pornve.com/6pz8oq6h08c5/Just_another_weak_chest_popshot_Love_her_titties.html
https://pornve.com/6q0wrr96lp1q/busty_rachel_roxxx_anal.html
https://pornve.com/6qepll54xhde/Mercedes_Carrera_You_Just_Might_Get_It.html
https://pornve.com/6r251armqd4g/Fuck_Me_Hard_Kiley_Jay.html
https://pornve.com/6r3srotzl8oo/Christie_Stevens_Mary_Jean_-_Honey_I_Married_A_Stripper.html
https://pornve.com/6r5svuf3lx41/Tiffany_Brookes_Sex_With_A_Salesman.html
https://pornve.com/6rcf7p1u668h/_Brazzers_-_Curvy_teacher_Chanel_Preston_gets_gangbanged_by_her_students_.html
https://pornve.com/6rg9cnk3k47w/Teal_Conrad_-_Slutty_Secretary.html
https://pornve.com/6rnb6flb0ec7/Shane_Blair__Bailey_Brooke_-_Slit_Licks.html
https://pornve.com/6roz9ppkzjo9/ZZ_Hospital_-_Tiffanys_First_Day_-_Tiffany_Star__Mick_Blue.html
https://pornve.com/6rww0atd77iq/Riley_Evans_-_Trashing_The_Teachers_Office.html

https://pornve.com/6secmhdi0goq/Jessa_Rhodes_Is_A_Very_Horny_Housewife_Who_Gives_it_Good.html

https://pornve.com/6sv726mt7yzj/You_Agreed_To_This_Alyssa_Reece.html

https://pornve.com/6sv9amq3cvg9/MommyGotBoobs_19_07_18_Rebecca_Jane_Smyth_Turning_On_His_Girlfriends_Mom_XXX_SD.html

https://pornve.com/6tau0qclcazw/Alexis_Fawx_is_A_Mummy_With_Issues.html

https://pornve.com/6tif009w8af2/Anal_Lana_Rhoades_Karlie_Brooks_62_Most_Played_Porn_Video_Of_Today.html

https://pornve.com/6tkeskvo543h/Amber_Lynn_-_A_Poke_For_A_Vote.html

https://pornve.com/6tqqnd64li6d/TeensLoveHugeCocks_16_12_31_Amber_Gray_Cute_Bubbly_Butt_XXX_-KTR.html

https://pornve.com/6tycsbto0xe8/_Brazzers_-_Audrey_Bitoni_fucks_her_patient_on_the_massage_table_.html

https://pornve.com/6urpwnakbuoi/Realitykings_Squirt_Roast_Samantha_Garmendia.html

https://pornve.com/6v1u52eewosy/Brazzers__Pornstars_Like_it_Big__Brazzers_New_Years_Eve_Party.html

https://pornve.com/6wkscjahnl15/Kirsten_price_alektra_blue_keiran_lee.html

https://pornve.com/6wx9hi20uty2/Quid_Pro_Blow_MILF_Pornstar_Lasmine_Jae_Tags_Big_Boobs_Big_Ass_Tag_This_Video_120_Top_Rated_Porn_Video_Of_Today_195_Most_Played_Porn_Video_Of_Today.html

https://pornve.com/6x1a6r4th4fd/Jada_Stevens_Bangin_Body.html

https://pornve.com/6x4b5ltaq0n0/Blonde_MILF_Facial_Cory_Fucks_In_The_Back_Of_The_Store.html

https://pornve.com/6x78sw6u8e5g/BabyGotBoobs_19_07_15_Desiree_Dulce_Pool_Shy_XXX_SD.html

https://pornve.com/6xejsb6byrlk/Olivia_Nova_-_Olivias_Wet_Little_Secret.html

https://pornve.com/6xiulojf0wyq/Moms_In_Control_5_Scene_4Skye_West_Olivia_Austin__Xander_Corvus.html

https://pornve.com/6xki52ocgys2/The_Cocksuckers_Club_Remastered_-_Gina_Valentina_Gia_Paige_Danny_D_Elsa_Jean.html

https://pornve.com/6xqzikm61t3x/StreetBlowJobs_Debra_Stokes_-_Strokes.html

https://pornve.com/6xr5yj234ngv/Katrina_Jade.html

https://pornve.com/6xuypji6kn2w/Brazzers_Honeys_Horny_Home_Workout_porn.html

https://pornve.com/6yd06aeoue53/Alanah_Rae_-_Nice_Cheer_Lets_Fuck.html

https://pornve.com/6yi4rkm2fgl8/Ada_Sanchez.html

https://pornve.com/6yw1p33ar0ij/Cytherea_Returns_Tag_4_56_Most_Played_Porn_Video_Of_Today_79_Top_Rated_Porn_Video_Of_Today.html

https://pornve.com/6yxtj3tnkj9p/Brazzers_Abella_Danger_So_Fresh_So_Clean_01_05_2020_watch_videos.html

https://pornve.com/6z3wum2dx34u/Brazzers_-_Nekane_Sweet.html

https://pornve.com/6zerv5dozkag/Lexi_Lowe_Is_A_Full_Busty_Jacket_Come_On_Tits.html

https://pornve.com/6zgva3ykl1rh/A_Pot_of_Golden_Dildos.html

https://pornve.com/6zp2tfj3x0d9/Ella_Knox_-_Tits_Are_A_Massive_Distraction.html

https://pornve.com/6zw187kqbrzx/Fucked_In_Front_Of_Class.html

https://pornve.com/6zz8b6ztv7zn/Slut_Mom_Ava_Addams_Shower_Fuck.html

https://pornve.com/706xw344wwsv/Three_Muffs_In_The_Buff_Ariella_Ferrera_Jenna_Sativa_Ryan_Conner.html

https://pornve.com/70clcpsv7j4g/Nikki_Capone_-_Getting_It_In.html

https://pornve.com/70iyieuoh7j3/RealWifeStories_Adriana_Chechik_The_Dinner_Party.html

https://pornve.com/70n16qnliwfb/Monique_Alexander_The_Mother_Of_Seduction.html

https://pornve.com/70sm7yiemryu/DAREDORM_64_Smoke_Out_1of2.html

https://pornve.com/70ywad6ges27/_A_Late_Night_Visitor_-_Brazzers_.html

https://pornve.com/715uf5qhq6p7/Taylor_Chanel_in_Punishment_the_old_school_way.html

https://pornve.com/716qz8af82fg/Freja_Noir__Skye_Blue_-_Skye_And_Frejas_Steamy_Shower_Cam_Show.html

https://pornve.com/71hbupyguame/milf_tags_big_tits_milf_teaches_son_2751_6_471_plays_published_on_1_day_ago_hot_milf_fucks_stepson_category_big_tits_milf_tag_this_video_71_top_rated_porn_video_of_today_142_most_played_porn_video_of_today.html

https://pornve.com/71jgv9g8l8mz/Jada_Stevens__Jessie_Rogers_-_Double_Anal_Poolside.html

https://pornve.com/71uuif233ig9/Lisa_Ann_The_Fuck_Off.html

https://pornve.com/724funa92re4/_Brazzers_-_Sexy_Rachel_Starr_seduced_married_neighbor_to_fuck_her_.html

https://pornve.com/7317dfhd7ibq/BEST_NEW_Janice_Griffith__Cyrstal_Rae_720p.html

https://pornve.com/731m8y8ey0wg/Escndalo_Luna_Star_Victoria_June__Ramon.html

https://pornve.com/732wco5925q1/Britt_James_Charles_Dera_-_Picking_Up_Big_Tits_-_First_Time_Auditions.html

https://pornve.com/73bsxj4y6kaz/TeensLikeItBig_Lana_Rhoades_Over_Easy.html

https://pornve.com/73e3wtc5e5tt/Bridgette_B_Justin_Hunt_-_Ill_Show_You_How_-_Brazzers.html

https://pornve.com/73pc22xf2w38/Sweet_Peta_Pie.html

https://pornve.com/73ux00c389wi/Silvia_Burton_-_One_Night_Lust.html

https://pornve.com/742gpk0fbq4n/kagney_linn_karter_Massage_sex.html

https://pornve.com/746rlkkjdzf9/Secret_Sauna_Sex_Brazzers.html

https://pornve.com/74kuorcbmph3/StreetBlowJobs_Elaina_Mcbrian_40Lucky_Lollipop_-_23_10_201641.html

https://pornve.com/756uw2v3a9ek/Jenaveve_Jolie_Lisa_Ann_Madison_Scott__Sienna_West_-_Long_Live_Brazzers.html

https://pornve.com/75938j4anjv8/Remy_La_Croix_james_deen__Jada_Stevens_Double_Shake.html

https://pornve.com/75fp5d2ss788/MikesApartment__RealityKings_Ayda_-_Swinger_Just_Right.html

https://pornve.com/75kaosknzsa4/MilfHunter__RealityKings_April_Mae_-_Shes_Got_The_Juice.html

https://pornve.com/75ltm1nxx3au/Chip_In_To_Her_Pussy_Brazzers.html

https://pornve.com/76gily6r6vmq/August_Ames_And_Emma_Stoned.html

https://pornve.com/76wgvwm6ke48/Gamer_Heaven.html

https://pornve.com/777djajpn4d9/Delicious_Tits5_Destiny_Dixon.html

https://pornve.com/77n4k3yo1vxu/Abigail_mac_doctor_fuck.html

https://pornve.com/77t8xn5sx2fb/Knockout_Knockers_-_Summer_Brielle__Johnny_Sins.html

https://pornve.com/785bw5r6vf6g/Julia_Ann_-_Stepmom_Knows_Best.html

https://pornve.com/787ozi1coh72/Queen_Of_Thrones_Part_02.html

https://pornve.com/78p5qk63ntui/Brazzers_Im_Not_A_Racist_Brazzers_Mommy_Got_Boobs_Interracial_Bbc_Blonde_Pussy_Licking_Blowj.html

https://pornve.com/78sej6d0ogq3/Nikki_Benz__Lachelle_Marie_-_Soccer_Fan_Doctors.html

https://pornve.com/78tb14si3n0s/_BRAZZERS_PRESENTS_1_800_PHONE_SEX_-_THE_PACKAGE.html

https://pornve.com/79980adikpxi/Eyes_Down_Tits_Out.html

https://pornve.com/79kal7l3imqv/Richelle_Ryan_A_Roof_A_Hot_Meal_and_A_Pair_of_Jumbos.html

https://pornve.com/79rlp6qxt7ag/LilHumpers_2_S1_Aryana_Adin_The_Kitchen_Humper.html

https://pornve.com/79w8bxi7cobn/Kassondra_Raine_Horny_Wife_Wants_A_Stranger.html

https://pornve.com/7a0frgts5v6v/Orange_Is_The_New_Pussy_-_Nadia_Styles__Natalia_Starr__Skin_Diamond.html

https://pornve.com/7aeian3a3r0z/RealityKings_Got_It_All_Big.html

https://pornve.com/7alaff841svu/Desirae_Rose_-_Deep_Rose.html

https://pornve.com/7aswparcabxi/Brazzers__Big_Wet_Butts__Anal_Xmas_Allie_Haze_Harley_Jade.html

https://pornve.com/7b6n3wbwcee9/Sexual_Education_8_Skyla_Novea.html

https://pornve.com/7baf9e1l5cdv/Twinkle_Tits_Abbey_Brooks.html
https://pornve.com/7bjonmkigcol/Brazzers_Dont_Tell_Mom_The_Babysitters_a_Slut_Brazzers_Mommy_Got_Boobs_Jennifer_White_Lisa_Ann.html
https://pornve.com/7bzy6m8ycejv/Mommy_Got_Boobs_15.html
https://pornve.com/7c09lmzrowzu/Blonde_elevator.html
https://pornve.com/7c4292yff4xz/Slip_It_In_3_S5_Cum_For_The_Fiesta_Elena_Koshka.html
https://pornve.com/7c7q0s8itfd1/Momsss_In_Control_5_2017.html
https://pornve.com/7c93bfg4oyw3/Siri_Dahl_Gets_Caught_And_Fucked_By_Her_Roomie_102920.html
https://pornve.com/7c9cm6cu5bj2/Foot_Fetish_Brooke_Banner_Cum_On_Feet.html
https://pornve.com/7c9nomxb51iq/Brianna_Beach_-_Pickup_Service.html
https://pornve.com/7cdaiofo7gra/Shawna_Lenee__Kagney_Linn_Karter_-_Ebenezer_Keiran.html
https://pornve.com/7cm4sib6ad7l/_Brazzers_-_Big_booty_Lela_Star_is_into_some_kinky_fucking_.html
https://pornve.com/7d137wy7zl5u/Buttfuck_The_Bride_brazzers.html
https://pornve.com/7d2capcb2i4g/doctor_adventures_brazzers_julia_ann_keiran_lee_doctoring_the_results.html
https://pornve.com/7d4tpmg6ihjr/Raven_Hart_-_Workers_Cumpensation.html
https://pornve.com/7denm5xgropk/Stress_Buster_Brazzers.html
https://pornve.com/7dn83a8b7cyb/Nikita_Von_James_And_Rikki_Six_-_Sex_With_Two_Blonde_Sluts_Nikita_Von_James_And_Rikki_Six_.html
https://pornve.com/7dxhxfnfshkx/Alena_Croft_Anal_Stretching_In_The_Shower_15_09_2020_Anal_BigTits_BigTits_0_15_09_2020_on_SexyPorn.html
https://pornve.com/7e56nw8wlubs/Alena_Croft_Loves_Giving_The_Anal_Gift.html
https://pornve.com/7efeies0hfks/Ava_Addams_Stay_Away_From_My_Daughter_Full.html
https://pornve.com/7effrzqtksp0/FirstTimeAuditions_Ally_Tate_-_Allys_Cat_11_07_2016.html
https://pornve.com/7eog3737oo8l/Alura_Jenson_Sneaky_MILF_Sucks_In_The_Theater_Mommy_Issues.html
https://pornve.com/7ewa5bzgmo6w/BEST_NEW_Ella_Hughes_Sensual_Jane__Danny_D_-_720p.html
https://pornve.com/7f1d3x063zim/Brazzers_Cream_my_jeans_Brazzers_Big_Wet_Butts_Ryan_Conner_Keiran_Lee_Blonde_White_Girl_Milf.html
https://pornve.com/7f6sxcjq97uf/Skyla_Novea_Your_Daughter_My_Slut.html
https://pornve.com/7f9c1zox10sj/MomsLickTeens_15_12_22_Zoey_Monroe_And_Cherie_Deville_Pussy_Love.html
https://pornve.com/7foi2aowsy9n/hot_line_baby.html
https://pornve.com/7g4j4wywnn9h/Nikki_-_My_Girlfriends_Hot_Mom_15_2015.html
https://pornve.com/7g8rtsy4hcab/GFRevenge_Flexy_sexy.html
https://pornve.com/7go0rxnfkbix/Cali_Carter__Kali_Roses_Stepsister_Swap.html
https://pornve.com/7h29se7oa64z/RKPrime_17_04_13_Jasmine_Jae_Sock_My_Puppet_XXX_-KTR.html
https://pornve.com/7i1jfr9drkzv/_Brazzers_-_Busty_Julia_Ann_gets_her_pussy_drilled_by_Keiran_big_cock_.html
https://pornve.com/7i4bt8hblrd6/Erotic_Massage_Alura_Jenson_And_Dahlia_Sky_Anal.html
https://pornve.com/7ie245ou9v8y/Yoga_Freaks_Episode_Three_Jade_Jantzen__Charles_Dera__Xander_Corvus.html
https://pornve.com/7isgrjv9or71/Nina_Elle_They_Feel_Real_To_Me.html
https://pornve.com/7jb1dpw0su9p/Ass_Gas_or_Grass.html
https://pornve.com/7jp0qdbk7zev/Cathy_Heaven_-_Magic_Man.html
https://pornve.com/7jppt4kp8aov/Erotic_Massage_Amy_Reid.html
https://pornve.com/7jrivh8wgka7/WeLiveTogether_15_12_17_Jenna_Sativa_And_Val_Midwest_The_Sweetest_Pussy.html

43

https://pornve.com/7jwb62sss5zj/Aleksa_Nicole_Requiem_for_an_Anal_Cherry.html

https://pornve.com/7k2au07nd08n/DoctorAdventures_-_Penny_Pax_Straightening_Her_Out.html

https://pornve.com/7k79d2aizg0u/Rachel_Starr_Oilll_Brune_Big_Tits.html

https://pornve.com/7k86c0dra4jq/Brazzers_Pink_And_Plump_Brazzers_Kiki_Minaj_Danny_D_Big_Wet_Butts_Anal_Ass_Worship_Big_Tits.html

https://pornve.com/7kbook7pphzr/BigWetButts_17_02_28_Kagney_Linn_Karter_Plump_Pantyhose_XXX_-KTR.html

https://pornve.com/7kvrpuj5bxdz/DayWithAPornstar_Dani_Daniels_40Day_With_A_Pornstar_-_Dani_-_10_07_1641.html

https://pornve.com/7kyon8z4muva/Lizz_Tayler_Faye_Reagan_Lizz_Tayler_Lily_Carter_Teagan_Summers_Part_One.html

https://pornve.com/7kz69twhnpbw/Helena_Sweet_-_Leggy_Blonde.html

https://pornve.com/7lkx9zanpzav/Reality_Kings_Big_Tits_Boss_Tiffany_Rain_Big_Tits_On_Tiffany.html

https://pornve.com/7lq41zet3asi/Comfort_Me_With_Cum_Brazzers.html

https://pornve.com/7m6b0io4ahia/Brandi_Love_Rent_A_Pornstar_The_BreakUp_Coach.html

https://pornve.com/7maopmjsisvl/Brazzers__Dick_Or_Treat.html

https://pornve.com/7mdj7msfk2ov/GFRevenge_Double_nut_fun.html

https://pornve.com/7mn328uyoza1/03_03_2018_Color_Theory.html

https://pornve.com/7msss587ec9j/Tanya_Tate_-_The_Dinner_Date.html

https://pornve.com/7n1egrkjw859/Very_Rare_Alanah_Rae_Anal.html

https://pornve.com/7na4sroh629h/WeLiveTogether_Veronica_Rodriguez_And_Ally_Tate_Love_In_Latex.html

https://pornve.com/7nadne2ekjr9/Realitykings__RK_Prime__Baking_With_Bae.html

https://pornve.com/7nkaas6q6ouq/Britney_Young_Super_sweetness_super_sweetness_big.html

https://pornve.com/7o3rs4h1pz9d/DAREDORM_56_Body_Shots_1of2.html

https://pornve.com/7o4qydsexraq/Napping_Naked_Brazzers.html

https://pornve.com/7oguwvut4weu/GFRevenge_Horny_for_hot_pants.html

https://pornve.com/7omhudo3savr/Phoenix_Marie_-_This_Nurse_is_No_Pussy.html

https://pornve.com/7pelyd1zkk0i/Princess_Paris_Dick_O_Gram.html

https://pornve.com/7prlt8z9vyo7/brazzers2016-12-15_Welcum_Wagon.html

https://pornve.com/7pz1ssbow3dg/Eva_Karera_Blowjob_Cumshot_Public_Kayla_Handjob_Masturbation_Groupsex_Paige_Kane_Orgy_Laundry_Kortney.html

https://pornve.com/7qi1yupg3s9q/Bgb_D1llion_H4rper_Spin_Cycle.html

https://pornve.com/7qmkmsc04t01/MommyGotBoobs_Ava_Addams_Seduced_By_His_Stepmom.html

https://pornve.com/7qrv2dwuybg5/_anal_big_ass_queen_shyla_stylez_queen_of_a_of_a_big_tits_pornstar_tags_big_tits_.html

https://pornve.com/7qwc03esduob/Isabelle_Deltore_Keiran_Lee_-_Sex_Over_Stress_-_Dirty_Masseur.html

https://pornve.com/7qx3y45nzzql/Big_Booty_Roommate_Ava_Rose.html

https://pornve.com/7qyv9sxrnvsw/Romi_Rain_Film_Class_Coochie.html

https://pornve.com/7r49eekoeo55/Lela_Star_Milf_Anal_BigAss_BigTits.html

https://pornve.com/7rjxd91gw6o4/BigTitsAtWork__Brazzers_Nina_Elle_-_Eating_In_The_Meeting.html

https://pornve.com/7rqfvk8pk5bq/Melissa_Lauren_-_Ugly_Duckling_Turned_Swan.html

https://pornve.com/7rw3nbclraj3/BrazzersExxtra_-_Rachel_RoXXX_Stepsister_Shares_The_Shower_23_November_2015.html

https://pornve.com/7ry8d7niuv36/Gia_Derza_and_Scarlit_Scandal_Share_A_Guy.html

https://pornve.com/7sa7h6mvlk01/Devon_pornstars_like_it_big.html

https://pornve.com/7si8lcu7aoti/Abella_Danger_Luna_Star_Face_Sitting_On_The_Sneaky_Sitter_08_09_2020_Lesbian_BigTits_Squirt_Milf.html
https://pornve.com/7st01u6gb3ba/Sexy_Rose_Monroe_Tip_The_Waiter_Again.html
https://pornve.com/7tary6rdjba2/Joslyn_James_-_Worshiping_Joslyns_Feet.html
https://pornve.com/7td184wgwv19/_Cock_hero__REBORN__sperm_vampires_.html
https://pornve.com/7tdbzf5pakiy/home_is_where_the_whore_is.html
https://pornve.com/7tizz4wprel7/lilhumpers_bubble_bath_bastard_aryana_adin.html
https://pornve.com/7ttjjl43b9uh/HotAndMean_16_01_06_Janice_Griffith_And_Monique_Alexander_Massaging_Mrs_Alexander.html
https://pornve.com/7u0nms7lju9s/MomsLickTeens_-_Jessica_Torres_And_Kirsten_Lee_Wet_Kisses_-_16_05_10.html
https://pornve.com/7ufwppdjhpnk/Romi_Rain_-_No_Student_Teacher.html
https://pornve.com/7ufzevt9hba3/da_alanah_rae.html
https://pornve.com/7uhkn2f25c1b/Mea_Melone_The_Mathletes_Part_Two.html
https://pornve.com/7us9g3da1i6p/kayla_kayden_and_Kaeran_Lee.html
https://pornve.com/7usnlhf2ujx3/Kallie_Jo_Slip_It_In_2S3.html
https://pornve.com/7uwdu89zvr5d/Maya_Kendrick__Vanessa_Sky_Super_Sunday_Sluts.html
https://pornve.com/7v72c0v9lfse/Courtney_Taylor_Cheating_Wife_Blonde_Threesome_DP.html
https://pornve.com/7v9ibv699ue2/Brazzers_cougar_in_law.html
https://pornve.com/7vjf6gdiz0bi/Austin_Kincaid_-_The_Replacement_Pornstar.html
https://pornve.com/7vma4lm4tb8v/Alexis_Fawx_My_Horny_Stepsons_Mommy_Issues_3.html
https://pornve.com/7vnxob5jv8rr/Santas_Anal_Elves_Jenna_Ivory_And_Keisha_Grey_Get_Fuck_In_The_Ass_By_Santa_.html
https://pornve.com/7w1drif92rvl/HotAndMean_-_Phoenix_Marie_Richelle_Lesbian_Slut.html
https://pornve.com/7wi1p9yjuuu2/RKPrime_17_02_12_Raven_Wylde_Lil_Spinner_Freak_XXX_-KTR.html
https://pornve.com/7wzzyav9hp5q/katana_kombat_heavy_load.html
https://pornve.com/7xco3mzvbl5h/Reality_Kings_Lesbifriends.html
https://pornve.com/7xfjqlc8my0o/Brooke_Wylde_-_How_To_Please_A_Sleaze.html
https://pornve.com/7xj22ifa5ojc/StreetBlowJobs_15_12_20_Cassidy_Ryan_Juicy_Jessie.html
https://pornve.com/7xtivtea9uvx/_Brazzers_-_Super_hot_ballerina_Aleska_Diamond_gets_her_pussy_pounded_.html
https://pornve.com/7xva8va0tb6o/Kagney_Linn_Gets_Pounded_In_Burger_Joint.html
https://pornve.com/7xvvka8ed7kw/Lisa_Ann_-_hot_step_mom.html
https://pornve.com/7xyv0w3klkci/Bosses_Daughter_-_Aubrey_Rose.html
https://pornve.com/7y28729tjln0/PornstarsLikeItBig_17_02_28_Brett_Rossi_Last_Dance_With_Brett_Rossi_XXX_-KTR.html
https://pornve.com/7yb2tzhdk7xj/In_The_VIP_Alanah_Rae.html
https://pornve.com/7ynx97aff9oo/Realitykings__Milf_Hunter__Help_Please.html
https://pornve.com/7yrkarwwo9tr/Brazzers_House_Episode_Three.html
https://pornve.com/7yx77neozv6g/Jessie_Rogers_Implant_my_Ass.html
https://pornve.com/7zbk9o4k9g0q/MommyGotBoobs_17_04_13_Eva_Notty_Hot_Tub_MILF_Machine_XXX_-KTR.html
https://pornve.com/7zi8mdvun7fv/Asa_Akira_Say_Hi_To_Your_Husband_For_Me_-_720p.html
https://pornve.com/7zkc8iav4wn1/Realitykings_-_Round_and_Brown_-_Take_A_Fucking_Study_Break.html
https://pornve.com/7zmhjww5wf8s/Ashley_Adams_-_Pretty_Little_Bitches_Part_Three.html
https://pornve.com/7zmt67gnm436/He_Makes_Wifey_Watch.html
https://pornve.com/7zrsqmgktmh0/RealWifeStories_-_Sovereign_Syre_-_Inexplicable_Attraction.html

https://pornve.com/7zs44hxm02tu/New_Babe_Teen_Janice_Griffith.html
https://pornve.com/801zbqmy84d6/Brazzers_Stuck_In_The_Elevator_Work_Fantasies_Blonde_Big_Tits_Brazzers_Bridgette_B_Profession.html
https://pornve.com/80jimylada06/India_Summer__Veruca_James_Im_Gonna_Bang_Your_Mother_3_2015.html
https://pornve.com/80me51jtjwqq/Happiness_is_a_Warm_Bum_Addison_Lee__Jax_Slayher.html
https://pornve.com/80rl8le6w01g/Lost_In_Brazzers_Part_4.html
https://pornve.com/80t99552sklc/Hot_Babe_All_Good_New_Bea_Wolf.html
https://pornve.com/819y5xr4xs1z/Eva_Angelina_-_Fuck_My_Invisible_Cock.html
https://pornve.com/81erdy1tjux3/Stacy_Snake_The_Cream_Me_In_The_Ass_-_Teen_Pornstar_Chris_Diamond_Brenda_Wang.html
https://pornve.com/81ez2sngxoap/DirtyMasseur_Massaging_Peta_Brunette_HD_Anal_Cowgirl_Big_Dick_Brazzers_Bubble_Butt_Oiled_W.html
https://pornve.com/81ixqc8eetf2/Sicilia_Aruna_Aghora_Aysha__Four_Is_A_Party.html
https://pornve.com/81pfzze02mb5/Isis_Love_Preston_Parker_Boning_Her_Bodyguard.html
https://pornve.com/81ue78879dxu/GFRevenge_Smash_box.html
https://pornve.com/81vsjqaanzi8/Bea_Wolf_FTA_Bea_Wolf.html
https://pornve.com/82xsz8rvxmtt/Our_Dirty_Secret.html
https://pornve.com/83e9kcf8lk86/Jenna_J_Ross_-_Splash_Time.html
https://pornve.com/83htkx670tyj/WeLiveTogether_Jade_Dylan_Aubrey_Rose_Sexting_-_24_11_2016.html
https://pornve.com/83i0hq5qej5w/Fix_My_Computer_Then_Fuck_My_Pussy_Brazzers.html
https://pornve.com/83mzevky8pmg/College_Midterm_Stress_Release_-_Peta_Jensen__Bill_Bailey.html
https://pornve.com/83v9nevic8fi/Blanche_Bradburry_Maid_For_Anal.html
https://pornve.com/83w79cffrydh/Amirah_Adara_-_Backyard_Butt_Sex.html
https://pornve.com/84s24ae4ahyh/Holly_Halston_-_Im_The_Boss_Now_Bitch.html
https://pornve.com/84u55l6ik02z/Jenna_Haze_Sexy_Fuck.html
https://pornve.com/857y0aooi752/Alison_Tyler_Son_Needs_A_Doc_Doc_Needs_A_Cock_Doctor.html
https://pornve.com/85hw17wxnhs4/Drilling_Mommy_2_Scene_1_New_Milf_In_Town_Alissa_Jayde__Robby_Echo.html
https://pornve.com/860cxio1fkr4/Cassidy_Banks_Richelle_Ryan_are_Moms_Who_can_take_Control.html
https://pornve.com/86bjr3qxv3o4/_Try_Before_You_Buy_Hot_Latina_Megan_Salinas_Gets_Dominated_by_Customer_.html
https://pornve.com/86dmjyynnoqn/Jarushka_Ross_If_You_Go_Down_To_The_Woods_Today.html
https://pornve.com/86gaydthh69w/BrazzersExxtra_17_08_20_Natalia_Starr_The_Daily_Special_XXX_-_KTR.html
https://pornve.com/86j5bzl5ontp/Diamond_Jackson_-_Busted_and_Busty.html
https://pornve.com/87bt02s5owdh/Chanel_Preston_Hard_Call.html
https://pornve.com/87c8m2husef4/Ava_Addams_Rent_A_Pornstar_The_Lonely_Bachelor.html
https://pornve.com/8806zgmpbl14/Cassidy_Klein_-_Fuck_Games.html
https://pornve.com/88nxqmqmaxlj/Amber_Rayne_-_All_A_Girl_Really_Wants_Is_A_Big_Fat_Cock.html
https://pornve.com/8ahr5e2zvbb8/Angela_White_Mantequilla_Bay_Bay.html
https://pornve.com/8ahuz7kqhume/India_Summer_Sloan_Harper_Candid_Candidates.html
https://pornve.com/8ai8j4e6837y/Buxom_Blonde_MILF_Drives_Crazy_With_Big_Fore_Skinned_Dick.html
https://pornve.com/8aiuonvjtoz0/Testing_The_Teacher_-_Big_tits.html
https://pornve.com/8ale844urth8/Devon_Anal_Is_The_Best_Medicine.html
https://pornve.com/8b6ujr1ea9g1/Assmr_Abella_Danger.html

https://pornve.com/8b87ji9c1i1f/abella_anderson_buying_clothes_they_bought_her_some_clothes_that_lea
ve_little_to_the_imagination_then_they_hit_that_big_booty_la_buying.html
https://pornve.com/8b9hdm1fe2yh/Rich_Fucks_1_Ariana_Marie_Bridgette_B__Van_Wylde.html
https://pornve.com/8bhj6z5egc4e/Anny_Aurora_And_River_Fox_Three_Player_Game.html
https://pornve.com/8ce3cuc7hmpd/Romi_Rain_-_Lost_On_Vacation_San_Diego_Part_One.html
https://pornve.com/8cnka8i1osvu/ass_peta_anal_4932_145_plays_published_on_9_hours_ago_putaria_cate
gory_anal_massage_pornstar_peta_jensen_tags_anal_massage_tag_this_video.html
https://pornve.com/8dagradkztra/Slip_It_In_4_S6_Fresh_Meat_Zaya_Cassidy.html
https://pornve.com/8ddylhogqph5/McKenzie_Lee_-_Gridiron_Grindin.html
https://pornve.com/8dve97sljhyo/Doctor_I_Cheated_On_My_Girlfriend_Brazzers.html
https://pornve.com/8en0mizpjm0h/RealityKings_-_MonsterCurves_Remy_Lacroix.html
https://pornve.com/8ep72gczkhbb/Kelsi_Monroes_Juicy_Booty_Kelsi_Monroe__Mick_Blue.html
https://pornve.com/8f3lfxgue9lc/Chanel_Preston_-_Bubbly_Personality_Bubbly_Ass.html
https://pornve.com/8f8fetvklg1c/DirtyMasseur_-_Britney_Amber_Holistic_Healing_12_24_16.html
https://pornve.com/8fjdjtigb9y2/London_Keyes_-_Smothered_By_A_Stripper.html
https://pornve.com/8fkrp4f28k0n/Mika_Tan_1on1_Asian.html
https://pornve.com/8fpy7tjj8c13/Gabriela_Castellari_-_Deep_In_Gabriela.html
https://pornve.com/8fqllvhciae7/Soapy_Self_Care_Cathy_Heaven__Danny_D.html
https://pornve.com/8g4ks62n7ge3/lets_make_a_deal_tiffay_tatum.html
https://pornve.com/8g4l1q5w2wtd/DoctorAdventures_Alexis_Faux_Fuck_The_Pain_Away.html
https://pornve.com/8ggz84r3fdev/Anal_Pornstars_Like_It_Big_Phoenix_Marie_Phoenix_Marie_Ass_Gets_Da
nny_D.html
https://pornve.com/8gilhsn8as4b/Shes_Gonna_Squirt_8.html
https://pornve.com/8gjxw7upve7p/The_British_Sex_Prime_Minister.html
https://pornve.com/8gp01cow10dv/Rebecca_More_Just_One_Clit_Away.html
https://pornve.com/8gvqwl42myyn/Fuck_The_Frustration_Right_Out_Of_Me_Big_Tits_Mom_Peta_Jensen_-
_Brazzers_.html
https://pornve.com/8hfsfavaxuj5/Im_Not_a_Regular_Mom_Im_a_Cool_Mom_Ryan_Keely.html
https://pornve.com/8hlmwfcnmz0t/Assh_Lee_Loves_Giving_The_Anal_Gift.html
https://pornve.com/8ht4i42sm7rh/hot_headlock_sex_position_compilation.html
https://pornve.com/8husq7jxr2ty/I_love_Dick_of_brother_in_law.html
https://pornve.com/8i13j5qpsno4/Good_Moaning_-_Nickey_Huntsman.html
https://pornve.com/8i2cmfkuu1d6/GFRevenge_A_wank_with_swank.html
https://pornve.com/8iss80azkrcs/We_Live_Together_Maddy_OReilly_And_Dillion_Harper_Puss_And_Boobs.h
tml
https://pornve.com/8j0622z5ibsg/Jada_Stevens_And_Mischa_Brooks.html
https://pornve.com/8j28v7u5327v/The_Trophy_Husband_Ariella_Ferrera.html
https://pornve.com/8j3ycbonzn63/Bodacious_babe_Jada_Stevens_dirty_intense_ass_sex.html
https://pornve.com/8jjws0b3qyvf/Cheating_bride_Simony_Diamond_loves_anal.html
https://pornve.com/8jr9oskyrkt1/Brazzers__Big_Wet_Butts__Catsuit_Booty_Bang_Kelsi_Monroe.html
https://pornve.com/8kkzlg2xtgg7/Money_Talks_deal_or_no_feel_big.html
https://pornve.com/8l07541661nw/Shyla_Stylez__Carmella_Bing_-
_How_The_Grinch_Fucked_Xmas.html
https://pornve.com/8l9ncrdrome9/Joseline_Kelly_Smoothie_Slut.html
https://pornve.com/8lc5836n5ot2/Madison_Ivy_Finding_The_Perfect_Fuck.html
https://pornve.com/8lo9x045izku/Advanced_anal_stretching_yoga_brazzers.html
https://pornve.com/8lp70kfq4gac/Alura_Jenson_My_Profs_Filthy_Mouth.html
https://pornve.com/8lqtv1mt4kp2/Bobbi_Starr_Franceska_Jaimes_And_Alexis_Texas.html

https://pornve.com/8lvhvwpp57t2/RealWifeStories_-
_Cassidy_Klein_And_Chanel_Preston_The_Wettest_Dream_-_16_05_10.html
https://pornve.com/8m8b0jsfn9uk/Bonnie_Rotten__Missy_Martinez_-
_Bonnies_Got_The_Baddest_Ass_In_School.html
https://pornve.com/8m9ybduovmwx/GFRevenge_Dicked_in_disguise.html
https://pornve.com/8mswmbfip5le/BigTitsAtWork_-_Autumn_Falls_-_Inside_Her_Trading.html
https://pornve.com/8mvhzcumpiai/Brazzers_Lisas_Big_Secret.html
https://pornve.com/8n4rm3xh1hio/Karissa_Shannon_Kristina_Shannon_-
_Twins_share_one_lucky_cock.html
https://pornve.com/8nb81e746d8y/pov_poolside_anal_threesome_3421_4_744_plays_published_on_1_day
_ago_category_anal_pornstar_anal_tags_anal_threesome_tag_this_video_177_most_played_porn_video_of_
today.html
https://pornve.com/8noxf2k6s4vg/Get_The_Picture_Alison_Tyler_Charles_D.html
https://pornve.com/8nyo6te6rjxs/Sexy_Seductive_Scarlet.html
https://pornve.com/8o9bytxvf4rw/Brazzers_-_Like_Mother_Like_Daughter.html
https://pornve.com/8of527xp2pzd/Busty_Brunette_Makes_Bearded_Guy_Happy_Riding_His_Dick.html
https://pornve.com/8oiehj5vi8fc/Kayla_Kayden_Is_A_Very_Horny_Housewife_Who_Gives_it_Good.html
https://pornve.com/8ov6w1i0x1pv/Money_Talks_poster_girl_pussy_big.html
https://pornve.com/8p3x9qjic7bn/Moms_In_Control_15_S6_Alina_Lopez_Cherie_Deville.html
https://pornve.com/8p9l74cej79l/Fuck_Obama_Care_Anal_Compilation.html
https://pornve.com/8pfvusmlp352/_Brazzers_-_Meddling_Mother_In_Law_.html
https://pornve.com/8pipso6clzzh/DareDorm_Kharlie_Stone_Brittney_White_Addison_Rich_-
_Cops_And_Robbers_23_09_2016.html
https://pornve.com/8qpbhkszmkwl/MilfHunter_17_02_27_Tegan_James_Banging_Hot_MILF_XXX_-KTR.html
https://pornve.com/8rrx1ls2ooqx/Asa_Akira_Keiran_Lee_And_Madison_Ivy.html
https://pornve.com/8sbymlihkn96/Moms_Bang_Teens_11_2015_Reality_Kings_Scene_2.html
https://pornve.com/8sh7xlokns2m/MilfHunter_-
_Veronica_Lemos_Soaked_in_cum_23_November_2015.html
https://pornve.com/8sn9ka92ghse/Ariella_Ferrera_Ember_Snow_Her_Daughters_Best_Friend_3.html
https://pornve.com/8sr7gwqm5o3i/My_Two_Whores_-
_Courtney_Taylor__Samantha_Saint__Summer_Brielle.html
https://pornve.com/8t7lxc3y5qxl/big_boobs_nicolette_shea_has_sex_with_her_husband_and_their_new_wh
ore.html
https://pornve.com/8t7x2yi4imhx/Brandi_Loves_The_Interview_Brandi_Love__Mia_Malkova.html
https://pornve.com/8tqqpv7ogfn9/Ava_Addams_and_Missy_Martinez_Cheater_Cheater_Pussy_Eater.html
https://pornve.com/8trkhr5w2ghq/Brooke_Banner_A_Day_With_A_Pornstar.html
https://pornve.com/8tvdj774ye8v/Jessie_Rogers_Takes_A_BBC_Anal_And_Creampie_Valentina_Nappi_Napi_
Gangbang_BBC_Italian_Whore_SL_Ava_Addams_And_Nicky_Benz.html
https://pornve.com/8tvm5m6tt5c1/vidmo_org_Sarah_Banks_and_Xander_Corvus_Grateful_For_Cock_All_Se
x_Hardcor.html
https://pornve.com/8u3gzkmjzz2o/gamer_girl_fucked_by_boyfriend_while_playing.html
https://pornve.com/8u66vwyaxxy4/WeLiveTogether_Aubrey_Sinclair_Lucie_Cline_Pillow_Fight_-
_01_12_2016.html
https://pornve.com/8u7eqdq9uyrz/Fucked_in_kitchen_by_boyfriend.html
https://pornve.com/8u8ehvktqn5i/I_Think_We_Should_Bang_Other_People_Part_Two.html
https://pornve.com/8up2h4hb20qe/Shay_Fox_Cum_In_Me_Not_On_My_Couch_Mommy_Issues_2.html
https://pornve.com/8uu1c9u9a1lm/Milf_kendra_lust_vl081914_1000.html

https://pornve.com/8v99pvzbphun/Jasmine_Jae_Jordi_El_Nio_Polla_-_Horsing_Around_With_The_Stable_Boy_-_Milfs_Like_It_Big.html

https://pornve.com/8vbvjpouqcas/1800_Phone_Sex_Line_4_Amia_Miley_Holly_Hendrix__Isis_Love17_08_201.html

https://pornve.com/8ve84qd09w1u/MomsBangTeens_-_Reagan_Foxx__Lucie_Cline-Milf_In_Closet.html

https://pornve.com/8veni3zt46ub/Brooklyn_Chase_Anal_Bustdown_New_720p.html

https://pornve.com/8vmh0knlt4lk/Rachel_Roxxx_aAnd_Kagney_Linn_Karter_VTIS.html

https://pornve.com/8vw7556lug7x/Gianna_Dior_Breaking_in_the_Ballerina_Brazzers.html

https://pornve.com/8vwa93621s6b/published_on_2_hours_ago_ass_ahha_anal_category_mature_milf_porn_star_ariella_ferrera_tags_anal_ass_like_that.html

https://pornve.com/8vx933rqs26a/NEW_BigTitsAtSchool_Brazzers_August_Taylor__Mia_Malkova_Dirty_Girls_Learn_Dirty_Words_29_12_15_2015.html

https://pornve.com/8w2d6e9374e4/Disciplinary_Action_Part_One.html

https://pornve.com/8wazt9w28ayo/StreetBlowJobs_17_01_29_Cassidy_Blanc_Cum_Lover_XXX_-KTR.html

https://pornve.com/8wfekt2kchzk/Hoes_in_Pantyhose_Brazzers.html

https://pornve.com/8xn191ggiviv/Brazzers_-_Dr_Driller_decides_to_reveal_the_mysteries_of_G-spot_to_Lena_.html

https://pornve.com/8xou39e9351q/Brianna_Beach_-_Stuck_On_The_Job.html

https://pornve.com/8xpf4vp4akd2/WeLiveTogether_A_Little_Lick_Malena_Morgan_Dillion_Harpe_fun_in_the_shower.html

https://pornve.com/8xu6e2eyanvm/Kayla_Kayden_Danny_Mountain_Keiran_Lee_Sensory_Deprivation.html

https://pornve.com/8y0c8bunx7v4/vidmo_org_Brazzers_Bridgette_B_Two_For_One_Special_NewPorn2020_854.html

https://pornve.com/8y71g32ymacc/MommyGotBoobs_Kendra_Lust_Rub_A_Tug_Tug_03_06_2018_rq.html

https://pornve.com/8y9fs3q8907i/Ava_Addams_The_Fucking_Food_Inspector.html

https://pornve.com/8ydizmq30dyf/Ava_Addams_-_My_Immortal_Trollop.html

https://pornve.com/8yjtjj459qf7/GFRevenge_My_girl.html

https://pornve.com/8yy17r0on0ve/Dakota_James__Riley_Reid_-_Daughter_Swap.html

https://pornve.com/8yygvt7a73tt/Remy_LaCroix_-_Remys_Ring_Toss_-_Brazzers.html

https://pornve.com/8z20hy0yw999/phoenix_marie__conor_coxxx__rock_hard_-_reality_king.html

https://pornve.com/8z5ntatly9zu/Brazzers_-_Dr_Maxwell_fucks_Monique_and_Ivy_in_his_hospital_.html

https://pornve.com/8zfbecdl7w2j/Jimena_Lago_Danny_D_Jimena_Puts_on_a_Show.html

https://pornve.com/8zpyk9g1ytle/Angela_White_Xander_Corvus_-_Fappy_New_Year_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/8zxvt7qw3yte/Peta_Jensen_Wet_Hot_Shower_Fuck_Big_Ass_Cheerleader.html

https://pornve.com/900m1v7cjp3s/aleta_ocean_anal_booty.html

https://pornve.com/90hf9pptqid0/All_Good_New_Phoenix_Marie_DP.html

https://pornve.com/90p5ho0qz2ho/Steamy_Hardcore_Fucking_And_Sucking_Asswerx_Part_4.html

https://pornve.com/91otcy03r96n/Alanah_Rae_What_A_Wedding.html

https://pornve.com/91qskc9h95af/RealWifeStories_16_01_01_Destiny_Dixon_Her_Turn_To_Cheat.html

https://pornve.com/91r4t9wyk7rv/August_Ames_Confidential_Informant.html

https://pornve.com/926wj1awdbwu/Jenaveve_Jolie_-_Oral_Presentation.html

https://pornve.com/92bs51ux3a6s/diamond_foxxx_stepmom_likes_it_rough.html

https://pornve.com/92ylx5gg5j42/Ricki_Raxxx_-_Pussy_To_Mouth_Resuscitation.html

https://pornve.com/9454ay0vwohs/A_Brazzers_Christmas_Special_Part_2_Jillian_Janson_And_Lena_Paul.html

https://pornve.com/94drcloyhhd8/Dillion_Harper_And_Jenna_Sativa_Slit_Licker.html
https://pornve.com/94lzh53s2unm/mackenzee_pierce_the_lecherous_londons_chapter_2_baby_got_boobs_anal_bigas.html
https://pornve.com/955zd9xn9f9o/MilfsLikeItBig_17_04_15_Isis_Love_Mall_Cop-A-Feel_XXX_-KTR.html
https://pornve.com/96hwfv3d6k6k/Babe_Mina_Sauvage_Friends_Perverted_Son.html
https://pornve.com/96wgu1vyfwot/GFRevenge_Computer_love.html
https://pornve.com/977xswh3cl04/Kenzie_Reeves_-_Piped_Down.html
https://pornve.com/97bzrkplj81i/BigNaturals_19_07_15_Gabriela_Lopez_Badminton_Boobies_XXX_SD.html
https://pornve.com/97cpmwptw4ro/Chanel_Preston_Hard_Dick_House_Call.html
https://pornve.com/97fx2k7k6ztu/Aletta_Ocean_Oversnatch.html
https://pornve.com/97h3plp68t36/Radiant_Booty___Kayla_Kayden__Xander_Corvus.html
https://pornve.com/97oav12qpj5j/Cherie_deville_a_day_with_a_pornostar.html
https://pornve.com/98b9ne3fy6xh/Brazzers_-_Busty_latina_teacher_Bridgette_B_punishes_her_student_.html
https://pornve.com/98bogxxer6la/Brazzers_-_Miss_Monroe_teased_her_student_to_motivate_him_solve_algebra_.html
https://pornve.com/98or2e4ubkwy/DirtyMasseur_-_Nikki_Benz_And_Riley_Reid_2_For_1_Fun.html
https://pornve.com/99v9v7p9spr6/TeensLoveHugeCocks_Leah_Gotti_Good_Gotti_Teen_Masturbate_TeensLoveHugeCocks_com_Blowjob_Handjob.html
https://pornve.com/99yk4mkuckl4/_Brazzers_-_Busty_latina_schoolgirl_Ella_Knox_rides_his_professors_big_cock_.html
https://pornve.com/9a2oubdlf27m/4Teen_Slut_Leah_Gotti_Gets_Fucked_by_her_Step_dad_on_the_Bed_realitykings_metalh.html
https://pornve.com/9ajesz0242x3/Sandra_Star_Have_You_Been_Served.html
https://pornve.com/9at6q4fstw1u/RoundAndBrown_16_01_01_Kay_Love_And_Destinee_Jackson_Booty_Bargain.html
https://pornve.com/9aujzviovbaf/Mommys_Best_Kept_Secrets.html
https://pornve.com/9bqkksav7cwn/No_Plastic_Cock_Can_Match.html
https://pornve.com/9brirjhpl8c4/Erotic_Massage_Alektra_Blue_And_Nikki_Benz.html
https://pornve.com/9bzmul1f6ho2/Veronica_Avluv_The_Other_Way_Around_Mommy_Issues_3.html
https://pornve.com/9c0etg5tl3qy/Ella_Hughes_Chris_Diamond_-_Shy_Redheads_Want_Anal_Remastered_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/9c8hqhd0lrik/Ariana_Marie_And_Isis_Love_-_Office_Sex_4.html
https://pornve.com/9cp5we76b4ob/Ryan_Keely_Johnny_Sins_Progress_Report.html
https://pornve.com/9cuykh1zc7w3/Busty_Mom_Fuck_In_Home.html
https://pornve.com/9d3doxls6zwn/Katrina_jade_Danny_D_brazzers_workout.html
https://pornve.com/9d5lxs5id0xt/Franceska_Jaimes_-_Ass_No_Questions_Spray_No_Lies.html
https://pornve.com/9ep2sfkoxai6/BOOTY_MASHUP_VOLUME_1_PMV_WITH_ROLL_CALL_-_NOVA_ARCH_FORGE.html
https://pornve.com/9ew2o2uv2g49/Cristina_Miller_-_Spending_Time_With_Ms_Miller.html
https://pornve.com/9ewcsufwjz95/Alejanra_Leon_-_My_Girlfriends_Hot_Mom_15_2015.html
https://pornve.com/9f5d5vjhjdsd/horny_teen_want_fucking_on_mondaymorning.html
https://pornve.com/9f6x6axgv11l/Diamond_Jackson__India_Summer_-_A_Last_Chance_At_Lust.html
https://pornve.com/9f9op13kxnjw/DM_K1ssa_S1ns_California_Creaming.html
https://pornve.com/9fmu53xzb2xd/brazzers-_luna_corazon_it_pays_the_bills_realwifestories_artporn.html
https://pornve.com/9fokvk0aoci9/MilfsLikeItBig_17_03_05_Nina_Elle_Mommy_Issues_Part_1_XXX_-KTR.html

https://pornve.com/9fumh80cm7mg/NEW_HOT_Threesome_Aubrey_Gold_And_Isis_Love.html
https://pornve.com/9g1ogmfxwo3v/Buttaholics_Anonymous_August_Taylor__Keiran_Lee__free_full_scene_.html
https://pornve.com/9g49vmajt5ix/Alura_Jensen_Im_Gonna_Bang_Your_Mother_3_2015.html
https://pornve.com/9g7xakzqitqi/La_Seductora_Veronica_Avluv_Jordi_El_Nio_Polla.html
https://pornve.com/9gab1tcen0lu/Lisa_Ann_Jennifer_White__Scott_Nails_MILF_Perfection_S4.html
https://pornve.com/9gca5igc8wnq/NEW_HOT_MILF_Threesome_Brandi_Love.html
https://pornve.com/9gfu6z2yd8rs/Angelina_Valentine_And_Bridgette_B_B.html
https://pornve.com/9gic8uuw67rw/Ava_Lauren_-_Real_Busty_Mommy.html
https://pornve.com/9gn977elp5uz/Brazzers_Worldwide_Paris_1.html
https://pornve.com/9gwwa0aky617/CumFiesta_Megan_Sage_40Cum_On_Megan_-_25_10_201641.html
https://pornve.com/9h4okse89yay/Paige_Turnah_The_Unseen_Affair.html
https://pornve.com/9h8qb02qmg1q/Grocery_Store_Milf_Luna_Star.html
https://pornve.com/9hsn1kjrb2c3/Angela_white_foxy_angela_loves_anal.html
https://pornve.com/9i2p69da17rr/McKenzie_Lee_office.html
https://pornve.com/9i3v8fzmk8lw/Kendra_Clip_Pussy_Oil_Pussy_Ass_Kendra_Lust_Kendra_Oil_Massage_Hot_Pussy_Lick_The_Ass_Pussy_Oil_Pussy_Ass.html
https://pornve.com/9ifzjf4fex9r/Whats_Good_For_The_Goose.html
https://pornve.com/9im8qn7xfw58/squiritng_mom_motheranddaughter_dana_vespoli_and_janice_griffith_moms_bang_teens.html
https://pornve.com/9isw9acngp2o/Kagney_Linn_Karter_Anal_Maid_-_Full_Service_Room_Service_Kagney_Linn_Karter__Keiran_Lee.html
https://pornve.com/9j1f9tlnqd6a/cumshot_georgeglassx7_hardcore_tags_babe_4351_9_474_plays_published_on_1_day_ago_category_blowjob_hardcore_tag_this_video.html
https://pornve.com/9j6bv148aiid/Dont_Tell_My_Boss_Jayden_Jaymes__Johnny_Sins.html
https://pornve.com/9jipqim6f2mh/Mamacita_Con_Grandes_Tetas_-_Ariella_Ferrera__Toni_Ribas.html
https://pornve.com/9jjcp53ffgbo/Redhead_Mommy_Emma_Butt_Loves_Stepsons_Big_Cock.html
https://pornve.com/9jo89wxny27y/Madison_Ivy_Regano_Sexual_De_La_Jefa.html
https://pornve.com/9jt7kaaq6hwd/Dicking_Around_The_Kitchen_Chore_Sybil_Stallone.html
https://pornve.com/9k6fkfaev9u5/Brazzers_-_Roxxy_Lea_shows_her_teacher_a_thing_or_two_about_human_anatomy_.html
https://pornve.com/9kbwjkl3k7n1/Eva_Lovia_-_The_Farmers_Wife.html
https://pornve.com/9kdwf34mraba/Stella_Cox__Jasmine_Jae_Fucking_Danny_D.html
https://pornve.com/9l2jmrd4yxxp/Anikka_Albrite_Oiled_Facial.html
https://pornve.com/9l9ws123u85z/Jasmine_Jae_Monique_Alexander_Stella_Cox_Cock_Of_Duty.html
https://pornve.com/9la5ujv9i62d/Nympho_Nurses_And_Dirty_Doctors_3_Melissa_Lynn.html
https://pornve.com/9lay36p5ka8p/Alanah_rae_Put_it_in_my_Bum_Chum.html
https://pornve.com/9lg0bkd9d4vx/Peta_Jensen_Storm_Of_Kings_Part_4.html
https://pornve.com/9lm28obuapvb/karma_rx_turning_party_tricks-_brazzers.html
https://pornve.com/9lzevwndw2zo/One_Sneaky_Pair_of_Tits_Dylan_Phoenix.html
https://pornve.com/9lzjyw5mnmx7/Teacher_Fuck_Student_3gp.html
https://pornve.com/9m4db3psm5cg/Phoenix_Marie_-_Brazzers_Got_Back.html
https://pornve.com/9mkcmy0ybe0e/alpha_milf.html
https://pornve.com/9my3ldwzkp2s/Hot_blonde_and_redhead_want_to_get_some_female_sensuality.html
https://pornve.com/9myfrhrrrtel/Rebeca_linares_sodomized_by_the_long_cock_of_justice.html
https://pornve.com/9nb1mqhb21wm/Brazzers_-_Up_All_Night.html
https://pornve.com/9nr1zg7gt8s7/Alanah_Rae_-_Lagina_Cable_Co.html
https://pornve.com/9nrbgzzj7llx/Alexis_Love_-_Love_For_Big_Cocks.html

51

https://pornve.com/9nyq9mam8lvk/Im_A_Total_MILF_Reagan_Foxx__Ricky_Spanish.html
https://pornve.com/9o0j1dwiugmp/Nikki_Benz_Day_With_A_Pornstar_Nikki.html
https://pornve.com/9oe0amxwpuqm/_Brazzers_-
_Busty_professor_Lucia_Fernandez_offers_extra_credit_.html
https://pornve.com/9of55pc56gzt/Savanah_Gold_-_Brits_Like_It_Big.html
https://pornve.com/9okvtrx6w5tf/aubrey_black_taking_wifey_to_work.html
https://pornve.com/9ovjqkrocmck/nicole_aniston_house_aniston_nicole_nicole_aniston_theres_a_pornstar_
in_my_house_theres_likeitbig.html
https://pornve.com/9pb6zp2josww/Phoenix_Marie_-_Changing_Grades.html
https://pornve.com/9ppjv8pwjd6q/Priya_Anjali_Rai_-_Making_It_Sweet_For_Priya.html
https://pornve.com/9q4denws6th3/Brand_New_Sexy_Wife_Lexi_Luna_Hardcorerws.html
https://pornve.com/9q5r6i83qi0p/New_Lucia_Love_Michelle_Thorne_Mila_Milan_Tamara_Grace_And_Dann
y_D.html
https://pornve.com/9qu6ackxm6mf/Ella_Nova_in_Bubble_Butt_Anal.html
https://pornve.com/9qw6z4b5o5tr/GFRevenge_American_girl.html
https://pornve.com/9r2c5by9esta/Brazzers_-
_Doctor_Ariella_Ferrera_examine_her_patient_in_her_sexiest_way_.html
https://pornve.com/9r6qt5s2lod4/Yoga_To_Be_Kidding_Me_Layla_Price__Isiah_Maxwell.html
https://pornve.com/9rtx9x3l6eh0/Brazzers_Stocking_Stuff_Her_Brett_Rossi.html
https://pornve.com/9rzjuh9ux9mi/Alexis_Amore_-_My_Best_Friends_Wife.html
https://pornve.com/9s58yd9e38y7/Sarah_Banks_Zach_Wild_-_Football_Fuckday_-
_Baby_Got_Boobs.html
https://pornve.com/9s85c7nfbtt9/Brazzers_Cecelia_Lion__Sophia_Leone_Catty_Co_Stars.html
https://pornve.com/9sb0oh1q2bal/EuroSexParties_Shona_River_Steffany_Bang_Her_And_Me_-
_27_11_2016.html
https://pornve.com/9sb0td414zsa/Diamond_Jackson_Jewels_Jade_Brandi_Love_Kendra_Lust_Miss_Titness_
America.html
https://pornve.com/9se98qxyyhh2/GFRevenge_Sheer_seductress.html
https://pornve.com/9snac94g5ig9/small_hands_paige_owens_xander_corvus_-
_two_can_play_at_paiges_game_pornstars_like_it_big_brazzers.html
https://pornve.com/9so38s5dcuwf/_Study_Suck_Fuck_.html
https://pornve.com/9t2tve3pkipw/Cleaning_Up_His_Mess_Brandi_Love__Justin_Hunt.html
https://pornve.com/9t5ndumhsbq1/Money_Talks_party_bust_big.html
https://pornve.com/9tei8cft41c3/_Chief_Executive_Whore_-_Brazzers_.html
https://pornve.com/9tfjxiarissi/Luna_Star_in_Extreme_Anal_ytics.html
https://pornve.com/9thdusywmc9x/BrazzersExxtra__Stormy_Daniels_Keiran_Lee_Stormys_Secret.html
https://pornve.com/9tll83w6orzi/Smoking_Blonde_Fucks_Her_Soccer_Coach.html
https://pornve.com/9u0hjvokurnr/Naughty_Bookworms_2015_-_Kayla_Kayden.html
https://pornve.com/9u209xpx6hq5/Ava_Koxxx_-_Sinful_Innuendo.html
https://pornve.com/9u3zyqykg3o8/Brazzers_Big_Wet_Butts_Soapy_Self_Care_Cathy_Heaven.html
https://pornve.com/9u9nmldr3dkl/_Brazzers_-
_Athletic_teen_Tiffany_Tyler_gets_creamed_after_a_bike_ride_.html
https://pornve.com/9uox4k64timb/Milfhunter_Does_Facial_With_Esperanza.html
https://pornve.com/9uuejj53cfdo/F5-
Brazzers_Exxtra_Brazzers_Lacey_London_Tori_Montana_Jimmy.html
https://pornve.com/9uuvt669u4vz/BrazzersExxtra_Kyler_Quinn_Studying_Her_Pussy_11_08.html
https://pornve.com/9v0o2gex87um/Angelina_Valentine_The_Fan_Bang_First_Anal.html
https://pornve.com/9v0p5qdt82k0/H0t_Bu5h_14_L4yla_L4ndry.html

https://pornve.com/9vdkyqf045d3/Nikki_Kay_-_Pretty_Kitty.html

https://pornve.com/9vhtctupyzkp/GFRevenge_-_Sensual_Appeal_-_16_05_09.html

https://pornve.com/9vikct0ylich/Giselle_Palmer_Sheridan_Love_Kyle_Mason_Cult_Of_Love.html

https://pornve.com/9w8gy17fmx6k/Brazzers_The_House_Christening_Brazzers_2017_Phoenix_Marie_JMac_Blowjob_White_Girl_Milf_Blo.html

https://pornve.com/9wdlyj96amd4/A_MFM_threesome_with_two_cocks_in_one_pussy_Eden_Sinclair_Markus__Mick.html

https://pornve.com/9ws27c8snrdc/Ass_Candy_3_Kristina_Rose.html

https://pornve.com/9wt9lggmylhk/BEST_NEW_Marsha_May_ANAL_-_720p.html

https://pornve.com/9wudjevpesdg/Katana_Kombat_The_Cure_For_Insomnia.html

https://pornve.com/9wvrqhsbo04m/WeLiveTogether_Megan_Sage_Alyssa_Cole_-_Candy_Thong_18_08_2016.html

https://pornve.com/9wyqtpsxtewo/Brazzers_Brandi_Love_Holly_Hotwife_Creampie_My_Wife_08_05_2020_wat.html

https://pornve.com/9xdz0z6xzwuq/Lacey_London_Tori_Montana_Jimmy_Michaels_Nurses_Threesome_Cures_All.html

https://pornve.com/9y8fg78drkwu/_Angela_White_-_Midnight_Cowgirl_.html

https://pornve.com/9yfohprwdex5/nicolette_love_horny_as_fuck.html

https://pornve.com/9yxoo4o58045/BrazzersExxtra_Kira_Noir_Up_And_Cummer_05_27_2018.html

https://pornve.com/9zqxs9rs8sqm/The_Student_Teacher_Affair_August_Ames_Big_Tits_Bounce_All_Over_The_Dean_.html

https://pornve.com/a010f2kgc5nv/Ahryan_Astyn__Tanya_James_-_A_Cock_Swapping_Invitation.html

https://pornve.com/a0fm4w93pb4u/Alanah_Rae_Cumshot_Compilation.html

https://pornve.com/a0la8yevizm9/Brazzers_house_2_day_1.html

https://pornve.com/a1tdvz74v38u/Alexis_Fawx__Mackenzie_Moss_All_In_A_Days_Squirt.html

https://pornve.com/a1tjb60l98qi/Tyler_Faith_-_Highway_Pussy_Patrol.html

https://pornve.com/a1wz0rlowmdx/Tits_Out_To_Lunch_Ryan_Conner.html

https://pornve.com/a2kezyh5xl3e/RKPrime_Cassidy_Banks_-_Into_The_Wild_4010_07_201641.html

https://pornve.com/a2pn5exzbxwk/GFRevenge_Super_sweet.html

https://pornve.com/a2x0gohwfdcx/TL1B_P1per_P3rri_It_Swallows_Part_Two.html

https://pornve.com/a32olye9qxh0/Eva_Karera_School_Experience_Doubel_Anal.html

https://pornve.com/a3769nyr0o59/Turbo_Sluts_-_Peta_Jensen_Lisa_Ann_Phoenix_Marie_Alektra_Blue_Chanel_Preston_Romi_Rain_Monique_Alexander_Angelina_And_Valentine_Kiara.html

https://pornve.com/a37lumjoqeny/BigTitsAtSchool__Brazzers_Alix_Lovell_-_Good_Moaning_Fellow_Students.html

https://pornve.com/a3dkg982i3q1/victoria_cakes_mom_makes_it_all_better_mommygotboobs_brownornhd_com.html

https://pornve.com/a3vxt2jrojpi/Brazzers-_Sexy_brunette_nurse_Lily_Adams_takes_care_of_her_sick_patient_.html

https://pornve.com/a4gpxkhbci2o/Ariella_Ferrera_Jailhouse_Fuck.html

https://pornve.com/a4j2ib59pd3b/Audrey_Bitoni_Big_Tits_Hardcore_Cheating_Wife_Free_Porn_Videos_likuoo.html

https://pornve.com/a54gaxh709w8/Money_Talks_lunch_munch_big.html

https://pornve.com/a5hu7w2vv109/Big_Tits_Boss_25_2015_Part_3.html

https://pornve.com/a5whvigakn8b/Young_And_Corrupt_2.html

https://pornve.com/a659zx2mipot/ANAL_Mike_In_Brazil_Liandra_Andrade_Analine_-_720p.html

https://pornve.com/a6h5slfmcn7r/Babe_Goods_New_Anya_Ivy.html

https://pornve.com/a6hf9e450f7q/Mila_Jade__Xander_Corvus_-
_Good_Girl_Breaks_Bad_Creampie.html
https://pornve.com/a6l7rtv6vj12/A_Dirty_Shower.html
https://pornve.com/a6ob6zh7hxbc/Alektra_Blue_Nurse_Adventure_Alektra_Is_In_A_fantasy_With_Jhony_Si
ms_Enjoy_And_Dont_Report_The_Video_Please.html
https://pornve.com/a6onapvit7ja/Drilling_Mommy_12_S1_Ryan_Keely.html
https://pornve.com/a6qs58eqa1qi/Stay_Away_From_My_Daughter_Part_2_Brazzers.html
https://pornve.com/a6x7o5bz80ss/stormy_daniels_kl040518.html
https://pornve.com/a71jabjazova/Anissa_Kate_So_Busted.html
https://pornve.com/a78bgvcj4wka/Darcy_Tyler_-_Around-the-Cock_Protection.html
https://pornve.com/a7jnqnxhiarf/The_Gift_Of_Anal_Brandy_Aniston__Jessy_Jones.html
https://pornve.com/a7uagjfl8htr/Teanna_Trump.html
https://pornve.com/a7ujk8i9ll11/8thStreetLatinas_Maya_Bijou_Beautiful_Bijou_-_15_07_16.html
https://pornve.com/a7uq2zz1y0nu/Yhivi_Fuckn_Harley_Jade_Brother_N_Shower.html
https://pornve.com/a875dttmygny/GFRevenge_Freak_of_the_week.html
https://pornve.com/a8bbhmb6k2hu/BrazzersExxtra_20_08_04_Best_Of_Brazzers_Hottest_Dommes.html
https://pornve.com/a8bcwvwij5di/Bunk_Bad_Threesome_Jennifer_Jacobs_Lily_Rader.html
https://pornve.com/a8m7kv5sca90/Savannah_Stevens_-_Like_What_You_See.html
https://pornve.com/a96bae2ljzzj/Lexi_Luna_Neighborhood_Snatch_Committee.html
https://pornve.com/a98e9m5b5kfw/Tats_Tits_And_Ass_Ryan_Keely.html
https://pornve.com/a9b828cv4gn5/Amber_40Rookie_of_the_year41.html
https://pornve.com/a9bg5jy90jqv/Money_Talks_dealer_fee_big.html
https://pornve.com/a9lljv524g99/DirtyMasseur_August_Ames_Study_Buddies_-_11_07_16.html
https://pornve.com/aa476kxfv4dw/CumFiesta_17_02_21_Maya_Kendrick_Move_It_Maya_XXX_-KTR.html
https://pornve.com/aaeimdaolseq/Brazzers__Doctor_Adventures__Jailhouse_Fuck_Three.html
https://pornve.com/aasa8v5e208j/Double_D-Tention.html
https://pornve.com/aatctin6mjqu/Brazzers_Sarah_Jessie_Ready_Aim_Anal_NewPorn2020.html
https://pornve.com/abersjcg3cvn/MommyGotBoobs__Brazzers_Destiny_Dixon_-_Blind_Ambition.html
https://pornve.com/abgz6sennp2g/Hardcore_Blowjob_Romi_Rain_Gets_Oiled_Up_And_Plowed_Romi_Rain_
Dirty_Masseur.html
https://pornve.com/ac1nvrlhuzx1/BigButtsLikeItBig_-_Amirah_Adara_1080p.html
https://pornve.com/acsnji3fwzo8/_Hitched_And_Ditched_-_Brazzers_.html
https://pornve.com/adg33uuneuvz/Tarra_White_My_Girlfriends_Mum_Has_A_Secret_Mommy_Issues.html
https://pornve.com/adjcb78lupqe/Monique_Alexander__Peta_Jensen_-
_Our_New_Maid_Part_One.html
https://pornve.com/adqbad9pn4tt/Have_You_Seen_The_Valet_Brazzers.html
https://pornve.com/aecy98eo12m8/Doctor_Gets_A_Dose_Of_Dick_And_Cum_Katie_Morgan_Is_A_Hot_Fucki
ng_Slut_That_Takes_It.html
https://pornve.com/aeg4dw83cfto/Judge_Jury_And_Double_Penetrator.html
https://pornve.com/afd4s2hftjem/Brazzers_Big_Bad_MILF.html
https://pornve.com/afikepdjrgzj/Nailing_Ms_Chase_Part_Three_Ms_Brooklyn_Chase_Gets_Nail_Hard_After_
Class_.html
https://pornve.com/afn3z5k6oqip/Emily_Addison__Sandy_Fantasy_-_Lights_Camera_Sluts.html
https://pornve.com/afpgc95r3y60/Diamond_Foxxx__Tiffany_Bannister_-_Cops_and_Daughters.html
https://pornve.com/afxxo7yv8t1f/GFRevenge_17_04_10_Jessi_Grey_Sexy_Reflection_XXX_-KTR.html
https://pornve.com/afz1awb7iu9h/Lisa_Ann_Lisas_Pool_Boy_Toy.html
https://pornve.com/ag27c1wf3446/DAREDORM_58_Bathroom_Vandals_1of2.html
https://pornve.com/ag5j82mxgcqi/Nursing_My_Stepsons_Sick_Dick_Alura_Jenson__Robby_Echo.html

https://pornve.com/agrxrunkp7jh/RealityKings_-
_RK_Prime_Phoenix_Marie_Rock_Hard_RealityKings_Best_2017.html
https://pornve.com/agvtmdrmhbkr/1800_Phone_Sex_Line_1_Amia_Miley14_08_2017.html
https://pornve.com/ahed8ounznbg/Brazzers_National_Pornographic_The_Teen_Porn_Star_Anal_Blonde_Gin
a_Gerson_Natural_Tits_Brazze.html
https://pornve.com/ai6dfox1hlf8/_Brazzers_-
_Busty_counselor_Natasja_Nice_discover_Justins_talents_.html
https://pornve.com/aii8dwrcnooi/Riley_Evans_Delta_Fuck.html
https://pornve.com/aij7yl1apxta/Victoria_June_Hard_Pressed.html
https://pornve.com/aiugstmwwtj1/Emo_Chick_Needs_Some_Dick.html
https://pornve.com/aiv5pl9c3v3g/Working_Out_The_Wives_brazzers.html
https://pornve.com/aj614lnrnz3o/Richelle_Ryan_-_MILFer_Madness.html
https://pornve.com/ajjqi5ywasby/Priya_Anjali_Rai_-_Palmistry_Penis.html
https://pornve.com/ajyozqfct8xf/Slutty_Shopper_Ryan_Keely.html
https://pornve.com/ak0tpkg5spz4/TeensLikeItBig_Ashley_Adams_JoJo_Kiss_Terrible_Darlings_-
_29_11_2016.html
https://pornve.com/akg1yh6bwbrs/bigass_nice_tits_abby_brazil_bex_abby_lee_brazil_abby_lee_brazil_bex.h
tml
https://pornve.com/al3dg1j6t41f/RealWifeStories_Luna_Star_Now_You_See_Me_Now_You_Ho_12_02_2019
_rq.html
https://pornve.com/alenzfn515xh/Alex_Tanner_-_Hot_Teen_Next_Door_25_2015.html
https://pornve.com/alhnt36ec9yp/Janet_Mason_-_Brazzers_Makeover.html
https://pornve.com/alho8q7mvjzi/pornstarslikeitbig_rachel_starr.html
https://pornve.com/alyrjxiwlitv/Monique_Alexander.html
https://pornve.com/am1bo6udp3gl/Anal_Prescription_Pickup.html
https://pornve.com/ambsi9tvxlpx/Mom_Teaching_Molly_A_Lesson_About_Man_Pleasing.html
https://pornve.com/an5x5ogea96a/18_angela_white_angl_whte_slutty_secretary_brzzrs_angl_whte_brzzrs_
113_top_rated_porn_video_of_today.html
https://pornve.com/an6t7697vzyt/young_girl_of_office_with_old_boss.html
https://pornve.com/anf3ba2q0ios/REQ_MILF_Briana_Banks.html
https://pornve.com/angw8alxzesb/BrazzersExxtra_17_04_09_Jade_Amber_Jade_Screams_For_Ice_Cream_XX
X_-KTR.html
https://pornve.com/ank3frckybkt/Donna_Bell_-_Ringing_Donnas_Bell.html
https://pornve.com/ano2q6ertix6/Threesome_Aaliyah_Hadid__Alura_Jenson_Stepmoms_Need_Loving_Too_
Brazzers.html
https://pornve.com/anww8ajh9vtq/Best_New_Facial_Parker_Swayze_Mom_Wants_It_Bad_720p.html
https://pornve.com/ao1myyksj7wy/Katja_Kassin_-_Maid_To_Fuck.html
https://pornve.com/ao5ycjll2txb/BigTitsAtSchool_17_04_10_Lena_Paul_Final_Exam_Slam_Session_XXX_-
KTR.html
https://pornve.com/aoa54ica4mxt/Marsha_Raises_the_Bar_-_Marsha_May__Levi_Cash.html
https://pornve.com/aol4518lzbx6/Teen__Mom_School_Slut_Stories_2.html
https://pornve.com/aolw61ohmio3/BrazzersExxtra_19_07_23_Alice_Judge_Fucking_Season_In_The_Backcou
ntry_XXX_SD.html
https://pornve.com/apablnn5w8do/Lucky_boy_with_two_busty_sluts_12dec16_-_porngift_-
_pornve_com.html
https://pornve.com/apcfi6ksv1y9/Hard_Anal_Janice_Griffith_Anal.html
https://pornve.com/apjqtf5x0z77/Elicia_Solis__Romi_Rain_-_Comply_With_This_Guy.html

https://pornve.com/aq0zs8dq9m9l/Party_Political_Emma_Butt_Danny_D_Emma_Butt_Danny_D_White_Girl_White_Guy_Glasses_Big_Tits_Hug.html

https://pornve.com/aq17ek5qgt1r/Thankful_For_Madison.html

https://pornve.com/aq5gzfp3o0cq/Nina_Elle_Crawling_To_Another_Cock.html

https://pornve.com/aq7ik2czzjmn/Tanya_Tate_And_Keiran_Lee.html

https://pornve.com/aqi0bf1jlu80/Doctor_Jessica_Jaymes_Bigits.html

https://pornve.com/aqlstolinx4o/Sarah_Vandella_-_Sarahs_Beautiful_Butt.html

https://pornve.com/arksseoljolt/Juelz_Ventura_Wnats_Student_To_Fuck_Her.html

https://pornve.com/arxdqfhamnus/blonde_ass_massage_deep_throat_babe_anal_big_ass_category_anal_alexis_texas_massage_massage_pornstar_alexis_texas_tags_anal_blonde_big_ass_tag_this_video.html

https://pornve.com/asenopnqy70i/The_Big_Butt_Ballet_Danny_D__Harley_Jade.html

https://pornve.com/asmurqrk7wki/Angel_Dark_-_Far_From_An_Angel.html

https://pornve.com/asnb7c8g381l/BRAZZER_big_wet_butts_kristina_rose_miss_anal_2016.html

https://pornve.com/asosgsm5uejn/DAREDORM_84_One_For_The_Money_1of2.html

https://pornve.com/asr8jfvjpw1a/Lil_Campers_Britney_Amber_Ricky_Spanish.html

https://pornve.com/asushaasqwtx/Sneaky_Sexxy_Kyler_Quinn_Fuck_Behind_Thin_Walls_Thick_Cock.html

https://pornve.com/asxtpo99l26g/Big_Cock_In_The_Back_Pocket_Kelsi_Monroe__Erik_Everhard.html

https://pornve.com/asy1tsvoukzs/Monique_Alexander__Whitney_Westgate_-_Your_New_Wife_My_New_Plaything.html

https://pornve.com/atvdk6goqv9u/GFRevenge_17_02_27_Brooklyn_Jane_The_Prettiest_Pussy_XXX_-KTR.html

https://pornve.com/atxve5oukj1b/Pornstars_Anonymous___Summer_Brielle.html

https://pornve.com/au2l3xgph3z1/Roxy_Raye__Jordan_Ash_A_Photogenic_Fucking.html

https://pornve.com/au8m1hny0mc3/Eva_Quinn_Bounce_That_Booty.html

https://pornve.com/av7ds1ln9j4q/Kissa_Sins_-_Introducing_Kissa_Sins.html

https://pornve.com/avc48545pm9e/Tru_Kait_Blindfolded_Cheater_103020.html

https://pornve.com/avjekzvunt2q/_Kendra_Lust__My_Girlfriend_Hot_Mom_720p.html

https://pornve.com/avu9cqj0jnli/Bbl1b_Ju3lz_V3ntura.html

https://pornve.com/awk2xsrbnde8/European_Girl_Fuck_2015_00001.html

https://pornve.com/awo7a2jrfxsr/Aaliyah_Hadid_Anya_Ivy_Sibling_Rivalry_Fuck_each_other.html

https://pornve.com/awzcam64v800/BigTitsAtWork_17_02_25_Angela_White_My_Slutty_Secretary_XXX_-KTR.html

https://pornve.com/axculctcz16m/Veronique_Vega_-_The_Good_Samaritan.html

https://pornve.com/axxpgwmn2aow/The_Stepmom_And_The_Graduate___Rachel_Starr.html

https://pornve.com/ay1fht95shuc/NEW_Anastasia_Hart.html

https://pornve.com/ayaxm1ptj4t9/Actually_I_love_my_girlfriends_sister_more_12dec16_-_porngift_-_pornve_com.html

https://pornve.com/ayj91ybf8wvc/Christie_Nelson_-_Cum_Shot.html

https://pornve.com/ayoj5dfdldpx/BigTitsBoss_17_08_20_Kenzie_Taylor_Bossy_Boobies_XXX_-KTR.html

https://pornve.com/aywskn2jt13u/GFRevenge_Peek_at_boobs.html

https://pornve.com/aywvn55f14ux/The_Prodigal_Slut_Returns.html

https://pornve.com/ayzurumpapgx/Alena_Croft_-_The_Mommy_Market.html

https://pornve.com/az9m4ivz5rc4/Aidra_Fox_Sneaky_Sex_New.html

https://pornve.com/azq9nivl2ds6/NEW_Threesome_Kimmy_Granger_And_Mia_Pearl.html

https://pornve.com/azyyl9y29mt5/Ariana_Marie_Can_I_Touch_It.html

https://pornve.com/b0gypeyhsk4l/Kagney_Linn_Karter_-_Mammas_Boyfriend_Is_Mine.html

https://pornve.com/b0k49khwpmhy/RoundAndBrown__RealityKings_Khalista_Stone_-_Booty_Rubs.html

https://pornve.com/b0mi06kdal60/Office_4-Play_VIII_UK_Edition.html

https://pornve.com/b0rbxgfmmr1h/Aqua_Momma_Scene.html
https://pornve.com/b10umrmimxlc/Drilling_Mommy_2_Scene_6_No_Picnic_For_Milf_Tucker_Pierce__Xande
r_Corvus.html
https://pornve.com/b11iz9ydaam0/Patty_Michova_-_XXX_Men_Psylocke_Vs_Magneto.html
https://pornve.com/b19vu29ay3ef/Savannah_Stern__Audrey_Bitoni_-_Recipe_For_Sex.html
https://pornve.com/b1j62uw85ksh/Ella_Hughes__Jasmine_Webb_-_My_Pool_My_Rules.html
https://pornve.com/b1jfnd9n5vzo/All_Good_New_Brooklyn_Blue__Zara_Durose__Danny_D.html
https://pornve.com/b1r7uvd75o0c/on_the_cock_while_on_the_clock.html
https://pornve.com/b1vll4qr229n/My_Husbands_Fake_Ass_Pussy_Brazzers.html
https://pornve.com/b1zwo9bgbl5r/Allyssa_Hall_-_Other_Payment_Methods.html
https://pornve.com/b27dnwtksfdx/GFRevenge_Tits_out.html
https://pornve.com/b2bu8unur8qg/Brazzers_-_Take_Your_Medicine.html
https://pornve.com/b2bz4psf7z7p/BabyGotBoobs_-_Valerie_Kay_Im_Not_A_Hooker.html
https://pornve.com/b2cbcbgymwhd/HD_Brazzer_-
Donald_Trump_Fuck_Hillary_Clinton_During_Election_Debate.html
https://pornve.com/b2cf794p09bq/Lustful_milf_Darryl_Hanah_seduces_her_daughter_s_young_boyfriend.ht
ml
https://pornve.com/b2el1eyap5bz/Diana_Prince_-_J_O_R_D_A_N_System_-_Brazzers.html
https://pornve.com/b2way4zslb5h/Brazzers_Always_Be_Cumming.html
https://pornve.com/b32iwz6p9pat/Brandi_Loves_The_Realtors_Brandi_Love_Monique_Alexander__Keiran_L
ee.html
https://pornve.com/b32m9me2xiwj/Big_Cock_And_Facial_For_Aida_Sweet_Fuck_In_The_Kitchen_.html
https://pornve.com/b341ic2jcd6o/RW5_Britn3y_Shann0n_480p.html
https://pornve.com/b35m8z0r1y4n/Chanel_Preston_ANAL_Punishment.html
https://pornve.com/b35vagonlpcw/trim_8B31F9AC_C665_4958_A18C_6CACB56F3617.html
https://pornve.com/b3kcaqaphe47/_Brazzers_-
_Sexy_student_Aspen_Rose_rides_hard_cock_and_gets_cum_on_face_.html
https://pornve.com/b3whl3eajtdy/Briana_Banks_Taylor_Sands_are_Moms_Who_can_take_Control.html
https://pornve.com/b3wxh4wr9jew/Aj_applegate_free_anal.html
https://pornve.com/b3x0o9tb11kb/Smashing_a_Teen_Pussy.html
https://pornve.com/b4mrgmc0s8pa/Cameron_Love_40Cumming_cameron41.html
https://pornve.com/b4s5as8jurg6/August_Taylor_With_Big_Boobs_Gets_Fuck_Husband_Friend.html
https://pornve.com/b4uke36h2s9x/_Brazzers_-
_All_natural_librarian_Sheridan_Love_takes_a_break_for_some_dick_.html
https://pornve.com/b51bth4lnyij/Tia_Layne__Tina_Hott_-_Movie_Night.html
https://pornve.com/b5803kld01kn/Realitykings_RK_Prime_The_Cum_Spattered_Bride_Skyla_Novea.html
https://pornve.com/b5nyfjxoiqg1/Moms_Bang_Teens_11_2015_Reality_Kings_Scene_4.html
https://pornve.com/b5olgh1606uj/Cherokee_-_PhD_Mentorship.html
https://pornve.com/b621mbd8hcyl/rws_jasmine_james.html
https://pornve.com/b670flmsrgdc/_Brazzers_-_Cock_Talk_With_Alexa_Tomas_.html
https://pornve.com/b6zik60t8x1y/Money_Talks_pop_the_hood_big.html
https://pornve.com/b78qta7gdv2a/Anal_Anissa_Kate_French_Teacher_Glasses.html
https://pornve.com/b7cb6k4ax07y/Kelsi_Monroe_Trolling_For_Trolls.html
https://pornve.com/b7n7fhp04und/Daya_Knight_Adkiller_Adkiller.html
https://pornve.com/b7wko22hg8ux/All_Good_New_Sasha_Rose.html
https://pornve.com/b7x2ovqjcsjc/karlee_grey_gym_prankers.html
https://pornve.com/b82z32oed368/Brazzers_-_Valentina_Jewels_Johnny_The_Kid_-
_Horny_Valentina_Gets_Anal.html

https://pornve.com/b882w7k3cull/RealWifeStories_Monique_Alexander_40Moniques_Secret_Spa_-_Part_4_-_24_10_2016.html

https://pornve.com/b8fg2b7g98ux/Bonnie_Rotten_-_ANAL_Blowjob.html

https://pornve.com/b8pjzrx62sf0/Brazzers_-_Karlee_Grey_take_his_doctor_huge_cock_up_her_hairy_pussy_.html

https://pornve.com/b8zxfqgp4t2m/Aleska_diamond_Everything_Is_Big_In_America.html

https://pornve.com/b97sk12wvfv5/Sheena_Shaw_-_Rent_To_Own_That_Ass.html

https://pornve.com/b9pt7uvzypnv/MomsInControl_Misha_Cross_And_Michelle_Thorne_Moms_Sex_Robot.html

https://pornve.com/b9tka4z3xxvp/Alicia_Amira_Fixing_For_A_Fix.html

https://pornve.com/ba1jxipd7whf/Mother_Shay_fox_fucked_his_son_Xander_Corvus_brazzers_porn_MILF.html

https://pornve.com/ba8v9len9oa7/Sindy_Lange_-_My_Knight_In_Squirting_Armor.html

https://pornve.com/ba9i7os4d30c/Phoenix_Marie_-_Rainy_Anal_for_Mrs_Marie.html

https://pornve.com/baalw336ero0/Sexual_Education_8_Tegan_James.html

https://pornve.com/bacz00u4rc4u/Phoenix_Maries_Ass_Gets_Danny_Dd_.html

https://pornve.com/baledtum6v87/Brooke_Banner_Weather_Woman.html

https://pornve.com/banesf15lhn9/Jada_Stevens_Hard_Hot_ANAL_-_720p.html

https://pornve.com/baqvxqb6q5k7/Holly_Michaels_NEW_ANAL.html

https://pornve.com/bb3dmlxab93z/_Brazzers_-_Busty_latinas_Anissa__Franceska_in_a_soapy_threesome_.html

https://pornve.com/bb3wl6d9smpl/RoundandBrown_Kendall_Woods_Slow_And_Steady_-_14_10_2016.html

https://pornve.com/bb4m6iaqjvd9/MIDDLE_NIGHT_MILK_-_BRAZZERS.html

https://pornve.com/bbba9etdy833/Parker_Swayze_Expose_Yourself_To_MILFs.html

https://pornve.com/bbct3lalrhhi/Anal_POV_Brunette_Babe_Wet_-_Rachael_Madori_-_.html

https://pornve.com/bc2b9nf3y85m/My_Boss_Gets_Off_Angel_Wicky.html

https://pornve.com/bcf0eg92to6o/Blake_Rose_Brotherly_Love.html

https://pornve.com/bcjzsagrib0k/BigTitsAtSchool_Raven_Bay_Hammered_-_15_07_16.html

https://pornve.com/bcl15f6jjhr9/Veronica_Avluv_is_A_Mummy_With_Issues.html

https://pornve.com/bcwpuym49v23/Big_Dick_Worship_Milf_Huge_Tits_Blonde_mom.html

https://pornve.com/bdhuciq32o3u/The_Cheaters_Choice_Keiran_Lee_Michael_Vegas__Jenna_Ivory.html

https://pornve.com/bdhvps4qz476/loulou_-_Big_Tits_In_Uniform_15_2015.html

https://pornve.com/bdl9cmz6vdlh/big_tits_milf_threesome_ass_teen_compilation_brazzers_fans_choice_24614_100_plays_published_on_2_hours_ago_category_anal.html

https://pornve.com/bds3nhb6xyu8/LISA_ANN_STEPMOM_LENDS_A_HAND.html

https://pornve.com/bdy70fk4o2sd/NEW_Asa_Akira_ANAL_Threesome_-_720p.html

https://pornve.com/bdzf6uymrnru/Moms_Bang_Teens_10_-_Moms_And_Daughters_Like_To_Do_It_Together_And_Share_Jennna_J_Ross_Jewels_Jade_Lucy_Tyler_Cherie_Deville_Shae_Summers_Eve_Karrera_Julia_Ann_Natalia_Starr_Jennifer_Best_Karla_Kush.html

https://pornve.com/be18xccoesod/GFRevenge_Coochie_cutters.html

https://pornve.com/bee3yva8k9ua/College_girls_seduced_shy_student.html

https://pornve.com/beityg6sos0s/Bikini_Shopping_Threesome.html

https://pornve.com/beyosdkgqr6t/lela_star_doing_sports_rich_body.html

https://pornve.com/bfkzmxoammuy/Amber_Jayne_Danny_D_-_New_to_nudism_-_Milfs_Lke_It_Big_-_Brazzers.html

https://pornve.com/bfsbxxq4t1h3/_National_Pornographic_The_Teen_Porn_Star_.html

https://pornve.com/bg33ipq56q7m/Brazzers_Kira_Noir_A_Family_Affair_The_Reunion_Part_3_BrazzersExxtra_porn_VEPORN.html

https://pornve.com/bg96fmpuvxx7/Jenna_Presley_-_The_Quick_Way_Out_Of_A_Chore.html
https://pornve.com/bh394iwcy5jn/Window_Washed_Ryan_Keely.html
https://pornve.com/bhp1wzc1hoiw/TeensLikeItBi_g_Arietta_Adams_The_Annoying_Little_Sister_18_07_202
0_anal.html
https://pornve.com/bhrfwihpal6a/MILFS_Like_It_Big_Lisa_Ann_18_Top_Rated_Porn_Video_Of_Today_48_M
ost_Played_Porn_Video_Of_Today_51_Top_Rated_Porn_Video_Of_Week.html
https://pornve.com/bi6b4dx9jx6a/Save_My_Life_And_Fuck_My_Pussy_Lunr_Star.html
https://pornve.com/bi82z47c85k9/Sneaky_Little_Skank_Brazzers.html
https://pornve.com/biib4rqf46j2/the_exxxceptions_episode_4.html
https://pornve.com/biln82h6fmnh/Hide_And_Seek_Brazzers.html
https://pornve.com/bixauqx6dg5k/Hot_Tub_MILF_Machine.html
https://pornve.com/biy3ftxx6rtt/RealWifeStories_20_06_26_Azul_Hermosa_ZZ_Nuit_Rouge_XXX_SD_KLEENE
X.html
https://pornve.com/bj0zfw2h59ru/MomsLickTeens_Silvia_Saige_Amara_Romani_-
_How_Many_Licks_16_08_2016.html
https://pornve.com/bjn718sz5a80/Karlee_Grey_-_Sybian_Schoolgirl.html
https://pornve.com/bjo1iyuy8c0a/Lana_Violet_-_Poolside_Pussy.html
https://pornve.com/bkf4c3z4vdc8/Karissa_Shannon_Sneaky_Sister_Swap.html
https://pornve.com/bkg0y14i4hyx/Eva_Angelina__Krissy_Lynn__Luna_Kitsuen_-
_Cumming_Together_For_Christmas.html
https://pornve.com/bkmb0zk2nw8x/Kimber_Woods__Natasha_Nice_Shes_So_Scandalous.html
https://pornve.com/bl8tcwbut3qk/DirtyMasseur_Leya_Falcon_40Don_t_Touch_Her_Ta_Tas41.html
https://pornve.com/blg2kmin7mfe/Anal_Twist_and_Shout_-_Alina_West__Ramo.html
https://pornve.com/blp4235h6fs3/WeLiveTogether_-
_Capri_Anderson_And_Shyla_Jennings_Study_Session_-_16_05_05.html
https://pornve.com/bm15t7azjo4j/Alexis_Monroe_Blonde.html
https://pornve.com/bm6mdqvijebf/Kiki_Vidis_-_The_Right_Size.html
https://pornve.com/bm743m3c8cfo/Dirty_Masseur_5.html
https://pornve.com/bmj7p6wbq7py/Nikki_Benz_Famous_Ass.html
https://pornve.com/bmk7mca6s3dh/Stuck_In_The_Elevator.html
https://pornve.com/bn3ohxyf8fyf/Best_New_Hard_Hot_DP_Anal_Facial_Bex_Casey_Calvert_720p.html
https://pornve.com/bob4088rtu48/Sara_Stone_-_How_To_Please_My_Boss.html
https://pornve.com/bobt2ll3fywp/Geordie_Shore_fuck_Chloe_slept_with_Kyle.html
https://pornve.com/bod2enwylygq/Lily_Adams_Johnny_Sins_Nutjob_Nurse.html
https://pornve.com/bopeobm8s1de/RealWifeStories_Staci_Carr_Sticking_A_Cork_In_Her.html
https://pornve.com/boqqbhl7c9bg/Puma_Swede_-_Agent_Swede_Looking_For_Justice.html
https://pornve.com/bouv1vm6x9t4/_Bad_Grades_Good_Girl_Lilly_Ford_Gets_a_D_At_School_and_Big_Dick_
At_Home_.html
https://pornve.com/bqafw3pbvtt2/My_Boyfriend_and_his_Brother.html
https://pornve.com/bqbdb1s8jaq0/Diamond_Jackson_MILF.html
https://pornve.com/bqbgbr0b7lb1/I_acted_like_a_bad_girl_but_my_teacher_is_a_real_psycho.html
https://pornve.com/bqddbzv1mjq4/Monique_is_a_Sweet_Creampie_Dream_-
_Monique_Alexander__Xander_Corvus.html
https://pornve.com/bquhx9hhcc7n/BigWetButts_20_06_27_Jada_Stevens_And_Sheena_Shaw_Junk_In_The_
Trunk_REMASTERED_XXX_SD_KLEENEX.html
https://pornve.com/br4r0t57rubl/RoundAndBrown_Porsche_Doll_40Smothered_In_Booty_-
_22_07_1641.html
https://pornve.com/brqw7wxwvapg/Carla_Cox_-_Leave_It_To_The_Professional.html

https://pornve.com/bruv17o2cfna/Eva_Angelina_-_Bedside_Mammaries.html

https://pornve.com/brwcpq9u66o3/BabyGotBoobs_-_Eliza_Ibarra_-_Schoolgirl_Striptease.html

https://pornve.com/bsjcj3bsrvfs/Realitykings__Moms_Bang_Teens__Sexy_Seductress.html

https://pornve.com/bsrzwkvk3sxl/Stream_Creaming_Brazzers.html

https://pornve.com/bssgqm7nr1bt/Realitykings_Rotten_Experience_At_The_Strip_Club_Bonnie_Rotten.html

https://pornve.com/bsxs9aoklls1/Krissy_Lynn_-_Old_School_Correction.html

https://pornve.com/btgrlzl695fy/BabyGotBoobs_17_04_08_Dillion_Harper_Double_Cups_With_No_Make-Up_XXX_-KTR.html

https://pornve.com/btn4gbdvxzns/Brazzers_Mommys_Little_Helper_Brazzers_Mommy_Got_Boobs_Stacey_Saran_Jordi_El_Nino_Polla_Brune.html

https://pornve.com/bu2p3mzymnfg/Karmen_Karma_The_Cum_Soaked_Gardener.html

https://pornve.com/bu9me2kmwpud/HotAndMean_-_Alison_Tyler_And_Piper_Perri_Alison_Pounces_On_Pipers_Pussy.html

https://pornve.com/bul9expe56id/katana_kombat_im_open_to_anything.html

https://pornve.com/bv3swbqe6iw7/Brazzers_Moms_In_Control_Carmel_Anderson_and_Sensual_Jane_Moms_NOT_In_Control.html

https://pornve.com/bvbgce76r4ap/TeensLoveHugeCocks_Alex_Mae_Sexy_AlexSD40MAY_16_201541.html

https://pornve.com/bvlood2kpztj/Happiness_in_Slavery_Daddy_Edition_Adriana_Chechik_Kissa_Sins.html

https://pornve.com/bvn0r4p9cvhf/Carmen_Caliente__Vanessa_Veracruz_-_Grind_Girls.html

https://pornve.com/bvt6k26mpkwf/RKPrime_-_Mea_Melone_Squirty_Maid.html

https://pornve.com/bvx3eiutysvc/Asa_Akira_Asian_Squit_with_anal_sex.html

https://pornve.com/bwbv42m1derm/RealityKings_Welcome_To_The_Cam_Show_watch_online_for_free.html

https://pornve.com/bwcjvx0vrgtw/Shae_Summers_Katrina_Jade.html

https://pornve.com/bwv8j6ukvj54/BigTitsATWork_Brazzers_Nicole_Aniston_A_Union_Nutbuster_SD_NEW_JAN_122016.html

https://pornve.com/bxedc4gwsg8j/A_Fistful_of_Heaven_Brazzers.html

https://pornve.com/bxg1jbmjveu7/Romi_Rain_Cheating_On_Rain_By_The_Beach.html

https://pornve.com/bxik2gdqczjd/Athena_Pleasures_-_Athenas_A-Plus_Titties.html

https://pornve.com/bxv0plkqafdt/_The_Stowaway_-_Brazzers_.html

https://pornve.com/bxyy7fplt9fd/Tied_Up_Tittyfuck_Makayla_Cox.html

https://pornve.com/byajzpm0934m/Porn_X_MomsInControl_Misty_Stone_and_Sarah_Banks_Like_Mother_Like_Daughter.html

https://pornve.com/byectnjqh2ym/big_tits_big_dick_kayla_kayden_6201_7_098_plays_published_on_1_day_ago_category_babe_blonde_pornstar_kayla_kayden_ramon_nomar_tags_big_tits_blonde_babe_tag_this_video_141_most_played_porn_video_of_today.html

https://pornve.com/byh3fozqdji1/Brazzers_-_Fantasy_history_fuck_with_brunette_teacher_Ayda_Swinger_.html

https://pornve.com/bys2j86uvt4z/Kelly_Divine_-_Pussy_Pacifier.html

https://pornve.com/byywkp29ax7t/A_View_Of_The_English_Cuntryside.html

https://pornve.com/bz855p3gs6d7/milf_hunter_reality_kings_alejandra_leon_levi_cash.html

https://pornve.com/bza49yn9yqn9/Brazzers_Golden_Goddess_Valentina_Nappi.html

https://pornve.com/bze207ozywn4/Free_Anal_3_watch_online_for_free.html

https://pornve.com/bzqnuyv870tn/Victoria_Valencia.html

https://pornve.com/bzt4d52v0521/NEW_HOT_Lena_Paul_Big_Naturals.html

https://pornve.com/bzw4a2q28hvr/Alexis_Fawx_Xander_Corvus_-_Milf_Demands_Workout_Sex_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/c03vq7dfxkyp/Erotic_Massage_Alena_Croft_Anal.html

https://pornve.com/c06mqo2ya4yd/Tiffany_Mynx_-_Fucking_Mother_Nature_In_The_Ass.html
https://pornve.com/c0bub1cpvigc/Brazzers_Private_Treatment_Brazzers_Dirty_Masseur_Johnny_Sins_Natasha_Nice_Brunette_Blowjob.html
https://pornve.com/c0l7hebd6oca/bex_20_06_08_madison_ivy_and_kendra_sunderland_bodacious_bikini_threesome.html
https://pornve.com/c0pqpl7g57rj/Peta_Jensen_-_Breaking_In_Miss_Jensen.html
https://pornve.com/c1cwuak7qjnt/Jezabel_Vessir_Sexy_Jezabel.html
https://pornve.com/c1pt8ga8pr14/Hot_Teen_Next_Door_24.html
https://pornve.com/c1uscyypfhpf/Megan_Vaughn_-_Booty_Time.html
https://pornve.com/c2upfh0tmn6g/Rebecca_Jane_Smyth_Spanking_My_Best_Friends_Mom.html
https://pornve.com/c3hau9qv8syl/Training_Day_Diana_Prince__Keiran_Lee.html
https://pornve.com/c3ko0h9c0pf8/Kissa_Sins_Peta_Jensen_Brazzers_Heavenly_Bodies.html
https://pornve.com/c3rfb93iyfx3/India_Summer_-_Vegas_Milf_Vacation.html
https://pornve.com/c47d712bfgv4/Abbey_Brooks_Show_Me_How_You_Jerk_Off_Mommy_Issues_2.html
https://pornve.com/c4eakrh3bmgg/Round_and_Brown_Grand_Slammin_watch_online_for_free_YesPornPlease.html
https://pornve.com/c4f248dozlnf/SPOV_Girl_Nice_Brazzer_.html
https://pornve.com/c4gq3si9n0hz/Brittany_OConnell_-_Fixing_The_Neighbor.html
https://pornve.com/c5ydxbp62c8w/Isabellas_All_Anal_Fuck_Date_Isabella_De_Santos__Keiran_Lee.html
https://pornve.com/c6c1l8431noq/Abigail_Mac_Johnny_Sins_Horny_and_Dangerous.html
https://pornve.com/c6izw584pdjr/Why_Dont_You_Do_Me_-_Summer_Brielle__Keiran_Lee.html
https://pornve.com/c6jeyx88glo8/PornstarsLikeItBig_Siri_Someone_Called_Siri.html
https://pornve.com/c6ntqweiqw3n/BrazzersExxtra_20_08_07_Sarah_Jessie_Ready_Aim_Anal_.html
https://pornve.com/c7d9x3w74s3n/BrazzersExxtra_Keira_Croft_Cooling_Down_With_Squirting_And_Anal.html
https://pornve.com/c7eyqfayvu6z/Brazzers_-_Tiny_blonde_Chloe_Cherry_goes_for_a_checkup_and_gets_drilled_.html
https://pornve.com/c7fopiwt3993/TeensLoveHugeCocks_19_07_23_Emily_Willis_Eager_Emily_XXX_SD.html
https://pornve.com/c81ich4743bl/A_Strange_Case_of_Bubble_Butt_-_Jillian_Janson__Charles_Dera_.html
https://pornve.com/c82dc4b9ff4y/Nina_Hartley_-_Ninas_Chapel_Of_Lust_Part_1.html
https://pornve.com/c83rjhd7a6nx/Brazzers_-_Shes_Changed.html
https://pornve.com/c8agyjtea42z/Rachel_Starr_Blows_Off_Some_Steam.html
https://pornve.com/c8df5rs05x3g/DareDorm_-_Balloon_Party_-_16_05_13.html
https://pornve.com/c8yis0voyxzn/8thStreetLatinas_Gina_Valentina_-_Damn_Gina_23_09_2016.html
https://pornve.com/c97obb06047f/Nicole_Aniston_06_08_2020_Hardcore_Milf.html
https://pornve.com/c9bhhp0xl23h/Staci_Carr_-_It_Swallows_Part_One.html
https://pornve.com/c9dn3cfsnk64/Memphis_Monroe_And_Audrey_Bitoni_What_Girls_Do_In_The_Bathroom_Audrey_Fucks_In_A_Threesome.html
https://pornve.com/cakh2ezqrkyk/The_Unforgettable_Anniversary_Kayla_Kayden__Keiran_Lee.html
https://pornve.com/caq5pn47tmfu/Moriah_Fucks_Her_Muse_Moriah_Mills.html
https://pornve.com/cb2inezyizff/Monique_Fuentes_-_milfs_of_our_lives_big.html
https://pornve.com/cb6qj5nqxnkw/MomsInControl_Cassidy_Banks_Richelle_Ryan_Jake_Adams_Home_Is_Where_The_Whore_Is_02_03_2017.html
https://pornve.com/cbq315k5zi2r/Dillion_Harper__Lily_Love__Whitney_Westgate_-_Santas_Horny_Helpers.html
https://pornve.com/ccj0krponofi/My_Phys_Ed_Teacher_Fucked_My_Tits_Brazzers.html
https://pornve.com/cclcaoa9qvmw/Nikki_Benz__Summer_Brielle_-_Vice_Squad_Discipline.html

https://pornve.com/ccqlcu2oep31/BigTitsInSports_Layla_London_Marsha_May_Fuck_Games_In_The_Olympic_Village_-_06_08_16.html

https://pornve.com/cdfj34injkeh/My_Scissoring_Stepmom_Ava_Knoxx__Leigh_Darby_Fuck_Jordis_Big_Dick_.html

https://pornve.com/cdh80ev6z2wq/BrazzersExxtra_20_06_28_Ivy_Lebelle_Special_Tasks_XXX_SD_KLEENEX.html

https://pornve.com/cdl5ss2uf0c5/Rachel_Starr_The_Vocal_Coach.html

https://pornve.com/cdz7djr0s623/Alektra_Blue_-_Theres_a_Pornstar_In_My_Kitchen.html

https://pornve.com/ce0826tmjcfa/Sarah_Vandella_New_DA_Nurse.html

https://pornve.com/ce97jo4yn7oe/D4_D3von_480p.html

https://pornve.com/ceh7624n3vuh/Take_A_Seat_On_My_Dick_Ryan_Conner_Bill_Bailey.html

https://pornve.com/cet0j1vhutkb/Madison_Ivy_-_The_Doctor_Part_Four_-_Escape_From_Valhalla.html

https://pornve.com/cf795ezgqvch/Abella_Danger_-_Creeping_Tom.html

https://pornve.com/cfhcnricu34f/Angelina_Valentine_Squirting_And_Facial.html

https://pornve.com/cfqfl1gbughm/BlackGFs_17_04_12_Sizi_Sev_Clean_Pussy_XXX_-KTR.html

https://pornve.com/cgj1ldlgj3dz/PornstarsLikeitBig_-_Nicole_Aniston_Pornstar_Workout_12_28_16.html

https://pornve.com/cgqn2skitqbu/Alyssia_Kent_Jordi_-_Soaked_To_The_Tits_-_Big_Naturals_-_Reality_Kings.html

https://pornve.com/cgtoa9ry3l1s/Bathtime_With_a_Hot_MILF.html

https://pornve.com/chagwq5pa7u2/Drilling_Mommy_Scene_2_Cristal_Ticket_To_Ride_Cristal__Van_Wylde.html

https://pornve.com/ci86yiz48g4h/How_To_Fuck_Butt_Megan_Rain__Veronica_Avluv__Markus_Dupree.html

https://pornve.com/cimju1c2xbux/NEW_Cory_Chase_April_01_2016_-_720p.html

https://pornve.com/cjb8jlzdii4p/ZZ_Lemonade_Kristina_Rose_Kristina_Rose__Jordi_El_Nio_Polla.html

https://pornve.com/cjtjacx2idmq/BigWetButts_18_05_25_Kelsi_Monroe_Kelsi_Gets_Down_XXX_SD_-KLEENEX.html

https://pornve.com/ck2oi38rw0bj/Getting_Wild_With_Keisha_Greys_Big_Ass_.html

https://pornve.com/ckqw45ri0ktt/A_Room_With_A_Cock_Codi_Vore.html

https://pornve.com/ckw4qlom5qcu/Squirt_Christy_Mack_SQUIRT.html

https://pornve.com/cl0fui6fas76/Nina_Hartley__Jillian_Janson_-_Ninas_Chapel_Of_Lust_Part_2.html

https://pornve.com/cl5wjgief72i/Lindsey_russian_in_red.html

https://pornve.com/cl6pzfuamnje/FROM_5star-Nurses_Threesome_Cures_All.html

https://pornve.com/cl6tj8d2lsce/Sharon_Lee_-_Banging_Lee.html

https://pornve.com/cln0u0vp4i06/Are_You_Worthy_Of_My_Ass_Kaylani_Lei.html

https://pornve.com/clnzay6r7301/CumFiesta__RealityKings_Kirsten_Lee_-_Eat_The_Meat.html

https://pornve.com/cm6gai7kdnv7/Rachel_Starr__Johnny_Sins_ZZ_Hospital_Ri_Dick_ulous_Behavior.html

https://pornve.com/cmeyoucdq3a1/Lezley_Zen_-_Here_Today_Fucked_Tomorrow.html

https://pornve.com/cmfbplxc3dbi/A_Stepmothers_Touch.html

https://pornve.com/cmfl9wu354x0/An_Open_Minded_Marriage_Brazzers.html

https://pornve.com/cmnd99fspeq6/Moms_Panty_Bandit_Ava_Addams.html

https://pornve.com/cmndbbs5g5df/Karma_Rx_Cali_carter_Charles_dera_brazzers_sex.html

https://pornve.com/cmnm72ana07a/Fellatio_With_The_She_E_O.html

https://pornve.com/cmwz3v87qlb9/Anal_Queen_Escort_Phoenix_Marie_Danny_D.html

https://pornve.com/cmzog4rg0ab1/DareDorm_17_04_14_Ziggy_Star_And_Marley_Brinx_Wild_And_Loca_XXX_-KTR.html

https://pornve.com/cn0wc373l1s2/Cameron_Dee__Nina_Elle_-_Take_This_Slut_For_A_Spin.html

https://pornve.com/cnb3yk1mvdww/ZZSeries_-
_Aruba_Jasmine_And_Peta_Jensen_Storm_Of_Kings_Part_2.html
https://pornve.com/cngl1p3jjv9k/Kerry_Louise_No_Ordinary_Housewife_Ordinary.html
https://pornve.com/cnlr5xce4xh2/DAREDORM_82_Three_Is_A_Crowd_1of2.html
https://pornve.com/cnuobd22plp7/Michelle_Thorne_Spanglish_Lessons.html
https://pornve.com/cogqeye7n6tn/Sandee_Westgate_-_Beat_The_Heat_with_A_Wet_T_Shirt.html
https://pornve.com/corpcec70czm/Franceska_Jaimes_BTAS_MILF_Pornstar_Franceska_Jaimes_Tags_Latina_f
Danceska_Jaimes_Bigass_Bigass_Bigboobs_Tag_This_Video_78_Top_Rated_Porn_Video_Of_Today_161_Most
_Played_Porn_Video_Of_Today_181_Top_Rated_Porn_Video_Of.html
https://pornve.com/cp0ju1s27aa0/Brazzers_House_Episode_Two.html
https://pornve.com/cpnkz31e5sld/Hot_New_Bridgette_B_And_Abigail_Mac.html
https://pornve.com/cpucenl73adv/Booty_Shakes_And_Ass_Quakes_Kelsi_Monroe__Keiran_Lee.html
https://pornve.com/cq089l82y34q/Brazzers_Teaching_Your_Tutor_To_Suck_Dick_Brazzers_Jordi_El_Nino_Pol
la_Zoe_Doll_Ania_Kinski_Mo.html
https://pornve.com/cq7gztcwjt6n/Mom_Bang_Teens_9.html
https://pornve.com/cqxlwctla2m7/Sybil_Stallone_Nothing_Like_A_Mothers_Love.html
https://pornve.com/cr2wknnhigdy/Sheila_Marie_-_Belly-Dancing_And_Booty_Shaking.html
https://pornve.com/crcn41axs8qj/Tiffany_Tyler_-_Love_In_The_Mud.html
https://pornve.com/crge48oeulzk/Lovely_Lucia.html
https://pornve.com/crm3lyzrpw4k/Erotic_Massage_After_Tube_Anal_Massage.html
https://pornve.com/crnadk9x6tre/Gina_Valentina_Victoria_June_Justin_Hunt__Hooker_On_The_Run_.html
https://pornve.com/crvsxyyfv2jn/Brazzers_-_Hands_Off.html
https://pornve.com/cryfk9vwbv2v/Porn_XBigWetButts_Sarah_Banks_Booty_On_The_Bike.html
https://pornve.com/cryidczyi4sq/brazzers_peta_jensen_by_jaojao_-
_published_on_26_minutes_ago_category_anal_brunette_pornstar_peta_jensen_tags_anal.html
https://pornve.com/crytiyjmutk9/Good_Shit_Jayden_Jaymes_Request_Description.html
https://pornve.com/cs71o1k8hugg/Brazzers_The_Housewife__The_Hitchhiker.html
https://pornve.com/cs7dwuavrtnc/Abella_Pool_Side_Fucking_-_porngift_-_pornve_com.html
https://pornve.com/cs7le5vftrfn/Nicole_Aniston_Keiran_Lee_Team_Player.html
https://pornve.com/cs7np6rtls41/Cleaning_Up_His_Mess_Brandi_love.html
https://pornve.com/csjypsos85us/Big_Naturals_Skylar_Snow_Pro_Bone_Her.html
https://pornve.com/csmfmlmhgdgb/Brazilian_Sex_Sexy_MonsterCurves_Monica_Santhiago_Primetime_View
.html
https://pornve.com/csodyua5cedq/Ebony_Babe_NEW_Diamond_Jackson.html
https://pornve.com/ctc6uo7okg6p/Sexy_Madison_Ivy_The_Mystique_Of_Madison.html
https://pornve.com/ctkg1sfzx64r/Sybil_Stallone_Van_Wylde_Anal_BigAss_BigButt_BigTits_Blowjob_Brunette
_Milf_Pornstar.html
https://pornve.com/ctzpa5x6dqet/Brazzers_Only_The_Best_For_My_Family.html
https://pornve.com/cukandvwk6ft/Monique_Alexander_Therapist_fuck_doctor.html
https://pornve.com/cupwvso5z0h9/Anal_on_Easter_Marsha_May__JMac.html
https://pornve.com/cuydeaqotydj/Britney_Amber_Lil_Campers_03_09_2020_Milf_Threesome_MILF_0_05_0
9_2020_on_SexyPorn.html
https://pornve.com/cuz11klwznwi/EuroSexParties_Kristina_Miller_Courtney_Blue_Wet_It_And_Get_It_-
_13_10_2016.html
https://pornve.com/cvq6a0eglj5m/NEW_MIC_Crystal_Rae_And_Diamond_Jackson.html
https://pornve.com/cvwt2y6hh4ur/BrazzersExxtra_Lela_Star_Nicolette_Shea_I_Dont_Know_Her.html
https://pornve.com/cvzylrr38zoc/ham_20_06_03_bridgette_b_and_kiara_cole_fucking_fight_me.html

https://pornve.com/cwac2hgn2n0p/NEW_Disrespecting_The_Maid_Gia_Paige_Tory_Lane__Mike_Mancini_December_29_2015.html

https://pornve.com/cwaqxnoo5pxv/RKPrime_Aubrey_Rose_Jessie_Lynne_Last_Milf_Standing_-_08_12_2016.html

https://pornve.com/cwbfwlf4s0ur/Rahyndee_James_-_Natural_Perfection.html

https://pornve.com/cwhlz5a259nn/Brazzers_com_-_Kaylynn_-_Ill_Be_Your_Blow-Up_Doll.html

https://pornve.com/cwnu6pyahtzp/Screw_the_Apple_I_Want_to_Fuck_the_Tree_Diana_Prince__Johnny_Castle.html

https://pornve.com/cwv272042iqf/Wet_Dreams_Dani_Jensen.html

https://pornve.com/cwvhm322k2af/Spin_Cycle_Teen_Dillon_Harper_Gets_Caught_Humping_The_Washer_.html

https://pornve.com/cxqbojzt5eri/PornstarsLikeItBig_-_Chanel_Preston_Kristina_Rose_Phoenix_Marie_Brazzers_New_Years_Eve_Party_01_01_17.html

https://pornve.com/cxxdt56zb8ll/Brazzers_-_Horny_babe_Charles_Dera_fills_her_pussy_with_big_white_cock_.html

https://pornve.com/cy20xgu462zd/Big_Tits_Boss_25_2015_Part_4.html

https://pornve.com/cy25ulexmgys/Brazzers_Karma_Rx_Humping_My_Chakras.html

https://pornve.com/cyf6zu7vo7rr/Brazzers_Demi_Sutra_A_Family_Affair_The_Reunion_Part_1_BrazzersExxtra_porn_VEPORN.html

https://pornve.com/cz1o733m24rv/DoctorAdventures_-_Veronica_Avluv.html

https://pornve.com/cz3uo72pun4v/Brazzers_Exxtra_-_Iggy_Amore_Silvia_Saige_-_Rough_Time_For_A_Tiny_Tease.html

https://pornve.com/cz44c2oliywy/Lezley_Zen_-_Here_Today_Fucked_Tomorrow.html

https://pornve.com/czg65snjgnwp/Cumming_Out_Of_The_Closet_Alena_Croft_Scarlit_Scandal__Tyler_Nixon.html

https://pornve.com/czme9dhlq3mx/Becky_Bandini_thressome_Streched.html

https://pornve.com/czop6sqwxyr6/Candy_Licious_-_Blonde_Lust.html

https://pornve.com/czr5lcoqoxor/NEW_MILF_Threesome_Brandi_Love_The_Contractors_April_29_2016.html

https://pornve.com/d07umhem7737/Veronica_Avluv_Whos_Boss_Blowjob_POV.html

https://pornve.com/d0p0pmug1fx8/Ava_Addams_Is_A_Very_Horny_Housewife_Who_Gives_it_Good.html

https://pornve.com/d0rxu3qxk0ja/MommyGotBoobs_-_Veronica_Avluv_Banana_Nut_Muffin_23_November_2015.html

https://pornve.com/d0v8d24528q5/Kiki_Minaj_Danny_D_Latexxx.html

https://pornve.com/d1e00nnutgpy/Jaclyn_Taylor_-_Interviewing_The_Ex.html

https://pornve.com/d1gsxpecsbey/Jessa_Rhodes_-_Your_Father_Fucks_Me_Harder.html

https://pornve.com/d1tmjjo9j6dd/Ryan_Conner_In_That_Big_Tasty_Ding_Dong.html

https://pornve.com/d1w2hvcf7nfc/Mommy_Issues_2_Tiffany_Rain__Jordi_El_Nio_Polla.html

https://pornve.com/d1xv1ghlsqwk/Brazzers_Gabriella_Paltrova__Danny_D_-_Girl_gets_huge_facial_.html

https://pornve.com/d1zo2dpsv6m0/Blonde_Deepthroat_Marsha_May_Last_Stop.html

https://pornve.com/d20038dollq0/Cathy_Heaven_Meddling_Mother_In_Law.html

https://pornve.com/d2kjywn0zf3u/You_Snore_She_Whores_Brazzers.html

https://pornve.com/d2l153t3tzvc/Trixie_Tao_-_Naughty_Trixie.html

https://pornve.com/d2mpm6gv0ea8/Innocent_asian_girl_love_huge_cock.html

https://pornve.com/d30a5iane9pp/PornstarsLikeItBig_17_08_20_August_Ames_The_Biggest_Whore_In_Hollywood_XXX_-KTR.html

https://pornve.com/d351bv0ghf0d/Slip_It_In_S3_Delicious_Aspen_Aspen_Ora.html

https://pornve.com/d3ab38jacp4r/Photo_Finish_On_My_Tits_Brazzers.html

https://pornve.com/d3ehigth31d8/Rebecca_Moore_Ramming_Rebecca.html

https://pornve.com/d3mrh879g9re/Darling_Danika_My_Mother_The_Clothes_Whore_Mommy_Issues_2.html

https://pornve.com/d441rhxd5goq/Cowgirl_Dayna_Vendetta_720p.html

https://pornve.com/d4daj6iv4y8q/BrazzersExxtra_-_Madison_Ivy_1_800_Phone_Sex_Line_6_.html

https://pornve.com/d4isfth72bxa/StreamBoxX_Net-I_Hate_My_Step_brother.html

https://pornve.com/d4vzjltzzm1c/Abella_Danger_-_Cum_Thru_3.html

https://pornve.com/d58lhqdh9hao/Jenaveve_Jolie_Audrey_Bitoni_Brazzers_Expose.html

https://pornve.com/d5rnx6l5u9cd/RK_Prime__Andreina_De_Luxe_A_Public_Display_Of_Indecency.html

https://pornve.com/d5z5jyrsj5z2/Lisa_Ann_Seduction_For_Sport.html

https://pornve.com/d6lix449wh6o/_Rub_N_Tug_Trainee_Kalina_Ryu__Morgan_Leen_Asian_Massage_Threesome_.html

https://pornve.com/d79syiyijoqj/Brazzers_Booty_on_the_bike_Brazzers_Sarah_Banks_HD_Hot_Professional_Black_Girl_Long_Hair_Bl.html

https://pornve.com/d7drabt5tniy/All_Good_Mew_Avalon_Heart.html

https://pornve.com/d7rgwqkpqgiz/DoctorAdventures_Samantha_Rone_Doctors_Without_Boners_-_28_11_2016.html

https://pornve.com/d879ikhix04f/Joslyn_James_-_Juicy_Joslyn.html

https://pornve.com/d8ndvm3l82gc/Abella_Danger_Johnny_The_Kid_-_So_Fresh_And_So_Clean_-_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/d8pm8h4wxv05/_Store_Whore_Credit_.html

https://pornve.com/d91ecpj4wvyc/Vanessa_Cage_Can_You_Undress_Me.html

https://pornve.com/d9a7nyjez6lb/Sneaky_Sex_Ivana_Sugar_Tina_Kay_Dick_For_Dinner_New.html

https://pornve.com/d9av9gmdtcnf/Kiara_Lord_Cheating_Whore_102320.html

https://pornve.com/d9n2xmocbskd/Kitty_Love_Jordi_El_Nino_Polla_Blacklight_Beauty_RK_Prime_Reality_Kings.html

https://pornve.com/d9n5v7fsry0m/jada_stevens_banging_jada_.html

https://pornve.com/d9nai7bd1wre/madison_scott_MCBooper.html

https://pornve.com/d9syiim4brsq/American_Whore_Story_Part_Four.html

https://pornve.com/d9sz3egq97ef/Big_Tits_At_School_-_Jean_Michaels_Getting_In_To_Her_Character.html

https://pornve.com/d9x5dxx468je/Devon_Lee_-_The_Landlords_Wife_For_One_Night.html

https://pornve.com/da4xn9nt56wi/Brazzers_Kimmy_Granger_Hold_The_Phone.html

https://pornve.com/dabvn92bvckn/Couch_Cooch.html

https://pornve.com/dad56whxnrva/shyla_Super_Hardcore_Punish.html

https://pornve.com/danlgul6pxh6/Anal_Big_Ass_Jenna_Ivory_Anal_Jenny_Ivory_Gets_Fucked_Anal_Anal_Blonde.html

https://pornve.com/dax5jbukkssf/phoenix_merged_item1_4_1.html

https://pornve.com/db47qohy36cz/Austin_Kincaid_-_Speed_Dating.html

https://pornve.com/db5f51epnhns/Madison_Scott__Hailey_Young_-_Big_Cock_First_Timers.html

https://pornve.com/dbrk83me83a6/GFRevenge_Panty_dropper.html

https://pornve.com/dbtaxhcg6ajs/Devon_Lee_-_Getting_Screwed_By_The_Mechanic.html

https://pornve.com/dc00j1osgkfz/ZZSeries_Brazzers__Cherie_Deville_Yasmine_de_Leon_Charles_Dera_Tyler_Knight_ZZ_Erection_2016.html

https://pornve.com/dcayznlhcp7e/Cumming_In_Brazzers.html

https://pornve.com/dce807d1by01/katana_kombat.html

https://pornve.com/dcyi8i82ko3a/Chrismas_in_live_sperm.html

https://pornve.com/dd284rhtvi97/8thStreetLatinas_17_03_03_Vienna_Black_Bottomless_Pussy_XXX_-
KTR.html

https://pornve.com/dd54w7dp9g61/Mommy_Got_Boobs_Alura_Jenson.html

https://pornve.com/dd8yso2wtany/Alektra_Blue_Chanel_Preston_Monique_Alexander_Brazzers_Cuntathlon.
html

https://pornve.com/ddakznde25g8/Kaylani_Lei_The_Model_Stepmom.html

https://pornve.com/dds3pcxyrdge/Kyle_Mason_Mind_If_Stepmom_Joins_You.html

https://pornve.com/ddtbcxmttp4b/Delicious_Devyn_big.html

https://pornve.com/ddva7zsfl9ec/Realitykings__Milf_Hunter__Sexy_Brooke.html

https://pornve.com/de06sl2lxekz/loving_kim_big.html

https://pornve.com/dec8xuwmwvdd/LilHumpers_3_S2_Kailani_Kai_Getting_Humped.html

https://pornve.com/dehh3j6tt8nc/Teen_And_Milf_Compilation.html

https://pornve.com/deiaqreu5fd8/CourtneyTaylor_BustedOpen_-_Taylor_Busted.html

https://pornve.com/dejog5r24pn1/DAREDORM_85_Whipped_Cream_1of2.html

https://pornve.com/dely3sk3zjsb/StreetBlowjobs_-_Arrow_Star_-_Arrow_Head_-_07_Dec_2014.html

https://pornve.com/dert75blihlb/lisa_ann_seduction_for_sport.html

https://pornve.com/df3ad1q18h9l/Lela_Star_-_Suck_Slut.html

https://pornve.com/df5vgwv76dgy/NEW_Peta_Jensen_Pass_The_Peta.html

https://pornve.com/dfbprzzfw780/Jaclyn_Taylor_How_Do_I_Look_Mommy_Issues_3.html

https://pornve.com/dffh6rnl16tp/BigWetButts_-_Brazzers_-
_Lauren_Phillips_Ricky_Johnson_Soak_My_Sundress.html

https://pornve.com/dfmvsnhtkdar/Francesca_Le_-_Welcome_To_The_Neighbourhood.html

https://pornve.com/dfssxjr00oss/Gabriella_Salvatore_-_Im_All_Yours_Do_Your_Worst.html

https://pornve.com/dgffo326y8a2/Desiree_Lopez_-_Laid_Out.html

https://pornve.com/dgiwd91irxax/Realitykings__RK_prime__Lil_Spinner_Freak.html

https://pornve.com/dgo381oiujov/Diamond_Foxxx_-_Now_Were_Even_Bitch.html

https://pornve.com/dgqvw34lcngj/DAREDORM_77_Pledge_fuck_1of2.html

https://pornve.com/dgstkx3k6jfl/Lena_Paul_in_Bubble_Butt_Anal.html

https://pornve.com/dgyktixohkoc/Amy_Parks__Adrian_Maya__Cristi_Ann_-_Oil_Wrestling.html

https://pornve.com/dhcbqwvh3lql/Jodi_Bean_-_Breasts_In_Nets.html

https://pornve.com/dhcu7cxiwxfd/Teen_Like_It_Big_Emily_Willis_Practice_Makes_A_Perfect_Slut.html

https://pornve.com/dhev1u2rxs6b/blowjob_big_tits_brunette_milf_hardcore_big_dick_cumshot_babe_fetish
_rachel_starr__johnny_sins_a_horny_devil.html

https://pornve.com/dhfmlpu4rd8o/Brazzers_Sneaky_Mom_Clueless_Dad_Brazzers_Milfs_Like_It_Big_Bill_Bai
ley_Joslyn_James_Blonde_B.html

https://pornve.com/dhfnyv6y84sp/Haley_Reed_-_Freaky_Haley.html

https://pornve.com/di0f48dfjafd/DareDorm_Camp_Bang_Out.html

https://pornve.com/dinnaiavw03e/Internet_Outage_Poundage_-_Brandi_Love_And_Alexis_Fawx.html

https://pornve.com/djeriunawha9/FirstTimeAuditions_-
_Naomi_Woods_Sweet_naomi_23_November_2015.html

https://pornve.com/djfh1q2a7tm3/RKPrime_19_07_23_Luna_Star_Vip_Booty_XXX_SD.html

https://pornve.com/dk1koqoo3wh/Jessa_Rhodes_Rich_Bitch_Has_An_Itch_1080p_XXX.html

https://pornve.com/dkd8o0iqss0y/Pornx_best_of_brazzers_working_out.html

https://pornve.com/dkheybsayslg/Delicious_Tits2_Summer_Brielle.html

https://pornve.com/dkpbwvcy7udr/doctor_adventures_brazzers_kiera_rose_charles_dera_pussy_is_the_best
_medicine.html

https://pornve.com/dkw4oeheuccp/Sienna_West__Carmella_Bing_-_An_Uninvited_Guest.html

https://pornve.com/dl7vy11b46tv/Erotic_Massage_Dillion_Harper.html

https://pornve.com/dIckxdtyblan/BigButtsLikeItBig_17_02_21_Yurizan_Beltran_Yurizans_Cum_Addiction_XXX_-KTR.html
https://pornve.com/dlg4kyc61kbl/Holly_Halston__Noelle_Easton_-_Like_Mother_Dyke_Daughter.html
https://pornve.com/dlmt92v4l24c/A_Domestic_Dicking_Brazzers.html
https://pornve.com/dlu5z9v4qtij/Brazzers_S_Is_For_Squirt_watch.html
https://pornve.com/dlzd6sf4e76n/StreetBlowJobs_17_02_12_Kat_Monroe_Bad_Kat_XXX_-KTR.html
https://pornve.com/dm58v2jks57g/FirstTimeAuditions_Zara_Ryan_-Fit_And_Tight.html
https://pornve.com/dmscf2f9opd7/Lynna_Nilsson__Danny_D_Pulse_Part_Two.html
https://pornve.com/dn65h5lo6157/Kiki_Minaj_Gives_It_Up_To_Burglar.html
https://pornve.com/dnkwimbc5xzl/Guiliana_Alexis_-_Bang_and_suck.html
https://pornve.com/dnnm6ql72ypy/Brazzers_-_Kimmy_Granger_If_Its_Going_To_Be_That_Kind_Of_Party.html
https://pornve.com/dnpzpbl1m14c/Porn_Fight_With_Scray_Punisher_Danny_D_And_Aletta_Ocean.html
https://pornve.com/do33kg7sgzf1/Bella_-_Hunting_For_The_Biggest_Cock.html
https://pornve.com/do51aepza5ks/Madison_Scott_-_We_Really_Shouldnt_Be_Doing_This.html
https://pornve.com/dociff8c86e7/You_May_Now_Peg_The_Bride.html
https://pornve.com/doqsyp0dttko/Erotic_Massage_Capri_Cavanni.html
https://pornve.com/dot1684zgpr5/Erotic_Massage_Air_Nature_Massage.html
https://pornve.com/dp06u09i2pxc/_blonde_blowjob_big_tits_milf_fuck_mature_public_theatre_fuck_theatre_.html
https://pornve.com/dp6770o8b93c/So_You_Think_You_Can_Twerk_-_Diamond_Kitty__Kelsi_Monroe_.html
https://pornve.com/dpctr9mssb04/Doctor_Adventures_This_Pharmacist_Can_Fuck_Off.html
https://pornve.com/dprt2ikyd7qt/Mommy_Got_Boobs_-_Veronica_Avluv_Banana_Nut_Muffin.html
https://pornve.com/dq41xtrdhqd0/Ashley_Graham_-_Fucking_For_Science.html
https://pornve.com/dqcfh1vk720d/Caught_mom_fucking_friends_and_joined.html
https://pornve.com/dqewzomfus08/_Nailin_The_Mail_Order_Bride_-_Brazzers_.html
https://pornve.com/dqh2ly43tb73/BlackGf_-_Karissa_Kane.html
https://pornve.com/dqkuo3poy5pb/Alexis_Breeze_-_Poison_Tit_Suck_-_Brazzers.html
https://pornve.com/dqqumpowjc08/RealWifeStories_Alektra_Blue_Swingers_On_Vacation_Part_2.html
https://pornve.com/dqrvhmb00z2u/Ava_Addams_Megan_Rain_And_Jordi.html
https://pornve.com/dqtmhcl9axpr/_I_Hate_My_Stepbrother_.html
https://pornve.com/dr787qkrn434/NEW_Peta_Jensen.html
https://pornve.com/dr78x45ty9cz/Request_Elsa_Jean_And_Osa_Lovely.html
https://pornve.com/dr8w491dxlvq/Amirah_Adara__Mercedes_Carrera_-_Your_Dad_Doesnt_Understand.html
https://pornve.com/drcwsd4b6pvs/MomsBangTeens_Bride_To_Be_Realitykings_Big_Tits_Big_Dick_Blowjob_Professional_Wedding_MomsBa.html
https://pornve.com/drjwlaalwha9/MILF_Lisa_Ann_Fucks_The_Best_Friend_Of_Her_Son.html
https://pornve.com/drms89pgkw5g/PornstarsLikeItBig_Nikki_Benz_40Toying_With_A_Pornstar_-_25_10_201641.html
https://pornve.com/drpcq0dp8697/Missy_Martinez_-_Mrs_Martinez_And_Her_Gaping_Asshole.html
https://pornve.com/drxgg6qjuxkn/Eva_Notty_-_This_Is_What_It_Sounds_Like_When_Moms_Fuck.html
https://pornve.com/dsefvybnpwhw/tlib_19_08_05_aria_lee_joy_riding_a_cock.html
https://pornve.com/dsfn7g6lzn5n/Erotic_Massage_Big_Anal_Works.html
https://pornve.com/dshvz6lh36px/BigButtsLikeItBig_15_11_10_Britney_Amber_The_Bosss_Butt.html
https://pornve.com/dstcxadd0qtl/Toeing_The_Line.html

https://pornve.com/dsxo7kk2epmr/Ray_Veness_Mom_Sees_A_Dirty_Movie.html
https://pornve.com/dt0nobog045g/Naughty_Bookworms_2015_-_Kourtney_Kane.html
https://pornve.com/dt932x4op33q/All_Good_New_Jamie_Valentine_And_Dillion_Harper.html
https://pornve.com/dtaavck505dy/Abbey_Brooks_-_Extra_Benefits.html
https://pornve.com/dteufg1kea5r/Yurizan_Beltran_-_Poolside_Bang_Bang.html
https://pornve.com/dtid3mmcy8pl/GFRevenge_Busting_loose.html
https://pornve.com/dtqs9apacnlj/Hot_family_fun-_17_min.html
https://pornve.com/dtvr7rgsp165/Aidra_Fox_-_Aidra_Gets_Her_Fill.html
https://pornve.com/dustyd8jvyp3/Don_t_Tell_Mom_The_Babysitter_s_A_Slut.html
https://pornve.com/duutxb6rztsm/Helicockter_Mom_-_Krissy_Lynn___Ricky_Spanish.html
https://pornve.com/duz45fjdmvpx/1800_Phone_Sex_Line_12_Clea_Gaultier_Lela_Star_Luna_Star__Xander_C
orvus.html
https://pornve.com/dv6an6rg5mat/Lisa_Ann_-_Pound_Me_Better_Honey.html
https://pornve.com/dv80nhp64tav/Kagney_Linn_Karter_The_Boss_Wife.html
https://pornve.com/dvegmgk6a7x6/Our_New_Maid_Part_1.html
https://pornve.com/dvfsrthm2t0y/Brazzers_-_Diamond_Is_Your_Boss.html
https://pornve.com/dvrtil9vxv8e/Alina_Lopez_Keiran_Lee_-_Rude_Awakening_-_Teens_Like_It_Big_-
_Brazzers.html
https://pornve.com/dvtz34f5290s/ANAL_Bella_Bellz_Her_Ass_Is_Less_Thicker_Now.html
https://pornve.com/dw28olovt41j/Alura_jenson_and_joslyn_james_milf_wars.html
https://pornve.com/dw3nrjijrsa9/All_Good_Madison_Parker.html
https://pornve.com/dwaal9xal37b/Aletta_Ocean_maid.html
https://pornve.com/dwf0yxmsq9x3/Show_Me_The_Yoni_India_Summer_Keiran_Lee.html
https://pornve.com/dwqga4jf3lpq/Madison_Ivy_Kinky_Kidnap.html
https://pornve.com/dx08ff3m8pc9/_Brazzers_-
_Hot_latina_babe_Sophia_Leone_offers_sex_to_cover_the_rent_.html
https://pornve.com/dx2a9n9n605a/Mindy_Main_-_Makeover_Makeshift.html
https://pornve.com/dy2wg98svz2m/H0t_Bu5h_14_B4iley_B4e.html
https://pornve.com/dy47l4n0pqol/Nikky_Dream_Loves_Giving_The_Anal_Gift.html
https://pornve.com/dydpvhy4q05a/Hard_Anal_Oil_Ass_Nikita_Denise.html
https://pornve.com/dyl99vl2lkjo/Anal_Big_Ass_AVA_ADDAMS_ANAL.html
https://pornve.com/dyrkbrej5dhz/Brazzers_Abella_Danger_Shower_Curtain_Cock.html
https://pornve.com/dyxl8nuwho8j/Full_Service_Station_Nikki_Benz_Sean__Lawless.html
https://pornve.com/dzu79cmyq748/Lela_Star_-_Infiltrating_Kim_K.html
https://pornve.com/e0enol8doqt2/Sofia_rivera___Phoenix_-_My_Girlfriends_Hot_Mom_15_2015.html
https://pornve.com/e0f483jjur0o/NEVER_GET_MARRIED_The_Revenge_-_Dana_DeArmond.html
https://pornve.com/e0hskupmnukd/Madison_Ivy_-_Madison_Ivy__Johnny_Sins.html
https://pornve.com/e0lj6p8pm3j6/Interracial_Madness.html
https://pornve.com/e0ppx5coj692/Mila_Milan_The_Cats_Meow.html
https://pornve.com/e1ddl7xfri18/Big_tits_anal.html
https://pornve.com/e1dusfk36xh1/Madison_Ivy_-_Youre_no_Nurse.html
https://pornve.com/e1p9r272a8zf/valentina_nappi_pool_side_hottie_.html
https://pornve.com/e24t8oczr2jo/Dollie_Darko_Ass_Fucked_By_Danny_D_Full.html
https://pornve.com/e2k2s407y062/Bridgette_B_And_Juelz_Ventura_Brazzers_Live_39_DP_Showdown.html
https://pornve.com/e2q32955v2im/neakySex_-_Serena_Santos_Lulu_Chu_-_In_This_House.html
https://pornve.com/e2t1wfc9pq5i/MilfsLikeItBig_Chanel_Preston_One_Lucky_Butler.html
https://pornve.com/e2tw49ent6so/Brazzers_Rip_My_Jeans_Brazzers_Angela_White_Keiran_Lee_Anal_Brune
tte_White_Girl_Huge_Tits_W.html

https://pornve.com/e35a6givyjws/brazzers_9129.html
https://pornve.com/e38qbn3gvqxv/Aryana_Adin_-_The_Kitchen_Humper.html
https://pornve.com/e3qwpwzzolm9/Brazzers_-_Ariella_Ferrera_-The_Female_Orgasm_101.html
https://pornve.com/e4uic651yhv8/That_Guy_Fucked_3_Of_My_Fav_MILF_Pornstars_At_D_Same_Time_Slut_Hotel_Part_3_Rachel_Roxxx_Isis_Love_Romi_Rain.html
https://pornve.com/e54ndodn18zz/_Brazzers_-_Tia_Cyrus_cheats_her_husband_with_a_guy_with_a_bigger_dick_.html
https://pornve.com/e5b13anzz6j1/1800_Phone_Sex_Line_6_Madison_Ivy26_01_2018.html
https://pornve.com/e5bzgyv69dp6/Brazzers_House_Reality_Show_LIVE.html
https://pornve.com/e5hxyamknfnr/Sofia_Rose_Deep_Stretching.html
https://pornve.com/e5oc9nwruj1s/TeensLikeItBig__Brazzers_Lana_Rhoades_-_Over_Easy.html
https://pornve.com/e5q9hscuokut/Stepmoms_Needs_Loving_Too_Aaliyah_Hadid_Alura_Jenson.html
https://pornve.com/e68nfp5cfbsn/Banana_Nut_Muffin_Veronica_Avluv_Buddy_Hollywood.html
https://pornve.com/e69lhpqtrah6/Memphis_Monroe_-_Memphis_Gets_Fucked_On_TV.html
https://pornve.com/e6cnz2tpioxv/Brazzers_Librarian_needs_a_licking_Brazzers_Big_Tits_At_School_Kendra_Lust_Xander_Corvus_Brune.html
https://pornve.com/e6oix75z4hbd/Realitykings_Social_Proof_Kenzie_Reeves.html
https://pornve.com/e6r34m5eexhw/Babezz_Watch_A_XXX_Parody.html
https://pornve.com/e6tmar6zap17/Lvy_Lebelle.html
https://pornve.com/e76o1i88wp0t/Jennifer_Keelings_-_Fucking_The_Cable_Guy.html
https://pornve.com/e7lfdjblxqvu/kenzie_reeves_in_piped_down.html
https://pornve.com/e7r0ktwsx2ib/Alison_Tyler_-_The_ZZ_Special.html
https://pornve.com/e88xwl6by4xj/Money_Talks_taco_muncher_big.html
https://pornve.com/e8jyxv95yino/Breaking_In_My_New_Girlfriend_-_Anna_Bell_Peaks_Ashly_Anderson.html
https://pornve.com/e97tntydekis/Good_Girls_gone_bad_2.html
https://pornve.com/e9cvet8b9dq9/Peta_Jensen_-_The_New_Porno_Order.html
https://pornve.com/e9fh01m7bou5/DAREDORM_71_A_Guy_For_All_1of2.html
https://pornve.com/e9p0q1dez72q/Brother_Fuck_Sisters_Hairy_Friend.html
https://pornve.com/e9qlxt069jha/Bubbliest_Butt_Bridgette_B.html
https://pornve.com/e9x3agh4ag6x/Eva_Angelina_-_Earning_Respect.html
https://pornve.com/ea3qm8jh7ifs/Melissa_Moore_And_Riley_Reid_-_Almost_Sisters.html
https://pornve.com/ea7v7dl9i3tg/Nailin_The_Mail_Order_Bride_Christen_Courtney__Adrian_Dimas__Sam_Bourne.html
https://pornve.com/ea9aohepic07/Leigh_Darby_Ava_Koxxx_Jordi_Momsincontrol_54_Top_Rated_Porn_Video_Of_Today_113_Most_Played_Porn_Video_Of_Today_160_Top_Rated_Porn_Video_Of_Week.html
https://pornve.com/eadfroc8p9r6/Blonde_Brunette_Orgy_Party_Poker_Poker_Party_.html
https://pornve.com/ealbncdlhhs8/Ebony_Oiled_Leilani_Leeane_Massage.html
https://pornve.com/eb50m6b293ec/Raven_Redmond_Natural_Reaction.html
https://pornve.com/eb627zljdagf/Amy_Anderssen_and_Nikki_Benz_-_School_Sucks_and_So_Do_My_Teachers.html
https://pornve.com/ec9agiqywx22/Tiffany_Watson_WTF_Is_Going_On.html
https://pornve.com/ec9lmysh80dh/MommyGotBoobs_Syren_De_Mer_Mother_Of_The_Bride.html
https://pornve.com/ecdhifz2dbgk/Riley_Evans_-_Rileys_Raunchy_Rubdown.html
https://pornve.com/ecfdrgqqzudp/Nicole_Sheridan_-_Tennis_Tits.html
https://pornve.com/ecw8cfxhqb66/BigButtsLikeItBig_Kelsi_Monroe_Inspector_Ass_-_17_11_2016.html
https://pornve.com/ed5nps9i9n12/Brazzers_-_Romi__Rachel_Rachel_Starr_Romi_Rain_Keiran_Lee.html

69

https://pornve.com/ed5wm0lcb6lr/Milfs_Likes_It_Big_Isis_Love_Wet_And_Smoking.html
https://pornve.com/ed9f912jdsth/Skinny_Ebony_Dark_Small_Tits_Black_Interracial_Tags_Ebony_40_413_30
3_Plays_Published_On_1_Day_Ago_Stop_Flaggin_My_Videos_Category_Babe_Dark_Woman.html
https://pornve.com/edc7mwtqxys0/Lisa_Ann_Lisa_Anns_Lover.html
https://pornve.com/edk1tcwd4ps2/Shawna_Lenee_-_Paybacks_A_Bitch.html
https://pornve.com/edoduhb1nw80/Real_Wife_Stories_-_August_Taylor_-
_My_Husbands_Best_Friend.html
https://pornve.com/eds0jbxke7t6/MomsLickTeens_Kate_Linn_Aubrey_Rose_More_Than_Friends_-
_22_11_2016.html
https://pornve.com/eecc3jfgli24/Brunette_Milf_Blowjob_And_Swap.html
https://pornve.com/eenck02eck8f/Melissa_Moore_Mary_Moody__Strawberry_Slutcakes.html
https://pornve.com/eevg6ymu2oyu/Pool_Hall_Twerk_Moriah_Mills.html
https://pornve.com/eexosteolrl7/RealWifeStories_Kendra_Lust_Need_A_Hand_12_07_16_rq_1k.html
https://pornve.com/eeyfsrnh3ygy/My_wife_slut_03.html
https://pornve.com/ef33e0c357y6/Cucked_At_The_Carnival.html
https://pornve.com/ef7p3x83wewa/WELIVETOGHETHER_LENA_PAUL_ANDREW_BLAKE.html
https://pornve.com/efbl9h2eznwv/Alexis_Fawx_Monique_Alexander_Rachel_Starr_Awesome_Threesome.ht
ml
https://pornve.com/efl27j9h8o4l/TeensLoveHugeCocks_Sydney_Cole_-_Super_Sydney.html
https://pornve.com/efqrg0xvnitq/Dolly_Leigh_Xander_Corvus_The_Foreman_Is_A_Whore_Man.html
https://pornve.com/efzbjs7428xm/Anal_Stroking_That_Massive_Ego_Angelina_Valentine.html
https://pornve.com/eg46jfbnmw3r/BigTitsatSchool_Lezley_Zen_-_Ms_Zens_Side_Job.html
https://pornve.com/egbbf1s79ewq/StreetBlowJobs_16_01_03_Sonia_Lei_Suck_It_Sonia.html
https://pornve.com/egh15zs9earg/GFRevenge_Camping_cutie.html
https://pornve.com/egle9ch63he1/Mommy_Needs_A_MANicure_Reagan_Foxx_Jordi_El_Nino_Polla_.html
https://pornve.com/egqkd4y5ac3m/Jessie_Jett_Game_Time_.html
https://pornve.com/egwhc5i1kkkt/Breathing_Sexcercise_Natasha_Nice_Alex_Legend.html
https://pornve.com/egwkfiffku1c/Massive_Load_On_Tits_After_Anal.html
https://pornve.com/ehhc6hf34ds4/Courtney_Taylor__Keiran_Lee_Journey_to_the_Center_of_Courtneys_Ass
hole.html
https://pornve.com/ehos7harg25k/Colombian_Ariella_Ferrera_Fucks_In_The_Office.html
https://pornve.com/ehviv25u0mel/Dick_Devour_Bailey_Brooke.html
https://pornve.com/ehwjbh3c57hu/Luna_Star_-_Big_Boob_Squirtdown.html
https://pornve.com/ehz6qlq4r4ff/RealityKings_Free_Yoga_Fuck_Realitykings_2017_Robby_Echo_Victoria_Jun
e_Black_Hair_Yoga_Leggi.html
https://pornve.com/ei3oxb17x5ju/Brooklyn_Blue_Behind_Her_Husbands_Back.html
https://pornve.com/ejd76igf7dbk/Open_Up_For_Love.html
https://pornve.com/ejhdn5cs52c6/Eva_Lovia_Keiran_Lee_-_No_Husbands_Allowed_Remastered_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/eka4nyt8gukn/Dont_Just_Kiss_Ass_Fuck_It_.html
https://pornve.com/ekdrbxu5b35x/Audrey_Royal_Danny_D_Ride_Service.html
https://pornve.com/eki28xlbt8kk/BigTitsAtSchool_Abigail_Mac_A_Dose_of_Dirty_Discipline.html
https://pornve.com/ekllqh1bpmoy/What_You_See_Is_What_You_Get_Brazzers.html
https://pornve.com/ektqnaas36qg/Abela_Danger_-_Petite_teen_gets_her_phat_ass_drilled.html
https://pornve.com/eliruv9zoe2n/Abbey_Brooks_-_Twinkle_Tits_-_Brazzers.html
https://pornve.com/elq3pfdmfr1u/TeensLikeItBig_-_Brazzers_-
_Ella_Hughes_Danny_D_Pleasuring_The_New_Partner.html
https://pornve.com/em6oc00ga3c8/RealWifeStories_Alexis_Fawx_Odd_Jobs_-_02_12_2016.html

https://pornve.com/emgv6kg0shjg/brunette_lesbian_sex_babe_malena_gets_fucked_by_asa_2612_42_plays
_published_on_9_hours_ago_category_asian_gay_pornstar_malena_morgan_asa_akira_tags_lesbian.html
https://pornve.com/emss1kpo4ayg/mlib_davia_ardell_2200.html
https://pornve.com/emwktatrk6xg/big_butts_like_it_big_brazzers_yurizan_beltran_xandercorvus_yurizans_c
um_addiction.html
https://pornve.com/en6bojh7k1iv/Super_Nurse_Kagney_Linn_Karter__Danny_D.html
https://pornve.com/eniheij7ivmw/BrazzersExxtra_Natasha_Starr_-
_Tell_Me_When_It_s_Over_4001_06_201841_rq.html
https://pornve.com/enss2vgy4671/anissa_kate_natural_beauty_.html
https://pornve.com/enxtrcdd13nl/A_Dick_Before_Dropout_Brazzers.html
https://pornve.com/eokeh3ckgr04/GFRevenge_Sporty_girl.html
https://pornve.com/eona59zj2dzx/Queen_Vs_Pawn_Jordan_Pryce.html
https://pornve.com/eooxhx3k1spj/dm_K3ndall_K4yden_480p.html
https://pornve.com/eoysv2nm6xwv/Madison_Rose_-_Jealous_Asshole.html
https://pornve.com/ep28ata1j7am/Put-Out_or_Get-Out.html
https://pornve.com/epji298yde9x/Ask_Me_Anything_About_My_Big_Boobs_-
_Kimberly_Kendall__Bill_Bailey.html
https://pornve.com/eq0hm909rqj0/X-Men_Parody.html
https://pornve.com/eq7sf4mfa45v/Amy_Ried_-_Is_Viagra_Really_Needed.html
https://pornve.com/eqi9a6hbhpd3/Stepmom_In_Control_Sex_Tube.html
https://pornve.com/eqlkecp30eqh/rws_august_summerrealwifestories.html
https://pornve.com/eqyu5am2hffe/Kiara_Diane__Sovereign_Syre_-_Prison_Pussy.html
https://pornve.com/er1t0pqov3xo/Two_gorgeous_milf_babes_fuck_pervert_neighbor.html
https://pornve.com/erjw8aekgksq/NEW_Esperanza_Gomez_Cock_Crazed_Cougar_in_the_Club.html
https://pornve.com/ern70ejctk64/Cassidy_Banks_-_Thirsty_For_Some_Titties.html
https://pornve.com/err9o5aqy9ur/Kayla_Synz_-_Sex_Education_In_Depth.html
https://pornve.com/es38vzepyxpu/Selfies_With_MILF_Kianna_Dior.html
https://pornve.com/esngiou2iwsq/mommy_got_boobs_brazzers_brandi_love_justin_hunt_mothers_little_hel
per.html
https://pornve.com/eszb807f30y5/PornxRoundAndBrown_Sarah_Banks_Thot_In_The_Shower.html
https://pornve.com/etppejftiixe/Jasmeen_-_The_Perv_Behind_The_Curtain.html
https://pornve.com/eu1zkqajdkyj/Freeze_Fucker.html
https://pornve.com/euim463ej350/Lichelle_Marie__Nikki_Benz.html
https://pornve.com/eujx2tuck52h/Romi_Rain_DP.html
https://pornve.com/eva6vfz30zku/August_Ames__Madison_Ivy_-_A_Madison_Massage.html
https://pornve.com/evhqs98re0ty/Solah_Laflare_Bare_Solah.html
https://pornve.com/evtznp6gerxt/BigButtsLikeItBig__Brazzers_Kelsi_Monroe_-_Twerk_And_Jerk.html
https://pornve.com/ew172max9pfb/GFRevenge_16_03_28_Jizzy_Jade.html
https://pornve.com/ew7171aq58zg/Kianna_Dior_Selfies_With_Your_Mom_Mommy_Issues_2.html
https://pornve.com/ewaka2jrv5mo/Samantha_Saint_My_Mommy_Does_Porno_Part_II_BabyGotBoobs.html
https://pornve.com/ewhi47frujgd/dm_19_08_05_kenzie_taylor_attend_to_my_ass.html
https://pornve.com/ewlup46zxsz8/Welcome_To_Hell.html
https://pornve.com/ewq0gy0m6jaf/Natalie_Lovenz_Good_Lovenz.html
https://pornve.com/ewxfsp06e3il/TeensLikeItBig_19_08_05_Aria_Lee_Joy_Riding_A_Cock_XXX_SD.html
https://pornve.com/ex3eraqpskpu/_The_Interns_Turn_-_Brazzers_.html
https://pornve.com/ex58k8m96p1t/mercedes_carrera_keiran_lee_fuck_horny_latin_milfs_big_ass.html
https://pornve.com/exjkqa4bl732/The_Listener_Brazzers.html
https://pornve.com/eyf9t1a9gknu/Pro_Boner_Cowgirl_Best_Video.html

https://pornve.com/eygjgnwwabfp/Abella_Danger_-_Abellas_Ass_Is_In_Danger.html
https://pornve.com/eyi9gg3sf2sp/sneaky_sex_reality_kings_molly_mae_haley_reed_brick_danger_three_is_f
un.html
https://pornve.com/ez7woty8icv2/Kissa_Sins-_Pristine_Edge.html
https://pornve.com/ezb5esb5ex4y/Risque_Roses_Athena_Palomino_Markus_Dupree.html
https://pornve.com/ezf6shv4xkpe/MY_HERMANASTRA_LA_GAMER_KRISTEN_SCOTT_IS_FUCKED_BY_THE_AS
S_DURLY.html
https://pornve.com/ezuy3jk1xoqe/hospital_reception_girl_fuck_with_customer.html
https://pornve.com/ezzuns9eposc/Alanah_Rae_blondemilfpoundingherzengarden_480p.html
https://pornve.com/f02csl5is65m/HotAndMean_Lela_Star__Molly_Stewart_Wanted_Fucked_Or_Alive_Part_
1.html
https://pornve.com/f0j768hyx1i1/20150825_bikini_bliss_big.html
https://pornve.com/f0rn1s47ctkn/Johnny_Sins_Kendra_Lust_Dickfan.html
https://pornve.com/f0tu88v0v32r/Switching_Teams_Part_1_Brazzers.html
https://pornve.com/f11if4aldoro/_Squeaky_Clean_Milf_Ava_Addams_And_Megan_Rain_Get_Fucked_By_Jor
di_Big_Dick_.html
https://pornve.com/f2l4nb2dgfn7/Rude_Awakening_Brazzers.html
https://pornve.com/f4fvr0o35z3k/MilfsLikeItBig_19_07_14_Ava_Koxxx_Anal_Encounter_With_A_Stranger_X
XX_SD.html
https://pornve.com/f4nmstuixaog/RealWifeStories_Karina_White_Say_Yes_To_Getting_Fucked_In_Your_We
dding_Dress_14_11_2016.html
https://pornve.com/f5ehshd2uore/Joslyn_James_Justin_Hunt_Joslyns_Secret_Shower.html
https://pornve.com/f5jx2gqevwwt/Full_Service_Banking_Angela_White_Prince_Yashua.html
https://pornve.com/f5x9bhko3uzv/Dat_Ass_Sarah_Jessie_Sports.html
https://pornve.com/f63mdtins324/BRAZZERZ_LIVE_29.html
https://pornve.com/f640xmm0vhsj/Brazzers_Brazzers_House_3_Episode_2_Brazzers_Zzseries_Aaliyah_Hadid
_Gina_Valentina_Bridgette.html
https://pornve.com/f64q71igg58n/Facial_Savannah_Stern_Airport_Security.html
https://pornve.com/f65nbj63hc3s/American_Whore_Story_Part_1.html
https://pornve.com/f673f7w2yp9p/Slutty_Stepmom_Threesome_Leigh_Darby_Summer_Brielle_Keiran_Lee_
Leigh_Darby_Summer_Brielle_Keira.html
https://pornve.com/f6p20haiwd9m/BigButtsLikeItBig_Brazzers__Isis_Love_Johnny_Castle_Ass_In_Heat_23_0
6_2016_Pornohub_free_porn.html
https://pornve.com/f6wplr20ej2q/_ZZ_Spring_Break_Part_Two_.html
https://pornve.com/f6xgc8oaqh9y/Jamie__Kylee_Reese_-_In_Search_Of_Bigger_Things.html
https://pornve.com/f7kuyedjvqmj/Remy_LaCroix__Sock_It_To_Me.html
https://pornve.com/f7thlctu4w1i/marrie_mcray_bilyard.html
https://pornve.com/f82780zsm79c/Alexis_Breeze_-_Doctor_Adventures_-_Brazzers.html
https://pornve.com/f86ac80bft8i/Shower_Fuck_Ava_Addams_Double_Timing_Wife.html
https://pornve.com/f89bkdc7340j/Diamond_Jackson_-_Oily_Office.html
https://pornve.com/f8a8ckafc52s/real_wife_story_pussy_and_ass_fuck_by_two_big_cocks.html
https://pornve.com/f8ggyeljq0b8/Amirah_Adara__Gina_Gerson_-_Sneak_A_Peek.html
https://pornve.com/f8x7d1t352dg/Watch_Admiring_Amirah_Amirah_Adara_Danny_D_MYCUMX_COM.html
https://pornve.com/f92celaq6p9s/Lezley_Zen_Fore_Play.html
https://pornve.com/f92gjup545cp/Brazzers__Vampirella_A_XXX_Parody.html
https://pornve.com/f99kih0y4zly/Big_Titty_Fuck_and_Facialiced_Jasmin_James_Sex_Invasion.html
https://pornve.com/f9hqjvqs592w/Realitykings__in_the_VIP__Strike_A_Pose.html
https://pornve.com/f9scyci2c2t3/Janice__Brandi.html

https://pornve.com/f9vqcn490nem/A_Parent_Teacher_Meating_.html
https://pornve.com/fac0mtxl9dt6/Amy_Ried_-_Amys_Ass_Massage.html
https://pornve.com/fajww1hnb2au/NEW_MILF_Stuffing_Ava_Addams.html
https://pornve.com/fb5ja5gi4o6b/Blue_Angel_Ballet_And_Cock.html
https://pornve.com/fb5ul38oscua/Alura_Jenson_Off_The_Couch_And_Into_My_Stepmom_Mommy_Issues_2
.html
https://pornve.com/fbnolmsfkllr/Savannah_Stern__Kenzi_Marie_-_Wo-Men_At_Work.html
https://pornve.com/fbpfomvaq89w/Sharing_My_Stepsister_watch_online_for_free.html
https://pornve.com/fc9376j7upho/Anal_Fuck_Babe_Damn_Fuck_Me.html
https://pornve.com/fc93gbsd2i2k/Realitykings_Pogo_smoke_show_watch_online_for_free.html
https://pornve.com/fceh6yobklcf/I_Like_It_when_Adriana_Chechik_says_Shut_Up_and_Fuck_Me.html
https://pornve.com/fcpb7z4w25fh/teens_like_it_big_brazzers_nekane_sweet_marcros_enekanes_sweet_pus
sy.html
https://pornve.com/fcqxpkms7ccv/Sexy_Chef_Madison_Ivy.html
https://pornve.com/fczr98v4wwne/Capri_Cavanni_-_Spicing_It_Up_With_A_Threesome.html
https://pornve.com/fd8j4pb5d4ew/I_Cum_Into_Your_Home.html
https://pornve.com/fd92fi4yvc9g/Rompe_la_Red_De_Veras_esta_Vez_Nikki_Benz_Keiran_Lee.html
https://pornve.com/fdc4b7v1gfpj/pretty_asian_asian_babe_alina_li_134_top_rated_porn_video_of_today_p
ublished_on_2_days_ago.html
https://pornve.com/fdci1qqmf86y/RealityKings_Katy_Jayne_-_Boobs_in_boots_14_12_2016.html
https://pornve.com/fdw22wi47x76/Sofia_Lee_Rough_And_Raunchy_Workout.html
https://pornve.com/fdynns3efnt4/Going_Deep_With_Alexa_-_Alexa_Tomas__Danny_D.html
https://pornve.com/fef68zbmj253/Ava_Addams_Megan_Rain_get_threesome_hardcore.html
https://pornve.com/feu0gq5rg5iu/New_Hot_Rachel_Star.html
https://pornve.com/fevtp50raved/Sex_Massage_Johnny_Sins_fuck_Monique_Alexander.html
https://pornve.com/ff563hllcqly/Angelina_Valentine_-_Make_My_Pussy_Wet_Water_Boy.html
https://pornve.com/ff6bm2ludvj2/Memphis_Monroe_-
_One_For_The_Truckers_Two_For_The_Tits.html
https://pornve.com/ffk7etrpnvsn/ZZSeries_-_Aletta_Ocean_Storm_Of_Kings_Part_3.html
https://pornve.com/ffrauh9fiam6/BrazzersExxtra_-_Bailey_Brooke_The_Stowaway.html
https://pornve.com/fg4smac9zi5w/BigWetButts_Amirah_Adara_Anal_Sweetheart.html
https://pornve.com/fg6dzy1ell6s/Bodacious_Boxer__PornXP.html
https://pornve.com/fgsfgbe8lyly/Teens_Love_Huge_Cocks_2_XXX_40201441.html
https://pornve.com/fgtknquj1azr/Ella_Knox_Ramon_Nomar__From_Posing_To_Moaning.html
https://pornve.com/fgzhbe12glsi/RoundAndBrown_17_02_17_Kendall_Woods_Do_It_Harder_XXX_-KTR.html
https://pornve.com/fgzngp8b0bpd/Amirah_Adara_Mea_Melone_-_ZZ_Cup_Team_Booty.html
https://pornve.com/fh2juvs0kte8/Ryder_Skye_Xander_Corvus_Bad_News_Boyfriend.html
https://pornve.com/fh57fobwr2yr/Moms_Bang_Teens_11_2015_Reality_Kings_Scene_1.html
https://pornve.com/fh6lma4pxuqe/mgb_18_10_22_kendra_lust_mommy_meets_a_teen_idol.html
https://pornve.com/fhe6vbsw348s/CumFiesta-Gia_Paige_Jizzy_Gia_02_07_17.html
https://pornve.com/fheue5hdoez5/MilfHunter_Olivia_Fox_-_Romancing_Olivia_15_08_2016.html
https://pornve.com/fi0n80hjfvtg/Brandi_Love_-_Katy_Kiss_-_All_In_Brandi.html
https://pornve.com/figk2zeyjmxg/Lena_Paul_My_Hot_Boss.html
https://pornve.com/fir5snuloe7x/RKPrime_Alina_Lopez_One_Hot_Box.html
https://pornve.com/fisltpycqjgs/Trying_Out_the_Bar_Wench.html
https://pornve.com/fisusx5h83bs/nicolette_shea_day_with_a_porn_writer.html

https://pornve.com/fiy6zxea3pfa/big_boob_massaging_ms_moore_3206_42_plays_published_on_34_minutes_ago_a_massage_turns_into_sex_category_big_dick_big_tits_pornstar_danny_dong_rebecca_more_tags_big_dick.html

https://pornve.com/fjbfam96vexn/Mandy_Muse_-_Young_Big_Butt_Anal.html

https://pornve.com/fjnbsw5z4l4k/Its_A_Wonderful_Sex_Life_Brazzers.html

https://pornve.com/fjslw05np7ex/Angel_Allwood_-_Soap_Up_My_Big_Tits.html

https://pornve.com/fkagze927k8p/A_Case_Of_The_Moan_Days_Boss_Didnt_Get_Laid_So_Comes_In_Bitchy_Hung_Underling_Thinks_He_Can_Help_Her_Out.html

https://pornve.com/fkk0eksfv2cp/Big_tits_teacher_get_fuck_by_three_big_cock.html

https://pornve.com/fkmr10a5as0u/Anastasia_Hart_Acting_101.html

https://pornve.com/fkq07is00qzp/Interview_With_A_Busty_Boss.html

https://pornve.com/fktgxvs04g24/Brazzers_-_Girl_Next_Door.html

https://pornve.com/fl3tjq5dadzq/Im_the_Boss_Now_Bitch.html

https://pornve.com/flg9tt4x9kjl/Progress_Report_Ryan_Keely.html

https://pornve.com/flkesie14vq5/Brazzers_House_3_-_Episode_5.html

https://pornve.com/flqr7qcgoesm/Nicole_Aniston_-_New_Brazzers_Exxxtra.html

https://pornve.com/flt90by9j6b3/Angela_White_Prince_Yashua_Full_Service_Banking.html

https://pornve.com/flv84tlj6hs9/HappyTugs_Jayden_Lee.html

https://pornve.com/fm3dkbv4382a/Kendra_Lust_2311.html

https://pornve.com/fmrzisow85hy/My_Stepmothers_Pantyhose_Alura_Jenson__Jessy_Jones.html

https://pornve.com/fnfixa7ttjv7/Brazzers_Full_Service_Banking_Brazzers_Big_Tits_Worship_Angela_White_Prince_Yahshua_Brunette.html

https://pornve.com/fniwvkiwrxp8/TeensLoveHugeCocks_17_02_25_Rosyln_Belle_And_Stoney_Lynn_Virtual_Cock_XXX_-KTR.html

https://pornve.com/fnuq2g9vjkfr/Kimberly_Kendall_-_Vote_For_the_School_Slut_President.html

https://pornve.com/fnv4ievq8tke/StreetBlowJobs_-_Stephanie_Glam_Gulped_By_Glam.html

https://pornve.com/fo0loizabm22/CumFiesta_17_04_11_Riley_Mae_Cute_Riley_XXX_-KTR.html

https://pornve.com/fo7pa9zjagka/Lisa_Ann_Club_Cougar_Steals_The_Cock_-_Hot_MILF_Lisa_Ann_Gets_Fucked_By_A_Huge_Dick.html

https://pornve.com/fo9ucv30c7zr/Brazzers_Not_Safe_For_Work_Brazzers_Big_Tits_At_Work_Danny_D_Kylie_Page_Big_Natural_Tits_Blon.html

https://pornve.com/fpckz080htdp/BigButtsLikeItBig_Maddy_Oreilly_Work_Is_Long_When_Youre_Wearing_A_Thong_-_23_08_16.html

https://pornve.com/fpcpsjgast4g/teen_want_to_fuck_in_her_ass.html

https://pornve.com/fpjo5qylps4s/BigTitsAtSchool_-_Harmony_Reigns_Dress_Code_Cunt.html

https://pornve.com/fpnl7t8k5b9s/Raylene_in_Brazzers_-_A_Pair_of_Aces_Mommy_Got_Boobs.html

https://pornve.com/fpsh9td7awrh/Courtney_Cummz_-_Single_White_Butt.html

https://pornve.com/fq6a4ugr4eyd/Beauty_Fucked_In_Her_Bath.html

https://pornve.com/fq6c9kxodaf9/Asian_MILFS_Big_Tits_Kianna_Dior_Your_MILF_Is_The_Best.html

https://pornve.com/fq755s5iq16s/katana_kombat_nice_to_meat_you.html

https://pornve.com/fqmtwibknm3u/Katrina_Jade_Loves_Giving_The_Anal_Gift.html

https://pornve.com/fqpzm06nhm7w/Mikayla_-_Cruising_Around_Porn_Valley.html

https://pornve.com/fqqlgagsawew/Tory_Lane_-_Slut_Of_The_Year.html

https://pornve.com/fquzf1wmk62n/Brazzers_Penetrating_pantyhose_Brazzers_Big_Wet_Butts_Mandy_Muse_Alex_Legend_Brunette_White.html

https://pornve.com/fr7h1k9n53xc/MonsterCurves_19_07_14_Ava_Black_Sheerly_Sexy_XXX_SD.html

https://pornve.com/frmtusplyvh3/_Brazzers-_Naughty_teacher_Natasha_Nice_gives_extra_credit_to_her_student_.html

https://pornve.com/fs14l5lt42g4/_Brazzers_-
_Hot_milfs_Jasmine_and_Victoria_shared_Kierans_big_cock_.html

https://pornve.com/fs3mujy5819s/Slip_It_In_S4_Poison_Ivy_Ivy_Stone.html

https://pornve.com/fs9r79655l2b/Real_Wife_Stories_-_Shawna_Lenee.html

https://pornve.com/fss939p2crzd/ZZSeries__Bridgette_B_Honey_Gold_Kristen_Scott_Xander_Corvus_Rich_F
ucks_Part_2_.html

https://pornve.com/fsu6s0y4wm76/Stretch_My_Ass.html

https://pornve.com/fsvjfz2wa0ky/Cathy_Heaven_Gamer_Heaven.html

https://pornve.com/fsx993oaiz6i/Jayden_Lee_For_A_Few_Dollars_More.html

https://pornve.com/ft84iullu1ge/Ariella_Ferrera__Kendra_Lust_-_Pumping_The_Poolboy.html

https://pornve.com/ft995dvzrwgv/Maid_Sex_Latina_Fun_Jade_Maid_Sex.html

https://pornve.com/ftbu9127pv8m/Diamond_Foxxx_-_Deep_In_Diamonds_Foxxx_Hole.html

https://pornve.com/ftscfggu7evr/GFRevenge_Bringing_the_heat.html

https://pornve.com/ftttozi7lijy/HotAndMean_Dillion_Harper_Mia_Malkova_That_Bra_Isnt_Going_To_Take_It
self_Off_-_23_11_2016.html

https://pornve.com/fu72q2sm7l5b/BigTitsAtSchool__Brazzers_Brooke_Wylde_-_A_Juggling_Sex_Act.html

https://pornve.com/fud5807bn1hd/Oiled_Nikki_Benz_New_BWB_Anal.html

https://pornve.com/fuf5nt9yx9oa/That_s_My_Bush_Ariella_Ferrera_Jordi.html

https://pornve.com/fui4v22yb6ry/Amia_Miley_40Give_me_some_love41.html

https://pornve.com/fuiv6uboe3b3/Angel_Wicky_-_Bottomless_Anal_Fuck.html

https://pornve.com/fuucravspwbp/nicolette_shea.html

https://pornve.com/fux2alz4zo17/Rachel_Starr_-_In_A_Hurry_Wait_A_Minute.html

https://pornve.com/fvce9pfzocmk/moms_in_control_brazzers_gia_paige_tory_lane_mike_mancini_disrespec
ting_the_maid.html

https://pornve.com/fvnmwfkwail0/Office_MILFs_Amy_Anderssen_And_Nikki_Benz.html

https://pornve.com/fvoybo12bv84/Katy_Jayne_-_Another_Marriage_Down_The_Drain.html

https://pornve.com/fw1vv353becu/Pools_Rules_-_Kayla_Green__Keiran_Lee.html

https://pornve.com/fw59w9ulznej/DirtyMasseur_Skyla_Novea_An_Athletes_Touch_-_05_11_2016.html

https://pornve.com/fwk8yrdx6d5o/Amy_Anderssen_and_her_huge_tits_get_fucked_In_The_Office_-
_720p.html

https://pornve.com/fwl9qnlhv8qw/Overnight_With_Stepmom_Part_One_-
_Tara_Holiday__Danny_D.html

https://pornve.com/fwuuq3qssp0x/StreetBlowJobs_Giselle_D_Ambrosio_-
_Blow_It_Good_28_08_2016.html

https://pornve.com/fx00o7928ywy/bex_20_07_03_madison_ivy_and_jasmine_jae_tour_of_london_part_1_r
emastered.html

https://pornve.com/fx1hx6ka8wn4/My_Friends_Fucked_My_Mom_Ryan_Conner.html

https://pornve.com/fx1mmxjxycdg/Milfs_Like_It_Big_Romi_Rain_Trading_Sides_Part_2.html

https://pornve.com/fxqghpif4c39/TeensLikeItBig__Brazzers_Alaina_Dawson__Elsa_Jean__Piper_Perri_-
_Teen_Honey_Trap.html

https://pornve.com/fy0bxj9uyfrg/EuroSexParties_Rebel_Lynn_Natasha_Starr_Rebel_Romp_-_28_07_16.html

https://pornve.com/fy3dqj4ws9pz/Gianna_Nicole_Syren_de_mer_-_Threesome.html

https://pornve.com/fye3ejk578yy/Die_Hardcore_1_Mia_Malkova.html

https://pornve.com/fysnoylxlz82/Valentina_Nappi_Van_Wylde_Clutching_Her_Pearls.html

https://pornve.com/fz0ab3bi9pi7/_ass_mature_sexy_big_booty_white_girl_3529_9_188_plays_published_on
_1_day_ago_download_the_video_before_it_gets_deleted_category_anal_milf_tags_blonde_cow_girl_anal_t
ag_this_video_162_top_rated_porn_video_of_today_.html

https://pornve.com/fz3svzk61uqc/Brazzers_Lisas_pool_boy_toy_Brazzers_Milfs_Like_It_Big_2018_Lisa_Ann_J
ordi_El_Nino_Polla_Brun.html

https://pornve.com/fzaihom14rd9/The_Mischievous_Maid_Alessandra_Jane.html

https://pornve.com/fzcs1ck0i6og/Brazzers__Big_Wet_Butts__Pumping_My_Pantyhose_Maddy_Oreilly.html

https://pornve.com/fzk4u30niov4/Francesca_Le_-_Dreamy_Boobs.html

https://pornve.com/fzpgo80bn8hp/Abbey_Brooks__Jillian_Janson_-
_This_Is_How_You_Get_The_Job.html

https://pornve.com/fztpq5lffl6o/Sarah_Vandella_-_Working_The_Webcam.html

https://pornve.com/fzxtsnimmwwy/DirtyMasseur_20_08_05_Havana_Ginger_Oiling_Up_Havana.html

https://pornve.com/g02zf85ejmrb/Dont_Fuck_My_Son.html

https://pornve.com/g0bustiprswy/Abigail_Mac_Fixing_For_A_Fix.html

https://pornve.com/g0n6xb2mwcpy/Brazzers_Fries_With_That_Fuck_Brazzers_Danny_D_Ella_Hughes_Kayla_
Green_Milfs_Like_It_Big_2017.html

https://pornve.com/g0npf0badcsl/MilfsLikeItBig__Richelle_Ryan_Justin_Hunt_Christening_the_Cougar.html

https://pornve.com/g0wt1obfvc81/August_Ames_-_She_Fucks_Her_Boss.html

https://pornve.com/g13mneowefus/Violet_Starr__No_Fucking_Spoilers.html

https://pornve.com/g14kn91hpk1v/Parker_Swayze_Play_House.html

https://pornve.com/g1rjvrxxf4dk/Brazzers_Nailed_It.html

https://pornve.com/g22umttvi55r/McKenzee_Miles_-_Fuck_The_Cops.html

https://pornve.com/g2cxhsilmhuc/Adriana_Chechik_Study_Break_16_Top_Rated_Porn_Video_Of_Today_43_
Most_Played_Porn_Video_Of_Today_71_Top_Rated_Porn_Video_Of_Week.html

https://pornve.com/g2m8r80b1kl2/Camryn_40First_contact41.html

https://pornve.com/g33d1ir0pocu/Thanksgiving_Lay_Phoenix_Marie_Breanne_Benson_and_Alanah_Rae.htm
l

https://pornve.com/g36lb78ljof1/Abella_Danger__Kissa_Sins_-_Kissas_Ass_Is_In_Danger.html

https://pornve.com/g3b3twsqwldn/Rebecca_Moore_Brazzers_Poker_face.html

https://pornve.com/g3dp6pakuczk/Brooke_Belle_-_Swish_Or_Strip.html

https://pornve.com/g3m32uj9da65/Bonnie_Rotten_-_Fucking_Through_The_Fourth_Wall.html

https://pornve.com/g3nba0l8p5nk/Allison_Moore_Hey_Hey_Um_Can_I_Get_That_Ring_Back.html

https://pornve.com/g3nxxcq3lm5d/StreetBlowJobs_Rogue_Angel_-
_Down_On_The_Dick_07_08_2016.html

https://pornve.com/g3vg2gbazy8i/Brazzers-_1800_Phone_Sex_Line_8.html

https://pornve.com/g465zofo1uj2/Shyla_Stylez_-_The_Oralfice.html

https://pornve.com/g477mfha2fdc/Eating_Out_For_Thanksgiving_Ryan_Keely.html

https://pornve.com/g49lprwo9om5/A_Guilty_Conscience_Brazzers.html

https://pornve.com/g4ebsuzt2skr/Moms_In_Control_5_Scene_6Cherie_Deville_Molly_Jane__Danny_D.html

https://pornve.com/g4jdvflzjdqa/Brazzers_-
_Plump_Pantyhose_Brazzers_Big_Wet_Butts_Kagney_Linn_Karter_Jordi_El_Nino_Polla_Big_Tit.html

https://pornve.com/g4mkp4qze6tu/Brazzers_Live_-_32.html

https://pornve.com/g4mx922vd264/Mary_Jean_Little_Fuck_Mary_Jeann_Slingshot_Big_Ass_Big_Tits_Slingbik
ini_Little_Fuck_Of_Black_Girl.html

https://pornve.com/g4y8mcjjc0jm/angelina_valentine.html

https://pornve.com/g52x41c3pznb/PornstarsLikeItBig_Abigail_Mac.html

https://pornve.com/g53k0vse3j99/Luna_Lain__Raven_Hart_-_Good_Taste.html

https://pornve.com/g54sfvagco8s/Chloe_Reese_Ryder__Francesca_Le_-_Big_Bone_Bonanza.html

https://pornve.com/g5ani61yd31y/Bwb_Jynx_M4ze.html

https://pornve.com/g5f441e3we3c/Jessica_Jaymes__London_Keyes_-
_Masseuse_Muff_Munchers.html

76

https://pornve.com/g5l3w538v9kk/Brazzers_-_Lela_Star_Creampie_Diaries_Part_1.html
https://pornve.com/g5vori56sfyv/Joslyn_James_-_Bound_To_Cum_On_Your_Tits.html
https://pornve.com/g67zgrf2if7c/Samantha_Saint_-_Cup_Of_Ho.html
https://pornve.com/g69tyhpcegkd/Brazzers_-_Horny_schoolgirl_Brooke_Wylde_takes_on_2_cocks_.html
https://pornve.com/g69ui0prk1iz/Hot_teens_girls_enjoying_hard_sex_with_a_big_dick.html
https://pornve.com/g69ym55fqfwd/Mommy_Got_Boobs_Dayton_Rains__Bill_Bailey_Her_BFs_A_Mother_Fucker.html
https://pornve.com/g6h17ur81qsx/Abella_Danger_Dont_Bring_Your_Husband_To_The_Salon.html
https://pornve.com/g6j84o118in3/Kayla_Green_Tits_Thighs_And_Office_Supplies.html
https://pornve.com/g6uuqzr3drsn/Jenaveve_Jolie_-_Sauce_The_Boss.html
https://pornve.com/g77poubioixg/Isis_Love__Victoria_Valentina_-_Plant_Me_A_Big_Dick.html
https://pornve.com/g78b8vfh8ii6/Casca_Akashova_-_All_Dolled_Up_Beauty_Queen_Edition.html
https://pornve.com/g7by3rw0mmka/Emma_Starr_-_Pretty_Theft.html
https://pornve.com/g7iwh56yc6g2/Anal_Brunette_MILF_ASS_Latina_Interracial_Ebony_BBW_Best_Fetish_Groupsex.html
https://pornve.com/g7qbyvmv3lej/Jayden_Jaymes__Shyla_Stylez_-_A_Fantastic_Fan.html
https://pornve.com/g7s2geirjp6h/Nicolette_Shea_-_Im_Sensitive.html
https://pornve.com/g7th49dgjy25/Ivy_Lebelle_Bill_Bailey_Fasshionably_Late.html
https://pornve.com/g7utbo31s233/Madison_Fox_-_Slutty_Shopper.html
https://pornve.com/g7wrrkj5gwxe/Nikky_Dream_-_Walled_And_Balled.html
https://pornve.com/g7x1mucv3hy0/its_the_last_day_of_the_convention_and_bill_has_accepted_hell_be_forever_alone_only_when_he_looks_up_from_his_stupid_smart_phone_game_he_realizes_the_amazing_japanese_export_standing_right_in_front_of_him_ayumi_kase.html
https://pornve.com/g82aoyyq0ezj/Pussy_or_Anal_A_ZZ_Clinical_Study_Ryan_Conner__Charles_Dera__Ramon.html
https://pornve.com/g83hf1srm30j/Amber_Chase_-_Almost_Perfect_Girlfriend.html
https://pornve.com/g8651vp9do6a/Fuck_Me_Earthling_-_Eva_Parcker_Tiffany_Doll__Danny_D.html
https://pornve.com/g8j1h1h0w3v4/Alura_Jenson_Sneaky_MILF_Sucks_In_The_Theater_Anal_MILF.html
https://pornve.com/g8latsnqbcnu/Shower_Without_Your_Mommy_Bad_Idea___Eva_Karera__Shae_Summers.html
https://pornve.com/g8rd1ab0vlzy/Feet_Fanatics_-_Dani_Jensen__Janice_Griffith__Veruca_James.html
https://pornve.com/g8t9w6ojwrqj/Pornstars_Like_It_Big_Mia_Malkova_2015.html
https://pornve.com/g98yn73iw5a2/2020_08_01__Unforgettable_Ride__Day_WithA_Pornstar__Alexis_Fawx.html
https://pornve.com/g9gd7ru6ejzm/Angela_White_The_Magician_Ass_Istant.html
https://pornve.com/g9grpepfsql5/Dani_Jensen_Nerdy_Redhead_Assistant_MILF_Hunter.html
https://pornve.com/g9mc4ge6moh2/RayVeness_-_When_Cougars_Attack.html
https://pornve.com/g9yj3mfjrcd3/aleta_ocean_bib_boobs.html
https://pornve.com/ga060t9zlza4/Money_Talks_dong_riders_big.html
https://pornve.com/ga943b7z06x8/CumFiesta_17_02_28_Hailey_Little_Big_And_Little_XXX_-KTR.html
https://pornve.com/gade91kur2v9/H0t_Bu5h_14_D4nira_L0ve.html
https://pornve.com/gah2vw128fxh/A_Piece_of_Jasmine_Jaes_Ass_.html
https://pornve.com/gb1fo8aw9vfb/Ariella_Ferrera__Sienna_West_-_Dick_Rush.html
https://pornve.com/gb33voqipat7/Hot_Asian_milf_katsuni_get_fucked_by_sins.html
https://pornve.com/gbc05r9fpk3o/Ashton_Blake_Fuck_My_Pussy_Not_My_Daughters_-_720p.html
https://pornve.com/gbdionvtdpci/BRAZZER_DoctorAdventures_Nikki_Benz_And_Briana_Banks.html

https://pornve.com/gbhp9smhqih7/Phoenix_Marie_Jayden_Cole_Stuck_With_Her_Pussy_Out_22_10_2020_Lesbian_Milf_BigTits.html

https://pornve.com/gbhqv6am8zf3/Mellanie_Monroe_-_Office_Snatch.html

https://pornve.com/gbmgm8rdd1kd/Monique_Alexander_gets_anal_banged_in_2016_-_Monique_s_Secret_Spa.html

https://pornve.com/gborjnirnb86/Ariana_Marie_-_She_Needs_A_Strong_Male_Presence.html

https://pornve.com/gc42ofkfcvp1/Best_New_Alexis_Fawx_And_Cyrstal_Rrae_720p.html

https://pornve.com/gc5i6a583965/Jayden_Jaymes_-_Topless_Tuesdays.html

https://pornve.com/gcag6d6dzqdw/Phoenix_Marie_-_Anal_Queen_Escort.html

https://pornve.com/gcb00oszbi1s/Katana_Can_Dance.html

https://pornve.com/gccez7cmr08c/Baby_Got_Boobs_-_Marsha_May_Big_Oily_Boobs_A-bouncing.html

https://pornve.com/gcf007s0qt33/TeensLikeItBig_Elektra_Rose_40Stay_Away_From_My_Step_Daughter41.html

https://pornve.com/gckr8wgjngii/Sheena_Ryder_-_Yeehaw_My_Asshole.html

https://pornve.com/gcvxdzhkgyhz/Brazzers-Jesse_Jane_Keiran_Lee_Midnight_Sneak.html

https://pornve.com/gdg0we4naoxa/Lisa_Ann__Mick_Blue_MILF_Perfection_S2.html

https://pornve.com/gdgofe42qdfj/Karlee_Grey_-_Fifty_CCs_Of_Cum.html

https://pornve.com/gdij40jcehak/FirstTimeAuditions__RealityKings_Zaya_Cassidy_-_Cock_Captive.html

https://pornve.com/gdnk5vmbqyna/_BOUNCE_A_PAWG_TWERK_FUCK_AND_CUMSHOT_COMPILATION.html

https://pornve.com/gdzxps8gmrdk/BrazzersExxtra_Abigail_Mac_Sensual_Seduction.html

https://pornve.com/ge30eogi9mv4/My_Landlords_Wet_Ass_Pussy_Brazzers.html

https://pornve.com/ge31vmufbyhu/Joanna_Angel_Ricky_Johnson_-_Is_He_Gonna_Cheat_Again_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/ge4ztnsnzfps/Mia_Malkova_-_Stretch_My_Ass.html

https://pornve.com/gebdav27pmz3/Nicki_Hunter_-_Sorority_Sex_House.html

https://pornve.com/gemkndv33po8/Alura_TNT_Jenson_-_Pick_Up_Pussy.html

https://pornve.com/gewuc0lveehc/Texas_Patti_-_Mommys_Got_Some_Bazookas.html

https://pornve.com/gf4jo3lnqaul/Parker_Swayze_-_Expose_Yourself_To_MILFS.html

https://pornve.com/gf8xnz6fhbyw/August_Ames_Pussy_Fever.html

https://pornve.com/gfdf6mj2veko/Abbey_Lee_Brazil__Valentina_Nappi_Battle_of_the_Stockings.html

https://pornve.com/gffzxmejem5h/Madison_Ivy_and_Jasmine_Jae_-_Tour_of_London_Part_One.html

https://pornve.com/gfgud8bmzngn/Tia_Layne_-_MILF_Hates_Mess.html

https://pornve.com/gfp1pqoqvdnz/Nikki_Benz_-_Day_With_A_Pornstar.html

https://pornve.com/gfs30ljv0vcg/Darcie_Dolce_Lena_Paul_-_Back_To_School.html

https://pornve.com/gfuo552ko8gd/Diamond_Foxxx__Mi_Ha_Doan_-_Shower_Rules_Reminder.html

https://pornve.com/gg850ed1hco7/Savannah_Sixx_Seth_Gamble_-_Prettier_In_Pink_-_Baby_Got_Boobs_-_Brazzers.html

https://pornve.com/gg8lgfq50p4e/Katie_Kox_-_Thats_How_We_Treat_Volunteers.html

https://pornve.com/ggg4xr6xwj3b/Blonde_Anal_No_Hole_On_Jillian_Is_The_Wrong_Hole.html

https://pornve.com/ggk6ceh6n9w0/MomsInControl_Brazzers_Alli_RaeDevon_40Happy_Stepmothers_Day41.html

https://pornve.com/ggljjxt3nhsg/Julia_De_Lucia_Is_Following_Doctors_Orders.html

https://pornve.com/ggyh6zf8b91n/MommyGotBoobs_14_08_18_Leigh_Darby_Nocturnal_Activities_XXX_SD.html

https://pornve.com/gh4x0jfir9b5/BigButtsLikeItBig_-_Abella_Danger_Abella_Bets_Her_Butt.html

https://pornve.com/gh7s5li43od1/Ayda_Swinger_Romi_Rain_Queen_Of_Thrones_Part_3_A_XXX_Parody_ZZSeries.html

https://pornve.com/gh9jpxvctltw/Keira_Croft_Mick_Blue_-_Keiras_Ass_Craves_Cock_-_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/ghs820b6mue8/_Try_Before_You_Buy_Hot_Latina_Megan_Salinas_Gets_Dominated_by_Customer_.html

https://pornve.com/ghxh1w1edjuh/Big_Tits_Boss_25_2015_Part_2.html

https://pornve.com/gi82ccu8ylug/Kat_Dior_-_Nailed_In_Nylons.html

https://pornve.com/gipyjvajz70v/Paige_Owens_-_Cumming_Of_Age_Anal.html

https://pornve.com/giqo2afme4mk/Nicolette_Shea_-_A_Night_In_Nicolette.html

https://pornve.com/gj78cl1lo3do/Sex_fighter_Chun-li__Cammy.html

https://pornve.com/gj7cps0spgtg/_A_Glass_of_Bubbly_Butt_-_Brazzers_.html

https://pornve.com/gj89uyehu17g/Brazzers_-_Lucky_hung_dude_fucks_a_female_cop_.html

https://pornve.com/gjihdckxvog3/Fira_Ventura_Leigh_Darby_are_Moms_Who_can_take_Control.html

https://pornve.com/gjl0dyh6avqx/HotAndMean_Ariella_Ferrera__Cecilia_Lion_Sneaking_Out_Sneaky_Sex.html

https://pornve.com/gjod165562ag/BrazzersExxtra_-_Brazzers_-_Lela_Star_Markus_Dupree_Lela_Pays_Her_Dues.html

https://pornve.com/gjoz1xk791rs/Courtney_Cummz__Dakota_James_My_Stepmom_Is_A_Hooker-.html

https://pornve.com/gk12hx2qqab3/Nicole_Aniston__Peta_Jensen_-_Game_Night_Shenanigans.html

https://pornve.com/gk439rwbz4y4/Riley_Evans_-_All_You_Need_Is_Lube.html

https://pornve.com/gk68mtba0ix4/Lisa_Ann_Anal_Oiled.html

https://pornve.com/gkbwh9ka5h6e/Attractive_MILF_Brandi_Love_Joins_A_Lusty_Threesome_Sex_Party.html

https://pornve.com/gkkpaa5dl7hc/Ariella_Ferrera__Nicolette_Shea_-_Parent_Teacher_Cumference.html

https://pornve.com/gkqf3l8wxczr/tlib_alessa_savage_ap011416_720p_8000.html

https://pornve.com/gkulld7cce6r/Moms_Bang_Teens_9_Moms_And_Hot_Daughters_Moms_Threesomes_Dakota_Cherie_Melanie_Monroe_Kendra_Lust_Sara_Luvv_Jessa_Rhodes_Jennifer_Best_Dakota_Cherie_Amd_Melanie_Monroe.html

https://pornve.com/gkvx75kvd122/Tanya_Tate_-_Real_Estate_Sells.html

https://pornve.com/gkx55m0watac/Skyla_Novea_-_An_Athletes_Touch.html

https://pornve.com/gkydu8vdmlzh/Amy_Brooke__Courtney_Taylor_-_Bitchcraft__Jizzardry.html

https://pornve.com/gl33on85d98z/Ricki_Raxxx_-_Teach_Me_How_To_Hold_A_Hard_Bat.html

https://pornve.com/gl8ds10o9wr0/Darling_Danika_Your_Darling_Stepmom.html

https://pornve.com/gl8gvo31i1tr/Brazzers_-_MacBoober.html

https://pornve.com/gl8oqx6r6ye3/_Brazzers_-_One_In_the_Pink_Under_The_Sink_.html

https://pornve.com/gl9a0z87xtb1/Lisa_Ann_The_Anal_Goddess_Of_Big_Dick.html

https://pornve.com/glgwimra5hy3/Charles_Dera_Halle_Hayes_Trying_On_Pantyhose.html

https://pornve.com/glkx6jcvg071/Brazzers_House_Episode_Four_Bonus_Phoenix_Marie__Tory_Lane__Keiran_Lee.html

https://pornve.com/glltiwaioztn/Brandi_Love_-_Doctors_Orders.html

https://pornve.com/glmx6xt0e4nx/PornstarsLikeItBig_Madison_Ivy_Open_Up_For_Love.html

https://pornve.com/glncsmr6ltol/Rachel_Starr_Surprise.html

https://pornve.com/glo0n8ufg3ji/ogling_in_the_office_lisa_ann_ava_addams.html

https://pornve.com/gltg9yiigo2a/Kerry_Louise_-_Kerrys_Casting_Couch.html

https://pornve.com/gm2q25xqh596/_Making_Up_For_Lost_Time_-_Brazzers_.html

https://pornve.com/gmb31h9kr145/Gia_Paige__Tory_Lane_-_Disrespecting_The_Maid.html

https://pornve.com/gmfgiafhoq33/beth_gives_you_what_you_wanted.html

https://pornve.com/gmjvhmklpdld/Richelle_Ryan_-_Affair_With_A_Doctor.html

https://pornve.com/gmm4du17k68r/BigWetButts_Harley_Jade_The_Big_Butt_Ballet_-_30_11_2016.html

https://pornve.com/gmr5oz3gbc1a/Veronica_Radke_-_Sweet_Veronica.html
https://pornve.com/gmvicd1o2icn/Alison_Tyler_-_Your_Sons_a_Fuck_Up_-_Brazzers.html
https://pornve.com/gn1xumfi90xa/Sara_Jay_-_Principal_Photography.html
https://pornve.com/gn7yq6hds043/Dani_Daniels_And_Nikki_Benz_1_Masaje.html
https://pornve.com/gnezio9806at/Brittany_Andrews_Xander_Corvus_-_Mixed_Message_Mailboy_-_Big_Tits_At_Work_-_Brazzers.html
https://pornve.com/gnh6mkmvl73z/Breanna_Sparks_-_Teaching_The_Professor_A_Lesson.html
https://pornve.com/gni6ynro2m2d/Cathy_Heaven__Mea_Melone_-_An_Open_Minded_Marriage.html
https://pornve.com/gnxe7z4z7nu1/_Brazzers_-_Beautiful_ebony_Anya_Ivy_gets_fucked_by_the_groom_.html
https://pornve.com/gobcku4c5fzw/DirtyMasseur_19_07_14_Marley_Brinx_Stay_Focused_XXX_SD.html
https://pornve.com/gobj3lk4iukp/The_Brazzers_Halftime_Show_-_1.html
https://pornve.com/gof7qlsddjc2/blonde_blowjob_big_tits_ass_big_dick_deep_throat_babe_brandi_love_desperate_for_v_dick_day.html
https://pornve.com/gonajklmy5a1/Paige_Delight_-_Splooger.html
https://pornve.com/gp1cipep1k4o/Audrey_Bitoni__Eva_Angelina__Mikayla_-_Licence_To_Fill.html
https://pornve.com/gp3a4amibvgg/Dolly_Leigh__Lauren_Phillips_-_Good_Things_Cum_In_Small_And_Big_Packages.html
https://pornve.com/gp5hcftv5r3b/Candice_Dare_-_Candices_Double_Doggy_Dare.html
https://pornve.com/gpiko3yimyrv/Going_In_Blind_Brazzers_2018_-_Ella_Hughes_Gina_Valentina_Preston_Parker_Brazzers_Exxtra.html
https://pornve.com/gpk3lotd39me/brazzers_live_33.html
https://pornve.com/gptjggoj9t6w/BigTitsAtWork_Lennox_Luxe_40The_Whole_Package_-_26_10_201641.html
https://pornve.com/gptltrz29y8o/Janine_Lindemulder_from_Pornstars_Like_it_Big.html
https://pornve.com/gpxbry2rztzr/Alura_TNT_Jenson_-_Pork_Me_-_1.html
https://pornve.com/gpzjyqltow31/Ariella_Ferrera_Jordi_El_Nio_Polla_-_Male_Order_Bride_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/gq92760p70vj/Nina_Elle_-_Hot_Mom_Swims.html
https://pornve.com/gqy7qrzbmd5n/MomsInControl_Alena_Croft_Kristen_Scott_Doing_The_Dirty_Work_-_03_12_2016.html
https://pornve.com/gr0erauvawuc/Alena_Croft__Kristen_Scott_ZZ_New.html
https://pornve.com/grlnsw64ugug/All_Good_New_Suzy_Rainbow_And_Carolina_Vogue.html
https://pornve.com/grlx99nlyyhd/Kirsten_Lee_Slip_It_In_2S2.html
https://pornve.com/grnmduhod1v7/RoundAndBrown_Pool_Hall_Twerk_Moriah_Mills_JMac_Huge_Tits_Big_Butt_Ebony_Black_Girl_White_Gu.html
https://pornve.com/grrps59arx7r/2017_New_Nikki_Capone.html
https://pornve.com/gs1u8g0sg5oz/Remy_LaCroix_-_Surprise_Visit.html
https://pornve.com/gs45sn3ll6ti/Alexis_Monroe_-_American_Slut.html
https://pornve.com/gs9m5z3im0d/Stephanie_West_Xander_Corvus_-_Some_Quality_Room_Service_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/gsj5eusxsyjj/Mia_Malkova_-_Family_Business.html
https://pornve.com/gsowovjcc7l7/Alanah_Rae_-_A_Night_In_The_Hole.html
https://pornve.com/gstx7o1ajos8/Kayla_Kayden_is_Dripping_Wet.html
https://pornve.com/gsvzalac03il/Brazzers_-_Blonde_teen_Kylie_Page_gets_turned_on_and_fucks_her_teacher_.html
https://pornve.com/gt3xdovamymj/The_Last_Dick_On_Earth_-_Anna_Bell_Peaks_Nicole_Aniston_Rachel_Starr_.html

https://pornve.com/gt3zai99xfjp/tlib_teanna_trump_vl040115_480p_1000.html
https://pornve.com/gtavrcnc3mxz/Jessie_Rogers_Anal.html
https://pornve.com/gtrly00j96bm/Gabriella_Paltrova_-_How_Rough_Does_She_Want_It.html
https://pornve.com/gtrupj22ed5b/Katy_Jayne_-_Fix_My_Computer_Then_Fuck_My_Pussy.html
https://pornve.com/gtsjgs64522o/_Brazzers_-
_Big_tit_milf_Rhylee_Richards_fucks_hard_in_her_army_uniform_.html
https://pornve.com/gtyfkr8ma9rx/Spanking_My_Best_Friends_Mom_Brazzers.html
https://pornve.com/gtyi1ua55ut7/Putlockerx_cc_Victoria_Cakes_Fuck_You.html
https://pornve.com/gu0rwko18dt0/Jessica_Jaymes_-_Whore_Games.html
https://pornve.com/gu5ga57rwp80/Adriana_Chechik__Gabriella_Paltrova_-
_Deep_In_Love_With_Her_Fist.html
https://pornve.com/gu7lnsbbtn8p/BadTowTruck_Iggy_Come_On_Man.html
https://pornve.com/gucoyuaup47v/Cock_Sticks.html
https://pornve.com/gudacgwsa3ph/Published_On_72_Minutes_Ago_Category_Ass_Tags_Ass_Cassydi_Banks.
html
https://pornve.com/guhnej1v8owm/Paid_In_Full_Keiran_Lee__Chloe_Amour_Brazzers.html
https://pornve.com/gv36ud9y33d4/Misty_Vonage_-_Anything_To_Save_Your_Marriage.html
https://pornve.com/gv6igkwxhrxu/Kendall_Karson__Raven_Bay_-_Prom_Whore_Wars_-_Part_3.html
https://pornve.com/gvc2pey2nxyk/_Brazzers_-
_Big_tit_Chanel__Kortney_compete_for_the_slut_champion_.html
https://pornve.com/gvjywlxhhhuc/BrazzersExxtra_19_08_16_Rachel_Starr_And_Desiree_Dulce_Getting_Ahe
ad_XXX.html
https://pornve.com/gw5vwn82arh2/Realitykings__8th_Street_Latinas__The_Dishes_Are_Done.html
https://pornve.com/gw6nb4rtb1zp/Alessandra_Jane_Danny_D_-_Sharing_Is_Caring_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/gx3tn08ksjd2/Austin_Lynn_Quinton_James_-_I_Fucked_My_Sisters_Husb_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/gx7awykdknon/London_Keyes_-_The_Rise_Of_Cocky.html
https://pornve.com/gxaqtc5x1di1/Nekane_Walks_In_On_Stepdad.html
https://pornve.com/gxl37e27py8w/HOT_NEW_Peta_Jensen_A_Fuck_To_Remember_Real_Wife_Stories.html
https://pornve.com/gxnt7tw2axrv/Game_Over_Man.html
https://pornve.com/gxw907n1hs2b/Lexi_Luna_-_Lexi_Gets_Drenched.html
https://pornve.com/gycnf9pl64k1/Britney_Amber_-_Sampling_New_Goods.html
https://pornve.com/gyfys5b5hs16/Zoey_Portland_-_Making_Night_Moves.html
https://pornve.com/gyl2sn882hj8/Bruna_Lambertini_-_Inspecting_Bruna.html
https://pornve.com/gyn30s68ifsq/Dirty_Masseur_4_BRAZZERS.html
https://pornve.com/gyr46wqvvi79/_A_Secret_Shower_.html
https://pornve.com/gys9603p46oh/Riley_Reid_Like_Help_Brandi_Love.html
https://pornve.com/gytchhanhjnv/Mommy_Got_Boobs_16.html
https://pornve.com/gz2atan6smbi/Veronica_Avluv_-_Dicking_Down_The_Doctor.html
https://pornve.com/gzfuzox65niq/Anna_Polina_-_Fade_To_Black.html
https://pornve.com/gzj4eyqyjc4q/Pure18_-_Ivy_Wolfe_Devoured_By_The_Wolfe.html
https://pornve.com/gzqfhz8va4yx/Horny_Black_Amateurs_-_Raquel_Savage.html
https://pornve.com/gzqw4hd566nr/Romi_Rain_Xander_Corvus_-_Spotting_Her_Ass_-
_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/gzu67dohfgtw/Kira_Noir_-_Fighting_Foot_Domination.html
https://pornve.com/h08esra9my9r/Knockout_Knockers_Nikki_Benz_Danny_D_And_Mick_Blue.html
https://pornve.com/h0b0fwcz5wc3/Riley_Reid_-_All_Dolled_Up.html

https://pornve.com/h0qaqqu423yq/1800_Phone_Sex_Line_3_Holly_Hendrix16_08_2017.html
https://pornve.com/h0y5cvb19c78/Luna_Star_Keiran_Lee_-_Get_Bent_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/h0ypekos07f2/Blondie_Fesser_And_Marta_Lacroft_Asp_ESP.html
https://pornve.com/h12en7uje3vc/Rachel_Starr_-_Cumshot_At_The_End_Of_The_Tunnel.html
https://pornve.com/h14jtby2a9wb/2020_06_25_Best_Of_Brazzers_Working_Out.html
https://pornve.com/h19f70edhhtx/Elicia_-_Big_Tits_In_Uniform_15_2015.html
https://pornve.com/h1eqe2rqbw5n/Vina_Sky_-_Ramming_The_Raver.html
https://pornve.com/h1ngx019lnj5/Big_Booty_Dream_Jeans_Nikki_Benz__Charles_Dera.html
https://pornve.com/h1o44tcr2w7q/WeLiveTogether_15_11_12_Sydney_Cole_And_Cyrstal_Rae_Pussy_Peeping.html
https://pornve.com/h1oa5ltm1jpy/BigWetButts_19_07_24_Abella_Danger_Poolside_Booty_XXX_SD.html
https://pornve.com/h1ptr7hysgxq/Riley_Reid_And_Melissa_Moore_Sluts_Dinner.html
https://pornve.com/h1sn4yj20twg/Gina_Valentina_India_Summer_Prude_And_Prejudice.html
https://pornve.com/h1t2kdanse7q/Lilly_Lit_-_Getting_Her_Fill.html
https://pornve.com/h1yf8eq8ov4w/Erotic_Massage_Broklyn_Chase_Anal.html
https://pornve.com/h21usew3ezkc/Lily_Carter_Aamerican_Teeny_Bopper_178_Most_Played_Porn_Video_Of_Today_198_Top_Rated_Porn_Video_Of_Today.html
https://pornve.com/h23bpavusy41/Abbie_Cat_-_Dr_Jekyll__Mister_Hung.html
https://pornve.com/h2fzhhs6hu71/My_Mother_In_Law_Likes_It_Raw_Alura_Jenson.html
https://pornve.com/h2gnw788ctb2/All_Good_New_Kagney_Linn_Karter.html
https://pornve.com/h30rhjc4hvqy/Lily_Labeau_-_Watch__Learn.html
https://pornve.com/h322pbifjutu/Peta_Jensen.html
https://pornve.com/h362tnp17lpv/Abby_Cross_takes_a_big_cock_in_her_pussy.html
https://pornve.com/h38ihzv0xx3i/Jenna_Lovely_-_Freedom_Fuck.html
https://pornve.com/h392vu87v721/Casey_Calvert_Ryan_Driller_-_Professional_Pussy_Protection_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/h3fndu82kw1c/Madison_Ivy_-_Finding_The_Perfect_Fuck.html
https://pornve.com/h3fy6napfuxz/Brazzers_Stranded_Stepmom_Brazzers_Mommy_Got_Boobs_Tegan_James_Lucas_Frost_Blonde_Blowjob_W.html
https://pornve.com/h3gcsafxuy3e/Ava_Addams__Riley_Jenner_-_The_New_Appli_Cunt.html
https://pornve.com/h3nck2ey0uh9/Insatiable_MILF_Rachel_Starr_gets_fucked_by_her_husbands_son.html
https://pornve.com/h3owtyknbuzj/Misha_Cross_Cums_Clean.html
https://pornve.com/h3v8rchlwhdc/aspen_roman_off_dripping_for_daddys_bestfriend_.html
https://pornve.com/h42ehhq5deuc/Brooke_Wylde_-_Sloppy_Deepthroat_Gets_An_A.html
https://pornve.com/h4ba5x16nrvk/AJ_Applegate__Jessy_Jones.html
https://pornve.com/h4faxf7ng7mx/Chocolate_Cookies_05.html
https://pornve.com/h4nvqwhmg8ri/Brooke_Beretta_Working_For_Cummission.html
https://pornve.com/h4t762yfouie/False_Alarm_Fucking.html
https://pornve.com/h4v2hsf4mxxw/Rebecca_More_Pussy_Is_International.html
https://pornve.com/h4yka5e2ve4l/blonde_blowjob_big_tits_brunette_milf_threesome_ass_big_dick_ebony_tits_dcposs_4453_42_plays_published_on_36_minutes_ago_category_anal_threesome_pornstar_kelly_skyline_tags_anal.html
https://pornve.com/h52cj6f7z00a/Ariana_Marie_Massaging_A_Hard_Jerk.html
https://pornve.com/h54bw9q6ihvw/Voodoo__Morrigan.html
https://pornve.com/h5atop64f9c7/BigTitsAtWork_Simone_Garza_Load_For_A_Loan_-_09_12_2016.html
https://pornve.com/h5jl9lb5b6g0h/Krissy_Lynn_-_Vandalize_My_Tits.html
https://pornve.com/h5nphi0syt04/bex_20_02_25_maserati_are_you_getting_off.html

https://pornve.com/h5v2p4c15tk2/Jordan_Pryce_Jordi_El_Nio_Polla_Queen_vs_Pawn.html
https://pornve.com/h617dgexm8i3/Arietta_Adams_-_The_Annoying_Little_Sister_-_TeensLikeItBig.html
https://pornve.com/h63lktw5q8o2/Jessa_Rhodes_Takes_A_Big_White_Cock.html
https://pornve.com/h646cg78655d/Julia_Ann_-_Oral_Exam.html
https://pornve.com/h689igo2meyl/Taking_It_Twice__Real_Wife_Stories__Lucia_Love.html
https://pornve.com/h6b0kef8flb2/Moriah_Mills_-_The_Big_Bust.html
https://pornve.com/h6dr9stpvhhi/Crystal_Rush_Bikini_Babe_Bangseks_porno.html
https://pornve.com/h6gfys0h18k6/Julie_Cash_-_The_Million_Dollar_Ass.html
https://pornve.com/h6i4300axrfa/Brazzers_Massaging_Mrs_Moore_Anal_Big_Tits_Worship_Blowjob_Facial_Feet_Massage_Missionary_R.html
https://pornve.com/h6ml5wc33bay/Dirty_Masseur_12.html
https://pornve.com/h6op00v7q87x/BigWetButts_Aleksa_Nicole_Fuck_My_Fishnets_-_26_08_16.html
https://pornve.com/h78a2yo47r6s/Summer_Brielle_-_Lets_Repopulate_The_Planet.html
https://pornve.com/h7fajzsoniac/Shawna_Lenee_-_The_Pre-Honeymoon_Fuck_Binge.html
https://pornve.com/h7fo2bft3jov/Darcie_Dolce__Desiree_Dulce_-_Stepsibling_Rivalry.html
https://pornve.com/h7gwo4ux91r6/Sienna_Day_-_Learning_The_Hard_Way.html
https://pornve.com/h7ps12bde8zk/Shay_Fox_-_Cum_In_Me_Not_On_My_Couch.html
https://pornve.com/h7rt1dm2z7yg/No_Ordinary_House_Wife_Danny_D__Kerry_Louise.html
https://pornve.com/h7tc92vm3iho/Ryan_Conner_Jordi_in_My_Friends_Fucked_My_Mom.html
https://pornve.com/h7tikqnd7vwg/Alena_Croft__Val_Dodds_-_My_Lesbian_Doctor.html
https://pornve.com/h7xtm0y6lr61/Brazzers_MILFs_Like_It_BBC.html
https://pornve.com/h7y2d6u4gbkk/Morgan_Lee_-_Meeting_Morgan.html
https://pornve.com/h7za6ii2y40y/Jasmeen_-_Office_Lust.html
https://pornve.com/h81z8ngp3as7/Fucked_In_Front_Of_Class_BraZZers_HDRip.html
https://pornve.com/h8jw3c86fsxf/Getting_Laid_Off_-_Cherie_Deville__Johnny_Sins.html
https://pornve.com/h8of4irf6n80/My_Stripping_Stepmom_Emma_Butt__Stirling_Cooper.html
https://pornve.com/h8r9jpl0vdoy/All_Good_New_Rebecca_Moore.html
https://pornve.com/h8rqcin6zpdr/Sofi_Ryan_-_Preachers_Wife_Goes_Wild.html
https://pornve.com/h8wermu206l3/Black_Light_Jada_Fuckinggg_Stevens.html
https://pornve.com/h8xe1wdven5d/Skylar_Snow_-_Haute_Couture.html
https://pornve.com/h91np0dasu1s/Lost_In_Brazzers_Part_2.html
https://pornve.com/h96swf4eiaj7/RKPrime_17_03_05_Phoenix_Marie_Reagan_Foxx_And_Kiley_Jay_Towel_Girl_XXX_-KTR.html
https://pornve.com/h98jgri8kxms/Bonnie_Rotten__Summer_Brielle_-_The_Blowjob_Business.html
https://pornve.com/h9fgptnprous/RoundAndBrown__RealityKings_Alison_Sault_-_Dose_Of_Donk.html
https://pornve.com/h9fvgmuky7xe/1800_Phone_Sex_Line_8_Madison_Monique__Nicolette28_01_2018.html
https://pornve.com/h9gar0v1wzpt/Ella_Hughes_Chris_Diamond_-_Shy_Redheads_Want_Anal_Remastered_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/h9t5mm1yyjzt/Double_Timing_Wife_Part_Two_Mick_Blue_Bill_Bailey__Ava_Addams.html
https://pornve.com/ha96pt9c77ra/wild_and_crazy_vida.html
https://pornve.com/haj033wo37vc/GFRevenge_Wild_tessa.html
https://pornve.com/hajhvb61syp4/Candy_Manson_-_Yes_Sir.html
https://pornve.com/hal60ohk0gky/Fluids_On_The_Flight_2.html
https://pornve.com/haoqg0677wde/Jaclyn_Taylor_-_Always_Listen_To_Your_Doctor.html
https://pornve.com/hasihglm4s72/Maya_Tight_Works_Out_-_Maya_Bijou.html

https://pornve.com/haxgq3rh2lee/Show_Me_Yours_Part_One_-_Ella_Hughes__Pascal_White.html
https://pornve.com/hayofwglj3p6/Scarlett_Mae_-_Secret_Slut.html
https://pornve.com/hb835j0cvu18/Remy_LaCroix__Rose_Monroe_-_Unchained_Asses.html
https://pornve.com/hbadz90d7zzq/India_Summer_Keiran_Lee_-_Show_Me_The_Yoni_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/hbeb1yek1w95/Jasmine_Jae_-_Giving_Teacher_the_D.html
https://pornve.com/hbhvl1ac5o2k/HALLOWEEN_Christen_Courtney_Rina_Ellis_Vagina_Fighter_Version_for_adults.html
https://pornve.com/hbib7w82yj6m/Layla_Price_-_Mrs_Prices_Priceless_Ass.html
https://pornve.com/hblimkljk7jt/Abby_Cross_-_Star_Whores_-_Princess_Lay.html
https://pornve.com/hby09zmr5dw4/Brazzers_Auction_Cock_Brazzers_Pornstars_Like_It_Big_Mick_Blue_Moriah_Mills_Romi_Rain_Brunett.html
https://pornve.com/hbyedxtdx0gk/The_Dinner_Party.html
https://pornve.com/hc4bwi693qz1/Brazzers_-_Double_Timing_Wife_2.html
https://pornve.com/hc4dejrgdf4j/doctors_and_nurses_fuck_patient.html
https://pornve.com/hc6ct2sa6fo4/Valentina_Nappi_-_Jessy_Jones_-_Gardening_Hoe_-_Monster_Curves_-_Reality_Kings.html
https://pornve.com/hcpun1hqkdec/Audrey_Miles_Van_Wylde_-_Disc_Golf_Dick_-_Milf_Hunter_-_Reality_Kings.html
https://pornve.com/hcqrx56itm6d/Bridgette_B_Moriah_Mills_Xander_Corvus_-_Moriahs_Wedding_Shower_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/hcsvwng22qrz/EBONY_BABE_Amanda_Pink.html
https://pornve.com/hct19eksr3gk/Alexis_Fawx_makin_magic_big-milf_hunter.html
https://pornve.com/hd07fk12fslt/London_Keyes_-_Ass_Training.html
https://pornve.com/hd7kbronsoyv/Vicki_Chase_-_The_Oil_Spill.html
https://pornve.com/hdg6yponijm8/Brazzers_Stepmoms_Spring_Cleaning.html
https://pornve.com/hdmcplu9tr7f/First_Anal_of_Madison_Ivy.html
https://pornve.com/hdnflsihaqy5/Cassidy_Banks_Van_Wylde_-_On_The_Run_2_-_Big_Naturals_-_Reality_Kings.html
https://pornve.com/hdowxu1lfbf8/Best_New_Ava_Addams.html
https://pornve.com/hdr4ejm3rt95/RealityKings_Rock_Harder_Realitykings_RK-Prime_Conor_Coxxx_Nicolette_Shea_Blonde_Blowjob_Whi.html
https://pornve.com/hdvmiuv986m5/Reality_Kings_MILF_Hunter_36_40201541_Scene_2_.html
https://pornve.com/he84j78fvtw2/Big_Ass_PAWG_Peta_Jensen_Gets_Banged.html
https://pornve.com/hecpkmic6po9/Rhylee_Richards_-_Dreamy_Office_Tits.html
https://pornve.com/hefsq4z0xuco/Vanilla_Deville_-_Stepmom_Caught_You_Masturbating.html
https://pornve.com/heg6i9rllv8h/Paisley_Rae_Van_Wylde_-_Sauna_Seduction_-_Brazzers_Exxtra.html
https://pornve.com/heqf0o49b786/ass_big_cock_liza_del_sierra_2752_42_plays_published_on_31_minutes_ago_anal_category_anal_brunette_pornstar_liza_del_sierra_tags_anal_french_actress.html
https://pornve.com/hesjqe5u9pwu/Sexual_Education_8_Blanche_Bradburry.html
https://pornve.com/heu34u5qsmhb/Anna_Bell_Peaks__Jason_Moody_Putting_Her_Feet_Up_Mommy_Got_Boobs_bigtits_on_YourPorn_Sexy.html
https://pornve.com/hf6ooag5gki1/Ariella_Ferrera__Karmen_Karma_-_Selling_The_Sybian.html
https://pornve.com/hfizkkhg3jcx/Candy_Manson_-_Rescue_9-Fun-Fun.html
https://pornve.com/hfu7mm0jds9c/Dillion_Harper_from_Teens_Like_It_Big_19.html
https://pornve.com/hg0e6wna1trc/Cherie_Deville_-_Back_In_The_Day_We_Used_To_Swap.html
https://pornve.com/hg493odhyrhr/Veronica_Avluv_-_Mother_In-Law_Special.html
https://pornve.com/hg4xps9zeiz2/Chief_Executive_Whore_Lola_Foxx__Danny_D.html

https://pornve.com/hgfcwlqs1sfg/Real_Wife_Stories_Phoenix_Marie_Mason_Moore_Brazzers.html
https://pornve.com/hgieb98a9s30/Welcum_Wagon_Brazzers.html
https://pornve.com/hgwa9bs8v66n/Gina_Valentina__India_Summer_-_Prude_And_Prejudice.html
https://pornve.com/hgyfyo48drrz/Delicious_Tits4_Monique_Alexanders.html
https://pornve.com/hh6mm42ivrsu/Kacey_Kox_Threesome_in_Boat.html
https://pornve.com/hhlyc266qfyi/Hot_MILF_Madelyn_Marie.html
https://pornve.com/hht6mt8fn3qj/Brittney_Banxxx__Krissy_Lynn_-
_Two_Wrongs_Make_One_Merry_Wife.html
https://pornve.com/hhw6k5koltd9/ELSA_JEAN_PIPER_PERRI_AND_ANAINA_DAWSON_SHARE_A_HUGE_COC
K_IN_SAUNA.html
https://pornve.com/hi92qb0bnzkt/Alanah_Rae_-_Broken_Promises.html
https://pornve.com/hi9j6t1boc9b/New_Anal_Creampie_Jada_Stevens.html
https://pornve.com/higuzsw34u5f/thawed_out_and_horny.html
https://pornve.com/hih5kojn7if9/India_Summer__Sara_Luvv_-_Bathtime_With_A_Hot_MILF.html
https://pornve.com/hii5bttrf9yj/Sharing_My_Stepsister_Casey_Calvert__Keiran_Lee__Michael_Vegas.html
https://pornve.com/hijzdcnrqyj5/Summer_Brielle_-_The_Fittest_Fuck.html
https://pornve.com/hirrxt7tmcwj/DAREDORM_61_When_in_Rome_1of2.html
https://pornve.com/hivkaytgkbvu/Alexis_Crystal_-_Ass_On_Alexis.html
https://pornve.com/hizb8m66dw0m/Emily_B_-_St-Pornos_Fire.html
https://pornve.com/hj2x5izcrt3m/Hot_And_Mean_12_2015.html
https://pornve.com/hj5eirlozk6o/Brunette_Hardcore_Teen_Gina_Gerson_Small_Tits.html
https://pornve.com/hj8y7xlxgidm/Jada_Stevens_-
_Getting_clean_in_bath_before_getting_dirty_with_Jadas_big_ass.html
https://pornve.com/hjbfnu8u6d7p/Ariella_Ferrera_-_Cocksucker_Proxy.html
https://pornve.com/hje2za17pch6/Dani_Daniels_-_Driven_By_Double_Gs.html
https://pornve.com/hjq6y7y5ygv5/Ivy_Lebelle_-_Hard_Evidence.html
https://pornve.com/hjw86deapgvu/Britney_Amber_Xander_Corvus_-
_The_Mannequin__The_Security_Guard_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/hjxglfsyhlox/Brazzers_Metal_Rear_Solid_The_Phantom_Peen_Brazzers_Brazzersexxtra_C
harles_Dera_Casey_Calvert.html
https://pornve.com/hjzikjkqtvkd/A_Hallway_Humping_-_Keisha_Grey__Jessy_Jones.html
https://pornve.com/hk0cxjgk0kcp/ZZSeries_Monique_Alexander_Ghostbusters_XXX_Parody_-_Part_1_-
_11_07_16.html
https://pornve.com/hk92oy22kx5u/Ivy_Lebelle__Karmen_Karma.html
https://pornve.com/hkbkzpgcbzip/Tia_Cyrus_This_Guy_Works_Wonders_Netfapx.html
https://pornve.com/hl3uv6yodv53/Brazzers__Hot_And_Mean__Dominative_Assistant_Bridgette_B_Kristina_
Rose.html
https://pornve.com/hl5zva3c8eje/Ayumu_Kase_-_Otaku_Orgasm.html
https://pornve.com/hlc2hpt2gkmq/Tali_Dova_-_Teens_Love_Huge_Cocks_7_2015.html
https://pornve.com/hlesvoyma3dy/LaSirena69__Molly_Stewart_-_Squirting_Out_The_Truth.html
https://pornve.com/hlgv9wefbd1f/Tiffany_Watson_-_The_Great_Easter_Egg_Cunt.html
https://pornve.com/hlom66ddg6n4/dillion_harper_in_the_school.html
https://pornve.com/hlonhdy320gx/Brazzers_ZZ_Medical_Center.html
https://pornve.com/hlpficy9ykg4/Esperanza_Gomez_-_Hola_Neighbor.html
https://pornve.com/hlr3dcps64uv/You_Need_Mums_Approval_Valerie_White_Helly_Mae_Hellfire__Van_Wyl
de.html
https://pornve.com/hlrjp93sj7ed/Lisa_Ann_Young_guy_fucks_his_stepmothers_wet_pussy.html
https://pornve.com/hlv2wdv9ybto/Nikki_Sexx_-_The_Right_Medicine_For_Dr_Sexx.html

https://pornve.com/hm3e4vyw972d/Free_Download_Anya_Olsen_Sister_It_Is_So_Wrong_Yet_So_Right_45_Most_Played_Porn_Video_Of_Today_194_Most_Played_Porn_Video_Of_Week.html

https://pornve.com/hm42rrhv680c/Life_Assistance_Doll_Danny_D.html

https://pornve.com/hmafq8oun9qs/Brazzers__Big_Butts_Like_It_Big__Happy_Anal_versary_Jynx_Maze.html

https://pornve.com/hmb18tqh4d8d/Aching_For_Anal_Diamond_Jackson__Simone_Sonay_Public_Threesome_.html

https://pornve.com/hmc6jz5pjcvm/Brazzers_-_Jennifer_White_Anal_Apocalypse.html

https://pornve.com/hmcdhcckjuai/8thStreetLatinas_Violet_Star_Starr_Quality_-_12_08_16.html

https://pornve.com/hmi0oreb518r/Lela_Star_Charles_Dera_-_Wanted_Fucked_Or_Alive_Part_2_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/hmm91nwaxfv9/Erotic_Massage_Calling_For_a_Hot_Massage.html

https://pornve.com/hmw1kmtghcjc/Brazzers__Big_Tits_at_School__A_Tip_To_The_School_Nurse.html

https://pornve.com/hmw6r2qa7fht/Brazzers_-_Milf_Swap_Brazzers_Mommy_Got_Boobs_Van_Wylde_Bill_Bailey_Sammy_Brooks_Karen_Fisher_.html

https://pornve.com/hmwkwnq07agw/Realitykings_-_Milf_Hunter_-_Man_Eater.html

https://pornve.com/hmxprbxo4liq/Aaliyah_Love__Kate_England_-_Making_The_Sale.html

https://pornve.com/hmzpoqiihwhw/Elexis_Monroe__Lily_Love_-_Babysitter_Smut.html

https://pornve.com/hn636yu9qn34/RealWifeStories_-_Nicolette_Shea_Im_Not_Cheating.html

https://pornve.com/hnc9lq869sio/The_Liar_The_Bitch_And_The_Wardrobe___Aaliyah_Hadid__Sean_Lawless.html

https://pornve.com/hniyi33ltvgm/Madison_Ivy_Jean_Val_Jean_1_800_Phone_Sex_Line_6.html

https://pornve.com/hntjbqgk6n2o/Kerian_Is_Rich_Guy_And_He_Wants_Fuck_New_Maid_Girl.html

https://pornve.com/hntk46wuuj86/Rachel_Starr_-_The_Stepmom__The_Graduate.html

https://pornve.com/hnv9lp6uljya/Olivia_Austin__Skye_West_-_How_To_Masturbate_Like_A_Porn_Star.html

https://pornve.com/hnwsx5ycrt5a/Naughty_Bookworms_2015_-_Aletta_Ocean.html

https://pornve.com/hnz5nz2zedtv/Ricki_Raxxx_-_Bridezilla_vs_Monster_Cock.html

https://pornve.com/hnzzwvlwr4yp/Naughty_college_girl_Charity_Bangs_gets_punished_in_the_classroom.html

https://pornve.com/ho6ut4pr7sia/_The_MILF_Experience_-_Brazzers_.html

https://pornve.com/ho7sbsq0a8o8/Mom_Kendra_Lust_Fuks_Teen_Dillion_Harper.html

https://pornve.com/hoac8voxkxss/Lisa_Ann_-_Lisa_Anns_Lover.html

https://pornve.com/hod73i798yon/HotAndMean_Krissy_Lynn_Sheena_Rose_Uma_Jolie_Outing_The_Outed_-_09_08_16.html

https://pornve.com/hoi1u0c6mbss/Katrina_jade_Lela_star_threesome_sex.html

https://pornve.com/hola9p08m0dw/Anikka_Albrite__Jada_Stevens_-_Prison_Sluts_With_Big_Butts.html

https://pornve.com/hoqru76nsf4g/Maya_Hills_-_A_Night_At_The_Pleasure_Palace.html

https://pornve.com/hov4p38yq7cb/Madison_Scott_-_ERection.html

https://pornve.com/hp1jwf7n5uag/Reagan_Foxx_-_Feeling_Up_The_Fashion_Girl.html

https://pornve.com/hp29iadrw2fb/the_caterer.html

https://pornve.com/hp39sa9vj2lc/Ally_Kay_-_Throbbing_The_Cradle.html

https://pornve.com/hpb18gdsye9o/Sybil_Stallone_-_Free_For_All_Fuck.html

https://pornve.com/hpdxoe2jc03s/GFRevenge_Super_spread.html

https://pornve.com/hpgx51ts1xwo/RealityKings_-_Jmac_plowed_Naomi_Woods_pussy_and_jizz_in_her_mouth_.html

https://pornve.com/hpir8w7wxdmx/HOT_NEW_MILF_Rachel_Starrs_Sex_Workout.html

https://pornve.com/hpq2hcw43sp8/Jade_Amber_-_Jade_Screams_For_Ice_Cream.html

https://pornve.com/hq1ecwyp7ye4/Mischa_Brooks_-_You_Have_A_Cock_Addiction.html
https://pornve.com/hq6m6g8s06n3/Kimmy_Olsen_-_My_Girlfriends_Slutty_Friend.html
https://pornve.com/hq8auw91x79r/Kacey_Jordan_-_Sneak_In_Fuck.html
https://pornve.com/hq9l1djn1svw/Adriana_Chechik_Juan_Lucho_-_Shut_Up_and_Fuck_Me_-_Pornstars_Like_it_Big_-_Brazzers.html
https://pornve.com/hqf367aqdi7y/Taking_It_Twice_Brazzers.html
https://pornve.com/hqfcfm83dm0t/Phoenix_Marie_Is_Following_Doctors_Orders.html
https://pornve.com/hqg1fnjeqjvt/Hime_Marie_Jill_Kassidy_Keiran_Lee_Blowing_The_Landlords_Load_Brazzers_Exxtra_Brazzers.html
https://pornve.com/hqjm3mqe26kk/Shay_Sights_-_Bribing_The_Law.html
https://pornve.com/hqjseiyo8bmk/Brazzers_-_Sporty_girl_Keisha_Grey_gets_fucked_by_her_coach_.html
https://pornve.com/hqk2zaj7rwog/Ryder_Skye_Im_Gonna_Bang_Your_Mother_3_2015.html
https://pornve.com/hqm2815b1f29/Hardcore_AllieHaze_Superanalized.html
https://pornve.com/hqndoyh4c66p/Sharon_Pink_-_Getting_A_Better_View.html
https://pornve.com/hqqsjt9k5820/Alexis_Breeze_-_Pick-Up_In_The_Park.html
https://pornve.com/hqr14u86gnj0/Zoey_Holiday_-_Mommy_The_Muff_Muse.html
https://pornve.com/hqr6je760tq9/Realitykings_Wet_And_Wild_Staycation.html
https://pornve.com/hqwdy83r01c1/GFRevenge_Thats_my_girl.html
https://pornve.com/hqyss1u0k3gh/Ribbon_Cunting_Ceremony.html
https://pornve.com/hr2tc44j3o4p/DirtyMasseur_-_Brazzers_-_Makayla_Cox_Markus_Dupree_Eager_Beaver.html
https://pornve.com/hr6g5dubma1d/Abbey_Brooks_-_Sensitivity_Training.html
https://pornve.com/hrbgxtzaa4t7/Queen_Of_Thrones_-_Part_3.html
https://pornve.com/hrmrcj8xhct3/Tasha_Reign_Sacred_Holes.html
https://pornve.com/hrpm7q35b9zy/Carmen_Caliente_-_Knobbing_The_Naughty_Nurse.html
https://pornve.com/hrrenn4fc544/Nikki_Sexx_-_Get_Me_Wet_Mr_Plumber.html
https://pornve.com/hrtrqae7mj0p/Bridgette_B__Val_Dodds_-_Pussy_On_Pointe.html
https://pornve.com/hs8v7y4sm1d6/Mandy_Muse_Mandys_Anal_Amusement.html
https://pornve.com/hsgoar9ek3ij/Emma_Hix_Keiran_Lee_-_Emma_Gets_All_Oiled_Up_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/hshfa4148nd9/Chase_Ryder__Simone_Sonay_-_Caught_With_A_Cock.html
https://pornve.com/ht0jszghyvd1/Christie_Stevens_Xander_Corvus_-_Drywall_Wet_Pussy_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/ht0pkykey61f/New_ANAL_Aletta_Ocean.html
https://pornve.com/ht6vt5oknkph/cheating_Bride_Is_Fucking_By_Her_Husbands_Friend_on_wedding_day.html
https://pornve.com/htdka90yq7xj/MilfHunter__RealityKings_Briana_Banks_-_Busting_on_briana.html
https://pornve.com/htgncwp061th/MikesApartment_17_02_15_Luna_Corazon_One_Night_Of_Fun_XXX_-_KTR.html
https://pornve.com/htgpxgunzse1/Emma_Heart_-_I_Heart_Big_Asses.html
https://pornve.com/hth1xi6t9bwj/Ariella_Ferrera_-_Polishing_His_Trophy.html
https://pornve.com/hthfft4ny6zh/BrazzersExxtra_-_Jennifer_White_I_Thought_You_Hated_Yoga_5B_HD_5D.html
https://pornve.com/htq3d18opvly/BrazzersExxtra_-_Nicolette_Shea_The_Dick_Pic_Trick.html
https://pornve.com/http5sj93p7p/RealityKings_Make_You_A_Man_Realitykings_RK-Prime_Jordi_El_Nino_Polla_Aryana_Adin_Brunette_Bl.html
https://pornve.com/htx2kf8v5gbi/Mary_Jane_Mayhem_-_Manhandled.html

https://pornve.com/hu0xrqh4h5di/Hhot_Fuck_In_Club_Cumshot_Pornstar_Esperanza_Gomez.html
https://pornve.com/hu158fkd4d7a/Bonnie_Rotten__Skin_Diamond_-_Double_Dildo_Dommes.html
https://pornve.com/hu4dffebbcwu/Kelly_Divine_-_Creampie_On_A_Divine_Ass.html
https://pornve.com/hu83p4w2t73l/India_Summer__Veruca_James_-_Anal_Lessons_From_A_Milf.html
https://pornve.com/hujdq0gaz5i2/Callie_Calypso_-_Curing_Callies_Cock_Cravings.html
https://pornve.com/hv2s0ph2lofm/Casca_Akashova_-_All_Dolled_Up.html
https://pornve.com/hva3i33nj6ah/MomsBangTeens_Reagan_Foxx_Lucie_Cline_40Milf_In_Closet_-
_05_12_201641.html
https://pornve.com/hvh23hfppk57/Harlow_Harrison_The_Great_Public_Cock_Hunt.html
https://pornve.com/hvmsxgbmtxkt/All_Good_New_Emma_Leigh_And_Danny_D.html
https://pornve.com/hvof4etxln40/Lucky_guy_fucks_his_girlfriend_and_her_dissolute_stepmother_Aaliyah_L
ove.html
https://pornve.com/hvok7z1vr1y5/Stella_Cox_-_Cock_For_Cox.html
https://pornve.com/hvqgo5yk6ifs/Jenny_Hendrix_-_Just_Like_The_Good_Old_Times.html
https://pornve.com/hvvdgxrt85ow/Janice_Big_Dick.html
https://pornve.com/hvwt69nxvygf/Aaliyah_Love__Veronica_Vain_-_Pole_Skills_And_Holes_Filled.html
https://pornve.com/hvx4foiihsrv/Gianna_Dior__Ava_Addams_-_Mother_Daughter_Boning.html
https://pornve.com/hvy5qx0bwaa5/Lisa_Ann_-_Settling_Out_Of_Cunt.html
https://pornve.com/hw950l7sde8b/Irreconcilable_Slut_-_Part_3.html
https://pornve.com/hwjhtaycq4r1/Shyla_Stylez_-_Hes_Got_A_Ticket_To_Ride.html
https://pornve.com/hwqq5v8xx74q/abigail_mac_hot_sex.html
https://pornve.com/hx2c328ngptp/Jillian_Janson_-_A-Mature_Magic.html
https://pornve.com/hx34jjscof7j/Mason_Moore_-_Mount_RushMoore.html
https://pornve.com/hx7gnkm57fxt/Vienna_Black_-_Slutty_Study_Time.html
https://pornve.com/hxaplvuo19o0/Ariella_Ferrera_Mommys_Best_Kept_Secrets.html
https://pornve.com/hxas5v0k254z/Sneaky_Mom_1_Kendra_Lust__Brick_Danger.html
https://pornve.com/hxfclbr5i4zs/NEW_DD_Kirsten_Lee_Molly_Mae_Raven_And_Alice_March.html
https://pornve.com/hxfwd2cqahzm/Chloe_Lamour_-_This_Could_Be_The_End_-_Brazzers_Exxtra_-
_Brazzers.html
https://pornve.com/hxgqbnsz95m5/Brandi_Edwards_mommy_got_boobs.html
https://pornve.com/hxk44mz3w7gx/Cory_Chase_X_MILF_Has_Sex_Hot_Shawn_Rees.html
https://pornve.com/hxmss1m2h7uf/milf_stepmom_fetish_glory_hole_mom_son_stepmom_glory_hole_4156
_3_171_plays_published_on_1_day_ago_category_big_tits_redhead_pornstar_diamond_foxxx_tags_public.ht
ml
https://pornve.com/hxryu7tcve8p/Hellvira_Mistress_Of_The_Fuck_Joslyn_James.html
https://pornve.com/hy6se3meie5q/Christen_Courtney_Rina_Ellis_Sex_Fighter_Chun_Li_vs_Cammy.html
https://pornve.com/hyco7ih817rj/Katie_Summers__Ruby_Knox__Victoria_White_-
_Sharing_Is_Caring_At_Camp_Starfish.html
https://pornve.com/hyvlprwjl5va/Abella_Danger_-_The_Trip_-_Part_2.html
https://pornve.com/hz2iya1gp259/phoenix_4some.html
https://pornve.com/hz2ndyzbnetr/Lesbians_NEW_Brandi_Love_And_Mia_Malkova.html
https://pornve.com/hz4awnv9rui4/Gabby_Quinteros_-_Dusty__Busty.html
https://pornve.com/hz6qkqqbet76/Skin_Diamond_-_Diamond_Repair.html
https://pornve.com/hz8swns8snm3/Best_Brazzers_Live_Ever_-
_Shyla_Stylez_Nikki_Sexx_Bridgette_B_Phoenix_Marie_And_Trina_Michaels.html
https://pornve.com/hzekbwln70b4/Happy_Stepmothers_Day_-_Alli_Rae_Devon__Jessy_Jones.html

https://pornve.com/hzje3gf457tf/groupsex_rachel_roxxx_reverse_gangbang_slut_hotel_part_3_4124_42_plays_published_on_27_minutes_ago_category_brunette_hardcore_pornstar_romi_rain_isis_love_tags_group_sex.html
https://pornve.com/hzom1nqny2ja/1800_Phone_Sex_Line_9_Clea_Gaultier__Alex_Legend.html
https://pornve.com/hzplf5wem59a/The_Dutiful_Wife_Katana_Kombat_and_Damon_Dice.html
    https://pornve.com/hzwrae84kibv/Molly_Bennett_-_Wonder_Pussy.html
    https://pornve.com/i016zf29q7uu/realitykings2016-12-23_Caught_At_The_Pool.html
    https://pornve.com/i01nm5gwtwjn/Nicole_Grey_-_Fuck_I_D.html
    https://pornve.com/i07i7v3bvrqr/Disciplining_The_Squirt_Brazzers.html
    https://pornve.com/i0e687cl24f8/busty_mandy_dee_anal.html
    https://pornve.com/i0ez1fkvqw0v/Vicky_Love__Daisy_Cake_Swingers.html
    https://pornve.com/i0pam2l4qxt2/Julia_Ann_-_Tits_Are_Always_The_Solution.html
    https://pornve.com/i0q2a24updfe/Harlow_Harrison_-_Obsessive_Cum-pulsive_Disorder.html
    https://pornve.com/i0sceybbiqan/Stacy_Cruz_-_Waking_Beauty.html
https://pornve.com/i0sh4roxnaho/DoctorAdventures_Gia_Milana_She_s_No_Dummy.html
    https://pornve.com/i0vxvo9spe1p/Shawna_Lenee_-_Lenee_Laid_In_Miami.html
    https://pornve.com/i13kkadfukz1/Ava_Rose_-_Pain_The_In_Ass_Roomate.html
https://pornve.com/i164crzxcmuk/Kianna_Dior_Mommy_Mans_The_Kissing_Booth.html
https://pornve.com/i16nolzjvrje/HotAndMean_19_07_15_Eliza_Ibarra_And_Sabina_Rouge_Get_Your_Own_Room_XXX_SD.html
    https://pornve.com/i1blxl4r3yb7/Phoenix_Marie__Riley_Reid_-_Nailed_By_The_School_Nurse.html
    https://pornve.com/i1c1067byjf1/Stacey_Saran_-_A_Very_Neighborly_Affair.html
https://pornve.com/i1eqczqt42ht/My_Stepmoms_Cooking_Show_The_Secret_Ingredient.html
    https://pornve.com/i1fg3ar32227/Leigh_Darby_Filthy_Moms_1_S3.html
    https://pornve.com/i1gjmjszkxgj/_Brazzers_-_Sexy_Carla_Pryce_learn_how_to_make_a_proper_blowjob_.html
    https://pornve.com/i1h9tocflgrb/Gina_Valentino_-_Blowjob_Teen_Game.html
    https://pornve.com/i1jf90tyictl/Zara_DuRose_-_Corporate_Espionage.html
    https://pornve.com/i1l69w3ousq7/McKenzie_Lee_-_Bad_Mommy.html
https://pornve.com/i1laylrr778k/Alice_March__Dillion_Harper__Staci_Silverstone_-_A_Brazzers_Christmas_Party.html
https://pornve.com/i1oj69cl4djg/Brother_Fuck_Younger_Sister_When_She_Play_Games.html
    https://pornve.com/i1pzx7275632/realitykings2016-12-15_Maid_Troubles.html
    https://pornve.com/i1shotb05yvr/Nicole_Aniston_-_Abstract_Sexpressionism.html
    https://pornve.com/i1txlsmwa7so/Three_Is_Fun_-_Molly_Mae__Haley_Reed_-_Reality_King.html
    https://pornve.com/i24rpk997kbi/_Brazzers_-_Big_tit_redhead_Monique_Alexander_fucks_her_gym_client_.html
    https://pornve.com/i28f5e000x41/Sally_DAngelo_Ricky_Spanish_-_Bad_To_The_Granny_Bone_-_Brazzers_Exxtra_-_Brazzers.html
    https://pornve.com/i2aezn6em3aq/Laura_Crystal_-_She_Loves_The_WEINERschnitzel.html
    https://pornve.com/i2c0raj8khfo/Brandi_Love_-_Evaluation_Ejaculation.html
    https://pornve.com/i2rgzz50vvfg/d4_K3nnedy_L3igh_480p.html
    https://pornve.com/i2uuvsureeni/Nova_Brooks__Tegan_James_-_Tied_Me_Up.html
    https://pornve.com/i2x3byqzj2ee/Sophia_Santi_-_Drilled_By_The_Dean.html
https://pornve.com/i2xzoenfvns5/Skinny_Pencil_Dick_Ava_Addams_Stay_Away_From_My_Daughter.html
    https://pornve.com/i2z7y4kl8036/Ariella_Ferrera__Cherie_Deville_-_A_Double_Milf_Stack.html
    https://pornve.com/i2zs2jmt85sz/Emma_Heart_-_The_Real_Asstate_Deal.html
  https://pornve.com/i32xwzd1ltku/Mercedes_Carrera_The_Mommy_Method.html

https://pornve.com/i3akf9l2t9gc/Jenny_Diamond_-_Fast_Times_On_A_First_Date.html
https://pornve.com/i3befsnmnd0t/Julia_Bond__Nikki_Benz_-_The_Pornstar_Experiment.html
https://pornve.com/i3o42jmbcec9/Romi_Rain_-_The_Other_Woman.html
https://pornve.com/i3otst5n2sdl/Alena_Croft_-_City_School_Gangbang.html
https://pornve.com/i4dxlz3iafag/Ryan_Keely_Isiah_Maxwell_-_Pounded_By_The_Producer_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/i4nywx0o2256/Madison_Ivy_Never_Had_Aa_Threesome_Before_Full_College_Madison_With_All_Her_Sexual_Prowess_Some_How_Has_Never_Had_A_Threesome_Before_Until_Now.html
https://pornve.com/i4p95ge64220/Lily_Jordan_-_But_She_Helps_Me_Study.html
https://pornve.com/i4qbymiur5lv/Rachael_Cavalli_-_Masquerade_Ball-Sucking.html
https://pornve.com/i4trezxq5rm0/River_Fox_Van_Wylde_-_All_Tits_On_Deck_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/i4vswoi3w600/Nicole_Aniston_-_Nicoles_Bent_Over_Backwards_-_DayWithAPornstar.html
https://pornve.com/i4zrthjo2d04/Brazzers_Asa_Akira_And_Madison_Ivy_To_Fuck_a_Stranger.html
https://pornve.com/i53xqhtibto4/Maddy_Oreilly_-_G_Spot_O_Face.html
https://pornve.com/i5bz7auss7vn/Mea_Melone_-_Learning_The_Fun_Way.html
https://pornve.com/i5c3va28obb4/blonde_blowjob_big_tits_hardcore_cumshot_babe_kleio_valentien_elegance_in_negligence_4013_188_plays_published_on_3_hours_ago_title_category_ass_public_pornstar_kleio_valentien_tags_beautiful_brazzers_tag_this_video.html
https://pornve.com/i5d0axdrjr5a/Vanilla_Deville_Filthy_Moms_1_S5.html
https://pornve.com/i5d4tknnao38/MoneyTalks_Gianna_Nicole_Body_In_Motion.html
https://pornve.com/i5f368kv7bva/Jewels_Jade_-_Cock_Fixer_Upper.html
https://pornve.com/i5f7bx4bkaeg/Jasmine_Webb_-_Hardcore_Initiation.html
https://pornve.com/i5k63a1bivp9/Alexis_Ford__Juelz_Ventura_-_Insextion.html
https://pornve.com/i5rkry65wqy0/Ariella_Ferrera_-_The_Sex_Test.html
https://pornve.com/i62fx31r50lz/BrazzersExxtra_Angela_White_Ava_Addams_Bridgette_B_Chasing_That_Big_D_-_28_11_2016.html
https://pornve.com/i68bxpp5k5mg/Anna_Bell_Peaks_Loves_Giving_The_Anal_Gift.html
https://pornve.com/i6bwmz0xzq6r/Remy_LaCroix_-_Remys_Ring_Toss.html
https://pornve.com/i6epsm19bgbg/Hadley_Viscara_-_A_Natural_Distraction.html
https://pornve.com/i6j7rdpjrw77/Brazzers_Worldwide_Budapest_-_Episode_8.html
https://pornve.com/i6kwaq1bsxke/Elevator_Creeping_Sarah_Vandella.html
https://pornve.com/i6n0tl9lumtv/AJ_Applegate_-_Anal_Glory.html
https://pornve.com/i6xuur8vpyd6/Elsa_Jean__Monique_Alexander_-_Pool_Humping.html
https://pornve.com/i75yjb88mbdq/Karen_Fisher_-_Who_Wants_Pie.html
https://pornve.com/i77d43f6uiu8/Jasmine_Webb_-_If_You_Love_Me.html
https://pornve.com/i7cvn33p40o9/Brandi_Love_-_Of_Milfs_and_Men.html
https://pornve.com/i7czywemj6aj/Secret_Wifeswap_Weekend_Part_Two.html
https://pornve.com/i7lak2ugm853/Alexis_Fawx0_Alpha_MILF_Bad_Tow_Truck.html
https://pornve.com/i7p61zrsyc1i/Aaliyah_Hadid_Ashley_Adams_Bridgette_B_Gina_Valentina_Karma_Rx_Katrina_Jade_Kira_Noir_Kissa_S.html
https://pornve.com/i7tkynh1ntu2/Skyla_Paige_-_Lifeguard_On_Cock_Duty.html
https://pornve.com/i83awisnsbof/Special_Assistant_to_Ms_Cumz_Casey_Cumz__Bill_Bailey.html
https://pornve.com/i88kfo4qv9ba/Twerk_And_Jerk_Kelsi_Monroe__Sean_Lawless.html
https://pornve.com/i8dg5wtyryrc/Cindy_Dollar_-_Massage_My_Love_Muscle.html
https://pornve.com/i8dpass7o4al/NEW_Adrianna_Nicole.html
https://pornve.com/i8g8s7o7f5f9/Brenna_Sparks_Asian_Massage_2_Of_10.html

https://pornve.com/i8mfnvqfxcl4/Brazzers_-_Pussy_Pat-Down_Brazzers_Brazzersexxtra_Sarah_Banks_Johnny_Sins_Ebony_Brunette_Black.html

https://pornve.com/i8rzlxjdswgw/Sophia_Lomeli__Keiran_Lee_-_Under_The_Knife_Or_Impaled_By_Sword.html

https://pornve.com/i8s8245l6kfn/Nikki_Benz_-_A_Very_Oral_Interview.html

https://pornve.com/i8wyntos6g2e/Aryana_Augustine_-_Below_The_Belt.html

https://pornve.com/i8xarise7sis/Alanah_Rae_Assault_on_Anal_Precinct.html

https://pornve.com/i91xno4x3djw/Penny_Pax_Johnny_Sins_-_Getting_Smashed_-_Brazzers_Exxtra_June_18_2018.html

https://pornve.com/i93v30rw0g9i/BrazzersExxtra_-_Christiana_Cinn_Homo_Sexians.html

https://pornve.com/i99ylmymbwut/Madison_Ivy_Manuel_Ferrara_-_Making_Madison_Wet_-_Pornstars_Like_It_Big_-_Brazzers.html

https://pornve.com/i9gygyv692yn/Chastity_Lynn__Katsuni__Kristina_Rose_-_French_Fuck_101.html

https://pornve.com/i9ikys8rsk5t/Alessandra_Jane_-_Fucking_The_Masterpiece.html

https://pornve.com/i9uzn9syznf6/Karrlie_Dawn_-_Locked_Out.html

https://pornve.com/i9xugd2676nf/Audrey_Bitoni_-_Equipment_Room_Boom_Boom_-_Brazzers.html

https://pornve.com/i9y6wq0tfq5c/BigNaturals_Layla_London_Jugs_And_Tugs_-_02_11_2016.html

https://pornve.com/ia4v61stqf5i/Asa_Akira_-_Dr_Awesome.html

https://pornve.com/ia82pr7rl22m/Georgie_Lyall_Danny_D_Sample_My_Snatch.html

https://pornve.com/iad5fe74njow/rws_20_03_13_nicolette_shea_an_intense_affair.html

https://pornve.com/iaftqaj6dvoc/Money_Talks_gas_for_ass_big.html

https://pornve.com/iafxu531hsdl/Torrey_Pines_-_Seduce_A_Milf.html

https://pornve.com/iaku6aesqekd/Realitykings__Round_and_Brown__Ass_Celebration.html

https://pornve.com/iaqj3vt3v9az/Rihanna_Samuel_-_The_Princess_Of_Cock.html

https://pornve.com/iarguop09dou/GFRevenge_Delilah_Blue_My_Girl_Blue.html

https://pornve.com/iat0gvar5adk/Stacey_Saran_Danny_D_-_A_Very_Neighborly_Affair_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/iax068eg0iks/Back_It_Up_Bea_Bea_Wolf.html

https://pornve.com/ib13v2kwgj83/Riley_Reid_Massage.html

https://pornve.com/ib888zjohdd4/Nicolette_Shea_-_Smart_Ho-me.html

https://pornve.com/ibf7bg9z0thi/Best_New_Mommy_Got_Huge_Boobs_Emma_Eutt_Hold_The_Phone_Not_The_Moan_New_March_07_2016.html

https://pornve.com/ibifdbhaxzfe/Kimmy_Granger_Mick_Blue_-_Please_Reconsider_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/ibuwwhef1ubj/Brazzers_-_Bonnie_Rotten_And_Nicolette_Shea_Insubordinate_Sub.html

https://pornve.com/ic1t9wmo0z8z/Sandra_Romain_Big_Cock_Anal_And_Facial.html

https://pornve.com/ic2wsh73icl7/Charley_Chase_-_Cutting_To_The_Chase.html

https://pornve.com/icdbbeapl8pu/Cali_Carter__Cherie_Deville_-_Massage_My_Mother_In_Law.html

https://pornve.com/icki24t6j6kg/Phoenix_Marie_-_Best_Of_Brazzers_Phoenix_Marie.html

https://pornve.com/icn7wou2mkxw/Mischa_Brooks_-_Wheres_My_Wallet.html

https://pornve.com/icqr3oat96gt/Brazzers_Lets_Talk_About_Sex_Kissa_Sins.html

https://pornve.com/icri2ivix4oc/Slut_Hotel_-_Part_2.html

https://pornve.com/icw83afomeax/Carter_Cruise__Jayden_Cole_-_Deuces_Are_Wild.html

https://pornve.com/icx6r85n1ib8/Alana_Lace_Brannon_Rhodes_-_Heart_Boobs_-_Big_Naturals_-_Reality_Kings.html

https://pornve.com/id6kednm3wvm/NEW_MILF_Big_Tits_new_Michelle_Thorne.html

https://pornve.com/id8gtk7dyho4/Amy_Brooke_-_Wettest_Woman_In_Porn.html

https://pornve.com/idhivprt1oky/Jodi_Bean_-_Boob_Erasers.html
https://pornve.com/idosgc7oym4i/Karma_Rx_-_Slutty_Surveillance.html
https://pornve.com/idq4vqp9pxxo/Rachel_Starr_-_Ghost_Humping.html
https://pornve.com/idx2wrdu8lxj/Desiree_Night_-_Worship_Me.html
https://pornve.com/ie0oufjadin4/1800_Phone_Sex_Line_11_Anya_Ivy__Johnny_Sins.html
https://pornve.com/ie2a5iphh530/Luna_Skye_Keiran_Lee_-_Cramming_The_College_Cutie_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/ie2erfya8xsc/Shy_Love_-_A_Little_Bit_Of_Hotel_Ass.html
https://pornve.com/ie3ewec12ip7/Abella_Anderson_-_Water_Polo_Ho.html
https://pornve.com/ie5p6b1vicy1/Dani_Daniels_-_Fuck_The_Law.html
https://pornve.com/ieb5y8tiptow/Devon__Nikki_Benz_-_Boy_Toy.html
https://pornve.com/ieg1t193r572/Brazzers_Mommy_Got_Boobs_40Show_Me_How_You_Jerk_Off41_European.html
https://pornve.com/iehw1y7121j6/Vanilla_Deville_-_Charming_Her_Panties_Off.html
https://pornve.com/ien612dq3zht/Brazzers_-_Kieran_couldnt_relax_until_maid_Tessa_release_him_a_huge_load_.html
https://pornve.com/ieyxehxalv5y/juelz_ventura.html
https://pornve.com/iezxadf3anom/Karmen_Karma_Whoreschach_Test.html
https://pornve.com/if1bnjx9j0wo/Valentines_Day_Affair_-_Unseen_Moments.html
https://pornve.com/if3k41tw9lco/Whitney_Westgate_-_Beach_Babes_Boobs.html
https://pornve.com/ifcascmun47p/Lisa_Ann_Kyle_Mason_-_Seduction_For_Sport_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/ifcfwtqt8vrt/Emma_Leigh__Danny_D_The_Mathletes_Part_One.html
https://pornve.com/iflgjezywrn8/Romi_Rain_Xander_Corvus_Wandering_Hands.html
https://pornve.com/ifsb3t11udew/Yurizan_Beltran_-_Happy_Anniversary_Slut.html
https://pornve.com/ifwwmmkx980b/Slip_It_In_S2_Slip_It_In_Kymberlee_Anne.html
https://pornve.com/ig085b5uaid8/Gina_Lynn_-_Cooking_With_Gina__Cheyne.html
https://pornve.com/ig1mafoi0ti9/American_Whore_Story_-_Part_1.html
https://pornve.com/ig76y4rew0sn/Ryan_Reid_-_RK_At_Home_Fuck_Me_Forgive_Me_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/ig8xdndojhct/Alexis_Ford_-_Guru_Gushing.html
https://pornve.com/ige73yj3dgpb/Sneaky_Salon_Sluts_-_Phoenix_Marie__Abella_Danger_-_Reality_King.html
https://pornve.com/igg1f4ln1x6o/Lena_Paul_Alex_Legend_-_Dusting_Off_Dat_Ass_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/igr5ppd475sd/Monica_Santhiago_Shows_Up_At_A_Strangers_Door.html
https://pornve.com/igryam23vcuz/Abigail_mac_gets_blasted_with_cum_by_danny_d.html
https://pornve.com/igs6anoupkkg/_Brazzers_-_Sexy_young_teen_JoJo_Kiss_enjoys_an_older_guys_cock_.html
https://pornve.com/igtyelst9v12/Emmanuelle_London_-_Horny_For_Your_Hall_Pass.html
https://pornve.com/ih0b04drm263/Diamond_Kitty_-_The_Vulture.html
https://pornve.com/ih5g0foq5z26/Mischa_Brooks_Valentina_Nappi_Anal_Foursome.html
https://pornve.com/ihdu8ic74l67/Nikita_Denise_-_Czech_Out_My_Ass.html
https://pornve.com/ihiele6nf2ov/Cristi_Ann_-_Body_Of_Beauty.html
https://pornve.com/ihiqzmndijak/Alexis_Monroe_-_Weird_Science_Fair.html
https://pornve.com/ihn1vl3l9b6f/Joslyn_James_-_Let_Me_Fuck_Your_Manager.html
https://pornve.com/ihncad76cqcu/Brooklyn_Lee__Sovereign_Syre_-_Revenge_Wears_A_Strap-On.html

92

https://pornve.com/ihxyklpxnhi0/Star_Del_Ray_-_Whats_In_The_Box.html
https://pornve.com/ii13z3x5sdwc/Lost_In_Brazzers_Episode_4_Mea_Melone__Danny_D.html
https://pornve.com/ii6xxdczsi6l/Peta_Jensen_cumshot_compilation.html
https://pornve.com/iiah1dqtn6d1/Veronica_Rodriguez_-_Soaking_And_Sucking.html
https://pornve.com/iie8sgo6mnuq/Kierstin_Koyote.html
https://pornve.com/iij2gct9xmm4/Britney_Brooks_-_Blazing_Hot_Jizz.html
https://pornve.com/iijfzbczdycd/Krissy_Lynn_-_Back_To_School_Banging.html
https://pornve.com/iikbo22xwwh4/Monique_Alexander_-_Eyes_Down_Tits_Out.html
https://pornve.com/iipcs6vpfr9h/Valerie_Kay_Sean_Lawless_-_Bowling_For_The_Bachelor_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/ij3e4m00za5w/New_Real_Wife_Stories_Brazzers_2016.html
https://pornve.com/ij6va0yfpq4w/Shyla_Stylez_-_Payback.html
https://pornve.com/ija9suvyfo0i/Jade_Kush_Logan_Long_-_The_Full_Body_Treatment_-
_Dirty_Masseur_-_Brazzers.html
https://pornve.com/ijauo2s32t2h/Helly_Mae_Hellfire_-_Late_Night_With_Dr_Fucky.html
https://pornve.com/ijc7gc1froxo/Austin_Lynn_-_House-Sitting_Whore_-_Brazzers.html
https://pornve.com/ijegytdgbqa2/Brazzers_Anal_Apocalypse_Jennifer_White.html
https://pornve.com/ijev42cl9n8r/Maddy_Oreilly_Happy_New_Rear.html
https://pornve.com/ijo3qls3qwy6/Jasmine_Jae_Jordi_El_Nio_Polla_The_Agency.html
https://pornve.com/ijoqslonf72i/Lenina_gets_a_workout_from_boyfriend.html
https://pornve.com/ijrghm27l8t5/Chanel_Preston_-_Free-For-All_Fuck_Lessons.html
https://pornve.com/ijtzft9ohgku/Shawna_Lenee_-_This_Nurse_Is_a_Hooker.html
https://pornve.com/ik2z99wl1gcb/Luna_Star_Scott_Nails_-_Squirting_In_The_New_Year_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/ik3e3qmwtjz0/Karissa_Shannon_-_X_Marks_The_Spot.html
https://pornve.com/ik5jq13q7hqb/Megan_Rain_-_Spring_Break_Slut.html
https://pornve.com/ik8fj5ii4t9y/Lucia_Love_-_My_Submissive_Boss.html
https://pornve.com/ikdcy53ha63w/BEST_NEW_BabyGotBoobs_Harlow_Harrison_The_Suburban_Skank_1101
2015_720p.html
https://pornve.com/iklqgfznkooa/Mandy_Muse_-_Home_Alone_And_Down_To_Bone.html
https://pornve.com/ikmf7b1xr0t3/Abella_Danger_-_A_Love_Hate_Fuck_Relationship.html
https://pornve.com/ikomoy88j1ko/Ariana_Marie_and_August_Ames_are_ready_for_disobedience_and_dirty
_sex_with_their_mentor.html
https://pornve.com/ikp5n80u9huz/Katana_Kombat_Sean_Lawless_-_Bend_Me_Over_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/iktbt4mm9scc/Best_Of_Brazzers_-_Meanest_Lesbians.html
https://pornve.com/iku9ntwoop1j/Raven_Bay_-_Hammered.html
https://pornve.com/ikw53s562owr/Lilith_Lust_-_Titty_Tape.html
https://pornve.com/ikyduym4ans5/Anya_Ivy_Xander_Corvus_Its_Raining_Anya.html
https://pornve.com/ikzr7h8vmgmq/Britney_Amber_-_Light_Night_Curves_-_Monster_Curves_-
_Reality_Kings.html
https://pornve.com/il1zqhyxvym0/Have_Your_Cock_And_Eat_It_Too_Brazzers.html
https://pornve.com/il4qkgesl2te/Nikki_Benz_-_Nikkis_Blind_Taste_Test.html
https://pornve.com/il51xyke2zh9/Chloe_Carter_Bored_Stiff.html
https://pornve.com/il6zke9bv37m/_Brazzers_-
_Santas_sexy_little_helpers_Alena__Amethyst_in_a_hot_threesome_.html
https://pornve.com/il7zdfuuqk73/Amanda_Black_-_The_Color_Of_Tits.html
https://pornve.com/ilb8g7z24e14/Holly_Hotwife_-_Moms_Rules.html

https://pornve.com/ild6g4feapo7/Valerie_Fox_-_Tittyfuck_For_A_Fresh_Start.html
https://pornve.com/illeaje4zk3u/Rebeca_Linares_-_The_Crappy_Hairstylist.html
https://pornve.com/ilnp5mmp0te5/Realitykings__Sneaky_Sex__Sneaky_Salon_Sluts.html
https://pornve.com/ilosp6qi6agr/MomsBangTeens_Leah_Gotti_Eva_Long_-
_Give_And_Take_4018_07_201641.html
https://pornve.com/im2ftcmwfwh1/Kristen_Scott__Lilly_Lit_-_Ladies_In_Leather.html
https://pornve.com/im8pfu96xedx/8thStreetLatinas_Sasha_Bleou_Sexy_Selena_-_16_09_16.html
https://pornve.com/imjhxfcpjmxb/FROM_5star-Brazzers_Exxtra_Kiki_Minaj_Danny_D.html
https://pornve.com/imngbk1vmkv9/Jennifer_White_-_Hail_To_The_Tits.html
https://pornve.com/imxkws1iudom/Mia_Malkova_-_My_Wifes_A_Whore.html
https://pornve.com/imzp5e72lxeq/Best_Of_Brazzers_-_Lela_Star_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/in256lkvi7o2/Big_cock_is_emptied_by_babe_Peta_Jensen_.html
https://pornve.com/inc4bvia8524/Casey_Calvert_-_Happy_Masturbation_Month.html
https://pornve.com/inf7zy3xwqkn/MomsLickTeens_Bonnie_Grey_Cassandra_Cain_-
_Bonnies_Booty_19_07_2016.html
https://pornve.com/inlt8cyo1ldk/Nikki_Benz_-_Nikki_Gets_Wet.html
https://pornve.com/inqiamcdnji2/Alexia_Vosse_-_The_Cock_In_The_Doc.html
https://pornve.com/intmk0qn4qy5/Amanda_Lane__Veronica_Rayne_-
_Kindly_Fuck_My_Stepdaughter.html
https://pornve.com/inudslu38c7b/Ella_Hughes__Gina_Valentina_-_Going_In_Blind.html
https://pornve.com/io0fhtpooyhw/Teenage_Cock_Smoker_Brazzers.html
https://pornve.com/io7g1ahops6b/Ryan_Smiles_-_Sizzlin_Slo-Mo_Booty.html
https://pornve.com/iojpfxoiq9ml/Facial_Romi_Rain.html
https://pornve.com/iooohhzpvhkt/Gracie_Glam__Kayla_Carrera_-
_With_Gracie_In_The_Middle_Theres_Some_Leeway.html
https://pornve.com/ioq0xz8iwx2m/_Brazzers-
_Smoking_hot_cheerleaders_Kortney__Monique_compete_for_the_dick_.html
https://pornve.com/ip1kpacrdol6/Office_4-Play_-_Part_7.html
https://pornve.com/ip32tuxwkly2/Sara_St_Clair_-_Ramming_Sara.html
https://pornve.com/ip37g647gz48/Natasha_Vega_-_Shes_A_Ho.html
https://pornve.com/ip3oclmoe078/Chanel_Preston_-_The_One_Mile_High_Club.html
https://pornve.com/ipc092h7i716/Brooklyn_Chase_Van_Wylde_-_Graphic_In_Traffic_-
_Monster_Curves_-_Reality_Kings.html
https://pornve.com/ipd6mln3kuat/Mai_Bailey_-_Teach_Me_To_Squirt.html
https://pornve.com/ipjrmekczl85/Brandi_teaching_Casi__her_boyfriend_Art_of_sex.html
https://pornve.com/ipp5kmdayd8l/Kelly_Summer_-_Suce_Mes_Gros_Seins.html
https://pornve.com/ipssd31l1kia/Brazzers_BigTitsInUniform_TITal_Wave_Brazzers_BigTitsInUniform_2012_F
ull-HD_White_Girl_Whit.html
https://pornve.com/ipxqp2yjhdo2/Peta_Jensen__Xander_Corvus_Our_New_Maid_Part_Two.html
https://pornve.com/ipxvrmt0c901/Diamond_Kitty_-_Special_Sun_Block.html
https://pornve.com/iqdoe11tf4ia/Mother_and_daughter_share_cock_and_anal.html
https://pornve.com/iqhht9cpmo34/Tyler_Faith_Keiran_Lee_-_Sneaking_In_A_Last_Minute_Facial_-
_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/iqj3ty0ojvd7/Sexual_Education_8_Cali_Carter.html
https://pornve.com/iqk99o70wi97/Hanna_Montada_-_The_Cocksucking_Cop_Sucker.html
https://pornve.com/iqmva1d2ay7q/Dickrupting_Her_Domestic_Bliss_Ryan_Keely.html
https://pornve.com/iqplhyn589c1/LilHumpers_2_S4_Alena_Croft_Rickys_Gang.html

https://pornve.com/iqv3vap85p6c/Katrina_Jade_Payton_Preslee_Mick_Blue_-_The_Businesswomans_Special_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/ir184il4mtya/Mackenzee_Pierce_-_Ill_Make_You_Famous.html

https://pornve.com/ir3hochnowbc/Cuck-held_Without_Bail.html

https://pornve.com/iraqn8g4lx44/Marina_Visconti_-_The_Tourist_Trap.html

https://pornve.com/irdo8in2tung/Kelsi_Monroe_-_Cum_Splash_All_Over_Kelsi_Monroes_Ass.html

https://pornve.com/irlgstdc7uho/Brooklyn_Blue_-_Sex_With_The_Scarecrow.html

https://pornve.com/irlx42f5yoea/Milf_Squad_Vegas_-_Part_2.html

https://pornve.com/irm8gygnmcph/Sexual_Paradise_Rachel__the_Sins_Kissa_Sins__Rachel_Starr__Johnny_Sins.html

https://pornve.com/iro3lbpgcnv0/Ivy_Lebelle_in_Bubble_Butt_Anal.html

https://pornve.com/irsy9gjgv4uy/Brazzers_Live_40.html

https://pornve.com/irvmc5op2k82/Kianna_Dior_-_Happy_Canada_Day_Eh.html

https://pornve.com/is0k94vv17ag/Layla_London__Raylin_Ann_-_Threes_Cum-pany.html

https://pornve.com/is5c9pb11aku/LilHumpers_2_S2_Ryan_Keely_Window_Washed.html

https://pornve.com/isa42p2mgphc/Tasha_Reign_-_Cinderella_Meets_Her_Pricks_Charming.html

https://pornve.com/isj4gk5n1c6r/Brazzers_-_Keisha_Grey_The_Resident_Slut_Part_Two.html

https://pornve.com/isvt48ndz6ba/Amia_Miley_-_Sugar_Baby_Blues.html

https://pornve.com/isvv7yvaho9e/Ashley_Adams_New_Tits_On_The_Block.html

https://pornve.com/isvyv3ba9baq/Hot_Day_For_A_Tan_BraZZers_HDRip.html

https://pornve.com/isx88gtb6j66/April_Dawn_Tyler_Steel__Filled_To_The_Brim.html

https://pornve.com/it397h3xf6g7/JoJo_Kiss_In_One_Hole_In_One.html

https://pornve.com/itd0i6u2e75w/Noelle_Easton_-_The_Cleavage_Secret.html

https://pornve.com/itdeghhcp03d/Lisa_Ann_Nicolette_Shea_in_The_Fuck_Off.html

https://pornve.com/itebas0pgp2n/Cali_Carter_Co-Eds_And_Bunk_Beds.html

https://pornve.com/itgaavmxtp0o/8thStreetLatinas__RealityKings_Darling_Deicide_-_My_Darling.html

https://pornve.com/itnu0cbmqasj/Veronica_Avluv_-_Mistress_P_I.html

https://pornve.com/itrvpd4slb51/The_Future_Familys_Fuck_Robot_-_Part_1.html

https://pornve.com/ittkuv20pqmp/Tessa_Lane_-_Inglourious_French_Maids_-_Part_2.html

https://pornve.com/itui2ybtisu9/FULL_HD_-_Big_Naturals_Ashley_Gets_Oiled_Up_And_Ready.html

https://pornve.com/itwzi7otpzlz/Faye_Reagan_-_My_Pussy_Got_Pranked.html

https://pornve.com/iu3jexpg2p8g/Reality_Kings_MILF_Hunter_36_40201541_Scene_4_Nikita_Von_James.html

https://pornve.com/iu9qop6y022i/Summer_Brielle_-_Why_Dont_You_Do_Me.html

https://pornve.com/iueextpz8s86/Rhylee_Richards_-_Flip_The_Script.html

https://pornve.com/iuftutzh8sr4/Sheridan_Love_-_Fucked_In_A_Breeze.html

https://pornve.com/iuh4ic9a0al4/Leigh_Darby_-_Nasty_Checkup_With_Dr_Darby.html

https://pornve.com/iuj7pi9j2agt/Brooklyn_Blue_-_Behind_Her_Husbands_Back.html

https://pornve.com/iujvjbfknsex/Charlotte_Stokely__Courtney_Taylor_-_Call_To_Pussy_Worship.html

https://pornve.com/iulp2rll0jvu/Erica_Lauren_Sam_Shock_-_Mothers_Day_Gift_-_Mommy_Got_Boobs_-_Brazzers.html

https://pornve.com/iun58nrct81l/Emma_Hix_Keiran_Lee_Blessing_In_Disguise.html

https://pornve.com/iusyrb8d03x7/Disrespecting_The_Maid_Brazzers.html

https://pornve.com/iv0dep0uaiqj/Codi_Bryant_-_Last_Doctor_Visit.html

https://pornve.com/iv13sr17v146/Nicolette_Shea_-_Thawed_Out_and_Horny_-_PornstarsLikeItBig_MILF_bigtits.html

https://pornve.com/iv4byh3aafla/Ariella_Ferrera_-_Making_Him_Wait_-_Part_1.html

https://pornve.com/iv6lxc40o2jl/_Abigail_Mac_-_White_Coat_Pink_Pussy_.html

https://pornve.com/iv7ktku98rjp/Aletta_Ocean_Nightsuckers_Pornstars_Like_It_Big_anal_bigtits_double.html

https://pornve.com/iv8y9isot5xq/Aleksa_Nicole_-_Subliminal_Messages.html

https://pornve.com/ivkqxjufahu8/Kortney_Kane_-_Doctor_vs_Prisoner.html

https://pornve.com/ivpch3pqc1j3/Teen_Anal_Threesome_Samy_Anal_Jenni_Lee_Lengirie.html

https://pornve.com/iw10lak5emm1/Victoria_Lawson_-_Selling_My_Wifes_Hole_-_Brazzers.html

https://pornve.com/iwadm5xf7a5f/Reality_Kings_MILF_Hunter_36_40201541_Scene_5_Rio_Lee.html

https://pornve.com/iwanes4q29nm/Madison_Scott_-_This_Is_MY_Sorority.html

https://pornve.com/iwcguwpqwe9s/Ricki_White_-_Bribing_For_A_Ride.html

https://pornve.com/iwh6ipd2fq4p/Alex_Blake_-_When_The_Food_Truck_Is_A_Rockin.html

https://pornve.com/iwid2yd31qx7/RoundAndBrown_-_Ariana_Aimes_-_Valentines_Vagina.html

https://pornve.com/iwkqoeagq7bj/Bridgette_B_-_Dick_Is_For_Suck.html

https://pornve.com/iwlkqo2n3j5u/Mindy_Main__Austin_Kincaid_-_College_Of_Knowledge.html

https://pornve.com/iwm4rst5l6bt/monstercurves_19_06_07_lela_star_and_katrina_jade_admiring_the_view.html

https://pornve.com/iwnovri3ojpj/Diamond_Kitty_-_Booty_Hunt.html

https://pornve.com/iwp9wfeewo11/Asa_Akira__Diamond_Jackson_-_One_Part_Keiran_Two_Parts_Tits.html

https://pornve.com/iwzzlql8jkfl/Brooklyn_Chase_And_Katy_Kiss_Going_Out_And_In.html

https://pornve.com/ix3lwucha71h/The_Most_Exuberant_Booty_Kelsi_Monroe__Ramon.html

https://pornve.com/ix8xsmtstlmi/Devon_Michaels_-_A_Wild_Ride_Before_The_Wedding.html

https://pornve.com/ix9tbd9ibofu/Alexia_Sky_-_Big_Cock_Sees_No_Tit_Size.html

https://pornve.com/ixa1aye0qzon/Jayden_Jaymes_Anal_Creampie.html

https://pornve.com/ixfk51rt1n14/Inside_Nutleys_Asylum_-_Part_3.html

https://pornve.com/ixjquqyoutyp/Amy_Brooke_-_You_Should_Have_Locked_It_Down.html

https://pornve.com/ixyvwlek73ta/Kendall_Karson_-_Candy_Striper_Sex_Savior.html

https://pornve.com/iy0nm810t1gv/Office_4-Play_-_Part_5.html

https://pornve.com/iya9xvahtzcx/World_War_XXX_Part_Six.html

https://pornve.com/iyew4brvlnpn/Nicolette_Shea_Tyler_Nixon_-_The_Dick_Pic_Trick_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/iymoownok121/Swamp_Buggy_Booty_Brazzers.html

https://pornve.com/iyntkaa9opn5/High_class_mature_lady_is_horny_and_find_a_big_dick.html

https://pornve.com/iyo5pzfrnxam/Dominative_Assistant_Kristina_Rose_And_Bridgette_B.html

https://pornve.com/iz4mpliao0dv/BrazzersExxtra_Brooklyn_Blue_Zara_DuRose_Star_Trexxx_-_The_Captains_Seed_XXX_Parody_-_20_07_16.html

https://pornve.com/iz933ju5x8oz/Nikki_Nenz_And_Amy_Anderssen_Honey_Teachers.html

https://pornve.com/izizm32z82zf/Aaliyah_Hadid__Alura_Jenson_-_Stepmoms_Need_Loving_Too.html

https://pornve.com/izj6dw5y6c5f/CumFiesta_17_01_31_Selena_Sosa_Cum_Selena_XXX_-KTR.html

https://pornve.com/izkygpkf73mj/Syren_De_Mer_-_The_Art_Of_Ass.html

https://pornve.com/izqmu06gjhyl/Jade_Kush_-_How_To_Lose_Your_Virginity_In_10_Days.html

https://pornve.com/izsbfaz9abkk/Juelz_Ventura_Wants_To_Fuck.html

https://pornve.com/izt0y6886wz8/Nikita_Von_James__Stevie_Shae_-_Seducing_The_Slutty_Stepmom.html

https://pornve.com/izxzs6wkajdf/Brazzers_Live_-_3.html

https://pornve.com/j00n2ef4yg4t/Gabbie_Carter_Mick_Blue_-_Naughty_Date_With_The_Neighbor_-_Teens_Like_It_Big_-_Brazzers.html

https://pornve.com/j069zzoe4mvf/Brazzers_-_Kendra_Lust_Nuru_Nymph.html

https://pornve.com/j07wme17xsrf/Khloe_Kapri_-_Special_Assistant_To_Ms_Kapri.html

https://pornve.com/j0ae7oa7ibkv/Emma_Leigh_-_The_Mathletes_-_Part_1.html
https://pornve.com/j0e3gk6skkfz/_Brazzers_-_Sexy_Ashly_Anderson_made_her_doctorate_in_dick-servicing_.html
https://pornve.com/j0jj1rpg8v5y/Rachel_Starr_-_Domestic_Disruption.html
https://pornve.com/j0kcrols51q2/Kimmy_Granger_-_If_Its_Going_To_Be_That_Kind_Of_Party.html
https://pornve.com/j0mua4fhkc3k/Mischa_Brooks_-_All_About_Mischas_Big_Butt.html
https://pornve.com/j0oms35rz69o/Nina_Elle_Tyler_Nixon_-_Love_At_First_Swipe_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/j15muu7pn27x/the_milf_in_the_military.html
https://pornve.com/j1d3y7sz0qdx/Busty_fitness_trainer_Victoria_June_gets_fucked_in_city_park.html
https://pornve.com/j1hzwgmbwvbc/Alexis_fawx_Khloe_kapri_Afternoon_special.html
https://pornve.com/j1i695xx57kt/Kendra_Lust_-_All_For_A_Good_Piece_Of_Pussy.html
https://pornve.com/j1iog18a9uss/Jillian_Janson_Nina_Hartley_Alex_Legend_-_Ninas_Chapel_of_Lust_Part_2_-_Milfs_Like_It_Big.html
https://pornve.com/j1l36g6bwmxj/Alanah_Rae__Breanne_Benson__Phoenix_Marie_-_Thanksgiving_Lay.html
https://pornve.com/j1ud53dhr8y2/Gianna_Nicole_-_Teens_Love_Huge_Cocks_7_2015.html
https://pornve.com/j1vjrlgrlh09/After_Class_Ass.html
https://pornve.com/j1zs817ctaex/Ashlyn_Rae__Capri_Anderson_-_Sexual_Her-Ass-Meant_Everything_To_Me.html
https://pornve.com/j232uqpn489p/Brooke_Wylde__Chloe_Addison__Mary_Jane_Mayhem_-_Racks_And_Rifles.html
https://pornve.com/j2dnoq96h3nr/Diamond_Foxxx_-_Teacher_Knows_Breast.html
https://pornve.com/j2o36xt4yxrp/Britney_Amber_-_It_Was_A_Dark_And_Stormy_MILF.html
https://pornve.com/j2taic4z74lx/Harlow_Harrison_-_The_Deans_Slut.html
https://pornve.com/j2ufkw3mmjub/Another_Hard_Cock_at_the_Office.html
https://pornve.com/j30ntmo12en4/Brazzers-_Hot_college_chick_Giselle_Palmer_pleasures_the_dean_.html
https://pornve.com/j30z5nknlnq5/Gracie_Glam_-_The_Karate_Dick.html
https://pornve.com/j34w4utujm8d/Angelina_Valentine_-_Boobs_Ahoy.html
https://pornve.com/j3a4m3xv49q5/Autumn_Falls_Manuel_Ferrara_-_VIP_Treatment_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/j3b78cpe90oj/Daizy_Cooper_-_Daddys_Perfect_Darling.html
https://pornve.com/j3ei9mg51xs5/Kortney_Kane__Rachel_Roxxx_-_Stepsister_Licker.html
https://pornve.com/j3or0cmfdv4g/Tina_Kay_-_Always_Be_Fucking.html
https://pornve.com/j3q5i9i7msur/Brazzers-_Security_guard_Jayden_Jaymes_has_nasty_fuck_in_computer_lab_.html
https://pornve.com/j3shbf6jg83y/Jenni_Lee_-_Suck_For_My_Silence.html
https://pornve.com/j3vs2qbi49cn/Honey_Gold_-_Head_To_Toe_Perfection.html
https://pornve.com/j3y305rtifys/Ashly_Anderson_-_Cum_Competition.html
https://pornve.com/j40pzbuysbuu/GFRevenge_-_Naughty_Noir_-_16_04_25.html
https://pornve.com/j43rrdixdrnm/BrazzersExxtra_19_09_26_Adria_Rae_What_Goes_Around_Cums_Around_XXX.html
https://pornve.com/j43rxeevgh27/Alison_Tyler_-_Son_Needs_A_Doc_-_Doc_Needs_A_Cock_-_Brazzers.html
https://pornve.com/j442qave4wod/Realitykings__Milf_Hunter__Thats_A_Hot_Milf.html
https://pornve.com/j44jo7pu41sn/Liza_Del_Sierra_-_Keiran_Is_Retiring.html
https://pornve.com/j4agqgxnm69a/Ania_Kinski_-_Bad_Medicine.html

https://pornve.com/j4bo52tnam8f/Pilates_for_Hotties_Jayden_Cole_Darcie_Dolce_January_20_2019_Brazzers_Full_New_Video_xxx.html

https://pornve.com/j4hctm5juyex/Kleio_Valentien.html

https://pornve.com/j4i6j8dy9muq/Zoey_Holiday_-_House_Arrest_Anal_Fest.html

https://pornve.com/j4ij55w01l3i/BrazzersExxtra_19_09_12_Kiki_Minaj_Nude_To_The_Neighborhood_XXX.html

https://pornve.com/j4mqp1jh9r5t/Jayden_Lee_-_Capture_The_Vag.html

https://pornve.com/j4ngucbxuqr5/Aaliyah_Love_-_Such_A_Dirty_Little_Whore.html

https://pornve.com/j53g3uzxuijz/Lezley_Zen_-_Paper_Cut_My_Vag_With_Your_Dick.html

https://pornve.com/j57zcxc08s3e/Brazzers_-_Hot_doctor_Rita_Ellis_made_a_Dream_Cum_True_to_Danny_.html

https://pornve.com/j5hun7xixynp/Katie_Kush_Kenzie_Madison_Katie_And_Kenzie_Get_Flexible.html

https://pornve.com/j5rmlaeqvtzl/Ella_Knox_-_Employee_Appreciation.html

https://pornve.com/j5zehcmlqml5/BrazzersMilfs_Like_it_Big_Milfs_Like_it_Big__Brazzers_-_Dee_Williams_Ricky_Johnson_Cum_County.html

https://pornve.com/j6646bmfomdq/Ariana_Marie__McKenzie_Lee_-_Sex_Sells.html

https://pornve.com/j6ec27miqzz5/Azul_Hermosa_Keiran_Lee_-_Introducing_Azul_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/j6f8cdx024vd/Jolee_Love_Keiran_Lee_-_Anal_Day_With_Jolee_-_Big_Butts_Like_It_Big_-_Brazzers.html

https://pornve.com/j6iiud07axtv/Laura_Bentley_-_Night_Shifts_Naughtiest_Nurse_-_Part_1.html

https://pornve.com/j6luqv098dg8/Karma_Rx_-_Massage_Training.html

https://pornve.com/j6m94t12a5zg/Phoenix_Marie_-_Work_That_Ass.html

https://pornve.com/j6pzpa0cfm6f/Brooke_Beretta_-_Workout_Her_Ass.html

https://pornve.com/j6qzjbxww5mz/Veronica_Avluv_Veruca_Emily_-_Shaming_the_Shooter.html

https://pornve.com/j6u28s2yg4vy/Syren_Demer_Tiffany_Watson_-_Toying_With_Tiffany.html

https://pornve.com/j6y9m8hg8tp4/Allie_Haze__Jennifer_White_-_Just_The_Tip.html

https://pornve.com/j6ysldyvpdzc/_Brazzers-_Tattooed_milf_Sarah_Jessie_exercises_a_good_fucking_.html

https://pornve.com/j6zuyqjht441/Chanel_Preston_-_Hard_Call.html

https://pornve.com/j744vu2jjspc/Alessa_Savage_-_My_Stepdaughters_Secret.html

https://pornve.com/j78ucal8x0zf/Honour_May_-_The_Bitchy_Babysitter.html

https://pornve.com/j7bvkr8ksbem/DP_Amber_Chase_-_Hardcore_Big_Dick_Deep_Throat.html

https://pornve.com/j7dcwr9a7b3u/Nyna_Stax_-_Junkyard_Bounce_brown.html

https://pornve.com/j7h9pg9g55m6/Tommie_Jo_-_Cock_Tonic.html

https://pornve.com/j7n73pb6mcky/Andi_Anderson_-_Getting_Personal_With_My_Trainer.html

https://pornve.com/j8a7nfklay2y/Eva_Lovia_-_No_Husbands_Allowed.html

https://pornve.com/j8cjk2esk1g2/Phoenix_Marie_-_Erotic_Idolatry.html

https://pornve.com/j8conkgcocxs/Valentina_Bianco_-_Library_Lechery.html

https://pornve.com/j8kmvkx47oj7/Madison_Ivy_Jessy_Jones_-_Monday_With_Madison_-_RK_Prime_-_Reality_Kings.html

https://pornve.com/j8ow9diecqbt/Sophia_Lomeli_-_Didnt_See_That_Cumming.html

https://pornve.com/j8uaoo4egx6q/Eve_Laurence_-_Lotto_Tit_69.html

https://pornve.com/j9179qp4eemc/Sarah_Banks__Oliver_Flynn_-_Thot_In_The_Shower_-_Round_and_Brown.html

https://pornve.com/j927wbv7f4as/Rubbing_Down_A_Horny_Slut_-_August_Taylor.html

https://pornve.com/j95c1714byim/Amia_Miley_Fixing_For_A_Fix.html

https://pornve.com/j95luetuwwcg/Giselle_Palmer_Danny_D_Therapeutic_Fuck.html

https://pornve.com/j97o4ilide03/Ashley_Fires_-_Bending_Over_Backwards.html
https://pornve.com/j99n0jyiph0o/Aubrey_Black__Keiran_Lee_-_All_Backed_Up_-_Doctor_Adventures_bigtits.html
https://pornve.com/j9jzpsx3cfx6/Fast_Times_Fantasy_-_Chloe_Amour.html
https://pornve.com/j9lpmw6q9wyb/Mariah_Madysinn_-_Striptease_Shopping.html
https://pornve.com/j9sco914pz42/Drilling_Mommy_12_S4_Nicolette_Shea.html
https://pornve.com/j9u93xdlsuue/BZ_10th_Anniversary_BTS_Interview.html
https://pornve.com/j9w9tptgz6lz/RealWifeStories_Jacking_The_Jacker_mature_milf_amateur_Lolly_Ink_Real_Wife_Stories_Profession.html
https://pornve.com/ja47dnudgmqm/_Brazzers_-_Alina_Lopez_sucks_and_fucks_her_stepdads_giant_cock_.html
https://pornve.com/ja6cce0cnkas/European_Girl_Sex_tlib_alice_green_kf011215_480p_2000.html
https://pornve.com/ja78nyh1a0ls/Jordan_Blue_-_The_Nude_Scout.html
https://pornve.com/jagwsin8p9hl/GF_REVENGE_Pretty_Penny_Penny_Nichols.html
https://pornve.com/jaie5cgez6xu/Jynx_Maze_-_The_Treatments.html
https://pornve.com/jan0rwcznw60/Alex_Blake__Daisy_Lynne_Under_The_Bed.html
https://pornve.com/japlez743w5l/Ariella_Ferrera_And_Sons_Friends_Anal.html
https://pornve.com/japoytnx9iv9/Abella_Danger_03_08_2020_Anal_Oil.html
https://pornve.com/jaspwpzskn44/Aleksa_Nicole_-_A_Perceptive_Penetrator.html
https://pornve.com/jax956a3idk2/Nicole_Aniston_Dani_Daniels_Sunny_Leone_And_Faye_Reagan.html
https://pornve.com/jaxm7mst9iue/Peta_Jensen_Work_Out.html
https://pornve.com/jaymkxlz3nbq/Kaylani_Lei_-_Massaging_Her_Best_Friends_Husband.html
https://pornve.com/jb54y5jn4jbi/Abbie_Cat_-_CUMatose.html
https://pornve.com/jbata8v5ex4y/Candy_Manson_-_High_Socks_And_Big_Cocks.html
https://pornve.com/jbdjjn7ncect/Stevie_Shae_-_Teens_Like_It_Rough.html
https://pornve.com/jbgmf8y1gj7z/Carter_Cruise__Phoenix_Marie_-_Only_Anal_Until_Marriage.html
https://pornve.com/jbgwwqk2chx7/Jessa_Rhodes_-_The_Only_Way_To_Quit_The_Cock.html
https://pornve.com/jbi2qakyft45/Babe_with_Big_Tits_Getting_Bodypainted_then_Pounded_Hard_by_The_Photographer.html
https://pornve.com/jbiihv7afrnr/01_Scene_Money_Talks_Season_2.html
https://pornve.com/jbiuqk5m1vof/Courtney_Cummz_-_Requiem_For_A_Cream.html
https://pornve.com/jbluy9zef1w0/Tight_As_Tape_-_Barbie_Sins_Danny_D.html
https://pornve.com/jbs1kr0x9olr/Kylie_Rose_-_Shes_Got_Game.html
https://pornve.com/jc7kdzueti37/Asa_Akira_-_Her_Favorite_Ride.html
https://pornve.com/jccfusb9oi4i/GF_Revenge_Juicy_Janice_Griffith.html
https://pornve.com/jcdbqjd36816/Miko_Lee_-_How_To_Get_A_Better_Grade.html
https://pornve.com/jcge2wcn9dcq/Juelz_Ventura_And_Skin_Diamondd_They_gGt_Fucked_My_G.html
https://pornve.com/jcgmx916pgy8/PornstarsLikeItBig__Monique_Alexander_Xander_Corvus_Pornstar_Convention_Penetration.html
https://pornve.com/jckfsisqri4r/Adriana_Chechik_-_The_Great_Doctor_Part_Two.html
https://pornve.com/jcky0rjbgw0v/Kina_Kai_-_Kung_Fu_Fucking.html
https://pornve.com/jcnjnvpw69fu/Brazzers_House_Sex_Challenge_Ava_Addams.html
https://pornve.com/jcssb7zvq3ov/Liza_Del_Sierra__Sophia_Knight_-_Sweet_And_Sinful.html
https://pornve.com/jcwc51pvqzu7/Kerry_Louise_-_Theres_Something_About_Kerry.html
https://pornve.com/jcwxb3kiaj7b/Alektra_Blue_-_Swingers_On_Vacation_-_Part_2.html
https://pornve.com/jczdvekbec8f/Brazzers_Fast_Times_On_A_First_Date_Brazzers_Teens_Like_It_Big_Jenny_Diamond_Jordi_El_Nino_Poll.html
https://pornve.com/jd50si65zur4/Jessica_Lynn_-_Highly_Recommended_Dentist.html

https://pornve.com/jd5vmi8uai41/Brazzers__Doctor_Adventures__Shes_Crazy_For_Cock_Part_1.html
https://pornve.com/jd6y2yzykht6/August_Ames_-_Easy_Like_Sunday_Morning.html
https://pornve.com/jd7bwjzi40ga/Milf_HunterRealitykings_-_Kendra_Lust_Kendras_Workout.html
https://pornve.com/jda6cn3fu7jf/Emily_B_-_The_TIT_Crowd.html
https://pornve.com/jdaialhwgunw/Gabriella_Salvatore_-_Im_All_Yours_Do_Your_Worst.html
https://pornve.com/jddz67hefp52/Brazzers_-_Cory_Chase_Help_Me_Out.html
https://pornve.com/jdo0ono8vbs3/Jessa_Rhodes_-_Burst_On_My_Balloons.html
https://pornve.com/jdph6q911f6j/Marina_Maya_-_Late_Date.html
https://pornve.com/jdqeugzfypcu/Big_Titty_Mommy_MILF_Fucked_Hard.html
https://pornve.com/jdqyeritkwue/Black_Angelika_-_Touching_The_Tutor.html
https://pornve.com/jdv35yxqutg6/brunette_big_tit_threesom_big_tit_latina_milf_challenges_petite_young_
brunette_3112_42_plays_published_on_22_minutes_ago_category_big_tits_latina_tags_latina.html
https://pornve.com/je3w4r2mtwos/Ms_London_-_Boring_To_Scoring.html
https://pornve.com/je85i9aprz5t/Forget_about_your_boyfriend.html
https://pornve.com/jebsi34qxz0s/Reagan_Foxx_Never_Marry_A_Milf_Mommy_Issues_4.html
https://pornve.com/jemdl72c0ozh/alanah_and_nikki_benz.html
https://pornve.com/jeopasezyve3/Karma_Rx_Tia_Cyrus_Jessy_Jones_This_Guy_Works_Wonders.html
https://pornve.com/jeuj7mefnusc/Sara_Jay_-_Principal_Photography.html
https://pornve.com/jey5pbr2vwjd/GFRevenge_I_spy.html
https://pornve.com/jez1y1xcm5cq/Bonnie_Rotten__Summer_Brielle_-_The_Blowjob_Business.html
https://pornve.com/jezxoit63hpd/Keisha_Grey_-_My_Big_Bad_Boyfriend.html
https://pornve.com/jf2cy1wbbcc7/Jasmine_Jae_-_Assmissible_Evidence.html
https://pornve.com/jf437tlxf859/Kira_Noir_-_Stone_Cold_Massage.html
https://pornve.com/jf4h1zib1h0b/BrazzersExxtra_Brittany_Bardot.html
https://pornve.com/jfiqbq3609a1/Amber_Alena_-_Maid_Of_Dishonor.html
https://pornve.com/jfy9mmnp3lyq/Drilling_Mommy_2_Scene_2_Showering_Her_With_Cum_Kyle_Mason__L
auren.html
https://pornve.com/jg5xu0xw3yzb/Priya_Anjali_Rai_-_Settling_The_Score.html
https://pornve.com/jg69nc8tp3zm/Breanna_Sparks_-_Breannas_Built-In_Buoys.html
https://pornve.com/jgewg2h0slm7/Franceska_Jaimes_-_Anal_Slip_And_Slide.html
https://pornve.com/jgij2lx5i3gb/Alexis_Adams_-_Bon_Appetitties.html
https://pornve.com/jgijkh107iq7/MomsBangTeens_-_Cory_Chase_Sierra_Nicole-
New_Cock_To_Fuck.html
https://pornve.com/jgsafvivxcst/Ariana_Marie_-_Getting_Their_Own_Facials_Brazzers.html
https://pornve.com/jgwnxydosya7/Chloe_Cherry__Molly_Stewart_-_Locker_Room_Licking.html
https://pornve.com/jgx59yceptxh/Summer_Brielle_-_The_Terms_Of_Summer.html
https://pornve.com/jh26pi02fewl/Mia_Malkova_-_My_Wifes_a_Whore.html
https://pornve.com/jh2l82sdum4v/Dava_Foxx_-_Oral_Presentation.html
https://pornve.com/jh64vo1das6m/Abbey_Brooks_-_Twinkle_Tits.html
https://pornve.com/jh6ydnydfadl/august_ames_didnt_ring_the_doorbell_doorbell_25_most_played_porn_vi
deo_of_today_127_most_played_porn_video_of_week.html
https://pornve.com/jh7vspd9qupx/Trina_Michaels_-_Nuclear_Tits.html
https://pornve.com/jh97qyqnru4h/Kendra_Lust__Monique_Alexander_-_Moniques_Secret_Spa_-
_Part_2.html
https://pornve.com/jhirzn0lm00s/Aletta_Ocean_-_Alettas_Anatomy.html
https://pornve.com/jhzbl9e07n44/A_Wild__Crazy_Cock_Stuffing_Party_Halle_Hayes.html
https://pornve.com/ji26mj7ytlsy/Doctor_Adventures_Horny_Hosts_Of_Purgatory_-
_Hosts_Dani_Daniels_Luna_Star_And_Johnny_Sins.html

https://pornve.com/jid7e0bvssti/Bridgette_B_-_Opportunity_Knockers.html
https://pornve.com/jit7yaplczc0/Micah_Moore_-_Can_You_Catch_Up_With_These_Juggs.html
https://pornve.com/jiu8lwj37z3z/SneakySex_-_Adriana_Chechik_And_Abigail_Mac_Stepsister_Succubus.html
https://pornve.com/jivd07gj6sup/Dillion_Harper_-_Call_Center_Coochie.html
https://pornve.com/jiwlb4mfy1hq/Destiny_Dixon_-_Teaching_The_Teacher.html
https://pornve.com/jiygjix08ifu/Storm_Of_Kings_XXX_Parody_2016.html
https://pornve.com/jj47ekb5dokm/milf_tag_this_video_mom_porn_4009_42_plays_published_on_47_minut
es_ago_category_blowjob_milf_tags_babe.html
https://pornve.com/jj6ccle5e6au/Angel_Wicky_-_Start-Up_Culture.html
https://pornve.com/jjlqoq034or1/Sofia_Rose_Michael_Vegas_-_Deep_Stretching_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/jjlv8hnuwcoe/Angelina_Ashe_-_Bending_The_Rules.html
https://pornve.com/jjnilpookk11/Real_Wife_Storie_s_Adriana_Chechik_And_Kendra_Lust_REMASTERED_11_
07_2020_Hardcore_Threesome_Milf.html
https://pornve.com/jjorj1cvkc89/Ashley_Graham_-_Secret_Society.html
https://pornve.com/jjqoga6jwsk5g/Ariella_Ferrera__Keisha_Grey_-_School_Discipline_-_Part_2.html
https://pornve.com/jkcduwg5ifrc/Unzipped_And_Oiled_Up_Brazzers.html
https://pornve.com/jkd782gafghx/Brazzers_Worldwide_Budapest_-_Episode_2.html
https://pornve.com/jkfkl4u3lbfr/Nikki_Sexx_-_You_Cant_Leave_Til_You_Nut_On_My_Beav.html
https://pornve.com/jknpf5b8i79d/Perfec_Ass_Remy_Lacroix_Remy_La.html
https://pornve.com/jkrahcjz6zf2/Gia_Dimarco_-_Ass_Massage.html
https://pornve.com/jkvd1xlqoa5c/Missy_Martinez__Sienna_Milano_-_Muff-
Diving_Off_The_Coast_Of_Dykeachusetts.html
https://pornve.com/jkzlwyj9akzx/Ariella_Ferrera_So_Sexy.html
https://pornve.com/jl0qeu7di4yq/Cherokee_-_The_Noisy_Neighbor.html
https://pornve.com/jl4g77l7tbcc/Katsuni_-_Fuck_The_Fans.html
https://pornve.com/jl61aelhefg8/Erotic_Massage_Ariella_Ferrera.html
https://pornve.com/jlh1qve970o6/Summer_Brielle_-_Cocks_For_The_Copper.html
https://pornve.com/jll1ceyxsv7o/Homeroom_Rump_-_Jenna_Ivory.html
https://pornve.com/jln84iq0d06m/Aaliyah_Hadid__Anya_Ivy_-_Sibling_Rivalry.html
https://pornve.com/jlofi6sjbe36/Christie_Stevens_-_Dorm_Daze.html
https://pornve.com/jlogpp9hznr4/BigTitsAtWork__Brazzers_Cali_Carter_-_Store_Whore_Credit.html
https://pornve.com/jlp6zouz0r4s/Mea_Melone__Rebecca_More_-_The_Mathletes_-_Part_3.html
https://pornve.com/jlqrempten9j/amirah_adarahs_ass_gets_destroyed_by_a_big_dick.html
https://pornve.com/jm0jtht15fn9/Trisha_Parks_-_Pussy_Magnet.html
https://pornve.com/jmdgr4sbvv3s/RealityKings_Thirsty_watch_online_for_free.html
https://pornve.com/jmdj91n6j844/BrazzersExxtra_Brazzers_House_2_Unseen_Moments_Bts.html
https://pornve.com/jmdtmsn4nsf1/Leigh_Darby__Lezley_Zen_-_Family_Titty_Counseling.html
https://pornve.com/jmgiq4izf879/Angel_Wicky_-_Summer_Internship.html
https://pornve.com/jmnrhkfo2zj4/Amber_Ashlee_-_Couples_Yoga.html
https://pornve.com/jms6zrb33tui/Kristen_Scott_-_The_Big_Friendly_Dick.html
https://pornve.com/jmw6t22dm3ja/Priya_Anjali_Rai_-_Tales_Of_A_Slutty_Wife.html
https://pornve.com/jmzisktpdtk1/Breaking_Entering_And_Inserting.html
https://pornve.com/jn0p2a5j78xn/Kallie_Joe_Sexy_Spreads.html
https://pornve.com/jn2c2nnofbgd/Phoenix_Marie_-_Horny_Dean.html
https://pornve.com/jn9rv1e2u08e/HotAndMean_Madison_Ivy_And_August_Ames_A_Madison_Massage.htm
l

https://pornve.com/jnolt6livw6q/Priya_Rai_-_RealWifeStories.html
https://pornve.com/jnp21l6gtd3v/Rachel_Raxxx_hardcore_joke_milf_teen_mature_blowjob_boobs_tits.html
https://pornve.com/jnp3yglnvtt3/Stop_Bullying_Me_and_Fucking_My_Mom.html
https://pornve.com/jnqww1287ooa/Bonnie_Rotten_Quinton_James_-_Dirty_Tourism_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/jnr8c23hpwol/Joslyn_James_-_Dont_Cum_For_The_Food.html
https://pornve.com/jnzzqqn37itx/Esperanza_Gomez_-_Danny_D_is_Willing_to_Die.html
https://pornve.com/jo0moocr1ayl/Josephine_Jackson_-_Josephines_Intense_Workout_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/jo3aicj6olq7/Shy_Love_-_How_I_Learned_To_Stop_Cumming_Too_Fast_And_Love_The_Spray.html
https://pornve.com/jo46kgnditq9/Allie_Haze_-_The_Other_Side_Of_The_Whore.html
https://pornve.com/jo4ftf3tdkk5/Michele_James_Huff_Puff_And_Blow.html
https://pornve.com/jo72nlo7co7e/Sarah_Blake_-_Night_Moves.html
https://pornve.com/jocnr0om2mvn/NEW_Lezley_Zen.html
https://pornve.com/jodfyqhcoufs/Kiki_Minaj_-_Pink_And_Plump.html
https://pornve.com/jodxe1h45lku/Krissy_Lynn_Kylie_Page_are_Moms_Who_can_take_Control.html
https://pornve.com/joh3mngywd8l/Brazzers_-_Makayla_Cox_Eager_Beaver.html
https://pornve.com/joq0yr8ccg71/Brazzers_The_Dinner_Party.html
https://pornve.com/jos5m4wt4f7q/Rio_Lee_-_The_Science_Of_Squirting.html
https://pornve.com/joshcpm15f6t/Dakota_Skye_-_Dont_Fuck_My_Brother_Bitch.html
https://pornve.com/jouhtex73imu/Eva_Notty_Bothered_By_The_Bush.html
https://pornve.com/jp403u3ozgts/A_Small_Army_Of_Sexy_Ladies_Crowd_Into_A_Nightclub_Get_Naked_Eat_Each_Other_Out_And_Fuck_A_Few_GysWwho_Were_Lucky_Enough_To_Make_It_In_Sexxygirl_Clit_Licking_Ass_Shaking.html
https://pornve.com/jp9wtq0ac5e1/Helping_Psychologist_Abella_Danger__Cory_Chase.html
https://pornve.com/jpa7bj5r1w5y/BrazziBots_-_Part_3.html
https://pornve.com/jpaubypg2qzi/Kayla_Kayden_Radiant_Booty.html
https://pornve.com/jpaz5po63ut4/milf_blond_pov_milf_brandi_love_hands_4014_42_plays_published_on_7_1_minutes_ago_she_learn_about_sex_category_blonde_pov_pornstar_brandi_love_tags_milf.html
https://pornve.com/jpcmu05f4htr/TeensLikeItBig_17_03_05_Kristen_Scott_My_Moms_Boyfriends_Cock_XXX_-KTR.html
https://pornve.com/jpcybosoe03o/One_In_the_Pink_Under_The_Sink_Anna_Bell_Peaks__Bill_Bailey.html
https://pornve.com/jpmebnuho6tq/Brazzers_Office_4_Play_II_Asian_Sensation_Brazzers_Big_Tits_At_Work_Asa_Akira_London_Keyes_Mia.html
https://pornve.com/jpmgf7d4d0u9/Eva_Ellington_-_Replica_Cock_Thrust.html
https://pornve.com/jpp6sbv1zwgw/Brazzers_Unhappily_Married_And_Horny_porn.html
https://pornve.com/jpr9xrytkr9m/_Brazzers_-_Athletic_babe_Kortney_Kane_gets_a_big_dick_workout_.html
https://pornve.com/jq0hixh0duad/Girlfriends_Phat_Ass_Roommate_Brazzers.html
https://pornve.com/jq9jacmne0xu/Brazzers_-_Joanna_Angel_Massage_Yourself.html
https://pornve.com/jqamzzryvlad/Sara_Jay_-_Putting_Her_Tits_To_Good_Use.html
https://pornve.com/jqcp12o0ay6v/Karmen_Karma_-_A_Schoolgirls_Fantasy.html
https://pornve.com/jqcqqu1tdzzo/_Brazzers_-_Kimmy_had_a_birthday_threesome_with_her_neighbors_Ava__Keiran_.html
https://pornve.com/jqesys2v5m09/Mya_Nichole_-_FIFun_Bags.html
https://pornve.com/jqftatfe9nxc/The_Naked_Wife_-_Portia_Paris_-_BrazzerExxxtra.html
https://pornve.com/jqrtndp5gtqz/Fucking_With_Friends_2018_part1.html

https://pornve.com/jqsfkgrkz701/Christina_Shine_-_Sales_Pitch.html

https://pornve.com/jqshiur6zj17/Jesse_Jane_Keiran_Lee_-_Midnight_Sneak_-_Pornstars_Like_It_Big_-_Brazzers.html

https://pornve.com/jqx8w1z33k2x/Codi_Vore_-_A_Room_With_A_Cock.html

https://pornve.com/jqxxk3z5xin1/Wendy_Jay_Smooth_-_Hold_It_Right_There_-_RK_Prime_-_Reality_Kings.html

https://pornve.com/jr37s3v3ehx6/Ivy_Lebelle_-_The_Pleasure_Of_Business_Trips.html

https://pornve.com/jr41b3qsfdjm/Brooke_Benz_-_Quicksand_Part_1_-_Reckless_In_Miami_-_Reality_Kings.html

https://pornve.com/jr4digqeyese/Madison_Ivy_Mick_Blue_-_Something_For_My_Husband_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/jr7ev7qgact6/Milfs_Like_It_Big_Kate_Frost__Johnny_Sins_Cockamania_Runs_Wild.html

https://pornve.com/jr7yjwhx4pv0/DirtyMasseur_19_08_10_Aaliyah_Hadid_Nuru_For_You_XXX.html

https://pornve.com/jr9v4kfzfpj8/Ava_Addams__Rikki_Six_-_Two_Hungry_Mouths_On_His_Dick.html

https://pornve.com/jrjts889abta/anna_bells_peaks_rachel_starr_romi_rain_and_nicole_aniston_da_132_top_rated_porn_video_of_today.html

https://pornve.com/jrllgqwcqz5z/Raven_Bay__Rikki_Six_-_Duel_Intentions.html

https://pornve.com/jrmdgowtn474/Cum_In_My_Pussy_Not_On_My_Couch.html

https://pornve.com/jrti4cjoki9c/Dylan_Ryder__Abby_Rode_-_Two_Cock_Hungry_MILFS_Dining.html

https://pornve.com/jru3530latt5/Allie_Foster__Kina_Kai_-_Poolside_Summer_Fun.html

https://pornve.com/jrvuglouwsha/Abella_Danger_-_Poolside_Booty.html

https://pornve.com/js12avinkoe2/Brazzers_Busting_A_Nut_In_The_Bride_Adria_Rae.html

https://pornve.com/js1wavamky9d/Brazzers_Back_In_Big_Cock_Action_Brazzers_Nicole_Aniston_Keiran_Lee_Pov_Big_Tits_Pornstars_Li.html

https://pornve.com/js2yca7umw6o/Personal_Trainers_-_2.html

https://pornve.com/js8ki60bgw09/Alexis_monroe_schoolgirl.html

https://pornve.com/jsa3bdwumsu6/_Brazzers_-_Busty_brunette_Kendall_Karson_takes_training_to_a_new_level_.html

https://pornve.com/jsdlgd7914wf/WeLiveTogether_17_03_02_Khloe_Kapri_And_Rosyln_Belle_Hot_Moves_XXX_-KTR.html

https://pornve.com/jsi5htgsn9ad/Phoenix_Marie_-_Phoenix_Works_Herself_Out_-_Day_With_A_Pornstar_-_Brazzers.html

https://pornve.com/jsjp370h2mdi/Jasmine_James_-_Testing_The_Teacher.html

https://pornve.com/jspxy8al1ih6/Ashley_Adams_-_Setting_The_Table.html

https://pornve.com/jsvh8roqo2ko/Monique_Alexander_-_Moniques_Secret_Spa_-_Part_3.html

https://pornve.com/jsy02xdzcpir/madison_scott_cowgirl.html

https://pornve.com/jsybzpza59yi/MomsInControl__Brazzers_Ava_Koxxx__Leigh_Darby_My_Scissoring_Stepmom.html

https://pornve.com/jsyzofgcbsu1/Hot_And_Mean_Bonnie_Rotten_and_Zoey_Monroe_Squirt_Training.html

https://pornve.com/jt1c5yvrl7yk/Anal_Blowjob_Peta_Jensen_Threesome_HD_H2_Ppenguin.html

https://pornve.com/jt2h38qzax64/Eva_Lovia_Is_A_Very_Horny_Housewife_Who_Gives_it_Good.html

https://pornve.com/jt5fyt4daorp/RKPrime_-_Aubrey_Rose_Bosses_Daughter_12_22_16.html

https://pornve.com/jt5xtb40g864/Skyla_Novea.html

https://pornve.com/jte3j1ui0y2b/Kristina_Rose_-_Ram_That_Rose.html

https://pornve.com/jtg4wwjxz879/Tia_Cyrus_-_Rent-A-Pornstar_The_Wedding_Planner_Part_2_-_Pornstars_Like_it_Big_-_Brazzers.html

https://pornve.com/jti7qofkt40z/Amirah_Adara__Mea_Melone_-_ZZ_Cup_-_Team_Booty.html

https://pornve.com/jtjck1ldp1ad/Phoenix_Marie_Sneaky_Sex_MILF_Pornstar_Phoenix_Marie_Tags_MILF_Phoenix_Tag_This_Video_30_Most_Played_Porn_Video_Of_Today_105_Most_Played_Porn_Video_Of_Week.html

https://pornve.com/jtjfhsr1oxfc/Lea_Lexis__Tory_Lane_-_Wiccan_Sisterhood.html

https://pornve.com/jtlzsmsxzmmn/Tory_Lane_ANAL_Big_Wet_Butts_She_Knows_What_She_Want_-_720p.html

https://pornve.com/jto1282g9uhs/Romi_Rain_-_My_Boss_Is_A_Whore.html

https://pornve.com/jts2v6a947bb/Inked_guy_fucks_redhead_vixen_video.html

https://pornve.com/jtwtmbtehm0t/Gabriella_Paltrova_Michael_Vegas_-_Dirty_Double_Cross_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/ju28qz2kvaae/Leilani_Leeane_-_Doc_Loosen_Up_My_Throat.html

https://pornve.com/ju8o61nm3aue/New_Romi_Rain.html

https://pornve.com/jua394otav32/Romi_Rain_-_Mystery_Tape.html

https://pornve.com/juca4jqlt33l/Ariana_Marie_-_She_Needs_a_Strong_Male_Presence.html

https://pornve.com/jucjunq2kak3/Brazzers_-_Sahara_Knite_Sexy_Doctor_Adventures.html

https://pornve.com/jugxfmas87vy/Tasha_Holz_-_Working_Hard.html

https://pornve.com/juig5rawdgmv/Eva_Karera_-_Biker_MILF.html

https://pornve.com/jun36g5095qj/Noelle_Easton_Big_Boobs.html

https://pornve.com/juo4o4lsj57r/Jessie_Andrews__Lexi_Belle_-_The_BJ_Bonanza.html

https://pornve.com/juo4pq1jt7mj/Ava_Koxxx.html

https://pornve.com/jupya3eprwdt/Sienna_West_-_Deep_Dark_Secret.html

https://pornve.com/jut0eajpdlm1/Kendra_Spade_-_Bow_Down__Beg_For_It.html

https://pornve.com/juvph7nb0tgx/Nicole_Rey_-_Snuck_And_Cuck_-_Sneaky_Sex_-_Reality_Kings.html

https://pornve.com/juw8ie0v8ifi/Lena_Paul_-_Lay_Her_Over.html

https://pornve.com/juws81dzii3p/Jewels_Jade_-_Nurse_Booty.html

https://pornve.com/juyzr3bf5qm3/Destiny_Dixon_Keiran_Lee_-_Promotion_Or_Pussy_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/juzfvs6jomp7/Kayla_Green_-_Tits_Thighs_And_Office_Supplies.html

https://pornve.com/juzpoi2lhmh4/Darcie_Dolce__Jelena_Jensen_-_The_Make-Over.html

https://pornve.com/jv185l1v072f/Pornisity_Elsa_Jean_Monique_Alexander.html

https://pornve.com/jv3y33afqqnh/Hot_And_Mean_My_Stepmom_Is_Better_Than_Yours.html

https://pornve.com/jv4gxi2moidd/TeensLoveHugeCocks_Jaye_Summers_Juicy_Jaye_-_16_06_16.html

https://pornve.com/jv6sz8bqt2y3/TeensLikeItBig_Kenna_James_Limo_Nympho.html

https://pornve.com/jvev4dz3xsaz/Alice_Judge_-_I_Hate_You_Lets_Fuck.html

https://pornve.com/jvf293c7qp45/Alexis_Ford_-_Make_It_Up_To_My_Dick.html

https://pornve.com/jvioekub9t38/Felonys_First_Squirt.html

https://pornve.com/jvl07jemre5d/Maddy_Oreilly_-_Free_Anal.html

https://pornve.com/jvrp0bnea1w4/Tiffany_Watson_Quinton_James_-_Its_Juicy_-_Look_At_Her_Now_-_Reality_Kings.html

https://pornve.com/jvxgydikezpg/MommyGotBoobs_-_Brazzers_-_Reagan_Foxx_Ricky_Spanish_Im_A_Total_MILF.html

https://pornve.com/jw0l6ktlsh12/Abella_Danger_Keiran_Lee_-_The_Housewife__The_Hitchhiker_-_Big_Butts_Like_It_Big_-_Brazzers.html

https://pornve.com/jw0mvvahakf6/Kaylani_Lei_The_Model_Mom.html

https://pornve.com/jw6pv9evkmc7/Alexis_Ford__Rachel_Starr_-_Rachels_Slutty_Secrets.html

https://pornve.com/jwbrgvkegolg/Asa_Akira_-_A_Tale_Of_A_Tail.html

https://pornve.com/jwinb25irz5t/Peta_Jensen_-_Fuck_The_Frustration_Right_Out_Of_Me.html

https://pornve.com/jwmpoi9i8axd/Porn_orgy_with_young_Cyrstal_Rae_her_boyfriend_and_her_older_sister
.html
https://pornve.com/jwuj4m169jrh/Phoenix_Marie_-_This_Nurse_Is_No_Pussy.html
https://pornve.com/jwz6gkxgiri1/Rebecca_More_-_Mistress_More_And_Her_Manservant.html
https://pornve.com/jwzou79q8768/Ashley_Adams__JoJo_Kiss_-_Terrible_Darlings.html
https://pornve.com/jx0d5vvszws5/Alanah_Rae_Broken_Promises_Real_Wife_Stories.html
https://pornve.com/jxajvv8wp09v/Jasmine_Jae_-_To_Assfuck_A_Neighbor.html
https://pornve.com/jxn5vgmmypn1/Anny_Aurora_Keiran_Lee_-_Virgin_Birthday_-
_Teens_Like_It_Big.html
https://pornve.com/jxqeam9r1bi6/Katana_Kombat_Bathing_Beauty.html
https://pornve.com/jxqpruinzpv3/Noelle_Easton_-_Nurse_Noelle.html
https://pornve.com/jxtrwfec9mv7/Ariella_Ferrera__Isis_Love_-_MILF_Witches.html
https://pornve.com/jy8pcbwu2x8l/Eva_Karera_-_A_Night_At_The_Milfbury.html
https://pornve.com/jyaed7uzswws/Kelly_Diamond_-_Hot_Teen_Next_Door_25_2015.html
https://pornve.com/jyaxaxn2k4kk/August_Ames_And_Starri_Knight_Lesbian_Nurses.html
https://pornve.com/jycy88iymrl5/Ryan_Conner_Pussy_Or_Anal_A_ZZ_Clinical_Study.html
https://pornve.com/jyjm1fsp34qt/Autumn_Falls_-_Inside-Her_Trading.html
https://pornve.com/jynjjrdklzht/mikesapartment_18_10_22_kyra_hot_creeping_in_for_rent.html
https://pornve.com/jynm0pdv3zzd/Bailey_Brooke_-_Fucking_Her_Uncanny_Valley.html
https://pornve.com/jynwzulgg8pi/Aila_Donovan_Feeling_Up_Aila.html
https://pornve.com/jyqmasd07sr8/Carrie_Ann_-_A_Day_At_The_Cuntry_Club.html
https://pornve.com/jz79n9xoz4h4/The_Anal_Doctor_Danny_D_Franceska_Jaimes.html
https://pornve.com/jz9qep6zota0/Julie_Cash_-_Behind_The_Curtain.html
https://pornve.com/jzb3bz8fa4w1/Amirah_Adara_And_Nia_Black_-_Amazing_Beauties.html
https://pornve.com/jzcja96j6fcx/_Hide_and_Cock_Seek_Small_Tits_Teen_Misha_Cross_Does_Anal_.html
https://pornve.com/jzdxkkzpi7fu/Mature_Olivia_Fox_Romancing_Olivia_.html
https://pornve.com/jzifzcumsp07/Heather_Summers_-_Splash_My_Vagina_With_Your_Sperms.html
https://pornve.com/jzjqyevyw6wy/Brazzers_Devon_Sweetening_The_Deal.html
https://pornve.com/jzsgxf73e96m/Anya_Olsen__Kennedy_Jax_-_My_Suck_Up_Stepsister.html
https://pornve.com/jztkqhwq8yvr/Amia_Miley_-_Fuck_The_Police.html
https://pornve.com/jzv686mh0b1r/Francesca_Le_-_Monday_Night_BWF.html
https://pornve.com/jzwrsttwnnhb/Britney_Amber_-_Office_Anal.html
https://pornve.com/k0ew8pwwh4yk/Kya_Tropic__Natasha_Nice_-
_An_Asians_Big_Tits_Between_Me_And_My_Boyfriend.html
https://pornve.com/k0iia0ymjptb/Chanel_Preston__Kirsten_Price_-_Sergeant_Drill_Me.html
https://pornve.com/k0nco3qglse7/Brazzers_Live_-_28.html
https://pornve.com/k0r5na3hyoj5/sneakysex_19_07_13_katana_kombat_what_hubby_doesnt_know.html
https://pornve.com/k0rhhznkoo2l/Ginger_Elle__Rachel_Roxxx_-_Hungry_For_A_Job.html
https://pornve.com/k0tp7bc4bbw3/Veronica_Rodriguez_-_Fine_And_Online.html
https://pornve.com/k0xijrwxa6n0/Karma_Rx_-_Cum_Rain_Or_Shine.html
https://pornve.com/k0y4t801y5xx/Skylar_Snow_-_No_Splashing.html
https://pornve.com/k0z9qxw37924/Charley_Chase_-_Spellpound.html
https://pornve.com/k11m9cfr3cqm/eva_angelina_the_sultans_slutty_skank.html
https://pornve.com/k15rha36aziq/Dee_Williams_Isiah_Maxwell_-_Ass_Reduction_-
_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/k17mth3ineid/Asa_Akira_-_Good_Vibe_Rub_Down.html
https://pornve.com/k1870oiokclw/Katrina_Jade_-_Work_Those_Titties.html
https://pornve.com/k18b86lvkh8g/Happy_Class_room.html

https://pornve.com/k1gxkb77n29v/Kendra_Lust_-_Kendra_Gets_Loose_For_Big_Members.html
https://pornve.com/k1i49trlqpnq/Super_Nerd__Sierra_Nicole_Sean_Lawless__Teens_Love_Huge_Cocks.html
https://pornve.com/k1khfyxbfm4e/Brazzers_-_Veronica_Avluv_The_Right_Fit.html
https://pornve.com/k1kk55fhyqxf/Desiree_Night_-_I_Thought_I_Was_The_Criminal.html
https://pornve.com/k1mnb079va71/Going_Behind_Her_BFs_Back_for_Big_Cock_Brazzers.html
https://pornve.com/k1mwo8ax6jj2/Katana_Kombat_-_The_Nerd_Nails_The_Girl.html
https://pornve.com/k1wqxaukfxgb/Chocolate_Rain.html
https://pornve.com/k1x1tk34slpk/Aleksa_Nicole__Blake_Rose_-_Double_Indemni-Ds.html
https://pornve.com/k1y79wc7tr62/Darla_Crane_-_Too_Much_Dick_For_Her_Daughter.html
https://pornve.com/k1yy17rfbpfl/Gabriella_Paltrova__Georgia_Jones_-_My_Blindfolded_Best_Friend.html
https://pornve.com/k20xyuf0vryq/Brazzers_House_3_-_Episode_2.html
https://pornve.com/k22x72b2db9d/BigTitsInSports_Emma_Leigh_-_Sink_the_Pink.html
https://pornve.com/k24xdb104xgg/Georgie_Lyall_-_Make_Yourself_Comfortable.html
https://pornve.com/k25ggrec1dxr/Andy_San_Dimas_-_Anarchy_In_The_U_S_A.html
https://pornve.com/k2ayjmcczoy9/Ava_Addams_-_No_Trespassing.html
https://pornve.com/k2cw2t40rueu/Brazzers_Worldwide_Budapest_-_Episode_1.html
https://pornve.com/k2dy8sbdrtzl/Romi_Rain_Van_Wylde_-_Hungry_For_Spring_Breakers_Part_2_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/k2fet9ccp4vu/Briana_Banks_-_If_The_Bra_Fits.html
https://pornve.com/k2ilan4aimux/India_Summer_-_A_Day_In_India.html
https://pornve.com/k2n0j53iat8c/Phoenix_Marie_-_This_Tour_Sucks_Harder_Than_Your_Wife.html
https://pornve.com/k2y5nheg5pwg/Devon_Lee_-_Military_Booty.html
https://pornve.com/k32k8h5dicyc/Power_Bangers_XXX_-_Episode_2.html
https://pornve.com/k36d0xlusubt/Holly_Sampson_-_Reduce_Reuse_And_Tickle_My_Titties.html
https://pornve.com/k3d1nbfcdmap/Jaclyn_Taylor_-_His_Wife_Squats_-_On_My_Dick.html
https://pornve.com/k3f4bl9mshw2/Yhivi_Switchng_Teams_Part_2.html
https://pornve.com/k3iaa8lfprpi/Aleska_diamond_Are_You_The_Ma.html
https://pornve.com/k3m2lu861ro0/Monique_Alexander_-_The_Icing_On_The_Cock.html
https://pornve.com/k3om23hthyak/Anal_Blonde_Big_Tits_Hardcore_Amateur_Fun_ANAL_Fun.html
https://pornve.com/k3s5ehj1c6rc/Phoenix_Marie_-_Getting_Tanned_While_Fucking.html
https://pornve.com/k3u6zlfs9j4a/Brazzers_-_Abigail_Mac_Between_A_Cock_And_A_Hard_Place.html
https://pornve.com/k3yfr3mf8khj/Karlee_Grey_No_Way_Not_My_Car.html
https://pornve.com/k3yrghcdtysr/Stella_Cox_-_Cock_For_Cox.html
https://pornve.com/k43ayg4nq4m1/Happy_Tugs_Full.html
https://pornve.com/k44vre6bey8y/Erotic_Massage_Christy_Mack.html
https://pornve.com/k45iqg2bk5k0/Alena_Croft_Small_Hands_-_Shes_A_Smooth_Operator_-_Big_Tits_At_Work_-_Brazzers.html
https://pornve.com/k48j5mt0ipjs/Jeni_Angel__Ryan_Keely_-_You_Dont_Need_A_Cock_-_2.html
https://pornve.com/k4ai2mobvpdy/Alexis_Fawx__Mackenzie_Moss_-_All_In_A_Days_Squirt.html
https://pornve.com/k4av8kam0u8o/Queen_of_Thrones_Part_1.html
https://pornve.com/k4g2ygtgw0ja/Nia_Black_-_Cum_along.html
https://pornve.com/k4gcp3p1p27n/Connie_Carter_-_Lusty_Loft_Fucking.html
https://pornve.com/k4hqmefx5nw7/Kiki_Minaj_Danny_D_-_Pussy_In_Boots_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/k4ppajvwpfwj/Emma_Leigh_-_Sink_The_Pink.html
https://pornve.com/k4rbl3gkwad9/Ella_Hughes_-_Shy_Redheads_Want_Anal.html
https://pornve.com/k4rd0trsbzpq/Kortney_Kane_-_Vacation_Persuasion.html

https://pornve.com/k4wmej6yc1l7/Amirah_Adara_-_Backyard_Butt_Sex.html
https://pornve.com/k4ysidti5vta/Gina_Valentina_Justin_Hunt_I_Dream_Of_Gina.html
https://pornve.com/k54o1dn9uqhx/mgb_devon_michaels_devon_michaels.html
https://pornve.com/k5clslqf8e4o/Brazzers_House_-_Episode_1.html
https://pornve.com/k5df18y1vg8m/Brazzers_Twerking_Practice_Abella_Danger.html
https://pornve.com/k5e0b1e8ucz1/Kristina_Rose_-_Miss_Anal_2016.html
https://pornve.com/k5hdhtu8v1qs/Post_Match_Pussy_Part_Two_Kagney_Linn_Karter__Ramon__Rico_Strong.html
https://pornve.com/k5j1cul2fpoc/Jenna_Foxx_Xander_Corvus_-_Seeing_Eye_Dick_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/k5q72h1ahgwa/Ryan_Keely_-_Dickrupting_Her_Domestic_Bliss.html
https://pornve.com/k5s441fypokr/Brazzers_-_V_Is_For_Vigilante.html
https://pornve.com/k5sq6gtzmhlp/Francesca_Le_-_Your_Awe-Inspiring_Boobies.html
https://pornve.com/k60tnac4pcm3/Honey_Blossom_-_Hardcore_Nanny.html
https://pornve.com/k61ms1lfoghv/Til_Dick_Do_Us_Part_-_Episode_3.html
https://pornve.com/k62raanwszjb/MomsBangTeens_-_Gina_Valentina__Kate_Linn-Try_This_One_On.html
https://pornve.com/k6849czcfiw3/Brazzers_Over_Easy_porn.html
https://pornve.com/k69aneerqb03/_EPIC_PETA_JENSEN_PMV_.html
https://pornve.com/k6bxvhbr53n6/Sophie_Dee_-_Beach_Boat_And_Big_Boobs.html
https://pornve.com/k6g5h6j8b0w7/Krissy_Lynn_-_Rowdy_Armbar_Goes_Too_Far.html
https://pornve.com/k6p07skmhphc/Her_Fantasy_Ball_-_Eva_Lovia_-_Reality_King.html
https://pornve.com/k6q1f4xreq34/Allie_Haze_-_Hanging_Out_With_Allies_Ass.html
https://pornve.com/k6uwgwbjvwhl/ANAL_SHAKE_MASHUP_TRIOLOGY_-_NOVA_ARCH_FORGE.html
https://pornve.com/k6w34kfa97t9/Lyra_Law_-_Fuck_The_Festival.html
https://pornve.com/k6yk4zc9s9fi/Cumming_Straight_From_The_Underground_Diana_Prince__Nacho_Vidal.html
https://pornve.com/k720b2rgcvz9/Avery_Moon_Damon_Dice_-_Another_Study_Break_-_Sneaky_Sex_-_Reality_Kings.html
https://pornve.com/k79a18wp4x31/TeensLoveHugeCocks_Gabriella_Ford_Freaky_Teen.html
https://pornve.com/k7aehshiqjd7/Bridgette_B_-_Teachers_Tits_Are_Distracting.html
https://pornve.com/k7au8r4w9c3h/tlib_19_07_08_elsa_jean_creepy_next_door_neighbor.html
https://pornve.com/k7ca2kdhzdtc/Bianca_Breeze__Charlotte_Cross_-_Pussy_Lessons.html
https://pornve.com/k7f6x1vq4yyp/Go_HAM_Or_Go_Home_Cory_Chase__Lexi_Luna.html
https://pornve.com/k7l52o4qjoi6/Aubrey_Blue_-_One_Slutty_Shopping_Spree.html
https://pornve.com/k7mb6bmt4qiu/Brazzers_Black_Out.html
https://pornve.com/k7nexlxcdb7i/BigTitsAtSchool_-_Brazzers_-_Diamond_Jackson_Justin_Hunt_Brazzers_Porn_School.html
https://pornve.com/k7pyo192bh90/Nika_Noire_-_Baseballs_In_Your_Mouth.html
https://pornve.com/k7yj64uty9sc/Whitney_Wright_-_Anal_Sex_Saves_Lives.html
https://pornve.com/k81t85ijsyea/Blanche_Bradburry_-_Teacher_Tease.html
https://pornve.com/k86lsa0qoxfq/Nicole_Aniston_-_Sliding_Into_Home.html
https://pornve.com/k86yegepvpvy/Cytherea__Felony_-_Gush_Goddesses.html
https://pornve.com/k8ai0fo60hht/Brazzers_Tied_Up.html
https://pornve.com/k8eqyn4yxzwt/Victoria_Lawson_-_Selling_My_Wifes_Hole.html
https://pornve.com/k8kb4yst7u8i/DAREDORM_62_Oil_Slick_1of2.html
https://pornve.com/k8lea9sklf0g/Alex_Blake__Cali_Carter_-_Club_Cunts.html
https://pornve.com/k8oep4shtolg/Sheena_Ryder_-_Sheenas_Ass_Owns_This_Club.html

https://pornve.com/k8p9bnoew9fy/MonsterCurves_Heidi_Van_Horny_Lovely_Heidi.html

https://pornve.com/k8pf4ej0ih86/The_Sexorcist_Sophie_Dee_Jordan_Ash.html

https://pornve.com/k8slcn55boqb/Jessica_Jaymes_-_Cabang-A-Bro.html

https://pornve.com/k8v775ei2dnh/Lindsey_Olsen_-_Wanted_Secretary_Squirting_Required.html

https://pornve.com/k99ckhe3y3jm/Nothing_Goes_To_Waste_Kaylani_Lei__Keiran_Lee.html

https://pornve.com/k9a295wmkj54/RKPrime_-_Sophia_Leone_And_Julz_Gotti_Omg_Its_Cinco_De_Mayo.html

https://pornve.com/k9f5bwutxnug/Keira_Croft_Xander_Corvus_-_Fuckin_Fountain_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/k9r660feapvh/Faye_Reagan_-_Great_Scott.html

https://pornve.com/k9rlgyyebjdv/RealWifeStories_Brazzers__Isis_Love_The_Marriage_CounselorFirst_Anal.html

https://pornve.com/k9v05m9lrapo/Roxanne_Rae_-_A_Rough_Pro_Bono.html

https://pornve.com/ka3iqjayw1az/Ashli_Orion_-_Mount_Me_In_Your_Ice_Cream_Truck_Sir.html

https://pornve.com/kac0nn75lee3/Isis_Love_-_Treasure_Hunt_Fuck.html

https://pornve.com/kaeh138by1ls/Alexis_Fawx_-_Odd_Jobs.html

https://pornve.com/kaliiur0wklj/BigTitsAtWork_19_09_25_Crystal_Rush_Personal_Assistance_XXX.html

https://pornve.com/kam4d5cj3093/Ariella_Ferrera_-_Driving_Dick_Shift.html

https://pornve.com/katb8hvq17ni/Destiny_Dixon_-_Fuckdate_With_Destiny.html

https://pornve.com/kb1cf6h7iu7r/Jess_Scotland_-_Jess_Screams_Yes_For_The_Dress.html

https://pornve.com/kb7v2n92zzzk/Ash_Hollywood__Brandi_Love_-_Competing_For_The_Cock.html

https://pornve.com/kbaxys3ypje5/Melina_Mason_-_Oiled-Up_And_Ready_To_Fuck.html

https://pornve.com/kbe2majysa7i/Angelina_Valentine__Rebeca_Linares_-_Open_Your_Fucking_Mouth_And_Eat_My_Cunt.html

https://pornve.com/kbekq0mgyrs1/Cherie_Deville_Ricky_Spanish_-_Cumplimentary_Training_Session_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/kbi6lg08h0ir/Jordan_Pryce_-_Queen_vs_Pawn.html

https://pornve.com/kbqff1inhoe7/Brazzers_Love_At_First_Swipe.html

https://pornve.com/kbt60qt84d8u/Bridgette_B_-_Locker_Room_Romp.html

https://pornve.com/kbu3gi7wa9vs/gia_dimarco_and_april_oneil_ANAL_SCHOOL.html

https://pornve.com/kc1onl6g6umh/Brooke_Brand_-_Television_Live.html

https://pornve.com/kc2b3mmy4vik/Darcy_Tyler_-_The_Trade_Off.html

https://pornve.com/kc6m9a9s31i4/Krissy_Lynn_-_Did_You_Miss_Me.html

https://pornve.com/kc71alxqb591/Pay_Attention_To_My_Pussy_Brazzers.html

https://pornve.com/kc75ehtznblq/Kendra_Lust_-_Nuru_Nymph.html

https://pornve.com/kc7bzivzp8od/Diamond_Kitty_MILFS.html

https://pornve.com/kc7xha0evj85/Milf_Squad_Vegas_-_Part_1.html

https://pornve.com/kc9xvgtlxr8l/Lela_Star_Johnny_Sins_-_Get_It_Up_Grandpa_-_Doctor_Adventures_-_Brazzers.html

https://pornve.com/kccm7qwqhmvj/Real_Wife_Stories_Part_2.html

https://pornve.com/kci4csfuz6fq/Valentina_Nappi_Sean_Michaels_-_Stretch_That_Ass_Out_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/kcir5k9f9tyu/Diamond_Foxxx_-_Karmas_A_Bitch_BITCH.html

https://pornve.com/kcjrsytbnm7l/Astrid_Star_-_Caught_On_Cumming_Camera.html

https://pornve.com/kcn5dentc7u9/Ava_Addams_Jessy_Jones_-_Sucking_The_Sitter_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/kcye3vqlvvvu/Bonnie_Rotten_American_Whore_Story_Part_Five_Brazzers_Anal_Rough_Teens_Bigtits_Brunette_facial_squirt.html

https://pornve.com/kd0no4bqfeyx/India_Summer_-_Hide_And_Seek.html
https://pornve.com/kd1z1cadmg2j/Jessica_Jaymes_-_The_Return_Of_Jessica_Jaymes.html
https://pornve.com/kd3ta9d09z4p/sexy_spanish_babe_trains_her_body_for_more_sexual_experiences.html
https://pornve.com/kd7wuhknl2yn/My_Stepmom_And_Her_Sister_Ariella__Missy.html
https://pornve.com/kddk3cx6iy99/Veronica_Avluv_-_La_Seductora.html
https://pornve.com/kdl42lhrsjca/Ashli_Orion__Sophie_Dee_-_A_Totally_Epic_Threesome.html
https://pornve.com/kdmy3948yfpo/Gracie_Glam__Lexi_Belle_-_Cock_Swan.html
https://pornve.com/kdrrrdwbzhs2/My_Wifes_Trainer_Luna_Star_Victoria_June__Keiran_Lee.html
https://pornve.com/kdt4j7ntuo09/Sexual_Education_8_Karlee_Grey.html
https://pornve.com/kdtpft6z3i3m/In_the_Darkroom.html
https://pornve.com/kdx5h0nzbexa/Asa_Akira_-_Boning_My_Boss.html
https://pornve.com/kdxe488sb88h/Cathy_Heaven_-_A_Fistful_Of_Heaven.html
https://pornve.com/kelpwkdnukes/Black_Angelika_-_What_A_Plump_Rump.html
https://pornve.com/ketaf1hg1ivf/rkprime_18_10_22_katana_kombat_and_emily_willis_shy_maids.html
https://pornve.com/keukm6jydv56/Nicki_Hunter_-_Hungry_For_Cock.html
https://pornve.com/keza82meg34q/Proxy_Paige_-_Double_Trouble.html
https://pornve.com/kf18yslgb5sd/CumFiesta_-_Kharlie_Stone_Give_It_To_Me_-_16_05_10.html
https://pornve.com/kfcm11rcgwuj/Charley_Chase__Isis_Love_-_A_Very_Naughty_Xmas.html
https://pornve.com/kfdy6hqri2g6/Drilling_Mommy_Scene_6_Getting_Dirty_With_Ms_Croft_Alena__Kyle_Mason.html
https://pornve.com/kfj54vcxud1x/Jessa_Rhodes_-_In_The_Lap_Of_Luxury.html
https://pornve.com/kfjko04jrclj/Calypsa_Micca_-_Meat_Handler.html
https://pornve.com/kflb2r4zjw2x/Sammie_Spades_-_Working_Out_My_Big_Tits.html
https://pornve.com/kflz84gfqrkb/Fat_Ass_Lela_Star.html
https://pornve.com/kfn1l3s1lg5e/Kayla_Paige_-_Safari_Slut.html
https://pornve.com/kfngoj8r9d7c/Brenda_James_My_Mother_The_Fucker.html
https://pornve.com/kftuzmy8b0ri/Dani_Daniels_-_They_Always_Come_Back.html
https://pornve.com/kfv79abpzjs5/All_Good_New_Brooklyn_Chase_And_Katy_Kiss.html
https://pornve.com/kg0omeostbno/Dirty_Dirty_Masseur_Asa_Akira_Category_.html
https://pornve.com/kg9otfl3ccar/Asa_Akira_-_Say_Hi_To_Your_Husband_For_Me_-_1.html
https://pornve.com/kgbzhcwycmnb/Valerie_Kay_-_Lets_Play_Whore.html
https://pornve.com/kgg5e8ci89sn/Blake_Rose_-_Extra_Credits_Extra_Tits.html
https://pornve.com/kggyaqkvrp26/GFRevenge_Dick_tasting.html
https://pornve.com/kgmngncy6tis/Horny_Nicolette_Shea_blonde_bigtits_bimbo_fitgirl.html
https://pornve.com/kgofy3gpgfdn/Porn_Habits_Brazzers_2018_-_Lena_Paul_Ramon_Big_Tits_At_Work.html
https://pornve.com/kgowd65kkat0/Ava__Phoenix_Xmas_Time_Orgy.html
https://pornve.com/kgr7s3zhxz0i/Dillion_Harper_-_Spin_Cycle.html
https://pornve.com/kh20lfe4ecsr/Ariella_Ferrera__Missy_Martinez_81_Top_Rated_Porn_Video_Of_Today_184_Most_Played_Porn_Video_Of_Today_200_Top_Rated_Porn_Video_Of_Week.html
https://pornve.com/kh2to00sx02u/Abigail_Mac__Azul_Hermosa_-_A_Mistress_For_All_Seasons.html
https://pornve.com/kh6p3l0oqpa8/Casey_Calvert_Black_Cherry_Pie.html
https://pornve.com/kh75pkb9ve0b/Kenzie_Reeves_-_Tiny_Dancer.html
https://pornve.com/khc03ki1eb57/Katya_Rodriguez_These_Boots_Were_Made_For_Licking.html
https://pornve.com/kheukhvgmdh6/Melissa_Lynn_-_In_The_Garden_Of_The_Milf.html
https://pornve.com/khft4pehrv36/Blanche_Bradburry_Dirty_Fitness_Trainer_Cums_In_Her_Pupils_Big_Ass.html
https://pornve.com/khglk15j8i21/Aleksa_Nicole__Courtney_Taylor_-_Welcome_The_Don.html

https://pornve.com/khj86p78qoob/Evie_Delatossa_-_The_Delatosso_Family.html
https://pornve.com/khkzefzdq8kc/Brazzers_Booty_On_Drip_Whitney_Wright.html
https://pornve.com/khnvzbwykt53/Robbin_Banx_-_Streetwalking_Seduction.html
https://pornve.com/khr6mxoyki0b/PornstarsLikeItBig_-_Janice_Griffith_Watch_Party_5B_HD_5D.html
https://pornve.com/khv4t37254ka/Aaliyah_Love_-_Conjugal_Fuckin_Visit.html
https://pornve.com/ki1j59sx1evp/India_Summer_-_Free_Screw_At_Hardware_Store.html
https://pornve.com/ki2sph9kra02/All_Good_New_Olivia_Fox.html
https://pornve.com/ki39y8rexmnb/Overnight_With_Stepmom_Part_Two_-_Tara_Holiday.html
https://pornve.com/ki90vs3d3jw2/Piper_Perri_-_Pounding_Piper.html
https://pornve.com/kicf8wubq7sx/Jessa_Rhodes_Johnny_Sins_-_Angel_Tits_-_Baby_Got_Boobs.html
https://pornve.com/kijrvrd31ozx/MomsInControl_Lezley_Zen_Raylin_Ann_Clandestine_Coochie_-_07_08_16.html
https://pornve.com/kimmoqa55q0l/Andy_San_Dimas_-_Sexy_Doctor_Takes_Advantage_Of_Male_Nurse.html
https://pornve.com/kipw5ctv6l30/RKPrime_Canela_Skin_One_Hell_Of_A_Pounding.html
https://pornve.com/kipyfu12kgz1/Brazzers_-_Jessa_Rhodes_Burst_On_My_Balloons.html
https://pornve.com/kiwbyybnrp55/Marina_Visconti_-_Vlogging_And_Flogging.html
https://pornve.com/kixx0ywdbynr/Jewels_Jade_-_Reverse_Tit_Psychology.html
https://pornve.com/kizgd9vcvhw5/GFRevenge_-_Laying_Layne_-_16_05_02.html
https://pornve.com/kj03m8lgxoup/Luna_Star_-_ZZ_Sex_Doll.html
https://pornve.com/kj0rm2eebzzk/Realitykings__Sneaky_Sex__Nailed_Your_Husband.html
https://pornve.com/kj1qdluxaj8t/Lisa_Ann_-_Sex_Therapist.html
https://pornve.com/kj2mxmg3bvre/TeensLoveHugeCocks_-_Riley_Reid_Super_Soak_Her.html
https://pornve.com/kj3qs1lhry08/Monique_Alexander_massage.html
https://pornve.com/kj4gnmuat16d/Madison_Ivy__Monique_Alexander_-_Lapdancers_Last_Laugh.html
https://pornve.com/kj7Oorkh90rt/_Brazzers_-_Sexy_latina_Vicki_Chase_gets_dick_instead_of_massage_.html
https://pornve.com/kj7pr7yysk6k/Darla_Crane__Gwen_Stark_-_Applicant_Cunt.html
https://pornve.com/kj9wyccldace/Dana_DeArmond_-_Stick_It_Up_The_Complaint_Box.html
https://pornve.com/kjbjglthjtee/Kalina_Ryu_-_If_I_Was_Your_Boss.html
https://pornve.com/kjh2is8308ne/Diamond_Foxxx_-_The_Sex-stitute.html
https://pornve.com/kjjmn30j3wb4/Georgie_Lyall_-_Forbidden_Fruit.html
https://pornve.com/kjojvix44nnh/Nikki_Woods_-_Naughty_Nikki.html
https://pornve.com/kjr0fv66jd9g/Sexy_Asa_Akira_Seduces_A_Horny_Malena_Morgan.html
https://pornve.com/kjx8t9eobp01/Kianna_Dior__Clover_Extra_Soapy_Busty_Asian_MILF.html
https://pornve.com/kjy758ksr5ep/Dylan_Phoenix_-_One_Sneaky_Pair_Of_Tits.html
https://pornve.com/kjyfqq5f8v1i/Moms_Bang_Teens_9_2015_part_5.html
https://pornve.com/kjym3whltls2/_Brazzers-_Lucky_guy_fucks_hot_babes_Jada_Kennedy_and_Maddy_in_locker_room_.html
https://pornve.com/kk2sfowdbhfz/Inside_Summer_Absolute_Knockout.html
https://pornve.com/kk3w2hc3uv79/Priya_Rai_-_BigTitsAtSchool.html
https://pornve.com/kk7u0zuu0y5k/Brooklyn_Chase_-_Nailing_Ms_Chase_-_Part_1.html
https://pornve.com/kk8s0wd05o2s/Noelle_Easton_-_Noelle_Joins_the_Chest_Club.html
https://pornve.com/kkaa4hng4qpa/Christen_Courtney__Rina_Ellis_-_Sex_Fighter.html
https://pornve.com/kkb0hm5q6vnq/Abigail_Mac_Danny_D_-_Sensual_Seduction_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/kkulsq3h5r6v/Capri_Cavanni_-_Care_To_Donate_Your_Organ.html
https://pornve.com/kkuuvt12pm1h/European_Girl_Sex_da_jessa_rhodes.html

https://pornve.com/kkxki4rnba0v/Ariella_Ferrera_-_Nuclear_Score.html
https://pornve.com/kl02tmpd6znp/Juelz_Ventura_-_Help_Doc_Im_Horny.html
https://pornve.com/kl4cvub6vu54/Franceska_Jaimes_-_Spanish_Teacher_Loving.html
https://pornve.com/kl4hvkxcsu01/RealityKings_Offroad_Road_Head.html
https://pornve.com/kl4q5o28tlqt/Peta_Jensen_-_Pass_The_Peta.html
https://pornve.com/kl68i9y54kdc/Alektra_Blue__Kirsten_Price_-_Threesome_With_The_Date_Coach.html
https://pornve.com/kl9kzp7vz9x0/Dayna_Vendetta_-_The_Woman_Who_Was_Wronged.html
https://pornve.com/klawz8dkttsq/Kayla_Green_-_Pools_Rules.html
https://pornve.com/klbs2dozcsju/Ava_Austen__Nekane_Sweet_-_The_Translator.html
https://pornve.com/klcw5sbc13si/Audrey_Bitoni__Sex_on_Skates_-_Brazzers.html
https://pornve.com/kldm5spaucj8/Europe_-_incest_brother_sister_in_law.html
https://pornve.com/klkw16tqnts9/Bridgette_B_-_Its_A_Sausage_Fest.html
https://pornve.com/klsnf0frrzb6/Nicole_Aniston_-_Happy_Anniversary_Darling.html
https://pornve.com/klu8ovocxtxe/GFRevenge_Hannah_Reese_Record_Breaker.html
https://pornve.com/klv2c3zj9zie/Tory_Lane_-_Fuck_Friends.html
https://pornve.com/klzu4m4qhi5l/BigTitsAtWork_15_12_22_Tory_Lane_Im_Your_Christmas_Bonus.html
https://pornve.com/km1tqs6d9lp1/Leya_Falcon_-_Dont_Touch_Her_Ta-Tas.html
https://pornve.com/km6vw7glt3sp/Madison_Ivy_-_Mirage_Of_Ivy.html
https://pornve.com/km7e1ehun489/Stepmom_Sex_Ed_Julia_Ann_Tyler_Nixon.html
https://pornve.com/kmahcyeu1st8/Brooke_Belle_-_A_Friend_In_Need.html
https://pornve.com/kmevx5lvrbhe/WeLiveTogether_-_Jessa_Rhodes_Ryan_Ryans_Sweet_Ass_12_29_16.html
https://pornve.com/kmhnp9cvxo1g/Jessie_Wylde_-_Panting_In_Public.html
https://pornve.com/kmsd6i57egcc/Alexis_Love__Jessica_Valentino_40Cum_drenched_tits41.html
https://pornve.com/kmvy3mv7d1vc/Dyanna_Lauren__Riley_Jensen_-_Dyke_Asylum.html
https://pornve.com/kn1195rd0eg8/Ariana_Marie_Whitney_Westgate_-_Eating_Pussy_By_The_Pool.html
https://pornve.com/kn6f1ms2mq6c/Josephine_Jackson_Kristof_Cale_-_Boobs_For_The_Win_-_Big_Naturals_-_Reality_Kings.html
https://pornve.com/knis7jx4xnrg/Aidra_Fox_Keiran_Lee_-_Juicy_In_Jeggings_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/knmgex5w0i5c/Mischa_Brooks_-_Brooks_Bouncy_Birthday.html
https://pornve.com/knqy93ylh8dh/Krissy_Lynn_-_Im_A_Giver_And_A_Taker.html
https://pornve.com/knuuo5e7797a/Brooklyn_Blue_-_Dr_Blues_On_The_Blow-Job_Training.html
https://pornve.com/knzd462qrspr/Rita_Daniels_-_Bed_Ridden.html
https://pornve.com/ko1ioai6oayh/The_Sexorcist_Shophie_DEE_-_720p.html
https://pornve.com/ko39k12kh35x/Rachel_Roxxx_-_Climbing_Roxxx.html
https://pornve.com/ko49trval3n7/Holly_Halston_-_Balls_Deep_In_The_Deep_End.html
https://pornve.com/ko5zrabg63cr/Jewels_Jade_and_Franceska_Jaimes_Hot_Yoga.html
https://pornve.com/ko65zla249hs/Cathy_Heaven_Fistful_Anal_MILF.html
https://pornve.com/ko7edpqh92r2/Vina_Sky_-_Vinas_Gaping_Workout.html
https://pornve.com/ko8kdmkd5ecu/Courtney_Taylor__Jasmine_Jae_-_Can_I_Bother_You_For_A_Tall_Glass_Of_Dick.html
https://pornve.com/koa4rbytjmnb/Alli_Rae__Devon_-_Happy_Stepmothers_Day.html
https://pornve.com/koabpie6phbi/Alli_Rae__Cassidy_Klein_-_The_Slutty_Babysitter_Part_Two.html
https://pornve.com/koh9flvystyn/Alina_Lopez_-_My_Dirty_Little_Secret.html
https://pornve.com/koild26ojlrp/Brazzers_Real_Wife_Stories_Preppies_In_Pantyhose_Part_3_13122018.html

https://pornve.com/koiul3ntmc6r/Julia_Bond_-_Sperm_Donor_Slut.html
https://pornve.com/kolxhdcz29cp/Romi_Rain_Blowjob_Insane.html
https://pornve.com/kon7ky29sgnp/Brittany_Andrews_-_A_Little_BIG_Trouble.html
https://pornve.com/korvj7o20xrp/Gwen_Stark_-_My_Stepsisters_New_Outfit.html
https://pornve.com/koupgf7uj0h6/Mothers_Day_Ass_Massage_Brazzers.html
https://pornve.com/kp431d36z550/Angela_White_Kagney_Linn_Karter_Phoenix_Marie_-_Dinner_For_Cheats.html
https://pornve.com/kp7sn2vrv5p0/Free_Anal_-_1.html
https://pornve.com/kpiy0vwz7dcn/Monique_Alexander_-_Pussy_On_The_Green.html
https://pornve.com/kpjqziaiojbk/Nicolette_Shea_Markus_Dupree_-_Smart_Ho-me_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/kpkcr9kvxzbo/Angela_White_Zach_Wild_-_Busting_On_The_Burglar_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/kpq85iovyu93/Rhylee_Richards_-_Sex_Toys_On_The_Gunn_Show.html
https://pornve.com/kps1vwxm4mn4/Jewels_Jade_-_A_Soldiers_Salute.html
https://pornve.com/kpuphul26urf/bigtits_at_school_kylie_page.html
https://pornve.com/kpwxzoor2kq4/Delta_White__Jayden_Jaymes__Nikki_Benz_-_I_Love_Cock__Balls.html
https://pornve.com/kpx68at1hcao/Karma_Rx_-_Karma_And_Her_Selfies.html
https://pornve.com/kpx7wym14cti/Make_This_House_A_Ho.html
https://pornve.com/kpxe0cq6tsce/Fix_Your_Fucking_Marriage_Nicole_Aniston.html
https://pornve.com/kpz951mx95bc/Brazzers_-_Eliza_Ibarra_Cucked_At_The_Carnival.html
https://pornve.com/kpzljhgmioun/Nia_Nacci_Xander_Corvus_-_Getting_Ripped_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/kq2m6wpuwqmm/Kali_Roses_-_Cocksicle_Taste_Test.html
https://pornve.com/kq5ehwhucl4o/Ryan_Keely_-_Ryan_Uses_The_Washing_Machine_-_DayWithAPornstar.html
https://pornve.com/kqb6yroecoe1/Avy_Scott_-_Cock_Switch.html
https://pornve.com/kqd4wjpzktum/Kagney_Linn_Karter_-_Kagneys_Crazy_Keister.html
https://pornve.com/kqfv4rkwd9ll/Monique_Alexander_-_One_Hour_Phot-ho.html
https://pornve.com/kqgv75o2uhtg/go_gina_big.html
https://pornve.com/kqjy7iyw9o77/RealWifeStory_Abigail_Mac_18_03_28.html
https://pornve.com/kqp11rsxc190/My_Pudgy_Husband_My_Whorish_Wife_-_Romi_Rain__Rob_Piper.html
https://pornve.com/kqu0s4i4t8tw/Brazzers_How_To_Consult_A_Perfect_Ass_Jada_Stevens_Mischa_Brooks_Xander_Corvus_DA_Doctor_Adventures_Anal_AssWorship_Brunette_BubbleButt_Criminal_Doctor_Nurse_NaturalTits_Nurse_Redhead_Threesome_Uniform.html
https://pornve.com/kr0he10099ed/Bonnie_Rotten_-_A_Massage_For_Bonnie.html
https://pornve.com/kr0pf5ajd2j5/Kara_Lee_Tony_Rubino_-_Busty_Bookworm_-_Big_Naturals.html
https://pornve.com/kr56b3dks8bi/Rachele_Richey_-_Rich_Brats_Of_Beverly_Hills_-_Part_1.html
https://pornve.com/krb0q4346l4x/Brazzers_-_AJ_Applegate_Tag_That_Ass.html
https://pornve.com/krbcde5saa60/Penny_Pax_-_Mermaid_Vibes.html
https://pornve.com/krbtc1ptg1ut/Peta_Jensen_I_will_prove_that_I_love_our_new_step_brother_even_more.html
https://pornve.com/krckfyro2ldz/Alexis_Love_40Head_or_tails41.html
https://pornve.com/kren1rc3d3vi/MilfsLikeItBig_19_09_13_Brooklyn_Blue_Pantomime_Pounding_XXX.html
https://pornve.com/krhmbtiv0fqh/Evelin_Stone__Krissy_Lynn_-_The_Shoplicker.html
https://pornve.com/kri4kq1qvfak/Cherie_Deville_-_ZZ_Erection_2016_-_Part_1.html

https://pornve.com/kriaiw6m9djk/Brazzers_The_Model_Stepmom_Brazzers_Milfs_Like_It_Big_Justin_Hunt_K
aylani_Lei_Brunette_Blowjo.html

https://pornve.com/krihlp4ec0qt/Breanne_Benson_-_Securi-Tits.html

https://pornve.com/kriiobqr4xkf/Tru_Kait_-_Tru_Kait_Is_A_True_Tease_-_Day_With_A_Pornstar_-
_Brazzers.html

https://pornve.com/krjmuv25lwof/In-Tit-Pendence_Day.html

https://pornve.com/krmuy3nalypr/Nadia_Styles_-_Happy_Valentines_Day_Boss.html

https://pornve.com/krmv54oicvtb/Donna_Bell_-_Ride_The_Bride.html

https://pornve.com/krobhsufqvte/Die_Hardcore_3_Mia_Malkova.html

https://pornve.com/krrsatdl31v2/Ashly_Anderson_Robby_Echo_Looking_For_Guidance.html

https://pornve.com/krtp487w4733/Kitchen_Fuck_With_Yola_Yola_Flimes.html

https://pornve.com/krvpu42kkqoa/Rich_Fucks_Part_3_Brazzers_2018__Bridgette_B_Isiah_Maxwell_ZZ_Serie
s.html

https://pornve.com/kryphrsdb998/Ashley_Adams_-_Mall_Cop_Cock.html

https://pornve.com/krzf2vhwbqfz/Ariana_Marie_-_Liar_Liar_Pants_On_Fire.html

https://pornve.com/ks5kry1dixb3/Haley_Cummings_-_Photo_Finish_On_Her_Face.html

https://pornve.com/ks6xtssi1ve1/Skyler_Nicole_And_Nicole_Bexley_Booty_Friends.html

https://pornve.com/ks8y3f9rrwbq/Akira_Lane__Lola_Foxx_-
_Show_The_Doc_How_You_Suck_Cock.html

https://pornve.com/ks970wn13g8h/Allie_Haze_-_Allies_Personal_Workout.html

https://pornve.com/ksevgikcsnrf/RKPrime_Monique_Alexander_Katya_Rodriguez_Honey_Are_You_There_-
_12_01_2017.html

https://pornve.com/ksguu2bkq24q/Brazzers_-_Cougar-in-Law.html

https://pornve.com/ksif17smitb7/Britney_Amber_-_Titty_Film_School.html

https://pornve.com/ksknf8mip4nv/LilHumpers_1_S5_Alura_Jenson_The_Naughtiest_Lil_Elf.html

https://pornve.com/ksldkjsg78l5/Eva_Karera_-_ZZ_Erection_2016_-_Part_3.html

https://pornve.com/ksod2f9yiut9/New_HD_Alena_Croft_Anal.html

https://pornve.com/ksoz29yrwa35/2_Hens_And_A_Cock_Holly_Halston_Lezley_Zen.html

https://pornve.com/ksr78aykw7ba/bex_20_04_27_vina_sky_the_gape_that_keeps_on_giving.html

https://pornve.com/ksskk2x6vhwc/Kinsley_Karter__Nicolette_Shea_-_Put_Your_Body_Into_It.html

https://pornve.com/kt0x1sf9cvjt/Titty_Teasers_Riley_Evans_Velicity_Von.html

https://pornve.com/kt1ptwqjh539/Erotic_Massage_Adriana_Chechik_Anal.html

https://pornve.com/ktbsht7u6vz8/Kacey_Jordan_Gang_And_Bang_Jordi_T_Babe.html

https://pornve.com/ktcrdw2cspji/Brand_New_Alexa_Tomas_Ella_Hughes_And_Patty_Mchova_Pokemon_Go
_Parody.html

https://pornve.com/ktgk2lkgn8ny/Autumn_Falls_Van_Wylde_-_Taking_A_Swing_At_It_-
_Teens_Love_Huge_Cocks_-_Reality_Kings.html

https://pornve.com/ktjalac3b9w9/_Brazzers_-_Film_Class_Coochie_.html

https://pornve.com/ktpfyfm63a26/Charisma_Cappelli_-_Hockey_Playoffs.html

https://pornve.com/ktsbxno6x4zr/Alina_Li_-_Keep_Your_Head_Down_While_Giving_Head.html

https://pornve.com/ktwhv4mvxi9q/Cara_Saint-Germain_-_For_The_Players.html

https://pornve.com/ktxybrvo9buu/big_tits_brunette_milf_latina_mature_public_babe_tits_striptease_tags_a
ss_fox_and_friends_2254_42_plays_published_on_16_minutes_ago_category_ass.html

https://pornve.com/ktz8m7ausrmk/Stephanie_West_-_The_Welcum_Tour.html

https://pornve.com/ku91y90j7gg8/Nicole_Aniston_-_Career_Day_Lay.html

https://pornve.com/kuiytf1jcpas/Samantha_Bentley_-_British_Pornstar_Loves_Big_Dick_Anal.html

https://pornve.com/kukuuejw4q52/Brooke_Tyler_-_Hung_Like_A_Stud.html

https://pornve.com/kun3lwr4s3bs/Alektra_Blue__Madison_Ivy_-_Cant_Beat_Angry_Sex.html

https://pornve.com/kuuapre10151/Mulani_Rivera_-_Dancing_Boobs.html
https://pornve.com/kv17ppdsumpu/Adriana_Chechik_-_Fucking_Fired.html
https://pornve.com/kv96s7rov916/Nightmare_Before_XXX-Mas.html
https://pornve.com/kvdcnzuohl39/Evelyn_Claire_Keiran_Lee_-_Cock_For_Arts_Sake_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/kvf2pr0uwvuw/Reverse_Psychology_Brazzers.html
https://pornve.com/kvfab8o640g0/Lexi_Luna_Johnny_Sins_-_Lexi_Gets_Drenched_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/kvgmf1joogp6/Anissa_Kate__Bibi_Noel_-_Double_D-tention.html
https://pornve.com/kvj5rkw54lq6/Jasmine_Jae_His_Best_Friends_Bedding.html
https://pornve.com/kvpuqu5o40i5/August_Ames_-_Trophy_Wife_Teases_The_Pool_Boy.html
https://pornve.com/kvpzv1oztuxi/Nikki_Benz_Lawyer_-_Best_Scene.html
https://pornve.com/kvrzbvfu2oa7/Brandi_Love_-_Crossing_The_Panty_Line.html
https://pornve.com/kvs0dlws91sh/Kenzie_Taylor_Xander_Corvus_-_Ass_In_Heat_2_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/kvs9xyh7yoj2/Alexis_Texas_-_Anal_Love.html
https://pornve.com/kvsekiooejkt/Angelica_Taylor__Summer_Brielle_-_Working_Out_The_Wives.html
https://pornve.com/kvvrkifpcdii/Madison_Ivy_-_Fuck_Star.html
https://pornve.com/kvzq1c9bcajc/Miss_Raquel_Bella_Rose_What_the_Client_Wants_the_Client_Gets_2.html
https://pornve.com/kw8eqqm7l67n/Shae_Summers_Pussy_Power_2015_HD_1080p.html
https://pornve.com/kwf9f65c03no/Diamond_Jackson_-_Give_Me_Your_Breast_Offer.html
https://pornve.com/kwfw8kwojhsx/Queen_Of_Thrones_-_Part_4.html
https://pornve.com/kwgh9vhx9dui/Nina_Elle_That_Glistening_Ass.html
https://pornve.com/kwmu72rmwfnt/Jewelz_Blu_Luke_Ryder_-_Jewelz_Has_Cock_For_Breakfast_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/kwo92mrv4bqo/Jewelz_Blu_Small_Hands_-_Dripping_In_Jewelz_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/kwr6lff22ori/Barbi_Sinclair_-_Dance_Dance_Fornication.html
https://pornve.com/kws4befg60ez/Tina_Kay_-_Blow_Team_Blow.html
https://pornve.com/kwsxw8f4hg0k/Kyra_Hot_-_All_About_The_Tits.html
https://pornve.com/kwtuswxou7wl/Gianna_Dior_-_Whoring_Out_The_Red_Carpet.html
https://pornve.com/kww368h6iz00/DAREDORM_75_Tape_Party_1of2.html
https://pornve.com/kww7es4xf312/Casey_Calvert__Nicolette_Shea_-_Tasting_The_Trophy_Wife.html
https://pornve.com/kx2pg2qxa8t6/Aleksa_Nicole__Brooklyn_Lee_-_Key_Party.html
https://pornve.com/kx2pts7ipgec/BigTitsAtSchool_-_Ella_Knox_My_Professor_Thinks_Im_Perfect.html
https://pornve.com/kx3pkj7hi8pa/Katana_Kombat_is_a_Bathing_Beauty.html
https://pornve.com/kx8awv9t6kya/Anal_Chris_Diamond_And_Victoria_Summers_Coffee_Shop_Girl_Takes_Monster_White_Cock.html
https://pornve.com/kxaw1nqzdvay/Jenna_Ivory__Layla_Price_-_A_First_Time_For_Everything.html
https://pornve.com/kxe18ps40ns8/Cherie_Deville_Spring_Cumming.html
https://pornve.com/kxe85jukovec/BrazzersExxtra_-_Adriana_Chechik_That_Warm_And_Fuzzy_Feeling.html
https://pornve.com/kxeu63do3jos/RexPorn_Com_Alexis_Fawx.html
https://pornve.com/kxq0azp6jbt8/Katie_Monroe_Alex_Legend_-_Read_My_Lips_-_Milfs_Like_It_Big_-_Brazzers_1080p.html
https://pornve.com/ky8w2w6595hl/Veronica_Avluv_-_I_Can_Squirt.html
https://pornve.com/kydk7m9o1yf1/Cory_Chase__Lexi_Luna_-_Go_HAM_Or_Go_Home.html

https://pornve.com/kyg2a43vseox/Bonnie_Rotten_Danny_D_-_We_Need_Cum_Stat_-
_Doctor_Adventures_-_Brazzers.html

https://pornve.com/kygkvavz8c1n/Marilyn_Scott_-_Rocked_By_Homeless_Cock.html

https://pornve.com/kyhj80afoqzj/Asa_Akira_-_Dickorette.html

https://pornve.com/kyk5xg68h95p/Isis_Love_-_The_Marriage_Counselor.html

https://pornve.com/kyl7pq5j4w5y/Jasmine_Jae_-_Scaring_The_Pants_Off_Him.html

https://pornve.com/kyu2wxwekzwf/Chanel_Skye_Charles_Dera_-_Feeling_Frisky_-
_Round_And_Brown_-_Reality_Kings.html

https://pornve.com/kyyi6c3y880y/London_Keyes_-_School_Edi-Whore.html

https://pornve.com/kz2wo8kfhx8t/Kiki_Minaj_-_Latexxx.html

https://pornve.com/kz4pmtou0x2w/Devon_-_Til_Dick_Do_Us_Part_-_3.html

https://pornve.com/kz6jhpringjm/Julia_Ann_-_The_Brazzers_Zone.html

https://pornve.com/kz73iihppbvl/Tessa_Taylor_-_I_D_Whore.html

https://pornve.com/kz8eextve1s7/Interracial_Jayden_Jaymes_Hot_Anal_DP_IR_Fantasy.html

https://pornve.com/kzl4sc75eoli/Jayden_Jaymes_Oiled_Massage_And_Facial.html

https://pornve.com/kzl6g5ksstte/Trina_Michaels_-_Studio_69.html

https://pornve.com/kzmm1nh9ohrh/MikesApartment_17_04_12_Stacy_Snake_In_The_Ass_XXX_-KTR.html

https://pornve.com/kznnnhk0mh81/Kelly_Summer_-_Freshly_Squeezed_Boobs.html

https://pornve.com/kzratdy0uvu8/Ashley_Adams_Ashleys_Boobs.html

https://pornve.com/kzubtg2nsbff/Jayden_Starr_Ricky_Spanish_-_Surprise_Bathtub_Banging_-
_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/kzwice5kh3ab/MommyGotBoobs_Kendra_Lust_Giving_Stepmom_What_She_Wants.html

https://pornve.com/kzx0m3x5mpk5/The_Voyeur_Next_Door_-_Part_1.html

https://pornve.com/kzxyr9pm9ito/Lust_Bite_-_Episode_1.html

https://pornve.com/l02n0qkgtjj2/Whitney_Wright_Markus_Dupree_-_Booty_On_Drip_-
_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/l04roj8h3vw3/All_Good_New_Kristina_Rose_Anal.html

https://pornve.com/l04yl0dl4wsj/blonde_blowjob_big_tits_big_dick_boobs_babe_work_skirt_mslove_btaw_
3122_42_plays_published_on_50_minutes_ago_category_ass_deep_throat_pornstar_nicole_aniston_tags_ho
t_idk_tag_this_video.html

https://pornve.com/l05b1jnm471p/Cherie_Deville_Ryder_Skye_Justin_Hunt_Cumming_At_Customs.html

https://pornve.com/l09rj0u24o05/Katana_Kombat_Ricky_Spanish_-_The_Nerd_Nails_the_Girl_-
_Big_Tits_At_School_-_Brazzers.html

https://pornve.com/l0cs8v77rx2u/Candace_Cage_Voodoo_-_Naughty_Nympho_-_Pure_18.html

https://pornve.com/l0f6xdp98pcb/Chanel_Preston__Lexi_Swallow_-_Fuck_Work_Ethic.html

https://pornve.com/l0g8f3beknh4/Nikki_Benz_-_In_Miami.html

https://pornve.com/l0iou45a8qqw/Sienna_West_-_The_Voyeur.html

https://pornve.com/l0nwc0ihlwow/Peta_Jensen_-_Petas_Pool_Time.html

https://pornve.com/l0oc6swtoma2/Rachel_Milan_-_Big_Sausage.html

https://pornve.com/l0oeip3qr53e/BrazzersExxtra_-_Lauren_Phillips_Cabin_Fever.html

https://pornve.com/l0ozplh0wnp6/Tristyn_Kennedy_-_Emo_Sexting.html

https://pornve.com/l0qdn8y5i10w/Shay_Sights_-_A_Good_Morning_Cock.html

https://pornve.com/l0qo1cpq434k/Cherokee_-_Beach_Bum.html

https://pornve.com/l0ujxbyxnyej/Kimberly_Kendall_-_Cockaphrenia.html

https://pornve.com/l0yhlcex27w4/Lucky_Guy_fuck_two_milf_ebony.html

https://pornve.com/l0zf4m4om035/Brandi_Loves_Fuck_In_Garden_Published_On_57_Minutes_Ago.html

https://pornve.com/l10hhi3pkz76/Brandi_Edwards_-_You_Drive_A_Hard_Boner_Bargain.html

https://pornve.com/l10ns2uei1pt/Lena_Paul_Keiran_Lee_-_Ass_In_A_Hammock_-_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/l12acvzzuot1/Katrina_Jade_-_Drive_Me_Wild.html

https://pornve.com/l1brw8v3jxl3/Britney_Shannon_-_Shes_Ready_To_Cock_And_Roll.html

https://pornve.com/l1fzre272apx/RKPrime__RealityKings_Mia_Malkova_-_Not_today_jerk.html

https://pornve.com/l1hksjgr0i9b/Moms_Bang_Teens_Avalon_Heart_and_Cory_Chase_Virtual_Step_Mother.html

https://pornve.com/l1hx0duhrka2/Ryan_Reid_-_RK_At_Home_Fuck_Me_Forgive_Me_-_RK_Prime_-_Reality_Kings.html

https://pornve.com/l1joqkqv5lyu/Mckenzie_Lee_Sex_Yoga.html

https://pornve.com/l1kmmyzxda7n/Aidra_Fox_-_Unexpected_Dinner_Guest.html

https://pornve.com/l1ntcfr1m78t/Carmen_Caliente_-_Teens_Love_Huge_Cocks_7_2015.html

https://pornve.com/l1qody1dgq3j/MilfHunter_16_01_25_Amber_Chase_Well_Versed.html

https://pornve.com/l1qrwzlkqf81/Tory_Lane_-_Doing_It_The_Hard_Way.html

https://pornve.com/l1r9o2tboq35/Sofia_Lee_Danny_D_-_Stroking_The_Guards_Post_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/l20h1z8x7vbm/Alessandra_Jane_-_Fucking_The_Busker.html

https://pornve.com/l22rxs9aoqyb/Asa_Akira__Zoe_Voss_-_Lick_My_Asa.html

https://pornve.com/l26jfeezgwu9/Sofi_Ryan_-_Horny_In_Home_Ec.html

https://pornve.com/l2apyb24mgum/Alura_TNT_Jenson_-_Sneaky_MILF_Sucks_In_The_Theater.html

https://pornve.com/l2c9c7a7ssl2/ZZ_Series_Brazzers_House_Episode_1.html

https://pornve.com/l2m689ozqldv/Brazzers_-_Peta_Jensen_One_Wet_Cheerleader.html

https://pornve.com/l2nq6ks2izqh/DAREDORM_65_Flamingo_1of2.html

https://pornve.com/l2q57jbfb3r9/Megan_Salinas_-_Slutty_Sorority_Contest.html

https://pornve.com/l2s0ob31sz22/tlib_20_06_13_kennedy_leigh_21_hump_street_remastered.html

https://pornve.com/l2yym8e94g2p/RealWifeStories_Kendra_Lust_Peta_Jensen_My_Two_Wives.html

https://pornve.com/l33hu4ac7xss/ZZSeries_Ava_Addams_Phoenix_Marie_Romi_Rain_Tory_Lane_Brazzers_House_Sex_Challenge_480p.html

https://pornve.com/l368x37ebnmn/Sommer_Isabella_Mick_Blue_-_Top_Heavy_-_Baby_Got_Boobs_-_Brazzers.html

https://pornve.com/l39h3qizxr9v/Luna_Lain_Raven_Hart_Good_Taste.html

https://pornve.com/l3ca49nj3mmb/Tegan_James_-_Stranded_Stepmom.html

https://pornve.com/l3dgz2u71ft5/voennaya_medsestra_zhasmin_dzheyms_okazalas_shlyuhoy.html

https://pornve.com/l3hogo20jib7/Keiyra_Lina_-_Bust_Lust.html

https://pornve.com/l3peecj1duop/Karma_Rx_-_Day_With_A_Pornstar.html

https://pornve.com/l3z9mc5bpy9z/BEST_NEW_Ryan_Smiles_-_720p.html

https://pornve.com/l3zspgvcjnqa/Eenjoy_The_Scene_This_Good_Video_Eenjoy_Tha_Black_Ally_LSM_28_Most_Played_Porn_Video_Of_Today_188_Most_Played_Porn_Video_Of_Week.html

https://pornve.com/l429zv2u58oi/Diamond_Kitty_-_Cinco_De_Mayo.html

https://pornve.com/l4l84pmt2fen/Bridgette_B_-_Locker_Room_Romp.html

https://pornve.com/l4on5uo66c8r/Anna_De_Ville_-_Pedal_To_The_Anal.html

https://pornve.com/l4p40u32zs2l/Fishnet_Worth_Eliza_Allure.html

https://pornve.com/l4swwg6asxtr/Nikki_Delano_Robby_Echo_-_Her_Ass_Is_Straight_Fire_-_Big_Wet_Butts_-_Brazzers_1080p.html

https://pornve.com/l4yul8mq5xyr/Aubree_Valentine_-_Aubrees_On_The_List.html

https://pornve.com/l54vrfmdht8b/Isis_Love_-_Seeing_With_His_Hands.html

https://pornve.com/l55sdajec8bx/Mila_Marx_ZZ_Spring_Break_Part_Two.html

https://pornve.com/l5aetee0gpp9/professor_cougar_pounces_on_a_young_dick.html

116

https://pornve.com/l5dfzbotx4dc/Monique_Alexander_-_Day_With_A_Pornstar.html
https://pornve.com/l5e0ko0tn9jr/Julia_Ann_-_Mom_Blows_the_Job.html
https://pornve.com/l5hotueh615d/Nurse_Riley_.html
https://pornve.com/l5n9pcqgl7h9/Casey_Calvert_-_Sharing_My_Stepsister.html
https://pornve.com/l5sy29kphncb/Jolee_Love_-_Anal_Day_With_Jolee.html
https://pornve.com/l5twlossqhnc/Sibling_Rivalry_1_40April_Brookes_Kendall_Kayden__Van_Wylde41.html
https://pornve.com/l5xqsymmpq79/Cassidy_Banks_Michael_Vegas_-_Phone_Bone_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/l60zyusknk2b/Brazzers_Live_36_Lisa_Ann__Phoenix_Marie_MILF_Mania_HDF.html
https://pornve.com/l65oy2vu8nfx/Carmen_Valentina_-_If_The_Bra_Fits_Fuck_It.html
https://pornve.com/l69ub9j2516r/Teens_Like_It_Big_Anal_Probe_Experiments_Britain_-_Anna_de_Ville_Danny_D.html
https://pornve.com/l6aqf7emqi3u/Keira_Knight_-_Silence_Of_The_Clams.html
https://pornve.com/l6bwg3bhgery/Shyla_Stylez_-_I_Deserve_Whats_Mine.html
https://pornve.com/l6gjazkj16hi/RealityKings_Daisy_Stone_Fucking_The_Cable_Guy_SneakySex_openload.html
https://pornve.com/l6gv8kqqhtby/8thStreetLatinas_16_01_01_Bella_Reese_Bellas_Booty.html
https://pornve.com/l6l8kyghz7p5/Melissa_Moore_-_Big_Dick_In_A_Little_Box.html
https://pornve.com/l6pk5269yl96/Breanne_Benson__Jenni_Lee_-_Horny_Hosts_Of_Heaven.html
https://pornve.com/l6shv2p83e5e/Brazzers_Ghostbusters_XXX_Parody_Part_1_watch_online_for_free_YesPornPlease.html
https://pornve.com/l6wvfltavzyw/Christie_Stevens_-_Huge_Helping_Of_Sausage.html
https://pornve.com/l70um891cl8k/Abigail_Mac__Jessa_Rhodes_-_The_Ballad_Of_Johnny_Nathan_-_Part_1.html
https://pornve.com/l71jlhx8kgwi/Rebecca_More_-_Sperm_Bank_Deposit.html
https://pornve.com/l77gnh2x0m2c/my_horny_stepsons.html
https://pornve.com/l77sd8hzlwa1/Brazzers_House_2_-_Episode_3.html
https://pornve.com/l7ad3nsh0zf1/GFRevenge_15_11_02_Pussy_Picnic.html
https://pornve.com/l7byz3nt51aj/Brazzers_Live_-_30.html
https://pornve.com/l7fhpuls3akh/Nina_Elle_-_All_Roads_Lead_To_Sex_-_Part_2.html
https://pornve.com/l7frfo1sglts/Misty_Stone_-_Making_A_Good_First_Impression.html
https://pornve.com/l7gteuat0i5w/Capri_Cavanni_Real_Wife_Stories_Threesome_Interracial.html
https://pornve.com/l7l8guhfxm4y/RealityKings_French_Lessons_watch_online_for_free.html
https://pornve.com/l7mkrkzhu0if/Janice_Griffith_-_Shes_Changed.html
https://pornve.com/l7vyaujx7i34/A_Big_Tit_Whorror_Flick.html
https://pornve.com/l8991tfrtqtj/Alessandra_Jane_-_Well_Do_That_For_You.html
https://pornve.com/l89i75z66st0/Asa_Akira_-_The_Butler_Serves_Anal.html
https://pornve.com/l8f0ujjsnkj0/Mea_Melone_-_Lost_In_Brazzers_Episode_4.html
https://pornve.com/l8f8gubwxujl/Krissy_Lynn_-_Cathartic_Coitus.html
https://pornve.com/l8gj8im38qcn/Luna_Star_Manuel_Ferrara_Day_With_A_Porn_Star_Luna_Star_Day_With_A_Pornstar_Brazzers.html
https://pornve.com/l8r9hw3ev028/Stay_Away_From_My_Daughter_Ava_Addams.html
https://pornve.com/l8rj9zik07gq/Eden_Adams_-_Reconstructed_Cock.html
https://pornve.com/l8rs3xh75rea/Brooklyn_Chase_Ricky_Johnson_-_Walk_All_Over_Me_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/l8sozr609ebn/Bridgette_B_Angela_White_And_Ava_Addams_-_MILFS_Are_Exercising_Morning_Jog.html
https://pornve.com/l8tcwbjke36h/Jane_Wilde_-_Dont_Be_A_Doormat.html

https://pornve.com/l8v9az6iqcb7/Abella_Danger_-_A_Love_Hate_Fuck_Relationship.html
https://pornve.com/l8vsoga7coqf/Tiffany_Mynx_-_Oiled_Cougar.html
https://pornve.com/l8zgka6oz70h/BrazzersExxtra_Peta_Jensen_Yoga_For_Perverts.html
https://pornve.com/l94bm1j1qjui/Celine_Doll__Shalina_Devine_-_Stay_Behind_The_Camera.html
https://pornve.com/l9eg9cejos79/Brazzers_California_Dreamgirl_Cali_Carter_Sucks_every_last_Drop_of_Cum_out_of_Lucky_Mans_Cock.html
https://pornve.com/l9i2ik1f9mgf/Anastasia_Knight_-_My_Stepsister_Sucks.html
https://pornve.com/l9i7aq3vuihu/Brazzers_-_Big_ass_brunette_Amirah_Adara_gets_ass_fucked_by_her_doctor_.html
https://pornve.com/l9m1berhu8e8/Peta_Jensen__Phoenix_Marie.html
https://pornve.com/l9taadkn1xr1/Sofi_Ryan_-_Late_Nut_Encounter.html
https://pornve.com/l9us3nw1evgn/Thats_My_Boyfriend_Bitch_Brazzers.html
https://pornve.com/l9v3akk1tmzs/Jayden_Jaymes_-_Jaydens_Revenge_-_Brazzers.html
https://pornve.com/l9vy1mzhdp89/Lesbian_Unmasking_The_Mistress_-_Kendra_Spade__Abigail_Mac.html
https://pornve.com/la2vv9ij5l3k/All_Good_New_Ella_Hughes__Shona_River__Zoe_Doll__Jordi_El_Nino_Polla.html
https://pornve.com/la456ob1c8fe/Luna_Star_-_Lunas_Oiled-Up_Exercises.html
https://pornve.com/la5sdr5joc3b/Amia_Miley_-_She_Lifts_Bro.html
https://pornve.com/la5y4spuknb1/Sarah_Banks_-_Grateful_For_Cock.html
https://pornve.com/la644ocxql66/busty_angela_white_anal.html
https://pornve.com/la6n16lnonwb/Dillion_Harper_-_Double_Cups_With_No_Make-Up.html
https://pornve.com/la7nh82ucpt1/Ava_Addams_Justin_Hunt_-_Affirmation_To_Tit_Formation_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/la9v455a9hul/Far_West_Savannah_Stern_Gets_It_Good.html
https://pornve.com/laajff0l2d2h/Kristal_Summers_-_Malpractice_Slut.html
https://pornve.com/lafzzgx4dd2w/August_Taylor__Mia_Malkova_-_Dirty_Girls_Learn_Dirty_Words.html
https://pornve.com/lai886s1fmv6/Layton_Benton_Valentines_Day_Whorerror_Story.html
https://pornve.com/lamzcf0059ff/Danni_Rivers_Cocksicle_Tease_-_RKPrime_teens.html
https://pornve.com/lans5x3fvmq6/Erica_Fontes__Jasmine_Jae_-_World_Cup_UK_Team_Tits.html
https://pornve.com/las7zl49nsi4/Bailey_Brooke_-_Hot_Day_For_A_Tan.html
https://pornve.com/lb1cke5o9g6m/Morgan_Lee__Reena_Sky_-_Power_Play.html
https://pornve.com/lb525tt4qamf/Kortney_Kane__Monique_Alexander_-_The_Slut_Competition.html
https://pornve.com/lbbgo3dd0d0y/joyful_jerking_big.html
https://pornve.com/lbgh8pu55xy9/Raylene_-_Estranged.html
https://pornve.com/lbi4idfpdmr1/Fuck_Christmas_-_Part_3.html
https://pornve.com/lbihm8bg61v6/Serena_Avary_Xander_Corvus_-_Working_From_Home_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/lbmciilx6n06/BigWetButts_Kat_Dior_Perfect_Pantyhose_-_19_11_2016.html
https://pornve.com/lbmx29ivf7b9/Rachel_RoXXX_-_An_Ass_Made_By_the_Sweetest_Angels.html
https://pornve.com/lbnmvqvs6m28/Nina_Skye_-_Nipple_Spinning.html
https://pornve.com/lboeqvp1ure4/Peeping_The_Pornstar_Aletta_Ocean__Dany_D.html
https://pornve.com/lbsc9qkksjn2/Angel_Jay_40Ass_of_angel41.html
https://pornve.com/lbtr56ceb5io/Mounted_By_My_Mother-In-Law_Brandi_Love.html
https://pornve.com/lbysd4ug80nx/Mommy_Got_Boobs_Alexis_Fawx_The_Naked_Mom.html
https://pornve.com/lc3zldt2jl61/Brazzers__Big_Wet_Butts__Happy_New_Rear.html

https://pornve.com/lc4n58czn00m/Delta_White__Jayden_Jaymes__Nikki_Benz_-_I_Love_Cock_N_Balls.html

https://pornve.com/lc7dr4zj6rqf/pornstar_3349_133_plays_published_on_5_hours_ago_category_anal_tags_anal_fucekd.html

https://pornve.com/lc92j7p1n84r/The_Stepmom__The_Graduate_Brazzers.html

https://pornve.com/lcanacgaft81/Mandy_Muse_-_Young_Big_Butt_Anal.html

https://pornve.com/lcegtawfez96/Masseuse_Rivalry_Serena_Santos_Alina_Belle.html

https://pornve.com/lcj3zcpt8cft/all_you_can_fuck_buffet.html

https://pornve.com/lclp6ng4v3f3/Her_First_Footjob_Lucy_Doll__Syren_De_Mer_Milf_-_Teen_Threesome_.html

https://pornve.com/lcrxgqp8518s/Blonde_mommy_fucks_her_daughter_boyfriend.html

https://pornve.com/ld46ntmvcyfq/European_Girl_Sex_strong_loving_big.html

https://pornve.com/ld6ewbxu2eb1/Erotic_Massage_Alexis_fawx.html

https://pornve.com/lda597u4dj26/Queen_Of_The_Dick_Abella_Danger.html

https://pornve.com/ldbjpjxsjtj3/Mommy_Got_Boobs_Veronica_Avluv__Buddy_Hollywood_Veronica_Avluv__Buddy_Hollywood.html

https://pornve.com/lddfgu9ay2n0/Sharon_Lee_-_Nailed_Your_Husband.html

https://pornve.com/ldh8cjwnoart/Mya_Luanna_-_Fuck_My_Asian_Ass.html

https://pornve.com/ldhl9a5q5uzf/Alexis_Fawx_-_Teacher_Fucked_With_Strapon_And_Cock.html

https://pornve.com/ldjp78pinlkt/Juelz_Ventura_-_Hammering_Out_The_Details.html

https://pornve.com/ldke4kdusrt8/Taylor_Wane_-_Cup_Cake_Tits.html

https://pornve.com/ldlc9ndki9qj/Allison_Moore_-_Web_Of_Passion.html

https://pornve.com/ldnlst3asoru/Abella_Danger_-_Lights_CockCam_Action.html

https://pornve.com/ldoiykfvr83d/Gina_Valentina__Julia_Ann_-_I_Want_Her_To_Like_Me.html

https://pornve.com/ldtz8g3wrbzf/Tanya_James_-_Double_Vag_Canal.html

https://pornve.com/ldvao8idqhip/FROM_5star-Jordi_fuck_3MILFs.html

https://pornve.com/ldx1cnzg7aoa/Ashly_Anderson_-_Tempting_The_Trespasser.html

https://pornve.com/ldx4abzf9hb7/Presley_Maddox_-_Mad_Dox_The_Sand_Warrior.html

https://pornve.com/ldx4ek6o2eb6/Riley_Reid_-_Throat_Treatment.html

https://pornve.com/ldzbthbncb19/dirty_masseur_brazzers_ariella_ferrera_sean_lawless_rubbing_her_the_right_way.html

https://pornve.com/ldzfx3buux8v/Savannah_Bond_The_Wetter_The_Better.html

https://pornve.com/ldzuw6x17d3h/Gracie_Glam__Melanie_Rios_-_A_Full_Recovery_-_Part_2.html

https://pornve.com/le0wn0ck1wi9/Cum_for_me_cassidy_Free_Porn_Site.html

https://pornve.com/le33b0v95bhz/Alanah_Rae__Shyla_Stylez_-_Intimate_Surrender.html

https://pornve.com/le3nwq78do0l/Rikki_Six_-_Loony_Poons.html

https://pornve.com/le9lyq92tgw9/Brazzers_My_Professors_A_Pornstar_Brazzers_Jessa_Rhodes_Jessy_Jones_School_Teacher_White_Girl.html

https://pornve.com/le9v8svfasc5/Cassidy_Banks_-_Rob_Me_Blind_And_Fuck_Me_Stupid.html

https://pornve.com/lebu3yunsceh/RealityKings_Trunk_Prank_watch_online_for_free.html

https://pornve.com/leeb1wr427dn/Power_Bangers_XXX_-_Episode_5.html

https://pornve.com/leip3lnp0466/Brazzers_-_Sexy_Pictures_Worth_A_Thousand_Words.html

https://pornve.com/leldwgud80g8/Our_Cute_Little_Plaything_-_Part_1.html

https://pornve.com/lerrybjitvxp/Ashley_Adams_-_Fucking_With_Security.html

https://pornve.com/les2u8nuyue5/Aidra_Fox_-_Driving_Dick.html

https://pornve.com/leu26j5sznwh/Brazzers_-_Shake_Shop_Shag.html

https://pornve.com/levi222drjet/Massage_girl_get_threesome_fuck.html

https://pornve.com/lew51lsa4kzv/Breanne_Benson__Britney_Amber__Mackenzee_Pierce_-_The_Ladies_Three.html
https://pornve.com/lewnm0zka3p5/Brazzers_A_Bottom_Bunk_Banging_Prince_Yashua__Karlee_Grey.html
https://pornve.com/lex2e36qxdms/MilfHunter_Elexis_Monroe_40Hunt_That_Pussy_-_25_07_1641.html
https://pornve.com/lex9qnm3yall/Halle_Hayes_-_Hide_The_Pickle.html
https://pornve.com/leygtou5r4d8/Jillian_Janson_-_The_Ex_Best_Thing.html
https://pornve.com/lf2gbjqtx89p/News_Ancwhores.html
https://pornve.com/lfenwv0thkhe/8th_Street_Latinas_-_Realitykings_-_Valentina_Jewels_Ricky_Spanish_-_Wrong_Turn_On_Eighth_Street.html
https://pornve.com/lfffw8w77n1o/Nikky_Dream_Danny_D_-_Walled_And_Balled_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/lfjrlpct4wfx/Andy_San_Dimas__Juelz_Ventura_-_Game_Of_Dick.html
https://pornve.com/lfm1jthmk19k/Katie_Morgan_-_Teacher_Takes_Advantage.html
https://pornve.com/lfmeslrpa597/Tyler_Faith_-_My_Ex_Is_A_Mom_Boinker_Yknow.html
https://pornve.com/lfp61a40pu4e/Diamond_Foxxx_-_Doctor_Feet_Fucker.html
https://pornve.com/lfrxasg0swat/Britney_Amber_-_Standing_Ovation_For_Britney.html
https://pornve.com/lg173c78qxhv/Peta_And_Nicole_Play_Some_Games_2016_ZZ.html
https://pornve.com/lgeh6y4zndsy/Asa_Akira_-_Cum_Stay_Awhile.html
https://pornve.com/lgi8ui1muj6l/Lazy_Daze_With_Lola_-_Lola_Luscious__Levi_Cash.html
https://pornve.com/lgje2qvxbdt4/Allanah_Li_-_Bed_Full_Of_Boobs.html
https://pornve.com/lgjhh2apxnju/Dani_Daniels_-_He_Says_She_Fucks.html
https://pornve.com/lgk4kpjh8pcl/Danny_D_And_Penny_Pax_-_Yes_Doctor.html
https://pornve.com/lglf2zvl2ad7/Samantha_Saint_-_Suck-Sex_In_Soccer.html
https://pornve.com/lgpzb1tezbbx/Monique_Alexander_And_Chloe_Amour_Game_Night.html
https://pornve.com/lgs3twxooabw/Rhyse_Richards_-_Life_Imitating_Smut.html
https://pornve.com/lgtahhjix1qe/Loni_Evans_-_Fuck_Me_Or_Fuck_The_Company.html
https://pornve.com/lgtcraulgzaw/Brooke_Beretta_Scott_Nails_-_Arctic_Ass_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/lgu8712a88mi/_Brazzers-_Busty_british_babes_Emma__Jasmine_humiliate_the_clerk_.html
https://pornve.com/lgwh6jlbh321/Jaye_Summers_JMac_Take_Me_Home.html
https://pornve.com/lgzomemefy77/Yurizan_Beltran_-_Bend_Over_Valentine.html
https://pornve.com/lh4qe3e35w0e/Mia_Lelani_Scott_Nails_-_Horny_For_My_Husbands_Brother_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/lh8pr8sy397w/Lolly_Ink_-_Bagging_The_Bellgirl.html
https://pornve.com/lhbx1orrru2d/Roxy_Risingstar_Put_Down_The_Phone_And_Fuck_Me.html
https://pornve.com/lhevgwcrvvbc/Tessa_Lane_-_Tits_Out_For_Stardom.html
https://pornve.com/lhgcyp98l4i4/Leya_Falcon_-_Sixty_Nine_Iron.html
https://pornve.com/lhjn1tdelduk/Madison_Ivy_-_Open_Up_For_Love.html
https://pornve.com/li1pbm7yn3ow/Brazzers_-_Caught_Talking_Dirty.html
https://pornve.com/li1s15wpdtvw/Brazzers_-_Peta_Jensen_The_Final_Exam.html
https://pornve.com/licb3z0q5hxi/Britney_Shannon_-_Dancing_For_The_D.html
https://pornve.com/lid10ltlv1p4/Liza_Del_Sierra_-_Giving_Him_The_Talk.html
https://pornve.com/lid8eqi11a5r/Monique_Alexander_-_Day_With_A_Porn_Star.html
https://pornve.com/lidni1cgx2d7/Ryan_Keely_-_Getting_Her_Happy_Ending.html
https://pornve.com/likbe9u5apus/Nerd_Gets_Revenge_By_Banging_His_Bullys_Mom.html
https://pornve.com/limopytplqiv/Luna_Star_Small_Hands_-_Hot_Negotiations_-_Big_Tits_At_Work_-_Brazzers.html

https://pornve.com/linnds93d477/BrazzersExxtra_Ariana_Marie_Nicole_Aniston_Yoga_Freaks_-_Episode_Seven_-_14_01_2017.html
https://pornve.com/lit3bjrn3w23/London_Keyes_-_7_Minutes_In_Heaven.html
https://pornve.com/liuz38zh8ezu/Karina_White_-_Working_Her_Way_Through_College.html
https://pornve.com/liwytwjp1j3b/Jessa_Rhodes_-_Pornstars_Are_Just_Like_Us.html
https://pornve.com/lj0ctlj8c4o4/Gina_Valentina_-_I_Dream_Of_Gina.html
https://pornve.com/lj3edb6i1wbr/Jynx_Maze_-_Obsessive_Cock_Disorder.html
https://pornve.com/lj6n8vgpgqty/Diamond_Foxxx_Cum_To_My_Yard_Sale_Mommy_Issues3.html
https://pornve.com/lj8el1b1f0xo/Devon_Lee_-_Dr_Groupie.html
https://pornve.com/ljalt5qs2zy7/Reagan_Foxx_New_MGB.html
https://pornve.com/ljcjrr9y10j2/Aubrey_Gold__Isis_Love_-_Tempted_By_Teens.html
https://pornve.com/ljgd38kqpw24/Kimmy_Olsen_-_Take_This_Ass.html
https://pornve.com/ljk0fw90fplb/Ava_Sanchez_Booty_Roller.html
https://pornve.com/ljkxv0nfjq50/_Ass_No_Questions_Spray_No_Lies_Franceska_Jaimes_Gets_Her_Big_Ass_Fuck_Hard_.html
https://pornve.com/ljl8tpvi5t9w/Scarlet_Banks_-_Can_I_Come_Over.html
https://pornve.com/ljlu59y4m9r5/Memphis_Monroe_-_Failing_Oral.html
https://pornve.com/ljnhw2xknwbd/realitykings2016_12_06_Cock_Embrace.html
https://pornve.com/ljo04vinpu7x/Alura_TNT_Jenson_-_Nursing_My_Stepsons_Sick_Dick.html
https://pornve.com/ljpjj5gw8c6u/Megan_Rain_Charles_Dera_-_Make_It_Rain_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/ljszjqfvfn4a/Honey_Demon_-_Operation_Ho_Ho_Ho.html
https://pornve.com/ljt6hvb3s98u/Alena_Croft_-_Shes_A_Smooth_Operator_-_Big_Tits_At_Work_-_Brazzers.html
https://pornve.com/ljujuu6pqw5g/The_Exxxceptions_Episode_4.html
https://pornve.com/ljyly0295wua/Alison_Tyler__Piper_Perri_-_Alison_Pounces_On_Pipers_Pussy.html
https://pornve.com/ljzqzerb2lmz/Madison_Ivy_Xander_Corvus_-_Sliding_Into_Madisons_DMs_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/lk1xdjwk8ojn/Gina_Valentina_-_Day_With_A_Pornstar.html
https://pornve.com/lk5bhlxkfd1y/Britney_Amber_-_Britneys_Butt_Bang.html
https://pornve.com/lkc5kihcseed/India_Summer_-_The_Cougar_And_The_Virgin.html
https://pornve.com/lkezkibli9r3/Kissas_Ass_Is_In_Danger.html
https://pornve.com/lkfw79kh1f6a/Karlee_Grey_LaSirena69_-_The_Maids_Make_A_Mess_-_Brazzers.html
https://pornve.com/lkj2n1b4z3mc/GFRevenge_Good_girl_gone_bad.html
https://pornve.com/lknqj4m6izne/Havana_Bleu_-_Destination_Pleasure.html
https://pornve.com/lku69qfc2e0b/All_Good_New_Dani_Daniels.html
https://pornve.com/ll23kjcqd2nz/Katalina_Mills_And_Amber_Chase_Pleased_To_Lick.html
https://pornve.com/ll6u09a4xd44/Eva_Karera_-_Dirty_Texter.html
https://pornve.com/ll9uccfw38yx/StreetBlowJobs_17_02_26_Deanna_Dare_Banging_Dare_XXX_-KTR.html
https://pornve.com/llcj8mhfor6f/Kenzie_Taylor_Seth_Gamble_-_Kenzie_Gets_Stuck_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/lldzkiy06nh0/Lela_Star_Small_Hands_-_Never_Enough_Oil_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/llh27qplqhyt/In_Deep_Molleeux_BlackGfs.html
https://pornve.com/llht3lpfzsay/Jynx_Maze_-_All_Natural_Latina_Ass.html
https://pornve.com/llpbxls9plzx/Phoenix_Marie_-_Feeling_Up_Phoenix.html
https://pornve.com/llx00cm316iv/Vicki_Chase_-_Banging_The_Bride.html

https://pornve.com/lm0kxef54kyn/DayWithAPornstar_Valentina_Jewels_Horny_Valentina_Gets_Anal.html
https://pornve.com/lm0np1v7o240/Kenzie_Taylor_-_Fucked_In_The_Seat.html
https://pornve.com/lm4psx4hbwh0/NEW_MILF_Hunter_Richelle_Ryan.html
https://pornve.com/lmnjldqvywm9/Veronica_Avluv_-_The_Joy_Of_Body_Painting.html
https://pornve.com/lmpd3cqc5kbw/Alix_Lynx_-_Put_Her_To_The_Test.html
https://pornve.com/lmrdfls5kdmt/Erotic_Massage_Big_Boobed_Anal_Massage.html
https://pornve.com/lmsq4yaugd2o/Peta_Jensen_My_Honey_Wants_It_Rough.html
https://pornve.com/lmthsfxs8oqn/Cristi_Ann_-_Sexy_Latina.html
https://pornve.com/ln6rz4bp2qcc/Brazzers_Julia_Ann__Cassidy_Banks_-_Yoga_Freaks_Episode_Two.html
https://pornve.com/ln8mkctm91ca/Natalia_Nix_-_Patience_Leads_To_Pussy.html
https://pornve.com/lnbxdltymzuo/Sophia_Locke_-_The_Chain_GangBang.html
https://pornve.com/lncc9ynocyzu/Raven_Bay_-_Under_My_Coworkers_Skirt.html
https://pornve.com/lncmlf7ssjz5/Angelina_Valentine_-_I_Dream_Of_Anal.html
https://pornve.com/lnfcs2jwpu36/Veronica_Avluv_-_Gimme_A_D-I-C-K.html
https://pornve.com/lng0ogvju5mx/Skylar_Snow_Zach_Wild_-_No_Splashing_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/lnihri70l4hw/Brazzers_-_Gorgeous_brunette_patient_Kara_Faux_pays_the_doctor_a_visit_.html
https://pornve.com/lnl4qv2w6p31/Iris_Rose_-_Bitch_Better_Have_My_Money.html
https://pornve.com/lnrkyt2t5mhk/Nicole_Aniston_HOT_Team_Player.html
https://pornve.com/lo1g1kaaqe9h/Cockervention_Cory_Chase__Xander_Corvus.html
https://pornve.com/lo42nmln308v/Ashley_Downs_-_The_Milf_In_Her_Natural_Habitat.html
https://pornve.com/lo5spw5bo23g/Alena_Croft_-_Shes_A_Smooth_Operator.html
https://pornve.com/lo7nooxv4xdn/Luna_Star_-_Ass_Everywhere.html
https://pornve.com/loc4h0k3zzlm/Krissy_Lynn_Danny_D_-_One_Sneaky_Stripper_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/lod8dud89qgz/Anya_Ivy_-_Take_One_For_The_Team.html
https://pornve.com/lodhhmxtsdlg/Layla_Sins_A_Very_Wet_Massage_Dirty_Masseur.html
https://pornve.com/loh9iggjwta7/Brandy_Aniston__Casey_Cumz__Christie_Stevens__Kiera_King_-_Pass_That_Slut_Around_The_Barracks.html
https://pornve.com/lohfgr18ckkp/Jenna_Presley__Tasha_Reign_-_Dr_Presleys_Orders.html
https://pornve.com/lokekdvol033/DAREDORM_73_Happy_Analversary_1of2.html
https://pornve.com/lombpn3x425r/Angel_Smalls__Lauren_Phillips__Phoenix_Marie_-_Getting_Steamy.html
https://pornve.com/lop8pd030p64/Carolyn_Reese_-_Sex_And_Whore_Shoes.html
https://pornve.com/lopd0w8ky3m8/ZZ_Superhero_Showdown_-_Danielle_Maye__Lexi_Lowe.html
https://pornve.com/lope8qb51bju/Holly_Halston_-_Polly_Want_Some_Pussy.html
https://pornve.com/los2naw4baj5/Brazzers_-_Robbin_Banx_Welcum_To_The_Neighborhood.html
https://pornve.com/loug8gefdbcu/Elicia_Solis_-_The_Multitasking_Titties.html
https://pornve.com/lovcgposk3pi/Assh_Lee_-_Filthy_Anal_Fuckfest.html
https://pornve.com/low62ufbp3kk/TeensLoveHugeCocks_Esperanza_Del_Horno_Enjoying_Esperanza.html
https://pornve.com/loypfopirrcl/Cecilia_Lion__Sophia_Leone_-_Catty_Co-Stars.html
https://pornve.com/lp3lpt2fieup/Angelina_Valentine_-_Ohhh_The_Humanity.html
https://pornve.com/lp9fkz82yo7e/Cherie_Deville_-_Dr_Spankencocks_Sexperiments.html
https://pornve.com/lp9wad7eyzxz/Camryn_Cross_-_Out_On_Parole.html
https://pornve.com/lpcc9pitjkkm/Stepmom_In_Control_brandi_love.html
https://pornve.com/lpkm96muo69o/Alexa_Tomas_-_La_Puta_Envidia.html
https://pornve.com/lpkzrt3bqvtr/Dani_Daniels_-_ZZ_Lemonade.html

https://pornve.com/lpmwa09l7ar4/Just_One_Clit_Away_Rebecca_More.html
https://pornve.com/lpv2hi1uy2rt/Shay_Evans_-_Shay_Dreaming.html
https://pornve.com/lpxt81qffr9u/Gia_Paige_-_Im_Not_Leaving.html
https://pornve.com/lq0jxv7sdfw3/Natasha_Nice_-_Office_Initiation.html
https://pornve.com/lq3cd4dcv2yw/Alexis_Ford_-_Perks_Of_The_Job.html
https://pornve.com/lq67dbe8cocd/Serena_Skye_Sean_Lawless_-_Cut_Them_Free_-_Big_Naturals_-_Reality_Kings.html
https://pornve.com/lqc17xr6hiny/RKPrime_19_07_16_Megan_Rain_Tennis_Titties_XXX_SD.html
https://pornve.com/lqdzjh7dnyq2/Foot_Job_Rachel_Starr_Surprise.html
https://pornve.com/lqfdm45klqdk/Ava_Addams_-_Already_Wet.html
https://pornve.com/lqgm24qo8286/Cytherea_-_Can_I_Crash_And_Bang_Your_Mom.html
https://pornve.com/lqgtil0bvsop/Ava_Koxxx__Leigh_Darby_-_My_Scissoring_Stepmom.html
https://pornve.com/lqkfzgrknonx/Devon_Michaels_-_Get_Out_Of_My_Dreams_And_Into_My_Pussy.html
https://pornve.com/lqlwlz0hv800/Mason_Moore__Presley_Maddox_-_Doing_Time.html
https://pornve.com/lqn38ucy3y9f/Angelina_Valentine_-_Anal_Big_Tits_Cumshot_Deep_Throat_Latina_Double_Penetration.html
https://pornve.com/lqnwrnurzaer/Rachel_Starr_-_I_Need_Your_Big_Pipe_For_My_Leaky_Pussy.html
https://pornve.com/lqp49cmscq9d/Richelle_Ryan_-_Fucking_The_Janitor.html
https://pornve.com/lqpxdi9we47v/Mary_Jean_-_Mary_Jeans_Balloons.html
https://pornve.com/lqye2krc4cqu/Cumpilation.html
https://pornve.com/lr2a2flk1lhe/Christiana_Cinn_-_Fuck_Your_Budget.html
https://pornve.com/lr6q6uhlks3c/_Real_Estate_Milf_.html
https://pornve.com/lr7p544t2vbl/Juelz_Ventura_-_A_Bribe_From_The_Boss.html
https://pornve.com/lrau41fth5zn/MommyGotBoobs_19_07_17_Reagan_Foxx_What_Size_Are_You_XXX_SD.html
https://pornve.com/lrhowqj5c08e/Moms_Bang_Teens_11_2015_Reality_Kings_Scene_5.html
https://pornve.com/lrp13h6ovhkc/Anal_Sex_For_His_Birthday.html
https://pornve.com/lrt6c8nl1aw6/Krissy_Lynn_-_Doctor_By_Day_Porn_Star_By_Night.html
https://pornve.com/lry20grkl43c/Jenna_Haze_-_Christmas_Punishment.html
https://pornve.com/ls0dlhsumg36/Katana_Kombat_-_Teachers_Lounge.html
https://pornve.com/ls16557ijz3y/Mature_dicked_hard.html
https://pornve.com/ls1rxlgk23lx/Jewels_Jade_-_The_Window_Washers_Are_Here.html
https://pornve.com/ls3r6ohdmsb1/Tiffany_Watson_Juan_El_Caballo_Loco_-_Facial_By_Surprise.html
https://pornve.com/ls6ahmcpy76d/Destiny_Dixon_-_Get_Horny_Get_Healthy.html
https://pornve.com/lsewx158i1vr/Brazzers_-_Sneaky_Slut_Needs_To_Learn.html
https://pornve.com/lsnlzzxpqw8t/Brooklyn_Gray_-_The_Guru_Of_Gape.html
https://pornve.com/lspfd3j8wmdh/Magnificent_Melons_2.html
https://pornve.com/lt880rdg9vjw/Velicity_Von_-_Hawaii_Tickets_Up_For_Grabs.html
https://pornve.com/lt91xg32prsm/Darla_Crane_-_One_Hell_Of_A_Commission.html
https://pornve.com/lt9wxj7a1hsv/Cali_Carter__Cherie_Deville_-_Massage_My_Mother_In_Law.html
https://pornve.com/ltglwxih2w7n/India_Summer_-_Curing_A_Sex_Addict.html
https://pornve.com/ltiwea03j8de/Nicole_Aniston_-_The_Stranger.html
https://pornve.com/ltk5pkizimnr/Kelly_Divine__Sara_Jaymes_-_Elite_Dyke_Society.html
https://pornve.com/luajtgpx5egt/Alison_Star_-_Boobie_CUNTestant.html
https://pornve.com/ludcrn870lhm/Daisy_Cruz_-_You_Fuck_My_Son_You_Are_Fired.html
https://pornve.com/luejrwdluyvv/Allie_Haze_-_Hanging_Out_With_Allies_Ass.html
https://pornve.com/lufhgc7wnlri/Ella_Knox_Ramon_Nomar_From_Posing_To_Moaning_Big_Naturals.html

https://pornve.com/luh0kt32wgdj/Kimmy_Granger_Small_Hands_Xander_Corvus_-_Cock_And_Frisk_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/luhddnyehgos/My_Blindfolded_Stepmom_Christie_Stevens_Kyle_Mason.html
https://pornve.com/lulr60nt87jw/My_Not_So_Prude_Best_Friend_-_Part_1.html
https://pornve.com/luqk7ueel2nw/Lexi_Swallow_-_Lexi_Swallows_The_Waiter.html
https://pornve.com/luriaumkn9lw/Bobbi_Dylan__Diamond_Foxxx_-_Lick_A_Boss.html
https://pornve.com/luv2s8o11x91/ashley_adams_soak_the_pussy_monster_curves_bigtits_.html
https://pornve.com/luzb12xzrv85/bgb_christy_mack_sd169.html
https://pornve.com/lv06gl44lcan/Nikki_Hunter_-_Ace_In_Her_Hole.html
https://pornve.com/lv17b0seq3h3/Angela_White__Luna_Star_-_Wild_Thots.html
https://pornve.com/lv2k91jxazej/Sunny_Lane_-_The_Masturbating_Teacher.html
https://pornve.com/lv3is4048os9/GFRevenge_Poke_that_pussy.html
https://pornve.com/lvj4rzzi2q8k/Cara_Madison_Scott_Madison_Ivy_40Incredible_trio41.html
https://pornve.com/lvtqqxrd5zj9/_Maid_For_Anal_.html
https://pornve.com/lvttvhwxvz87/Christie_Stevens_Kyle_Mason_-_Only_The_Best_For_My_Family_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/lvuxp35gn3fy/Ashley_Fires_-_Burglarize_My_Butt.html
https://pornve.com/lvx1neyicz07/Best_of_brazzers_happy_halloween.html
https://pornve.com/lvy1eq0fp1wz/Nika_Noire_-_Airport_Security_Has_Never_Been_This_Tight_And_Wet.html
https://pornve.com/lw17hixzrbve/Emily_Addison__Violet_Starr_-_A_Hardcore_Massage_From_Hell.html
https://pornve.com/lw64ggas1116/Kagney_Linn_Karter_-_Fucking_Doctors.html
https://pornve.com/lw7p7m3oizzw/Angelica_Raven_-_Brazzers_Mint_Gum_Cum-mercial.html
https://pornve.com/lw9lq4qjp0jk/Angelas_Sex_Auction.html
https://pornve.com/lwb2ycw73rai/Vanessa_Cage_-_Can_You_Undress_Me.html
https://pornve.com/lwk18zi7001c/Esperanza_Gomez_Facial.html
https://pornve.com/lwlx49w5zqoq/Jessica_Jaymes__Shyla_Stylez_-_A_Day_In_The_Life_Of_Shyla_Stylez.html
https://pornve.com/lwqd2ysv1yop/Blondie_Fesser_Shes_On_The_Prowl.html
https://pornve.com/lwqr3x4hpqin/Shyla_Stylez_-_Intense_Asshole_Treatment.html
https://pornve.com/lwrawim4v2bl/Nicolette_Shea_-_Off_The_Rack.html
https://pornve.com/lwt6wq8cj6dk/Brazzers_-_Monique_Alexander_And_Elsa_Jean_Pornisity.html
https://pornve.com/lww224non8ph/Brazzer_Public_Sex.html
https://pornve.com/lwwfrfahyk6r/BrazzersExxtra_-_Barbie_Sins_Tight_As_Tape.html
https://pornve.com/lwwn79bxl6o6/Alexis_Fawx_-_While_My_Husband_Was_Dozing.html
https://pornve.com/lx39am2ixlcg/HotAndMean_Madison_Ivy_And_Monique_Alexander_Lapdancers_Last_Laugh.html
https://pornve.com/lx3yn6x82fap/BrazzersExxtra_19_09_23_Julie_Kay_Sucking_Off_My_Sisters_Man_XXX.html
https://pornve.com/lx7pvbtkzpyb/dwp_20_02_27_monique_alexander.html
https://pornve.com/lxblzmpob3sp/Veronica_Avluv_-_The_Other_Way_Around.html
https://pornve.com/lxfe5kez6evn/Cindy_Starfall_-_The_Janitors_Closet.html
https://pornve.com/lxgnublzpasb/Brazzers_The_Dick_Pic_Trick_Brazzers_Brazzersexxtra_Tyler_Nixon_Nicolette_Shea_Blonde_Blowjo.html
https://pornve.com/lxhc6ghs5l3w/naughty_couple_steal_a_camera_and_fuck_in_public.html
https://pornve.com/lxmblomiqf9n/Simone_Sonay_-_Milfshake.html

https://pornve.com/lxmesm44u9x0/Candy_Alexa_Danny_D_-_Dildos_In_The_Drain_Pipe_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/lxq6s5ehvdtm/NB_Fishnet_Anal_This_Big_Tit_Slut_Blows_A_Thick_Cock_And_Takes_A_Nice_Hard_Pounding_Up_Her_Slutty_Asshole_Until_Its_Time_For_Her_milky_White.html
https://pornve.com/lxtumg2ei6ld/Candee_Licious_The_Dick_Fairy.html
https://pornve.com/lxwvyzypndk5/Jenna_Haze_-_Gets_Cock_For_Christmas.html
https://pornve.com/ly141ru2g5s9/Tia_McKenzie_-_Of_Course_Its_A_Girl_Silly.html
https://pornve.com/ly6s349ehxpq/Katrina_Jade_-_Exchange_Of_Favors.html
https://pornve.com/ly85yqm7627w/Alina_Lopez_One_Hot_Box_Hardcore_Blowjob.html
https://pornve.com/ly8hc28mvool/Barbie_Sins_-_The_Whore__Her_Chores.html
https://pornve.com/lyatqnwlg0a1/DareDorm_16_03_31_Spring_Break.html
https://pornve.com/lybxbleq2ff3/Ann_Marie_Rios__Briana_Blair__Sunny_Lane_-_Johnnys_Angels.html
https://pornve.com/lyfi8waq7ae3/Brandy_Aniston__Britney_Amber__Juelz_Ventura_-_Bang_On_The_Fourth_Of_July.html
https://pornve.com/lyg1wpprbwa2/Madison_Ivy_-_Naughty_Nuru.html
https://pornve.com/lygoixaa0snv/Miko_Lee_-_Lees_Interview.html
https://pornve.com/lyif3rggi2f1/Sheridan_Love_-_Our_College_Librarian.html
https://pornve.com/lyn489rq6kvb/Lola_James_-_Sucking_Her_Way_Out_Of_Expulsion.html
https://pornve.com/lyo84fcf0cli/Veruca_James_-_I_Had_The_Strangest_Dream_Last_Night.html
https://pornve.com/lz0a0j2atnxv/MILFS_Like_It_Big_-_Reagan_Foxx_By_Jaojao.html
https://pornve.com/lz6apmbjy4c6/Phoenix_Marie_-_The_Incredible_Slut.html
https://pornve.com/lzfp4gz1slhh/BrazzersExxtra_-_Kira_Noir_And_Sailor_Luna_Youve_Changed_Part_2.html
https://pornve.com/lzkkfipezjo6/Caught_By_My_Stepsister_Bailey_Brooke_Sloan_Harper.html
https://pornve.com/lzlp0qgg5rfv/Adria_Rae_-_What_Goes_Around_Cums_Around.html
https://pornve.com/lznbgr1dud5j/Fucking_Like_Frenemies_-_Part_1.html
https://pornve.com/lzv26x9smwjk/Carmen_Mcarty__Halia_Hill_-_After_School_Cat_Fight.html
https://pornve.com/m06eqxhfyqq8/huge_tits_accompany_brittany_whites_wet_chocolate_pussy.html
https://pornve.com/m0a1omnqeruw/Best_squirting_pack_collection_New-_1h_2_min.html
https://pornve.com/m0aivvwohpdc/Liza_Del_Sierra_-_English_Dick_vs_French_Booty.html
https://pornve.com/m0bb74c6apna/Capri_Cavanni_-_Your_Wifes_A_Slut.html
https://pornve.com/m0pt9hr914jv/Evelin_Stone_Xander_Corvus_-_Reflection_Eternal_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/m0pvnwwaq4l0/Amy_Anderssen_Filthy_Moms_1_S1.html
https://pornve.com/m0svlskeurjq/Brazzers_hardcore_blonde.html
https://pornve.com/m0t2yhpv0lvy/Brazzers_-_Luna_Star_Sex_Is_The_New_Green_Energy.html
https://pornve.com/m0u3dqa70orm/_Brazzers-_Pervert_peeping_gets_caught_by_Bonnie__Gia_and_gets_punished_.html
https://pornve.com/m0woqwn53m9v/Reagan_Foxx_-_Too_Hot_To_Handle.html
https://pornve.com/m0z5lroloicl/big_tits_milf_ass_ebony_babe_striptease_tags_ass_tits_tag_this_video_best_ebony_milf_2350_42_plays_published_on_115_minutes_ago_category_amateur.html
https://pornve.com/m12xep8dv2ip/Krissy_Lynn_Justin_Hunt_-_Im_A_Giver_And_A_Taker_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/m143g5rc2w5g/Lisa_Ann_-_Lisa_Anns_Lover.html
https://pornve.com/m14qr33un9gb/Ariella_Ferrera_-_Panty_Stash.html
https://pornve.com/m16zuwsl7h0j/Madison_Ivy_-_Making_Madison_Wet.html
https://pornve.com/m18momeabitd/Karlie_Brooks_Doing_The_Dishes_4_most_played_porn_video_of_today_22_most_played_porn_video_of_week_72_most_played_porn_video_of_month.html

https://pornve.com/m1d64p8r8nl4/2_on_black.html
https://pornve.com/m1evmr3bxxrx/Brazzers_House_3_-_Episode_1.html
https://pornve.com/m1hu2241g131/_Line_Em_Up_-_BRAZZERS_.html
https://pornve.com/m1ka7ar40e5m/Dani_Jensen_-_Sent_From_My_iBone.html
https://pornve.com/m1kwxy43x2ci/Anna_Bell_Peaks__Ashly_Anderson_-
_Breaking_In_My_New_Girlfriend.html
https://pornve.com/m1n6ircxt82s/Pussy_O_Plomo_-_Part_4.html
https://pornve.com/m1s6pm766x5k/MomsInControl_17_03_02_Richelle_Ryan_And_Cassidy_Banks_Home_Is
_Where_The_Whore_Is_XXX_-KTR.html
https://pornve.com/m1sqhkg1rdul/Brazzers_Big_Wet_Butts_Nailed_In_Nylons_Kat_Dior.html
https://pornve.com/m1uqgdh1wdbl/Stephanie_Cane_-_Pornographic_Persuasion.html
https://pornve.com/m1w11joegmjw/Kimmy_Kush_If_The_Bra_Fits.html
https://pornve.com/m23ioubpfzh9/Phoenix_Marie_Yoga_Freaks_Episode_Thirteen_XXX_KTR.html
https://pornve.com/m23u6iny3hs5/Brazzers_-_Nikki_Sexx_Ash_Revenge.html
https://pornve.com/m26xr407o839/BigNaturals_-_Athena_Palomino_Sugar_Rush.html
https://pornve.com/m2au8dni40ys/Realitykings__in_the_VIP__Lick_It_Up.html
https://pornve.com/m2d2ng1i7ej1/New_Alexis_Monroe_Facial_Cumshot.html
https://pornve.com/m2e0i8p7o6g9/rws_19_05_29_janice_griffith_shes_changed.html
https://pornve.com/m2h723r95on0/Aryana_Augustine_-_Hosing_Down_Her_Titties.html
https://pornve.com/m2ps6xoyfryl/Briana_Banks__Taylor_Sands_-_The_Loophole.html
https://pornve.com/m2rzui5q749l/The_Getaway_Part_2_BraZZers_HDRip.html
https://pornve.com/m316pf8ajnce/Lylith_Lavey__Mackenzee_Pierce_-_Obstacle_Cunts.html
https://pornve.com/m31pf7s8proe/Amy_Anderssen_Getting_Workout_By_Black_Dick_Amy_Anderssen_Getti
ng_Dick_Down_By_Her_Daughters_BF.html
https://pornve.com/m337mtdfpa6q/monstercurves_19_05_20_rose_monroe_pool_chillin.html
https://pornve.com/m36eso7hxvk7/Brazzers_Audrey_Bitoni_And_Madison_Ivy_Orderly_Whorderly.html
https://pornve.com/m38xjj2l1drd/Moms_In_Control_14_S4_Ashly_Anderson_Cherie_Deville.html
https://pornve.com/m3gstm8li9u7/Dani_Daniels_-_The_Whore_Of_Wall_Street_-_Episode_4.html
https://pornve.com/m3i3fej0l5r2/Lily_Lane_-_Dollars_For_Inches.html
https://pornve.com/m3ixpv52g1kd/_Brazzers_-
_Hot_Sophia_Laure_gets_a_hard_fucking_during_workout_.html
https://pornve.com/m3jwvw708myn/Monique_Alexander_Johnny_Castle_-
_Good_Ol_Fashioned_American_Fucking_-_Brazzers_Exxtra.html
https://pornve.com/m3kpc8do7228/Aubrey_Black_-_Welcum_Home.html
https://pornve.com/m3mx1dlnooft/Gym_Instructor_Really_Really_Hot_This_Chick_Squats_On_A_Dick_And_
Gets_Fucked.html
https://pornve.com/m3naezwf9m4w/tlib_17_09_26_rhiannon_ryder_squirtin_on_a_nerd.html
https://pornve.com/m3qestk48tni/MilfsLikeItBig_Cherie_Deville_Spring_Cumming.html
https://pornve.com/m3r2z1qk5dlj/BrazzersExxtra_-_Kat_Dior_Lapping_Up_My_Cumcicle.html
https://pornve.com/m3vv0scelj6g/Aletta_Ocean_assfuck_maniac.html
https://pornve.com/m46skn1efllh/Shay_Sight_-_Weve_Cum_A_Long_Way.html
https://pornve.com/m49mrtildyxc/Abbey_Brooks__Bridgette_B_-_Truth_Or_Dare.html
https://pornve.com/m4b8m95s3wpw/Brazzers_-
_Hot_Alexis_Fawx_become_a_nurse_and_fucks_Keerans_pain_away_.html
https://pornve.com/m4br50fumdz5/mlib_19_04_30_missy_martinez_coach_martinez.html
https://pornve.com/m4chvr9fld09/Brazzers-
_Big_tits_police_woman_Elicia_Solis_punishes_her_prisoner_.html
https://pornve.com/m4ra5t8og4g0/Vanessa_Cage_-_Sweet_18_Slut.html

https://pornve.com/m4u87od3vmk0/Eva_Notty_-_Hot_Tub_MILF_Machine.html
https://pornve.com/m4uws2vk8s5p/BEST_NEW_Jewels_Jade_-_720p.html
https://pornve.com/m4v43bzpc6et/Desiree_Night__Misty_Stone_-_MILF_Witches.html
https://pornve.com/m4wf64uan7rs/Cherie_Deville_-_Getting_Even_And_Getting_Laid.html
https://pornve.com/m4xxmmb4oceb/Jenna_Sativa__Molly_Stewart_-_Cam_Girl_Lock_Up.html
https://pornve.com/m4yrpg53wn6p/August_Ames__Vanessa_Cage_-_Lesbians_Love_Massages.html
https://pornve.com/m51e37n3r7wb/Avrill_Hall_-_Pussy_On_The_Motorbike.html
https://pornve.com/m52foxyxf3js/Breanne_Benson_-_Pucks_And_Fucks.html
https://pornve.com/m55qfauut5ln/Sasha_Rose_Rude_Awakening.html
https://pornve.com/m585zupmnvxu/Dani_Jensen_-_Danis_Back_And_Ready_To_Play.html
https://pornve.com/m5dfb8e45su9/Big_Tits_At_School_Britney_Amber_Titty_Film_School_21_12_15.html
https://pornve.com/m5kfl4hoszjm/Sasha_Summers_-_Hot_Teen_Next_Door_25_2015.html
https://pornve.com/m5ks8384znch/When_Dads_Away_Stepmom_Will_Play_-_Yasmin_Scott.html
https://pornve.com/m5mhefk8jt60/Mandy_Muse_Alex_Legend_Penetrating_Pantyhose.html
https://pornve.com/m5mmmjx4u341/Chyna_Bella_-_Bingo_Bango.html
https://pornve.com/m5qpwaarmo4l/CumFiesta_17_01_24_Amber_Gray_Play_With_It_XXX_-KTR.html
https://pornve.com/m5ul6nr6bib1/Josephine_Jackson_-_Josephines_Intense_Workout.html
https://pornve.com/m5v0uqb3aas3/inthevip_flash_dance_published_on_11_months_ago_1_category_babe_public_pornstar_breanne_benson_uma_stone_tags_ami.html
https://pornve.com/m5wgqovm27kl/Leigh_Darby__Summer_Brielle_-_Slutty_Stepmom_Threesome.html
https://pornve.com/m5xv2odtzxn5/RealWifeStories_Amber_Deen_The_Caterer_-_17_11_2016.html
https://pornve.com/m64imv4jx1ph/MomsBangTeens_17_04_10_Cory_Chase_And_Sierra_Nicole_New_Cock_To_Fuck_XXX_-KTR.html
https://pornve.com/m685i861rmyt/_Brazzers_-_Sexy_Teens_Playing_With_A_Huge_Cock_.html
https://pornve.com/m6m2y5b9pbvw/Adrian_Maya_-_Diary_Of_An_Anal_Addict.html
https://pornve.com/m6ov72979b8i/Whitney_Wright_-_Does_This_Make_My_Booty_Look_Big.html
https://pornve.com/m6pkf09k2t7z/Romi_Rain_-_Library_Cop-A-Feel.html
https://pornve.com/m6sw71dd69i0/Nika_Noire_-_Board_And_Certified.html
https://pornve.com/m6tmki28f0tf/Kaylani_Lei__Madison_Scott__Marie_Luv_-_Major_Trust_Issues.html
https://pornve.com/m6u4afz3mktn/Courtney_Taylor_Xander_Corvus_-_Anniversary_Switch_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/m6ucl2gmpz9k/Brazzers_House_Reality_Show_Nikki_Benz_Kairan_Lee.html
https://pornve.com/m72twf7b571x/Dollie_Darko_-_Dipping_Inside_Dollie_Darko.html
https://pornve.com/m74m4usqavmg/Brooklyn_Chase_-_Butting_Out.html
https://pornve.com/m7b9nonrvwz7/Alanah_Rae__Memphis_Monroe_-_Speed_Swingers_Delight.html
https://pornve.com/m7bcc7ufz6mu/Katana_Kombat_-_Teachers_Lounge.html
https://pornve.com/m7fcfy9sbhng/Kalina_Ryu__Morgan_Lee_-_Rub_N_Tug_Trainee.html
https://pornve.com/m7j46nfzopn1/Nicolette_Shea_Danny_D_-_Massaged_On_The_Job_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/m7n96ya4xqxh/Chanel_Preston_-_The_Case_Of_The_Pearl_Necklace.html
https://pornve.com/m7pirri85i71/Irreconcilable_Slut_-_Part_2.html
https://pornve.com/m7qjfpsmz3wq/Cathy_Heaven_-_Cathys_Heavenly_Ass.html
https://pornve.com/m7sm5wxh1jqm/Ava_Addams_-_Sucking_The_Sitter.html
https://pornve.com/m7vqr1dii8ys/Kelsi_Monroe_-_The_Most_Exuberant_Booty.html
https://pornve.com/m7widuz9zr9t/Chanel_Preston_-_Fucked_Betrayal.html
https://pornve.com/m7wksw78g0cj/Ember_Snow__Luna_Star_-_The_Maid_Cums_Clean.html
https://pornve.com/m82tgyha6vob/Lexi_Swallow_-_Scott_Nails_Lexi_Swallow.html

https://pornve.com/m8b7q8rwo9b1/EuroSexParties_Natty_Mellow_And_Luna_Rival_Loving_To_Fuck.html
https://pornve.com/m8f67ffqwj15/Brooklyn_Chase__Shawna_Lenee_-_Xmas_Sweater_Party.html
https://pornve.com/m8lhjz984t29/Lena_Paul_-_Horny_Home_Care.html
https://pornve.com/m8o7dyy22qtm/Mia_Lei_Alberto_Blanco_Let_The_Tit_Drop_Big_Naturals_Reality_Kings.html
https://pornve.com/m8rst72kfx2g/Vanessa_Cage_-_Guide_For_Taking_Care_Of_Your_New_Husband.html
https://pornve.com/m8wikmylftig/Elsa_Jean_Monique_Alexander_Johnny_Sins_-_Pornisity_-_Pornstars_Like_It_Big.html
https://pornve.com/m8yp5cfsfl0q/Kiara_Edwards_-_How_About_Cock.html
https://pornve.com/m91e1g5kn4ri/Alexis_Fawx_-_A_Treat_For_Her_Feet.html
https://pornve.com/m945u2jmtv5b/Alura_Jenson_-_My_Mother_In_Law_Likes_it_Raw.html
https://pornve.com/m97rl9j1r84f/_ava_addams_and_kimmy_granger-_all_night_rager.html
https://pornve.com/m99lmns4ykqb/Melissa_Moore_-_Moaning_In_The_Morning_Light.html
https://pornve.com/m9bbtbo2vgtd/Kenzi_Marie_-_From_Student_To_Slut.html
https://pornve.com/m9cxxuhztnwi/Lala_Ivey_-_Break__Enter_Me.html
https://pornve.com/m9fcrucbx6u3/Jodi_Taylor_-_Impressing_Mr_Big.html
https://pornve.com/m9g2v1u7dlay/Diamond_Foxxx_-_Stepmoms_Sweet_Glory_Hole.html
https://pornve.com/m9k99t64elni/The_nurse_is_having_sex_with_her_grandson.html
https://pornve.com/m9kj5kjv59lj/Brazzers_-_Hardcore_High_Notes.html
https://pornve.com/m9tqr9waiswj/BabyGotBoobs_Jayden_Lee_in_Asian_Loves_Wet_Tifucking_40201441.html
https://pornve.com/m9xo22aoumok/ZZ_Nuit_Rouge_-_Azul_Hermosa_-_Real_Wife_Story.html
https://pornve.com/ma2t8dddnoy7/Euro_Sex_Parties_-_Realitykings_-_Tina_Kay_Elle_Rose_Erik_Everhard_-_Tina_Teaches_A_Slut.html
https://pornve.com/ma846llho13e/Kimmy_Granger_-_A_Talk_With_Teacher.html
https://pornve.com/madjdmspze6b/She_Helps_Me_Study_Lily_Jordan_Michael_Vegas.html
https://pornve.com/mahtfw34rij4/Cassidy_Banks__Kenzie_Taylor_-_Line_Em_Up.html
https://pornve.com/mair4pro2l7m/Brazzers_Worldwide_Paris_-_Episode_5.html
https://pornve.com/maivqroh2iqf/Rio_Lee_-_Rio_Lees_Big_British_Booty.html
https://pornve.com/malcqhw7ilf7/Katana_Kombat_Oliver_Flynn_-_Katanas_Summer_Fling_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/mam69fakyk3u/8thStreetLatinas_15_11_06_Missy_Martinez_Big_Trouble_Missy.html
https://pornve.com/mapzk8n1n6or/Jennifer_Adams_-_Porn_Overload.html
https://pornve.com/maqiweizhwwk/Amezing_Fucking_Time_with_Unknown_Lady.html
https://pornve.com/mar6oqjqfgom/Jane_Wilde__Monique_Alexander_-_HOE-tel.html
https://pornve.com/mas6d61yldgw/Bailey_Brooke_Sarah_Jessie_Kyle_Mason_-_Prom_Mom_-_Moms_In_control_-_Brazzers.html
https://pornve.com/matt0lf2rrkk/Mercedes_Carrera_Cock_Out_Cop_Out.html
https://pornve.com/mav5c9io7j4g/Brazzers_-_Peta_Jensen_A_Guilty_Conscience.html
https://pornve.com/mazlu2oghwod/Mandy_Muse_-_Yoga_Freaks.html
https://pornve.com/mb2qfrqw8kxo/Bridgette_B_-_B_For_Big_Butt.html
https://pornve.com/mb3ti58lwdhu/Evelyn_Lin_-_To_Stalk_A_Cock.html
https://pornve.com/mb4h7yl9ixqf/Ebony_Babe_Priya_Price_Is_Right.html
https://pornve.com/mbdnsh8fvcrn/Vina_Sky_The_Gape_That_Keeps_On_Giving_XXX_KTR_DailyPorn.html
https://pornve.com/mbguj9r2kmsn/Kagney_Linn_Karter_-_Porno_P_I_-_Part_2.html
https://pornve.com/mbjkv0i3ngov/Aidra_Fox_Lesbian_-_720p.html
https://pornve.com/mblio2htkwtu/bex_aidra_fox_bb112016_1000.html

128

https://pornve.com/mbm12exp1hz6/_Sexy_Lana_Rhoades_is_being_fucked_and_her_boobies_are_bouncing_.html
https://pornve.com/mbmukmpmltdk/Mother__Daughter_Sharing_the_shower_with_Big_Cock.html
https://pornve.com/mbtmnc1lja2i/Traffic_Jamming_Delilah_Strong__Keiran_Lee.html
https://pornve.com/mc0anyvz5i4j/Bridgette_B__Carmel_Moore_-_A_Steamy_Orgy.html
https://pornve.com/mc99nlxwp9zs/Cherie_Deville_-_Sneaking_Around_With_Her_BFFs_Son.html
https://pornve.com/mcbcmlzpqwyn/Marry_Queen_-_Burst_On_The_Nurse.html
https://pornve.com/mceaevr5t6g7/Jada_Stevens_Maddy_Oreilly_Kennedy_Leigh_-_Locker_Room_Hijinks.html
https://pornve.com/mcks1nbfugch/BigNaturals_Nikki_Blake_Big_Ole_Beauties.html
https://pornve.com/mcmx9zme0v4z/Liza_Del_Sierra_Sam_Bourne_Asstronomy.html
https://pornve.com/mcnvpua6lgxg/Ariella_Ferrera_-_My_Sons_Best_Friends.html
https://pornve.com/mcpf8cg6ycqn/rkprime_19_07_04_abella_danger_like_its_1776.html
https://pornve.com/mctiwz6gxrh5/Anya_Ivy__Lynn_Vega_-_Up_All_Night.html
https://pornve.com/mcvi3oo3dnh8/Felony_-_Cheerleader_Pounding.html
https://pornve.com/mcx4qc12pt7t/Kapri_Styles_That_Booty_Is_So_Juicy.html
https://pornve.com/md4604iatsjh/Richelle_Ryan_-_Honey_Would_You_Mind_Milking_My_Nuts.html
https://pornve.com/mdcc5x6mi7h3/Addison_Lee_-_Happiness_is_a_Warm_Bum_-_Big_Wet_Butts.html
https://pornve.com/mddtiem3one5/Sybil_Stallone_-_Nip_Slip-Up_-_Brazzers.html
https://pornve.com/mde3y2jauh4g/MommyGotBoobs_Sandra_Star_Cumming_In_-_21_08_16.html
https://pornve.com/mdllndvce507/RoundAndBrown_Yasmine_De_Leon_40Bare_ass41.html
https://pornve.com/mdsz4i3usqzq/Kendall_Karson_-_Cooking_With_Kendall.html
https://pornve.com/mdxscai3gywa/Bonnie_Rotten_Alex_Legend_-_He_Came_At_Night_Part_1_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/me4xm02wylxc/The_Lecherous_Londons_-_Chapter_2.html
https://pornve.com/me53dakectyl/Ryan_Keely_-_Eating_Out_For_Thanksgiving.html
https://pornve.com/me9qcu9zapsi/check_girl_play_game.html
https://pornve.com/megh5yaizlyq/Jada_Stevens_-_Best_Butt_In_The_Biz.html
https://pornve.com/mek87v2wx7yt/Luxury_Girl_Luxurys_New_Jeans_XXX_KTR_DailyPorn.html
https://pornve.com/men4w0dv0umg/Brazzers-_Blonde_busty_doctor_Phoenix_Marie_treats_her_patient_well_.html
https://pornve.com/menljxg2qutf/Jenna_Haze_-_I_Am_Desirable.html
https://pornve.com/mevspk4rfc70/Kimmy_Grange_-_Brunette_Cumshot_Babe_Handjob_Small_Tits_Fisting.html
https://pornve.com/mf5bkm9m8da4/Jade_Kush_JMac_-_Getting_Her_Rocks_Off_-_Brazzers_Exxtra.html
https://pornve.com/mf8r5vsre25u/Cory_Chase_-_Hot__Sweaty_Day.html
https://pornve.com/mf9l3tsvqf0v/Eve_Evans_-_Como_Se_Dice_Big_Dick.html
https://pornve.com/mfbwwqltvnwm/The_Pussy_In_My_Pool_Big_Tits_Blonde_Corinne_Blake_Fucks_Poolside_.html
https://pornve.com/mfegwfwkpfhg/Michelle_Lay_-_Getting_Fucky_On_The_First_Date.html
https://pornve.com/mfftqr2tigqk/April_ONeil__Yurizan_Beltran_-_Salsa_Seduction.html
https://pornve.com/mffvnogiaw7m/Brazzers_-_Busty_milf_doctor_Julia_Ann_relieves_her_patients_hard_on_.html
https://pornve.com/mfi8ghwhs1ox/Brazzers_Live_-_7.html
https://pornve.com/mflgolrio9bg/Shazia_Sahari_-_Dont_Forget_The_Fresh_Rosemary.html
https://pornve.com/mfuxgiusgdyg/Load_Size_Jordis_Max_Sofia_Rose.html

https://pornve.com/mfvpl7g93smy/Misty_Love_The_Body_Suit_HD.html
https://pornve.com/mg2cngfpr7dc/Eva_Karera_-_That_Pussys_Electric.html
https://pornve.com/mg3ki8vwjyl4/Teanna_Trump_-_Look_Whos_Cumming_For_Dinner.html
https://pornve.com/mg8p8izc2hvp/Smart_Ho_me_Nicolette_Shea.html
https://pornve.com/mgdqeyt1xsk5/Bridgette_B_-_Two_For_One_Special.html
https://pornve.com/mgfma1mxlfcn/Gia_Dimarco_-_Marathon_Dong.html
https://pornve.com/mgggfmx193f6/Kagney_Linn_Karter_-_Plump_Pantyhose.html
https://pornve.com/mgil2242x0tc/Mia_Malkova_-_So_You_Think_You_Can_Prance.html
https://pornve.com/mgnokna59kw4/Dillion_Harper_-_Sluts_Spin_The_Bottle.html
https://pornve.com/mgoyrh0lm8is/Danika_Mori_Steve_Mori_-
_RK_At_Home_Tiny_Danika_Stretched_By_Huge_Dick_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/mgphfzic37o3/Sexy_Facial_Real_Amateur_Lexi_Jaxson_04_30_2015.html
https://pornve.com/mgrm6un011hy/MonsterCurves_19_07_24_Alura_Jenson_Worship_Me_XXX_SD.html
https://pornve.com/mgt4lj1rfy8s/Ariella_Ferrera_-_Honey_Its_A_Motorbunny.html
https://pornve.com/mgup23vn7738/MonsterCurves_-
_Lela_Star_And_Rose_Monroe_Thick_And_Wet.html
https://pornve.com/mgw4zh3tf4lr/Paige_Turnah_-_The_Unseen_Affair.html
https://pornve.com/mh1vtrfogthi/Ivy_Lebelle_Keiran_Lee_-_Butt_Dialing_Babe_-
_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/mh6wckpxpkoc/Ariana_Marie_-_The_Bangin_Bridesmaid.html
https://pornve.com/mhbi165wad2o/Georgie_Lyall_-_Sample_My_Snatch.html
https://pornve.com/mhgyscafgton/Allison_Moore_-_Pussy_To_Die_For.html
https://pornve.com/mhkikugq9t8e/Amber_Jade_-_This_One_Is_Just_Right.html
https://pornve.com/mhktdbxk2506/Summer_Brielle_-_The_Whore_That_Cheated_Death.html
https://pornve.com/mhm6bbixxb6k/Alison_Star__Micah_Moore_-_Truck_Moving_Treat.html
https://pornve.com/mhnk9g3277wa/Cherry_Ferreti_-_Joy_Stick.html
https://pornve.com/mhnuwjot3vy6/Rose_Monroe_-_Super-Doc_Super_Fuck.html
https://pornve.com/mhruy5omt8pt/_blowjob_big_tits_cumshot_blow_job_big_dck_madison_ivy_and_the_d
octor_3903_78_plays_published_on_3_hours_ago_category_big_dick_redhead_pornstar_madison_ivy_tags_
madison_ivy_.html
https://pornve.com/mhs3jtyit2ml/Layla_Price_-_The_Oral_Exam.html
https://pornve.com/mhvjzid54ulh/Blondie_Fesser_-_Shes_On_The_Prowl.html
https://pornve.com/mi3ikfp0tk6l/Abigail_Mac_Scott_Nails_-_First_Impressions_Are_Important_-
_Big_Tits_At_Work_-_Brazzers.html
https://pornve.com/mi8u4129cmzj/LilHumpers_1_S1_Katie_Morgan_Brandi_Love_Puzzled_Over_Pussy.html
https://pornve.com/mihqgqafl7cx/Paige_Owens_Keiran_Lee_-_The_Preachers_Daughter_-
_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/mil9wgj0p6ug/Jillian_Janson_-_Jillian_For_Sale.html
https://pornve.com/mir7jqmkt1zu/Nina_Elle_-_Love_At_First_Swipe.html
https://pornve.com/miuuh5rktb9h/Amethyst_Banks__Gracie_Green_-_At_Her_Service.html
https://pornve.com/miv9r7a5fwwg/Marilyn_Mansion_Charles_Dera_-
_Naughty_Trade_For_A_Good_Grade_-_Big_Tits_At_School.html
https://pornve.com/mivuvm6v0sge/Mia_Li_-_Dick_Deep_In_The_Designer.html
https://pornve.com/mj1fs16fu2u2/Young_Madison_Ivy_Creampied_Natural_Tits_Punishment_.html
https://pornve.com/mj3ktzip5yj7/MikesAppartment_-_ohh_my_big_-_Amirah_Adara.html
https://pornve.com/mj6kxdj7apnb/Angelina_Valentine_-_Stroking_That_Massive_Ego.html
https://pornve.com/mj7jhnmpgy8h/Jade_Amber_-_The_Temptation_Of_Teen.html

https://pornve.com/mj83y9yz4aq2/Stacey_Saran_Sam_Bourne_-_Class_Jerk_-_Big_Tits_At_School.html

https://pornve.com/mj8zythcsodb/Diamond_Foxxx_-_Cum_To_My_Yard_Sale.html

https://pornve.com/mjbm1vktk7p5/Memphis_Monroe_-_Special_Attention.html

https://pornve.com/mjc36xgfjszb/Cathy_Heaven_-_Your_Wifes_A_Bitch_But_Im_A_Whore.html

https://pornve.com/mjc4i74tz6wp/Natasha_Starr_-_ZZs_Got_Talent.html

https://pornve.com/mjdrh144x093/Mason_Storm_Save_My_Son.html

https://pornve.com/mjed7msluofa/Britney_Amber_-_On_The_Pole.html

https://pornve.com/mjfqn0spmrue/Ella_Hughes_-_Oktoberfucked.html

https://pornve.com/mjkyneyjx4yj/Italian_Anal_Whore_Big_Tits_big_Whore_.html

https://pornve.com/mjl43kr9r78g/Courtney_Cummz_-_Plumbers_Cleavage.html

https://pornve.com/mjo5hn5x0lmw/Bridgette_B_-_Two_For_One_Special.html

https://pornve.com/mjqohz3wan9e/Sofia_Cucci_-_She_Wants_Big_Cock_And_She_Wants_It_Now.html

https://pornve.com/mjr72998e5ib/Arietta_Adams_JMac_-_The_Annoying_Little_Sister_-_Teens_Like_It_Big_-_Brazzers.html

https://pornve.com/mjtnq3qcw3as/Boxing_Babe_Sloan_Harper_January_20_2019_-_Brazzers_xxx_Full_video.html

https://pornve.com/mjyq2mhsoasq/Diamond_Foxxx_-_The_Customer_Gets_My_Tits.html

https://pornve.com/mk1q48nhs8pm/Chloe_Cherry__Joseline_Kelly_-_Tickling_The_Ivories.html

https://pornve.com/mk26cpkmj5pu/Superbang_My_Ass_Brazzers.html

https://pornve.com/mk32crds0uba/Katana_Kombat_Oliver_Flynn_-_Katanas_Summer_Fling_-_Pornstars_Like_It_Big_-_Brazzers.html

https://pornve.com/mk3w9xee8val/Kat_Dior_-_Ass_Safari.html

https://pornve.com/mk7qi6211x39/Kristen_Scott_-_My_Moms_Boyfriends_Cock.html

https://pornve.com/mk8nmtqnv1f9/Ava_Devine_-_Fisting_And_The_Asian_Persuasion.html

https://pornve.com/mkc9bayeq1vf/Valentina_Nappi_-_2017_-_In_red_lingerie_-.html

https://pornve.com/mkd4r2ulos40/Nikki_Rhodes_-_Not_Too_Young_For_A_Big_Cock.html

https://pornve.com/mke8c8ofnp7p/Mr_Sheas_Summer_School.html

https://pornve.com/mkf1jqfahhe6/Teasing_Toes_Cristal_Caraballo__Bambino.html

https://pornve.com/mkfgfm2dn47x/Brazzers_-_Luna_Star_Let_Them_Eat_Ass.html

https://pornve.com/mkft86jyhv60/Tasha_Reign_Cinderella_Meets_Her_Pricks_Charming.html

https://pornve.com/mkg2eqgec7xh/Insatiable_MILF_Rachel_Starr_gets_fucked_by_her_husbands_son.html

https://pornve.com/mkhtu13t0wuy/mgb_20_03_22_bridgette_b_two_for_one_special.html

https://pornve.com/mki165rnbe7k/Jillian_Janson_-_The_Ol_Ball_And_Chain.html

https://pornve.com/mki3fc4159em/Karmen_Karma_Xander_Corvus_-_Just_Count_To_Three_-_Doctor_Adventures_-_Brazzers.html

https://pornve.com/mkja2b0fv4qx/best_lesbian_sex_ever_you_seen.html

https://pornve.com/mkmobpmuaqg9/Anikka_Albrite_-_Once_In_A_Lifetime_Fuckpass.html

https://pornve.com/mku6it4j0vs8/Rip_My_Yoga_Pants_Lylith_Laveys_Oiled_Booty_Takes_A_Big_Cock_.html

https://pornve.com/mkvnl26m1bho/Autumn_Falls_-_Fall_Upon_A_Big_Cock.html

https://pornve.com/ml33c61wiaum/Britney_Amber_-_Anal_Sex_For_His_Birthday.html

https://pornve.com/ml350h9ktkeq/London_Keyes_-_Invading_Your_Priv-Assy.html

https://pornve.com/mlapqabeoqiv/Asa_Akira_-_Asas_Titty_Hair_Salon.html

https://pornve.com/mldqe1kngezu/Phoenix_Marie_-_Doctor_Knows_Best.html

https://pornve.com/mldqliky98ce/PornstarsLikeItBig_olivia_austin_rent_a_pornstar_how_to_make_a_porno.html

https://pornve.com/mlgoax5hzebo/Cheats_wife_with_a_busty_milf.html

https://pornve.com/mlhn2iconea5/Abella_Danger_-_Desert_Desires.html
https://pornve.com/mljbgmbsh1v6/Rachel_Starr_Keiran_Lee_-_Stranger_Danger_Remastered_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/mljldvpcsj11/Kiara_Mia_-_Youre_Busted_Now_Pound_Me.html
https://pornve.com/mlnlbgu0jwup/Massaging_Mrs_Alexander_Janice_Griffith__Monique_Alexander_Inked_Lesbians_.html
https://pornve.com/mlpbcd0r2toy/NEW_Redhead_Ella_Hughes_And_Danny_D.html
https://pornve.com/mlsk4ymz49bc/MomsBangTeens_-_Cory_Chase_And_Bailey_Brooke_Naughty_Needs.html
https://pornve.com/mlsznq5q10xd/Bet_You_Cant_Touch_Her_Boobs_BraZZers.html
https://pornve.com/mlwim9btgo6o/Nicole_Aniston_-_Diving_Into_Nicole.html
https://pornve.com/mm3yfwipx5kx/Blake_Rose_-_Rose_Blows_Ramon.html
https://pornve.com/mm5dgsmtkkmk/Marie_McCray_-_The_Cheating_Test.html
https://pornve.com/mm7luhyyu1q4/Brazzers-_Busty_nurse_Aubrey_Black_helps_patients_stuck_hard_on_.html
https://pornve.com/mmco8fclfqwz/lil_humpers_amber_alena.html
https://pornve.com/mmcwuswwq55g/Jasmine_Webb_-_Lovin_That_Porno_Vibe.html
https://pornve.com/mmhy75mg2hb4/Joanna_Angel_-_Hands_On_Joanna.html
https://pornve.com/mmluh96wpbga/Ashley_Graham_-_Pros_and_Cunts.html
https://pornve.com/mmncr0xw1tq9/Eva_Ellington_-_My_Purity_Rings_For_Small_Cocks_Only.html
https://pornve.com/mmrozqx2gnrh/Anna_Bell_Peaks_-_Pharmacy_Fuckdown.html
https://pornve.com/mmvlss6zu1fo/Teanna_Trump_-_Were_Just_Wrestling_Mom.html
https://pornve.com/mn096zy3pdj3/Pure18_Happy_Dillion_Harper_HD_Porn_Videos_Spa.html
https://pornve.com/mn1kx6jtj0xq/Teen__Mom_School_Slut_Stories_1.html
https://pornve.com/mn1mzzzcg26a/Erica_Fontes_-_Goldfucker.html
https://pornve.com/mn1pi6zk0122/Lylith_Lavey_-_Double_Dare_Ya.html
https://pornve.com/mn5kwdn5zf2t/Kendra_Spade_-_Artifucked.html
https://pornve.com/mnbuy6c7p6l3/Bailey_Brooke_-_Hot_Tits_In_A_Hot_Tub.html
https://pornve.com/mne3svbggstt/Candice_Dare_-_Big_Wet_Bubble_Butt_Bath.html
https://pornve.com/mngdsml7ksuj/Spencer_Scott__Vanessa_Veracruz_-_Ms_Boss.html
https://pornve.com/mnguctqbwbo5/Brittany_Andrews_Nicolette_Shea_Jordi_El_Nino_Polla_-_Fucking_His_Way_Into_The_USA_-_Brazzers_Exxt.html
https://pornve.com/mnkii39iei9n/Brazzers_-_Amia_Miley_Pornstar_PR_Crisis_Management.html
https://pornve.com/mnl3xlulb7jt/Riley_Evans_-_I_Love_Anal_In_The_Morning.html
https://pornve.com/mnla6dk3nz5n/Mariah_Milano__Savanah_Gold_-_Disruptive_Nature.html
https://pornve.com/mnorfu6haw5f/HotAndMean_-_Lacy_Lennon_And_Evelyn_Claire_Jukebox_Showdown.html
https://pornve.com/mnpnfgdil8ys/Chanel_Preston_-_One_Lucky_Butler.html
https://pornve.com/mo11uwpo8xa1/Aidra_Fox__Dahlia_Sky__Kissa_Sins_-_Sins_Life_-_Part_3.html
https://pornve.com/mo2d2z7hjz6y/Brazzers_Worldwide_Paris_-_Episode_4.html
https://pornve.com/mo4j4cz6w1td/Dillion_Harper_-_Fucking_Her_Friends_Daddy.html
https://pornve.com/mo56l5buinrh/Luna_Star_-_Look_At_Luna.html
https://pornve.com/mo830mg2snhh/Britney_Amber_-_Teen_Heart_Throb.html
https://pornve.com/mock22qm7vdm/Teal_Conrad_-_Slutty_Secretary.html
https://pornve.com/moe0uh76ey34/Danielle_Delaunay_-_Put_Your_Junk_In_My_Trunk.html
https://pornve.com/moh1j6yq8jeo/Aubrey_Addams_-_Maligned_Date.html
https://pornve.com/mome3gsq1jm8/Bianca_Burke_-_Biancas_Bangin_Bod.html
https://pornve.com/motvj3fle1se/Katie_Morgan_-_Booty_Call_With_My_Bros_Mom.html

https://pornve.com/mowfvokh5rhr/Isabelle_Deltore_-_Sex_Over_Stress.html
https://pornve.com/mp3q2ixpqgbt/Audrey_Miles_Disc_Golf_Dick_-_Milf_Hunter.html
https://pornve.com/mp4x60q9btmz/WeLiveTogether_-
_Valentina_Nappi_And_Luna_Star_Thrust_And_Lust.html
https://pornve.com/mp76n62g41u1/Sophie_Dee_-_The_Ass_Whisperer.html
https://pornve.com/mpa3bhxscone/Aspen_Rose_-_Our_Valedick-torian.html
https://pornve.com/mpc9t9qevdmu/Brazzers_-_Mom_Hands_Off_My_Boyfriend.html
https://pornve.com/mpdmb610yox1/Breanne_Benson_-_A_Night_Of_Role_Play.html
https://pornve.com/mpgaxy74cwxc/Mason_Moore_-_Happy_New_Ass_Year.html
https://pornve.com/mpjr1gy8uhgl/Payton_West_-_Teacher_Knows_Breast.html
https://pornve.com/mplkxn96mls0/Helly_Mae_Hellfire_-_What_Could_Have_Been_In_Me.html
https://pornve.com/mpoo8jh4w56u/Brazzers_Sweaty_Ass_Workout.html
https://pornve.com/mpt6cya4j4i4/Lilly_Bell_Keiran_Lee_-_What_We_Had_Was_Special_-
_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/mpufnkiday6u/Big_Tits_Mature_Rebecca_The_Anal_Nanny_33_Top_Rated_Porn_Video_
Of_Today_57_Most_Played_Porn_Video_Of_Today_95_Top_Rated_Porn_Video_Of_Week.html
https://pornve.com/mpvdrtarj4mw/Cindy_Dollar_-_A_Pussy_In_Need_Needs_A_Cock_Indeed.html
https://pornve.com/mpvwkjhbebgg/Alison_Tyler_-_Get_The_Picture_-_Brazzers.html
https://pornve.com/mpwizrphv0vb/katana_kombat_it_takes_two_to_tango.html
https://pornve.com/mpzkrqbjyga1/_Brazzers_-
_Jordi_fucks_his_new_girlfriend_Jimena_and_her_stepmom_Amber_.html
https://pornve.com/mq41hzppr3vl/Desiree_Dulce_Xander_Corvus_-_Pool_Shy_-_Baby_Got_Boobs_-
_Brazzers.html
https://pornve.com/mq461rrygg5x/Gabi_Gold_-_Laser-Focused_On_Cock.html
https://pornve.com/mq5ugz7umb45/_Barrazers_-
_Sexy_Threesome_With_Big_titty_Richelle_Ryan__Kristen_Scott_.html
https://pornve.com/mq8rzzdei9x3/Sofia_Rose_Disciplinary_Action.html
https://pornve.com/mqaw2dyvx4r0/Ava_Addams_-_Double_Timing_Wife_-_Part_2.html
https://pornve.com/mqblnxd4vsme/Theres_A_Jordi_In_My_Bed_Kianna_Dior_Jordi.html
https://pornve.com/mqfg93as69as/Nicolette_Shea_-_Testing_Her_Concentration_-_2.html
https://pornve.com/mqftnefs780j/DAREDORM_59_Maui_Wowie_1of2.html
https://pornve.com/mqi801u94a39/Abella_Danger_Isiah_Maxwell_-_Seductress_In_Stockings.html
https://pornve.com/mqiqvind8whz/Molly_Bennett_-_Nymphomania.html
https://pornve.com/mqkqj1sd3v7a/Alexis_Golden_-_I_Own_Your_Cock.html
https://pornve.com/mqlw74yrfawx/MikeInBrazil_Pandora_Pantera_Panteras_Box.html
https://pornve.com/mqtv3yrv9n36/Kagney_Linn_Karter_-_Deez_Tits_For_President.html
https://pornve.com/mqxtc4ykvycd/Nika_Noire_-_Nika_Brings_Porn_To_A_Fans_House.html
https://pornve.com/mr1hxajomlfo/ella_reese_under_construction.html
https://pornve.com/mr3mo8kmqavk/Leigh_Darby_-_Doctors_Orders.html
https://pornve.com/mr413xil61tn/Amirah_And_Jordis_Vacation.html
https://pornve.com/mr5r6gzw6wi4/Holly_Halston_-_Freeze_Fucker_-_Brazzers.html
https://pornve.com/mr78rbmaw6tr/Adriana_Chechik_-_Shut_Up_And_Fuck_Me.html
https://pornve.com/mrc4g0csi46k/Tessa_Lane_-_Rate_My_Rack.html
https://pornve.com/mrkkh7h29j1fh/Veronica_Avluv_-_Deep_Inside_Veronica_Avluv.html
https://pornve.com/mrrv9889dbdk/_Brazzers_-
_Cherie_Deville_gets_her_ass_plowed_and_titties_fucked_outdoors_.html
https://pornve.com/mrvgitkrd0q3/Nicole_Aniston_-_Trapped_And_Fucked.html
https://pornve.com/mry3n8d797j3/Anissa_Kate_-_Not_Here_For_The_Coffee.html

https://pornve.com/ms1chez20oeu/Kayla_Green_Toying_Around_With_My_Step_Mom.html
https://pornve.com/ms41nz0mjxay/Vienna_Black_-_Scrubbing_His_Stress_Away.html
https://pornve.com/msctrjf95ueq/Memphis_Monroe_-_Busty_Fuckerella.html
https://pornve.com/msd4eox7waz0/Nikki_Sexx_-_Feel_The_Gush.html
https://pornve.com/msdy52p628x0/Emma_Leigh__Jasmine_Jae_Four_Hands_To_Jerk_The_Clerk_-_720p.html
https://pornve.com/mseyza0mfo6i/Alexis_Fawx__Romi_Rain_Pervert_In_The_Park_Mommy_Issues_4.html
https://pornve.com/msjn2ckewx52/Ivana_Sugar_-_Euro_Squirt_Master.html
https://pornve.com/mskkeaw2trvx/Kenzie_Reeves_Danny_D_-_Piped_Down_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/msl4p2shrbk7/Dana_DeArmond_Rion_King_Secretly_Rubbed_In_The_Hot_Tub.html
https://pornve.com/msmm3llqrrji/Mia_Li_Dick_Deep_In_The_Designer.html
https://pornve.com/msmsa1eqbjt7/Eva_Angelina_-_Hes_Got_The_Touch.html
https://pornve.com/msngnxptwyy2/MJ_Fresh_-_Its_Just_Wrestling.html
https://pornve.com/msoe1j7pjcz1/Diamond_Foxxx_-_Doctor_Feet_Fucker.html
https://pornve.com/mspfwlb5cdxz/Alexis_Texas_-_A_Texas-Sized_Massage.html
https://pornve.com/msroclo3kkpn/Alison_Tyler__Phoenix_Marie_-_Ski_Hill_Slut_Emergency.html
https://pornve.com/msul86ogn55y/Kat_Dior_Xander_Corvus_-_Nailed_In_Nylons_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/msx1h2sw282r/RKPrime_17_03_02_Blue_Angel_Ballet_And_Cock_XXX_-KTR.html
https://pornve.com/msx7o5awvcqw/published_on_2_days_ago_alex_blake_alex_blake_the_best_distraction_full_distraction.html
https://pornve.com/msxhv8ne1n8a/_Let_Me_Teach_You_-_Brazzers_.html
https://pornve.com/mt0g8k047dpl/Ashley_Graham__Zoey_Monroe_-_Squirt_Factor.html
https://pornve.com/mt5olrs0toy8/ZZ_Lemonade_Aidra_Fox.html
https://pornve.com/mt9u4k8z10pp/Chessie_Kay_-_Sperminate-Her.html
https://pornve.com/mtafw5wow45y/Alexia_Vosse_-_Superbang_Sunday.html
https://pornve.com/mtc0k87dyzst/Julia_Ann_-_Two_Bangz_vs_Nancy.html
https://pornve.com/mtc6ghjvuw4r/Abby_Lee_Brazil__Brandi_Love_-_The_Tramp.html
https://pornve.com/mtghtcy6oaq2/Mandy_Muse_-_All_Roads_Lead_To_Sex_-_Part_1.html
https://pornve.com/mtnregcbbx4a/Brazzers_House_3_-_Episode_6.html
https://pornve.com/mtpmiw8lc306/Elaina_Rae_-_Parental_Control.html
https://pornve.com/mtvo61o955xv/Phoenix_Marie_-_Doctor_Orgasm.html
https://pornve.com/mtw1n3pl81px/Tarra_White_-_Spies_In_Disguise.html
https://pornve.com/mtzrsvpj14p5/Syren_De_Mer_-_My_Three_Stepsons.html
https://pornve.com/mu3stbaqf3pw/Cali_Carter_-_My_Boss_And_My_Wife.html
https://pornve.com/mud0mwqobp9u/Angela_White_Johnny_Sins_-_Anatomy_Of_A_Sex_Scene_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/muejwmbngcjx/Sarah_Vandella_-_Her_First_Big_Sale.html
https://pornve.com/mufkd67k1r22/Waiting_On_Her_Ass_Sienna_Day__Jordi_El_Nio_Polla.html
https://pornve.com/muhef7cgryfo/Lela_Star_-_The_Trampoline_Tramp.html
https://pornve.com/mumh7p5s9zre/Kacey_Jordan__Kara_Novak_-_Blonde_Beach_Brats_Get_Blasted.html
https://pornve.com/mun6t0zaz7cf/Kendra_Spade_Alex_Legend_-_Magna_Cum_Loudly_-_Big_Tits_At_School_-_Brazzers.html
https://pornve.com/muq2t1ivrsnw/Bridgette_B_-_Starting_The_New_Year_With_A_Bang.html
https://pornve.com/muwgjx3vcomc/Karlee_Grey_-_A_Bottom_Bunk_Banging.html

https://pornve.com/muxo5o890dkh/Whitney_Wright_Xander_Corvus_-_Tire_My_Ass_Out_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/muy13hzvppcb/Michelle_Thorne_-_Fucking_The_Invisible_Man.html

https://pornve.com/mv1tyykzdvfw/Cherie_Deville_-_Fucking_Millennials.html

https://pornve.com/mv1u0obqpajx/disciplined_dicking_tommie_jo_jordi_el_nino_polla.html

https://pornve.com/mv231h4g44c4/Luna_Star_-_Low_Ride_Her.html

https://pornve.com/mv25gq9cr6oj/Kagney_Linn_Karter_-_Hot_Bothered__Horny.html

https://pornve.com/mv2k09pda8c0/BigNaturals_-_Keisha_Grey_What_A_Bust.html

https://pornve.com/mv3zicleg8qd/Anal_Is_Extra_Mercedes_Carrera__Jessy_Jones.html

https://pornve.com/mv493w5ytqk0/Lola_Foxx_-_The_Doormans_Dick.html

https://pornve.com/mv7to6thktop/Jennifer_Dark_-_Rough_Romance.html

https://pornve.com/mvcwlzkoao3h/Jessa_Rhodes_-_Picture_Perfect_Pussy.html

https://pornve.com/mvcx93e0gkpn/Kagney_Lynn_Karter_PAWG_Big_Ass.html

https://pornve.com/mvjfvziz25l5/Britney_Stevens_-_One_Screwed_Up_Chick.html

https://pornve.com/mvjok07rbjxi/rkprime_19_07_15_abella_danger_grand_theft_moto.html

https://pornve.com/mvo7oo86xpwo/Anya_Ivy_-_Its_Raining_Anya.html

https://pornve.com/mvojzewqauf1/TeensLikeItBig_17_03_03_Kimmy_Granger_Fucking_The_Family_Friend_XXX_-_KTR.html

https://pornve.com/mvp74js0zmk4/Leigh_Darby_Mommy_Got_Boobs_Big_Tits_Big_Cock_C.html

https://pornve.com/mvtpxbolgzqe/Austin_Kincaid_-_Sex_Toy_Expert.html

https://pornve.com/mvvirw7pc07z/Nicolette_Shea_-_Cock_Hungry_Cowgirl.html

https://pornve.com/mvvt4kxqfoya/Honey_Demon_Raul_Costa_Honeys_Horny_Home_Workout_Brazzers_Exxtra_Brazzers.html

https://pornve.com/mvwmhcs9g4eg/April_ONeil__Daisy_Cruz_-_Big_Tits_In_Field_Hockey.html

https://pornve.com/mvy0kqzl3vra/Abella_Danger_-_Stalkfucking.html

https://pornve.com/mvzr29u9fkwm/Gianna_Nicole_-_Come_Home_To_Bone.html

https://pornve.com/mw09wq36i0sc/Cassidy_Klein__Chanel_Preston_-_The_Wettest_Dream.html

https://pornve.com/mw52p2yo7p7x/Capri_Cavanni_-_Gymnast_Tits.html

https://pornve.com/mw5qdv7uqmid/Blonde_Hot_Handjob_Masturbation_.html

https://pornve.com/mwevmw1a1mue/RealWifeStories_Teagan_Presley.html

https://pornve.com/mwjj0wjr5puz/Brandi_Love_-_Keiran_Appreciates_Brandi.html

https://pornve.com/mwkf0ckce691/Alanah_Rae__Katie_Kox_-_The_Switcheroo.html

https://pornve.com/mwktffu2zqqd/Lela_Star_-_Crime_Scene_Cock.html

https://pornve.com/mwlfrh7tu6gr/Aletta_Ocean_Madison_Ivy_vPorn.html

https://pornve.com/mwn2iu7r53t7/Nina_Milano_Keiran_Lee_-_A_Fair_Deal_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/mwn7w5wtbs78/Aleksa_Nicole_-_Penis_Advisor.html

https://pornve.com/mwomqrkwjbcq/Kaci_Lynn_-_Hot_Teen_Next_Door_25_2015.html

https://pornve.com/mwqna51ld3t2/Cherie_Deville_-_My_Wifes_Boss.html

https://pornve.com/mwsktfxffb4l/Summer_Brielle_-_Pornstars_Anonymous.html

https://pornve.com/mwxr0stw3k4c/Charlee_Monroe_-_Play_All_Day_Fuck_All_Night.html

https://pornve.com/mx1m91p5ioqg/Hot_fit_babes_mandy_muse_and_abella_danger_take_their_coachs_cock.html

https://pornve.com/mx6t7056k6cx/Lexi_Belle_-_The_BIG_Secret.html

https://pornve.com/mx7ficmoghvp/Madison_Scott_-_Throwing_Balls_At_Her_Cans.html

https://pornve.com/mx7q5j8wdn7a/Codi_Bryant_-_Nursing_Nookie.html

https://pornve.com/mxcn8wxhgmq8/Adriana_Chechik_-_Free-Flowing_Fuck.html

https://pornve.com/mxo9cqqkosj6/Audrey_Show_-_Hit_The_Shower_Sins.html

https://pornve.com/mxokgqi1w2gq/Desiree_Night__Rachel_Starr_-_Getting_Ahead.html
https://pornve.com/mxq8ntznqv7w/Ava_Addams_-_Moms_Panty_Bandit.html
https://pornve.com/mxr89y0pb3f3/Diamond_Foxxx_-_Diamonds_Bday_Gangbang.html
https://pornve.com/mxriajve7b42/Rachel_Roxxx_Sexy_Secretary_Selfies.html
https://pornve.com/mxw75lojr496/Mia_Malkova_-_First_Comes_Love_Then_Comes_Anal.html
https://pornve.com/my8e6aslqlac/Ava_Addams_Xander_Corvus_-_The_Package_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/myd7me0wybjw/Ariana_Marie__Nicole_Aniston_-_Yoga_Freaks.html
https://pornve.com/mydrb6o5io76/Kissa_Sins_-_Sins_Life_-_Part_1.html
https://pornve.com/myfm960cyn55/Money_Talks_project_runway_big.html
https://pornve.com/myg7cenqtwpb/Jenaveve_Jolie_-_General_Juggz.html
https://pornve.com/myi7vnl59sq8/Whitney_Wright_-_Tire_My_Ass_Out.html
https://pornve.com/myiwxvyxib3f/Brazzers_-_Ashley_Downs_and_Emma_Leigh_share_Jordis_dick_in_class_.html
https://pornve.com/mylhiwp56bof/Tiffany_Rain_Mommy_Issues_P2.html
https://pornve.com/myp2vygwtdr9/Avy_Scott__Jayden_Jaymes_-_Old_Screwl.html
https://pornve.com/myz6w62q3hru/Shalina_Devine_Milf_Hunter.html
https://pornve.com/myzki6ani8y2/Lacy_Lennon_Small_Hands_-_Operatic_Warm_Up_-_Look_At_Her_Now_-_Reality_Kings.html
https://pornve.com/mz4478g3jgbl/Big_Tits_Sexy_Boobs_Alanah_Rae_Gets_Demolisheddd_Big_Tits_Big_Ass_Cumshot_Hardcore.html
https://pornve.com/mz4pm5fj43ox/Nika_Noire_-_Back_Straight_Tits_Out.html
https://pornve.com/mzbqzwzwz05m/Francesca_Le__Holly_Halston_-_Anus_A_Nice_Day.html
https://pornve.com/mzeb0f7no2e2/Jayden_Jaymes_Full_Anal_Tuneup.html
https://pornve.com/mzeqs3rdgoiq/Wanted_Fucked_Or_Alive_-_Part_1.html
https://pornve.com/mzg0ue2k2f8w/Brazzers_I_want_it_harder_watch_online_for_free_Brazzers_Big_Butts_Like_It_Big_2018_Lisa_Ann.html
https://pornve.com/mzkrguyjk6oe/Brazzers_-_Tia_Cyrus_Cumpany_Lunch.html
https://pornve.com/mzmh12c54dds/Lena_Paul_Alex_Legend_-_The_Maids_Dirty_Secret_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/mzsaaivkvfb4/Sensational_lesbians_will_make_you_cum.html
https://pornve.com/mzstgiv5826y/Brazzers_Anna_Bell_Peaks_Cory_Chase_Alex_D_Milfs_On_Vacation.html
https://pornve.com/mztddtjqks7s/Monique_Alexander__Mya_Mays_-_A_Family_Affair_2_-_Part_3.html
https://pornve.com/mzxp87zgdte0/Ania_Kinski_Bad_Medicine.html
https://pornve.com/n00295t94bop/Jade_Jantzen_-_She_Loves_Playing_With_Joysticks.html
https://pornve.com/n01cxjrlwe39/Till_Cum_Do_Us_Part.html
https://pornve.com/n0avoic25mps/Gia_Dimarco__Juelz_Ventura_-_The_Exs_Anal_Payback.html
https://pornve.com/n0dv1bjjw9an/Jessa_Rhodes_Kimber_Woods_Lucas_Frost_-_Sex_With_My_Ex_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/n0gop3gjl833/Candy_Manson_-_Backdoor_Birthday.html
https://pornve.com/n0hkmsrzxj61/Katie_Kox_-_Kox_Pick_Up.html
https://pornve.com/n0io6yiiz5y7/Banging_Before_Breakfast_-_Tiffany_Watson_-_Reality_King.html
https://pornve.com/n0red12zbraq/Monique_Alexander_-_Pornstar_In_The_Pool.html
https://pornve.com/n0t5z4v3006d/Cassidy_Banks__Gia_Milana_-_Slipping_Between_Sisters.html
https://pornve.com/n106wqubkp1s/Hot_big_tit_lesbians_fuck_with_strapon.html
https://pornve.com/n16j5l208h1z/Alison_Star_-_Big_Tits_Cause_Injury.html
https://pornve.com/n17jcyn5md6h/Brooklyn_Gray_-_Im_Your_Biggest_Fan.html

https://pornve.com/n1dolnvlgq0s/Brazzers_-
_Ms_Shea_shows_Tyler_how_anatomy_class_look_like_in_a_hard_way_.html
https://pornve.com/n1f26it6dd8i/Nina_Elle_-_Sitting_On_The_Sitters_Dick.html
https://pornve.com/n1ge9rdzkl3f/Luna_Star__Phoenix_Marie_-_Bite_Me.html
https://pornve.com/n1kzle7q4nli/Ava_Addams_-_Getting_Her_Beauty_Peep.html
https://pornve.com/n1pjnj4b16g0/Elsa_Jean__Monique_Alexander_-_Pornisity.html
https://pornve.com/n1xddn6qk9px/Ryan_Conner_Xander_Corvus_-_Sneaky_Mom_3_-
_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/n20iod78754w/Jenna_Presley_-_Learnin_Pole_Tricks_For_Cock__Tips.html
https://pornve.com/n20y1rzcs9gd/Alena_Croft__Ariella_Ferrera_-_Real_Ex-
Wives_Of_Beverly_Hills.html
https://pornve.com/n2142y2722ud/Tiffany_Mynx_-_Dick_Me_Detective.html
https://pornve.com/n23gqz8s0nmr/Veronica_Rodriguez_-_Squirting_All_Over_Her.html
https://pornve.com/n23sem3yk8sr/Dylan_Riley_-_Mascot_Show_Me_Your_Moves.html
https://pornve.com/n28etb32oqx7/What_the_Client_Wants_the_Client_Gets_2.html
https://pornve.com/n29173nst8ph/Helly_Mae_Hellfire_-_Meet_Me_In_Milf_Alley.html
https://pornve.com/n2iniajd48q2/Jill_Kassidy_-_A_Mystic_Massage.html
https://pornve.com/n2lyf3xhy4xs/Jessa_Rhodes_-_House_Humping.html
https://pornve.com/n2ml1kviu5pb/Lily_Labeau_-_The_Impatient_Patient.html
https://pornve.com/n2ousxwxxgb9/Eva_Notty__Gia_Paige_-_Prom_Pussy.html
https://pornve.com/n2ovea8o8omp/Julie_Cash_-_Disciplining_The_School_Slut.html
https://pornve.com/n2p7devwb9i0/Lauren_Phillips_-_BDSM_Confidential.html
https://pornve.com/n31q5fdpm6t5/Curvy_MILF_fucked_hard_at_office.html
https://pornve.com/n353y9ikwn36/Money_Talks_taxi_cab_cumfessions_big.html
https://pornve.com/n35f8ln1omn8/Desiree_Dulce_Jenna_Foxx_Seth_Gamble_-_Turning_Up_The_Heat_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/n35r1tukr9d4/Vivie_Delamonico_-_Lightning_Rod.html
https://pornve.com/n36hlbx898va/Chanel_Preston__Veruca_James_-_Nurse_A_Cock_In_Her.html
https://pornve.com/n3httur031f5/Autumn_Falls_Johnny_The_Kid_-_Just_A_Dip_-
_Reckless_In_Miami_-_Reality_Kings.html
https://pornve.com/n3hvmw6ewbym/Aubrey_Addams__Chloe_Addison_-
_After_School_Tit_Teasing_Lessons.html
https://pornve.com/n3i39rt1la1f/Rachel_Starr_Stranger_Danger_Facial_Massagr.html
https://pornve.com/n3l6td2ne3a5/8thStreetLatinas_-_Alina_Lopez_Hot_Churro_For_Alina.html
https://pornve.com/n3u3we2x6816/Veronica_Avluv_-_Fix_My_Cunt-Puter.html
https://pornve.com/n3xb3i17n4d1/Adria_Rae__Casey_Calvert_-_Anal_Double_Dip.html
https://pornve.com/n3y95q5ti6ih/Testing_The_Teacher_-_Jasmine_James__Danny_D.html
https://pornve.com/n3zpg1cb1n5c/Money_Talks_the_rub_club_big.html
https://pornve.com/n427q2pmfdfa/Monique_Alexander_Ricky_Johnson_-_Wrong_Side_Of_The_Bed_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/n47sa2ibaery/CumFiesta_Zaya_Cassidy_Fresh_Meat_-_23_08_16.html
https://pornve.com/n4gwevc97so2/Brazzers_Bad_Grades_Good_Girl.html
https://pornve.com/n4mav129v579/GFRevenge_-_Clit_Licked.html
https://pornve.com/n4ogrju8ja1t/Kiara_Mia__Nina_Mercedez_-_Is_This_What_You_Mean.html
https://pornve.com/n4rabn7sxofn/BigNaturals_Nikki_Blake_Nasty_Nikki_13_07_2016.html
https://pornve.com/n4shb1omokeb/Double_Timing_Wife.html
https://pornve.com/n4sobkumcvv9/Katrina_Jade_-_Day_With_A_Pornstar.html

https://pornve.com/n4xvauudccqm/Luna_Star_Johnny_Castle_-_Horny_For_The_Holidays_Part_3_-_Big_Butts_Like_It_Big_-_Brazzers.html

https://pornve.com/n50nazwcmmun/Angelica_Heart_-_How_To_Handle_Your_Students_101.html

https://pornve.com/n5c68su9kaoj/Nikki_Benz_-_Nurse_Nikkis_House_Call.html

https://pornve.com/n5cerhnnvf82/Amia_Miley_-_She_Maid_Me_Cum.html

https://pornve.com/n5fhw42w0amo/Crystal_Rush__Natalia_Starr_-_Couple_Cums_For_A_Massage.html

https://pornve.com/n5flmpko39fo/India_Summer_-_The_Cougar_And_The_Virgin.html

https://pornve.com/n5llajl52o7y/MikesApartment_-_Canela_Skin_Sloppy_Squirting_Squatter.html

https://pornve.com/n5pywfbu3po4/8thStreetLatinas_Sage_Axel_Big_Booty_Mami_-_02_12_2016.html

https://pornve.com/n5trrs7a0cge/Jayden_Jaymes_-_Another_Hard_Cock_at_the_Office_-_Brazzers.html

https://pornve.com/n5u8s9mkd8b3/Amber_Nevada_-_Sexy_Sleepover.html

https://pornve.com/n5wi2vuudnny/Luna_Star_-_Let_Them_Eat_Ass.html

https://pornve.com/n63r6ow9brvg/Jennifer_Dark_-_Ultimate_Valentines_Day_Bitch.html

https://pornve.com/n64bsxxfwq8y/CaptainStabbin_Aj_Applegate_Sierra_Sanders_Captain_Booty_european.html

https://pornve.com/n65zqihqrttg/Hungry_For_Spring_Breakers_-_Part_2.html

https://pornve.com/n6b3O4v7iiow/Alice_Wayne_Yanick_Shaft_-_All_Natural_Alice_-_Big_Naturals_-_Reality_Kings.html

https://pornve.com/n6rujz17xz9y/Abigail_Mac_Xander_Corvus_-_Body_Swap_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/n6wq9e5apniz/Holly_Halston_Pool_Sex.html

https://pornve.com/n70rpnsmpw0y/BrazzersExxtra_-_Cherie_Deville_The_Mad_Dr_Deville.html

https://pornve.com/n75ywocs1drv/Danielle_Derek_Tyler_Nixon_-_Writers_Cock_Block_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/n784rk9xzclo/Simone_Peach_-_Plump_As_A_Peach.html

https://pornve.com/n786ho1sd5ar/Gaia_-_Fraternizing_With_The_Enemy.html

https://pornve.com/n7963ddtc3dy/HotAndMean_Gina_Valentina_Zara_Ryan_Field_Hockey_Babes_-_26_11_2016.html

https://pornve.com/n79cpm1eq77k/Tiffany_Mynx_-_MILF_Huntress.html

https://pornve.com/n7a7u4p7ep0r/My_Slutty_Stepmoms_Wedding.html

https://pornve.com/n7aj9oqiisa7/Rachel_Starr_-_I_Spy.html

https://pornve.com/n7cr3ikmkg7o/Roxy_Nicole_Foxy_Roxy.html

https://pornve.com/n7jkeagc4udn/Kayla_Carrera__Madison_Parker_-_Please_Me.html

https://pornve.com/n7mejqfntb65/Ryan_Conner_-_My_Friends_Fucked_My_Mom.html

https://pornve.com/n7ojirioutwe/Christie_Stevens_-_Only_The_Best_For_My_Family.html

https://pornve.com/n7p76n9xjsg5/Diamond_Kitty_-_Big_Assed_Tenant_Gets_Fucked_By_Her_Landlord.html

https://pornve.com/n7qd66kobasx/Ivy_Lebelle_Renaissance_Fair_Fuck.html

https://pornve.com/n7sno12fgp2h/Brynn_Tyler__Veronique_Vega_-_Splish-Splash_I_Am_Cleaning_Your_Crack.html

https://pornve.com/n7sw05xi7hax/Jezabel_Vessir_-_Jezabels_Sweet_Breasts.html

https://pornve.com/n82i4zrs8mhm/Brazzers_Live_-_37.html

https://pornve.com/n831haqqhl3w/Lela_Star_-_Learning_The_Hard_Way.html

https://pornve.com/n83nwa03nnpd/Ricki_White_-_Referee_This_Cock_In_Your_Ass_Bitch.html

https://pornve.com/n85womxi38ef/BrazzersExxtra_19_09_27_Kira_Noir_Twice_The_Fun_XXX.html

https://pornve.com/n89at00i0obx/Carmen_McCarthy_-_Boobers.html

https://pornve.com/n8egvsr88xuo/Gia_Dimarco_-_Marathon_Dong.html
https://pornve.com/n8javvwfza0x/Ally_Kay_-_ShopGrifter.html
https://pornve.com/n8l8ptuvr3wv/Peta_Jensen_-_World_War_XXX_Part_Three.html
https://pornve.com/n8mqimtcdfko/Aleksa_Nicole_-_The_Great_Booty_Of_Aleksa.html
https://pornve.com/n8t9gx75i72g/Giselle_Palmer_Keiran_Lee_-_Slow_And_Sexy_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/n907xb8858c4/Brazzers_-_Nerdy_assistant_Alice_Lighthouse_gets_pounded_by_a_student_.html
https://pornve.com/n92ivyhw2gf2/Mandy_Muse_Xander_Corvus_-_Yoga_Freaks_Episode_Ten_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/n93k23hbtcwn/Karlie_Montana__Capri_Cavanni_-_Steamy_Sex.html
https://pornve.com/n961dpexi71x/mommy_got_boobs_brazzers_rachel_starr_alex_d_the_step_mom_the_graduate.html
https://pornve.com/n97p08bzhbwl/Anina_Silk_Cathy_Heaven_No_Drawing_Penis.html
https://pornve.com/n9cx4j9987up/MommyGotBoobs_-_Veronica_Avluv_The_Other_Way_Around.html
https://pornve.com/n9hd2u95v8b5/Isis_Love_-_Cougar_In_Need.html
https://pornve.com/n9pzxl859eft/MilfsLikeItBig__Brazzers_Jasmine_Webb_-_Real_Estate_Milf.html
https://pornve.com/n9s4jkfpn57x/MomsBangTeens_Piper_Perri_Cory_Chase_Piping_Piper_-_26_11_2016.html
https://pornve.com/n9uogtaxsfvg/katana_kombat_katanas_summer_fling.html
https://pornve.com/n9vztz46o0od/Amber_Jade_-_Overcum.html
https://pornve.com/na2aer2h5nrs/Luna_Star_Brick_Danger_-_Vip_Booty_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/na5jeiltkrih/Bonnie_Rotten__Tory_Lane_-_Battle_Of_The_Bitches.html
https://pornve.com/nab881z88817/Angelina_Valentine_-_Two_In_The_Bush_And_In_The_Ass.html
https://pornve.com/nadrifxd5kw9/Tory_Lane_-_Going_Once_Cumming_Twice.html
https://pornve.com/nagq3mbcbsgq/Kendra_Spade_Keiran_Lee_-_Bush_Is_Better_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/naorqa3id1ue/Sydney_Hail_Keiran_Lee_-_Wont_You_Fuck_My_Husband_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/naqet3v4vpmf/Juelz_Ventura_-_Masturbation_Is_The_Best_Medicine.html
https://pornve.com/naxaq3w6rjgf/Brooklyn_chase_kl100517_1000.html
https://pornve.com/naz5sv0nomjr/Lennox_Luxe_-_Emergency_Titty_Fuck.html
https://pornve.com/nazptu7bs6u9/Getting_It_Out_Of_Their_System_Rio_Lee.html
https://pornve.com/nb115l3s8jm3/American_Whore_Story_-_Part_2.html
https://pornve.com/nb36iggnkkgy/Cherie_Deville_-_Got_MILF.html
https://pornve.com/nb3eqfy1gucx/Sharing_A_Massage_Brazzers.html
https://pornve.com/nbdi4mzr1vot/Rachel_Starr_-_Rubbing_A_Cock_In_Her_Poon.html
https://pornve.com/nbe1q9xubpql/Candy_Manson_-_Fuck_My_Bitchy_Boss.html
https://pornve.com/nbhj6i9wsh5f/Sybil_Stallone_-_Dicking_Around_The_Kitchen_Chores_-_Brazzers.html
https://pornve.com/nbliq5a4hb05/Ashton_Blake_-_Pimp_My_Mom_-_Brazzers.html
https://pornve.com/nbo46cvi8y1i/Katie_Morgan_-_Hamilfton.html
https://pornve.com/nc0qdwj5ye4u/Krissy_Lynn_-_Whorey_Warden.html
https://pornve.com/nc2cz6az581b/Veronica_Vice_-_Americas_Other_Pastime_Pounding_Pussy.html
https://pornve.com/nc4tfxyft1ko/Big_Tits_Fistful_Of_Pussy.html
https://pornve.com/nc9lwlhi5jbb/August_Ames_-_Flexible_Fuckable_And_Dripping_Wet.html

https://pornve.com/ncbtrkt9wtdq/Sativa_Rose_-_Fucking_Newlyweds.html
https://pornve.com/nccxym903wgp/Karmen_Karma_Xander_Corvus_-_Flower_Pounder_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/ncnnfiivv9wb/Athena_Faris_Keiran_Lee_-_These_Pipes_Are_Clean_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/nco7h7grzoey/Blowjob_Big_Tits_MILF_Pornstar_Kendra_Lust.html
https://pornve.com/ncpvq027o7iz/Brooke_Banner_And_Mckenze_Miles.html
https://pornve.com/ncr2wznofv01/Krissy_Lynn_-_Quiet_My_Boyfriend_Is_Cumming.html
https://pornve.com/ncw7tixaf2sh/Mia_Malkova_-_Mia_Gets_Closer.html
https://pornve.com/nd1r49st2ap9/Dana_Wolf_-_Game_Over_Man.html
https://pornve.com/nd3ld8hjfz8v/Austin_Taylor_-_Tits_Over_Training.html
https://pornve.com/nd7d8knbxots/Giselle_Palmer_Sheridan_Love_Kyle_Mason_Cult_Of_Love.html
https://pornve.com/nd7e6rg8rrr0/ZZSeries_19_08_20_Nicole_Aniston_BrazziBots_Uprising_Part_2_XXX.html
https://pornve.com/nd7uhqywed0r/Holly_Halston_-_I_Love_Holly_Days.html
https://pornve.com/ndgdp7tzb23h/Fira_Ventura__Leigh_Darby_-_Sneaky_Slut_Needs_To_Learn.html
https://pornve.com/ndjh7tdtps1l/Ryan_Smiles_Office_Fling_With_Big_Ass.html
https://pornve.com/ndpvgoz7oyaa/Jayden_Jaymes_-_Big_Tits_In_Uniform_15_2015.html
https://pornve.com/ndwxvl9o79mq/Aletta_Ocean_Game_Of_Thrones_Parody_XXX.html
https://pornve.com/ne1pbnsvcp6l/Hot_Girl_In_Bathroom_Gets_Some.html
https://pornve.com/ne1xy2xkwbaf/_Calis_Special_Workout_-_Brazzers_.html
https://pornve.com/ne30wuisswse/Diamond_Foxxx_-_Mrs_Fortune.html
https://pornve.com/ne4sxhedky72/Carly_Rae_-_My_Boyfriend_Or_His_Brother.html
https://pornve.com/ne8f8awctf90/Veronica_Rayne_-_Motivating_The_Boss.html
https://pornve.com/neaqxk6j3k71/1800_Phone_Sex_Line_7_Monique_Alexander27_01_2018.html
https://pornve.com/neb00xalg9g0/Daya_Knight_-_Best_Jog_Ever.html
https://pornve.com/neb1d6wzj07p/Raquel_Devine_-_Celibacy_Not_In_My_House.html
https://pornve.com/neb212wxaox/Alyssa_Lynn_-_Cougar_Sighting.html
https://pornve.com/ned37sgokiaj/Madison_Chandler_-_18_Candles.html
https://pornve.com/nefjuv90h10a/GFRevenge_Deep_in_it.html
https://pornve.com/nefn5dfgt9ll/Ana_Foxxx_Keiran_Lee_A_Big_Load_2.html
https://pornve.com/neg4g79bd4lg/Savannah_Stern_-_To_Affair_Is_Human.html
https://pornve.com/nem4lwrr85ee/Brazzers_-_Bridgette_B_And_Karma_RX_Good_Cop_Bad_Girl.html
https://pornve.com/nemjy8y0v6pb/Pussy_O_Plomo_-_Part_3.html
https://pornve.com/netk5qv60nd6/Ariella_Ferrera_-_Mother_Daughter_Mix_Up.html
https://pornve.com/neyilcwddv4o/The_Pleasure_of_Business_Trips_Brazzers.html
https://pornve.com/nf03s49qz0yp/Emily_Parker_-_Referee_With_Big_Tits_Fucks_Player.html
https://pornve.com/nf1fck4s3uq5/Cristi_Ann_-_So_You_Think_You_Can_Twerk_Too.html
https://pornve.com/nf1g523ny9y8/Jaclyn_Taylor_-_How_Do_I_Look.html
https://pornve.com/nf6ijcq9nyvv/Lisa_Ann_Seduction_For_Sport.html
https://pornve.com/nf9q0o316keq/DayWithAPornstar_-_Louise_Lee_Bubble_Bath_MILF_Sex_Day_With_A_Pornstar.html
https://pornve.com/nfcs5cdpukvk/Jessa_Rhodes_Xander_Corvus_-_Pornstars_Are_Just_Like_Us_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/nfcww20q4bix/brand_new_nicole_aniston_6_most_played_porn_video_of_today_10_top_rated_porn_video_of_today_44_top_rated_porn_video_of_weekHOTTTT.html
https://pornve.com/nfjziuoxn0xp/Mia_Malkova__Sami_J_-_Samis_Plaything.html
https://pornve.com/nfnhas91h3x1/Amber_Alena_-_Virile_Voyeur.html
https://pornve.com/nfny3ji0dd0c/Lea_Lexis_-_Lexis_And_Os.html

https://pornve.com/nftb4wee4qp4/Im_Ready_For_My_Facial_Mr_Nails_Diana_Prince__Scott_Nails.html
https://pornve.com/nfw26pjagev8/Slip_It_In_4_S1_Flash_Pass_Sadie_Pop.html
https://pornve.com/nfw80f1p0ojx/Audrey_Bitoni_Brazzers_Big_Tits_At_Work.html
https://pornve.com/nfxis5bhd7bm/Madison_Ivy_Keiran_Lee_-_The_Mystique_Of_Madison_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/ng4l8rws6hjm/Lela_Star_Nicolette_Shea_Keiran_Lee_-_I_Dont_Know_Her_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/ng7ev6ksgvw6/Monique_Alexander_-_Jailhouse_Fuck.html
https://pornve.com/ngbgm7bslfhm/Nina_Elle_-_Panty_Raid.html
https://pornve.com/ngedqq2ddls9/Serena_Avary_-_Working_From_Home.html
https://pornve.com/nghgcrg6hpgp/PornstarsLikeItBig_-_Veronica_Avluv_The_Whore_In_The_Lot.html
https://pornve.com/ngjvb547ulna/Sindy_Lange_-_Youre_All_Grown_Up_So_Lets_Fuck.html
https://pornve.com/ngkfwdq349am/Real_Amateur_Amy_Faye_Clit_Licked.html
https://pornve.com/ngkmag32ilb2/Lexi_Belle_-_Daddys_Little_Slutty_Angel.html
https://pornve.com/ngmzimeit8nf/Briana_Blair_-_Virgin_Discoveries.html
https://pornve.com/ngo4pko0sivz/Brenna_Sparks_-_Bunk_Bed__Bang.html
https://cowpornve.com/ngpvfcowidf2/BEST_NEW_Big_Tits_At_Work_Patty_Michova_March_2016.html
https://pornve.com/ngvpr82og3la/Episode_3_Bonding_Time_XXX_KTR_DailyPorn.html
https://pornve.com/ngxlgmnyxu53/Family_psychologist_treats_married_guys_big_dick.html
https://pornve.com/nh30w9u6ki53/Ashley_Fires_-_Mom_Wants_Hers.html
https://pornve.com/nh3bzn2kljuy/Abbey_Brooks_-_Twinkle_Tits.html
https://pornve.com/nh7gw5knc3yx/Simone_Peach_-_Plump_As_A_Peach.html
https://pornve.com/nh8ce8jj8g2q/Monique_Alexander_Danny_D_-_Dancing_Dirty_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/nh9am0opvx1x/Ava_Addams_-_Affirmation_To_Tit_Formation.html
https://pornve.com/nhazn8llj1nw/Threesome_Sleepover_2.html
https://pornve.com/nhcqkj7im5oj/Julia_De_Lucia_-_Worth_A_Fortune.html
https://pornve.com/nhgmy9e2n2yu/Casca_Akashova_-_Im_Over_It.html
https://pornve.com/nhh7cn8gj8e6/MilfsLikeitBig_Alexis_Fawx_Milf_Demands_Workout_Sex_2020.html
https://pornve.com/nhmjlp4bxxbn/Syren_De_Mer_-_Mother_Of_The_Bride.html
https://pornve.com/nhp5ejtlzu0a/Skyla_Novea_Xander_Corvus_Bath_Bomb_Booty.html
https://pornve.com/nhpw8unoanu8/Brazzers_-_Hot_psychology_doctor_Adriana_Chechik_make_her_patient_to_bow_.html
https://pornve.com/nhrbezbopaf5/Kayla_Paige_-_Film_Score.html
https://pornve.com/nhtafbnq8mst/Sandra_Romain_Franceska_Jaimes_-_Doubled_Up_Bubble_Butts.html
https://pornve.com/ni2chkwk7rgx/lily_carter_and_karina_white_precious_moment_240p.html
https://pornve.com/ni75i3wmmtjw/Jasmine_Jae__Monique_Alexander__Stella_Cox_-_Cock_Of_Duty.html
https://pornve.com/nibtmnlr4ro5/Jenna_Reid_and_Maya_Bijou_Group.html
https://pornve.com/nif2blw1th3r/Teens_Like_It_Big_Marsha_May_And_Nicole_Bexley.html
https://pornve.com/nin9rlq5r8hn/Princess_Paris_-_Dick-O-Gram.html
https://pornve.com/ninjd6hy4z5y/Payton_Preslee_-_Pounding_Paytons_Pussy.html
https://pornve.com/nip0z0zh19zz/Rachel_Roxxx_-_Stepsister_Shares_The_Shower.html
https://pornve.com/nipqmzzv4anh/Brooke_Beretta_-_The_Temptation_Test.html
https://pornve.com/niq3zf9xo6kp/phoenix_and_shyla.html
https://pornve.com/nir9d0v0nw5d/Nicole_Aniston_-_Girth_In_Her_Shell.html
https://pornve.com/nird8vknv01k/EuroSexParties_Rebecca_Volpetti_Vyvan_Hill_Creamy_And_Delicious_-_20_10_2016.html

https://pornve.com/nirs5emvpxns/Aubrey_Addams__Chloe_Addison_-_After_School_Tit_Teasing_Lessons.html
https://pornve.com/niuuw7ao8dl6/Lisa_Ann_-_Seduction_For_Sport.html
https://pornve.com/nixbfkxdxfho/Die_Hardcore_2_Mia_Malkova.html
https://pornve.com/nj4vwcnlvuu4/HALLOWEEN_PORNkemon_Go_All_of_them_gather_together.html
https://pornve.com/nj6ojn7l9ju0/Sarah_Banks_-_Yoga_Freaks.html
https://pornve.com/njgpiv5pn8ph/Cindy_Dollar_-_Another_Day_Another_Dollar.html
https://pornve.com/njjzcdp955pw/Rachel_Starr_-_Jump__Hump.html
https://pornve.com/njrbmj81ca1r/Evelyn_Claire_-_Cock_For_Arts_Sake.html
https://pornve.com/njtv1o5zhkbn/Kristal_Summers_-_Porn_Pusher.html
https://pornve.com/njv6pjjsadsk/The_bride_gets_fucked_before_marriage.html
https://pornve.com/njw2zwiil187/Riley_Jenner_-_Smiley_Riley_and_Her_Double_Ds.html
https://pornve.com/nk0mj52ombgj/Jewels_Jade_-_Garden_Boy_Ploughs_Through_Wet_Pussy.html
https://pornve.com/nk4ypoebiitm/Aletta_Ocean_-_Love_At_First_Fuck.html
https://pornve.com/nk56mzfcg3e8/Luna_Kitsuen_-_Squirting_Show_And_Tell.html
https://pornve.com/nk8i8xajmvh8/Lela_Star__Nicolette_Shea_-_I_Dont_Know_Her.html
https://pornve.com/nk975jgk3s5q/Kiara_Mia__Teagan_Summers_-_Aggressive_Retail_Dyke.html
https://pornve.com/nka12j4g37ys/Evelyn_Claire.html
https://pornve.com/nkago43s89nt/Lily_Carter_-_Gushing_With_Passion.html
https://pornve.com/nkf0j4iiqa9t/Madelyn_Marie_-_Nurse_Patient_Sex.html
https://pornve.com/nkgmvguwd4zs/Lexi_Luna_-_Neighborhood_Snatch_Committee.html
https://pornve.com/nkhfdo6xb0ny/Brittney_Banxxx_-_Rebound_Lay.html
https://pornve.com/nknrt9t1w2lj/Cherie_Deville_Zach_Wild_-_Getting_Even_And_Getting_Laid_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/nkuvatpxiveo/Delilah_Blue_-_My_Girl_Blue.html
https://pornve.com/nkvc9g0lsh59/My_Three_Stepsons_Syren_De_Mer.html
https://pornve.com/nkvibzp51rc9/Rachel_Roxxx_-_Practical_Prankster_Punishment.html
https://pornve.com/nkwlo089676x/Gia_Dimarco_-_Slutty_Recovery.html
https://pornve.com/nl1mffp1a7ap/Hime_Marie_-_Himes_Cleaning_House.html
https://pornve.com/nl4489xde3f9/Lexi_Belle_-_Filthy_Footjob_For_Room_Service.html
https://pornve.com/nl6dhwl7fvy3/Brazzers_Knobbing_The_Naughty_Nurse_watch_online_for_free.html
https://pornve.com/nl6uejxj6dow/Rachel_Starr_-_Tit-A-Thon.html
https://pornve.com/nl7pw3jeme6b/Hardcore_Massage_Ryan_Keely_Jelena_Jensen.html
https://pornve.com/nl9ecoqmjqkg/Diamond_Foxxx_-_My_Dates_Mom.html
https://pornve.com/nlb8zw8pfg6a/BabyGotBoobs_Kylie_Page_40Bad_Babysitter_-_22_07_1641.html
https://pornve.com/nlbrtis036y3/Madelyn_Marie_-_Lets_Treat_Your_Big_Dick_Disorder.html
https://pornve.com/nld5pz5uy7ak/Ambers_Morning_Titjob_-_Amber_Alena_-_Day_With_A_Pornstar.html
https://pornve.com/nlemnpxbt86l/Alexis_Fawx_-_Pornstar_Protection_Program.html
https://pornve.com/nlghknn5alwc/Parker_Swayze_-_The_Blow_Job.html
https://pornve.com/nlkejez32fsgg/MilfsLikeItBig_17_04_10_Ariella_Ferrera_Cougar-In-Law_XXX_-KTR.html
https://pornve.com/nllbqzesgcnd/Monica_Santhiago_-_Taking_A_Dip_In_Her_Ass.html
https://pornve.com/nllhyfe94bgd/Eva_Angelina__Jenna_Ashley_-_This_Is_How_We_Work.html
https://pornve.com/nlmg11y4u8wj/London_Keyes_-_Wish_Boner.html
https://pornve.com/nlqhgo3sljsn/Summer_Brielle_-_The_Trophy_Wife.html
https://pornve.com/nlrbiba9srxo/HOT_Alektra_Blue_Anal.html
https://pornve.com/nlwb3upmyvnf/Katt_Garcia__Maserati_-_Thick_On_Thin.html

https://pornve.com/nlyx3izy4756/Day_With_A_Pornstar_-_Ebony_Mystique_Big_Tits_Distraction_DayWithAPornstar.html
https://pornve.com/nlz2c6crb0q4/Portia_Paris_Mature_Woman_With_Big_Tits_Cheats_On_Her_Husband.html
https://pornve.com/nm0dhjtsh7ad/Alexia_Vosse_-_This_Young_Slut.html
https://pornve.com/nm0i8w86ipeg/Dayna_Vendetta_-_If_Im_Fired_Youre_Fucked.html
https://pornve.com/nm5ch0y8eii4/Tori_Black_-_Back_in_Black.html
https://pornve.com/nm63iuaie953/April_ONeil___Mariah_Madysinn_-_Hotel_Cockpit.html
https://pornve.com/nm669yc2uyoz/Principal_Photography_-_Brazzers_.html
https://pornve.com/nmajsthmmdry/Karmen_Karma_-_Learning_Breaststroke.html
https://pornve.com/nmbitlgb3283/BigButtsLikeItBig_-_Lylith_Lavey_Hitched_And_Ditched_-_16_05_05.html
https://pornve.com/nmmig14fc227/Erotic_Massage_Angela_White.html
https://pornve.com/nmvvlktwrz70/Tour_Of_London_Part_One_-_Madison_Ivy__Jasmine_Jae_-_Brazzer_Exxtra.html
https://pornve.com/nmyuk5x7vj3w/Abigail_Mac_Isiah_Maxwell_Just_Dont_Fuck_The_Bosss_Daughter.html
https://pornve.com/nn0s66bzaarb/He_Came_At_Night_-_Part_1.html
https://pornve.com/nn3j5uzev71s/Valentina_Nappi_-_Clutching_Her_Pearls.html
https://pornve.com/nn6ap8vdvghh/Amirah_Adara_-_Crazy_Ex_Car_Wash.html
https://pornve.com/nnfb2juhlr43/Alura_Jenson_The_Master.html
https://pornve.com/nnloabggn409/Alix_Lynx_-_Reaching_Up.html
https://pornve.com/nnr0pywexo06/Anny_Aurora__Texas_Patti_-_Texas_Patti_And_Anny_Clean_Up.html
https://pornve.com/nns99n6paqbo/Katie_St_Ives_-_Nanny_Fanny.html
https://pornve.com/nnwh8rt3rce3/My_Boyfriend_Would_Never_Cheat_On_Me.html
https://pornve.com/nnzs713rkht4/reverse_cow_girl_compilation_.html
https://pornve.com/no1gcl6kwa65/Hime_Marie_-_Forbidden_Fruit_Tastes_The_Sweetest.html
https://pornve.com/no21qm10hx2d/Sovereign_Syre_-_Sovereign_Blows_The_Party_Big_Time.html
https://pornve.com/no4ob4lc1ixi/Olivia_Austin_Produce_Aisle_Poonani_milf_fucking_in_super_market_by_stranger.html
https://pornve.com/no5fysyv98aj/Hailey_Young_-_Desperate_Times_Call_For_Naughty_Pleasures.html
https://pornve.com/noabi75lzs3l/Ariella_Ferrera_-_Wet__Naughty_Sponge_Bath_Party.html
https://pornve.com/nobn5e386ss0/bex_20_02_28_milly_marks_grinding_a_gamer.html
https://pornve.com/noqiwjedi54o/Alexis_Monroe__Jessa_Rhodes_-_Picking_The_Perfect_Pussy.html
https://pornve.com/novwnas1s3e6/Liza_Del_Sierra_Danny_D_-_Giving_Him_The_Talk_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/np1lnecbswvz/Ariella_Ferrera_Take_A_Seat_On_My_Dick_2.html
https://pornve.com/np20ivea2skr/Crystal_Rush_Justin_Hunt_-_Hot_Day_For_Anal_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/npaqanmf1id6/BrazziBots_-_Part_1.html
https://pornve.com/npc1szzaeno2/Lost_On_Vacation_San_Diego_Part_Two_Romi_Rain__Brick_Danger.html
https://pornve.com/npf41uodj698/Mya_Mayes_-_Milf_Wants_More.html
https://pornve.com/npfscxc1wfkz/Jessica_Nyx_-_Beautiful_Aura_Wanna_Fuck.html
https://pornve.com/npiboyz1xa6j/Luna_Star_-_Luna_Rides_The_Pole_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/npl7x90nebf8/30_Minutes_3Some_Cumshot_Loads_In_HD_2_Chicks_1_Dick_Facial_Cumhot_Titty_Loads_Jizzworld.html

https://pornve.com/npl8weqsc9xh/Athena_Faris_Noemie_Bilas_-_A_Family_Affair_The_Reunion_Part_2_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/npr9udtj9dq3/Austin_Lynn_-_House-Sitting_Whore.html
https://pornve.com/nptezgjw1joh/Melissa_Moore_-_Big_Dick_In_A_Little_Box.html
https://pornve.com/nq04gmzxxokl/Audrey_Bitoni_-_Equipment_Room_Boom_Boom.html
https://pornve.com/nq1av0e1e2ij/Layla_Rose__Nina_Mercedez_-_This_Is_My_House_Bitch.html
https://pornve.com/nq1nzkjudska/Raven_Hart_-_My_Slutty_Stepmoms_Wedding.html
https://pornve.com/nq2bddvrpcz2/Tiffany_Tyler_-_Cooling_Off_With_A_Hot_Fuck.html
https://pornve.com/nq2o4jjsjnrd/Stroke_It_For_Me_Brazzers.html
https://pornve.com/nq3yfosludwg/DareDorm_Ariel_Lee_Annika_Eve_Avery_Adair_-_Slumber_Party_02_09_2016.html
https://pornve.com/nq9krnd395pe/Cherie_Deville_-_Cosplay_With_My_Ass.html
https://pornve.com/nqaid68mxu5x/snowbanging_part_1.html
https://pornve.com/nqluujv9bg9v/Blake_Rose__Isis_Love_-_Bathing_Suit_Beauties.html
https://pornve.com/nqn3ohanj260/rob_me_blind_and_fuck_me_stupid.html
https://pornve.com/nqnn44cyp0lk/Madison_Ivy_Xander_Corvus_Revel_In_A_Blue_Dress.html
https://pornve.com/nqqmqrtnlx6y/Stop_Enough_My_mother_can_hear_that_youre_fucking_me_like_a_slut.html
https://pornve.com/nqv3bobktiv7/Abella_Danger__JoJo_Kiss_-_Our_Sorority_Sucks.html
https://pornve.com/nr0b3jtni7k9/Rachael_Madori_-_Ass_Candy.html
https://pornve.com/nr1l62nvsdbh/Adriana_Chechik_-_Never_Get_Married_-_The_Aftermath.html
https://pornve.com/nr6g1h8w06gy/Vanilla_Deville_-_ZZBA_Jam.html
https://pornve.com/nr7fuqwtw46b/Mandy_Muse_-_Ho_In_The_China_Shop.html
https://pornve.com/nr7k3hk5r0gh/Chanel_Preston__Jillian_Janson_-_Love_To_Lick.html
https://pornve.com/nra2uvuexn61/Capri_Cavanni_-_Piece_Of_Cake.html
https://pornve.com/nrampxgv1h3x/Shae_Summers_VIP_-_Daisy_Summers_Ashton_Pierce_Shae_Summers.html
https://pornve.com/nrfaw0jn1juy/London_River_-_Sports_Suck.html
https://pornve.com/nrgdugm0g1aw/Peta_Jensen_-_Our_New_Maid_-_Part_2.html
https://pornve.com/nrgqa7xx1b1k/Mandy_Haze_-_Wrong_Dorm_Right_Girl.html
https://pornve.com/nrr8mdbu4cxf/Krysta_Kaos_-_Krystas_Big_Cock_Cravings.html
https://pornve.com/nrtn2bw5euvr/ham_20_05_20_lacy_lennon_and_evelyn_claire_jukebox_showdown.html
https://pornve.com/nrxeuorxe6vl/phoenix_marie_and_kelly_divine.html
https://pornve.com/nrytlqalsv7i/Rachel_Starr_-_Watch_Me_Cheat.html
https://pornve.com/ns25jf6i5lys/Anikka_Albrite__Nicole_Aniston_-_Damsels_In_Denim.html
https://pornve.com/ns2lf9fm6pyz/Veronica_Rayne_-_The_Merger.html
https://pornve.com/ns45jzm80z3p/Hadley_Viscara_-_A_Natural_Distraction.html
https://pornve.com/ns77spf7jxwr/Sammie_Spades_-_Fuck_That_Ass_In_Class.html
https://pornve.com/ns79fu3931rt/Brandi_Love_And_Katie_Morgan_-_Puzzled_Over_Pussy.html
https://pornve.com/ns7rcxgranmp/Chanel_Preston__Luna_Star_-_Cum_Like_Its_Hot.html
https://pornve.com/nsdgvei4a1yb/Best_Of_Brazzers_-_Ava_Addams.html
https://pornve.com/nseipclwc40n/Kissa_Sins_-_Lets_Talk_About_Sex.html
https://pornve.com/nsejgcqgrehn/Charlotte_Stokely_And_Cherie_Deville_Sweet_Cherie.html
https://pornve.com/nsfuyerb5dk0/Eva_Notty_-_Pre-Dance_Romance.html
https://pornve.com/nsm79xgsna5x/Madelyn_Marie_-_Bra_Presentation.html
https://pornve.com/nsu5mbdzyb06/Romi_Rain_Ricky_Johnson_-_Pounded_By_The_Pool_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/nsvfl29uuxid/Alexis_Fawx_Xander_Corvus_-_Super_MILF_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/nswheys6cblq/Kortney_Kane_-_I_Want_Cock_Now.html

https://pornve.com/nt5k78n20h9i/Kelsi_Monroe_-_Kelsi_Gets_Down.html

https://pornve.com/nt5w5kiddqec/Kianna_Dior_-_New_To_The_Neighborhood.html

https://pornve.com/nt97t7v8bi95/Blanche_Bradburry_Danny_D_-_Crushing_His_Dreams_-_Big_Butts_Like_It_Big_June_24_2018.html

https://pornve.com/ntck7pzy0gj1/DayWithAPornstar_Lacey_Bender.html

https://pornve.com/ntcxdwovyjig/Lily_Labeau_-_Porn_Set_P_A.html

https://pornve.com/nte4v073zp9n/Angela_White_-_Jean_Queen.html

https://pornve.com/ntedpur51uw2/Paisley_Pepper_Jmac_-_Pretty_Paisley_-_First_Time_Audition.html

https://pornve.com/ntfdi6m2n13g/Rachel_Roxxx_-_Pornstar_Extraordinaire.html

https://pornve.com/ntgwp0n5oo7d/Brazzers_A_View_of_the_English_Cuntryside_Bangbros_AssParade_Mandingo_Monica_Santhiago_Brunett.html

https://pornve.com/ntia27yhuidt/analljordi_is_a_creepy_bastard_plump_pantyhosekagney_linn_karter__jordi_el_nio_polla_jordi_fucked_another_milf_21_top_rated_porn_video_of_today_50_most_played_porn_video_of_today_102_top_rated_porn_video_of_week.html

https://pornve.com/ntju38adap9n/Getting_joan_out_of_the_shower.html

https://pornve.com/ntkey11co626/Jesse_Jane_Fixing_For_A_Fix.html

https://pornve.com/ntnagn9efjdb/Mandy_Muse_-_Anal_Cult.html

https://pornve.com/ntpdh3clu5ky/Allie_Jordan_-_Tip_Me_Mister_Grocery_Boy.html

https://pornve.com/ntpsn9kegs02/Ryan_Keely_Contracts_A_Cock_Ryan_Keely.html

https://pornve.com/nttc0qohst52/Monique_Fuentes_-_Young_Man_Attacked_By_Cougar.html

https://pornve.com/nu0lp8bw65i1/Cherie_Deville_Cali_Carter_Massage_My_Mother_In_Law.html

https://pornve.com/nu2jk2a04squ/Brazzers_-_Alina_Lopez_Rude_Awakening.html

https://pornve.com/nu3gg2dc0prl/RKPrime_19_09_25_Kira_Queen_Kings_Spa_Kira_XXX.html

https://pornve.com/nud2qpfwn1ge/Brooke_Lee_Adams_-_Amusement_Fuck.html

https://pornve.com/nuhnofjglmxf/Phoenix_Marie_-_Rainy_Anal_For_Mrs_Marie.html

https://pornve.com/nujdkdg9pu1m/Taylor_Sands_-_Horny_Wife_Gets_Her_Fix.html

https://pornve.com/nuloxdrt9md9/Brazzers_-_Honey_Would_You_Mind_Milking_My_Nuts_2.html

https://pornve.com/nusqcarj90vo/Abella_Danger_-_Working_His_Pole.html

https://pornve.com/nutmbkdkznon/Tia_Cyrus_Xander_Corvus_-_Mod_Bod_-_Baby_Got_Boobs_-_Brazzers.html

https://pornve.com/nuxs92nm79l2/Karlie_Montana_Karlie_Analysis.html

https://pornve.com/nv10v5y27igj/EuroSexParties_Cassie_Right_Carry_Cherry_Two_On_One_-_04_12_2016.html

https://pornve.com/nv1xuysql3o5/Simony_Diamond_-_Glamorous_Booty_Shake.html

https://pornve.com/nv3x24l39kcq/Amber_and_Mystique_Show_Off_Their_Big_Tits_Brazzers.html

https://pornve.com/nv4hymp4e0v5/Brandy_Aniston_-_W-H-O-R-E.html

https://pornve.com/nv8igreydamj/Jackson_Diamond_MoM.html

https://pornve.com/nv9mkxxk3q3t/Candy_Manson_-_Masseur_To_The_Stars.html

https://pornve.com/nvb74bgb95u9/Sofia_Rose_Jordi_El_Nino_Polla_-_Load_Size_Jordis_Max_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/nvbehxfo4w8y/_Brazzers_-_A_hot_threesome_after_the_theater_with_babes_Brenna__Yurizan_.html

https://pornve.com/nvegs0gsxmc8/Help_Doc_I_am_Horny_Brazzers.html

https://pornve.com/nvk82qiwc2wc/BigWetButts_Luna_Star_Luna_Loves_Anal.html

https://pornve.com/nvlo3yemtlxf/Leigh_Darby_-_Drilling_Miss_Darby.html
https://pornve.com/nvq93j7hb4rz/Jessica_Nyx_-_Flash_Photography.html
https://pornve.com/nvv6wel0ks4j/Alison_Avery_Michael_Vegas_-_Fill_My_Quota_-_Big_Tits_At_Work_-_Brazzers.html
https://pornve.com/nvvkd7sgujkz/RealWifeStories_Ava_Addams_Survey_My_Pussy_-_30_12_2016.html
https://pornve.com/nvyapn4kpquv/Courtney_Taylor_-_Healing_Touch.html
https://pornve.com/nw0k3244e9as/Blake_Rose_-_Who_Cares_Let_Me_Fuck_Your_Tits.html
https://pornve.com/nw4khp9pek0k/Nikki_Delano_-_Morning_Comes.html
https://pornve.com/nw5ms47egzd2/Sara_Jay_Lil_D_-_Bring_Me_The_Manager_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/nw8il09agd3r/Too_Hot_To_Handle_Reagan_Foxx_Kyle_Mason.html
https://pornve.com/nw9hfshun9kt/JoJo_Kiss_-_Hole_In_One.html
https://pornve.com/nwakpjarw1ml/RealWifeStories_Taylor_Sands_Horny_Wife_Gets_Her_Fix.html
https://pornve.com/nwbcfy9cx5ew/Dahlia_Sky_-_Dahlia_Skys_Assholes_The_Limit.html
https://pornve.com/nwdx4ku85jdq/Kristina_Rose_-_ZZ_Lemonade.html
https://pornve.com/nweez3ekra0i/Bridgette_B__Nicolette_Shea_-_BabeZZ_Watch.html
https://pornve.com/nwgxjwq49rh0/Janice_Griffith_-_Watch_Party.html
https://pornve.com/nwk7zux9g1ff/Filthy_Fuck__Part_Two.html
https://pornve.com/nwku6zxyhwvd/Violet_Smith_-_Pump_Up_The_Volume.html
https://pornve.com/nwnlhlwpeckk/Fuck_The_Interview_Cassidy_Banks.html
https://pornve.com/nwnos3uwkdxm/Asa_Akira__London_Keyes_-_The_Perfect_Marriage.html
https://pornve.com/nwu524fcno2v/RealityKings_Fucking_Euro_Milf_Realitykings_MILFHunter_Jordi_El_Nino_Polla_Blondie_Fesser_Blon.html
https://pornve.com/nwxb84hbdkyz/NEW_Mia_Malkova_Anal.html
https://pornve.com/nwy08nbwi0id/Richelle_Ryan_-_Milfer_Madness.html
https://pornve.com/nx3l1snc9gaf/Richelle_Ryan_Xander_Corvus_-_Boning_The_Bad_Boyfriend_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/nx5zt6td2it0/Amber_Cox_-_I_Vant_To_Suck_Your_Tits.html
https://pornve.com/nx8erjv9u5gp/Reagan_Foxx_-_Save_The_Tits.html
https://pornve.com/nx9asv9t646y/LANA_RHOADES__OVER_EASY.html
https://pornve.com/nxq4wesv2zeh/Ania_Kinski_-_Your_Mom_Is_Hotter.html
https://pornve.com/nxy6wylilqn6/Ariella_Ferrera_-_The_Whorin_Warden.html
https://pornve.com/nxz1cy6wj0g6/New_Layla_London.html
https://pornve.com/ny1y1747da0a/Alina_Lopez_-_Pharma_Sutra.html
https://pornve.com/ny3ufoyocs8c/Apolonia_-_Surprise_Invasion.html
https://pornve.com/ny4xq32xelig/Hardcore_Squirt_Cytherea_Can_I_Crash_And_Bang_Your_Mother.html
https://pornve.com/ny5uky0dxfyn/Aubrey_Addams_-_All_My_Thongs_Are_Too_Small.html
https://pornve.com/nyc8h8pf5tmn/Nina_North_-_No_Skatewhoreding.html
https://pornve.com/nyf5h5ydynhi/Amber_Jayne_-_The_Art_Of_Decluttering__Orgasming.html
https://pornve.com/nyhhgjh8q06g/Clea_Gaultier_-_The_Anal_Ballet.html
https://pornve.com/nyizrc6egrg3/Aubrey_Rose__Cory_Chase_-_Tight_And_Tanned_-_Part_1.html
https://pornve.com/nymtm4rpdbeb/Aj_Applegate_-_Escape_From_Asscatraz_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/nypzs3smh0fm/Celeste_Star__Dani_Daniels_-_Are_You_Still_Awake.html
https://pornve.com/nyqnebd56vsf/Asa_Akira_-_Mean_Head_Game.html
https://pornve.com/nz4bdiqc7she/Ashley_Sinclair_-_Ripe_To_Be_A_Pornstar.html
https://pornve.com/nzbosusqvgsq/Liza_Del_Sierra_-_Professors_Got_The_Moves.html
https://pornve.com/nzbzo7bte9vs/Claudia_Valentine_-_Bitch_On_The_Beach.html

146

https://pornve.com/nzd25eqy061i/Uma_Stone_-_Truant_Titties.html
https://pornve.com/nzeav12wu65h/_Brazzers_-
_Hot_cheerleader_Anya_Ivy_gets_fucked_by_basketball_coach_.html
https://pornve.com/nzmm9hjycvfa/Tour_Of_London_-_Part_2.html
https://pornve.com/nzoa7fuidqly/Richelle_Ryan_Xander_Corvus_-_Cuntry_Cock_-
_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/nztnh75p540t/Madelyn_Marie_-_Pornstar_Apprentice.html
https://pornve.com/nzyamt6q4fmb/_HD_Adriana_Chechik_Franceska_Jaimes_Holly_Hendrix__8_Best_Of_Br
azzers_Anal_Extravaganza.html
https://pornve.com/o007rbbnxd49/Jill_Kassidy_Duncan_Saint_-_Skinny_Dip_Dicking_-
_Teens_Love_Huge_Cocks_-_Reality_Kings.html
https://pornve.com/o013etto5ias/Jamey_Janes_-_Cock_Roulette.html
https://pornve.com/o063smw4xvt5/Alexis_Fawx_-_Slip_And_Slide.html
https://pornve.com/o0dqnz7u7d34/Brazzers_-_Pool_Toy.html
https://pornve.com/o0dy0romc9cj/Mason_Moore_-_Jungle_Booty.html
https://pornve.com/o0edfb4x3e5n/Courtney_Cummz_-_Infiltrating_A_Pornstars_Wet_Anus.html
https://pornve.com/o0jrdvaip6mk/Jada_Fire__Jessie_Volt_-_Butt_Club.html
https://pornve.com/o0lcfvyy10sb/Sarah_Vandella_-_Pre-Game_Titual.html
https://pornve.com/o0pum98cky2l/Alyssa_Reece__Sheena_Shaw_-_4th_Down_On_All_Fours.html
https://pornve.com/o0t73hykhord/Abella_Danger__Katana_Kombat_-
_Working_Out_Their_Anger.html
https://pornve.com/o0v6kx4d4bh3/Lela_Star_Xander_Corvus_-_Sex_Preparedness_Class_-
_Big_Tits_At_School_-_Brazzers.html
https://pornve.com/o0wnawgj376o/Mackenzee_Pierce_-_Inglourious_French_Maids_-_Brazzers.html
https://pornve.com/o0wpt9y2132u/Hallowanal_Brazzers.html
https://pornve.com/o1263rq598hs/Abella_Danger__Luna_Star_-_Eat_Her_Cheater.html
https://pornve.com/o14e5uoat9ui/Chanel_Preston__Julia_Ann_-_Night_Caps.html
https://pornve.com/o151fa42h3u3/8thStreetLatinas_Malina_Mars_Peter_Green_-_Man_In_Mars.html
https://pornve.com/o1616dx8i7tb/Summer_Brielle_-_Sex_Sells_Baby.html
https://pornve.com/o1760eyjkpmt/Lexi_Luna_-_The_Boy_Toy_Deluxe.html
https://pornve.com/o18alplak60i/Soccer_Moms_Suck.html
https://pornve.com/o1fxhwoefzcd/nikki_and_phoenix.html
https://pornve.com/o1goa3s4lh2d/BrazziBots_-_Part_4.html
https://pornve.com/o1ikdfzddi3r/Sydney_Cole_-_Netdicks_And_Chill.html
https://pornve.com/o1jbdx1bmh17/Abella_Danger_Chad_White_-_Bright_Booty_-_Monster_Curves_-
_Reality_Kings.html
https://pornve.com/o1k44secw8mg/Rachel_Roxxx__Sienna_West_-
_How_To_Handle_Your_Students_101.html
https://pornve.com/o1sj8v79fvqo/Jenny_Hendrix_-_Winning_Big_with_The_Lottery.html
https://pornve.com/o1uczdcub6r5/Brazzers_Live_-_39.html
https://pornve.com/o1ue2z6q5zkf/Brazzers_Worldwide_Budapest_-_Episode_6.html
https://pornve.com/o1uxctw1kjht/Katana_Works_It_Brazzers.html
https://pornve.com/o1xclyij5m1j/Isis_Love_-_Boning_Her_Bodyguard.html
https://pornve.com/o1y59d1rlrwx/Sky_Taylor_-_Fight_Your_Fears_Pound_Those_Rears.html
https://pornve.com/o1zj07y3zcyl/Devon_Lee_-_Exclusive_Ass.html
https://pornve.com/o208g2a7ndqx/Madison_Scott_-_MacBoober.html
https://pornve.com/o26l623ldg70/Anissa_Kate__Nekane_Sweet_-_Booty_Work.html
https://pornve.com/o2a0fd93cgdk/Teens_Like_It_Big_Gwen_Stark_My_Stepsisters_New_Outfit.html

https://pornve.com/o2bc70o8gvaz/Brittany_Andrews_Markus_Dupree_-_Full_Moon_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/o2bjh166xc4d/American_Whore_Story_-_Part_5.html
https://pornve.com/o2cwmlpb2rr2/Cherie_Deville__The_Mad_Dr_Deville_40BrazzersExxtra41.html
https://pornve.com/o2j0zn4zh5r0/Capri_Cavanni_-_Hot_And_Taught.html
https://pornve.com/o2j836ugyq5e/Crista_Moore_-_Put_That_Mystery_Meat_In_My_Mouth.html
https://pornve.com/o2lfx1c615d5/Amia_Miley_-_Stick_Em_Up_Pussy.html
https://pornve.com/o2nh1jy29kgd/Gabriela_Lopez_-_Champagne_And_Diamonds.html
https://pornve.com/o2w9sdjsp0cp/Eva_Karera_-_The_Seance_Of_Sucking_Dick.html
https://pornve.com/o30qzqte7fv1/Natasha_Nice_-_Nailed_It.html
https://pornve.com/o32ckm7n8u02/Angelina_Valentine__Tory_Lane_-_Hands_On_Procedure.html
https://pornve.com/o32r1vq97i5l/Power_Bangers_XXX_-_Episode_4.html
https://pornve.com/o38k6u85xoqr/Osa_Lovely_Kyle_Mason_Xander_Corvus_-_Nailed_Through_The_Wall_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/o39y8zgx7q2n/Kortney_Kane_-_Kortney_Kills_-_Part_1.html
https://pornve.com/o3dznlx8fvzu/Julia_Ann_-_Hooked_On_Bras.html
https://pornve.com/o3ecx80nyryk/Olivia_Austin_-_Mom_Needs_Money.html
https://pornve.com/o3iztbudrxue/Julia_Ann__Veronica_Avluv_-_Business_Dinner_With_The_Wives.html
https://pornve.com/o3pn915amfij/_Brazzers_-_Sienna_Day_takes_huge_white_cock_up_her_ass_in_pov_.html
https://pornve.com/o3vxh54xmwxp/Ariella_Ferrera_-_Fellatio_From_The_She-E-O.html
https://pornve.com/o3zf04bmwmso/Natalia_Rossi_-_Curiosity_Filled_The_Snatch.html
https://pornve.com/o494musjwe9p/BigTitsAtSchool_stacy_cruz_a_d_well_earned.html
https://pornve.com/o4jcz24ulbs0/Sneaky_Student_Snogging_Jenny_Glam.html
https://pornve.com/o4kmou6db4fm/Kims_Yoga_Pants_Big_Booty_Brunette_Lela_Star_Rides_A_BBC_.html
https://pornve.com/o4l14s95muai/Abella_Danger_-_Caught_Up_In_Abella.html
https://pornve.com/o4ltejp4wi99/Kira_Noir_Scott_Nails_-_Take_Another_Fucking_Study_Break_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/o4mqmks7bfll/Phoenix_Marie_Dreams_Tell_The_Future.html
https://pornve.com/o4pf0b5dugav/Dylan_Phoenix__Molly_Jane_-_Big_Tits_On_The_Bottom_Bunk.html
https://pornve.com/o4wolzu14ffv/Puma_Swede_Anal_Makes_It_All_Better.html
https://pornve.com/o4x2wsfavcaq/Rikki_Six_Big_Juicy_Tits_Combo_To_Go.html
https://pornve.com/o4ywb24g1hvt/Eva_Angelina_-_The_Twilight_Bone.html
https://pornve.com/o52guo684euy/Step_Brazzers_Dahlia_Sky_Ramon__Toni_Ribas.html
https://pornve.com/o5edeltiwhn3/Holly_Morgan_-_My_Best_Friends_Wife_The_Payback.html
https://pornve.com/o5fwabwz0drt/Brazzers_Live_-_19.html
https://pornve.com/o5g1dc2k9no9/Erica_Fontes_-_Oily_Adultery.html
https://pornve.com/o5itstjzk4rj/MommyGotBoobs_17_02_26_Cytherea_Can_I_Crash_And_Bang_Your_Mom_XXX_-KTR.html
https://pornve.com/o5jirzpx979n/Big_Ass_Agent_Fucked_By_Client_Big_Ass_To_Big_Tits.html
https://pornve.com/o5oifg0wedps/Mary_Jean_-_Overworked_Titties.html
https://pornve.com/o5rgmm6395q0/Siri_-_Siri-ously_Big_Tits.html
https://pornve.com/o5s62vpc4c73/Abella_Danger_Kimmy_Granger_Dirty_Little_Gamer.html
https://pornve.com/o5t2s8fapkwx/Lizz_Tayler__Veronica_Rodriguez_-_Step_Sisters_First_Cock.html
https://pornve.com/o5tcozf249jg/Bridgette_B_Karma_Rx_Ricky_Spanish_-_The_Getaway_Part_2_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/o5vxfj3z5rmb/Vanessa_Cage_-_The_Housesitter.html
https://pornve.com/o5yw4adowyaz/Fucks_Moms_New_Boyfriend.html
https://pornve.com/o6449swybvvf/Ashley_Fires_-_Watchin_The_Game_with_Ashley.html
https://pornve.com/o64yfjh3pmjn/Amber_Jade_-_Teachers_Pet.html
https://pornve.com/o65u0tqsqmqk/Moms_In_Control_14_S3_Ava_Addams_Kimmy_Granger.html
https://pornve.com/o6b8mnz6m9ap/Cassidy_Banks_Johnny_Sins_Stacked_Sister-In-Law.html
https://pornve.com/o6d441ve4u46/Casey_Calvert_Ricky_Spanish_-_Happy_Masturbation_Month_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/o6ez85syv0cn/Ashley_Anderson__Karma_Rx_-_Corrupted_By_Karma.html
https://pornve.com/o6k0h51ffsbe/BEST_NEW_Julia_Ann_-_720p.html
https://pornve.com/o7b0ero4u0r2/Stripper_having_sex_while_working.html
https://pornve.com/o7g5lukpyxbk/Monica_Mayhem_-_Deep_Oral_Resuscitation.html
https://pornve.com/o7gk6xk7r24e/Public_Anal_Kagney_Linn_Karter.html
https://pornve.com/o7i28fou6pyt/Breanne_Benson_-_Big_Cock_For_The_Last_Time.html
https://pornve.com/o7ldplz4k2zm/Nicolette_Shea_-_Bath_Bombshell.html
https://pornve.com/o7u16bnyow5a/_Whats_My_Grade_Again_.html
https://pornve.com/o7up2w44tj08/Cock_Crazed_Canadian_Nikki_Benz__Keiran_Lee.html
https://pornve.com/o7v11pbd6zt0/Chantelle_Fox_-_The_Wet_Look.html
https://pornve.com/o7w959av5zei/Sarah_Banks_-_Booty_On_The_Bike.html
https://pornve.com/o80utll2pxif/Casey_Cumz_-_Rubdown_Revenge.html
https://pornve.com/o82n4gdsl5iy/Luna_Star_Kyle_Mason_-_All_Dolled_Up_Anal_Edition_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/o853upkib31q/Chloe_Lamour_-_This_Could_Be_The_End.html
https://pornve.com/o85vre3ejon4/Abigail_Mac_Daisy_Summers_-_Lady_lust.html
https://pornve.com/o8iee80miwaa/Kayla_Kayden_HD_1080_Anal_Big_Tits_Blonde_Double_Penetration_DP_Threesome.html
https://pornve.com/o8qg2u1nm9as/Abigail_Mac_-_A_Domestic_Dicking.html
https://pornve.com/o8qihxgur84j/Nicole_Aniston__Riley_Reid_-_Porn_Logic.html
https://pornve.com/o8qt9swg19hw/BigTitsAtWork_Isis_Love_Spilling_The_Boobs_-_02_11_2016.html
https://pornve.com/o8v53y0wjlmf/GFRevenge_Slippery_when_wet.html
https://pornve.com/o8xn9ff42cn7/Lisa_Ann_-_Eyes_Wide_Slut.html
https://pornve.com/o8ylww7zfjfh/Katja_Kassin_-_Katja_Red-Handed.html
https://pornve.com/o92d6nrzt1vj/Moms_In_Control_14_S5_Rebecca_More_Rhiannon_Ryder.html
https://pornve.com/o9403ebag7lq/Kiera_Rose_Pussy_Is_The_Best_Medicine.html
https://pornve.com/o98gwln3lg2c/StreetBlowJobs_Charlie_Nash_-_Facial_Fun_09_10_2016.html
https://pornve.com/o9a997y8a8lo/Abella_Danger_Alex_Legend_-_Curbed_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/o9es3k5vygaw/Jade_Baker__Molly_Stewart_-_Study_Frenemies.html
https://pornve.com/o9fbeo9x49jh/Jessica_Moore_-_Shes_So_Soft_And_Warm_In_My_Arms.html
https://pornve.com/o9kjp5j36zvi/Blake_Morgan_-_Pitch_It_Down_The_Pipe.html
https://pornve.com/o9qkwcmuyq6h/Amy_Anderssen_-_Time_2_Meet_The_Mutherload.html
https://pornve.com/o9rls85cdf8z/Cassidy_Banks_-_Banging_Ms_Banks.html
https://pornve.com/o9sjzcq4qfrp/Marie_Clarence_-_One_Very_Important_Business_Call.html
https://pornve.com/o9uw8nnf498u/Kassondra_Raine_-_Horny_Wife_Wants_A_Stranger.html
https://pornve.com/o9vlfah01q7e/Zara_DuRose_Danny_D_Corporate_Espionage.html
https://pornve.com/oa0rgmuc327r/Angela_White__Nicolette_Shea_-_Caught_Talking_Dirty.html
https://pornve.com/oa5ku8bvyrsg/Ella_Hughes__Shona_River__Zoe_Doll_-_Lets_Welcome_The_New_Student.html

https://pornve.com/oaahpuvyr549/Ava_Addams__Kimmy_Granger_-_All_Night_Rager.html
https://pornve.com/oaai7g8d4v6v/Brandi_Loves_The_Contractors_Brandi_Love_Michael_Vegas__Toni_Ribas.html
https://pornve.com/oadp93d3g30u/Jessica_Ryan_-_The_MILF_Experience.html
https://pornve.com/oajjohhkb2vb/Stephanie_Carter__Shane_Blair_-_Suck_On_Stephanie.html
https://pornve.com/oakxrz293r9a/Alektra_Blue_Kirsten_Price_-_Threesome_With_The_Date_Coach.html
https://pornve.com/oaqqcdw2zfqr/Pressley_Carter_-_Best_Buds.html
https://pornve.com/oaqtdaronuy5/Christie_Stevens_-_My_Blindfolded_Stepmom.html
https://pornve.com/oawud42gy63z/Alessa_Savage_-_Renters_Pussy.html
https://pornve.com/oaxnjjjk020n/bex_20_03_10_khloe_kapri_checkmate.html
https://pornve.com/oayofmheb81s/Harley_Jade__Yhivi_-_Switching_Teams_-_Part_1.html
https://pornve.com/ob0ul1dlbipc/Alexis_Texas__Rachel_Starr_-_Whore_Fuckers.html
https://pornve.com/ob9gic1og6v6/Kortney_Kane_-_Glory_Hole_Addiction.html
https://pornve.com/obaonb9pxcu3/Carmen_Caliente_-_Latin_Rubdown.html
https://pornve.com/obb1mvqazn5k/Ariella_Ferrera_Miss_Ferrera_Wants_It_Bad.html
https://pornve.com/obfm9jzlzcre/Kelley_Devine_Kristina_Rose_And_Johnny_Sins_Sweet_ANAL_Threesome.html
https://pornve.com/obhbfh2i52fp/Charley_Chase__Lylith_Lavey_-_Guess_Whos_Cumming_For_Dinner.html
https://pornve.com/obk1mgttn4pu/Abbey_Brooks_-_Show_Me_What_You_Can_Do.html
https://pornve.com/obp1rr1m5nlc/Rhiannon_Ryder_Squirtin_On_A_Nerd.html
https://pornve.com/obp7ny5d5tu1/Katana_Kombat_-_Im_Trying_To_Sell_A_House.html
https://pornve.com/obpoqvxxfl3m/Dahlia_Sky_-_Step_Brazzers.html
https://pornve.com/obr7h8xy3a9x/Girl_Fucked_in_every_hole.html
https://pornve.com/obrh94xorvw2/Kagney_Linn_Karter__Monique_Alexander_-_Porno_P_I_-_Part_3.html
https://pornve.com/obrqlofidbr2/Paige_Turnah_-_The_Porn_Artist.html
https://pornve.com/obv2txqvabax/Vanessa_Blake_-_Real_Thick_And_Juicy.html
https://pornve.com/obvpzy8cavk8/Esperanza_Gomez_-_Wide_Open_House.html
https://pornve.com/obwztzi64pcf/Jenni_Lee__Rachel_Roxxx_-_Caged_Pussy.html
https://pornve.com/oc2phy1rtgi1/Krissy_Lynn__Kylie_Page_-_Cinematic_Climax.html
https://pornve.com/oc39nh1n7xwq/Brazzers_Tell_Me_What_You_Want.html
https://pornve.com/oc5b6lccgso7/Cory_Chase_-_April_Fools_Honey.html
https://pornve.com/oc5wa8c4a3f6/Victoria_June_Scott_Nails_-_All_Dolled_Up_The_Birthday_Present_-_Pornstars_Like_it_Big_-_Brazzers.html
https://pornve.com/oc6eusj9mxd3/Athena_Faris_-_These_Pipes_Are_Clean.html
https://pornve.com/oc6zvmyzgtr1/Rikki_Six_-_Big_Juicy_Tits_Combo_To_Go.html
https://pornve.com/ocfeb7lsorov/Brazzers_-_Rebecca_Jane_Smyth_Peeping_Stepson.html
https://pornve.com/ocfp7qukf3kh/Lovita_Fate_-_My_Mom_Would_Never_Expect_This.html
https://pornve.com/ocg7wf4j0d8y/_Dont_Trust_Your_Friends_.html
https://pornve.com/ocidjn8hyyi0/Olivia_Blu_-_Fuck_Away_The_Writers_Block.html
https://pornve.com/ocuakap1m1ef/Gia_Dimarco_-_Ms_DiMarco_Will_You_Please_Cum_Into_My_Office.html
https://pornve.com/od81gha0gsiq/Queen_of_Thrones_Part_2.html
https://pornve.com/od8bvglub3oi/Facal_Threesome_Babe_Aaliyah_Love.html
https://pornve.com/ode83zh219gy/Chanel_Preston__Tasha_Reign_-_Getting_Mean_With_Tashas_Asshole.html

https://pornve.com/odfa0rxlub9e/Cherie_Deville_-_Moms_Got_A_Meeting.html
https://pornve.com/odmxsl06jf1n/Kendra_Sunderland_-_Dripping_Wet.html
https://pornve.com/odojfpmnk5j9/Audrey_Bitoni_-_Lets_Get_Physical_Therapy.html
https://pornve.com/odr13p50o9kk/DP_Interracial_Jayden_Jaymes_Fantasy.html
https://pornve.com/odsx3wdlkgu9/Ariella_Ferrera_-_Memory_Milkers.html
https://pornve.com/oe2ct21rghyt/Yasmine_de_Leon_-_A_Family_Affair.html
https://pornve.com/oe62sjtdfuvh/Monique_Alexander_Pinkblot_Test.html
https://pornve.com/oe7fndewqvpf/Brooke_Wylde_-_How_To_Pick_Up_A_Sleazebag.html
https://pornve.com/oeg4nlheed96/Best_Of_Brazzers_-_Squirt_Fest.html
https://pornve.com/oei0rib7gbfh/Rebecca_More_-_Ramming_Rebecca.html
https://pornve.com/oem9vzam73mb/Corinna_Blake_Sweet_tooth_.html
https://pornve.com/oemyg6og8p1e/Brazzers_-_Ava_Addams_Rent-A-
Pornstar_The_Lonely_Bachelor.html
https://pornve.com/oer2o5rc2z1u/Brazzers_-
_Cherie_Deville_Sneaking_Around_With_Her_BFfs_Son.html
https://pornve.com/oesror1ztdrk/Jynx_Maze_Levi_Cash_-_Fresh_Jynx_Juice_Remastered_-
_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/oeyri0ifn0p6/Candy_Manson_-_Laying_The_Smack_Down_On_Candys_Ass.html
https://pornve.com/of1g44rtbm9i/Sophie_Dee_Exorcism.html
https://pornve.com/of4pwqtyyim5/Anal_Nikki_Benz_New_170916.html
https://pornve.com/of6qwjybtuj0/Amirah_Adara_Angel_Wicky_Danny_D_Fancy_Ass_Fucking.html
https://pornve.com/ofdr7mjdbtvt/Katana_Kombat_-_Make_Yourself_Free-Useful.html
https://pornve.com/ofid3zkn6jds/Brandi_Love_Van_Wylde_-_Tell_Me_What_You_Want_-
_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/ofjg8o7szigi/Katana_Kombat_JMac_-_Teachers_Lounge_-_Big_Tits_At_School_-
_Brazzers.html
https://pornve.com/ofk4kwzfiwz4/Brazzers_My_Stepmom_And_Her_Siste.html
https://pornve.com/ofkgqncs48bo/Luna_Star_-_Shes_Not_What_He_Expected.html
https://pornve.com/ofl50msaqmq5/Alexis_Fawx_Xander_Corvus_-_Independence_Lay_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/oflrtssfxcks/BigNaturals_Rachel_Raxxx_40Them_Thangs_-_26_10_201641.html
https://pornve.com/ofmj1gic7wnr/Alena_Croft__Kristen_Scott_-_Doing_The_Dirty_Work.html
https://pornve.com/ofnqs669tcdn/Carter_Cruise_-_A_Warm_Place_to_Stay_Tonight.html
https://pornve.com/oforefeob52z/Purple_Bitch_Purple_Bitch_Gets_Surprise_Anal.html
https://pornve.com/ofsdz00bhh84/Alektra_blue_Keiran_lee_Big_tits_at_work_brazzers.html
https://pornve.com/ofsepmql1wed/Moms_Got_A_Meeting_Brazzers.html
https://pornve.com/ofu2k60jhb2s/Makayla_Cox__Vienna_Black_-_No_Pain_No_GPA_Gain.html
https://pornve.com/ofum9c7v3tok/Makayla_Cox__Shavelle_Love_-_Her_Daughters_Best_Friend_-
_2.html
https://pornve.com/ofv6qans58gs/Presley_Hart_-_The_Birthday_Special.html
https://pornve.com/og009sqamse8/MommyGotBoobs_19_08_26_Krissy_Lynn_Fucking_Family_Vacation_XXX
.html
https://pornve.com/og0aua40zbt3/Kenzie_Reeves_-_Selfies_With_The_Dean.html
https://pornve.com/og0n50w9dz2y/Abigail_Mac_Nicolette_Shea_Alex_Legend_-_BrazziBots_Part_2_-
_ZZ_Series_-_Brazzers.html
https://pornve.com/og3g87n6kq7q/Ashley_Adams_-_The_Mechanic.html
https://pornve.com/og4pnjj0p6aa/Amber_Jade_-_This_One_Is_Just_Right.html
https://pornve.com/og576udlzrp3/MommyGotBoobs_Nina_Elle_Hot_Mom_Swims_-_23_10_16.html

https://pornve.com/oge7rrwc80t1/Paige_Turnah_Prince_Yahshua_-_Caress_The_Curves_-_Monster_Curves.html

https://pornve.com/ogfid4h3y95m/New_Eva_Notty_Honey.html

https://pornve.com/oghncdi3srye/Francesca_Le_-_Big_Muscles.html

https://pornve.com/ogin6nx4dm28/DayWithAPornstar_-_Kenzie_Taylor_Kenzie_Chooses_Dick_Over_Dishes.html

https://pornve.com/ogk6hkoob9fl/Lisa_Ann_School_Of_New_MILF.html

https://pornve.com/ognorl2ywv25/Kendall_Kayden_Keiran_Lee_Busted_At_The_Babyshower.html

https://pornve.com/ogpg9xrlk3tr/The_House_Appraiser_-_Melissa_Moore_-_Reality_King.html

https://pornve.com/ogrg9pw54bdi/Cumshots_Compilation.html

https://pornve.com/ogxtax1vx7dc/brazzers2016_12_23_The_Listener.html

https://pornve.com/ogy2892riggo/BrazzersExxtra_-_Chanel_Preston_And_Monique_Alexander_Lets_Get_Facials.html

https://pornve.com/oh3pbzpn0yso/Cream_My_Jeans_Ryan_Conner__Keiran_Lee.html

https://pornve.com/oh402ha4sp42/Chanel_Preston_-_Chanels_Dirty_Secrets.html

https://pornve.com/oh5g4mpv7erj/PornstarsLikeItBig_-_Jasmine_Jae_Rebecca_Moore_-_How_Danny_D_Stole_XXXMas.html

https://pornve.com/ohb541hntoul/DirtyMasseur_19_08_21_Valentina_Nappi_Bodysuit_Banging_XXX.html

https://pornve.com/ohb7dtink42d/Queen_Of_Thrones_4.html

https://pornve.com/ohc4xw4w54ep/Lylith_Lavey_-_You_Massage_So_Show_Me.html

https://pornve.com/ohe3dg0cg5ru/Teanna_Trump_-_Grounded.html

https://pornve.com/ohimox6xk9tx/Dont_Touch_Her_-_Part_5.html

https://pornve.com/ohjocex3xdzv/Bree_Olson_-_WhoreObics.html

https://pornve.com/ohlzongurzcz/Karlee_Grey__LaSirena69_-_The_Maids_Make_A_Mess.html

https://pornve.com/ohnnrpa3dnut/Kissa_Sins_Keiran_Lee_-_Cult_Asspirations_-_Big_Butts_Like_It_Big.html

https://pornve.com/oho62rla2fw9/Valentina_Nappi_-_Stretch_That_Ass_Out.html

https://pornve.com/ohoikc5v1ghy/Ella_Knox_Charles_Dera_-_Busted_At_The_Banana_Shop_-_Big_Tits_At_Work_-_Brazzers.html

https://pornve.com/ohpc7dzh7ll2/Aletta_Ocean_-_Love_At_First_Fuck.html

https://pornve.com/ohr9dpnx6qxk/Karmen_Karma_-_Take_Your_Daughter_To_Twerk_Day.html

https://pornve.com/oht6kb3b0kag/Kagney_Linn_Karter_-_DPd_On_Her_Honeymoon.html

https://pornve.com/ohzblzly2ady/CumFiesta_-_Kymberlee_Anne_Slip_It_In_-_16_05_03.html

https://pornve.com/ohztwygtjaoc/Joslyn_James_Tyler_Nixon_-_Consoling_His_Cock_-_Mommy_Got_Boobs_-_Brazzers.html

https://pornve.com/oi1gg4b7lew5/_Brazzers-_Banging_blonde_professor_Jessa_Rhodes_get_fucked_by_her_student_.html

https://pornve.com/oi5pipcu77nv/Bobbi_Starr__Kristina_Rose_-_Our_Little_Secret.html

https://pornve.com/oi5y7wwxgkdp/Yurizan_Beltran_-_Rub_One_Out.html

https://pornve.com/oiddkl0i9dfb/Gina_Valentina_-_Driving_The_Babysitter_Wild.html

https://pornve.com/oidza539klhi/Sophia_Leone_-_Her_Daughters_Too_Tight.html

https://pornve.com/oiekkz2gesor/this_guy_works_wonders.html

https://pornve.com/oinznctcygs9/MilfsLikeItBig_Synthia_Fixx_The_Milf_In_The_Mirror_-_17_07_16.html

https://pornve.com/oiw7dw4pf73k/Eva_Angelina_-_Double_The_Punishment.html

https://pornve.com/oixhosn847sf/MomsBangTeens_Ryland_Ann_Parker_Swayze_-_Bang_It_Out_15_08_2016.html

https://pornve.com/oiyr2ej5hfx5/Isis_Love_-_Cant_You_Two_Get_Along.html

https://pornve.com/oj1b7z4ugwra/Rachel_sienna_Fuck_in_School.html

https://pornve.com/oj1pjhoc153f/Princess_Jas_Danny_D_-_Presto_This_Wand_Is_Magic_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/oj69gmvpr5gg/Ryder_Skye_-_Unexpected_Hot_Date.html

https://pornve.com/oj6fuyiimrds/Abigail_Mac_-_First_Impressions_Are_Important.html

https://pornve.com/ojb9we76mkul/August_Taylor_And_Summer_Brielle_-_Busty_Babes_Share_Yoga_Instructor.html

https://pornve.com/ojdvz7col14w/BigTitsAtWork_Cassidy_Banks_Fuck_The_Interview.html

https://pornve.com/ojigebsduh4v/Kagney_Linn_Karter_-_Fucking_Party_Of_The_Year.html

https://pornve.com/ojkl6kddad3a/kels1_m0nro3_published_on_77_minutes_ago_kels1_m0nro3.html

https://pornve.com/ojnz36kzsbu8/you_don_t_need_a_cock_part_2_jeni_angel_ryan_keely_jordi_el_nino_polla.html

https://pornve.com/ojpvpn468cqg/Katana_Kombat_-_It_Takes_Two_To_Tango.html

https://pornve.com/ojw4ln1bl91c/Luxury_Girl_-_Soaking_LuxuryGirls_Yoga_Pants.html

https://pornve.com/ojyupeg6fsqz/Jacky_Joy_-_Jacky_Joys_Joyride.html

https://pornve.com/ok22noxb3p7z/Cassidy_Banks__Elektra_Rose__Natalie_Monroe_-_Teen_Sleepover.html

https://pornve.com/ok2xy9dc6gur/Slip_It_In_4_S3_Deep_Stroke_Joseline_Kelly.html

https://pornve.com/ok4ha4p19ni6/MilfHunter_Katie_Morgan_Kinky_Katie_-_08_08_16.html

https://pornve.com/ok4vifgd9748/Nikita_Von_James_-_Doctor_Squirtsalot.html

https://pornve.com/okbe64j1vgio/Massage_Love_is_The_Bare.html

https://pornve.com/okcamc1bjiki/Phoenix_Marie__Piper_Perri_-_Phoenix_vs_Piper.html

https://pornve.com/oklevgnwskgk/Chanel_Preston_Keiran_Lee_-_One_Night_Is_Too_Long_Part_2_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/okllxebq80dc/Moriah_Fucks_Her_Muse_-_Moriah_Mills_Keiran_Lee.html

https://pornve.com/okpp8gcd27bx/Karlee_Grey__Keisha_Grey_-_Were_Roommates_For_A_Reason.html

https://pornve.com/oks1dspa8goc/Shay_Evans_JMac_-_Shay_Dreaming_-_Big_Tits_At_Work_-_Brazzers.html

https://pornve.com/okxl3ceoozhl/Stevie_Shae_-_Painted_Scrubbed_Rubbed_And_Fucked.html

https://pornve.com/ol1d4owk4w4h/Samantha_Saint_-_Suck-Sex_In_Soccer.html

https://pornve.com/ol4p13q9sg5k/Bridgette_B__Isis_Love_-_Slut_Spill.html

https://pornve.com/ol5hphaypl6u/Shyla_Stylez_-_Muff_Buffer.html

https://pornve.com/ol7wbqbwr85k/Vicki_Chase_-_The_Perfect_Hostess.html

https://pornve.com/ol80c9tzlspn/Ariella_Ferrera__Cecilia_Lion_-_Sneaking_Out_Sneaky_Sex.html

https://pornve.com/ol8mac8efnso/RoundAndBrown_-_Julie_Kay_Photoshoot_Fuck.html

https://pornve.com/olb7rfzrhfzc/Mason_Moore_-_So_I_Married_A_Biker_Bitch.html

https://pornve.com/olj6aeq1tp9l/Madison_Ivy_Xander_Corvus_-_Glam_Jail_Nail_-_Pornstars_Like_It_Big_-_Brazzers.html

https://pornve.com/olksq8j8p3rd/Julia_Ann__Kylie_Page_-_She_Wants_It_Both_Ways.html

https://pornve.com/olmanxo5j0nk/Luna_Star_Fucking_On_The_Milll.html

https://pornve.com/olt8fxckgeev/Diamond_Foxxx_-_Pirates_On_Deck.html

https://pornve.com/olto8atucc13/Sofie_Reyez_JMac_-_Scooter_Cooter_-_Teens_Love_Huge_Cocks_-_Reality_Kings.html

https://pornve.com/olvqtkp3lsdt/Exercise_Balling_Lana_Rhoades_Keiran_Lee.html

https://pornve.com/olw3whungpxu/BigTitsAtWork_Angel_Wicky_Start-Up_Culture.html

https://pornve.com/olww92r8z7g2/Chloe_Chaos_-_Oral_Fixation.html

https://pornve.com/oly735xc9xje/Rebecca_More_Danny_D_Poker_Face.html

https://pornve.com/olzyv1e4nuzh/Moriah_Mills_-_Shake_That_Ass.html

https://pornve.com/om0yny2ustdi/Britney_Amber_-_Front_Page_Fucking.html

https://pornve.com/om2itpifdg11/MilfHunter_18_11_19_Sydney_Hail_Bicycle_Rescue_XXX_SD.html
https://pornve.com/oma6azf8ifx0/My_Girlfriends_Roommate_Is_A_Slut_Brazzers.html
https://pornve.com/omkrnhy34599/Nikki_Benz_Brazzers_House_Episode_5_Bonus_Part_2.html
https://pornve.com/ommwtz4w14a8/Desiree_Dulce_-_Boned_By_The_Butler.html
https://pornve.com/omotwllcg3jb/Brazzers_-_Alanah_Rae_Ten_Dollar_Whore.html
https://pornve.com/omqfwbe9hcfk/Rachel_Roxxx_-_Special_Agent_Roxxx_Enjoys_Anal_Experience.html
https://pornve.com/omqyr5ii1y3m/Leya_Falcon_-_Movie_Theatre_Whore.html
https://pornve.com/omspedqcd925/Trinity_St_Clair_-_How_To_Take_A_Load.html
https://pornve.com/omtiaeb50hz5/Eliza_Ibarra_-_Cuff_Me_And_Fuck_Me.html
https://pornve.com/omvw4rhf23wd/young_and_corrupt_3.html
https://pornve.com/omy5mkv2oldo/Jewels_Jade_-_I_Give_You_The_Ultimate_Hole.html
https://pornve.com/omzepxy03jn8/Karissa_Shannon_Charles_Dera_-_X_Marks_The_Spot_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/on04tlttm4qx/Preppies_In_Pantyhose_-_Part_4.html
https://pornve.com/on3mjydfmdx8/Madison_Ivy_-_The_Mystique_Of_Madison.html
https://pornve.com/on7jdmjat7hv/asa_akira_fucks_a_big_cock.html
https://pornve.com/on8ayydogn8q/Vina_Sky_Keiran_Lee_-_Fundraiser_Fuck_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/onp6dwr8xggx/Brooklyn_Blue_-_Facial_Fantasy.html
https://pornve.com/onq8ca9w8nwu/Going_Once_Cumming_Twice_Tory_Lane__Ramon.html
https://pornve.com/onxff401m9f9/Brazzers_-_Boned_By_The_Butler_Part_1.html
https://pornve.com/onyi195a9g6a/Kelsi_Monroe_-_Something_Borrowed_Something_Blew.html
https://pornve.com/oo7nypk62yqb/Brooklyn_Chase_-_Dirty_Debut.html
https://pornve.com/oof0gtzy2bgy/Devon_Be_My_Fucking_Valentine.html
https://pornve.com/oojtaxag43bz/DAREDORM_74_Sleep_Over_2of2.html
https://pornve.com/oom2wscnhsf3/Christie_Stevens_Kyle_Mason_-_Only_The_Best_For_My_Family_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/oose5sp095l6/TeensLikeItBig_Mia_Malkova_Family_Business.html
https://pornve.com/oozp6vvl4clo/Aaliyah_Hadid_Alura_TNT_Jenson_-_Stepmoms_Need_Loving_Too_-_Moms_In_Control_-_Brazzers.html
https://pornve.com/op9kiziyo83q/MomsBangTeens_-_Lexi_Luna_Allie_Nicole_-_Moving_To_Control_.html
https://pornve.com/opbmx5f6tkdp/Brandi_Love_-_Huge_Cock_For_Hire_-_Brazzers.html
https://pornve.com/opd4675yt99q/Corinna_Blake_-_World_War_XXX_-_Part_2.html
https://pornve.com/opic12xm20ig/August_Ames_-_The_Joys_Of_A_Long_Hot_Shower.html
https://pornve.com/opq9ft2c2k13/Missy_Martinez_Bambino_-_Coach_Martinez_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/opsavd804exr/A_Brazzers_Christmas_Special_-_Part_1.html
https://pornve.com/opvz8zgtvz0w/Chloe_Cherry_Preston_Parker_Here_For_Oral_Support.html
https://pornve.com/opx6x5j5jnb3/Mystery_Tape_A_Xxx_Parody_Romi_Rain.html
https://pornve.com/opxf27gn0tao/TeensLoveHugeCocks_-_Lucie_Cline_Do_You_Like_12_24_16.html
https://pornve.com/opyvxbff0w4t/Jessica_Jade_Xander_Corvus_-_You_Splashed_My_Snatch_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/opzafzola33o/Kissa_Sins_-_Cult_Asspirations.html
https://pornve.com/opztwdlqhuog/Black_Angelika__A_Little_Trip_To_Hell_-_Brazzers.html
https://pornve.com/oq433e0twxcq/Moriah_Mills_-_Moriah_Fucks_Her_Muse.html
https://pornve.com/oqgwrdb5y8yi/Abella_Danger__Keisha_Grey_-_Day_With_A_Pornstar.html

https://pornve.com/oqjfkp2v1zez/Erotic_Massage_Breannes_Fun.html
https://pornve.com/oqku4vzlpxq7/Kaylani_Lei_-_MILFs_Like_It_BBC.html
https://pornve.com/oqkxty24bk4o/Young_clever_girl_carefully_sucks_his_big_dick.html
https://pornve.com/oqlat6w4s3ja/Madison_Rose_-_Ass_Excess.html
https://pornve.com/oqma4l4mf3w4/AJ_Applegate_-_Rump_Rompers.html
https://pornve.com/oqpb74q1d4td/Eva_Karera_Im_Gonna_Bang_Your_Mother_3_2015.html
https://pornve.com/oqtc6ub5d3eo/Aletta_Ocean_Motion_In_The_Ocean.html
https://pornve.com/or8lmiooe95s/Desiree_Dulce_Charles_Dera_-_Jumping_Jumbos_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/or986j9o803h/BlackGFs_-_Jessica_Yayo_Brown_Suga_12_28_16.html
https://pornve.com/or9qbplbav5o/Brandi_Love__Monique_Alexander_-_The_Realtor.html
https://pornve.com/orac8rzq38r6/GFRevenge_Naughty_nova.html
https://pornve.com/orcd28t9n9dz/Tina_Kay_-_Suns_Out_Tits_Out.html
https://pornve.com/orhisll07xxw/Carmella_Bing_-_City_Beautification_Tits.html
https://pornve.com/oriz2guknd13/Syren_De_Mer_-_Fortune_Telling_Fuck.html
https://pornve.com/ormpie1i6ssv/Aleksa_Nicole__Capri_Cavanni_-_Capri_Rides_Her_Staff_Hard.html
https://pornve.com/oro78x6pomz4/Janice_Griffith_Takes_Big_Cock.html
https://pornve.com/orskqhznvpgm/Melrose_Foxxx_-_Country_Girl_Slut.html
https://pornve.com/orthvv8r5j59/Brazzers_-_Hot_doctor_Tina_Kay_consults_a_patient_for_a_cock_reduction_.html
https://pornve.com/os09fp61w8td/Michele_James_Booby_Massage.html
https://pornve.com/os28je5ufmy1/Lela_Star_-_Sex_Hospital.html
https://pornve.com/os6dr5ua3tbq/Hottest_Monique_Alexander_PLIB.html
https://pornve.com/os6ed9lu7255/Valentina_Nappi_-_Screw_To_Tango.html
https://pornve.com/oskh2ojzvf0r/Gia_Paige_-_Bed_Head.html
https://pornve.com/oskiyzroxqw2/Ivy_Lebelle.html
https://pornve.com/oskuqoepo9il/Lylith_Lavey_-_Does_This_Look_Real.html
https://pornve.com/osoij4q3a4ui/Kayla_Kayden_New_Big_Tit_Babes.html
https://pornve.com/ospkzgtnbhvu/Eva_Karera_-_Being_Elite_And_Easy.html
https://pornve.com/osrl14vndckj/Dahlia_Sky_-_Dahlia_Skys_Assholes_The_Limit.html
https://pornve.com/ostt5dxdy896/Jaclyn_Taylor_-_My_Moms_Hot_Friend.html
https://pornve.com/oswgg5aijunk/Layla_Sin_I_Need_Some_Excitement.html
https://pornve.com/oswzpkkuukn2/Dani_Jensen_-_Affair_On_The_Air.html
https://pornve.com/osysyoumouyt/Phoenix_Marie_-_A_Little_Discipline_For_Phoenix.html
https://pornve.com/oszsd371vvri/Isis_Love_-_Dick_Sucker.html
https://pornve.com/ot5buu5g0myy/Blow_Job_Big_Tits_Full_Of_Experience_Connor_Coxxx_Big_Booty_MILF.html
https://pornve.com/ot5pyusdahk5/Jade_Baker__Kylie_Kingston_-_Fuck_The_Dean.html
https://pornve.com/ot5x7q8k4900/Aria_Alexander__Sofia_Valletta_-_Doctor__Nurse_Take_A_Fucking_Break.html
https://pornve.com/ot7wb2o9lh87/Going_In_Blind_Ella_Hughes_Gina_Valentina.html
https://pornve.com/otbrhkskn4a1/Money_Talks_Freaky_Friction.html
https://pornve.com/otf6492mpjoi/Esperanza_Gomez_-_The_Crossing.html
https://pornve.com/otfcov1fbck2/Kennedy_Leigh_-_Cmere_You_Fuckin_Brat.html
https://pornve.com/otgjd9wl0ggs/Lezley_Zen_-_Ms_Zens_Side_Job.html
https://pornve.com/otjihqutb2em/Casey_Calvert__Gabriella_Paltrova_-_S_Is_For_Squirt.html
https://pornve.com/otmal7w9r219/Nympho_Nurses_And_Dirty_Doctors_3_Abigail_Mac.html
https://pornve.com/otoo8dg56run/Chanel_Preston_-_My_Boobs_Are_My_Big_Assets.html

https://pornve.com/otq1o7oqexzb/Adriana_Luna_-_Stripteasy_Goodness.html
https://pornve.com/otsip3jxljmb/Brooke_Belle_-_1-800-THIC-DIC.html
https://pornve.com/ottu2bbuma3m/Courtney_Cummz__Nikki_Benz_-_Pump_Fiction.html
https://pornve.com/otv4n8dxmopf/Katana_Kombat_-_The_Dutiful_Wife.html
https://pornve.com/ou1ozrk5789v/Kate_Frost__Romi_Rain_-_Pork_Me_-_2.html
https://pornve.com/ou3nguhrpvqn/Tiffany_Rain_Mommy_Issues_Part_2.html
https://pornve.com/ou6dkz13l9td/TeensLikeItBig_15_12_19_Cory_Chase_And_Marsha_May_The_Perfect_Size.html
https://pornve.com/oufaq4qudgkq/Brazzers_Fucking_Through_The_Fourth_Wall_Bonnie_Rotten.html
https://pornve.com/ouhg6qogl6kg/Breanne_Benson_-_Office_Rub_Down.html
https://pornve.com/ouord4otrbic/StreetBlowJobs_17_01_22_Blossom_Fill_To_The_Brim_XXX_KTR.html
https://pornve.com/ourjhhwz7cri/Nikita_Von_James_-_The_Mominator.html
https://pornve.com/ouxfn5kvzm3w/Sofis_On_Hold_-_Sofi_Ryan_-Day_With_A_Pornstar.html
https://pornve.com/ouyh7mpurwn9/Valentina_Nappi_-_Madames_Finishing_School_for_Whores_-_Brazzers.html
https://pornve.com/ov3yoy31onq6/Brazzers_Sit_On_It_And_Spin.html
https://pornve.com/ovaw5d3uq0vz/Luxury_Girl_-_Luxury_Girls_New_Jeans.html
https://pornve.com/ovglyqlpug2q/Late_Night_Orgy_Romi_Rain_Monique_Alexander_Phoenix_Marie_And_Marsha_May.html
https://pornve.com/ovh82kbggbpv/Alina_West_-_Anal_Twist_And_Shout.html
https://pornve.com/ovmbdiqp7toc/Holly_Halston_-_Bangin_The_Butler.html
https://pornve.com/ovqdbk91h9qe/Lela_Star_-_Smashing_Ass.html
https://pornve.com/ovruiu2hm1wv/Darla_Crane_-_Moms_Dirty_Book.html
https://pornve.com/ovtfxeay21sl/DoctorAdventures_-_Dillion_Harper_Doctor_Who_NEW_14_July_2016.html
https://pornve.com/ovushw3amrv6/Kimber_Veils_Charles_Dera_-_Sandy_Siren_Of_The_Skies_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/ovuxql81moru/Riley_Reid__Shay_Fox_-_Lesbians_In_Lockdown.html
https://pornve.com/ovyoqsmwccd5/Holly_Michaels_-_Doc_Can_You_Fix_My_Limp_Dick.html
https://pornve.com/ow0enbso175f/Alby_Rydes__Alura_TNT_Jenson_-_Valentines_Day_Anal.html
https://pornve.com/owa1q9nqnz92/The_Whore_In_The_Lot_Veronica_Avluv__Danny_D.html
https://pornve.com/owadqkfdpqqn/Kendra_Lust__Rachel_Starr_-_Easter_Egg_Cunt.html
https://pornve.com/owfsjnf7x0tk/The_Naughty_Nanny_-_Part_2.html
https://pornve.com/owg8aiq1i66i/big_tits_3540_42_plays_published_on_27_minutes_ago_category_babe_milf_pornstar_eva_notty_tags_hexa_adenor_tag_this_video.html
https://pornve.com/ox50u6j1hg0e/Cory_Chase_Evelin_Stone__The_Nympho_Milf_Awakens.html
https://pornve.com/ox5o4zv6lgta/Alina_Lopez_Charles_Dera_-_My_Dirty_Little_Secret_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/oxbmng53m03w/Lela_Star_-_Riding_The_Wife.html
https://pornve.com/oxc400gxifgo/Alex_Little__Diamond_Jackson_-_Prison_Warden_Picks_A_Plaything.html
https://pornve.com/oxfp8md9zoty/Interracial_Doctor_Adventures_-_720p.html
https://pornve.com/oxhyoev6zxl0/Sienna_West_-_Its_Cock_Hunting_Season.html
https://pornve.com/oxjg16t708co/Jazmine_-_Hot_Teen_Next_Door_25_2015.html
https://pornve.com/oxreq2crt46k/Brazzers_Adopt_a_Pornstar_Brazzers_Blowjob_3some_Big_Tits_Cum_In_Mouth_Professional_Keisha_G.html
https://pornve.com/oxud32xa445a/brunette_babe_ad_best_workout_ever_3804_89_plays_published_on_62_minutes_ago_category_ass_cumshot_tags_ass.html

https://pornve.com/oxwszr8sxgbu/THE_NAKED_MOTHER_-_BRAZZERS.html
https://pornve.com/oxx823bm9jst/Bella_Bellz_-_Her_Thick_Thieving_Ass.html
https://pornve.com/oxypyb1v39cm/RealityKings_Stepmom_Has_Her_Day.html
https://pornve.com/oy20b3e50yk9/Brazzers_Borrow_A_Boyfriend_Brazzers_Pornstars_Like_It_Big_Keiran_Lee_Lela_Star_Brunette_Blac.html
https://pornve.com/oy7fllf5vtrg/Karma_Rx_-_You_Have_The_Right_To_Remain_Sexy.html
https://pornve.com/oyg7sz5nase9/Christy_Mack_Science_Friction_Oiled_Facial.html
https://pornve.com/oyi1cduneri7/Sophia_Laure_-_Sweaty_Ass_Workout.html
https://pornve.com/oykrfc3aqpq0/Lela_Star_Britney_Amber_Jessy_Jones_-_Creampie_Diaries_Part_3_-_Brazzers_Exxtra.html
https://pornve.com/oyls6uw10213/Keira_Knight_-_Morgans_Python_And_The_Holy_Tail.html
https://pornve.com/oynpq7y1nfgs/Juelz_Ventura_-_Yoga_Ho.html
https://pornve.com/oyuwtpwa6wjl/Romi_Rain_Jordi_El_Nino_Polla_-_Judge_Jordi_Anal_About_Alimony_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/oyyqc1dylrrq/ass_cumshot_deep_throat_babe_bigtits_handjob_destiny_dixon_pawg_destiny_dixon_destiny_dixon_da.html
https://pornve.com/oz13kcjyvurk/Jessica_Jaymes_Fuck_Hard_Nikki_Benz.html
https://pornve.com/oz3q1vo9jbs6/Milfhunter_Does_Anal_To_Blonde.html
https://pornve.com/oz5trjjkryxv/Nina_Elle_Jordi_El_Nio_Polla_-_They_Feel_Real_To_Me_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/oz6r1rwv9tdp/Peta_Jensen_-_Deep_And_Juicy_with_Miss_Jensen.html
https://pornve.com/ozdcfzweodwh/Valentina_Nappi_-_The_Shower_Spy.html
https://pornve.com/ozevc0d43h6h/Kiara_Lord_-_Hidden_Depths.html
https://pornve.com/ozh2f0le1omr/Sweetie_Evie_Olson.html
https://pornve.com/ozldg8zmdjzv/BrazzersExxtra_-_Eliza_Ibarra_Hopping_On_A_Cock.html
https://pornve.com/ozo8u4n9bwuq/Abella_Danger__Cherie_Deville_-_High_Sexpectations.html
https://pornve.com/ozr059pilr5m/BrazzersExxtra_Kiki_Minaj_A_Little_Something_Extra.html
https://pornve.com/ozsg99qhssy3/Chanel_Preston_-_Hot__Heavy_Workload.html
https://pornve.com/ozskjmxp5mdr/Nikki_Nine_-_Blown_By_An_Old_Flame.html
https://pornve.com/ozufo8fjizzm/Naughty_Darcie_Dolce_and_Lana_Rhoades_love_to_play_with_a_strap-on.html
https://pornve.com/ozylhpazorc1/TeensLoveHugeCocks_Carmen_Loves_Cock_Carmen_Caliente.html
https://pornve.com/p01n3bsf5n5q/Kendra_Spade_Alex_Legend_-_Bow_Down__Beg_For_It_-_Baby_Got_Boobs.html
https://pornve.com/p02gkp5vuhzz/Romi_Rain_and_Violet_Monroe_-_Maleficunt_parody.html
https://pornve.com/p02mg6e5e1ru/Pussy_or_Anal_A_ZZ_Clinical_Study__Big_Butts_Like_It_Big__Ryan_Conner.html
https://pornve.com/p03vclmkf366/Katja_Kassin_-_Big_Treasure_Cock_In_Big_Beautiful_Asshole.html
https://pornve.com/p0a3v9d2uvev/Office_Play_4_Blonde_4_Blondes_Getting_Fucked_In_The_Office_-_Courtney_Taylor_Nikki_Benz_Nina_Elle_And_Summer_Brielle_Taylo.html
https://pornve.com/p0k50lm9xqr7/Ava_Addams_Ricky_Johnson_-_Seduced_By_His_Stepmom_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/p0k5pj9umtob/One_Night_In_The_Valley_-_2.html
https://pornve.com/p0msfbam0oh5/Brittney_Skye_-_Getting_A_Peek_At_Celebrity_Skin.html
https://pornve.com/p0xscrxq7lv2/Dayton_Rains_-_Her_BFs_A_Mother_Fucker.html
https://pornve.com/p10y1h31h7we/Joslyn_James__Natasha_Starr_-_Working_That_Pussy_Out.html
https://pornve.com/p1717nqntcy2/BigWetButts_Syren_De_Mer_Airtight_In_The_Bathtub.html
https://pornve.com/p192h6lfxf2r/Tina_Kay_-_The_Dommes_Next_Door.html

157

https://pornve.com/p1edvksfynky/BigTitsAtWork_Alexis_Adams_Bon_Appetitties_-_10_11_2016.html
https://pornve.com/p1emxx78bqn4/Sara_St_Clair_-_Something_About_Sara.html
https://pornve.com/p1fzhzl2j61r/Carly_Rae_-_Getting_Fucked_On_My_Side.html
https://pornve.com/p1gx0oelyuk7/Diamond_Foxxx_-_Home_Cooking_With_Cunts.html
https://pornve.com/p1h11yllipt5/All_Good_New_Ariella_Ferrera.html
https://pornve.com/p1hqi5plqraw/_Brazzers_-
_Sarah_Banks_Gets_Her_Wet_Pussy_Pat_Down_By_Johnny_Sins_Big_Dick_.html
https://pornve.com/p1jf36cckiv1/Eva_Karera_-_Hunting_For_Cocks_At_The_Glory_Hole.html
https://pornve.com/p1lwe9d7ft6k/Juelz_Ventura__Krissy_Lynn__Mackenzee_Pierce_-
_Bitches_And_Blasters.html
https://pornve.com/p1mmlreucpu4/angela_romi_-_The_Fuckening_brazzers.html
https://pornve.com/p1o13m458g4f/Brazzers_Live_-_4.html
https://pornve.com/p1oy3wstghu8/Brazzers_-_Christie_Stevens_The_Slutwalker.html
https://pornve.com/p1qsvg2dqe60/Rich_Fucks_2_Bridgette_B_Honey_Gold_Kristen_Scott__Xander_Corvus.html
https://pornve.com/p1qzzf2jflqv/Anal_Blond_Bree_Sundae_Shoppe_Smoking_Babe.html
https://pornve.com/p1s8tv7cseyt/The_Study_Buddy_Big_Tits_Milf_Alison_Tyler_.html
https://pornve.com/p1u9tfs21ed2/Jessica_Nyx_-_Happy_Endings.html
https://pornve.com/p1vljdzs6b5i/Tarra_White_-_Dont_Call_In_Sick_Just_Fuck_The_Boss.html
https://pornve.com/p1vrwqtwrrmt/Sharon_Pink_-
_Me_Want_English_Learn_Please_And_Pussy_Cock_Me_Inside.html
https://pornve.com/p1x65nj6qhki/Aletta_Ocean_-_Stuck_In_A_Pickle.html
https://pornve.com/p1y01ircq851/Jacky_Joy_-_Door_To_Door_Whore.html
https://pornve.com/p24cq3vnk0dh/Moms_Bang_Teens_9_2015_part_3.html
https://pornve.com/p2b0ri8pz6pn/Mia_Lelani_-_Horny_For_My_Husbands_Brother.html
https://pornve.com/p2d88tu6eh8p/Quality_Time_Phoenix_Marie.html
https://pornve.com/p2i8zneyttx4/Juelz_Ventura_-_Dr_D_And_The_Double_D_Nurse.html
https://pornve.com/p2k8mc2wojd5/Sassy_momfucker_turned_his_fat_stepmother_Sybil_Stallone_into_a_free_whore_for_fucked.html
https://pornve.com/p2nnapnwl5yl/Breanna_Sparks__Cherie_Deville_-_Cheating_On_Her_Wife.html
https://pornve.com/p2rxxrtxp7t9/Tiffany_Tatum_Jay_Snake_-_Lets_Make_A_Deal_-_Brazzers_Exxtra_-
_Brazzers.html
https://pornve.com/p2tsohym3bkz/Cassandra_Nix_-_Please_Me.html
https://pornve.com/p2tygcqs0m7e/Dana_DeArmond_Xander_Corvus_-_Bossy_Bitch_-
_Milfs_Like_It_Big.html
https://pornve.com/p2yz102r8uxo/Adriana_Chechik__Nicolette_Shea_-
_He_Makes_Wifey_Watch.html
https://pornve.com/p3jkn6ggcc66/Alexis_Ford_-_The_Flirty_Masseur.html
https://pornve.com/p3ogm3080coi/Dont_touch_the_whore.html
https://pornve.com/p3opz3ulxi5d/Monique_Alexander_-_Getting_Off_The_Typing_Pool.html
https://pornve.com/p3tzh30ea3ty/Cali_Carter_-_Special_Assistant_To_Ms_Carter.html
https://pornve.com/p3w08a9uqgfg/Chase_Ryder_-_Check_My_Exs_Ass.html
https://pornve.com/p405p3snfof9/Serena_Santos__Vanessa_Sky_-_The_Threesome_Tutorial.html
https://pornve.com/p44opo9c912t/Diamond_Jackson_-
_Black_Beauty_Fucked_By_Giant_White_Cock.html
https://pornve.com/p47qd6at58kw/Diamond_Kitty_-_Visiting_Hour_Plower.html
https://pornve.com/p4bz3roxk386/HotAndMean_-
_Ellena_Woods_And_Skin_Diamond_A_Secret_Shower.html

https://pornve.com/p4d28ztsmjni/Gia_Dimarco__Katrina_Jade_-_Shes_Not_What_She_Seems_-_Part_1.html
https://pornve.com/p4l8aaywcy1j/Jayden_Jaymes_-_Fire_Hose_My_Face.html
https://pornve.com/p4mmyq1u2tcg/Brazzers_House_-_Episode_2.html
https://pornve.com/p4n90owwmih9/Asa_Akira__Diamond_Kitty_-_Muffin_Stuffin.html
https://pornve.com/p4nzzvtc3m1c/Hard_Workouts_Brazzers_2016.html
https://pornve.com/p4ps68kp3dtb/Laura_Bentley_-_Watching_My_Teachers_Have_Sex.html
https://pornve.com/p4u1qnrmjzuo/MilfHunter_Victoria_Banxxx_-_Dick_Rider_18_07_2016.html
https://pornve.com/p4umkptfolid/Jamie_Jackson_-_Where_There_Is_Ass_There_Is_Hope.html
https://pornve.com/p4urh34ffmse/Victoria_june_Big_tits_homeless_Reality_kings.html
https://pornve.com/p4v5gie5ltf2/Brazzers_madsion_ivy_fucks_her_husbands_friend.html
https://pornve.com/p4z7d62a5dt1/Holly_Price_-_A_Boner_For_The_Owner.html
https://pornve.com/p50y20az79xl/Isis_Love__Kagney_Linn_Karter_-_The_Kagney_Show.html
https://pornve.com/p52jc4irq6jt/Zanna_Blue_-_Robocock.html
https://pornve.com/p5461cg39ngj/Say_Yes_To_Getting_Fucked_In_Your_Wedding_Dress_Brazzers.html
https://pornve.com/p55xu9r20cc7/Mellanie_Monroe_-_Im_Thankful_For.html
https://pornve.com/p57jtfbzhxjc/Sienna_Day_-_Can_You_Feel_That.html
https://pornve.com/p5gd7d8e98na/Tasha_Reign_-_Gets_Wet.html
https://pornve.com/p5gergf7373v/MILFS_Hot_Sex_Nurse_DA_Alanah_Rae.html
https://pornve.com/p5gulap0l72a/Moms_Got_A_Meeting_Cherie_Deville__Kyle_Mason.html
https://pornve.com/p5h504d3yxv0/_Brazzers_-_Hot_Karlee_Grey_teased_her_host_until_she_get_what_she_wants_.html
https://pornve.com/p5roycg03ji1/Mariah_Milano_-_Perverted_Boss.html
https://pornve.com/p5t7d6qherop/hump_starting_her_ride.html
https://pornve.com/p5u90dol3hln/Kaylani_Lei_-_Glass_Ass.html
https://pornve.com/p5wgkk8mnq3n/Rhylee_Richards_-_Boning_My_Buddies_Bride.html
https://pornve.com/p6a8ki2ul6tg/Diamond_Jackson_Tightest_Anal_Ebony_MILF_-_Diamond_Jackson.html
https://pornve.com/p6bxlgop9msd/Kleio_Valentien_-_This_Evenings_Girlfriend_Part_Two.html
https://pornve.com/p6dqaftgchyu/bex_20_02_28_emily_willis_wheres_your_ring_part_2.html
https://pornve.com/p6i595c73qmc/Isis_love_has_an_Hot_ass.html
https://pornve.com/p6lofsdpcjur/Alexis_Fawx_Is_A_Very_Horny_Housewife_Who_Gives_it_Good.html
https://pornve.com/p6r301es7iv0/Abella_Danger__Karissa_Shannon__Kristina_Shannon_-_Double_D_Vision.html
https://pornve.com/p6r59z0edjo8/Layton_Benton_Ricky_Spanish_-_Valentines_Day_Whorerror_Story_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/p6s5r7ddi46x/Wife_cheating_beloved_with_a_neighbor.html
https://pornve.com/p6sx1ei303yx/Queen_Of_Thrones_-_Part_1.html
https://pornve.com/p6x684tydwq9/Nicole_Rey_Money.html
https://pornve.com/p6zrxe5piwmg/Jasmine_Jae_-_A_Piece_of_Jasmine_Jaes_Ass.html
https://pornve.com/p7057f6e1izw/Brooklyn_Blue_Danny_D_-_I_Want_Your_Husband_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/p753y7b55ofh/Alena_Croft_-_The_Roaring_Fucking_20s.html
https://pornve.com/p772hwh3t6ar/Sandra_Romain_-_HUNGover.html
https://pornve.com/p77xerfwyaei/Kenzie_Reeves_-_Let_Your_Freak_Flag_Fuck.html
https://pornve.com/p789ti12d2t0/Nikki_Rhodes_Is_Not_Too_Young_For_A_Big_Cock.html
https://pornve.com/p79qjxp94ocb/Chanel_Preston_-_Vote_Of_Cum-fidence.html
https://pornve.com/p7a05yagfpfr/Abella_Danger_-_Queen_Of_The_Dick.html
https://pornve.com/p7dli0vmlcls/Nicolette_Shea_Conor_Coxxx_-_Rock_Harder_-_RK_Prime.html

https://pornve.com/p7es9y9bwnqi/Brenna_Sparks_Johnny_Sins_Taking_A_Shine_To_Her_Tits.html
https://pornve.com/p7g3eu1xxnzy/TeensLoveHugeCocks_17_04_15_Alexis_Deen_After_Class_Ass_XXX_-KTR.html
https://pornve.com/p7ob662xwnk2/Krissy_Lynn_-_Did_You_Miss_Me.html
https://pornve.com/p7ptc531rva6/Aleska_Diamond_-_Balls_Deep_In_The_Ballerina.html
https://pornve.com/p7rk603vgp61/Valerie_Fox_-_Plump_Tits_And_Hard_Nips.html
https://pornve.com/p7xiide40xan/Brazzers_-_Ariella_Ferrera_Jenna_Sativa_And_Ryan_Conner_Three_Muffs_In_The_Buff.html
https://pornve.com/p7y17u10jfc5/da_rachel_starr02.html
https://pornve.com/p7yg06mcl5w5/Karmen_Karma_-_Tits_Out_And_Toned.html
https://pornve.com/p803pn206tp8/Alexa_Tomas__Ella_Hughes__Patty_Michova_-_Pornstar_GO.html
https://pornve.com/p81yt7y4xs83/Aaliyah_Hadid_-_Double_Sweet.html
https://pornve.com/p83xnvcp6ejr/Alyssa_Reece_-_You_Agreed_To_This.html
https://pornve.com/p84e276zwcfb/Carmella_Diamond_40Newbie_boobies41.html
https://pornve.com/p87q2tkkc2im/Brazzers_Live_-_5.html
https://pornve.com/p8btxbf3vl4z/1800_Phone_Sex_Line_5_Nicolette_Shea25_01_2018.html
https://pornve.com/p8fn0pjy7vqu/HD_Jayden_Jaymes_DP_Interracial_Secret_Fantasy.html
https://pornve.com/p8jeijl959sj/Ella_Hughes__Tina_Kay_-_ZZ_Marathon_Of_Hump.html
https://pornve.com/p8l2dxl6v2as/Pussy_Is_International.html
https://pornve.com/p8qvagblxz7o/Missy_Martinez_-_In_The_Line_Of_Boner.html
https://pornve.com/p8w1ty2if0ot/Julia_Ann_-_Pornstar_Therapy.html
https://pornve.com/p8x83f6wdyx4/Britney_Amber__Nikki_Benz_-_Friday_Im_In_Love.html
https://pornve.com/p8zweks72ful/Jayden_Jaymes__Jenaveve_Jolie_-_I_Need_One_Last_Taste.html
https://pornve.com/p9214x55rha4/Karlie_Montana_-_Karlie_Analysis.html
https://pornve.com/p94m5r6jr3i7/CumFiest_Kylie_Rose_-_Dick_Down.html
https://pornve.com/p95z6nq1zigr/Sunny_With_A_Chance_of_Big_Dick_Juelz_Ventura__Xander_Corvus.html
https://pornve.com/p96wsdn8fp01/Adria_Rae_-_Daddys_Debt.html
https://pornve.com/p97b3tbbe74q/Kali_Roses_Chad_White_-_Bed_Breakfast_And_Kali_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/p9ao4tbriqns/Penny_Pax_-_The_Substitute_Slut.html
https://pornve.com/p9b4g7w8gaqc/Brandi_Edwards_Phoenix_Marie.html
https://pornve.com/p9jdrha3dy26/Deadly_Rain.html
https://pornve.com/p9pu8y6x68nn/Sheridan_Love_-_Nailing_The_Neighborhood_Bully.html
https://pornve.com/p9qyk5za5o95/Brazzers_-_Alena_Croft_Sneaky_Mom_2.html
https://pornve.com/p9v5j6yjqx1h/Brooke_Banner_Comes_Out_Of_The_TV.html
https://pornve.com/p9xmd5g0o6mf/Tia_Layne_-_The_Whore_Of_The_Opera.html
https://pornve.com/pa95nfwlimm2/Ophelia_Rain_-_Squatters_Rights.html
https://pornve.com/pa9b6d6ydjzo/Lala_Ivey_Stirling_Cooper_-_Five-Star_Dick_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/pa9q4u5hwywo/Alena_Croft_-_The_Mommy_Market.html
https://pornve.com/paftji6hb7jv/RK_Nerdy_Gamer_Hotties_HD.html
https://pornve.com/pahgul2enbcy/Liberryan_Woman_Fuck_with_Boy.html
https://pornve.com/pal6tnt0oyvo/RK_Prime_-_Realitykings_-_Kali_Roses_Jessy_Jones_-_Kalis_Rose.html
https://pornve.com/pap5l4nacywu/Veruca_James_-_The_Perfect_Maid_-_1.html
https://pornve.com/patr2xnh4pza/Nikita_Von_James__Vanilla_Deville_-_Its_Fair_Play_In_A_Threeway.html
https://pornve.com/pavmjeq7345r/Darcie_Dolce_Jelena_Jensen_-_The_Make_Over.html

https://pornve.com/pazld6943om2/H0t_Bu5h_14_S3lena.html
https://pornve.com/pb0nl62i95s3/Liza_Del_Sierra_-_Sexpionage.html
https://pornve.com/pb1sqmu5mnqp/Bella_Rose_-_Vibrator-And-Switch.html
https://pornve.com/pb61ctbapigv/Mea_Melone_-_Lost_In_Brazzers_-_Episode_4.html
https://pornve.com/pb7506zm4r0i/Sandra_Star_-_Cumming_In.html
https://pornve.com/pb9jru6jqa0u/8thStreetLatinas__RealityKings_Emily_Mena_-_Getting_In_Em.html
https://pornve.com/pbcg0u1rzlnw/Brazzers_-_Chasing_That_Big_D.html
https://pornve.com/pbdabyznu1g7/Daisy_Fucks_Her_Step_Brother.html
https://pornve.com/pbf3v62il7a2/Emma_Starr__Veronica_Avluv_-_Sloppy_Substitute.html
https://pornve.com/pbi1ucyuas9q/Dani_Jensen_-_Titty_Sucking_Skills.html
https://pornve.com/pbkr4vpznrvc/BigTitsAtSchool_19_09_02_Sofi_Ryan_My_How_Youve_Grown_XXX.html
https://pornve.com/pblcxigzo42v/Marica_Hase_-_Lost_In_Squirtation.html
https://pornve.com/pblutxf515md/Lisa_Ann_Lisa_s_Pool_Boy_Toy.html
https://pornve.com/pbnqpzem6nbo/Sasha_Grey_-_Friendly_Betrayal.html
https://pornve.com/pbqg1cpoo7bt/Cece_Capella_-_What_A_Fucking_Coincidence.html
https://pornve.com/pbqksm8ou1pm/Valentina_Nappi_-_This_Partys_Boring.html
https://pornve.com/pbqql3zjgfpg/Rebecca_Blue_-_Where_Did_You_Learn_That.html
https://pornve.com/pbzsqmq18a4t/Diana_Doll_-_Suck_Him_Dry.html
https://pornve.com/pc5a9flkujci/Diamond_Kitty_-_Latin_Lust_Lessons.html
https://pornve.com/pc85djlaa5ai/Brooke_Lee_Adams_-_Dinner_For_Three.html
https://pornve.com/pcbs9t26goxx/Harley_Jade_-_Switching_Teams_-_Part_3.html
https://pornve.com/pcdcbg1yqh7l/All_Good_New_Jillian_Janson.html
https://pornve.com/pch0shnpi7cm/Ariana_Marie_-_Can_I_Touch_It.html
https://pornve.com/pcidl24sl26i/Hanna_Hilton_Cumshot_Compilation.html
https://pornve.com/pcj1bjb5tl02/Ash_Hollywood_-_Virginity_Club.html
https://pornve.com/pcnpz9dv3v9a/Sophia_Leone_Omg_Its_Cinco_De_Mayo.html
https://pornve.com/pcoxg61dx2k4/Brooklyn_Chase_-_Taking_The_D_To_Get_An_A.html
https://pornve.com/pcryudh136b8/Brazzers_-_Kimmy_Granger_Ready_To_Ride.html
https://pornve.com/pcw2jcql0k5x/Brazzers_-_Keisha_Grey_Getting_That_Yoga_Booty.html
https://pornve.com/pcx0wxc2t6xz/Claudia_Valentine_-_Family_Thighs.html
https://pornve.com/pd2ltr5kpt5x/Jillian_Janson_-_Boned_By_The_Butler.html
https://pornve.com/pd309n8vi3v3/BrazzersExxtra_19_08_21_Abella_Danger_Desert_Desires_XXX.html
https://pornve.com/pd512zy29pvr/Death_Proof.html
https://pornve.com/pd76rnfonr2v/Monique_Alexander_Xander_Corvus_-
_Spa_For_Horny_Housewives_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/pdei0a805744/Katalina_Mill__Maya_Mona_Fucked_for_Money.html
https://pornve.com/pdrvpbcch44u/Kiki_Minaj_-_The_Dangers_Of_Working_From_Home.html
https://pornve.com/pdunf3xny88v/_April_Fools_Honey_-_Brazzers_.html
https://pornve.com/pdvu2q2553us/Madison_Ivy_-_Sell_Me_Your_Sex.html
https://pornve.com/pdz5jk2z1w3t/Ava_Addams_Amazing_Fucked_25_Top_Rated_Porn_Video_Of_Today_53
_Most_Played_Porn_Video_Of_Today_84_Top_Rated_Porn_Video_Of_Week.html
https://pornve.com/pe1pv5pqfmkg/Georgie_Lyall_-_A_Fuck_In_The_Park.html
https://pornve.com/pea1nasrui2w/Lexi_Belle_-_The_Little_Spermaid.html
https://pornve.com/pejh09it3p11/Sindy_Lange_-_Cock_Easy_Cooking_With_Sindy.html
https://pornve.com/pem0lb87n46o/Phoenix_Marie_-_The_Cock_Starved_Slut.html
https://pornve.com/pemt482vvby0/Abby_Cross_-_Dear_Abby_Suck_That_Cock.html
https://pornve.com/peqa8ieptoc1/monstercurves_19_07_14_ava_black_sheerly_sexy.html
https://pornve.com/pesz5camg14y/Brittany_Shae_-_Drenched_Teased_And_Fucked.html

https://pornve.com/pettmvvh769y/Mercedes_Carrera_-_Dr_Carreras_Orders.html
https://pornve.com/pf443hl9paad/Veronica_Vain_-_Awful_Doc_Takes_The_Cock.html
https://pornve.com/pf5zmr6w0n3d/Ashly_Anderson_Charles_Dera_Post-Workout_Smoothie.html
https://pornve.com/pffj03chfqh3/Jewels_Jade_-_Diamonds_Are_A_Sluts_Best_Friend.html
https://pornve.com/pfh4517a9i68/Brooke_Belle_-_Doctors_Orders.html
https://pornve.com/pfm9tu7d3yiv/BigTitsAtSchool_Natasha_Nice_Nailed_It_4015_06_201941_rq_404k41.html
https://pornve.com/pfqgvggjhtbz/Nadya_Nabakova_-_Squeaky_Clean_And_Ready_To_Cum.html
https://pornve.com/pfr31kzqpd7g/MilfHunter_15_12_28_Aleksandra_Summers_Hott_Summers.html
https://pornve.com/pfw0izs1wh6o/Noelle_Easton_-_Noelle_Joins_The_Chest_Club.html
https://pornve.com/pg6s765prqsc/Bubble_Butt_Anal_Slut_6_XXX_Pr0nStarS.html
https://pornve.com/pgb30gf47adm/Karma_Rx_Xander_Corvus_-_Runway_Booty_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/pgc87zifk5g8/India_Summer_-_Picture_This.html
https://pornve.com/pgemwt7utksx/HotAndMean__Monica_Asis_Sophia_Leone_My_Best_Fucking_Friend.html
https://pornve.com/pghr3prmhrk3/Luna_Star_Latina_Hoe_Gets_Anal_Smashed_On_No_Doubt_Sexy_Luna_Taking_Dick_In_Her_Ass_Anal_Latina_Sexy_Booty.html
https://pornve.com/pghyv5aptrug/Shawna_Lenee_-_Up_Close_And_Personal_With_Shawnas_Tits.html
https://pornve.com/pgou4wh4wvo5/Krissy_Lynn_-_Cockstar_101.html
https://pornve.com/pgrxrqqgar40/Sienna_West_-_Dinner_And_A_Floozy.html
https://pornve.com/pgshyu07cnth/Kali_Roses__Vienna_Black_-_Steal_My_Sex_Toy.html
https://pornve.com/pgszd1slv7fm/Bella_Reese__Charity_Bangs__Courtney_Cummz_-_3-WAY_Knockout.html
https://pornve.com/pgye62jobl8r/Osa_Lovely_Xander_Corvus_-_The_Stepmom_of_Your_Dreams_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/pgzpzo9o16tx/Katie_Monroe_-_Moms_Helping_Hands.html
https://pornve.com/ph6iqb0v5ppf/Brazzers_-_Ariella_Ferrera_Had_Some_Fun_Gotta_Run.html
https://pornve.com/ph6qd7rsiekq/Anal_Coaching_With_A_Big_Cock_Brazzers.html
https://pornve.com/ph7ic4zseejd/dillion_harper_in_office.html
https://pornve.com/phayzdxto335/Lezley_Zen_-_Secret_Wifeswap_Weekend_-_Part_1.html
https://pornve.com/phermj131mug/Brandi_Love_and_Brett_Rossi_-_The_Second_Cumming_Part_2.html
https://pornve.com/phfaw9ipou19/Julia_De_Lucia_Danny_D_-_Worth_A_Fortune_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/phgk55zgb7yd/Riley_Reid_-_Harley_In_The_Nuthouse.html
https://pornve.com/phn2cvsvo3sh/Victoria_Valentina_-_Decorating_Her_Interior.html
https://pornve.com/phweiohmkqrb/Diamond_Jackson_-_To_Prank_A_Skank.html
https://pornve.com/pi12olckz9h4/Nicole_Work_Is_Never_Done_Brazzers.html
https://pornve.com/pi6x5vx8zqhx/Brazzers_-_Nurse_Riley.html
https://pornve.com/pihecj2lhie6/Brooklyn_Blue_-_Cock-Robics.html
https://pornve.com/pipea78n2o3v/Kayla_Paige_-_Getting_Down_With_The_Gown.html
https://pornve.com/piq6ek2xlfy4/AJ_Applegate_Keiran_Lee_-_Earning_My_Valentine_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/piq8ggpjj0h4/Julia_Ann_-_How_To_Handle_Your_Students_101.html
https://pornve.com/piueopr1mkf7/Delta_White_-_Why_Cheat_When_We_Can_Fuck.html
https://pornve.com/pizmk9zxtok1/Britney_Amber_-_The_Interview_-_Round_1.html
https://pornve.com/pj48alcqchih/Evelin_Stone__Molly_Stewart_-_Restwhoreant_Critic.html

https://pornve.com/pj5nr81x9a0i/TeensLoveHugeCocks_Jillian_Janson_Kimmy_Granger_Teen_Sluts_Summon_A_Cock.html

https://pornve.com/pj6q8vjsoj15/Kerry_Louise__Phoenix_Marie_-_Fucked_In_The_Name_Of_Science.html

https://pornve.com/pj6yxaneuwmu/Hydie_Waters_-_Tutti_Frutti_Fuck_My_Booty.html

https://pornve.com/pj7fdzo79e6t/Penny_Pax_Justin_Hunt_-_Happy_Fucking_Birthday_-_Big_Tits_At_Work_-_Brazzers.html

https://pornve.com/pj8e2yjybopd/Emily_Willis__Kira_Noir_-_Wheres_Your_Ring_-_Part_1.html

https://pornve.com/pj94gm02opjz/Brazzers_-_Karmen_Karma_Karmens_Casual_Friday.html

https://pornve.com/pjbx7i5mjpyc/Barbie_Sins_-_Never_Ask_Your_Gf_To_Pay_Rent.html

https://pornve.com/pjevo0pimlxo/Alanah_Rae_-_Pounding_Her_Zen_Garden.html

https://pornve.com/pjkiv00nx7yh/Brazzers_-_Maddy_Oreilly_Free_Anal_5.html

https://pornve.com/pjlf842xb1c3/Richelle_Ryder_-_Cum_Thirsty.html

https://pornve.com/pjns916m04cc/Karen_Fisher_-_How_My_Bully_Banged_My_Mom.html

https://pornve.com/pjo3jjol6rpu/Rebecca_Moore_Ramming_DP_Double_Anal_Jordi_El_Nino_Keiran_Lee.html

https://pornve.com/pjv1gayzsf1j/Brazzers_-_Whoredrobe.html

https://pornve.com/pk041oi2i209/Kleio_Valentien_-_Elegance_In_Negligence.html

https://pornve.com/pk2yw59vq7al/MilfsLikeItBig_19_08_23_Georgie_Lyall_Pounding_The_Problem_Son_XXX.html

https://pornve.com/pk3y962rg83m/Aaliyah_Hadid__Courtney_Taylor_-_Showing_Her_The_Ropes.html

https://pornve.com/pk6ixpj934ci/zzs_bridgette_honey_kristen_milf_big_tits.html

https://pornve.com/pk9u1gn43282/Bonnie_Rotten_-_Squirting_On_The_Job.html

https://pornve.com/pkatzjqzsyio/Rhylee_Richards_-_Packing_My_Pussy.html

https://pornve.com/pkbaxjp9s10q/Savannah_Fox_-_Pricking_Savannahs_Bubble_Butt.html

https://pornve.com/pkc8ml8bugtl/Arya_Fae__Raven_Hart_-_My_Lil_Dungeon_Keeper.html

https://pornve.com/pkd1sdme6b7b/Alison_Tyler_Phoenix_Marie_-_Ski_Hill_Slut_Emergency.html

https://pornve.com/pki6967hm4ql/Bonnie_Rotten_Lolly_Ink_-_Super_Hole_XLVII.html

https://pornve.com/pkkf8q4wfu09/Nicole_Aniston_from_Career_Day_Lay.html

https://pornve.com/pkkxj0l4r4ff/A_little_Discipline_for_Phoenix_Phoenix_Marie.html

https://pornve.com/pkm5wij8qbsp/Veronica_Rayne_-_Psychotic_Milf.html

https://pornve.com/pkmh3xrnmemz/Nicolette_Shea_Markus_Dupree_-_Day_With_A_Porn_Writer_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/pkn2t67c3hmb/BrazzersExxtra_Halle_Hayes.html

https://pornve.com/pkrtiugg65kd/TeensLoveHugeCocks_-_Kali_Roses_-_Checkmating_With_Kali_Roses.html

https://pornve.com/pkrty1dxw2pa/Gina_Valentina__Lily_Jordan_-_Fixer-Upper_Daughter_Stuffer.html

https://pornve.com/pkylew9ufcyk/Brazzers_Big_Butt_Wedding_Day_Simony_Diamond_Danny_D.html

https://pornve.com/pkz414h6ly99/My_Wifes_Ex.html

https://pornve.com/pkzlkz82ounz/Anna_Bailey_-_Someone_To_Satisfy_Her.html

https://pornve.com/pl72hb82v1go/Sibling_Rivalry_2_40Megan_Rain_Peta_Jensen__Chad_Alva41.html

https://pornve.com/pl8z7bovcend/RKPrime_-_Aidra_Fox_40Get_In_The_Closet41_12_24_16.html

https://pornve.com/plae3okvn1vd/HDBrazzer_-_Bill_Clinton_Fuck_up_with_Donald_Trumps_Wife.html

https://pornve.com/plno48wuuxcf/Our_New_Maid_Part_4.html

https://pornve.com/plpkk9sn91hz/Madelyn_Marie_-_Bigger_Houses_Are_Better.html

https://pornve.com/plt0y3ihlq3a/Romi_Rain_-_Lost_On_Vacation_San_Diego_-_Part_2.html

https://pornve.com/plte44yteqso/Our_Cute_Little_Plaything_-_2.html
https://pornve.com/plu10uppwcmd/Kimmy_Granger_Xander_Corvus_-
_If_Its_Going_To_Be_That_Kind_Of_Party_-_Brazzers_Exxtra_-_Brazzer.html
https://pornve.com/pm0z12ty6ouc/Keisha_Grey_-_Stretch_Out_Those_Young_Tits.html
https://pornve.com/pm3ti91ttj62/Rahyndee_James_-_Never_Trust_A_Teen_Slut.html
https://pornve.com/pm4ljgbnqyy6/Abella_Danger_Scott_Nails_-_ASSMR_-_Pornstars_Like_It_Big_-
_Brazzers.html
https://pornve.com/pm71hmia26cg/Ava_Courcelles_-_The_Butt_Next_Door.html
https://pornve.com/pm7bd52bn0xw/fuck_in_office_time.html
https://pornve.com/pm7zh0affu5g/Eva_Angelina_-_Affair_Trade.html
https://pornve.com/pmb7pka0o2gu/Lana_Sharapova_-_Pocket_Pussy_Anal.html
https://pornve.com/pmblmohm19tl/Anna_Polina_-_Night_Nurse.html
https://pornve.com/pmdqv5wlmxyj/Brandi_Edwards_-_The_Mayshag_Man.html
https://pornve.com/pmfr0wtkb2pp/Abella_Danger_-_The_Artist_Is_Fucking_Present.html
https://pornve.com/pmhcbhpqcyrw/bex_20_06_14_nicolette_shea_school_of_hard_knockers.html
https://pornve.com/pmlrzmxprvlc/Haley_Cummings_-_Ping_Pong_Pussy.html
https://pornve.com/pmta3jnts2xu/Nikki_Sexx_-_Nikki_Milkshake.html
https://pornve.com/pmxc00proqw4/Brazzers__Brazzers_Exxtra__Power_Rack_A_XXX_Parody.html
https://pornve.com/pmy5t1h54xh4/Emily_Parker_-_Lacrosse_Lacock.html
https://pornve.com/pn352haotgjl/Casey_Calvert_Nicolette_Shea_Charles_Dera_Tasting_The_Trophy_Wife.ht
ml
https://pornve.com/pn60hpbl91ji/Gia_Paige__Reagan_Foxx_-_Massage_A_Trois.html
https://pornve.com/pnbx7cdnuqu2/American_Whore_Story_-_Part_3.html
https://pornve.com/pnfyunba6hy6/Connie_Carter_-_Dreaming_Boobies.html
https://pornve.com/pnm3pwzlbkx9/BEST_NEW_Piper_Perri_-_720p.html
https://pornve.com/pnp2hgikangt/Anissa_Kate_-_Fucked_In_Front_Of_Class.html
https://pornve.com/pnq9l6lcz0ij/Pornstars_like_it_Big_Adriana_Chechik_Shut_up_and_Fuck_me.html
https://pornve.com/pnrv9ks906vy/Nicole_Aniston_-_A_Union_Nutbuster.html
https://pornve.com/pnst4d7lwg2n/McKenzee_Miles_-_Citizen_Sexy_Time.html
https://pornve.com/pnwxmeokhh39/Anikka_Albrite_-_Run_Annika_Run.html
https://pornve.com/pnyl0q0a5xd7/Bella_Rolland_Alex_Legend_-_Leaf_Blow_Him_-_RK_Prime_-
_Reality_Kings.html
https://pornve.com/po1o4nx1pp38/Stick_To_The_Script_Brazzers.html
https://pornve.com/po2k7svn226i/Kendra_Spade_-_Shake_Shop_Shag.html
https://pornve.com/po5dew5ine5k/Rough_And_Raunchy_Group_Fuck.html
https://pornve.com/po6749tltybe/Susy_Gala_Danny_D_-_Foot_Clerk_At_Work_-_Big_Tits_At_Work_-
_Brazzers.html
https://pornve.com/pofp3luzoxiw/Catie_Parker__Krissy_Lynn_-_Give_In_To_The_Pleasure.html
https://pornve.com/pogdn10k3eaa/Jennifer_White_Xander_Corvus_-_Hustle_And_Blow_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/pogq3jso07qe/BrazzersExxtra_17_02_26_Corinna_Blake_The_Lumbersexual_XXX_-
KTR.html
https://pornve.com/pokemuyrjl58/Lana_Violet_Rubbed_Right.html
https://pornve.com/poltpbix82hh/Monique_Alexander_-_Moniques_Cumshot_Countdown.html
https://pornve.com/pomgsl82yzim/Nikki_Sexx_-_Bronzed_Oiled_And_Spread.html
https://pornve.com/poojx64kuiwe/Megan_Marx_Locker_Cocker.html
https://pornve.com/poon22f11ph0/Katana_Kombat_JMac_-_The_Cure_For_Insomnia_-
_Doctor_Adventures_-_Brazzers.html

https://pornve.com/pooqj9xjmhr7/Honey_Luau_and_Victoria_Threesome.html
https://pornve.com/por34yyczmo9/Aletta_Ocean__Angelica_Heart__Donna_Bell_-
_You_Fuck_With_Her_You_Fuck_With_Me.html
https://pornve.com/por4pk2fz79x/Realitykings__RK_Prime__Apolonias_Blew_Movie.html
https://pornve.com/potqg4yy3r4e/Angela_White_Lena_Paul_Michael_Vegas_Porn_Logic.html
https://pornve.com/powfexn8n34p/Alison_Tyler__Julia_Ann_-_Fluids_On_The_Flight.html
https://pornve.com/pp2ls9jx0vqo/Madison_Scott_-_Papertrail_Bitch.html
https://pornve.com/pp4992a1hzwg/Alena_Croft__Kennedy_Leigh_-_My_Husbands_Student_-
_Part_2.html
https://pornve.com/pp78nsjar624/BigWetButtsJynx_Maze_A_Piece_Of_My_Candy_Ass.html
https://pornve.com/pp9n2h6xlw8l/Brazzers_-_Kayla_Green_Forever_Young.html
https://pornve.com/ppa5524rd9hl/Lisa_Ann_Jennifer_White_Dont_Tell_Mom_The_Babysitters_a_Slut.html
https://pornve.com/ppc8x18o3p6o/Moriahs_Wedding_Shower_2020_Xander_Corvus_Bridgette_B_Moriah_
Mills.html
https://pornve.com/ppegaum277v4/Michele_James_JMac_-_Thats_What_Friends_Are_For_-
_Dirty_Masseur_-_Brazzers.html
https://pornve.com/ppgkkycjem31/AJ_Applegate_DP.html
https://pornve.com/ppgmr0am7840/Carmen_Caliente_Xander_Corvus_-_Carmens_Footjob_Fetish_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/ppkj7vmmlps6/Katana_Kombat_Oliver_Flynn_-_Shower_Radi-ho_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/pplczhcpogqy/Haley_Cummings_-_Wonderful_Sex_Auditorium.html
https://pornve.com/ppm6wmneg1l7/Madison_Ivy_Something_For_My_Husband.html
https://pornve.com/ppn6qksb83bj/RealWifeStories_Peta_Jensen_A_Guilty_Conscience.html
https://pornve.com/ppnfxighrmsx/Fuck_Me_Please_-_Big_tits.html
https://pornve.com/ppntughjcc2d/Abella_Danger_-_Happy_Rear-Ending.html
https://pornve.com/ppp4cko7q9ji/Giselle_Monet__Rachel_Starr_-_School_President_Debate.html
https://pornve.com/pptoq1giwp0p/Julia_Ann_-_Happy_Milfs_Day.html
https://pornve.com/ppvi6bzijboe/Brazzers_-_1_800_Phone_Sex_Line_1.html
https://pornve.com/ppxeur32mh81/Bailey_Brooke_Justin_Hunt_-_Hot__Cold_-_Baby_Got_Boobs_-
_Brazzers.html
https://pornve.com/ppxithq8jh3y/ham_20_03_06_elsa_jean_and_riley_steele_roommates_or_more.html
https://pornve.com/pq4y9czl53v7/Candy_Manson_-_Backhand_Boobies.html
https://pornve.com/pq6vrsla46n1/Abella_Danger_Small_Hands_-
_Day_With_A_Pornstar_Abella_Danger_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/pq7xtatd5dzn/Melissa_Moore_Riley_Reid_Keiran_Lee_-
_Almost_Sisters_Remastered_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/pqaoqte3v6iw/Elexis_Monroe_-_I_Fucked_Yo_Mama_In_The_Sauna.html
https://pornve.com/pqejyqvzuc1j/Threesome_sex_both_girls_ass_fuck.html
https://pornve.com/pqgh82s95x8e/Raven_Bay_-_Welcum_Wagon.html
https://pornve.com/pqitid21t97o/All_Good_New_Sarah_Jessie.html
https://pornve.com/pqkkqacjreuu/Tory_Lane_-_Company_Cutbacks.html
https://pornve.com/pqlwdx6g0wj3/Cherie_Deville_-_I_Like_Creeps.html
https://pornve.com/pqoxxt8d5ta8/Gianna_Dior_Markus_Dupree_-_Whoring_Out_The_Red_Carpet_-
_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/pqsc36xh8tir/Megan_Coxxx_-_Pussy_Perpetrator.html
https://pornve.com/pqwht2lwwg85/Kiera_King_-_Shopping_Splooge.html
https://pornve.com/pqxbmcop5hox/Megan_Rain__Veronica_Avluv_-_How_To_Fuck_Butt.html

165

https://pornve.com/pqyk95oc5e27/PornstarsLikeItBig_19_09_13_Katana_Kombat_It_Takes_Two_To_Tango_XXX.html

https://pornve.com/pqzgfjha3cmw/Erika_Vuitton_-_Sex_And_Basketball.html

https://pornve.com/pqzwo3wpo3vl/Brazzers_-_Abella_Danger_gets_the_ultimate_orgasm_shes_waiting_from_Dr_D_.html

https://pornve.com/pr1p4x820yxz/Putting_Her_Tits_To_Good_Use_Brazzers.html

https://pornve.com/pr4185hksnwj/Lizz_Tayler_-_Theres_No_Business_Like_Ho_Business.html

https://pornve.com/pr68pe8wzdq1/PornstarsLikeItBig_Eva_Karera_40ZZ_Erection_2016_-_Part_3_-_22_07_1641.html

https://pornve.com/pransweykkoi/Adriana_Maya_-_Nobodys_Home_Come_On_In.html

https://pornve.com/prc9cedxq5iu/RKPrime_19_07_18_Jenna_Fox_And_Macy_Marx_Leather_For_The_Pleasure_XXX_SD.html

https://pornve.com/pri2m1yi1noq/Brandi_Love__Nicole_Graves_-_Love_vs_Sex.html

https://pornve.com/prj79zpg4gkq/Elsa_Jean__Ryan_Conner_-_Disciplining_His_Mistress.html

https://pornve.com/prlt6ei4tnhz/Blanche_Bradburry_-_Crushing_His_Dreams.html

https://pornve.com/prmgjc7f7mcq/My_Horrible_Boss_Wife.html

https://pornve.com/prnq9koejn0z/TeensLoveHugeCocks_Esperanza_Del_Horno_Enjoying_Esperanza.html

https://pornve.com/prod745osjqn/BigTitsAtSchool_Natasha_Nice_Nailed_It_15_06_2019_rq_4k.html

https://pornve.com/pru9om6105zb/Sienna_West_-_Stop_Crosswalk_Tits.html

https://pornve.com/prvbe1uj1qh0/My_Bosss_Daughter_brazzers.html

https://pornve.com/przc70mu9imo/Brazzers_-_Sexy_therapist_Monique_Alexander_make_her_patient_released_.html

https://pornve.com/ps0yvrfqlbwu/Lana_Rhoades_-_Over_Easy.html

https://pornve.com/ps4d6qkkqbvn/The_MILF_And_The_Faith_Eva_Karera.html

https://pornve.com/ps56ynrv5t1t/The_best_Handjob_Cumshot_Compilation.html

https://pornve.com/ps65c8rauzoq/Remy_LaCroix_-_Sock_It_To_Me.html

https://pornve.com/ps6uidmdts0s/Holly_Michaels_Dirty_Hardcore_Masseur.html

https://pornve.com/psavh08b2cw7/Isis_Love_You_Wont_My_Pussy_Son.html

https://pornve.com/pscq9t5j3sk8/Julia_Ann_-_Dodge_Balls.html

https://pornve.com/psct6xo61rsh/Valentina_Nappi_Alex_Legend_-_Jumping_For_Jizz_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/pse5o9covp4h/Kristen_Scott_Richelle_Ryan_Kyle_Mason_Mind_If_Stepmom_Joins_You.html

https://pornve.com/psej1dtov006/Eva_Karera_-_Filling_In.html

https://pornve.com/psf79t0gqds4/Misha_Cross_-_Misha_Cross_Cums_Clean.html

https://pornve.com/psglicem2omb/Tanya_Tate_-_I_Sex_My_Sons_Role_Models.html

https://pornve.com/psgnxed6c75n/Angelica_Heart_-_Officer_Hungary_For_Some_Boobs.html

https://pornve.com/psj8bbvpagba/Valentina_Nappi_-_A_Nurse_Has_Needs.html

https://pornve.com/psq8m5d6fhkm/The_Other_Way_Around_Veronica_Avluv__Chad_White.html

https://pornve.com/psr69rlc4287/Brianna_Beach_-_Take_Your_Anger_Out_On_Me.html

https://pornve.com/psserv3qjxwx/Jessa_Rhodes_-_My_Professors_A_Pornstar.html

https://pornve.com/pstob0kiw1iw/alexis_fawx_ricky_johnson_the_voyeur_next_door_part_1_brazzers_exxtra_brazzers.html

https://pornve.com/pstxphnbzp16/Beau_Diamond_Danny_D_-_Antique_Road_Blow_-_Milfs_Like_it_Big_-_Brazzers.html

https://pornve.com/psuo7c31si1n/DoctorAdventures_19_07_23_Savannah_Bond_Nurses_Touch_XXX_SD.html

https://pornve.com/pswaoy6e025l/Best_New_Jessa_Rhodes__Peta_Jensen_720p.html

https://pornve.com/pt5dagqyvqtr/Nina_Elle_-_Drilling_My_Sergeant.html
https://pornve.com/pt8wurfpctqj/Moriah_Mills_-_XXX-POSED.html
https://pornve.com/ptbr1e1lchaz/Going_Once_Cumming_Twice_-_Brazzers_.html
https://pornve.com/ptcvtl5la508/Mandy_Muse_-_Taking_Artistic_Liberties.html
https://pornve.com/ptdx8q0w141e/Brandi_Love_-_Red-Hot_Calendar_Shoot.html
https://pornve.com/ptfa41yu97kn/Antonya__Jessica_Moore_-_Real_Boobed_Babes.html
https://pornve.com/ptgnjw6lc2l2/Margo_-_Two_Boob_Salute.html
https://pornve.com/ptlcohhvequo/Valentina_Nappi_-_Strip_Poke.html
https://pornve.com/ptmj0ua32b3w/Kendra_Lust_-_College_Madness.html
https://pornve.com/pto772d3pxtu/Brazzers_-_ERection.html
https://pornve.com/ptoy7mz6fj57/Peta_Jensen_-_Teaching_Her_How_To_Cum.html
https://pornve.com/ptp6njcd55nl/Bake_Sale_Bang_Brazzers.html
https://pornve.com/ptt2aval3sef/Juicy_Pearl_-_Juiced.html
https://pornve.com/ptzpke04g1rt/Anissa_peta_-_Threesome.html
https://pornve.com/pu0j3d5szbh9/Brazzers_-_Lisa_Anns_Lover.html
https://pornve.com/pu83i4ub48aa/Dannys_Daymare_Tanya_Tate_and_Keiran_Lee__Danny_Mountain.html
https://pornve.com/pu87keo00dy4/Ally_Kay_40Cock_a_holic41.html
https://pornve.com/pudx1kzbutfv/Raylene_in_Brazzers-_Motherlover_Mommy_Got_Boobs.html
https://pornve.com/pufi6ht6x6t5/Puma_Swede_The_Cock_Whisperer.html
https://pornve.com/pugf3fnqsld0/Maddy_Oreilly_-_Rough_Malpractice.html
https://pornve.com/puitcz1g42qc/Jewelz_Blu_Luke_Ryder_Jewelz_Has_Cock_For_Breakfast_Day_With_A_Po
rnstar.html
https://pornve.com/pulvftneh55v/Lily_Love_Charm_School_101_Big_Tit_At_School.html
https://pornve.com/pumkpps6mpe7/Jynx_Maze_-_St-Valentines_Day_Assacre_Part_Two.html
https://pornve.com/pumr1ddu4zvh/Ayumi_Anime__Bridgette_B_-_Dykes_In_Debt.html
https://pornve.com/puwmqyk2d7i9/Marie_Luv_-_Touch_My_Comics_And_Get_Ass_Fucked.html
https://pornve.com/puwskx19in06/AJ_Applegate_-_Booty_Pop_-_Monster_Curves_-
_Reality_Kings.html
https://pornve.com/pv0tjfltaudm/MomsBangTeens_Ava_Addams_Dillion_Harper_Ava_Addams_Dillion_Harp
er_Sweet_seduction.html
https://pornve.com/pv2dkde3j0qd/Desiree_Dulce_Scott_Nails_-_A_Wifes_Ex_-_Real_Wife_Stories_-
_Brazzers.html
https://pornve.com/pv49u4ctrujv/Anna_Bell_Peaks__Felicity_Feline_-_Bloodthirsty_Biker_Babes_-
_Part_2.html
https://pornve.com/pv4mj60qlt9k/Kendall_Woods_-_Be_More_Like_Your_Stepsister.html
https://pornve.com/pv5f5jkavndt/Claire_Dames_-_Dr_Dreamy_Cream.html
https://pornve.com/pv9m6b7j09xe/Sasha_Rose_And_Sofi_Goldfinger_Getting_Goldfinger.html
https://pornve.com/pvcz5rrgoe49/The_Perfect_Maid_-_2.html
https://pornve.com/pvghrmxiy4c2/Madelyn_Marie_Cheating_Skinny_Pencil_Dick_Creepy_Faggot_Disappoint
ing_Diameter.html
https://pornve.com/pvhoqrb5id7e/Alice_Wayne_Yanick_Shaft_-_All_Natural_Alice_-_Big_Naturals_-
_Reality_Kings.html
https://pornve.com/pvmol5n6y55s/teen_12001_42_plays_published_on_28_minutes_ago_category_japanes
e.html
https://pornve.com/pvpb6hqi6x6k/1800_Phone_Sex_Line_2_Isis_Love__Sierra_Nicole15_08_2017.html
https://pornve.com/pvt0ishml9e5/Sophie_Dee_-_Diamonds_Are_Whorever.html
https://pornve.com/pvtmhvc8m7b9/Francesca_Le_-_Poolside_Poon.html

https://pornve.com/pvu84c85d0jc/Alektra_Blue__Monique_Alexander_-_Perving_Out_On_The_Perv.html

https://pornve.com/pw00nx3q8h93/Angela_White_-_Just_To_Be_Clear.html

https://pornve.com/pw4spnweg58j/Your_Son_s_a_Fuck_Up_Alison_Tyler_Xander_Corvus.html

https://pornve.com/pw6fz5mvlsea/HotAndMean_-_Nicolette_Shea_Kimber_Veils_-_Cuntceptual_Art.html

https://pornve.com/pwftw3rgrpmx/Kimmy_Granger__Mia_Pearl_-_Bunk_Bed_Head.html

https://pornve.com/pwklpp21junc/Britney_Amber_-_Bad_Bad_Waitress.html

https://pornve.com/pwpmtrxq91o8/Xmas_Sweater_Party_-_Brooklyn_Chase__Shawna_Lenee.html

https://pornve.com/pwpxakk1mr7h/Angela_White_Ava_Addam_Bridgette_B_Chasing_The_Big_D.html

https://pornve.com/pwsvtq7shrfg/Brazzers_Worldwide_Budapest_-_Episode_7.html

https://pornve.com/pwz935m5b0v4/Claudia_Valentine_-_You_Have_To_Eat_My_Pussy_On_Christmas_Eve.html

https://pornve.com/px0dom66viq6/Monique_Alexander_-_Jailhouse_Fuck_Three.html

https://pornve.com/px17bgfjm7as/Rob_Me_Blind_and_Fuck_Me_Stupid.html

https://pornve.com/px23kfsrebpn/Richelle_Ryan_-_Boning_The_Bad_Boyfriend.html

https://pornve.com/px6v7lwe41pm/Isis_Love_Justin_Hunt_Cafe_Au_Milf.html

https://pornve.com/pxt7uaa9cvfn/Penny_PAX_If_Only_It_Was_This_Easy_In_Real_Life_Without_Rohypnol.html

https://pornve.com/pxw2ri5ferx7/BrazzersExxtra_-_Best_Of_Brazzers_Meanest_Lesbians.html

https://pornve.com/pxx0y9lmnauf/Brazzers_House_-_Episode_10.html

https://pornve.com/pxyxhuyfs8g6/Devon__Kagney_Linn_Karter_-_The_Connor_OBanyon_Show.html

https://pornve.com/pxz2axebfmiz/Lick_Me_In_The_Locker_Room_Brazzers.html

https://pornve.com/pxz7teeeqdq8/Diamond_Foxxx_-_Titty_Theatre_Classics.html

https://pornve.com/py1lmq633r6o/mlib_19_06_19_nina_elle_washing_my_friends_wife.html

https://pornve.com/py5casjtlhed/Office_4-Play_-_Part_11.html

https://pornve.com/py5omikt83fu/Alex_Chance__Tori_Avano_-_Bubbles_And_Butts.html

https://pornve.com/pyakvz6yun4d/teen_shae_eats_a_big_cucumber_in_the_kitchen.html

https://pornve.com/pyd8nsyaa8p3/Diamond_Jackson_-_Brazzers_Porn_School.html

https://pornve.com/pygwtldbr3dr/Azul_Hermosa_-_Diva_For_A_Day.html

https://pornve.com/pymwcmhpv419/Wife_Fucks_Boss_On_Business_Trip_Kalina_Ryu__Tony_De_Sergio.html

https://pornve.com/pyn0zv15gtz5/Harlow_Harrison_-_The_Suburban_Skank.html

https://pornve.com/pz094gfv1yv6/Lexi_Lore_-_Size__Stamina.html

https://pornve.com/pz503pg63g6t/Jayden_Lee_-_Skanky_Prank.html

https://pornve.com/pz592tw0flus/Paige_Owens_Small_Hands_Xander_Corvus_-_Two_Can_Play_At_Paiges_Game_-_Pornstars_Like_It_Big_-_Brazzers.html

https://pornve.com/pz64evpggd6v/Rikki_Six_-_Chores_For_A_Whore.html

https://pornve.com/pz93uij0k1ah/Shay_Fox_-_My_Prom_Milf.html

https://pornve.com/pz9x8a6gszwy/Kristina_Rose__Veronica_Rodriguez_-_Bet_Your_Ass.html

https://pornve.com/pzk5ulrk3jaq/The_Conversion_-_Christiana_Cinn__Erik_Everhard.html

https://pornve.com/pzluo1s4mpf9/Brazzers_-_Nanny_Adventures.html

https://pornve.com/pzm9ru91dqiq/Lezley_Zen_-_Conference_Room_Scuffle.html

https://pornve.com/pzoc3ni42lvc/Julie_Cash_Karen_Fisher_with_Chris_Strokes_on_HD_4k.html

https://pornve.com/pzpngo6vg993/TeensLoveHugeCocks_19_07_18_Gabbie_Carter_No_Such_Thing_As_Dick_Proof_XXX_SD.html

https://pornve.com/pzpwzhj6j4kn/Michele_James_Van_Wylde_-_Booby_Massage_-_Big_Naturals_-_Reality_Kings.html

https://pornve.com/pzrqpt7hv1d4/Quinn_Wilde_-_Doing_Double_Duty.html
https://pornve.com/pztz2a466snb/Ebony_Chick_Shakes_Her_Booty.html
https://pornve.com/pzv35x30g3hv/Samantha_Rone_-_Samanthas_Gift_To_Brazzers.html
https://pornve.com/pzviv22tab4w/Rachel_Starr_-_League_Of_Pornstars.html
https://pornve.com/pzxun25mesgx/Ryan_Conner_-_Pussy_Or_Anal_A_ZZ_Clinical_Study.html
https://pornve.com/q03rlkzarpdn/Richelle_Ryan_-_Abrascrewdabra.html
https://pornve.com/q09mfrgtgp63/Sophia_Lomeli_Holly_West_Under_the_knife_or_Impaled_by_Sword_.html
https://pornve.com/q0ap4dj80fbk/BrazzersExxtra_-_Bella_Rolland_And_Scarlit_Scandal_Rough_And_Raunchy_Group_Fuck.html
https://pornve.com/q0cq6xbk2huz/GFRevenge_Fore_play.html
https://pornve.com/q0ggih2r6k4j/Mikayla_-_Customer_Satisfaction.html
https://pornve.com/q0nrpoo9x89n/Nina_Rivera_Scott_Nails_-_Bubble_Butt_Bride_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/q0nvaziip20w/Ava_Dalush_-_Crash_And_Bang.html
https://pornve.com/q0r5bswoi26c/Keisha_Grey__Mia_Malkova_-_Stretching_Them_Out.html
https://pornve.com/q0xv7jclcrud/Krissy_Lynn_-_Training_Day_Bitch.html
https://pornve.com/q1463410b5pt/Bella_Bellz_-_Youre_So_Extra.html
https://pornve.com/q14waixf280h/Melissa_May_-_Overnight_With_My_Moms_Boyfriend.html
https://pornve.com/q16ah8oryikz/Ryan_Conner_Menphiskas_Assmusement_2_Menphiskas_Assmusement_38_Top_Rated_Porn_Video_Of_Today_113_Most_Played_Porn_Video_Of_Today_181_Top_Rated_Porn_Video_Of_Week.html
https://pornve.com/q1cr3woqccfs/Brazzers_Big_Wet_Butts_First_Class_Ass_Blanche_Bradburry.html
https://pornve.com/q1h48jcc3jr3/BabyGotBoobs_-_Kandace_Kayne_One_Hot_Slice_XXX_NEW_21_July_2016.html
https://pornve.com/q1h5mjz0nutv/Nadia_Styles_-_Happy_Valentines_Day_Boss.html
https://pornve.com/q1krxkzmwejm/Lisa_Ann_-_Eyes_On_The_Prize.html
https://pornve.com/q1uwbotagxk2/Karma_Rx_Xander_Corvus_-_Day_With_A_Pornstar_Karma_Rx_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/q1wieyloye3o/Sarah_Miller_-_Sling_shot_4021_09_1541.html
https://pornve.com/q1yu8y3ua3f4/Aria_Lee_Charles_Dera_-_Joy_Riding_A_Cock_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/q259f32l69zt/BigTitsAtSchool_-_Anya_Ivy_A_Parent_Teacher_Meating.html
https://pornve.com/q27pim7lia70/BrazzersExxtra__Brazzers_Cherie_Deville_-_ZZ_Erection_2016_Part_1.html
https://pornve.com/q282orpiq4oe/Briana_Blair.html
https://pornve.com/q2cnjiykaeby/BrazzersExxtra_-_Liza_Del_Sierra_Sexpionage.html
https://pornve.com/q2f243verahz/Nina_Elle_Im_Gonna_Bang_Your_Mother_3_2015.html
https://pornve.com/q2f57af4m2yl/Oral_Creampie_Janice_Griffith_.html
https://pornve.com/q2h799f97bfp/Holly_West_-_Big_Butt_Adventures.html
https://pornve.com/q2l6ku830zh1/Shay_Fox_Busty_MILF_Creampie.html
https://pornve.com/q2liztutli5d/Abigail_Mac_Xander_Corvus_-_Poolside_Affair_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/q2o8mxg9v55t/blonde_hardcore_teen_pure18_lilly_kingston_ramon_cant_speak_english_nomar.html
https://pornve.com/q2slav1p0idl/BrazzersExxtra_-_Misty_Stone_Doing_Life_And_Doing_Your_Wife.html
https://pornve.com/q2tp63kvbp8i/Jessa_Rhodes__Kimber_Woods_-_Sex_With_My_Ex.html

https://pornve.com/q2wj80okzvpk/Amy_Anderssen_Gets_Play_With_Cock.html
https://pornve.com/q31o22jymtub/Candy_Manson_-_The_Postman_Always_Cums_Twice.html
https://pornve.com/q339n7f25d02/Kendra_Lust_Kissa_Sins__Peta_Jensen_My_Three_Wives.html
https://pornve.com/q341sszm9tai/Krissy_Lynn_Ricky_Spanish_-_Helicockter_Mom_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/q36bxywkwcbr/Vina_Sky_Danny_D_-_The_Gape_That_Keeps_On_Giving_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/q38qy2id3ktx/Angel_Wicky_-_Capture_My_Booty.html
https://pornve.com/q391bhc8hhht/Diamond_Jackson_-_A_Pot_Of_Golden_Dildos.html
https://pornve.com/q39oy3mnycis/Marie_McCray_-_Love_Thy_Neighbor.html
https://pornve.com/q3dbjdtwo4ja/BigTitsAtWork_Alix_Lynx_Daddy_s_Hardest_Worker_-_04_12_2016.html
https://pornve.com/q3e7az5d0zu0/office_mummy_2711_42_plays_published_on_2_hours_ago_category_mi
lf_pornstar_rachel_roxxx_tags_dani_daniel_rachel_roxx_tag_this_video.html
https://pornve.com/q3f42e0p5tw0/Ada_Sanchez__Diamond_Kitty_-_Atrapados.html
https://pornve.com/q3h22ddfwsoe/Lela_Star_Learning_The_Hard_Way.html
https://pornve.com/q3kl83rxjodh/Christy_Mack_-_Wet_And_Wild_Whooty.html
https://pornve.com/q3tfs2dggv4w/Abella_Danger_-_ASSMR.html
https://pornve.com/q3ukcme90lyb/Courtney_Taylor_-_The_Bookworm.html
https://pornve.com/q3v4qtbaak5d/Brett_Rossi_-_Have_You_Seen_The_Valet.html
https://pornve.com/q3xavn6mls4d/Stormys_Secret_Stormy_Daniels.html
https://pornve.com/q3yyz3fhohnb/Brazzers_-_Madison_Ivy_Youre_No_Nurse.html
https://pornve.com/q4575ygpm41b/Kleio_Valentien_-_ZZ_Motel_-_Dicking_The_Drifter.html
https://pornve.com/q45dan4hpe1d/Jasmine_Jae_Jessy_Jones_-_Too_Thicc_For_Skinny_Jeans_-_Monster_Curves_-_Reality_Kings.html
https://pornve.com/q45ejtv45b0m/Nicolette_Shea_-_Always_Read_The_Instructions.html
https://pornve.com/q484u82zccmk/Brandi_Love_-_Shake_His_Dick.html
https://pornve.com/q4bm6xcn2g0a/Eva_Angelina__Jayden_Jaymes_-_Kiss_And_Make_Up.html
https://pornve.com/q4fzlt422jte/Our_New_Maid_Part_2.html
https://pornve.com/q4g065e86wbm/Audrey_Bitoni_-_Sex_On_Skates.html
https://pornve.com/q4ine9nn2j99/Madison_Rose_-_Big_Butt_Shelter.html
https://pornve.com/q4lduc3su9ej/Bree_Olson_50s_Cafe_Waitress_By_Day_Anally_Reamed_By_Night.html
https://pornve.com/q4nt5p3m37w0/Lilli_Vanilli_-_Putting_It_In_Her_Slot.html
https://pornve.com/q4vus92yylab/Alura_Jenson_is_A_Mummy_With_Issues.html
https://pornve.com/q4w844jwiqt6/Ariella_Ferrera__Charli_Shiin_-_A_Neighborly_Lay.html
https://pornve.com/q4xmuuw82xyi/sexy_car_wash_with_three_hot_euro_sluts.html
https://pornve.com/q528j1c4nw5z/Kai_Marley_Cum_Stuffed.html
https://pornve.com/q56dm9oampn8/Alena_Croft_Scarlit_Scandal_Tyler_Nixon_-_Cumming_Out_Of_The_Closet_-_Moms_In_Control_-_Brazzers.html
https://pornve.com/q582xfwga9la/Reena_Sky_When_The_Husband_Is_Away_The_Wife_Will_Play.html
https://pornve.com/q58ug7pudbo4/GFRevenge_Bare_naked.html
https://pornve.com/q5auyxiuhww9/Preppies_In_Pantyhose_-_Part_3.html
https://pornve.com/q5bwj971igjq/kali_roses_bed_breakfast_and_kali.html
https://pornve.com/q5hwzx7n10cv/Leigh_Darby__Lezley_Zen_-_Family_Titty_Counseling.html
https://pornve.com/q5nl20g7ycbq/Dyanna_Lauren_-_Fun_In_The_Sun.html
https://pornve.com/q5o6ieiyxjhf/Britney_Amber_Justin_Hunt_A_Package_Deal.html
https://pornve.com/q5p9qz9h7e1f/Diamond_Jackson_-_Fuckus_Group.html
https://pornve.com/q5tekzgilm9q/Horny_Patient_Xander_Corvus_Gets_Fuck_Big_Tited_Doctor_Alison_Tyler.html

https://pornve.com/q5tujvrvpb77/Brazzers_Lisa_Ann_Eyes_On_The_Prize.html
https://pornve.com/q5ul8omam3g8/Ella_Hughes_-_Car_Tips_And_Tricks.html
https://pornve.com/q60o037ndwbx/Ava_Addams_-_Mr_Woodman_Says_Hello.html
https://pornve.com/q66owr4z97eh/Khloe_Kapri_Jax_Slayher_-_Bringing_Home_the_Brat_-
_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/q67qbpcr02rb/Free_Anal_-_2.html
https://pornve.com/q6cltahrr51w/Ashlyn_Rae_40Lovely_juice41.html
https://pornve.com/q6e1y0ylvg72/Alyssa_Lynn_-
_Forget_About_Fucking_My_Daughter_And_Fuck_Me.html
https://pornve.com/q6ey5w28lxfe/Kelly_Divine__Phoenix_Marie_-_Extreme_Fucking_League.html
https://pornve.com/q6mtivl94vt3/Nina_Elle_-_Cant_Resist_The_Tits.html
https://pornve.com/q6ngwo10hui1/_Brazzers_-
_Carolina_Sweets_turns_18_and_wants_to_sell_her_Virginity_online_.html
https://pornve.com/q6rt26mqwkr2/Bridgette_B__Moriah_Mills_-_Moriahs_Wedding_Shower.html
https://pornve.com/q6tc3dkcq9vm/Katie_St_Ives_-_Being_Bad_Episode_1.html
https://pornve.com/q6ws15b3jb5r/Samantha_Saint_-_Titty_Tipper.html
https://pornve.com/q6xsgqvp85t6/Raven_Bay_-_Anal_Breakup.html
https://pornve.com/q71bzuopszjg/My_Wifes_Sister_Brazzers.html
https://pornve.com/q76sgnt1qqpz/Penny_Pax_Markus_Dupree_-_Medical_Sexthics_-
_Doctor_Adventures_-_Brazzers.html
https://pornve.com/q7drlc0nhov7/Lisa_Ann_-_The_Goddess_Of_Big_Dick.html
https://pornve.com/q7e1pn7nab1u/Brazzers_-_Kenzie_Reeves_Selfies_With_The_Dean.html
https://pornve.com/q7gdaopyauqi/Phoenix_Marie_Johnny_Castle_-_Feeling_Up_Phoenix_-
_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/q7go9yw0plrc/Shawna_Lenee_-_Knockout_Boobs.html
https://pornve.com/q7r643tbe46w/Natalia_Starr_-_American_House_Sitter.html
https://pornve.com/q7s6ebvgpmqn/Janet_Mason__Gracie_Glam_Im_Gonna_Bang_Your_Mother_3_2015.ht
ml
https://pornve.com/q7zwsatlt2li/Brazzers_Forecasting_several_inches_Brazzers_Big_Tits_At_Work_Jane_Dou
xxx_Justin_Hunt_Blonde.html
https://pornve.com/q811zdhjzz4q/Aletta_Ocean_-_3_Trustworthy_Fuck_Holes.html
https://pornve.com/q84sxtzb46fx/Erin_Marxxx_-_Game_Fantasies_Cum_True.html
https://pornve.com/q87s2qrhy6qc/Destiny_Dixon_-_Her_Turn_To_Cheat.html
https://pornve.com/q88ubth4ahjd/Devon_Lee_-_A_For_Jerking_Off.html
https://pornve.com/q8bh3dhw273s/India_Summer__Kimberly_Moss_-
_Tight_Fitting_House_Sitting.html
https://pornve.com/q8bl24ff6hm6/BEST_NEW_Channel_Preston_-_720p.html
https://pornve.com/q8enjv16s5x8/Cali_Carter_Keiran_Lee_-_Big_Wet_Bridal_Butt_-
_Big_Wet_Butts.html
https://pornve.com/q8iucp6xr4fh/mlib_20_03_08_rachael_cavalli_making_herself_at_home.html
https://pornve.com/q8jb7blsbcqs/Kimmy_Granger_-_A_Talk_With_Teacher.html
https://pornve.com/q8sh13hep2up/_Brazzers_-
_Hot_Threesome_With_Julian_Ann__Olivia_Austin_.html
https://pornve.com/q8v90e3ig2is/Emma_Leigh__Jasmine_Jae_-_Four_Hands_To_Jerk_The_Clerk.html
https://pornve.com/q90096a64wx9/A_second_opinion.html
https://pornve.com/q90svckey2gx/Nina_Elle_-_My_Stepmom_The_Cam_Girl.html
https://pornve.com/q9drt1o8dp4o/BrazzersExxtra_-
_Bailey_Brooke_Fucking_Her_Uncanny_Valley.html

https://pornve.com/q9exdjp8vw73/Gia_Derza_-_Oily_AF_Anal.html
https://pornve.com/q9hrc6zym9lz/Phoenix_Marie_-_Phoenix_Maries_Day_Off.html
https://pornve.com/q9k0ujcupiwl/_Eva_Notty_get_full_massage_sex.html
https://pornve.com/q9ouqud85l5m/Lily_Love_-_Color_Between_The_Lines.html
https://pornve.com/q9scjvccesln/Dylan_Ryder_-_Video_Store_Incident.html
https://pornve.com/q9vdmj9yx8ml/Bree_Olson_-_The_Slutty_Life.html
https://pornve.com/q9wnkmmcwqx5/JR_Carrington__Scarlett_Pain_-_Disciplinary_Dick_Slam.html
https://pornve.com/q9yew5yzuj6l/Taylor_Wane_-_Merging_My_Big_Tits.html
https://pornve.com/q9yugslkx3ym/London_River_Scott_Nails_-_Londons_Slutty_Little_Secret_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/qa0ekr5z3qp9/Nicolette_Shea_Cock_Hungry_Cowgirl.html
https://pornve.com/qa0lktizh25a/Alura_Jenson_A_Demanding_Client.html
https://pornve.com/qa2rv55ss7la/Jewels_Jade_-_Jewels_And_The_Gang.html
https://pornve.com/qa8j4d2lg04d/BrazzersExxtra_Kira_Noir_Kristen_Scott_Sluts_Scared_Straight.html
https://pornve.com/qaei8ynvyqe4/Kaylani_Lei_-_Big_Bad_MILF.html
https://pornve.com/qafcgmaen78i/Luna_Star_-_Get_Bent.html
https://pornve.com/qagccm78ea2p/Ryan_Conner_-_Take_A_Seat_On_My_Dick.html
https://pornve.com/qakz4qlhfqm7/Melina_Mason_-_Whose_Tit_Is_It_Anyway.html
https://pornve.com/qamhtsraf6s7/Mischa_Brooks__Savannah_Fox_-_Casting_Call_For_Big_Butt_Sluts.html
https://pornve.com/qaosker3gqvo/Brooke_Banner_In_The_Shower_As_A_Geisha.html
https://pornve.com/qayrgwtvinoi/Brazzers_-_Hot__Bothered.html
https://pornve.com/qbbcwwh3tll0/2020_07_30_-_Jane_Doe_Private_Dick_-_Pornstar_Like_It_Big_-_Cathy_Heaven.html
https://pornve.com/qbf3e8kkf3rj/Veronica_Rodriguez_Soaking_and_Sucking.html
https://pornve.com/qbm2130eyvwh/TeensLoveHugeCocks_18_10_17_Honey_Moon_Cum_For_Me_Honey_XXX_SD_-KLEENEX.html
https://pornve.com/qbo1uyghu6dn/Amber_Alena_-_Ambers_Morning_Titjob_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/qbrgd7i21npi/RKPrime_-_Riley_Reid_Its_Showtime.html
https://pornve.com/qbz25z490ptz/_Brazzers_-_Stepmom_Eva_shows_Melissas_boyfriend_how_to_treat_to_a_bush_.html
https://pornve.com/qbzkr5wx1b64/Krissy_Lynn_-_I_Quit_Whos_Cumming_With_Me.html
https://pornve.com/qcenury6h4ir/Bonnie_Rotten__Rachel_Roxxx_-_No_Tits_Barred.html
https://pornve.com/qclmirrb06tt/Taylor_Wane_-_Sprinkle_Your_Jizz_On_My_Substantial_Areolas.html
https://pornve.com/qcox4zsx7r4t/Mariah_Madysinn_-_Squash_It_In_Squash_It_Out.html
https://pornve.com/qcr4r7mvqs1s/Borrow_A_Boyfriend_Lela_Star.html
https://pornve.com/qd8pfsew488a/Anita_Bellini_-_The_Great_Outdoors.html
https://pornve.com/qdfwrkilw1ei/Jynx_Maze_-_Loose_And_Dirty.html
https://pornve.com/qdhjb5frgeq1/Jessica_Jaymes__Kirsten_Price_-_To_Live_And_Fuck_In_L_A_-_Part_2.html
https://pornve.com/qdhu2ra8llea/Cherie_Deville_-_A_Fine_Evening_With_Missus_Deville.html
https://pornve.com/qdid8in5gbjz/Krissy_Lynn_-_Quiet_My_Boyfriend_Is_Cumming.html
https://pornve.com/qdilxvp3n97n/RK_Prime_Cory_Chase_Aubrey_Rose_Peter_Green_December_8th_2016.html
https://pornve.com/qdmq9f3cqhqi/New_Jessa_Rhodes_And_Ryan_Ryans_Sweet_Ass.html
https://pornve.com/qdmzmdfd2s9l/Phoenix_Marie_And_Jordi_El_Nino_Sex_Scene.html

https://pornve.com/qdrmu4p85mw4/Courtney_Cummz_-_Undercover_Titties.html
https://pornve.com/qe2b7f4ynpr8/Queen_Of_Thrones_3.html
https://pornve.com/qe6lfy6m91wm/Isis_Love_-_Ass_In_Heat.html
https://pornve.com/qe8iyopcu9hg/Jaye_Summers_-_Earning_Her_Allowance.html
https://pornve.com/qeao30mgiwep/Brazzers_-
_Huge_tit_police_officer_Alanah_Rae_punishes_the_inmate_.html
https://pornve.com/qenx06h8v2vx/Ariella_Ferrera_-_Mommys_Best_Kept_Secrets.html
https://pornve.com/qeo8rg7a0lvw/Raven_Bay_Xander_Corvus_Pornstar_Personal_Shopper.html
https://pornve.com/qepj6eazgrzr/Belle_Knox__Kendra_Lust_-_Babysitter_Games.html
https://pornve.com/qew1zv2a3b3b/Abigail_Mac_-_Horny__Dangerous_-_4.html
https://pornve.com/qf3i932wo76d/Monique_Alexander_Keiran_Lee_-
_Day_With_A_Porn_Star_Monique_Alexander_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/qf4q4mij865b/Lexi_Luna_Oliver_Flynn_-_My_Stepmoms_A_Fuck_Up_-
_Milfs_Like_it_Big_-_Brazzers.html
https://pornve.com/qfaheijn443x/Phoenix_Marie_-_Changing_Grades.html
https://pornve.com/qfd6pvethqd0/Isabella_Sky__Tanya_Tate_-_Master_Of_My_Teeny_Ass.html
https://pornve.com/qfj7qnotrjrv/Abella_Danger__Kissa_Sins_-_Kissas_Ass_Is_In_Danger.html
https://pornve.com/qfjbjlqlkjsp/Skyler_Mckay_-_Its_Ergonomic.html
https://pornve.com/qfnug31fkuw2/Mia_Malkova_-_Mia_Gets_Closer.html
https://pornve.com/qfqjx5p7hswq/Giselle_Leon_-_Lets_Start_The_Real_Party.html
https://pornve.com/qfqmwbrqvc0p/Dixie_Lynn_-_Sharing_The_Bed.html
https://pornve.com/qfwxdsfgmsnj/Heidi_Mayne_-_Stuffed_Turkey.html
https://pornve.com/qfzqtna93shl/DoctorAdventures_Lily_Love_Perks_Of_Being_A_Nurse_-_20_07_16.html
https://pornve.com/qg2c7gp73nby/Leya_Falcon_-_May_The_Ass_Be_With_You.html
https://pornve.com/qg3d96abm4dk/Sex_Challenge_Ava_Addams.html
https://pornve.com/qg47q9l26qbp/Jada_Stevens_Sheena_Shaw_Jordan_Ash_-
_Junk_In_the_Trunk_Remastered_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/qg4nskui0pog/Claire_Dames_-_How_To_Get_Ahead.html
https://pornve.com/qge5bh6ij7cr/Karlee_Grey_and_Valentina_Nappi_-
_Caught_By_Her_Boyfriend_high_quality_-_BabyGotBoobs.html
https://pornve.com/qgki8fg158ao/Kimmy_Granger_-_Cock_And_Frisk.html
https://pornve.com/qgl0q9tk59uf/Alena_Croft_-_Honey_Nut_Booty-Os.html
https://pornve.com/qgm6xrmyltin/Brazzers_Bowling_For_The_Bachelor.html
https://pornve.com/qgpn9e5spn1g/brazzers_-_paige_owens_cumming_of_age_anal-
_teenslikeitbig.html
https://pornve.com/qgvq8nnbxhso/Halle_Hayes_Scott_Nails_-_Working_Late_-_Brazzers_Exxtra_-
_Brazzers.html
https://pornve.com/qgzlb7kj67qx/Moms_In_Control_14_S6_Diamond_Jackson_Evelin_Stone.html
https://pornve.com/qh1gprcd3jwn/Alex_Chance_-_Operation_Last_Chance.html
https://pornve.com/qh3mdw039e24/Mulani_Rivera_-_Fuckin_Fail_Or_Fuckin_Fuck.html
https://pornve.com/qh9ru9l90nwr/The_Secrets_of_Marital_Sucksess_Brazzers.html
https://pornve.com/qhb3rfw8tar3/Jasmine_Jae_Madison_Ivy_Danny_D_-
_Tour_Of_London_Part_One_Remastered_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/qhn9i5zwuf4z/Brandi_Bae__Sara_St_Clair_-_Jogging_For_Pussy.html
https://pornve.com/qhnlrkqfbghm/RayVeness_-_Mom_Sees_A_Dirty_Movie.html
https://pornve.com/qhnmmw30zdiw/Eloa_Lombard_-_Temptress_Of_The_Woods.html
https://pornve.com/qholrq8t928r/BabyGotBoobs_Chloe_Addison-Broadcasting_Boobies.html
https://pornve.com/qhseo7glvdyf/Brazzers_Paying_Up.html

https://pornve.com/qhy3n3b5m311/two_hot_big_tits_milf_ava_adams.html
https://pornve.com/qi2e5vdg9wi0/Ava_Addams_Gianna_Dior_Tyler_Nixon_-_Mother_Daughter_Boning_-_Moms_In_control_-_Brazzers_1080p.html
https://pornve.com/qiaafwrho4ly/Aaliyah_Love__Cherie_Deville_-_Pornstar_Fantasies.html
https://pornve.com/qic8kb4ra2ux/NEW_Kalina_Ryu.html
https://pornve.com/qica8hczjt4c/Kagney_Linn_Karter__Lylith_Lavey_-_Field_Of_Reams.html
https://pornve.com/qifpv7jhr1ev/Britney_Amber_-_The_Nuru_Nurse.html
https://pornve.com/qiho2s2udew4/Isis_Love_-_Spa_Fuck.html
https://pornve.com/qij9aulsv1cx/_Brazzers_-_Busty_Emma_Leigh_loves_to_get_big_dick_in_her_mouth_and_pussy_.html
https://pornve.com/qik3z7bpvazt/Ashley_Adams_-_Bucked_And_Fucked.html
https://pornve.com/qilq5jekq6ew/Aggressive_Teacher_Fucked_Silly.html
https://pornve.com/qincedxy01mv/Brazzers_Live_-_40.html
https://pornve.com/qiqn9zr1dy4m/My_Cum_Hungry_Mother_In_Law.html
https://pornve.com/qixue0ee7xad/Kortney_Kane__Lexi_Swallow_-_Hanky_Panky.html
https://pornve.com/qj1tdauezca3/Allie_Haze__Val_Dodds_-_Give_Me_Your_Ass_Or_Get_Out_Of_My_House.html
https://pornve.com/qjcxvomsiuaj/Brooke_Wylde_-_A_Juggling_Sex_Act.html
https://pornve.com/qjdm60m3zgxc/Carla_Cox__Kiki_Minaj_-_Squirters_Juice_Bar.html
https://pornve.com/qjdzcz6rn9xd/Sarah_Jessie_Jessy_Jones_Ill_Take_It_Thick__Creamy.html
https://pornve.com/qjhac0j0oh5z/Ryan_Keely_Ricky_Spanish_-_Eating_Out_For_Thanksgiving_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/qji58wn4kgso/Isis_Love_-_Boning_Her_Bodyguard.html
https://pornve.com/qjs2qfdeafgv/Moms_Bang_Teens_15_XXX.html
https://pornve.com/qjsjn5hqd6sn/MilfHunter_Brandi_Love_Peeking_At_Brandi_-_07_11_2016.html
https://pornve.com/qju9zmlolqeo/Dillion_Harper__Jenna_Sativa_-_Cheating_With_A_Cheater.html
https://pornve.com/qjv27m4ntnd1/Sarah_Jessie_-_Test_Ride.html
https://pornve.com/qjv5vqim8n7p/DAREDORM_79_Ordering_Strippers_1of2.html
https://pornve.com/qk114o7navq6/Carla_Cox_-_Cumming_Home_For_Christmas_-_Part_2.html
https://pornve.com/qk2dxaav4x0k/RoundAndBrown_Lola_Amor_Serving_It_Fresh_-_21_10_2016.html
https://pornve.com/qk2u2qi5ukuc/_ava_rose__brooke_lee_adams_big_booty_cookout_cookout.html
https://pornve.com/qk3j2x3orwu2/Kylie_Sinner_-_Sunbathing_Stepsister_Wants_Anal.html
https://pornve.com/qk3q9u8zozhl/Katrina_Jade_-_Waking_Up_With_Katrina.html
https://pornve.com/qk4v5u2nnfhg/Valentina_Ricci_-_Stuck_In_The_Copier.html
https://pornve.com/qk99974zlghw/Eva_Notty_-_Cock_Reading.html
https://pornve.com/qk9ztkwph0py/brandi_wants_a_share_of_her_stepbrothers_cock.html
https://pornve.com/qkdulnyrtwth/Anissa_Kate_Chad_White__Badass.html
https://pornve.com/qki1qzt4jvvs/Lisa_Ann_Molly_Stewart_Were_All_Girls_HereHOTMEAN.html
https://pornve.com/qkjixketuhnf/Sweet_Tits___Ella_Knox.html
https://pornve.com/qkk1me0enyce/All_Good_New_Rachel_Roxxx.html
https://pornve.com/qkqguszgps0x/Anne_Amari_-_Hula_Humping.html
https://pornve.com/qktoj0g2cnd2/Ava_Dalush_-_Pervy_Deeds_Done_Dirt_Cheap.html
https://pornve.com/qkz6vgjlhien/Brazzers-_Moriah_Mills_-_Bubble_Bath_Booty_Call.html
https://pornve.com/ql2jxw3u894k/AJ_Applegate_Xander_Corvus_-_Tag_That_Ass_-_Big_Wet_Butts.html
https://pornve.com/ql37spezkrta/Squirting_All_Over_Her_-_Veronica_Rodriguez__Xander_Corvus_.html
https://pornve.com/qldh9vabuksf/_Brazzers_-_Attack_of_the_Rack_.html

https://pornve.com/qldjckoqyq9z/Eva_Lovia_hHas_Had_Enough_Of_Football.html
https://pornve.com/qlh7nb9z2bg9/A_Glass_of_Bubbly_Butt_Jessie_Volt__Danny_D.html
https://pornve.com/qllukfrp8gf1/Gianna_Nicole__Rahyndee_James_-_Worlds_Nicest_Nurses.html
https://pornve.com/qlp30vfe6rey/_My_GFs_Niece_Wants_A_Big_Piece_.html
https://pornve.com/qltd4ypwwx9i/RKPrime_-_Lola_Blond_Shower_Bang.html
https://pornve.com/qltjwx564ikc/Emily_Addison__Spencer_Scott__Tasha_Reign_-_Two-On-One_Fun.html
https://pornve.com/qlxtn9fw6ac0/Brazzers_-_Call_Center_Coochie.html
https://pornve.com/qm0c8u1l7dav/Killer_Quad.html
https://pornve.com/qm0gp5j2l20w/Riley_Reid_in_We_Live_Together_video_Sweet_Pussy.html
https://pornve.com/qm1wwe0o97ex/Angela_White__Molly_Stewart_-_Swing_Fling_-_Part_1.html
https://pornve.com/qm2g4g5jimkt/Brazzers_-_Brenna_Sparks_Spilt_Milk.html
https://pornve.com/qm6yzc6dqakb/Ariella_Ferrera_-_In_The_Darkroom.html
https://pornve.com/qmew674aj06m/Blindfolded_Cheater_Brazzers.html
https://pornve.com/qmf3k3ott6xj/Rose_Monroe_Tyler_Steel_-_Thick_As_Fuck_-_RK_Prime_.html
https://pornve.com/qmfs4t9rx2uu/Emma_Leigh__Tia_Layne_-_Teaching_The_Temp.html
https://pornve.com/qmg03ysiiqg2/Big_Butt_Cake_Brazzers.html
https://pornve.com/qmi1a9qk1tyv/Kendra_Lust_-_Librarian_Needs_A_Licking.html
https://pornve.com/qmow2w807h6d/MomsInControl_India_Summer_And_Kimberly_Moss_Tight_Fitting_House_Sitting.html
https://pornve.com/qmqqmhl01z3u/Lexxxi_Lockhart_-_A_Big_Cock_Goes_A_Long_Way.html
https://pornve.com/qmwewqjo477k/Dee_Williams_-_Stepson_Rubdown.html
https://pornve.com/qn2tk6gn2cli/Emily_Addison__Leilani_Leeane_-_You_Cheap_Rug_Munching_Cunt.html
https://pornve.com/qn322mnkvf7a/Brazzers_-_Katrina_Jade_Switching_Lives_Part_2.html
https://pornve.com/qn41tobriww7/My_Stepdaughters_Titties_-_Elektra_Rose__India_Summer.html
https://pornve.com/qn4o6yzhitg2/Brandi_Love_Xander_Corvus_-_Brandi_Loves_Latex_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/qn5m4n8drxic/Madison_Ivy_-_Madison_On_The_Prowl.html
https://pornve.com/qnb1k1or338o/Nicolette_Shea_Ricky_Spanish_-_Nicolette_Saves_The_World_Part_2_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/qndtzyrcokz3/AJ_Applegate_-_If_The_Job_Sucks_Suck_Back.html
https://pornve.com/qnjkgut0no9w/Karen_Fisher_-_Respect_My_Titties.html
https://pornve.com/qnkie9sauzpi/Brooklyn_Blue_Danny_D_-_Sex_With_The_Scarecrow_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/qnnagp4ibd6c/Sarah_Jessie_-_Inherit_This.html
https://pornve.com/qnnjklk1grcl/Rebecca_Volpetti_-_Sister_Doesnt_Mind_Sharing.html
https://pornve.com/qnr5qmtsdkec/_Brazzers_-_Blonde_bombshell_Kagney_Karter_gets_fucked_by_her_trainer_.html
https://pornve.com/qnskn6t573pf/Reagan_Foxx_-_Sending_Stepmoms_Nudes.html
https://pornve.com/qntkc8yct9np/Proxy_Paige_-_Double_Trouble.html
https://pornve.com/qo53tv2ohwnk/Shay_Fox_-_First_Anal.html
https://pornve.com/qo5o30vqyq96/Lilly_Lit_-_Bad_Grades_Good_Girl.html
https://pornve.com/qoagfaqsvizi/Katie_Morgan_-_The_MILF_Next_Door.html
https://pornve.com/qohflxb0j64h/Amber_Jade_-_Overcum.html
https://pornve.com/qojta1933gou/MoneyTalks_Kelly_Paige_Adrian_Maya_Avalon_Heart_Sweet_Hole_-_12_07_16.html
https://pornve.com/qop766ktzyjm/Kagney_Linn_Karter_Scott_Nails_-_Anally_Reamed_In_Her_Jeans_-_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/qorf3i3p10xa/Jessica_Jaymes_-_Its_Good_To_Be_Boss.html
https://pornve.com/qoz91krldg6f/BrazzersExxtra_-_Honey_Moon_Feel_The_Burn.html
https://pornve.com/qp134c3aaho5/Gina_Valentina_Squirtboarding_XXX_KTR.html
https://pornve.com/qp1adtpxaqqc/Gina_Lynn_-_Sex_On_A_Plane.html
https://pornve.com/qp685d0e6xtq/BigNaturals_Kimmy_Kush_-_Kimmys_Knockers_20_07_2016.html
https://pornve.com/qpd50z0kpn1w/Kagney_Linn_Karter__Krissy_Lynn_-
_Two_Pussies_And_One_Parachute.html
https://pornve.com/qpdelpnie4k0/Bridgette_B_-_Plowing_The_Private_Dancer.html
https://pornve.com/qpe6y6iodpee/Unhappily_Married_And_Horny_-
_Manuel_Ferrara_Kendra_Sunderland.html
https://pornve.com/qpeuvlwegrwl/Amy_Ried_-_Online_Secret_Affair.html
https://pornve.com/qphu7bkyp9dk/Katja_Kassin_A_Sheer_Fucking.html
https://pornve.com/qpqqutxdphy7/Savannah_Stern_-_The_Deal_Closer.html
https://pornve.com/qpsb5j5inve5/Kagney_Linn_Karter_-_Kagney_Cums_With_You_-
_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/qptisd8kpv26/Anal_Sex_in_Heaven.html
https://pornve.com/qpyylvog4kux/Kagney_Linn_Karter_-_The_Bosss_Wife.html
https://pornve.com/qq5dun8ua7kl/Courtney_Cummz__Francesca_Le_-_Agency_69.html
https://pornve.com/qqleqwss8kg6/Jessica_Robbin__Tessa_Lane_-_Slip_And_Slay.html
https://pornve.com/qqli9s9r2htk/Phoenix_Marie_And_Richelle_Ryan_-
_Sexy_Solicitation_The_Ultimate_Pickup.html
https://pornve.com/qqlunb9m9p1m/_Brazzers_-
_Milf_Rebecca_has_a_threesome_with_her_stepdatughter_Rhiannon_.html
https://pornve.com/qqlvd0czachi/sneakysex_19_07_06_mackenzie_moss_pc_problems.html
https://pornve.com/qqme79lj5wwr/Undersecretary_-_Gigi_Allens__Bradley_Remington.html
https://pornve.com/qqqexny1d5og/Christie_Stevens_Kenzie_Reeves_-_Its_Too_Big_For_My_Ass_-
_Moms_Bang_Teens_-_Reality_Kings.html
https://pornve.com/qqw3gy3ihrwy/Alena_Croft__Amethyst_Banks_-_Santas_Twerkshop.html
https://pornve.com/qqw8ha9df9m5/Ajaa_XXX_-_A_Family_Affair.html
https://pornve.com/qqx8mkq1ew7h/Nicolette_Saves_The_World_-_1.html
https://pornve.com/qqzois7j7u09/Valentina_Nappi_-_Undercover_Ass.html
https://pornve.com/qr0y7c17gfu3/Keisha_Grey_-_Slutty_Sitter.html
https://pornve.com/qr5nlfbc9ykw/Ryan_Smiles_New_April_06_2016_Dirty_Masseur_-_720p.html
https://pornve.com/qrdcxebe4vc8/BrazzersExxtra_-_Brazzers_-
_Chanel_Preston_Keiran_Lee_Making_A_Mess_On_The_Maid.html
https://pornve.com/qrgsronjubja/Alanah_Rae_-_Assault_On_Anal_Precinct_13.html
https://pornve.com/qrguwq7qwj1w/Jayden_Cole__Jayden_Jaymes__Kortney_Kane_-_Cheerlickers.html
https://pornve.com/qrig09qxlez5/Victoria_Rae_Black_-_Victoria_Rae_Needs_To_Play.html
https://pornve.com/qrkyavayf4tj/Jayden_Le_-_Hardcore_Gamer_Chick.html
https://pornve.com/qrlrkpdfcrma/Chloe_Couture_Slip_It_In_2S5.html
https://pornve.com/qrlwl5t7kkve/NEW_Good_Shit_Layla_London.html
https://pornve.com/qroj1wuv2740/BEST_NEW_Peta_Jensen_My_Honey_Wants_It_Rough_March_31_2016_-
_720p.html
https://pornve.com/qrxmt3ndpwm5/CFNMSECRET_gropist.html
https://pornve.com/qs3qbgbbcwwx/Carolina_Sweets_-_Stuck__Fucked.html
https://pornve.com/qs5gmuhztxpu/Karen_Fisher__Sammy_Brooks_-_Milf_Swap.html
https://pornve.com/qs5mm4r8zbky/Tanya_James_-_Dont_Be_Ashamed.html
https://pornve.com/qs7ft822w9qq/Dani_Daniels__Luna_Star_-_Horny_Hosts_Of_Purgatory.html

https://pornve.com/qs85lwgmdif4/Michele_James_Xander_Corvus_-_Big_Spotlights_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/qs988ebuygap/Scarlett_Bloom_Charles_Dera_-_Upgrading_To_An_Older_Model_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/qsc6b9wq032j/Christy_Mack_Oiled_Hard_Anal_and_Facial.html
https://pornve.com/qsf4e0h5k7jh/Nicolette_Shea_-_Water_Cooler_Cock.html
https://pornve.com/qsgxkwpakxrv/Alexis_Fawx_Xander_Corvus_-_Multitasking_Massage_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/qsln167ij2kl/Ana_Foxxx_-_Slip_And_Slide.html
https://pornve.com/qsmokzgz5qmu/Alexis_Venton_-_Slut_Power_In_The_Shower.html
https://pornve.com/qsnxyrzkluc5/Big_Tits_In_History_-_Part_2.html
https://pornve.com/qsrpnie201lw/Lisa_Ann_When_Lisa_Ann_Cums_Over.html
https://pornve.com/qsuyvd3fyi8z/Anya_Ivy_-_A_Daring_First_Date.html
https://pornve.com/qt3duszzmas4/Angela_Attison_-_Misery_Loves_Cumpany.html
https://pornve.com/qt66i8zcnfsx/Dana_DeArmond_Bossy_Bitch.html
https://pornve.com/qt7incviyb2p/Sarah_Jessie_My_Stepmom_s_New_Boobs.html
https://pornve.com/qta7wm4hh32s/Romi_Rain_-_Wandering_Hands.html
https://pornve.com/qtaivs5mp6sn/Maddy_Oreilly_-_Work_Is_Long_When_Youre_Wearing_A_Thong.html
https://pornve.com/qtbh0ax3p29o/Jenna_Haze_-_Fuckin_With_Jenna.html
https://pornve.com/qtka7zeubvio/Brazzers_-_Sarah_Jessie_Shipped_And_Stripped.html
https://pornve.com/qtpo424qkuhi/Dylan_Riley_-_Laid_And_Let_Go.html
https://pornve.com/qtq9fbcpt5tm/Joyce_Oliveira_-_Double_Cumshot_Special.html
https://pornve.com/qtqnu29sqpth/Brooklyn_Chase_Nailing_Ms_Chase_Part_One.html
https://pornve.com/qtw899wxof1o/Ricki_White__Jada_Fire_-_Ebony__Ivory_Fucking_In_Perfect_Harmony.html
https://pornve.com/qtz1b4zw2mxj/peta_jensen_Power_Rack_A_XXX_Parody.html
https://pornve.com/qudrnhkkwcmh/Brandi_Love_-_Mounted_By_My_Mother-In-Law.html
https://pornve.com/qudvjf8evu9k/Desiree_Dulce__Luna_Star_-_The_Dommes_Next_Door.html
https://pornve.com/quevikqve5ul/Kylie_Page_Johnny_Sins_-_The_Geeks_A_Freak_-_Big_Tits_At_School.html
https://pornve.com/qukqqoxb6j80/BrazzersExxtra_Canela_Skin_Anal_Sex_Doesnt_Happen_In_A_Vacuum.html
https://pornve.com/qumzv2izj6oo/Kristina_Shannon_Alex_Legend_-_Every_Rose_Has_Its_Porn_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/quvus3rdpz5l/Natalia_Starr_-_The_Daily_Special.html
https://pornve.com/quvx8njr42j9/Lela_Star_Keiran_Lee_-_Blindfolded_Bride_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/quxnz46g6hsj/Abella_Danger__Phoenix_Marie_-_Boss_Dominates_Horny_Employee.html
https://pornve.com/qv4sdr0fvd0l/Brazzers_House_-_Episode_12.html
https://pornve.com/qv5dva10qanc/Priya_Anjali_Rai_-_The_Long_Cock_Of_The_Law.html
https://pornve.com/qvcf2zl7ma3q/Brazzers_Rent_A_Pornstar_Wife_For_A_Day.html
https://pornve.com/qvj03z5noxfs/Audrey_Bitoni__Memphis_Monroe_-_What_Really_Happens_When_Girls_Go_To_The_Bathroom_Together.html
https://pornve.com/qvk4vz3bskcr/Monique_Alexander__Skyla_Novea_-_Pornstar_Therapy.html
https://pornve.com/qvq20l86nd3z/Destiny_Dixon_-_Queen_Of_Footjobs.html
https://pornve.com/qvvh1zl0mu64/Charity_Bangs_-_Ivy_League_Tease.html

https://pornve.com/qvzi3lahr444/Piper_Perri_-_Jillin_In_The_Box.html
https://pornve.com/qwa2tpgw477v/Dayna_Vendetta_-_FleXXXibility.html
https://pornve.com/qwbbio5jwshg/Assh_Lee_-_Hip-Hop_On_That_Cock.html
https://pornve.com/qwbm7hb6wya7/Zanna_Blue_Keiran_Lee_-_Lingerie_Rubdown_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/qwj0aduhyew7/Aletta_Ocean_-_Oversnatch.html
https://pornve.com/qwoppier6mtj/Havana_Ginger_Kyle_Mason_-_Oiling_Up_Havana_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/qwox1tc8jyek/Jewels_Jade_-_My_Mom_Is_Fucking_Crazy.html
https://pornve.com/qwr3xtji4lcn/Brooke_Brand_-_The_Weather_Whore.html
https://pornve.com/qwsxvf7a56zv/Brazzers_Live_-_20.html
https://pornve.com/qwt4xthxqv6c/Abbey_Brooks_-_Handling_His_Business.html
https://pornve.com/qwwwqzxe5sb5/Katalina_Mills_Latina.html
https://pornve.com/qwx3uktaog1x/Adriana_Chechik_-_The_Great_Doctor_Part_One.html
https://pornve.com/qwxqm3fh9xk9/Tasha_Reign_-_Sacred_Holes.html
https://pornve.com/qx0s1pfi08bj/Bailey_Brooke__Noemie_Bilas_-_Ladies_First.html
https://pornve.com/qx4uesjq9th7/Brazzers_-_Kaylani_Lei_The_Model_Stepmom.html
https://pornve.com/qxdoqfzdf92g/Jasmine_James_-_Jasmines_At_The_Laundromat.html
https://pornve.com/qxhaa4yh86hc/BrazzersExxtra_-_Amber_Jade_-_Overcum.html
https://pornve.com/qxj4cf5jufx9/RealWifeStories_Ariella_Ferrera_Take_A_Seat_On_My_Dick_2.html
https://pornve.com/qxjadrg3ugcz/HOT_Threesome_Kendra_Lust_And_Nicole_Aniston.html
https://pornve.com/qxl96my63d0v/Darla_Crane_-_In_Search_Of_Big_Tits.html
https://pornve.com/qxlh85dys27j/Lily_Labeau_Aerial_Downward_Doggystyle.html
https://pornve.com/qxlumald8efy/Moms_In_Control_How_To_Fuck_Butt_Brazzers_Teen_Megan_Rain_Veronica_Avluv_Fishnet_Professional.html
https://pornve.com/qxnvijpnp9kc/Karma_Rx_-_Ill_Fuck_Who_I_Want.html
https://pornve.com/qxomfg7yfbbd/Amy_Reid_-_Guilty_Until_Proven_Innocent.html
https://pornve.com/qxsbq0d4yj4r/Lela_Star_-_Lelas_Panty_Thief_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/qxtvx7qll1l4/Jasmine_James_HOT_HARD_ANAL.html
https://pornve.com/qxudzzzre5k4/PornstarsLike_It_Big_Brazzers_Phoenix_Marie.html
https://pornve.com/qxuwtjrhoiqb/Danni_Rivers_Justin_Hunt_-_Cocksicle_Tease_-_RK_Prime_-_Reality_Kings_HD.html
https://pornve.com/qxvuibnc900r/Courtney_Taylor__Summer_Brielle_-_Two_For_One_Busty_Blondes.html
https://pornve.com/qxxrvdw6k59t/Jasmine_James_The_Cougar_Countdown.html
https://pornve.com/qxy9mdnxs9gz/Best_Of_Brazzer_Porn_Watches_Back.html
https://pornve.com/qy0xi9xke9xd/Nia_Nacci_Jessy_Jones_-_Naughty_Nia_-_Teens_Love_Huge_Cocks_-_Reality_Kings.html
https://pornve.com/qy3l2dlj8lyo/Missy_Stone_-_Squeezing_Cum_On_A_Stone.html
https://pornve.com/qy4y12igma6g/Ana_Foxxx_-_Stay-At-Home_Slut.html
https://pornve.com/qy9vpaze0mox/Brandi_Love__Marsha_May__Monique_Alexander__Phoenix_Marie__Romi_Rain_-_The_Late_Night_Orgy.html
https://pornve.com/qybgu48oecxo/Brazzers_Chantelle_Fox_The_Wet_Look.html
https://pornve.com/qyic92s35log/Veronica_Avluv_-_Mom_Visits_Doc.html
https://pornve.com/qyizlriupvh2/Brenda_James_-_My_Mother_The_Fucker.html
https://pornve.com/qyobc9ghwkb2/Samantha_Saint_-_Breast_Exam_Fun.html
https://pornve.com/qypid1jw944g/Nikki_Cruz_-_Spring_Training.html

https://pornve.com/qz07qqs6ua1c/Brazzers_Moriah_fucks_her_muse_Brazzers_Real_Wife_Stories_Moriah_Mills_Keiran_Lee_White_Guy_F.html

https://pornve.com/qz1p6kd9eplz/ADOLESCENT_SKY.html

https://pornve.com/qz6smwl9n5hl/Shyla_Stylez_-_Got_An_Itch_For_Some_Hot_Scratch.html

https://pornve.com/qz7vnv8i01f6/Having_fun_with_a_naked_stepmother_under_the_nose_of_Bati.html

https://pornve.com/qz7wovzii39m/Romi_Rain_-_The_Whore__The_Big_Dick.html

https://pornve.com/qzddbjrelysi/RoundAndBrown_17_03_03_Janelle_Taylor_Pump_It_Up_XXX_-KTR.html

https://pornve.com/qzgaygijuvcs/Blanche_Bradburry_Danny_D_-_Dont_Touch_Her_8_-_Big_Butts_Like_It_Big_-_Brazzers.html

https://pornve.com/qzj386idhlpn/Sybil_Stallone_Van_Wylde_-_A_Whole_Lotta_Ass_-_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/qzzvj4ikp7b7/TV_Show_with_Real_Pornstars_They_Fuck_All_DaY.html

https://pornve.com/r00cztsv4lvv/Ashton_Pierce_-_Cyber_Punk_Fuck.html

https://pornve.com/r021vyr0a9jw/Blake_Rose_-_Who_Cares_Let_Me_Fuck_Your_Tits.html

https://pornve.com/r03pjvubt9hf/Kagney_Linn_Karter_Anally_Reamed_In_Her_Jeans_BigWetButts_anal_31_05_2020_on_SexyPorn.html

https://pornve.com/r04rrnn97pe8/Abbie_Cat__Yuffie_Yulan_-_Why_We_Love_Womens_Tennis.html

https://pornve.com/r0d7x5oq6zts/Emily_Parker_-_Lacrosse_Lacock.html

https://pornve.com/r0dozl011ulo/Dillion_Harper_-_No_Squirting_In_Class.html

https://pornve.com/r0jq1odmujgm/All_Good_New_Sheridan_Love.html

https://pornve.com/r0kwlguwh1v8/Monique_Alexander_-_Team_Building_Sexcercise.html

https://pornve.com/r0m0aw4m4ia9/Dani_Daniels_-_Inmate_In_My_Puss.html

https://pornve.com/r0n00k1m482k/Alura_TNT_Jenson__Avi_Love_-_The_Audition.html

https://pornve.com/r0olko5ouhlf/Krissy_Lynn_-_Stalker.html

https://pornve.com/r0pjarht1u7v/Desiree_Night_-_Jumping_Jumbos.html

https://pornve.com/r0zv3uk3f7zc/Mackenzee_Pierce_-_Matawhore.html

https://pornve.com/r10ckru3f7ao/Kaylee_Jewel_Blow_Kaylee_Blow.html

https://pornve.com/r11c0ghzaaqe/The_Best_Phoenix_Marie_Compilation.html

https://pornve.com/r11i3wliui4s/Xanders_World_Tour_Episode_1.html

https://pornve.com/r11rgjlzxk50/perfect_body_teen_fucked_so_hard.html

https://pornve.com/r1a2dc0gop1w/Brookly_And_Kagney_Share_Everything.html

https://pornve.com/r1bbn7awl8e1/Kiki_Minaj_-_Prized_Posessions.html

https://pornve.com/r1e82g92z527/Juelz_Ventura__Gia_Dimarco_The_Anal_Payback.html

https://pornve.com/r1gy2u39ycuu/Monique_Alexander_-_Sexy_Dentist_Knows_The_Drill.html

https://pornve.com/r1jkf61v20pa/da_19_05_28_marica_chanelle_naughty_nurses_first_day.html

https://pornve.com/r1pagmkat5c4/Angela_White_Siri_Keiran_Lee_-_Sneaky_Shower_Threesome_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/r1pmwx9yutsj/Diamond_Foxxx_JMac_HR_Whorientation.html

https://pornve.com/r1qd7dnizzaj/Codi_Vore_Xander_Corvus_Big_Naturals_Shirt_Showoff_Brazzers_Exxtra_Brazzers.html

https://pornve.com/r1r32yinro76/Chessie_Kay_Keiran_Lee_-_Dressing_Room_Poon_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/r1sylh3vidw5/Eva_Notty_-_Moms_In_Hot_Water.html

https://pornve.com/r21eb35yri6i/2020_07_31_-_My_GFs_Niece_Wants_A_Big_Piece_REMASTERED_-_Teen_Like_It_Big_-_Aidra_Fox.html

https://pornve.com/r22hz0alhw0d/The_Mother_Of_All_Seductions_Monique_Alexander.html

https://pornve.com/r28ikvoofhvs/Katana_Kombat_Johnny_Sins_-_Custodial_Cravings_-_Big_Tits_At_Work_-_Brazzers.html

179

https://pornve.com/r2dd999iwexp/Katrina_Jade_Markus_Dupree_-_Lost_My_Cockcentration_-_Big_Tits_At_Work.html
https://pornve.com/r2fbxxpsegx0/Brazzers_-_My_Stepmom_And_Her_Sister.html
https://pornve.com/r2ojzbfr10v3/Big_News_On_The_Boob.html
https://pornve.com/r2pv0z2lum0r/Mia_Malkova_-_Yoga_Lesson.html
https://pornve.com/r2szmi5wokqr/Tina_Kay_Danny_D_-_The_Dommes_Next_Door_Part_1_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/r2tilftz23kd/Polly_Pons_-_Banged_Behind_Bars.html
https://pornve.com/r2wcoal98gqu/Brazzers_-_Brittany_Andrews_Cum_To_My_Window.html
https://pornve.com/r2zsk3vz1qaf/Sophia_Lomeli_-_NipFuck.html
https://pornve.com/r31aimu4mbcr/Kayla_Kayden_-_The_Unforgettable_Anniversary.html
https://pornve.com/r33p18o3pve1/Kterina_Hartlova_Best_Tits_Ever.html
https://pornve.com/r3628jdxsuks/Tyler_Faith_-_Sneaking_In_A_Last_Minute_Facial.html
https://pornve.com/r3a72w9kwijk/The_Brazzers_Halftime_Show_-_2.html
https://pornve.com/r3ai81nh189h/Krissy_Lynn_-_How_To_Train_Your_MILF.html
https://pornve.com/r3bjtb9vv1bc/Brazzers_Isis_Love_Ass_In_Heat_XXX.html
https://pornve.com/r3bulr2fx8ti/Eva_Angelina_-_Two_Cocks_For_The_Two-Timer.html
https://pornve.com/r3i2v2o1xc1p/Brazzers_-_Tia_Cyrus_fucked_hard_by_hospital_doctor_Ramon_.html
https://pornve.com/r3j0te994f8v/Amber_Jayne__Jimena_Lago_-_First_Impressions.html
https://pornve.com/r3j7f64zkagm/Double_Timing_Wife_Keiran_Lee_Bill_Bailey__Ava_Addams.html
https://pornve.com/r3k0h8dybe13/Jolee_Love_-_Strike_A_Pose.html
https://pornve.com/r3ms7wvw80vp/Maggie_Green_-_Shes_Sneaky_Sweet.html
https://pornve.com/r3p31w0730fo/Switching_Lives_-_Part_1.html
https://pornve.com/r3s0eqg7np0y/Allison_Moore_-_DILFs_Like_Them_Big.html
https://pornve.com/r3t0jd5m2xr5/Brittany_OConnell_-_Peeping_Tom.html
https://pornve.com/r3w5vusrqqv3/Z_Ladron_se_la_coge_a_escondidas_de_marido.html
https://pornve.com/r3zluep60rnf/Zeina_Heart_-_Number_One_Fan.html
https://pornve.com/r48dvl9e6xz7/Best_Of_Brazzers_-_Phoenix_Marie_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/r4b9ub7f5c47/Sunny_Leon_Coochie_Monster_Lessons.html
https://pornve.com/r4hklfkiqc3i/Jenna_Sativa__Kandie_Monaee_-_Fuck_Its_Hot.html
https://pornve.com/r4vixtzfe183/Cherokee_-_Stop_Bullying_Me_And_Fucking_My_Mom.html
https://pornve.com/r50fypmhfpwj/Veronica_Rayne_Ra_Ra_Fuck_My_Ma.html
https://pornve.com/r51vtcwgyx8a/Blonde_Big_Tits_Big_tit_Big_Natural_Tit_Natural_Big_Tit-.html
https://pornve.com/r56hqptka3tu/Peta_Jensen_-_Breaking_In_Miss_Jensen.html
https://pornve.com/r5cgl86jqes5/Aletta_Ocean_-_Fuck_Or_Youre_Fired.html
https://pornve.com/r5gxssrqwf5q/Jessica_Robbin_-_Fucked_Or_Fiction.html
https://pornve.com/r5h7lnviptpn/Monique_Alexander_-_Spa_For_Horny_Housewives.html
https://pornve.com/r5iht5zkbjd0/Sophia_Lomeli_-_Basket_Whore.html
https://pornve.com/r5j8dk56agst/Taking_It_TwiceLucia_Love__Danny_D__Tony_De_Sergio.html
https://pornve.com/r5lr0afk8yt0/Rhiannon_Ryder_-_Dont_Tell_Mom_The_Babysitter_Gives_Head.html
https://pornve.com/r5ok7qz9x5hm/Do_not_be_afraid_My_stepmom_Alexis_Fawx_will_show_us_how_to_get_fucked.html
https://pornve.com/r5qqwxb5vbae/Abella_Anderson_-_Dont_You_Wish_Your_Girlfriend_Was_Hot_Like_Me.html
https://pornve.com/r5srj40cdvtp/Bridgette_B_-_Fill_My_Cracks_And_Fuck_My_Ass.html

https://pornve.com/r629tuni1lgw/NEW_Brandi_Love_MILF.html
https://pornve.com/r62ok8foxdkk/Jessa_Rhodes__Madison_Ivy_-_Ladies_Night.html
https://pornve.com/r664umz8vkzk/DayWithAPornstar_-_Alexis_Fawx_Alexis_ASMR.html
https://pornve.com/r6bbgksypgqt/Abigail_Mac_-_A_Domestic_Dicking.html
https://pornve.com/r6ex6mh62ek9/Alessandra_Jane_Awesome_Russian_Slut.html
https://pornve.com/r6ga2v7azwi0/Napping_Naked_Veronica_Avluv_Dany_D.html
https://pornve.com/r6hx5ijl46er/Jessica_Bangkok_-_Office_Christmas_Party.html
https://pornve.com/r6jihdwyhtoc/Rachel_Starr_-_Powerless_Titties.html
https://pornve.com/r6ka0jw8v7bc/Alexis_Fawx_Breakfast_lesbian.html
https://pornve.com/r6kcvpo97x2p/Lana_Rhoades_-_A_Knob_Well_Done.html
https://pornve.com/r6kooynfq121/Krissy_Lynn_-_First_Dibbs_On_Her_Asshole.html
https://pornve.com/r6l8fqf8o4t3/Bonnie_Rotten_-_The_Bonnie_Rotten_Experience.html
https://pornve.com/r6py49lhqwd0/Abigail_Mac__Niki_Lee_Young_-_We_Dont_Need_Boys.html
https://pornve.com/r6qf52ujyvk9/Tasha_Holz_-_Working_Hard.html
https://pornve.com/r6uqu26ei94r/Nora_Noir__Veronica_Avluv_-_Circus_Squirtus.html
https://pornve.com/r73fbyam26h9/Nikki_Benz_-_Ring_The_Bell_For_Service.html
https://pornve.com/r75n0ojrry4n/Madison_Ivy_-_A_BIG_Surprise.html
https://pornve.com/r762yj2vjgpm/Adriana_Chechik_Markus_Dupree_-_Whats_Up_Her_Ass_-
_Pornstars_Like_it_Big.html
https://pornve.com/r78dyn81cs8y/Phoenix_Marie_-_Yoga_Freaks.html
https://pornve.com/r7aysuvbud8o/Trading_Sides_-_Part_1.html
https://pornve.com/r7b8i6wetxng/Aimee_Black_-_Anal_Business_Plan.html
https://pornve.com/r7gsmuj0sevt/Dylan_Ryder_-_One_Last_Fuck.html
https://pornve.com/r7gz2z8dwijj/Delta_White_-_Nursing_Him_Back_To_Health.html
https://pornve.com/r7j8ikbh2xak/Darling_Danika_-_Foreign_Fucking_Exchange.html
https://pornve.com/r7m9kak72lk4/Carter_Cruise__Kira_Noir_-_Slippery_Showdown.html
https://pornve.com/r7oa2jlmc1tg/Parker_Swayze_-_GFs_Mom_Wants_It_Bad.html
https://pornve.com/r7pzgm4bk274/_Brazzers_-
_Tattooed_babe_Daisy_Cruz_enjoys_dancing_and_big_dicks_.html
https://pornve.com/r7v392tirlov/AJ_Applegate_-_Free_Anal.html
https://pornve.com/r7yfy0frroct/MoneyTalks_17_02_28_Raven_Wylde_And_Bethany_Benz_I_Scream_4_Ice
_Cream_XXX_-KTR.html
https://pornve.com/r84gt4gthd9a/Alanah_Rae__Bridgette_B__Eva_Angelina__Nicole_Aniston_-
_The_Big_Game.html
https://pornve.com/r86h53w4po6i/Janice_Griffith_Cumshot_Compilation.html
https://pornve.com/r8b9x6h7sy4d/Ashley_Graham_-_Tiger_Temptress.html
https://pornve.com/r8c844484xzv/Brazzers_-
_Hot_Destiny_Mercedes_and_Peta_having_a_sexy_wet_orgy_.html
https://pornve.com/r8dvduyl5ncb/MikesApartment_-_Victoria_Pure_Shower_Intruder.html
https://pornve.com/r8jielwywj3o/Natalia_Rossi_-_Summer_Of_69.html
https://pornve.com/r8mu2uau97r8/3_Smothering_Asses_-_Madison_And_Alexis.html
https://pornve.com/r8q1bm88m4if/Alexis_Fawx_-_My_Horny_Stepsons.html
https://pornve.com/r8v9rr57nqqy/TeensLikeItBig_Brazzers__Janice_Griffith_Danny_D_Fine_Ill_Just_Fuck_My
_Stepdad.html
https://pornve.com/r8vlocuk9hyy/RoundAndBrown_19_07_17_Mimi_Curvaceous_Cake_N_Cakes_XXX_SD.ht
ml
https://pornve.com/r8xj7yoy8cem/Full_HD_A_Family_Affair_Part_2.html
https://pornve.com/r90locwoaavo/HD_Best_New_Peta_Jensen_Anal_2_HS_720p.html

https://pornve.com/r90wwchy6f6g/Carmen_McCarthy_-_Consolation_Tits.html
https://pornve.com/r91pfvkiknuf/Desiree_Dulce_-_Feet_First.html
https://pornve.com/r932hv2r8hat/Sybil_Stallone_Ricky_Spanish_-_Nip_Slip_Up_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/r93d77pdxk7f/Helly_Mae_Hellfire_-_Home_Cooked_Boobies.html
https://pornve.com/r95rwotb5yh5/Talia_Palmer_-_Opportunity_Fucks.html
https://pornve.com/r96bhi0tin2u/Alexis_Adams_-_Graduation_Day.html
https://pornve.com/r9bqnehzyofg/Stepmom_Gets_A_Surprise.html
https://pornve.com/r9f4hb5iosvp/Brenda_Black_-_The_Cunt_For_Red_October.html
https://pornve.com/r9feuzquqxwh/Patty_Michova_-_Banging_The_Butler.html
https://pornve.com/r9ilb2xsawoj/Nikki_Sexx_-_Mahboobeh_Mechanics.html
https://pornve.com/r9lurrxgrdbq/Veruca_James_-_Lie_DICKtector_parody.html
https://pornve.com/r9ly7p8ehkce/Riley_Evans_-_Teaching_Him_A_Lesson.html
https://pornve.com/r9mqt8x2byue/BRAZZERS_LIVE_VALENTINES_DAY_AFFAIR.html
https://pornve.com/r9yjrjmo71cq/Noelle_Easton_Danny_D_-_The_Life_Of_The_Party_-_Baby_Got_Boobs.html
https://pornve.com/r9zl5e0tvttm/ZZSeries_brazzers_house_3_episode_3.html
https://pornve.com/ra3gd12mqirg/Skyler_Nicole_-_Balling_Out.html
https://pornve.com/ra4xf74n3pix/Cherie_Deville_-_Accidental_Adultery.html
https://pornve.com/ra7m4n3v6nxp/Christy_Mack_-_Filthy_Christy.html
https://pornve.com/rab7n4ul0coo/NEW_Kagney_Linn_Karter_And_Rachel_Roxxx.html
https://pornve.com/rac5fejgytg4/Amia_Miley_-_A_Parking_Lot_Pounding.html
https://pornve.com/racmug71qkbp/Jayden_James_VS_Danny_D_Big_Tits_-_Big_Dick.html
https://pornve.com/rafgu7fiyc6e/abella_danger_fucks_a_guy_at_a_bus_stop.html
https://pornve.com/rasn6z7oxki1/Perfect_Pantyhose_Kat_Dior__Jessy_Jones.html
https://pornve.com/rav6j1wp3my8/Krissy_Lynn__Yurizan_Beltran_-_So_I_Married_A_Dyke.html
https://pornve.com/rawkb5iz0sb3/Madison_Scott_This_Is_My_Sorority_Dull.html
https://pornve.com/raz7uu66eear/Jenny_Glam_-_Sneaky_Student_Snogging.html
https://pornve.com/rb4st7g5gcqa/julia_ann_and_gina_valentina_i_want_her_to_like_me_hotandmean.html
https://pornve.com/rb4ur7p0cgzc/Riley_Steele_-_Shell_Steele_Your_Heart.html
https://pornve.com/rb5t5oli611j/Shae_Summers_-_Shae_Summers_Wants_It_In_Her_Big_Time.html
https://pornve.com/rb6db166acem/Peta_Jensen_Hot_College_Girl_Oiled.html
https://pornve.com/rb6lgt1ebrk7/Ash_Hollywood__Lexi_Belle_-_Cum_For_Me_Bitch.html
https://pornve.com/rb7jygo04uhn/Carmen_Monet_-_Sucking_Off_The_Private_Dick.html
https://pornve.com/rb80m49ba6xr/Brazzers_Preppies_In_Pantyhose_Part_3.html
https://pornve.com/rb8d2s5iqwlc/Bree_Olson_-_Making_It_In_The_Industry.html
https://pornve.com/rb8l0ye78hct/Victoria_Lawson_-_Nurse_Nailing.html
https://pornve.com/rb960todblg9/Julia_Ann_-_Day_Of_The_Living_Milf.html
https://pornve.com/rb98q38t7vx5/Get_A_Room_Nikky_Dream__Danny_D.html
https://pornve.com/rbc6xycgasjk/Hot_New_Anal_Hard_Kagney_Lyn_Karter.html
https://pornve.com/rbf22tezi2c6/Kali_Roses_Why_She_Likes_To_Bike.html
https://pornve.com/rbhinv0nrd46/Phoenix_Marie_-_Sorest_Rump.html
https://pornve.com/rbjazwqsbfib/Dani_Jensen_-_Underpaid_Overworked_And_Completely_Fucked.html
https://pornve.com/rbou6oeom1b3/Alexis_Fawx_-_Boss_Me_Around.html
https://pornve.com/rbp5qmtn6qld/Abigail_Mac_-_Morricunt_vs_Dr_Poon.html
https://pornve.com/rbsp1mjf5cbr/Dee_Williams_Ricky_Johnson_-_Cum_County_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/rbtmnrfp3x1p/Avy_Scott_-_Grip_It_N_Rip_It.html
https://pornve.com/rbxftj7nc2uc/Austin_Kincaid_-_Dick_Hungry_24-7.html
https://pornve.com/rbysi71zjgkz/Kayla_Kayden_-_Back_Of_The_Classroom.html
https://pornve.com/rc22s36avgl8/Diamond_Jackson_-_Sucked_By_The_Soccer_Milf.html
https://pornve.com/rc6zzw16e2gs/Devon_My_Stepmom_Smokes_Pole.html
https://pornve.com/rchrldo1246q/Ricki_Raxxx_-_Mommy_Knows_Best.html
https://pornve.com/rcig7k2tb7h0/Dillion_Harper_-_Pitching_A_Tent.html
https://pornve.com/rcp8df412vyx/Lauren_Phillips_-_Closed_For_Maintenance.html
https://pornve.com/rcpjvc7te7v2/Breanne_Benson_Alanah_Rae_Thanksgiving_Lay_joyportal.html
https://pornve.com/rcsdnook7qon/Nikki_Sexx_-_Revenge.html
https://pornve.com/rcu1vzuayy7a/JoJo_Kiss__Mila_Marx_-_Blowjob_And_Registration.html
https://pornve.com/rd8tgs5me99s/Kelly_Divine_-_The_Slutmother.html
https://pornve.com/rd8wivv6xeyo/India_Summer_-_Deep_In_The_Bowels_Of_India.html
https://pornve.com/rddqib5yt8qf/Leigh_Darby_-_Nocturnal_Activities.html
https://pornve.com/rdhwg7bug16d/Alina_Belle_-_Behind_The_Mask_-_Reckless_In_Miami_-_Reality_Kings.html
https://pornve.com/rdj0l5g3s5qz/Missy_Stone_-_Pre-Wedding_Gift.html
https://pornve.com/rdjotu9m7k0z/Natasha_Starr_-_Tell_Me_When_Its_Over.html
https://pornve.com/rdkpnncvxl3i/pretty_in_pink.html
https://pornve.com/rdqwxgghm5e1/Reagan_Foxx__Jordi_El_Nino_Polla.html
https://pornve.com/rdr9kja8ykip/Alena_Croft_Gangbang.html
https://pornve.com/rdrn9c0jnbko/GFRevenge_Side_action.html
https://pornve.com/rdrueh6dg2bg/Blake_Rose_-_Full_Metal_Anal.html
https://pornve.com/rdw9931t64q0/Gracie_Glam_-_Banging_The_Bride_To_Be.html
https://pornve.com/rdz994eafnro/Ella_Knox_-_Make_Me_Wet.html
https://pornve.com/re2fxn86vbwf/Anna_Bell_Peaks_One_In_The_Pink_Under_The_Sink.html
https://pornve.com/re6f56vbbur7/Dillion_Harper_-_Lessons_In_Lust.html
https://pornve.com/re94a7wrqk6j/Sadie_Swede_-_Sexy_Sadie_Youre_Gonna_Get_Yours_Yet.html
https://pornve.com/reefzruju1m0/Alyssa_Reece__India_Summer_-_Dr_Cuntlove.html
https://pornve.com/reisfwpq3vh3/Brandy_Aniston__Juelz_Ventura_-_Designing_Her_Interior.html
https://pornve.com/relsc92pr2r7/Jasmine_Jae_-_Tea_And_Crump-tits.html
https://pornve.com/repmaua31m85/Charity_Bangs_-_White_Girl_Can_Jump.html
https://pornve.com/rerwyqtag11q/Reality_Kings_-_Hot_ebony_barista_gets_fucked_by_a_huge_white_cock_.html
https://pornve.com/rew4jntwuxau/Mackenzee_Pierce_-_Inglourious_French_Maids_-_Part_1.html
https://pornve.com/rewb14iqm7id/Eva_Notty__Sophie_Dee_-_Acing_The_Interview.html
https://pornve.com/rey3ixcs462x/Mia_Lelani_-_Princess_Mia.html
https://pornve.com/rezmfwesmq8m/_Brazzers_-_Busty_milf_Lezley_Zen_gets_fucked_on_the_golf_course_.html
https://pornve.com/rf0ap4d0x3g8/Nikki_benz_toying_with_a_pornstar.html
https://pornve.com/rf2btb0sw7un/My_Not_So_Prude_Best_Friend_-_Part_2.html
https://pornve.com/rf31yyslr10g/Brazzers_Massaging_The_MILF_Brazzers_Milfs_Like_It_Big_Jordi_El_Nino_Polla_Diamond_Foxxx_Brune.html
https://pornve.com/rf7oo3uxvrsm/Jayden_Jaymes_-_Fucking_The_Deal.html
https://pornve.com/rfj9te69uh9y/Nina_Elle_-_Ninas_Pool_Day.html
https://pornve.com/rfjdzt7h2ldv/Moms_Bang_Teens_9_2015_part_2.html
https://pornve.com/rfod4x9j2u3u/Ariella_Ferrera_-_Had_Some_Fun_Gotta_Run.html
https://pornve.com/rfqyisjmcs29/Devon__Nikki_Benz_-_Dreamy_Milf_Threesome.html

https://pornve.com/rfuk4p1cnc4q/Natasha_Nice_-_Private_Treatment.html
https://pornve.com/rfuosw8b40x9/Heather_Summers_-_Hard_Cock_Study.html
https://pornve.com/rfvqj5r4bzkq/Nicolette_Shea_Markus_Dupree_-_Nicolette_Sheas_First_Anal_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/rfxu5u4glzss/Brazzers_-_Room_Service_-_Espaola_Anastasia_Brokelyn__Danny_D_-_FHD-20-4-2020_.html
https://pornve.com/rfz4w9jl98bd/Drilling_Mommy_Scene_5_Caged_Pussy_Derrick_Pierce__Olivia_Wilder.html
https://pornve.com/rfzd1dq4kgps/Briella_Bounce_-_Bouncy_On_Your_Bar.html
https://pornve.com/rg2djz3ghgba/Pornstars_Like_it_Big_Carmel_Moore.html
https://pornve.com/rg4y1x0ivva6/Abby_Lee_Brazil_Small_Hands_-_DICKlivery_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/rg7xb6x3y2l9/Bailey_Brooke_-_Girl_Next_Door.html
https://pornve.com/rgfztfwonrpf/MomsBangTeens_-_Piper_Perri__Cory_Chase-Piping_Piper.html
https://pornve.com/rggxgq1emmq4/TeensLoveHugeCocks_17_04_08_Bailey_Brooke_Dick_Devour_XXX_-KTR.html
https://pornve.com/rgicdqvoozb7/Katrina_Jade_-_The_Interns_Turn.html
https://pornve.com/rgj9wl0udj0f/Vina_Skyy_-_Fundraiser_Fuck.html
https://pornve.com/rgjzrs3g6r7a/Klaudia_Hot_-_Klaudia_Receives_A_Package.html
https://pornve.com/rgqfd9pybg7w/_Hot_girls_Anikka_Albrite_and_Peta_Jensen_share_Micks_big_cock_.html
https://pornve.com/rgy35ihvy0ds/Tyler_Faith_Sneaking_In_A_Last_Minute_Facial.html
https://pornve.com/rh2otdv79l5n/I_Am_Not_A_Regular_Mom_I_Am_A_Cool_Mom_Ryan_Keely_Xander_Corvus.html
https://pornve.com/rh40fq710kld/August_Ames_-_The_Student_Teacher_Affair.html
https://pornve.com/rh5qsllr1bkx/Britney_Foster__Natalia_Rogue_-_Stepmother_Fucker.html
https://pornve.com/rh7k2bawg67e/Addie_Andrews_-_Little_Souvenir_-_Reckless_in_Miami_-_Reality_Kings.html
https://pornve.com/rh9ololdunfi/Lets_Get_Facials_2.html
https://pornve.com/rhehynoso94i/Phoenix_Marie_-_Phoenix_Maries_Ass_Gets_Danny_Dd.html
https://pornve.com/rhmywyhk7q56/8thStreetLatinas_17_04_14_Nina_Skye_What_An_Ass_XXX_-KTR.html
https://pornve.com/rhn9a782t5lw/Lisa_Ann_Anal_Wet_Dreams_Outdoor.html
https://pornve.com/rhpe89mhbhmp/Lela_Star_-_Sex_Preparedness_Class.html
https://pornve.com/rhpo3k1d1r8e/BrazzersExxtra_-_Layton_Benton_Soaking_Wet_Revenge.html
https://pornve.com/rhth0qesjxaa/Ashlynn_Taylor__Learning_The_Hard_Way.html
https://pornve.com/rhuf11qwuusr/Rachel_Roxxx_-_Sexy_Secretary_Selfies.html
https://pornve.com/rhx0dzfny9pm/Sarah_Vandella_-_Steak_And_BJ_Day.html
https://pornve.com/rhyivkl7xfmu/Brittany_Benz_-_Quicksand_Part_2_-_Reckless_In_Miami_-_Reality_Kings.html
https://pornve.com/ri1iaxirzk9p/Lexi_Luna_-_My_Stepmoms_A_Fuck_Up.html
https://pornve.com/ri1k8ni15i3t/4244_42_plays_published_on_80_minutes_ago_jjjjjjjjjjjjj_category_big_tits_hentai_pornstar_nicole_aniston_tags_riley_remi_lacroix.html
https://pornve.com/riaul5bnles3/Katerina_Hartlova_-_Titty_Training_Sprain.html
https://pornve.com/rifx1v6i07n8/Brazzers_The_Big_Stiff_-_Mike_Mancini_And_Alexis_Fawx.html
https://pornve.com/rig158kngma2/Olivia_Austin_-_How_To_Bang_Your_Teacher.html
https://pornve.com/ril8289waiil/Lexi_Bloom_-_Get_Away_Cock.html
https://pornve.com/rimr8iccv1qu/Skylar_Snow_-_Pussyfooting_Around.html
https://pornve.com/ris9z54vmne1/India_Summer__Sloan_Harper_-_Candid_Candidates.html

https://pornve.com/rivh4cvrhwci/Leya_Falcon_-_Sixty-Nine_Iron.html
https://pornve.com/rixmjyyloequ/Angelica_Taylor_-_Buttaholics_Anonymous.html
https://pornve.com/rixr47472ux5/Sarah_Vandella_-_Asanas_Ass.html
https://pornve.com/rj0kd3q8uyov/rkprime_19_07_05_nicolette_shea_neon_poolside_persuasion.html
https://pornve.com/rj1iqqpo2oxn/Doctors_Without_Boners_Danny_D__Samantha_Rone.html
https://pornve.com/rj7p057p5jeh/Maxim_Law_JMac_-_Always_The_Bridesmaid_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/rjezwboh9keg/Astrid_Star_-_The_Blind_Date.html
https://pornve.com/rjjz8vyxn6dy/Francesca_Le_-_Horny_Housekeeper.html
https://pornve.com/rjlx8qh1m5c1/Moms_In_Control_15_S3_Giselle_Palmer_Sheridan_Love.html
https://pornve.com/rjm33irqqqgn/Christie_Stevens_-_Drywall_Wet_Pussy.html
https://pornve.com/rjnzon77oh7j/RayVeness_-_Backyard_Boobies.html
https://pornve.com/rjokok255jjt/Romi_Rain_And_Alexis_Fawx_Pervert_In_The_Park_.html
https://pornve.com/rjue2x8s8f40/Bridgette_B_-_A_Jolly_Easter_Buttfucking.html
https://pornve.com/rjx6rrbdid0h/Real_Wife_Stories_This_Partys_Boring_Valentina_Nappi.html
https://pornve.com/rjxinamtzmfx/Kimber_Veils_-_Sandy_Siren_Of_The_Skies.html
https://pornve.com/rk03d4wufyub/Misty_Stone_-_Make_This_House_A_Ho.html
https://pornve.com/rk2j8n6xrwjx/August_Ames_-_The_Thirst_Is_Real.html
https://pornve.com/rk2winlgg73u/LilHumpers_3_S3_Aryana_Adin_Bubble_Bath_Bastard.html
https://pornve.com/rk8seje268rt/Krissy_Lynn_-_Laying_Carpet.html
https://pornve.com/rk9avfljxu5t/Diamond_Foxxx_-_Midnight_Milk.html
https://pornve.com/rkhy0qq6nbag/Chloe_Reese_Ryder_-_Working_Out_Her_Ass_Hole.html
https://pornve.com/rkreccsxia99/fuck_the_students_teach_students_1_lesson.html
https://pornve.com/rkug0htprvx7/Aaliyah_Hadid_-_Nuru_For_You.html
https://pornve.com/rkzf3us4zv2w/Pornx_HotAndMean_Reena_Sky_Sarah_Banks_Bathing_With_My_BFFs_Mom.html
https://pornve.com/rl09jl18gkgl/Krissy_Lynn_-_Hold_That_Shot.html
https://pornve.com/rl1g1prqy03n/Delicious_Tits3_Kirsten_Price.html
https://pornve.com/rl35r4m3l27i/Kendra_Lust_-_Kendras_Thanksgiving_Stuffing.html
https://pornve.com/rl9evsetzql4/Devon_Michaels_-_What_The_Fuck_Were_You_Thinking.html
https://pornve.com/rl9u49xd2wk2/Post_Party_Quickie_FOR_MOMMY_Cory_Chase.html
https://pornve.com/rlbzy4p9dpow/Shay_Sights_-_Laying_Pipe_Like_A_Pro.html
https://pornve.com/rltbbaqj00rq/Carter_Cruise__Chanel_Preston_-_Carters_Too_Old_For_Trick_Or_Treating.html
https://pornve.com/rlyq6r01mq8k/Nicole_Aniston_Xander_Corvus_-_Nicoles_Oasis_-_Pornstars_Like_it_Big_-_Brazzers.html
https://pornve.com/rlzjqahw7ogg/Jessica_Jaymes_-_Post_Game_Climax.html
https://pornve.com/rm2e5set0tl8/Phoenix_Marie_-_Breaking_And_Entering_And_Insertion.html
https://pornve.com/rm5b5d6xtjea/Cherie_Deville__Yasmine_de_Leon_-_ZZ_Erection_2016_-_Part_4.html
https://pornve.com/rm6fi7u0pi9v/Brazzers_-_Katrina_Jade_Lost_My_Cockcentration.html
https://pornve.com/rmczqo9g6ql8/Loulou__Petite_Princess_Eve__Jordi_El_Nino_Polla_Bridge_To_Pussy_Brazzers.html
https://pornve.com/rmg9poq6q4s6/Big_Tits_Teen_Redhead_Jessica_Robbin_-_720p.html
https://pornve.com/rmhcrewvxjak/Lela_Star_Xander_Corvus_-_Smashing_Ass_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/rmsfrw7lm2ba/Leigh_Darby_-_Bathing_Your_Friends_Dirty_Mama.html
https://pornve.com/rmtdsgzjdyol/Katrina_Jade_-_House_Of_Whore.html

https://pornve.com/rmzupez84b0m/Assh_Lee_Follow_That_Ass.html
https://pornve.com/rn8o6lm3zctl/Brandi_Love_-_Mom_Fucked_The_Masseur.html
https://pornve.com/rna25sy9adf3/Ava_Dalush_-_I_Sure_Hopes_It_Fits.html
https://pornve.com/rnb0q6h8hwih/bex_19_05_28_karmen_karma_tits_out_and_toned.html
https://pornve.com/rnhk3dchzpp5/Kira_Noir_-_Oily_Yoga.html
https://pornve.com/rnmbmb18shg1/Jade_Kush_-_The_Full_Body_Treatment.html
https://pornve.com/rnpcrnsniiun/Baby_Got_Boobs_-_Christy_Mack_And_Madison_Ivy.html
https://pornve.com/rnq49u85j1g0/AJ_Applegate_-_A_St_Pattys_Pounding.html
https://pornve.com/rnuym8k4oun8/Jenna_Ivory_-_Mrs_Ivorys_First_Anal.html
https://pornve.com/rnv871afl792/Roxy_Jezel_-_Suburban_Slut_Story.html
https://pornve.com/rnw7qndpgnga/My_Mommy_Does_Porno_-_Part_2.html
https://pornve.com/ro09wk8vwbj0/Honey_Blossom_Ricky_Spanish_-_Hardcore_Nanny_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/roc4pltogxue/Addie_Andrews_Oliver_Flynn_-_Selling_Real_Asstate_-_Sneaky_Sex_-_Reality_Kings.html
https://pornve.com/rofchzx88n5v/Eliza_Ibarra_-_Schoolgirl_Striptease.html
https://pornve.com/rohzjuttby6y/Brazzers_Big_Wet_Butts_Radiant_Booty_2_Abella_Danger.html
https://pornve.com/romdxjg8c7h6/Adriana_Chechik_-_The_Great_Doctor_-_1.html
https://pornve.com/rov2s596vevd/Brazzers_House_-_Episode_3.html
https://pornve.com/rowjp9rgfr98/Emma_Hix_-_Early_Morning_Anal.html
https://pornve.com/rp3iul92szcp/Mary_Moody__Phoenix_Marie_-_Pedi_Pussy.html
https://pornve.com/rpcb4ccglx6l/DirtyMasseur__Brazzers__Jada_Stevens_Jessy_Jones_Taking_Care_Of_Businessman.html
https://pornve.com/rpd7gz85snsw/Lexi_Bloom_-_Im_Dreaming_Of_A_White_Christmas_On_My_Face.html
https://pornve.com/rpjwhw568tem/Brazzers_BrazziBots_Part_Riley_Reid.html
https://pornve.com/rpldu7nts2vo/Brazzers_Live_-_How_Hard_Can_You_Give_It.html
https://pornve.com/rpo1go6y2oyy/Jaylene_Rio_-_Huge_Nudist_Titties.html
https://pornve.com/rppfe36a2508/Alexis_Fawx__Brandi_Love_-_Internet_Outage_Poundage.html
https://pornve.com/rpqj5x6rpv9r/Kaylani_Lei_-_Upper_Class_Must_Have_It_In_The_Ass.html
https://pornve.com/rpwc7oi98gxf/Bill_Bailey_And_Alena_Croft.html
https://pornve.com/rpwcow981lya/Sport_Porn_-_Brazzers_Foxy_Boxing_Danny_D__Veronica_Vice_.html
https://pornve.com/rpzaxvsii0zg/Charley_Chase_-_Tryouts_BasketBoobs.html
https://pornve.com/rq6iyzi0winl/Addison_Lee_-_Happiness_Is_A_Warm_Bum.html
https://pornve.com/rq8hdxfg58en/Adventure_Quinn_Wilde.html
https://pornve.com/rqb6a6ry95q7/_Hold_The_Phone_Petite_Teen_Babe_Kimmy_Granger_.html
https://pornve.com/rqc3a1m8tks3/Plowing_The_Wedding_Planner_Lena_Paul.html
https://pornve.com/rqfc0uys1bnt/sexy_girl_nice_girl_2616_42_plays_published_on_47_minutes_ago_category_babe_blowjob_tags_sexy.html
https://pornve.com/rqh49ikobmo9/Amber_Ashlee_-_Grab_Hold_Of_My_Baton.html
https://pornve.com/rqk1eyq7fp6b/Mila_Jade_-_Good_Girl_Breaks_Bad.html
https://pornve.com/rqkt5t646ajx/Candice_Nicole_-_Put-Out_or_Get-Out.html
https://pornve.com/rqmjuml4h59f/Riley_Evans_-_Dicking_The_Dominatrix.html
https://pornve.com/rqpikkdo7yuw/Teri_Weigel_Gets_Caught_Masterbating.html
https://pornve.com/rqrxk3e5m90i/Stephanie_West_-_Some_Quality_Room_Service.html
https://pornve.com/rqv5w3bkn9yn/SneakySex_17_04_15_Angel_Wicky_Bride_In_A_Box_XXX_-KTR.html
https://pornve.com/rqvtzxxjvc1s/Selena_Santana_-_She_Wants_Me_Fired.html

https://pornve.com/rqw8k458lrn0/Abbey_Brooks__Sophie_Dee_Threesome.html
https://pornve.com/rqxq9lckkwiq/Kagney_Linn_Karter_vs_Rachel_Roxxx.html
https://pornve.com/rqxxhvwnleat/Bella_Cole_-_Drive_Faster_Speed_Turns_Me_On.html
https://pornve.com/rqzptyjn84nc/EuroSexParties__Carolina_Abril_Natty_Mellow__Double_Trouble.html
https://pornve.com/rr5u3gmdwtit/Forget_About_Fucking_My_Daughter_And_Fuck_Me.html
https://pornve.com/rr64xytzfbbd/Britney_Amber_-_CataTITic_State.html
https://pornve.com/rr8890gf7k5g/Kelly_Surfer__Veruca_James_-_The_Whorish_Runaways.html
https://pornve.com/rr8h27ee9su4/Acting_101_-_Brazzers_.html
https://pornve.com/rr9tl37mp3jp/Keisha_Grey_-_Breast_Made_Plans.html
https://pornve.com/rrbn6b6cxqh4/Dylan_Ryder_-_Cheaters_Always_Win.html
https://pornve.com/rrbpdjq3l436/Brazzers_-
_Latina_Julia_De_Lucia_gets_analized_by_her_psychologist_.html
https://pornve.com/rrfil317ys1r/Katrina_Jade_-_Dark_Side.html
https://pornve.com/rri80pnt5htu/Big_Butts_Like_It_Big_13_Sophie_Dee.html
https://pornve.com/rri98zex4w3y/Linzee_Ryder_-_An_Extra_Buck.html
https://pornve.com/rriqxeft0zi6/Aleska_diamond_Lack_of_Cummunication.html
https://pornve.com/rriv9z4861ic/Hard_Anal_Big_Wet_Butts_Holly_Halston_Tight_Jeans_Big_Booty.html
https://pornve.com/rrllkrvkk0zd/Taylor_Wane_-_House_Of_Sluts_-_2.html
https://pornve.com/rrpl8e8oq2o8/Chloe_Amour_-_A_Hitchhikers_Guide_To_My_Cock.html
https://pornve.com/rrr7qhv9xlbr/Lexi_Swallow_-_Student_Bodies.html
https://pornve.com/rrvimdyzlc17/Autumn_Falls_-_VIP_Treatment.html
https://pornve.com/rrzqxxbtxl2i/Adriana_Chechik_Is_A_Very_Horny_Housewife_Who_Gives_it_Good.html
https://pornve.com/rs0o4je7gx4x/Andy_San_Dimas_-_Pornstar_Bachelorette.html
https://pornve.com/rs95vv0h12kq/Brazzers_-
_Sexy_college_student_Lena_Paul_takes_a_break_for_some_dick_.html
https://pornve.com/rsf31paufpny/Carolina_Sweets_-_Tasting_Her_First_Cock.html
https://pornve.com/rsf3k6itb6fp/Moms_Bang_Teens_9_2015_part_1.html
https://pornve.com/rsg24ls09qqg/Jade_Jantzen_-_Teen_Mom_To_Be.html
https://pornve.com/rsgaw04zi51i/aaliyah_love_i_peep_as_our_new_neighbor_fucked_my_younger_sister.ht
ml
https://pornve.com/rsgnyuyh0i8w/bex_20_03_07_jennifer_white_i_thought_you_hated_yoga.html
https://pornve.com/rsgx2nmdyv55/Ana_Foxxx_-_Serve_And_Protect_That_Pussy.html
https://pornve.com/rsifnytu0t2b/Kali_Roses_-_Smoke_Em_Out.html
https://pornve.com/rsnw2jhihfnb/Bree_Olson_nurse_Care_to_Donate_Som.html
https://pornve.com/rsqhgkeb5vuf/Sneaking_and_Freaking_In_The_Shower_BraZZers_HDRip.html
https://pornve.com/rsrgrwnm1ihd/RealWifeStories_Monique_Alexander_Spa_For_Horny_Housewives.html
https://pornve.com/rst8l65su0dk/All_Good_New_Simony_Diamond__Danny_D_Anal.html
https://pornve.com/rsuqll49z3bi/Like_What_You_See_-_Brazzers_.html
https://pornve.com/rsvmy3g87d28/Kiara_Mia__Veronica_Rodriguez_-_Kiaras_Whore_Academy.html
https://pornve.com/rsvp2xkrsy1v/Brazzers_Kinky_Kidnap.html
https://pornve.com/rt3kaqdf62tl/Missy_Martinez_-_Get_Medieval_On_My_Ass.html
https://pornve.com/rt4aqzrxx2eu/Mommy_Ryan_Conner.html
https://pornve.com/rt5wadw932sq/Moms_In_Control_5_Scene_1Ariella_Ferrera_Cherie_DeVille__Jessy_Jon
es.html
https://pornve.com/rtdryn8s3tu5/MilfsLikeItBig_McKenzie_Lee_Yoga_Freaks_-_Episode_Five_-
_10_07_16.html
https://pornve.com/rtetw513esfc/The_Doctor_-_Part_2.html
https://pornve.com/rti8xslo9qhd/CrazyAsianGFs_Aoki_Kalani_-_Good_Fuck_Charm_16_09_2016.html

https://pornve.com/rtkqt8w7b17m/Amy_Brooke_-_Ho_In_The_Hostel.html
https://pornve.com/rtm4d08b2qlj/Moms_Christmas_Anal_Creampie.html
https://pornve.com/rtqcr6ehm6rz/Cristi_Ann_-_Getting_Busy.html
https://pornve.com/rtuge1fj1o91/Tommie_Jo_Keiran_Lee_-_Cock_Tonic_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/rtyleh1q609t/Marsha_May__Naomi_Woods_-_Tits_On_A_Plane.html
https://pornve.com/ru076h0ydvbw/Yurizan_Beltran_-_Birthday_Diagnos-Ass.html
https://pornve.com/ru2rfibi6wab/Janice_Griffith_-_Fine_Ill_Just_Fuck_My_Stepdad.html
https://pornve.com/ru9rguqgilby/Loulou_-_I_Wanna_Blow_Romeo.html
https://pornve.com/ruczxume13u0/Britney_Amber_Sexy_Massage_Hot_Cum_Shot_.html
https://pornve.com/rue8zljdzh6w/Casey_Cumz_-_Anal_Lust.html
https://pornve.com/rujboixh9o5j/Large_Fake_Boobs_Pornstar_Nicolette_Shea_Takes_Markuss_Hard_Cock.html
https://pornve.com/rukv57t12zns/Valerie_Kay_-_The_Ole_Switcheroo.html
https://pornve.com/rumqww630l42/Riley_Reid_-_Riley_Reids_Big_Black_Cock_Massage.html
https://pornve.com/runwhk7nvdmt/Jessica_Jaymes_-_Cock_And_Load.html
https://pornve.com/ruo0t806kwd5/Shay_Sights_-_Lunch_Bag_Tits.html
https://pornve.com/ruoset5yi6yl/Watch_brazzers_phoenix.html
https://pornve.com/ruqk6gbxvuh0/Codi_Bryant_Ass_Pool.html
https://pornve.com/ruv1zd3kwdcb/Put_It_In_Her_Ass_13_40Reality_Kings41.html
https://pornve.com/ruvimjv9xzog/Monique_Alexander_Xander_Corvus_-_Cumplimentary_Massage_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/rv44p0jnzeio/All_Good_New_Dani_Daniels__Nikki_Benz.html
https://pornve.com/rv591ctia4sv/Madelyn_Marie_-_The_Royal_Porno_Wedding.html
https://pornve.com/rvargzs7mrro/Ryder_Skye_-_Masters_Of_Fuck.html
https://pornve.com/rvcfo29e08g9/Couples_Seduce_Couples_18_2015_Rita_Rush.html
https://pornve.com/rve0b2iswtbu/My_Mom_The_Hooker_Diana_Prince__Manuel_Ferrara.html
https://pornve.com/rvh2mzvepfts/_Fucked_In_The_Seat_-_Brazzers_.html
https://pornve.com/rvn3blsxs6u6/Big_Booty_Ebony_Cops_Do_Full_Cavity_Search.html
https://pornve.com/rvu1suuw9djz/Kelly_Diamond_-_Teens_Love_Huge_Cocks_7_2015.html
https://pornve.com/rvutqzqj4r8y/Brandi_Love_-_Brandi_Loves_Latex.html
https://pornve.com/rvxn2wfbg1r9/Joanna_Angel_Small_Hands_-_Joannas_Oily_Workout_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/rvyel6qi18dh/Shay_Evans_The_Sirens_Cry_4012_10_201741.html
https://pornve.com/rvzw7gc90a6g/Jessica_Jaymes_-_The_Doctor_Blowjob_The_Patient.html
https://pornve.com/rw1ez8vm2ren/Alena_Croft__Halle_Von_-_Dont_Forget_Your_Lunch_Honey.html
https://pornve.com/rwa5zco4n9lv/Cassidy_Banks_-_The_Boyfriend_Whisperer.html
https://pornve.com/rwct7sscwfcb/Luna_Star_-_All_Dolled_Up_-_Anal_Edition.html
https://pornve.com/rweo3j5dli43/Cory_Chase_Zac_Wild_-_Sorority_MILF_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/rwh3ich2yxt6/Ms_Ballbreaker_-_Phoenix_Marie_-_Reality_King.html
https://pornve.com/rwowh1zp90y8/Eva_Notty__Lily_Love_-_Teen__Mom_School_Slut_Stories_Part_Two.html
https://pornve.com/rwtkkqp7x8hs/Krissy_Lynn_-_Last_Stop_Buttfuck_Nowhere.html
https://pornve.com/rwvp5py6lxgz/Liza_Del_Sierra_Jordi_El_Nino_Polla_-_Mail_Order_Dominatrix_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/rwy31lvf3tzv/Nicolette_Shea_-_Dont_Back_Out_On_Me_Now.html
https://pornve.com/rx1t792o3seu/Britney_Amber_-_My_Slutty_Valentine_-_Part_1.html

https://pornve.com/rx4lmbggx45c/BigTitsAtWork_Diamond_Jackson_Diamond_Is_Your_Boss_-_12_07_16.html

https://pornve.com/rx5lbz8bvc1f/Angela_White__Siri_-_Sneaky_Shower_Threesome.html

https://pornve.com/rx6p5t7nban1/Renee_Roulette__Bill_Bailey_Innocent_Virgin_Learns_About_Anal.html

https://pornve.com/rxbwmfx4xy7r/Our_New_Maid_Tattooed_Babe_Peta_Jensen_And_Monique_Alexander_-_Brazzers_.html

https://pornve.com/rxdzej9a7agf/Kylie_Nicole__Phoenix_Marie_-_Cum-Petitive_Pricing.html

https://pornve.com/rxgqfl19f7c8/Gianna_Nicole__Rahyndee_James_-_Worlds_Nicest_Nurses.html

https://pornve.com/rxloep1pr6ya/Syren_De_Mer_-_Resistance_Band_Boning.html

https://pornve.com/rxlow2zn14dp/Karen_Fisher_Julie_Cash_-_Super_duper.html

https://pornve.com/rxor1xcupf6p/Aubrey_Sinclair__Krissy_Lynn_-_Get_Her_Juices_Flowing.html

https://pornve.com/rxq3yaldd737/Brazzers_In_through_the_french_exit_Brazzers_Big_Wet_Butts_Liza_Del_Sierra_Danny_D_Blonde_Whi.html

https://pornve.com/rxq46mg2l08n/BrazzersExxtra_19_08_20_Megan_Rain_Spa_Day_At_Home_XXX.html

https://pornve.com/rxtdpyzojghd/Brazzers_-_Ava_Addams_Getting_Her_Beauty_Peep.html

https://pornve.com/rxw8kaf85jhp/Dani_Daniels__Nikki_Benz_-_Lets_Get_Facials.html

https://pornve.com/rxythlirc9ww/Dayton_Rains_-_Put_Under_MILF_Arrest.html

https://pornve.com/ry22oteu35ei/Monique_Alexander_-_The_Doctor_Is_In.html

https://pornve.com/ry3dd4nwiztj/Darling_Danika_-_Your_Darling_Stepmom.html

https://pornve.com/ry71ywj81qv8/Cum_Credits_Cali_Carter_Xander_Corvus.html

https://pornve.com/ry75sxm3izt1/Anal_Sexercise_Realitykings.html

https://pornve.com/ry9cw3rke1vu/Rachel_Starr_Romi_Rain_The_Last_Dick_On_Earth.html

https://pornve.com/ryeiysabw2wl/Elsa_Jean__Katana_Kombat_-_Assistant_Fail.html

https://pornve.com/ryeza6qv2izw/_Strokemoff_-_Brazzers_.html

https://pornve.com/rygxvihb494s/NEW_Boots_Peta_Jensen.html

https://pornve.com/ryk4k6158edu/Charisma_Cappelli_-_Getting_Off_On_A_Day_Off.html

https://pornve.com/rylmvkri7dxa/santa_marie_mcray_2.html

https://pornve.com/ryou1a30ljl4/Jelena_Jensen__Kenzie_Taylor_-_Personal_Trainers.html

https://pornve.com/ryuys58t2ote/Nyomi_Banxx_-_Black_Beautys_Booty.html

https://pornve.com/ryy6k0p24mez/Priya_Anjali_Rai_-_Cock_Addict.html

https://pornve.com/ryycvi1ivkyg/Lisa_Ann_Markus_Dupree_-_I_Want_It_Harder_-_Big_Butts_Like_It_Big_-_Brazzers.html

https://pornve.com/rz3er1p42jw5/Brazzers-_Sexy_blonde_nurse_Jane_Douxxx_fucks_her_patients_big_dick_.html

https://pornve.com/rz6we4f38l07/Shyla_Stylez_-_Happy_Fuck-Day.html

https://pornve.com/rz8gu3o46zab/Jessica_Lynn_-_Peek-a-Boob.html

https://pornve.com/rzebwz44584r/Brazzers_-_Spring_Cumming.html

https://pornve.com/rzh8z9kum1e3/8thStreetLatinas_15_12_28_Aria_Jade_Arias_Pussy.html

https://pornve.com/rzhni5kwu6xf/Realitykings_Anal_Gamer_Megan_Rain.html

https://pornve.com/rzla7c0p3wah/Teens_Love_Huge_Cocks_Piper_Perri.html

https://pornve.com/rzmn7giqoxae/Abigail_Mac_-_Living_With_A_Girl_Is_Rough.html

https://pornve.com/rzsk9c6otdji/New_Nikki_Benz_And_Nicole_Aniston.html

https://pornve.com/rzslxwfgli6a/_You_Wed_Her_Ill_Bed_Her_-_Brazzers_.html

https://pornve.com/rzsv9csgxi7a/Liza_Del_Sierra_-_French_Open.html

https://pornve.com/rzy1xegv35ld/Erotic_Massage_Cali_Carter.html

https://pornve.com/rzy8ey1cy2sv/Secretly_Rubbed_in_the_hot_tub.html

https://pornve.com/s0biu1f31zga/Torrey_Pines_-_The_Party_Boner.html

https://pornve.com/s0elknkzbqc8/Randi_Wright_-_Presidential_Sabotage.html

https://pornve.com/s0i4b6fxi3ey/Nicole_Aniston__Peta_Jensen_-_Game_Night_Shenanigans.html
https://pornve.com/s0jbhb2vovde/ZZSeries_19_09_11_Angela_White_And_Romi_Rain_BrazziBots_Uprising_Part_4_XXX_1080.html
https://pornve.com/s0lww6dh7e6m/Jenna_Sativa__Vanessa_Veracruz_-_But_Im_Straight.html
https://pornve.com/s0m9eq8ju729/_Brazzers-_Athletic_Layla_London__Marsha_May_get_interrupted_by_a_cock_.html
https://pornve.com/s0w4dik5vw33/Kayla_Paris_Johnny_Sins_-_Grinding_It_Out_-_Sneaky_Sex_-_Reality_Kings.html
https://pornve.com/s0wrdb8g9s6a/Ava_Koxxx_Leigh_Darby_Mom_makes_Son_apologize_to_neighbour.html
https://pornve.com/s0xv09bnipxt/Tasha_Reign_-_Cunty_Clerks.html
https://pornve.com/s0za17wdzkau/Syren_De_Mer_in_My_Three_Sons_by_Brazzers_INCESTFLIX_COM.html
https://pornve.com/s103o7m8cnkm/Cassandra_Cain_MILF_Crazy.html
https://pornve.com/s12013xt3rbb/Katana_Kombat_-_Bend_Me_Over.html
https://pornve.com/s13vtsr0ywzk/Big_Naturals_Nasty_And_Nice.html
https://pornve.com/s14uv6lsqfm9/All_Good_New_Cory_Chase_And_Avalon_Heart.html
https://pornve.com/s170tsoeldiy/Pimp_My_Mom.html
https://pornve.com/s19y0oandsmo/Ashli_Orion__Danica_Dillan_-_The_Nails_Manor.html
https://pornve.com/s1aqv7fq3oz9/Tegan_James_-_Good_Labor.html
https://pornve.com/s1b188ppvari/Raven_Hart__Arya_Fae_-_My_Lil_Dungeon_Keeper.html
https://pornve.com/s1mta78pjqas/Katana_Kombat_-_Tap_Her_Tactically.html
https://pornve.com/s1o2939ypz34/Isis_Love_-_Isis_Loves_Cock.html
https://pornve.com/s1rpcru9cn6y/Brazzers_Mommy_Fucked_My_Study_Buddy.html
https://pornve.com/s1t9ivr438vf/Couch_Cooch_-_Kimmy_Granger.html
https://pornve.com/s1w854q9i3u3/Evanni_Solei_-_Jailbirds.html
https://pornve.com/s1wmvm10405s/StreetBlowJobs_Penelope_Reed_-_Tonsil_Twist_02_10_2016.html
https://pornve.com/s20x905r22zt/Gabriela_Lopez_-_Gabriela_Is_Your_Girlfriend.html
https://pornve.com/s21u60xfq5b5/New_Nicole_Aniston_Pornstar_Workout.html
https://pornve.com/s229knjgdzmd/Kissa_Sins_-_Belly_Dancing_4_Big_Dicks.html
https://pornve.com/s24clophs7m2/Rachel_Starr_-_A_Five_Starr_Massage.html
https://pornve.com/s24uoh2f0lli/Faye_Reagan_Locker_Room_Fuck.html
https://pornve.com/s2861872k301/Lisa_Ann_-_Dangerous_Minds_With_Dangerous_Dicks.html
https://pornve.com/s2ficgcdoqbi/Mackenzee_Pierce_-_Big_Butt_Intervention.html
https://pornve.com/s2sfv549tkr7/Vienna_Black_Oliver_Flynn_-_Slutty_Study_Time_-_Brazzers_Exxtra.html
https://pornve.com/s2vbf2v3szgt/Lexi_Stone__Sunny_Leone_-_Coochie_Monster_Lessons.html
https://pornve.com/s2xkyl8i8s6q/Tasha_Reign_-_Subtle_Suck.html
https://pornve.com/s2ycwnonb0e0/Shay_Evans_-_Shes_No_Dummy.html
https://pornve.com/s340atbss79m/Krissy_Lynn_-_Lets_Keep_This_Professional.html
https://pornve.com/s346e9swwrr6/Lezley_Zen_-_Squash_Game_Pound-A-Thon.html
https://pornve.com/s37n2is89kx0/Elsa_Jean__Riley_Steele_-_Roommates_Or_More.html
https://pornve.com/s37pp1mwjc9d/Ashley_Fires_-_Sock_My_Cock.html
https://pornve.com/s38d6mmupu3j/_The_Blow_Job_Seeker_.html
https://pornve.com/s3cdfq2pgs0f/Kimber_Lee_-_Two_Can_Play_That_Game.html
https://pornve.com/s3krdpjpgl5r/Ryan_Keely_Stirling_Cooper_-_Ryan_Uses_The_Washing_Machine_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/s3monhx08r41/CumFiesta_-_Ivy_Stone_Poison_Ivy_-_16_04_30.html
https://pornve.com/s3pob8mnch68/NEW_HOT_Teen_Cali_Carter.html

https://pornve.com/s44lsfa6qq8h/Holly_Halston_-_Big_Bold_Booby_Trap.html
https://pornve.com/s45lz9q417si/Alura_TNT_Jenson__Eliza_Ibarra_-_Stepmoms_Side_Hustle.html
https://pornve.com/s49787j4psx8/Aidra_Fox_-_Aidras_Cure_For_Boredom.html
https://pornve.com/s4as2d9zd45j/Kortney_Kane_-_Foot_Job_Cum_On.html
https://pornve.com/s4evgfwsx2ka/_Pantyhose_Anal_Ho_Babe_Bella_Bellz_Gets_Her_Pantyhose_rip_And_As
s_Fucked_.html
https://pornve.com/s4fsyljlpcp6/Erotic_Massage_Aryana_Augustine.html
https://pornve.com/s4guiidx1lqi/She_Fucks_Her_Boyfriends_Friend_Right_Behind_Him.html
https://pornve.com/s4jr5a9qakwc/BlackGFs_Summer_Knight_-_Hott_Summer_19_10_2016.html
https://pornve.com/s4mvcmszev65/NEW_Holly_Michaels.html
https://pornve.com/s4prmv5cxfbt/Drilling_Mommy_2_Scene_3_Shoe_Fetish_Jmac__Olivia_Austin.html
https://pornve.com/s4sjhk1js71u/Brazzers_-
_Isis_Love_And_Jenna_Sativa_Detention_With_The_Domme.html
https://pornve.com/s4tarwdqhj4e/Kasey_Grant_-_Nurse_Gets_The_Full_Body_Experience.html
https://pornve.com/s4uzuxzdp1t4/Lizz_Tayler_-_The_Bar_Exam.html
https://pornve.com/s4zwnl1nq365/Mariah_Madysinn_-_Squash_It_In_Squash_It_Out.html
https://pornve.com/s50eenbz3rfx/Cassidy_Banks__Julia_Ann_-_Yoga_Freaks.html
https://pornve.com/s550imjigil7/Cherie_Deville_-_Home_Alone_With_Cherie.html
https://pornve.com/s578ugbvglrk/Tamara_Grace_-_Serving_The_Landlords_Daughter.html
https://pornve.com/s5awdsfa2mah/Brazzers_-_Tia_Cyrus_Tias_Sneaky_Steam.html
https://pornve.com/s5e4234um60t/Valentina_Nappi_-_Culo_Succulento_Di_Valentina.html
https://pornve.com/s5hdvrymyj3o/Ava_Addams_Keiran_Lee_-_Sinking_Some_Balls_-
_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/s5kokaex5a2j/All_Good_New_Kianna_Dior.html
https://pornve.com/s5qy677slvax/NEW_Chanel_Preston.html
https://pornve.com/s5rjd098h75q/Kristen_Scott__Richelle_Ryan_-_Mind_If_Stepmom_Joins_You.html
https://pornve.com/s5tdz5dcytav/Crystal_Rush_JMac_-_Sexercise_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/s5xv90a5hryv/Phoenix_Marie_-_Santas_Busty_Helper.html
https://pornve.com/s5ymo4qa4z7v/Alessandra_Jane_-_So_You_Think_You_Know_Porn_Stars.html
https://pornve.com/s604y0r3cl89/Rita_Daniels_Keiran_Lee_-_Bed_Ridden_-_Milfs_Like_It_Big_-
_Brazzers.html
https://pornve.com/s60c7ylbv2ty/Slut_Hotel_-_Part_3.html
https://pornve.com/s61h3o80kn8l/Angelica_Heart_-_Ignition_Set_Cum_Loaded_Fire_Away.html
https://pornve.com/s61tao50pn8r/Charley_Chase_-_Air_Hockey_Hustle.html
https://pornve.com/s679s55tkkx3/Dee_Williams_Stepson_Rubdown.html
https://pornve.com/s69apyghn8e3/Anissa_Kate_Anissa_From_All_Angles_XXX_KTR.html
https://pornve.com/s6du3asdf471/Dana_DeArmond_-_Never_Get_Married_-_The_Revenge.html
https://pornve.com/s6fsu7ixus2b/Ariana_Marie_-_Massaging_A_Hard_Jerk.html
https://pornve.com/s6i3u1udiwff/A_Brazzers_Christmas_Special_Part_1_Brazzers.html
https://pornve.com/s6n15si1jnq1/Brandi_Bae__Kenzie_Reeves_-_Babes_In_Bikinis.html
https://pornve.com/s6tc3642gyn6/Til_Dick_Do_Us_Part_-_Episode_4.html
https://pornve.com/s6utbnugsk1c/Anya_Ivy_-_Horny_Schoolgirl_vs_Perverted_Teacher.html
https://pornve.com/s6yl13ja8ti6/4some.html
https://pornve.com/s6yswsgi6pa3/Angela_White_in_Bubble_Butt_Anal.html
https://pornve.com/s74zuzhf2kdc/Alexis_Fawx_Lena_Paul_A_Brazzers_Christmas_Special_Part_4.html
https://pornve.com/s7euevx8hefj/Jada_Fire__Kayla_Paige_-_Its_A_Draw_Lets_Fuck.html
https://pornve.com/s7f6c47e1f0r/London_River_Tyler_Nixon_-_Photocockied_-
_Mommy_Got_Boobs_-_Brazzers.html

https://pornve.com/s7jla3l7l6r9/Jezebelle_Bond_-_An_Agreement_Gone_Wrong.html
https://pornve.com/s7qdntaxo9sx/Sophia_Fiore_-_Second_Helping_Of_Ass.html
https://pornve.com/s8bqgf0qyxg9/MikesApartment_Alice_Miller_-_Lick_My_Lips.html
https://pornve.com/s8hdts9zydx0/BrazzersExxtra_Cara_Saint_Germain_And_Nekane_-_Sweet_Meme_Lover_2.html
https://pornve.com/s8hl0gm9plbd/Kendra_Lust_Anal_2017_New_Kendra_Gym.html
https://pornve.com/s8nkxm2dn2x5/Ashly_Anderson_Charles_Dera_-_Working_Out_The_Kinks_-_Dirty_Masseur.html
https://pornve.com/s8nuvy8w082w/Brett_Rossi_-_Last_Dance_With_Brett_Rossi.html
https://pornve.com/s8qncb0hphw4/Devon_Lee_-_Down_At_The_Cock_Wash.html
https://pornve.com/s8qopibsomlv/Sydney_Hail_Bicycle_Rescue.html
https://pornve.com/s8ssdbjp85l1/Parent_Teacher_Cumference.html
https://pornve.com/s8wqwh07lwx6/Rebecca_Volpetti_Group_Discount_401709201741.html
https://pornve.com/s8zk1o8qe3fn/Lexi_Luna_-_You_Snore_She_Whores.html
https://pornve.com/s91zrn9agds8/Peta_Jensen_-_Storm_Of_Kings_-_Part_4.html
https://pornve.com/s9419pavr1ew/Britney_Amber_-_Holistic_Healing.html
https://pornve.com/s94j3tjwbiub/Washing_Her_Mouth_Out_With_Cum_Derrick_Ferrari.html
https://pornve.com/s9a5evzwe5on/Bridgette_B_Van_Wylde_-_Dreams_Really_Do_Cum_True_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/s9af2ouhy6fx/Joseline_Kelly_-_Smoothie_Slut.html
https://pornve.com/s9agmsdozdiy/RKPrime_-_Veronica_Rodriguez_And_Veronica_Vain_Squirt_School.html
https://pornve.com/s9e77k3icae3/Charity_Love_-_In_Soviet_Russia_Ass_Fucks_You.html
https://pornve.com/s9f2ywraxncj/Angelina_Ashe__Courtney_Cummz_-_Sponge_Bath.html
https://pornve.com/s9i6qcdupsf2/Marital_Demise_-_2.html
https://pornve.com/s9m2juog1ag8/Launching_Inside_Londons_Sweet_Asshole_-_London_Keyes__Bill_Bailey.html
https://pornve.com/s9ng5fx0b6y9/Cindy_Dollar__Cindy_Hope_-_Nothing_In_This_World_Is_Free.html
https://pornve.com/s9rrmuc6a2j6/Jessa_Rhodes_-_Your_Father_Fucks_Me_Harder.html
https://pornve.com/s9t4cir3ejp3/A_Brazzers_Christmas_Special_-_Part_2.html
https://pornve.com/s9wadwu3bnom/Alexa_Day_All_Day_Alexa.html
https://pornve.com/s9ysfaale0vm/Asa_Akira_-_Say_Hi_To_Your_Husband_For_Me_-_4.html
https://pornve.com/s9yvaqzihhtt/Sarah_Jessie_-_Peeping_Tom_Peeping_Mom.html
https://pornve.com/sa1wlfzslhv0/Ryan_Conner_Sneaky_Mom_3.html
https://pornve.com/sa5e2t8osswa/Gia_Paige_Jordi_El_Nio_Polla_-_Be_More_Like_Your_Stepsister_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/sa9znkymzkm9/Alexia_Vosse_-_Teacher_Knows_Breast.html
https://pornve.com/sab8svduz1mw/Realitykings_-_Moms_Bang_Teens_-_Hot_For_Hope.html
https://pornve.com/sac1yeiclqko/Jenaveve_Jolie__Lisa_Ann__Madison_Scott__Sienna_West_-_Death_To_All_But_Brazzers.html
https://pornve.com/saeoxil6rw9j/Angela_White_Keiran_Lee_-_Pounding_Her_Pantyhose_-_Big_Wet_Butts.html
https://pornve.com/safj6z4bban2/bex_18_10_30_diamond_kitty_visiting_hour_plower.html
https://pornve.com/sai8t7xmh1bb/Kelly_Divine_-_The_Bumtastic_Bumblebee_Girl.html
https://pornve.com/sanlit6acq7d/Alexis_Breeze_Mason_Moore_-_Brazzers.html
https://pornve.com/sao5m8bkgoty/Nikki_Delano_-_Capture_The_Queen.html
https://pornve.com/sax64w806rag/Kendra_Lust_-_Going_Deep_At_The_Gym.html
https://pornve.com/saxccjioo56v/Krissy_Lynn_-_Simple_Biology.html

https://pornve.com/sayfjij1hsrr/Angelina_Valentine_-_Car_Shop_Cum_Shot.html

https://pornve.com/sazxmk04kpoy/Alanah_Rae_Jessica_Jaymes__Kortney_Kane-
Deck_The_Balls_With_Girls_Real_Naughty.html

https://pornve.com/sb204axxli2h/Kat_Dior_Krissy_Lynn_Wax_On_Wax_Off.html

https://pornve.com/sbcqnwtr234v/Tiffany_Doll_-_You_Wreck_My_Car_I_Wreck_Your_Ass.html

https://pornve.com/sbcwtatklq6p/Dont_Touch_Her_-_Part_2.html

https://pornve.com/sbifm658dzbm/Savana_Styles_-_Blowing_The_Sale.html

https://pornve.com/sbrzxofcat0q/Realitykings__in_the_VIP__So_Much_Pussy.html

https://pornve.com/sbylzio95u0p/Mia_Lelani_-_Mischievous_Memoirs.html

https://pornve.com/sc0saltghbtx/MonsterCurves_Marsha_May_-_Asscrobatics.html

https://pornve.com/sc545cgap08y/Jessie_Rogers_-_Fucking_For_School_President.html

https://pornve.com/sc9jx57l050p/Destiny_Dixon_-_Teaching_The_Teacher.html

https://pornve.com/scdes5r4r8x5/What_Wifey_Wants_Adriana_Chechik__Isiah_Maxwell.html

https://pornve.com/scfaeoqq1qan/Cathy_Heaven_30_07_2020_Anal_BigTits.html

https://pornve.com/scfo2swveh67/NEW_Briana_Banks_-_720p.html

https://pornve.com/scmesp502vxw/Tucker_Starr_-_Baddest_Girls_Get_The_Biggest_Dicks.html

https://pornve.com/scoqwq6z00r2/Kenna_James_Keiran_Lee_-_Limo_Nympho_-_Teens_Like_It_Big_-
_Brazzers.html

https://pornve.com/scotsgfsw8yn/Sarah_Jessie_-_Leather_Lust.html

https://pornve.com/scw2pgic38n8/Bottoms_Up.html

https://pornve.com/sd0e002cd3dv/Harmony_Rose__Katie_Kox_-_Hardcore_On_The_Mat.html

https://pornve.com/sd0ib2o7d6nj/Poolside_Fantasy.html

https://pornve.com/sd0yf8apsodc/Push_Ups_Or_Squats.html

https://pornve.com/sd3yr5mvf0gb/Lea_Lexis_Xander_Corvus_-_Fucktastic_Gymnastics_-_RK_Prime_-
_Reality_Kings.html

https://pornve.com/sd67kmk1hakw/Rhyse_Richards__Rhylee_Richards_-
_Sisters_Share_Everything.html

https://pornve.com/sd7979tk9gh5/Ava_Addams_-_Interview_With_My_Asshole.html

https://pornve.com/sdaj28r81e8j/Brooke_Brand_-_Big_Boobie_Balance_Beam.html

https://pornve.com/sdblm7yjrrqk/Hide_That_Big_Booty_-_Carolina_Sweets__Cadey_Mercury_-
_Reality_King.html

https://pornve.com/sdj0vba7k73m/Brazzers_House_2_-_Episode_2.html

https://pornve.com/sdj8yvea12lw/Fuck_With_The_Police.html

https://pornve.com/sdjba1aksgmd/All_Good_New_Monique_Alexander_And_Danny_D.html

https://pornve.com/sdrxh3twhdgg/_Brazzers_-
_Busty_Tory__Rikki_catch_the_nurse_and_fuck_him_.html

https://pornve.com/sdtsvkth7vg4/RoundAndBrown_19_07_24_Bethany_Benz_Stood_Up_XXX_SD.html

https://pornve.com/se1t5yx8tqwe/Is_She_A_Dirty_Cop_Or_Just_A_Dirty_Girl.html

https://pornve.com/se77jsvt3v7p/Eva_Ellington_-_My_Purity_Rings_For_Small_Cocks_Only.html

https://pornve.com/seaagl05d0zg/Brynn_Tyler__Monique_Alexander_-_New_School_Lesson.html

https://pornve.com/sebhw9t36s1b/Emily_Willis_Charles_Dera_-_Eager_Emily_-
_Teens_Love_Huge_Cocks_-_Reality_Kings.html

https://pornve.com/selsqc6332ms/Slip_It_In_4_S5_Boning_Brookelynn_Brooke_Lynn.html

https://pornve.com/seu5vwo338mq/Julia_Ann__Katie_Kox_-_Lessons_In_Lesbian_Pussy_Loving.html

https://pornve.com/sf00obvt3vrs/Brazzers_Rachel_Starr_Suprise_Rachel_Starr_Brazzers_Milf_Big_Tits_Fake_
Tits_Facial_Cum_On_F.html

https://pornve.com/sf01annwevt1/Osa_Lovely_-_The_Stepmom_Of_Your_Dreams.html

https://pornve.com/sf0i261hmxkx/Brazzers_Show_Me_Yours_Part_Two_PublicBang_Bangbros_Franceska_Jaimes_Outdoor_Public.html
https://pornve.com/sf4jfiyh3e7c/Lilith_Lust__Sienna_Day_-_Little_Finger_Big_Cock.html
https://pornve.com/sf4rgd29ncjy/Bliss_Lei_40Pure_bliss41.html
https://pornve.com/sf5g3moxkjjb/Big_Tits_Boss_25_2015_Part_5.html
https://pornve.com/sfdjf07gsg24/Adriana_Chechik_-_Fucking_Fired.html
https://pornve.com/sff6s31c0w06/Megan_Rain_-_Making_Megan_Moan.html
https://pornve.com/sfh1uecrbgwz/alanah_rae.html
https://pornve.com/sfq1zs6vq52r/Queen_of_Thrones_Part_4.html
https://pornve.com/sfxjltetgv74/Renata_Nunes_Going_Down.html
https://pornve.com/sfxq2lxu5xgt/LilHumpers_1_S2_Sara_Jay_Dont_Mind_Him.html
https://pornve.com/sg1vxc57a9nb/Dillion_Carter_-_24_Hour_Quick_Titty_Service.html
https://pornve.com/sg3086x0yswr/Milfs_Like_it_Big___Brazzers_-_Lisa_Ann_Jordi_El_Nio_Polla_Lisas_Pool_Boy_Toy_.html
https://pornve.com/sg449sz8qzty/_Brazzers-_Uniformed_babes_Alektra_and_Monique_punish_the_perv_.html
https://pornve.com/sgkr04abepcs/Maserati_Xander_Corvus_-_Are_You_Getting_Off_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/sgn0bop7e4oe/Jessica_Starling_-_Jessica_Makes_Music.html
https://pornve.com/sgq2o17h91cx/Nina_Elle_-_My_Fucking_Boss.html
https://pornve.com/sgx6i4v7ry9l/JR_Carrington_-_Fun_At_The_Opera.html
https://pornve.com/sh1tse4w8qre/Short_Haired_Big_Booty_Ebony.html
https://pornve.com/sh2iyx75uy9e/Cali_Carter_Xander_Corvus_-_Going_Down_In_A_Blaze_of_Gloryholes_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/shbm7gtsctoz/Alexis_Fawx_-_My_Dripping_Wet_Stepmom.html
https://pornve.com/sheisuggzdbw/GFRevenge_Pussy_prepping.html
https://pornve.com/shjj90i1tomh/Juelz_Ventura__Kortney_Kane_-_Retirement_Bone.html
https://pornve.com/shl59tnpyyiq/Abby_Cross__Abigail_Mac__Ava_Addams_-_Studying_Wet_Pussy.html
https://pornve.com/shqixvl6r0wc/Alex_Chance_-_Learning_The_Two-Stroke_In_Auto_Shop.html
https://pornve.com/shrje7jfe5ke/Syren_De_Mer_-_The_XXX_Files.html
https://pornve.com/shspmlldam51/Brazzers_-_Peeping_The_Pornstar_Aletta_Ocean_Johnny_Sins_Big_Tits_Big_Dick_Big_Butt_Big_Tits_At.html
https://pornve.com/shyu18eqcp04/Jenna_Haze_Christmas_Punishment_Fucked_In_The_Ass.html
https://pornve.com/shzk430z4t6w/Nicolette_Shea_Kyle_Mason_-_Confiscated_Cock_-_Big_Tits_At_School_-_Brazzers.html
https://pornve.com/si45gxal3vjt/Phoenix_marie_road.html
https://pornve.com/sidbf3pnvyse/Eliza_Jane_-_Dont_Tell_Daddy.html
https://pornve.com/sidk0j5toxbm/Arya_Fae_-_Body_Stocking_Rubdown.html
https://pornve.com/siem4134f55w/Elsa_Jeans_-_Our_Little_White_Plaything.html
https://pornve.com/sienx27bzqd1/bex_20_03_11_vanessa_sky_anal_about_chores.html
https://pornve.com/sikzgkv6mdx8/Tasha_Reign_-_Tashas_Reign.html
https://pornve.com/simwrtxrktk2/Janice_Griffith_Fucked_Hard.html
https://pornve.com/sin40u5yhdlf/Candy_Alexa_-_Coming_For_Candy.html
https://pornve.com/sinugzf2pvw9/Kennedy_Leigh_-_Nurse_Leigh_Cock_Stalker.html
https://pornve.com/siu96lrju53v/Double_Occupancy_23_08_2017.html
https://pornve.com/sj1wh9qqfrky/Ring_toss_Remastered.html
https://pornve.com/sj2kp7ik0e54/A_Family_Affair_2_Part_Three.html

https://pornve.com/sj4j5vo1xyvl/GFRevenge_Sexy_nayomi.html
https://pornve.com/sj6z9lgk93r5/Synthia_Fixx_-_Sex_Toy_Story.html
https://pornve.com/sj8npbqi00wv/Zoey_Foxx_Logan_Long_-_Working_Out_With_The_Foxx_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/sjel8p3ixd5k/Kiera_King__Sammie_Spades_-_Enter_The_Vagin.html
https://pornve.com/sji73cigq3s4/Jennifer_White_-_Anal_Apocalypse.html
https://pornve.com/sjjenxmzffe7/Brittany_Andrews_-_She_Maid_Me_Fuck_Her_Ass.html
https://pornve.com/sjkf68sdkjw5/Brazzers_-_Amia_Miley_What_A_Fucking_Coincidence.html
https://pornve.com/sjnwv6h2mzs6/DAREDORM_63_Ride_Em_Cowgirl_1of2.html
https://pornve.com/sjpm3k47jp0b/Allie_Haze__Peta_Jensen_-_Anything_He_Desires.html
https://pornve.com/sjppqkyc84ww/Christiana_Cinn_-_Homo_Sexians.html
https://pornve.com/sjtahqh2xtjz/Monique_Alexander_-_How_To_Destroy_A_Marriage_-_Part_1.html
https://pornve.com/sk820bl0pios/EuroSexParties_Mia_Evans_Vivien_Bell_-_Deep_In_Mia_18_08_2016.html
https://pornve.com/sk865zw815a7/BrazzersExxtra_-_Whenever_Wherever_However.html
https://pornve.com/ske14m225y2m/Audrey_Bitoni_-_Fantasy_Hospital.html
https://pornve.com/skf0qz40b4rb/Bridgette_B_-_Getting_My_Hands_On_A_MILF.html
https://pornve.com/skfx9gkvofyp/DirtyMasseur__Vicki_Chase_Keiran_Lee_The_Oil_Spill.html
https://pornve.com/skh32fb5tudb/BigWetButts_Luna_Star_Anal_About_My_Jeans_-_09_12_2016.html
https://pornve.com/skhqwocdqu4x/Abella_Danger__Karma_Rx_-_Neon_Dreaming.html
https://pornve.com/skjcbev2q95d/Leigh_Darby__Stella_Cox_-_My_Stepmom_The_Control_Freak.html
https://pornve.com/skkfidd5t5ix/Alina_Li__Carmen_Caliente_-_Spin_The_Dildo.html
https://pornve.com/skkmff5x57c7/Madelyn_Monroe_-_Pussy_For_The_Private_Chef.html
https://pornve.com/sknjsh2x0pst/Drilling_Mommy_12_S3_Reagan_Foxx.html
https://pornve.com/skp9eqv4s4yr/Tiffany_Tyler_-_Slutty_Seconds.html
https://pornve.com/skqm380mf8ft/Mount_Anal.html
https://pornve.com/skvuqa74hb0o/RWS_18_04_03_Mia_Kelani_The_Wife_I_Password.html
https://pornve.com/skxeb9tci3n9/Alura_TNT_Jenson_Tyler_Nixon_-_Draining_The_Plumbers_Cock_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/skzcrlq1y37w/Georgie_Lyall_-_Georgies_Workout_Plan.html
https://pornve.com/sl02oe4vukjv/Brazzers_-_Slim_tattooed_teen_Marley_Brinx_gets_her_pussy_checked_out_.html
https://pornve.com/sl1jh49trklo/Sibling_Rivalry_3_40Anya_Ivy__Aaliyah_Hadid41.html
https://pornve.com/sl2hgn1rzyx6/Ava_Addams_Keiran_Lee_-_Rent-A-Pornstar_-_The_Lonely_Bachelor_-_Pornstars_Like_It_Big.html
https://pornve.com/sl3340hbms56/Mia_Malkova_-_Die_Hardcore_-_Part_2.html
https://pornve.com/sl35i07cveou/ANAL_Threesome_Diamond_Kitty_And_Kelsi_Monroe_BBLIB.html
https://pornve.com/sl4sqcsf7g1m/Brazzers_-_Aryana_Adin_Double_Timing_Wife_3.html
https://pornve.com/sl85prewd64r/Claire_Dames_-_Birthday_Butt_Fuck.html
https://pornve.com/sl8pwcjpc75g/Julia_Ann_-_Lost_In_Brazzers_-_Episode_2.html
https://pornve.com/sld5vc4t5cfq/Brenna_Sparks_Hot_Asian_Massage.html
https://pornve.com/sldpvfxi6ff1/Chanel_Preston_-_Making_A_Mess_On_The_Maid.html
https://pornve.com/slg5a6jnz1qy/Nikki_Delano_Alex_Legend_-_Maid_For_Anal_2_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/slhtqdbp4anj/Angelica_Taylor_-_Anal_Swinger.html
https://pornve.com/slive8gmlpv8/Large_boobs_porn_video_featuring_Peta_Jensen_and_Marc_Rose.html
https://pornve.com/slk0x8lnybr9/Chanel_Preston_-_Whats_For_Dinner.html
https://pornve.com/slmxtychukx9/Brooklyn_Chase_-_Laying_Pipe_with_the_Bros_parody.html

https://pornve.com/slob2w6lzmjq/Jenna_Presley__Nikki_Sexx_-_The_Only_Roommate.html
https://pornve.com/slpubu0d9wjz/Kira_Noir_-_Dirty_Double_Dare.html
https://pornve.com/slqmievtc2ms/Alexis_Ford__Asa_Akira_-_Babes_In_Black.html
https://pornve.com/slvi6hsrchje/Lauren_Phillips_Maya_Kendrick_Scott_Nails_-_Preppies_In_Pantyhose_4_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/sm0353u4713u/Bridgette_B_-_Playful_Booty.html
https://pornve.com/sm2bwqzvvvgm/Flower_Tucci__Harmony_Rose__Phoenix_Marie_-_Triple_Butt_Pump.html
https://pornve.com/sm5fz2ryapba/Olivia_Austin_Ricky_Johnson_-_Poolside_Fucking_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/sm7c2iltw0s8/Ivy_Lebelle_-_Dystopian_Dicking.html
https://pornve.com/sm9c4ta9fmtm/Chanel_Preston_Seth_Gamble__Horny_Hostess.html
https://pornve.com/smm884365vzw/Kayla_Paige_-_Air_ConTiTioning.html
https://pornve.com/smn6gcxhmfn3/Abella_Danger_-_Dancing_Domme.html
https://pornve.com/smpjlv6yt6cn/Lisa_Ann_-_Moms_Guide_To_Throwing_A_Party.html
https://pornve.com/sms0jnpgnuny/Panties_thief_sean_lawless_takes_punished_by_her_stepdaughter.html
https://pornve.com/sms5hz7jna2r/Julia_Ann_-_Stop_Or_My_Mom_Will_Fuck.html
https://pornve.com/sn1j0zmvep6n/Vienna_Black_-_Sex_Shop_Hop.html
https://pornve.com/sn2syhmt24ia/Alix_Lynx_Charles_Dera_-_Alix_Is_Off_The_Wall_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/sn8gijdn998u/DirtyMasseur_-_Alyssia_Kent_-_Rub_Me_The_Right_Way.html
https://pornve.com/sndgxb5ls9cu/Madison_Ivy_Monique_Alexander_Nicolette_Shea_Johnny_Sins_1_800_Phone_Sex_Line_8.html
https://pornve.com/sni99xf6js8j/Alexis_Fawx_-_Super_MILF.html
https://pornve.com/snjn3l2xzpat/Zoe_Clark_-_Friend_Zone_Bone.html
https://pornve.com/snjprrzeojq8/The_Ole_Switcheroo_Brazzers.html
https://pornve.com/snnwazvb16dl/Ava_Adams_-_1_800_Phone_Sex_-_The_Package.html
https://pornve.com/snpeqow5p8lo/Haley_Wilde__Juelz_Ventura_-_The_Exs_Anal_Payback.html
https://pornve.com/snrb8z3g0tck/Sincerre_Lemore_-_Side_Effects.html
https://pornve.com/snu8j9atc2hd/Mirella_Mansur_-_Thick_Ass.html
https://pornve.com/snyhudgv18d3/MilfHunter_16_01_04_Monique_Alexander_Miss_Monique.html
https://pornve.com/snylcxgmjdi3/Erica_Fontes_-_Banging_A_Couchsurfing_Slut.html
https://pornve.com/so0k08yrcp1r/Kagney_Linn_Karter_-_Post-Match_Pussy_-_Part_2.html
https://pornve.com/so0xlly9jh2j/Phoenix_Marie_-_White_Trash_Goes_Whore.html
https://pornve.com/so2f17p6x9qq/Katie_Morgan_-_Massaged_By_Her_Mother.html
https://pornve.com/so39w9lbq26u/Angelina_Ashe_-_Into_The_Deep_Dark_Blue.html
https://pornve.com/so86u6rxb2ll/_Katy_and_Brooklyn_sharing_big_cock_.html
https://pornve.com/sohtc8utbcbm/Abbey_Brooks_-_Cultural_Fetishism.html
https://pornve.com/soi21144rjow/Bridgette_B_-_Garden_Hoes.html
https://pornve.com/soi74u1db622/Lena_Paul_-_Final_Exam_Slam_Session.html
https://pornve.com/soirp6w5n58u/Penny_Pax_-_Straightening_Her_Out.html
https://pornve.com/sor7lzubnuyv/Courtney_Taylor_-_Anniversary_Switch.html
https://pornve.com/sove341jjhbp/BigWetButts_-_Valentina_Ricci_-_Clean_Up_On_Aisle_Valentina.html
https://pornve.com/sp37p4cf1w04/_Brazzers_-_Big_Booty_Kayla_Kayden_Gets_Her_Tight_Ass_Fuck_By_Xander_Big_Dick_.html
https://pornve.com/sp7nt2fhjp89/Alix_Lynx_-_Sloppy_Professionalism.html

https://pornve.com/sp86elptvizc/FirstTimeAuditions_17_02_27_Daisy_Mae_Cute_Skater_Chick_XXX_-KTR.html

https://pornve.com/spbka0verrh6/Nikki_Benz_-_Toying_With_A_Pornstar.html

https://pornve.com/spd1i1rge84b/Ava_Addams_-_Youre_Busted_Im_Busty.html

https://pornve.com/spfakt1oircq/MommyGotBoobs_Ariella_Ferrera_Homemade_American_Tits_-_12_11_2016.html

https://pornve.com/spkvfn43rhtx/Big_Tits_At_School_-_Juelz_Ventura_And_Romi_Rain_in_After_School.html

https://pornve.com/spm3a6lj559x/Christy_Mack_-_Mechanic_Mammaries.html

https://pornve.com/sq0fw047wwh6/Audrey_Bitoni_-_The_Insomniac_Sucker.html

https://pornve.com/sq0kvm66p34d/Fernanda_Magalhoes_-_Cycling_Pussy.html

https://pornve.com/sq1avsmzj898/Brooklyn_Gray_Keiran_Lee_-_Im_Your_Biggest_Fan_-_Teens_Like_It_Big_-_Brazzers.html

https://pornve.com/sq1jnu8qnfnh/Krissy_Lynn_Robby_Echo_Back_To_School_Banging.html

https://pornve.com/sq22d5yphmh3/Sneaky_Sex.html

https://pornve.com/sq2m9bxuncm1/Diamond_Jackson_-_Eye_On_The_Infield.html

https://pornve.com/sq36lremmr4m/Darcy_Tyler_-_Tasty_Deposit.html

https://pornve.com/sq85dqtfy3p8/Jenna_Ivory__Layla_Price_-_A_First_Time_For_Everything.html

https://pornve.com/sq8vlu8py2k9/LaSirena69_Charles_Dera_-_An_Exotic_And_Erotic_Student_-_Big_Tits_At_School_-_Brazzers.html

https://pornve.com/sq9s6qdv649a/Rio_Lee_-_Getting_It_Out_Of_Their_Systems.html

https://pornve.com/sqbvznxyphz3/Alyssia_Kent_-_Getting_Good_Vibes.html

https://pornve.com/sqgfcwo3uh7j/Reagan_Foxx_-_Shy_Moms_First_Squirt.html

https://pornve.com/sqi1hk52bdou/McKenzie_Lee_-_Gigantic_Melon_Balloons.html

https://pornve.com/sqi7vza60t03/Rachel_Starr_-_The_Rachel_Remote.html

https://pornve.com/sqj3dz7gocan/Alexis_Fawx_-_Mommy_Nudist.html

https://pornve.com/sqk8ent3z97u/Brett_Rossi_Keiran_Lee_-_Stocking_Stuff-Her_-_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/sqm5j8ux2b3c/Evelin_Stone_-_Get_Off_The_Phone.html

https://pornve.com/sr2rdwv5158z/My_Friends_Blindfolded_Mom_Jewels_Jade__Ryan_Ryder.html

https://pornve.com/sr6mzcc86uy3/Whitney_Westgate_-_Vlogging_About_Big_Cocks.html

https://pornve.com/sramjtx5k9xi/Brazzers_-_India_Summer_Show_Me_The_Yoni.html

https://pornve.com/srb35mtyv5nj/Lisa_Ann_-_Youve_Got_The_Touch.html

https://pornve.com/sree4ss3pnp8/Alena_Croft_-_Mammary_Lapse.html

https://pornve.com/sreemxuzrm50/Brazzers_The_Fittest_Fuck_Brazzers_Summer_Brielle_Tyler_Nixon_Baby_Got_Boobs_Ass_Worship_Big.html

https://pornve.com/srh019pntqxd/Nicole_Bexley_-_The_Listener.html

https://pornve.com/srhu3syclikk/Brazzers_-_Madison_Ivy_-_The_Assistants_Affair.html

https://pornve.com/srkdw6vygrin/Blake_Eden__Phoenix_Marie_-_Phoenix_vs_Blake.html

https://pornve.com/srkrd7wrtigp/Angelina_Valentine__Avy_Scott_-_Daydreaming_Of_Deepthroat.html

https://pornve.com/srqmw10y3mkw/Money_Talks_try_and_buy_big.html

https://pornve.com/srsh1eqx5yy3/Sybil_A_Kailena_-_Sybil_Shows_Off_Her_Pussy.html

https://pornve.com/ss3u71jqcs8j/Karmen_Karma_-_Banging_Her_Brother-In-Law.html

https://pornve.com/ss57xuscrwzh/PornstarsLikeItBig_-_Lisa_Ann_-_Seduction_For_Sport.html

https://pornve.com/ss5c2gl45b6v/plib_20_03_22_madison_ivy_and_liv_wild_a_wild_night.html

https://pornve.com/ss71ji3h85ru/_Ariana_Marie_Nicole_Aniston_Yoga_Freaks_Episode_Seven_14_01_2017_rq_1k.html

https://pornve.com/ssabtbsike7j/Brazzers_-_Diamond_Jackson_And_Aspen_Rose_You_May_Now_Peg_The_Bride.html
https://pornve.com/ssajoz3fvrxu/Charlotte_Cross_-_ZZ_Lemonade.html
https://pornve.com/sshzloc3xf3n/_Brazzers-_Gorgeous_babe_Kendall_Kayden_gets_a_hard_fucking_in_the_kitchen_.html
https://pornve.com/ssitjhhili6y/Ava_Addams__Isis_Taylor_-_Cumly_Cleaners.html
https://pornve.com/ssljqpy4ht14/Diamond_Jackson_-_To_Prank_A_Skank.html
https://pornve.com/ssoz0wfj30h5/Black_Cherry_Pie_.html
https://pornve.com/sssc582u3wbc/Alexis_Ramirez__Rebeca_Linares_-_Tierra_Prohibida.html
https://pornve.com/ssu45wav5c5d/Angelina_Valentine__Rebeca_Linares_-_Open_Your_Fucking_Mouth_And_Eat_My_Cunt.html
https://pornve.com/ssvhdrnn6zu9/Ariella_Ferrera_Charles_Dera_-_Take_A_Seat_On_My_Dick_2_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/stb9kdfi8043/no_husbands_allowed_remastered.html
https://pornve.com/stg3byro5att/harlow_harrison_the_suburban_skank.html
https://pornve.com/stlktdglju1v/Ivy_Lebelle_-_Special_Tasks_-_BrazzersExxtra.html
https://pornve.com/stoaq69zk0sa/Tara_Holiday_Stepmom_Soothes_The_Groom_Mommy_Issues_2.html
https://pornve.com/stp8vux9jfug/Athena_Palomino_-_Risque_Roses.html
https://pornve.com/stvxsv9t1xa4/Lisa_Ann__Nikki_Benz_-_Reservoir_Sluts.html
https://pornve.com/stzffiv5frc7/Tiffany_Brookes_-_Wedding_Planning.html
https://pornve.com/su840cn6gb56/My_Dirty_Talking_Prof_Audrey_Bitoni.html
https://pornve.com/subzbm0laxfg/Assfucking_Like_Rabbits.html
https://pornve.com/sudu0oporb9p/Mia_Li_-_Lets_Both_Fuck_Her.html
https://pornve.com/suemr0ftrjl4/fuck_secretary.html
https://pornve.com/sunl7yymtxkz/Phoenix_Marie_-_Librarian_In_Heat.html
https://pornve.com/suo7yjm3qlq6/Nina_Elle_-_Crawling_To_Another_Cock.html
https://pornve.com/sur5thblk4qa/Georgie_Lyall__Mia_Malkova_-_Spilling_The_Gardeners_Seed.html
https://pornve.com/surcxetjqk5a/NA_New_Hot_Sexy_MILF_Nikki_Benz.html
https://pornve.com/susutpy53nks/Scarlett_Jennings_-_Suck_It_Out.html
https://pornve.com/sut6jx74wq2g/Kendra_Lust_-_Good_Cock_Bad_Cop.html
https://pornve.com/suwxx8lzpfvt/Mischa_Brooks__Sheena_Shaw_-_Bouncing_Bunny_Butt.html
https://pornve.com/sv485t1a18ck/Jade_Jantzen_-_Yoga_Freaks.html
https://pornve.com/sv4e7e3e06g5/Brazzers_-_Lets_Spy_On_My_Stepdaughter.html
https://pornve.com/sv71ravcmjiu/Emily_B_-_This_Pharmacist_Can_Fuck_Off.html
https://pornve.com/sv96jnvlrmiq/Erica_Fontes_-_The_Honey_Beaver.html
https://pornve.com/svi68xskr13e/Eva_Karera_-_Foreva_A_Fantasy.html
https://pornve.com/svpc2ozacgel/DirtyMasseur__Brazzers_Peta_Jensen_-_Massaging_Peta.html
https://pornve.com/svqab0887ihj/Brazzers_My_roommates_hot_girlfriend_Brazzers_Dirty_Masseur_Amia_Miley_Brunette_Keiran_Lee_Fu.html
https://pornve.com/svryl63gb5rg/Rachel_Starr_-_720p.html
https://pornve.com/svrz813ngfni/AJ_Applegate_-_Open_The_Applegates.html
https://pornve.com/svvg92xnopn4/Kitty_Bella_-_The_Mix_Up.html
https://pornve.com/svx7epsczf5t/Bella_Bellz_-_Her_Thick_Thieving_Ass.html
https://pornve.com/sw1ybrmonqos/Eva_Karera_-_The_Big_Titted_Ballerina.html
https://pornve.com/sw43lc372lvj/Holly_Sampson_-_Keys_To_The_V_I_Pussy.html
https://pornve.com/sw483tmgdj4q/DoctorAdventures_17_01_22_Chanel_Preston_And_Veruca_James_Nurse_A_Cock_In_Her_XXX_KTR.html
https://pornve.com/sw4dhikxmlez/Bonnie_Rotten_-_The_Gaped_Crusader.html

https://pornve.com/sw7nqpba9rh9/Payton_West_-_The_Cock_In_The_Doc.html
https://pornve.com/swaosy5xzwxr/Veronica_Avluv_-_Stroke_It_For_Me.html
https://pornve.com/swohfy45tid9/Kiara_Lord_Cheating_Whore_Cheating_Whore_23_10_2020_Hardcore_BigTits.html
https://pornve.com/swozz65719a3/Monique_Alexander_-_Pinkblot_Test.html
https://pornve.com/swp6rte24xo9/Peta_Jensen_-_Our_Little_Masquerade.html
https://pornve.com/swwri0layost/Devon_-_Clearly_Fuckable.html
https://pornve.com/swxmqds3ue7y/Alex_Chance_-_Take_My_Anal_Virginity_Instead.html
https://pornve.com/swypqve6j61q/Marley_Brinx_-_Sent_Home_For_Sucking_Dick.html
https://pornve.com/swz6uxdqkbez/Kacey_Jordan_-_Kacey_The_Cutest.html
https://pornve.com/sx1x7kxu0hz2/Ryan_Conner_Teaches_A_Young_Couple_How_To_Fuck.html
https://pornve.com/sx4n1wwnei7e/Lela_Star_Small_Hands_-_Never_Enough_Oil_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/sx8hbopn8a6q/Aaliyah_Hadid_-_Ctrl_Alt_Titties.html
https://pornve.com/sxa26fluu9dc/Romi_Rain__Sarah_Jessie_-_Kiss_My_Ass_Tat.html
https://pornve.com/sxahgzhecjtz/Jayden_Roof_Top_Romp_-_720p.html
https://pornve.com/sxb2es5sj5qt/Jasmine_Black_-_European_Interrogation.html
https://pornve.com/sxcdj67zeyof/Holly_Tyler_-_Sexy_Time_At_The_Spa.html
https://pornve.com/sxeq1rd049u2/Kali_Roses_Ramon_Nomar_-_Fucking_On_The_Brink_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/sxjv7r03e7w7/Ashley_Adams_-_Make-Up_Sexam.html
https://pornve.com/sxpzrk9amayq/Jezabel_Vessir__Sarah_Jessie_-_Hot_And_Meania.html
https://pornve.com/sxtn1s8be9fp/Savana_Styles_-_Driving_Ms_Styles.html
https://pornve.com/sxu2ww9wr3o6/Brazzers_-_Horny_Sailor_Leyla_Falcon_find_a_nice_big_cock_to_suck_and_fuck_.html
https://pornve.com/sxuqmwewfoee/Bonnie_Rotten_-_Cum_Thru.html
https://pornve.com/sxxelj78ao6t/MommyGotBoobs__Brazzers_Ariella_Ferrera_-_My_Sons_Best_Friends.html
https://pornve.com/sxxigkybldgr/Darcie_Dolce_Desiree_Dulce_Van_Wylde_-_Stepsibling_Rivalry_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/sxy63sgnt8z9/Nina_Kayy__Raven_Bay_-_Masseuse_Training_101.html
https://pornve.com/sy0ar0ifpefv/Money_Talks_good_tipper_big.html
https://pornve.com/sy0dja10hws4/Karma_Rx_-_Sneaky_Webcam_Slut.html
https://pornve.com/sy5laulgm7i1/Ryan_Conner_-_That_Big_Tasty_Ding_Dong.html
https://pornve.com/sy6kv894vaax/Valentina_Nappi_Zac_Wild_-_Curvy_Cleaning_-_Monster_Curves_-_Reality_Kings.html
https://pornve.com/sy7wmkkhwrcu/Vienna_Black_Johnny_The_Kid_-_Film_Me_Follow_Me_Fuck_Me_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/sy83b9hjqxw0/Gabriela_Lopez_Bambino_-_Emergency_Rubdown_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/sy9f6ck107fp/Extreme_Naturals_Gianna_Michaels_Sierra_Skye_Second_to_None.html
https://pornve.com/syac6f02s3sx/Anna_Bell_Peaks_-_Massumptions.html
https://pornve.com/syct3m0jko60/Callie_Calypso_-_Big_Dick_Vocal_Coach.html
https://pornve.com/syfaeso8e4k6/Karissa_Shannon_Kristina_Shannon_Scott_Nails_-_Titillating_Treachery_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/syo21frbw0hu/Savannah_Stern_-_Aero-BOOB-Ic_Workout.html
https://pornve.com/sz37281s6pji/Ryan_Conner_Sneaky_Mom_3.html
https://pornve.com/sz4kaeptwxlf/AJ_Applegate__Savannah_Fox_-_Filthy_Fuck_-_Part_1.html

https://pornve.com/szah5gg5lbrb/Money_Talks_teeny_bikinis_big.html
https://pornve.com/szaxpk62jvdv/Jenna_J_Foxx_Charles_Dera__Working_Out_With_The_Kings.html
https://pornve.com/szcukeifmmg8/busty_sensual_jane_anal_bust.html
https://pornve.com/szcwcm5r7s5h/Megan_Rain_Xander_Corvus_-_Prime_Real_Estate_-
_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/szesbaafhqfv/Brazzers_My_sons_teacher_Brazzers_Mommy_Got_Boobs_Ariella_Ferrera
_Charles_Dera_Brunette_Fake.html
https://pornve.com/szf31ht5b8qq/Alina_Belle__Serena_Santos_-_Masseuse_Rivalry.html
https://pornve.com/szklbhppm829/Rachel_Starr_-_ZZ_Hospital_-_Ri-Dick-Ulous_Behavior.html
https://pornve.com/szly5c1zfvyk/Alanah_Rae_-_Fistful_Of_Pussy.html
https://pornve.com/szua3qkdaaf3/Holly_Hendrix_-_Anal_Tutor.html
https://pornve.com/t0223qhfsjc5/Ember_Snow_-_The_Naughty_Nuru_Masseuse.html
https://pornve.com/t03arc34nyac/27_07_2020_Lela_Star_Compilation_Video_of_the_Best_Of_Brazzer.html
https://pornve.com/t04w1hedqdss/Eva_Karera_-_Double_Penetrating_Belgian_Booty.html
https://pornve.com/t05dhxdjbw92/Sofi_Ryan_-_Asking_For_It_Anon.html
https://pornve.com/t06h1ylhy0jv/Cameron_Dee_-_Haunted_House_Hijinks.html
https://pornve.com/t0adouqdlkqc/Zoey_Paige_-_Coat_Check_Cock.html
https://pornve.com/t0b0wamvnfug/August_Ames__Isis_Love_-_A_Tip_To_The_School_Nurse.html
https://pornve.com/t0b6f1pja456/MilfsLikeItBig_19_10_07_Aubrey_Black_A_Step_Above_My_Husband_XXX.
html
https://pornve.com/t0b8royf14sm/Lezley_Zen_-_Titty_Fucking_The_Teacher.html
https://pornve.com/t0bl79hn2q0j/Alura_TNT_Jenson__Dahlia_Sky_-
_Lets_Massage_The_Babysitter.html
https://pornve.com/t0c5uqmpfp9w/Brazzers__Big_Wet_Butts__Anal_About_My_Jeans_Luna_Star.html
https://pornve.com/t0djk0ywuvdr/Monique_Alexander_Jasmine_Jae_Stella_Cox_Cock_Of_Duty_A_XXX_Paro
dy.html
https://pornve.com/t0effeyrmvu9/Brazzers_The_Big_Things_in_Life.html
https://pornve.com/t0gw7b0zuy0q/Scarlet_Johnson_Sean_Lawless_-_Blue_Jean_Creamer_-
_Teens_Love_Huge_Cocks_-_Reality_Kings.html
https://pornve.com/t0j75yupd69n/MomsBangTeens_Lexi_Luna_And_Vina_Sky_Mechanic_Appreciation.html
https://pornve.com/t0sjpgnbs09g/Marsha_May_-_Taste_Marshas_Treats.html
https://pornve.com/t0viv64t92l8/Kendra_Lust_Anal_Big_Tits_Bis_Ass.html
https://pornve.com/t0xa4qucqp1n/Krissy_Lynn_-_Helicockter_Mom.html
https://pornve.com/t13kre2ikzrf/Baby_Got_Boobs_Spilt_Milk_-_Brenna_Sparks_Isiah_Maxwell.html
https://pornve.com/t18f0zheju6a/Sister_in_Law_Means_Well_Brazzers.html
https://pornve.com/t1a1dgitftsr/Brazzers_The_Doctor_Part_Three_Danny_D_Victoria_Summers_Leigh_Darb
y_Georgie_Lyall_Big_Tits_Bl.html
https://pornve.com/t1gbxz1j81h8/Brazzers_-_The_Wife_I_Password.html
https://pornve.com/t1hjq3lcvayu/Karla_Kush_-_Dont_Trust_Your_Friends.html
https://pornve.com/t1rxrsxz612m/Brazzers_-_Lena_Paul_Express_Pussy_Packaging.html
https://pornve.com/t1w5tie2oikk/Kerry_Louise_-_A_Little_Cleavage_Goes_A_Long_Way.html
https://pornve.com/t206o7s3nlkk/Rilynn_Rae_-_A_Reporter_In_The_Rough.html
https://pornve.com/t22env45tbsh/Jasmines_at_the_Laundromat_-_Jasmine_James.html
https://pornve.com/t22u955x70ms/Victoria_Cakes_Fuck_Your_Earphones.html
https://pornve.com/t25wzt4ohbpo/Abella_Danger_-_Use_It_Or_Lose_It.html
https://pornve.com/t27fszai99b8/Vicki_Chase_-_Worth_The_Wait.html
https://pornve.com/t27hziwilumh/BigWetButts_-_Brooklyn_Chase_Nice_Nylons_12_22_16.html

https://pornve.com/t2b92f0knwih/Brandi_Love__Monique_Alexander_-_Brandi_Loves_The_Realtor.html
https://pornve.com/t2bk8qubvf9w/Lezley_Zen_-_The_Blow-Job_Seeker.html
https://pornve.com/t2fpopr7kzpb/Kendall_Karson_-_Erotic_Exercises.html
https://pornve.com/t2fsf5kq4d8b/rkprime_19_06_25_megan_rain_guessing_gag.html
https://pornve.com/t2g9wltn7tjn/Sophia_Leone_-_Laid_Rent.html
https://pornve.com/t2jd6b21v7v1/MilfHunter_Nina_Elle_Seductive_Nina_-_01_08_16.html
https://pornve.com/t2mxt7xsufeu/Anal_Blonde_Fucking_A_Black_Tigger_Outdoors.html
https://pornve.com/t2nnijrfzdv1/Connie_Carter_-_Nurse_Carter.html
https://pornve.com/t2rum68zfadi/Katerina_Hartlova_-_Best_Tits_In_The_Office.html
https://pornve.com/t2vssl103am3/Puma_Swede_-_Revenge_Of_The_Pervs.html
https://pornve.com/t2w0mkf65jxl/Asiatique_Attraction_Park_With_Asa_Akira_Published_On_4_Minutes_Ago.html
https://pornve.com/t2ykzxxql0kh/MonsterCurves_Alice_Lighthouse_The_BodySD40MAY_16_201541.html
https://pornve.com/t2ytblcimroo/Kayla_Kayden_Fucking_in_The_Classroom.html
https://pornve.com/t37jq4rx8tpz/My_Roommates_Hot_Girlfriend_Brazzers.html
https://pornve.com/t3dozxz7qgqq/Bella_Rose__Miss_Raquel_-_What_The_Client_Wants_The_Client_Gets.html
https://pornve.com/t3gh8k0umsdo/Sneakysex_19_04_13_Kimmy_Granger_Not_Another_Study_Break.html
https://pornve.com/t3j824r665og/Realitykings__Teens_Love_Huge_Cocks__Cute_Bubbly_Butt.html
https://pornve.com/t3jks07m8se3/Kendra_Spade_Scarlet_De_Sade_Mick_Blue_-_Neon_Night_Out_-_RK_Prime.html
https://pornve.com/t3qa658jb0u7/AJ_Applegate_Quinton_James_-_Free_Anal_6_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/t3s2wyl3ltbx/Jazy_Berlin_-_HR_Stands_For_Hot_Rack_Officer.html
https://pornve.com/t3sw8ycgpu53/AJ_Applegate_-_Earning_My_Valentine.html
https://pornve.com/t3vbu35q9r2c/Liza_Del_Sierra_Danny_D_-_Jizz_Quiz_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/t3w6q1se1n3j/Skylar_Vox_-_Stretching_Skylar_Out.html
https://pornve.com/t3xnyj2kemiu/Alexis_Ford_-_The_Peoples_Pussy.html
https://pornve.com/t40fdxcpzuaj/RoundAndBrown_-_Finesse_Fine_Finesse_-_16_04_29.html
https://pornve.com/t40lny5vz85m/Diamond_Kitty_Markus_Dupree_-_Visiting_Hour_Plower_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/t41s5ee7hrth/Darling_Danika__Katrina_Jade_-_Learning_From_Dr_Milf.html
https://pornve.com/t42io3kldf97/Devon_Lee__Taylor_Wane_-_Mommy_Sandwich.html
https://pornve.com/t45go031y3h6/Abella_Danger_-_Abellas_Ass_Is_In_Danger.html
https://pornve.com/t4a2vhsryqgu/Angell_Summers_-_Ass_Like_An_Angell.html
https://pornve.com/t4a55cc3skl7/Ava_Addams_-_Rent_A_Pornstar.html
https://pornve.com/t4cq1e4d163b/Jessica_Nyx_-_Eager_Intern.html
https://pornve.com/t4lkhn3ziowh/Angela_White_-_Mantequila_Bay_Bay.html
https://pornve.com/t4pr3tb54slt/Sienna_Day_-_Waiting_On_Her_Ass.html
https://pornve.com/t4x9atqxvyjj/Taylor_Wane_-_Mommy_Will_Take_Care_Of_It.html
https://pornve.com/t548w9lu6u6e/Lolly_Ink_-_Tarps_Tools_And_Titties.html
https://pornve.com/t559oiobd112/Jenaveve_Jolie_-_Sauce_The_Boss.html
https://pornve.com/t562xrpkqefe/Julie_Cash__Richelle_Ryan_-_Modern_Museum_Of_Fine_Ass.html
https://pornve.com/t58p6s4z98oz/Asa_Akira_-_Cum_Stay_Awhile.html
https://pornve.com/t59y6qrezp27/Emma_Leigh__Sienna_Day__Tina_Kay_-_Bachelor_Night.html
https://pornve.com/t5al7x2ndnfl/BrazzersExxtra_19_10_11_Kira_Noir_Dirty_Double_Dare_XXX.html

https://pornve.com/t5awjrbyu84a/Mandy_Muse_-_Girls_Who_Squat.html
https://pornve.com/t5g0w6rftzxs/Rebecca_Jane_Smythe_-_Turning_On_His_Girlfriends_Mom.html
https://pornve.com/t5ged4v2sybn/The_Bang_Ring_-_Part_2.html
https://pornve.com/t5slm53g2wv2/Sheridan_Love_Sneaky_Starlet.html
https://pornve.com/t5xf1k9xahx9/Holly_Halston_Filthy_Moms_1_S2.html
https://pornve.com/t60gfv23lowx/BigWetButts__Brazzers_Anissa_Kate__Nekane_Booty_Work.html
https://pornve.com/t635ux8cyabt/Romi_Rain_Scott_Nails_-_She_Slithers_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/t6cbnixok5fe/Charmane_Star__Lea_Lexis_-_Hot_Yoga.html
https://pornve.com/t6ivjlhwpw6j/BrazzersExxtra_Sasha_Rose_Roommates_With_Anal_Benefits_PutlockerX_cc.html
https://pornve.com/t6stakhllb6o/Brazzers_-_Nicole_Aniston_And_Peta_Jensen_Game_Night_Shenanigans.html
https://pornve.com/t6vjja7q8rv0/European_Girl_Sex_bgb_keisha_grey_tt121414.html
https://pornve.com/t754olxzm1py/Good_New_Marsha_May.html
https://pornve.com/t78r7h5vlw56/TeensLikeItBig_-_Janice_Griffith_Anal_Quickie_With_Teenie_Janice_12_27_16.html
https://pornve.com/t7arrv7kr43d/Esperanza_Gomez_-_Danny_D_Is_Willing_To_Die.html
https://pornve.com/t7b5k6gepe3k/Diamond_Kitty_-_Eat_Pray_Fuck.html
https://pornve.com/t7c604xel3ae/Victoria_June_-_Hard_Pressed.html
https://pornve.com/t7fhv7b7zg61/Jade_Baker__Krissy_Lynn_-_ZZ_Finishing_School_Of_Fucking.html
https://pornve.com/t7gar4hrwg2i/Holly_Heart_-_The_Meeting.html
https://pornve.com/t7jz27ps37xs/Brazzers_-_Just_Jeans_Brazzers_Big_Wet_Butts_Xander_Corvus_Sarah_Banks_Brunette_Black_Hair_Blo.html
https://pornve.com/t7kc76g3v2qf/bex_20_03_14_cherie_deville_cumplimentary_training_session.html
https://pornve.com/t7myaqpkul0k/Brazzers_-_The_Pussy_is_Wetter_on_The_Other_Side_Brazzers_Real_Wife_Stories_Eva_Lovia_Latina_Nat.html
https://pornve.com/t7rvxuh21xm4/Lylith_Lavey_-_Overtime_Tits.html
https://pornve.com/t7t9v8zngkp0/Angela_White_-_Midnight_Cowgirl.html
https://pornve.com/t7vkgg9m0qxg/Jennifer_White_-_Catch_Of_The_Day.html
https://pornve.com/t7yuach9rjs2/Holly_Halston_-_Mommy_Likes_Porn.html
https://pornve.com/t80ni4yzktk3/Oiled_Facial_Britney_Amber_Interracial_Nurse.html
https://pornve.com/t80s8p3g63ug/Marsha_May_Asscrobatics_Big_Butt.html
https://pornve.com/t82b6df7uxm6/Kimmy_Granger_-_Hold_The_Phone.html
https://pornve.com/t845lxunwdam/Madison_Ivy_-_The_Assistants_Affair.html
https://pornve.com/t884ulx2eqdl/Brazzers_Extra_Perving_Out_on_the_Perv_Brazzers_BrazzersExxtra_Alektra_Blue_Monique_Alexander.html
https://pornve.com/t8a9tnaftdje/Halle_Hayes_-_Sharing_The_Bed.html
https://pornve.com/t8edl8jy1zau/Misty_Stone__Sarah_Banks_-_Like_Mother_Like_Daughter.html
https://pornve.com/t8ilh1qadmtt/Aleksa_Nicole_-_Dr_Slutlove_Syndrome.html
https://pornve.com/t8jwwyiyyqiv/Mommy_Got_Boobs_Yasmin_Scott__Keiran_Lee_When_Dads_Away_Stepmom_Will_Play.html
https://pornve.com/t8n5fipt6az4/Bethany_Benz_-_Swamp_Buggy_Booty.html
https://pornve.com/t8p0hwb3h3b8/Jasmine_Jae_-_Quid_Pro_Blow.html
https://pornve.com/t8pnlxobthxk/Cherie_Deville_Stuck_On_Your_Mom_XXX_KTR_DailyPorn.html
https://pornve.com/t8psiuqfp3fg/MomsLickTeens_Cory_Chase_And_Kirsten_Lee_-_16_06_21.html
https://pornve.com/t8vuclbdx5zr/Monique_Alexander_-_The_Hardest_Exam.html
https://pornve.com/t8xfz00olhnm/Sara_Luvv_-_You_Blew_My_Job.html

https://pornve.com/t92pcpgmy3t4/Kat_Dior_-_Kat_Got_Your_Dick.html
https://pornve.com/t99bkahpwzfb/Tana_Lea_Ricky_Johnson_-_Cougar_Training_-_Mommy_Got_Boobs.html
https://pornve.com/t9cwsp3khp33/Nikki_Benz__Briana_Banks_Doctor_Sluts.html
https://pornve.com/t9kyxwphf2c5/Kira_Queen_Catching_On_To_Stepmom.html
https://pornve.com/t9lse3j6rf1a/Lacy_Lennon_-_Scentual_Healing.html
https://pornve.com/t9ntv1fesp04/Lela_Star_-_Seeing_Double.html
https://pornve.com/t9sa5qev7ge0/Couples_Seduce_Couples_18_2015_Donna_Bell__Kiara.html
https://pornve.com/t9t1gblitlh5/Olivia_Austin_-_All_Dolled_Up.html
https://pornve.com/t9cvwp7onds/Moriah_Mills_-_Babysitter_Got_Boobs.html
https://pornve.com/t9zcs8cfr71u/Queen_Of_Thrones.html
https://pornve.com/ta1rgxqdn4tx/Chanel_Preston_-_Clean_Office_Filthy_Whore.html
https://pornve.com/ta4zgzgifo0ys/MommyGotBoobs_Alura_Jenson_-_My_Son_In_Law.html
https://pornve.com/ta9h3kdh0ep3/Angelina_Valentine__Rebeca_Linares_-_Open_Your_Fucking_Mouth_And_Eat_My_Cunt.html
https://pornve.com/tabb32tvrroi/Jessa_Rhodes_-_A_Dose_Of_Cock_For_Co-Ed_Blues.html
https://pornve.com/tacacmvnesxr/Lana_Violet_-_Do_Whatever_You_Want_To_Me.html
https://pornve.com/tad9qoyju5ak/Janet_Mason_-_Milf_Massage.html
https://pornve.com/tauar9uyhmut/Aidra_Fox_-_Au_Pair_Oh_My.html
https://pornve.com/tay7p0qq5zi4/GFRevenge_Titties_out.html
https://pornve.com/tb118qfyw09i/All_Naughty_Part_2.html
https://pornve.com/tb15swy34jnz/Lezley_Zen_-_Lets_Fuck_The_Landlady.html
https://pornve.com/tb3u48helzlx/Phoenix_Marie_-_Bubble_Butt_Gets_A_Juicy_Double.html
https://pornve.com/tb9u8udlaxbg/Stormy_Daniels_-_Stormys_Secret.html
https://pornve.com/tbd16jau6gnk/Teens_Like_It_Big_Brazzers_Jillian_Janson_Mark_Ashley_Best_Kept_Secret_R.html
https://pornve.com/tbgovz9zo9al/Amber_Ashlee_-_Saturday_Night_Beaver.html
https://pornve.com/tbi32tf3a8pw/busty_ashley_adams_anal.html
https://pornve.com/tbqr30u34tup/Candy_Manson_-_Anal_Beads_And_A_Shower_Fuck.html
https://pornve.com/tbuhyatsc55u/Slip_It_In_4_S2_Big_Dick_Taker_Ally_Tate.html
https://pornve.com/tbv83nih3fe6/Monster_Curves_-_Realitykings_-_Kayla_Kaden_Jessy_Jones_-_My_Night_With_Kayla.html
https://pornve.com/tbwq9oxi2ohd/Tabitha_Stevens_-_It_Wasnt_Me_Teacher.html
https://pornve.com/tc9jq8kidm0l/Brazzers_-_Diamond_Jackson_Brazzers_Porn_School.html
https://pornve.com/tcahuc6ctadc/Rachel_Starr_-_Sneaky_Spinning_-_Sneaky_Sex_-_Reality_Kings.html
https://pornve.com/tcbhujdmvr2t/Lauren_Phillips_Xander_Corvus_-_Sweeten_The_Deal_-_Sneaky_Sex_-_Reality_Kings.html
https://pornve.com/tces84s0xp6d/Reality_Kings_MILF_Hunter_36_40201541_Scene_6_Stacy_Savage.html
https://pornve.com/tclptddkzum9/Tommie_Jo_-_MILF_In_The_Closet.html
https://pornve.com/tcrzj3v48s83/Anny_Aurora_-_A_Very_Anal_Maid.html
https://pornve.com/tcuk5zx7yvbu/plib_20_03_07_janice_griffith_watch_party.html
https://pornve.com/tcx9nfir0e5w/Brazzers_Alison_Tyler_Johnny_Sins.html
https://pornve.com/td0s976jru7v/Bridgette_B_-_Wet_Spots.html
https://pornve.com/td0vhqmzx3py/Nicolette_Shea_-_Amadom_Shea_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/td47gnvb3rct/Diamond_Foxxx_-_Squeezing_In_A_Quickie.html
https://pornve.com/td53mr58cp9t/Brandy_Aniston_-_Schoolhouse_Cock.html

https://pornve.com/td9jmiqqoin3/Peta_Jensen_-_Peta_Pays_Your_Cock_A_Visit.html
https://pornve.com/tdb9nh6ztejx/Sarah_Vandella_-_Switchblade_Slut.html
https://pornve.com/tddju3k3sq9x/Reagan_Foxx_-_My_Husband_Is_Right_Outside.html
https://pornve.com/tdjop8al7s32/Summers_Is_Juicy_She_Is_Zoo_Small_And_Juicy_See_How_Here.html
https://pornve.com/tdkgztgcw2y4/Harder_Longer_Satisfyer_Compilation.html
https://pornve.com/tdko22p7dlqu/Aubrey_Black_Gia_Derza_Ricky_Spanish_-_A_Good_Mentor_-_Moms_In_Control_-_Brazzers.html
https://pornve.com/tdln20cr8l4y/Moriah_Mills_-_Bending_And_Tending.html
https://pornve.com/tdosxcm9bjz5/Jarushka_Ross_-_If_You_Go_Down_To_The_Woods_Today.html
https://pornve.com/tejn26b04ps1/Mena_Li_-_Sweet_treat.html
https://pornve.com/teqhytp95ab2/All_Good_PSP_Tori_Black.html
https://pornve.com/terwrz945jkd/Andy_San_Dimas_-_New_Neighbourhood_Slut.html
https://pornve.com/teuztl6hut19/bt4w_P3ta_J3nsen_480p.html
https://pornve.com/texhir9hp1rm/Angela_White_-_Forest_Nymph-o-Maniac.html
https://pornve.com/tf1weyl4oilc/Dana_DeArmond_Van_Wylde_-_Pristine_In_Pantyhose_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/tf3l2makl2sd/Kayla_Carrera_-_CEO_Stands_For_Cunt_Eternally_Open.html
https://pornve.com/tf40ygpsd5l6/Lilly_Bell_-_What_We_Had_Was_Special.html
https://pornve.com/tf7kx95mptdi/Remy_LaCroix_Keiran_Lee_-_Remys_Ring_Toss_Remastered_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/tf7s2k5ukobn/Diamond_Foxxx__Tiffany_Bannister_-_Cops_And_Daughters.html
https://pornve.com/tf9jmp4llzyn/Brazzers_-_Avoiding_Dicktention.html
https://pornve.com/tfbt46kyucsx/Phoenix_Marie__Sadie_Swede_-_The_Whorriors.html
https://pornve.com/tfcroduqory1/Cory_Chase_Xander_Corvus_Cockervention.html
https://pornve.com/tfd4rin3v3l7/Pokemon_Go_XXX_Parody_Alexa_Tomas_Ella_Hughes_Patty_Michova.html
https://pornve.com/tff1jgzbmlwd/Halie_James__Kerry_Louise_-_Sea-Do_Me.html
https://pornve.com/tfh896p69kob/Jade_Aspen__Megan_Vaughn_-_My_Bikini_Bodys_Better.html
https://pornve.com/tfit9bjmt7yy/eager_teen_cutie_slobbers_all_over_your_knob_40141.html
https://pornve.com/tfkl59f09yz1/Rahyndee_James_-_Runaway_Boobs.html
https://pornve.com/tfu8dzj5c66j/Bree_Olson_-_Ass_Sundae.html
https://pornve.com/tg0betp8cw4g/Liza_Del_Sierra_-_Jizz_Quiz.html
https://pornve.com/tg3f0rqtd0k8/Christie_Stevens_Jessy_Jones_-_The_Slutwalker_-_Milfs_Like_It_Big.html
https://pornve.com/tg4f3d8gbuki/Rich_Fucks_-_Part_3.html
https://pornve.com/tg60hf2j7p3h/Amia_Miley_-_My_Roommates_Hot_Girlfriend.html
https://pornve.com/tg6mgnc6yes1/Diana_Doll_-_Pool_Boy_Let_Me_Try_Out_Your_Pole.html
https://pornve.com/tg7p2bogm75a/Giselle_Palmer_-_Slow_And_Sexy.html
https://pornve.com/tg88qeo9xtcl/The_Unforgettable_Anniversary.html
https://pornve.com/tgdf2qt9vjof/Gianna_Dior_Oliver_Flynn_-_Fucking_Around_Between_Takes_-_Teens_Love_Huge_Cocks.html
https://pornve.com/tghfz80ut9pm/Luna_Star_Scott_Nails_-_Kings_Spa_Luna_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/tgodu57mikbs/Lavish_Styles_-_Upgrade_You.html
https://pornve.com/tgsrfkqnfrj9/Brazzers_-_Amia_Miley_And_Nicole_Aniston_Sharing_Her_Side_Piece.html
https://pornve.com/tgtymt0fcojw/Isabelle_Deltore_Keiran_Lee_-_Praise_The_DJ_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/tgyroloqcwz0/Big_Tits_In_History_Part_3.html

https://pornve.com/tgzdn7vfo5tp/Carmen_McCarthy_-_Cock_Research.html
https://pornve.com/th627oioytv8/Asa_Akira_-_Pussy_Is_The_Best_Medicine.html
https://pornve.com/th782zf60od9/Kelsi_Monroe_-_The_Cl-ass-ic_Gymnast.html
https://pornve.com/th79ggbrgd76/Monique_Alexander_Charles_Dera_-_Remote_Controlled_Boss_-_Big_Tits_At_Work_-_Brazzers.html
https://pornve.com/thep4iih5mdt/btaw_aletta_ocean_ap080414_12000.html
https://pornve.com/thfum12gpk86/Abigail_Mac__Cherie_Deville_-_Sex_Addicts_Anonymous.html
https://pornve.com/thjxetdlx4yl/Devon_Michaels_-_MMA_Tits.html
https://pornve.com/thkdsbwzjxn0/Jessie_Andrews__Joslyn_James_-_Maid_To_Obey.html
https://pornve.com/thkvwmdmtmt1/MilfsLikeItBig_-_Reagan_Foxx_Feeling_Up_The_Fashion_Girl_.html
https://pornve.com/thwgs9kylvma/Lisa_Ann_Ass_Licking_Real_Wife_Stories_Winner_Winner_Sex_During_Dinner.html
https://pornve.com/ti0o3b541duc/Jezebelle_Bond__Karmen_Karma_-_Shagging_In_The_Shower.html
https://pornve.com/ti15pzx00ozg/Casey_Cumz__Charity_Bangs_-_The_Twilight_Hoes.html
https://pornve.com/ti6rmb7lnc26/Janice_Griffith_-_The_Hand__Foot_Job.html
https://pornve.com/tif5tpy00lhs/Brazzers_-_Cunt_Cern_Mothers_of_America.html
https://pornve.com/tigwm5b1l62y/Bridgette_B_-_Brazzers_Taxi_Service.html
https://pornve.com/tiktcnu7pnr4/BrazzersExxtra_-_Ana_Foxxx_Dripping_The_Ball.html
https://pornve.com/tims0g76ti2o/Krissy_Lynn_-_Suburban_Slut_Story_-_2.html
https://pornve.com/tiojuzmjtw29/WeLiveTogether_Darcie_Dolce_And_Lena_Paul_Back_To_School_.html
https://pornve.com/tiokom022to3/Dyanna_Lauren__Harmony_Paxson_-_Bikini_Wax_To_Beaver_Lovin.html
https://pornve.com/tir9m2aio5e2/Skye_Blue_-_Skyes_The_Limit.html
https://pornve.com/tis19rij04m1/Jessie_Volt_-_Addicted_To_Ass_Massages.html
https://pornve.com/titmeawgbq70/Staci_Carr_-_Sticking_A_Cork_In_Her.html
https://pornve.com/tivpriebfpqh/GFRevenge_Look_back_at_it.html
https://pornve.com/tivxlf6ch6vf/Alice_Coxxx_-_Sister_Of_The_Bride.html
https://pornve.com/tiwfpkfinwke/Ava_Koxxx__Georgie_Lyall_-_Whoronation_Street.html
https://pornve.com/tj408smmmh3d/Samora_Morgan_-_Dildo_Blocking.html
https://pornve.com/tj5grit1lkq2/Skylar_Price_-_Heart_Shaped_Butt.html
https://pornve.com/tjaulqz31mnc/Jenna_Foxx_-_Seeing_Eye_Dick.html
https://pornve.com/tjh6oacea81o/Phoenix_Marie_Work_That_Ass.html
https://pornve.com/tjhlgifsvckv/Jaye_Summers_-_Take_Me_Home.html
https://pornve.com/tjk68u1vx1xf/Krissy_Lynn_-_Take_Me_Seriously.html
https://pornve.com/tjke2aduoz8a/The_Yoga_Babe_VS_the_Voyeur_Brazzers.html
https://pornve.com/tjofjn8vmgtg/Shay_Sights_-_Bride_Of_Frankendick.html
https://pornve.com/tjrzv0yxasum/Brazzers_-_Keisha_Grey_Trying_On_My_Sisters_Husband.html
https://pornve.com/tjtrdigogz5d/Erotic_Art_Charles_Dera_Jaye_Summers.html
https://pornve.com/tjvv1bfg99cf/Alice_Fabre_-_Manic_Pixie_Cream_Girl.html
https://pornve.com/tjwmorcpnmt0/Rebecca_More_-_Lean_Clean_Reaming_Machine.html
https://pornve.com/tk2crkozaxwk/Julia_Ann_-_Riding_The_Mountain.html
https://pornve.com/tk3xjs7757yp/DareDorm_Halloween_Bash.html
https://pornve.com/tk4tgyl9m2au/The_Swap_-_Nina_Elle__Karma_Rx_-_Reality_King.html
https://pornve.com/tk52gmdomod0/Bonnie_Rotten_And_Mia_Malkova.html
https://pornve.com/tk6juyog3etf/Ryan_Smiles_-_All_Smiles.html
https://pornve.com/tk7yjnziqbn7/madison_Ivy_Published_On_41_Minutes_Ago_Category_Amateur_Madison_Ivy_Fucks_On_The_Car_MILF_Pornstar_Madison_Ivy_Tags_Hard_Core.html

https://pornve.com/tkcessq20pu8/Shawna_Lenee_-_The_Fulfilment_of_Shawna_Lenee.html
https://pornve.com/tkex8aumwqm8/Nikki_Sexx_-_Milk_And_Boobies.html
https://pornve.com/tkggfs1p3eo8/Paris_White_Charles_Dera_-_Chick_Flicks_And_Chill_-_Teens_Love_Huge_Cocks_-_Reality_Kings.html
https://pornve.com/tkir59t9k3o3/Luna_Star_-_Sex_Is_The_New_Green_Energy.html
https://pornve.com/tkjke8fetzhm/Romi_Rain_-_Doctor_Cum_Control.html
https://pornve.com/tklbf2agv36o/Nicki_Hunter_-_All_Purpose_Ass.html
https://pornve.com/tkpl1fhdrli4/Anal_All_Good_New_Cathy_Heaven_And_Danny_DAnal.html
https://pornve.com/tkqmdf3j0t9l/Gia_Derza_-_Lost_And_Found_-_Reckless_In_Miami_-_Reality_Kings.html
https://pornve.com/tl3qnd2ht126/Kleio_Valentien_-_This_Evenings_Girlfriend_-_Part_2.html
https://pornve.com/tlbhqoyca1yp/Carmella_Bing_-_New_Opportunities.html
https://pornve.com/tlf1ono00uin/bbc_story_compilation.html
https://pornve.com/tlgblj05esrq/Amber_Ashlee_-_Sassy_Bitch.html
https://pornve.com/tlkjqsqgfwpb/Holly_Halston_Xander_Corvus_fuck_in_the_pool_underwater_MILF_Huge_Tits_Black_Hair_Mom_Big_Tits_figarommn.html
https://pornve.com/tllzk58nkb7p/StreetBlowJobs_-_Vera_Drake_Banging_Vera.html
https://pornve.com/tlmueuna77ve/Maya_Hills_-_Unhooking_A_Hook-Up.html
https://pornve.com/tlndul9zuc31/Sneaky_Sex_Honey_Gold_Massage_Revenge_Fuck.html
https://pornve.com/tlplkyb91fsn/bex_mia_malkova_kl012914_1000.html
https://pornve.com/tlqw3zair21k/Amateur_fucks.html
https://pornve.com/tlx42abmk87b/Katrina_Jade_Exchange_of_Favors_Brazzers.html
https://pornve.com/tlz4amxl1tau/Sienna_Day_-_Fuck_Your_Way_Out_Of_The_Friend-Zone.html
https://pornve.com/tm1kn94rpwqn/Jessie_Saint_Xander_Corvus_-_Grab_N_Go_-_Reckless_In_Miami_-_Reality_Kings.html
https://pornve.com/tm1rdh58j8de/Look_Under_The_Bed.html
https://pornve.com/tm1sxq4qxucr/Casey_Calvert_-_Professional_Pussy_Protection.html
https://pornve.com/tmcexhiq46uh/Amy_Brooke_-_I_Can_Walk.html
https://pornve.com/tmgb9hz5etmt/Dana_Vespoli_-_Giving_Back.html
https://pornve.com/tmhzt5rpipjw/New_Aidra_Fox_-_Lemonade_Stand.html
https://pornve.com/tmoa9lf6o298/Jayden_Jaymes_-_Casual_Friday.html
https://pornve.com/tmpbxhbuxo2b/Caught_On_Cumming_Camera.html
https://pornve.com/tmrddf0omto7/Codi_Bryant__Savannah_Stern_-_Swapping_Mates.html
https://pornve.com/tmupybmsy2fg/Jasmine_Jae__Porsha_Sins_-_Nympho-Insomniac.html
https://pornve.com/tmyeyujjrh7v/Shutter_Seed_Alison_Tyler.html
https://pornve.com/tn16vhw2o6qh/Dare_Dorm__Aubrey_Sinclair_Ivy_Wolfe__Nicole_Rey_2017HD.html
https://pornve.com/tn1sdqdd2i82/Eliza_Ibarra_-_Diving_For_A_Good_Dicking.html
https://pornve.com/tn2a1rhkv4lt/Shy_Love_-_Slacking_On_The_Job.html
https://pornve.com/tn3x82azfmkj/Melina_Mason_-_Cuntsumer_Service.html
https://pornve.com/tn7f8t1s99j2/EuroSexParties_Zoe_Doll_Julia_Roca_Legs_Up_Cock_In_-_13_11_2016.html
https://pornve.com/tn7phew61bbd/Veronica_Rayne_-_Teachers_Pets.html
https://pornve.com/tn9ujkii1d6o/Marica_Chanel_-_Naughty_Nurses_First_Day.html
https://pornve.com/tna12qfss6i7/Bridgette_B_40Free_Anal41_SD_NEW_MARCH_232016.html
https://pornve.com/tne5jzj1fuw4/Haley_Cummings_-_Slut_Over.html
https://pornve.com/tni3kty15hq2/BrazzersExxtra_19_09_25_Bridgette_B_Its_A_Sausage_Fest_XXX.html
https://pornve.com/tnvyxddzfd37/Christie_Stevens_-_The_Anal_Method.html

https://pornve.com/tnxwapvfgqr8/Jenna_Presley__Juelz_Ventura__Krissy_Lynn__Nicole_Aniston_-_In-Tit-Pendence_Day.html

https://pornve.com/tnydtc8qo9fx/Lenina_Crown_-_Upgrading_My_Room.html

https://pornve.com/tnyy2q48srla/Bonnie_Rotten__Zoey_Monroe_-_Squirt_Training.html

https://pornve.com/to35h1bq004w/Karma_Rx_Johnny_Sins_-_Humping_My_Chakras_-_Dirty_Masseur_-_Brazzers.html

https://pornve.com/to6b1suickcz/Kendra_Lust_Alex_Legend_-_Giving_Stepmom_What_She_Wants_-_Mommy_Got_Boobs_-_Brazzers.html

https://pornve.com/to89ugybso5i/BrazzersExxtra181022BonnieRottenHeCameAtNightPart1.html

https://pornve.com/to9g7ej91a4y/Kiara_Mia_Donald_Trump_Hilary_Clinton_Messican.html

https://pornve.com/tobsi12ju2pb/Shalina_Devine_-_Eat_Me_Out.html

https://pornve.com/tofzfrb5xuov/Brooklyn_Chase_-_Hosed_Up_Hos_Down.html

https://pornve.com/tognb3bua9kr/Brazzers_Sister_in_Law_Means_Well.html

https://pornve.com/toicg3wfe3fg/Brazzers_All_Dolled_Up_watch_online_for_free_YesPornPlease.html

https://pornve.com/toxa5s7zylyj/MoneyTalks__RealityKings_Alice_March_Adrian_Maya_And_Raven_Redmond_-_Hot_Dog_Stand.html

https://pornve.com/toy702l1yfev/Dani_Jensen__Pepper_Foxxx_-_Reaching_A_New_Way_To_Sex.html

https://pornve.com/tp2u1wswvua5/Money_talks_haulin_ass_big.html

https://pornve.com/tp4iba0oi74c/Demi_Lowe_Damn_Demi.html

https://pornve.com/tp8isocppzfv/Kristal_Summers_-_Laid_By_The_Maid.html

https://pornve.com/tpa7zlcdj2fa/Melina_Mason_-_Being_Bad_Episode_3.html

https://pornve.com/tpbxnwzro81t/Angel_Dark_-_Pound_That_Ass_Into_Shape.html

https://pornve.com/tps9nm9pj1yo/Anna_Bell_Peaks_-_Putting_Her_Feet_Up.html

https://pornve.com/tpv9wx3f6xoj/Rae_Lil_Black_-_Black_Out.html

https://pornve.com/tpxuhpvf0vqt/Brooklyn_Blue_Danny_D_-_Are_You_Even_A_Doctor_-_Doctor_Adventures_-_Brazzers.html

https://pornve.com/tpzrkuycrg5d/Monique_Alexander_How_To_Become_A_Pornstar_In_8_Easy_Inches.html

https://pornve.com/tq07kjfcc4l1/Veronique_Vega_-_Latina_Beauty.html

https://pornve.com/tq1o4fxeuhdt/Carmel_Moore_-_The_Cure_For_Claustrophobia.html

https://pornve.com/tq85biwx7li3/Alexis_Texas_-_Desperate_Housewife_Domination.html

https://pornve.com/tqbcjhr23fuj/Bella_Rolland_Scarlit_Scandal_Van_Wylde_-_Rough_And_Raunchy_Group_Fuck_-_Brazzers_Exxtra_-_Brazzer.html

https://pornve.com/tqf0brfmayah/Krystal_Orchid_-_The_Scarlett_A.html

https://pornve.com/tqh65pn0dxv1/Bunk_Bed_y_Bang_Brazzers.html

https://pornve.com/tqhmp2tgea4t/Rebeca_Linares_-_Big_Butt_Cake.html

https://pornve.com/tqi7tr4ac7wp/Brooke_Brand_-_Going_Bananas_With_Brooke.html

https://pornve.com/tqwmaxwt53rl/Skyla_Novea_-_Your_Dick_Roommates_Dick.html

https://pornve.com/tqwt4ip2yvbo/Natalie_Brooks_-_Bad_Ballerina.html

https://pornve.com/tqxtuqcsefyk/Lela_Star_Johnny_Sins_-_Riding_The_Wife_-_Real_Wife_Stories.html

https://pornve.com/tr25tbcfpm8b/nikki_benz_foursome.html

https://pornve.com/tr6bt6u2xhk1/Devon_Michaels_-_Get_Out_Of_My_Dreams_And_Into_My_Pussy.html

https://pornve.com/trbfms6quj01/SneakySex_Fly_Me_To_The_Poon.html

https://pornve.com/trd3myq6u40a/Jaclyn_Tayloris_A_Mummy_With_Issues.html

https://pornve.com/trfdkzkbaw60/Synthia_Fixx_The_Milf_In_The_Mirror_Mommy_Issues_4.html

https://pornve.com/trjris6rw7l3/Madison_Ivy_Mick_Blue_-_A_Massage_With_A_View_-_Dirty_Masseur_-_Brazzers.html

https://pornve.com/trk6foid9y07/Gina_Valentina__Melissa_Moore_-_Perfect_Strangers.html
https://pornve.com/trkvhdualfme/Giselle_Palmer_-_Therapeutic_Fuck.html
https://pornve.com/trnote0qnbbo/Lisa_Ann_Isiah_Maxwell_-_Lisa_Anns_Lover_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/trp93n9bkxg8/The_Floor_Massage_Brazzers.html
https://pornve.com/trr4mjgngwv6/BrazzersExxtra_19_07_16_Karissa_Shannon_X_Marks_The_Spot_XXX_SD.html
https://pornve.com/trsmiqafouir/Franceska_Jaimes_Anal_Teacher.html
https://pornve.com/trsqa1ufd7we/Aletta_Ocean_-_Cock_Bath_By_A_Tight_Ass.html
https://pornve.com/ts0phprm4dbd/Katerina_Kay_-_Hot_Fuck_Sundae.html
https://pornve.com/ts16ms34pfbr/Leya_Falcon_-_Defiance_In_The_Office.html
https://pornve.com/ts4byurflgqi/dwp_20_04_12_aidra_fox_aidra_gets_her_fill.html
https://pornve.com/ts4j3t1gfpw4/Dylan_Daniels__Lolo_Punzel__Parker_Swayze_-_Friendly_Fuck.html
https://pornve.com/tsf6zelbkvbn/LilHumpers_2_S5_Christie_Stevens_The_Sunscreen_Asshole.html
https://pornve.com/tsgilxgqtfsa/Anya_Ivy_Hardcore_Ass_-_Family_Affairs_Part_2.html
https://pornve.com/tshpheubr7wf/Abigail_Mac_-_White_Coat_Pink_Pussy.html
https://pornve.com/tsi3t2yptmvy/Turning_Party_Tricks_brazzers.html
https://pornve.com/tsk6m8ewqojk/Rachel_Starr__Voodoo_-_Star_Quality.html
https://pornve.com/tslptka7crxq/Veronica_Avluv_-_The_Right_Fit.html
https://pornve.com/tstf7ac6qgp7/Baby_Batter_Cakes_Kayla_Kayden.html
https://pornve.com/tsx0tebwdtm1/Kendra_Spade_-_Bush_Is_Better.html
https://pornve.com/tsxu92vbyz7j/Ass_No_Questions_Spray_No_Lies_Brazzers_Franceska_Jaimes_SD_White_Girl_White_Guy_Blowjob_Oiled.html
https://pornve.com/tszyzqo3jgaq/Jada_Stevens_and_Sheena_Shaw_anal_bigass_threesome.html
https://pornve.com/tt0x7r7v4x9f/_Reality_Kings_-_Lana_Rhoades_fucks_Darcie_Dolce_with_a_strap_on_.html
https://pornve.com/tt29akkn3ji7/Audrey_Bitoni_-_Fucked_On_The_Fourth_Of_July.html
https://pornve.com/tt40geshjr7i/Vienna_Black_-_Reiki_For_Her_Pussy.html
https://pornve.com/tt7mokokr7k2/DAREDORM_80_In_It_To_Win_It_2of2.html
https://pornve.com/tta4i2jt0r80/Abella_Danger_-_Sneaking_In_The_Back_Door.html
https://pornve.com/ttbhihei9spe/Sarah_Jessie_-_My_Stepmoms_New_Boobs.html
https://pornve.com/ttiwavzbn2kt/Lisa_Ann_Lisa_Anns_Lover.html
https://pornve.com/ttjjhgk0ghtk/Lexi_Ward__Tamara_Grace_-_Fitting_Right_In.html
https://pornve.com/ttnf3n5pxx79/bt4s_m3a_m3l0ne_480p.html
https://pornve.com/ttr01z3oxecr/Ghostbusters_XXX_Parody.html
https://pornve.com/tttj9ugz7eut/Money_Talks_call_of_the_wild_big.html
https://pornve.com/tty6xv6mz69b/Brandy_Aniston_-_Country_Rubes_Have_The_Greatest_Boobs.html
https://pornve.com/tu1vwjgiej8i/Brazzers_-_Jumping_for_jizz.html
https://pornve.com/tu30224ai5uj/Kayla_Kayden_-_Kayla_Wants_Her_Doctors_Goo.html
https://pornve.com/tu36sztmrp0i/Savannah_Sixx_-_Prettier_In_Pink.html
https://pornve.com/tucc2g3f3smz/Honey_Moon_-_Feel_The_Burn.html
https://pornve.com/tunu0ikreqgu/Secret_Society.html
https://pornve.com/tuu9p84co5tw/Jaclyn_Taylor__Jessica_Jaymes_-_That_Fucking_Bitch_-_Part_2.html
https://pornve.com/tv00k8xn6r1q/Jane_Douxxx__Kissa_Sins_-_Peep_Show_Nurses.html
https://pornve.com/tv1zmj6tg5g4/Brazzers_Live_-_23.html
https://pornve.com/tvc14i7bn43x/Eva_Notty_-_Welcome_To_The_Neighborwhore.html

https://pornve.com/tvcltgdwwhu7/Kendra_Lust_-_Breast_Of_The_Breast.html
https://pornve.com/tvdocxxuccxp/Kimberly_Kendall_-_Ask_Me_Anything_About_My_Big_Boobs.html
https://pornve.com/tvmdmm5opy3c/Stella_Cox_-_The_Scoundrel_Ruins_A_Sleepover.html
https://pornve.com/tvnhkt24y9t2/Eva_Notty__Janice_Griffith_-_Its_Too_Big.html
https://pornve.com/tvo0ln6ha1l8/Kelsi_Monroe__Keiran_Lee_-_The_Cl_ass_ic_Gymnast.html
https://pornve.com/tvtvw22fwk4n/Aurora_Jolie_-_Reconstruct_My_Hymen.html
https://pornve.com/tvuv3kxjubg6/Holly_Halston__Noelle_Easton_-_Like_Mother_Dyke_Daughter.html
https://pornve.com/tw156cd2c8m6/Isis_Taylor_-_New_Intern_New_Cum_To_Taste.html
https://pornve.com/tw2wz7yc3c51/Gabbie_Carter_Easy_Ride_Her.html
https://pornve.com/tw3hl02aq7t7/HALLOWEEN_Days_of_Future_Past_Porn_Parody_ejaculation.html
https://pornve.com/tw8xfgm1wbxd/Layla_Sin_-_Sexy_As_Sin.html
https://pornve.com/twcyfzm3bmzo/Sample_my_snatch.html
https://pornve.com/twfrxsugza36/Lylith_Lavey_-_Hitched_And_Ditched.html
https://pornve.com/twjl08oa1mh7/Giselle_Palmer__Lena_Paul_-_Putting_The_D_In_Divorce.html
https://pornve.com/twl6dqhhzfa6/Alix_Lynx_-_Daddys_Hardest_Worker.html
https://pornve.com/twnek0xt3ml0/Britney_Foster__Sophia_Santi_-_Spotless_Cunt.html
https://pornve.com/twoa2lqyaine/Lezley_Zen_-_Fuck_At_First_Sight.html
https://pornve.com/twptuhrst5qs/Synthia_Fixx_Sex_Toy_Story.html
https://pornve.com/tww3zu3rmhmc/Pornx_Brazzers_Big_Booty_Ebony_Sarah_Banks_Gets_her_Bubble_Butt
_Drilled_Brazzers.html
https://pornve.com/twx3f25zp5a7/Abella_Danger_-
_Latina_rides_BBC_as_her_bubble_butt_bounces_over_stockings.html
https://pornve.com/twzccoana96x/Madison_Scott_-_Cream_Flows_Out.html
https://pornve.com/tx07n3uro74b/Romi_Rain_-_Pounded_By_The_Pool.html
https://pornve.com/tx0sw9fogc3y/Chanel_Preston_Chad_White_-_One_Lucky_Butler_-
_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/tx632nrb82wk/Hot_Decorator_Milf_Lela_Star_Markus_Dupree.html
https://pornve.com/tx877wq647b0/Breanne_Benson_-
_Ive_Got_Spirit_Yes_I_Do_Ive_Got_Spirit_And_Ill_Swallow_Your_Goo.html
https://pornve.com/tx9c19qei8ol/Alanah_Rae_-_Nurse__Doctor_Play_While_Patients_Away_-
_DoctorAdventures.html
https://pornve.com/tx9mklef4pa3/RKPrime_Honey_Gold_Massage_Revenge_Fuck.html
https://pornve.com/txdkhmndhi95/Sidney_Alexis_-_Locked_Out.html
https://pornve.com/txdlrf5t2i2z/Eva_Elfie_-_Playing_With_Eva_-_Day_With_A_Pornstar_-
_Brazzers.html
https://pornve.com/txff57jweur7/Brittney_Skye__Shyla_Stylez_-_Free_Ass_Ride.html
https://pornve.com/txi9u0qf684f/RealityKings_Sheerly_Sexy_Monster_Curves_Yanki_Shaft_Ava_Black.html
https://pornve.com/txjroc34cudm/Lily_Lane_-_Jailhouse_Fuck_Four.html
https://pornve.com/txkp62yov6r2/Emma_Heart_-_Anal_Sacrifice.html
https://pornve.com/txmxzznrbmdm/Rhyse_Richards_-_Foreign_Body.html
https://pornve.com/txp2zkhw9t0n/LilHumpers_3_S5_Dee_Williams_Hotel_Humper.html
https://pornve.com/txralojouacl/Brandi_Love__Janice_Griffith_-_Help_Wanted_In_A_Big_Way.html
https://pornve.com/txtfbojl7zr7/Brazzers_-_Nicoles_Oasis.html
https://pornve.com/txua3szmywux/Hottest_Teen_Creampies_Compilation.html
https://pornve.com/txw46haejvb7/Brazzers_Big_Wet_Butts_Ass_Safari_Kat_Dior.html
https://pornve.com/txx5400lo3vi/Madison_Ivy_as_Cleopatra_the_goddess_of_ass_love_HD.html
https://pornve.com/ty3dbugoaoh8/Brazzers_Live_-_42.html
https://pornve.com/ty4w5x8tw30q/Katana_Kombat_-_Sex_With_The_Therapist.html

https://pornve.com/ty8103doe0ot/TeensLikeItBig__Brazzers_Kylie_Nicole_-_Teen_Trophy_Wife.html
https://pornve.com/tyf83uc625h0/Cyrstal_Rae_Alexis_Fawx_Tempting_Cyrstal.html
https://pornve.com/tyfgoojj1cy0/Eva_Notty_-_ZZ_Pizza_Party.html
https://pornve.com/tyjrpjdqn4h9/BrazzersExxtra_19_08_29_Alyssa_Reece_-
_You_Agreed_To_This_XXX.html
https://pornve.com/tykx7rtkrw8f/EuroSexParties_Alice_Miller_Mika_-_Double_Love.html
https://pornve.com/tylkioo3b2uf/Kendra_lust_fucks_her_friends_son.html
https://pornve.com/tyqdkjjhdrl0/Casey_Cumz_-_The_Stepdad_And_The_Schoolgirl.html
https://pornve.com/tyrd5fi5fz4h/Hillary_Scott_-_Dirty_Pigs.html
https://pornve.com/tys73rprdd7g/Lucky_Thief.html
https://pornve.com/tyu18qzcdjmd/Money_Talks_incum_taxed_big.html
https://pornve.com/tz21ruwp1as1/BigButtsLikeItBig__Brazzers_Amber_Chase_-
_Almost_Perfect_Girlfriend.html
https://pornve.com/tz4zuco5746m/Next_Whore_Neighbor.html
https://pornve.com/tz7a86v81oao/RealityKings_Just_A_Dip.html
https://pornve.com/tz7rdol2najz/Harlow_Harrison_Hot_Carwash.html
https://pornve.com/tz9thplghzqw/Yurizans_Cum_Addiction_Brazzers.html
https://pornve.com/tzimdfv2znqd/Courtney_Taylor_Keiran_Lee_-_Courtney_Lends_A_Helping_Hand_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/tzoip5zs9swm/Alena_Croft_-_Getting_It_On_With_My_Girlfriends_Mom.html
https://pornve.com/tzpe3rtqased/ZZ_Recruits_Agent_Katrina_-_Katrina_Jade___Bill_Bailey.html
https://pornve.com/tzpqhw9gs6u4/HotAndMean_17_04_15_Ryan_Conner_And_Elsa_Jean_Disciplining_His_
Mistress_XXX_-KTR.html
https://pornve.com/tzq7boz9o9wh/Ariella_Ferrera__Danica_Dillon_-
_The_Whorin_Warden_Returns.html
https://pornve.com/tzrx68ri7yut/Alexis_Fawx_-_Alexis_Dildo_Harvest.html
https://pornve.com/tzuae3armd83/Sara_Stone_-_Stone_Cold_Awesome.html
https://pornve.com/u00on4ancsk6/Jess_Scotland_Danny_D_-_Jess_Screams_Yes_For_The_Dress_-
_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/u03b0wb2lwf5/Andi_Anderson_-_Impale_My_Big_Wet_Ass.html
https://pornve.com/u03pygpxwm1h/Christie_Stevens_Balls_Deep_in_a_Blonde_Erik.html
https://pornve.com/u09r7wjwzz63/Gia_Milana_-_The_Sirens_Cry.html
https://pornve.com/u0d0mohl5ysq/Office_4-Play_-_Part_1.html
https://pornve.com/u0gep1wozzsw/Jayden_Jaymes_-_Campus_Security.html
https://pornve.com/u0gum7z2jily/Jazy_Berlin_-_Immediate_Vaginal_Plugging.html
https://pornve.com/u0ogqgzol9cn/Summer_Brielle_-_Spring_Break_Forever.html
https://pornve.com/u0pozfxohhfb/Kenzie_Taylor_Keiran_Lee_-_Blonde_Domme-Ination_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/u0rg9rckwq1p/Brandi_Love_Anya_Olsen_Brick_Danger__Meet_My_Stepmom.html
https://pornve.com/u0ugevwu88w9/Anny_Aurora_Erik_Everhard_-_Analyzing_Anny_-
_Mikes_Apartment_-_Reality_Kings.html
https://pornve.com/u0vap248e483/Layla_Rivera_-_Poon_Monsoon.html
https://pornve.com/u0vnout66kic/Devon_-_Til_Dick_Do_Us_Part_-_1.html
https://pornve.com/u0wgjsk4s89e/CumFiesta__RealityKings_Kacey_Quinn_-_Easy_Entry.html
https://pornve.com/u0wuk0olr1c0/Sophia_Fiore_-_Gymnasstics.html
https://pornve.com/u0zrt5ryo15b/Veronica_Avluv_-_Mistress_P_I_-_Brazzers.html
https://pornve.com/u13sjgn0yopb/Alexis_Monroe_-_ZZ_Courthouse_-_Part_1.html

https://pornve.com/u15q4o756f60/Jane_Wilde_Keiran_Lee_-_Oh_Its_THAT_Kind_of_Massage_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/u15uwlssmez6/Oh_Yeah_New_Peta_Jensen_Pays_Your_Cock_A_Visit.html
https://pornve.com/u16ytdh8mn6a/Jayden_Jaymes_-_Full_Anal_Tune-UP.html
https://pornve.com/u19u9clhwycd/MommyGotBoobs_Katie_Morgan_Booty_Call_With_My_Bro_s_Mom_29_03_2018_rq.html
https://pornve.com/u1a6pcmuhb5m/GFRevenge_London_Britches.html
https://pornve.com/u1bp5c495wyc/Abigail_Mac_-_Good_Fuck_For_You.html
https://pornve.com/u1e9nidcqygk/Tegan_James_-_Washing_Her_Mouth_Out_With_Cum.html
https://pornve.com/u1fir8phjdxc/Suns_Out_Tits_Out_BraZZers_HDRip.html
https://pornve.com/u1hwxmvf2ud7/Dani_Jensen_-_Penetration_Is_The_Foundation_Of_A_Good_Education.html
https://pornve.com/u1imrzoq13x5/Hillary_Scott_-_Eat_This_And_Review_It.html
https://pornve.com/u1jzn2tpwxc1/Madison_Ivy_Keiran_Lee_-_Kinky_Kidnap_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/u20mlpt8sn5o/BrazzersExxtra_Eliza_Ibarra_Cuff_Me_And_Fuck_Me.html
https://pornve.com/u26y3xwrn6g2/RoundAndBrown_15_11_06_Tara_Fox_Tap_That_Ass.html
https://pornve.com/u27ak6150yf5/DoctorAdventures181021BrettRossiGoingUnder.html
https://pornve.com/u2b8ku8klhz3/brazzer_sex_xtra_brazzers_megan_rain_peta_jensen_sibling_rivalry.html
https://pornve.com/u2gurqbeblqx/HD_New_Rachel_Starr_Best_Crying_BlowJob_Huge_Cock_All_The_Way_Down_720p.html
https://pornve.com/u2l1iqxje0st/Follow_That_Ass_Assh_Lee__Danny_D.html
https://pornve.com/u2mxddpflf5l/BigTitsAtSchool_August_Taylor_Whats_My_Grade_Again.html
https://pornve.com/u2nf083www1n/Alena_Croft_Tony_Rubino_-_Pool_Hall_Milf_-_Milf_Hunter_-_Reality_Kings.html
https://pornve.com/u2ozjiknzpmc/All_Naughty_Part_1.html
https://pornve.com/u2vmskup433a/Stacy_Cruz_Danny_D_-_Waking_Beauty_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/u2w9rdcgr5xz/Rose_Monroe_-_Buen_Culo_Brilloso.html
https://pornve.com/u2whli31os42/Devon_Michaels_-_MMA_Tits.html
https://pornve.com/u313oridn3xk/Violet_Starr_-_No_Fucking_Spoilers.html
https://pornve.com/u35o2n2f3xzg/BigTitsAtSchool_Brittany_Bardot_The_Submissive_Sub_-_18_07_16.html
https://pornve.com/u3arjzf1drto/Elsa_Jean_-_If_Dad_Wont_Help_Strangers_Will.html
https://pornve.com/u3dtgwthakqo/Brazzers_-_Busty_brunette_Chanel_Preston_gets_creampied_by_the_doctor_.html
https://pornve.com/u3m372qtwxhb/Maggie_Green_-_Naughty_Knockers.html
https://pornve.com/u3ulm7w3oti4/Jeanie_Marie_Sullivan_-_Stepmoms_Got_Game.html
https://pornve.com/u3v6yhh2nrfk/Alexis_Grace_-_Give_This_Man_Some_Titties.html
https://pornve.com/u3vihrwtf6ap/Dylan_Ryder_-_Zippity_Zappers_-_Brazzers.html
https://pornve.com/u3wj6e8t3hk5/Kiara_Mia_-_She_Does_What_She_Wants.html
https://pornve.com/u3yiggelquf4/Holly_Hotwife_-_Just_Ignore_Him.html
https://pornve.com/u3zgyy1zyct4/Abella_Danger_-_Vaginal_Stimulation_-_A_ZZ_Medical_Study.html
https://pornve.com/u40b934m1194/MonsterCurves_-_Nina_Kayy_Fuck_That_Frame.html
https://pornve.com/u42kbjpu8bcm/Rebecca_More_-_Massaging_Mrs_Moore.html
https://pornve.com/u4bgk6r5nw7t/Pornstars_Like_It_Big_Facial_Rachel_Roxxx.html
https://pornve.com/u4ciynhol7x9/Bridgette_B_-_Bridgette_By_The_Pool.html
https://pornve.com/u4ii5zktubr6/Ariana_Marie_-_I_Think_We_Should_Bang_Other_People_Part_1.html

211

https://pornve.com/u4j26pej8c2r/Kimmy_Lee_-_Fucking_And_Sucking_Her_Sons_Roommate_Clean.html
https://pornve.com/u4uivg1y4kju/Alison_Tyler_-_The_Study_Buddy.html
https://pornve.com/u4zav7scq2xx/Lela_Star_Zachary_Wild_-_What_To_Wear_-_Milf_Hunter.html
https://pornve.com/u4zxvtjelwjr/Ashley_Graham__Eva_Notty_-_Strip_Search_Sluts.html
https://pornve.com/u54xqagjtfka/Alex_Chance__Ashley_Graham__Noelle_Easton_-_Wet_Titty_T-Shirt_Telethon.html
https://pornve.com/u58n4ketjsp6/Aryana_Augustine_-_Office_Slut_Put_In_Charge.html
https://pornve.com/u5e21w0gapat/Athena_Palomino_-_Checking_Into_Athena.html
https://pornve.com/u5gb2sqahnse/Siri_-_The_Pavslut_Experiment.html
https://pornve.com/u5gsa2qya6pw/Cherie_Deville_Ricky_Johnson_-_Accidental_Adultery_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/u5kuk96r8gx8/Nicolette_Shea_-_Mrs_Sheas_Room_Service.html
https://pornve.com/u5lf0j3ld2i7/Britney_Amber_-_The_Interview_-_Round_2.html
https://pornve.com/u5v7yarldpw1/Chelsey_Lanette__Tina_Walker_-_Ladies_Of_The_Night.html
https://pornve.com/u5vafelcae76/Brooke_Brand_-_Welcum_My_Geisha.html
https://pornve.com/u5wusnoos9xe/Nicole_Aniston_-_Lined_Up_And_Laid_Out.html
https://pornve.com/u5x89m8yu8cr/Kayla_Carrera_-_Anything_To_Cut_The_Waiting_Line.html
https://pornve.com/u5xvhsn5j7gk/Moms_Bang_Teens_Cory_Chase_threesome_daughter_boyfriend.html
https://pornve.com/u5y4yj0ysgg0/Aidra_Fox_-_Aidra_Is_Always_Ready.html
https://pornve.com/u60uqgz32hj8/Rilynn_Rae_A_Reporter_In_The_Rough.html
https://pornve.com/u62j5jh6wrql/Alanah_Rae_Diner_Down_the_Road.html
https://pornve.com/u697jfpdtrv9/Milf_Swap_Karen_Fisher_Sammy_Brooks.html
https://pornve.com/u6dwno0skgnb/Putting_That_Pussy_In_Its_Place.html
https://pornve.com/u6kn02qldoa6/Bella_Reese_-_Reeses_Pieces.html
https://pornve.com/u6libsw1i82v/TeensLikeItBig_19_09_08_Ashley_Aleigh_Sleepover_Surprise_XXX.html
https://pornve.com/u6q1g5mtt0r9/MomsInControl_15_11_08_Amanda_Lane_And_Veronica_Rayne_Kindly_Fuck_My_Stepdaughter.html
https://pornve.com/u6qrgl1i4imo/Pure_18_Lizzie_Rhodes_Tight_Delight.html
https://pornve.com/u6r7a1wpn0ks/Karma_Rx_-_Humping_My_Chakras.html
https://pornve.com/u6t6nvgjmws3/TeensLoveHugeCocks_19_08_05_Stacy_Cruz_Cock_On_The_Cob_XXX_SD.html
https://pornve.com/u6xg68g52j90/BigTitsAtWork_15_11_06_Nikki_Benz_ZZ_Courthouse_Part_Two.html
https://pornve.com/u6zgavemaauv/Asa_Akira_-_Im_Looking_For_My_Balls.html
https://pornve.com/u70gmnswtvs9/Carolina_Sweets_-_Wanna_Buy_My_Virginity.html
https://pornve.com/u716etg05x6v/Mahina_Zaltana_-_Dirty_Fun_Bags.html
https://pornve.com/u740n9t8m9y7/Lets_Get_Facials_2__Brazzer_Exxtra__Nikki_Benz__Dani_Daniels.html
https://pornve.com/u7a3wrp9ctxm/Tory_Lane_-_Fuck_For_The_Promotion.html
https://pornve.com/u7be1zqy6mlk/Phoenix_Marie_-_Big_Ass_Brothel.html
https://pornve.com/u7ceon94okim/Luna_Star__Madison_Ivy_-_Treat_Us_Right.html
https://pornve.com/u7cn91yedm1f/Amber_Deen_-_The_Caterer.html
https://pornve.com/u7fd7onqvwkc/Romi_Rain_-_Mad_Muff.html
https://pornve.com/u7gihy4q61nl/Bang_On_The_Fourth_Of_July.html
https://pornve.com/u7mo1dczpzya/8thStreetLatinas__RealityKings_Michelle_Martinez_-_Michelles_Ass.html
https://pornve.com/u7mrwci8d4cb/Nicole_Aniston.html
https://pornve.com/u7nwcutqn6vb/Nicole_Aniston_Desperate_Housewife.html
https://pornve.com/u7r9vtcn6xrp/Brazzers_Pornstar_protection_program_Brazzers_Pornstars_Like_It_Big_Alexis_Fawx_Prince_Yashua.html

https://pornve.com/u7xgjy5e5irw/Jenni_Lee_-_Stretch_Pants_And_Pulling_Groins.html
https://pornve.com/u7xp7xgmf5n5/Ariella_Ferrera__Reagan_Foxx_-_Harder_Faster_Milfier.html
https://pornve.com/u84ct1855d0e/Sofi_Ryan_Chad_White_-_Kinky_Sofi_-_Big_Naturals_-_Reality_Kings.html
https://pornve.com/u85aqhdohf68/Sheridan_Love_Robby_Echo_-_Sneaky_Starlet_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/u86xbtus8e2j/Jenni_Lee_-_Call_Girl_Adventure.html
https://pornve.com/u89ez3meewm1/Sofia_Rose__Vina_Sky_-_Obedience_And_Orgasms.html
https://pornve.com/u8aiggi1b2ff/Shy_redhead_wants_anal.html
https://pornve.com/u8c7pek8avh5/Naughty_Bookworms_2015_-_Nina_Elle.html
https://pornve.com/u8cznooofr2r/Shawna_Lenee_is_Back.html
https://pornve.com/u8dfl68uvp2m/Jennifer_White__Madison_Scott__Nika_Noire_-_Slut_Wives.html
https://pornve.com/u8iwh2wjjl4m/Audrey_Bitoni_-_You_Could_Be_A_Little_Meaner.html
https://pornve.com/u8jo82t40sm7/Alli_Rae_-_I_Hate_My_Stepbrother.html
https://pornve.com/u8oine6m6qpj/Candy_Alexa_-_The_Russian_Dentist.html
https://pornve.com/u8rcd4kj849g/Ariella_Ferrera__India_Summer__Veronica_Avluv_-_Are_You_Afraid_Of_The_Dick.html
https://pornve.com/u8twdz86yum9/WeLiveTogether_17_04_13_Lily_Rader_And_Kiley_Jay_Ass_Out_Tongue_In_XXX_-KTR.html
https://pornve.com/u8uop6dt0lgn/My_adorable_new_teacher_Anna_Bell_Peaks_exploiting_my_cock_in_the_classroom.html
https://pornve.com/u8x5q1ofa9p5/Bridgette_B_-_Caught_Red_Handed.html
https://pornve.com/u902lc6arjzy/Gracie_Glam__Kayla_Carrera_-_With_Gracie_In_The_Middle_Theres_Some_Leeway.html
https://pornve.com/u90b4b056ox6/Shayla_Leveaux_-_Does_My_Dick_Work_Doc.html
https://pornve.com/u90ijtx97dqx/Xanders_World_Tour_Episode_2.html
https://pornve.com/u92qxf4z3neg/Mandy_Dee_-_Juice_Those_Juggs.html
https://pornve.com/u93f1cp6cpvn/PornstarsLikeItBig_-_Abigail_Mac_-_Rent-A-Pornstar_Wife_For_A_Day.html
https://pornve.com/u9815zh3gfhk/My_Exs_Angry_Mom_-_Ava_Addams__Keisha_Grey.html
https://pornve.com/u98ldpcsmglu/BigTitsInUniform_Kagney_Linn_Karter_-_Fast_Boob_Joint.html
https://pornve.com/u9apszxstvxd/Brandi_Edwards__Phoenix_Marie_-_The_Big_Cock_Coffee_Club.html
https://pornve.com/u9bnujhs3i9g/Ariella_Ferrera_-_Digging_For_Trouble.html
https://pornve.com/u9fihp2rui0r/Zoey_Monroe_And_Charlotte_Stokely_-_Something_Delicious.html
https://pornve.com/u9k8pvk8rjtx/BigTitsAtWork_Jane_Douxxx_-_Forecasting_Several_Inches.html
https://pornve.com/u9l2m8714h64/Brynn_Tyler__Lexi_Belle_-_Mc_Lovin_Gets_Some_Lovin.html
https://pornve.com/u9o4gryr2aa4/Emma_Hix_-_Emma_Gets_All_Oiled_Up.html
https://pornve.com/u9uth82ti2j1/Brazzers_-_Laying_Pipe_For_A_Pornstar.html
https://pornve.com/u9xu0qklgmh1/HotAndMean__Britney_Amber_Carter_Cruise_Confessions_Of_A_Buttaholic.html
https://pornve.com/ua1nbncpi807/Sienna_Day_-_Romeo_And_Juliets_Boobs.html
https://pornve.com/ua7blzcrtun5/Realitykings_Smoothies_for_sale_watch_online_for_free.html
https://pornve.com/uad4yh0y0oll/Ana_Foxxx_Monique_Alexander_Nikki_Benz_Romi_Rain_1.html
https://pornve.com/uadhqvqhg4uj/Priya_Anjali_Rai_-_All_I_Could_Hear_Is_Pussy.html
https://pornve.com/uadqt4jykm21/Alison_Tyler_-_Get_The_Picture.html
https://pornve.com/uahmd6zu2qaa/Club_Fucking_2_Published_On_3_Months_Ago_Category_Ass_Public_Tags_Club_Group_Tag_This_Video.html

https://pornve.com/uaik1ni6ez2v/Inari_Vachs_-_Cock-Ditions.html
https://pornve.com/uajjs7p0gsbx/Adriana_Chechik_-_The_Great_Doctor_-_2.html
https://pornve.com/uajroloy1kit/_The_Big_Friendly_Dick_.html
https://pornve.com/uamyvk2hcyym/NEW_Peta_Jensen_BigTitsAtSchool_Brazzers_One_Wet_Cheerleader_18
_01_16.html
https://pornve.com/uanh50g0zbig/Vanessa_Leon_-_The_Story_Of_The_Cock_Craving_Girl.html
https://pornve.com/uar0vcoo7p2v/Aletta_Ocean_-_Storm_Of_Kings_-_Part_3.html
https://pornve.com/uauxb3l186ss/Mia_Malkova_-_Die_Hardcore_-_Part_1.html
https://pornve.com/uawb2itmx00z/Rachel_Starr_-_Rubbing_A_Cock_In_Her_Poon.html
https://pornve.com/uayegdpswkuv/Nina_Elle_-_ZZ_Pizza_Party.html
https://pornve.com/ub22qmqw9r5o/Alexis_Fawx__Bailey_Brooke_-_College_Dreams.html
https://pornve.com/ub2xv5zu0yky/Breaking_Entering__Teaching_Teens.html
https://pornve.com/ub2zaxw65tdv/A_Family_Affair_Part_Three_-
_Yasmine_de_Leon__Xander_Corvus.html
https://pornve.com/ub5xwaselb1q/Jenna_J_Ross_-_A_Ticket_To_Ride_Her.html
https://pornve.com/ub8rxo1i19br/Mya_Mays_-_Disco_Dicking.html
https://pornve.com/uba9pfc64gx3/Alina_Lopez_Charles_Dera_-
_My_Not_So_Prude_Best_Friend_Part_2_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/ubctgmevgji9/MonsterCurves_-_Valentina_Nappi_Valentinas_Anal_Paradise.html
https://pornve.com/ubft9vzbzvu8/Ivy_Lebelle_Karmen_Karma_Keiran_Lee_-_Ivy_And_Karmen_-
_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/ubkvwrn8k1a7/_Hold_The_Phone_Not_The_Moan_-_Brazzers_.html
https://pornve.com/ubm7bkkdiazw/Alyssia_Kent_-_Rub_Me_The_Right_Way.html
https://pornve.com/uc1q41fsvnmy/Brazzers_The_Right_Fit_Johnny_Sins_Veronica_Avluv_Black_Hair_Squirt_
Brazzers_Professional_Mi.html
https://pornve.com/uc2tqy3zyhvi/Diamond_Kitty_-_Face_Down_Ass_Up.html
https://pornve.com/uc5kpgpzyute/Britney_Amber_-_The_Nippledon_Open.html
https://pornve.com/uc5q0isg2tgy/Forget_About_Fucking_My_Daughter_And_Fuck_Me_Alyssa_Lynn.html
https://pornve.com/ucdk69x1o8sk/Katana_Kombat_-_Wet_On_Her_Wedding_Day.html
https://pornve.com/ucdpocqow33l/RKPrime_19_07_15_Abella_Danger_Grand_Theft_Moto_XXX_SD.html
https://pornve.com/uceuo2g3wano/Madison_Ivy_-_Kiniy_Kidnap.html
https://pornve.com/ucillwfqj5mj/Nika_Noire_-_Baseballs_In_Your_Mouth.html
https://pornve.com/uck61arudz8z/EuroSexParties_-
_Rossella_Visconti_My_Cheating_Wife_Rossella.html
https://pornve.com/ucnvwr5a5iw2/Vicki_Chase_-_Keep_My_Lonely_Ass_Company.html
https://pornve.com/ucr4ay63gjj7/Amia_Miley_-_Cock_Bless_America.html
https://pornve.com/ucsaualpvczp/Analentines_Day_Gift_Bridgette_B_Keiran_Lee.html
https://pornve.com/ucsk9icy8bzy/Riley_Reid_-_The_Vag-itarian.html
https://pornve.com/ucw8vuwh3owj/Abigail_Mac_-_Body_Swap.html
https://pornve.com/ucy9gc1kiaey/Julia_Ann__Kendall_Kayden_-_Sharing_A_Massage.html
https://pornve.com/ud1pevrin4oz/Kali_Roses_Sean_Lawless_-_Cocksicle_Taste_Test_-
_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/ud35jz9syke2/Lily_Lane_-_Jailhouse_Fuck.html
https://pornve.com/ud55iijytjld/Krissy_Lynn_-_The_Superior_Posterior.html
https://pornve.com/ud6o6nmffngy/Diamond_Kitty_-_Help_Push_My_Big_Ass_Inside.html
https://pornve.com/udba3tm65ns7/Megan_Rain_-_Prime_Real_Estate.html
https://pornve.com/udbzcdcpedqt/Puma_Swede_-_Anal_Makes_It_All_Better.html
https://pornve.com/udfwl4ja6roq/NEW_HOT_Eva_Lovia.html

https://pornve.com/udfwq128vfmn/Katana_Kombat__Kristen_Scott_-_Apology_Accepted.html
https://pornve.com/udv7ghzh2pst/Diamond_Foxxx_-_Teacher_Needs_It_Now.html
https://pornve.com/udvfr8907s6l/BigNaturals_-_Kira_Queen_Spying_On_Her_Showering.html
https://pornve.com/udyhn65mda4t/London_Keyes_-_Hot_Rod_Hussie.html
https://pornve.com/ue53d9uqbij4/Randi_Wright_-_Rodeos_Biggest_Problems.html
https://pornve.com/ue79n8js0k83/Viola_Bailey_-_Danny_D_-_Life_On_The_Road.html
https://pornve.com/ue9b3qlwu08f/New_Assh_Lee_Anal.html
https://pornve.com/uea50xbaj570/Lezley_Zen__Raylin_Ann_-_Clandestine_Coochie.html
https://pornve.com/ueadfu7bwrhq/Briana_Blair_-_Slut_Student_Fucks_The_Popular_Guy.html
https://pornve.com/uedzcpvi3xn0/MilfHunter_Silvia_Saige_-_Sling_Slang_11_07_2016.html
https://pornve.com/uej9j5pnoy03/Yurizan_Beltran_-_Deposit_In_Slut.html
https://pornve.com/ueplfud1f9ae/Monique_Alexander_-_But_Doc_Im_Not_A_Slut.html
https://pornve.com/ueswxwcu522g/RealityKings_Beautiful_and_flexible.html
https://pornve.com/uf3junlhlgl1/MonsterCurves_19_08_19_Kristina_Shannon_Getting_In_XXX.html
https://pornve.com/uf41tls8z7nt/Angelina_Valentine__Krissy_Lynn_-_Sweet_Bone_Alabama.html
https://pornve.com/uf4ynev5mnho/Cassidy_Banks_-_Hot_Potato.html
https://pornve.com/uf68vchqqfsr/Ella_Hughes__Kayla_Green_-_Fries_With_That_Fuck.html
https://pornve.com/uf6dafu64azw/Sammie_Spades_-_Your_Cock_Is_On_Fire.html
https://pornve.com/uf8llor83m9p/Ariana_Aimes_Cecilia_Lion_Horny_vs_Homebody.html
https://pornve.com/ufbigz1oyqif/Abella_Danger__Chloe_Couture_-_Bush_League.html
https://pornve.com/ufd42jqkqo9w/big_butts_like_it_big_brazzers_bethany_benz_van_wylde_swamp_buggy_booty.html
https://pornve.com/ufdk9xymywph/Fresh_Jynx_Maze_Anal_Juice.html
https://pornve.com/ufdkyddofds8/Brazzers_-_Mommy_Fucked_My_Study_Buddy.html
https://pornve.com/ufhiqlsocoow/Adriana_Chechik_Keiran_Lee_-_Warm_Welcum_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/uflapqp3v5ig/August_Ames_Nicole_Aniston_Fucking_Neighbors.html
https://pornve.com/ufnxfihc72bm/Alexis_fawx_Alpha_milf.html
https://pornve.com/ufqfuwp211dk/Khloe_Kapri_Jane_Wilde_-_Alleyway_Views_-_Reckless_in_Miami_-_Reality_Kings.html
https://pornve.com/ufww9a97hcld/_Brazzers_-_British_babes_Ava__Victoria_fuck_the_stable_boy_hard_.html
https://pornve.com/ufye8qv7j03k/teen_fucked_by_security_guard_while_cheating_exam_paper.html
https://pornve.com/ug0rh4h94xjj/Sarah_Vandella_-_Night_Of_Surprises.html
https://pornve.com/ug1vz04ye5hz/RealityKings_-_Driver_Meets_Dom.html
https://pornve.com/ug38tdfzkx91/Kiera_King_-_They_Have_Chemistry.html
https://pornve.com/ug5eyem7fhua/Brazzers_-_Emily_Right_Randy_Roommates.html
https://pornve.com/ug8j70uyn0eq/bex_20_03_06_katie_kush_fuck_from_experience.html
https://pornve.com/ugin7y77peyj/Peta_Jensen__Valentina_Nappi_Close_Encounters_of_the_Big_Kind__16_07_15.html
https://pornve.com/ugmouhp9mynl/Angelina_Valentine_-_Fuck_Club.html
https://pornve.com/ugn11p3fjnrt/Liza_Del_Sierra_-_In_Through_The_French_Exit.html
https://pornve.com/ugpafpv93r8n/Nicolette_Shea_Xander_Corvus_1_800_Phone_Sex_Line_5.html
https://pornve.com/ugrfvauikeph/Eva_Angelina_-_Bedside_Mammaries.html
https://pornve.com/uh0c8fwmcdgh/Juelz_Ventura_-_Wide_Open_Ass.html
https://pornve.com/uh0ly4ao3ojw/McKenzie_Lee_-_Occupy_Your_Ass.html
https://pornve.com/uh17pwgkaglu/RoundAndBrown_Adrian_Maya_Kay_Love_Ass_Celebration_-_30_12_2016.html

215

https://pornve.com/uh19qosvtxtk/HOT_HOT_HOT_NEW_Peta_Jensen_First_ANAL_ANAL_ANAL.html

https://pornve.com/uh9qen1wcb5i/Holly_Michaels_-_A_Ride_For_My_Ride.html

https://pornve.com/uhagl3mltlab/_Brazzers_-_Babes_Brandy__Rachel_have_a_threesome_in_the_locker_room_.html

https://pornve.com/uhc652d86tv6/Luna_Star_Tyler_Steel_Tony_Rubino_Jax_Slayher_-_Lowrider_-_Reckless_in_Miami_-_Reality_Kings.html

https://pornve.com/uhccrwh9y8v4/Gabbie_Carter_-_Looking_To_Let_Loose.html

https://pornve.com/uhcg5coe0gxf/Cherie_Deville_-_Minivan_Milf_Muff.html

https://pornve.com/uheefubq5dvl/Adriana_Chechik__Madison_Ivy.html

https://pornve.com/uhiwdz8m6lxo/Amy_Brooke_-_Paying_The_Landlady.html

https://pornve.com/uhoa5uxm565m/Monique_Alexander__Peta_Jensen_-_Our_New_Maid_-_Part_1.html

https://pornve.com/uhsk9y8st9hq/Addie_Andrews_Sean_Lawless_-_Class_Is_Canceled_-_RK_Prime_-_Reality_Kings.html

https://pornve.com/uhw5b1bldwek/Kira_Noir_-_A_Family_Affair.html

https://pornve.com/ui2ipvnz4t22/Amber_Ashlee__Celeste_Star_-_Intense_Clitoral_Quarrel.html

https://pornve.com/uicjpmfccjvx/Breanne_Benson_-_Breannes_Number_One_Fan.html

https://pornve.com/uimfw6npghfk/Kinsley_Eden_-_Anal_Yoga.html

https://pornve.com/uiq5w74am3ki/Brazzers_-_Madison_Ivy_Dont_Test_Your_Luck.html

https://pornve.com/uixp4m6ol56q/Angela_White_Xander_Corvus_-_Clingier_Than_The_Dress_-_Big_Naturals_-_Reality_Kings.html

https://pornve.com/uj0hgqv84n8w/Rebeca_Linares_-_Social_Sexworking.html

https://pornve.com/uj1u9g7mxxs5/Brazzers_-_Rub_and_Fuck_Thy_Neighbor.html

https://pornve.com/ujaiosb9kc23/Lily_Labeau_-_Cock_Under_The_Sun.html

https://pornve.com/ujgiarwkkdhw/blonde_gostosa_bruna_lambertini_2352_4_634_plays_published_on_1_day_ago_category_ass_cumshot_tags_brazil_mib_aids_tag_this_video_117_top_rated_porn_video_of_today_129_most_played_porn_video_of_today.html

https://pornve.com/uji49c4k9uj9/Ivy_Lebelle_-_Cock-Calling_On_The_Job_Site.html

https://pornve.com/ujmt5klmi2oz/Jennifer_White_Jordi_El_Nino_Polla_-_Cumming_To_Class_-_Big_Tits_At_School_-_Brazzers.html

https://pornve.com/ujmw94p9a75u/Devon_Lee_-_The_Ass_Warden.html

https://pornve.com/ujq0mzoysdym/Athena_Palomino_-_Turn_Me_Off_And_On_Again.html

https://pornve.com/ujvkvp5xote0/Penelope_Stone_Esmi_Lee_-_Sweet_Spread.html

https://pornve.com/ujwwcjo86bol/Madison_Ivy_The_Assistants_Affair_XXX_KTR.html

https://pornve.com/uk0k5531dre4/Jada_Stevens_-_Slip_And_Slide_Into_My_Ass.html

https://pornve.com/uk53dfcq24wt/Kendall_Kayden_-_A_Whipped_Cream_Cocksicle.html

https://pornve.com/uk5455fpzhfq/Ariella_Ferrera_-_Head_And_Breakfast.html

https://pornve.com/ukhtgtrl7x3x/Street_Blow_Jobs_-_Blaze_James_POV_Outside_Latina_Tits_Ass_Booty_BubbleButt_Butt_Doggy_Doggystyle_Backshots_Facial_Roleplay_Interracial.html

https://pornve.com/ukm8vtfaox85/Krissy_Lynn__Mia_Lelani__Romi_Rain_-_Getting_Some_Satisfaction.html

https://pornve.com/ukptp32y1alf/Alli_Rae_Tara_Holiday_-_Overnight_With_Stepmom_Part_Three.html

https://pornve.com/ukrc2rjiuega/Luna_Star_-_Getting_Loose_In_The_Blue_Room.html

https://pornve.com/ukxd5wb226sx/BigNaturals_Lennox_Luxe_Licking_Luxe_-_16_11_2016.html

https://pornve.com/ul1ezwkg4dgo/Real_Wife_Stories_Youre_A_Pain_In_The_Back.html

https://pornve.com/ul4697nvpq6e/Destiny_Dixon_-_Fuckdate_With_Destiny.html

https://pornve.com/ul5u468b7bsj/Brazzers_-_Ariella_Ferrera_Panty_Stash.html
https://pornve.com/ulks6nf400bq/Brazzers_-_Cory_Chase_And_Lexi_Luna_Go_Ham_Or_Go_Home.html
https://pornve.com/ull5wezvos9y/Brazzers_Power_Bangers_A_XXX_Parody.html
https://pornve.com/ulm4n7v708o7/Hot_And_Mean_-_Anna_Morna_Kayla_Kayden_-_You_Need_To_Learn.html
https://pornve.com/uln8gk1jnqtl/Brazzers_House_Episode_5.html
https://pornve.com/ulojkfhgxcdt/Jessica_Nyx_-_The_Figure_Skank.html
https://pornve.com/ulpjb9utjk52/Krissy_Lynn_-_This_Is_A_Bust.html
https://pornve.com/uls2apv71ivb/Sophia_Lomeli_-_Let_Me_Boost_Your_Confidence.html
https://pornve.com/ulwjdu83agym/Eve_Laurence_-_The_Return.html
https://pornve.com/ulz5uxfqlhsb/Mason_Storm_-_Beach_Volleyball.html
https://pornve.com/uma7fuevdozb/Eva_Notty_Jada_Stevens_Nikki_Benz_And_Romi_Rain_Halftime_Show.html
https://pornve.com/uma7rhy0nlng/BrazzersExxtra_-_Keisha_Grey_Wife_Coach.html
https://pornve.com/umb6q66yv5nm/Christie_Stevens_-_Balls_Deep_In_A_Blonde.html
https://pornve.com/umcm0an4bvud/Raylene_-_Whos_The_Big_Porn_Star.html
https://pornve.com/umdgn4iwj8at/Kimmy_Granger_Xander_Corvus_-_Fuck_Christmas_Part_1_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/umdx7e0zaul4/rkprime_19_06_26_emily_willis_try_not_to_fuck_challenge.html
https://pornve.com/umkicf8ojidl/Brett_Rossi_-_Stocking_Stuff-Her.html
https://pornve.com/umrgky31ldl3/Sadie_Swede_-_Sweet_Ass_Swede.html
https://pornve.com/umvartqpx700/Karma_Rx_-_The_Prodigal_Slut_Returns.html
https://pornve.com/un1e8q7q0w9v/Carolina_Abril_Natty_Mellow__Double_Trouble.html
https://pornve.com/un4ja4xqm2wy/Porn_Logic.html
https://pornve.com/un5pysb8j92n/Shayla_Leveaux_-_The_Cock_Makes_The_Suit.html
https://pornve.com/un7335fl5gde/Phoenix_Marie_Hard_Core_High_Notes_Teacher_Has_Sex_With_Student_MILF_Adultporn.html
https://pornve.com/unfwwjti6qgu/GFRevenge_Girl_talk.html
https://pornve.com/ung08tym962c/Ophelia_Rain_-_Squeegee_This.html
https://pornve.com/uno1jsu69mdn/Sierra_Sanders_-_Xtreme_Ass_Yoga.html
https://pornve.com/unoltavl7p4q/naughty_nikko_big.html
https://pornve.com/unrd6z07x6c4/Chessie_Kay_-_Confessions_Of_A_Nymphomaniac.html
https://pornve.com/uns5pcg8badr/DirtyMasseur_19_09_30_Ms_London_Boring_To_Scoring_XXX.html
https://pornve.com/unv0zpo3ipjs/ThereGoesTheNeighborhoodScoundrel_-_Brazzers.html
https://pornve.com/uo29nypydv62/Stephanie_Wylde_-_Nerd_To_Stud_In_One_Simple_Fuck.html
https://pornve.com/uo70aopzcjsv/Bridgette_B__Eva_Notty_-_Bound_To_Be_Pleasurable.html
https://pornve.com/uogljgou4kp8/Alix_Lynx_-_Alix_Is_Off_The_Wall.html
https://pornve.com/uogzlb9ewjtv/Ava_Addams_Bigtits.html
https://pornve.com/uoingypfdfsq/Megan_Rain_Isiah_Maxwell_-_Day_With_A_Pornstar_Megan_Rain_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/uol0xqpja5dw/Liza_Del_Sierra_-_Taming_The_Wild_Thing.html
https://pornve.com/uopopievu4s3/Money_Talks_meet_the_twins_big.html
https://pornve.com/uosd07cxvapg/Nicolette_Shea_Van_Wylde_-_Vacation_Vibes_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/uot73vi2palu/Brazzers_LIVE_-_Valentines_Day_Affair_-_Brazzers_Live_-_Brazzers.html
https://pornve.com/uouumkvxrs74/Layton_Benton_-_Valentines_Day_Whorerror_Story.html

https://pornve.com/uowkkbzblw66/Lena_Paul_-_Cumming_Lena.html
https://pornve.com/uoxsy14xoxfs/Lucy_Doll__Syren_De_Mer_-_Her_First_Footjob.html
https://pornve.com/up3b3h7qne80/Jessica_Jaymes__Tiffany_Brookes_-_The_Dewey_Cocks_Story_-_Part_1.html
https://pornve.com/up5asfgsnyd5/New_Juelz_Ventura_Anal.html
https://pornve.com/up7f22ar7s6s/Ass_Booty_2_Big_Tits_At_Work_Fucks_Her_Great_Boob_Bouncing.html
https://pornve.com/up85jo7n9h36/Jenni_Lee_-_The_Massagynist.html
https://pornve.com/upbl3bcyp7l0/Star_Trexxx_-_The_Captains_Seed_XXX_Parody_-_Brooklyn_Blue_And_Zara_Durose.html
https://pornve.com/upbq636d3jce/Abigail_Mac_-_Living_On_The_Edge.html
https://pornve.com/upgzioxtymhe/Alexa_Grace__Mia_Malkova_-_The_Newbie.html
https://pornve.com/uphin9tqiisr/Nikki_Rhodes_-_Little_Red_Riding_Whore.html
https://pornve.com/upiicaqs7i3s/Hooked_On_Bras.html
https://pornve.com/upm7qww0kd1m/kagney_linn_karter_dont_touch_her_ramon_is_in_a_miserable_marri
age_with_a_woman_who_hates_sex_their_therapist_suggested_spicing_up_their_sex_life_by_visiting_a_s.ht
ml
https://pornve.com/upmhcvfe7nj9/Stay_Away_From_My_Daughter_Part_1_Brazzers.html
https://pornve.com/upspsysvef58/Mia_Lelani_Sharing_The_Stepmom.html
https://pornve.com/uptxe7ta8pbt/Kenna_James_-_Limo_Nympho.html
https://pornve.com/uptydh4xj2ml/Brooke_Haven_-_You_Like_Getting_I_Like_Giving.html
https://pornve.com/upysk3b43o3f/FirstTimeAuditions_Mickey_Tyler_Blonde_Sexbomb_Mickey.html
https://pornve.com/uq1xk1u74kpl/Davia_Ardell_-_Oops_I_Fucked_My_Daughters_Boyfriend.html
https://pornve.com/uq25f63aqfd0/Charlotte_Sins__Demi_Sutra_-_The_Husband_Trap.html
https://pornve.com/uq2e85y35jz4/Jynx_Maze__Kristina_Rose_-_Fucking_My_Conscience.html
https://pornve.com/uq2vzfw9vxwj/Jayden_Lee_-_Hardcore_Gamer_Chick.html
https://pornve.com/uq8cv482zzws/Brandi_Love_-_Hands-On_Learning.html
https://pornve.com/uqclegcpaumc/Briana_Blair_-_So_You_Want_To_Be_A_Pi.html
https://pornve.com/uqdi4jb67tz9/Karma_Rx_Markus_Dupree_-_The_Prodigal_Slut_Returns_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/uqgrs3zs7mqi/Happy_Tugs_Meat_Massager_Mia_Li.html
https://pornve.com/uqm2i5zu3f4i/BigButtsLikeItBig_18_10_07_Kat_Dior_Tapas_That_Ass_XXX_SD_-_KLEENEX.html
https://pornve.com/uqoar2sukdsi/Whitney_Westgate_-_Shopping_For_A_Big_Cock.html
https://pornve.com/uqqptwa1migs/Trophy_Wife_Teases_The_Pool_Boy_August_Ames_Enjoys_A_Tan_And_A_Big_Dick_.html
https://pornve.com/uquvozkegj4i/Audrey_Bitoni_-_Equipment_Room_Boom_Boom.html
https://pornve.com/uqzat0bq6xh7/Carolina_Sweets_-_Dear_Diary_I_Want_To_Fuck_My_Stepbrother.html
https://pornve.com/urf8petn3ta2/Anikka_Albrite_-_Dirty_Squirter.html
https://pornve.com/urpeb6kkmzws/Sophie_Anderson_-_Eye_Of_The_Cuckold.html
https://pornve.com/uru9ujd9owk0/Cory_Chase_-_Sorority_MILF.html
https://pornve.com/urw2mmej8qes/Caring_Wife_Craves_Cum_Brazzers.html
https://pornve.com/urx7k4vplwr0/Britney_Amber_-_Name_Your_Price.html
https://pornve.com/urxl6l6jgcr7/Kianna_Dior_Selfies_With_Your_mMom.html
https://pornve.com/us0t2os1an94/Riley_Ray__Brooke_Bennett_-_Spin_My_Bottle.html
https://pornve.com/us962bb0ctgj/Osa_Lovely_-_Soaking_Stepmom.html
https://pornve.com/us9o2b58wzbl/Madison_Scott_-_Wet_And_Ready.html

https://pornve.com/usbetsmvg0ge/BrazzersExxtra_19_09_10_Danni_Rivers_Make_Every_Sloppy_Second_Count_XXX.html

https://pornve.com/usdfmd41mvjf/Brazzers_Off_The_Couch_And_Into_My_Stepmom_Brazzers_Mommy_Got_Boobs_Alura_Jenson_Van_Wylde_B.html

https://pornve.com/usdsa3qqsokx/The_Annoying_Little_Sister_-_Arietta_Adams_-_Teen_Like_It_Big.html

https://pornve.com/ush9col6jo9z/Destiny_Dixon_-_Tits_In_Charge.html

https://pornve.com/usix8oi9h1w8/Eloa_Lombard_-_French_Ass.html

https://pornve.com/usk6cqhzep9n/Yoga_Freaks_Vol_2_-_Peta_Jensen_And_MCkenzie_Lee.html

https://pornve.com/uslb86xhayo0/Adrian_Maya_And_Nicole_Bexley_Dildo_Drone.html

https://pornve.com/ut20xfwelqoh/Veronica_Rayne_-_Experiment_Gone_Right.html

https://pornve.com/ut2gjqvnrfam/brazzers_getting_ripped.html

https://pornve.com/utoh7nu8fiqz/Courtney_Taylor_Dirty_Masseur_40stress_Buster41.html

https://pornve.com/uts52jmt211h/Candy_Sexton_-_Officer_Aint_No_Gentleman.html

https://pornve.com/utxohpxu455h/Charlee_Chase_-_Fuck_The_Reviewers.html

https://pornve.com/uty7g7do4ppb/Nicolette_Shea_-_Massage_Mirage.html

https://pornve.com/utyafmfb97j3/Bella_Bellz_-_The_Return_Of_Bellas_Big_Wet_Booty.html

https://pornve.com/uu059ftsst7t/Priya_Price_-_Good_Executive_Fucktions.html

https://pornve.com/uu5l493gi4m/Eliza_Ibarra_Jessy_Jones_-_MC2Ass_-_Teens_Like_It_Big_-_Brazzers.html

https://pornve.com/uu97kv2r7spn/We_Live_Together_Riley_Reid_and_Dillion_Harper_Get_It_Girls.html

https://pornve.com/uubvlo7xv2e0/Gia_Paige_-_Be_More_Like_Your_Stepsister.html

https://pornve.com/uucqwkud4inf/Jenna_Foxx__Riley_Star_-_But_Will_It_Fit.html

https://pornve.com/uuejtafwrgn1/Eva_Notty_Milk_My_Nuts_Massage.html

https://pornve.com/uum1dz5bk90p/Money_Talks_diamond_girl_big.html

https://pornve.com/uum6k20rdbiv/Ann_Marie_Rios_-_Banging_The_Nurse.html

https://pornve.com/uurndjrt995z/Bridgette_B_-_Dreams_Really_Do_Cum_True.html

https://pornve.com/uus4r3900avw/Ava_Addams_Mom_s_Panty_Bandit_13_09_2017_rq_1k.html

https://pornve.com/uussiwqgk44r/Crista_Moore_-_Cheerleader_Distraction.html

https://pornve.com/uutxa2tsjdwy/Mommy_Issues_1_Nina_Elle__Alex_D.html

https://pornve.com/uuxiuzwwc4uq/Diamond_Jackson_DM_Oily_Massage.html

https://pornve.com/uuyiecdwxxpw/Kayla_Carrera_-_CEO_Stands_For_Cunt_Eternally_Open.html

https://pornve.com/uuzlmffbft7q/Natalie_Vegas_-_Dr_Frankencunt.html

https://pornve.com/uv0p2e3gikz3/Brazzers_Home_Invasion.html

https://pornve.com/uv1951nvh0vu/CumFiesta_Ally_Tate_Big_Dick_Taker_-_09_08_16.html

https://pornve.com/uv28j0po37x2/Britney_Amber_Kenzie_Reeves_-_Easter_Dinner_At_Stepmoms_-_Moms_Bang_Teens_-_Reality_Kings.html

https://pornve.com/uv2qu9ayj990/Inspector_Ass_Kelsi_Monroe__Sean_Lawless.html

https://pornve.com/uv3a6ff88g9r/Romi_Rain_-_Film_Class_Coochie.html

https://pornve.com/uv8ilu4rakca/Ava_Addams_-_Double_Timing_Wife_Part_3.html

https://pornve.com/uvbxenwuhfk7/One_Night_In_The_Valley_-_1.html

https://pornve.com/uvckj829u6xc/Stevie_Shae_-_Pool_Goddess.html

https://pornve.com/uvfedmj058qq/Elektra_Rose_-_Stay_Away_From_My_Step-DaughterStay_Away_From_My_Step-Daughter.html

https://pornve.com/uvg5wb076yr7/Alura_TNT_Jenson_Jordi_El_Nino_Polla_-_A_Demanding_Client_-_Dirty_Masseur_-_Brazzers.html

https://pornve.com/uvw5ujiero7m/Kimmy_Granger_Seth_Gamble_-_Not_Another_Study_Break_-_Sneaky_Sex_-_Reality_Kings.html

https://pornve.com/uvytgjwvu16p/Richelle_Ryan_-_House_Warming.html
https://pornve.com/uvyw6b1nd4ty/Brazzers_Worldwide_Paris_-_Episode_6.html
https://pornve.com/uw0hyjwiooho/MomsLickTeens_17_04_11_Lexy_Cougar_And_Alex_Mae_Girl_On_Girl_X
XX_-KTR.html
https://pornve.com/uw1yvob6sq0u/Tia_Cyrus_Get_In_Where_You_Fit_In.html
https://pornve.com/uw7cg98bq8nw/Pretty_Little_Bitches_Part_One_-
_Ashley_Adams__Erik_Everhard.html
https://pornve.com/uweapjunnlev/Aryana_Adin_-_Hot_Tub_Hopping.html
https://pornve.com/uwfaib1exrfr/Madison_Scott_-_Getting_My_Husband_A_Raise.html
https://pornve.com/uwg7clmlb8ii/HotAndMean_Ariana_Marie_McKenzie_Lee_Sex_Sells_-_16_07_16.html
https://pornve.com/uwigcnx3dzk5/Moriah_Mills__Markus_Dupree_Bubble_Bath_Booty_Call_Real_Wife_Stor
ies_bigtits_bigass_brown_on_YourPorn_Sexy_2.html
https://pornve.com/uwjf5g4s3kfy/Brazzers_Live_-_21.html
https://pornve.com/uwn2p8k6qa4a/Kiki_Minaj_-_Hankering_For_A_Spanking.html
https://pornve.com/uwohvyxpgdx6/Lexi_Luna_Damon_Dice_-_Friendly_Neighborly_Milf_-
_Milf_Hunter_-_Reality_Kings.html
https://pornve.com/uwowhb43qnhm/Black_Angelika_-_Taking_The_Backroad_Carwash.html
https://pornve.com/uwp1uxe43cm7/My_Stepmoms_Social_Club_Julia_Ann_Olivia_Austin__Justin_Hunt.html
https://pornve.com/uwq3k1cz5zby/Maria_Antonella_-_An_Exotic_And_Erotic_Student.html
https://pornve.com/uwq8qp8s5lc5/Kendra_Sunderland_Madison_Ivy_Mick_Blue_-
_Bodacious_Bikini_Threesome_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/uwucnuyegdf0/Kendra_Lust_And_Nicole_Aaniston_DA_Kendra.html
https://pornve.com/uwv4wcuplrxc/Isis_Love_-_Billable_Hours.html
https://pornve.com/uwxckiezzisr/Kimberly_Kane_-_Sex_Call_Of_Duty.html
https://pornve.com/ux3paa88ss82/Rachel_Roxxx_-_Dickness_Protection_Program.html
https://pornve.com/ux5u4ftzemml/Stepmom_Monique_Alexander_-_I_Wont_Tell_Your_Father.html
https://pornve.com/uxksrdooict7/Brazzers_-_Good_Cop_Bad_Girl_-_Karma_Rx_Bridgette_B.html
https://pornve.com/uxn79ucnslaa/Brazzers_-_Ryan_Keely_Product_Placement_In_Her_Pussy.html
https://pornve.com/uxr7tjwfedki/Slip_It_In_S1_Juicy_Jayme_Jayme_Hays.html
https://pornve.com/uxrcqfzqgcq1/Delilah_Strong__Hailey_Star_-_Desiring_To_Trade.html
https://pornve.com/uxwbzcm535de/Cathy_Heaven_-_Heavenly_Ass.html
https://pornve.com/uxxvqde4kp01/Katana_Kombat_-_Katana_Works_It.html
https://pornve.com/uy2lt02xiyju/WeLiveTogether__RealityKings_Jenna_Sativa_And_Ellena_Woods_-
_Grinding_Ellena.html
https://pornve.com/uy34x16rfrlj/Brazzers_Luna_Star_.html
https://pornve.com/uy3vsm8o6q74/Claudia_Valentine_Miranda_Miller_-_Good_love.html
https://pornve.com/uyakxtzkgk42/Priya_Rai_DWP.html
https://pornve.com/uyfv1v2axuap/Isis_Love_-_Intensive_Care.html
https://pornve.com/uyjwq8jrxn6r/Ryan_Conner_Fucking_My_Stepmom_Sit_On_My_Dick.html
https://pornve.com/uykb1g5tgdug/Sheridan_Love_-_Rub_And_Fuck_Thy_Neighbor.html
https://pornve.com/uyo9n8bf0ahl/Amanda_X_-_Big_Butt_Slut_In_The_Summer_Sun.html
https://pornve.com/uyon290lcaer/Alexis_Ford__Nikki_Benz_-_A_Brazzers_New_Years_Eve.html
https://pornve.com/uyqjkrrr8nxa/Nicole_Aniston__Peta_Jensen_-_Our_Holiday_Three_Way.html
https://pornve.com/uyro8m9vie8m/RealWifeStories__Brazzers_August_Ames_-_Hittin_That.html
https://pornve.com/uyvqztvs05ar/Layla_Price_-_The_Price_Of_Anal.html
https://pornve.com/uywgde17vdy7/Gabby_Martinez_The_Pussy_Wall.html
https://pornve.com/uyxl97cv8wej/Ava_Addams_-_Thinking_With_His_Dick.html
https://pornve.com/uz0awk2ryak3/Makayla_Cox_-_Leave_It_To_Teacher.html

https://pornve.com/uz1d6a7m9ga7/Kendra_Lust__Phoenix_Marie__Rachel_Starr_-
_Peeping_At_The_Keyhole.html

https://pornve.com/uz1q3r4vpql4/Milf_Squad_Vegas_-_Part_4.html

https://pornve.com/uz4xpgh0p91v/McKenzie_Lee_-_A_Curious_HEAD_Injury.html

https://pornve.com/uz7d21o7aqdf/MommyGotBoobs_19_09_27_Cherie_Deville_Got_MILF_XXX.html

https://pornve.com/uz9el55y1z8e/Regina_Lauren_-_Lick_please.html

https://pornve.com/uzb7rz6wd0pr/Isis_Love_-_Pussy_Cocktail.html

https://pornve.com/uzekjmg4cu1i/12_Minutes_Fap_Challenge_-_Peta_Jensen_Edition_.html

https://pornve.com/uzlnit0jghxo/Madison_Ivy_-_Sliding_Into_Madisons_DMs.html

https://pornve.com/uzqnc5ak04nk/Alison_Tyler__Charlotte_Stokely__Julia_Ann_-
_Fluids_On_The_Flight.html

https://pornve.com/uzs5u1c8xije/Rachel_Starr_-_Stranger_Danger.html

https://pornve.com/uzs9v27za7tu/kendra_spade_scott_nails_the_voyeur_next_door_part_2_brazzers_exxtra
_brazzers.html

https://pornve.com/uzu43iyag9v9/Ava_Koxxx__Leigh_Darby_-
_Who_Ya_Gonna_Call_Porn_Busters.html

https://pornve.com/uzx3kl00qv4n/sex_on_the_syllabus.html

https://pornve.com/v01b20d5mrjt/Savannah_Stern_-_Aero-BOOB-ic_Workout.html

https://pornve.com/v03vfkhdflrl/Brazzers_-
_Kendra_Lust_Kissa_Sins_And_Peta_Jensen_My_Three_Wives.html

https://pornve.com/v0awt9zba20q/Facial_Cum_In_Mouth_Cum_In_Mounth_Best_Cumshot_Compilation_1_
Published_On_32_Minutes_Ago_Cum_Facial_Category_Blowjob_Compilation_Tags_Cum.html

https://pornve.com/v0c3w038nqp7/Cali_Carter_-_Babys_Gone_Buck.html

https://pornve.com/v0mcyme6m3la/Dani_Daniels_-_Danis_Hidden_Talents.html

https://pornve.com/v0q4enhfwirs/Siouxsie_Q_-_Siouxsie_Qs_Anal_Kitchen_Cleaning.html

https://pornve.com/v0qvd1nmp28f/Christie_Stevens__Jacky_Joy_-_F_Is_For_Fucked.html

https://pornve.com/v0t76s9b2f4s/Brazzers_-_My_Girlfriends_PHAT_Ass_Roommate.html

https://pornve.com/v0u2q6ojlaqw/NEW_Krissy_Lynn_And_Danny_D.html

https://pornve.com/v0uhucf4qr7c/Brandi_Bae__Kelsi_Monroe_-_My_Stepsisters_Girlfriend.html

https://pornve.com/v1276aj5e831/Madelyn_Marie_-_The_Novag_Initiative.html

https://pornve.com/v15014zwq3di/Aila_Donovan_Keiran_Lee_-_Feeling_Up_Aila_-_Dirty_Masseur_-
_Brazzers.html

https://pornve.com/v1fppjiq027i/Kate_Gets_Free_Anal.html

https://pornve.com/v1i3tbhl48rc/Britney_Amber_-_Cops_And_Knobbers.html

https://pornve.com/v1nmm492o9v1/Alex_Blake_-_The_Best_Distraction.html

https://pornve.com/v1ow9fnxzct7/Veruca_James_-_The_Art_Of_Fucking.html

https://pornve.com/v1qr432slprw/The_J_O_R_D_A_N_System_Diana_Prince__Jordan_Ash.html

https://pornve.com/v1tlcokkcilq/Money_Talks_room_service_big.html

https://pornve.com/v1vdfgl6jtdv/Kortney_Kane_-_Hamburger_French_Fries_And_The_Breast.html

https://pornve.com/v1y6kvi0nra6/wop-goodfucktoyou2.html

https://pornve.com/v1y8bzia0c70/Karina_White__Karlie_Montana_-
_Fuck_Friends_Never_Get_Married.html

https://pornve.com/v20m2k62ycgt/Teri_Weigel_-_Bent-Over-Time_Hours.html

https://pornve.com/v20ryxf136w1/Hot_And_Mean_14.html

https://pornve.com/v22u7gwm39w4/Sahara_Knite_-_Sexy_Doctor_Adventures.html

https://pornve.com/v2606etv4fhh/Nikki_Benz_ass_fucked_by_professor.html

https://pornve.com/v275bbuc3ri5/Georgie_Lyall_-_Melt_In_Her_Mouth.html

https://pornve.com/v2agt9otjnow/Darcie_Loves_Noelle_Darcie_Dolce_Noelle_Easton.html

https://pornve.com/v2bx098aby14/Mina_Sauvage_-_A_Pleasant_Surprise.html
https://pornve.com/v2eac6spcouh/Chessie_Kay_-_Dressing_Room_Poon.html
https://pornve.com/v2lbyboa7p13/massaged_on_the_job.html
https://pornve.com/v2o3ijg7f1al/Ariella_Ferrera__Francesca_Le_-
_No_Plastic_Cock_Can_Match_Johnnys_Magic_Wand.html
https://pornve.com/v2tmarhlcy5m/Angela_White_-_Day_With_A_Pornstar.html
https://pornve.com/v2u33yrnrmfl/Ivy_Lebelle_-_Candid_Camgirl.html
https://pornve.com/v2w6lkan94bx/Monica_Asis_-_If_The_Shoe_Fits.html
https://pornve.com/v2xwfprlqj2w/milfhunter_victoria_june_honk_if_youre_fucking_horny.html
https://pornve.com/v30sjg6ych4h/Nikki_Cruz_-_Spring_Training.html
https://pornve.com/v32sqyod6sk3/Charley_Chase_-_Prescription_Penis.html
https://pornve.com/v33o3kru8p2j/Asa_Akira_-_Good_Vibe_Rub_Down.html
https://pornve.com/v3a1fxs202er/Liv_Wild__Madison_Ivy_-_A_Wild_Night.html
https://pornve.com/v3a9kmnswwls/Diamond_Kitty_-_Bad_Driver.html
https://pornve.com/v3bc5ed6dkec/Kylie_Ireland_-_Mommys_Hot_Friend.html
https://pornve.com/v3blux7dfpjo/Jessica_Jaymes_-_Tennis_Titties.html
https://pornve.com/v3g5fh4fkgzq/Ava_Koxxx__Summer_Brielle_-
_I_Hope_You_Brought_Enough_for_Everyone.html
https://pornve.com/v3navz7aawmg/Briana_Banks_Fuck_My_Wife_On_Camera.html
https://pornve.com/v3pdewy3zzma/Eva_Lovia_-_The_Farmers_Wife.html
https://pornve.com/v3py0vtxzf7z/Karina_White_-_Phone_Sex_Slut.html
https://pornve.com/v3rfqezgugnv/Angela_White_Nia_Nacci_Threesome.html
https://pornve.com/v3uj7zytncy4/Cathy_Heaven_-_7_Minutes_In_Mrs_Heaven.html
https://pornve.com/v3x01e9kmlzs/TeensLikeItBig__Tiffany_Watson_Keiran_Lee_Gimme_Gimme_Never_Get.
html
https://pornve.com/v3xilgyewal7/Madelyn_Monroe_-_What_A_Lucky_Fuck.html
https://pornve.com/v3ykrnuyvrqd/Bridgette_B_in_Bubble_Butt_Anal.html
https://pornve.com/v4at6owlago6/Brazzers_-_Richelle_Ryan_I_Need_My_Protein_Shake.html
https://pornve.com/v4cptk8zd8g0/Homemade_American_Tits.html
https://pornve.com/v4cqbzgsmebp/Lana_Sharapova_and_Pepper_Hart_-_Reality_Kings_Gambit_-
_RK_Prime_1080p.html
https://pornve.com/v4j95xq8l2zq/Big_Tits_In_Uniform_-
_Aletta_Ocean_in_Give_The_Maid_The_Tip.html
https://pornve.com/v4lfrzh0e636/Courtney_Taylor_-_Occult_Office.html
https://pornve.com/v4mqh0w8hf6h/Richelle_Ryan_-_Calling_In_A_Dick_Day.html
https://pornve.com/v4nsplje309l/Amber_Jayne_Jimena_Lago_are_Moms_Who_can_take_Control.html
https://pornve.com/v4o17uy6306m/Aryana_Augustine_-_Visual_Foreplay.html
https://pornve.com/v4o9gw2bwsa7/Shay_Fox_-_Your_Moms_a_Bitch.html
https://pornve.com/v4se4prqtxk0/carla_pryce_blowjob_101_.html
https://pornve.com/v4tp0z7oktv3/New_Brooklyn_Chase__Alex_Grey_Jordi_El_Nino.html
https://pornve.com/v4v7jeey5u53/Nikki_Sexx_-_Fixing_The_Pipes.html
https://pornve.com/v50e7qhyk02j/Tommie_Jo_-_V_Is_For_Vigilante.html
https://pornve.com/v53dm6vtq3lf/My_Stepbrother_The_Panty_Thief.html
https://pornve.com/v53kgp5u03zn/EuroSexParties_17_08_20_Cecilia_May_Olivia_Tiffany_Veronica_And_Vic
toria_Sexy_Sextet_XXX_-KTR.html
https://pornve.com/v54ssv25afn2/EuroSexParties_15_11_05_Anita_Berlusconi_Athina_And_Lucy_Dallas_On
e_For_Three.html
https://pornve.com/v56tujzv9lom/Kagney_Linn_Karter_-_Kagney_Cums_With_You.html

https://pornve.com/v58tv4q7jo6r/Anal_Phoenix_Marie_Son_Finds_Mother_In_Law_Naked_And_Plowed_Her_Ass.html
https://pornve.com/v5djkuyxylrk/The_Perfect_Maid_-_4.html
https://pornve.com/v5hfjr36qwwx/Audrey_Bitoni_-_The_Big_Things_In_Life.html
https://pornve.com/v5uno2pn2oiw/Jessica_Rex_Xander_Corvus_-_Porn_Puppet_On_A_String_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/v6189rat0p5p/Christie_Stevens__Mary_Jean_-_Honey_I_Married_A_Stripper.html
https://pornve.com/v66z3cf42zm5/Bonnie_Rotten_Markus_Dupree_-_Fucking_Through_The_Fourth_Wall_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/v69lbmu1hizz/Gabriella_Paltrova__Riley_Reid_-_Riley_Loves_Gabriella.html
https://pornve.com/v69xwa5nz7h8/Madlin_-_I_Reamed_A_Genie.html
https://pornve.com/v6cskm3rl3r0/Chanel_Preston_-_The_Fuckening.html
https://pornve.com/v6hgbycu0pco/Alex_Grey__Brooklyn_Chase_-_Nailing_Ms_Chase_-_Part_3.html
https://pornve.com/v6ndgslc818i/Ariella_Ferrera_Nicolette_Shea_Johnny_Sins_Parent_Teacher_Cumference.html
https://pornve.com/v6pjsqdqlu87/Lola_Foxx_-_Chief_Executive_Whore.html
https://pornve.com/v6pph4zzl87h/Sadie_Swede_-_The_Cock_That_Wasnt_There.html
https://pornve.com/v6s3tk91lmpe/Kiara_Mia_-_Her_Lonely_Pussy.html
https://pornve.com/v6ub3p8yh744/Brandi_Love_-_Fucking_The_Help.html
https://pornve.com/v6vhpdyqblsn/Laura_Crystal_-_A_Little_Jailing_Nailing.html
https://pornve.com/v6x6dqdwjkmo/Brazzers_Boston_Cream.html
https://pornve.com/v6yvxos8g2ox/Ariella_Ferrera_-_Driving_Mommy_Wild.html
https://pornve.com/v6zlsw86o0ef/Yoga_Freaks_Brazzers_2016.html
https://pornve.com/v725dlt5imu3/Eve_Madison_-_Big_Wet_Butt_Workout.html
https://pornve.com/v74bot7u626v/Monique_Alexander_-_Dreaming_Of_The_Don.html
https://pornve.com/v74xnh5afmbs/Gina_Lynn__Shyla_Stylez_-_Quantum_Of_Sluts.html
https://pornve.com/v78ikv4ifnxh/Julia_Ann__Olivia_Austin_-_Disciplinary_Action_-_Part_2.html
https://pornve.com/v792i6hxt34q/Madison_Ivy_-_Rough_Competition.html
https://pornve.com/v7e77rvi7iho/Sienna_West_-_The_Customer_Is_Always_Right.html
https://pornve.com/v7g9uu71ihzt/rkd_20_06_13_operatic_warm_up_int.html
https://pornve.com/v7pcr50hyqwm/Ajaa_Xxx__Karma_Rx_-_Dont_Touch_Her.html
https://pornve.com/v80xfcqkk0wz/bex_20_06_08_madison_ivy_and_kendra_sunderland_bodacious_bikini_threesome.html
https://pornve.com/v849gg36h0h4/Elsa_Jean__Riley_Reid_-_Licking_Locked_Up.html
https://pornve.com/v84fw770aifr/Britney_Light_Zachary_Wild_-_Searching_For_A_Selfie_Slut_-_Sneaky_Sex.html
https://pornve.com/v85opqsy2syu/All_Good_PSP_Rachel_Roxxx.html
https://pornve.com/v893m7y8exuy/Sarah_Jessie_-_Shipped__Stripped.html
https://pornve.com/v8mbspm64txb/Kerry_Louise_-_How_To_Handle_Your_Students_101.html
https://pornve.com/v8q32hf9atp3/Shyla_Stylez_-_Dirty_Car_Sales-Woman.html
https://pornve.com/v8tcyv2umes0/Madison_Ivy_-_Hurdle_Tits_For_The_Win.html
https://pornve.com/v8ttmy64lq2x/Wonderland_-_Part_2.html
https://pornve.com/v92dpzhvfobv/MilfHunter__RealityKings_Stephanie_Moretti_Wicked_Lines.html
https://pornve.com/v9ba02bl8ziy/Dana_DeArmond_-_Big_Ass_Revenge.html
https://pornve.com/v9ba84oqrs7e/Stacy_Cruz_Danny_D_-_A_D_Well_Earned_-_Big_Tits_At_School_-_Brazzers.html
https://pornve.com/v9c096kipjq8/Alexis_Fawx_Keiran_Lee_-_Cum_Inside_And_Make_Yourself_At_Home_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/v9fyr22r3t91/Fitness_MILF_Short_Haired_Blonde_Big_Tits.html
https://pornve.com/v9ph879c4rp1/Dinner_For_Sluts.html
https://pornve.com/v9qti6w610vw/The_Kitchen_Helper_Brazzers.html
https://pornve.com/v9rpvmno9jog/Britney_Amber__Ariana_Maria_Facials_Blowjob.html
https://pornve.com/v9utpexc1lng/Lilly_Ford_New_TILB.html
https://pornve.com/v9w98fo5ic78/_Hold_That_Shot_2_-_Brazzers_.html
https://pornve.com/v9wv62lyk1jx/Chloe_Chaos_-_The_Case_Of_The_College_Slut.html
https://pornve.com/v9x1dygobjuq/Ava_addams_the_boy_remains_after_school_for_additional_training.html
https://pornve.com/v9xldoe96eyp/Alexis_Fawx_-_The_Naked_Mom.html
https://pornve.com/v9yllglwefs3/Riley_Reid_Mick_Blue_-_BrazziBots_Part_1_-_ZZ_Series_-
_Brazzers.html
https://pornve.com/v9zk5c9s44um/Audrey_Bitoni_-_My_Dirty_Talking_Prof.html
https://pornve.com/va1fpgfbv7rc/Karmen_Karma_Keiran_Lee_-_Whoreschach_Test_-
_Pornstars_Like_it_Big_-_Brazzers.html
https://pornve.com/va3fbe754hwb/Hammered_Danny_D_and_Raven_Bay.html
https://pornve.com/va5rfuhm2944/Juelz_Ventura_-_Fucking_The_Vending_Machine_Dude.html
https://pornve.com/vadv2jqs3785/RealWifeStories_Rachel_RoXXX_With_Nothing_But_My_Heels_On_-
_17_07_16.html
https://pornve.com/vafs82muhzhs/Nikki_Benz__Riley_Reid_-_2_For_1_Fun.html
https://pornve.com/vai61s54sa4e/Bella_Rolland_LaSirena69_Keiran_Lee_-
_Disciplining_Their_Sugar_Daddy_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/vanx2irvnbwk/Emily_B_-_A_Stepmothers_Touch.html
https://pornve.com/vaopc3rbmq8n/Handled_With_Care_Brazzers.html
https://pornve.com/vap2xhfpku26/My_Stepdaughter_Loves_Porn_Brazzers.html
https://pornve.com/vaq58jucw7mt/Nikki_Sexx_-_It_Aint_Over_Til_The_Fat_Lady_Sings.html
https://pornve.com/vaufp8o62or6/Canela_Skin_Danny_D_-_Kings_Spa_Canela_-_RK_Prime_-
_Reality_Kings.html
https://pornve.com/vaygt5i12kll/Rebecca_Volpetti_-_The_Farmers_Daughter.html
https://pornve.com/vazfnp12wq8l/H0t_Bu5h_14_B1llie_St4r.html
https://pornve.com/vb5huilqnbl2/Alexa_Tomas_-_Fuck_Products_Inc.html
https://pornve.com/vb61l2486chy/She_Maid_Me_Cum_Amia_Miley_Cleans_The_Cock_Pipes_In_POV_-
_Brazzers_.html
https://pornve.com/vbcteyix9xsg/Dolly_Little__Kymberlee_Anne_-
_Its_A_Nice_Day_For_A_White_Lez_Wedding.html
https://pornve.com/vbgsr6uv0yqf/Erica_Fontes_-_Downton_Grabby_-_2.html
https://pornve.com/vbpa402temza/Ariella_Ferrera_-_Afternoon_Delight.html
https://pornve.com/vby4qfi0p0w4/Adrianna_Nicole_-_Oily_Therapy.html
https://pornve.com/vc045tnzryqq/Karma_Rx_Charles_Dera_-_Ill_Fuck_Who_I_Want_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/vc0wz19pgm5e/Katana_Kombat_-_Fit_For_Fucking_-_RK_Prime_-
_Reality_Kings.html
https://pornve.com/vc1nlepi3sqd/Kianna_Dior_-_Selfies_With_Your_Mom.html
https://pornve.com/vc2ca8m1nf0i/Tara_Holiday_-_Overnight_With_Stepmom_-_Part_2.html
https://pornve.com/vc2ueyshezny/Sophie_Dee_-_Squirt_My_Cockhole.html
https://pornve.com/vc6h9f9kcy7f/Bree_Olson_-_Care_To_Donate_Some_Fluid.html
https://pornve.com/vc80bl4iw5nq/Katana_Kombat_-_Laid_Off.html
https://pornve.com/vc96pr4elvj9/Alexis_Tae_-_Track_And_Feel_Her.html
https://pornve.com/vcdauponjl5j/Danny_D_Crushes_Anal_Jeana_Ivory_Facial.html

https://pornve.com/vch7tefjffb8/Angela_White_-_Anatomy_Of_A_Sex_Scene.html
https://pornve.com/vcjhnnp5ldyx/teens_like_it_big_brazzers_kristen_scott_danny_d_my_moms_boyfriends_cock.html
https://pornve.com/vcjjswkwtqu5/Lucia_Love_-_Too_Big_For_Buttfucking.html
https://pornve.com/vcmh4w3rebtk/Angel_Wicky_-_Summer_Internship.html
https://pornve.com/vcqvahjl31p0/Aaliyah_Hadid_Alura_TNT_Jenson_Ricky_Spanish_Stepmoms_Need_Loving_Too_Moms_In_Control_Brazzers.html
https://pornve.com/vctmkxketo7h/Veronica_Avluv_-_Meter_Maiden.html
https://pornve.com/vcxlernrtyny/Lela_Star_Bambino_-_Lela_Craves_The_Rave_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/vd0qb46c20g2/Aidra_Fox_Zac_Wild_-_Aidra_Gets_Her_Fill_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/vd48n6yftvu8/Julia_De_Lucia_-_Psycho_Anal-ysis.html
https://pornve.com/vd983c1mbhz9/Moriah_Mills_-_Cross-Training_For_Cock.html
https://pornve.com/vdbh4nxr60ep/Kayla_Carrera_-_Hard_Fuck_For_A_Confession.html
https://pornve.com/vdcu1v5y6yx1/Cyrstal_Rae_And_Kacey_Quinn_Pussy_Pick_Up.html
https://pornve.com/vde2of9hs7di/Louise_Jenson_-_The_Super_Fanny.html
https://pornve.com/vdegha3payu3/Amber_Alena_-_Lost_Lil_Humper.html
https://pornve.com/vdjs3idxrmc3/Makayla_Cox_-_Sneaky_Sauna_Mama.html
https://pornve.com/vdkkgvtpm96d/Lezley_Zen_-_Art_Of_Muff_Maintenance.html
https://pornve.com/vdn0ldetp3rf/Nikki_Capone_-_Capones_Vag.html
https://pornve.com/vdolstbvn8kn/Kelly_Divine_-_DP_On_The_Substitute_T.html
https://pornve.com/vdr69vvxz67c/teenslovehugecocks_19_07_04_lacy_lennon_lacy_loves_it.html
https://pornve.com/vdrqe3h7g69d/Ariella_Ferrera_-_The_Finer_Things_In_Life.html
https://pornve.com/vdwyp3iu9br1/teen_hot_babe_best_new_subil_arch_-_720p.html
https://pornve.com/vdx40oxk60lc/Katana_Kombat_Charles_Dera_-_Nice_To_Meat_You_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/vdynrn6w6h1r/Brazzers_Mrs_Sheas_room_service_Brazzers_Brazzersexxtra_2018_Kyle_Mason_Blonde_White_Girl_Wh.html
https://pornve.com/ve74fehwevuh/Kira_Noir__Sailor_Luna_-_Youve_Changed_-_Part_1.html
https://pornve.com/ve7gl8jzy8gr/Jessica_Jaymes_-_College_Mamories.html
https://pornve.com/ve8izlcymhb0/Sarah_Jessie_Xander_Corvus_-_Leather_Lust_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/vep6t5aq62dj/Charlie_Laine__Haley_Cummings_-_Prostitute_Trains_Sexy_Cop.html
https://pornve.com/vesscpipjiac/Alena_Croft_-_Oiling_A_Whore.html
https://pornve.com/vevsst5a8ojh/Drilling_Mommy_2_Scene_5_Pussy_For_Rent_Kyle_Mason__Sammy_Simpson.html
https://pornve.com/vew9zlymyy98/Brazzers__Hot_And_Mean__My_Lil_Dungeon_Keeper.html
https://pornve.com/vf0nmcioeyja/Samm_Rosee_-_Dicked_By_The_Doctor.html
https://pornve.com/vf302vfxi9sr/Kleio_Valentien_-_The_C_E_Hoe.html
https://pornve.com/vf30z3gvuaxk/Victoria_Summers_-_The_Very_Last_Fuck_Ever.html
https://pornve.com/vf38eyvachwv/RealityKings_Commando_Coochies.html
https://pornve.com/vf7b2p5vhun1/Alyssa_Lynn__Cassidy_Banks_-_Sharing_The_Shower.html
https://pornve.com/vf7l68enz8vu/Jasmine_Jae_Markus_Dupree_-_Assmissible_Evidence_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/vf9fra2jkrqy/Dana_DeArmond_-_Bossy_Bitch.html
https://pornve.com/vfgqngd97emf/Nikki_Daniels_-_Massage_Time.html

225

https://pornve.com/vfh3v8zdjkl4/Jenna_Foxx_Tyler_Nixon_-_Soaked_In_Stockings_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/vfishpy6053f/Its_Wondaful_Sex_Life.html
https://pornve.com/vfpyqbc3grnj/Nikita_Von_James_-_Training_The_Trainer.html
https://pornve.com/vftrn3j0bwij/Jasmine_James_-_War_Whore.html
https://pornve.com/vfuu696vm4bd/kirsten_lee_Virgin_Lessons.html
https://pornve.com/vfxno6sl34aa/Mazzy_Grace_Body_Blow_Your_Load.html
https://pornve.com/vg0i18o7sdbw/Emmanuelle_London_-_Coachs_Boner.html
https://pornve.com/vg1c06n7pz7c/Mea_Melone_-_Under_The_Table_Deal.html
https://pornve.com/vg1quhdl84vt/Ava_Koxxx_-_What_Ms_Koxxx_Wants.html
https://pornve.com/vg44wrz4ftxp/Taylor_Wane_-_Open_For_Business.html
https://pornve.com/vg5sthdbczv9/Candi_Coxxx_-_Swipe_Right_For_Big_Tits.html
https://pornve.com/vg9tj4kck6fg/ENJOYING_HER_FRUITS-_Violet_Myers.html
https://pornve.com/vgaelc7qfgzm/Taylor_Wane_-_A_Trip_Down_Mammary_Lane.html
https://pornve.com/vgascgr80ewl/Putting_On_A_Show_-_Natalia_Starr_-_Reality_King.html
https://pornve.com/vgj2kxci4bju/My_Horrible_Boss_Wife_Satin_Bloom_Takes_A_Load_On_Her_Big_Tits_.html
https://pornve.com/vgjch3no7g5h/Abella_Danger_-_Anatomy_Of_A_Sex.html
https://pornve.com/vgkg789hdee7/Kagney_Linn_Karter_-_Kagneys_Anal_Expert-Tease.html
https://pornve.com/vgoeejeg184y/Gina_Valentina__Riley_Reid_-_The_Virgin_Learns_To_Fuck.html
https://pornve.com/vgr5o2v8h2tb/Anissa_Kate_-_Ohhhhh_La_La.html
https://pornve.com/vgteqh0mvgae/Jasmine_James_Home_Invasion.html
https://pornve.com/vgtxodt6pq9u/Harley_Jade_-_Slide_Into_My_DMs.html
https://pornve.com/vguqmplfdrxw/Brazzers_Boot_Camp_Brazzers_Mommy_Got_Boobs_Osa_Lovely_Johnny_Sins_Brunette_Black_Hair_Blowj.html
https://pornve.com/vgzq4gikc7ro/London_Keyes_-_Launching_Inside_Londons_Sweet_Asshole.html
https://pornve.com/vh0qr495uyvi/Avalon_Heart_-_Get_It_Big_D.html
https://pornve.com/vh1ahjgrjl5l/Victoria_Summers__Ass-isting_the_Barista.html
https://pornve.com/vh2kzme0h8d9/Brazzers_House_Episode_5_Bonus.html
https://pornve.com/vh32tzalwzal/Jenna_Foxx_-_Large_Hard-On_Collider.html
https://pornve.com/vh3fwuvp9mdn/Super_Duper_Karen_Fisher_Julie_Cash.html
https://pornve.com/vh4bwh2e7qxc/Brynn_Tyler_-_Seal_The_Deal.html
https://pornve.com/vhetpwbdvthy/Brazzers_Melt_in_her_mouth_Brazzers_Brazzersexxtra_2018_Georgie_Lyall_Danny_D_Blonde_White_G.html
https://pornve.com/vhf8sefnyu3y/Abigail_Mac_Keisha_Grey_-_The_Joys_of_DJing.html
https://pornve.com/vhq1m42880ym/Lexi_Belle_-_Getting_Private_With_The_Private.html
https://pornve.com/vhs0r8dfqea3/Emily_B_-_The_Joy_Cock_Club_-_Brazzers.html
https://pornve.com/vhtrvgmqu7jh/Katie_Summers__Lily_Labeau_-_Extra_Slutty_Care.html
https://pornve.com/vi03wfajfl2n/Brittney_White_-_My_Naked_Boss.html
https://pornve.com/vi08ms9o8ukq/Abigail_Mac_Small_Hands_-_Anatomy_Of_A_Sex_Scene_2_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/vidnamht50ni/Melissa_Moore__Riley_Reid_-_Almost_Sisters.html
https://pornve.com/vietukkd7zmm/Briana_Banks_-_Fuck_My_Wife.html
https://pornve.com/vikql349pys8/Valentina_Nappi_-_Madames_Finishing_School_For_Whores.html
https://pornve.com/viml7km52w1f/My_wife_slut_-_Destiny_Dixon.html
https://pornve.com/ving0qs7uy0w/Our_Horny_Lesbian_Housemates.html
https://pornve.com/viof0bwjt4zo/Lela_Star_Rob_Piper_-_Laying_A_Hand_On_Lela_-_Brazzers_Exxtra_-_Brazzers.html

226

https://pornve.com/viqbtd6fxx0r/Dinner_For_Sluts_-_Riley_Reid_And_Melissa_Moore_Swap_Cocks_.html

https://pornve.com/vir4qj6y880l/Aiden_Ashley_Keiran_Lee_-_From_The_Streets_To_The_Sheets_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/virs56v3y947/Capri_Cavanni_-_The_Whory_Show.html

https://pornve.com/viu77x99s5a8/Ivy_Lebelle_-_Secret_Sauna_Sex.html

https://pornve.com/vix40njv78ij/Lisa_Ann_-_Please_Take_Me_Back.html

https://pornve.com/vix9p8l5tizr/Priya_Anjali_Rai_-_Bad_Teacher_Nice_Tits.html

https://pornve.com/vizjunu24mjf/World_War_XXX_Part_4_Brazzers_Peta_Jensen_Brazzers_Army_blowjob_Tattoo_Brunette_Big_Tits_Pr.html

https://pornve.com/vizta0bhx11q/Nina_Hartley_Xander_Corvus_-_Ninas_Chapel_of_Lust_Part_1_-_Mommy_Got_Boobs_-_Brazzers.html

https://pornve.com/vj3foluovgaz/Alana_Evans__Veronica_Avluv_-_Alana__Veronicas_High_School_Reunion.html

https://pornve.com/vj4tmt2bbati/Alice_Lighthouse__Ariana_Marie_Knock_Knock_We_Want_Your_Cock.html

https://pornve.com/vj81kayhqh2z/April_Mae_-_Shes_Got_The_Juice.html

https://pornve.com/vj9p0y5p7emj/All_Good_New_Anya_Olsen.html

https://pornve.com/vjbf7lk5di5p/Ava_Addams_-_Interview_With_My_Asshole.html

https://pornve.com/vjib0w0wjhcd/This_Pharmacist_Can_Fuck_Off.html

https://pornve.com/vjiz13htqdq5/Aubrey_Black_-_Taking_Wifey_To_Work.html

https://pornve.com/vjk9txo6nj16/Subil_Arch_-_Strokemoff.html

https://pornve.com/vjtw5gsrlzfx/Erotic_Massage_Candy_Alexa_Anal.html

https://pornve.com/vk3ytq1j1ldj/Candee_Licious_-_The_Dick_Fairy.html

https://pornve.com/vk3zhdi46rks/Fucked_In_A_Breeze.html

https://pornve.com/vkf1wbdkut3h/Mackenzie_Moss_-_Secret_Roommate.html

https://pornve.com/vkpgk45m24bv/Tory_Lane_-_Im_Your_Christmas_Bonus.html

https://pornve.com/vkr7p10aih2t/Stephani_Moretti_-_Nailing_The_Presentation.html

https://pornve.com/vkyr0b0vaofb/Dee_Dee_Lynn_-_Happy_Stepdaddy_Day.html

https://pornve.com/vl62ezfgmiq9/In_The_VIP_Very_Important_Pussy_SD.html

https://pornve.com/vla4bjuex968/Kiki_Minaj_-_Organic_Orgasms.html

https://pornve.com/vldrdalyr8my/_Brazzers_-_Busty_Milf_Reagan_Foxx_had_her_best_fuck_massage_.html

https://pornve.com/vlpymz7ovrht/Jessa_Rhodes_Bill_Bailey_Wife_Insurance.html

https://pornve.com/vls400uudv84/Keisha_Grey_-_Oiling_Up_The_Client.html

https://pornve.com/vlt2n2ub3gbf/Lexi_Lowe_-_Big_Tits_In_Uniform_15_2015.html

https://pornve.com/vlvytouc4dal/Patty_Michova_-_The_Window_Watcher.html

https://pornve.com/vlyjxl13xk6l/Mellanie_Monroe_-_Im_Fun_Too.html

https://pornve.com/vm2hmyb65fds/Tori_Black_-_Back_In_Black.html

https://pornve.com/vm7n4yt6s14s/Karina_White_-_Say_Yes_To_Getting_Fucked_In_Your_Wedding_Dress.html

https://pornve.com/vmf1ci0zssjb/Brazzers_Get_The_Picture_Brazzers_Real_Wife_Stories_Charles_Dera_Alison_Tyler_Brunette_Blowjo.html

https://pornve.com/vmhflndfvfxx/Lacy_Lennon_-_Porn_Logic.html

https://pornve.com/vmjujkh98bkx/rws_19_06_19_katana_kombat_the_dutiful_wife.html

https://pornve.com/vmll55bjmole/Rhylee_Richards_-_Quiet_Guys_Get_Laid_Too.html

https://pornve.com/vmon95pq32j4/Amber_Lynn_Bach_-_Casting_Cunt.html

https://pornve.com/vmrkc5z01m37/Richelle_Ryan_-_Big_Tits_In_Uniform_15_2015.html

https://pornve.com/vmuw36c70qw0/Ivy_Lebelle_-_Happy_To_Help.html

https://pornve.com/vmvclguwk2t8/Kortney_Kane_-_Kortneys_Slutty_Circuit_Training.html
https://pornve.com/vmzyjsmt34va/Kacey_Quinn_Slip_It_In_2S1.html
https://pornve.com/vn0x00hll51o/_Brazzers_-
_Busty_milf_Alura_and_teen_Avi_have_a_hot_threesome_.html
https://pornve.com/vn6pffxiq1ox/Canela_Skin_Torn_Tights_Anal_Shower_Anal_PornoSexGape__New_Porn_
2020_18_1080_Hd__DaftSex.html
https://pornve.com/vn9isnfh92qc/Piper_Perri_-_It_Swallows_-_Part_2.html
https://pornve.com/vnj8f5zqjhrw/Cherie_Deville__Ryder_Skye_-_Cumming_At_Customs.html
https://pornve.com/vnm00f3ut62q/Alexis_Texas_-_Private_Dick.html
https://pornve.com/vnp1ic09zto6/Riley_Jenner_-_Smiley_Riley_And_Her_Double_Ds.html
https://pornve.com/vnpson9p3zy6/Aaliyah_Hadid_-_Anal_Yoga_With_Aaliyah_-_Monster_Curves_-
_Reality_Kings.html
https://pornve.com/vnu4d3843o2e/Amber_Lynn_-_Centerfold_Me_Over.html
https://pornve.com/vnue0t3gm8z6/Kendra_Lust__Peta_Jensen_-_My_Two_Wives.html
https://pornve.com/vnx9vq33ek78/Shyla_Stylez_-_Intense_Asshole_Treatment.html
https://pornve.com/vo1j406f38kh/Bridgette_B_-_Banging_My_Husbands_Boss.html
https://pornve.com/vo296us08kzw/Kayla_Carrera_-_Photo_Blunder.html
https://pornve.com/vo39rcq73nyg/Claire_Dames_-_Inspector_Dames.html
https://pornve.com/vo3sgpwgwjv0/Nicolette_Shea_Isiah_Maxwell_-
_Day_With_A_Pornstar_Nicolette_Shea_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/vo9bms25fo2o/Krissy_Lynn_-_Cathartic_Coitus.html
https://pornve.com/voa79ylcnjhj/BrazzersExxtra_19_07_24_Tina_Kay_The_Dommes_Next_Door_Part_1_XXX
_SD.html
https://pornve.com/voafkki7rqo8/Brazzers_Triassathlon_Brazzers_Krissy_Lynn_Nikki_Delano_Rose_Monroe_
Big_Wet_Butts_Anal_Ass_W.html
https://pornve.com/voi9cinomip8/Karlee_Grey_-_The_Lust_Picture_Show.html
https://pornve.com/voyznib6t9k4/Anal_Schoolgirl_Bree_Olson_No_Pressure.html
https://pornve.com/vp15rzf8x6gg/Nikki_Benz_Briana_Banks_-_Dick_Stuck.html
https://pornve.com/vp5w8jj8gdq7/Bijou_-_Ballad_Of_The_Nutsucker.html
https://pornve.com/vp66xen5ejy2/blonde_big_tits_ass_babe_milf_tags_ass_tits_tag_this_video_3906_111_p
lays_published_on_3_hours_ago_category_amateur.html
https://pornve.com/vp7sajvzriop/Missy_Martinez__Noemie_Bilas_-_The_Morning_After_Mess.html
https://pornve.com/vp91rs92s4no/Sybil_Stallone_-_Stepmoms_Spring_Cleaning.html
https://pornve.com/vp9vqrjd4tgg/Kagney_Linn_Karter_-_Anally_Reamed_In_Her_Jeans.html
https://pornve.com/vpcxgeto5jyl/Kagney_Linn_Karter_-_Super_Nurse.html
https://pornve.com/vpikofvo33zn/Moriah_Mills_Scott_Nails_-_Dicking_The_Dutiful_Wife_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/vpku4r3vvpj7/Alura_Jenson_Robby_Echo_-_Nursing_My_Stepsons_Sick_Dick_-
_Mommy_Got_Boobs.html
https://pornve.com/vplx38qcoqax/Brittany_Andrews_-_Cum_To_My_Window.html
https://pornve.com/vpp8fun6va75/Georgie_Lyall_-_Forbidden_Fruit.html
https://pornve.com/vq1st4wldmlz/Alyssa_Reece__Charlotte_Stokely_-_Banging_With_The_Best.html
https://pornve.com/vq2r8v7tifz5/mgb_20_03_14_holly_hotwife_just_ignore_him.html
https://pornve.com/vq8vjswkrbuz/Nella_Jay_-_Fun_In_The_Sun.html
https://pornve.com/vqgs1tszk0ds/TeensLikeItBig_Dana_Vespoli_Melissa_Moore_Roxy_Nicole_Best_Birthday
_Ever_Part_1_-_19_07_16.html
https://pornve.com/vqhffi79ugr1/faye_reagan_massaged_by_two_blondes.html
https://pornve.com/vql8jt255d5o/Olivia_Austin_Mom_Needs_Money.html

https://pornve.com/vqltqmhoht2y/CumFiesta_Rayna_Rose_Perked_Up_Pussy_-_22_10_2016.html
https://pornve.com/vqn0m42kokt0/Brandi_love_latex.html
https://pornve.com/vqnn7z1yf3bf/Abigail_Mac__Katrina_Jade_-_Hard_Core_Training.html
https://pornve.com/vqqiesyr96lr/Hitched_And_Ditched_Lylith_Lavey__Buddy_Hollywood.html
https://pornve.com/vquwfe7ymac7/Keisha_Grey__Kendra_Lust_-_Adopt_A_Pornstar.html
https://pornve.com/vqxypq9oqgkd/Briana_Banks_-_My_Uncles_GF_Wants_My_Dick.html
https://pornve.com/vr87zb9fr1eb/AnAL_Marsha_May_-_720p.html
https://pornve.com/vrcko7bxm6ww/I_want_Dick_of_my_step_son.html
https://pornve.com/vrh9c9ztcazo/RKPrime_Tina_Kay_-_Get_Well_Coochie_21_08_2016.html
https://pornve.com/vrihllhb7027/Lela_Star_Tyler_Nixon_-_All_That_Glitters_Is_Lela_-_
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/vrkkqxzxp3o6/Drilling_Miss_Darby___Ryan__Leigh_Darby_.html
https://pornve.com/vrrxkxu8nlef/Brazzers_Sharing_The_Stepmom_Mia_Lelani.html
https://pornve.com/vrti9pvf8c9j/Audrey_Bitoni_-_The_Negotiator_-_Brazzers.html
https://pornve.com/vry6od80v8vg/Daddy_Fuck_Stepdaughter.html
https://pornve.com/vryduejc04mu/Katrina_Jade__Lela_Star_-_Black_Friday_Fuckfest.html
https://pornve.com/vrzsnzi26wtm/Mackenzee_Pierce_-_Ass_Under_Construction.html
https://pornve.com/vs6dfrf7ry6d/Molly_Mae__Parker_Swayze_-_Molly_Meets_Ms_Swayze.html
https://pornve.com/vs6x1pq0bwhd/Chloe_Cherry_Kyle_Mason_-_Not_What_She_Expected_-_
_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/vs83mqx44sbm/Kayla_Carrera_-_As_Big_As_It_Gets.html
https://pornve.com/vsc33p1fe26u/Abby_Cross__Kiera_Winters__Lola_Foxx__Mia_Malkova_-_
_Yer_Under_Arrest_Missy.html
https://pornve.com/vsed7d1hq8d0/How_To_Train_Your_Milf_Krissy_Lynn.html
https://pornve.com/vsfnty7t0ofa/Rachel_Starr_Salon.html
https://pornve.com/vsk17iy0324y/MilfsLikeItBig_-_Michelle_Thorne_Fucking_The_Invisible_Man.html
https://pornve.com/vsmf9lwnnvmp/India_Summer_Vegas_Milf_Vacation_Mommy_Issues.html
https://pornve.com/vsmmdro6jiho/Tasha_Reign__Tyler_Faith_-_Swapping_The_Wife.html
https://pornve.com/vstxz09qk9ct/Evita_Pozzi_-_Pozzi_Scheme.html
https://pornve.com/vt2ylholeeah/Rich_Fucks_Part_2_Brazzers_2018__Bridgette_B_Honey_Gold_Kristen_Sco
tt_Xander_Corvus_ZZ_Series.html
https://pornve.com/vt384qmbd2tt/Mia_Malkova_-_
_PAWG_shows_off_her_flexibility_and_deepthroats.html
https://pornve.com/vt3bnhahu7s9/Katrina_Jade_-_Post_Workout_Rubdown.html
https://pornve.com/vt76sw1ow3mm/Kaylani_Lei_-_Whos_Your_Butler.html
https://pornve.com/vtainupg0bmr/Anal_Jessy_Jones_All_Good_New_Yhivi.html
https://pornve.com/vtg59yz6lknd/GFRevenge_Bang_friends.html
https://pornve.com/vtgqeho74ufm/Madelyn_Monroe_-_Parole_My_Hole.html
https://pornve.com/vtktssova8lv/MomsInControl_Brazzers__Leyla_Morgan__Tarra_White__The_Sc.html
https://pornve.com/vtqiekesfu73/Shay_Fox_-_Clueless_Cum_Lessons.html
https://pornve.com/vtrvpwha5ap2/Spring_Broke_-_Support_The_Blowjob_Relief_Fund.html
https://pornve.com/vtxffqfp9vzn/Kenzie_Taylor_-_Ass_In_Heat.html
https://pornve.com/vug1ggyiylo1/Pantyhose_Playtime_Nikki_Benz__Jean_Val_Jean.html
https://pornve.com/vuhygh71qnpe/Carter_Cruise_-_A_Warm_Place_To_Stay_Tonight.html
https://pornve.com/vui6o7vge5da/Brandy_Talore_-_Sexual_Harassment.html
https://pornve.com/vukhi68xoa07/Lezley_Zen_-_You_Got_It_All.html
https://pornve.com/vunz6pdjlzsi/Luna_Star_-_Whore-O-Scopes.html
https://pornve.com/vupmv4j48ywa/Capri_Anderson__Clara_G__Jayme_Langford_-_My_Stepmom.html

https://pornve.com/vv3jaxantogp/blonde_blowjob_big_tits_brunette_lesbian_cumshot_deep_throat_juelz_ventura_juelz_ventura_romi_rain_5115_42_plays_published_on_52_minutes_ago_category_babe_threesome_pornstar_juelz_ventura_romi_rain_tags_romi_rain.html

https://pornve.com/vv4hm86tq15f/Cherie_Deville_-_Home_Alone_With_Cherie_-_Day_With_A_Pornstar_-_Brazzers.html

https://pornve.com/vv5cnyu05w4z/Brianna_Beach__Monique_Fuentes_-_Hungry_For_Pool_Boy_Cock.html

https://pornve.com/vv5dhde6vr91/Karlee_Grey_-_20_Year_Old_Ass_and_Titties.html

https://pornve.com/vvspmqh8ju14/Eva_Lovia_Gets_Fucked_-_Teens_Love_Huge_Cocks.html

https://pornve.com/vvwey6rt0yb0/Jenna_Presley__Krissy_Lynn_-_Yes_Maam_Yes.html

https://pornve.com/vvz7dmwo5bp7/RealWifeStories_Ariella_Ferrera_Lick_My_Limo.html

https://pornve.com/vw03mhwj62an/Cassidy_Banks_-_Pledge_Week.html

https://pornve.com/vw0yh93ubiax/Olga_Cabaeva_-_Assport_Renewal.html

https://pornve.com/vw1tlkjgzo7k/HD_BEST_NEW_CALI_CARTER_720p.html

https://pornve.com/vw8xh43x3mak/Anissa_Kate_-_Bitch_Please.html

https://pornve.com/vw8xr4f1kwtu/Courtney_Cummz_-_Fine_Ill_Fuck_Your_Son.html

https://pornve.com/vwb1xuz9mxhl/Madison_Ivy_Danny_D_-_Pixel_Whip_Strip_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/vwb21yw36i8g/Amber_Lynn_-_Hussy_For_Hire.html

https://pornve.com/vwhcshx8pazc/Brazzers_-_Rachel_Starr_Private_Eyeful.html

https://pornve.com/vwjjmcfa5xgr/Anal_Britney_Amber_-_Left_All_Alone_with_Britney_Amber.html

https://pornve.com/vwn6dw3rf002/BabyGotBoobs_Jessa_Rhodes_Angel_Tits.html

https://pornve.com/vwrwinoffbax/Big_Tits_In_History_-_Part_1.html

https://pornve.com/vwvkdtz6g6wv/Skyla_Novea_-_Bath_Bomb_Booty.html

https://pornve.com/vx1m5pdi7c4c/Threesome_Cum_Swap_Romi_Rain.html

https://pornve.com/vx2xa138b9ns/Brazzers_Live_-_34.html

https://pornve.com/vx3q3v8j6pmz/8thStreetLatinas_Martini_Bows_Sweet_Martini_-_22_07_16.html

https://pornve.com/vx6crvmetuu5/Ella_Knox_-_My_Professor_Thinks_Im_Perfect.html

https://pornve.com/vx9r4jmz5g6n/Coming_Home_Horny_Jenna_Ivory_and_Ramon.html

https://pornve.com/vxec591yauau/Krissy_Lynn__Nikki_Delano__Rose_Monroe_-_Triassathlon.html

https://pornve.com/vxhr2mhxs77m/Bridgette_B__Kelly_Divine__Phoenix_Marie_-_Three_Times_The_Booty.html

https://pornve.com/vxi0y7t2s187/Gia_Dimarco_-_Red_Light_Romp.html

https://pornve.com/vxifjuf9w8zu/Ariella_Ferrera_-_Dr_ScienTITS_I_Presume.html

https://pornve.com/vxnlgod9wxqo/Franceska_Jaimes_-_Showin_Skin_To_Mr_Sins.html

https://pornve.com/vxpc0qkm5pfw/Tanned_Latina_Lela_Star_With_Huge_Bubble_Ass_Riding_Keiran_Lee.html

https://pornve.com/vxsxvmv533iu/Kimberly_Kane_-_Sex_Call_Of_Duty_-_Brazzers.html

https://pornve.com/vxw1vxwctixs/Natty_Mellow_Lick_The_Tip.html

https://pornve.com/vxxvah8j4d3s/Rich_Fucks_Part_4_Brazzers_2018__Bridgette_B_Toni_Ribas_Xander_Corvus_ZZ_Series.html

https://pornve.com/vxyptk6yrui3/Anissa_Kate_-_Anissa_Kate_C_E_Ohhh.html

https://pornve.com/vy1rrl81m4kj/Asa_Akira_-_Asas_Titty_Hair_Salon.html

https://pornve.com/vy3vp65083ui/Jessa_Rhodes_Keiran_Lee_-_Lovely_In_Latex_-_Baby_Got_Boobs_-_Brazzers.html

https://pornve.com/vy4fco9wp95e/Krissy_Lynn_porno_officer.html

https://pornve.com/vy8iv70qfn9t/MomsInControl_15_11_12_Bianca_Breeze_And_Charlotte_Cross_Pussy_Lessons.html

https://pornve.com/vydoul9v6fvz/Brazzers_-_Ashley_Lane_Caddyshag.html

https://pornve.com/vyjo0it7bbiu/Monique_Alexander__Mya_Mays_-_A_Family_Affair.html

https://pornve.com/vynfh9yy7nn3/Barbie_Sins_-_The_Go-Go_Heist_Ho.html

https://pornve.com/vyns8yd5f5cd/BrazzersExxtra_Alyssia_Kent_Fuck_Your_Art.html

https://pornve.com/vyuvs0nm9h36/Audrey_Bitoni_-_Prison_Break.html

https://pornve.com/vyxv9e22r7mr/Cherie_Deville_-_Cumplimentary_Training_Session.html

https://pornve.com/vz0efl67jqwp/big_tits_at_work_brazzers_shay_evans_start_dicking_around.html

https://pornve.com/vz3spr5e7sdb/Skyla_Novea_Really_Needs_To_Take_A_Shower.html

https://pornve.com/vz5xn2jdxvmz/Ella_Knox_Ricky_Johnson_-_Good_To_The_Last_Drip_-_Baby_Got_Boobs_-_Brazzers.html

https://pornve.com/vzay4qpmrdgc/Sarah_Vandella_-_Check_Out_My_Brand_New_Tits.html

https://pornve.com/vzhe4vr0ddjk/Adriana_Chechik_Keiran_Lee_-_Free-Flowing_Fuck_-_Pornstars_Like_It_Big_-_Brazzers.html

https://pornve.com/vzhm9uxbb0d9/Kendra_Lust_Mommy_Meets_A_Teen_Idol_2018_Big_Tits_Brunette_Deep_Throat.html

https://pornve.com/vzldves6gjy4/Brazzers_-_Amber_Jayne_The_Art_Of_Decluttering_And_Orgasming.html

https://pornve.com/vzphvm1qhhmv/Til_Dick_Do_Us_Part_-_Episode_1.html

https://pornve.com/vzrnb8b1t6ih/Monique_Alexander_-_How_Bad_Do_You_Want_It.html

https://pornve.com/vztqovln7jlo/Moms_In_Control_15_S5_Missy_Martinez_Noemie_Bilas.html

https://pornve.com/vzubluvlw951/Cassidy_Klein__Simone_Sonay_-_After_Party_Mix.html

https://pornve.com/vzxjo7ldhcdh/Reality_Kings_Titty_Twisting.html

https://pornve.com/vzymcrtojjip/Caroline_Pierce_-_Moms_Boss_Is_A_Hot_Slut.html

https://pornve.com/vzyzyshlv08l/Lucy_Bell_-_Dirty_Lucy.html

https://pornve.com/vzzyt9uh2jse/_Brazzers_-_Hot_asian_babe_Jayden_Lee_gets_pounded_after_the_game_.html

https://pornve.com/w02508vsn3vw/Blake_Rose_-_Picture_Her_Naked.html

https://pornve.com/w03cu2xajd5i/Milf_Mummy_Elicia_Solis__Danny_D.html

https://pornve.com/w03xyhyyhvvp/Nikita_Denise_-_Ass_For_The_Top.html

https://pornve.com/w07wjwuz8hyn/Julie_Cash_Keiran_Lee_-_Bedside_Manner_-_Doctor_Adventures_-_Brazzers.html

https://pornve.com/w099427mikpx/Katie_Summers_-_A_Lesson_In_Big_Cock.html

https://pornve.com/w0d93e8i81p7/ANAL_GYM_MILF.html

https://pornve.com/w0ec9dtjjdjg/Aidra_fox_Is_Always_Ready.html

https://pornve.com/w0irx8yw4ba8/First_Comes_Love_Then_Comes_Anal_-_Mia_Malkova__Danny_Mountain.html

https://pornve.com/w0ixgn8fncro/Abella_Danger_-_Her_Ex_Fucks_Her_The_Best_-_RK_Prime_-_Reality_Kings.html

https://pornve.com/w0lia9ur1439/Teens_Love_Huge_Cocks_-_Realitykings_-_Kira_Noir_Chad_White_-_Punishing_The_Pool_Hopper.html

https://pornve.com/w0mlw87b5naj/We_Live_Together_-_Realitykings_-_Carter_Cruise_Aiden_Ashley_Penelope_Reed_-_Horny_Riders.html

https://pornve.com/w0vez9gnieeg/My_Slutty_Valentine_Part_1_Britney_Amber__Jax_Slayher.html

https://pornve.com/w0wmd54vt3uw/Making_Him_Wait_2015.html

https://pornve.com/w11hjs05yzi8/Giselle_Palmer__Sheridan_Love_-_Cult_Of_Love.html

https://pornve.com/w15yw95ldbyl/Kayla_Green_-_Toying_Around_With_My_Step_Mom.html

https://pornve.com/w186qlq5vrt0/M0nsterCurv3s_M3lissa_M4y_Melissa_got_it_all.html

https://pornve.com/w1otqqtcjr64/A_Family_Affair.html

https://pornve.com/w1p5lmbcgkx9/Dayton_Rains_Her_BFs_A_Mother_Fucker.html

https://pornve.com/w1rhxxk2082j/s_big_tits_milf_redhead_mature_babe_striptease_dress_code_3513_3_2
36_plays_published_on_1_day_ago_category_ass_.html

https://pornve.com/w1rubrpkcili/Whitney_Wright_Tommy_Gunn_-_Category_Whore_Tornado_-
_Pornstars_Like_It_Big_-_Brazzers.html

https://pornve.com/w1ty1rzukuhv/Olivia_Austin_-_How_To_Fuck_At_The_Office.html

https://pornve.com/w1xq4cqrob1k/Brooke_Haze_Charles_Dera_-_Prime_Interviews_-_RK_Prime_-
_Reality_Kings.html

https://pornve.com/w1ya83zw5r6u/Lela_Star_-_All_That_Glitters_Is_Lela.html

https://pornve.com/w219zcxyyhaa/Holly_Halston_-_Hot_Ass_Oil_Party.html

https://pornve.com/w237l6yzv14e/Adalisa_-_Leave_The_Socks_On_Love.html

https://pornve.com/w2af5z3gyfcl/Karlee_Grey_-_Things_Are_Getting_Out_Of_Hand_-_Part_1.html

https://pornve.com/w2hlbif38s5f/Alexis_Fawx_Day_With_A_Pornstar.html

https://pornve.com/w2mk3hqikljs/audrey_bitoni_get_fucked_hard_badly.html

https://pornve.com/w2qk41vamlgq/1_800_Phone_Sex_Line_2.html

https://pornve.com/w2wsa2zmyra6/Eva_Karera_-_Trying_On_Lots_Of_Shoes.html

https://pornve.com/w2yqwif3ambk/Sophia_Bella_-_Sugar_Mamas_Like_It_Big.html

https://pornve.com/w311sr87ze2i/Brazzers_Live_-_25.html

https://pornve.com/w38jcz0tswqp/Missy_Stone_-_Pre-Wedding_Gift.html

https://pornve.com/w39gwl5syzlc/Madelyn_Monroe_Johnny_Sins_-_Call_Center_Cock_-
_Big_Tits_At_Work.html

https://pornve.com/w3m9kc6b94cy/Brazzers_Kira_Noir_Jailhouse_Fuck_4_04_04_2020_watch_videos_onlin
e.html

https://pornve.com/w3n2gyybkajw/Ava_Addams_-_Stay_Away_From_My_Daughter_-_1.html

https://pornve.com/w3nf71kixs30/Kyle_Mason_Havana_Ginger_-_Oiling_Up_Havana.html

https://pornve.com/w3nn7tzahlju/Nicolette_Shea_-_A_Night_In_Nicolette.html

https://pornve.com/w3r1ocavsld7/Aryana_Adin_-_Pop_Up_Cock.html

https://pornve.com/w3vhx5hifonl/Keisha_Grey_-_Getting_Wild_With_Keishas_Fine_Ass.html

https://pornve.com/w3w07caegqpt/The_Kitchen_Helper.html

https://pornve.com/w3wawcsh1w3f/Danni_Rivers__Eva_Long_-_Say_Yes_To_Some_Sex.html

https://pornve.com/w413lgsr08gw/Kat_Dior_-_Perfect_Pantyhose.html

https://pornve.com/w41h72jw73cf/8thStreetLatinas_Annika_Eve_b-_Nailed_It_05_08_2016.html

https://pornve.com/w41lhmuc70um/Valentina_Ricci_-_Clean_Up_On_Aisle_Valentina.html

https://pornve.com/w4299u5jjdr7/Stay_Away_From_My_Daughter_-_Part_2.html

https://pornve.com/w457sh8aduom/Alexis_Fawx__Luna_Star_-_News_Ancwhores.html

https://pornve.com/w46kgrzcjeda/Ryder_Skye_-_Lucky_Lifeguard.html

https://pornve.com/w47fnyz7zcdu/Riley_Reid__Brandi_Love_Heavy_Squirt.html

https://pornve.com/w48kqoidq5bo/Cassidy_Banks_-_Phone_Bone.html

https://pornve.com/w496v36xfesi/Brazzers_-_Nursing_Nookie.html

https://pornve.com/w4avr49b4myq/1_800_Phone_Sex_Line_8.html

https://pornve.com/w4ddg1j4bm6t/Eva_Notty__Kianna_Dior_-_Angry_Milfs_In_The_E_R.html

https://pornve.com/w4hoaa35nsxd/Staci_Carr_-_It_Swallows_-_Part_1.html

https://pornve.com/w4lu6z2ta9hr/Kimberly_Kendall__Simone_Sonay_-
_Make_It_Up_To_Me_With_A_Threesome.html

https://pornve.com/w4pgxuninvzz/Monique_Alexander_Isiah_Maxwell_1_800_Phone_Sex_Line_7.html

https://pornve.com/w4qu0by7kjy5/India_Summer_-_Show_Me_The_Yoni.html

https://pornve.com/w4r72wjn5q1m/HotAndMean_Amara_Romani_Phoenix_Marie_Our_Babysitters_Butt_-
_Part_1_24_08_16.html

https://pornve.com/w4wc0851ny8g/Stepmoms_Spring_Cleaning_Brazzers.html
https://pornve.com/w4z0oewkg2fi/Alexis_Ford_-_Alexis_Youre_The_Boss.html
https://pornve.com/w4zbpkzo977a/Brazzers_-_Doing_The_Dishes.html
https://pornve.com/w52hpa4eflus/Lizz_Tayler_-
_A_Rumor_That_Goes_Around_Cums_Around_On_Your_Tits.html
https://pornve.com/w534jrohqoky/karolyne_vibe_bang_to_the_beat.html
https://pornve.com/w57tkskgh9mt/Madison_Ivy_-_Slut_Du_Jour_-_Part_2.html
https://pornve.com/w57vffdzw9qm/Delicious_Tits1_Christy_MAck.html
https://pornve.com/w582t3mzga5n/Aletta_Ocean_-_Lost_In_Brazzers_-_Episode_3.html
https://pornve.com/w5bh05cnat4x/Christy_Mack__Rachel_Roxxx_-
_Freaks_And_Geeks_And_Teets.html
https://pornve.com/w5bvqus52feh/Abigail_Mac_-_Ride_It_Out.html
https://pornve.com/w5hg2g7ent32/BigWetButts_London_Keyes_Hot_Rod_Hussie_06_07_2017.html
https://pornve.com/w5ir9ddm75yp/Casca_Akashova__Kendra_James_-_Caught_Red_Handed.html
https://pornve.com/w5mpensbuv16/StreetBlowJobs_-_Lucy_Lei_Bust_A_Nut.html
https://pornve.com/w5sd77ojts8l/Adriana_Chechik_-_Warm_Welcum.html
https://pornve.com/w5v1briw6sdu/2020_08_05__Oiling_Up_Havana__Dirty_Masseur__Havana_Ginger.html
https://pornve.com/w5whhqmdr083/Abella_Danger__Zoey_Monroe_-_Go_With_The_Flow.html
https://pornve.com/w5wms0e0kycf/Kenzie_Taylor_-_Fucking_Clueless.html
https://pornve.com/w5y96ghqi2kz/Jordan_Pryce_-_Fucking_To_America.html
https://pornve.com/w5z3snajy6zu/Aoki_Kalani_-_Good_Fuck_Charm.html
https://pornve.com/w6064oa7my1b/Lucia_Love__Michelle_Thorne__Mila_Milan__Tamara_Grace_-
_ZZ_Cup_-_Team_Tits.html
https://pornve.com/w67lg6k9ju39/Avery_Black_Oliver_Davis_-_RK_At_Home_Averys_Fake_Fight_-
_RK_Prime_-_Reality_Kings.html
https://pornve.com/w68pk4gvrssi/Ashley_Adams_Robby_Echo_Bucked_and_Fucked.html
https://pornve.com/w6922vtwxueo/Kendra_Spade_-_Glow_In_The_Dark_Dicking.html
https://pornve.com/w6flqdbgtxdu/This_Docteur_Has_A_Rather_Capricious_Patient_Doctor_Adventure.html
https://pornve.com/w6j6n4dcjjcs/Veronica_Rodriguez_-_After_Shower_Soak.html
https://pornve.com/w6p22nh5t8kx/Luna_Star_-_Reflection_Eternal.html
https://pornve.com/w6p93bl9dauh/Gia_Dimarco_-_Dirty_Gia.html
https://pornve.com/w6z3mq7mjaex/Marta_La_Croft_-_Cumming_Out_Of_A_Coma.html
https://pornve.com/w7aowzjik4oc/Rachel_Starr_Jessy_Jones_-_Private_Eyeful_-
_Real_Wife_Stories.html
https://pornve.com/w7bhb3vqxvjk/Anal_AJ_Applegate_13_Top_Rated_Porn_Video_Of_Today_37_Most_Play
ed_Porn_Video_Of_Today_63_Top_Rated_Porn_Video_Of_Week.html
https://pornve.com/w7ge5yzkxp5q/Skyla_Novea_-_Raving_About_Her_Tits.html
https://pornve.com/w7jq28y1ndk9/BigTitsAtWork_Natasha_Nice_40Office_Initiation41.html
https://pornve.com/w7nsx6tkw5k1/Kelly_Divine_-_Twerking_On_The_Dick_So_Divine.html
https://pornve.com/w7sa7iz80wb2/Alena_Croft_Ricky_Johnson_-_Mommys_Busy_-
_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/w7wu87uj6362/Lust_Bite_-_Episode_2.html
https://pornve.com/w82cik5ccedt/Angelica_Taylor_-_Beady_Booty.html
https://pornve.com/w89chfxjbws3/blonde_blowjob_big_tits_ass_cumshot_babe_bigwett_britney_amber_off
ice_anal_3505_177_plays_published_on_4_hours_ago_will_update_ina_few_hours_category_anal_hardcore
_pornstar_britney_amber_tags_butts.html
https://pornve.com/w8c5y8j40j03/BabyGotBoobs_Daya_Knight_Best_Jog_Ever_-_15_11_2016.html

233

https://pornve.com/w8dqn0qub45p/Brandi_Bae__Mandy_Muse_-_Spring_Break_Beach_House_Party.html
https://pornve.com/w8etddqu76qf/MilfsLikeItBig_Alexis_Fawx_Romi_Rain_Pervert_In_The_Park_-_12_11_2016.html
https://pornve.com/w8lxbj3qwjhp/Emily_Mena_-_My_Stepsisters_Baby_Oil.html
https://pornve.com/w8tlzo084rbq/Natalie_Brooks_Charles_Dera_-_Bad_Ballerina_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/w8vdt6h02hcp/Isis_Love_-_Mall_Cop-A-Feel.html
https://pornve.com/w8xv1h964nym/When_Lisa_Ann_cums_over_watch_online_for_free.html
https://pornve.com/w940035ihdh0/Angelica_Taylor_-_Youre_Gonna_Pay_For_That.html
https://pornve.com/w96u4m60qb6a/Madison_Ivy_nurse.html
https://pornve.com/w99u10o5gkcl/Diamond_Jackson_-_Gimme_That_Dick.html
https://pornve.com/w9jlm8phxo5q/Gianna_Dior_-_Pussy_Unlocked.html
https://pornve.com/w9n6zwpminad/Brazzers_-_Brandi_Love_Mounted_By_My_Mother_In_Law.html
https://pornve.com/w9u1bicxt44q/Gia_Dimarco_-_Hurtin_For_A_Squirtin.html
https://pornve.com/w9ujwpb8yt8i/Candy_Manson_-_Doctors_WHOREders.html
https://pornve.com/w9um1ie2sykr/Melissa_Moore_-_A_POV_Patient_Pounding.html
https://pornve.com/wa0hvfg2npb2/Sara_Jay_-_Bring_Me_The_Manager.html
https://pornve.com/wa23ew3cqa9h/My_Stepmom_And_Her_Sister_Brazzers.html
https://pornve.com/wa37dczxexzs/Alexis_Ford_-_Trick_Or_Treat_Or_Bukkake.html
https://pornve.com/wa3ytu9mvpng/brazzers_lexi_luna_what_are_you_doing_to_my_friend.html
https://pornve.com/wa55s2s4qz06/stretching_with_danika.html
https://pornve.com/wa6bdi5hm8xi/Nicole_Bexley_Blacked.html
https://pornve.com/waave2k10ovm/Flexi_Gracie_Glam_Hot_Oiled_Workout.html
https://pornve.com/wagd1xlmnupo/Bridgette_B__Nina_Kayy_-_Blowing_On_Some_Other_Guys_Dice.html
https://pornve.com/waht0w827svr/Sophia_Lomeli_-_The_Jordan_Hour_Of_Power.html
https://pornve.com/wam8mlbzv25b/Nicole_Aniston_-_Summertime_And_The_Livin_Is_Sleazy.html
https://pornve.com/waox2vrmkieu/Houston_-_The_Sex_Games.html
https://pornve.com/watyw26telw9/Jade_Dylan_and_Aubrey_Rose_Sexting.html
https://pornve.com/wau58546pmbp/MikesApartment_Cherry_Kiss_-_Cherry_Sweet_13_07_2016.html
https://pornve.com/wb19kibkj8ls/Julia_Ann_-_Hot_Nurse_Gets_The_Cock_Pumpin.html
https://pornve.com/wb1dv0cqrshy/Money_Talks_pump_service_big.html
https://pornve.com/wb3bgbctg6hg/Kagney_Linn_Karter__Kendra_Lust_-_Tittyfuck_Airways.html
https://pornve.com/wb4f4hbmip71/Scott_Nails_Always_Has_To_Bail_Out_Early_With_Jenna_Haze_And_Then_Go_For_Another_Round_Jenna_Haze_Best_Workout_Routine.html
https://pornve.com/wb8akig4tlua/Ella_Hughes_-_Good_Boy.html
https://pornve.com/wb8gh4uzuiz8/rkprime_17_10_26_victoria_june_keep_your_mask_ontk.html
https://pornve.com/wbfkx3vynvwy/F5-MilfHunter_Reagan_Foxx_Surveying_The_MILF.html
https://pornve.com/wbm3whlvjyrz/Escandalo_2_-_LaSirena69_Luna_Star__Chris_Diamond.html
https://pornve.com/wbpkxvlzivem/August_Taylor_Beady_Booty_First_Anal.html
https://pornve.com/wbpt5g5m81d4/Teri_Weigel_-_Playtime_With_Teri.html
https://pornve.com/wbrfs5p4m44e/RealWifeStories_Mia_Li_Dick_Deep_In_The_Designer.html
https://pornve.com/wbsv0wd11wig/Moms_Bang_Teens_11_2015_Reality_Kings_Scene_3.html
https://pornve.com/wbt4lkish7jt/J_Love_-_Big_Gamble_On_Big_Tits.html
https://pornve.com/wbv79xjp93dj/Dillion_Harper_Call_Center_Coochie.html
https://pornve.com/wbvq8n77kg3j/Scarlett_Sage_-_Tiny_Teen_Hooker.html
https://pornve.com/wby1dd8wjz5n/Jessica_Moore_-_Anal_Bunny_Birthday.html

https://pornve.com/wc2p1yqhcjvs/Blanche_Bradburry_Danny_D_-_First_Class_Ass_-_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/wcgjs625t6cb/Amy_Anderssen_-_Itchin_for_a_Petition.html

https://pornve.com/wcgy8jhri9ek/RKPrime_Blondie_Fesser_Thick_Blondie_-_23_10_2016.html

https://pornve.com/wcm6691hr74h/Valerie_Kay_-_Im_Not_A_Hooker.html

https://pornve.com/wcmyeoiw45va/Madison_Ivy_and_Aletta_Ocean_-_Tour_of_London_Part_Two.html

https://pornve.com/wcpauw6ayq5p/slut_gets_offered_a_free_massage_after_getting_ditched_by_her_boyfriend_its_a_ploy_to_fuck_her_but_she_doesnt_mind_much.html

https://pornve.com/wcr20lawy51w/The_Cougar_Countdown_Brazzers.html

https://pornve.com/wcuq8x7huaky/Kayla_Kayden_Dont_Touch_Her_33_Anal.html

https://pornve.com/wcy3yiu61g8y/Kissa_Sins__Rachel_Starr_-_Sexual_Paradise.html

https://pornve.com/wd1cjntreiep/Alektra_Blue__Nikki_Benz_-_Horny_Hosts_Of_Hell.html

https://pornve.com/wd3liz6jvitv/Bella_Rolland_Xander_Corvus_-_Chain_Linked_Fuck_-_Baby_Got_Boobs_-_Brazzers.html

https://pornve.com/wd9w8yfm19gp/Sophia_Lomeli_-_Basket_Whore.html

https://pornve.com/wdaiet0p34d4/Bridgette_B_-_Titty_Heist_-_Part_1.html

https://pornve.com/wdccnyzbp0ss/1800_Phone_Sex_Line_10_Lela_Star_Luna_Star__Van_Wylde.html

https://pornve.com/wddgl5la3ufg/Katja_Kassin__Luscious_Lopez_-_Going_Once_Going_Twice_Buttsex.html

https://pornve.com/wddrly9hct22/Alexis_Fawx__Briana_Banks_-_MILFriendly_Neighborhood.html

https://pornve.com/wde7ybfr8f13/One_Night_Is_Too_Long_-_Part_2.html

https://pornve.com/wdgxcosr6bqj/Amy_Brooke_-_Works_The_Pole.html

https://pornve.com/wdjrwevtv5dc/Jynx_Maze_And_Ariella_Ferrera_CFNM.html

https://pornve.com/wdlukuj2xr4i/Ella_Knox_Alex_Legend_-_Ella_Wants_Anal_-_Monster_Curves_-_Reality_Kings.html

https://pornve.com/wdq7zxqneguf/rkprime_19_06_18_karissa_shannon_shannons_got_game.html

https://pornve.com/wdsbshb1a7q3/Bella_Rose_Steve_Holmes_-_Big_Thermometer_Energy_-_Doctor_Adventures_-_Brazzers.html

https://pornve.com/wdvjux6js0im/Aaliyah_Hadid_-_The_Liar_The_Bitch_And_The_Wardrobe.html

https://pornve.com/wdxb9b44z2gm/Chantelle_Skye_-_Whats_Prom_Without_A_Little_Porn.html

https://pornve.com/wdxrc10boohx/Gina_Valentina_-_Cum-Shot_Caller.html

https://pornve.com/wdy1kr69vdmr/Jenni_Lee_-_Suck_For_My_Silence.html

https://pornve.com/we164g7bzsjt/Alina_Lopez_Stirling_Cooper_-_Bad_Bunny_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/we1it8fohez7/Madelyn_Marie_-_Crashing_Johnnys_BBQ.html

https://pornve.com/we6cdzmkukt3/Brazzers_Happy_Bday_Fuck_My_Mom_Brazzers_2017_Isis_Love_Lucas_Frost_Mommy_Got_Boobs_Latina_B.html

https://pornve.com/we8kby0wg1v1/BigTitsAtSchool_Sofi_Ryan_My_How_Youve_Grown.html

https://pornve.com/we9okbr97gkg/Brazzers_-_Sexy_doctor_Ania_Kinski_fucks_patients_big_cock_.html

https://pornve.com/webb3meh6v8k/MommyGotBoobs_-_Ava_Addams_Moms_Christmas_Stuffing_15_December_2015.html

https://pornve.com/weh9ctdnpa1l/Layton_Benton_-_Soaking_Wet_Revenge.html

https://pornve.com/weouxdppzni4/Diamond_Jackson__Isis_Taylor_-_Bra_Tug_Of_War.html

https://pornve.com/weqjqt1xxkpn/Klarisa_Leone_-_Lets_Sweat_It_Out.html

https://pornve.com/wesvmnmnvio0/Audrey_Bitoni__Raven_Bay_-_Go_Fuck_Yourself.html

235

https://pornve.com/wezy88igmlyu/MommyGotBoobs_19_08_29_Maggie_Green_-_Shes_Sneaky_Sweet_XXX.html
https://pornve.com/wf00zpsc224z/Autumn_Falls_Xander_Corvus_-_Inside-Her_Trading_-_Big_Tits_At_Work_-_Brazzers.html
https://pornve.com/wf689q85w4q6/Kissa_Sins__Madison_Ivy_-_Wet_And_Waiting.html
https://pornve.com/wf7q2ryk9kni/Daizy_Cooper_Michael_Vegas_-_Daddys_Perfect_Darling_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/wf8mzvgkjz3z/Aryana_Adin_Robby_Echo_-_Hot_Tub_Hopping_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/wf8q8lgorxx9/Brazzers_-_Alice_Fabre_Manic_Pixie_Cream_Girl.html
https://pornve.com/wffnjptc5yw4/Maddi_Sinn__Kagney_Linn_Karter_-_A_Flash_Of_Genius.html
https://pornve.com/wfj4zh5tza5r/BigTitsAtWork_17_04_09_Jasmine_Webb_Interview_With_A_Busty_Boss_XXX_-KTR.html
https://pornve.com/wfmddnf8nd0c/MommyGotBoobs181022KendraLustMommyMeetsATeenIdol.html
https://pornve.com/wfmszzc7qyzf/Bringing_Down_The_House_Brazzers.html
https://pornve.com/wfn5n02b2xjh/Khloe_Kapri_-_Checkmate.html
https://pornve.com/wfo1d3w4xe7v/buggati_baby.html
https://pornve.com/wfr5e0sn06o2/Ellena_Woods__Skin_Diamond_-_A_Secret_Shower.html
https://pornve.com/wg4chgejeg2o/Jenna_Foxx_-_A_Tip_For_The_Waitress.html
https://pornve.com/wgaf4wdhmy2r/Nicolette_Shea_Jordi_El_Nino_Polla_-_School_Of_Hard_Knockers_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/wgbxrwtqj2vs/Raylene_-_Sparkled_Big_Ass.html
https://pornve.com/wgfykz7viz2m/August_Taylor_Anal_Maid.html
https://pornve.com/wguy55ukhwze/AJ_Applegate_-_Escape_From_Asscatraz.html
https://pornve.com/wgw2x4ur45sm/Leda_Bear_-_Pussycraft.html
https://pornve.com/wgz6aul9dioe/Amber_Jayne_-_Pounded_By_The_Plagiarist.html
https://pornve.com/wh5n79sjf55b/BigTitsPhoenix_Marie_breaking_and_inserting_huge_penis_deep_inside_her_pussy.html
https://pornve.com/wh6w5vnirfcm/Nickey_Huntsman_-_Chasing_After_Her_Friends_Bros_Cock.html
https://pornve.com/wh99gxq13a54/Hot_Teen_Sister_Doesnt_Mind_Sharing.html
https://pornve.com/whb0wfn6mi14/Ella_Knox_-_Busted_At_The_Banana_Shop.html
https://pornve.com/whdra3lc9b7p/Nicolette_Shea_-_Day_With_A_Porn_Writer.html
https://pornve.com/whdt32q4n1gq/Nicolette_Shea_-_Im_Not_Cheating.html
https://pornve.com/wheblnn96e61/Asa_Akira_And_Christy_Mack_-_I_Still_Havent_Fucked_What_I_Am_Looking_For.html
https://pornve.com/wheyxpv7n2dg/Casey_Cumz__Nikita_Von_James_-_Swingers.html
https://pornve.com/whkemwwbggpk/Diana_Prince_-_The_J_O_R_D_A_N_System.html
https://pornve.com/whn7urw8yez1/Ella_Hughes_-_ZZ_Improv.html
https://pornve.com/whqkcx0i6f0y/Missy_Martinez_-_Listening_And_Lust.html
https://pornve.com/whquzzdr0525/Ashlynn_Leigh_-_Its_My_Party_And_Ill_Cum_If_I_Want_To.html
https://pornve.com/wi13uphd2npu/Gianna_Dior_Keiran_Lee_-_Pussy_Unlocked_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/wi2moc6shd99/Johnny_Sins_Private_Dick_Nicolette_Shea.html
https://pornve.com/wi554l6ls1sk/Gianna_Dior_Chad_White_-_Ass_Dance_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/wi7bqvve5p2d/Power_Bangers_XXX_-_Episode_3.html
https://pornve.com/wicwayewlfkk/Bettina_DiCapri_-_Community_Servicing.html
https://pornve.com/widmmgt708t1/Karmen_Karma_-_Karmas_A_Big_Butt_Bitch.html

236

https://pornve.com/wijz27yqvfnd/Mia_Malkova_-_Always_Think_Happy_Thoughts.html
https://pornve.com/wikdcuygwcl2/Dani_Jensen__Shyla_Jennings_-_Can_I_Have_My_Birthday_Cock.html
https://pornve.com/wilwcpypt9bu/Abigail_Mac_Manuel_Ferrara_-_Serviced_In_Her_Room_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/wiqgdux1bwzb/Abella_Anderson_-_Suckretary.html
https://pornve.com/witfrthk9brc/Karma_Rx_Small_Hands_-_Cum_Rain_Or_Shine_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/wivi5ly23bi5/RealWifeStories_Brazzers_Eva_Lovia_My_Fucking_High_School_Reunion.html
https://pornve.com/wixsg6t2ymyh/Brazzers_House_-_Episode_7.html
https://pornve.com/wjc3vj9knpkp/Bridgette_B_-_Step_Up_To_Get_Your_Dick_Up.html
https://pornve.com/wjcfcrjktek7/Aaliyah_Love_-_Tie_Me_Up_Dick_Me_Down.html
https://pornve.com/wjjkexzfiqpf/Madison_Ivy_-_Whats_The_Problem.html
https://pornve.com/wjmvg8kfxywq/Diamond_Foxxx_-_Office_Tease.html
https://pornve.com/wjnehn66hlyk/Diamond_Jackson_Ricky_Spanish_-_A_Pot_of_Golden_Dildos_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/wjoawn8kek0x/Bill_Bumpin_Butt_Fuckin_Diana_Prince__Scott_Nails.html
https://pornve.com/wjuximww601q/Jasmine_Jae_Keiran_Lee_-_Waking_Up_The_Comatose_Cock_-_Doctor_Adventures_-_Brazzers.html
https://pornve.com/wjwy34z4gtyh/Akira_Lane_-_Mama_Cum_Home.html
https://pornve.com/wjybdahv7b6c/Tiffany_Fox_-_He_Talked_Me_Into_It.html
https://pornve.com/wjzldnm0fqxn/_Brazzers_-_Busty_blonde_army_gal_Nicole_Aniston_fucks_a_soldier_.html
https://pornve.com/wk44x7o7bf5b/HOT_MILF_HARD_ANAL_JR_CARRINGTON.html
https://pornve.com/wk8l57e18plw/Tila_Flame_-_Amazing_Teen_Black_Chick_Fucked.html
https://pornve.com/wk9qvy1vtkmd/Bonnie_Rotten__Riley_Reid_-_That_Slut_Does_Porn.html
https://pornve.com/wka3wev87wvx/Can_I_Bother_You_For_A_Tall_Glass_Of_Dick.html
https://pornve.com/wkabu0kooxvn/Asa_Akira__Malena_Morgan_-_Asian_Persuasion.html
https://pornve.com/wkeo5bqj8p99/big_tits_at_school_brazzers_nina_north_jessy_jones_the_make_up_exam.html
https://pornve.com/wkihgesgwevq/Hailey_Star_-_Lucky_Samaritan.html
https://pornve.com/wkkjfau2x1gl/Lisa_Ann_-_Stepmom_Lends_A_Hand.html
https://pornve.com/wkltddx0qu6s/Lylith_Lavey_-_Tits_For_Tickets.html
https://pornve.com/wkpiymnuszed/Alexis_Malone_Krissy_Lynn_Bobbi_Starr_Jenny_Hendrix_Amy_Brooke_Emma_Heart_Kelly_Devine_And_Melissa_Lauren.html
https://pornve.com/wksi4s7hqozc/Jayden_Jaymes_-_Casual_Friday.html
https://pornve.com/wkucmt8aiidd/Natalia_Starr_Xander_Corvus_-_Red_Hot_Yoga_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/wkvc1xs5g4yd/Bridgette_B_-_Balled-Room_Dancing.html
https://pornve.com/wkvnk35gqlm5/Adriana_Chechik_Charles_Dera_-_Testing_My_Relationship_Too_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/wkwuv9mcwhr8/Ava_Addams_-_Moms_Christmas_Stuffing.html
https://pornve.com/wkzat9e1j36z/Anikka_Albrite_-_Hot_New_Anal_Hardcore.html
https://pornve.com/wl3qcykdaxe0/Candy_Alexa_-_Jiggly_Jump_Rope.html
https://pornve.com/wl4a404l3pd5/Husband_fucks_his_wife_s_younger_sister.html
https://pornve.com/wl74dj3xjpm8/Bridgette_B_-_Wet_Hot_Yoga.html
https://pornve.com/wl8su5sh3jzd/Joanna_Angel_-_Massage_Yourself.html

https://pornve.com/wlb2smfwkajt/Lilli_Vanilli_Danny_D_Putting_It_In_Her_Slot.html
https://pornve.com/wlc17g285b6m/Shay_Fox_-_Getting_Lucky_At_The_Casino.html
https://pornve.com/wln6ktqltlxr/Eva_Notty_-_Busty_Study_Buddy.html
https://pornve.com/wln75g1vhw9h/Nikki_Benz__Summer_Brielle_-_Vice_Squad_Discipline.html
https://pornve.com/wlr3hv75jkpy/Peta_Jensen_-_The_Rough_Shagging_Shrink.html
https://pornve.com/wlspsws0q2f4/Charley_Chase_-_Charleys_CPR_Seminar.html
https://pornve.com/wlv3keoff2qy/Around_The_Kitchen_Chores_Brazzers.html
https://pornve.com/wlv5x54j3qk7/Alessandra_Jane_-_The_Mischievous_Maid.html
https://pornve.com/wlxplzowl4tf/Holly_Halston_-_Ribbon_Cunting_Ceremony.html
https://pornve.com/wlxuboflxe5c/Brand_New_Sassy_Scarlett_Jennings_Has_A_Nice_ASS_GFR.html
https://pornve.com/wlyddp6gaakv/Monique_Alexander_-_Interoffice_Intercourse.html
https://pornve.com/wlygk75en9jh/Monique_Alexander_Scott_Nails_-_Hands_Off_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/wm32xeh3x54b/Cali_Carter_-_Holosexual.html
https://pornve.com/wm5xyt5zwa9v/Asa_Akira_-_Working_The_Night_Shift.html
https://pornve.com/wm797lx337lu/Alura_TNT_Jenson__Syren_De_Mer__Tiffany_Mynx_-_Try_My_MILF_Shake.html
https://pornve.com/wmcspdl9fxky/Brandi_Love_-_Brandi_Loves_The_Contractors.html
https://pornve.com/wmixu1rlm148/Savannah_Stern_-_Dictator_Tits.html
https://pornve.com/wmiykuo4ycau/Jessica_Jaymes_-_Milking_The_Patient.html
https://pornve.com/wmlak46l9vht/Sister_in_Law_Means_Well_Synthia_Fixx__Keiran_Lee.html
https://pornve.com/wmmfadt7uj9v/Peta_Jensen_New_Video.html
https://pornve.com/wmnvlq17hmv9/Stella_Cox_-_Stella_Cox_Gets_Taken.html
https://pornve.com/wmpgu489l44z/Nikky_Dream_-_Foamy_Fucking.html
https://pornve.com/wmv3jkewhpge/blonde_blowjob_big_tits_ass_office_babe_britney_amber_office_anal_3505_42_plays_published_on_27_minutes_ago_bigwettbutts_category_anal_hardcore_pornstar_britney_amber_tags_anal.html
https://pornve.com/wn06fmw9i65r/Courtney_Cummz_-_Hustling_Whore.html
https://pornve.com/wn2tk6ynwohe/Summer_Brielle_-_Posing_Nude_For_The_Painter.html
https://pornve.com/wn91s0hw7psn/Rebecca_Jane_Smyth_Sam_Bourne_-_Turning_On_His_Girlfriends_Mom_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/wnbk96txtadx/Katie_Jordin_-_I_Stole_Mamas_Massage.html
https://pornve.com/wnjo72zsa2kj/Bella_Rolland_Chain_Linked_Fuck.html
https://pornve.com/wnlejc5wexrr/Marital_Demise_-_3.html
https://pornve.com/wnm2rrxwnohr/Holly_West__Tanya_James_-_Big_Tits_R_Us.html
https://pornve.com/wns6n9re1krl/Audrey_Bitoni_Keiran_Lee_-_Unfinished_Business_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/wntsehl3o8aw/Riley_Reid__Veronica_Rodriguez_-_Straight_A_Squirters.html
https://pornve.com/wnvhzayisat7/Massaging_the_Ex_Diana_Prince__Bill_Bailey.html
https://pornve.com/wnwp7t6bta0y/Brazzers_Live_-_33.html
https://pornve.com/wnylyxda88rp/Ariella_Ferrera_-_Male_Order_Bride.html
https://pornve.com/wnz1ypgfs04k/Reagan_Foxx_-_Bronzing_In_The_Batters_Booth.html
https://pornve.com/wo6u9vo90tg3/Sofia_Lee_-_Stroking_The_Guards_Post.html
https://pornve.com/wo6vlyv77jip/DirtyMasseur_19_10_11_Gia_Milana_Gias_Deep_Rub_Down_XXX.html
https://pornve.com/wo780thi05ih/Ashley_Fires_-_Wham_Bam_Thank_You_Paper_Jam.html
https://pornve.com/wo79wmpz3smu/Joanna_Angel_Small_Hands_-_Hands_On_Joanna_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/wo7h7h0cy582/Jezabel_Vessir_-_You_Cant_Spell_Horny_Without_HR.html

https://pornve.com/wo7lx9zgo442/Juelz_Ventura_Ready_For_The_ANAL_Party.html
https://pornve.com/wo9y7kp701li/RKPrime_18_11_19_Brett_Rossi_And_Jillian_Janson_Classy_As_Fuck_XXX_SD.html
https://pornve.com/woaw0g9uv5aw/Asa_Akira__Katsuni__London_Keyes__Mia_Lelani_-_Office_4-Play_Asian_Sensation.html
https://pornve.com/wobw9hlkv1ti/Abella_Danger_-_Shower_Curtain_Cock.html
https://pornve.com/wolsf7ktyi4z/Noelle_Easton__Peta_Jensen_-_Running_Buddies.html
https://pornve.com/wonimioehrzu/Dayna_Vendetta__Lylith_Lavey_-_Peeping_John.html
https://pornve.com/woqwoyh6gc12/btiu_alanah_rae.html
https://pornve.com/wowcbl1vvhuw/StreetBlowjobs__RealityKings_Nikki_Snow_-_Meat_eater.html
https://pornve.com/woz2b9n7k6mf/Lela_Star_-_Best_Tits_Of_2011.html
https://pornve.com/wozfrl8d08m0/HD_GF_Reveng_Janice_Griffith_720p.html
https://pornve.com/wozyxkptw94x/Dollie_Darko_-_Dipping_Inside_Dollie_Darko.html
https://pornve.com/wp3mlzafgwxh/Lana_Harding_Danny_D_-_Time_And_Again_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/wp4s745xultt/Helly_Mae_Hellfire_-_No_Cock_Left_Behind.html
https://pornve.com/wp7j5818sevl/Lexi_Luna__Tia_Cyrus_-_The_Gift_Of_Cock.html
https://pornve.com/wpgncqr9s5eu/Anastasia_Hart_-_Massage_Theraphsody.html
https://pornve.com/wpjp809udlfb/Ashley_Fires_Sock_My_Cock_XXX_KTR_DailyPorn.html
https://pornve.com/wpk151w30q0n/Alessandra_Jane_-_Late_For_Church.html
https://pornve.com/wpsvpoo5g1p5/Rebecca_More_-_Rebeccas_Shower_Time_Fun_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/wpupgg9y6ky6/Claire_Dames_-_Letter_Of_Recommendation.html
https://pornve.com/wpvtig8dj8qz/Horny_Schoolgirls_Know_How_To_Have_Fun.html
https://pornve.com/wq2bjh9bmrne/Rich_Fucks_3_Bridgette_B__Isiah_Maxwell.html
https://pornve.com/wq6cv93a6rg3/Courtney_Taylor_-_Breaking_It_Off_With_A_Bang.html
https://pornve.com/wq6yqcr8v486/Abigail_Mac__Jessa_Rhodes_-_The_Ballad_Of_Johnny_Nathan_-_Part_2.html
https://pornve.com/wqctux2nobar/Shawna_Lenee_-_The_Fulfilment_Of_Shawna_Lenee.html
https://pornve.com/wqe511vfjbfv/DP_Deadly_Romi_Rain_Part_Four.html
https://pornve.com/wqivmiotvcos/Jezabel_Vessir_-_Jezabels_Sweet_Breasts.html
https://pornve.com/wqlhimihcu9n/Luna_Star_-_The_Future_Of_Fucking.html
https://pornve.com/wqmwv2f9qlcb/Brandy_Aniston_-_Show_Me_Dont_Tell_Me.html
https://pornve.com/wqodrx35xv4y/Alex_Coal_-_Lets_All_Fuck_In_The_Lobby.html
https://pornve.com/wqprscrpltnu/Brooke_Wylde_-_Be_My_Mannequin.html
https://pornve.com/wqrdh8bdnqe5/Brazzers_House_3_Finale_-_ZZ_Series_-_Brazzers.html
https://pornve.com/wr9x2sqstzrn/Sammie_Spades_-_G33K_Love.html
https://pornve.com/wrekth4w1izv/Sammy_Brooks_-_Making_Over_Mommies.html
https://pornve.com/wrfs5drvjlzs/Adriana_Chechik__Gabriella_Paltrova_-_Deep_In_Love_With_Her_Fist.html
https://pornve.com/wrj58uvxa8qu/Sally_DAngelo_Can_You_Help_My_Mom.html
https://pornve.com/wrkqld9vngrm/Gabriella_Paltrova_-_How_Rough_Does_She_Want_It.html
https://pornve.com/wrmcw6j05xej/Daisy_Haze_-_Cock_Hungry_Caregiver.html
https://pornve.com/wryegeh83szu/Valentina_Jewels_Johnny_The_Kid_Horny_Valentina_Gets_Anal_Day_With_A_Pornstar_Brazzers.html
https://pornve.com/wrzthh2c11vt/These_Boots_Were_Made_For_Fucking_Monique_Alexander_Markus_Dupree.html

https://pornve.com/ws036teaqu84/Cali_Carter_Karma_Rx_Charles_Dera_-
_If_You_Grow_It_They_Will_Cum_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/ws5sa7l3ksac/August_Ames_And_Ava_Addams_Jessy_Jones_Wife_Showers_With_The_
Babysitter.html
https://pornve.com/ws8uqhuqa204/realitykings2016-12-31_Wish_On_A_Star.html
https://pornve.com/ws9olg69kq6y/Alli_Rae_-_Adventures_In_Big_Cock_Babysitting.html
https://pornve.com/wsdaryg9rr69/A_Brazzers_Christmas_Special_Last_Part.html
https://pornve.com/wsdfgsi5ueig/Brooke_Belle_-_Getting_Head_In_Sex_Ed.html
https://pornve.com/wsgp2kzona8x/Brazzers_Family_Affairs_Part_1_Brazzers_Teens_Like_It_Big_Professional
_Story_Reality_White_Gi.html
https://pornve.com/wsnjsmmg7jcx/Briana_Blair_-_Virgin_Discoveries.html
https://pornve.com/wsrbdkwf0imt/Krissy_Lynn_-_Krissys_Delicious_Cookies.html
https://pornve.com/wsvhoko2dv1p/tempting_titties.html
https://pornve.com/wszdyiow9kit/Carolyn_Reese_-_Im_Gonna_Yoga_All_Over_Your_Face.html
https://pornve.com/wt3wwn8f2jxg/Carmen_Caliente_Xander_Corvus_-
_Horny_For_The_Holidays_Part_2_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/wt8dzbhu8m37/Allie_Haze__Harley_Jade_-_Anal_Xmas.html
https://pornve.com/wtittfvffyn4/Britney_Amber_-_Telling_On_The_Teacher.html
https://pornve.com/wtlz242u3tl5/Busty_woman_fucks_with_skinny_guy.html
https://pornve.com/wtm03snosm36/Peta_Rules_The_World.html
https://pornve.com/wtojp0ggp0x9/Kiki_Minaj_Danny_D_-_A_Little_Something_Extra_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/wtozs1dxudrl/Tia_McKenzie_-_Camp_Dickerdown.html
https://pornve.com/wtp9klp9s23e/Aubrey_Black_-_A_Step_Above_My_Husband.html
https://pornve.com/wtq0atdyys4v/Elsa_Jean__Katrina_Jade.html
https://pornve.com/wtr32qjsvk2h/Lily_Labeau_-_Masseuse_Switch_Up.html
https://pornve.com/wtrl1aykujwx/Carolyn_Reese_-_Selling_Yourself_Long.html
https://pornve.com/wtty0al4qpwg/MilfsLikeItBig_-_Brazzers_-
_Missy_Martinez_Michael_Vegas_Deep_Dive.html
https://pornve.com/wtx0qtev7pf5/Brazzers_Slayed_By_The_Maid_Tiffany_Mynx__Xander_Corvus.html
https://pornve.com/wtztatjpd92n/Brazzers_-_How_About_Cock.html
https://pornve.com/wu3u0xpvndwu/Elegance_in_Negligence_Brazzers.html
https://pornve.com/wu3uq9zxw1vq/ANAL_Aletta_Ocean_-_Lost_In_Brazzers_Episode_3.html
https://pornve.com/wu977oo6exd5/Phoenix_Marie_-_Mommy_Needs_Her_Cream.html
https://pornve.com/wu9h72hbaetz/Audrey_Gets_the_Batter_Up_Audrey_Bitoni_HD.html
https://pornve.com/wua7dnf6em5j/Ashly_Anderson_-_Working_Out_The_Kinks.html
https://pornve.com/wub5d718sxbm/Brazzers_-
_Krissy_Lynn_And_Jade_Baker_ZZ_Finishing_School_Of_Fucking.html
https://pornve.com/wubkjvorbxc5/Ava_Addams_-_Survey_My_Pussy.html
https://pornve.com/wudp2ugjjfcm/Jessie_Rogers_-_From_Bust_Til_Dawn.html
https://pornve.com/wuefqaav5deq/Casey_Cumz_-_Wheres_My_Shotgun.html
https://pornve.com/wufklnemxlt4/The_Slut_On_The_Sofa_Brazzers.html
https://pornve.com/wuh2nw9nm17k/Monique_Alexander_-_Whats_Taking_Her_So_Long.html
https://pornve.com/wuldascaw3cl/mic_cherie_molly.html
https://pornve.com/wuo1nct5ymnk/Dinner_For_Cheats_Angela_White_Kagney_Linn_Karter_Phoenix_Marie
_Johnny_Sins.html
https://pornve.com/wur7s4g8xfk8/Alena_Croft_-_Mommys_Busy.html
https://pornve.com/wut5ur3z38ca/Casey_Calvert_-_Black_Cherry_Pie.html

https://pornve.com/wuyr73awrzjv/Abigail_Mac_Keiran_Lee_-_Nailed_At_The_Estate_Sale_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/wuzta4s48nj4/Aaliyah_Love_-_Panty_Perv.html

https://pornve.com/wv266tcgp8zi/Real_Wife_Stories_Christy_Mack_One_Night_Stand_Christy_Mack_Anal.html

https://pornve.com/wv3qca1id1n1/Syren_De_Mer_-_Airtight_In_The_Bathtub.html

https://pornve.com/wv8pft6ae1k0/Barbie_Sins_-_Tight_As_Tape.html

https://pornve.com/wvgjezm5bprs/Ashley_Downs__Baby_Jewel_-_Stealing_The_Young_Stud.html

https://pornve.com/wvhpfazk7jbg/Sybil_Stallone_-_A_History_Of_Whoring.html

https://pornve.com/wvi2pd5ruv9p/Brazzers_-_Nicolette_Shea_-_Massage_Mirage.html

https://pornve.com/wviskpmihijj/RKPrime_Rina_Ellis_Monica_Asis_And_Karma_RX_Three_Gropists.html

https://pornve.com/wvp5x2vjq9mp/Mya_Mays_-_A_Family_Affair.html

https://pornve.com/wvruxwmwqtl9/Black_Blue_And_Red_Lena_Paul_And_Alex_Blake_Eat_It_Out.html

https://pornve.com/wvub7ydcvfbl/Esperanza_-_Big_Tits_In_Uniform_15_2015.html

https://pornve.com/wvufgycj156k/Nicolette_Shea_-_Smart_Ho-Me.html

https://pornve.com/wvx4z48fanka/Charlotte_Sartre_-_Fuck_The_Bourgeois.html

https://pornve.com/ww12lgdni40b/Alanah_Rae_in_Special_Formula.html

https://pornve.com/ww1mq5dszlfo/TeensLikeItBig_-_Evelyn_Claire_-_Cock_For_Arts_Sake.html

https://pornve.com/ww3l48s7a5lc/Brooke_Beretta_-_Workout_Sex_Club.html

https://pornve.com/ww54bo7ecwnx/Lilith_Shayton__Skyla_Novea_-_The_Kiss.html

https://pornve.com/wwg59kb7wmkw/Eva_Karera_-_Anal_On_Ice.html

https://pornve.com/wwhjrznedth9/Sluts_Love_Yoga_But_They_Love_Fucking_More_So_They_Drag_A_Peeper_Into_Their_Sweaty_Games.html

https://pornve.com/wwihkma0wd0r/Britney_ONeil_-_Fuck_The_Baby_I_Want_The_Titties.html

https://pornve.com/wwlsamsde0oy/Lisa_Ann_-_ZZ_Inside-Her.html

https://pornve.com/wwsx28084pi3/_Brazzers-_Redhead_Aleska_gets_down_and_dirty_with_her_personal_trainer_.html

https://pornve.com/wx18cbw4z5op/Eliza_Ibarra_-_Cucked_At_The_Carnival.html

https://pornve.com/wx32gsfepd85/Emily_Willis_-_Practice_Makes_A_Perfect_Slut.html

https://pornve.com/wx89zl71ug1f/Katana_Kombat_JMac_-_Bathing_Beauty_-_Baby_Got_Boobs_-_Brazzers.html

https://pornve.com/wx9fxuncprl0/MilfsLikeItBig_19_07_17_Ava_Addams_No_Trespassing_XXX_SD.html

https://pornve.com/wxbd5ujpovvt/Amber_Ivy_-_Ambers_Pantyhose.html

https://pornve.com/wxejhesrxzu5/Veruca_James_-_Lie_DICKtector.html

https://pornve.com/wxihskasnvvs/How_To_Take_A_Load_Brazzers.html

https://pornve.com/wxmkyfuffuql/BRAZZERS_Big_tits_at_work_Phoenix_Marie.html

https://pornve.com/wxwbz28qonau/Savannah_Fox_-_Naughty_Knots.html

https://pornve.com/wxwmvz3wog4m/big_tits_at_work_brazzers_nicolette_shea_keiran_lee_business_with_pleasure.html

https://pornve.com/wxy0k6uzaenu/Devon_Lee_-_I_Can_Fuck_My_Way_Out_Of_It.html

https://pornve.com/wxy5nl5cw4yo/MGB_Ava_Addams.html

https://pornve.com/wy0ewezjk0x6/Free_Anal_-_3.html

https://pornve.com/wy175fiq0dmb/Voodoo__Ava_Adams.html

https://pornve.com/wy5roetmvl0y/Chanel_Preston_Danny_D_-_Round_Two.html

https://pornve.com/wy63kg1a8efv/Ashlynn_Brooke_Clubbing_In_The_VIP_2_For_1_Pink_Ashlynn_Brooke_Up_Skirt.html

https://pornve.com/wy8ilvzqr08t/Peeping_Stepson_Rebecca_Jane_Smyth_Jordi_El_Nio_Polla.html

https://pornve.com/wyachxoaqbjg/Brandi_Love_-_Cleaning_Up_His_Mess.html

https://pornve.com/wydcq5ds6xve/Alexa_Nikki_Sammie_Rhodes_-_Chick_Flick.html
https://pornve.com/wyf2r5zd3cgi/Valentina_Jewels_Wet_And_Wild_Staycation.html
https://pornve.com/wyfjgatjvi0m/Dee_Dee_Lynn__Lezley_Zen_-_Lets_Work_It_Out_Together.html
https://pornve.com/wylht68o9f1r/Brazzers_-_cherie_deville_and_chloe_cherry_ill_show_you_how_its_done_momsincontrol_threesome.html
https://pornve.com/wyqk6oe2xnx1/Missy_Martinez_-_Ride_That_Ass.html
https://pornve.com/wys6iwzzquwb/Nicolette_Shea_-_ZZ_Kenfucky_Derby.html
https://pornve.com/wyts6wkf7g7y/Brooke_Wylde_-_Born_To_Be_Wylde.html
https://pornve.com/wyvhyl0fzdt9/Queen_Of_Thrones_Part_1.html
https://pornve.com/wyvk8akk7ng6/Ryan_Keely_-_Product_Placement_In_Her_Pussy.html
https://pornve.com/wyvnr9zvpt33/Katrina_Jade_Xander_Corvus_-_Drive_Me_Wild_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/wywc893xdy5f/ham_20_03_10_ariella_ferrera_and_vina_sky_scissoring_rivalry.html
https://pornve.com/wyz3y5jbkl8g/Ella_Knox__Kira_Noir_-_Healthy_Cumpetition.html
https://pornve.com/wz0ebckufggj/Lexi_Luna_Lucas_Frost_-_The_Boy_Toy_Deluxe_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/wz2po7nlorvk/Teen_Latina_Janice_Griffith_Anal_Quickie_Creepy_Fagot.html
https://pornve.com/wz5kcq2c99r2/Bridgette_B_-_You_Asked_Whore_It.html
https://pornve.com/wz6mhp7x6kj1/Eliza_Ibarra_Keiran_Lee_-_Diving_For_A_Good_Dicking_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/wza2wn82ydhm/Brazzers_-_Buttsex_Next_To_Bubby_Brazzers_Pornstars_Like_It_Big_Lena_Paul_Xander_Corvus_Blonde_.html
https://pornve.com/wzddqv9a8772/Abella_Danger_Yoga_Freaks_Episode_One.html
https://pornve.com/wzhj2nbsjizg/Aubrey_Addams_-_Maligned_Date.html
https://pornve.com/wzj7gq0kji4q/Brazzers_-_Naughty_Cali_Carter_sucked_and_fucked_the_hottest_guy_in_school_.html
https://pornve.com/wzjd4mk75cg2/Sofi_Ryan_Keiran_Lee_-_Late_Nut_Encounter_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/wzml92iux3df/Luna_Rival_-_The_Teen_In_The_Tub.html
https://pornve.com/wzozxreu2ckm/_ZZ_Lemonade_Dani_Daniels_.html
https://pornve.com/wzpphrut6qf3/The_Voyeur_Next_Door_-_Part_4.html
https://pornve.com/wzs1z0pg04k6/Gianna_Dior_-_Breaking_In_The_Ballerina.html
https://pornve.com/wztga0vzg1mn/Katie_St_Ives_-_The_Milking_Massager.html
https://pornve.com/wzw6pe2ev2da/Alexis_Fawx_Keiran_Lee_-_Day_With_A_Pornstar_Alexis_Fawx_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/x009elyuqu6b/Kendall_Woods_-_Get_Well_Poon.html
https://pornve.com/x00fbm0iznbv/Sophie_Dee_-_The_Sexorcist.html
https://pornve.com/x03v5l1zep75/Nikita_Von_James_-_Revenge_On_A_Gold_Digging_Slut.html
https://pornve.com/x03wdg5x44u5/Lena_Paul_-_On_The_Sidelines_On_Her_Knees.html
https://pornve.com/x04a5v0nvonf/Abella_Danger_-_Big_Booty_Balling.html
https://pornve.com/x05s2lwgwhzj/Jasmine_Jae_Jordi_El_Nio_Polla_-_What_Is_In_Your_Luggage_-_Milf_Hunter_-_Reality_Kings.html
https://pornve.com/x07iytatpokr/Angela_White_-_The_Magicians_Ass-istant.html
https://pornve.com/x07j8l0y7fbr/Kiki_Minaj_Danny_D_-_Organic_Orgasms_-_Brazzers_Exxtra.html
https://pornve.com/x0aorxhb5e3q/Holly_Halston_-_Balls_Of_Fire.html
https://pornve.com/x0c3qum5iaqq/ZZ_Sneakshot_Superstars_Moriah_Mills_Nicolette_Shea__Keiran_Lee.html
https://pornve.com/x0cgzmw7zt38/Sarah_Vandella_-_Only_One_Way_To_Save_The_Store.html

242

https://pornve.com/x0pnsw1qgl6y/Abella_Danger_Scott_Nails_Blonde_Blowjob_Pornstar.html
https://pornve.com/x0r8ec7kllq2/Holly_Hendrix_-_My_Mean_Sugar_Daddy.html
https://pornve.com/x0siihc1qjr7/DayWithAPornstar_-
_Joanna_Angel_Getting_Joanna_Out_Of_The_Shower.html
https://pornve.com/x112g1z856n3/My_mom_Aaliyah_Love_spies_as_my_boyfriend_fucks_my_pussy.html
https://pornve.com/x1189htmlrpx/Brazzers_MommyGotBoobs_Julia_Ann_My_Conjugal_Stepmother_NEW_E
arly_Release_July_23_2017.html
https://pornve.com/x11v165w1jyk/Moriah_Mills__Nicolette_Shea_-_ZZ_Sneakshot_Superstars.html
https://pornve.com/x12lgbav6ic6/Abigail_Mac_Tyler_Nixon_-_A_Dose_Of_Dirty_Discipline_-
_Big_Tits_At_School_-_Brazzers.html
https://pornve.com/x183dic9bykl/Alexis_Fawx_-_Independence_Lay.html
https://pornve.com/x189f6ihavwj/Christie_Stevens__Dayna_Vendetta_-_Dick_For_Dance.html
https://pornve.com/x1bmhux98zq0/Veronica_Vain_-_Fucking_With_A_Vampire.html
https://pornve.com/x1ce95fs55bt/Abbey_Brooks_-_Language_Banguage.html
https://pornve.com/x1cgouk48c5w/Jessie_Volt_-_A_Glass_Of_Bubbly_Butt.html
https://pornve.com/x1duhc0mvd6t/Madison_Ivy_-_The_Butler_Did_It.html
https://pornve.com/x1jgf4rub60v/New_Cali_Carter_Hard_Fuck_Big_Tits_In_Sports.html
https://pornve.com/x1jj7jx83e2f/Cindy_Hope__Madison_Scott_-
_Yoga_Photoshoot_Injected_With_Meat.html
https://pornve.com/x1lpheb9l8j8/Jessica_Big_Tittied_Blond_Girl_Gets_Fucked_Like_I_Just_Said.html
https://pornve.com/x1nnbu73i0r2/Brazzers-
_Stunning_milf_Veronica_Avluv_pays_the_doctor_a_visit_.html
https://pornve.com/x1rw6iszpr4m/Kat_Dior__Krissy_Lynn_-_Wax_On_Wax_Off.html
https://pornve.com/x1s1eogzfq97/fondling_peta_annika_albrite_friendly_glases_threeseome_blow_job_big_
tits_blow_job_gorgeous_girl_big_ass_pawg_peta_jensen_annika_albrite_friendly_fondling_cfnm_blowjob_Ca
tegory_.html
https://pornve.com/x1twgf6uu06t/Kayla_Kayden_-_Busty_Blondes_Ball_Handling_Lesson.html
https://pornve.com/x1vi9a4jvp27/Jolee_Love_Alex_Legend_-_Unzippable_Pleasures_-
_Monster_Curves_-_Reality_Kings.html
https://pornve.com/x1vtrbqvcytl/Gaia_-_Fraternizing_With_The_Enemy.html
https://pornve.com/x20vd500238a/Holly_Mandy_My_Girlfriends_Phat_Ass_Roomate_Thats_The_Way_We_
Do_It_005_Holly_Hendrix_And_Mandy_Muse.html
https://pornve.com/x21w1btu00ma/Pornstar_Go_Alexa_Tomas_Ella_Hughes.html
https://pornve.com/x23re3mwoup2/Abella_Danger_Brandi_Love_-
_Neighborly_Love_Motorbunny_Edition_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/x2551ke98z3i/Eva_Notty_-_Lesbian_Groupsex.html
https://pornve.com/x28ijje0fps7/Syren_De_Mer_-_Youre_A_Man_Now_Johnny.html
https://pornve.com/x29ofwxvf6hh/Brooklyn_Chase_-_Brooklyns_Big_Icy_Tits.html
https://pornve.com/x2ag7hy9djry/Switching_Lives_-_Part_2.html
https://pornve.com/x2c0hwr0tvgl/Jessica_Lynn_-_House_Of_Sluts_-_1.html
https://pornve.com/x2cc3p3zbxhm/Abbey_Brooks_Alexis_Ford_Amy_Brooke_Tasha_Reign.html
https://pornve.com/x2h3424mi5hh/MomsBangTeens_-_Kirsten_Lee_Jamie_Valentine-
Sexy_Seductress.html
https://pornve.com/x2hfd3qumqmg/Jessica_Jaymes_-_Take_Up_Thy_Stethoscope_And_Fuck.html
https://pornve.com/x2izggemxdpk/Thanksgiving_Fuckfeast_.html
https://pornve.com/x2jax46nkpjg/Corinna_Blake_-_The_Pussy_In_My_Pool.html
https://pornve.com/x2ma9fjj43wb/Kyler_Quinn_Studying_Her_Pussy.html

https://pornve.com/x2o8rr6txwvd/Nina_Milano_Xander_Corvus_-_Treat_My_Wife_Right_-_Dirty_Masseur_-_Brazzers.html

https://pornve.com/x2qjf1i1kn04/Shyla_Stylez_-_Hidden_Slut.html

https://pornve.com/x2rzjbnudodp/Petite_Princess_Eve_-_Out_Like_A_Light.html

https://pornve.com/x2sel7ydvpai/Rachel_Starr_-_Workout.html

https://pornve.com/x2wnuv4dhhzr/RealWifeStories_-_Monique_Alexander_Tearing_Up_Her_Rug.html

https://pornve.com/x2yp96x5xv4w/Nikita_Von_James_-_How_To_Win_Friends_And_Get_Fucked.html

https://pornve.com/x2zuxj0jaatu/Sativa_Rose_-_Alex_Bigrodus.html

https://pornve.com/x31dj9lsy2tk/FirstTimeAuditions_-_Aspen_Rose_Amazing_Aspen.html

https://pornve.com/x34fyyvh77q0/BrazzersExxtra_-_Lana_Mars_Pussy_Pong.html

https://pornve.com/x34k5w8d7ujj/Brazzers_My_Blindfolded_Stepmom.html

https://pornve.com/x34ut6rr8qr6/Alexis_Fawx__Brooklyn_Chase_-_Nailing_Ms_Chase_-_Part_2.html

https://pornve.com/x3gtah6ujrsj/Capri_Cavanni__Riley_Evans_-_Bound_To_Lez_Out.html

https://pornve.com/x3inlivx151d/MikesApartment_-_Nikky_Dream_One_Night_Only_12_28_16.html

https://pornve.com/x3ipy8iwsdx8/Ashley_Adams_Markus_Dupree_-_Fix_Me_A_Snack_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/x3l4tct15793/Rikki_Six_and_Keiran_Lee_Ass_Maid.html

https://pornve.com/x3n7i4spwco7/Georgie_Lyall_Danny_D_-_Date_Swap_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/x3rxn8a3q6ou/Jackie_Daniels_-_Orally_Fixated.html

https://pornve.com/x41121c4y5qn/Keisha_Grey_-_The_Resident_Slut_-_Part_2.html

https://pornve.com/x42f5mdw2njr/Family_Affair_PT2_Monique_Alexander0_Mya_34_Top_Rated_Porn_Video_Of_Today_45_Most_Played_Porn_Video_Of_Today_127_Top_Rated_Porn_.html

https://pornve.com/x42ykbjd05tf/Celeste_Star__Layla_Rose_-_Hot__Mean_Presents_Mofos_JUGGcuzzi_Lesbians.html

https://pornve.com/x44kapdlgvar/Carolina_Cortez_-_The_More_Carolina_The_Better.html

https://pornve.com/x49x7i6ca6bs/Cory_Chase_-_The_Coachs_Wife.html

https://pornve.com/x4ipiejqpoi0/MomsBangTeens_Sydney_Cole_Cassandra_Cain_Super_Sydney_-_01_08_16.html

https://pornve.com/x4nnzyh70thf/Dillion_Harper__Rachel_Starr_-_The_Submissive_Stripper.html

https://pornve.com/x4oirfh24grn/Christie_Stevens_-_The_Dewey_Cocks_Story_-_Part_2.html

https://pornve.com/x4rdrp5fwxvi/Aiden_Starr_-_Asking_For_Her_Blessing.html

https://pornve.com/x4rvgvbed63a/Alura_Jenson__Joslyn_James_-_MILF_Wars.html

https://pornve.com/x52oyaghkk7s/Bethany_Benz_-_The_Perfect_Set.html

https://pornve.com/x589ulb304sj/Isis_Love_-_The_Headshot.html

https://pornve.com/x591b4k300hz/Tia_Cyrus_My_Phys_Ed_Teacher_Fucked_My_Tits.html

https://pornve.com/x5cj4ihpw9f1/Ashly_Anderson_-_Post-Workout_Smoothie.html

https://pornve.com/x5f6dkocf8wi/Becky_Bandini_-_A_Slippery_Situation.html

https://pornve.com/x5g2q26lfd77/diamond_jackson_and_jasmine_webb_squirt_in_the_teachers_office_ebony_squirt_battle_diamond_jackson_jasmine_webb.html

https://pornve.com/x5g4rcqc4bid/Taylor_Wane_-_Plaster_Penis.html

https://pornve.com/x5kkabtsaeo7/August_Ames_-_ReStockings.html

https://pornve.com/x5n4c6jldf0c/Katie_Jordin_-_Fuck_Me_Or_Im_Telling.html

https://pornve.com/x5tz4wrmaszm/Katie_Kush_-_Fuck_From_Experience.html

https://pornve.com/x5vuwb9b59s4/Anissa_Kate_-_Sofa_So_Good.html

https://pornve.com/x5wjwbsbfwmb/Rachel_Starr_-_Chastity_Chase.html

https://pornve.com/x612hkzdxew6/Brooke_Brand__McKenzee_Miles_-_Tiny_Dancers.html

https://pornve.com/x646xd29qljn/bwb_20_03_11_vicki_chase_domasstic_maintenance.html

https://pornve.com/x6568nq4mh7e/RayVeness__Tessa_Lane_-
_Your_Horny_Neighborhood_Lesbian.html
https://pornve.com/x6epfrp886t3/Joanna_Angel_-_Is_He_Gonna_Cheat_Again.html
https://pornve.com/x6nrdvt7mr0h/MomsInControl_-Ava_Addams_Gianna_Dior_-
Mother_Daughter_Boning.html
https://pornve.com/x6pi6grrvt2a/Brazzers_-_Candi_Kayne_A_View_Of_The_English_Cuntryside.html
https://pornve.com/x6r0x4shnp4q/Jayme_Langford__Valerie_Rios_-_Youre_My_Bitch_Now.html
https://pornve.com/x6to8e8wu5md/Alena_Croft_Xander_Corvus_-_But_Her_Mom_Will_-
_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/x7278d98zva4/Lana_Rhodes_Brazzers_Anal_Excersize_Ball.html
https://pornve.com/x78lc9agzes2/Carly_Rae_Danny_D_-_Getting_Fucked_On_My_Side_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/x78u1tqcddda/Bridgette_B_-_The_Butt_Plug_Burglar.html
https://pornve.com/x7d721bxhnzr/8thStreetLatinas_Sophia_Leone_Hot_Slut_Next_Door.html
https://pornve.com/x7i1eantx781/Andy_San_Dimas_-_One_Fuck_Over_The_Nurses_Cunt.html
https://pornve.com/x7i1u4q04ok2/Kailani_Kai_-_Bathing_With_Her_Boyfriend.html
https://pornve.com/x7i7d1fal1nx/Best_Of_Brazzer_Massage_Mania.html
https://pornve.com/x7lhpjw7m1nx/Kaylani_Lei_-_Nothing_Goes_To_Waste.html
https://pornve.com/x7pxnukjxgua/Charley_Chase_-_Johnny_Law_On_The_Chase.html
https://pornve.com/x7qhvr0ktj57/Mason_Storm_-_Earthquake_Drill.html
https://pornve.com/x7rolm1m2y2v/AJ_Applegate_-_Anal_Surprise_Party.html
https://pornve.com/x7wkgzl12xd3/Katana_Kombat_Keiran_Lee_-_Tap_Her_Tactically_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/x82ykccorm7n/Sky_Taylor_-_I_Hate_Big_Butts_And_They_Make_Me_Cry.html
https://pornve.com/x842cbiah115/Audrey_Bitoni_-_Audrey_Gets_The_Batter_Up.html
https://pornve.com/x84q9oc4bxw7/Getting_Her_Happy_Ending.html
https://pornve.com/x8n2rnpxf8b6/London_Keyes__Jessica_Jaymes_-_Masseuse_Muff_Munchers.html
https://pornve.com/x8pkdyvstufw/Liza_Del_Sierra_-_Asstronomy.html
https://pornve.com/x8y38n4rw0oi/Shayla_Leveaux_-_My_Stepmoms_Panties.html
https://pornve.com/x8yn3woikv2r/Eva_Notty_-_There_Goes_The_Neighborhood_Scoundrel.html
https://pornve.com/x91u4jd78iek/Brazzers_-_Anny_Aurora_Virgin_Birthday.html
https://pornve.com/x9290i7t4k7g/Brazzers-_gianna_dior_just_keep_going_brazzersexxtra.html
https://pornve.com/x94tzz1jdy9t/Bella_Rolland_LaSirena69_Keiran_Lee_-
_Disciplining_Their_Sugar_Daddy_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/x9hi4mz10f3j/Madison_Ivy_-_Revel_In_A_Blue_Dress.html
https://pornve.com/x9ho4pjqt24m/Abigail_Mac_Xander_Corvus_-
_Horny__Dangerous_Life_On_The_Lam_-_Pornstars_Like_It_Big.html
https://pornve.com/x9hr5evdvlsf/Alexis_Texas_-_Dr_Seduction.html
https://pornve.com/x9is2bkt7y3i/Brazzers_Lay_Me_Off.html
https://pornve.com/x9k0rw6zga2z/Tricia_Oaks_-_Wam_Slam_Up_The_Bam_Bam.html
https://pornve.com/x9loxq0pe7s9/Jessa_Rhodes_-_Jewel_Of_The_Pool.html
https://pornve.com/x9m2dn6jtpkx/Marica_Hase_-_Big_In_Japan.html
https://pornve.com/x9oog0txpg93/Nicolette_Shea_-_Can_You_Fix_My_Wi-Fi.html
https://pornve.com/x9rlatmmalpp/Bree_Olson_-_One_On_One_With_Bree_Olson.html
https://pornve.com/x9sz73xzth1b/Rachel_Starr_-_Hot_Porn_Star_Fucks_At_A_Sex_Shop.html
https://pornve.com/xa200eu0f3eb/Rachel_Roxxx_-_Cant_Get_Enough.html
https://pornve.com/xa366c93w9ko/Roberta_Gemma_-_Banging_The_Art_Teacher.html
https://pornve.com/xa504njxcngz/Brazzers_-_Hands-On_Learning.html

https://pornve.com/xajokj46g9zu/GFRevenge_Super_cali.html
https://pornve.com/xakjy2mxfwg8/Teaching_Your_Tutor_To_Suck_Dick.html
https://pornve.com/xaulwf13gjh1/Brazzers_-
_Angela_White_Kagney_Linn_Karter_And_Phoenix_Marie_Dinner_For_Cheats.html
https://pornve.com/xav75nfdy5cb/Brazzers_Betty_cocker_Starring_Cory_Chase.html
https://pornve.com/xawicf86f19x/Michele_James_-_Huff_Puff_And_Blow_-_Big_Naturals_-
_Reality_Kings.html
https://pornve.com/xazxphmp99ni/Anal_Breaking_and_Entering_-_Alina_West__Mark_Ashley.html
https://pornve.com/xb2ai2vnx0dh/Brazzers_Live_-_8.html
https://pornve.com/xb2z8geh0zb3/_Dollars_For_Inches_-_Brazzers_.html
https://pornve.com/xbeig0ll9qdx/Alura_Jenson_Testing_My_Son_In_Law.html
https://pornve.com/xbkw40k1i8n7/Madison_Ivy_You_Are_Not_Nurse.html
https://pornve.com/xbpons7e0z54/TOP_BEST_STRAIGHT_movies_online_04_June_2018_top_teen_TOTV_OR
G_top_sexy_hqtv_gir.html
https://pornve.com/xbsfrzn2mdnl/WeLiveTogether_-
_Ally_Tate_Alexis_Deen_Pussy_Pops_XXX_NEW_21_July_2016.html
https://pornve.com/xbwb9jcjhrk7/Kelsi_Monroe_-_Kelsi_Monroes_Juicy_Booty.html
https://pornve.com/xbwlbqg7ukbf/Morgan_Ray_-_How_To_Handle_Your_Students_101.html
https://pornve.com/xc36nysdjhmo/Bridgette_B_-_Intimate_Seance.html
https://pornve.com/xcaboc8up5nv/BrazziBots_-_Part_2.html
https://pornve.com/xcfnra2hirn8/RKPrime_19_07_17_Lea_Lexis_Fucktastic_Gymnastics_XXX_SD.html
https://pornve.com/xcgfbkbj6m7v/Scarlett_Johansson_Worldwide_Boob_Show_DeepFake.html
https://pornve.com/xcgrw0jcpzzu/Claudia_Valentine_-_Swallow_My_Winning_Tiger-
Sperm_Of_Truth.html
https://pornve.com/xch1dccl4k6u/Audrey_Bitoni_-_Unfinished_Business.html
https://pornve.com/xcjr5zqbq6iw/Bonnie_Rotten_Small_Hands_-_He_Came_At_Night_Part_3_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/xcntav0x9q4b/Ava_Addams_-
_Pardon_Me_But_Your_Mouth_Is_On_My_Penis.html
https://pornve.com/xcsncod6cuis/Jenny_Sapphire_Mikes_Apartment_Cum_Inside.html
https://pornve.com/xczi5q4luyhb/Amy_Ried_-_I_Am_Cock.html
https://pornve.com/xd0mj73hxbms/Aletta_Ocean_-_Alettas_Car_Wash.html
https://pornve.com/xd3g7hv7ia90/Carmel_Moore_-_The_Problem_With_Angels.html
https://pornve.com/xd6vot4rvh32/Sydney_Leathers_-_Loving_Leather.html
https://pornve.com/xd7mhuh55462/Abigail_Mac_-_The_Hammer_Down_Rubdown.html
https://pornve.com/xdg8lqvh9ns2/Brazzers_-_Karmen_Karma_Sign_My_Copy.html
https://pornve.com/xdm90scvznff/Demi_Sutra__Kira_Noir_-_Strap-On_Strap_Off.html
https://pornve.com/xdr1y420oynj/Sensory_Deprivation_Kayla_Kayden_Danny_Mountain_and_Keiran_Lee.ht
ml
https://pornve.com/xdtoslm3z0dp/Peeping_At_The_Keyhole.html
https://pornve.com/xdv36bt8lj6n/Tarra_White_-_Hairy_Punter_And_His_Enormous_Boner.html
https://pornve.com/xe17lehebshz/Paige_Turnah_-_Orifice_Space.html
https://pornve.com/xe5uhi0gv4pf/Elsa_Jean_Small_Ass_Small_Tits_Sex_Fuck_Gets_Fucked_By_Brother.html
https://pornve.com/xe73lrqiz8cy/Devon_Michaels_-_Office_Pranks_By_Office_Skanks.html
https://pornve.com/xeau5b4yh7ci/Diamond_Kitty_-_Bad_Driver.html
https://pornve.com/xei2wyqypp4o/Natasha_Nice_-_Bathing_Boobies.html
https://pornve.com/xes73c5im2si/Sienna_Day_Danny_D_Jordi_El_Nino_Polla_-_Bed_And_Fuckfest_-
_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/xeunt85qpz3d/Rosemary_Radeva_-_Slutty_Slumber_Party.html
https://pornve.com/xex0s1c7o7hs/Jewels_Jade_-_A_Soldiers_Salute.html
https://pornve.com/xey1niakxkq5/julia_bond_bitchcraft_pornstarslikeitbig_3759_1_037_plays_published_on
_1_day_ago_category_big_tits_pornstar_julia_bond_tags_big_boobs_julia_bond_tag_this_video.html
https://pornve.com/xf0rj6zmzdhu/Brianna_Bree_-_My_Stepmom_Just_Needs_A_Dick_-
_Milf_Hunter_-_Reality_Kings.html
https://pornve.com/xf1eccep24pu/Korinas_Hot_Fun_In_The_Sun_-_Day_With_A_Pornstar_-
_Korina_Kova.html
https://pornve.com/xf5htxblbh4w/DayWithAPornstar_-_Joanna_Angel_Joannas_Oily_Workout.html
https://pornve.com/xfa0hw0sbfcr/Monique_Alexander_-_Diva_Demands_Dick.html
https://pornve.com/xfaqfgwkqvdp/Moms_Bang_Teens__Perfect_pussy.html
https://pornve.com/xfc2zk2e0zr7/Karmen_Karma_-_The_BIGGER_The_Wetter.html
https://pornve.com/xffhte30fobe/A_Package_Deal_Britney_Amber.html
https://pornve.com/xfhnfx3o376z/Maddling_Mother_In_Law.html
https://pornve.com/xfjicjtqctau/Alix_Lynx_-_Winners_Casting_Couch.html
https://pornve.com/xfjtzeh3kny5/BrazziBots_Uprising_-_Part_3.html
https://pornve.com/xfoueq5vjcnm/Jayden_Cole__Molly_Stewart_-_Gingervitis.html
https://pornve.com/xfp4u08vzbou/Cali_Carter_-_First_Day_On_The_Job.html
https://pornve.com/xfs2owz8ontv/Asa_Akira_-_Whos_The_Boss_Now.html
https://pornve.com/xfx3zgebu6tr/Bounce_Her_Bailey_Brooke__Bill_Bailey.html
https://pornve.com/xfxncarx7ttv/Shauna_Skye__Zoey_Taylor_-_From_Rags_To_Bitches.html
https://pornve.com/xfyisc799bot/rws_18_05_27_nicole_aniston_happy_anniversary_darling.html
https://pornve.com/xfzua1sw104k/Claudia_Valentine_-_You_Cant_Take_That_Maam.html
https://pornve.com/xg00nycqxd3v/brazzer_sex_xtra_brazzers_anna_bell_peaks_feli_city_feline_charles_der_
atommy_gunn_blood_thirsty_biker_babes.html
https://pornve.com/xg14wa6p44nz/Sandra_Star_-_Have_You_Been_Served.html
https://pornve.com/xg3byhwx21s0/Holly_Halston__Lezley_Zen_-_2_Hens_And_A_Cock.html
https://pornve.com/xg4sot4z8n5w/Heather_Vahn_The_Bigger_The_Better_Mommy_Issues_4.html
https://pornve.com/xg59q0wtnk1t/Guy_fucks_his_best_friend_s_wife_while_he_sleeps.html
https://pornve.com/xgcfb9vud393/Katana_Kombat_Duncan_Saint_-_Wet_On_Her_Wedding_Day_-
_Dirty_Masseur_-_Brazzers.html
https://pornve.com/xgcwzg69o0y2/Megan_Marx_Pulling_Off_A_Swap.html
https://pornve.com/xgg7rlz2q21z/Anya_Olsen_Slip_It_In_2S4.html
https://pornve.com/xgjwsjnijaq0/Abella_Danger__Carter_Cruise_-_Bet_Your_Ass.html
https://pornve.com/xgkwhhomsgte/Montana_Skye_-_Newcomer_Punts_Hot_Cunt.html
https://pornve.com/xgmqnfjndhw5/Kalina_Ryu_-_Kalina_Loves_It_Rough.html
https://pornve.com/xgnqvzlj2myc/Fuck_Christmas_-_Part_4.html
https://pornve.com/xgsaqbsu3mg7/Sammie_Spades_-_Goodnight_Ms_Spades.html
https://pornve.com/xgu7tnka7yps/DoctorAdventures__Brazzers_Holly_Michaels_-
_Doctors_Whore_ders.html
https://pornve.com/xgy4mutzee2i/Brazzers_-_Karmen_Karma_Silhouette_Slam.html
https://pornve.com/xh2q4xby2lbq/Jessica_Moore_-_Perturbed_Posterior.html
https://pornve.com/xh5b5cp6s7vp/Chloe_Scott_-_Going_Through_A_Fucking_Phase.html
https://pornve.com/xhc4i6ek35uo/Sophie_Dee__Eva_Notty_Johnny_Sins.html
https://pornve.com/xhf1850l4mn6/Mackenzee_Pierce_-_Mime_Time.html
https://pornve.com/xhj0gil7vgcg/GFRevenge_Kissing_kennedy.html
https://pornve.com/xhk8175u572t/Babe_Kate_England_Anal_Blonde_.html
https://pornve.com/xhkrvxeig9xr/Alix_Lovell_-_Good_Moaning_Fellow_Students.html

https://pornve.com/xhnk0c1f4xfv/Nickey_Huntsman_Osa_Lovely_Jessy_Jones_Strip_Club_Surprise.html
https://pornve.com/xhtap0woevds/Abella_Danger_And_Cassidy_Banks_Yoga_Freaks_Episode_Four.html
https://pornve.com/xhwrnafbwntx/Skylar_Snow_-_Big_Titty_Bed_Creep_-_Big_Naturals_-_Reality_Kings.html
https://pornve.com/xhz2mkihnu9a/realwifestories_rachel_starr2.html
https://pornve.com/xhzhua14oda2/Goldie_-_Stealing_Little_Slut.html
https://pornve.com/xi5i58xhagz1/Nina_Elle_-_City_Pussy_Meets_Country_Cock.html
https://pornve.com/xi5pgcyk8j7c/PornXRoundAndBrown_Sarah_Banks_Dance_With_Me.html
https://pornve.com/xi8qa045x8cg/Sasha_Rose_Roommates_With_Anal_Benefits.html
https://pornve.com/xibasbfgvvfd/Abella_Danger__Kira_Noir_-_Maid_For_A_Threesome.html
https://pornve.com/xifoci6524cx/Penny_Pax_-_Medical_Sexthics.html
https://pornve.com/xijwk76jpi4k/Bridgette_B_-_Spanish_Doll_DP.html
https://pornve.com/xik7jh6go52h/Big_Naturals_Lena_Paul_Caught_In_The_Shower_Natural_Beauty.html
https://pornve.com/xioh86y4erub/Dyanna_Lauren_-_Mr_Too_Big.html
https://pornve.com/xip8ymazkzg5/A_Burglar_Fucked_My_Daughter_Brazzers.html
https://pornve.com/xiu9rxozy6ae/Brook_Page__Marsha_May_-_My_Boyfriends_Mom.html
https://pornve.com/xiwq4bz7vte2/Jamie_Sky_Head_For_Success.html
https://pornve.com/xixp123sdix7/Big_Tits_At_School_-_Exchange_of_Favors_-_04272015_-_Brazzers_Katrina_Jade_Big_Tits_At_School_Sc.html
https://pornve.com/xiy0lspde5pn/Vanilla_DeVille_-_Mothers_Day_Massage.html
https://pornve.com/xiyo2ivmy5cc/Autumn_Falls_Sean_Lawless_-_Going_Down_-_Sneaky_Sex_-_Reality_Kings.html
https://pornve.com/xj1b4dorjwmg/Amy_Anderssen_-_White_Russian.html
https://pornve.com/xj43lc4839ux/Emmanuelle_London_-_Bouncing_Buoy_Boobies.html
https://pornve.com/xj4d7klxn84q/Persia_Black_-_To_Cock_With_Love.html
https://pornve.com/xj4fsx719e6a/Amber_Jade_Danny_D_-_Overcum_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/xj613ul4v122/Brandi_Loves_The_Realtor_.html
https://pornve.com/xj8ljv3dvq9w/Tiffany_Watson_-_Facial_By_Surprise.html
https://pornve.com/xja0an4a542x/Ariella_Ferrera_Kyle_Mason_-_Dinner_For_One_Table_For_Two_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/xja1a6rn5igx/Adriana_Chechik__Alexis_Fawx_-_Squirting_Swingers.html
https://pornve.com/xjdz2czvcfmy/Ebony_Babe_Aaliyah_Hadid_Gamer_Girl.html
https://pornve.com/xjgu1oby3d0i/Inside_Nutleys_Asylum_-_Part_2.html
https://pornve.com/xjkobsjt4pxb/Jesse_Jane_-_Midnight_Sneak.html
https://pornve.com/xjmkvwmjoxoo/Brazzers_-_Home_Invasion_-_Jasmine_James.html
https://pornve.com/xjonv7pn6ahl/Drilling_Mommy_Scene_3_Dirty_Laundry_Laura_Bentley__Van_Wylde.html
https://pornve.com/xjq1e9ztwqu7/Dillion_Carter_-_Study_Break.html
https://pornve.com/xjuxv35ikdze/Nina_Kayy_-_Big_Wet_Miami_Booty.html
https://pornve.com/xjyzg2qxnhnm/Casca_Akashova_Keiran_Lee_-_Im_Over_It_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/xk3pdkupxssq/Tara_Fox_Aka_Jenna_Foxxx__Indigo_Vanity.html
https://pornve.com/xk65ye4nh2hh/Alena_Croft_-_Big_Package_For_A_Little_Pussy.html
https://pornve.com/xkbxchj1zslx/Olivia_Austin_-_Blonde_And_Bubbly.html
https://pornve.com/xkelilqhbcho/Oiling_A_Whore_Alena_Croft__Jessy_Jones.html
https://pornve.com/xkjpnlwhug6z/Cali_Carter__Kali_Roses_-_Stepsister_Swap.html
https://pornve.com/xkn3l9t23gp3/Jaye_Rose_-_Trying_Out_The_Bar_Wench.html

https://pornve.com/xkn8y4mlvjmk/OMG_Holly_Hotwife_Moms_Rules.html
https://pornve.com/xkvcie4kq7u7/Anissa_Kate_-_French_Exam.html
https://pornve.com/xkvi8ppreyip/bwb_k3isha_gr3y_480p.html
https://pornve.com/xkvrsti9j0di/Alexis_May_-_Video_Store_Whore.html
https://pornve.com/xky7hu51d301/Brazzers_-
_Sexy_nurse_Darcia_Lee_check_gives_the_best_medicine_to_patients_.html
https://pornve.com/xkzun8xm5zot/Jacky_Joy_-_Storage_Whores.html
https://pornve.com/xl1kju7dfhq6/Brazzers_-
_Adriana_Chechik_gets_her_ass_pounded_by_a_patient_.html
https://pornve.com/xl2vpyn6g0k0/Addie_Andrews_Ramon_Nomar_-_Addies_Sweet_Treat_-
_RK_Prime_-_Reality_Kings.html
https://pornve.com/xl4hv3bsk9g9/Romi_Rain_-_Lost_On_Vacation_San_Diego_-_Part_1.html
https://pornve.com/xl4psld2lv1k/Brazzers_-_Kissa_Sins_Showering_His_Wife_With_Attention.html
https://pornve.com/xl6c4456xd1k/Wonderland_-_Part_1.html
https://pornve.com/xl7gaekldc4a/Fuck_That_Frame_Jmac__Nina_Kayy.html
https://pornve.com/xl83ptnxz7y3/Nothing_Like_A_Mothers_Love_Sybil_Stallone__Jake_Adams.html
https://pornve.com/xljkhatnk70q/Pussy_Is_The_Best_Medicine_.html
https://pornve.com/xlp124qcxedg/April_ONeil__Gia_Dimarco_-_Student_Fuckin_Bodies.html
https://pornve.com/xlpubd92kibg/Blake_Eden__Karlie_Montana__Kenna_James_-_Sit_And_Spin.html
https://pornve.com/xluvyoq4uyr4/Realitykings_Practicing_with_the_pole_watch_online_for_free.html
https://pornve.com/xlwowk3gxr7u/Pitching_A_Tent_-_Dillion_Harper__Danny_Mountain.html
https://pornve.com/xlyeot0xuy0q/Brooklyn_Chase_-_Hot_Tub_Titty_Rub.html
https://pornve.com/xm23hxl7hcd1/BadTowTruck_-_Tomi_Taylor_Check_Up_-_02_07_15.html
https://pornve.com/xmb9ch7gcbrs/Cherie_Deville_Jordi_El_Nino_Polla_-_Spring_Cumming_-
_Milfs_Like_it_Big_-_Brazzers.html
https://pornve.com/xmd87d9b54gl/Cory_Chase_The_Nympho_Milf_Awakens_2.html
https://pornve.com/xmdkqldxiu57/Rebecca_More_-_Poker_Face.html
https://pornve.com/xmfb5r8zf04v/Sofi_Ryan_-_My_How_Youve_Grown.html
https://pornve.com/xmj5sm8wox11/Aidra_Fox_-_My_GFs_Niece_Wants_A_Big_Piece.html
https://pornve.com/xmjnii6pmxd5/Devon_Michaels_-_A_Wild_Ride_Before_The_Wedding.html
https://pornve.com/xmog7mikyw1p/Brett_Rossi_-_Going_Under.html
https://pornve.com/xmoq3puqaiot/Brianna_Ray_And_Lucky_Starr_Luck_Be_A_Lady.html
https://pornve.com/xmrj8c9q7opm/Jewels_Jade_-_Pulling_A_Long_Con_Job.html
https://pornve.com/xmt47apg06t7/Desiree_Dulce_-_Clitical_Check_Up.html
https://pornve.com/xmtplodft48a/Rikki_Six_-_Dolly_Pop.html
https://pornve.com/xmvq1xcvco47/Aletta_Ocean_-_Motion_In_The_Ocean.html
https://pornve.com/xmxyaiu3rvvm/Isis_Love_-_Not_In_My_House.html
https://pornve.com/xn2vyyrgnc7j/Brazzers_-
_Big_tit_brunette_soldier_Peta_Jensen_rides_a_huge_cock_.html
https://pornve.com/xn5bmjyy2hdd/Nicolette_Shea_-_Hump-Starting_Her_Ride.html
https://pornve.com/xn8zrhsawqwd/Missy_Martinez_-_Licking_In_The_Library.html
https://pornve.com/xncij124ojpb/Never_Get_Married_-_2.html
https://pornve.com/xncxmdotnlxl/Parker_Swayze_-_Play_House.html
https://pornve.com/xne112zqwlle/Fixer-Upper_Daughter_Stuffer_Brazzers.html
https://pornve.com/xne6llr2ik64/tlib_17_11_08_adria_rae_suck_and_blow.html
https://pornve.com/xne7bn37zssu/Jaelyn_Fox_-_Cock_Intentions.html
https://pornve.com/xng8bq5k6ovl/Sienna_West_-_Sex_Me_In_The_Name_Of_Science.html

https://pornve.com/xnm7mud4up2t/Nicole_Graves__Ryan_Keely_-_Perks_Of_The_Penthouse_Suite.html

https://pornve.com/xnnwnsnecf49/Mya_Mays_And_Jazzi_Ass_Sandwich.html

https://pornve.com/xno3w9djfc4m/April_ONeil__Daisy_Cruz_-_Big_Tits_In_Field_Hockey.html

https://pornve.com/xnrl8zj8bwe0/Brazzers_160522_Dick_Roommates_Dick_Skyla_Novea_Tyler_Skyla_Novea_Teens_Like_It_Big_Brazzers_Whi.html

https://pornve.com/xns00x3jluen/Kissa_Sins_-_Becoming_Johnny_Sins_-_Part_2.html

https://pornve.com/xnsiq2j8l0gf/Janice_Griffith_Hungry_For_Cock.html

https://pornve.com/xnu1cx9t9lgv/Ryann_Conner_Take_a_Sit.html

https://pornve.com/xnxxnz64pb3v/Ariella_Ferrera_-_The_Trophy_Husband.html

https://pornve.com/xnxzm5kqq3cr/Emily_Thorne_And_Liz_Heaven_Group_Sex.html

https://pornve.com/xnz45mekkko5/Jade_Kush_Charles_Dera_-_Shadowplay_2_-_Baby_Got_Boobs_-_Brazzers.html

https://pornve.com/xo2putdm5qxm/Lost_Lil_Humper_-_Amber_Alena_-_Lil_Humpers.html

https://pornve.com/xocd1f6fa6i3/Kelsi_Monroe_-_Big_Wet_And_Ready_For_Fucking.html

https://pornve.com/xofxq996goeq/Brandi_Bae_-_Getting_Busy_With_Brandi.html

https://pornve.com/xojd425h836w/Diamond_Foxxx_-_The_Doc_Pop.html

https://pornve.com/xoq1yyw4lqo7/Madison_Scott_-_Gimme_300ccs_Of_Big_Cock.html

https://pornve.com/xor2xay4ag4e/Aleksa_Nicole_-_Being_Bad_Episode_2.html

https://pornve.com/xotswh810lq5/Mischa_Brooks_-_Read_My_Cunt.html

https://pornve.com/xoxn4z1vsudl/Kira_Noir_-_Push_It_To_The_Limit.html

https://pornve.com/xoz5lxea9q9l/Aubrey__Sindee_Jennings_40Ready_for_fun41.html

https://pornve.com/xozfcronjzrb/Brazzers_House_-_Episode_5.html

https://pornve.com/xp0aoxadxkm2/Bailey_Brooke_-_Bounce_Her.html

https://pornve.com/xp2g798zt7dw/Brynn_Tyler__Jazy_Berlin_-_Brazzers_Slut_Bikini_Contest.html

https://pornve.com/xp4xej1g8k7h/Destiny_Dixon__Summer_Brielle_-_One_Thing_On_Their_Minds.html

https://pornve.com/xp7m39cn045o/Olivia_Austin_-_How_To_Bang_Your_Teacher.html

https://pornve.com/xp7r8kv4gcax/Sammie_Rhodes__Sea_J_Raw_-_Spread_My_Butterfly.html

https://pornve.com/xpdgksk5bbdm/Kiki_Minaj_-_Squirt_And_Slurp.html

https://pornve.com/xpeohiio5ze0/Yuffie_Yulan_-_Large_Instrument.html

https://pornve.com/xpesqibbmdgz/Aletta_Ocean_-_Peeping_The_Pornstar.html

https://pornve.com/xpf154iir39i/Alanah_Rae_-_Special_Formula.html

https://pornve.com/xppf74088wvw/Cassidy_Banks_-_Stacked_Sister-In-Law.html

https://pornve.com/xpq0q3srgz1n/HotAndMean__Brazzers_Candy_Charms__Jennifer_Jade_-_The_Power_of_Porn.html

https://pornve.com/xpx5jywj3111/Eva_Angelina_-_Camera_Cums_In_Handy.html

https://pornve.com/xpz89k7z3l7g/Allie_James_-_New_Girl_In_School.html

https://pornve.com/xq0x613zzzil/bikini_babes_big.html

https://pornve.com/xq25yujwxovg/PornstarsLikeItBig_17_03_03_Eva_Lovia_Practice_Makes_Perfect_Porn_XXX_-KTR.html

https://pornve.com/xq5x51jz286r/Drilling_Mommy_Scene_4_Welcome_To_The_Neighborhood_Angie_Noir_Sean_Law.html

https://pornve.com/xq660zt9ivba/Briana_Banks_-_Wish_Upon_A_Pornstar.html

https://pornve.com/xq78zu6xynzm/Karlie_Brooks_-_Doing_The_Dishes.html

https://pornve.com/xq8fhsrsdieq/Ryan_Smiles_Fucking_My_Best_Friends_Mom.html

https://pornve.com/xqchnbtgg3l0/Brazzers-_Nicolette_shea-_Dont_Bring_Your_Sister_Around_Me.html

https://pornve.com/xqh52ckcqv5y/Holly_Heart_-_Fucking_By_The_Fire.html
https://pornve.com/xqkrlj5qz153/Amia_Miley_-_Pornstar_PR_-_Crisis_Management.html
https://pornve.com/xqmpyl9ztsgd/Sienna_Day_-_Big_Tits_In_The_Field.html
https://pornve.com/xqq9mk0vk4ok/Ashton_Blake_-_Fuck_My_Pussy_Not_My_Daughters.html
https://pornve.com/xqrhdqo38cgs/Kaylani_Lei_Keiran_Lee_-_Glass_Ass_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/xqtnt0ppplya/Juelz_Ventura_-_Sunny_With_A_Chance_Of_Big_Dick.html
https://pornve.com/xqtx4f77yb5c/Kelly_Surfer_-_Phallic_Imagery.html
https://pornve.com/xqvd0jzd4xuz/Kirsten_Price__Nikki_Benz_-_Can_You_Get_Me_Off.html
https://pornve.com/xr2uazi1mtl7/Angelina_Valentine_-_Angelina_vs_Danny.html
https://pornve.com/xr6m5emvx5wk/Jasmine_Tame_-_Big_Tits_On_A_Small_Time_Crook.html
https://pornve.com/xrhkjzrbi3bi/Storm_Of_Kings_XXX_Parody_Part_2_Aruba_Jasmine__Peta_Jensen__Rob_Diesel.html
https://pornve.com/xrhqs1hy4a4t/1_800_Phone_Sex_Line_7.html
https://pornve.com/xrm3is1uke4k/Richelle_Ryan_-_A_Roof_A_Hot_Meal_And_A_Pair_Of_Jumbos.html
https://pornve.com/xrmulv66k234/Priya_Anjali_Rai_-_Hunger_For_Bigger_Cock.html
https://pornve.com/xrqcv3xlzmtn/DirtyMasseur_Katy_Jayne_A_Very_Happy_Ending.html
https://pornve.com/xrsh33tgwi8g/Sara_St_Clair_-_My_Busty_Boss_Sara.html
https://pornve.com/xry4aq9h2xcx/Brazzers_-_Franceska_Jaimes_Anal_Slip_And_Slide.html
https://pornve.com/xry8ccs9xyy8/Ariella_Ferrera_Xander_Corvus_-_Managing_Her_Anger_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/xrz3jrkswkhk/Lisa_Ann__Scott_Nails_MILF_Perfection_S3.html
https://pornve.com/xrzcc6ha0d3l/Angela_White_-_Angelas_Sex_Auction.html
https://pornve.com/xs33w1rold3e/Brooklyn_Blue_-_I_Want_Your_Husband.html
https://pornve.com/xs4a743q6rsd/Brandi_Love_Keiran_Lee_Keiran_Appreciates_Brandi.html
https://pornve.com/xs7dxohbd8nh/Stepsister_Shares_The_Shower_Rachel_Roxxx.html
https://pornve.com/xsernrn7jwel/Brandy_Aniston_-_Wet_White_Cum.html
https://pornve.com/xsglllct67ke/Jada_Fire_-_Prick_For_Prick.html
https://pornve.com/xsgwhir3kknx/Rebecca_More_-_Rebeccas_Shower_Time_Fun.html
https://pornve.com/xsh38cguwt1r/Alex_Blake__Kali_Roses_-_College_Girl_Confessions.html
https://pornve.com/xsjbcmj661kt/Olivia_Austin_JMac_-_Nurse_Olivia_-_Doctor_Adventures_-_Brazzers.html
https://pornve.com/xsllvz6u3qu2/Isis_Love__Kenzie_Madison_-_Fucking_Her_Friends_Mom.html
https://pornve.com/xspgb29ise0i/Angela_White_-_Ass_Gas_Or_Grass.html
https://pornve.com/xsqzrfqcixij/Sarah_Vandella_-_Easter_Egg_Cunt.html
https://pornve.com/xst5u9sg0irw/Euro_Girl_Pickup.html
https://pornve.com/xstx5l15lmtr/Joanna_Angel__Nicolette_Shea_-_Pornstar_Prey.html
https://pornve.com/xswwlzlrnw8r/Sienna_Day_Danny_D_-_Can_You_Feel_That_-_Doctor_Adventures_-_Brazzers.html
https://pornve.com/xsxysw5cysuh/_Slutty_stepmom_Syren_gets_all_her_holes_filled_by_her_stepsons_-_Brazzers_.html
https://pornve.com/xt34h3iifmbm/Lust_Bite_-_Episode_3.html
https://pornve.com/xt991aiglir6/Valeria_Visconti_-_No_Actor_No_Problem.html
https://pornve.com/xtclcbhhpmuo/Karter_Foxx_-_A_Knob_For_A_Job.html
https://pornve.com/xtd44im3b7tl/Ava_Austen_Hitching_For_A_Dicking_Mommy_Issues_4.html
https://pornve.com/xtd5am8wka5g/Tina_Kay_Blow_Team_Blow.html

https://pornve.com/xto5ml1cztn2/Brazzers_-_Undercover_Step-Mother_Brazzers_2017_Diamond_Jackson_Evelin_Stone_Blowjob_Black_Gir.html

https://pornve.com/xtp0f6uqe8rz/Asa_Akira__Diamond_Kitty_-_Muffin_Stuffin.html

https://pornve.com/xu3tfxz9ll2d/Alice_Judge_Danny_D_-_Internally_Yours_-_Big_Tits_At_Work_-_Brazzers.html

https://pornve.com/xu80jdad3b1l/Rebecca_More_-_Flex_And_Sex.html

https://pornve.com/xuatumcmz7eq/Kissa_Sins__Romi_Rain_-_The_Great_Car_Wash_War.html

https://pornve.com/xud6ikac1ojb/Megan_Rain_-_Day_With_A_Pornstar.html

https://pornve.com/xudsdrdkg9ew/Gina_Valentina_-_Traffic_Violation.html

https://pornve.com/xug828207gdd/Christy_Mack_-_My_Friends_Ex.html

https://pornve.com/xuklxpfe3n8z/Missy_Martinez_-_Coach_Martinez.html

https://pornve.com/xumfk2h4qijw/Phoenix_Marie_The_Cock_Starved_Slut_Mommy_Issues_4.html

https://pornve.com/xuqj8cj5n9gp/doctor_phoenix.html

https://pornve.com/xuv033jsrxil/Ivy_Lebelle_-_Special_Tasks.html

https://pornve.com/xuy2sixhy12n/Brooklyn_Blue_-_Deep_Impact.html

https://pornve.com/xuy441pqzfk4/This_Warehouse_is_a_Whorehouse_Tattooed_Milf_Anna_Bell_Peaks_.html

https://pornve.com/xv07gmgj2dil/Angelina_Valentine_-_Undercover_Boobs.html

https://pornve.com/xv97hgdb7rrq/GFRevenge_Sweet_avalon_-_Avalon_Aries_Hope_Harper.html

https://pornve.com/xvaqb4e7edpc/Brazzers_Mind_If_Stepmom_Joins_You_Brazzers_MomsInControl_Kristen_Scott_Richelle_Ryan_Kyle_Mas.html

https://pornve.com/xvbe0udsjpqb/BrazzersExxtra_18_11_17_Kimber_Veils_Sandy_Siren_Of_The_Skies.html

https://pornve.com/xvbfknes7ljw/Raven_Bay_-_Prom_Whore_Wars_-_Part_1.html

https://pornve.com/xvgpnnb5ceeu/HD_Porn_69_Ariana_Marie_She_Needs_A_Strong_Male_Presence.html

https://pornve.com/xvvdvzpaesuo/Lisa_Ann_-_How_I_Became_A_Pornstar.html

https://pornve.com/xvweo3co7131/Ariella_Ferrera__Jynx_Maze_-_You_Want_Us_To_Clean_Your_Dick.html

https://pornve.com/xw12y1pyfz3z/Chloe_Addison_-_Fucking_With_Your_Mind_Then_Your_Cock.html

https://pornve.com/xw55626rerv1/Jasmine_Jae_-_You_Messed_Up.html

https://pornve.com/xw6l0a58wt91/Rebecca_Volpetti_-_Shes_A_Free_Spirit.html

https://pornve.com/xw86528iu926/Cameron_Canada_ANAL_720p.html

https://pornve.com/xwd8775jhrjo/BRAZZERS_-_SEXUAL_CHALLENGE_AT_CASA_BRAZZERS_-_AVA_ADDAMS.html

https://pornve.com/xwf5mappxhj6/Cum_Splash_All_Over_Kelsi_Monroes_Ass_-_Kelsi_Monroe__Tony_Rubino.html

https://pornve.com/xwkvtni7hnvv/Swingers_On_Vacation_Part_2_Alektra_Blue__Keiran_Lee.html

https://pornve.com/xwmdzcyv61dk/Honey_Gold_-_Tasting_The_Chef.html

https://pornve.com/xwmvz04pibx5/Black_Angelika_-_Entering_Through_The_Back_Of_Angelika_Black.html

https://pornve.com/xwmx31mcn99m/Ariella_Ferrera_-_Boobie_Break.html

https://pornve.com/xwnuy4nieurt/Alexia_Rae_-_Beautifully_Breasted_Assistant.html

https://pornve.com/xwshw0jkmk0a/Thanksgiving_Dinner_Sluts_-_Whitney_Wright__River_Fox__Jessica_Rex_-_-_Reality_King.html

https://pornve.com/xx63aafr9d7q/Abella_Danger_-_Shower_Head.html

https://pornve.com/xx9yc57kf66i/American_Whore_Story_Part_Two.html

https://pornve.com/xxjhfgtvzdxh/Eden_Adams_-_Step_Daddy_Slut.html

https://pornve.com/xxk1w1siutnr/Hardcore_Ass_Deep_Throat_Latina_Babe_Romi_Rain_Anal_Audit.html

https://pornve.com/xxnlcmzhxqji/Best_of_Brazzers_-_Hottest_Dommes_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/xxq6p63q04ee/Aletta_Ocean_Do_Not_Touch.html

https://pornve.com/xxrl9xa5z713/Ramming_Rileys_Asshole_-_Riley_Jenner.html

https://pornve.com/xxwe4p59gcyn/Alektra_Blue_-_Lights_Camera_Deepthroat.html

https://pornve.com/xxyqbu03xjyl/RKPrime_Gym_Prankers_2.html

https://pornve.com/xy0wbp7bi23g/Julianna_Vega_-_Cone_Of_Shamelessness.html

https://pornve.com/xy4j9ma5gm2l/Nikita_Von_James_-_The_Man_Cums_Around.html

https://pornve.com/xy56e13cxulu/Sara_Jay_-_Miami_Milf_Adventures_I.html

https://pornve.com/xy56tj98h477/Capri_Cavanni_-_A_Killer_Massage_For_Capri.html

https://pornve.com/xy68lqpddk5e/Jasmine_Caro_-_Wish_Upon_A_Squirt.html

https://pornve.com/xy8cvbqyqhl7/Katrina_Jade_-_Cum_And_Paste.html

https://pornve.com/xy8iz8cr29nz/Brandi_Love__Mia_Malkova_-_Brandi_Loves_The_Interview.html

https://pornve.com/xyag8enhouyo/Nika_Noire_-_Weapons_Of_Mass_Turbation.html

https://pornve.com/xybzbv066h4d/Lisa_Ann__Tori_Black_-_Naughty_Lesbian_Daughter.html

https://pornve.com/xyhfcxn3buui/1_800_Phone_Sex_Line_3.html

https://pornve.com/xyj9pbdvzuxa/ZZSeries_-_Jillian_Janson_40A_Brazzers_Christmas_Special_Part_341_12_24_16.html

https://pornve.com/xyklsqr8eiwg/GFRevenge_-_My_Girl_Likes_Girls.html

https://pornve.com/xym2kxur2cxy/Elicia_Solis__Romi_Rain_-_Comply_With_This_Guy.html

https://pornve.com/xyphrdhkv6z0/Diana_Prince__Puma_Swede_-_Jiggle_All_The_Way.html

https://pornve.com/xypzi15donvl/Britney_Amber_-_Cucked_For_Historical_Accuracy.html

https://pornve.com/xyqjlxstgdud/Liza_Del_Sierra__Sharon_Lee_-_Lust_Party.html

https://pornve.com/xytmiecy0l5y/Party_Political.html

https://pornve.com/xyu512kb6hos/Lela_Star__Robbin_Banx_-_When_Lela_Met_Robbin.html

https://pornve.com/xz0gc4m4gig5/Big_Tits_In_Sports_Game_Set_Match_Pussy_Nikki_Benz_And_Diamond_Jackson_-_Jordi_El_Nino_Polla.html

https://pornve.com/xz1sccdczaqx/New_Dec_2015_Nicole_Aniston_Peta_Jensen_-_Our_Holiday_Three_Way_three_way_some_threeway_threesome.html

https://pornve.com/xz2zuv9zhzn3/RKPrime_19_07_22_Kleio_Valentien_Oil_And_Ink_XXX_SD.html

https://pornve.com/xz3cf6llc2hn/18_DWP_Dylan_Ryder.html

https://pornve.com/xz5brj49muk5/Personal_Trainers_-_1.html

https://pornve.com/xz6qwvif3itj/Samantha_Saint_-_The_Two_Sides_Of_Samantha.html

https://pornve.com/xz6u5giv3lqh/Nurse_Booty_On_Duty_Lisa_Ann_And_Tommy_Gunn_69_Top_Rated_Porn_Video_Of_Today_154_Most_Played_Porn_Video_Of_Today.html

https://pornve.com/xz70w8kb6awo/Quinn_Wilde_Keiran_Lee_Doing_Double_Duty.html

https://pornve.com/xzf9upfs9040/Emily_Addison_Keiran_Lee_-_Anonymous_Attraction_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/xzhealxuh6zj/Janna_Hicks_Oliver_Flynn_-_Painting_Her_Face_-_Milfs_Like_It_Big.html

https://pornve.com/xzm0qyt0telp/Rhylee_Richards_-_Camo_All_Over_Her_Tits.html

https://pornve.com/xztwenyaf6gj/Going_Through_A_Fucking_Phase_Chloe_Scott__Keiran_Lee.html

https://pornve.com/xzug4gbh2x15/Oil_massage_Monique_Alexander.html

https://pornve.com/y013evh4x1bn/Charisma_Cappelli_-_Golf_Bunny_Fuck.html

https://pornve.com/y03d99uufgr4/Sexy_Wife_Fuck_with_her_Husband_Friend.html

https://pornve.com/y0801al7573d/Georgies_Workout_Plan_Georgie_Lyall__Sam_Bourne.html

https://pornve.com/y0o0tydsmt6p/Bridgette_B_-_Titty_Heist_II_The_Negotiator.html

https://pornve.com/y0qwt900v1fn/Dani_Daniels_Squirting_Compilation.html

https://pornve.com/y0sxx8e52up8/Teen_Girl_Fuck_Friends_Daddy.html
https://pornve.com/y126v5dlxx2i/_Brazzers_-
_Hot_Audrey_sucks_a_big_dick_and_titty_fucked_in_her_wet_pussy_.html
https://pornve.com/y12fgdt0erq9/Deauxma_-_Ill_Teach_You_To_Fuck_Boy.html
https://pornve.com/y13r1sbdy4ll/Raylene__Riley_Jensen_-_Whores_Of_Anarchy.html
https://pornve.com/y15xtcynure1/Jasmine_Jae_-_Waking_Up_The_Comatose_Cock.html
https://pornve.com/y16jjafzlj0v/Franceska_Jaimes_Sexy_Cat_Anal.html
https://pornve.com/y194g93v9or2/RealityKings_Pure18_Aurora_Monroe_Red_Devil_Redhead.html
https://pornve.com/y1adk6apicy4/Pumping_Under_Pressure_Brazzers_2018_-
_Alina_Lopez_Johnny_Castle_Doctor_Adventures.html
https://pornve.com/y1h56hj6xibb/Secret_Wifeswap_Weekend_Part_One.html
https://pornve.com/y1me9uzo64e9/City_Pussy_Meets_Country_Cock_-_Nina_Elle__Mick_Blue.html
https://pornve.com/y1ng3adcg9ef/Monique_Alexander_-_Monique_Keeps_It_Fresh.html
https://pornve.com/y1o7kakq7i3t/Natalia_Starr_-_Happy_Fuckin_Fathers_Day.html
https://pornve.com/y1rji5cw9mkg/Anya_Ivy_Shower_Fuck.html
https://pornve.com/y1t7l09c84nb/Riley_Steele_Keiran_Lee_-_Her_Wife_Wants_Me_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/y1uqxh5jjlp5/Ryan_Conner_-_Horny_For_That_Hot_Dick.html
https://pornve.com/y1wfeycvz3r0/Camilla_Bella_40Worth_the_wait41.html
https://pornve.com/y1xg4rosmrdj/Rough_Malpractice_-_Maddy_Oreilly__Tony_De_Sergio.html
https://pornve.com/y21rfa6pyv4r/Rose_Monroe_-_DP_Duty_On_Miss_Monroes_Booty.html
https://pornve.com/y2adipudsbct/Rebecca_Volpetti_Yanick_Shaft_-_Ravenous_Rebecca_-_RK_Prime_-
_Reality_Kings.html
https://pornve.com/y2chbdk6urcq/Cassidy_Banks_-_Rob_Me_Blind_and_Fuck_Me_Stupid.html
https://pornve.com/y2ivp8zaeo7p/Amanda_Black__Jasmine_Black_-_Bitch_In_A_Box.html
https://pornve.com/y2kbzonjovrf/Rachel_Roxxx__Rachel_Starr_-_When_Friends_Cum_In_Handy.html
https://pornve.com/y2m0slu1ifk7/Rachel_Starr_Charles_Dera_-_Watch_Me_Cheat_-
_Real_Wife_Stories_-_Brazzers_1080p.html
https://pornve.com/y2oppeqy5sc4/August_Ames__Emma_Stoned_-_Cheer_Harder_Slut.html
https://pornve.com/y2pfr63az76o/Jenna_Haze_-_Thrill-Her.html
https://pornve.com/y2qvf41s67mx/Sofi_Ryan_Keiran_Lee_Asking_For_It_Anon.html
https://pornve.com/y2rpszpzw3ta/fantasies_worship_vanessa_decker_creaming_stream_stream_creaming_6
5_most_played_porn_video_of_today.html
https://pornve.com/y2t84iznal1i/Tabitha_Stevens_-_Milf_Digs_Some_Young_Cock.html
https://pornve.com/y2vewx91vd8y/Mary_Moody__Misty_Stone_-_Classically_Trained_To_Fuck.html
https://pornve.com/y2z1bte4xiqz/Ella_Hughes__Gia_Paige_-_All_Hands_On_Dick.html
https://pornve.com/y33qt4n6azvt/Krissy_Lynn__Sheena_Rose__Uma_Jolie_-_Outing_The_Outed.html
https://pornve.com/y34au1o4gv7r/Ariella_Ferrera_-_Boobie_Break.html
https://pornve.com/y3c98yvs2gxb/PornStarsLikeItBig__Brazzers_Nicole_Aniston_XXX_Men_Shagging_the_Sh
apeshifter_XXX_Parody.html
https://pornve.com/y3f9yx03n9j2/Honour_May_Danny_D_-_The_Bitchy_Babysitter_-
_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/y3jxbz35zw4t/Anissa_Kate_-_Fucking_Her_French_Seams.html
https://pornve.com/y3ladq95omn5/Mackenzee_Pierce_-_Fill_My_Position.html
https://pornve.com/y3m6koceqci7/Lucia_Love_-_Taking_It_Twice.html
https://pornve.com/y3mlsduf2krk/Lexi_Luna_-_Pussy_Call.html
https://pornve.com/y3vftq47ufzd/Isis_Love_Preston_Parker_-_Boning_Her_Bodyguard_-
_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/y3vi493rmn0u/Eva_Karera__Kenna_James_-_Stepdaughters_First_Date.html
https://pornve.com/y3wbm1wk3148/BigTitsAtSchool_Blanche_Bradburry_Teacher_Tease_-_05_12_2016.html
https://pornve.com/y40as1nry42b/Reagan_Foxx_-_Never_Marry_A_Milf.html
https://pornve.com/y4364rcm1d5i/Anal_Interracial_Wet_Butt_Assh_Lee.html
https://pornve.com/y467ezheq84h/Summer_Brielle_-_The_Terms_of_Summer.html
https://pornve.com/y46qb4s2bmik/Shyla_Stylez_-_Personal_Favors.html
https://pornve.com/y46s5ghdptqh/Veronica_Avluv_-_The_Whore_In_The_Lot.html
https://pornve.com/y49s39suslf4/Brooklyn_Chase__Kagney_Linn_Karter_-_Wake_Me_Up_Before_You_Cum_Cum.html
https://pornve.com/y4a5u6dw37ri/_Expose_Yourself_to_MILFS_.html
https://pornve.com/y4bxwaoxhi7s/All_Good_New_Veruca_James_Anal.html
https://pornve.com/y4c2957luhwx/Haley_Wilde__Madison_Ivy__Zoe_Voss_-_A_Clockwork_Whore_-_Part_1.html
https://pornve.com/y4fug80ukdjl/Cali_Carter_Scott_Nails_How_Could_You_22_09_2020_Anal_Milf_BigTits_CaliCarter_0_22_09_2020_on_SexyPorn.html
https://pornve.com/y4gevuduz6nj/Jade_Amber_-_The_Temptation_Of_Teen.html
https://pornve.com/y4gfdlwcusxn/Aaliyah_Love_Veronica_Vain_Pole_Skills_and_Holes_Filled.html
https://pornve.com/y4lrwtvow7ni/Assh_Lee_-_Sunbathing_Distraction.html
https://pornve.com/y4mras4wbi3e/Lena_Paul_-_Express_Pussy_Packaging.html
https://pornve.com/y4p8gp8c0kom/Brazzers_-_Giselle_Palmer_Slow_And_Sexy.html
https://pornve.com/y4pkqtcvy042/Jenna_Jones_-_Zen_In_The_A_M.html
https://pornve.com/y4t09i5y3skx/Alaina_Kristr_-_Hot_Teen_Next_Door_25_2015.html
https://pornve.com/y4tdpvsc1uft/Abigail_Mac_-_Morricunt_vs_Dr_Poon.html
https://pornve.com/y4ysr78peikq/Nympho_Nurses_And_Dirty_Doctors_3_Aubrey_Black.html
https://pornve.com/y4z2p8lph9ir/Her_Turn_To_Cheat_brazzers.html
https://pornve.com/y56gs0jfuniv/Emma_Hix_-_An_Eyeful_Of_Emma.html
https://pornve.com/y58ycsyvkkby/Summer_Brielle_-_Youre_Sexpelled.html
https://pornve.com/y5bpgw8zw0dz/Stevie_Shae_-_Hike_Her_Skirt_Up.html
https://pornve.com/y5btp2buyujo/TeensLikeItBig_Marsha_May_-_My_Stepbrother_The_Panty_Thief.html
https://pornve.com/y5dtp52rdd77/ham_20_04_28_maserati_and_alice_pink_dommed_by_her_dads_girlfriend_part_1.html
https://pornve.com/y5ev3ua0vgd6/_Hand_In_The_Cookie_Jar_Big_Tits_Blonde_Marsha_May_Fucks_In_The_Kitchen_.html
https://pornve.com/y5h7wvn85m9l/Karmen_Karma_Markus_Dupree_-_Silhouette_Slam_-_Big_Wet_Butts.html
https://pornve.com/y5ooqnltm515/Madison_Ivy_-_Rough_Competition.html
https://pornve.com/y5xvxryqpdxi/Simone_Sonay_-_Massage_Chair_Muff.html
https://pornve.com/y5zhjkxy80qu/Angela_White__Codi_Vore_-_Slingin_Titties.html
https://pornve.com/y5zjab5u7yeh/Gia_Dimarco_-_Housewife_By_Day_Whore_By_Night.html
https://pornve.com/y62jx4llakuv/Brazzers_Handle_the_Vandal.html
https://pornve.com/y68vmx11nql9/Nia_Nacci_-_Getting_Ripped.html
https://pornve.com/y6es1t5aty6m/New_Kagney_L_K_New_Enjoy_More_In_My_Profile_Kangney_Linn_Karter_Kangney_Jordi_Is_A_Creepy_Bastard_24_Top_Rated_Porn_Video_Of_Today_33_Most_Played_Porn_Video_Of_Today_123_Top_Rated_Porn_Video_Of_Week.html
https://pornve.com/y6ppzk7nqn3f/Kendra_Lust_-_The_Handicam_and_the_Whore_-_Brazzers.html
https://pornve.com/y6qhbz5clw0s/Lily_Carter_-_Turn_Me_On_Tune_In_Drop_Out.html

https://pornve.com/y6t1fm7juoel/Kendras_Thanksgiving_Stuffing_Kendra_Lust_Jordi_El_Nio_Polla.html
https://pornve.com/y6vac73gwvga/Anal_Big_Tits_Danny_D_And_Anissa_Kate_Trhobbin_Hood.html
https://pornve.com/y6vfjj4n9srn/Amber_Cox_-_Waiting_Room_Boom_Boom.html
https://pornve.com/y6vu984c034p/BigWetButts_Nikki_Benz_Pantyhose_Playtime_-_14_10_2016.html
https://pornve.com/y6yxxfqqst1y/Kylie_Page_-_Not_Safe_For_Work.html
https://pornve.com/y74dggp8fxrk/Karma_Rx_-_How_To_Fuck_Your_Masseur.html
https://pornve.com/y7byeesi2hss/Patty_Michova_-_Banging_The_Butler.html
https://pornve.com/y7cb3pn2k4wd/Presley_Hart_-_Back_Room_Poon.html
https://pornve.com/y7g5bbxj10or/Abella_Danger_Small_Hands_-_Til_Cock_Do_Us_Part_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/y7l9x0g67db2/audrey_casino_royale.html
https://pornve.com/y7laszhphfvy/Abella_Danger_-_The_Pearl_Of_The_Sea.html
https://pornve.com/y7ozvyd7zh1p/JR_Carrington_-_Im_Gonna_Fuck_Your_Mom.html
https://pornve.com/y7qaf8j1ub7a/Tessa_Lane_-_Tense_Around_The_Titties.html
https://pornve.com/y7tgetgjz9ad/Diana_Prince_-_Mommy_Takes_Care_Of_Your_Future.html
https://pornve.com/y83ot3c9qhag/Brandi_Bae_-_Bicycle_Booty.html
https://pornve.com/y87565ahjekt/Natalia_Starr_-_Rock_Goddess.html
https://pornve.com/y8c1xsnsnzv3/Kylie_Nicole_-_Teen_Trophy_Wife.html
https://pornve.com/y8da87jr67kb/Seeing_Eye_Dick_Jenna_Foxx__Xander_Corvus_-_brazzers.html
https://pornve.com/y8esmqmrqldm/Victoria_June_Keiran_Lee_-_Day_With_A_Pornstar_Victoria_June_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/y8fmx99esbz6/Kendall_Woods_-_Fucking_Friends_Daddy.html
https://pornve.com/y8hbuhhr6rl7/Adriana_Chechik_Penny_Pax_-_The_Malcontent_Mistress_Part_1_-_Hot_And_Mean_-_Brazzers.html
https://pornve.com/y8pkaareh27t/Claire_Dames_-_Complimentary_Pussy_Massage.html
https://pornve.com/y8xjgkk8s44k/August_Ames_-_Hittin_That.html
https://pornve.com/y94frp7jwx38/Lisa_Ann__Sophia_Lomeli__Julia_Ann_-_Milfland_Security.html
https://pornve.com/y966xot62bmc/Nina_Elle_-_Eating_In_The_Meeting.html
https://pornve.com/y9etz7u4bvvd/Jessa_Rhodes_-_Powder_Puff_Girl.html
https://pornve.com/y9pj4hkhinha/bignaturals_19_07_15_gabriela_lopez_badminton_boobies.html
https://pornve.com/y9spv28fc6ra/Briana_Blair_-_Scotts_Choice.html
https://pornve.com/y9t9le2bys1d/Ava_Addam_An_Ass_Fit_For_King.html
https://pornve.com/y9w5txtu5tht/Realitykings__Sneaky_Sex__Phoenix_Marie_Ms_Ballbreaker.html
https://pornve.com/y9ykixudd070/Brand_New_Sexy_Luna_Star_And_Danny_D.html
https://pornve.com/ya1rx8eif4ze/Bubble_Butt_Jeans_Summer_Brielle.html
https://pornve.com/ya1y1ciqbmk1/All_Good_New_Alena_Croft.html
https://pornve.com/ya2mpk1bzyvr/Azul_Hermosa_-_Introducing_Azul.html
https://pornve.com/ya3ks7orx979/GFRevenge_Bathroom_beauty.html
https://pornve.com/ya55cvhjqqf2/my_mother_.html
https://pornve.com/ya5cwqh5tqzy/Rebecca_Volpetti__Shes_A_Free_Spirit.html
https://pornve.com/ya85gjy7xn2g/Veruca_James_-_The_Perfect_Maid.html
https://pornve.com/yaajm0evxyoh/Valentina_Nappi_Stretch_That_Ass_Out_-_BrazzersExxtra.html
https://pornve.com/yabi3klypq2p/Loni_Evans_-_Cheating_To_Get_Head.html
https://pornve.com/yabmhct8dw0j/Laela_Pryce_Anal_Massage.html
https://pornve.com/yak4qh27oud3/Keisha_Grey_Got_Graduated_Baby_Big_Tits.html
https://pornve.com/yakia3kzhjt1/Brazzers_Cock_tonic_Brazzers_Real_Wife_Stories_2018_Tommie_Jo_Keiran_Lee_Blonde_Milf_White.html
https://pornve.com/yal1haoc9fat/Rose_Monroe_-_Pumping_Her_For_The_Rent.html

https://pornve.com/yaq8we110ab8/Liv_Wild_Keiran_Lee_-_Truth_Or_Bare_-_Teens_Like_It_Big_-_Brazzers.html

https://pornve.com/yawfv2f5xqa9/BrazzersExxtra__Brazzers_Karla_Kush_-_Dont_Trust_Your_Friends.html

https://pornve.com/ybapc4angs4y/Step_mom_fuck_hard.html

https://pornve.com/ybbws7oth1sv/Eve_Laurence_-_Free_Tittie_Massage.html

https://pornve.com/ybdcads4yyr2/Kenzie_Reeves_-_Emo_Chick_Needs_Some_Dick.html

https://pornve.com/ybeb38kk3ivp/_Brazzers_-_Sexy_Sarah_Jessie_gets_her_pussy_pounded_hard_.html

https://pornve.com/ybfyiyqu4iil/Tori_Black_-_Irreconcilable_Slut.html

https://pornve.com/ybor0bwiugyw/Abby_Adams_Chad_White_-_Pound_Her_Drums_-_Sneaky_Sex_-_Reality_Kings.html

https://pornve.com/ybq7h13ykk8w/Erotic_Massage_Blake_Rose_Anal.html

https://pornve.com/ybsesdzp2v3l/Mandy_dee_Free_Pass.html

https://pornve.com/ybudah9kpmfw/Anna_Morna_Damon_Dice_-_The_Good_Samaritan_-_Milf_Hunter_-_Reality_Kings.html

https://pornve.com/ybzva900ei1z/Eliza_Ibarra_-_Hopping_On_A_Cock.html

https://pornve.com/yc03xdfieidf/Brazzers_-_Christiana_Cinn_Fuck_Your_Budget.html

https://pornve.com/yc0fblckhsqy/Best_New_Parker_Swayze_720p.html

https://pornve.com/yc4pogzrmaxt/Peta_Jensen_-_My_Honey_Wants_It_Rough.html

https://pornve.com/yc6detmawag7/Ava_Koxxx_Danny_D_Anal_Encounter_With_A_Stranger_Milfs_Like_It_Big_Brazzers.html

https://pornve.com/ycb9460eyww3/Natasha_nice_and_Johnny_sins_Brazzers.html

https://pornve.com/ycdh5i0xkdyq/Brandi_Love_-_Desperate_For_V-Day_Dick.html

https://pornve.com/ycdvdn1hq9zi/Caught_in_the_Swing_Gabriella_Paltrova__Tommy_Gunn.html

https://pornve.com/ychtgwlsvu0r/Sofia_Cucci_-_Penetrating_Sofia.html

https://pornve.com/yckqnomnkl6d/Massage_For_Janet_Mason.html

https://pornve.com/ycq8x8thoapn/Brazzers_-_Kendras_Thanksgiving_Stuffing.html

https://pornve.com/ycuqzgf8ku0k/Horny_Schoolgirl_Selfies_-_Jenna_Ashley__Jewels_Jade.html

https://pornve.com/ycvlf2v468du/Leigh_Raven_-_Noise_Cumplaint.html

https://pornve.com/yd34ft17uja7/Bridgette_B_-_Maid_For_Anal.html

https://pornve.com/yd5bvyxjteb7/Shazia_Sahari_-_Call_Me_Doctor_Nurse.html

https://pornve.com/yd5y9skgkh21/My_Gamer_Stepsister_Aaliyah_Hadid__Bruno_Dickenz.html

https://pornve.com/yd8jsrvhted8/DirtyMasseur_Kelsi_Monroe_Lily_Jordan_What_the_Client_Wants_the_Client_Gets_19_07_16.html

https://pornve.com/yd906mo0il49/Rebecca_More__Rhiannon_Ryder_-_Pussy_Is_International.html

https://pornve.com/ydabih5eso5o/Jessa_Rhodes_-_The_Clumsy_Intern.html

https://pornve.com/ydexovj3frqq/Angelina_Valentine_-_Extra_Curricular_Action.html

https://pornve.com/ydf40rme7qjy/Molly_Mae__Nikki_Capone_-_Dueling_Dildos.html

https://pornve.com/ydhwplytmq15/Tina_Kay_Danny_D_-_Always_Be_Fucking_-_Big_Tits_At_Work_-_Brazzers.html

https://pornve.com/ydinrm6n6jz2/Holly_Halston_-_Fuck_You_Pig.html

https://pornve.com/ydjwd8ac0m5m/Angela_White_Slick_Swimsuit.html

https://pornve.com/ydq7wguxtfo2/Felicia_Clover_-_Bouncy_Breasts.html

https://pornve.com/ydrg72ejriz9/Lexie_Candy_-_Lost_In_London.html

https://pornve.com/ydxgervxjvx7/Kira_Noir_Luna_Star_Xander_Corvus_-_Group_Pers-Anal_Training_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/ydy9vascc1p5/Candy_Alexa_-_Dildos_In_The_Drain_Pipe.html

https://pornve.com/ydyfosfnj7m7/Romi_Rain_Xander_Corvus_-_Hungry_For_Spring_Breakers_Part_1_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/ydyll4i9wjd5/Emily_Briar_-_Fishnet_Fucking.html
https://pornve.com/ye1br196itar/Charlee_Chase_-_Dickys_-_Dorkys_Revenge.html
https://pornve.com/ye1rloso3ym6/Jennifer_White_-_The_Replacement.html
https://pornve.com/ye63s6qvt6dd/AJ_Applegate__Savannah_Fox_-_Filthy_Fuck_-_Part_2.html
https://pornve.com/ye90f26z82jv/Allie_Haze_-_Latex_Lust.html
https://pornve.com/yek2ysxkdni2/RKPrime_-_Katrina_Jade_Play_Me.html
https://pornve.com/yekl3nrlovxw/Brazzers_-_Big_ass_blonde_investigator_Nicolette_Shea_gets_pounded_.html
https://pornve.com/yeoilcbei890/Marsha_May_-_A_Slutty_Influence.html
https://pornve.com/yf1l5ns5t3s4/BrazzersExxtra_19_08_26_Victoria_Cakes_Fucked_Out_Part_2_XXX.html
https://pornve.com/yf5duxb3l4x6/Blond_big_tits_seduces_manager_to_fuck_HD.html
https://pornve.com/yf5k6x5ux6sz/Paige_Turnah_-_Her_Ass_Is_A_Real_Paige_Turnah.html
https://pornve.com/yf69f34b5hr1/Take_Notes_Big_Tits_Babe_Nekane_Fucks_Her_Classmate_.html
https://pornve.com/yfas3nbzoce6/Devon_-_My_Co-Worker_Is_A_Horny_Stripper.html
https://pornve.com/yfbgikeckyvj/Nina_Rivera_-_Bubble_Butt_Bride.html
https://pornve.com/yfc7hz33fymw/Jynx_Maze_-_Can_I_Ass_You_A_Question.html
https://pornve.com/yfcb52do3ztd/Marie_Clarence_-_One_Very_Important_Business_Call.html
https://pornve.com/yfd39b7tvcyp/Kayla_Kayden__Im_The_Boss_Now.html
https://pornve.com/yfdnkwbizng3/Fucked_In_The_Seat_Kenzie_Taylor__Keiran_Lee.html
https://pornve.com/yfdpzipigi61/Demi_Sutra_-_The_Dildo_Prince.html
https://pornve.com/yfg043jf5kcj/HotAndMean_Megan_Rain_Shy_Love_Up_Your_Game_Bitch.html
https://pornve.com/yfj664yfj2dv/Tanya_Tate_-_More_Cumfidence.html
https://pornve.com/yfjpsp9fua3z/POKE_MASTER_CATCHES_THE_AMAZING_KELSI_MONROE_IN_A_XXX_PARODY_MOVIE.html
https://pornve.com/yfreymfd7oyj/No_Student_Teacher_-_Brazzers_.html
https://pornve.com/yftiyc9wm83i/Adriana_Chechik_Kendra_Lust_Keiran_Lee_-_Our_Sons_Girlfriend_Remastered_-_Real_Wife_Stories_-_Bra.html
https://pornve.com/yfy0vtl94535/Abella_Danger_Isiah_Maxwell_-_Caught_Between_A_Bed_And_A_Hard_Cock_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/yfyt9dy4ww8d/Tana_Lea_-_Dont_Bother_Me.html
https://pornve.com/yg0vrfw3kbmq/StreetBlowJobs_-_Kaitlyn_Shanelle_Lip_To_Tip.html
https://pornve.com/yg8mausbxkwo/Kayla_Paige_-_A_Lesson_On_Revenge.html
https://pornve.com/ygd55ywe1xmu/Karla_Kush_Xander_Corvus_-_Hot__Bothered_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/ygfcw9mgwkoi/Jenaveve_Jolie_-_Oral_Presentation.html
https://pornve.com/ygikaqsde5sp/Big_Ass_Nurse_-_MILF.html
https://pornve.com/ygikem08xo76/Katana_Kombat_-_Custodial_Cravings.html
https://pornve.com/ygkr89ii726q/Luna_Star_-_Whore-O-Scopes.html
https://pornve.com/yglxko6gizpb/Sophia_Lomeli_-_Sexual_Harassment_And_You.html
https://pornve.com/ygmu5q0e0q0u/young_fit_babe_krissy_lynn_takes_her_coachs_cock_outdoor.html
https://pornve.com/ygqkleq7s1bz/Kenzie_Reeves_-_Cheating_With_Her_Bestie.html
https://pornve.com/ygsigcul711a/Gia_Dimarco_Keiran_Lee_-_Shes_Not_What_She_Seems_Part_2_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/ygu2ivxq4nou/Ava_Koxxx_-_Anal_Encounter_With_A_Stranger.html
https://pornve.com/ygxdm2mpkwc9/Jayden_Jaymes__Kagney_Linn_Karter_-_Who_Looks_Hotter.html
https://pornve.com/ygz0rpg102mq/Angel_Wicky__Kiki_Minaj_-_Ladies_Twerk_It_Out.html

https://pornve.com/yh1jvlpl7gy2/Rina_Ellis_-_A_Dream_Cum_True.html
https://pornve.com/yh4vl9kdltql/Kacey_Villainess_-_Striptease_Squirtfest.html
https://pornve.com/yh9fhbgpy8o1/All_Good_New_Karlee_Grey.html
https://pornve.com/yha3ik8k6mdt/Misty_Stone_Sarah_Banks_-_Like_Mother_Like_Daughter.html
https://pornve.com/yhekg920gmo0/Brooke_Beretta_Scott_Nails_-_Arctic_Ass_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/yhfxv27px9vm/Monique_Alexander_-_Law_And_Whoreder.html
https://pornve.com/yhj05z4k98qr/Sexy_Catwoman_Franceska_Jaimes.html
https://pornve.com/yhplb45wjye4/RealWifeStories_-_Brazzers_Angela_White_It_s_A_Wonderful_Sex_Life.html
https://pornve.com/yhpvzakuq98q/Puma_Swede_-_The_Cock_Whisperer.html
https://pornve.com/yhrcluf3udpw/Sybill_Stallone_-_A_Persistent_Little_Humper.html
https://pornve.com/yhtkp1a1owov/Facial_Compilation_977_-_Faces_Covered_Whit_Cum_HD.html
https://pornve.com/yhv4tfeliv8t/Tia_McKenzie_-_Dirty_Laundry.html
https://pornve.com/yhx0n039u3yw/Charley_Chase_-_Big_Dong_Promotions.html
https://pornve.com/yi0rv81qibeh/Haley_Wilde__Madison_Ivy__Zoe_Voss_-_A_Clockwork_Whore_-_Part_2.html
https://pornve.com/yi0wfis20nqz/Brazzers_Up_to_code_and_up_her_ass_Brazzers_Big_Butts_Like_It_Big_Angela_White_Keiran_Lee_Bru.html
https://pornve.com/yi4e9ko1bi4f/Isis_Love_-_Let_Me_Teach_You.html
https://pornve.com/yi4sqij58kjl/Donna_Bell__Danny_D_Ride_the_Bride.html
https://pornve.com/yi9iqzumn0xi/Kissa_Sins_-_Showering_His_Wife_With_Attention.html
https://pornve.com/yibdkcwv1ddx/Gigi_Allens_-_Chained_To_Her_Desk.html
https://pornve.com/yihhv3gyvmf9/Jennifer_Dark_-_The_Ball_Is_In_Her_Cunt.html
https://pornve.com/yiq0pnhctpfv/Mary_Jean_Oliver_Flynn_-_Between_Her_Goalposts_-_Monster_Curves_-_Reality_Kings.html
https://pornve.com/yir6k93o3gf3/big_tits_nicole_aniston_girth_in_her_shell_a_xxx_parody_3628_42_plays_published_on_25_minutes_ago_category_ass_blonde_pornstar_nicole_aniston_tags_nicole_aniston_pussy_fuck_tag_this_video.html
https://pornve.com/yiut1hp70f2z/Brazzers_-_French_teacher_Anissa_Kate_gets_her_ass_fucked_in_the_classroom_.html
https://pornve.com/yiw8rs6lyl3s/Lexi_Lowe_-_Full_Busty_Jacket.html
https://pornve.com/yixx70c6ifad/brazzers2016-12-16_Life_Assistant_Doll.html
https://pornve.com/yiycxsquot43/Abella_Danger_Ricky_Johnson_-_Lights_CockCam_Action_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/yj079ahg13db/Dirty_Masseur_-_Nicole_Aniston.html
https://pornve.com/yj1gz6c4gwxu/Nina_Elle_-_Have_Your_Cock_And_Eat_It_Too.html
https://pornve.com/yj1t9aakwx9s/Charity_Bangs_-_Hubbys_Special_Gift.html
https://pornve.com/yj4utwsfqnid/Tia_Cyrus_-_A_Rubdown_To_Remember.html
https://pornve.com/yj6495pi2kwe/Deadly_Rain_-_Part_2.html
https://pornve.com/yj6q91qgic7n/He_Says_She_Fucks_Brazzers.html
https://pornve.com/yj8wlbur82et/Jayden_Jaymes_-_Amicable_Payment.html
https://pornve.com/yjaewl58uns4/Kendra_Lust_-_Librarian_Needs_A_Licking.html
https://pornve.com/yjaza8v5tskj/Rikki_Six__Tory_Lane_-_Peeping_Nurse_Learns_A_Lesson.html
https://pornve.com/yjeanukkc5w6/Devon_-_Sharing_The_Secretary.html
https://pornve.com/yjfxe9aa8qf5/Anissa_Kate__Jasmine_Jae_-_Storm_Of_Kings_Part_1.html
https://pornve.com/yjibpmo286mn/Kimmy_Granger_-_Happy_Hour.html
https://pornve.com/yjp116601duu/Liv_Wild_Madison_Ivy_-_A_Wild_Night.html

https://pornve.com/yjs6itq8sc5o/Anastasia_Brokelyn_-_Room_Service.html
https://pornve.com/yjslswh04nio/Brazzers_House_-_Episode_6.html
https://pornve.com/yjubqc49wkxh/Kortney_Kane__Nikki_Monroe_-_Filthy_Skies.html
https://pornve.com/yjv138k1jirv/Piper_Perri_-_Piper_Meets_Mr_Creep.html
https://pornve.com/yjxqoa2luqfm/Dont_Touch_Her_Kagney_Linn_Karter_and_Ramon.html
https://pornve.com/yk0ptggpvpdh/Candice_Mia_-_You_Steal_My_Clothes_I_Steal_Your_Cock.html
https://pornve.com/yk4drgsiw40c/Lena_Reif_Erik_Everhard_-_Luscious_Lena_Reif_-_Teens_Love_Huge_Cocks_-_Reality_Kings.html
https://pornve.com/yk4ises8tefd/Pure18_17_04_12_Jennifer_Jacobs_Fishnet_And_Fun_XXX_-KTR.html
https://pornve.com/ykd55pj994at/Tarra_White_-_My_Girlfriends_Mum_Has_A_Secret.html
https://pornve.com/ykd67ou9shvw/Brynn_Tyler_-_Pop_On_The_Cop.html
https://pornve.com/ykigdzf7l6a5/Victoria_White_-_Eleven_Inches_Of_Heaven.html
https://pornve.com/yks9kwtiqiel/Diamond_Kitty_-_Kitty_Anal.html
https://pornve.com/ykvl3m06u6c7/Vanilla_Deville_-_Moms_Cream-Pie.html
https://pornve.com/yl1aed4n71a3/Kissa_Sins_-_Sins_Life_-_Part_2.html
https://pornve.com/yl1m8jnu0x3j/This_Tit_Is_Not_A_Toy_Isis_Love_Tyler_Nixon.html
https://pornve.com/ylkbm309hu81/Adria_Rae_-_Busting_A_Nut_In_The_Bride.html
https://pornve.com/yll9f6sat6ki/GFRevenge_-_Cutty_Buddy_-_16_05_16.html
https://pornve.com/yls8p31x8c0g/Britney_Amber_-_The_Nuru_Nurse.html
https://pornve.com/ylt3ymcd8mni/The_Bang_Ring_-_Part_3.html
https://pornve.com/ylz01mvxmkoq/Erika_Belluci_-_Cum_Try_The_Squirt-Master_Cocktail.html
https://pornve.com/ylz1ipgqtlle/Chloe_Reese_Ryder_-_Tits_Manners.html
https://pornve.com/ym3powi3rd2f/BrazzersExxtra190116EmilyAddisonAnonymousAttractionXXX1080pMP4-KTR.html
https://pornve.com/ym4z5uugns4a/BrazzersExxtra_-_Ariana_Marie_I_Like_To_Be_Natural.html
https://pornve.com/ymakzl82cdj1/Melissa_May_Overnight_With_My_Moms_Boyfriend.html
https://pornve.com/ymbz2kdi4jav/Aaliyah_Love__Cherie_Deville_-_Calling_In_A_Cock.html
https://pornve.com/ymcpsizi7pkj/DareDorm_Elena_Koshka_Nickey_Huntsman_Dolly_Leigh_-_Cum_One_Cum_All_18_11_2016.html
https://pornve.com/ymh65r84jhnv/Naughty_Stepmom.html
https://pornve.com/ymi8pupglagr/RealWifeStories_Riley_Reid_40My_Cop_Sucking_Wife41.html
https://pornve.com/ymk6dm1lf0d7/Cintya_Doll_-_All-Natural_Euro_Fuck_Doll.html
https://pornve.com/ymmn1yg0lnzc/Brazzers_-_Rebecca_More_Flex_And_Sex.html
https://pornve.com/ymqfnhjknxje/Katie_Kush__Kenzie_Madison_-_Katie_And_Kenzie_Get_Flexible.html
https://pornve.com/ymrdi07195gg/Loulou_-_Work_It.html
https://pornve.com/ymvdu9rwfcrt/Blake_Rose_-_Anything_To_Close_The_Deal.html
https://pornve.com/yn4w0tk8okv5/Sofia_Rose_fuck_with_massage_boy.html
https://pornve.com/ynbyyomdt8o3/The_Translator_Ava_Austen_Nekane_Sweet_Chris_Diamond.html
https://pornve.com/yng24v90bxz3/Amina_Danger_Keiran_Lee_-_Say_Hello_To_Her_Little_Friend_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/yni0x7sb05hw/Lost_In_Brazzers_Part_3.html
https://pornve.com/ynkfd7t64h39/Gabriela_Lopez_-_Emergency_Rubdown.html
https://pornve.com/ynnf2ixaeib1/Desiree_Deluca_Redhead.html
https://pornve.com/ynpk9uxsrkoc/Britney_Amber_Johnny_Sins_-_Game_Day_Dicking_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/ynvm4fp2fzow/dwp_19_05_02_abella_danger_day_with_a_pornstar.html

https://pornve.com/ynwryxb6n9ul/Loulou_Petite_Princess_Eve_Jordi_El_Nino_Polla_-_Bridge_To_Pussy_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/yo7b5cum039k/Jessica_Jaymes__Kirsten_Price__Kristina_Rose_-_To_Live_And_Fuck_In_L_A_-_Part_3.html

https://pornve.com/yo9l7umtynt3/Amia_Miley_-_Dirty_Paper_Slut.html

https://pornve.com/yoaooq59ko2k/Lela_Star_Prince_Yashua_-_Designer_Dick_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/yoca5mgp8eeb/Allie_Haze__Jennifer_White_-_Just_The_Tip.html

https://pornve.com/yoitny4g5zvs/April_ONeil_-_Extra_Large_With_Extra_Pepperoni_Nipples.html

https://pornve.com/yolgzi888vj0/BrazzersExxtra_19_10_08_Alison_Avery_Party_For_One_XXX.html

https://pornve.com/yopvhww1sqb7/Alison_Avery_Scott_Nails_-_Final_Interview_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/you4ov8gdabe/PornstarsLikeItBig_-_Nicolette_Shea_Sheas_Got_The_Look.html

https://pornve.com/youdqoma0rjr/The_Naughty_Nanny_-_Part_1.html

https://pornve.com/yourex1r11by/gina_valentina_xander_corvus_-_tennis_balls_deep_brazzers_exxtra_brazzers.html

https://pornve.com/yp2fzhzzrjsn/Capri_Cavanni__Madelyn_Marie_-_Banging_At_The_Shelter.html

https://pornve.com/yp3btrfytwa1/Valentina_Nappi_Alberto_Blanco_Big_Titty_Workout_Big_Naturals_Reality_Kings.html

https://pornve.com/yp98uvycdnix/Jenna_Presley_-_Fuck_Me_Or_Ill_Fire_You.html

https://pornve.com/ypbhastoga80/Nikki_Benz__Kinzie_Kenner_-_Lingerie_And_Goodtimes.html

https://pornve.com/ypdw49xv6nal/Madison_Ivy_-_Porn_Star_Sex_Tips.html

https://pornve.com/ypg8xv387mao/Ryan_Keely_-_Water_Balloon_Charity_Fuck.html

https://pornve.com/yph48f0rny64/Tru_Kait_Scott_Nails_-_Who_Owns_Whom_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/ypi2vq47253y/Luna_Star_-_Porn_Star_Sex_Tips.html

https://pornve.com/ypkbogs6s9ld/DAREDORM_81_Classy_Girl_1of2.html

https://pornve.com/ypkwjplabrge/Hot_Hard_Anal_Kagney_Linn_Karter_Super_Anal_Nurse_NEW_April_27_2016.html

https://pornve.com/ypldm641atpk/MilfsLikeItBig_19_09_23_Ryan_Keely_The_Femdom_Florist_XXX.html

https://pornve.com/ypmlss56gn4a/Kiara_Mia_-_Ass_And_Titties.html

https://pornve.com/ypq4aa3lg2t7/She_Maid_Me_Cum_-_Amia_Miley__Jordan_Ash.html

https://pornve.com/ypzh8wyit7u1/Holly_Halston_-_Stolen_Orgasm.html

https://pornve.com/yq3aibqg5p8d/Adriana_Sephora__Remy_LaCroix_-_Remy_Loves_Adriana.html

https://pornve.com/yq46p2xs0mvq/GFRevenge_Girl_time.html

https://pornve.com/yq902lrc9egq/Dillion_Harper_-_Doctor_Who.html

https://pornve.com/yq9v6st57cik/Richelle_Ryan_-_Christening_The_Cougar.html

https://pornve.com/yqa0kmgseub2/Jasmine_Caro_-_Working_Stiff.html

https://pornve.com/yqcndqlcd5z9/Ava_Dalush_-_Big_Boob_Heaven_Is_A_Place_On_Earth.html

https://pornve.com/yqcq0hv5ugkv/Kayla_Kayden_-_Sensory_Deprivation.html

https://pornve.com/yqggxbavsq11/Ava_Koxxx__Summer_Brielle_-_I_Hope_You_Brought_Enough_For_Everyone.html

https://pornve.com/yqgtfih8nye9/Gina_Valentina_Mercedes_Carrera_Jordi_El_Nio_Polla_-_Foreign_Sexchange_-_Moms_In_control.html

https://pornve.com/yqh00ec9830c/Diamond_Jackson_-_The_Tightest_Tutor_In_Town.html

https://pornve.com/yqidbbqdefeg/Lezley_Zen_-_Its_A_No_Brainer_Fucking_The_MILF_Trainer.html

https://pornve.com/yqk6kzhyq85g/Monique_Alexander_-_Dont_Just_Kiss_Ass_Fuck_It.html

https://pornve.com/yqn9i74d33ic/Hailey_Young_-_Fuck_Her_Lucky_Charms_Laddie.html

https://pornve.com/yqnnll7lcha9/ZZ_vs_DP_-_The_Final_Fuck_Off.html
https://pornve.com/yqyjwtowg2vz/Alena_Croft_Filthy_Moms_1_S6.html
https://pornve.com/yr1uc12jrqbe/Aleksa_Nicole_-_Woopee_In_The_Workspace.html
https://pornve.com/yr4dakkd2elf/Alexis_Adams_-_Breaking_A_Promise_To_Pops.html
https://pornve.com/yr67mdemg7g8/Laura_Bentley_-_My_Girlfriends_Hot_Mom_15_2015.html
https://pornve.com/yr77w25k8kid/Abella_Danger_-_Cuffed_And_Fucked.html
https://pornve.com/yr9tsfqsnzr3/Moms_In_Control_NEW_Brazzers_Cathy_Heaven__Mea_Melone_An_Open_Minded_Marriage_23_12_15.html
https://pornve.com/yraqmtpqh30i/Aubrey_Gold__Jenna_Sativa__Nina_North_-_Pretty_Little_Bitches_Part_Four.html
https://pornve.com/yrc1ezz34gqp/Alexis_Fawx_-_The_Big_Stiff.html
https://pornve.com/yrnogj9giq3m/RKPrime_Cali_Carter_Bad_Tutor_.html
https://pornve.com/yrntosintzf4/Courtney_Cummz_-_Todays_Lunch_Special_My_Tits.html
https://pornve.com/yrqeyvziwewa/Jasmine_James_War_Whore.html
https://pornve.com/yrsguhmzyjsw/Karma_Rx_Lela_Star_Nicolette_Shea_Jessy_Jones_-_BrazziBots_Part_4_-_ZZ_Series_-_Brazzers.html
https://pornve.com/yrtaowexn0qq/Aleksa_Nicole_-_Cinco_De_Sexo.html
https://pornve.com/yrx283enc9an/Dana_Wolf_Keiran_Lee_-_Game_Over_Man_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/yryc7zose3tj/Kortney_Kane_-_Architect_Sex.html
https://pornve.com/ys5eo2kqvuxb/Nicolette_Shea_-_Poke_Her_Face.html
https://pornve.com/ys86kxerct3a/Jewels_Jade_-_Jewelss_Jaw-Dropping_Anal.html
https://pornve.com/ysd1ifl51rfu/TeensLikeItBig__Brazzers_Kristen_Scott_-_The_Big_Friendly_Dick.html
https://pornve.com/yskft5b7ihav/_Brazzers_-_Sexy_Raven_Redmond_gets_a_real_workout_from_a_big_cock_.html
https://pornve.com/yskutaelr0fi/Brittany_Andrews_-_The_Spit_Shine_Slut.html
https://pornve.com/yslrehz13ehq/Kenzie_Taylor_Michael_Vegas_-_Attend_To_My_Ass_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/ysmfb208v0in/Abigail_Mac_-_My_Night_With_A_Pornstar.html
https://pornve.com/ysnyv97ok8mg/Cheating_Wife_Fuck_With_Young_Boy.html
https://pornve.com/ysprhv5nz4ch/dwp_20_03_29_victoria_june.html
https://pornve.com/ysqxi2wjexgq/Angell_Summers_-_Exhibitionist_Boobies.html
https://pornve.com/ysrdzsg5yxsu/Raylene_-_90_Beats_Per_Minute.html
https://pornve.com/yst31rtl53jt/Jane_Douxxx_Is_Following_Doctors_Orders.html
https://pornve.com/ysuo9gtd1fae/Yurizan_Beltran_-_Playing_With_My_Tennis_Balls.html
https://pornve.com/ysw0vgpjasim/_Brazzers_-_Not_Again_.html
https://pornve.com/ysz4aapwqs2a/Rebeca_Linares_-_The_Shitty_Hairdresser.html
https://pornve.com/yt1pk2zzx7kl/Reality_Kings_Boot_Camp_Booty.html
https://pornve.com/yt5hrmwveua8/Roxy_Jezel_-_Suburban_Slut_Story_-_1.html
https://pornve.com/ytb2n5qgnfyj/Madison_Ivy_Keiran_Lee_-_The_Butler_Did_It_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/ytjg1gpq499x/Jade_Kush_Alex_Legend_-_The_DJ_is_DTF_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/ytp0vx7tsvdl/Brandi_Love_-_Rent-A-Pornstar.html
https://pornve.com/ytpg5q3l3ptf/Gabriela_Lopez_Sean_Lawless_-_Gabriela_Is_Your_Girlfriend_-_Brazzers_Exxtra_-_Brazzers.html

262

https://pornve.com/ytunxb16iwyk/Melissa_Moore_Horny_Teen_In_Need_Of_A_Dickin_Melissa_M_Teens_Luv_Huge_Cock.html

https://pornve.com/ytvu67nx1j7e/Allie_Haze__Val_Dodds_-_Give_Me_Your_Ass_Or_Get_Out_Of_My_House.html

https://pornve.com/yu0gmobfu8or/Kiera_Winters_-_Smalltown_Girl_Big_Cock_Mentality.html

https://pornve.com/yu0yxfbvnyno/Peta_Jensen_-_Sweet_Peta_Pie.html

https://pornve.com/yu3x2mtv5bdy/Freya_Fantasia_-_Classy_Snatch.html

https://pornve.com/yu4fffpcn28c/Alex_Tanner_-_Gingers_Have_No_Soul.html

https://pornve.com/yu6y0ktiokln/Mea_Melone_-_The_Mathletes_-_Part_2.html

https://pornve.com/yuar46kidox3/Monique_Alexander_tv_news.html

https://pornve.com/yuc57u6mebhy/Dillion_Carter_-_24_Hour_Quick_Titty_Service.html

https://pornve.com/yuc94qxaikkn/Ariella_Ferrera_-_The_Female_Orgasm_101.html

https://pornve.com/yudgaqea7k3j/Diamond_Jackson__Nikki_Benz_-_Game_Set_Match_Pussy.html

https://pornve.com/yumlpftxv8js/Brazzers_-_Lela_Star_The_Perfect_Hostess_2.html

https://pornve.com/yuqf5m3mbsck/Whitney_Wright_Goes_From_Angelic_Bride_To_Anal_Angel.html

https://pornve.com/yuu6v6hi05ow/Brazzers_Rub_Me_The_Right_Way.html

https://pornve.com/yv12cfbhz3vf/Huge_cumshot_compilation.html

https://pornve.com/yv20mzjwn58m/Rebeca_Linares_-_Port_Of_Cock_New_Whoreleans.html

https://pornve.com/yvbs6nrgqklz/Alena_Croft__Lily_Love_-_The_Heat_Wave.html

https://pornve.com/yve9wjohl2rm/Sophia_Lomeli_-_All_Inclusive_Package.html

https://pornve.com/yvfeqlv8i70a/Amber_Alena_-_Ambers_Morning_Titjob.html

https://pornve.com/yvs27c592wvy/Getting_Off_The_Waitlist.html

https://pornve.com/yvtc2j2n8df4/Tori_Avano_-_Pounding_Skin.html

https://pornve.com/yw14ce1lcd46/Jade_Kush_-_Skimpy_When_Wet.html

https://pornve.com/yw1eqo2aqpjc/BrazzersExxtra_-_Nicolette_Shea_Mrs_Sheas_Room_Service.html

https://pornve.com/yw2if3h0twwj/Aubrey_Sinclair_Krissy_Lynn_Get_Her_Juices_Flowing.html

https://pornve.com/yw67twmrqa7d/Lacey_DuValle_-_Somewhere_To_Fuck.html

https://pornve.com/yw84kbpy5kon/Elicia_Solis_-_All_Or_Nothing.html

https://pornve.com/ywbomqu8o0ux/Kianna_Dior__Nadia_Capri_-_Stop_Fuckin_My_Stepdaughter.html

https://pornve.com/ywdxo737bs7c/Alina_West__Bridgette_B_-_Legend_vs_Rookie.html

https://pornve.com/ywhzhpgk7rid/EuroSexParties_-_Soffia_Like_And_Kiara_Night_Wild_Girls_-_16_05_05.html

https://pornve.com/ywi4qh4xc7go/Honey_Demon_-_Spy_Hard_-_1.html

https://pornve.com/ywq1j5bnlco0/A_History_Of_Whoring.html

https://pornve.com/ywqi5upl18mg/Holly_Halston_-_Jailhouse_Fuck.html

https://pornve.com/ywya6aoynenn/Riley_Evans_-_Firefighter_Fucker.html

https://pornve.com/yx1dxaocz4tg/Jade_Aspen_Megan_Vaughn_-_My_Bikini_Bodys_Better.html

https://pornve.com/yx5d4ww6pc1d/Nickey_Huntsman__Osa_Lovely_-_Strip_Club_Surprise.html

https://pornve.com/yx5kth07mos5/Desiree_Dulce_Johnny_Castle_-_Worship_Me_-_Baby_Got_Boobs_-_Brazzers.html

https://pornve.com/yx7u0xo01r2v/Deadly_Rain_-_Part_4.html

https://pornve.com/yxbmbvfbh8nv/Ryan_Keely__Jordi_El_Nino_Polla_-_Mom_fucks_teen_boy.html

https://pornve.com/yxdok2li4fm7/Britney_Amber_-_Game_Day_Dicking.html

https://pornve.com/yxhhjjvj1sbn/Assh_Lee_-_Licking_In_Lingerie.html

https://pornve.com/yxhscnbrr6kz/Jessica_Jaymes__Rebeca_Linares_-_Planet_Whoreywood.html

https://pornve.com/yxlfuignuftp/Evi_Rei_Charles_Dera_-_Wet_Me_Down_-_Round_And_Brown_-_Reality_Kings.html

https://pornve.com/yxn51liuc7ym/NEW_Anal_Britney_Amber.html
https://pornve.com/yxnx2qe85llc/Realitykings_-_Pure18_-_Haley_Loves_Dirty_Laundry.html
https://pornve.com/yxo7rftflobi/bex_20_04_12_eliza_ibarra_hopping_on_a_cock.html
https://pornve.com/yxtv913chk9z/Lola_Marie_-_Helicopter_MILF.html
https://pornve.com/yxxrae0vsduv/Luna_Star_-_Hot_Hot_Heatwave.html
https://pornve.com/yy13umf3y8as/Desiree_Dulce_-_Out_From_The_Deep.html
https://pornve.com/yy4vtc8hdtvr/Reality_Kings_MILF_Hunter_36_40201541_Scene_3_Kalli_Kavalli.html
https://pornve.com/yy909yxmnr5b/Veronica_Avluv_-_Mom_Visits_Doc.html
https://pornve.com/yyajoxpumcgd/Alura_Jenson_-_My_Profs_Filthy_Mouth.html
https://pornve.com/yydf11a5gz5b/Rachel_Starr_-_A_Real_Man.html
https://pornve.com/yynihur9o9z7/Ryan_Conner_-_Tits_Out_To_Lunch.html
https://pornve.com/yyptrvaifryh/Skyla_Novea_Your_Dick_Roommates_Dick.html
https://pornve.com/yytjqpcvvp1z/Hailey_Star_-_Oral_Fixation.html
https://pornve.com/yyxa1bw0rd6r/VIRGIN_INOCENTE_LEARNS_ABOUT_THE_ANAL_YOUNG_BABE_RENEE_R
OULETTE.html
https://pornve.com/yyxr20fo2flr/Angelika_Grays_Sauna_Soak_100320.html
https://pornve.com/yyzue00m0kvi/Emma_Heart_-_Cock_Hungry_Cop.html
https://pornve.com/yz67zi2q1cvt/Abella_Danger_I_Love_Your_Dad.html
https://pornve.com/yz9x7ijqyuts/Mia_Malkova_-_Mia_Is_A_Blowjob_Addict.html
https://pornve.com/yzaxdh28wlli/Kenzie_Taylor_-_Fucked_In_The_Seat.html
https://pornve.com/yzfz5qcfviga/Diamond_Jackson__Mischa_Brooks_-
_Fuck_Forgive_And_Forget.html
https://pornve.com/yzikv21w3zax/Dani_Daniels_And_Phoenix_Marie_Three_Fingers_Deep_Doc.html
https://pornve.com/yzm17tp2yrzd/Kendra_Spade_-_Asses_In_Pajamas.html
https://pornve.com/yzqpwo00icm2/MomsBangTeens_-_Nova_Brooks_Tegan_James-Tied_Me_Up.html
https://pornve.com/yzqr98uvrkyt/ZZSeries_-_Cali_Carter_-_BrazziBots_Uprising_Part_3.html
https://pornve.com/yzr51kwc5c8g/Nicolette_Shea_-_Boss_For_A_Day.html
https://pornve.com/yzu0t13lrjrq/Alexis_Texas__Audrey_Bitoni_-_The_Driver.html
https://pornve.com/yzv73a275l8u/Lana_Rhoades__Nicolette_Shea_-_Double_Occupancy.html
https://pornve.com/yzwny6nzp2g9/Fetish_Lisa_Ann_Julia_Ann_Leigh_Darby_Phoenix_Marie_Leigh_Darby_Bi
g_Tits_Mature_B_Blonde_Mia_Milkova_Nikita_Von_James_Dilan_Ryder.html
https://pornve.com/z01v9vfcumkx/Abigail_Mac__Amber_Jade_-_Amber_In_The_Hills_-_Part_2.html
https://pornve.com/z0bo2x7o88d7/Hot_Sauna_Pussy.html
https://pornve.com/z0fmsxe3hw02/Drilling_Mommy_Scene_1_Sexy_Dirty_Milf_Charles_Dera__Raven_Hart.
html
https://pornve.com/z0hevoark560/Anya_Ivy__Krissy_Lynn_-_My_Stepmom_Hired_A_Hooker.html
https://pornve.com/z0k4m1ey8nqe/Shay_Fox_-_Slipping_Into_Shays_Big_Wet_Ass.html
https://pornve.com/z0ocbyq4v9d3/Kendra_Lust_-_A_Labor_Of_Lust.html
https://pornve.com/z0pjj1ext5lg/Helly_Mae_Hellfire_-_Spin_The_Booby.html
https://pornve.com/z0qa980jdos3/Angel_Long__Lucia_Love_-_Femme_Fatale_On_Curvy_Cutie.html
https://pornve.com/z0sat4dqt2oq/Loni_Evans_-_The_Public_Speaker.html
https://pornve.com/z0t6pjyni4et/Ivy_Lebelle_Scott_Nails_-_Special_Tasks_-_Brazzers_Exxtra_-
_Brazzers.html
https://pornve.com/z0v5ezo3cd09/Elena_Koshka_Tall_Russian.html
https://pornve.com/z11sp9vv1624/Karma_Rx_-_Nothing_Butt_Wet.html
https://pornve.com/z12s3o87y4q6/Diamond_Jackson_-_Moms_Twist_Of_Date.html
https://pornve.com/z1699kd76s7p/Ava_Addams_-_School_Of_Modeling.html
https://pornve.com/z183q0yksbe5/Monique_Alexander_-_Moniques_Cumshot_Countdown.html

264

https://pornve.com/z1akzap4556n/Mindy_Lynn_-_Bigger_Than_Friendship.html
https://pornve.com/z1bwfwsjxlhr/_Brazzers_-
_StepMom_teach_Tyler_and_Evelin_a_lesson_they_wont_soon_forget_.html
https://pornve.com/z1c53jebcn7o/MomsBangTeens_Gina_Valentina_Kate_Linn_Try_This_One_On_-
_21_11_2016.html
https://pornve.com/z1fyr9qn2erx/Chanel_Preston_-_Deep_Drip_Trip.html
https://pornve.com/z1iq05v7md4a/Jennifer_Adams_-_SuperCock.html
https://pornve.com/z1lhnit7v5l2/Aidra_Fox_Keiran_Lee_-_Au_Pair_Oh_My_-_Pornstars_Like_It_Big_-
_Brazzers.html
https://pornve.com/z1m18mbmusu6/Luna_Star_-_Day_With_A_Pornstar.html
https://pornve.com/z1n8a9v6hvq9/Brazzers_Workout_Sex_Club_Brooke_Beretta.html
https://pornve.com/z1nc626mo0jx/Romi_Rain__Violet_Monroe_-_Maleficunt.html
https://pornve.com/z1ngsnaw3vqj/Monique_Alexander_Krissy_Lynn_The_Pornstars_Under_The_Stairs.html
https://pornve.com/z1o0t9hycjy0/BigNaturals__RealityKings_Raven_Redmond_-
_Rubbing_On_Raven.html
https://pornve.com/z21osa2v1mks/Cindy_Dollar__Eve_Angel_-_Conservative_Euro-
Milf_Sluts_It_Up.html
https://pornve.com/z23cqsh89keq/MommyGotBoobs_-_Alura_Jenson_The_Moaning_After.html
https://pornve.com/z2807hp8fk3v/Taylor_Wane_-_Open_For_Business.html
https://pornve.com/z2adb2oh60wy/Aletta_Ocean_and_Franceska_Jaimes_Awesome_Anal_Threesome.html
https://pornve.com/z2fvuq7b8t9r/Peta_Jensen__Valentina_Nappi_-
_Close_Encounters_Of_The_Big_Kind.html
https://pornve.com/z2ipb8v8y1jg/Angelina_Ash_-_Into_The_Deep_Dark_Blue.html
https://pornve.com/z2lkvmvxi9b3/Chloe_Chaos_-_Wet_Dream_Homecumming_Queen.html
https://pornve.com/z2me8fqk4djz/Malezia_-_Frenchy_DAmour.html
https://pornve.com/z2mhb8j4mh8m/Lexi_Luna_-_Stepmom_Gets_Soaked.html
https://pornve.com/z2o71vhp7736/Ash_Hollywood__Lily_Labeau__Riley_Chase_-_Wannabe_Dyke.html
https://pornve.com/z2q1focbsbb2/Sharing_The_Siblings_-_Part_2.html
https://pornve.com/z2xz825oyikh/PornstarsLikeItBig_17_02_27_Rachel_Roxxx_Isis_Love_And_Romi_Rain_Sl
ut_Hotel_Part_3_XXX_-KTR.html
https://pornve.com/z306ggvbwb5s/Brandy_Talore__Jayden_Jaymes_-_Mascot_Kidnapping.html
https://pornve.com/z30s7g1ravfl/Amy_Anderssen_-_Itchin_For_A_Petition.html
https://pornve.com/z335owqrdtm9/Fuck_Me_Before_I_Go_Insane.html
https://pornve.com/z33dclxp3lwz/Ashli_Orion__Brooke_Lee_Adams_-
_Dont_Look_A_Gift_Whore_In_The_Mouth.html
https://pornve.com/z38cv1ftkvzx/Skyla_Novea_-_Go_Fuck_Your_Selfie.html
https://pornve.com/z3avem2mi6xk/Alanah_Rae_-_Facility_Supervisor_Facilitator_Of_Super_Sex.html
https://pornve.com/z3nxi7w8dwxa/RealWifeStories_-_Monique_Alexander_-_Two_To_Tango.html
https://pornve.com/z3o1qb6vji66/Miss_Titness_America_2017_-
_Jewels_Jade_Diamond_Jackson_Kendra_Lust_And_Brandi_Love.html
https://pornve.com/z3sc75lp3wyc/Cassidy_Banks_-_Fuck_The_Interview.html
https://pornve.com/z3to1l1yhhks/alektra_blue_sucking_dick.html
https://pornve.com/z3yxuc9a13nq/Audrey_Bitoni__Honey_White_-_Boston_Cream.html
https://pornve.com/z410lb6twxhn/Dylan_Ryder_-_Laid_In_The_Everglades.html
https://pornve.com/z457mleb47gu/Valentines_Day_Affair_-_Best_Moments.html
https://pornve.com/z45w7y6xzmwy/Alexis_Malone_-_Strangers_In_The_Woods.html
https://pornve.com/z4dbt9w07kin/Ava_Addams_Tyler_Nixon_-_Pictures_Of_Her_-
_Mommy_Got_Boobs_-_Brazzers.html

https://pornve.com/z4eni87qz770/Sara_St_Clair_-_Sexy_Sara.html
https://pornve.com/z4iy2b4bxgi5/Brazzers_-_Sex_And_The_Sponge_Bath.html
https://pornve.com/z4j98ixrzvk1/Bound_To_Be_Pleasurable_Bridgette_B_Eva_Notty.html
https://pornve.com/z4krn5b724r2/DareDorm_-_Glow_Party.html
https://pornve.com/z4lx1brfsnee/Jenna_Fox_Justin_Hunt_-_Golden_Hunnie_-_Round_And_Brown_-_Reality_Kings.html
https://pornve.com/z4m8hqiz0q48/Alicia_Secrets__Kirsten_Price_-_Holiday_Secrets.html
https://pornve.com/z4osoprucv4s/BrazzersExxtra_-_Lela_Star_Lela_Pays_Her_Dues.html
https://pornve.com/z4ot4mhsz8pk/Carolyn_Reese_-_Suggestion_Box.html
https://pornve.com/z4p7dyv1pk19/Alura_Jenson_The_Moaning_After_Mommy_Issues_3.html
https://pornve.com/z4podgkrwcbl/Madison_Ivy__Nicole_Aniston_-_Hot__Horny_Homewreckers.html
https://pornve.com/z4q05gig9tv1/Alura_TNT_Jenson_-_My_Mother_In_Law_Likes_It_Raw.html
https://pornve.com/z4r3afccyaxm/Christy_Mack_-_Cocked_And_Loaded.html
https://pornve.com/z4r728lggndf/Quinn_Wilde_-_A_Big_Titted_Bully.html
https://pornve.com/z4t9mk53qdrf/Lena_Paul_Xander_Corvus_-_Fuck_My_Best_Friend_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/z4t9no01d3s6/Isis_Love_-_Happy_Bday_Fuck_My_Mom.html
https://pornve.com/z51m7ejy0s0x/Abigail_Mac__Nicole_Aniston_-_Gym_And_Juice.html
https://pornve.com/z55kuk1akcwt/Lauren_Phillips_-_Wedding_Planning.html
https://pornve.com/z56tf29rglgu/Her_Fantasy_Ball.html
https://pornve.com/z57qir5tyzz2/Jada_Fire_-_Fuck_My_Backdoor_Chute.html
https://pornve.com/z58i0a34q0z3/Paige_Turnah_-_Massage_My_Arse.html
https://pornve.com/z5cseyap70ou/Realitykings_-_Pure18_-_Tight_Little_Pussy.html
https://pornve.com/z5fupydp7220/Abella_Danger_-_Abella_Bets_Her_Butt.html
https://pornve.com/z5fyoj9qnngj/Ally_Kay_-_Ally_Drops_An_Album.html
https://pornve.com/z5hkrfzu5ay5/Carter_Cruise__Maddy_Oreilly_-_In_House_Whore.html
https://pornve.com/z5i3dqy9ep1m/Brazzers_-_Thats_My_Bush.html
https://pornve.com/z5j6wnya44y7/DayWithAPornstar_20_06_15_Jewelz_Blu_Jewelz_Has_Cock_For_Breakfast_.html
https://pornve.com/z5j98ovz8txs/Daisy_Marie_-_Good_Deed_Well_Rewarded.html
https://pornve.com/z5m8dc61bpsk/Madison_Ivy__Jasmine_Jae_-_Tour_Of_London_-_Part_1.html
https://pornve.com/z5ocxohtbbl0/Alyssa_Reece__Angel_Long_-_Nailing_The_Nosy_Neighbor.html
https://pornve.com/z5qi3118eim6/Alison_Avery_-_Party_For_One.html
https://pornve.com/z5t6kqwak34g/Karmen_Karma_-_In-Lawful_Infidelity.html
https://pornve.com/z603imtwwrjp/Romi_Rain_-_No_Student_Teacher.html
https://pornve.com/z626wasxejrx/Kiara_Mia_-_Kiaras_Oily_Anal.html
https://pornve.com/z65lbpvk7n2z/Brooke_Haven_-_The_Canadian_Mounted.html
https://pornve.com/z663i2yjyge3/Brazzers_Live_-_17.html
https://pornve.com/z69zsdk5rx5m/Amber_Jayne_Danny_D_-_Door_To_Door_Rub_And_Tug_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/z6d691eqnyvh/Kali_Roses_Her_Irresistible_Sister.html
https://pornve.com/z6eu3uu4339c/Parker_Swayze_-_ZZ_Medical_Center.html
https://pornve.com/z6gw2xe33clc/Eva_Karera_-_Trust_Me_Im_A_Doctor.html
https://pornve.com/z6henq1a2m4w/Julia_Ann__Tyler_Nixon_Stepmom_Sex_Ed.html
https://pornve.com/z6joxyxv2e80/Nikki_Benz_maffia.html
https://pornve.com/z6w5kt9v9yre/Roxy_Risingstar_Put_Down_The_Phone_And_Fuck_Me.html
https://pornve.com/z6xq1sadzbyd/Katsuni_-_Postman_Kat.html
https://pornve.com/z726dmpbxwub/Bree_Olson_-_No_Pressure.html

https://pornve.com/z773vi637o29/Kendra_Sunderland__Madison_Ivy_-
_Bodacious_Bikini_Threesome.html

https://pornve.com/z77wwgsq6jqg/Christy_Mack_-_Out_Of_The_Biz.html

https://pornve.com/z7ia67x0osxx/Missy_Martinez_-_Not_Another_Happy_Ending.html

https://pornve.com/z7isw3r0ggm9/Brandy_Aniston_-_Icing_On_My_Cock.html

https://pornve.com/z7m3274ffmw5/This_Partys_Boring_Valentina_Nappi__Jessy_Jones__Xander_Corvus.ht
ml

https://pornve.com/z7oqutqzkbne/GF_REVENGE_Bare_Naked_Adessa_Winters.html

https://pornve.com/z7u4h5p7j0kp/Brazzers_Mom_Fucked_The_Masseur.html

https://pornve.com/z7yu8z5fisxn/Alexis_Ford_-_Happiness_In_Slavery.html

https://pornve.com/z8cs53a2px1i/Elsa_Jean_-_Can_You_Feel_The_Tightness.html

https://pornve.com/z8eavsufoc5k/DayWithAPornstar_-
_Cherie_Deville_And_Jenna_Foxx_Get_Off_Online.html

https://pornve.com/z8g7ajom0e6x/Charlee_Monroe__Vivie_Delamonico_-
_Consoling_With_Cunnilingus.html

https://pornve.com/z8g8roewkkkm/Drive_Me_Crazy_-_Ella_Hughes__Ryan_Ryder.html

https://pornve.com/z8jotop0pcr7/Brenna_Sparks_-_Banging_My_Bosss_Daughter.html

https://pornve.com/z8k4p0ajfzym/HotAndMean_16_01_03_Aaliyah_Love_And_Cherie_Deville_Pornstar_Fan
tasies.html

https://pornve.com/z8vrw7sui9ke/Brazzers_House_-_Episode_8.html

https://pornve.com/z8w0dvw03dl9/Bridgette_B_-_You_Asked_Whore_It.html

https://pornve.com/z8wp2h1g8lz5/Brazzers_My_Slutty_Stepmoms_Wedding_Brazzers_Mommy_Got_Boobs_
2017_Pornstars_Raven_Hart_Justin.html

https://pornve.com/z8wv9dpqvw9p/Jenna_Presley_-_A_Rare_Case_Of_Girlstuckoncock.html

https://pornve.com/z8ypc4d1x36b/Stacy_Cruz_Danny_D_-_Lost_Cock_-_Teens_Love_Huge_Cocks_-
_Reality_Kings.html

https://pornve.com/z8z88eolnrs2/Brazzers_-_Athena_Palomino_Athena_For_Dessert.html

https://pornve.com/z956xwpw3s7f/Jasmine_Jae__Rebecca_More_-
_How_Danny_D_Stole_XXXMas.html

https://pornve.com/z958eqx9l7ey/Jennifer_White_-_Cumming_To_Class.html

https://pornve.com/z96lbn5ihmcx/blowjob_and_registration.html

https://pornve.com/z97vkjfrfof1/Hard_Anal_Home_Alone_And_Fuck_To_The_Bone.html

https://pornve.com/z99muww45kyb/Alexa_Tomas_-_La_Puta_Envidia.html

https://pornve.com/z9abtcw97tc5/Sensual_Jane_Presenting_To_Pascal_Mommy_Issues.html

https://pornve.com/z9fyu2vw2bo1/Moms_In_Control_Stepmoms_Need_Loving_Too.html

https://pornve.com/z9g1jckmcuh7/Monique_Alexander_New_Anal_Spa.html

https://pornve.com/z9gxuajn2zsk/Jessica_Jaymes_-_Married_To_The_Mob_-_Part_1.html

https://pornve.com/z9hg97t9v000/Jessa_Is_Married_But_That_Doesnt_Mean_Shes_A_Faithful_Wife_Sneaky
_Cheat.html

https://pornve.com/z9j5zhqfjof9/_Brazzers_-
_Busty_Hot_Anissa_Kate_gets_her_ass_pounded_by_a_big_dick_.html

https://pornve.com/z9jhwp3ivnfg/Zanna_Blue_-_Lingerie_Rubdown.html

https://pornve.com/z9nsa4nw44k2/Gina_Valentina_Michael_Vegas_-_Squirtboarding_-
_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/z9pq698aux4r/CumFiesta_Kimmy_Fabel_-_New_To_This_06_09_2016.html

https://pornve.com/z9tnil66hv14/Adria_Rae_Casey_Calvert_Xander_Corvus_-_Anal_Double_Dip_-
_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/z9yx7g4uxtwn/Alexis_Ford_-_Pussy_Prescription.html

https://pornve.com/za0c8wz3yfv9/Gina_Valentina_Johnny_Sins_-_Traffic_Violation_-_Teens_Like_It_Big.html

https://pornve.com/zag4o0oe2tk6/Richelle_Ryan_-_The_Hottest_Yoga_Class_In_LA.html

https://pornve.com/zail020bt9xc/MilfsLikeItBig_19_10_08_Dee_Williams_Making_Assmends_XXX.html

https://pornve.com/zalhlp2g91ic/Lisa_Ann_-_Club_Cougar_Steals_The_Cock.html

https://pornve.com/zau3okrt96qh/BrazzersExxtra_20_06_14_Nicolette_Shea_School_Of_Hard_Knockers_.html

https://pornve.com/zaw25x0egfro/Anal_Nikki_Benz_Lets_Party.html

https://pornve.com/zawcb456ghtw/Krissy_Lynn__Nika_Noire_-_Brazzers_Cumfidential.html

https://pornve.com/zb56tdaav9rq/April_ONeil__Isis_Taylor__Madison_Ivy_-_The_Pussys_Advocate.html

https://pornve.com/zb5os7whchce/Sally_DAngelo_Alex_Legend_-_Can_You_Help_My_Mom_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/zb6d6suzjz3e/Eva_Angelina_-_The_Sultans_Slutty_Skank.html

https://pornve.com/zbd247uleolp/BrazzersExxtra_15_11_12_Krissy_Lynn_Rowdy_Armbar_Goes_Too_Far.html

https://pornve.com/zbgykp9okux5/Brazzers_-_Candy_Alexa_Jiggly_Jump_Rope.html

https://pornve.com/zbhtudmxid3c/Giselle_Palmer_-_Just_Trying_To_Earn_A_Little_Extra_College_Money.html

https://pornve.com/zbjpskaefjny/alanah_rae_married.html

https://pornve.com/zbjrgp5ti68k/Carla_Pryce_-_Blowjob_101.html

https://pornve.com/zbo1610nzibz/Summer_Brielle_-_Pornstars_Anonymous.html

https://pornve.com/zboanfszktg6/Sybil_Stallone_-_Stepmoms_Spring_Cleaning_-_Brazzers.html

https://pornve.com/zbuycz2uihrv/Abella_Danger_Mick_Blue_Use_It_Or_Lose_It.html

https://pornve.com/zc2s2hfs6ea0/Katie_Monroe_-_Read_My_Lips.html

https://pornve.com/zc4pjxnul5gm/Shyla_Stylez_Pornstar_Punishment.html

https://pornve.com/zcbmh0aggh98/Ava_Addams_-_Double_Timing_Wife_-_Part_1.html

https://pornve.com/zcltd1fd0dv9/Ella_Hughes_Kayla_Green_Danny_D_Threesome.html

https://pornve.com/zcm9vce1rdek/rws_19_05_02_ivy_lebelle_hard_evidence.html

https://pornve.com/zcn7qxbbqnw2/Angel_Vain_-_Im_A_Shitty_Mom_But_I_Have_Great_Tits.html

https://pornve.com/zcpnqtbldooj/Brooke_Haven_-_Brookes_Heavenly_Tits.html

https://pornve.com/zcr16romyv7g/World_War_XXX_Full_Movie.html

https://pornve.com/zcr46rf4get7/Alektra_Blue__Eva_Angelina_-_Eva_And_Alektra_Get_Nasty.html

https://pornve.com/zcserp15017r/Audrey_Bitoni_-_The_Future_Is_Fucked.html

https://pornve.com/zcuwws4yoc8z/Diamond_Kitty_-_Double_Down_For_Diamond.html

https://pornve.com/zcvcbb709d6l/Moms_In_Control_14_S2_Missy_Martinez_Sadie_Pop.html

https://pornve.com/zd18ekhmwuqi/A_Neighborly_Lay.html

https://pornve.com/zd4kksq6ilth/Desiree_Dulce_Scott_Nails_Out_From_The_Deep.html

https://pornve.com/zd6zdm9mla6z/MommyGotBoobs_Isis_Love_Let_Me_Teach_You_-_30_07_16.html

https://pornve.com/zdnr659owdcl/Horny_Black_Amateurs_-_Peyton_Rain.html

https://pornve.com/zdpvg3mx68pl/Delicious_Tits_Brazzers_european.html

https://pornve.com/zdqu7zllgzkg/Diamond_Foxxx__Janet_Mason_-_Rules_Of_Milf_Attraction.html

https://pornve.com/ze1g4ebdxa18/Nathaly_Cherie_-_Nylon_Nuru.html

https://pornve.com/ze4zq6xjzear/Priya_Anjali_Rai_-_Boats_And_Hoes.html

https://pornve.com/ze7amx2tyqx7/Tiffany_Tyler_-_St_Phatdicks_Day.html

https://pornve.com/zeh5xb7ltuh5/Emma_Leigh_-_Mannequin_Magic.html

https://pornve.com/zehvx4uisv5e/Mackenzee_Pierce_-_EverHard_At_Work.html

https://pornve.com/zekgr4qbv690/Missy_Martinez_-_With_Special_Guest_Missy_Martinez.html

https://pornve.com/zeme1neapf0m/Kali_Roses__Kira_Noir_-_Just_A_Regular_Massage.html
https://pornve.com/zeo4ogwc4yk4/Rose_Monroe_-_Pussy_Espanola.html
https://pornve.com/zeomt1zdsxur/Apolonia_Lapiedra_Surprise_Invasion.html
https://pornve.com/zf0ci80pfljt/My_Dirty_Talking_Prof_Brazzers.html
https://pornve.com/zf10w4nghtor/April_Brookes__Kendall_Kayden_-_Sibling_Rivalry.html
https://pornve.com/zf6offvslu7e/Brazzers_special_Edition.html
https://pornve.com/zfaq3la6t809/Free_Screw_at_Hardware_Store_-_India_Summer__Johnny_Sins.html
https://pornve.com/zfb18kskfxe8/Anissa_Kate_-_Not_Here_For_The_Coffee.html
https://pornve.com/zfccrrcul5fa/Robbin_Banx_Keiran_Lee_-_Welcum_To_The_Neighborhood_-_Real_Wife_Stories.html
https://pornve.com/zfjcipej31le/Abigail_Mac_-_Anatomy_Of_A_Sex.html
https://pornve.com/zfjjkzre8aa2/Jessica_Lynn_-_Bavarian_Boobs.html
https://pornve.com/zfqddn0tzxiv/Nurse_Da_Asa_Akiraaaaa.html
https://pornve.com/zg0i53x9ld09/Corinna_Blake_Open_For_Anal_Business.html
https://pornve.com/zga1eg01u6xr/dirty_masseur_brazzers_brooklyn_chase_van_wyldea_step_sons_duty.html
https://pornve.com/zga1jp0geoih/Lezley_Zen__Shyla_Stylez_-_Security_Sluts.html
https://pornve.com/zgeuh1787w3g/Brazzers_house_2_day_3.html
https://pornve.com/zgluand8gxox/Julie_Cash_-_Bedside_Manner.html
https://pornve.com/zgwiqc5lehh2/Big_Tits_Boss_25_2015_Part_1.html
https://pornve.com/zh19tjkjqwxv/Brazzers_One_slutty_shopping_spree_Brazzers_Pornstars_Like_It_Big_Aubrey_Black_Danny_D_Milf_F.html
https://pornve.com/zh8mljhgv7hq/Cali_Carter_Keiran_Lee_-_Babys_Gone_Buck_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/zh9pi8nocpi0/Holly_West_-_Straight_To_The_Point.html
https://pornve.com/zhl9p8i0hn1s/Diamond_Foxxx_-_Helping_With_The_Chores.html
https://pornve.com/zhoehr746zba/Angel_Wicky__Jimena_Lago_-_Teens_In_The_Backseat.html
https://pornve.com/zhtmk4lh89ro/Capri_Cavanni_-_You_Stole_My_Wish_Bitch.html
https://pornve.com/zi0nolswx5ku/Juelz_Ventura_-_Birdie_In_The_Bunker.html
https://pornve.com/zi0xg3gh5ryn/Devon_-_My_Stepmom_Smokes_Pole.html
https://pornve.com/zi223mqjpfph/Alanah_Rae__Nikki_Sexx_-_The_Men_In_Plastic_Masks.html
https://pornve.com/zi7ztvm1czoi/Jada_Stevens_-_Laser_Show_Double-Blow.html
https://pornve.com/zi9sf03fzpp7/Whitney_Wright_-_Angelic_Bride_To_Anal_Angel_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/zija7clp5pw7/Nicole_Aniston_-_Fuck_Me_Chance_Callahan.html
https://pornve.com/zimxlonkdkfs/Nikki_Nine_-_Blown_By_An_Old_Flame.html
https://pornve.com/zip4zj0y8l3s/Courtney_Cummz__Julia_Ann_-_1_2_3_Baby_Cum_On_Me.html
https://pornve.com/ziphhh6qw075/Alexis_Grace_-_Please_Keep_Your_Tits_Quiet.html
https://pornve.com/ziqmpsqez6yu/Brazzers_House_-_Episode_4.html
https://pornve.com/zir2bj560abw/Cassidy_Banks_-_My_Ex-Girlfriends_Daughter.html
https://pornve.com/zir52ng9iwth/Alura_Jenson_-_Draining_The_Plumbers_Cock.html
https://pornve.com/ziycnbjbh9ox/Horny_And_Dangerous_-_Episode_4.html
https://pornve.com/zj2v6lylhkwp/Tough_Fuckin_Bitches_Brazzers.html
https://pornve.com/zj3c8486bg1p/Anal_Tutor_Holly_Hendrix__Sean_Lawless.html
https://pornve.com/zj4jtuewcc8i/Nicolette_Shea_JMac_-_Im_Sensitive_-_Dirty_Masseur_-_Brazzers.html

269

https://pornve.com/zj71pgjb3o55/College_Midterm_Stress_Release_Peta_Jensen_Gets_Her_College_Tits_Fucked_.html

https://pornve.com/zj948l0b3dgl/Julia_Ann_forced_anal.html

https://pornve.com/zjpqd0ogeq5j/Angel_Dark_-_Pound_That_Ass_Into_Shape.html

https://pornve.com/zjtv1kue6kq2/Ashley_Adams_-_New_Tits_On_The_Block.html

https://pornve.com/zjzg960148lg/Living_On_The_Edge_Abigail_Mac.html

https://pornve.com/zk4xl5lisned/Brazzers_-_Ariella_Ferrera__Honey_Its_A_Motorbunny.html

https://pornve.com/zk80x9oo8kdh/Sammie_Spades_-_Slut_In_The_School.html

https://pornve.com/zkc21bokbcf7/Brazzers_-_Ashley_Adams_Make_Up_Sexam.html

https://pornve.com/zkcdj7jtlrbn/Samantha_Ryan_-_I_Want_My_Massage_Now.html

https://pornve.com/zkeo3ej1m0q3/slutty_red_bitch_and_her_stepmother_get_fucked_in_the_bathtub.html

https://pornve.com/zkhewt06lxw6/Giselle_Palmer_Lena_Paul_Ricky_Johnson_-_Putting_The_D_In_Divorce_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/zkicb9vir6bm/Abigail_Mac__Brandy_Aniston_-_Fuck_Your_Bachelorette_Party.html

https://pornve.com/zkj7hqf1sgts/Gianna_Dior_Keiran_Lee_-_The_Naughty_Nanny_Part_2_-_Teens_Like_It_Big_-_Brazzers.html

https://pornve.com/zkmtekuu3i2u/Karma_Rx_-_The_Spank_Banker.html

https://pornve.com/zkputalz0aq8/Switching_Teams_Part_2_Brazzers.html

https://pornve.com/zkw4etn8vs0n/BrazzersExxtra_19_10_07_Alex_Coal_Lets_All_Fuck_In_The_Lobby_XXX.html

https://pornve.com/zkz0m9v3l69u/Karmen_Karma_-_Backstage_Bang.html

https://pornve.com/zl1k1ybpiyx9/Kiara_Mia_Sexy_School_Girl.html

https://pornve.com/zlf0s38gtxzs/Lou_Lou__Petite_Princess_Eve_-_Bridge_To_Pussy.html

https://pornve.com/zlh0h43lryvu/Demi_Lopez__Gia_Paige_-_Thats_My_Boyfriend_Bitch.html

https://pornve.com/zlp3v01qv375/Gracie_Glam_-_After_Class_Ass.html

https://pornve.com/zlrcv62nsr11/Bonnie_Rotten__Gia_Dimarco_-_Caught_At_The_Peephole.html

https://pornve.com/zlsuskrqi62x/Eva_Notty_in_Fucked_In_Gym_Full_Porn_Video.html

https://pornve.com/zlxjfnk4cib1/Mommys_Best_Kept_Secrets_Ariella_Ferrera.html

https://pornve.com/zm35zjucnql7/Lost_In_Brazzers_Episode_3_Aletta_Ocean__Danny_D.html

https://pornve.com/zm5rlww1ssyz/Brynn_Tyler__Leah_Parker_-_Cocks_Away_Pussies_Out_To_Play.html

https://pornve.com/zmafpw3s3wsj/One_On_One_With_Bree_Olson.html

https://pornve.com/zmcjmuzviswr/Masturbation_Lesbaian_Tiffany_And_Olivia.html

https://pornve.com/zmcwsypindcc/Esperanza_Del_Horno_-_Naughty_Little_Debutante.html

https://pornve.com/zmd35vy6h9s5/Cytherea_-_Cythereas_Big_Score.html

https://pornve.com/zmi1u1o8qoa6/Chanel_Preston_-_Pause_Rewind_Play_With_Chanel_Preston.html

https://pornve.com/zmltwyac3hj5/Anissa_Kate_Xander_Corvus_-_Anissa_From_All_Angles_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/zmoqs06v6g5d/Alena_Croft_Mommy_Always_Says_Yes.html

https://pornve.com/zmq89emvit5y/Dylan_Riley_-_Hockey-Tit_Accuracy.html

https://pornve.com/zmtxddv13u8l/Big_cock_inside_my_ass.html

https://pornve.com/zmuwewgvr6lm/Alice_Romain_-_Release_the_stress.html

https://pornve.com/zmwalwjf1yfh/Mellanie_Monroe_-_Fucking_The_Butlers_Son.html

https://pornve.com/zmydbkc3kaqr/Ava_Addams_The_Fucking_Food_Inspector.html

https://pornve.com/zn3vzhvzudfn/Lacy_Spice__Sofi_Ryan_-_Hard_At_The_Yard_Sale.html

https://pornve.com/zn7dwonchefy/Alison_Star_-_COP_SQUAD_-_Magnificent_Bust.html

https://pornve.com/zn9j7h3uq84q/Sabina_Rouge_Piper_Perri_Kharlie_Stone_Karmen_Karma_-
_Stepsisters_Share_A_Bed_Stripping_Rivalry_lesbian_lingerie_redhead_blonde_petite_teen.html
https://pornve.com/zn9txjmki8cl/Kat_Dior__Kat_Got_Your_Dick.html
https://pornve.com/znep5mrtkmxy/Lena_Paul_Charles_Dera_-_Perfectly_Busty_In_Pink_-
_Big_Naturals_-_Reality_Kings.html
https://pornve.com/znlpg58yzbn5/Amber_Alena_-_Cooldown_Dicking.html
https://pornve.com/znmcxm1v6zd6/Alli_Rae__Cassidy_Klein_-_The_Slutty_Babysitter_-_Part_2.html
https://pornve.com/znvzsgooit40/Office_4-Play_-_Part_6.html
https://pornve.com/zo1uof1c4bc5/GFRevenge_Jack_and_jade.html
https://pornve.com/zo8jrrkrbhwt/Jessica_Jaymes_Pearly_Whites_Bif_Tits.html
https://pornve.com/zoeh1d3mksdm/audrey_hospital.html
https://pornve.com/zoj2wyqeolho/Sweet_Juice_Adrian_Maya_Marsha_May.html
https://pornve.com/zojp5v3vyvow/Janice_Griffith_-_Anal_Quickie_With_Teenie_Janice.html
https://pornve.com/zom20y2b3vtb/Dana_DeArmond_-_Toy_Replacement.html
https://pornve.com/zp5a1d3k2gf9/Julia_Ann__Olivia_Austin_-_Disciplinary_Action_-_Part_1.html
https://pornve.com/zp62xcq9lhi6/Bridgette_B_Ricky_Johnson_Xander_Corvus_-_Two_For_One_Special_-
_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/zpl9tg0oq6tu/Nuru_For_You.html
https://pornve.com/zpljhq24kfgf/Tory_Lane_-_Reverse_Psychology.html
https://pornve.com/zpmlmuxeq91z/Double_Penetration_Julia_Ann_.html
https://pornve.com/zpvjoauowh1w/Adriana_Chechik_Scott_Nails_-_Cum_Thru_2_-_Brazzers_Exxtra_-
_Brazzers.html
https://pornve.com/zpwbf7y9a0km/Megan_Sage_Shake_your_Money_maker.html
https://pornve.com/zpxu1jnokl2u/Vanna_Bardot_-_Sneaking_A_Peek.html
https://pornve.com/zq3dtr8f5lm9/brazzers2016-12-13_So_You_Think_You_Can_Twerk_Too.html
https://pornve.com/zq3ofcs5eac9/Katrina_Jade_-_Katrinas_Private_Party.html
https://pornve.com/zq667ghqxlj6/Riley_Reid_-_Candid_Cuckold_Camera.html
https://pornve.com/zq6ruzv2x1j1/Anissa_Kate_-_One_Tight_Ass_Client.html
https://pornve.com/zqaqs3mcd9fo/Aidra_Fox__Chloe_Cherry_-_First_Time_With_My_BFF.html
https://pornve.com/zqcbtv1xqcru/Megan_Rain_-_Dont_Be_Shy.html
https://pornve.com/zqhr5kkcdvsk/LilHumpers_2_S3_Eva_Notty_Busty_Study_Buddy.html
https://pornve.com/zql9jal6gfkd/Bella_Maree_-_Cumming_On_The_Conference_Call.html
https://pornve.com/zqo4r0xdsdle/Madison_Ivy.html
https://pornve.com/zqszawasebsy/Cody_Lane_-_Big_Cock_Crisis.html
https://pornve.com/zr3n79xds09y/Tour_Of_London_-_Part_1.html
https://pornve.com/zr41htrhzchi/Katrina_Jade_-_ZZ_Recruits_-_Agent_Katrina.html
https://pornve.com/zr644fonj9rb/Double_Timing_Wife_2_Brazzers.html
https://pornve.com/zrb20qp079h6/FROM_5star-Amirah_And_Jordis_Vacation.html
https://pornve.com/zrc8unqpuxho/Capri_Cavanni_-_I_Saw_The_Devil_And_I_Fucked_Her.html
https://pornve.com/zrgs228p6uwz/TeensLikeItBig_17_02_27_Alex_Blake_The_Best_Distraction_XXX_-
KTR.html
https://pornve.com/zrhz1p2uzjnr/Dahlia_Sky_-_Scream_If_You_Like_Cock.html
https://pornve.com/zrkm21i0624d/Brandi_Bae_-_Vacation_Bae.html
https://pornve.com/zrrhbwp0ux4n/JoJo_Kiss__Karlee_Grey_-_In_Tents_Fucking_-_Part_2.html
https://pornve.com/zrtubmhromf0/Karlee_Grey_-_No_Bubblecum_In_The_Classroom.html
https://pornve.com/zrxipaqao64c/Audrey_Bitoni_-_Dweebs_Lucky_Day_-_Brazzers.html
https://pornve.com/zrxsg3sgaqv0/Jessica_Jaymes_-_Stunt_My_Cunt.html
https://pornve.com/zrzijb3csbt8/Alexa_Nicole_-_OktoberBreast.html

https://pornve.com/zs220a4agqqf/Ashley_Addams_In_Reality_Kings.html
https://pornve.com/zs4zd6q40c6y/phoenix_marie_doctor_and_patient.html
https://pornve.com/zs7vdclmedqi/DareDorm_Sasha_Bleou_Marsha_May_Jamie_Marleigh_-_Dorm_Life_14_10_2016.html
https://pornve.com/zsglf6gjb68d/Peta_Jensen_-_When_Wives_Get_Lonely.html
https://pornve.com/zsj1rej4ilaa/Brazzers_-_Lets_Bake_A_Titty_Cake.html
https://pornve.com/zsjlzhha7vop/Valentina_Nappi_-_Pushing_Boundaries.html
https://pornve.com/zsmtd2h0ku8u/Ivy_Rose_-_Spoiled_Rotten.html
https://pornve.com/zsruqm7euy06/Gina_Gerson_-_National_Pornographic_-_The_Teen_Porn_Star.html
https://pornve.com/zsw01t6ro363/Diamond_Jackson_-_Corporal_Pleasurement.html
https://pornve.com/zt2bbzxpadlv/Lela_Star_Isiah_Maxwell_-_Creampie_Diaries_Part_1_-_Real_Wife_Stories.html
https://pornve.com/zt2i83smxya3/Sheridan_Love_Fap_From_The_Past.html
https://pornve.com/zt80qzxbqgt5/Stephanie_Wylde_-_Are_Yoga_Na_Pay_The_Rent.html
https://pornve.com/zt961rzknaas/Holly_West_-_Bubble_Butt.html
https://pornve.com/ztb81rvrygor/Anissa_Kate_-_Anissa_From_All_Angles.html
https://pornve.com/ztbl8wg0l0yw/Chanel_Preston_-_Hot_And_Sweaty_Volleyballs.html
https://pornve.com/ztdvdmq7cvcl/The_Blindfold_Blowjob_-_Kasey_Warner___Bill_Bailey.html
https://pornve.com/ztpwxwoahm4p/Brazzers_To_Catch_A_Cheat_Brazzers_Bill_Bailey_Jessa_Rhodes_Peta_Jensen_Real_Wife_Stories_Big.html
https://pornve.com/ztvyxcsj4fk4/Misty_Stone_-_Bonemember.html
https://pornve.com/ztwihhjk7nox/EuroSexParties__RealityKings_Bree_Haze_-_Girl_for_two.html
https://pornve.com/ztxvl5wwfbqn/Dylan_Riley__Kagney_Linn_Karter__Sienna_West_-_XXX-Mas_Break.html
https://pornve.com/ztywlspf1u6u/Kali_Roses_-_Cleaning_His_Cock.html
https://pornve.com/zu048btvc0jp/cock_hungry_cowgirl.html
https://pornve.com/zu2tul5reqkg/Mandy_Muse_-_Anal_Cult.html
https://pornve.com/zu2w905swenp/Nikki_Sexx_-_Probe-Ation_Therapy.html
https://pornve.com/zu479b4rgodc/Yasmin_Scott_-_When_Dads_Away_Stepmom_Will_Play.html
https://pornve.com/zu7uf8i206kd/Nikki_Sexx_-_Im_Not_A_Racist.html
https://pornve.com/zu84bxlswt4k/WeLiveTogether_-_Alexis_Deen_Amber_Gray_Sophia_Leone_Slippery_Swimsuits_12_22_16.html
https://pornve.com/zufzi93pa62v/The_Doctor_Danny_D_Victoria_Summers_Leigh_Darby.html
https://pornve.com/zuk4k08qfq69/BrazzersExxtra_-_Adriana_Chechik_-_The_Lusting_Librarian.html
https://pornve.com/zuou248z4jl3/Cathy_Heaven_-_Gamer_Heaven.html
https://pornve.com/zupxsex32drj/Juelz_Ventura_-_Birdie_In_The_Bunker.html
https://pornve.com/zusl81v5sk0g/Amy_Ried_-_Can_I_Have_This_Dance_And_This_Job.html
https://pornve.com/zuvkrkmeyhp5/Romi_Rain_-_Wonder_Woman.html
https://pornve.com/zuw71zpqbt7l/Noelle_Easton_-_Noelles_Breast_Worship_Fantasy.html
https://pornve.com/zuwv1yhfi60z/Keira_Croft_-_Keiras_Ass_Craves_Cock.html
https://pornve.com/zuxmi03jz3g3/GFRevenge_Surfs_up.html
https://pornve.com/zuzs4qz7lzn8/Brandi_Love__Julia_Ann_-_Door_To_Door_Whores.html
https://pornve.com/zv3nro9ngxp1/Lexi_Luna_Keiran_Lee_-_Neighborhood_Snatch_Committee_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/zv519sixhiub/Emma_Leigh_-_Best_Field_Trip_Ever.html
https://pornve.com/zv52ejhxttwr/Shawna_Lenee_-_Blowjob_Island.html
https://pornve.com/zv7a0vs0sc3v/Kelsi_Monroe_-_Big_Cock_In_The_Back_Pocket.html
https://pornve.com/zvcpybo4e86v/Kendall_Karson_The_Fair_Weathered_Slut_2015.html

https://pornve.com/zvczcdvyyy9e/Christie_Stevens_-_The_Slutwalker.html
https://pornve.com/zvhsi2x6x0kn/Rachel_Starr_Stroke_My_Cactus_Hard.html
https://pornve.com/zvkizsih57xe/BigNaturals_-_Josephine_Jackson_-_Boobs_For_The_Win.html
https://pornve.com/zvph08tnxp29/Abella_Danger_Markus_Dupree_-_Cum_Thru_3_-
_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/zw2gkj3l7p71/Melissa_Lynn_-_The_House_Call.html
https://pornve.com/zw2lovhiw52s/Casey_Calvert_Jason_Brown_-_Indecent_Promotion_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/zwcy0zjf7bol/2020_08_06__Nicoles_Bent_Over_Backwards__Day_With_A_Pornstar__Ni
cole_Aniston.html
https://pornve.com/zwdpc5r4eufs/Claire_Dames_-_Bowling_Bet_For_Blow_Jobs.html
https://pornve.com/zwey1jtlltvq/Skyla_Novea_Sexy_Skyla.html
https://pornve.com/zwf0qu4fmi5d/Sheila_Ortega_Porto_DeBilbao_-_Fishnet_Glam_-
_Monster_Curves_-_Reality_Kings.html
https://pornve.com/zwl8u9i6kkya/Tiffany_Mynx_-_Slayed_By_The_Maid.html
https://pornve.com/zwm0r5esyt9e/Bella_Beretta_-_Steal_My_Virginity.html
https://pornve.com/zwmcwg2c3a4l/All_Good_PSP_Jenna_Haze_Anal.html
https://pornve.com/zwmovhufy9cb/Alanah_Rae_gets_brutally_fucked_DTD_DrTuber_com.html
https://pornve.com/zws3jo0m03g8/Peta_Jensen__Phoenix_Marie_-_World_War_XXX_-_Part_6.html
https://pornve.com/zwz5ki67hdk1/Samantha_Rone_-_Doctors_Without_Boners.html
https://pornve.com/zwzakf4a7s6u/Dirty_Little_Step_Mommy.html
https://pornve.com/zwzwvjkn35wd/Money_Talks_filet_of_booty_big.html
https://pornve.com/zx0kya8x5e5u/Karma_Rx_Duncan_Saint_-_Massage_Training_-_Dirty_Masseur_-
_Brazzers.html
https://pornve.com/zx4th1o1gxdm/Louise_Jenson_-_NewsCast_On_The_Boob_Tube.html
https://pornve.com/zx74iiaecj3v/Jordan_Pryce_Queen_Vs_Pawn.html
https://pornve.com/zxavb1vy6io0/Brazzers_Anal_About_My_Jeans_Brazzers_Big_Wet_Butts_Luna_Star_Blon
de_Big_Tits_Fake_Tits_Big.html
https://pornve.com/zxaycz1n01es/Gia_Milana_-_Gias_Deep_Rub_Down.html
https://pornve.com/zxdc6ud67nlv/Diamond_Foxxx_-_Tap_That_Titty_Out.html
https://pornve.com/zxibpnhgcqh3/Brazzers_Revenge_Sex_in_the_Shower.html
https://pornve.com/zxkrfqgjn03r/Emily__Xander_Making_The_Sale_27_5_20.html
https://pornve.com/zxmttbfkwsu8/Anna_Morna__Kayla_Kayden_-_You_Need_To_Learn.html
https://pornve.com/zxnt5ugl645c/Babe_Britney_Amber_ZZ_New.html
https://pornve.com/zxqbtxrmzpvv/Diamond_Foxxx_-_Big_Cock_For_A_Homewrecking_Lesbian.html
https://pornve.com/zxre1u6jhhqd/Kendra_Lust_Zoe_Clark_Jessy_Jones_-
_Lets_All_Shower_Together_-_Moms_In_Control_-_Brazzers.html
https://pornve.com/zxtbcmundpcd/Emily_Willis_-_Lets_Not_Tell_My_Mom.html
https://pornve.com/zxzbzvby2m28/mlib_19_06_07_alexis_fawx_titillating_tai_chi.html
https://pornve.com/zya88pfqnxm9/Bridgette_B_-_Highbrow_Pussy.html
https://pornve.com/zyc2sjkmrgse/Cory_Chase_The_Nympho_Milf_Awakens.html
https://pornve.com/zye3xncgmc5v/Ann_Marie_Rios__Chayse_Evans_-_April_Fools_Fuck.html
https://pornve.com/zyjm16sw566c/Alexis_Breeze_-_Perky_Perks.html
https://pornve.com/zyku57g7k186/Esperanza_Gomez_-_Bellezas_Salvajes.html
https://pornve.com/zyp39tilxyo2/Video_for_Gamers_Overwatch_XXX_Parody_Reaper_vs_Widowmaker.html
https://pornve.com/zz6vke3z1ono/Allie_Haze_-_Allies_Personal_Workout.html
https://pornve.com/zz8jp3bhj6yj/MilfHunter_-_Kristina_Reese_Serving_It_Up.html
https://pornve.com/zzdor5jth23m/Ava_Addams_-_The_Package.html

https://pornve.com/zzhggvhdomsc/Sienna_Day_I_Love_My_Groom_But_He_Has_A_Lot_To_Learn.html
https://pornve.com/zzivmvg9szqt/Britney_Amber__Kira_Noir_-_Turning_The_Tables.html
https://pornve.com/zzlmniyudhni/big_tits_milf_hunter_341953.html
https://pornve.com/zzps2f2w3hwz/Joslyn_James_Kiara_Cole_Ricky_Spanish_-_A_Lesson_In_Footplay_-_Moms_In_control_-_Brazzers.html
https://pornve.com/zzskvfxd4hfy/Bridgette_B_-_Free_Anal.html
https://pornxp.com/videos/10065043
https://pornxp.com/videos/10087096
https://pornxp.com/videos/10119428
https://pornxp.com/videos/10131845
https://pornxp.com/videos/10144473
https://pornxp.com/videos/10163015
https://pornxp.com/videos/10169877
https://pornxp.com/videos/10180514
https://pornxp.com/videos/10202483
https://pornxp.com/videos/10233361
https://pornxp.com/videos/10253018
https://pornxp.com/videos/10271772
https://pornxp.com/videos/10276067
https://pornxp.com/videos/10280767
https://pornxp.com/videos/10323919
https://pornxp.com/videos/10330329
https://pornxp.com/videos/10356920
https://pornxp.com/videos/10368753
https://pornxp.com/videos/10382791
https://pornxp.com/videos/10450835
https://pornxp.com/videos/10481583
https://pornxp.com/videos/10524532
https://pornxp.com/videos/10525478
https://pornxp.com/videos/10548376
https://pornxp.com/videos/10601190
https://pornxp.com/videos/10608166
https://pornxp.com/videos/10616206
https://pornxp.com/videos/10665170
https://pornxp.com/videos/10670974
https://pornxp.com/videos/10719236
https://pornxp.com/videos/10729007
https://pornxp.com/videos/10742203
https://pornxp.com/videos/10756512
https://pornxp.com/videos/10869489
https://pornxp.com/videos/10890193
https://pornxp.com/videos/10910955
https://pornxp.com/videos/10953349
https://pornxp.com/videos/11028481
https://pornxp.com/videos/11061129
https://pornxp.com/videos/11101577
https://pornxp.com/videos/11145575
https://pornxp.com/videos/11158150

https://pornxp.com/videos/11171679
https://pornxp.com/videos/11186786
https://pornxp.com/videos/11205851
https://pornxp.com/videos/11212525
https://pornxp.com/videos/11242550
https://pornxp.com/videos/11251330
https://pornxp.com/videos/11261203
https://pornxp.com/videos/11282920
https://pornxp.com/videos/11311599
https://pornxp.com/videos/11358345
https://pornxp.com/videos/11391979
https://pornxp.com/videos/11393188
https://pornxp.com/videos/11417409
https://pornxp.com/videos/11460371
https://pornxp.com/videos/11566391
https://pornxp.com/videos/11599389
https://pornxp.com/videos/11624701
https://pornxp.com/videos/11654358
https://pornxp.com/videos/11676069
https://pornxp.com/videos/11705737
https://pornxp.com/videos/11725582
https://pornxp.com/videos/11738800
https://pornxp.com/videos/11749585
https://pornxp.com/videos/11820795
https://pornxp.com/videos/11829169
https://pornxp.com/videos/11855238
https://pornxp.com/videos/11907892
https://pornxp.com/videos/11965888
https://pornxp.com/videos/11970808
https://pornxp.com/videos/11999433
https://pornxp.com/videos/12026171
https://pornxp.com/videos/12031502
https://pornxp.com/videos/12059632
https://pornxp.com/videos/12062625
https://pornxp.com/videos/12071092
https://pornxp.com/videos/12087190
https://pornxp.com/videos/12133519
https://pornxp.com/videos/12200815
https://pornxp.com/videos/12261327
https://pornxp.com/videos/12266272
https://pornxp.com/videos/12322920
https://pornxp.com/videos/12335803
https://pornxp.com/videos/12406297
https://pornxp.com/videos/12431446
https://pornxp.com/videos/12436203
https://pornxp.com/videos/12436645
https://pornxp.com/videos/12492927
https://pornxp.com/videos/12510721

https://pornxp.com/videos/12580768
https://pornxp.com/videos/12597648
https://pornxp.com/videos/12606600
https://pornxp.com/videos/12618528
https://pornxp.com/videos/12656348
https://pornxp.com/videos/12695724
https://pornxp.com/videos/12701251
https://pornxp.com/videos/12755138
https://pornxp.com/videos/12756785
https://pornxp.com/videos/12793998
https://pornxp.com/videos/12860098
https://pornxp.com/videos/12875751
https://pornxp.com/videos/12876761
https://pornxp.com/videos/12922577
https://pornxp.com/videos/12946338
https://pornxp.com/videos/12991960
https://pornxp.com/videos/13005820
https://pornxp.com/videos/13029564
https://pornxp.com/videos/13037136
https://pornxp.com/videos/13051088
https://pornxp.com/videos/13059967
https://pornxp.com/videos/13099963
https://pornxp.com/videos/13126687
https://pornxp.com/videos/13134221
https://pornxp.com/videos/13261432
https://pornxp.com/videos/13322659
https://pornxp.com/videos/13327972
https://pornxp.com/videos/13339683
https://pornxp.com/videos/13369324
https://pornxp.com/videos/13396863
https://pornxp.com/videos/13457622
https://pornxp.com/videos/13468592
https://pornxp.com/videos/13479209
https://pornxp.com/videos/13524116
https://pornxp.com/videos/13580807
https://pornxp.com/videos/13600672
https://pornxp.com/videos/13665379
https://pornxp.com/videos/13669299
https://pornxp.com/videos/13690656
https://pornxp.com/videos/13701658
https://pornxp.com/videos/13706385
https://pornxp.com/videos/13710165
https://pornxp.com/videos/13734881
https://pornxp.com/videos/13750419
https://pornxp.com/videos/13758660
https://pornxp.com/videos/13795539
https://pornxp.com/videos/13801979
https://pornxp.com/videos/13835869

https://pornxp.com/videos/13852835
https://pornxp.com/videos/13857956
https://pornxp.com/videos/13875700
https://pornxp.com/videos/13888649
https://pornxp.com/videos/13914606
https://pornxp.com/videos/13919786
https://pornxp.com/videos/13920423
https://pornxp.com/videos/13933288
https://pornxp.com/videos/13945416
https://pornxp.com/videos/13967604
https://pornxp.com/videos/13973738
https://pornxp.com/videos/14022571
https://pornxp.com/videos/14045265
https://pornxp.com/videos/14062673
https://pornxp.com/videos/14082012
https://pornxp.com/videos/14097874
https://pornxp.com/videos/14129936
https://pornxp.com/videos/14179991
https://pornxp.com/videos/14180660
https://pornxp.com/videos/14208064
https://pornxp.com/videos/14269103
https://pornxp.com/videos/14291751
https://pornxp.com/videos/14293670
https://pornxp.com/videos/14309348
https://pornxp.com/videos/14325202
https://pornxp.com/videos/14341537
https://pornxp.com/videos/14373089
https://pornxp.com/videos/14403231
https://pornxp.com/videos/14418802
https://pornxp.com/videos/14424393
https://pornxp.com/videos/14446637
https://pornxp.com/videos/14491512
https://pornxp.com/videos/14492082
https://pornxp.com/videos/14492154
https://pornxp.com/videos/14515010
https://pornxp.com/videos/14520195
https://pornxp.com/videos/14529378
https://pornxp.com/videos/14541381
https://pornxp.com/videos/14567524
https://pornxp.com/videos/14624582
https://pornxp.com/videos/14674212
https://pornxp.com/videos/14775014
https://pornxp.com/videos/14832496
https://pornxp.com/videos/14850238
https://pornxp.com/videos/14863853
https://pornxp.com/videos/14883979
https://pornxp.com/videos/14884941
https://pornxp.com/videos/14885079

https://pornxp.com/videos/14891833
https://pornxp.com/videos/14905460
https://pornxp.com/videos/14906864
https://pornxp.com/videos/14956561
https://pornxp.com/videos/14958913
https://pornxp.com/videos/14974503
https://pornxp.com/videos/15083806
https://pornxp.com/videos/15090752
https://pornxp.com/videos/15113620
https://pornxp.com/videos/15159963
https://pornxp.com/videos/15174211
https://pornxp.com/videos/15186365
https://pornxp.com/videos/15213565
https://pornxp.com/videos/15257055
https://pornxp.com/videos/15288619
https://pornxp.com/videos/15350305
https://pornxp.com/videos/15381365
https://pornxp.com/videos/15429125
https://pornxp.com/videos/15459647
https://pornxp.com/videos/15504721
https://pornxp.com/videos/15533979
https://pornxp.com/videos/15573932
https://pornxp.com/videos/15613952
https://pornxp.com/videos/15677521
https://pornxp.com/videos/15707978
https://pornxp.com/videos/15727271
https://pornxp.com/videos/15759092
https://pornxp.com/videos/15790244
https://pornxp.com/videos/15791942
https://pornxp.com/videos/15934965
https://pornxp.com/videos/15950315
https://pornxp.com/videos/15956404
https://pornxp.com/videos/16037111
https://pornxp.com/videos/16051303
https://pornxp.com/videos/16056489
https://pornxp.com/videos/16086125
https://pornxp.com/videos/16127212
https://pornxp.com/videos/16144481
https://pornxp.com/videos/16172902
https://pornxp.com/videos/16185826
https://pornxp.com/videos/16242341
https://pornxp.com/videos/16253611
https://pornxp.com/videos/16262096
https://pornxp.com/videos/16290135
https://pornxp.com/videos/16295917
https://pornxp.com/videos/16353605
https://pornxp.com/videos/16359781
https://pornxp.com/videos/16394448

https://pornxp.com/videos/16410668
https://pornxp.com/videos/16499316
https://pornxp.com/videos/16528459
https://pornxp.com/videos/16552591
https://pornxp.com/videos/16562255
https://pornxp.com/videos/16570719
https://pornxp.com/videos/16665041
https://pornxp.com/videos/16672262
https://pornxp.com/videos/16701010
https://pornxp.com/videos/16744676
https://pornxp.com/videos/16774526
https://pornxp.com/videos/16848408
https://pornxp.com/videos/16851255
https://pornxp.com/videos/16863536
https://pornxp.com/videos/16870568
https://pornxp.com/videos/16897079
https://pornxp.com/videos/16904805
https://pornxp.com/videos/16923405
https://pornxp.com/videos/16925409
https://pornxp.com/videos/16978696
https://pornxp.com/videos/16988539
https://pornxp.com/videos/17015234
https://pornxp.com/videos/17029256
https://pornxp.com/videos/17065454
https://pornxp.com/videos/17074424
https://pornxp.com/videos/17145746
https://pornxp.com/videos/17168736
https://pornxp.com/videos/17203214
https://pornxp.com/videos/17205506
https://pornxp.com/videos/17254910
https://pornxp.com/videos/17327805
https://pornxp.com/videos/17333042
https://pornxp.com/videos/17354651
https://pornxp.com/videos/17357434
https://pornxp.com/videos/17372257
https://pornxp.com/videos/17375813
https://pornxp.com/videos/17379165
https://pornxp.com/videos/17389062
https://pornxp.com/videos/17409389
https://pornxp.com/videos/17425419
https://pornxp.com/videos/17491501
https://pornxp.com/videos/17498777
https://pornxp.com/videos/17540872
https://pornxp.com/videos/17639368
https://pornxp.com/videos/17729056
https://pornxp.com/videos/17747161
https://pornxp.com/videos/17786433
https://pornxp.com/videos/17839195

https://pornxp.com/videos/17841429
https://pornxp.com/videos/17847117
https://pornxp.com/videos/17858319
https://pornxp.com/videos/17885368
https://pornxp.com/videos/17903456
https://pornxp.com/videos/17910519
https://pornxp.com/videos/17927871
https://pornxp.com/videos/17953484
https://pornxp.com/videos/17973180
https://pornxp.com/videos/17987099
https://pornxp.com/videos/17992006
https://pornxp.com/videos/18029215
https://pornxp.com/videos/18059923
https://pornxp.com/videos/18065445
https://pornxp.com/videos/18074262
https://pornxp.com/videos/18163082
https://pornxp.com/videos/18184817
https://pornxp.com/videos/18214856
https://pornxp.com/videos/18236571
https://pornxp.com/videos/18275124
https://pornxp.com/videos/18294113
https://pornxp.com/videos/18323963
https://pornxp.com/videos/18331325
https://pornxp.com/videos/18340429
https://pornxp.com/videos/18360015
https://pornxp.com/videos/18385318
https://pornxp.com/videos/18392103
https://pornxp.com/videos/18431375
https://pornxp.com/videos/18504156
https://pornxp.com/videos/18512793
https://pornxp.com/videos/18541751
https://pornxp.com/videos/18552796
https://pornxp.com/videos/18581978
https://pornxp.com/videos/18597600
https://pornxp.com/videos/18672134
https://pornxp.com/videos/18753610
https://pornxp.com/videos/18790463
https://pornxp.com/videos/18920654
https://pornxp.com/videos/18921115
https://pornxp.com/videos/18971140
https://pornxp.com/videos/18977968
https://pornxp.com/videos/19004340
https://pornxp.com/videos/19004697
https://pornxp.com/videos/19008093
https://pornxp.com/videos/19034205
https://pornxp.com/videos/19081628
https://pornxp.com/videos/19083468
https://pornxp.com/videos/19115296

https://pornxp.com/videos/19138471
https://pornxp.com/videos/19204348
https://pornxp.com/videos/19225245
https://pornxp.com/videos/19270432
https://pornxp.com/videos/19272549
https://pornxp.com/videos/19285077
https://pornxp.com/videos/19337553
https://pornxp.com/videos/19359362
https://pornxp.com/videos/19414184
https://pornxp.com/videos/19416900
https://pornxp.com/videos/19454035
https://pornxp.com/videos/19481159
https://pornxp.com/videos/19534350
https://pornxp.com/videos/19567611
https://pornxp.com/videos/19578378
https://pornxp.com/videos/19652652
https://pornxp.com/videos/19666847
https://pornxp.com/videos/19707549
https://pornxp.com/videos/19722241
https://pornxp.com/videos/19739666
https://pornxp.com/videos/19745345
https://pornxp.com/videos/19772860
https://pornxp.com/videos/19781380
https://pornxp.com/videos/19786985
https://pornxp.com/videos/19826065
https://pornxp.com/videos/19831726
https://pornxp.com/videos/19853843
https://pornxp.com/videos/19869090
https://pornxp.com/videos/19960683
https://pornxp.com/videos/19960982
https://pornxp.com/videos/19961848
https://pornxp.com/videos/19999268
https://pornxp.com/videos/20016916
https://pornxp.com/videos/20078958
https://pornxp.com/videos/20094612
https://pornxp.com/videos/20095165
https://pornxp.com/videos/20095172
https://pornxp.com/videos/20116752
https://pornxp.com/videos/20121406
https://pornxp.com/videos/20135344
https://pornxp.com/videos/20153087
https://pornxp.com/videos/20203896
https://pornxp.com/videos/20242363
https://pornxp.com/videos/20251747
https://pornxp.com/videos/20305425
https://pornxp.com/videos/20322043
https://pornxp.com/videos/20374609
https://pornxp.com/videos/20380502

https://pornxp.com/videos/20381220
https://pornxp.com/videos/20424171
https://pornxp.com/videos/20434749
https://pornxp.com/videos/20452881
https://pornxp.com/videos/20462563
https://pornxp.com/videos/20462564
https://pornxp.com/videos/20479737
https://pornxp.com/videos/20519285
https://pornxp.com/videos/20527454
https://pornxp.com/videos/20536346
https://pornxp.com/videos/20550878
https://pornxp.com/videos/20613102
https://pornxp.com/videos/20618110
https://pornxp.com/videos/20661769
https://pornxp.com/videos/20690453
https://pornxp.com/videos/20735573
https://pornxp.com/videos/20736521
https://pornxp.com/videos/20758559
https://pornxp.com/videos/20780620
https://pornxp.com/videos/20799339
https://pornxp.com/videos/20800368
https://pornxp.com/videos/20817628
https://pornxp.com/videos/20823145
https://pornxp.com/videos/20848055
https://pornxp.com/videos/20866510
https://pornxp.com/videos/20871246
https://pornxp.com/videos/20874938
https://pornxp.com/videos/20920473
https://pornxp.com/videos/20945121
https://pornxp.com/videos/20969511
https://pornxp.com/videos/20973816
https://pornxp.com/videos/20997845
https://pornxp.com/videos/21001492
https://pornxp.com/videos/21019663
https://pornxp.com/videos/21038646
https://pornxp.com/videos/21081613
https://pornxp.com/videos/21098845
https://pornxp.com/videos/21121555
https://pornxp.com/videos/21162356
https://pornxp.com/videos/21189773
https://pornxp.com/videos/21214388
https://pornxp.com/videos/21246908
https://pornxp.com/videos/21258307
https://pornxp.com/videos/21299438
https://pornxp.com/videos/21329339
https://pornxp.com/videos/21344958
https://pornxp.com/videos/21372668
https://pornxp.com/videos/21380368

https://pornxp.com/videos/21438452
https://pornxp.com/videos/21488074
https://pornxp.com/videos/21499346
https://pornxp.com/videos/21530658
https://pornxp.com/videos/21563693
https://pornxp.com/videos/21613517
https://pornxp.com/videos/21630255
https://pornxp.com/videos/21641688
https://pornxp.com/videos/21655309
https://pornxp.com/videos/21671753
https://pornxp.com/videos/21685986
https://pornxp.com/videos/21736912
https://pornxp.com/videos/21757297
https://pornxp.com/videos/21794088
https://pornxp.com/videos/21794336
https://pornxp.com/videos/21801368
https://pornxp.com/videos/21803532
https://pornxp.com/videos/21812544
https://pornxp.com/videos/21824767
https://pornxp.com/videos/21825004
https://pornxp.com/videos/21836338
https://pornxp.com/videos/21841299
https://pornxp.com/videos/21875387
https://pornxp.com/videos/21886275
https://pornxp.com/videos/21901779
https://pornxp.com/videos/21920838
https://pornxp.com/videos/21958446
https://pornxp.com/videos/22021116
https://pornxp.com/videos/22029119
https://pornxp.com/videos/22090956
https://pornxp.com/videos/22106361
https://pornxp.com/videos/22110844
https://pornxp.com/videos/22131765
https://pornxp.com/videos/22167515
https://pornxp.com/videos/22205934
https://pornxp.com/videos/22229282
https://pornxp.com/videos/22262295
https://pornxp.com/videos/22272837
https://pornxp.com/videos/22317590
https://pornxp.com/videos/22384129
https://pornxp.com/videos/22391737
https://pornxp.com/videos/22437554
https://pornxp.com/videos/22445693
https://pornxp.com/videos/22472415
https://pornxp.com/videos/22518476
https://pornxp.com/videos/22534639
https://pornxp.com/videos/22537326
https://pornxp.com/videos/22543348

https://pornxp.com/videos/22557405
https://pornxp.com/videos/22575954
https://pornxp.com/videos/22593045
https://pornxp.com/videos/22607270
https://pornxp.com/videos/22615001
https://pornxp.com/videos/22747287
https://pornxp.com/videos/22765255
https://pornxp.com/videos/22822888
https://pornxp.com/videos/22824497
https://pornxp.com/videos/22854912
https://pornxp.com/videos/22870172
https://pornxp.com/videos/22912842
https://pornxp.com/videos/22927607
https://pornxp.com/videos/22934505
https://pornxp.com/videos/22958111
https://pornxp.com/videos/23057766
https://pornxp.com/videos/23080538
https://pornxp.com/videos/23102061
https://pornxp.com/videos/23104028
https://pornxp.com/videos/23104817
https://pornxp.com/videos/23163782
https://pornxp.com/videos/23172481
https://pornxp.com/videos/23173308
https://pornxp.com/videos/23264240
https://pornxp.com/videos/23276302
https://pornxp.com/videos/23286038
https://pornxp.com/videos/23296344
https://pornxp.com/videos/23350844
https://pornxp.com/videos/23362917
https://pornxp.com/videos/23383918
https://pornxp.com/videos/23399609
https://pornxp.com/videos/23426430
https://pornxp.com/videos/23446660
https://pornxp.com/videos/23457178
https://pornxp.com/videos/23468843
https://pornxp.com/videos/23475931
https://pornxp.com/videos/23477431
https://pornxp.com/videos/23557580
https://pornxp.com/videos/23557774
https://pornxp.com/videos/23587928
https://pornxp.com/videos/23632537
https://pornxp.com/videos/23637104
https://pornxp.com/videos/23637948
https://pornxp.com/videos/23654348
https://pornxp.com/videos/23673340
https://pornxp.com/videos/23682161
https://pornxp.com/videos/23692919
https://pornxp.com/videos/23699829

https://pornxp.com/videos/23713341
https://pornxp.com/videos/23728686
https://pornxp.com/videos/23747718
https://pornxp.com/videos/23796247
https://pornxp.com/videos/23846778
https://pornxp.com/videos/23855209
https://pornxp.com/videos/23875673
https://pornxp.com/videos/23886218
https://pornxp.com/videos/24005559
https://pornxp.com/videos/24081470
https://pornxp.com/videos/24151816
https://pornxp.com/videos/24184112
https://pornxp.com/videos/24234775
https://pornxp.com/videos/24292060
https://pornxp.com/videos/24305443
https://pornxp.com/videos/24332614
https://pornxp.com/videos/24348155
https://pornxp.com/videos/24360863
https://pornxp.com/videos/24413199
https://pornxp.com/videos/24431205
https://pornxp.com/videos/24447673
https://pornxp.com/videos/24485627
https://pornxp.com/videos/24525390
https://pornxp.com/videos/24536224
https://pornxp.com/videos/24539947
https://pornxp.com/videos/24555180
https://pornxp.com/videos/24577860
https://pornxp.com/videos/24602848
https://pornxp.com/videos/24606865
https://pornxp.com/videos/24666656
https://pornxp.com/videos/24683371
https://pornxp.com/videos/24701310
https://pornxp.com/videos/24820306
https://pornxp.com/videos/24841661
https://pornxp.com/videos/24854679
https://pornxp.com/videos/24866222
https://pornxp.com/videos/24893283
https://pornxp.com/videos/24946758
https://pornxp.com/videos/24972067
https://pornxp.com/videos/25048070
https://pornxp.com/videos/25056974
https://pornxp.com/videos/25154736
https://pornxp.com/videos/25157705
https://pornxp.com/videos/25169008
https://pornxp.com/videos/25200888
https://pornxp.com/videos/25209163
https://pornxp.com/videos/25221070
https://pornxp.com/videos/25231484

https://pornxp.com/videos/25264526
https://pornxp.com/videos/25303725
https://pornxp.com/videos/25308100
https://pornxp.com/videos/25342855
https://pornxp.com/videos/25351937
https://pornxp.com/videos/25396318
https://pornxp.com/videos/25413287
https://pornxp.com/videos/25416998
https://pornxp.com/videos/25426050
https://pornxp.com/videos/25503209
https://pornxp.com/videos/25503752
https://pornxp.com/videos/25531959
https://pornxp.com/videos/25547807
https://pornxp.com/videos/25569740
https://pornxp.com/videos/25628270
https://pornxp.com/videos/25704563
https://pornxp.com/videos/25721510
https://pornxp.com/videos/25724753
https://pornxp.com/videos/25743693
https://pornxp.com/videos/25757012
https://pornxp.com/videos/25763219
https://pornxp.com/videos/25775752
https://pornxp.com/videos/25820471
https://pornxp.com/videos/25825827
https://pornxp.com/videos/25825997
https://pornxp.com/videos/25848409
https://pornxp.com/videos/25883953
https://pornxp.com/videos/25891636
https://pornxp.com/videos/25910254
https://pornxp.com/videos/25930966
https://pornxp.com/videos/25943861
https://pornxp.com/videos/25961543
https://pornxp.com/videos/26005505
https://pornxp.com/videos/26076367
https://pornxp.com/videos/26101547
https://pornxp.com/videos/26102657
https://pornxp.com/videos/26134800
https://pornxp.com/videos/26140560
https://pornxp.com/videos/26142854
https://pornxp.com/videos/26146258
https://pornxp.com/videos/26201084
https://pornxp.com/videos/26229521
https://pornxp.com/videos/26238344
https://pornxp.com/videos/26261615
https://pornxp.com/videos/26355351
https://pornxp.com/videos/26392498
https://pornxp.com/videos/26411622
https://pornxp.com/videos/26519490

https://pornxp.com/videos/26532670
https://pornxp.com/videos/26551351
https://pornxp.com/videos/26553352
https://pornxp.com/videos/26577872
https://pornxp.com/videos/26581424
https://pornxp.com/videos/26596063
https://pornxp.com/videos/26603385
https://pornxp.com/videos/26604320
https://pornxp.com/videos/26615851
https://pornxp.com/videos/26626887
https://pornxp.com/videos/26750919
https://pornxp.com/videos/26777334
https://pornxp.com/videos/26819656
https://pornxp.com/videos/26825134
https://pornxp.com/videos/26891292
https://pornxp.com/videos/26961969
https://pornxp.com/videos/26982800
https://pornxp.com/videos/26989121
https://pornxp.com/videos/27026667
https://pornxp.com/videos/27071950
https://pornxp.com/videos/27093927
https://pornxp.com/videos/27106714
https://pornxp.com/videos/27149897
https://pornxp.com/videos/27163837
https://pornxp.com/videos/27169426
https://pornxp.com/videos/27203932
https://pornxp.com/videos/27311003
https://pornxp.com/videos/27326876
https://pornxp.com/videos/27328237
https://pornxp.com/videos/27338688
https://pornxp.com/videos/27354850
https://pornxp.com/videos/27378684
https://pornxp.com/videos/27401986
https://pornxp.com/videos/27420959
https://pornxp.com/videos/27506575
https://pornxp.com/videos/27544705
https://pornxp.com/videos/27563880
https://pornxp.com/videos/27582460
https://pornxp.com/videos/27624294
https://pornxp.com/videos/27630016
https://pornxp.com/videos/27635212
https://pornxp.com/videos/27636914
https://pornxp.com/videos/27665919
https://pornxp.com/videos/27724890
https://pornxp.com/videos/27746181
https://pornxp.com/videos/27746273
https://pornxp.com/videos/27779141
https://pornxp.com/videos/27866569

https://pornxp.com/videos/27898472
https://pornxp.com/videos/27922518
https://pornxp.com/videos/27979207
https://pornxp.com/videos/27992439
https://pornxp.com/videos/28017189
https://pornxp.com/videos/28025789
https://pornxp.com/videos/28050389
https://pornxp.com/videos/28056955
https://pornxp.com/videos/28071548
https://pornxp.com/videos/28114908
https://pornxp.com/videos/28132007
https://pornxp.com/videos/28137533
https://pornxp.com/videos/28140186
https://pornxp.com/videos/28179883
https://pornxp.com/videos/28211068
https://pornxp.com/videos/28219782
https://pornxp.com/videos/28222198
https://pornxp.com/videos/28227646
https://pornxp.com/videos/28245287
https://pornxp.com/videos/28252816
https://pornxp.com/videos/28268441
https://pornxp.com/videos/28285136
https://pornxp.com/videos/28301568
https://pornxp.com/videos/28331627
https://pornxp.com/videos/28355573
https://pornxp.com/videos/28357980
https://pornxp.com/videos/28367698
https://pornxp.com/videos/28422730
https://pornxp.com/videos/28424033
https://pornxp.com/videos/28478513
https://pornxp.com/videos/28480797
https://pornxp.com/videos/28560047
https://pornxp.com/videos/28619274
https://pornxp.com/videos/28646182
https://pornxp.com/videos/28694186
https://pornxp.com/videos/28724349
https://pornxp.com/videos/28767014
https://pornxp.com/videos/28806043
https://pornxp.com/videos/28825987
https://pornxp.com/videos/28843058
https://pornxp.com/videos/28870402
https://pornxp.com/videos/28893513
https://pornxp.com/videos/28898975
https://pornxp.com/videos/28900411
https://pornxp.com/videos/28905879
https://pornxp.com/videos/28911618
https://pornxp.com/videos/28929759
https://pornxp.com/videos/28937974

https://pornxp.com/videos/28950017
https://pornxp.com/videos/28970070
https://pornxp.com/videos/29009835
https://pornxp.com/videos/29047577
https://pornxp.com/videos/29053662
https://pornxp.com/videos/29086970
https://pornxp.com/videos/29150889
https://pornxp.com/videos/29202323
https://pornxp.com/videos/29221064
https://pornxp.com/videos/29245754
https://pornxp.com/videos/29275012
https://pornxp.com/videos/29302706
https://pornxp.com/videos/29304894
https://pornxp.com/videos/29308601
https://pornxp.com/videos/29315566
https://pornxp.com/videos/29466958
https://pornxp.com/videos/29473193
https://pornxp.com/videos/29523453
https://pornxp.com/videos/29574442
https://pornxp.com/videos/29583813
https://pornxp.com/videos/29599916
https://pornxp.com/videos/29601290
https://pornxp.com/videos/29601821
https://pornxp.com/videos/29605503
https://pornxp.com/videos/29608284
https://pornxp.com/videos/29612822
https://pornxp.com/videos/29642834
https://pornxp.com/videos/29674663
https://pornxp.com/videos/29746386
https://pornxp.com/videos/29769462
https://pornxp.com/videos/29770606
https://pornxp.com/videos/29774904
https://pornxp.com/videos/29806636
https://pornxp.com/videos/29827774
https://pornxp.com/videos/29871821
https://pornxp.com/videos/29900205
https://pornxp.com/videos/29978151
https://pornxp.com/videos/30040098
https://pornxp.com/videos/30081238
https://pornxp.com/videos/30101973
https://pornxp.com/videos/30127162
https://pornxp.com/videos/30162860
https://pornxp.com/videos/30165784
https://pornxp.com/videos/30191080
https://pornxp.com/videos/30199395
https://pornxp.com/videos/30225762
https://pornxp.com/videos/30265954
https://pornxp.com/videos/30277949

https://pornxp.com/videos/30304813
https://pornxp.com/videos/30311304
https://pornxp.com/videos/30314681
https://pornxp.com/videos/30337167
https://pornxp.com/videos/30360919
https://pornxp.com/videos/30377948
https://pornxp.com/videos/30399212
https://pornxp.com/videos/30418881
https://pornxp.com/videos/30427235
https://pornxp.com/videos/30457971
https://pornxp.com/videos/30463506
https://pornxp.com/videos/30477911
https://pornxp.com/videos/30504572
https://pornxp.com/videos/30541939
https://pornxp.com/videos/30562106
https://pornxp.com/videos/30566662
https://pornxp.com/videos/30581981
https://pornxp.com/videos/30582910
https://pornxp.com/videos/30585956
https://pornxp.com/videos/30592894
https://pornxp.com/videos/30632123
https://pornxp.com/videos/30653841
https://pornxp.com/videos/30669777
https://pornxp.com/videos/30675815
https://pornxp.com/videos/30710718
https://pornxp.com/videos/30757447
https://pornxp.com/videos/30761607
https://pornxp.com/videos/30778749
https://pornxp.com/videos/30787334
https://pornxp.com/videos/30829549
https://pornxp.com/videos/30841156
https://pornxp.com/videos/30877496
https://pornxp.com/videos/30886512
https://pornxp.com/videos/30894373
https://pornxp.com/videos/30897500
https://pornxp.com/videos/30939465
https://pornxp.com/videos/30943603
https://pornxp.com/videos/30947369
https://pornxp.com/videos/30962396
https://pornxp.com/videos/31049787
https://pornxp.com/videos/31074805
https://pornxp.com/videos/31091099
https://pornxp.com/videos/31096491
https://pornxp.com/videos/31110493
https://pornxp.com/videos/31114930
https://pornxp.com/videos/31116015
https://pornxp.com/videos/31120365
https://pornxp.com/videos/31147007

https://pornxp.com/videos/31168100
https://pornxp.com/videos/31224702
https://pornxp.com/videos/31258929
https://pornxp.com/videos/31280528
https://pornxp.com/videos/31301526
https://pornxp.com/videos/31361998
https://pornxp.com/videos/31379518
https://pornxp.com/videos/31385537
https://pornxp.com/videos/31423785
https://pornxp.com/videos/31424337
https://pornxp.com/videos/31567280
https://pornxp.com/videos/31569648
https://pornxp.com/videos/31615685
https://pornxp.com/videos/31653125
https://pornxp.com/videos/31659009
https://pornxp.com/videos/31680973
https://pornxp.com/videos/31740731
https://pornxp.com/videos/31827515
https://pornxp.com/videos/31836359
https://pornxp.com/videos/31889527
https://pornxp.com/videos/31913346
https://pornxp.com/videos/32025626
https://pornxp.com/videos/32073134
https://pornxp.com/videos/32083784
https://pornxp.com/videos/32123764
https://pornxp.com/videos/32134995
https://pornxp.com/videos/32153550
https://pornxp.com/videos/32211006
https://pornxp.com/videos/32227356
https://pornxp.com/videos/32238422
https://pornxp.com/videos/32251394
https://pornxp.com/videos/32299258
https://pornxp.com/videos/32299502
https://pornxp.com/videos/32329713
https://pornxp.com/videos/32390071
https://pornxp.com/videos/32390181
https://pornxp.com/videos/32423898
https://pornxp.com/videos/32449359
https://pornxp.com/videos/32455893
https://pornxp.com/videos/32458106
https://pornxp.com/videos/32459802
https://pornxp.com/videos/32484066
https://pornxp.com/videos/32518485
https://pornxp.com/videos/32530296
https://pornxp.com/videos/32599035
https://pornxp.com/videos/32693861
https://pornxp.com/videos/32715204
https://pornxp.com/videos/32718518

https://pornxp.com/videos/32734669
https://pornxp.com/videos/32764300
https://pornxp.com/videos/32781640
https://pornxp.com/videos/32826529
https://pornxp.com/videos/32842652
https://pornxp.com/videos/32847405
https://pornxp.com/videos/32855736
https://pornxp.com/videos/32919851
https://pornxp.com/videos/32992824
https://pornxp.com/videos/33029138
https://pornxp.com/videos/33062007
https://pornxp.com/videos/33091172
https://pornxp.com/videos/33152617
https://pornxp.com/videos/33187730
https://pornxp.com/videos/33211538
https://pornxp.com/videos/33229089
https://pornxp.com/videos/33231310
https://pornxp.com/videos/33243780
https://pornxp.com/videos/33246308
https://pornxp.com/videos/33277831
https://pornxp.com/videos/33279707
https://pornxp.com/videos/33322419
https://pornxp.com/videos/33345227
https://pornxp.com/videos/33427214
https://pornxp.com/videos/33452283
https://pornxp.com/videos/33465850
https://pornxp.com/videos/33473323
https://pornxp.com/videos/33508529
https://pornxp.com/videos/33590071
https://pornxp.com/videos/33622210
https://pornxp.com/videos/33622873
https://pornxp.com/videos/33642569
https://pornxp.com/videos/33694798
https://pornxp.com/videos/33808171
https://pornxp.com/videos/33815703
https://pornxp.com/videos/33891921
https://pornxp.com/videos/33907787
https://pornxp.com/videos/33920208
https://pornxp.com/videos/33929187
https://pornxp.com/videos/33929620
https://pornxp.com/videos/33934615
https://pornxp.com/videos/33945632
https://pornxp.com/videos/33980119
https://pornxp.com/videos/34007388
https://pornxp.com/videos/34043177
https://pornxp.com/videos/34052488
https://pornxp.com/videos/34099695
https://pornxp.com/videos/34133264

https://pornxp.com/videos/34150307
https://pornxp.com/videos/34160091
https://pornxp.com/videos/34170677
https://pornxp.com/videos/34176809
https://pornxp.com/videos/34282962
https://pornxp.com/videos/34302851
https://pornxp.com/videos/34388658
https://pornxp.com/videos/34410018
https://pornxp.com/videos/34416819
https://pornxp.com/videos/34436580
https://pornxp.com/videos/34469013
https://pornxp.com/videos/34497093
https://pornxp.com/videos/34505659
https://pornxp.com/videos/34520108
https://pornxp.com/videos/34521766
https://pornxp.com/videos/34535289
https://pornxp.com/videos/34549148
https://pornxp.com/videos/34571467
https://pornxp.com/videos/34588600
https://pornxp.com/videos/34594810
https://pornxp.com/videos/34611935
https://pornxp.com/videos/34627310
https://pornxp.com/videos/34637302
https://pornxp.com/videos/34643310
https://pornxp.com/videos/34652213
https://pornxp.com/videos/34705421
https://pornxp.com/videos/34759941
https://pornxp.com/videos/34760685
https://pornxp.com/videos/34808487
https://pornxp.com/videos/34812885
https://pornxp.com/videos/34860267
https://pornxp.com/videos/34888001
https://pornxp.com/videos/34946434
https://pornxp.com/videos/34970390
https://pornxp.com/videos/34990317
https://pornxp.com/videos/35013998
https://pornxp.com/videos/35020491
https://pornxp.com/videos/35089462
https://pornxp.com/videos/35100872
https://pornxp.com/videos/35129899
https://pornxp.com/videos/35157201
https://pornxp.com/videos/35163380
https://pornxp.com/videos/35184051
https://pornxp.com/videos/35185218
https://pornxp.com/videos/35189480
https://pornxp.com/videos/35215665
https://pornxp.com/videos/35217523
https://pornxp.com/videos/35229708

https://pornxp.com/videos/35243776
https://pornxp.com/videos/35280255
https://pornxp.com/videos/35306347
https://pornxp.com/videos/35344587
https://pornxp.com/videos/35345570
https://pornxp.com/videos/35347252
https://pornxp.com/videos/35428371
https://pornxp.com/videos/35438776
https://pornxp.com/videos/35439801
https://pornxp.com/videos/35445590
https://pornxp.com/videos/35451697
https://pornxp.com/videos/35468659
https://pornxp.com/videos/35537026
https://pornxp.com/videos/35538977
https://pornxp.com/videos/35555280
https://pornxp.com/videos/35625969
https://pornxp.com/videos/35661499
https://pornxp.com/videos/35682634
https://pornxp.com/videos/35682843
https://pornxp.com/videos/35708127
https://pornxp.com/videos/35719884
https://pornxp.com/videos/35743932
https://pornxp.com/videos/35766852
https://pornxp.com/videos/35825532
https://pornxp.com/videos/35827808
https://pornxp.com/videos/35874502
https://pornxp.com/videos/35925072
https://pornxp.com/videos/35953092
https://pornxp.com/videos/36009376
https://pornxp.com/videos/36062873
https://pornxp.com/videos/36063654
https://pornxp.com/videos/36092068
https://pornxp.com/videos/36169936
https://pornxp.com/videos/36178153
https://pornxp.com/videos/36194048
https://pornxp.com/videos/36217097
https://pornxp.com/videos/36227677
https://pornxp.com/videos/36235437
https://pornxp.com/videos/36287292
https://pornxp.com/videos/36311900
https://pornxp.com/videos/36324375
https://pornxp.com/videos/36347150
https://pornxp.com/videos/36394213
https://pornxp.com/videos/36426572
https://pornxp.com/videos/36434730
https://pornxp.com/videos/36456970
https://pornxp.com/videos/36472835
https://pornxp.com/videos/36566874

https://pornxp.com/videos/36591607
https://pornxp.com/videos/36600365
https://pornxp.com/videos/36650296
https://pornxp.com/videos/36652941
https://pornxp.com/videos/36679682
https://pornxp.com/videos/36698361
https://pornxp.com/videos/36721105
https://pornxp.com/videos/36729517
https://pornxp.com/videos/36795472
https://pornxp.com/videos/36803931
https://pornxp.com/videos/36811404
https://pornxp.com/videos/36814181
https://pornxp.com/videos/36837672
https://pornxp.com/videos/36887485
https://pornxp.com/videos/36917180
https://pornxp.com/videos/36938094
https://pornxp.com/videos/36953388
https://pornxp.com/videos/36954091
https://pornxp.com/videos/36957793
https://pornxp.com/videos/36994336
https://pornxp.com/videos/37018935
https://pornxp.com/videos/37047251
https://pornxp.com/videos/37083551
https://pornxp.com/videos/37094705
https://pornxp.com/videos/37106863
https://pornxp.com/videos/37134759
https://pornxp.com/videos/37152804
https://pornxp.com/videos/37179345
https://pornxp.com/videos/37286331
https://pornxp.com/videos/37306926
https://pornxp.com/videos/37325413
https://pornxp.com/videos/37331042
https://pornxp.com/videos/37339656
https://pornxp.com/videos/37362823
https://pornxp.com/videos/37376529
https://pornxp.com/videos/37403808
https://pornxp.com/videos/37422036
https://pornxp.com/videos/37443063
https://pornxp.com/videos/37445434
https://pornxp.com/videos/37501344
https://pornxp.com/videos/37592277
https://pornxp.com/videos/37611580
https://pornxp.com/videos/37626014
https://pornxp.com/videos/37626429
https://pornxp.com/videos/37627291
https://pornxp.com/videos/37665581
https://pornxp.com/videos/37691678
https://pornxp.com/videos/37726359

https://pornxp.com/videos/37764964
https://pornxp.com/videos/37767613
https://pornxp.com/videos/37808605
https://pornxp.com/videos/37809551
https://pornxp.com/videos/37840617
https://pornxp.com/videos/37850318
https://pornxp.com/videos/37934967
https://pornxp.com/videos/37944611
https://pornxp.com/videos/37970609
https://pornxp.com/videos/37972342
https://pornxp.com/videos/37993802
https://pornxp.com/videos/38043724
https://pornxp.com/videos/38093005
https://pornxp.com/videos/38145027
https://pornxp.com/videos/38161889
https://pornxp.com/videos/38232353
https://pornxp.com/videos/38268186
https://pornxp.com/videos/38324120
https://pornxp.com/videos/38330933
https://pornxp.com/videos/38386523
https://pornxp.com/videos/38392471
https://pornxp.com/videos/38515976
https://pornxp.com/videos/38525076
https://pornxp.com/videos/38532528
https://pornxp.com/videos/38571019
https://pornxp.com/videos/38578713
https://pornxp.com/videos/38604013
https://pornxp.com/videos/38625226
https://pornxp.com/videos/38649911
https://pornxp.com/videos/38657745
https://pornxp.com/videos/38675587
https://pornxp.com/videos/38680691
https://pornxp.com/videos/38707439
https://pornxp.com/videos/38725722
https://pornxp.com/videos/38748176
https://pornxp.com/videos/38777525
https://pornxp.com/videos/38778013
https://pornxp.com/videos/38844697
https://pornxp.com/videos/38845251
https://pornxp.com/videos/38854563
https://pornxp.com/videos/38981998
https://pornxp.com/videos/38986607
https://pornxp.com/videos/39034223
https://pornxp.com/videos/39082727
https://pornxp.com/videos/39103938
https://pornxp.com/videos/39181732
https://pornxp.com/videos/39310013
https://pornxp.com/videos/39316104

https://pornxp.com/videos/39338040
https://pornxp.com/videos/39354251
https://pornxp.com/videos/39410462
https://pornxp.com/videos/39427383
https://pornxp.com/videos/39445332
https://pornxp.com/videos/39489258
https://pornxp.com/videos/39494567
https://pornxp.com/videos/39522331
https://pornxp.com/videos/39569882
https://pornxp.com/videos/39701880
https://pornxp.com/videos/39760053
https://pornxp.com/videos/39785087
https://pornxp.com/videos/39796273
https://pornxp.com/videos/39860858
https://pornxp.com/videos/39872253
https://pornxp.com/videos/39881120
https://pornxp.com/videos/39885680
https://pornxp.com/videos/39900980
https://pornxp.com/videos/39913145
https://pornxp.com/videos/39943330
https://pornxp.com/videos/39949711
https://pornxp.com/videos/40006186
https://pornxp.com/videos/40046978
https://pornxp.com/videos/40055567
https://pornxp.com/videos/40121690
https://pornxp.com/videos/40156124
https://pornxp.com/videos/40176506
https://pornxp.com/videos/40191748
https://pornxp.com/videos/40203248
https://pornxp.com/videos/40212042
https://pornxp.com/videos/40232199
https://pornxp.com/videos/40311632
https://pornxp.com/videos/40345922
https://pornxp.com/videos/40347295
https://pornxp.com/videos/40365870
https://pornxp.com/videos/40379659
https://pornxp.com/videos/40398545
https://pornxp.com/videos/40407058
https://pornxp.com/videos/40428696
https://pornxp.com/videos/40450937
https://pornxp.com/videos/40459422
https://pornxp.com/videos/40477445
https://pornxp.com/videos/40549506
https://pornxp.com/videos/40550472
https://pornxp.com/videos/40576986
https://pornxp.com/videos/40586963
https://pornxp.com/videos/40608503
https://pornxp.com/videos/40623603

https://pornxp.com/videos/40630099
https://pornxp.com/videos/40680469
https://pornxp.com/videos/40694428
https://pornxp.com/videos/40694869
https://pornxp.com/videos/40721475
https://pornxp.com/videos/40785289
https://pornxp.com/videos/40804274
https://pornxp.com/videos/40843605
https://pornxp.com/videos/40857559
https://pornxp.com/videos/40974549
https://pornxp.com/videos/41001335
https://pornxp.com/videos/41041217
https://pornxp.com/videos/41120269
https://pornxp.com/videos/41142534
https://pornxp.com/videos/41152935
https://pornxp.com/videos/41160486
https://pornxp.com/videos/41160985
https://pornxp.com/videos/41164748
https://pornxp.com/videos/41168903
https://pornxp.com/videos/41189854
https://pornxp.com/videos/41228625
https://pornxp.com/videos/41251138
https://pornxp.com/videos/41262528
https://pornxp.com/videos/41279796
https://pornxp.com/videos/41339373
https://pornxp.com/videos/41340725
https://pornxp.com/videos/41357210
https://pornxp.com/videos/41369050
https://pornxp.com/videos/41442275
https://pornxp.com/videos/41467700
https://pornxp.com/videos/41506286
https://pornxp.com/videos/41515411
https://pornxp.com/videos/41518121
https://pornxp.com/videos/41524257
https://pornxp.com/videos/41543516
https://pornxp.com/videos/41562654
https://pornxp.com/videos/41577346
https://pornxp.com/videos/41610932
https://pornxp.com/videos/41705556
https://pornxp.com/videos/41715655
https://pornxp.com/videos/41733320
https://pornxp.com/videos/41789253
https://pornxp.com/videos/41883729
https://pornxp.com/videos/41908744
https://pornxp.com/videos/41917784
https://pornxp.com/videos/42020356
https://pornxp.com/videos/42064278
https://pornxp.com/videos/42075748

https://pornxp.com/videos/42163208
https://pornxp.com/videos/42183165
https://pornxp.com/videos/42208295
https://pornxp.com/videos/42209104
https://pornxp.com/videos/42271465
https://pornxp.com/videos/42286811
https://pornxp.com/videos/42301491
https://pornxp.com/videos/42317239
https://pornxp.com/videos/42328432
https://pornxp.com/videos/42349714
https://pornxp.com/videos/42378125
https://pornxp.com/videos/42408704
https://pornxp.com/videos/42462607
https://pornxp.com/videos/42538972
https://pornxp.com/videos/42542001
https://pornxp.com/videos/42545499
https://pornxp.com/videos/42572700
https://pornxp.com/videos/42575359
https://pornxp.com/videos/42608449
https://pornxp.com/videos/42626824
https://pornxp.com/videos/42653920
https://pornxp.com/videos/42676522
https://pornxp.com/videos/42687087
https://pornxp.com/videos/42733079
https://pornxp.com/videos/42778267
https://pornxp.com/videos/42792797
https://pornxp.com/videos/42813929
https://pornxp.com/videos/42829714
https://pornxp.com/videos/42861581
https://pornxp.com/videos/42873038
https://pornxp.com/videos/42932216
https://pornxp.com/videos/43099720
https://pornxp.com/videos/43122990
https://pornxp.com/videos/43126562
https://pornxp.com/videos/43127797
https://pornxp.com/videos/43188888
https://pornxp.com/videos/43241449
https://pornxp.com/videos/43256237
https://pornxp.com/videos/43357075
https://pornxp.com/videos/43358436
https://pornxp.com/videos/43399566
https://pornxp.com/videos/43479659
https://pornxp.com/videos/43535026
https://pornxp.com/videos/43536244
https://pornxp.com/videos/43538563
https://pornxp.com/videos/43556708
https://pornxp.com/videos/43595784
https://pornxp.com/videos/43640128

https://pornxp.com/videos/43698947
https://pornxp.com/videos/43736731
https://pornxp.com/videos/43791320
https://pornxp.com/videos/43833156
https://pornxp.com/videos/43836864
https://pornxp.com/videos/43860216
https://pornxp.com/videos/43879920
https://pornxp.com/videos/43881925
https://pornxp.com/videos/43908908
https://pornxp.com/videos/43932225
https://pornxp.com/videos/43992418
https://pornxp.com/videos/43994419
https://pornxp.com/videos/43999636
https://pornxp.com/videos/44033720
https://pornxp.com/videos/44035778
https://pornxp.com/videos/44070278
https://pornxp.com/videos/44115843
https://pornxp.com/videos/44156945
https://pornxp.com/videos/44179711
https://pornxp.com/videos/44212395
https://pornxp.com/videos/44246846
https://pornxp.com/videos/44315785
https://pornxp.com/videos/44322362
https://pornxp.com/videos/44335378
https://pornxp.com/videos/44458031
https://pornxp.com/videos/44471693
https://pornxp.com/videos/44523937
https://pornxp.com/videos/44538449
https://pornxp.com/videos/44606371
https://pornxp.com/videos/44692546
https://pornxp.com/videos/44744096
https://pornxp.com/videos/44764515
https://pornxp.com/videos/44789779
https://pornxp.com/videos/44790392
https://pornxp.com/videos/44811200
https://pornxp.com/videos/44833246
https://pornxp.com/videos/44891895
https://pornxp.com/videos/44948153
https://pornxp.com/videos/44997604
https://pornxp.com/videos/44999754
https://pornxp.com/videos/45070866
https://pornxp.com/videos/45092430
https://pornxp.com/videos/45092843
https://pornxp.com/videos/45158385
https://pornxp.com/videos/45200036
https://pornxp.com/videos/45258502
https://pornxp.com/videos/45315871
https://pornxp.com/videos/45325833

https://pornxp.com/videos/45328184
https://pornxp.com/videos/45341171
https://pornxp.com/videos/45341565
https://pornxp.com/videos/45371066
https://pornxp.com/videos/45394621
https://pornxp.com/videos/45427761
https://pornxp.com/videos/45444489
https://pornxp.com/videos/45447567
https://pornxp.com/videos/45482509
https://pornxp.com/videos/45523500
https://pornxp.com/videos/45532854
https://pornxp.com/videos/45634560
https://pornxp.com/videos/45661941
https://pornxp.com/videos/45686985
https://pornxp.com/videos/45695292
https://pornxp.com/videos/45746960
https://pornxp.com/videos/45768483
https://pornxp.com/videos/45773499
https://pornxp.com/videos/45788961
https://pornxp.com/videos/45799849
https://pornxp.com/videos/45803406
https://pornxp.com/videos/45809541
https://pornxp.com/videos/45882659
https://pornxp.com/videos/45900595
https://pornxp.com/videos/45938829
https://pornxp.com/videos/45958320
https://pornxp.com/videos/45981491
https://pornxp.com/videos/45987282
https://pornxp.com/videos/45994239
https://pornxp.com/videos/46046945
https://pornxp.com/videos/46076444
https://pornxp.com/videos/46108142
https://pornxp.com/videos/46112069
https://pornxp.com/videos/46119768
https://pornxp.com/videos/46124623
https://pornxp.com/videos/46171642
https://pornxp.com/videos/46179269
https://pornxp.com/videos/46209092
https://pornxp.com/videos/46261285
https://pornxp.com/videos/46284558
https://pornxp.com/videos/46314501
https://pornxp.com/videos/46321430
https://pornxp.com/videos/46359160
https://pornxp.com/videos/46405186
https://pornxp.com/videos/46414503
https://pornxp.com/videos/46448386
https://pornxp.com/videos/46474551
https://pornxp.com/videos/46486841

https://pornxp.com/videos/46498541
https://pornxp.com/videos/46506876
https://pornxp.com/videos/46517104
https://pornxp.com/videos/46524729
https://pornxp.com/videos/46662399
https://pornxp.com/videos/46792366
https://pornxp.com/videos/46807898
https://pornxp.com/videos/46836459
https://pornxp.com/videos/46858689
https://pornxp.com/videos/46991530
https://pornxp.com/videos/47013377
https://pornxp.com/videos/47067499
https://pornxp.com/videos/47083151
https://pornxp.com/videos/47104212
https://pornxp.com/videos/47118777
https://pornxp.com/videos/47119349
https://pornxp.com/videos/47161268
https://pornxp.com/videos/47201646
https://pornxp.com/videos/47205218
https://pornxp.com/videos/47205927
https://pornxp.com/videos/47248057
https://pornxp.com/videos/47258413
https://pornxp.com/videos/47277662
https://pornxp.com/videos/47300417
https://pornxp.com/videos/47325730
https://pornxp.com/videos/47327313
https://pornxp.com/videos/47378926
https://pornxp.com/videos/47405749
https://pornxp.com/videos/47416372
https://pornxp.com/videos/47498346
https://pornxp.com/videos/47501740
https://pornxp.com/videos/47531110
https://pornxp.com/videos/47539078
https://pornxp.com/videos/47609614
https://pornxp.com/videos/47612258
https://pornxp.com/videos/47636059
https://pornxp.com/videos/47643833
https://pornxp.com/videos/47669868
https://pornxp.com/videos/47681366
https://pornxp.com/videos/47688437
https://pornxp.com/videos/47713092
https://pornxp.com/videos/47773420
https://pornxp.com/videos/47792725
https://pornxp.com/videos/47862543
https://pornxp.com/videos/47923668
https://pornxp.com/videos/47941329
https://pornxp.com/videos/48036828
https://pornxp.com/videos/48083513

https://pornxp.com/videos/48094694
https://pornxp.com/videos/48111643
https://pornxp.com/videos/48132291
https://pornxp.com/videos/48139695
https://pornxp.com/videos/48162192
https://pornxp.com/videos/48192233
https://pornxp.com/videos/48279555
https://pornxp.com/videos/48295156
https://pornxp.com/videos/48302475
https://pornxp.com/videos/48319877
https://pornxp.com/videos/48377441
https://pornxp.com/videos/48405656
https://pornxp.com/videos/48424642
https://pornxp.com/videos/48429673
https://pornxp.com/videos/48443253
https://pornxp.com/videos/48466802
https://pornxp.com/videos/48469558
https://pornxp.com/videos/48636812
https://pornxp.com/videos/48654835
https://pornxp.com/videos/48766835
https://pornxp.com/videos/48789647
https://pornxp.com/videos/48817254
https://pornxp.com/videos/48849032
https://pornxp.com/videos/48873928
https://pornxp.com/videos/48884384
https://pornxp.com/videos/48898945
https://pornxp.com/videos/48931963
https://pornxp.com/videos/48935928
https://pornxp.com/videos/48998393
https://pornxp.com/videos/49009995
https://pornxp.com/videos/49029508
https://pornxp.com/videos/49060337
https://pornxp.com/videos/49116899
https://pornxp.com/videos/49125931
https://pornxp.com/videos/49129639
https://pornxp.com/videos/49152042
https://pornxp.com/videos/49269525
https://pornxp.com/videos/49318447
https://pornxp.com/videos/49336992
https://pornxp.com/videos/49338456
https://pornxp.com/videos/49352100
https://pornxp.com/videos/49400065
https://pornxp.com/videos/49493556
https://pornxp.com/videos/49579698
https://pornxp.com/videos/49580779
https://pornxp.com/videos/49611094
https://pornxp.com/videos/49616156
https://pornxp.com/videos/49645449

https://pornxp.com/videos/49655317
https://pornxp.com/videos/49704447
https://pornxp.com/videos/49718735
https://pornxp.com/videos/49726886
https://pornxp.com/videos/49766812
https://pornxp.com/videos/49767214
https://pornxp.com/videos/49798346
https://pornxp.com/videos/49882652
https://pornxp.com/videos/49886283
https://pornxp.com/videos/49983173
https://pornxp.com/videos/50005948
https://pornxp.com/videos/50023079
https://pornxp.com/videos/50038038
https://pornxp.com/videos/50043768
https://pornxp.com/videos/50058453
https://pornxp.com/videos/50063346
https://pornxp.com/videos/50156209
https://pornxp.com/videos/50218558
https://pornxp.com/videos/50235567
https://pornxp.com/videos/50254583
https://pornxp.com/videos/50299440
https://pornxp.com/videos/50345504
https://pornxp.com/videos/50347959
https://pornxp.com/videos/50383946
https://pornxp.com/videos/50387130
https://pornxp.com/videos/50403550
https://pornxp.com/videos/50434956
https://pornxp.com/videos/50446011
https://pornxp.com/videos/50451246
https://pornxp.com/videos/50459864
https://pornxp.com/videos/50554857
https://pornxp.com/videos/50555028
https://pornxp.com/videos/50560618
https://pornxp.com/videos/50563255
https://pornxp.com/videos/50568490
https://pornxp.com/videos/50669142
https://pornxp.com/videos/50696142
https://pornxp.com/videos/50709462
https://pornxp.com/videos/50712943
https://pornxp.com/videos/50718077
https://pornxp.com/videos/50737434
https://pornxp.com/videos/50746075
https://pornxp.com/videos/50749336
https://pornxp.com/videos/50753352
https://pornxp.com/videos/50819351
https://pornxp.com/videos/50919987
https://pornxp.com/videos/50959002
https://pornxp.com/videos/50992847

https://pornxp.com/videos/51020547
https://pornxp.com/videos/51023809
https://pornxp.com/videos/51055619
https://pornxp.com/videos/51062765
https://pornxp.com/videos/51070907
https://pornxp.com/videos/51072083
https://pornxp.com/videos/51108098
https://pornxp.com/videos/51114312
https://pornxp.com/videos/51126064
https://pornxp.com/videos/51136387
https://pornxp.com/videos/51149587
https://pornxp.com/videos/51164855
https://pornxp.com/videos/51195635
https://pornxp.com/videos/51225089
https://pornxp.com/videos/51231210
https://pornxp.com/videos/51262707
https://pornxp.com/videos/51304177
https://pornxp.com/videos/51337370
https://pornxp.com/videos/51352513
https://pornxp.com/videos/51364117
https://pornxp.com/videos/51365853
https://pornxp.com/videos/51369020
https://pornxp.com/videos/51392797
https://pornxp.com/videos/51399763
https://pornxp.com/videos/51413818
https://pornxp.com/videos/51416262
https://pornxp.com/videos/51439896
https://pornxp.com/videos/51466581
https://pornxp.com/videos/51467276
https://pornxp.com/videos/51495027
https://pornxp.com/videos/51526761
https://pornxp.com/videos/51537864
https://pornxp.com/videos/51568743
https://pornxp.com/videos/51571068
https://pornxp.com/videos/51595564
https://pornxp.com/videos/51598798
https://pornxp.com/videos/51640578
https://pornxp.com/videos/51703742
https://pornxp.com/videos/51711164
https://pornxp.com/videos/51825225
https://pornxp.com/videos/51876015
https://pornxp.com/videos/51927849
https://pornxp.com/videos/51940390
https://pornxp.com/videos/51953419
https://pornxp.com/videos/52004411
https://pornxp.com/videos/52065600
https://pornxp.com/videos/52078453
https://pornxp.com/videos/52136391

https://pornxp.com/videos/52138621
https://pornxp.com/videos/52181073
https://pornxp.com/videos/52219010
https://pornxp.com/videos/52230274
https://pornxp.com/videos/52243593
https://pornxp.com/videos/52275834
https://pornxp.com/videos/52287317
https://pornxp.com/videos/52302916
https://pornxp.com/videos/52345306
https://pornxp.com/videos/52375909
https://pornxp.com/videos/52403551
https://pornxp.com/videos/52451035
https://pornxp.com/videos/52495178
https://pornxp.com/videos/52506132
https://pornxp.com/videos/52543899
https://pornxp.com/videos/52578035
https://pornxp.com/videos/52588905
https://pornxp.com/videos/52612537
https://pornxp.com/videos/52638691
https://pornxp.com/videos/52669100
https://pornxp.com/videos/52692987
https://pornxp.com/videos/52763249
https://pornxp.com/videos/52770134
https://pornxp.com/videos/52785015
https://pornxp.com/videos/52797527
https://pornxp.com/videos/52834947
https://pornxp.com/videos/52888626
https://pornxp.com/videos/52962193
https://pornxp.com/videos/52967934
https://pornxp.com/videos/53011108
https://pornxp.com/videos/53030392
https://pornxp.com/videos/53037808
https://pornxp.com/videos/53078426
https://pornxp.com/videos/53107432
https://pornxp.com/videos/53123006
https://pornxp.com/videos/53149278
https://pornxp.com/videos/53179046
https://pornxp.com/videos/53182852
https://pornxp.com/videos/53191665
https://pornxp.com/videos/53268179
https://pornxp.com/videos/53317140
https://pornxp.com/videos/53332458
https://pornxp.com/videos/53364355
https://pornxp.com/videos/53413981
https://pornxp.com/videos/53468676
https://pornxp.com/videos/53508639
https://pornxp.com/videos/53555454
https://pornxp.com/videos/53563930

https://pornxp.com/videos/53577979
https://pornxp.com/videos/53587444
https://pornxp.com/videos/53590796
https://pornxp.com/videos/53640009
https://pornxp.com/videos/53666369
https://pornxp.com/videos/53688613
https://pornxp.com/videos/53711989
https://pornxp.com/videos/53720597
https://pornxp.com/videos/53727693
https://pornxp.com/videos/53729077
https://pornxp.com/videos/53734565
https://pornxp.com/videos/53832913
https://pornxp.com/videos/53885676
https://pornxp.com/videos/53893349
https://pornxp.com/videos/53914444
https://pornxp.com/videos/53924196
https://pornxp.com/videos/53936827
https://pornxp.com/videos/54022108
https://pornxp.com/videos/54025244
https://pornxp.com/videos/54105478
https://pornxp.com/videos/54106027
https://pornxp.com/videos/54180333
https://pornxp.com/videos/54190548
https://pornxp.com/videos/54218929
https://pornxp.com/videos/54220598
https://pornxp.com/videos/54225129
https://pornxp.com/videos/54259073
https://pornxp.com/videos/54263778
https://pornxp.com/videos/54273381
https://pornxp.com/videos/54317442
https://pornxp.com/videos/54367152
https://pornxp.com/videos/54386258
https://pornxp.com/videos/54407340
https://pornxp.com/videos/54443573
https://pornxp.com/videos/54473399
https://pornxp.com/videos/54494201
https://pornxp.com/videos/54599430
https://pornxp.com/videos/54601822
https://pornxp.com/videos/54634569
https://pornxp.com/videos/54639478
https://pornxp.com/videos/54658116
https://pornxp.com/videos/54719681
https://pornxp.com/videos/54733062
https://pornxp.com/videos/54738125
https://pornxp.com/videos/54762129
https://pornxp.com/videos/54783354
https://pornxp.com/videos/54796974
https://pornxp.com/videos/54865973

https://pornxp.com/videos/54881868
https://pornxp.com/videos/54909918
https://pornxp.com/videos/55016057
https://pornxp.com/videos/55026480
https://pornxp.com/videos/55046593
https://pornxp.com/videos/55151553
https://pornxp.com/videos/55162471
https://pornxp.com/videos/55173009
https://pornxp.com/videos/55179634
https://pornxp.com/videos/55206891
https://pornxp.com/videos/55296473
https://pornxp.com/videos/55368213
https://pornxp.com/videos/55375629
https://pornxp.com/videos/55376680
https://pornxp.com/videos/55425127
https://pornxp.com/videos/55444288
https://pornxp.com/videos/55447317
https://pornxp.com/videos/55470854
https://pornxp.com/videos/55483316
https://pornxp.com/videos/55537603
https://pornxp.com/videos/55543309
https://pornxp.com/videos/55547530
https://pornxp.com/videos/55567004
https://pornxp.com/videos/55582076
https://pornxp.com/videos/55629111
https://pornxp.com/videos/55657445
https://pornxp.com/videos/55708960
https://pornxp.com/videos/55709060
https://pornxp.com/videos/55717190
https://pornxp.com/videos/55720923
https://pornxp.com/videos/55736265
https://pornxp.com/videos/55740831
https://pornxp.com/videos/55759245
https://pornxp.com/videos/55765737
https://pornxp.com/videos/55802194
https://pornxp.com/videos/55856740
https://pornxp.com/videos/55863022
https://pornxp.com/videos/55897968
https://pornxp.com/videos/55901856
https://pornxp.com/videos/55928079
https://pornxp.com/videos/55951582
https://pornxp.com/videos/55961215
https://pornxp.com/videos/55967476
https://pornxp.com/videos/56051615
https://pornxp.com/videos/56083481
https://pornxp.com/videos/56093183
https://pornxp.com/videos/56164784
https://pornxp.com/videos/56168539

https://pornxp.com/videos/56201271
https://pornxp.com/videos/56214615
https://pornxp.com/videos/56215550
https://pornxp.com/videos/56255773
https://pornxp.com/videos/56277404
https://pornxp.com/videos/56280015
https://pornxp.com/videos/56305608
https://pornxp.com/videos/56382917
https://pornxp.com/videos/56389956
https://pornxp.com/videos/56400315
https://pornxp.com/videos/56418427
https://pornxp.com/videos/56425547
https://pornxp.com/videos/56454049
https://pornxp.com/videos/56474618
https://pornxp.com/videos/56485381
https://pornxp.com/videos/56526531
https://pornxp.com/videos/56601019
https://pornxp.com/videos/56602183
https://pornxp.com/videos/56634107
https://pornxp.com/videos/56653227
https://pornxp.com/videos/56676801
https://pornxp.com/videos/56688231
https://pornxp.com/videos/56700998
https://pornxp.com/videos/56703297
https://pornxp.com/videos/56736707
https://pornxp.com/videos/56753781
https://pornxp.com/videos/56764277
https://pornxp.com/videos/56786774
https://pornxp.com/videos/56793636
https://pornxp.com/videos/56817671
https://pornxp.com/videos/56844257
https://pornxp.com/videos/56856082
https://pornxp.com/videos/56910599
https://pornxp.com/videos/56952961
https://pornxp.com/videos/56974586
https://pornxp.com/videos/56977414
https://pornxp.com/videos/57063975
https://pornxp.com/videos/57064589
https://pornxp.com/videos/57078351
https://pornxp.com/videos/57108982
https://pornxp.com/videos/57128019
https://pornxp.com/videos/57193099
https://pornxp.com/videos/57286127
https://pornxp.com/videos/57386870
https://pornxp.com/videos/57447941
https://pornxp.com/videos/57460850
https://pornxp.com/videos/57464243
https://pornxp.com/videos/57464280

https://pornxp.com/videos/57483870
https://pornxp.com/videos/57497932
https://pornxp.com/videos/57583998
https://pornxp.com/videos/57591784
https://pornxp.com/videos/57602049
https://pornxp.com/videos/57606918
https://pornxp.com/videos/57627899
https://pornxp.com/videos/57687084
https://pornxp.com/videos/57695461
https://pornxp.com/videos/57711667
https://pornxp.com/videos/57716897
https://pornxp.com/videos/57861535
https://pornxp.com/videos/57863805
https://pornxp.com/videos/57906478
https://pornxp.com/videos/57936366
https://pornxp.com/videos/57954943
https://pornxp.com/videos/57957164
https://pornxp.com/videos/57977934
https://pornxp.com/videos/57991509
https://pornxp.com/videos/57996821
https://pornxp.com/videos/58030648
https://pornxp.com/videos/58039280
https://pornxp.com/videos/58050852
https://pornxp.com/videos/58051125
https://pornxp.com/videos/58058288
https://pornxp.com/videos/58059140
https://pornxp.com/videos/58076330
https://pornxp.com/videos/58088814
https://pornxp.com/videos/58110766
https://pornxp.com/videos/58122918
https://pornxp.com/videos/58129140
https://pornxp.com/videos/58168842
https://pornxp.com/videos/58194293
https://pornxp.com/videos/58194543
https://pornxp.com/videos/58233443
https://pornxp.com/videos/58234250
https://pornxp.com/videos/58385688
https://pornxp.com/videos/58386628
https://pornxp.com/videos/58433722
https://pornxp.com/videos/58433888
https://pornxp.com/videos/58457445
https://pornxp.com/videos/58503810
https://pornxp.com/videos/58506851
https://pornxp.com/videos/58508304
https://pornxp.com/videos/58511373
https://pornxp.com/videos/58517515
https://pornxp.com/videos/58539779
https://pornxp.com/videos/58540021

https://pornxp.com/videos/58571352
https://pornxp.com/videos/58578129
https://pornxp.com/videos/58594979
https://pornxp.com/videos/58615474
https://pornxp.com/videos/58782845
https://pornxp.com/videos/58783768
https://pornxp.com/videos/58793818
https://pornxp.com/videos/58794677
https://pornxp.com/videos/58807694
https://pornxp.com/videos/58831820
https://pornxp.com/videos/58844596
https://pornxp.com/videos/58871500
https://pornxp.com/videos/58892121
https://pornxp.com/videos/58978671
https://pornxp.com/videos/58983037
https://pornxp.com/videos/58999372
https://pornxp.com/videos/59021113
https://pornxp.com/videos/59038666
https://pornxp.com/videos/59081037
https://pornxp.com/videos/59104478
https://pornxp.com/videos/59114198
https://pornxp.com/videos/59173112
https://pornxp.com/videos/59183543
https://pornxp.com/videos/59210086
https://pornxp.com/videos/59222020
https://pornxp.com/videos/59243174
https://pornxp.com/videos/59259385
https://pornxp.com/videos/59280771
https://pornxp.com/videos/59284570
https://pornxp.com/videos/59291629
https://pornxp.com/videos/59297670
https://pornxp.com/videos/59302380
https://pornxp.com/videos/59344694
https://pornxp.com/videos/59368511
https://pornxp.com/videos/59369610
https://pornxp.com/videos/59402892
https://pornxp.com/videos/59432627
https://pornxp.com/videos/59457308
https://pornxp.com/videos/59474703
https://pornxp.com/videos/59503945
https://pornxp.com/videos/59545235
https://pornxp.com/videos/59549946
https://pornxp.com/videos/59552856
https://pornxp.com/videos/59580626
https://pornxp.com/videos/59589974
https://pornxp.com/videos/59636169
https://pornxp.com/videos/59697050
https://pornxp.com/videos/59700479

https://pornxp.com/videos/59702466
https://pornxp.com/videos/59730419
https://pornxp.com/videos/59744516
https://pornxp.com/videos/59790436
https://pornxp.com/videos/59801074
https://pornxp.com/videos/59822899
https://pornxp.com/videos/59846609
https://pornxp.com/videos/59877813
https://pornxp.com/videos/59884126
https://pornxp.com/videos/59903849
https://pornxp.com/videos/59964162
https://pornxp.com/videos/59975599
https://pornxp.com/videos/60044952
https://pornxp.com/videos/60065220
https://pornxp.com/videos/60100718
https://pornxp.com/videos/60118794
https://pornxp.com/videos/60134986
https://pornxp.com/videos/60146442
https://pornxp.com/videos/60161226
https://pornxp.com/videos/60180710
https://pornxp.com/videos/60181351
https://pornxp.com/videos/60224434
https://pornxp.com/videos/60225554
https://pornxp.com/videos/60245030
https://pornxp.com/videos/60252475
https://pornxp.com/videos/60252499
https://pornxp.com/videos/60265354
https://pornxp.com/videos/60283563
https://pornxp.com/videos/60297278
https://pornxp.com/videos/60371344
https://pornxp.com/videos/60439890
https://pornxp.com/videos/60443171
https://pornxp.com/videos/60467988
https://pornxp.com/videos/60500033
https://pornxp.com/videos/60522442
https://pornxp.com/videos/60529945
https://pornxp.com/videos/60546819
https://pornxp.com/videos/60559498
https://pornxp.com/videos/60563525
https://pornxp.com/videos/60564815
https://pornxp.com/videos/60611343
https://pornxp.com/videos/60611843
https://pornxp.com/videos/60726061
https://pornxp.com/videos/60737771
https://pornxp.com/videos/60750787
https://pornxp.com/videos/60785425
https://pornxp.com/videos/60796920
https://pornxp.com/videos/60822006

https://pornxp.com/videos/60854693
https://pornxp.com/videos/60859646
https://pornxp.com/videos/60918796
https://pornxp.com/videos/60919307
https://pornxp.com/videos/60943917
https://pornxp.com/videos/60956204
https://pornxp.com/videos/60989467
https://pornxp.com/videos/61042260
https://pornxp.com/videos/61112799
https://pornxp.com/videos/61149849
https://pornxp.com/videos/61154696
https://pornxp.com/videos/61159487
https://pornxp.com/videos/61210231
https://pornxp.com/videos/61237715
https://pornxp.com/videos/61242173
https://pornxp.com/videos/61299249
https://pornxp.com/videos/61299352
https://pornxp.com/videos/61306166
https://pornxp.com/videos/61325321
https://pornxp.com/videos/61346266
https://pornxp.com/videos/61360030
https://pornxp.com/videos/61367221
https://pornxp.com/videos/61368101
https://pornxp.com/videos/61382363
https://pornxp.com/videos/61431352
https://pornxp.com/videos/61433613
https://pornxp.com/videos/61441622
https://pornxp.com/videos/61445533
https://pornxp.com/videos/61464964
https://pornxp.com/videos/61553428
https://pornxp.com/videos/61619646
https://pornxp.com/videos/61643747
https://pornxp.com/videos/61660252
https://pornxp.com/videos/61690787
https://pornxp.com/videos/61696661
https://pornxp.com/videos/61775071
https://pornxp.com/videos/61841687
https://pornxp.com/videos/61866093
https://pornxp.com/videos/61875478
https://pornxp.com/videos/61890059
https://pornxp.com/videos/61895061
https://pornxp.com/videos/61926663
https://pornxp.com/videos/61946689
https://pornxp.com/videos/61947000
https://pornxp.com/videos/62036214
https://pornxp.com/videos/62063489
https://pornxp.com/videos/62069815
https://pornxp.com/videos/62098103

https://pornxp.com/videos/62107328
https://pornxp.com/videos/62140280
https://pornxp.com/videos/62148725
https://pornxp.com/videos/62154827
https://pornxp.com/videos/62172635
https://pornxp.com/videos/62199487
https://pornxp.com/videos/62242640
https://pornxp.com/videos/62259498
https://pornxp.com/videos/62322004
https://pornxp.com/videos/62327747
https://pornxp.com/videos/62453062
https://pornxp.com/videos/62478039
https://pornxp.com/videos/62502992
https://pornxp.com/videos/62507866
https://pornxp.com/videos/62522803
https://pornxp.com/videos/62546098
https://pornxp.com/videos/62555604
https://pornxp.com/videos/62574696
https://pornxp.com/videos/62613512
https://pornxp.com/videos/62659263
https://pornxp.com/videos/62739483
https://pornxp.com/videos/62762786
https://pornxp.com/videos/62772352
https://pornxp.com/videos/62819882
https://pornxp.com/videos/62840388
https://pornxp.com/videos/62845199
https://pornxp.com/videos/62853709
https://pornxp.com/videos/62883381
https://pornxp.com/videos/62997855
https://pornxp.com/videos/63010875
https://pornxp.com/videos/63039118
https://pornxp.com/videos/63087442
https://pornxp.com/videos/63130284
https://pornxp.com/videos/63155845
https://pornxp.com/videos/63172085
https://pornxp.com/videos/63183100
https://pornxp.com/videos/63213846
https://pornxp.com/videos/63244462
https://pornxp.com/videos/63289653
https://pornxp.com/videos/63297040
https://pornxp.com/videos/63470814
https://pornxp.com/videos/63471916
https://pornxp.com/videos/63556054
https://pornxp.com/videos/63582926
https://pornxp.com/videos/63630572
https://pornxp.com/videos/63638635
https://pornxp.com/videos/63649491
https://pornxp.com/videos/63656707

https://pornxp.com/videos/63666751
https://pornxp.com/videos/63733340
https://pornxp.com/videos/63735818
https://pornxp.com/videos/63776038
https://pornxp.com/videos/63791109
https://pornxp.com/videos/63793870
https://pornxp.com/videos/63797919
https://pornxp.com/videos/63826040
https://pornxp.com/videos/63863037
https://pornxp.com/videos/63871710
https://pornxp.com/videos/63883362
https://pornxp.com/videos/63950840
https://pornxp.com/videos/64005327
https://pornxp.com/videos/64017988
https://pornxp.com/videos/64059323
https://pornxp.com/videos/64077891
https://pornxp.com/videos/64094555
https://pornxp.com/videos/64150047
https://pornxp.com/videos/64160745
https://pornxp.com/videos/64162738
https://pornxp.com/videos/64181459
https://pornxp.com/videos/64189026
https://pornxp.com/videos/64221926
https://pornxp.com/videos/64233583
https://pornxp.com/videos/64271483
https://pornxp.com/videos/64319848
https://pornxp.com/videos/64460597
https://pornxp.com/videos/64473947
https://pornxp.com/videos/64480030
https://pornxp.com/videos/64499202
https://pornxp.com/videos/64503318
https://pornxp.com/videos/64506901
https://pornxp.com/videos/64543631
https://pornxp.com/videos/64565077
https://pornxp.com/videos/64589747
https://pornxp.com/videos/64596170
https://pornxp.com/videos/64597087
https://pornxp.com/videos/64667937
https://pornxp.com/videos/64699839
https://pornxp.com/videos/64706894
https://pornxp.com/videos/64761407
https://pornxp.com/videos/64784113
https://pornxp.com/videos/64802355
https://pornxp.com/videos/64803456
https://pornxp.com/videos/65044411
https://pornxp.com/videos/65063540
https://pornxp.com/videos/65076897
https://pornxp.com/videos/65098066

https://pornxp.com/videos/65159423
https://pornxp.com/videos/65179966
https://pornxp.com/videos/65231875
https://pornxp.com/videos/65249909
https://pornxp.com/videos/65257043
https://pornxp.com/videos/65265475
https://pornxp.com/videos/65272780
https://pornxp.com/videos/65277704
https://pornxp.com/videos/65286749
https://pornxp.com/videos/65299296
https://pornxp.com/videos/65302941
https://pornxp.com/videos/65317864
https://pornxp.com/videos/65320443
https://pornxp.com/videos/65332018
https://pornxp.com/videos/65348115
https://pornxp.com/videos/65350694
https://pornxp.com/videos/65361708
https://pornxp.com/videos/65366151
https://pornxp.com/videos/65393470
https://pornxp.com/videos/65393759
https://pornxp.com/videos/65461457
https://pornxp.com/videos/65476924
https://pornxp.com/videos/65480454
https://pornxp.com/videos/65513491
https://pornxp.com/videos/65519426
https://pornxp.com/videos/65603963
https://pornxp.com/videos/65609600
https://pornxp.com/videos/65625582
https://pornxp.com/videos/65697624
https://pornxp.com/videos/65719734
https://pornxp.com/videos/65727134
https://pornxp.com/videos/65769748
https://pornxp.com/videos/65837692
https://pornxp.com/videos/65841688
https://pornxp.com/videos/65861817
https://pornxp.com/videos/65977849
https://pornxp.com/videos/66021767
https://pornxp.com/videos/66044580
https://pornxp.com/videos/66059349
https://pornxp.com/videos/66076521
https://pornxp.com/videos/66102771
https://pornxp.com/videos/66130457
https://pornxp.com/videos/66135022
https://pornxp.com/videos/66165270
https://pornxp.com/videos/66188602
https://pornxp.com/videos/66202331
https://pornxp.com/videos/66241713
https://pornxp.com/videos/66253781

https://pornxp.com/videos/66291051
https://pornxp.com/videos/66369836
https://pornxp.com/videos/66405012
https://pornxp.com/videos/66457012
https://pornxp.com/videos/66461880
https://pornxp.com/videos/66493457
https://pornxp.com/videos/66504243
https://pornxp.com/videos/66516443
https://pornxp.com/videos/66621697
https://pornxp.com/videos/66638760
https://pornxp.com/videos/66686518
https://pornxp.com/videos/66741687
https://pornxp.com/videos/66742426
https://pornxp.com/videos/66756359
https://pornxp.com/videos/66808299
https://pornxp.com/videos/66808811
https://pornxp.com/videos/66822938
https://pornxp.com/videos/66834839
https://pornxp.com/videos/66865355
https://pornxp.com/videos/66893361
https://pornxp.com/videos/66893653
https://pornxp.com/videos/66905272
https://pornxp.com/videos/66916226
https://pornxp.com/videos/66916350
https://pornxp.com/videos/66969750
https://pornxp.com/videos/66999383
https://pornxp.com/videos/67011568
https://pornxp.com/videos/67021299
https://pornxp.com/videos/67103409
https://pornxp.com/videos/67146771
https://pornxp.com/videos/67173951
https://pornxp.com/videos/67181096
https://pornxp.com/videos/67186513
https://pornxp.com/videos/67192135
https://pornxp.com/videos/67197759
https://pornxp.com/videos/67201197
https://pornxp.com/videos/67220409
https://pornxp.com/videos/67273583
https://pornxp.com/videos/67316839
https://pornxp.com/videos/67344578
https://pornxp.com/videos/67365107
https://pornxp.com/videos/67365298
https://pornxp.com/videos/67378934
https://pornxp.com/videos/67393251
https://pornxp.com/videos/67393994
https://pornxp.com/videos/67422520
https://pornxp.com/videos/67438599
https://pornxp.com/videos/67448167

https://pornxp.com/videos/67532011
https://pornxp.com/videos/67626677
https://pornxp.com/videos/67693143
https://pornxp.com/videos/67740009
https://pornxp.com/videos/67745426
https://pornxp.com/videos/67758239
https://pornxp.com/videos/67764872
https://pornxp.com/videos/67789633
https://pornxp.com/videos/67803548
https://pornxp.com/videos/67831773
https://pornxp.com/videos/67859821
https://pornxp.com/videos/67866460
https://pornxp.com/videos/67868206
https://pornxp.com/videos/67870607
https://pornxp.com/videos/67888267
https://pornxp.com/videos/67927981
https://pornxp.com/videos/67958836
https://pornxp.com/videos/67964822
https://pornxp.com/videos/67981442
https://pornxp.com/videos/68024730
https://pornxp.com/videos/68066032
https://pornxp.com/videos/68076972
https://pornxp.com/videos/68106023
https://pornxp.com/videos/68149442
https://pornxp.com/videos/68175718
https://pornxp.com/videos/68196555
https://pornxp.com/videos/68205172
https://pornxp.com/videos/68262900
https://pornxp.com/videos/68273277
https://pornxp.com/videos/68394831
https://pornxp.com/videos/68403584
https://pornxp.com/videos/68418148
https://pornxp.com/videos/68425497
https://pornxp.com/videos/68483534
https://pornxp.com/videos/68497754
https://pornxp.com/videos/68508941
https://pornxp.com/videos/68510825
https://pornxp.com/videos/68515033
https://pornxp.com/videos/68516801
https://pornxp.com/videos/68551487
https://pornxp.com/videos/68568387
https://pornxp.com/videos/68654315
https://pornxp.com/videos/68715108
https://pornxp.com/videos/68717722
https://pornxp.com/videos/68776976
https://pornxp.com/videos/68803738
https://pornxp.com/videos/68840141
https://pornxp.com/videos/68894902

https://pornxp.com/videos/68908206
https://pornxp.com/videos/68924581
https://pornxp.com/videos/68933020
https://pornxp.com/videos/68961274
https://pornxp.com/videos/68962625
https://pornxp.com/videos/69023202
https://pornxp.com/videos/69111640
https://pornxp.com/videos/69134957
https://pornxp.com/videos/69151172
https://pornxp.com/videos/69179879
https://pornxp.com/videos/69184849
https://pornxp.com/videos/69214941
https://pornxp.com/videos/69219521
https://pornxp.com/videos/69225638
https://pornxp.com/videos/69225953
https://pornxp.com/videos/69253476
https://pornxp.com/videos/69288268
https://pornxp.com/videos/69338658
https://pornxp.com/videos/69345654
https://pornxp.com/videos/69363796
https://pornxp.com/videos/69401387
https://pornxp.com/videos/69454325
https://pornxp.com/videos/69501768
https://pornxp.com/videos/69545300
https://pornxp.com/videos/69560660
https://pornxp.com/videos/69568380
https://pornxp.com/videos/69601173
https://pornxp.com/videos/69602659
https://pornxp.com/videos/69632289
https://pornxp.com/videos/69803759
https://pornxp.com/videos/69829275
https://pornxp.com/videos/69866443
https://pornxp.com/videos/69872722
https://pornxp.com/videos/69875913
https://pornxp.com/videos/69888715
https://pornxp.com/videos/69902892
https://pornxp.com/videos/69914774
https://pornxp.com/videos/69924522
https://pornxp.com/videos/69960691
https://pornxp.com/videos/69963415
https://pornxp.com/videos/69985997
https://pornxp.com/videos/70008622
https://pornxp.com/videos/70038425
https://pornxp.com/videos/70064316
https://pornxp.com/videos/70084705
https://pornxp.com/videos/70091771
https://pornxp.com/videos/70095663
https://pornxp.com/videos/70129363

https://pornxp.com/videos/70156944
https://pornxp.com/videos/70159811
https://pornxp.com/videos/70163778
https://pornxp.com/videos/70209984
https://pornxp.com/videos/70213867
https://pornxp.com/videos/70245641
https://pornxp.com/videos/70270224
https://pornxp.com/videos/70409025
https://pornxp.com/videos/70414012
https://pornxp.com/videos/70470256
https://pornxp.com/videos/70475102
https://pornxp.com/videos/70549424
https://pornxp.com/videos/70588812
https://pornxp.com/videos/70604405
https://pornxp.com/videos/70622502
https://pornxp.com/videos/70622705
https://pornxp.com/videos/70642696
https://pornxp.com/videos/70644806
https://pornxp.com/videos/70680518
https://pornxp.com/videos/70691656
https://pornxp.com/videos/70750892
https://pornxp.com/videos/70765527
https://pornxp.com/videos/70773692
https://pornxp.com/videos/70799427
https://pornxp.com/videos/70818391
https://pornxp.com/videos/70908183
https://pornxp.com/videos/70923299
https://pornxp.com/videos/70964547
https://pornxp.com/videos/70989618
https://pornxp.com/videos/70992232
https://pornxp.com/videos/71005683
https://pornxp.com/videos/71104664
https://pornxp.com/videos/71123637
https://pornxp.com/videos/71162926
https://pornxp.com/videos/71182677
https://pornxp.com/videos/71182809
https://pornxp.com/videos/71196097
https://pornxp.com/videos/71197585
https://pornxp.com/videos/71202858
https://pornxp.com/videos/71228333
https://pornxp.com/videos/71269249
https://pornxp.com/videos/71295825
https://pornxp.com/videos/71309134
https://pornxp.com/videos/71357330
https://pornxp.com/videos/71367307
https://pornxp.com/videos/71396649
https://pornxp.com/videos/71397493
https://pornxp.com/videos/71411290

https://pornxp.com/videos/71471591
https://pornxp.com/videos/71525019
https://pornxp.com/videos/71552596
https://pornxp.com/videos/71563109
https://pornxp.com/videos/71567549
https://pornxp.com/videos/71623559
https://pornxp.com/videos/71626858
https://pornxp.com/videos/71679818
https://pornxp.com/videos/71681429
https://pornxp.com/videos/71721053
https://pornxp.com/videos/71766385
https://pornxp.com/videos/71777639
https://pornxp.com/videos/71808757
https://pornxp.com/videos/71837056
https://pornxp.com/videos/71857233
https://pornxp.com/videos/71921423
https://pornxp.com/videos/71926116
https://pornxp.com/videos/72019137
https://pornxp.com/videos/72025548
https://pornxp.com/videos/72058568
https://pornxp.com/videos/72112389
https://pornxp.com/videos/72114557
https://pornxp.com/videos/72116148
https://pornxp.com/videos/72166222
https://pornxp.com/videos/72166878
https://pornxp.com/videos/72175137
https://pornxp.com/videos/72302883
https://pornxp.com/videos/72333317
https://pornxp.com/videos/72338104
https://pornxp.com/videos/72383745
https://pornxp.com/videos/72412582
https://pornxp.com/videos/72455762
https://pornxp.com/videos/72465105
https://pornxp.com/videos/72543937
https://pornxp.com/videos/72558548
https://pornxp.com/videos/72566250
https://pornxp.com/videos/72696919
https://pornxp.com/videos/72727314
https://pornxp.com/videos/72740612
https://pornxp.com/videos/72743640
https://pornxp.com/videos/72752000
https://pornxp.com/videos/72772643
https://pornxp.com/videos/72786486
https://pornxp.com/videos/72847575
https://pornxp.com/videos/72870847
https://pornxp.com/videos/72907873
https://pornxp.com/videos/72918490
https://pornxp.com/videos/72933875

https://pornxp.com/videos/72938481
https://pornxp.com/videos/72940200
https://pornxp.com/videos/72959349
https://pornxp.com/videos/72969113
https://pornxp.com/videos/72975522
https://pornxp.com/videos/73055739
https://pornxp.com/videos/73105937
https://pornxp.com/videos/73121601
https://pornxp.com/videos/73170007
https://pornxp.com/videos/73181234
https://pornxp.com/videos/73218246
https://pornxp.com/videos/73221979
https://pornxp.com/videos/73236493
https://pornxp.com/videos/73288217
https://pornxp.com/videos/73307522
https://pornxp.com/videos/73336664
https://pornxp.com/videos/73380454
https://pornxp.com/videos/73510925
https://pornxp.com/videos/73531305
https://pornxp.com/videos/73550257
https://pornxp.com/videos/73561185
https://pornxp.com/videos/73575765
https://pornxp.com/videos/73591465
https://pornxp.com/videos/73595005
https://pornxp.com/videos/73663767
https://pornxp.com/videos/73684896
https://pornxp.com/videos/73692722
https://pornxp.com/videos/73706236
https://pornxp.com/videos/73706917
https://pornxp.com/videos/73751235
https://pornxp.com/videos/73751240
https://pornxp.com/videos/73766158
https://pornxp.com/videos/73925567
https://pornxp.com/videos/73982048
https://pornxp.com/videos/73989538
https://pornxp.com/videos/74034441
https://pornxp.com/videos/74097338
https://pornxp.com/videos/74127753
https://pornxp.com/videos/74129255
https://pornxp.com/videos/74133612
https://pornxp.com/videos/74183391
https://pornxp.com/videos/74223013
https://pornxp.com/videos/74246240
https://pornxp.com/videos/74293779
https://pornxp.com/videos/74317710
https://pornxp.com/videos/74332552
https://pornxp.com/videos/74346571
https://pornxp.com/videos/74361227

https://pornxp.com/videos/74472866
https://pornxp.com/videos/74500936
https://pornxp.com/videos/74512246
https://pornxp.com/videos/74525606
https://pornxp.com/videos/74535669
https://pornxp.com/videos/74536649
https://pornxp.com/videos/74563816
https://pornxp.com/videos/74618634
https://pornxp.com/videos/74626518
https://pornxp.com/videos/74708010
https://pornxp.com/videos/74715065
https://pornxp.com/videos/74746466
https://pornxp.com/videos/74762998
https://pornxp.com/videos/74785419
https://pornxp.com/videos/74786096
https://pornxp.com/videos/74834574
https://pornxp.com/videos/74835485
https://pornxp.com/videos/74862440
https://pornxp.com/videos/74865042
https://pornxp.com/videos/75029241
https://pornxp.com/videos/75056480
https://pornxp.com/videos/75068245
https://pornxp.com/videos/75079536
https://pornxp.com/videos/75134958
https://pornxp.com/videos/75191470
https://pornxp.com/videos/75202225
https://pornxp.com/videos/75285834
https://pornxp.com/videos/75293255
https://pornxp.com/videos/75388417
https://pornxp.com/videos/75397791
https://pornxp.com/videos/75400547
https://pornxp.com/videos/75470849
https://pornxp.com/videos/75487688
https://pornxp.com/videos/75507499
https://pornxp.com/videos/75635357
https://pornxp.com/videos/75713877
https://pornxp.com/videos/75728589
https://pornxp.com/videos/75755319
https://pornxp.com/videos/75762786
https://pornxp.com/videos/75787440
https://pornxp.com/videos/75798118
https://pornxp.com/videos/75805643
https://pornxp.com/videos/75812392
https://pornxp.com/videos/75819478
https://pornxp.com/videos/75836104
https://pornxp.com/videos/75843283
https://pornxp.com/videos/75857160
https://pornxp.com/videos/75873636

https://pornxp.com/videos/75882632
https://pornxp.com/videos/75972758
https://pornxp.com/videos/75985689
https://pornxp.com/videos/75996209
https://pornxp.com/videos/76031249
https://pornxp.com/videos/76053136
https://pornxp.com/videos/76059982
https://pornxp.com/videos/76102955
https://pornxp.com/videos/76147918
https://pornxp.com/videos/76152755
https://pornxp.com/videos/76175420
https://pornxp.com/videos/76178669
https://pornxp.com/videos/76228607
https://pornxp.com/videos/76259873
https://pornxp.com/videos/76340687
https://pornxp.com/videos/76348193
https://pornxp.com/videos/76382193
https://pornxp.com/videos/76386024
https://pornxp.com/videos/76407864
https://pornxp.com/videos/76414453
https://pornxp.com/videos/76446627
https://pornxp.com/videos/76466887
https://pornxp.com/videos/76470996
https://pornxp.com/videos/76537849
https://pornxp.com/videos/76553631
https://pornxp.com/videos/76586652
https://pornxp.com/videos/76669068
https://pornxp.com/videos/76746943
https://pornxp.com/videos/76784682
https://pornxp.com/videos/76785660
https://pornxp.com/videos/76814068
https://pornxp.com/videos/76818333
https://pornxp.com/videos/76833289
https://pornxp.com/videos/76840725
https://pornxp.com/videos/76850297
https://pornxp.com/videos/76916731
https://pornxp.com/videos/76921241
https://pornxp.com/videos/76921848
https://pornxp.com/videos/77026228
https://pornxp.com/videos/77086825
https://pornxp.com/videos/77087864
https://pornxp.com/videos/77109410
https://pornxp.com/videos/77165238
https://pornxp.com/videos/77213033
https://pornxp.com/videos/77218098
https://pornxp.com/videos/77225769
https://pornxp.com/videos/77228459
https://pornxp.com/videos/77235799

https://pornxp.com/videos/77264603
https://pornxp.com/videos/77321392
https://pornxp.com/videos/77324463
https://pornxp.com/videos/77334354
https://pornxp.com/videos/77352904
https://pornxp.com/videos/77364540
https://pornxp.com/videos/77393106
https://pornxp.com/videos/77402160
https://pornxp.com/videos/77428072
https://pornxp.com/videos/77430922
https://pornxp.com/videos/77440126
https://pornxp.com/videos/77441598
https://pornxp.com/videos/77463761
https://pornxp.com/videos/77474458
https://pornxp.com/videos/77498548
https://pornxp.com/videos/77518833
https://pornxp.com/videos/77519630
https://pornxp.com/videos/77528259
https://pornxp.com/videos/77651867
https://pornxp.com/videos/77659146
https://pornxp.com/videos/77715848
https://pornxp.com/videos/77731352
https://pornxp.com/videos/77734475
https://pornxp.com/videos/77785210
https://pornxp.com/videos/77874624
https://pornxp.com/videos/77894996
https://pornxp.com/videos/77896645
https://pornxp.com/videos/77909668
https://pornxp.com/videos/77915306
https://pornxp.com/videos/77931402
https://pornxp.com/videos/77932342
https://pornxp.com/videos/77936504
https://pornxp.com/videos/77938415
https://pornxp.com/videos/77939100
https://pornxp.com/videos/77949695
https://pornxp.com/videos/77959903
https://pornxp.com/videos/77968552
https://pornxp.com/videos/77986383
https://pornxp.com/videos/78016295
https://pornxp.com/videos/78034021
https://pornxp.com/videos/78095732
https://pornxp.com/videos/78125040
https://pornxp.com/videos/78155294
https://pornxp.com/videos/78175687
https://pornxp.com/videos/78235621
https://pornxp.com/videos/78242095
https://pornxp.com/videos/78249909
https://pornxp.com/videos/78279695

https://pornxp.com/videos/78289469
https://pornxp.com/videos/78314065
https://pornxp.com/videos/78355951
https://pornxp.com/videos/78398287
https://pornxp.com/videos/78404022
https://pornxp.com/videos/78404102
https://pornxp.com/videos/78415470
https://pornxp.com/videos/78452785
https://pornxp.com/videos/78465001
https://pornxp.com/videos/78468362
https://pornxp.com/videos/78476981
https://pornxp.com/videos/78483613
https://pornxp.com/videos/78505435
https://pornxp.com/videos/78552244
https://pornxp.com/videos/78579523
https://pornxp.com/videos/78591952
https://pornxp.com/videos/78605409
https://pornxp.com/videos/78616285
https://pornxp.com/videos/78617116
https://pornxp.com/videos/78652309
https://pornxp.com/videos/78653346
https://pornxp.com/videos/78678737
https://pornxp.com/videos/78771690
https://pornxp.com/videos/78778357
https://pornxp.com/videos/78781091
https://pornxp.com/videos/78781663
https://pornxp.com/videos/78785345
https://pornxp.com/videos/78786497
https://pornxp.com/videos/78810505
https://pornxp.com/videos/78814393
https://pornxp.com/videos/78836367
https://pornxp.com/videos/78841980
https://pornxp.com/videos/78876006
https://pornxp.com/videos/78888008
https://pornxp.com/videos/78928270
https://pornxp.com/videos/78955355
https://pornxp.com/videos/78980858
https://pornxp.com/videos/78984918
https://pornxp.com/videos/79011222
https://pornxp.com/videos/79035621
https://pornxp.com/videos/79043699
https://pornxp.com/videos/79103284
https://pornxp.com/videos/79113756
https://pornxp.com/videos/79137224
https://pornxp.com/videos/79139453
https://pornxp.com/videos/79150883
https://pornxp.com/videos/79157265
https://pornxp.com/videos/79202911

https://pornxp.com/videos/79212087
https://pornxp.com/videos/79224895
https://pornxp.com/videos/79230940
https://pornxp.com/videos/79288549
https://pornxp.com/videos/79349087
https://pornxp.com/videos/79350864
https://pornxp.com/videos/79353361
https://pornxp.com/videos/79449153
https://pornxp.com/videos/79488073
https://pornxp.com/videos/79500567
https://pornxp.com/videos/79511580
https://pornxp.com/videos/79570628
https://pornxp.com/videos/79572057
https://pornxp.com/videos/79600412
https://pornxp.com/videos/79648243
https://pornxp.com/videos/79700617
https://pornxp.com/videos/79701049
https://pornxp.com/videos/79728497
https://pornxp.com/videos/79754879
https://pornxp.com/videos/79771903
https://pornxp.com/videos/79781425
https://pornxp.com/videos/79817918
https://pornxp.com/videos/79818346
https://pornxp.com/videos/79841485
https://pornxp.com/videos/79864734
https://pornxp.com/videos/79890465
https://pornxp.com/videos/79934432
https://pornxp.com/videos/79962517
https://pornxp.com/videos/79991257
https://pornxp.com/videos/79992883
https://pornxp.com/videos/80018048
https://pornxp.com/videos/80084865
https://pornxp.com/videos/80086975
https://pornxp.com/videos/80122576
https://pornxp.com/videos/80139623
https://pornxp.com/videos/80146560
https://pornxp.com/videos/80156761
https://pornxp.com/videos/80179349
https://pornxp.com/videos/80204933
https://pornxp.com/videos/80205602
https://pornxp.com/videos/80276545
https://pornxp.com/videos/80294042
https://pornxp.com/videos/80298372
https://pornxp.com/videos/80323933
https://pornxp.com/videos/80358583
https://pornxp.com/videos/80360280
https://pornxp.com/videos/80372111
https://pornxp.com/videos/80398169

https://pornxp.com/videos/80515312
https://pornxp.com/videos/80538290
https://pornxp.com/videos/80541773
https://pornxp.com/videos/80545326
https://pornxp.com/videos/80646929
https://pornxp.com/videos/80692089
https://pornxp.com/videos/80693704
https://pornxp.com/videos/80714713
https://pornxp.com/videos/80717911
https://pornxp.com/videos/80719591
https://pornxp.com/videos/80738294
https://pornxp.com/videos/80746255
https://pornxp.com/videos/80764530
https://pornxp.com/videos/80794760
https://pornxp.com/videos/80816127
https://pornxp.com/videos/80841075
https://pornxp.com/videos/80936817
https://pornxp.com/videos/80953675
https://pornxp.com/videos/81004809
https://pornxp.com/videos/81067730
https://pornxp.com/videos/81080530
https://pornxp.com/videos/81119362
https://pornxp.com/videos/81128559
https://pornxp.com/videos/81133590
https://pornxp.com/videos/81159471
https://pornxp.com/videos/81230404
https://pornxp.com/videos/81242790
https://pornxp.com/videos/81252200
https://pornxp.com/videos/81302287
https://pornxp.com/videos/81310257
https://pornxp.com/videos/81331072
https://pornxp.com/videos/81332092
https://pornxp.com/videos/81395415
https://pornxp.com/videos/81409450
https://pornxp.com/videos/81437835
https://pornxp.com/videos/81455269
https://pornxp.com/videos/81464788
https://pornxp.com/videos/81509474
https://pornxp.com/videos/81580754
https://pornxp.com/videos/81606687
https://pornxp.com/videos/81654530
https://pornxp.com/videos/81677859
https://pornxp.com/videos/81700238
https://pornxp.com/videos/81717403
https://pornxp.com/videos/81764624
https://pornxp.com/videos/81819121
https://pornxp.com/videos/81839285
https://pornxp.com/videos/81932665

https://pornxp.com/videos/81946939
https://pornxp.com/videos/81950654
https://pornxp.com/videos/82060935
https://pornxp.com/videos/82179180
https://pornxp.com/videos/82245083
https://pornxp.com/videos/82282538
https://pornxp.com/videos/82298836
https://pornxp.com/videos/82300215
https://pornxp.com/videos/82305415
https://pornxp.com/videos/82311584
https://pornxp.com/videos/82354078
https://pornxp.com/videos/82433191
https://pornxp.com/videos/82442166
https://pornxp.com/videos/82534200
https://pornxp.com/videos/82536973
https://pornxp.com/videos/82550765
https://pornxp.com/videos/82577361
https://pornxp.com/videos/82616191
https://pornxp.com/videos/82658646
https://pornxp.com/videos/82674253
https://pornxp.com/videos/82685238
https://pornxp.com/videos/82690763
https://pornxp.com/videos/82779519
https://pornxp.com/videos/82783018
https://pornxp.com/videos/82786921
https://pornxp.com/videos/82881953
https://pornxp.com/videos/82890320
https://pornxp.com/videos/82896315
https://pornxp.com/videos/82900052
https://pornxp.com/videos/82906467
https://pornxp.com/videos/82937554
https://pornxp.com/videos/83004071
https://pornxp.com/videos/83010659
https://pornxp.com/videos/83030218
https://pornxp.com/videos/83080279
https://pornxp.com/videos/83184416
https://pornxp.com/videos/83190473
https://pornxp.com/videos/83199858
https://pornxp.com/videos/83200253
https://pornxp.com/videos/83213914
https://pornxp.com/videos/83239259
https://pornxp.com/videos/83364601
https://pornxp.com/videos/83379663
https://pornxp.com/videos/83391996
https://pornxp.com/videos/83393999
https://pornxp.com/videos/83398472
https://pornxp.com/videos/83483688
https://pornxp.com/videos/83487567

https://pornxp.com/videos/83501392
https://pornxp.com/videos/83510376
https://pornxp.com/videos/83510748
https://pornxp.com/videos/83536542
https://pornxp.com/videos/83546576
https://pornxp.com/videos/83548638
https://pornxp.com/videos/83565282
https://pornxp.com/videos/83596616
https://pornxp.com/videos/83598778
https://pornxp.com/videos/83607335
https://pornxp.com/videos/83618681
https://pornxp.com/videos/83745824
https://pornxp.com/videos/83768109
https://pornxp.com/videos/83790380
https://pornxp.com/videos/83797627
https://pornxp.com/videos/83813063
https://pornxp.com/videos/83815169
https://pornxp.com/videos/83820125
https://pornxp.com/videos/83913221
https://pornxp.com/videos/83934852
https://pornxp.com/videos/83985909
https://pornxp.com/videos/83998943
https://pornxp.com/videos/84030371
https://pornxp.com/videos/84063786
https://pornxp.com/videos/84073642
https://pornxp.com/videos/84172629
https://pornxp.com/videos/84259739
https://pornxp.com/videos/84283656
https://pornxp.com/videos/84295090
https://pornxp.com/videos/84305277
https://pornxp.com/videos/84315921
https://pornxp.com/videos/84385515
https://pornxp.com/videos/84396905
https://pornxp.com/videos/84397094
https://pornxp.com/videos/84443743
https://pornxp.com/videos/84493270
https://pornxp.com/videos/84572990
https://pornxp.com/videos/84575954
https://pornxp.com/videos/84590677
https://pornxp.com/videos/84608761
https://pornxp.com/videos/84613841
https://pornxp.com/videos/84615804
https://pornxp.com/videos/84617267
https://pornxp.com/videos/84639635
https://pornxp.com/videos/84701010
https://pornxp.com/videos/84729466
https://pornxp.com/videos/84737696
https://pornxp.com/videos/84791353

https://pornxp.com/videos/84799788
https://pornxp.com/videos/84817655
https://pornxp.com/videos/84843547
https://pornxp.com/videos/84854390
https://pornxp.com/videos/84859479
https://pornxp.com/videos/84864973
https://pornxp.com/videos/84891618
https://pornxp.com/videos/84918357
https://pornxp.com/videos/84964398
https://pornxp.com/videos/84973321
https://pornxp.com/videos/84973906
https://pornxp.com/videos/84995796
https://pornxp.com/videos/85006335
https://pornxp.com/videos/85012591
https://pornxp.com/videos/85012655
https://pornxp.com/videos/85020394
https://pornxp.com/videos/85020605
https://pornxp.com/videos/85022508
https://pornxp.com/videos/85030300
https://pornxp.com/videos/85031505
https://pornxp.com/videos/85091889
https://pornxp.com/videos/85100697
https://pornxp.com/videos/85108133
https://pornxp.com/videos/85123162
https://pornxp.com/videos/85167766
https://pornxp.com/videos/85168247
https://pornxp.com/videos/85179337
https://pornxp.com/videos/85201542
https://pornxp.com/videos/85215170
https://pornxp.com/videos/85234512
https://pornxp.com/videos/85242206
https://pornxp.com/videos/85255122
https://pornxp.com/videos/85283888
https://pornxp.com/videos/85286411
https://pornxp.com/videos/85290536
https://pornxp.com/videos/85340687
https://pornxp.com/videos/85351775
https://pornxp.com/videos/85362579
https://pornxp.com/videos/85387473
https://pornxp.com/videos/85414643
https://pornxp.com/videos/85458141
https://pornxp.com/videos/85495771
https://pornxp.com/videos/85515239
https://pornxp.com/videos/85621370
https://pornxp.com/videos/85630007
https://pornxp.com/videos/85633154
https://pornxp.com/videos/85668398
https://pornxp.com/videos/85705479

https://pornxp.com/videos/85737535
https://pornxp.com/videos/85774905
https://pornxp.com/videos/85788346
https://pornxp.com/videos/85804096
https://pornxp.com/videos/85826605
https://pornxp.com/videos/85879668
https://pornxp.com/videos/85881071
https://pornxp.com/videos/85970010
https://pornxp.com/videos/86025320
https://pornxp.com/videos/86034940
https://pornxp.com/videos/86132402
https://pornxp.com/videos/86166784
https://pornxp.com/videos/86176430
https://pornxp.com/videos/86178498
https://pornxp.com/videos/86189229
https://pornxp.com/videos/86246182
https://pornxp.com/videos/86260078
https://pornxp.com/videos/86315898
https://pornxp.com/videos/86317710
https://pornxp.com/videos/86338609
https://pornxp.com/videos/86345948
https://pornxp.com/videos/86356627
https://pornxp.com/videos/86364333
https://pornxp.com/videos/86431607
https://pornxp.com/videos/86437428
https://pornxp.com/videos/86474002
https://pornxp.com/videos/86564502
https://pornxp.com/videos/86579382
https://pornxp.com/videos/86623064
https://pornxp.com/videos/86631618
https://pornxp.com/videos/86670343
https://pornxp.com/videos/86676494
https://pornxp.com/videos/86755809
https://pornxp.com/videos/86797178
https://pornxp.com/videos/86800439
https://pornxp.com/videos/86841508
https://pornxp.com/videos/86949597
https://pornxp.com/videos/86959676
https://pornxp.com/videos/86994020
https://pornxp.com/videos/87005239
https://pornxp.com/videos/87018382
https://pornxp.com/videos/87032170
https://pornxp.com/videos/87173923
https://pornxp.com/videos/87179528
https://pornxp.com/videos/87192101
https://pornxp.com/videos/87192237
https://pornxp.com/videos/87198958
https://pornxp.com/videos/87207499

https://pornxp.com/videos/87269558
https://pornxp.com/videos/87270748
https://pornxp.com/videos/87272179
https://pornxp.com/videos/87326167
https://pornxp.com/videos/87387388
https://pornxp.com/videos/87412990
https://pornxp.com/videos/87469945
https://pornxp.com/videos/87474050
https://pornxp.com/videos/87482281
https://pornxp.com/videos/87485625
https://pornxp.com/videos/87498509
https://pornxp.com/videos/87549844
https://pornxp.com/videos/87569640
https://pornxp.com/videos/87595096
https://pornxp.com/videos/87647209
https://pornxp.com/videos/87652610
https://pornxp.com/videos/87665485
https://pornxp.com/videos/87677383
https://pornxp.com/videos/87716298
https://pornxp.com/videos/87723067
https://pornxp.com/videos/87775575
https://pornxp.com/videos/87794565
https://pornxp.com/videos/87828360
https://pornxp.com/videos/87839880
https://pornxp.com/videos/87843877
https://pornxp.com/videos/87882126
https://pornxp.com/videos/87906620
https://pornxp.com/videos/87950991
https://pornxp.com/videos/87951755
https://pornxp.com/videos/88014328
https://pornxp.com/videos/88014815
https://pornxp.com/videos/88065556
https://pornxp.com/videos/88066561
https://pornxp.com/videos/88099224
https://pornxp.com/videos/88142970
https://pornxp.com/videos/88160761
https://pornxp.com/videos/88210717
https://pornxp.com/videos/88212894
https://pornxp.com/videos/88224032
https://pornxp.com/videos/88230276
https://pornxp.com/videos/88261978
https://pornxp.com/videos/88278577
https://pornxp.com/videos/88338499
https://pornxp.com/videos/88339551
https://pornxp.com/videos/88366651
https://pornxp.com/videos/88477072
https://pornxp.com/videos/88479339
https://pornxp.com/videos/88489982

https://pornxp.com/videos/88503898
https://pornxp.com/videos/88540535
https://pornxp.com/videos/88544375
https://pornxp.com/videos/88548007
https://pornxp.com/videos/88556666
https://pornxp.com/videos/88559645
https://pornxp.com/videos/88583434
https://pornxp.com/videos/88607522
https://pornxp.com/videos/88616679
https://pornxp.com/videos/88622678
https://pornxp.com/videos/88640975
https://pornxp.com/videos/88651751
https://pornxp.com/videos/88681337
https://pornxp.com/videos/88721644
https://pornxp.com/videos/88759126
https://pornxp.com/videos/88812902
https://pornxp.com/videos/88828713
https://pornxp.com/videos/88881426
https://pornxp.com/videos/88900249
https://pornxp.com/videos/88916252
https://pornxp.com/videos/88923486
https://pornxp.com/videos/88925595
https://pornxp.com/videos/88955490
https://pornxp.com/videos/88963331
https://pornxp.com/videos/89032609
https://pornxp.com/videos/89067887
https://pornxp.com/videos/89120520
https://pornxp.com/videos/89143385
https://pornxp.com/videos/89190400
https://pornxp.com/videos/89247835
https://pornxp.com/videos/89257430
https://pornxp.com/videos/89319701
https://pornxp.com/videos/89408572
https://pornxp.com/videos/89429414
https://pornxp.com/videos/89486734
https://pornxp.com/videos/89523082
https://pornxp.com/videos/89531808
https://pornxp.com/videos/89533077
https://pornxp.com/videos/89536089
https://pornxp.com/videos/89542798
https://pornxp.com/videos/89599403
https://pornxp.com/videos/89623442
https://pornxp.com/videos/89664670
https://pornxp.com/videos/89667750
https://pornxp.com/videos/89682341
https://pornxp.com/videos/89718171
https://pornxp.com/videos/89737498
https://pornxp.com/videos/89751190

https://pornxp.com/videos/89755050
https://pornxp.com/videos/89851802
https://pornxp.com/videos/89858515
https://pornxp.com/videos/89858674
https://pornxp.com/videos/89955099
https://pornxp.com/videos/89982061
https://pornxp.com/videos/89985020
https://pornxp.com/videos/89985390
https://pornxp.com/videos/89990975
https://pornxp.com/videos/90002911
https://pornxp.com/videos/90010697
https://pornxp.com/videos/90013427
https://pornxp.com/videos/90070387
https://pornxp.com/videos/90170991
https://pornxp.com/videos/90185958
https://pornxp.com/videos/90189204
https://pornxp.com/videos/90193493
https://pornxp.com/videos/90224791
https://pornxp.com/videos/90229733
https://pornxp.com/videos/90238334
https://pornxp.com/videos/90262570
https://pornxp.com/videos/90283565
https://pornxp.com/videos/90299883
https://pornxp.com/videos/90385909
https://pornxp.com/videos/90408323
https://pornxp.com/videos/90410654
https://pornxp.com/videos/90431932
https://pornxp.com/videos/90442109
https://pornxp.com/videos/90444215
https://pornxp.com/videos/90468024
https://pornxp.com/videos/90536839
https://pornxp.com/videos/90763472
https://pornxp.com/videos/90781189
https://pornxp.com/videos/90799604
https://pornxp.com/videos/90800331
https://pornxp.com/videos/90810022
https://pornxp.com/videos/90813146
https://pornxp.com/videos/90845207
https://pornxp.com/videos/90890033
https://pornxp.com/videos/90914664
https://pornxp.com/videos/90924932
https://pornxp.com/videos/90991915
https://pornxp.com/videos/90994073
https://pornxp.com/videos/91034045
https://pornxp.com/videos/91077576
https://pornxp.com/videos/91083358
https://pornxp.com/videos/91088551
https://pornxp.com/videos/91092328

https://pornxp.com/videos/91092796
https://pornxp.com/videos/91123347
https://pornxp.com/videos/91152442
https://pornxp.com/videos/91190604
https://pornxp.com/videos/91235539
https://pornxp.com/videos/91247951
https://pornxp.com/videos/91282347
https://pornxp.com/videos/91288835
https://pornxp.com/videos/91327918
https://pornxp.com/videos/91338539
https://pornxp.com/videos/91371206
https://pornxp.com/videos/91384017
https://pornxp.com/videos/91547123
https://pornxp.com/videos/91608931
https://pornxp.com/videos/91616057
https://pornxp.com/videos/91628689
https://pornxp.com/videos/91662181
https://pornxp.com/videos/91670621
https://pornxp.com/videos/91689325
https://pornxp.com/videos/91739420
https://pornxp.com/videos/91744008
https://pornxp.com/videos/91755054
https://pornxp.com/videos/91839028
https://pornxp.com/videos/91846198
https://pornxp.com/videos/91850003
https://pornxp.com/videos/91912136
https://pornxp.com/videos/91938684
https://pornxp.com/videos/91939548
https://pornxp.com/videos/91952646
https://pornxp.com/videos/91964785
https://pornxp.com/videos/91976705
https://pornxp.com/videos/91978776
https://pornxp.com/videos/92070094
https://pornxp.com/videos/92095245
https://pornxp.com/videos/92130698
https://pornxp.com/videos/92137142
https://pornxp.com/videos/92169675
https://pornxp.com/videos/92187783
https://pornxp.com/videos/92234082
https://pornxp.com/videos/92242539
https://pornxp.com/videos/92279559
https://pornxp.com/videos/92290861
https://pornxp.com/videos/92299343
https://pornxp.com/videos/92300580
https://pornxp.com/videos/92328057
https://pornxp.com/videos/92364530
https://pornxp.com/videos/92368542
https://pornxp.com/videos/92394202

https://pornxp.com/videos/92434106
https://pornxp.com/videos/92440497
https://pornxp.com/videos/92440578
https://pornxp.com/videos/92479564
https://pornxp.com/videos/92523454
https://pornxp.com/videos/92525840
https://pornxp.com/videos/92550221
https://pornxp.com/videos/92564677
https://pornxp.com/videos/92587340
https://pornxp.com/videos/92612632
https://pornxp.com/videos/92617720
https://pornxp.com/videos/92653162
https://pornxp.com/videos/92683798
https://pornxp.com/videos/92710586
https://pornxp.com/videos/92747414
https://pornxp.com/videos/92753600
https://pornxp.com/videos/92760230
https://pornxp.com/videos/92761097
https://pornxp.com/videos/92793474
https://pornxp.com/videos/92805262
https://pornxp.com/videos/92815080
https://pornxp.com/videos/92846157
https://pornxp.com/videos/92865267
https://pornxp.com/videos/92878620
https://pornxp.com/videos/92957905
https://pornxp.com/videos/93004676
https://pornxp.com/videos/93031111
https://pornxp.com/videos/93045371
https://pornxp.com/videos/93080841
https://pornxp.com/videos/93087670
https://pornxp.com/videos/93139261
https://pornxp.com/videos/93215118
https://pornxp.com/videos/93225451
https://pornxp.com/videos/93234527
https://pornxp.com/videos/93240783
https://pornxp.com/videos/93310361
https://pornxp.com/videos/93314884
https://pornxp.com/videos/93373566
https://pornxp.com/videos/93384172
https://pornxp.com/videos/93391062
https://pornxp.com/videos/93411382
https://pornxp.com/videos/93417871
https://pornxp.com/videos/93422255
https://pornxp.com/videos/93442540
https://pornxp.com/videos/93524648
https://pornxp.com/videos/93535647
https://pornxp.com/videos/93548219
https://pornxp.com/videos/93559775

https://pornxp.com/videos/93596019
https://pornxp.com/videos/93629820
https://pornxp.com/videos/93640123
https://pornxp.com/videos/93646922
https://pornxp.com/videos/93695277
https://pornxp.com/videos/93700237
https://pornxp.com/videos/93714956
https://pornxp.com/videos/93731575
https://pornxp.com/videos/93765642
https://pornxp.com/videos/93768185
https://pornxp.com/videos/93789477
https://pornxp.com/videos/93827571
https://pornxp.com/videos/93863197
https://pornxp.com/videos/93864042
https://pornxp.com/videos/94008911
https://pornxp.com/videos/94021203
https://pornxp.com/videos/94032535
https://pornxp.com/videos/94035067
https://pornxp.com/videos/94042707
https://pornxp.com/videos/94051362
https://pornxp.com/videos/94095469
https://pornxp.com/videos/94120047
https://pornxp.com/videos/94134508
https://pornxp.com/videos/94194354
https://pornxp.com/videos/94299151
https://pornxp.com/videos/94300315
https://pornxp.com/videos/94303619
https://pornxp.com/videos/94344359
https://pornxp.com/videos/94363720
https://pornxp.com/videos/94392572
https://pornxp.com/videos/94396490
https://pornxp.com/videos/94397704
https://pornxp.com/videos/94401692
https://pornxp.com/videos/94435082
https://pornxp.com/videos/94463898
https://pornxp.com/videos/94483941
https://pornxp.com/videos/94506186
https://pornxp.com/videos/94512447
https://pornxp.com/videos/94612462
https://pornxp.com/videos/94657269
https://pornxp.com/videos/94666103
https://pornxp.com/videos/94670018
https://pornxp.com/videos/94675871
https://pornxp.com/videos/94683096
https://pornxp.com/videos/94695595
https://pornxp.com/videos/94724883
https://pornxp.com/videos/94773798
https://pornxp.com/videos/94845574

https://pornxp.com/videos/94865191
https://pornxp.com/videos/94909685
https://pornxp.com/videos/94914398
https://pornxp.com/videos/94922776
https://pornxp.com/videos/94966017
https://pornxp.com/videos/94972819
https://pornxp.com/videos/94975276
https://pornxp.com/videos/95020813
https://pornxp.com/videos/95059931
https://pornxp.com/videos/95067463
https://pornxp.com/videos/95073720
https://pornxp.com/videos/95111553
https://pornxp.com/videos/95135301
https://pornxp.com/videos/95135899
https://pornxp.com/videos/95144310
https://pornxp.com/videos/95202145
https://pornxp.com/videos/95236807
https://pornxp.com/videos/95244104
https://pornxp.com/videos/95244846
https://pornxp.com/videos/95266066
https://pornxp.com/videos/95278225
https://pornxp.com/videos/95281450
https://pornxp.com/videos/95314919
https://pornxp.com/videos/95349471
https://pornxp.com/videos/95351272
https://pornxp.com/videos/95376456
https://pornxp.com/videos/95387839
https://pornxp.com/videos/95433931
https://pornxp.com/videos/95448757
https://pornxp.com/videos/95449974
https://pornxp.com/videos/95477825
https://pornxp.com/videos/95500830
https://pornxp.com/videos/95508250
https://pornxp.com/videos/95550608
https://pornxp.com/videos/95591494
https://pornxp.com/videos/95600808
https://pornxp.com/videos/95602065
https://pornxp.com/videos/95605257
https://pornxp.com/videos/95618887
https://pornxp.com/videos/95642121
https://pornxp.com/videos/95644157
https://pornxp.com/videos/95662682
https://pornxp.com/videos/95664827
https://pornxp.com/videos/95673005
https://pornxp.com/videos/95685518
https://pornxp.com/videos/95701448
https://pornxp.com/videos/95730796
https://pornxp.com/videos/95778406

https://pornxp.com/videos/95845836
https://pornxp.com/videos/95881400
https://pornxp.com/videos/95881474
https://pornxp.com/videos/95931526
https://pornxp.com/videos/96010168
https://pornxp.com/videos/96025675
https://pornxp.com/videos/96050395
https://pornxp.com/videos/96072005
https://pornxp.com/videos/96072398
https://pornxp.com/videos/96100808
https://pornxp.com/videos/96104743
https://pornxp.com/videos/96107342
https://pornxp.com/videos/96108756
https://pornxp.com/videos/96167041
https://pornxp.com/videos/96180218
https://pornxp.com/videos/96239061
https://pornxp.com/videos/96280457
https://pornxp.com/videos/96314018
https://pornxp.com/videos/96366981
https://pornxp.com/videos/96373681
https://pornxp.com/videos/96382913
https://pornxp.com/videos/96395508
https://pornxp.com/videos/96419245
https://pornxp.com/videos/96420051
https://pornxp.com/videos/96425443
https://pornxp.com/videos/96432159
https://pornxp.com/videos/96446118
https://pornxp.com/videos/96534740
https://pornxp.com/videos/96547181
https://pornxp.com/videos/96549286
https://pornxp.com/videos/96558045
https://pornxp.com/videos/96558070
https://pornxp.com/videos/96567747
https://pornxp.com/videos/96590225
https://pornxp.com/videos/96673888
https://pornxp.com/videos/96700607
https://pornxp.com/videos/96780197
https://pornxp.com/videos/96804957
https://pornxp.com/videos/96827967
https://pornxp.com/videos/96872920
https://pornxp.com/videos/96893644
https://pornxp.com/videos/96950060
https://pornxp.com/videos/96959591
https://pornxp.com/videos/97001266
https://pornxp.com/videos/97013453
https://pornxp.com/videos/97068075
https://pornxp.com/videos/97088504
https://pornxp.com/videos/97098957

https://pornxp.com/videos/97159489
https://pornxp.com/videos/97171465
https://pornxp.com/videos/97180439
https://pornxp.com/videos/97180984
https://pornxp.com/videos/97197288
https://pornxp.com/videos/97198280
https://pornxp.com/videos/97218276
https://pornxp.com/videos/97287867
https://pornxp.com/videos/97300972
https://pornxp.com/videos/97331455
https://pornxp.com/videos/97332500
https://pornxp.com/videos/97342804
https://pornxp.com/videos/97358139
https://pornxp.com/videos/97389696
https://pornxp.com/videos/97390222
https://pornxp.com/videos/97406750
https://pornxp.com/videos/97409204
https://pornxp.com/videos/97441180
https://pornxp.com/videos/97509638
https://pornxp.com/videos/97584318
https://pornxp.com/videos/97611171
https://pornxp.com/videos/97626863
https://pornxp.com/videos/97631926
https://pornxp.com/videos/97645063
https://pornxp.com/videos/97665331
https://pornxp.com/videos/97668355
https://pornxp.com/videos/97674264
https://pornxp.com/videos/97700807
https://pornxp.com/videos/97758664
https://pornxp.com/videos/97760472
https://pornxp.com/videos/97793447
https://pornxp.com/videos/97821385
https://pornxp.com/videos/97829046
https://pornxp.com/videos/97857552
https://pornxp.com/videos/97894905
https://pornxp.com/videos/98042819
https://pornxp.com/videos/98058972
https://pornxp.com/videos/98105423
https://pornxp.com/videos/98107278
https://pornxp.com/videos/98116693
https://pornxp.com/videos/98135012
https://pornxp.com/videos/98136471
https://pornxp.com/videos/98177648
https://pornxp.com/videos/98220381
https://pornxp.com/videos/98294985
https://pornxp.com/videos/98306087
https://pornxp.com/videos/98312007
https://pornxp.com/videos/98342659

https://pornxp.com/videos/98342889
https://pornxp.com/videos/98349775
https://pornxp.com/videos/98436020
https://pornxp.com/videos/98493641
https://pornxp.com/videos/98520620
https://pornxp.com/videos/98618650
https://pornxp.com/videos/98662557
https://pornxp.com/videos/98666573
https://pornxp.com/videos/98733103
https://pornxp.com/videos/98746323
https://pornxp.com/videos/98768591
https://pornxp.com/videos/98780853
https://pornxp.com/videos/98836600
https://pornxp.com/videos/98847750
https://pornxp.com/videos/98866418
https://pornxp.com/videos/98888145
https://pornxp.com/videos/98890400
https://pornxp.com/videos/98906446
https://pornxp.com/videos/98908078
https://pornxp.com/videos/98913766
https://pornxp.com/videos/98991484
https://pornxp.com/videos/99087354
https://pornxp.com/videos/99115879
https://pornxp.com/videos/99116931
https://pornxp.com/videos/99187076
https://pornxp.com/videos/99196496
https://pornxp.com/videos/99213907
https://pornxp.com/videos/99216924
https://pornxp.com/videos/99295459
https://pornxp.com/videos/99318729
https://pornxp.com/videos/99319191
https://pornxp.com/videos/99378199
https://pornxp.com/videos/99399286
https://pornxp.com/videos/99420887
https://pornxp.com/videos/99426798
https://pornxp.com/videos/99440452
https://pornxp.com/videos/99463098
https://pornxp.com/videos/99529355
https://pornxp.com/videos/99555980
https://pornxp.com/videos/99577690
https://pornxp.com/videos/99592444
https://pornxp.com/videos/99596430
https://pornxp.com/videos/99607869
https://pornxp.com/videos/99618848
https://pornxp.com/videos/99651475
https://pornxp.com/videos/99694515
https://pornxp.com/videos/99697832
https://pornxp.com/videos/99739341

https://pornxp.com/videos/99754452
https://pornxp.com/videos/99763458
https://pornxp.com/videos/99771851
https://pornxp.com/videos/99772979
https://pornxp.com/videos/99819190
https://pornxp.com/videos/99823199
https://pornxp.com/videos/99831148
https://pornxp.com/videos/99883318
https://pornxp.com/videos/99897646
https://pornxp.com/videos/99913115
https://pornxp.com/videos/99926527
https://pornxp.com/videos/99988253
https://veporn.com/brazzersexxtra-ebony-mystique-semen-demon/
https://veporn.com/brazzersexxtra-keeping-ashly-anderson-occupied/
https://veporn.com/brazzersexxtra-bailey-bases-shower-suck-and-fuck/
https://veporn.com/brazzersexxtra-stacy-cruz-sybil-threesome/
https://veporn.com/brazzersexxtra-september-reign-paisley-porter/
https://veporn.com/brazzersexxtra-rachel-starr-gets-stuck/
https://veporn.com/brazzersexxtra-tru-kaits-steamy-lingerie-shower/
https://veporn.com/brazzersexxtra-alura-tnt-jenson/
https://veporn.com/brazzersexxtra-mary-jean-the-cumpany-of-strangers/
https://veporn.com/brazzersexxtra-sofi-ryan-chloe-amour/
https://veporn.com/brazzersexxtra-sofia-lee-my-girls-double-is-anal-trouble/
https://veporn.com/brazzersexxtra-dangers-dirty-laundry/
https://veporn.com/brazzersexxtra-phoenix-marie-smoke-show/
https://veporn.com/brazzersexxtra-luna-star-shower-squirt/
https://veporn.com/brazzersexxtra-cum-play-with-katie-morgan/
https://veporn.com/brazzersexxtra-alina-lopez-in-the-doghouse/
https://veporn.com/brazzersexxtra-codi-vore-this-party-needs-big-natural-tits/
https://veporn.com/brazzersexxtra-holly-hotwife-sex-with-the-ex/
https://veporn.com/brazzersexxtra-sommer-isabella-bubble-bath/
https://veporn.com/brazzersexxtra-eliza-ibarra-horny-in-the-morning/
https://veporn.com/brazzersexxtra-aj-applegate-follow-the-squirt/
https://veporn.com/brazzersexxtra-osa-lovely-sneaky-milf-fucks/
https://veporn.com/brazzersexxtra-kiara-lord-bubble-bath-babe/
https://veporn.com/brazzersexxtra-luna-star-red-flags/
https://veporn.com/brazzersexxtra-oiled-up-azul-hermosa/
https://veporn.com/brazzersexxtra-jewelz-blu-think-pink/
https://veporn.com/brazzersexxtra-sofia-lee-rough-and-raunchy-workout/
https://veporn.com/brazzersexxtra-stuck-between-anal-and-a-workout/
https://veporn.com/brazzersexxtra-angelika-grays-sauna-soak/
https://veporn.com/brazzersexxtra-honey-demons-horny-home-workout/
https://veporn.com/brazzersexxtra-lacy-lennon-steve-holmes-sneaks-pussy/
https://veporn.com/brazzersexxtra-bella-elise-rose/
https://veporn.com/best-of-brazzers-luna-star/
https://veporn.com/best-of-brazzers-soaking-wet/
https://veporn.com/brazzersexxtra-nicolette-shea-deep-blue/
https://veporn.com/brazzersexxtra-best-of-brazzers-pantyhose/

https://veporn.com/best-of-brazzers-back-to-school/
https://veporn.com/brazzersexxtra-asia-shower-guest-surprise/
https://veporn.com/best-of-brazzers-titty-tuesday-2/
https://veporn.com/brazzersexxtra-abigail-mac-luna-star/
https://xmoviesforyou.net/brazzersexxtra-jane-wilde-going-wilde-on-him-02-24-2021/
https://xmoviesforyou.net/brazzersexxtra-ebony-mystique-semen-demon-02-22-2021/
https://xmoviesforyou.net/brazzersexxtra-alexis-tae-alexis-for-breakfast-02-20-2021/
https://xmoviesforyou.net/brazzersexxtra-nicole-kitt-cops-daughter-craves-cock-02-19-2021/
https://xmoviesforyou.net/brazzersexxtra-kaden-kole-kadens-curves-02-19-2021/
https://xmoviesforyou.net/brazzersexxtra-ashly-anderson-keeping-ashly-occupied-02-18-2021/
https://xmoviesforyou.net/brazzersexxtra-stacy-cruz-sybil-threesome-through-the-wall-02-17-2021/
https://xmoviesforyou.net/brazzersexxtra-bailey-base-baileys-shower-suck-and-fuck-02-17-2021/
https://xmoviesforyou.net/brazzersexxtra-alexis-fawx-sand-and-sweat-part-2-02-15-2021/
https://xmoviesforyou.net/brazzersexxtra-romi-rain-kayla-kayden-valentine-vixens-02-14-2021/
https://xmoviesforyou.net/brazzersexxtra-adria-rae-alone-with-bfs-pervy-roommate-02-14-2021/
https://xmoviesforyou.net/brazzersexxtra-rachel-starr-rachel-gets-stuck-02-13-2021/
https://xmoviesforyou.net/brazzersexxtra-tru-kait-tru-kaits-steamy-lingerie-shower-02-11-2021/
https://xmoviesforyou.net/brazzersexxtra-mona-azar-prank-me-and-i-will-fuck-your-friend-02-10-2021/
https://xmoviesforyou.net/brazzersexxtra-desiree-dulce-yoga-freaks-episode-fifteen-02-10-2021/
https://xmoviesforyou.net/brazzersexxtra-paige-owens-prank-battle-squirt-vs-cum-02-09-2021/
https://xmoviesforyou.net/brazzersexxtra-alura-tnt-jenson-the-pornstars-babysitter-02-08-2021/
https://xmoviesforyou.net/brazzersexxtra-mary-jean-the-cumpany-of-strangers-02-05-2021/
https://xmoviesforyou.net/brazzersexxtra-sofi-ryan-chloe-amour-a-threesome-by-the-fire-02-04-2021/
https://xmoviesforyou.net/brazzersexxtra-amari-anne-oil-soaked-in-her-socks-02-03-2021/
https://xmoviesforyou.net/brazzersexxtra-tru-kait-post-party-cumdown-02-01-2021/
https://xmoviesforyou.net/brazzersexxtra-kenzie-reeves-lickity-stick-blow-up-doll-trick-02-01-20221/
https://xmoviesforyou.net/brazzersexxtra-tia-cyrus-tia-in-the-wild-01-30-2021/
https://xmoviesforyou.net/brazzersexxtra-serena-santos-get-your-dick-out-and-shut-up-01-30-2021/
https://xmoviesforyou.net/brazzersexxtra-sofia-lee-my-girls-double-is-anal-trouble-01-29-2021/
https://xmoviesforyou.net/brazzersexxtra-rachel-starr-azul-hermosa-the-set-up-01-27-2021/
https://xmoviesforyou.net/brazzersexxtra-clara-trinity-coach-peepers-lends-a-big-hand-01-27-2021/
https://xmoviesforyou.net/brazzersexxtra-abella-danger-dangers-dirty-laundry-01-26-2021/
https://xmoviesforyou.net/brazzersexxtra-phoenix-marie-smoke-show-01-26-2021/
https://xmoviesforyou.net/brazzersexxtra-luna-star-shower-squirt-01-25-2021/
https://xmoviesforyou.net/brazzersexxtra-lacy-lennon-smoke-dick-tector-01-24-2021/
https://xmoviesforyou.net/brazzersexxtra-alina-lopez-in-the-doghouse-01-23-2021/
https://xmoviesforyou.net/brazzersexxtra-katie-morgan-cum-play-with-katie-01-23-2021/
https://xmoviesforyou.net/brazzersexxtra-codi-vore-this-party-needs-big-natural-tits-01-22-2021/
https://xmoviesforyou.net/brazzersexxtra-sommer-isabella-bubble-bath-self-care-with-cock-01-21-2021/
https://xmoviesforyou.net/brazzersexxtra-holly-hotwife-sex-with-the-ex-01-21-2021/
https://xmoviesforyou.net/brazzersexxtra-alexis-tae-bae-tae-01-20-2021/
https://xmoviesforyou.net/brazzersexxtra-eliza-ibarra-horny-in-the-morning-01-20-2021/
https://xmoviesforyou.net/brazzersexxtra-paige-owens-end-of-the-world-fuck-01-18-2021/
https://yespornplease.io/wp-content/uploads/2020/11/sexy-ebony-kira-noir-goes-to-a-spa-and-has-a-amazing-massage-from-masseur-zac-wild-brazzers-cover.jpg

https://yespornplease.io/wp-content/uploads/2020/11/sexy-lesbian-babes-nicolette-shea-scarlett-sage-pleasure-themselves-playing-together-brazzers-cover.jpg

https://yespornplease.io/amazing-babe-lparkenzie-reevesrpar-with-sexy-body-fucks-her-pharmacy-lparmarkus-dupreerpar-brazzers/

https://yespornplease.io/wp-content/uploads/2020/11/amazing-babe-kenzie-reeves-with-sexy-body-fucks-her-pharmacy-markus-dupree-brazzers-cover.jpg

https://yespornplease.io/wp-content/uploads/2020/11/gorgeous-girls-adriana-chechik-kendra-lust-share-a-huge-dick-in-a-hot-3some-brazzers-cover.jpg

https://yespornplease.io/gorgeous-girls-lparadriana-chechikcomma-kendra-lustrpar-share-a-huge-dick-in-a-hot-3some-brazzers/

https://yespornplease.io/tattooed-curvy-pornstar-romi-rain-had-stanning-hardcore-sex-brazzers/

https://yespornplease.io/wp-content/uploads/2020/11/tattooed-curvy-pornstar-romi-rain-had-stanning-hardcore-sex-brazzers-cover.jpg

https://yespornplease.io/pretty-gorgeous-babe-lparkira-noirrpar-loves-being-a-doctor-and-loves-fucking-her-patient-brazzers/

https://yespornplease.io/wp-content/uploads/2020/11/pretty-gorgeous-babe-kira-noir-loves-being-a-doctor-and-loves-fucking-her-patient-brazzers-cover.jpg

https://yespornplease.io/cute-brunette-lpareva-loviarpar-rubs-her-wet-pussy-squirts-after-a-hard-pounding-brazzers/

https://yespornplease.io/wp-content/uploads/2020/11/cute-brunette-eva-lovia-rubs-her-wet-pussy-squirts-after-a-hard-pounding-brazzers-cover.jpg

https://yespornplease.io/hot-lesbian-action-with-busty-ladies-lparcandy-alexacomma-kira-queenrpar-brazzers/

https://yespornplease.io/wp-content/uploads/2020/11/hot-lesbian-action-with-busty-ladies-candy-alexa-kira-queen-brazzers-cover.jpg

https://yespornplease.io/huge-tits-lparalexis-fawxrpar-loves-her-pussy-getting-pounded-brazzers/

https://yespornplease.io/wp-content/uploads/2020/11/huge-tits-alexis-fawx-loves-her-pussy-getting-pounded-brazzers-cover.jpg

https://yespornplease.io/brunette-babe-tru-kait-plays-with-her-dildo-in-front-of-the-camera-brazzers/

https://yespornplease.io/best-of-brazzers-watching-porn-compilation-sexiest-performers-talk-directly-to-you/

https://yespornplease.io/wp-content/uploads/2020/11/best-of-brazzers-watching-porn-compilation-sexiest-performers-talk-directly-to-you-brazzers-cover.jpg

https://yespornplease.io/thick-juicy-latina-lela-star-getting-fucked-in-both-holes-covers-with-huge-load-of-cum-brazzers/

https://yespornplease.io/wp-content/uploads/2020/11/thick-juicy-latina-lela-star-getting-fucked-in-both-holes-covers-with-huge-load-of-cum-brazzers-cover.jpg

https://yespornplease.io/lparportia-parisrpar-is-a-naughty-babe-how-loves-fucking-strangers-for-extra-cash-brazzers/

https://yespornplease.io/wp-content/uploads/2020/11/portia-paris-is-a-naughty-babe-how-loves-fucking-strangers-for-extra-cash-brazzers-cover.jpg

https://yespornplease.io/brazzers-two-girls-try-lesbian-sex-with-a-strap-on/

https://yespornplease.io/wp-content/uploads/2020/11/horny-babe-mackenzie-moss-tease-fucks-alexis-fawx-with-a-strapon-brazzers-cover.jpg

Jason Tucker

SKYPE: ███████

Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.