AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

| | | |
|---|---|---|
| In re DMCA Subpoena to Namecheap, Inc. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                    Namecheap, Inc.

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See description in Exhibit A, attached thereto

| Place: Specialized Legal Services<br>112 Bryant Street, #120<br>San Francisco, CA 94103 | Date and Time:<br><br>03/26/2021 9:00 am |
|---|---|

❏ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

_CLERK OF COURT_

OR

_____                    _____
_Signature of Clerk or Deputy Clerk_                    _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ _____
MG PREMIUM LTD _____ , who issues or requests this subpoena, are:
Spencer D. Freeman, Freeman Law Firm, Inc., 1107 1/2 Tacoma Ave. S., Tacoma, WA 98409; 253-383-4500

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
     **(i)** is a party or a party's officer; or
     **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) *For Other Discovery.*** A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) *Command to Produce Materials or Permit Inspection.***
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
     **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
     **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
     **(i)** fails to allow a reasonable time to comply;
     **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
     **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
     **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
     **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

     **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
     **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
     **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) *Claiming Privilege or Protection.***
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
     **(i)** expressly make the claim; and
     **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# Exhibit A

### <u>DOCUMENTS TO BE PRODUCED</u>

For the period January 1, 2017 through the present, produce all documents[1] and account records that identify the person(s) or entities that caused the infringement of the material described in the attached Exhibit B DMCA notifications to the DMCA Agent for Namechaep, Inc., and/or who unlawfully uploaded MG Premium Ltd's copyrighted works at the URLs listed in the notifications, including but not limited to identification by names, email addresses, IP addresses, user history, posting history, physical addresses, telephone numbers, and any other identifying information.

---

[1] <u>Definitions.</u>  The term "document" as used herein, means any and all materials falling within subparagraphs (1) through (4) of Rule 1001, Federal Rules of Evidence, including without limitation computer logs, summaries, account records, invoices, receipts, spreadsheets, charts, reports, agreements, correspondence, facsimile messages, electronic mail, memoranda, notes, data, notations, reports and records of any communications (including telephone or other conversations, interviews, conferences or committee or other meetings), letters, affidavits, statements, plans, specifications, contracts, licenses, photographs, objects, tangible things, journals, books or other records of accounts, summaries of accounts, balance sheets, income statements, bills, lists, tabulations, graphs, recordings, computer records and all other records kept by electronic, photographic or mechanical means, and things similar to any of the foregoing, however denominated.

**DMCA Subpoena - 4**

# Exhibit B

## Copies of Notifications Issued Pursuant to 17 U.S.C. § 512(c)(3) to Registered DMCA Agent for Service Provider Namecheap, Inc.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ███████████████████ |
| **Sent:** | Thursday, February 25, 2021 2:09 PM |
| **To:** | 'abuse@namecheap.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement – Mindgeek – 14,344 |

via Email: abuse@namecheap.com

RE: DMCA Takedown Notice for Copyright Infringement – Mindgeek – 14,344

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

My contact information is as follows:
MG Premium Ltd.
c/o: Battleship Stance, Inc. - Jason Tucker
Address: ███████████████████████ Phoenix, AZ 85016 USA
Email: ███████████████████████

Location of original works owned by and registered to MG Premium Ltd: https://www.pornhubpremium.com/

This correspondence and all of its contents is without prejudice to MG Premium Ltd. or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for MG Premium Ltd.; MG Limited Cyprus; MG Content DP Ltd; MG Content RK Limited; MG Freesites Ltd

Links to Infringing Material that we request be REMOVED:

https://www.camwhores.tv/videos/6331170/brazzers-big-tit-kendra-sunderland-gets-stuck-and-nee/

https://www.camwhores.tv/videos/6263941/beth-bennet-bg/
https://www.camwhores.tv/videos/6253384/brazzers-busty-blonde-jessica-starling-seduces-and-fu/
https://www.camwhores.tv/videos/6187322/lexy-luna-brazzers/
https://www.camwhores.tv/videos/6118330/brazzers-babe-emily-willis-squirts/
https://www.camwhores.tv/videos/5844742/jessicastarling-jessica-makes-music/
https://www.camwhores.tv/videos/5822594/brazzers-skyla-novea-your-dick-roommate-s-dick/
https://www.camwhores.tv/videos/5788200/party-like-a-finger-s-up-your-ass/
https://www.camwhores.tv/videos/5761263/nicoletta-shea-s-first-anal/
https://www.camwhores.tv/videos/5626732/holly-halston-the-wedding-gift-brazzers/
https://www.camwhores.tv/videos/5459080/brazzers-valentine-day-2020-orgy-fest/
https://daftsex.com/watch/-202416207_456239050
https://daftsex.com/watch/-190553232_456246345
https://daftsex.com/watch/-144115569_456239451
https://daftsex.com/watch/-156665401_456239494
https://daftsex.com/watch/-160586466_456243552
https://daftsex.com/watch/-160586466_456243551
https://daftsex.com/watch/-141349904_456245636
https://daftsex.com/watch/-92919910_456241138
https://daftsex.com/watch/-187217911_456239938
https://daftsex.com/watch/-124960061_456239252
https://daftsex.com/watch/-87580216_456239101
https://daftsex.com/watch/-156665401_456239489
https://daftsex.com/watch/-165582493_456244393
https://daftsex.com/watch/-165582493_456244404
https://daftsex.com/watch/-165582493_456244358
https://daftsex.com/watch/-127600412_456241442
https://daftsex.com/watch/-193573548_456239279
https://daftsex.com/watch/-201352940_456239227
https://daftsex.com/watch/-201352940_456239125
https://daftsex.com/watch/-165582493_456244130
https://daftsex.com/watch/-197732552_456239130
https://www.fembed.com/f/1ynz4tj-xm45g26
https://www206.ff-01.com/token=d_XywW172e-
eBLm1MnNfLw/1614234586/187.189.0.0/75/7/1c/8039599f3171661793760ab3426531c7-480p.mp4
https://www1145.ff-03.com/token=LK0AV-
BAjWu8BxZXvnKVlQ/1614234845/187.189.0.0/53/8/af/660f4ecb0e1f45ea5b015ff42ac80af8-480p.mp4
http://www.incestflix.com/watch/aaliyah-hadid-anya-ivy-sibling-rivalry-3-brazzers
http://www.incestflix.com/watch/aaliyah-hadid-courtney-taylor-showing-ropes-brazzers
http://www.incestflix.com/watch/aaliyah-love-panty-perv-brazzers
http://www.incestflix.com/watch/aaliyah-love-scarlett-mae-homemade-porn-with-mom
http://www.incestflix.com/watch/abella-danger-love-your-dad-brazzers
http://www.incestflix.com/watch/addie-andrews-fooling-my-mom-brazzers
http://www.incestflix.com/watch/adriana-chechik-abigail-mac-sister-succubus
http://www.incestflix.com/watch/adriana-chechik-brother-sister-study-break-reality-kings
http://www.incestflix.com/watch/adriana-chechik-wishful-fucking-reality-kings
http://www.incestflix.com/watch/alana-luv-jill-kassidy-bang-breakfast-reality-kings
http://www.incestflix.com/watch/alena-croft-mommy-always-says-yes-brazzers
http://www.incestflix.com/watch/alena-croft-scarlit-scandal-cumming-closet

http://www.incestflix.com/watch/alena-croft-the-mommy-market-brazzers
http://www.incestflix.com/watch/alessa-savage-my-daughters-secret-brazzers
http://www.incestflix.com/watch/alexis-fawx-aubree-valentine-sneak-peek-fuck
http://www.incestflix.com/watch/alexis-fawx-bet-you-cant-touch-her-boobs-brazzers
http://www.incestflix.com/watch/alexis-fawx-help-please-milf-hunter-reality-kings
http://www.incestflix.com/watch/alexis-fawx-khloe-kapri-afternoon-special-moms-bang-teens
http://www.incestflix.com/watch/alexis-fawx-lena-paul-zzseries-brazzers-christmas-special-4
http://www.incestflix.com/watch/alexis-fawx-mackenzie-moss-all-in-a-days-squirt
http://www.incestflix.com/watch/alexis-fawx-massaging-my-mom-pool-brazzers
http://www.incestflix.com/watch/alexis-fawx-molly-mae-pussy-breakfast-brazzers
http://www.incestflix.com/watch/alexis-fawx-my-dripping-wet-mom-brazzers
http://www.incestflix.com/watch/alexis-fawx-my-two-horny-sons-brazzers
http://www.incestflix.com/watch/alexis-fawx-natalie-brooks-moms-home-gym
http://www.incestflix.com/watch/alexis-fawx-zzseries-brazzers-christmas-special-1
http://www.incestflix.com/watch/alina-lopez-cherie-deville-mom-sex-fiend-brazzers
http://www.incestflix.com/watch/alina-lopez-rude-awakening-brazzers
http://www.incestflix.com/watch/alissa-jayde-khloe-kapri-too-horny-to-sleep
http://www.incestflix.com/watch/alura-jenson-eliza-ibarra-moms-side-hustle-brazzers
http://www.incestflix.com/watch/alura-jenson-moms-pantyhose-big-butts-like-it-big-brazzers
http://www.incestflix.com/watch/alura-jenson-nursing-sons-sick-dick-brazzers
http://www.incestflix.com/watch/alura-jenson-off-the-couch-and-into-mom
http://www.incestflix.com/watch/alyssa-cole-savana-styles-moms-bang-teens-reality-kings
http://www.incestflix.com/watch/alyssa-lynn-cassidy-banks-sharing-the-shower-one-brazzers
http://www.incestflix.com/watch/alyssa-lynn-shes-always-naked-brazzers
http://www.incestflix.com/watch/amara-romani-london-river-anal-sex-education
http://www.incestflix.com/watch/angel-smalls-webcamming-daughter-caught
http://www.incestflix.com/watch/ania-kinski-zoe-doll-teaching-sons-tutor-to-suck-dick
http://www.incestflix.com/watch/anya-olsen-in-honey-hole-by-brazzers
http://www.incestflix.com/watch/anya-olsen-kennedy-jax-my-suck-up-sister-brazzers
http://www.incestflix.com/watch/anya-olsen-so-wrong-yet-so-right-by-brazzers
http://www.incestflix.com/watch/anya-olsen-sydney-cole-sisters-share-everything-brazzers
http://www.incestflix.com/watch/april-aniston-daisy-marie-pornographic-pilates
http://www.incestflix.com/watch/ariana-marie-bridgette-b-rich-fucks-part-1
http://www.incestflix.com/watch/ariana-marie-chanel-preston-preppies-pantyhose-brazzers
http://www.incestflix.com/watch/ariella-ferrera-cherie-deville-double-milf
http://www.incestflix.com/watch/ariella-ferrera-driving-mommy-wild-brazzers
http://www.incestflix.com/watch/ariella-ferrera-jenna-sativa-ryan-conner-three-muffs-buff
http://www.incestflix.com/watch/ariella-ferrera-missy-martinez-aunt-mommy-got-boobs-brazzers
http://www.incestflix.com/watch/ariella-ferrera-panty-stash-brazzers
http://www.incestflix.com/watch/ariella-ferrera-pleasing-my-mom-sneaky-sex-reality-kings
http://www.incestflix.com/watch/ariella-ferrera-sophia-lane-not-again-brazzers
http://www.incestflix.com/watch/ariella-ferrera-thats-my-bush-brazzers
http://www.incestflix.com/watch/ashley-anderson-cherie-deville-dont-toy-with-me-brazzers
http://www.incestflix.com/watch/ashley-anderson-melissa-lynn-amateur-hour
http://www.incestflix.com/watch/asuna-fox-diamond-foxx-mate-training
http://www.incestflix.com/watch/aubrey-black-its-okay-just-grower
http://www.incestflix.com/watch/aubrey-black-milfs-grab-back-brazzers
http://www.incestflix.com/watch/aubrey-black-mom-spies-horny-son-brazzers

http://www.incestflix.com/watch/aubrey-sinclair-a-close-shave-reality-kings
http://www.incestflix.com/watch/aubrey-sinclair-surfing-with-sister-reality-kings
http://www.incestflix.com/watch/autumn-falls-fall-upon-a-big-cock-brazzers
http://www.incestflix.com/watch/ava-addams-affirmation-to-tit-formation-brazzers
http://www.incestflix.com/watch/ava-addams-getting-her-beauty-peep-brazzers
http://www.incestflix.com/watch/ava-addams-megan-rain-squeaky-clean-brazzers
http://www.incestflix.com/watch/ava-addams-mom-hands-off-boyfriend-brazzers
http://www.incestflix.com/watch/ava-addams-pictures-of-her-brazzers
http://www.incestflix.com/watch/ava-addams-seduced-by-his-stepmom-brazzers
http://www.incestflix.com/watch/ava-koxxx-leigh-darby-pervert-punishment-reality-kings
http://www.incestflix.com/watch/avalon-heart-cory-chase-virtual-mom-bang-teens
http://www.incestflix.com/watch/bailey-brooke-sarah-jessie-prom-mom-brazzers
http://www.incestflix.com/watch/balls-deep-in-mommy-phoenix-marie-brazzers
http://www.incestflix.com/watch/becky-bandini-slippery-situation-brazzers
http://www.incestflix.com/watch/bella-elise-rose-sweeter-when-wet-brazzers
http://www.incestflix.com/watch/blake-morgan-evelin-stone-happy-fucksgiving
http://www.incestflix.com/watch/brandi-love-anya-olsen-meet-mom-bang
http://www.incestflix.com/watch/brandi-love-bella-rose-bride-to-be-moms-bang-teens
http://www.incestflix.com/watch/brandi-love-brandi-loves-latex-brazzers
http://www.incestflix.com/watch/brandi-love-cleaning-up-his-mess-brazzers
http://www.incestflix.com/watch/brandi-love-hands-on-learning-mommy-boobs-brazzers
http://www.incestflix.com/watch/brandi-love-making-mess-mommy-got-boobs-brazzers
http://www.incestflix.com/watch/brandi-love-mom-in-control-brazzers
http://www.incestflix.com/watch/brandi-love-mounted-mother-in-law-brazzers
http://www.incestflix.com/watch/brandi-love-whitney-wright-mom-closet
http://www.incestflix.com/watch/brett-rossi-britney-light-nothing-to-see-here
http://www.incestflix.com/watch/brett-rossi-let-me-see-that-cock-reality-kings
http://www.incestflix.com/watch/briana-banks-darcie-dolce-how-to-use-a-dildo
http://www.incestflix.com/watch/briana-banks-under-covers-milf-reality-kings
http://www.incestflix.com/watch/brianna-bree-skylar-morgan-mom-just-needs-dick
http://www.incestflix.com/watch/bridgette-b-anastasia-knight-teach-me-again-please
http://www.incestflix.com/watch/bridgette-b-dreams-really-do-cum-true-brazzers
http://www.incestflix.com/watch/bridgette-b-honey-gold-kristen-scott-rich-fucks-part-2
http://www.incestflix.com/watch/bridgette-b-its-a-sausage-fest-brazzers
http://www.incestflix.com/watch/bridgette-b-karlee-grey-gina-valentina-friends-cum-over
http://www.incestflix.com/watch/bridgette-b-karma-rx-the-getaway-part-1
http://www.incestflix.com/watch/bridgette-b-karma-rx-the-getaway-part-2
http://www.incestflix.com/watch/bridgette-b-mom-will-show-you-how-brazzers
http://www.incestflix.com/watch/bridgette-b-nina-elle-victoria-steffanie-two-milfs
http://www.incestflix.com/watch/bridgette-b-quinn-wilde-private-film
http://www.incestflix.com/watch/britney-amber-kenzie-reeves-easter-dinner-at-moms
http://www.incestflix.com/watch/britney-amber-lela-star-creampie-diaries-brazzers
http://www.incestflix.com/watch/britney-amber-package-deal-mom-brazzers
http://www.incestflix.com/watch/brooklyn-blue-pantomime-pounding-brazzers
http://www.incestflix.com/watch/brooklyn-chase-a-sons-duty-brazzers
http://www.incestflix.com/watch/brooklyn-chase-the-mother-load-brazzers
http://www.incestflix.com/watch/cali-carter-nina-elle-muff-diver-down-reality-kings
http://www.incestflix.com/watch/carla-cox-cumming-home-christmas-part-two-brazzers

http://www.incestflix.com/watch/carmel-anderson-sensual-jane-mom-not-in-control-brazzers
http://www.incestflix.com/watch/carolina-sweets-daughter-stuck-fucked
http://www.incestflix.com/watch/carolina-sweets-dear-diary-brother-brazzers
http://www.incestflix.com/watch/carolina-sweets-wanna-buy-virginity-brazzers
http://www.incestflix.com/watch/casey-calvert-sharing-sister-brazzers
http://www.incestflix.com/watch/cassidy-klein-darcie-belle-your-dad-is-a-dilf-brazzers
http://www.incestflix.com/watch/cathy-heaven-gamer-heaven-brazzers
http://www.incestflix.com/watch/chanel-preston-ivy-aura-helping-mom-finish-reality-kings
http://www.incestflix.com/watch/cherie-deville-mom-has-got-meeting-brazzers
http://www.incestflix.com/watch/cherie-deville-spring-cumming-brazzers
http://www.incestflix.com/watch/chloe-carter-brother-sister-bored-stiff-brazzers
http://www.incestflix.com/watch/chloe-couture-darcie-dolce-my-room-my-rules-bitch
http://www.incestflix.com/watch/chloe-couture-lauren-phillips-fuck-my-boyfriend
http://www.incestflix.com/watch/chloe-scott-had-no-idea-reality-kings
http://www.incestflix.com/watch/christen-courtney-plays-fantasy-rpg-brother-brazzers
http://www.incestflix.com/watch/christie-stevens-blindfolded-mom-brazzers
http://www.incestflix.com/watch/christie-stevens-the-slutwalker-brazzers
http://www.incestflix.com/watch/cindy-starfall-phoenix-marie-bubble-bath-reality-kings
http://www.incestflix.com/watch/cory-chase-blair-williams-dirty-little-mommy
http://www.incestflix.com/watch/cory-chase-carter-cruise-fucking-nerds-moms-bang-teens
http://www.incestflix.com/watch/cory-chase-help-me-out-brazzers
http://www.incestflix.com/watch/cory-chase-jane-wilde-dress-lick-slut-moms-lick-teens
http://www.incestflix.com/watch/cory-chase-jaye-summers-get-off-your-ass-clean
http://www.incestflix.com/watch/cory-chase-kacey-jordan-dick-for-two-reality-kings
http://www.incestflix.com/watch/cory-chase-kadence-marie-the-go-getter
http://www.incestflix.com/watch/cory-chase-kali-roses-keep-xmas-lights-tied-on
http://www.incestflix.com/watch/cory-chase-khloe-kapri-cum-lessons-moms-lick-teens
http://www.incestflix.com/watch/cory-chase-lily-rader-moms-bang-teens
http://www.incestflix.com/watch/cory-chase-molly-mae-workout-freak-moms-bang-teens
http://www.incestflix.com/watch/cory-chase-sheila-daniels-double-rub-down
http://www.incestflix.com/watch/cory-chase-sierra-nicole-dont-wake-him-moms-lick-teens
http://www.incestflix.com/watch/cory-chase-sierra-nicole-new-cock-fuck-moms-bang-teens
http://www.incestflix.com/watch/cory-chase-stuck-up-mom-brazzers
http://www.incestflix.com/watch/cory-chase-sydney-cole-moms-teens
http://www.incestflix.com/watch/cristal-caraballo-jaye-summers-cooking-with-mom
http://www.incestflix.com/watch/cristal-caraballo-reagan-foxx-mother-son-bonding
http://www.incestflix.com/watch/daisy-summers-protecting-the-sister-brazzers
http://www.incestflix.com/watch/dana-dearmond-pristine-in-pantyhose-brazzers
http://www.incestflix.com/watch/dana-dearmond-secretly-rubbed-hot-tub-brazzers
http://www.incestflix.com/watch/dani-jensen-skyla-novea-after-studies-reality-kings-moms
http://www.incestflix.com/watch/danni-rivers-briana-banks-sex-therapy
http://www.incestflix.com/watch/danni-rivers-eva-long-say-yes-to-some-sex-brazzers
http://www.incestflix.com/watch/darcie-dolce-desiree-dulce-sibling-rivalry
http://www.incestflix.com/watch/darryl-hanah-shyla-jameson-love-lessons
http://www.incestflix.com/watch/dee-williams-son-rubdown-brazzers
http://www.incestflix.com/watch/devon-mom-smokes-my-pole-brazzers
http://www.incestflix.com/watch/diamond-foxxx-moms-sweet-gloryhole-brazzers
http://www.incestflix.com/watch/diamond-jackson-eye-infield-brazzers

http://www.incestflix.com/watch/diamond-jackson-mom-caught-son-beating-meat
http://www.incestflix.com/watch/dillion-harper-jamie-valentine-perfect-pussy-moms-bang-teens
http://www.incestflix.com/watch/dolly-leigh-polish-that-cock-reality-kings
http://www.incestflix.com/watch/elektra-rose-india-summer-daughters-titties
http://www.incestflix.com/watch/elektra-rose-stay-away-from-daughter
http://www.incestflix.com/watch/elektra-rose-syren-de-mer-freaky-daughter
http://www.incestflix.com/watch/elena-koshka-silvia-saige-bad-kitty-reality-kings
http://www.incestflix.com/watch/elexis-monroe-hard-pill-to-swallow-brazzers
http://www.incestflix.com/watch/eliza-ibarra-diving-good-dicking-brazzers
http://www.incestflix.com/watch/eliza-ibarra-sabrina-rogue-get-your-own-room
http://www.incestflix.com/watch/ella-hughes-car-tips-and-tricks-brazzers
http://www.incestflix.com/watch/emily-mena-my-sisters-baby-oil-brazzers
http://www.incestflix.com/watch/emily-willis-lets-not-tell-my-mom-brazzers
http://www.incestflix.com/watch/emily-willis-practice-makes-perfect-slut
http://www.incestflix.com/watch/emma-butt-hold-phone-not-moan-brazzers-mommy-got-boobs
http://www.incestflix.com/watch/emma-butt-stripping-mom-milf-big-brazzers
http://www.incestflix.com/watch/esperanza-del-horno-naughty-little-debutante
http://www.incestflix.com/watch/fira-ventura-leigh-darby-sneaky-slut-learn-moms-control
http://www.incestflix.com/watch/georgie-lyall-aunts-workout-plan-brazzers
http://www.incestflix.com/watch/gia-paige-be-more-like-your-sister-brazzers
http://www.incestflix.com/watch/gia-paige-tory-lane-disrespecting-the-maid-brazzers
http://www.incestflix.com/watch/gina-gerson-kayla-green-partys-over
http://www.incestflix.com/watch/gina-gerson-sexual-taboo-reality-kings
http://www.incestflix.com/watch/gina-valentina-sister-button-mashing-brazzers
http://www.incestflix.com/watch/giselle-palmer-sheridan-love-cult-of-love-brazzers
http://www.incestflix.com/watch/haley-mae-alena-croft-innocent-ripe-reality-kings
http://www.incestflix.com/watch/harmonie-marquise-tori-montana-sibling-rivalry-4
http://www.incestflix.com/watch/helena-price-carolina-sweets-punishing-freeloader
http://www.incestflix.com/watch/helena-price-rharri-rhound-daughter-cam-girl
http://www.incestflix.com/watch/hime-marie-forbidden-fruit-tastes-the-sweetest
http://www.incestflix.com/watch/holly-hotwife-just-ignore-him-brazzers
http://www.incestflix.com/watch/hunter-rose-daughter-cheerleader-teens-love-huge-cocks
http://www.incestflix.com/watch/india-summer-bella-skye-dirty-bella-moms-bang-teens
http://www.incestflix.com/watch/india-summer-hope-howell-moms-bang-teens
http://www.incestflix.com/watch/isis-love-brazzers-tit-not-toy
http://www.incestflix.com/watch/isis-love-holly-hendrix-poolside-milf-reality-kings
http://www.incestflix.com/watch/jaclyn-taylor-step-mom-son-brazzers
http://www.incestflix.com/watch/jade-kush-tits-and-ass-reality-kings
http://www.incestflix.com/watch/jamie-valentine-sophia-leone-two-clits-one-dick
http://www.incestflix.com/watch/janet-mason-alex-tanner-teaching-alex-reality-kings
http://www.incestflix.com/watch/janet-mason-farrah-dahl-say-hello-mrs-dahl-brazzers
http://www.incestflix.com/watch/janet-mason-mom-loves-morning-wood-brazzers
http://www.incestflix.com/watch/janice-griffith-fuck-dad-brazzers
http://www.incestflix.com/watch/janna-hicks-kali-roses-nubile-new-year
http://www.incestflix.com/watch/jasmine-jae-stella-cox-bringing-siblings-closer-together
http://www.incestflix.com/watch/jaye-summers-tucker-pierce-seduce-my-mom
http://www.incestflix.com/watch/jeanie-marie-sullivan-moms-got-game-brazzers
http://www.incestflix.com/watch/jillian-janson-lena-paul-brazzers-christmas-special-2

http://www.incestflix.com/watch/jillian-janson-zzseries-brazzers-christmas-special-3
http://www.incestflix.com/watch/jimena-lago-angel-wicky-teens-backseat-brazzers
http://www.incestflix.com/watch/joslyn-james-carolina-sweets-mom-obsessed-control-brazzers
http://www.incestflix.com/watch/joslyn-james-late-riser-gets-laid-brazzers
http://www.incestflix.com/watch/joslyn-james-mom-got-new-boobs-brazzers
http://www.incestflix.com/watch/joslyn-james-moms-secret-shower-brazzers
http://www.incestflix.com/watch/joslyn-james-sneaky-mom-clueless-dad
http://www.incestflix.com/watch/julia-ann-hooked-on-bras-mommy-got-boobs-brazzers
http://www.incestflix.com/watch/julia-ann-mom-sex-ed-brazzers
http://www.incestflix.com/watch/julia-ann-olivia-austin-moms-social-club-brazzers
http://www.incestflix.com/watch/kali-james-alena-croft-threesome-sick-day
http://www.incestflix.com/watch/kali-roses-cocksicle-taste-test-brazzers
http://www.incestflix.com/watch/kali-roses-lexi-luna-separate-rooms-1
http://www.incestflix.com/watch/kali-roses-lexi-luna-separate-rooms-2
http://www.incestflix.com/watch/kali-roses-reagan-foxx-panty-sniffing-daughter
http://www.incestflix.com/watch/katana-kombat-kristen-scott-apology-accepted
http://www.incestflix.com/watch/kate-england-amanda-verhooks-ripe-love-moms-lick-teens
http://www.incestflix.com/watch/katie-morgan-study-hard-fuck-harder-reality-kings
http://www.incestflix.com/watch/katya-rodriguez-brotherly-love-brazzers
http://www.incestflix.com/watch/kayla-green-toying-around-with-my-mom-brazzers
http://www.incestflix.com/watch/kaylani-lei-the-model-mom-brazzers
http://www.incestflix.com/watch/keira-croft-cooling-down-brazzers
http://www.incestflix.com/watch/kendall-woods-be-more-like-your-sister-brazzers
http://www.incestflix.com/watch/kendall-woods-osa-lovely-two-pussies-one-bone-brazzers
http://www.incestflix.com/watch/kendra-lust-giving-mom-what-she-wants-brazzers
http://www.incestflix.com/watch/kendra-lust-zoe-clark-shower-together-brazzers
http://www.incestflix.com/watch/kenzie-reeves-advanced-anal-stretching-yoga
http://www.incestflix.com/watch/kenzie-reeves-emo-chick-needs-some-dick-brazzers
http://www.incestflix.com/watch/kenzie-reeves-sally-dangelo-lil-humpette
http://www.incestflix.com/watch/kharlie-stone-piper-perri-sisters-share-bed-brazzers
http://www.incestflix.com/watch/kianna-dior-bake-sale-bang-mommy-got-boobs-brazzers
http://www.incestflix.com/watch/kiley-jay-cheaters-delight-reality-kings
http://www.incestflix.com/watch/kiley-jay-tegan-james-spank-me-moms-lick-teens
http://www.incestflix.com/watch/kimmy-granger-alexis-fawx-three-cumpany-shower
http://www.incestflix.com/watch/kimmy-granger-dont-forget-to-fuck-brazzers
http://www.incestflix.com/watch/kimmy-granger-synthia-fixx-homeschool-brazzers-prostitute
http://www.incestflix.com/watch/kira-queen-catching-on-to-mom
http://www.incestflix.com/watch/kirsten-lee-jamie-valentine-sexy-seductress-moms-bang-teens
http://www.incestflix.com/watch/krissy-lynn-aria-lee-peep-show-tell-brazzers
http://www.incestflix.com/watch/krissy-lynn-helicockter-mom-brazzers
http://www.incestflix.com/watch/krissy-lynn-kimmy-granger-daughters-new-boyfriend
http://www.incestflix.com/watch/krissy-lynn-kylie-page-cinematic-climax-brazzers
http://www.incestflix.com/watch/kristen-scott-alena-croft-doing-dirty-work-brazzers
http://www.incestflix.com/watch/kristen-scott-in-my-sister-the-gamer-by-brazzers
http://www.incestflix.com/watch/kristina-shannon-karissa-shannon-sneaky-sister-swap
http://www.incestflix.com/watch/kylie-sinner-sunbathing-sister-wants-anal
http://www.incestflix.com/watch/lacey-bender-moms-helping-hand
http://www.incestflix.com/watch/lacey-london-tori-montana-nurse-cures-all

http://www.incestflix.com/watch/lacy-lennon-porn-logic-3-step-away-full
http://www.incestflix.com/watch/lacy-lennon-scarlett-bloom-fathers-day-gift
http://www.incestflix.com/watch/lana-rhoades-nicolette-shea-double-occupancy
http://www.incestflix.com/watch/layla-london-my-daughter-loves-porn-brazzers
http://www.incestflix.com/watch/layton-benton-dont-toy-with-my-ass-brazzers
http://www.incestflix.com/watch/layton-benton-soaking-wet-revenge-brazzers
http://www.incestflix.com/watch/lela-star-jill-kassidy-bed-sweatfest-brazzers
http://www.incestflix.com/watch/lexi-luna-mom-gets-soaked-brazzers
http://www.incestflix.com/watch/lexi-luna-mom-is-a-fuck-up-brazzers
http://www.incestflix.com/watch/lexi-luna-vina-sky-mechanic-appreciation
http://www.incestflix.com/watch/lily-rader-jennifer-jacobs-busted-sneaky-sex
http://www.incestflix.com/watch/liza-del-sierra-giving-him-the-talk-brazzers
http://www.incestflix.com/watch/lolo-punzel-veronica-vain-moms-bang-teens
http://www.incestflix.com/watch/london-river-photocockied-brazzers
http://www.incestflix.com/watch/lucy-doll-syren-de-mer-first-footjob-brazzers
http://www.incestflix.com/watch/mackenzie-moss-sarah-vandella-two-mean-pussies
http://www.incestflix.com/watch/marsha-may-my-brother-the-panty-thief-brazzers
http://www.incestflix.com/watch/marsha-may-nicole-bexly-sisters-slumber-party-brazzers
http://www.incestflix.com/watch/maserati-alice-pink-dommed-dads-girlfriend-1-brazzers
http://www.incestflix.com/watch/maserati-carolina-sweets-pool-toy-brazzers
http://www.incestflix.com/watch/megan-rain-my-teen-daughter-tied-me-up-brazzers
http://www.incestflix.com/watch/mia-lelani-ivy-rose-pink-little-mia-moms-lick-teens
http://www.incestflix.com/watch/mia-lelani-sharing-the-mom-brazzers
http://www.incestflix.com/watch/michelle-thorne-misha-cross-moms-sex-robot-brazzers
http://www.incestflix.com/watch/mindi-mink-riley-reid-mother-daughter-mink-pink
http://www.incestflix.com/watch/molly-mae-haley-reed-three-fun-sneaky-sex
http://www.incestflix.com/watch/molly-stewart-richelle-ryan-helping-her-cum-reality-kings
http://www.incestflix.com/watch/moms-bang-teens-cherie-deville-zoey-monroe
http://www.incestflix.com/watch/moms-bang-teens-nina-elle-naomi-woods
http://www.incestflix.com/watch/monica-asis-alessandra-miller-moms-coaching
http://www.incestflix.com/watch/nekane-sweet-daughters-sweet-pussy-brazzers
http://www.incestflix.com/watch/nia-nacci-brother-the-perv-reality-kings
http://www.incestflix.com/watch/nicolette-shea-rock-harder-reality-kings
http://www.incestflix.com/watch/nicolette-shea-the-dick-pic-trick-brazzers
http://www.incestflix.com/watch/nicolette-shea-vienna-rose-dick-pic-interference
http://www.incestflix.com/watch/nikita-von-james-stevie-shae-seducing-slutty-mom-brazzers
http://www.incestflix.com/watch/nikki-capone-lexxxus-adams-bone-in-capone
http://www.incestflix.com/watch/nikki-capone-molly-mae-dueling-dildos-reality-kings
http://www.incestflix.com/watch/nina-dolci-angel-smalls-home-alone-girlfriends-mom
http://www.incestflix.com/watch/nina-dolci-lexxxus-adams-moms-bang-teens
http://www.incestflix.com/watch/nina-elle-brooke-haze-vacation-sensation
http://www.incestflix.com/watch/nina-elle-have-cock-eat-brazzers
http://www.incestflix.com/watch/nina-elle-karma-rx-the-swap-sneaky-sex
http://www.incestflix.com/watch/nina-elle-mommy-issues-part-1-brazzers
http://www.incestflix.com/watch/nina-elle-they-feel-real-to-me-brazzers
http://www.incestflix.com/watch/nina-elle-within-holey-matrimony-brazzers
http://www.incestflix.com/watch/nina-kayy-eva-marie-fucking-mom-eva-reality-kings
http://www.incestflix.com/watch/olivia-austin-quinn-wilde-pussy-hunting-mom-reality-kings

http://www.incestflix.com/watch/olivia-austin-rosalyn-sphinx-learning-from-mom
http://www.incestflix.com/watch/olivia-fox-avery-adair-miss-fox-busts-the-teens
http://www.incestflix.com/watch/olivia-nova-sisters-wet-little-secret-brazzers
http://www.incestflix.com/watch/osa-lovely-soaking-stepmom-brazzers
http://www.incestflix.com/watch/osa-lovely-swimsuit-issues-brazzers
http://www.incestflix.com/watch/osa-lovely-the-stepmom-of-your-dreams-brazzers
http://www.incestflix.com/watch/parker-swayze-dylan-daniels-lolo-punzel-friendly-fuck
http://www.incestflix.com/watch/phoenix-marie-kylie-nicole-cum-petitive-pricing-brazzers
http://www.incestflix.com/watch/phoenix-marie-rock-hard-reality-kings
http://www.incestflix.com/watch/piper-perri-cory-chase-piping-piper-reality-kings
http://www.incestflix.com/watch/princess-jasmine-presto-this-wand-is-magic
http://www.incestflix.com/watch/quinn-wilde-cumming-cookout-sneaky-reality-kings
http://www.incestflix.com/watch/rachel-starr-the-mom-and-the-graduate-brazzers
http://www.incestflix.com/watch/raven-hart-slutty-stepmoms-wedding-brazzers
http://www.incestflix.com/watch/reagan-foxx-lucie-kline-milf-closet-moms-bang-teens
http://www.incestflix.com/watch/reagan-foxx-never-marry-a-milf-brazzers
http://www.incestflix.com/watch/reagan-foxx-save-the-tits-mommy-got-boobs-brazzers
http://www.incestflix.com/watch/reagan-foxx-sending-moms-nudes-brazzers
http://www.incestflix.com/watch/reagan-foxx-too-hot-to-handle-mommy-got-boobs-brazzers
http://www.incestflix.com/watch/reagan-foxx-total-milf-brazzers
http://www.incestflix.com/watch/reagan-foxx-water-shortage-poundage-brazzers
http://www.incestflix.com/watch/rebecca-jane-smyth-peeping-son-brazzers
http://www.incestflix.com/watch/rebecca-moore-stacey-saran-rub-and-tug-tub
http://www.incestflix.com/watch/rebecca-more-just-one-clit-away-brazzers
http://www.incestflix.com/watch/rebecca-more-rhiannon-ryder-pussy-international
http://www.incestflix.com/watch/richelle-ryan-cassidy-banks-home-where-whore-brazzers
http://www.incestflix.com/watch/richelle-ryan-kristen-scott-mom-joins-you
http://www.incestflix.com/watch/richelle-ryan-lucie-cline-massage-reality-kings
http://www.incestflix.com/watch/richelle-ryan-need-protein-shake-brazzers
http://www.incestflix.com/watch/riley-reid-melissa-moore-almost-sisters
http://www.incestflix.com/watch/riley-star-tabatha-jordan-stretching-with-mom
http://www.incestflix.com/watch/rina-ellis-risky-rina-father-daughter-reality-kings
http://www.incestflix.com/watch/ryan-conner-jojo-kiss-sharing-shower-moms-control
http://www.incestflix.com/watch/ryan-connor-brazzers-mom-son-seat-dick
http://www.incestflix.com/watch/ryan-keely-dickrupting-domestic-bliss-brazzers
http://www.incestflix.com/watch/ryan-keely-jeni-angel-you-dont-need-a-cock-part-1
http://www.incestflix.com/watch/sally-squirt-quality-time-with-daughter-brazzers
http://www.incestflix.com/watch/sarah-vandella-lana-sharapova-merrier-brazzers
http://www.incestflix.com/watch/sara-st-clair-hailey-little-morning-joe-moms-bang-teens
http://www.incestflix.com/watch/serena-santos-vanessa-sky-threesome-tutorial-brazzers
http://www.incestflix.com/watch/shae-celestine-blowjob-lessons-reality-kings
http://www.incestflix.com/watch/shae-summers-india-summer-topless-tennis
http://www.incestflix.com/watch/shay-fox-cum-in-me-not-on-my-couch-brazzers
http://www.incestflix.com/watch/shay-fox-mom-clueless-cum-lessons-mommygotboobs-brazzers
http://www.incestflix.com/watch/shayla-leveaux-moms-panties-brazzers
http://www.incestflix.com/watch/sheridan-love-fucked-in-a-breeze-brazzers
http://www.incestflix.com/watch/silvia-saige-ally-tate-titty-moms-bang-teens-reality-king
http://www.incestflix.com/watch/silvia-saige-amara-romani-momslickteens-reality-kings

http://www.incestflix.com/watch/sofia-rose-load-size-jordis-max-brazzers
http://www.incestflix.com/watch/sofie-reyez-alexa-vega-mom-ruined-audition
http://www.incestflix.com/watch/sofie-reyez-ivy-secret-reality-kings
http://www.incestflix.com/watch/son-jordi-ava-koxxx-leigh-darby-scissoring-mom-brazzers
http://www.incestflix.com/watch/sweet-cherie-moms-charlotte-stokely-cherie-deville
http://www.incestflix.com/watch/sybil-stallone-kitchen-chores-mommygotboobs
http://www.incestflix.com/watch/sybil-stallone-moms-spring-cleaning-brazzers
http://www.incestflix.com/watch/syren-de-mer-my-three-sons-mom
http://www.incestflix.com/watch/tana-lea-dont-bother-me-brazzers
http://www.incestflix.com/watch/tara-ashley-lust-imitates-art-reality-kings
http://www.incestflix.com/watch/tara-holiday-mom-soothes-the-groom-brazzers
http://www.incestflix.com/watch/tarra-white-cumming-home-christmas-part-one
http://www.incestflix.com/watch/tegan-james-alexa-white-nova-brooks-tied-reality-kings
http://www.incestflix.com/watch/tegan-james-stranded-mom-brazzers
http://www.incestflix.com/watch/tia-cyrus-vina-sky-get-in-where-you-fit-in
http://www.incestflix.com/watch/tiffany-rain-mommy-issues-part-2-brazzers
http://www.incestflix.com/watch/tiffany-watson-gimme-gimme-never-get-brazzers
http://www.incestflix.com/watch/tiffany-watson-great-easter-egg-cunt-brazzers
http://www.incestflix.com/watch/tina-kay-blow-team-blow-brazzers
http://www.incestflix.com/watch/tucker-pierce-lexi-lore-naked-teen-temptress
http://www.incestflix.com/watch/vanessa-cage-can-you-undress-me-brazzers
http://www.incestflix.com/watch/vanessa-cage-full-load-us-fucking-brazzers
http://www.incestflix.com/watch/vanessa-sky-anal-about-chores-brazzers
http://www.incestflix.com/watch/vanessa-sky-cant-leave-house-like-that-brazzers
http://www.incestflix.com/watch/vanilla-deville-mom-caught-masturbating-brazzers
http://www.incestflix.com/watch/vanna-bardot-becky-bandini-momsincontrol-brazzers
http://www.incestflix.com/watch/veronica-rayne-keys-to-her-pussy-brazzers
http://www.incestflix.com/watch/veronica-vega-riley-nixon-pranking-gf-sister
http://www.incestflix.com/watch/veronica-vega-smelling-daughters-panties-reality-kings
http://www.incestflix.com/watch/violet-starr-heather-vahn-frisking-fucking
http://www.incestflix.com/watch/zelda-morrison-slutty-schoolgirl-sister-reality-kings
http://www.incestflix.com/watch/zoe-bloom-missy-martinez-kimmy-granger-mom-boss
https://javdoe.tv/movie/brazzersexxtra-02-19-2021-kaden-s-curves.html
https://javdoe.tv/movie/brazzersexxtra-02-19-2021-cops-daughter-craves-cock.html
https://javdoe.tv/movie/brazzersexxtra-02-17-2021-threesome-through-the-wall.html
https://javdoe.tv/movie/brazzersexxtra-02-17-2021-bailey-s-shower-suck-and-fuck.html
https://javdoe.tv/movie/brazzersexxtra-02-15-2021-sand-and-sweat-part-2.html
https://javdoe.tv/movie/brazzersexxtra-02-12-2021-the-sloppy-roommate-cock-swap-part-2.html
https://javdoe.tv/movie/brazzersexxtra-02-12-2021-tru-kaits-steamy-lingerie-shower.html
https://javdoe.tv/movie/brazzersexxtra-02-10-2021azar-prank-me-and-i-will-fuck-your-friend.html
https://javdoe.tv/movie/brazzersexxtra-02-10-2021dulce-yoga-freaks-episode-fifteen.html
https://javdoe.tv/movie/brazzersexxtra-02-08-2021-the-pornstars-babysitter.html
https://javdoe.tv/movie/brazzersexxtra-02-09-2021-prank-battle-squirt-vs-cum.html
https://javdoe.tv/movie/brazzersexxtra-02-05-2021-the-cumpany-of-strangers.html
https://javdoe.tv/movie/brazzersexxtra-02-04-2021-a-threesome-by-the-fire.html
https://javdoe.tv/movie/brazzersexxtra-02-01-2021-lickity-stick-blow-up-doll-trick.html
https://javdoe.tv/movie/brazzersexxtra-01-26-2021-smoke-show.html
https://javdoe.tv/movie/brazzersexxtra-katie-morgan-cum-play-with-katie-01-23-2021.html

https://javdoe.tv/movie/brazzersexxtra-01-20-2021-bae-tae.html
https://javdoe.tv/movie/brazzersexxtra-01-15-2021-katie-kush-greenhouse-drip.html
https://javdoe.tv/movie/brazzersexxtra-01-13-2021-kiara-lord-bubble-bath-babe.html
https://javdoe.tv/movie/brazzersexxtra-01-07-2021-new-phone-whose-dick.html
https://javdoe.tv/movie/brazzersexxtra-01-06-2021-doin-yoga-with-mona.html
https://javdoe.tv/movie/brazzersexxtra-12-31-2020-abella-the-sinner.html
https://javdoe.tv/movie/brazzersexxtra-mini-stallion-gets-a-dicking-01-02-2021.html
https://javdoe.tv/movie/brazzersexxtra-01-03-2021-selfies-before-sex.html
https://javdoe.tv/movie/brazzersexxtra-12-30-2020chase-cocking-utensils.html
https://javdoe.tv/movie/brazzersexxtra-12-23-2020-cleaning-up-his-act.html
https://javdoe.tv/movie/brazzersexxtra-12-24-2020-all-i-want-for-christmas-is-dick.html
https://javdoe.tv/movie/brazzersexxtra-12-25-2020-swap-in-for-a-facial.html
https://javdoe.tv/movie/brazzersexxtra-12-22-2020-deeply-in-desiree.html
https://javdoe.tv/movie/brazzersexxtra-12-20-2020-the-after-after-party.html
https://javdoe.tv/movie/brazzersexxtra-12-18-2020star-luna-under-pressure.html
https://javdoe.tv/movie/brazzersexxtra-12-13-2020-blindfolded-fantasy.html
https://noodlemagazine.com/watch/55594435_159141023
https://noodlemagazine.com/watch/-9871478_149791229
https://noodlemagazine.com/watch/39191183_148589855
https://noodlemagazine.com/watch/49133188_162768256
https://noodlemagazine.com/watch/124057308_162333195
https://noodlemagazine.com/watch/-9871478_149791582
https://noodlemagazine.com/watch/-164967960_456240926
https://noodlemagazine.com/watch/-170274984_456242038
https://noodlemagazine.com/watch/-87580216_456239043
https://noodlemagazine.com/watch/-164967960_456240809
https://noodlemagazine.com/watch/-164967960_456240924
https://noodlemagazine.com/watch/-38694319_456239195
https://www.porndish.com/babygotboobs-kendra-sunderland-sinner-at-dinner/
https://www.porndish.com/hotandmean-lauren-phillips-ava-sinclaire-shut-your-mouth-and-fuck-me/
https://www.porndish.com/bigwetbutts-abella-danger-yoga-for-perverts/
https://www.porndish.com/brazzersexxtra-ebony-mystique-semen-demon/
https://www.porndish.com/babygotboobs-skye-blue-big-titty-lesbian/
https://www.porndish.com/daywithapornstar-luxury-girl-made-up-dicked-down/
https://www.porndish.com/brazzersexxtra-kaden-kole-kadens-curves/
https://www.porndish.com/pornstarslikeitbig-phoenix-marie-choose-your-pornstar/
https://www.porndish.com/brazzersexxtra-ashly-anderson-keeping-ashly-occupied/
https://www.porndish.com/brazzersexxtra-stacy-cruz-sybil-threesome-through-the-wall/
https://www.porndish.com/brazzersexxtra-bailey-base-baileys-shower-suck-and-fuck/
https://www.porndish.com/bigwetbutts-bella-rolland-vibing-2/
https://www.porndish.com/brazzersexxtra-alexis-fawx-sand-and-sweat-part-2/
https://www.porndish.com/hotandmean-alexis-fawx-olive-glass-sand-and-sweat-part-1/
https://www.porndish.com/brazzersexxtra-adria-rae-alone-with-bfs-pervy-roommate/
https://www.porndish.com/brazzersexxtra-rachel-starr-rachel-gets-stuck/
https://www.porndish.com/babygotboobs-barbie-crystal-big-titty-tutor/
https://www.porndish.com/brazzersexxtra-september-reign-paisley-porter-the-sloppy-roommate-cock-swap-part-2/

https://www.porndish.com/hotandmean-september-reign-paisley-porter-the-sloppy-roommate-cock-swap-part-1/

http://beta.porneq.com/video/ready-and-ripe-big-prnq16205754-b4xw01/

http://beta.porneq.com/video/-recipe-for-sex-mp4-rws-audrey-savannah-1100-prnq15319611-pbxj8q/

http://beta.porneq.com/video/return-of-the-foam-big-daredorm-official-porn-return-of-the-foam-big-daredorm-official-porn-prnq15034359-x47k29/

http://beta.porneq.com/video/ripe-melons-2015-dvdrip-split-scenes-scene-1-august-ames-july-2015-torrent-new-prnq15866002-y79w9b/

http://beta.porneq.com/video/rkprime-17-03-23-sierra-nicole-party-crasher-tk-prnq15645602-y7824r/

http://beta.porneq.com/video/rkprime-17-06-08-jillian-janson-splurging-on-jillian-xxx-sd-mp4--prnq16105955-pbmxl7/

http://beta.porneq.com/video/rkprime-17-10-26-victoria-june-keep-your-mask-on-xxx-sd-mp4-kleenex-prnq16605959-x4nwa8/

http://beta.porneq.com/video/rk-prime-xhivi-kim-big-cock-tight-pussy-09-04-2016-september-04-2016-big-cock-tight-pussy-big-800-prnq15234597-q28j2j/

http://beta.porneq.com/video/rws-karlie-montana-bb071014-12000-prnq15930619-wrq80y/

http://beta.porneq.com/video/rws-yurizan-beltran-1000-prnq15290697-q27g7j/

http://beta.porneq.com/video/samantha-bentley-plib-samantha-bentley-ap121915-2000-prnq15381399-pbbapy/

http://beta.porneq.com/video/sexual-education-scene-06-prnq15756528-48g9qe/

http://beta.porneq.com/video/shazia-sahari-dark-skinned-babe-fucks-and-milks-cock-xxx-sdrls-prnq15912524-nnzlpp/

http://beta.porneq.com/video/shes-gonna-squirt-bonnie-rotten-take-three-for-the-team-sgs-bonnie-rotten-kl030214-2000-prnq15333509-q22zlj/

http://beta.porneq.com/video/shes-gonna-squirt-brandi-love-payback-is-a-squirt-05-28-2014-may-28-2014-sgs-brandi-love-kl021714-1000-prnq15041199-pb85k7/

http://beta.porneq.com/video/shesgonnasquirt-chantelle-fox-the-princess-of-squirt-xxx-264-sgs-chantelle-fox-1000-prnq15488698-b4dzlv/

http://beta.porneq.com/video/sibling-rivalry-gwen-stark-prnq15844155-pbkqe7/

http://beta.porneq.com/video/sofia-cucci-penetrating-sofia-bex-sofia-cucci-kl042115-12000-prnq16104604-3qmaw5/

http://beta.porneq.com/video/stbj-love-bone-432p-prnq15219321-0521g1/

http://beta.porneq.com/video/streetblowjobs-kimberlee-cum-hunger-14-08-16-rq-prnq15341165-0555yk/

http://beta.porneq.com/video/streetblowjobs-lux-lisbon-pickup-truck-fuck-01-10-2017-rq-prnq15852968-nnznge/

http://beta.porneq.com/video/sunbathing-distraction-prnq15597854-b4a409/

http://beta.porneq.com/video/tanned-chick-with-big-curvy-butt-and-ripe-melons-gets-pussybanged-in-the-shower-prnq16278701-erwrm5/

http://beta.porneq.com/video/teenslikeitbig-alaina-dawson-elsa-jean-piper-perri-teen-honey-trap-prnq15375224-nnnxew/

http://beta.porneq.com/video/teenslikeitbig-teens-holly-missy-xxx-teenslikeitbig-teens-holly-missy-xxx-prnq16035724-nnpzwp/

http://beta.porneq.com/video/teenslikeitblack-amber-rayne-in-the-finer-things-in-life-sparrow-prnq15940860-l5az1q/

http://beta.porneq.com/video/teenslovehugecocks-2015-08-02-michelle-taylor-getting-the-goodies-270p-getting-the-goodies-mobile-prnq15046053-q2zx4d/

http://beta.porneq.com/video/teens-love-huge-cocks-7-xxx-dvdrip-redsection-cassidy-banks-prnq15253953-q2772d/

http://beta.porneq.com/video/teenslovehugecocks-angel-del-rey-ass-del-rey-prnq16257897-q29jnn/

http://beta.porneq.com/video/teenslovehugecocks-ariana-grand-grand-experience-grand-experience-big-prnq15826501-er31j3/

http://beta.porneq.com/video/teenslovehugecocks-jade-kush-tits-and-ass-teenslovehugecocks-jade-kush-tits-and-ass-prnq16704197-q2r2lj/

http://beta.porneq.com/video/teenslovehugecocks-kaylee-haze-576p-prnq15387855-pbbwyq/

http://beta.porneq.com/video/teenslovehugecocks-morgan-lee-meeting-morgan-august-08-2015-new-prnq16608955-pbvq8y/

http://beta.porneq.com/video/teen-tryouts-kharlie-stone-prnq16242798-b4xqvg/

http://beta.porneq.com/video/the-cunt-of-cthulhu-pir-te-the-cunt-of-cthulhu-pir-te-prnq15902010-b4wqjx/

http://beta.porneq.com/video/the-parodies-7-xxx-2017-web-dl-split-scenes-christen-courtney-rina-ellis-01-prnq15014463-wr8qn9/

http://beta.porneq.com/video/the-sexual-pozzi-scheme-blonde-mature-milf-evita-pozzi-prnq15491768-nn7jq1/

http://beta.porneq.com/video/tits-gone-wild-2015-split-scenes-web-dl-siri-09-22-2015--prnq16144728-48m3nx/

http://beta.porneq.com/video/tlib-alli-rae-sd169x-prnq15068889-er0p9z/

http://beta.porneq.com/video/tlib-kali-roses-kl110617-12000-prnq15706954-b42p4w/

http://beta.porneq.com/video/tlib-keira-knight-sd169-prnq15058299-pb84nx/

http://beta.porneq.com/video/-top-20-most-viewed-all-time-1-bex-madison-ivy-kl041414-2000-prnq15374063-wrrkmy/

http://beta.porneq.com/video/welivetogether-17-01-19-alex-blake-and-averi-brooks-skater-chicks-n1c-prnq16141746-y7nm2r/

http://beta.porneq.com/video/welivetogether-abigail-mac-and-daisy-summers-lady-lust-wlt-lady-lust-prnq15188763-wr1zx5/

http://beta.porneq.com/video/welivetogether-dani-daniels-keisha-grey-jenna-sativa-crushing-on-jenna-crushing-on-jenna-big-prnq16205054-b4xw59/

http://beta.porneq.com/video/welivetogether-gabriella-ford-alice-green-bad-girls-xxx-gabriella-ford-prnq16218830-gevl7w/

http://beta.porneq.com/video/welivetogether-molly-cavalli-richelle-joy-ride-big-prnq15590984-jzq3b5/

http://beta.porneq.com/video/welivetogether-sammie-rhodes-and-risi-simms-pink-pussies-wlt-pink-pussies-prnq15663002-y78r4e/

http://beta.porneq.com/video/welivetogether-sammie-rhodes-georgia-jones-and-ashley-steel-soothing-sauna-soothing-sauna-big-prnq16030880-d0e1m1/

http://beta.porneq.com/video/welivetogether-stephanie-carter-shane-blair-suck-on-stephanie-stephanie-carter-shane-blair-suck-on-stephanie-sd-prnq16642730-gekpk9/

http://beta.porneq.com/video/welivetogether-sweet-for-shyla-riley-reid-shyla-jennings-prnq16200154-b4xajx/

http://beta.porneq.com/video/wet-pornstar-sucking-pir-te-wet-pornstar-sucking-pir-te-prnq15536230-ge0pa0/

http://beta.porneq.com/video/yurizan-beltran-videos-pack-big-ass-big-tits-x6-clips-boot-camp-booty-prnq15405159-x44jrb/

http://beta.porneq.com/video/zzseries-aletta-ocean-lost-in-episode-3-1000-prnq15965759-x4bny8/

http://beta.porneq.com/video/zz-serles-katrina-jade-and-bill-bailey-zz-recruits-agent-katrina-prnq15683198-b424zx/

https://pornorips.com/rk-prime-codi-vore-4/
https://pornorips.com/rk-prime-olivia-jayy/
https://pornorips.com/rk-prime-gia-derza-and-paige-owens/
https://pornorips.com/rk-prime-kaisa-nord-4/
https://pornorips.com/reality-kings-wet-pussy-pounding/
https://pornorips.com/rk-prime-alina-ali-2/
https://pornorips.com/rk-prime-sarah-lace/
https://pornorips.com/reality-kings-toe-fucking-good/
https://pornorips.com/rk-prime-luna-star-11/
https://pornorips.com/reality-kings-the-mile-high-groupie-jetaway/
https://pornorips.com/reality-kings-the-fuck-it-list/
https://pornorips.com/rk-prime-abella-danger-22/
https://pornorips.com/rk-prime-summer-can-t-sleep/
https://pornorips.com/rk-prime-aria-kai-and-alina-ali-2/
https://pornorips.com/rk-prime-aria-kai-and-alina-ali/
https://pornorips.com/rk-at-home-follow-vixtors-voice/
https://pornorips.com/lil-humpers-luna-star-3/
https://pornorips.com/rk-at-home-cum-challenge-with-tory-sweety/
https://pornorips.com/rk-prime-madi-collins-2/
https://pornorips.com/rk-prime-alexia-anders-and-cali-caliente/
https://pornorips.com/rk-at-home-catcalling-catalina/
https://pornorips.com/reality-kings-out-of-the-pool-onto-a-cock/
https://pornorips.com/rk-prime-aften-opal-3/
https://pornorips.com/rk-prime-serena-santos-and-mazee-the-goat/
https://pornorips.com/reality-kings-stretching-out-valentina/
https://pornorips.com/rk-prime-gizelle-blanco-2/
https://pornorips.com/rk-prime-mina-moon/
https://pornorips.com/reality-kings-stretch-me-out/
https://pornorips.com/rk-prime-mia-moore-3/
https://pornorips.com/reality-kings-stealing-his-look-for-licks/
https://pornorips.com/rk-prime-shower-surprise-with-my-sons-friend/
https://pornorips.com/reality-kings-start-her-up/
https://pornorips.com/rk-prime-michelle-anderson/
https://pornorips.com/reality-kings-self-defense/
https://pornorips.com/rk-prime-roommates-fuck-over-the-washing-machine/
https://pornorips.com/rk-prime-josephine-jackson-2/
https://pornve.com/004zvk60sbc4/Milfs_Like_it_Big__Brazzers_-_Jess_Scotland_Danny_D_Jess_Screams_Yes_For_The_Dress.html
https://pornve.com/00iz2umq84go/Kylee_Strutt_Gets_Pounded_By_The_Substitute_Teacher.html
https://pornve.com/011g3ozp04xx/Brazzers_-_Horny_Alexis_Fawx_has_an_extremely_awesome_threesome_in_class_.html
https://pornve.com/01ru8bylpam3/Brazzers_-_Dr_Melissa_Lynn_gives_Keirans_cock_the_cure_it_deserves_.html
https://pornve.com/01taeqnwkn10/Nina_Elle_Keiran_Lee_Drilling_My_Sergeant.html
https://pornve.com/01x3s5syvd1t/_Brazzers_-_Athenas_stepdad_makes_her_squirt_with_his_big_dick_.html
https://pornve.com/02964599tnu8/Interraacial_Abella_Danger_And_Cassidy_Banks_Bex.html
https://pornve.com/02ibcdxivncl/Kinuski_Sinematic_BrazzersExxtra_anal.html

14

https://pornve.com/02kh1995qoi1/Brazzers_-
_Sexy_bubble_butt_doctor_Abigail_Mac_treats_her_patient_.html
https://pornve.com/02ozupiqneq4/MilfHunter__RealityKings_Kalina_Ryu_-_Ryu_Time.html
https://pornve.com/03dsfnyfd7x9/realitykings2016_01_03_Sexy_In_Spots.html
https://pornve.com/03e0m988zbaz/mia_malkova_5430_4_304_plays_published_on_1_day_ago_anal_en_bik
ini_category_anal_ass_pornstar_mia_malkova_tags_bikini.html
https://pornve.com/03ges972hjgq/Brazzers_Danny_D_Sperm_Service_Brazzers_Milfs_Like_It_Big_Kayla_Gre
en_Danny_D_Blonde_White_Gi.html
https://pornve.com/03vvnpdhlvpr/Dillion_Harper_Kneading_A_Teen.html
https://pornve.com/03zaqitx9ehd/GFRevenge_Pussy_print.html
https://pornve.com/048dkrscbr8x/Vic_Laginas_Birthday_Bash_Lisa_Ann.html
https://pornve.com/04akrqytfu7t/GFRevenge_Risky_business.html
https://pornve.com/05pu8497xh09/Nicole_Aniston_DP_Lesbians_Anal_Facial_Orgy_ZZ_Live_17_By_The_Poo
l_Bang.html
https://pornve.com/05qienijz4nr/Pornstars_Like_It_Big_Brazzers_Brandi_Love_Marsha_May_Monique_Alexa
nder_Phoenix_Marie_Romi_Rain_Danny_D_Keiran_Lee_The_Late_Night_Orgy_10_3_2016.html
https://pornve.com/05tyt137lldr/All_Good_New_Nikki_Benz.html
https://pornve.com/05wfwikwwgcm/Lela_Star_-_Under_The_Desk.html
https://pornve.com/065qqqjd8oqm/Raven_Hart_-_Sexy_Dirty_Milf.html
https://pornve.com/06y8nwtlaomu/Julia_Ann_-_In_With_The_New.html
https://pornve.com/07g4ew7d8hxu/Brazzers_Brazzers_House_3_Episode_1_Aaliyah_Hadid_Ashley_Adams_B
ridgette_B_Gin.html
https://pornve.com/07kscwoel140/Aletta_Ocean_Red_Anal_-_The_Best.html
https://pornve.com/07oun9r48pcz/Karolyne_Vibe_In_Deep.html
https://pornve.com/08009fso3dv4/BrazzersExxtra_19_07_16_Katana_Kombat_Tap_Her_Tactically_XXX_SD.ht
ml
https://pornve.com/090m7wzqvflb/_Brazzers-
_British_blonde_student_Barbie_Sins_fucks_for_better_grades_.html
https://pornve.com/09c82v30dhrh/Big_Tits_Penny_PAX_Big_Boob_Ginger_Big_Boobed_Chick_Gets_Banged.
html
https://pornve.com/09gylsix26d4/NEW_ANAL_Kagney_Linn_Karter.html
https://pornve.com/09j7qsa37haw/black_angelika_anal_fuck_privateHD.html
https://pornve.com/09jt6tzo9k4b/Valentina_Nappi_Tommy_Gunn_Undercover_Ass.html
https://pornve.com/0a3wejg93q2x/Karma_rx_fucks_black_cock_than_sucks_2_dicks.html
https://pornve.com/0ax7sso0mx82/Teens_In_The_Backseat_Angel_Wicky_Sam_Bourne__Jimena_Lago.html
https://pornve.com/0aybg5rcpr9v/Jackhammer_My_Ass_Ashley_Fires__Danny_D.html
https://pornve.com/0b0pgbtfd7dr/Missy_Martinez_-_Slut_Grooming.html
https://pornve.com/0b0szk1ux0qs/Naughty_Neighbours_Anissa_Kate_And_Ava_Addams_Pussy_Licking.html
https://pornve.com/0b4e8d0bm58z/Survey_My_Pussy_Free_Porn_Site.html
https://pornve.com/0b99gq2q5vwg/ANAL_Lesbian_43_Full_Movie.html
https://pornve.com/0bo3hnpvrap8/Free_Anal_Bridgette_B__Charles_Dera.html
https://pornve.com/0btrihs0qe3a/DAREDORM_60_Payback_1of2.html
https://pornve.com/0bwu2xd3j3pm/RoundAndBrown__RealityKings_Miss_Mary_Jane_-
_Go_With_The_Flow.html
https://pornve.com/0cirttn59qlu/Mya_Nichole__Madison_James_-_CompeTITion_For_Position.html
https://pornve.com/0cqe3j21gc1n/Plump_Pantyhouse.html
https://pornve.com/0cqvwlxf7x9r/Sadie_Pop_Johnny_Castle__Fresh_Pussy_Special.html
https://pornve.com/0cvvo12dvr1k/These_Roses_Have_Thorn.html

https://pornve.com/0deki3dvy31b/_Brazzers_-_Kendra_Lust_fucked_hard_by_Clover_in_public_.html
https://pornve.com/0dw4m2j56d4y/Peta_Jensen_Power_Girl_Porn_Parody.html
https://pornve.com/0dxcv8e51zk4/Amateur_Big_Tits_Siri_Siri_Tits.html
https://pornve.com/0e46q8dxd6t9/BigNaturals_Brittney_White_Busting_Out_-_09_11_2016.html
https://pornve.com/0eaplstm4izp/GFRevenge_Rocking_rebecca.html
https://pornve.com/0efchohba6it/Adrian_Maya__Scarlett_Sage_Tattoo_Shop.html
https://pornve.com/0ekv7uar9e1m/Gina_Lynn_-_Smash_My_Tits_And_Pussy.html
https://pornve.com/0fv55q29p71c/MilfHunter_Milf_Railed_At_The_Station.html
https://pornve.com/0fzsyauty5nu/Alena_Croft_Receives_An_Anal_Creampie.html
https://pornve.com/0g1r4nmr30pd/Knock_Knock_We_Want_Your_Cock_Brazzers.html
https://pornve.com/0gdpmyb8b5nz/Jenny_Hendrix_Gets_Dressed_Up_As_A_Sexy_School_Girl_And_Visits_Johnny_For_A_Good_Fuc.html
https://pornve.com/0gp17n2wz39p/ZZSeries_Abigail_Mac_-_Pussy_O_Plomo_Part_1.html
https://pornve.com/0gsaonlkchw8/Victoria_Cakes_-_Mom_Makes_It_All_Better.html
https://pornve.com/0h5tra0gwq1d/BrazzersExxtra-Claudia_Obey_Breaking_In_Putting_Out.html
https://pornve.com/0homqadoyx0f/Chad_White_Bangs_His_Step_Sister_Alix_Lynx.html
https://pornve.com/0hxrkdgnjeqz/Shes_Got_Game_Kylie_Rose__Tyler.html
https://pornve.com/0i3u6jyfqp6t/MomsLickTeens__RealityKings_Riley_Reid_Mindi_Mink_-_Pink_Mink_16_06_07.html
https://pornve.com/0i45ih53c27r/T_Presley_-_Sister_Swap_Part_2.html
https://pornve.com/0ih3yjfg37gx/abigail_mac_mick_blue_anal.html
https://pornve.com/0ijkr4es68yy/Brittney_White_Babe_Bigtits_Black_Teen_Interracial.html
https://pornve.com/0ilrym9fdd3m/Anal_Bride_Wants_The_Bestmans_Dick.html
https://pornve.com/0imyxmraynes/Alexis_Ford_-_Hellfire_Club_Emma_Frost_Femdomm.html
https://pornve.com/0iu77ecr62dx/Carmen_Caliente_-_A_Bite_To_Eat.html
https://pornve.com/0izodfob67wq/Noelle_Easton_-_One_Thick__Juicy_Client.html
https://pornve.com/0jc5goevi4qx/Ariana_Marie_-_Roommates.html
https://pornve.com/0jfg445gque3/Brazzers_Phoenix_Marie_And_Kylie_Nicole_Cum_Petitive_Pricing_XXX.html
https://pornve.com/0jhmhsv703nz/just_one_clit_away.html
https://pornve.com/0k2flcgo8cuj/MomsLickTeens_Tylo_Duran_Mila_Marx_Spring_Cleaning_-_15_11_2016.html
https://pornve.com/0kl4usvb8t24/Kylee_Strutt_-_I_Love_Substitute_Teachers.html
https://pornve.com/0kmteeeu4bf7/Brazzers__Real_Wife_Stories__Hallowanking_Penny_Pax.html
https://pornve.com/0kuhsynprgye/HotAndMean_Monique_Alexander_Nekane_Sweet_Going_HAM_On_The_Nurse_-_13_11_2016.html
https://pornve.com/0l9k2nlv1io5/DoctorAdventures_-_Alexis_Fawx_And_Marsha_May_Tease_And_Stimulate.html
https://pornve.com/0m4navaz5v0h/Hidden_Depths_-_Kiara_Lord__Danny_D.html
https://pornve.com/0mce3iazhxom/_Brazzers_-_Erica_and_Jasmine_stuff_their_pussies_with_big_cocks_.html
https://pornve.com/0meuftfuc2h1/RealWifeStories_19_07_18_Blanche_Bradburry_If_You_Wont_He_Will_XXX_SD.html
https://pornve.com/0mf85s890q76/_Brazzers_-_Busty_blonde_army_gal_Nicole_Aniston_fucks_a_soldier_.html
https://pornve.com/0mo0obcsow72/madison_scott_pool.html
https://pornve.com/0mpo0n36ycg7/Ember_Snow_-_The_Silent_Treatment.html
https://pornve.com/0n6ejadut9zc/phoenix_incridible_slut.html

https://pornve.com/0nbk8errz1gv/Time_For_Dick.html
https://pornve.com/0ok0c0bdqywt/GFRevenge_Twice_the_fun.html
https://pornve.com/0opdd3rkaq8u/Checkmate_Brazzers.html
https://pornve.com/0oqrccccxm3r2/Brazzers_-_Slutty_cheerleader_Peta_Jensen_gets_fucked_in_the_shower_.html
https://pornve.com/0osuve4624xz/Hankering_For_A_Spanking_Brazzers.html
https://pornve.com/0p2c6n62n65m/Peta_Jensen_Valentina_Nappi_threesome_Danny_D.html
https://pornve.com/0pb3dbdugl53/Monigues_Secret_Spa_Part_2.html
https://pornve.com/0pw1gkypow0y/Angie_Dove_40Lovely_pink41.html
https://pornve.com/0pw84y3dyxgn/Phoenix_Marie__Jayden_Jaymes_-_A_Special_Kind_Of_Therapy.html
https://pornve.com/0q45u6h7lgts/jynx_maze_do_exercise.html
https://pornve.com/0q61z9s3jbl6/Money_Talks_glazed_doughnuts_big.html
https://pornve.com/0rernkcip03x/Brazzers_Extra_Fuck.html
https://pornve.com/0rwswlyjdx7z/Foursome_Anal_Party_with_Adriana_Chechik_Karmen_Karma_and_Megan_Rain_.html
https://pornve.com/0ryifsl7y3si/Anya_Ivy_-_1000000_Years_Big_Boob.html
https://pornve.com/0suv3uqfzfvr/MilfsLikeItBig_-_Alexa_Tomas_Cock_Talk_With_Alexa_Tomas.html
https://pornve.com/0t9unqq4zvj8/Accident_Sex_With_Hot_MILF_Hot_Ass_Fuck_Video_Closeup_Massage.html
https://pornve.com/0t9ycyasji8n/Tanned_Booty_Bitch_Canela_Skin_Gets_Assfucked_And_Squirts.html
https://pornve.com/0tavf4pjrsgn/The_Clumsiest_Girl_In_The_World_Brazzers.html
https://pornve.com/0trgz1jzbvu1/Brazzers_Girth_In_Her_Shell_A_XXX_Parody_Facial_Pussy_Licking_Reverse_Cowgirl_Nicole_Aniston_M.html
https://pornve.com/0trie37vdknz/Anastasia_Morna_Playing_With_Passion_HD_rip_full_video.html
https://pornve.com/0tubh5rt3jd7/Kylie_Rose_Shes_Got_Game.html
https://pornve.com/0ue2eirfk640/DAREDORM_86_Best_Friends_Forever_1of2.html
https://pornve.com/0v333vl1swc6/Help_Me_Out_Cory_Chase__Jessy_Jones.html
https://pornve.com/0v5lzh27f89j/NEW_ANAL_Kendra_Lust_New_Best_Personal_Trainer_Session_HD.html
https://pornve.com/0v9st8ddo7zi/Fucking_Newlyweds_Sativa_Rose__Keiran_Lee.html
https://pornve.com/0vcnik1r29kw/ShesGonnaSquirt_-Jasmine_Caro_-_Wish_Upon_A_Squirt.html
https://pornve.com/0vlz4l5g514i/_Pounding_Piper_With_Big_Dicks_.html
https://pornve.com/0w07s1itybfk/Chanel_Preston_40Free_For_All_Fuck_Lessons_06_05_201741_tk.html
https://pornve.com/0w3g3dvtdr9o/Pussy_Lover_-_Heather_Night.html
https://pornve.com/0w96y5n7huc3/Dirty_Masseur_9_2017.html
https://pornve.com/0wfregqx1iv8/POV_Big_Wet_Butts_Bring_On_Bella.html
https://pornve.com/0wg8zj95tcjv/Peta_Jensen_Busty_Fucked_Hard_In_Brazzers_Court_Room_By_A_Big_Dick.html
https://pornve.com/0wlu8c7xj320/BlackGfs_Bouncing_Beauties40Camille41.html
https://pornve.com/0wngh9hzjf16/young_couple_enjoying_sex_at_home.html
https://pornve.com/0wynbvtmius6/Sexual_Education_8_Brenna_Sparks.html
https://pornve.com/0xw2lpef5dqd/Nikki_Capone_A_Late_Night_Visitor.html
https://pornve.com/0y2mr3uhpc9o/GFRevenge_Sexy_foster.html
https://pornve.com/0y4rekch57ar/Brazzers_Maid_For_Anal_2_Nikki_Delano.html
https://pornve.com/0y9ylbxkjx1z/The_Fuckening_Romi_Rain_Angela_White.html
https://pornve.com/0yeguglce0qk/Alanah_Rae_-_The_Dinner_Down_The_Road.html
https://pornve.com/0yg84ldzdstg/Real_Wife_Stories__Brazzers_-_Kendall_Kayden_Keiran_Lee_Busted_At_The_Babyshower.html

https://pornve.com/0ygkqncuy66f/Pornstars_Like_It_Big__Shyla_Stylez_Sean_M.html

https://pornve.com/0ynemvt66t8c/Brittany_OConnell_-_Blind_Date_Disaster.html

https://pornve.com/0yp1xupe0yfi/violet_starr_the_roaring_whoring_20s.html

https://pornve.com/0yqw25fntb7j/Dont_Just_Kiss_Ass_Fuck_It_-_Monique_Alexander__Erik_Everhard.html

https://pornve.com/0yvct80oudju/Piper_Perri_-_Pounding_Piper.html

https://pornve.com/0z5pmmpsby4l/MomsInControl_Kimmy_Granger_Synthia_Fixx_40Homeschool_Sex_Ed_-_25_10_201641.html

https://pornve.com/0zfgfenkom5d/F5-Priya_Anjali_Rai_Bad_Teacher_Nice_Tits.html

https://pornve.com/0zh03ek7emc4/The_Slut_In_The_Cupboard_-_Kylie_Nicole__Jordan_Ash.html

https://pornve.com/0zra04fb8a4j/Jillian_Janson_in_Bubble_Butt_Anal.html

https://pornve.com/0zt7z7wwzrc8/CrazyAsianGFs_-_Fyre_Pussy.html

https://pornve.com/1010bs24i0cd/blonde_blowjob_milf_milf_tags_big_tits_filthy_moms_19733_12_730_plays_published_on_1_day_ago_category_big_tits_filthy_moms_tag_this_video_66_top_rated_porn_video_of_today_83_most_played_porn_video_of_today.html

https://pornve.com/10nijx5g5edp/Cock_In_The_Stall_Susy_Gala_Danny_D.html

https://pornve.com/10x6m0u83t2d/EuroSexParties_Noe_Milk_Zoe_Doll_40Workout_Sex_-_30_10_201641.html

https://pornve.com/119opvaka5nm/BrazzersExxtra_Brandi_Love_Abella_Danger_Neighborly_Love_Motorbunny_Edition.html

https://pornve.com/11ak9h3rantf/Private_Insemination_-_Abella_Danger__Jasmeen_Lefleur.html

https://pornve.com/11c6ehaq6rkx/RealWifeStories_Kendra_Lust_Need_A_Hand_-_12_07_16.html

https://pornve.com/11q9vs0jyjaj/ANAL_Sophie_Dee_Ond_Keiran_Lee.html

https://pornve.com/121tazjkkyw3/My_Husbands_Best_Friend_Brazzers.html

https://pornve.com/128wtwo8fxih/Fucking_With_A_Vampire_.html

https://pornve.com/135we729joqc/nicolette_shea_poke_her_face_pornstarslikeitbig_milf_bigtits_nicolette_shea.html

https://pornve.com/13862p85kp4u/Claudia_Valentine_-_Mamas_Fucking_My_Man.html

https://pornve.com/13husvemibio/_Threes_Cum-pany_-_Brazzers_.html

https://pornve.com/13ia5gtvgs47/All_Good_New_Layla_London.html

https://pornve.com/13w71ubpuilu/Sneaky_Slut_Needs_To_Learn.html

https://pornve.com/1415u4ua9r1y/BigTitsAtSchool_-_Brazzers_-_Ashley_Adams_Johnny_Sins_Make-Up_Sexam.html

https://pornve.com/1478qpieen53/The_Perfect_Hostess_Vicki_Chase__Keiran_Lee.html

https://pornve.com/15ee39y3ecbn/Alexis_Fawx_Chanel_Preston_Keiran_Lee_Alexis_and_Chanel.html

https://pornve.com/15hk4ibqo461/BrazzersExxtra_Nicole_Aniston_Lined_Up_And_Laid_Out_15_05_2018_rq.html

https://pornve.com/16j4d7ggm41h/Veronica_Rayne_-_The_Terry_Dingalinger_Show.html

https://pornve.com/16motmr7r7bo/Cassidy_Banks_-_Banging_Ms_Banks.html

https://pornve.com/17097mcr2m7c/PLIB_Kira_Noir_If_The_Dick_Fits_Pt_3.html

https://pornve.com/17lrzn50kx4t/the_great_day_u_met_me.html

https://pornve.com/17mh4ksiv382/HotAndMean__Brazzers_Shauna_Skye__Zoey_Taylor_-_From_Rags_To_Bitches.html

https://pornve.com/181zgixer4pe/Alexis_Breeze_-_Perky_Perks_-_Brazzers.html

https://pornve.com/183kka4qudfb/Nicole_Aniston_Keiran_Lee_-_Betting_On_The_Backspin_-_Pornstars_Like_It_Big.html

https://pornve.com/189kixfzam51/Aletta_Ocean_-_Love_at_First_Fuck.html

https://pornve.com/18ar9wkyelnf/BEX_Lisa_Ann_Ava_Addams_Ogling_in_the_Office_0306_Brazzers_Brazzer
sExxtra_Lisa_Ann_Ava_Addams.html

https://pornve.com/18f9yfdqc4n4/Lisa_Ann_-_Lisas_Big_Secret.html

https://pornve.com/18gh3wq6l1fz/BigButtsLikeItBig_Cristi_Ann_40So_You_Think_You_Can_Twerk_Too_-
_13_12_201641.html

https://pornve.com/18x24irq0er3/Jaye_Austin_Ankle_Grabber.html

https://pornve.com/1903m5f3sgse/Lost_In_brazzers_Part_1.html

https://pornve.com/1950ojvj0tar/BigTitsBoss_Sunny_Slide_It_In_Sunny_-_31_10_2016.html

https://pornve.com/19b03wvnv7j3/Jillian_Janson_Jessy_Jones_A-mature_Magic.html

https://pornve.com/19uxb614v5f4/Lets_Fucking_Dance_-_Veronica_Rayne__Ryan_Ryder.html

https://pornve.com/19wtf2g2m70s/Holly_Halston_Fuck_You_Pig.html

https://pornve.com/1aet4aga892g/Peacocking_Brazzers_2018__Victoria_June_Keiran_Lee_Baby_Got_Boobs.
html

https://pornve.com/1au0u89gplp0/Britney_Light_Zachary_Wild_-_Searching_For_A_Selfie_Slut_-
_Sneaky_Sex_-_Reality_Kings.html

https://pornve.com/1b0vvh6euoig/Fucking_Clueless_-_Kenzie_Taylor.html

https://pornve.com/1bd1su9tvme5/Lady_Bug__Pretty_Pussy_From_Prague.html

https://pornve.com/1bi9o45vvk9p/Cleaning_Up_His_Cock_-_Luna_Star.html

https://pornve.com/1bkc9bg0b9ib/check_up.html

https://pornve.com/1bnm1sysskpz/RealWifeStories_Kendra_Lust_The_Handicam_and_the_Whore_854px480
.html

https://pornve.com/1c0jvzg5mpw3/Rhyse_Richards_-_A_Mothers_Intrusion.html

https://pornve.com/1c62ftuyutfj/BRAZZERS_BigTitsAtSchool_Bad_Teacher_Nice_Tits.html

https://pornve.com/1c9bml5lsnv4/HotAndMean_Phoenix_Marie__Jayden_Cole_Stuck_With_Her_Pussy_Out.
html

https://pornve.com/1cc7l9gjtgoh/Pornstar_Fantasies_Brazzers.html

https://pornve.com/1ceu0xi4ig5m/Samantha_Ryan_-_Milfs_Like_It_Sleazy.html

https://pornve.com/1d6e4yjd2i5b/Guy_gives_cunnilingus_to_love_just_for_subsequent_bonking.html

https://pornve.com/1d7ltta46cai/Brazzers_Model_Stepmom.html

https://pornve.com/1d8zr7f3zre7/Lauren_Phillips_My_Professors_Pantyhose.html

https://pornve.com/1dtds46c3hsf/Couples_Seduce_Couples_18_2015_Minnie__Angie.html

https://pornve.com/1dyk4ojoe9zf/Memphis_Monroe_-_Take_Me_Out_To_The_Boob_Game.html

https://pornve.com/1ecehn49yiij/Humping_My_Chakras_Brazzers.html

https://pornve.com/1evqinilnfub/eva_lovia_no_husbands_allowed_remastered.html

https://pornve.com/1exnegl5e4c6/Organic_Orgasms_Kiki_Minaj_Danny_D.html

https://pornve.com/1f99734b30il/Dani_Daniels_Fuck_He_Says_She_Fucks_57_Top_Rated_Porn_Video_Of_T
oday_142_Most_Played_Porn_Video_Of_tToday.html

https://pornve.com/1f9h22npiutx/mom_first_time_incesti.html

https://pornve.com/1fkf6hgzzdgg/Money_Talks_true_lies_big.html

https://pornve.com/1flodc2tllh8/Sheila_Marie_-_Squirting_In_The_Shower.html

https://pornve.com/1fnxr55v31e2/Aryana_Adin_All_Over_Her_Overalls.html

https://pornve.com/1g1w0s2pk0wm/Ava_Addams_Nikki_Benz_Phoenix_Marie_Romi_Rain_Brazzers_House_
Orgy_Finale.html

https://pornve.com/1gc7qyzjuacy/Audrey_Show_-_Hit_The_Shower_Sins.html

https://pornve.com/1gfamx5k6ivj/Pulse_Part_One_-_Eva_Parcker.html

https://pornve.com/1go0exi8f4pa/Couples_Seduce_Couples_18_2015_Kyra__Candi.html

https://pornve.com/1gqu2mw7l748/_The_Cougar_And_The_Virgin_-_Brazzers_.html

https://pornve.com/1gssuotmfim4/asa_akira_swallows.html

https://pornve.com/1h5ps0r1mj90/Almost_Sisters_Riley_Reid__Melissa_Moore_Threesome_.html
https://pornve.com/1h5qiosd10u2/Blondie_Fesser_Marta_La_Croft.html
https://pornve.com/1h6bk3eq6rhy/Makayla_Cox_is_A_Mummy_With_Issues.html
https://pornve.com/1h82tik4d9w7/Stephanie_Cane_-_Dear_Diary_I_Luv_Big_Cock.html
https://pornve.com/1h9sm3wwiv5f/Fuckin_Fountain_Keira_Croft.html
https://pornve.com/1hkx36x841y6/jillian_janson_boned_by_the_butler_part_2_brazzersexxtra.html
https://pornve.com/1hqv07cid6ch/Peta_Jensen__Valentina_Nappi.html
https://pornve.com/1inpxxrf8tmx/monique_alexander__skyla_novea_pornstar_therapy_2_new_april_1_201
6_-_720p.html
https://pornve.com/1ipy23a3x7rd/Special_assistant_for_Mrs_Carter.html
https://pornve.com/1ivmrsdxarva/Slip_It_In_4_S4_Kinky_Kirby_Kirby_Maverick.html
https://pornve.com/1j2nli8sp4d0/BigWetButts_-_Assh_Lee_Sunbathing_Distraction.html
https://pornve.com/1j6an1e4cncp/Brazzers_-_Rub-And-Tug-Tub.html
https://pornve.com/1j9ujezfuqrq/Little_Red_Riding_Whore_-_Nikki_Rhodes.html
https://pornve.com/1k3qct51j46o/BabyGotBoobs_Layla_London_Attack_Of_The_Rack.html
https://pornve.com/1k5n9dr13c7b/Sacrifice_My_Ass_-_Joanna_Angel_Xander_Corvus.html
https://pornve.com/1k771cq10rux/Clyde_Heart_At_Home_CFNM_Yola_Squirts_For_You.html
https://pornve.com/1kif0es43s7m/Sarah_Banks_Pussy_Pat_Down.html
https://pornve.com/1l06ht46yeyl/Brazzers_Porn_Star_Sex_Tips_3_Brooke_Beretta.html
https://pornve.com/1l3cr0l0tqz2/_Brazzers_-
_Pervy_security_guy_gets_humiliated_and_fucked_by_2_hot_milfs_.html
https://pornve.com/1lds81b230xt/RealityKings_-_Pervert_Punishment_Realitykings_RK-
Prime_Leigh_Darby_Ava_Koxxx_Sam_Bourne_Blonde.html
https://pornve.com/1ldyiykyxgs8/Brooklyn_Chase_-_Goody_Two_Tits.html
https://pornve.com/1lvvaicofe8b/LilHumpers_3_S1_Krissy_Lynn_Long_Distance_Cucking.html
https://pornve.com/1lwmfzh2hffc/Shes_Sneaky_Sweat_Maggie_Green.html
https://pornve.com/1m4kf6regobr/Anal_Day_With_Jolee_Love.html
https://pornve.com/1mh039w3qdeq/Whats_In_the_Bag_-_Karlie_Simon.html
https://pornve.com/1n6618ozzo6q/Dylan_Ryder_-_Doodling_The_Teacher.html
https://pornve.com/1njw5zfs9i88/katana_kombat_katana_works_it.html
https://pornve.com/1nw7ixcmvqd8/Brazzers_Taking_Pics_And_Stealing_Dick_Brazzers_Jordi_El_Nino_Polla_
Mina_Sauvage_Teens_Like_It.html
https://pornve.com/1obuk61q72nv/Veronica_Rayne_-_Ra_Ra_Fuck_My_Ma.html
https://pornve.com/1oedn7je164h/Brazzers_-_The_Welcum_Tour.html
https://pornve.com/1oeluipsh2yn/Lana_Rhoades__Nicolette_Shea_-_Double_Occupancy.html
https://pornve.com/1omnexow1vhy/DareDorm_Sophia_Leone_Michelle_Martinez_Joseline_Kelly_-
_Halloween_Dress_Down_28_10_2016.html
https://pornve.com/1oo0su27o84w/Diamond_Foxxx_-_Vice_City_Vacation_Part_One.html
https://pornve.com/1orl7jukauzx/Delta_White_-_The_Flash_Bandit.html
https://pornve.com/1ozd7efbbdbv/Abellas_A_Pornstars_Natural_Habitat.html
https://pornve.com/1p0t2ejlhor0/GFRevenge_Does_a_body_right.html
https://pornve.com/1pfycakck3yc/Cum_To_Mommy_2_RealityKings.html
https://pornve.com/1pq6iq1lor21/My_Stepmoms_Obsessed_With_Me_Brazzers.html
https://pornve.com/1q0lb8dap0g8/Ryan_Uses_The_Washing_Machine_Ryan_Keely.html
https://pornve.com/1q13odwfe507/BigTitsAtWork_Angela_White_Full_Service_Banking_22_01_2018.html
https://pornve.com/1q17tnkabeav/What_A_Fucking_Driver_Angelina_Taylor_480p.html
https://pornve.com/1qc7fx2f2mof/Holly_Hendrix_And_Mandy_Muse_bblib_bblib_Threesome_Pornstar_Holl
y_Hendrix_Mandy_Muse_Tags_Anal.html

https://pornve.com/1qhqzcjpmj36/Cherie_Deville_Cosplay_With_My_Ass.html
https://pornve.com/1qidfo70pnlb/Anal_New_Diamond_Jackson_Office_Interraccial.html
https://pornve.com/1qpxm7hnp1ac/Susy_Gala_Danny_D_-_Foot_Clerk_At_Work_-_Big_Tits_At_Work.html
https://pornve.com/1r02gctb9vou/Anal_New_Lauren_Phillips.html
https://pornve.com/1rde6cvjo2p5/Capri_Cavanni_-_Show_Now_Touch_Later.html
https://pornve.com/1rv205k1aufb/Cock_of_Duty_A_XXX_Parody_2016_English_WEBRip.html
https://pornve.com/1rze3fwtoqpv/BigWetButts_Peyton_Sweet_Sweet_Ass_Candy_-_16_08_16.html
https://pornve.com/1s3bxyuutj82/Brazzers_One_Wet_Cheerleader_Brazzers_Big_Tits_Big_Tits_At_School_Peta_Jensen_Brunette_Shave.html
https://pornve.com/1s4mragewgah/Katrina_Jade__Keisha_Grey_-_Onesie_Party.html
https://pornve.com/1s74el95qagq/RKPrime_Ava_Koxxx_And_Leigh_Darby_Pervert_Punishment.html
https://pornve.com/1sy62byc02mj/brazzer_sex_xtra_brazzers_abby_lee_brazil_sean_lawless_slut_hotel.html
https://pornve.com/1szpf1s0lywn/Sharing_Is_Caring_August_Taylor_Sybil.html
https://pornve.com/1t3qwsu2hjz0/Tl1b_M4delyn_M0nroe_Z0ey_M0nroe.html
https://pornve.com/1ta6fi4v0j6o/The_Masturbating_Teacher_-_Sunny_Lane__Danny_D.html
https://pornve.com/1te6e8nw1rsk/Teen_Sleepover_Brazzers.html
https://pornve.com/1u59918l0c98/Puma_Swede_-_The_Puma_Unleashes_In_The_Bathhroom_Stall.html
https://pornve.com/1ugn81h14otl/Carmen_Caliente_-_Carmen_Loves_Cock.html
https://pornve.com/1uhr1zu2q6h8/Missy_Martinez_-_Not_Another_Happy_Ending.html
https://pornve.com/1uix25mksq8s/National_Pornographic_The_Teen_Porn_Star_-_Gina_Gershon__Danny_D.html
https://pornve.com/1umndo48cdiu/big_butt_ebony.html
https://pornve.com/1urcrlzd6ply/WeLiveTogether_17_02_16_Kelsi_Monroe_And_Khloe_Kapri_Wicked_Surprise_Part_1_XXX_-KTR.html
https://pornve.com/1uroecyp5edr/Blanche_Bradburry_Maid_For_Anal.html
https://pornve.com/1vv5wetrpu57/Kendra_Lust__Peta_Jensen_My_Two_Wives.html
https://pornve.com/1x0tq15jb6nk/18_Bella_Rose_And_Miss_Raquel_Girl_Forced_To_Massage_8_Top_Rated_Porn_Video_Of_Today_28_Most_Played_Porn_Video_Of_Today_41_TOP_Rated_Porn_Video_Of_Week.html
https://pornve.com/1x65emayjoun/Reality_Kings_Moms_Bang_Teens_11.html
https://pornve.com/1xbshug4squ0/Teasing_The_Teaser_Brazzers.html
https://pornve.com/1xfe6gx7b96s/Lola_Foxx_-_Chief_Executive_Whore.html
https://pornve.com/1xob1xrazj3v/Sam_Bourne_Michelle_Thorne_-_Fixing_My_Daughters_Boyfriend.html
https://pornve.com/1xowjtcq65y5/Christie_Stevens_-_The_Anal_Method.html
https://pornve.com/1xox97upci98/MILF_Jayden_Jaymes_Oiled.html
https://pornve.com/1xv7w58c62pg/Bubble_Bath_Booty_Call_Moriah_Mills.html
https://pornve.com/1y4b5yqq8xbz/Dani_Daniels_-_Fuck_The_Law.html
https://pornve.com/1ybg6fofxch1/Nurse_Fuck_with_Criminal.html
https://pornve.com/1ys8t9ckd7h2/Queen_of_Thrones_Part_3.html
https://pornve.com/1yvihsdlntk4/London_River_Charles_Dera_-_Bench_Press_My_Biddy_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/1zdo9rbppcbd/All_Dolled_Up.html
https://pornve.com/1zmxbu8ygixc/Diana_Prince_-_Back_Door_Robbery_-_Brazzers.html
https://pornve.com/207feb8nbnzd/TLeah_Gotti_-_Good_Gotti.html
https://pornve.com/20ao1q9slxqd/Riley_Reid_POV_Nurse_Helps_To_Donate_Sperm.html
https://pornve.com/20b69isrgkzd/Nikki_Benz_-_A_Heros_Treatment.html

https://pornve.com/20h94oamzj0m/Anal_New_Aletta_Ocean_Pornstars_Like_It_Big.html
https://pornve.com/20ilzjruvu1s/Brazzers_Pornstars_Like_It_Big_Pornstars_Are_Just_Like_Us_Jessa_Rhodes.html

https://pornve.com/20qyhy4chqii/Brandi_Love_-_One_Night_in_Swinger_Heaven_-_Brazzers.html

https://pornve.com/21uqw3bzanzg/Brazzers_-_Teens_In_The_Backseat_Anal_Big_Tits_Blonde_Brunette_Femdom_Girlfriend_Latina_Natur.html

https://pornve.com/21w4p49864cz/Taking_it_in_the_Laundry_Shoot_Mya_Nichole__Keiran_Lee.html
https://pornve.com/221uir2rxiz5/mommy_funny_mommy_funny_3145_9_793_plays_published_on_1_day_ago_category_ass_redhead_pornstar_alana_cruise_tags_anal_red_head_tag_this_video_105_most_played_porn_video_of_today.html

https://pornve.com/23i1drgj5i6e/CumFiesta_Chloe_Couture_Cooch_Couture.html

https://pornve.com/242ikhtuyn29/Juelz_Ventura_Wide_Open_Ass.html

https://pornve.com/245iyijnwtpy/8thStreetLatinas_Vanessa_Sparks_All_Sparks_-_21_10_2016.html
https://pornve.com/24aftoodo4tv/Milf_Squad_Vegas_Ava_Addams_Bill_Bailey.html
https://pornve.com/24drx3opwn7k/DirtyMasseur_Mia_Malkova_Remastered_White_Yoga_Pants.html
https://pornve.com/24fybtalx04u/Elena_Gilbert_Tyler_Steel__Rich_Girl_Learns_A_Lesson.html

https://pornve.com/24xzqdffynvc/MomsBangTeens_-_Vanessa_Sparks__Jamie_Valentine-The_Report_Card.html

https://pornve.com/2547nt4bv2sh/Lexi_Belle_Naughty_60s_Diner_Fun_Roller_Skates.html

https://pornve.com/25aj0a9jr3u1/Parker_Swayze_-_Play_With_Swayze.html
https://pornve.com/260o5dv2r0eo/Big_Tits_MILF_Butterball_Getting_In_Shape.html
https://pornve.com/26393bww02t1/MilfsLikeItBig_Kendra_Lust_Kendras_Thanksgiving_Stuffing_23_11_2016_rq_1k.html

https://pornve.com/267ua0dozmn9/StreetBlowJobs_Chelsea_Jade_Catch_My_Cum_-_17_07_16.html

https://pornve.com/269qcod7144u/Ava_Addams_Sucking_The_Sitter.html
https://pornve.com/26u6pn5sjgug/8thStreetLatinas_Cristi_Ann_Sucking_And_Fucking_-_26_08_16.html

https://pornve.com/26wnsp6hriwf/Jenaveve_Jolie_-_Hot_For_The_Teacher.html

https://pornve.com/27ewjrmkcmd6/Mazzy_Grace_Prissy_Pussy.html
https://pornve.com/27fc8lzg0gl4/Mounted_By_My_Mother_In_law_Brandi_love.html

https://pornve.com/27jcdlmvopdu/Stacy_Jay_-_Tity_Transaction.html

https://pornve.com/27u9oy215get/Lea_Lexis_-_Return_of_the_Stalker.html
https://pornve.com/27zn1col4bwk/_blowjob_big_tits_milf_hardcore_big_dick_mature_handjob_foursome_groupsex_milf_tags_big_tits_4009_7_428_plays_published_on_1_day_ago_luka40090gmail_for_online_fun_online_gf_category_babe_syren_demer_tag_this_video_.html

https://pornve.com/28dnbdxnbbs2/Rebecca_More_Filthy_Moms_1_S4.html

https://pornve.com/28e6ikc8xqyo/Bridgette_B_Nicolette_Shea_-_BabeZZ_Watch_A_XXX_Parody_-_Brazzers.html

https://pornve.com/298k02prqqu4/Angelica_Heart_fucks_on_bike.html
https://pornve.com/29asd8cwatpf/Wife_cheating_on_her_husband_with_a_thief.html

https://pornve.com/29o15rutlepj/Lisa_Ann_Facial_Lust_Bite_Episode_3_.html
https://pornve.com/29v63p5fafju/WeLiveTogether_19_07_16_Autumn_Falls_And_Scarlit_Scandal_Dipping_And_Dripping_XXX_SD.html

https://pornve.com/2a1yq3yx43h1/Cassidy_Banks_-_Teens_Love_Huge_Cocks_7_2015.html
https://pornve.com/2adsi661pu2r/ZZ_Lemonade_Dani_Daniels_Jessy_Jones_Dani_Daniels_Big_Butt_White_Girl_Brazzers_Oiled_Pornstars.html

https://pornve.com/2atx0z03tigd/DirtyMasseur_19_07_23_Alexis_Fawx_Multitasking_Massage_XXX_SD.html
https://pornve.com/2axxxfxks0dr/Janice_Griffith_6_Published_On_23_Minutes_Ago_Subscribe_For_More_hdp0rn.html

https://pornve.com/2bdbq1apnrcs/Callie_Nicole_What_That_Mouth_Do_Blowjobs.html

https://pornve.com/2bsx5r5nfqg9/Bridgette_B_-_Bubbliest_Butt.html

https://pornve.com/2bvbz4icbgr5/white_big_tits_girl_fucked_so_hard.html

https://pornve.com/2c0mx477aglj/Morgan_Lee_-_Pay_To_Lay.html

https://pornve.com/2cdrputu0ckg/Moms_In_Control_5_Scean_2Tarra_White_Leyla_Morgan_Jordi_El_Nio_Polla.html

https://pornve.com/2cj4cf7p5n07/MILF_Ariella_Ferrera_First_ANAL_Massage.html

https://pornve.com/2cmkf040kxa7/Asa_Akira_The_Hitchhiker.html

https://pornve.com/2cna5z5kksxu/This_Tit_Is_Not_A_Toy_Hot_Mom_Isis_Love_Gets_Titty_Fucked_.html

https://pornve.com/2cu5jn9dolao/GFRevenge_Broad_opening.html

https://pornve.com/2cwps5dz35el/Angela_White_-_Forest_Nymph-O-Maniac_-_BigWetButts_bigtits_bigass_MILF_oiled_black.html

https://pornve.com/2e90ox0cn0mq/MoneyTalks_-_Kylie_Quinn_And_Raven_Redmond_Table_Dance_-_16_05_03.html

https://pornve.com/2eptwtt2hcoh/lucky_guy_fuck_surprise_gift.html

https://pornve.com/2ffr6ygdr2c5/PornstarsLikeItBig_-_Anna_Bell_Peaks_40Tits_Out_Like_A_Light41_NEW_14_July_2016.html

https://pornve.com/2fpeem4d99d8/RealWifeStories_Chanell_Heart_The_Ultimate_Pedicure_-_30_10_2016.html

https://pornve.com/2fpl6f1cssk2/Cum_For_Me_Katerina.html

https://pornve.com/2g0wsi3fptx3/Tory_Lane_She_Is_The_Boss_Anal_Threesome_-_720p.html

https://pornve.com/2g4kqgzk3a4q/HotAndMean__Brazzers_Harley_Jade__Yhivi_-_Switching_Teams_Part_1.html

https://pornve.com/2glp0wu40p2q/Allison_Moore_-_Last_Call_For_Cock_And_Balls.html

https://pornve.com/2gqj6bpceup4/Holly_Michaels_-_Squirt_Workout.html

https://pornve.com/2hi30pl9gpx9/Brazzers_Noemie_Bilas_Athena_Faris_A_Family_Affair_The_Reunion_Part_2_BrazzersExxtra_porn_VEPORN.html

https://pornve.com/2ht9aesm9vd5/Richelle_Ryan_-_Jackhammering_Richelle_Ryan.html

https://pornve.com/2iei8oukb9vu/Razzers_Ariella_Ferrera_And_Roni_Ribas_Where_They_Belong.html

https://pornve.com/2im92oeeijsb/DirtyMasseur_17_04_11_Jillian_Janson_Method_To_My_Tight_Ass_XXX_-_KTR.html

https://pornve.com/2iso4hv5oopp/DirtyMasseur_-_Brazzers_-_Athena_Palomino_Kyle_Mason_Acupussy_Therapy.html

https://pornve.com/2iw7c5iz5nne/brazzers_porn_stars_like_it_big_cock_of_duty_a_xxx_parody.html

https://pornve.com/2j1o1w2w58ak/Alison_Tyler_-_The_Study_Buddy_-_Brazzers.html

https://pornve.com/2j4sfo9z80hr/NEW_Peta_Jensen.html

https://pornve.com/2j5701eww9pi/blowjob_hardcore_teen_cumshot_deep_throat_interracial_ebony_babe_handjob_nice_ass_teen_tags_babe_teanna_trump_tlib_3915_45_plays_published_on_3_hours_ago_category_ass_nice_and_sweet_teen.html

https://pornve.com/2j5p1adxaehd/The_Insomniac_Sucker.html

https://pornve.com/2jgbvwt3o6wk/Handson_Learning_Brandi_Love__Jordi_El_Nio_Polla_Step_Mom_Teachers_Her_Son_How_To_Have_Sex.html

https://pornve.com/2jk0q18tikmw/Best_Kept_Secret_Remastered.html

https://pornve.com/2jq6damdpang/Big_Tits_Commandos_Angela_White__Karlee_Grey.html

https://pornve.com/2jvioiv90n5h/Getting_Her_Happy_Ending_Ryan_Keely.html

https://pornve.com/2kb23pgfxxse/A_Whipped_Cream_Cocksicle_Brazzers.html

https://pornve.com/2kb7veigdsxr/Ava_Courcelles_Bianca_Resa_Sex_Starved_Soccer_Moms.html

https://pornve.com/2kqd3rcph2b5/Puma_Swede_Anal_Cock_Whisperer_-_720p.html

https://pornve.com/2l4xa8wf31ug/Asa_Akira_Pool_Blowjob.html
https://pornve.com/2lrlfzy0rjfc/BigTitsAtWork_Mary_Jean_The_Headhunter.html
https://pornve.com/2lvzvjnly4pl/Anal_Interrazial_New_Nikki_Benz.html
https://pornve.com/2lyap7pzo1l5/Brazzers_House_3_Episode_1.html
https://pornve.com/2m0ieznt1sem/Milfhunter_Fucks_Woman_He_Met_In_Store.html
https://pornve.com/2mbsg33lrs41/FirstTimeAuditions__RealityKings_Maya_Mona_-_Making_Maya_Moan.html
https://pornve.com/2mo2togl1b1j/Pinball_roller_girl_sd.html
https://pornve.com/2mzvim0hnm6g/Kendra_Lust_Johnny_Sins_-_Nuru_Nymph_-_Dirty_Masseur.html
https://pornve.com/2njuxlgg1a03/MonsterCurves_-_Kelsi_Monroe_-_The_Naughty_Librarian.html
https://pornve.com/2ntyzmnuus8a/Nicolette_Shea_does_awesome_deepthroat_blowjob_and_fucks_hard.html
https://pornve.com/2nwqxhfvi5nw/Brazzers_Big_Wet_Butts_Full_Moon_Brittany_Andrews.html
https://pornve.com/2o5p4i83tv8z/Sophie_Dee_Fuck_The_Depression_Away.html
https://pornve.com/2o80epreokgk/Tia_Layne__Emma_Leigh_-_Teaching_the_Temp.html
https://pornve.com/2ohpatuwlkkr/Ariella_Ferrera_-_Sex_by_the_Pool.html
https://pornve.com/2or7gjblti2h/Brazzers_-_Blonde_paramedic_Lylith_Lavey_revives_patient_and_gets_analized_.html
https://pornve.com/2ormp3xa6qvd/Huge_Facial_Big_Cock_Big_Tits_Brandy_Aniston.html
https://pornve.com/2p88lwmal4em/Brazzers_-_Smart_Home_Nicolette_Shea_September_01_2018.html
https://pornve.com/2phen4acm36u/Remy_LaCroix_Remys_Ring_Toss_milf_anal_porno.html
https://pornve.com/2pj3ea6iqof4/Kayla_Kayden_Ass_Oiled_Up_And_Fucked_10_22_20.html
https://pornve.com/2q91glaqa2hb/RK_Prime_Studyfuck.html
https://pornve.com/2r7qgpnmeqn6/Ava_Steel_Bruno_Dickens_-_Feeling_Blue_-_Street_BlowJobs_-_Reality_Kings.html
https://pornve.com/2r9564htu756/DAREDORM_76_Titty_Pong_1of2.html
https://pornve.com/2rfz6o9diwxl/NEW_Audrey_Bitoni__Nicole_Aniston_720p.html
https://pornve.com/2ri08d6r3voh/Brazzers_Exxtra_Brazzers_Halle_Hayes_Lucas_Frost_Sharing_The_Bed_24_11_2019.html
https://pornve.com/2ri3uhef21nm/CUM_OVERLOAD_COMPILATION_III.html
https://pornve.com/2s0w4tqty75m/_Stay_Away_From_My_Daughter_Ava_Addams_Fucks_a_Big_Dick_To_Save_Daughter_.html
https://pornve.com/2sb46fjk9zpe/Ex_Playboy_Bunny_Great_Pornstar_Miss_Kayden.html
https://pornve.com/2se5wrdxjm4z/Exercise_Ball_Brazzers.html
https://pornve.com/2sq3kuhy5ga4/_Have_You_Been_Served_.html
https://pornve.com/2sqyiibpko7n/Alektra_Blue_Nina_Elle_40Swingers_On_Vacation_Part_141_SD_NEW_MARCH_242016.html
https://pornve.com/2swfq75zlulq/realitykings2016-12-16_Hipster_Hottie.html
https://pornve.com/2t0izep756rc/Makayla_Cox_Vienna_Black_No_Pain_No_GPA_Gain.html
https://pornve.com/2t5viwxnfrqa/_Amanda_Lane_Veronica_Rayne_Johnny_Sins__Kindly_Fuck_My_Stepdaughter_HerePorn.html
https://pornve.com/2tal2qilpp6d/Moms_In_Control_15_S2_Kristen_Scott_Richelle_Ryan.html
https://pornve.com/2tcm0icx7hqm/Mercedes_Carrera_Tarot_Dick.html
https://pornve.com/2tgnmzfygwxj/GFRevenge_Juicy_janice.html
https://pornve.com/2tk9oyfq4tgo/fuck_mentor.html
https://pornve.com/2uxbd4dnxmc3/Priya_Anjali_Rai_-_Youre_A_Pain_In_The_Back.html
https://pornve.com/2v26aqo4g1jo/August__Jayden_Jaymes__Whitney_Fears_-_Brazzers_Idol.html

https://pornve.com/2vh0i3awvvrz/On_The_Road_With_Chloe_Amour_52_Top_Rated_Porn_Video_Of_Today_101_Most_Played_Porn_Video_Of_Today.html

https://pornve.com/2vk8u9x03eho/Diamond_Monrow_Round_And_Pound.html

https://pornve.com/2vp939vchgpn/Samantha_Rone_-_Samanthas_Gift_to_Brazzers.html

https://pornve.com/2vuv78d6f9ok/Giselle_Leon_-_Do_You_Nuru.html

https://pornve.com/2vw84jo5aenw/Sex_Games_and_Sexy_Prices.html

https://pornve.com/2wb02rxvgkvh/Moms_In_Control_15_S1_Eva_Notty_Melissa_Moore.html

https://pornve.com/2wju8fpclryh/RoundAndBrown_17_04_14_Daya_Knight_Ass_Out_Cock_In_XXX_-KTR.html

https://pornve.com/2wlhi89rnm8p/Hot_All_Good_New_Rachel_Roxxx.html

https://pornve.com/2wmoy312e6qk/MonsterCurves__RealityKings_Bella_Reese_-_Dick_handler.html

https://pornve.com/2wt80mfo8p72/HOT_Peta_Jensen__Valentina_Nappi.html

https://pornve.com/2wu4il9amqtd/Liza_Shay_And_Zazie_Skymm_Bang_Hard.html

https://pornve.com/2wwjkv0qwiif/Lena_Paul_Plowing_The_Wedding_Planner.html

https://pornve.com/2x0eo9ys1xdg/Canela_Skin_Anal_Sex_Doesn_t_Happen_In_A_Vacuum_23_10_2020_anal_Bigtits_Milf.html

https://pornve.com/2x5sl2gxefde/BRAZZER_hot_and_mean_anya_ivy_and_lynn_vega_up_all_night.html

https://pornve.com/2x9fe7vhcm5d/Cassidy_Banks_Kenzie_Taylor_-_Line_Em_Up_big.html

https://pornve.com/2xb7tpex993h/Special_Assistant_To_Ms_Carter_Charles_Dera__Cali_Carter.html

https://pornve.com/2xfe6hq8f1th/MomsLickTeens_Mia_Lelani_Ivy_Rose_Pink_Little_Mia_-_29_11_2016.html

https://pornve.com/2xkbr4f3nq3g/Bet_Your_Ass_Abella_Danger_and_Carter_Cruise_Brazzers.html

https://pornve.com/2yath2zejowx/GFRevenge_Double_It_Up.html

https://pornve.com/2z4admvnnve8/Ava_Courcelles_Bianca_Resa_are_Moms_Who_can_take_Control.html

https://pornve.com/2z5bp9795fpt/Brooke_Belle_-_The_Super_Stroker_Treatment.html

https://pornve.com/2z6qzqtzx2ea/First_Time_Auditions_33.html

https://pornve.com/2zdz58j66jm6/threesome_lube_bwb_jadasheena_5034_673_plays_published_on_22_hours_ago_category_anal_pornstar_jada_stevens_sheena_shaw_tags_anal.html

https://pornve.com/2zfv11cf2re4/Ryder_Skye_-_Satisfying_The_Boss.html

https://pornve.com/2zmco9sajshv/Ella_Woods_-_Teens_Love_Huge_Cocks_7_2015.html

https://pornve.com/30mi5v50zi8z/Mina_Sauvage_Takingbpics_And_Stealing_Dick.html

https://pornve.com/30mycixegtyj/SneakySex_19_05_04_Kiara_Cole_Idle_Hands_Dirty_Thoughts.html

https://pornve.com/30nmj0srmv35/DP_Anal_Ramming_Rebecca_Moore.html

https://pornve.com/315mbcn514xd/Romi_Rain_The_Whore_And_The_Big_Dick.html

https://pornve.com/31arhwjvcmmv/BigTitsAtWork_-_Tasha_Holz.html

https://pornve.com/31c1l4l4xz5t/Brazzers_Real_Wife_Stories_Holly_Hendrix_Our_Cute_Little_Plaything_2.html

https://pornve.com/31e5br2ib6lk/Lisa_Ann__Isiah_Maxwell_MILF_Perfection_S1.html

https://pornve.com/31kexe6sviu0/phoenix_and_jeda.html

https://pornve.com/31p8gb808n2d/Realitykings_Gina_Valentina_Sloan_Harper_Kendra_Spade_Gia_Derza_Autumn_Falls.html

https://pornve.com/31wi1sjvot6d/Alex_Chance__Aubrey_Addams__Noelle_Easton_-_My_Two_New_Lesbian_Lovers.html

https://pornve.com/329yjkqb4gcl/brazzers_exxtra_brazzers_abigail_mac_kendra_lust_xander_corvus_personal_trainers.html

https://pornve.com/32ic9sz75v0u/BigTitsAtSchool_Angela_White_40Parent_Fucking_Teacher_Meetings_-_24_10_201641.html

https://pornve.com/33d0bv9q4p54/_Brazzers-_Hot__busty_Makayla_Cox_rides_his_students_dick_in_classroom__.html

https://pornve.com/33gm7p80i227/Kagney_Linn_Karter_Anal.html

https://pornve.com/33ho7xtesr0k/Kendra_Lust_And_Jenny_Sativia_MILF_Workout.html

https://pornve.com/33sfeffv1krj/_Brazzers_-_Fit_and_athletic_babe_Amia_Miley_works_out_on_a_cock_.html

https://pornve.com/34aqjuifoal2/Asian_brunette_teen_submits_to_bondage_and_domination.html

https://pornve.com/35lppsxjoqs3/Lily_Rader_Love_On_Lily.html

https://pornve.com/35lypryej7s7/Brazzers_A_Family_Affair_2_Part_One_Van_Wylde_Black_Hair_Ebony_Blowjob_Creampie_SneakySex.html

https://pornve.com/35pmhedijq2p/Masturbation_Threesome_-_Madison_Ivy_And_Rebeca_Linares.html

https://pornve.com/35w86bokdl3c/RealWifeStories_19_04_07_Vienna_Black_Film_Me_Follow_Me_Fuck_Me.html

https://pornve.com/362widtt6q1y/Riley_Reid_-_Im_Going_To_Enjoy_This_Sir.html

https://pornve.com/36kxuo57koi3/GFRevenge_So_good.html

https://pornve.com/36q56vxlwwhg/Holly_West_Veronica_Rayne_Alana_Evans_anal.html

https://pornve.com/36rxjkyna53j/Double_attack.html

https://pornve.com/3700k5cvyvab/Darling_Danika_MILF_At_Your_Convenience.html

https://pornve.com/37jnk1gn9yxl/Bloody_Anal_Cassidy_Banks.html

https://pornve.com/38c6kb9vxrp9/WeLiveTogether_Sierra_Nicole_Sophia_Leone_-_Home_Alone_Finally_17_11_2016.html

https://pornve.com/38olv1hlvh03/RoundAndBrown_Summer_Knight_Roll_With_It_-_28_10_2016.html

https://pornve.com/38rzfimcp2fh/My_wife_Slut_03_-Peta_Jensen.html

https://pornve.com/397gxjzrszk1/Jada_Fire_-_Fuck_My_Backdoor_Chute.html

https://pornve.com/39aqlq03e0t0/StreetBlowJobs_15_12_13_Sophia_Sugar_Gimme_Some_Sugar.html

https://pornve.com/39b5eusaprc3/POV_Lesbian_Teen_Fucking_Cumshot_Group_Club_Club_Fucking_Published_On_3_Months_Ago_Category_Blowjob_Public_Tags_Public_.html

https://pornve.com/39or8eyrg1t1/Bothered_By_The_Bush.html

https://pornve.com/39qsu2q9tm6v/Keisha_Grey_-_Getting_Wild_With_Keishas_Fine_Ass.html

https://pornve.com/3a0316d09t6s/Milfs_Like_it_Big_Brazzers_Ryan_Keely_Isiah_Maxwell_Pounded_By_The_Producer_2_4_2020.html

https://pornve.com/3a0tzq9cqd6c/Shy_Love_-_Total_Knockers.html

https://pornve.com/3aam79d8g8nd/Oiled_Anal_Big_Wet_Butts_Nikki_Benz.html

https://pornve.com/3abwmbn7qdff/Stepmoms_Need_Loving_Too_BraZZers_HDRip.html

https://pornve.com/3aec9sk7aj2w/Our_College_Librarian_Sheridam_Love.html

https://pornve.com/3ah6iwgelh9i/Money_Talks_cross_country_coochie_big.html

https://pornve.com/3ajscsfsll4x/Anal_Is_A_Girls_Best_Friend_Chanel_Preston__Danny_D.html

https://pornve.com/3aljprc8djxu/Brazzers_Rachel_Lets_Her_Hair_Down_Rachel_Starr_Brazzers_Big_Tits_Pornstars_Brunette_Cumshot.html

https://pornve.com/3arygctsaqck/Nikki_Benz_-_Losing_Is_Winning_Sometimes.html

https://pornve.com/3au1q4obyvtk/Tis_The_Season_Sestiny_Dixon.html

https://pornve.com/3b2ypp8rl3x1/Kelsi_Monroe_Broken_Down_Hottie_Kelsi_Big_Ass_Monroe_Big_Ass_Kelsi_Monroe_New_Porn.html

https://pornve.com/3b6x9nuzjf0s/free_download_piper_perri_and_kharlie_stone_stepsisters_share_a_bed_98_top_rated_porn_video_of_today_192_most_played_porn_video_of_today.html

https://pornve.com/3bierkf90t6e/RealWifeStories_August_Taylor_40My_Husbands_Best_Friend_-_28_10_201641.html

https://pornve.com/3bsovvk5o6ob/Brazzers_Eye_On_The_InfieldBrazzers_Mommy_Got_Boobs_Diamond_Jackson_Brunette_HD_Full-HD_2018.html

https://pornve.com/3c1n5rmno81c/Rebecca_More_Rhiannon_Ryder_-_Pussy_Is_International.html

https://pornve.com/3c90ta0ev8f5/fucking_stepmom_in_the_bathtub.html

https://pornve.com/3ca3414xmsj0/Missy_Martinez_Noemie_Bilas_Jessy_Jones_The_Morning_After_Mess.html

https://pornve.com/3cqsv3muc5i0/D4_Br33_0lson.html

https://pornve.com/3cr0axi2m60l/August_-_Got_Sperm.html

https://pornve.com/3cth8wuwzwsq/Bathing_Your_Friends_Dirty_Mama_Leigh_Darby__Jordi_El_Nio_Polla.html

https://pornve.com/3cvap7qf8336/Brazzers_-_Petite_babe_Riley_Reid_visits_the_doctor_for_a_check_up_.html

https://pornve.com/3czrk2b75zqp/Money_Talks_slim_and_trim_big.html

https://pornve.com/3d6uvqbzdua5/Luna_Star_get_fucked_hard_.html

https://pornve.com/3dm7k6bob1p5/Adrian_Maya_Cristi_Ann__Amy_Parks_Oil_Wrestling.html

https://pornve.com/3e54g4d28hir/Brandi_Bae_-_Sexercise_Slut.html

https://pornve.com/3ebajv7vu4mg/Show_Me_How_You_Jerk_Off_-_Abbey_Brooks__Tyler_Nixon.html

https://pornve.com/3ebe9ykm82zx/phoenix_fuck_in_pool.html

https://pornve.com/3ebkemvcu4qc/DAREDORM_71_A_Guy_For_All_2of2.html

https://pornve.com/3emtj6o1s9ge/Brazzers_Learning_The_Hard_Way_Lela_Star.html

https://pornve.com/3f79bf1ks3ii/Couples_Seduce_Couples_18_2015_Vivien_Bell__Maria.html

https://pornve.com/3ff1v3cyuw61/Sativa_Rose_-_Oily_Tits_And_Fuckable_Feet.html

https://pornve.com/3fjfu2jk8h6a/MommyGotBoobs__Brazzers_Lezley_Zen_-_The_Blow_Job_Seeker.html

https://pornve.com/3flfbbjb34m0/dick_and_dollars_Alexa_Jaymes.html

https://pornve.com/3fqpv49wvgjr/Brazzers_Inside_Her_Trading.html

https://pornve.com/3fvhdyclgmh9/teen_pornstar_gia_paige_kassius_kay_lizzie_bell_tricsy_star_zoey_foxx_tags_blonde_miscellaneous_ruby_red_cori_lynn.html

https://pornve.com/3g03uq8tu8bw/Published_On_29_Minutes_Ago_Brazzers_Big_Tits_In_Sports.html

https://pornve.com/3g1pp0hnab98/reality_phoenix.html

https://pornve.com/3g2cotfbjus6/Lachelle_Marie_-_Fuck_Me_To_Stay_In_The_Country.html

https://pornve.com/3g5ycgv3z9jw/Krissy_Lynn_-_Knockout_Pussy.html

https://pornve.com/3g9g8es39lbd/Moms_In_Control_15_S4_Aaliyah_Hadid_Courtney_Taylor.html

https://pornve.com/3gdq854z8yx7/NEW_Jasmine_And_Webb_Danny_D.html

https://pornve.com/3gdqyszzwkzb/Big_Wet_Butt_Kiara_Mia_Oily_Fuck.html

https://pornve.com/3gknzr7tjouu/Brazzers_The_second_cumming_Part_1_Brazzers_Pornstars_Like_It_Big_Brett_Rossi_Keiran_Lee_Bl.html

https://pornve.com/3gmhfcc71lnb/Brazzers_Exxtra_Tamara_Grace_Serving_the_Landlords_Daughter.html

https://pornve.com/3guailtb1tre/Ava_Addams_-_Taught_To_Talk_Dirty.html

https://pornve.com/3h2xpqznvpqk/Ivana_Sugar_schoolgirl.html

https://pornve.com/3h6oc7eyzh6m/big_tits_brunette_milf_babe_homemade_american_tits_3514_6_371_plays_published_on_1_day_ago_category_ass_milf_tags_big_tits.html

https://pornve.com/3h7b8x0pyk4v/Brazzers_I_Hired_My_Daughters_Boyfriend_Brazzers_Big_Tits_At_Work_2014_Pornstars_Mercedes_Carr.html

https://pornve.com/3hfimmtua9wk/Reality_Kings_MILF_Hunter_36_40201541_Scene_1_Brook_Ultra.html

https://pornve.com/3hvixltywelk/Laura_Bentley_-_Watching_My_Teachers_Have_Sex.html

https://pornve.com/3i63wd6azizs/Puma_Swede_Revenge.html

https://pornve.com/3ipcxq5hr8ls/Holly_Halston_-_The_Secrets_Of_Marital_Sucksess.html

https://pornve.com/3j07yzfebu5h/MommyGotBoobs_-_Codi_Bryant_-_Super_Tits.html

https://pornve.com/3jc4bryog58q/Jayden_Jaymes_-_Suburban_Slut_Story_-_3.html

https://pornve.com/3jcgkf9vji40/Black_mature_fucked_with_a_young_white_guy.html

https://pornve.com/3jda54wd80jt/Kayla_Carrera_-_Big_Boss_Principle.html

https://pornve.com/3jdii40yo30d/Lost_In_Brazzers_Episode_3_Aletta_Ocean_Brazzers_Danny_D_Prison_Cop_Masturbate_Big_Tits_Blo.html

https://pornve.com/3jjn2q577fnl/Love_leson_Darryl_Hanah_and_Bailey_Blue.html

https://pornve.com/3jzlffz88p14/A_History_of_Whoring_Brazzers.html

https://pornve.com/3k4b4bnygwwz/_StreetBlowJobs__Hope_Harper__Tongue_Action__NEW_02_August_2015.html

https://pornve.com/3kc9gsk28r3i/Taylor_Reed_Pretty_Taylor.html

https://pornve.com/3kk8vly0187u/MommyGotBoobs__Brazzers__Reagan_Foxx_Jessy_Jones_Save_The_Tits_24112016.html

https://pornve.com/3klgigy83tlq/Alexis_Fawx_Khloe_Kapri_Afternoon_Special.html

https://pornve.com/3knvpgtv3iu2/_Brazzers_-_Prom_Pussy_.html

https://pornve.com/3ktnqbq3yx2p/Sarah_Vandella_BWB_73_Top_Rated_Porn_Video_Of_Today_97_Most_Played_Porn_Video_Of_Today_182_Top_Rated_Porn_Video_Of_Week.html

https://pornve.com/3lnj2mxqwtfn/Makayla_Cox_Sneaky_Sauna_Mama_Mommy_Issues_3.html

https://pornve.com/3lnk9ed90f0l/Patty_Michova__Danny_D_Banging_The_Butler.html

https://pornve.com/3m7hb44o9b9e/Assh_Lee_Fucking_An_Asshole_Made_Of_Gold.html

https://pornve.com/3mjfuzd2pgdr/Big_Wet_Miami_Booty_Nina_Kayy__Bruce_Venture.html

https://pornve.com/3msz1in6nws0/Summer_Hart_Big_Tits_Shower_Surprise.html

https://pornve.com/3mtyo1bnj2eu/Lisa_Ann_Ava_Addams_-_Ogling_in_the_Office.html

https://pornve.com/3n7gmpc8uljy/Luna_Star_Victoria_June_Ramon_Escandalo.html

https://pornve.com/3nrdvjy3pbiy/abella_danger_the_pearl_of_the_sea_brazzersexxtra_latina.html

https://pornve.com/3ns1eya9ln74/Small_Hands_Nailing_The_Neighborhood_Bully.html

https://pornve.com/3o35kilk7fci/Kenzie_Reeves_Piped_Down_-_Brazzers.html

https://pornve.com/3o91g99jcftd/Mia_Malkova_Phoenix_Marie_-_Bz_10th_Anniversary_BTS_Interview.html

https://pornve.com/3odfbnhnr96h/Reality_Kings_MILF_Hunter_34.html

https://pornve.com/3oos4hbcwxjp/Brazzers_-_Family_Affairs_Part_3.html

https://pornve.com/3pcekdt4g3p6/blowjob_big_tits_hardcore_boobs_cumshot_interracial_ebony_babe_bigtits_handjob_booty_big_natural_tits_masturabation_masturbation_tags_ebony_anya_ivy_bgb_3616_42_plays_published_on_50_minutes_ago_category_ass.html

https://pornve.com/3pkdbx7rts5e/Alanah_Rae_Lagina_Cable_Co.html

https://pornve.com/3pwethrmx3x9/Big_Tits_Ass_Boobs_Ma_Pimh_Pimh_125_Top_Rated_Porn_Video_Of_Today_158_Most_Played_Porn_Video_Of_Today.html

https://pornve.com/3px89k1dgpve/BlackGFs_Harmony_Rose_-_Galactic_Ass_12_10_2016.html

https://pornve.com/3q3q5m4kmsw5/Brazzers_-_Huge_tit_officer_Veronica_Avluv_gets_paid_with_sex_.html

https://pornve.com/3qf448ph3xjp/GFRevenge_Easy_access.html

https://pornve.com/3qi2wfzd98ns/Drilling_Mommy_2_Scene_4_Milf_Wheels_Olivia_Blu__Ramon_Nomar.html

https://pornve.com/3rxun9qahf9g/La_Sirena_Massage_With_Tricks.html

https://pornve.com/3sece0x8kjy2/Lily_Love_-_Charm_School_101.html

https://pornve.com/3syhetft8qrg/DAREDORM_70_A_Night_To_Remember_2of2.html

https://pornve.com/3syvjspf3wu0/Blowjob_Bootcamp_Brazzers.html

https://pornve.com/3t32f9oggzx4/Brazzers_house_2_day_2.html
https://pornve.com/3t3axhuq1qln/Diamond_Foxxx_is_A_Mummy_With_Issues.html
https://pornve.com/3tbyj0erw6bg/RealWifeStories_-_Eva_Lovia_The_Farmer_s_Wife_12_22_16.html
https://pornve.com/3tcyboaps88q/Dick_Reduction_Brazzers.html
https://pornve.com/3tdrttrsmwvy/Tlib_Riley_star.html
https://pornve.com/3tfa59e0piet/Devon_-_Anal_Is_The_Best_Medicine.html
https://pornve.com/3tgz4xktpis3/Rock_Hard_Phoenix_Marie.html
https://pornve.com/3tvnjwxnpiwr/Pretty_Little_Bitches_Part_Two_-
_Indigo_Augustine__Jenna_Sativa.html
https://pornve.com/3txdvvte1nx1/Alison_Tyler_Xander_Corvus_-_Dr_Buttfucker_-_Big_Wet_Butts_-
_Brazzers.html
https://pornve.com/3tytaftagr6x/Brazzers_-
_Richelle_Ryan_gets_fucked_by_Mick_in_her_halloween_costume_.html
https://pornve.com/3u7pkfwbaji7/MilfsLikeItBig_-
_Ava_Addams_MILF_Squad_Vegas_Big_Cock_Commandeering.html
https://pornve.com/3ux82chvogi4/Brazzers_-
_Hot_brunette_Olive_glass_enjoyed_a_podiatrist_therapy_.html
https://pornve.com/3v947wut7bj3/Kelsi_Monroe_-_Booty_Shakes_And_Ass_Quakes.html
https://pornve.com/3vv2uflm6eva/GFRevenge_Dream_girl.html
https://pornve.com/3w2aq5rpmhcu/EuroSexParties_-
_Ayda_Swinger_Aisha_Sexy_Swingers_XXX_NEW_21_July_2016.html
https://pornve.com/3w6ixtcj0nnw/sarah_banks_finds_comfort_on_brads_big_dick.html
https://pornve.com/3waepnb328hi/Diamond_Foxxx_-_Stepmoms_Sweet_Glory_Hole.html
https://pornve.com/3wipe98iixjq/BigWetButts__Kiki_Minaj_Danny_D_Squirt_And_Slurp_.html
https://pornve.com/3wzan4w5qirt/katana_kombat_bend_me_over.html
https://pornve.com/3x19o9hssdpr/Abigail_Mac_Anissa_KateLana_Rhoades_Mia_Malkova_Nekane_Sweet_Ni
cole_Aniston_Working_Out.html
https://pornve.com/3xpso0gqe2be/Anissa_Jolie_Danny_D_Chock-Full_Of_Cock.html
https://pornve.com/3yas43un60f7/Burly_Senior_Man_With_Sticking_Our_Cock_Eats_Black_Pussy.html
https://pornve.com/3yg1qnaotulo/RealWifeStories_Ariella_Ferrera_Veronica_Rodriguez_A_Dick_Before_Divo
rce_08_08_16.html
https://pornve.com/3yj2wp81iexk/Curvy_Babe_Valentina_Nappi_Gets_DP_From_Jessy_Jones__Xander_Corv
us_.html
https://pornve.com/3yo8eu5bu8p1/Hot_Anal_Lesbians_MILF_Kendra_Peta_And_Kissa.html
https://pornve.com/3yrue9fe5z7m/tiffany_watson_serene_siren_exercising_her_ass_off_hot_and_mean_bra
zzers.html
https://pornve.com/3yysajg0ydl3/big_tits_brunette_milf_ass_babe_striptease_witch_eyes_3348_42_plays_p
ublished_on_29_minutes_ago_category_amateur.html
https://pornve.com/3z7t87keup0v/Tiffany_Mynx_-_Lucha_Libre_Coochie.html
https://pornve.com/3zx44tassl2e/The_Liar_The_Bitch_And_The_Wardrobe_Aaliyah.html
https://pornve.com/4020hxhwkb6c/gangbang_so_hot.html
https://pornve.com/40a6jfo2o0kw/Michele_James_-_BabyGotBoobs__Big_Spotlights.html
https://pornve.com/40m1p07qc2ho/Brazzers_Downward_Facing_Dick.html
https://pornve.com/40zodh8rzq77/Moms_In_Control_5_Scene_3Cassidy_Klein_Farrah_Dahl__Xander_Corvu
s.html
https://pornve.com/41jovuor56k6/Erotic_Massage_Bella_Rose_And_Miss_Raquel.html
https://pornve.com/421cl51v0foz/Big_Tits_In_Sports_Veronica_Avluv_Destroyed_in_the_Locker_Room.html
https://pornve.com/42alki2qc520/bigtits_at_school_aletta_ocean_spy_hard_3_hit_girl.html

https://pornve.com/42g75emdt3xj/Brazzers_Metal_Rear_Solid_The_Phantom_Peen.html
https://pornve.com/42q3dbuor324/Dont_Bring_Your_Sister_Around_Me___Nicolette_Shea__Keiran_Lee.html
https://pornve.com/42xfh4hlbik2/RealityKings_Horny_Hostess.html
https://pornve.com/439fhwbruhcs/BabyGotBoobs_Bella_Rolland_Chain_Linked_Fuck.html
https://pornve.com/43di23b71ufi/_Bored_Stiff_.html
https://pornve.com/43nwpcrxjohr/New_Synthia_Fixx.html
https://pornve.com/43qaw6o9ns43/Alexis_Fawx_And_Molly_Mae_Pussy_For_Breakfast.html
https://pornve.com/43r6iid43vmv/DUDE_FRIES_girlfriend_at_the_windowsill.html
https://pornve.com/43sd3xa1m3yy/You_Wed_Her_Ill_Bed_Her_Lexi_Lowe__Keiran_Lee.html
https://pornve.com/43zfy4qhv4r5/BigNaturals_Keisha_Grey_Squeeze_These.html
https://pornve.com/44ds4u99q3d9/pornstarlikeitbig_focus_on_your_body_aryana_adin.html
https://pornve.com/451jsxrhjjec/My_Stepmothers_Pantyhose_Brazzers.html
https://pornve.com/4545x6wmm1tq/Blair_Williams_Johnny_Sins_Paying_Up.html
https://pornve.com/45b1ue17j60y/MomsBangTeens_-_Anastasia_Rose_And_Cory_Chase-Halloweeny.html
https://pornve.com/45uqfw7vubws/Brazzers_Anal_Encounter_With_A_Stranger_Ava_Koxxx_and_Danny_D.html
https://pornve.com/45xt0ahysz3c/destroyed_milf_sex_rough.html
https://pornve.com/464dmo14jtar/New_Dec_2015_Tory_Lane_Im_Your_Christmas_Bonus.html
https://pornve.com/46dswxziiqxs/Monique_alexander_females_ghostbusters_are_ready_for_battle.html
https://pornve.com/46e0hhb4p1cr/Hopping_On_A_Cock_Eliza_Ibarra__Scott_Nails.html
https://pornve.com/46nn22ihbp06/Dillion_Harper_Natural_Tits_Brunette_Squirt_Feet_Voyeur_watch_videos_on.html
https://pornve.com/473ejg6nezyf/This_Could_Be_The_End_BraZZers.html
https://pornve.com/473mf7zdsrsz/Veronica_Rayne_-_Psychotic_Milf.html
https://pornve.com/482ijgn7884j/Babe_Abigail_Mac_Abigail_Abigail_Student_Hardcore.html
https://pornve.com/487bbxzclip2/Jayden_Jaymes_-_Take_My_Wife_Please_-_Brazzers.html
https://pornve.com/48bc8vdwulfi/MilfHunter_17_02_20_Sara_St_Clair_Sexy_Sara_XXX_-KTR.html
https://pornve.com/48jy4q6wwmdu/_audrey_bitoni_fucks_during_a_smoke_break_audrey_is_trapped_with_a_guy_at_the_office_so_they_deside_to_fuck_smoke_break.html
https://pornve.com/48p2bk2fkdki/Dakota_Skye__Shes_Dumping_You.html
https://pornve.com/48q8xy2rahdu/Peta_Pays_Your_Cock_a_Visit_-_Peta_Jensen__Johnny_Sins.html
https://pornve.com/48sg60t4v6c3/Back_Door_Robbery_Diana_Prince__Keiran_Lee.html
https://pornve.com/48y4q12m8wlu/_Sunbathing_Distraction_.html
https://pornve.com/49i4z13nt3fy/Couples_Seduce_Couples_18_2015_Jenny__Sizlivia__Tina.html
https://pornve.com/49igtfb3v4hw/MikesApartment_16_03_30_Veronika_Morre_-_Morre_Please.html
https://pornve.com/49o29unuq8bv/Candi_Kayne_Jordi_El_Nino_Polla_-_A_View_Of_The_English_Cuntryside_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/49xjiwe5lji8/Brazzers_Sauna_Sex_Schooling.html
https://pornve.com/49zu83jhk4cu/BrazzersExxtra_19_05_04_Bailey_Brooke_Hot_Day_For_A_Tan.html
https://pornve.com/4ai86nhpthis/MomsLickTeens_-_Skye_West_And_Savannah_Fyre_Skye_Pie.html
https://pornve.com/4attj2lh3cew/_Motion_In_The_Ocean.html
https://pornve.com/4be51cb9d9wm/Office_4-Play_Intern_Edition_Aidra_Fox_Janice_Griffith_Lana_Rhoades_Riley_Reid__Keiran_Lee.html
https://pornve.com/4bp7yr5cpum5/tl1b_M3lissa_M00re_Big_Dick_in_a_Little_Box_480p.html
https://pornve.com/4bqmj0n8gl63/Yhivi_-_Switching_Teams_Part_2.html
https://pornve.com/4br62z0r14un/Riley_Evans_Raunchy_Rubdown.html

https://pornve.com/4bv0y0wxa0t6/Bobbi_Starr.html
https://pornve.com/4c2o7n8q3cwf/RealWifeStories_15_12_19_Britney_Shannon_Anything_To_Get_In.html
https://pornve.com/4cuyw8kgd7l5/Diamond_Kitty_-_Big_Butt_Moan.html
https://pornve.com/4cyr446ftr89/Alena_Croft_Johnny_Sins_-_Fucking_The_Ugly_Duckling_-_Milfs_Like_It_Big.html
https://pornve.com/4d8lu4azgpk8/PornstarsLikeItBig_-_Kissa_Sins_Becoming_Johnny_Sins_Part_Three.html
https://pornve.com/4df2izzou5wj/Horny_Black_Amateurs_-_Carmel_Bliss.html
https://pornve.com/4diir5ce68om/Baylee_Touch_and_Go_Happy_Tugs.html
https://pornve.com/4diivb7jixfy/Lena_Paul__Skye_Blue_-_Stay_Away_From_My_Brother.html
https://pornve.com/4djdhi2g2p7v/_Shy_Redheads_Like_It_Big_Ginger_Babe_Ella_Hughes_Fucks_In_The_Garage_.html
https://pornve.com/4e3somcgeb6d/Good_Shit_Doctor_Juelz_Ventura_Request.html
https://pornve.com/4e7d2qkojlo2/Realitykings_Sweeter_In_A_Sweater_Canela_Skin.html
https://pornve.com/4eehgs4i01k9/HD_The_Best_Ass_EVER_Jada_Stevens_Oiled_720p.html
https://pornve.com/4ehqkbdg6cxg/Brazzers__Adria_Rae_Charles_Dera_Daddys_Debt.html
https://pornve.com/4eqszywbukbz/Kristal_Summers_-_Special_Package.html
https://pornve.com/4f58wm19v3k9/Karma_Rx_Slutty_Surveillance.html
https://pornve.com/4f64jo09dqz2/Cameron_Canada__Celeste_Star_-_Seducing_A_Straight_Girl.html
https://pornve.com/4f809y1canbx/The_Femdom_Florist_Bambino_Ryan_Keely.html
https://pornve.com/4fj4hti5pba6/Romi_Rain_Van_Wylde_Drone_Bone.html
https://pornve.com/4fppnbel58vw/realitykings2016-12-12_Seductive_Capone.html
https://pornve.com/4g0he0gocklh/Giselle_Palmer_Danny_D_Just_Trying_To_Earn_A_Little_Extra_College_Money.html
https://pornve.com/4g2e8jabsg64/DirtyMasseur_19_08_05_Kenzie_Taylor_Attend_To_My_Ass_XXX_SD.html
https://pornve.com/4gjo7k8nlqf6/milf_hunter_reality_kings_kenzie_tayl_orchad_white.html
https://pornve.com/4h56liss5d40/Anal_Angel_Eva_Angelina__Keiran_Lee.html
https://pornve.com/4hd6uub4pz3j/SneakySex_17_02_25_Monique_Alexander_Over_The_Counter_XXX_-_KTR.html
https://pornve.com/4i7sjqd5fi63/HotAndMean_-_Brazzers_-_Bridgette_B_Karma_Rx_Good_Cop_Bad_Girl.html
https://pornve.com/4ijp4von83km/Brazzers_-_Sexy_student_Ashley_Adams_pleases_her_teacher_for_extra_credit_.html
https://pornve.com/4il6vb23zc9q/Ivana_Sugar_-_Anal_Blonde.html
https://pornve.com/4is5eiw8lhdw/hardcore_ass_babe_dogggystyle_marsha_may_marsha_raises_the_bar_3715_42_plays_published_on_47_minutes_ago_category_anal_teen_pornstar_marsha_may_tags_anal.html
https://pornve.com/4iu3ireqox2v/The_Dinner_Invitation.html
https://pornve.com/4iw0v2onhfdl/Sarah_Banks_Van_Wylde_Feelin_Myself.html
https://pornve.com/4iw3lfma09po/Brazzers__Brazzers_Exxtra__New_Years_Sleaze.html
https://pornve.com/4iwk0osv4sem/ANAL_Peta_Jensen_-_Longest_Anal_Scene_Of_Peta.html
https://pornve.com/4ixkzvylll3n/Kieran_lee_and_Samantha_Saint_in_the_perfect_maid_2.html
https://pornve.com/4j9noq51t33n/Naughty_Bookworms_2015_-_Danica_Dillon.html
https://pornve.com/4jpx1nsaq9xn/Devon_Green_Robby_Echo_-_Recline__Unwind_-_Dirty_Masseur_June_18_2018.html
https://pornve.com/4jui49cp346h/brazzers_sharing_the_bed_-_.html
https://pornve.com/4jvpsyhgu0pu/Julia_Ann_-_Office_Party_Fucking.html
https://pornve.com/4kd2c6ffmngd/Monique_Alexander_-_The_Hardest_Exam.html

https://pornve.com/4kqeo3smj80a/Brazzers_Cherie_Deville_Stuck_On_Your_Mom_15_04_2020_watch_videos_o.html

https://pornve.com/4ksbt0vxc1jo/Beautiful_teen_pussy.html

https://pornve.com/4kumdbfgi8xr/RealWifeStories_17_03_02_August_Ames_Didnt_Ring_The_Doorbell_XXX_-KTR.html

https://pornve.com/4kuoy6ldspdd/brazzers_lexi_luna_neighborhood_snatch_committee.html

https://pornve.com/4kvm39vu153n/Assh_Lee_Danny_D_-_Follow_That_Ass_-_Big_Butts_Like_It_Big.html

https://pornve.com/4kzdpi4u2yer/Julia_Ann_-_This_One_Is_A_Keeper.html

https://pornve.com/4l8diegzh6o6/Nympho_Nurses_And_Dirty_Doctors_3_Olive_Glass.html

https://pornve.com/4l97mkvp6zaq/BabyGotBoobsJessa_Rhodes_Powder_Puff_Girl.html

https://pornve.com/4lc5u14eslmq/RealWifeStories_-_Reagan_Foxx_-_Lost_And_Pound.html

https://pornve.com/4lqmefzfhmzd/plib_kagney_liin_karter.html

https://pornve.com/4m4w2j81jiii/Drilling_Mommy_12_S2_Audrey_Miles.html

https://pornve.com/4m9uo61u3awn/Ada_And_Diamond_Hardcore_Threesome.html

https://pornve.com/4mftaoibcnh3/Sex_Fighter_Chun_Li_And_Cammy_VS_Vega.html

https://pornve.com/4mg0mzatr934/8thStreetLatinas_-_Emily_Mena_Latina_Especial.html

https://pornve.com/4mgmevaa6kx6/Milf_Demands_Workout_Sex_-_Xander_Corvus_Alexis_Fawx.html

https://pornve.com/4myj5d1afjr3/Eva_Karera_The_Milf_and_The_Faith.html

https://pornve.com/4na74z4mchmj/Girl_Fuck_Friends_Husband.html

https://pornve.com/4nsda4pmrrdm/Brazzers_Massaging_Her_Best_Friends_Husband.html

https://pornve.com/4ox7cm84f1xq/Realitykings__Mikes_Apartment__Lilu_For_Rent_Lilu4u.html

https://pornve.com/4ozx1yoy2sie/Nataly_-_Czech_Out_My_Sister.html

https://pornve.com/4p4h0jk06ijw/A_St_Pattys_Pounding_AJ_Applegate__Sean_Michaels.html

https://pornve.com/4pgls21zjaor/alektra_blue_keiran_brazzers_fucking.html

https://pornve.com/4pl9bwi3eiis/Lisa_Ann__Kimmy_Granger_When_Lisa_Ann_Cums_Over.html

https://pornve.com/4pw6o8ditegk/_Brazzers-_Hot__busty_professor_Lauren_Phillips_rides_her_students_dick_.html

https://pornve.com/4q1qi85y5fns/Alexis_Breeze_-_Dancing_Bear_-_Brazzers.html

https://pornve.com/4q62jjfi99gm/Big_Naturals_35.html

https://pornve.com/4q73b5efyvha/Michelle_Thorne_Spanglish_Lessons.html

https://pornve.com/4q7glvbhiucw/Big_Tits_Blonde_Bubble_Pussy.html

https://pornve.com/4qfzjfiep8mt/milf_hardcore_deep_throat_savannah_stern_st_pattys_day_pussy_3111_1_586_plays_published_on_1_day_ago_category_brunette_public_tags_brunette.html

https://pornve.com/4qqirrb18t85/Real_Wife_Stories_Category_Ass_Teen_Pornstar_Kayla_Kayden_Loira_Tags_Blond_Gata_Tag_This_Video_41_Top_Rated_Porn_Video_Of_Today_53_Most_Played_Porn_Video_Of_Today_146_Top_Rated_Porn_Video_Of_Week.html

https://pornve.com/4qt419k9wcxs/Brazzers_Doctors_Adventures_Nurse_Riley_Reid.html

https://pornve.com/4qzbhtxr3x1u/ava_addams_and_kimmy_granger_all_night_rager_.html

https://pornve.com/4rb8tkkjsd2g/Rachel_Roxxx_-_Fucks_The_Office_Mommy.html

https://pornve.com/4rc46ewmmlpp/Reality_Kings_Dream_Girls.html

https://pornve.com/4rgejqf61fgf/_Brazzers-_Nicole_Aniston_and_Abigail_Mac_fuck_hung_guy_at_the_gym_.html

https://pornve.com/4rifsi764fct/BrazzersExxtra_Penny_Pax_Ramming_The_Reporter.html

https://pornve.com/4rt5q3dcgkuc/Brazzers_ten_pornstars.html

https://pornve.com/4snbchiqcmyr/Reality_Kings_Miss_Exhibitionist_Rachel_Starr_JMac.html

https://pornve.com/4ss94hy7ocgf/Alix_Lynx_the_mile_low_club.html

https://pornve.com/4t0gbt7fv5wh/BigTitsAtSchool_Tegan_James_Washing_Her_Mouth_Out_With_Cum_-_19_01_2017.html

https://pornve.com/4thr1exzot9f/Tia_Cyrus_Rent_A_Pornstar_The_Wedding_Planner_Part_2_Netfapx.html

https://pornve.com/4tkpx8ll1ix9/Moms_Bang_Teens_9_2015_part_4.html

https://pornve.com/4uu0ix7dt3bg/Ava_Addams_Rikki_Six_Two_Hungry_Mouths_On_His_Dick.html

https://pornve.com/4uyvh66fue4o/Smoking_Hot_Blonde_Doctor_Giving_Her_Patient_A_Special_Treatment.html

https://pornve.com/4v09oral4dw4/American_Whore_Story_Part_Three.html

https://pornve.com/4v21y7evfias/Ariella_ferrera_mother_daughter_mix_up.html

https://pornve.com/4v454bg4q07x/Alektra_Blue_Ava_Addams_Dani_Daniels_Gianna_Nicole_Kayla_Kayden_Kaylani_Lei_Missy_Martinez_Nikki_Benz_Phoenix_Marie_Romi_Rain__Tory_Lane_House_Episode_Five.html

https://pornve.com/4vd2dnypz6g6/sheena_shaw_banging_that_body_.html

https://pornve.com/4vdw6w6naqs6/Real_Wife_Stories_-_Kendra_Lust_And_Peta_Jensen_My_Two_Wives.html

https://pornve.com/4vff678lecj1/Secret_Sauna_Sex_Ivy_Lebelle_Real_Wife_Story_Sauna_Sex.html

https://pornve.com/4vwzoj0xga9x/Jessica_Lynn__Shawna_Lenee_-_How_To_Settle_A_Bet.html

https://pornve.com/4wk1ow2iunx2/Jade_Jantzen_-_She_Loves_Playing_With_Joysticks.html

https://pornve.com/4wm5o6lvk9dz/DayWithAPornstar_Savannah_Bond.html

https://pornve.com/4wpdfvlf5g6o/Good_NEW_Lesbian_Dani_Daniels__Valentina_Nappi.html

https://pornve.com/4x3g4hv7n7wk/Brazzers_-_Open_up_your_Air_Way.html

https://pornve.com/4xcx9v8a2oa2/Blanche_Bradburry_Danny_D_7_Year_Anal.html

https://pornve.com/4xmod3310c1q/TeensLoveHugeCocks_Violet_Myers_Sparkly_Clean.html

https://pornve.com/4xq6x46xdppp/Alexa_Miliani_Ebony_With_Crazy_Tits.html

https://pornve.com/4xw8hrq27l3v/Kendra_Sunderland_Zac_Wild_The_Clumsiest_Girl_In_The_World_Brazzers_Exxtra_Brazzers.html

https://pornve.com/4y463k41r3ke/NEW_Nov_2015_Juelz_Ventura_Help_Doc_Im_Horny.html

https://pornve.com/4yoaofz43v03/SneakySex_-_Christen_Courtney-Studyfuck.html

https://pornve.com/4yr503o9x5i4/Were_Just_Wrestling_Mom_-_Teanna_Trump__Johnny_Sins.html

https://pornve.com/4z7zbkojj61q/Stephanie_Wylde_Johnny_Sins_-_Nerd_To_Stud_In_One_Simple_Fuck_-_Mommy_Got_Boobs.html

https://pornve.com/4zb2057cirhe/Eva_Angelina_-_The_Break_Up.html

https://pornve.com/4zii4wz5jzat/It_Was_A_Dark_And_Stormy_Milf_Britney_Amber.html

https://pornve.com/4zyj6ck3vzs0/_blowjob_big_tits_brunette_cumshot_jewel_hospital_3551_42_plays_published_on_24_minutes_ago_category_babe_deep_throat_pornstar_jewels_jade_tags_naughty_.html

https://pornve.com/4zzziqhlfkbn/Alina_Lopez_One_Hot_Box.html

https://pornve.com/502d0me3ikur/American_Whore_Story_Part_Five.html

https://pornve.com/508rt637oplx/Ava_Addams_The_Package.html

https://pornve.com/50i7jyminm0e/Pedal_To_The_Anal_Anna_De_Ville__Charles_Dera__Ramon.html

https://pornve.com/50js1mt3gr3w/Brazzers_Emergency_Rubdown.html

https://pornve.com/50u1pi423can/Sexperiments.html

https://pornve.com/50zvx0hkut6a/Dolly_Diore__Danny_D_-_X-Ray_Lay_Voyeur.html

https://pornve.com/513y8jdf92mh/Phoenix_Marie_Fuck_Her_Stepson.html

https://pornve.com/514iq6a1v1bb/_Tempted_By_Teens_-_Brazzers_.html

https://pornve.com/51jflpdksx5b/Rich_Fucks_4_Bridgette_B_Toni_Ribas__Xander_Corvus.html

https://pornve.com/51ohzowtfpe4/Fucking_Her_Friends_Daddy.html

https://pornve.com/51xzt8peuwms/Pervert_Punishmen_Ava_Koxxx_Leigh_Darby.html

https://pornve.com/52ic5kgslmmk/Mia_Malkova_-_White_Yoga_Pants.html

https://pornve.com/52zyq64jct6x/BigTitsAtSchool_Kylie_Page_The_Geeks_A_Freak.html

https://pornve.com/535zw8tz39cs/Maddy_OReilly_Darla_Crane_Mommy_and_daughter_indulge_the_guy.html

https://pornve.com/53gcnwrcpfar/Threesome_Latina_Groupsex_Zoe_Milk_.html

https://pornve.com/53grejww85z7/The_Two_Sides_of_Samantha_Samantha_Saint__Jordan_Ash.html

https://pornve.com/53hkpn0vkzw0/Stepmoms_Spring_Cleaning.html

https://pornve.com/53psnt8npadh/Brazzers_Good_Ol_Fashioned_American_Fucking_Monique_Alexander.html

https://pornve.com/53q4s3fd8sgd/Jessa_Rhodes_Charles_Dera_-_Scanner_Scandal_-_Big_Tits_At_Work.html

https://pornve.com/53vrd89e1j5h/absent_husband_and_wife_to_have_sex_with_strange_boys.html

https://pornve.com/53xjgsfstke1/All_Good_New_Julia_Ann_Phoenix_Marie_And_Richelle_Ryan.html

https://pornve.com/54c8meh0qr43/Bella_Beretta_Steal_My_Virginity.html

https://pornve.com/54irfgexyfri/BlackGFs_17_02_15_Mya_Mays_My_Mya_XXX_-KTR.html

https://pornve.com/54j2rej0vhz1/Phoenix_Marie_-_Big_Bubble_Booty.html

https://pornve.com/54jqf9fhejjs/Erotic_Massage_Courtney_Taylor.html

https://pornve.com/555r910gqp18/Adriana_Chechik_Kendra_Lust_Our_Sons_Girlfriend.html

https://pornve.com/55653v0srgan/GFRevenge_Sweet_pleasure.html

https://pornve.com/55bx2f5l1qxs/Ho_Alone_-_Dakota_Skye.html

https://pornve.com/55e6c8lp7tyt/Downward_Doggystyle_Ryan_Conner__Bill_Bailey.html

https://pornve.com/55lty2ktq9dr/GFRevenge_Grabbing_vega.html

https://pornve.com/55quvyf5q5mh/PornstarsLikeItBig_-_Alexis_Fawx_Brandi_Love_Internet_Outage_Poundage_01_07_17.html

https://pornve.com/55s9o3huh7d2/Jackie_Daniels_-_The_Cock_Next_Door.html

https://pornve.com/55zkmu41hmdr/Sophia_Laure_Sweaty_Ass_Workout.html

https://pornve.com/56gohxs0z2ja/Julia_Ann_-_Two_Bangz_vs_Nancy.html

https://pornve.com/56ta4bk47jxr/cowgirl_alanah_rae.html

https://pornve.com/56xv8lwfm8yl/Hot_Shit_New_Missy_Martinez__Violet_Starr__Danny_D.html

https://pornve.com/574soz89an1f/Sophia_Leone_Hot_Slut_Next_Door.html

https://pornve.com/57a6sgjpvd65/Drilling_Mommy_12_S5_Alura_Jenson_Lexi_Lore.html

https://pornve.com/57auq7a0uv10/Lela_Star_Keiran_Lee_-_Jerking_The_Morning_Shift_-_Pornstars_Like_It_Big_June_21_2018.html

https://pornve.com/57f4v7wzax8b/Hairy_Punter_and_His_Enormous_Boner.html

https://pornve.com/57iejfkclz6s/The_More_Carolina_The_Better.html

https://pornve.com/58ecpwg1akrq/MilfHunter_17_04_10_Reagan_Foxx_So_Busted_XXX_-KTR.html

https://pornve.com/58esjch4m08e/Tammy_-_Cum_Czech_Out_This_House.html

https://pornve.com/58m29zuyxavo/Britney_Amber_Name_Your_Price.html

https://pornve.com/58oyn1k4icv1/NEVER_GET_MARRIED_The_Aftermath_-_Adriana_Chechik__Keiran_Lee.html

https://pornve.com/5982oxvk73vc/Abby_Rode_-_Spanish_Fly.html

https://pornve.com/59u7spup2i2s/Latina_MILF_BABE_SEXY_Teacher_Romi_Rain.html

https://pornve.com/5a309fo2f4ov/Maserati_-_Get_Dat_Big_Black_Rack.html

https://pornve.com/5a3vffmum7ji/Busting_More_Than_A_Move_Brazzers.html

https://pornve.com/5a7zlfg2bapl/Holly_Michaels_-_Internal_Deep_Tissue_Massage.html

https://pornve.com/5aydfb6qfa35/Agatha_Lee_Sexy_Runner.html

https://pornve.com/5bftnu30njx1/Angelina_Valentine_Anal_Dirty_Whore.html

https://pornve.com/5bhfofl9o1o0/GFRevenge_Double_dipper.html

https://pornve.com/5bsggg3ei0fw/Mary_Jean_Stick_It_To_Her.html

https://pornve.com/5c2529xzko4z/Brazzers_Butting_Out_Brazzers_Bill_Bailey_Brooklyn_Chase_Big_Butts_Like_It_Big_Anal_Big_Tits.html

https://pornve.com/5c95thohrfpx/Ariella_Ferrera_-_Dealing_With_A_Dickhead.html

https://pornve.com/5c9gm679ebma/Brazzers_Stepmother_Id_Like_To_Fuck_40SMILF41.html

https://pornve.com/5cydcpszag1z/Vanilla_Deville_-_Charming_Her_Panties_Off.html

https://pornve.com/5dh92016lznv/Hold_The_Phone_Not_The_Moan_Emma_Butt_Jordi_El_Nio_Polla.html

https://pornve.com/5dmb8lu3gaqb/Anna_Bell_Peaks_Cory_Chase_Milfs_On_Vacation_Part_2.html

https://pornve.com/5do4rh198joy/Phoenix_Marie_Rachel_Starr_-_Sexual_Harassment_In_The_Work_Place.html

https://pornve.com/5dsv3hs3y43r/threesome_slut.html

https://pornve.com/5e7zbnt72fft/Alessandra_Jane_Danny_D_The_Day_Before_You_Came_vPorn.html

https://pornve.com/5efnarprjny9/GFRevenge_Sexy_little_thing.html

https://pornve.com/5euqemunm3k5/Sandee_Westgate_-_Double_D_Doctor.html

https://pornve.com/5f6v9hwnjgks/Kagney_Linn_Karter_-_Food_Fight.html

https://pornve.com/5fai8sdj7h70/Milf_Mom_Old_And_Young.html

https://pornve.com/5fam32tjrnok/The_Other_Way_Around_Veronica_Avluv_Chad_White_Big_Tits_HD_Brazzers_Professional_Mommy_Got_Boob.html

https://pornve.com/5fbounv6yqcu/All_Good_New_Britney_Amber.html

https://pornve.com/5fed644kahz4/_Brazzers_-_Petite_college_chick_Tiffany_Watson_enjoys_a_big_cock_.html

https://pornve.com/5fj9u56ax4g5/BigWetButts_Lana_Rhoades_-_Exercise_Balling_22_05_2018_rq.html

https://pornve.com/5fqomhre3fpf/_Music_To_A_Moms_Ears_-_Brazzers_.html

https://pornve.com/5fslvy4uu8w8/Brazzers_Tapas_That_Ass_Brazzers_Big_Butts_Like_It_Big_Jordi_El_Nino_Polla_Kat_Dior_Blonde_Bl.html

https://pornve.com/5fvv70rrl9vc/gamer_bex_kristen_scott_HQ.html

https://pornve.com/5g222qfpmcoq/22_02_2018_Xanders_World_Tour_Ep_1.html

https://pornve.com/5gd16fssldq8/BigWetButts_17_04_08_Kelsi_Monroe_Big_Wet_And_Ready_For_Fucking_XXX_-KTR.html

https://pornve.com/5gotmyt0mynq/Brazzers-_Nicolette_Shea-Tasting_The_Trophy_Wife.html

https://pornve.com/5gytkjgn5ghy/jordi_having_sex_with_milf.html

https://pornve.com/5h417gydxwhc/Alexis_Fawx_And_Brandi_Love_Internet_Outage_Poundage_07012017.html

https://pornve.com/5hzj8ck1tmtr/Nikki_Benz_-_Wet_Butt_Sex_Red_Latex.html

https://pornve.com/5i6r56vibqkk/MilfsLikeItBig_Nina_Hartley_Mom_Stole_My_Boyfriend.html

https://pornve.com/5id7qwy2eycw/_Brazzers_-_Jade_Kush_Lose_Your_Virginity_with_her_mothers_boyfriend_.html

https://pornve.com/5if26crp88zy/Anya_Ivy_and_Kira_Noir_Threesome.html

https://pornve.com/5ikxbckig74i/Destiny_Dixon_Johnny_Sins_Doctor_Adventures.html

https://pornve.com/5inhc518rq4x/Fight_me_Bridgete_Kiara.html

https://pornve.com/5j8ft4fprbyk/Valentina_Nappi_-_Pushing_Boundaries.html

https://pornve.com/5jhfwtx52tb7/Babe_Veronica_Rodriguez_Oiled.html

https://pornve.com/5jisqmjoas1z/Brazzers_Desperate_For_V_Day_Dick_Brazzers_Lucas_Frost_Brandi_Love_Cum_On_Tits_Titty_Fuck_Blo.html

https://pornve.com/5jlodmqq0c52/Rachel_Starr_Stranger_Danger_Oiled_And_Fucked_.html

https://pornve.com/5jr7sgfzo7zg/Reality_Kings_Lust_And_Heels.html

https://pornve.com/5jsaesuu3ptb/Balls_Deep_In_Mommy_Mommy_Brazzers_Big_Tits_Blowjob_White_Guy_Asian_Girl_Professional_Asian.html

https://pornve.com/5jyd4f74v0zb/Bring_Me_The_Manager_Sara_Jay.html

https://pornve.com/5kb6nk1eqm28/Veronica_Avluv_-_Professor_Of_Persuasion.html

https://pornve.com/5kdn2yg2zvfr/All_Good_New_Romi_Rain.html

https://pornve.com/5kgprg2fu5xe/Stacey_Saran_Jordi_El_Nino_Polla_Mommys_Little_Helper.html

https://pornve.com/5kk68i4puulo/HOT_Uncencored_Harumi_Aasano_Brazzers.html

https://pornve.com/5kkwofq0q4od/_blowjob_brunette_ass_big_dick_cumshot_deep_throat_babe_anissa_ka
te_sub_request_4028_42_plays_published_on_15_minutes_ago_category_anal_squirt_pornstar_anissa_kate
_tags_anal_.html

https://pornve.com/5kqgq3g5iaj7/Housewife_Forced_by_BlackCock.html

https://pornve.com/5lgl6r3tfacb/pornstars_like_it_big_brazzers_eva_lovia_danny_d_practice_makes_perfect
_porn.html

https://pornve.com/5ljr7iftlhvh/CumFiesta_Katalina_Mills_-_Party_Starter_19_07_2016.html

https://pornve.com/5lujczb2493s/Realitykings__RK_Prime__Wish_On_A_Star.html

https://pornve.com/5m39i1a8ch1a/Slip_It_In_S5_Give_It_To_Me_Kharlie_Stone.html

https://pornve.com/5mj7s2l0s2l4/Brazzers_-
_Big_dick_doctor_treats_his_blonde_patient_Christina_Shine_.html

https://pornve.com/5mk0itrvmkhs/The_Vocal_Coach_Here_Rachel_Starr_Keiran_Lee.html

https://pornve.com/5mqcfx7jlqgf/Devon_-_Devons_Anatomy_Lesson.html

https://pornve.com/5muec7nexqwp/flex_and_sex.html

https://pornve.com/5muer3ghr156/stepmoms_bake_sale.html

https://pornve.com/5n0wiyx5plaz/Overnight_With_Stepmom_MommyGotBoobs_Brazzers__Mercedes.html

https://pornve.com/5n3knqs0htja/Room_Board_and_Bang_Brazzers.html

https://pornve.com/5ng0i5aeh4jj/Nancy_Ace_Naughty_Nancy_Ace.html

https://pornve.com/5nn2n2c5jkg5/Anal_Wonder_Woman_Romi_Rain_New.html

https://pornve.com/5numdsvw8nbz/Blowjob_Pornstar_Melissa_Moore.html

https://pornve.com/5nutmjwmddy0/Game_Of_Porn_karl_drogo.html

https://pornve.com/5nxfunjikhet/Moms_In_Control_5_Scene_5Carolina_Abril_Leigh_Darby__Chris_Diamond.
html

https://pornve.com/5o8klt318d13/Diamond_Jackson_-_Weremilf.html

https://pornve.com/5o9psoq7xyc8/Mariah_Milano_-_Stress-Free_Operation.html

https://pornve.com/5of8cw5cgyi8/Anal_Big_Butt_Golden_Asshole_Bl0nde.html

https://pornve.com/5oru4tz79s37/Facial_For_Jessica_Jaymes_Is_Really_Perfect_Hot.html

https://pornve.com/5p1c3efcn154/Mila_Marx_And_Shane_Blair_-_ZZ_Spring_Break_Part_One.html

https://pornve.com/5p7wkf63h44u/Expose_Yourself_To_Higher_Learning_-_Brazzers_.html

https://pornve.com/5pjets6fxic1/BigTitsBoss_Olivia_Fox_Hyped_And_Horny_-_10_12_2016.html

https://pornve.com/5pl3uy8hjjpz/Kendra_Lust_Anal_With_Trainer_Keiran_Lee.html

https://pornve.com/5plrtv7y8ss9/Rachel_Starr_Fucked_In_Office_-_720p.html

https://pornve.com/5pp64t3mnjyy/You_Deserve_Better_Ryan_Keely_Jezabel_Vessir.html

https://pornve.com/5q4bg792brco/Chanel_Collins_Picnic_Pussy.html

https://pornve.com/5q9eepi3obgz/Pl1b_M3lissa_M4y_R0mi_R4in.html

https://pornve.com/5qdi03v4x1rp/btis_katsuni.html

https://pornve.com/5qdpptsuez28/Nina_Elle_Mommy_Issues_P1.html

https://pornve.com/5r104a8ybver/8thstreetlatinas_Victoria_Valencia_Dick_On_The_Cob.html

https://pornve.com/5r55kirv0ylf/Phone_And_Fuck_Me_Brazzers.html

https://pornve.com/5r6u5ouyhn7i/Why_Only_Hire_One_Hot_Blonde_Babe_As_Your_Secretary_At_The_Offi
ce_When_You_Can_Hire_Four_Sexy_Busty_Bombshell_Whores.html

https://pornve.com/5rcmynfls0is/brazzers2016_12_26_Workers_Cumpensation.html

https://pornve.com/5rtrnpc7vik3/Alena_Croft_-_The_MILF_And_The_Manny.html

https://pornve.com/5rya06rhfwl7/MilfsLikeitBig_Brazzers__Briana_Banks_My_Uncles_GF_Wants_M.html

https://pornve.com/5ryesf7i8lq8/come_on_man.html

https://pornve.com/5s04htoplqew/Abella_Danger_Is_Following_Doctors_Orders.html

https://pornve.com/5s2bwhh3tvhc/Money_Talks_tailgate_tazing_big.html

https://pornve.com/5sqx3gbi5vju/Dick_Delivery.html

https://pornve.com/5tc85tvg8zrk/Whitney_Wright_Jake_Adams_Does_This_Make_My_Booty_Look_Big.html

https://pornve.com/5tungw9lkx7s/BigButtsLikeItBig_Jenna_Ivory_The_Cheater_s_Choice_-_03_12_2016.html

https://pornve.com/5uaors18ga82/Alyssa_Lynn__Cassidy_Banks_-_Sharing_the_Shower.html

https://pornve.com/5uducg5aobd3/Karlee_Grey_-_Things_Are_Getting_Out_Of_Hand_Part_One.html

https://pornve.com/5ugkinp2qjwy/TeensLikeItBig_Gia_Paige_Bed_Head_-_13_07_16.html

https://pornve.com/5ugy2mi0z7l8/Evelin_Stone_Sloan_Harper_Youll_Never_Be_Cool.html

https://pornve.com/5urqgj1hd4ya/FUCKING_WHILE_WE_WAIT_ALEXIS_MONROE.html

https://pornve.com/5v3l1gnd0ycf/Carmel_Moore_First_Time_Auditions.html

https://pornve.com/5v3vg7kndizw/Holly_Halston_Jailhouse_Fuck.html

https://pornve.com/5v816xigvron/Dirty_Masseur6_Madison_Ivy_Esperanza_Gomez_Oiled_Sex.html

https://pornve.com/5v9vp2dunk7n/RealityKings_-_My_Stepsisters_Girlfriend.html

https://pornve.com/5vbxptbs36lf/Clea_Gaultier_Kristof_Cale__Under_The_Covers_Agent.html

https://pornve.com/5vfrwtut169n/BigTitsAtWork_Nicole_Aniston_The_Perfect_Maid_2_-_06_08_16.html

https://pornve.com/5vo20w1ksqrs/Brittany_40Explicit_material41.html

https://pornve.com/5whyoccv3612/Anal_Yoga_With_Aaliyah_Hadid.html

https://pornve.com/5wvvap0tyaza/blonde_blowjob_cumshot_summer_brielle_taylor_summer_sexpelled_42
16_42_plays_published_on_38_minutes_ago_category_babe_deep_throat_pornstar_summer_brielle_taylor_
tags_topless.html

https://pornve.com/5wz7mpyl2w53/Callie_Calypso_Natalie_Lust_-_Lustful_Night.html

https://pornve.com/5x4boqih6i7o/Best_New_Olivia_Austin_-_720p.html

https://pornve.com/5x7foyfw1r5m/_blonde_blowjob_hardcore_cumshot_babe_small_tits_sierra_nicole_part
y_crasher_3300_42_plays_published_on_38_minutes_ago_title_category_ass_teen_pornstar_sierra_nicole_t
ags_reality_kings_tag_this_video_.html

https://pornve.com/5xtgzese0y46/Alexis_Fawx_Marsha_May_Tease_And_Stimulate.html

https://pornve.com/5y02dv02ysjl/Blake_Rose.html

https://pornve.com/5yja7sv0gota/The_Insomniac_Sucker_Audrey_Bitonis_Big_Tits_Get_Fucked_At_The_Hos
pital_.html

https://pornve.com/5yvj6bub6a7p/MilfHunter_Lexi_Luna_Fuzzy_Peach_-_n22_08_16.html

https://pornve.com/5zc848z4lvmu/Shy_Redheads_Want_Anal_Ella_Hughes__Chris_Diamond.html

https://pornve.com/618ij0nofqe4/DirtyMasseur_Jill_Kassidy_A_Mystic_Massage.html

https://pornve.com/6197sncai336/Teen_cutie_fucks_with_boyfriend_while_roommate_watches_tv.html

https://pornve.com/61fl253g8wnm/Katana_Kombat_Code_34.html

https://pornve.com/62j8emujhczz/Abigail_Mac_Cherie_Deville_Fixing_For_A_Fix.html

https://pornve.com/62kuy7mhqls5/How_To_Destroy_a_Marriage_Part_Two_Kleio_Valentien__Keiran_Lee.ht
ml

https://pornve.com/62s5mam81bow/Girl_Next_Door_Brazzers.html

https://pornve.com/62zuamzl02he/Adriana_Chechik_The_Malcontent_Mistress_Part_2.html

https://pornve.com/639ei7pqe72q/Mariah_Milano_-_Stimulus_Checks.html

https://pornve.com/63gabwh7kth5/Britney_Amber_Cabaret.html

https://pornve.com/63o9q8t4ra9k/Noelle_Easton_-_Ohh_Noelle_-_HD_Love.html

https://pornve.com/63t9w0k49tpo/_Alena_Croft__Brazzers_Big_Tits_At_Work_Big_Package_For_A_Tiny_Pus
sy_720p.html

https://pornve.com/648fdtf804y4/Doctors_Adventures_Destiny_Dixon.html

https://pornve.com/64cjsmy0u9vi/Payton_Simmons__Riley_Reid_-_Threesome_On_The_Dance_Floor.html

https://pornve.com/64ejr13v8wkb/Stepsisters_Share_Everything-Marsha_May_Nicole_Bexley.html

https://pornve.com/64j1rsuqc47z/_Brazzers_-_Busty_tattooed_milf_Ryan_Conner_gets_oiled_up_and_fucked_hard_.html

https://pornve.com/64z2uejcq4s0/One_Lucky_Guy_Fucks_2_Amazing_Sexy_Babes.html

https://pornve.com/652e0z49qbec/Heels_On_Getting_Fucked.html

https://pornve.com/65bo3aq33tih/My_Friends_Fucked_My_Mom_Brazzers.html

https://pornve.com/65fsu0nqmowd/HD_Teens_Like_It_Big_-_Jill_Kassidy_Babysitter_Caught_In_The_Action.html

https://pornve.com/65hojszcfy0i/Brazzers_The_Lusty_Landlady_Brazzers_Milfs_Like_It_Big_Veronica_Avluv_Markus_Dupree_Brunette.html

https://pornve.com/65m4pf2avbdz/Valentina_Nappi_-_Culo_Succelente_Di_Valentina.html

https://pornve.com/65qakicnod0o/Julia_Ann_Tyler_Nixon_Milf_Hardcore.html

https://pornve.com/65xeb9nhr72f/Kayla_Synz_-_Sex_Education_In_Depth.html

https://pornve.com/65zwbqolu7hw/real_wife_stories_brazzers_ivy_le_belle_kyle_mason_secret_sauna_sex.html

https://pornve.com/662swpg10gzs/BigWetButts_-_Savana_Styles_Buttfuckers_Delight_XXX_NEW_21_July_2016.html

https://pornve.com/66p4nxtnog3o/Zoey_Foxx__Chloe_Addison.html

https://pornve.com/66tx9nzw2qe0/BigNaturals_19_07_22_Valentina_Nappi_Big_Titty_Workout_XXX_SD.html

https://pornve.com/673g9f7s3at8/DP_Ava_Addams_Sunbathing_MILF_Big_Cock_DPp.html

https://pornve.com/674o2uejhm39/Money_Talks_solo_lovin_big.html

https://pornve.com/674rgzqytwl0/Mommy_Got_Boobs_17.html

https://pornve.com/67abxzbuch2c/Brazzers_-_A_Guilty_Conscience.html

https://pornve.com/67phdn9gkale/Undress_My_Sundress_Skyla_Novea.html

https://pornve.com/67td4x2e2luc/Dayna_Vendetta_Doctor.html

https://pornve.com/67ti1l907u8v/Brazzers_-_My_Sons_Best_Friends.html

https://pornve.com/67vrnmtmvo7p/Sophie_Dee_-_Squirts_And_Stockings.html

https://pornve.com/67ylyiuw9c7o/Switching_Teams_Part_Two.html

https://pornve.com/67ys7q1x4ovq/Spying_On_Her_Showering_Chad_Rockwell_Kira_Queen.html

https://pornve.com/682no14ezkj2/butt_pluge___Bridgette_B.html

https://pornve.com/689l5uprnlik/Jada_Stevens__Kiara_Diane_-_A_Very_Lucky_Roommate.html

https://pornve.com/68fcv02ea7yl/StreetBlowJobs_Alex_Harper_-_Bottomless_Blows_25_09_2016.html

https://pornve.com/68pzz7ecn21p/Callie_Calypso_Chrissy_Greene_-_Anal_Attention.html

https://pornve.com/698oqdlf9zk5/Aubrey_Black_Jordi_El_Nio_Polla_Milfs_Grab_Back.html

https://pornve.com/69bxobmhpcsk/NEW_Jasmine_James_Skyler_MCkay_AnD_Danny_D.html

https://pornve.com/69g8ltedirdj/Suicide_Squaq_-_Harley_Quinn_XXX_Parody.html

https://pornve.com/6a6h55l8r7s4/EuroSexParties_17_03_05_Annie_Wolf_And_Liz_Rainbow_Annielicious_XXX_-KTR.html

https://pornve.com/6b547t8o0soo/Brazzers-_Ariella_Ferrera-_Panty_Stash.html

https://pornve.com/6b9d8tteyw44/Jade_Nile__Lisa_Ann_-_Sick_Day_With_My_New_Stepmom.html

https://pornve.com/6bfckoohobkr/Straightening_Her_Out_Penny_Pax_and_Danny_D.html

https://pornve.com/6bgy139hx9wl/Lachelle_Marie_-_Unbelievable_Secretary.html

https://pornve.com/6cq46f3px0e6/Brooklyn_Chase_Nailing_Ms_Chase_Part_Three.html

https://pornve.com/6cz04istzdyg/Alexis_Adams_-_College_and_Cuffs.html

https://pornve.com/6d3c0kzcvgy8/Brazzers_Abella_Danger_Caught_Between_A_Bed_And_A_Hard_Cock_NewPorn2020.html

https://pornve.com/6d4fx7bcjpj7/Stuck_In_The_Elevator_vPorn.html

https://pornve.com/6dely7q0u2bm/Break_The_Internet_For_Real_This_Time_Nikki_Benz__Keiran_Lee.html

https://pornve.com/6dlrne9blc2l/Maya_Bijou_Street_Talk.html

https://pornve.com/6dv9n3ue2rdd/Jenna_Sativa__Lexi_Belle_Wet_Panties_Scisssoring.html

https://pornve.com/6e1x568xeb97/realitykings2016-12-23_Bunking_With_Big_Dick.html

https://pornve.com/6e7s281vh1l4/Sheridan_Love_Caressing_Her_Curves.html

https://pornve.com/6ebe4uqzqjqd/Hot_And_Mean_Suds_and_Milfs_Hot_And_Mean_Professional_Brazzers_Reality_Hot_Outdoor_Big_Tits.html

https://pornve.com/6ehc9092anut/RealWifeStories_Tru_Kait_Blindfolded_Cheater_30_10_2020_rq.html

https://pornve.com/6ei1w9yyotoi/LilHumpers_3_S4_Sally_DAngelo_Lil_Humpette.html

https://pornve.com/6eky713vkd71/Sybil_Stallone_Jake_Adams_Nothing_Like_A_Mothers_Love.html

https://pornve.com/6f0ubba0wpp0/Jessie_Rogers__Sarah_Vandella_Double_Take_11_Top_Rated_Porn_Video_Of_Today_46_Most_Played_Porn_Video_Of_Today_71_Top_Rated_Porn_Video_Of_Week.html

https://pornve.com/6f0zts6t2a83/Reality_Kings_Round_And_Brown_36.html

https://pornve.com/6f4slxe8572w/Bigbutt_Retired_Ebony_MILF_Loves_ANAL.html

https://pornve.com/6f84t93ki92g/Real_Wife_Stories_Sandra_Star_and_Keiran_Lee.html

https://pornve.com/6fu2k0lqqt4w/Jai_James_Luke_Hardy_Home_Sweet_Hoe.html

https://pornve.com/6g6eeq0hezj3/Angelina_Valentine_Anal_In_Shower.html

https://pornve.com/6g8nxobplmy7/8thStreetLatinas_Evie_Olson_Sweetie_Evie_-_02_09_16.html

https://pornve.com/6gdgyxxr0gc2/Madison_Scott_-_Open_Up_Your_Air_Way.html

https://pornve.com/6ge7ussf68r0/Luna_Star_gets_anal_fucked_at_the_grocery_mall_-_Anal_Latina_BigTits_BigAss_Facial_Blowjob.html

https://pornve.com/6gk4t5hx511w/RealityKings_Admiring_The_View.html

https://pornve.com/6gv0o156y3ye/Peta_Pledges_Her_Cleavage_Allegiance.html

https://pornve.com/6gxq9772oubx/Ayumi_Anime_Darcie_Dolce_Slippery_Scissoring.html

https://pornve.com/6hapxti6kvre/reality_king_nikki_thorne_painting_nikkys_pussy.html

https://pornve.com/6hpc3c24n72r/Abella_Danger_Free_Anal_2.html

https://pornve.com/6hvkr790qhrh/Jayden_Lee_Jaw_Dropper.html

https://pornve.com/6i8f1yy882q7/BabyGotBoobs__Brazzers_Jenna_J_Foxx_-_A_Tip_For_The_Waitress.html

https://pornve.com/6i8xmvuyjrra/Kenna_James_Eva_Karera_Stepdaughters_First_Date.html

https://pornve.com/6ibi1ilkwe05/BigTitsInSports__Brazzers_Kagney_Linn_Karter__Rachel_RoXXX_-_Rachel_vs_Kagney.html

https://pornve.com/6id6dox8nlwd/BigWetButts_Allie_Haze_Latex_Lust.html

https://pornve.com/6ir3rqdcl3ev/Hanna_Hilton_-_Fucking_The_Instructor.html

https://pornve.com/6izxcyp3ufxd/Shyla_Stylez__Shy_Love_-_Reunion_Swapping.html

https://pornve.com/6j1c3p219vp9/MikesAppartment_too_sexy_big_-_Amirah_Adara.html

https://pornve.com/6j3wt6543twd/Abbey_Brooks__Rhylee_Richards_-_Sexy_Sunday_School.html

https://pornve.com/6jffk87evy6v/Mason_Storm_-_Lets_See_If_Your_Cock_Is_Big_Enough_For_My_Daughter.html

https://pornve.com/6jm7zpdlr1o8/Ex_Sex_Is_The_Best.html

https://pornve.com/6jsyf3d7x89j/the_film_porn.html

https://pornve.com/6k6vnzv7hjgl/New_Raven_Bay.html

https://pornve.com/6kmwy98e0kck/Riley_Evans_Butt_Smuggling_wmv.html

https://pornve.com/6l21h7wdou43/august_taylor_catch_the_garter_belt_fuck_the_bride.html

https://pornve.com/6l6jkwczio1w/Nurses_Threesome_Cures_All_Brazzers.html

https://pornve.com/6lj1y4aqe5ls/Nikki_Benz_-_Break_The_Internet_For_Real_This_Time.html
https://pornve.com/6lmhyd56ai1j/SneakySex_18_05_26_Ashly_Anderson_No_Boys_Allowed_XXX_SD_-KLEENEX.html
https://pornve.com/6lmn69oufyea/Asa_Akira_Hardcore_Facial.html
https://pornve.com/6lnaxtmv5jlg/jayden_kagney.html
https://pornve.com/6m49egfrfe6m/blowjob_big_tits_brunette_milf_hardcore_ass_cumshot_deep_throat_mature_fisting_veronica_avluv_veronica_avluv_babusikder.html
https://pornve.com/6m5zmiwuim2r/Lisa_Ann__Mick_Blue_MILF_Perfection_S5.html
https://pornve.com/6m7dmusvj9md/Product_Placement_In_Her_Pussy_Ryan_Keely.html
https://pornve.com/6mmvxesi0aef/big_butts_like_it_big_brazzers_valentina_nappi_keiran_lee_dont_touch_her.html
https://pornve.com/6mr8do4e8c2l/Alena_Croft_-_Alena_Croft_The_Notorious_B_O_O_T_Y.html
https://pornve.com/6mssxw1mq9de/Tits_Out_To_Lunch.html
https://pornve.com/6mu9uwf3razy/A_Very_Brazzers_Christmas_2_2015.html
https://pornve.com/6mvmjlvj8t6w/Mason_Moore_-_No_Match_For_Big_Tits.html
https://pornve.com/6n2me3yuhwm5/Our_New_Maid_Part_3.html
https://pornve.com/6n5iucddgs78/Subil_Arch__Tamara_Grace_-_Riding_Lessons.html
https://pornve.com/6ndqplpjm2zc/Simone_Sonay_-_April_Fools_I_Fucked_Your_Mom.html
https://pornve.com/6nlskowv6g5q/Babe_Kennedy_Leigh_Bathroom_Bang.html
https://pornve.com/6nmt8ymea7eg/MomsLickTeens_17_02_21_Molly_Mae_And_Parker_Swayze_Good_Molly_XXX_-KTR.html
https://pornve.com/6nr0zkiwm5pu/Taylor_Chanel_-_Punishment_The_Old_School_Way.html
https://pornve.com/6nt92rnmrn65/The_Care_Package_Brazzers.html
https://pornve.com/6oa0j906qvwo/Savannah_Stern__Rachel_Roxxx__Mindy_Main_-_A_Very_Brazzers_Christmas.html
https://pornve.com/6osmkw0g2ln9/Mom_Gangbang_35_Top_Rated_Porn_Video_Of_Today_89_Most_Played_Porn_Video_Of_Today_138_Top_Rated_Porn_Video_Of_Week.html
https://pornve.com/6oveed3rvc2c/Abby_Cross_-_It_Takes_A_Teen_To_Switch_Teams.html
https://pornve.com/6ow0tth4b8by/Peta_Jensen_Anal.html
https://pornve.com/6p49fixyzou2/BigNaturals_-_Natasha_Nice_Nasty_And_Nice.html
https://pornve.com/6ph5w94tb7hu/Foster_Daughters_Melina_Mason_And_Alexis_Monroe.html
https://pornve.com/6pshagd570fv/Eva_Notty_Having_Fun_With_A_Teen_-_Mota_Boba_And_Baccha.html
https://pornve.com/6pt8ancrckpg/big_dick_bonnie_rotten_makes_a_man_3336_42_plays_published_on_4_hours_ago_bonnie_rotten_gets_tired_because_all_the_men_she_have_in_her_life_doesnt_last_long_in_squirt_pornstar_bonnie_rotten_tags_anal_squriting.html
https://pornve.com/6pz8oq6h08c5/Just_another_weak_chest_popshot_Love_her_titties.html
https://pornve.com/6q0wrr96lp1q/busty_rachel_roxxx_anal.html
https://pornve.com/6qepll54xhde/Mercedes_Carrera_You_Just_Might_Get_It.html
https://pornve.com/6r251armqd4g/Fuck_Me_Hard_Kiley_Jay.html
https://pornve.com/6r3srotzl8oo/Christie_Stevens_Mary_Jean_-_Honey_I_Married_A_Stripper.html
https://pornve.com/6r5svuf3lx41/Tiffany_Brookes_Sex_With_A_Salesman.html
https://pornve.com/6rcf7p1u668h/_Brazzers_-_Curvy_teacher_Chanel_Preston_gets_gangbanged_by_her_students_.html
https://pornve.com/6rg9cnk3k47w/Teal_Conrad_-_Slutty_Secretary.html
https://pornve.com/6rnb6flb0ec7/Shane_Blair__Bailey_Brooke_-_Slit_Licks.html
https://pornve.com/6roz9ppkzjo9/ZZ_Hospital_-_Tiffanys_First_Day_-_Tiffany_Star__Mick_Blue.html
https://pornve.com/6rww0atd77iq/Riley_Evans_-_Trashing_The_Teachers_Office.html

https://pornve.com/6secmhdi0goq/Jessa_Rhodes_Is_A_Very_Horny_Housewife_Who_Gives_it_Good.html

https://pornve.com/6sv726mt7yzj/You_Agreed_To_This_Alyssa_Reece.html

https://pornve.com/6sv9amq3cvg9/MommyGotBoobs_19_07_18_Rebecca_Jane_Smyth_Turning_On_His_Girlfriends_Mom_XXX_SD.html

https://pornve.com/6tau0qclcazw/Alexis_Fawx_is_A_Mummy_With_Issues.html

https://pornve.com/6tif009w8af2/Anal_Lana_Rhoades_Karlie_Brooks_62_Most_Played_Porn_Video_Of_Today.html

https://pornve.com/6tkeskvo543h/Amber_Lynn_-_A_Poke_For_A_Vote.html

https://pornve.com/6tqqnd64li6d/TeensLoveHugeCocks_16_12_31_Amber_Gray_Cute_Bubbly_Butt_XXX_-KTR.html

https://pornve.com/6tycsbto0xe8/_Brazzers_-_Audrey_Bitoni_fucks_her_patient_on_the_massage_table_.html

https://pornve.com/6urpwnakbuoi/Realitykings_Squirt_Roast_Samantha_Garmendia.html

https://pornve.com/6v1u52eewosy/Brazzers__Pornstars_Like_it_Big__Brazzers_New_Years_Eve_Party.html

https://pornve.com/6wkscjahnl15/Kirsten_price_alektra_blue_keiran_lee.html

https://pornve.com/6wx9hi20uty2/Quid_Pro_Blow_MILF_Pornstar_Lasmine_Jae_Tags_Big_Boobs_Big_Ass_Tag_This_Video_120_Top_Rated_Porn_Video_Of_Today_195_Most_Played_Porn_Video_Of_Today.html

https://pornve.com/6x1a6r4th4fd/Jada_Stevens_Bangin_Body.html

https://pornve.com/6x4b5ltaq0n0/Blonde_MILF_Facial_Cory_Fucks_In_The_Back_Of_The_Store.html

https://pornve.com/6x78sw6u8e5g/BabyGotBoobs_19_07_15_Desiree_Dulce_Pool_Shy_XXX_SD.html

https://pornve.com/6xejsb6byrlk/Olivia_Nova_-_Olivias_Wet_Little_Secret.html

https://pornve.com/6xiulojf0wyq/Moms_In_Control_5_Scene_4Skye_West_Olivia_Austin__Xander_Corvus.html

https://pornve.com/6xki52ocgys2/The_Cocksuckers_Club_Remastered_-_Gina_Valentina_Gia_Paige_Danny_D_Elsa_Jean.html

https://pornve.com/6xqzikm61t3x/StreetBlowJobs_Debra_Stokes_-_Strokes.html

https://pornve.com/6xr5yj234ngv/Katrina_Jade.html

https://pornve.com/6xuypji6kn2w/Brazzers_Honeys_Horny_Home_Workout_porn.html

https://pornve.com/6yd06aeoue53/Alanah_Rae_-_Nice_Cheer_Lets_Fuck.html

https://pornve.com/6yi4rkm2fgl8/Ada_Sanchez.html

https://pornve.com/6yw1p33ar0ij/Cytherea_Returns_Tag_4_56_Most_Played_Porn_Video_Of_Today_79_Top_Rated_Porn_Video_Of_Today.html

https://pornve.com/6yxtj3tnkj9p/Brazzers_Abella_Danger_So_Fresh_So_Clean_01_05_2020_watch_videos.html

https://pornve.com/6z3wum2dx34u/Brazzers_-_Nekane_Sweet.html

https://pornve.com/6zerv5dozkag/Lexi_Lowe_Is_A_Full_Busty_Jacket_Come_On_Tits.html

https://pornve.com/6zgva3ykl1rh/A_Pot_of_Golden_Dildos.html

https://pornve.com/6zp2tfj3x0d9/Ella_Knox_-_Tits_Are_A_Massive_Distraction.html

https://pornve.com/6zw187kqbrzx/Fucked_In_Front_Of_Class.html

https://pornve.com/6zz8b6ztv7zn/Slut_Mom_Ava_Addams_Shower_Fuck.html

https://pornve.com/706xw344wwsv/Three_Muffs_In_The_Buff_Ariella_Ferrera_Jenna_Sativa_Ryan_Conner.html

https://pornve.com/70clcpsv7j4g/Nikki_Capone_-_Getting_It_In.html

https://pornve.com/70iyieuoh7j3/RealWifeStories_Adriana_Chechik_The_Dinner_Party.html

https://pornve.com/70n16qnliwfb/Monique_Alexander_The_Mother_Of_Seduction.html

https://pornve.com/70sm7yiemryu/DAREDORM_64_Smoke_Out_1of2.html

https://pornve.com/70ywad6ges27/_A_Late_Night_Visitor_-_Brazzers_.html

https://pornve.com/715uf5qhq6p7/Taylor_Chanel_in_Punishment_the_old_school_way.html

https://pornve.com/716qz8af82fg/Freja_Noir__Skye_Blue_-_Skye_And_Frejas_Steamy_Shower_Cam.html

https://pornve.com/71hbupyguame/milf_tags_big_tits_milf_teaches_son_2751_6_471_plays_published_on_1_day_ago_hot_milf_fucks_stepson_category_big_tits_milf_tag_this_video_71_top_rated_porn_video_of_today_142_most_played_porn_video_of_today.html

https://pornve.com/71jgv9g8l8mz/Jada_Stevens__Jessie_Rogers_-_Double_Anal_Poolside.html

https://pornve.com/71uuif233ig9/Lisa_Ann_The_Fuck_Off.html

https://pornve.com/724funa92re4/_Brazzers_-_Sexy_Rachel_Starr_seduced_married_neighbor_to_fuck_her_.html

https://pornve.com/7317dfhd7ibq/BEST_NEW_Janice_Griffith__Cyrstal_Rae_720p.html

https://pornve.com/731m8y8ey0wg/Escndalo_Luna_Star_Victoria_June__Ramon.html

https://pornve.com/732wco5925q1/Britt_James_Charles_Dera_-_Picking_Up_Big_Tits_-_First_Time_Auditions.html

https://pornve.com/73bsxj4y6kaz/TeensLikeItBig_Lana_Rhoades_Over_Easy.html

https://pornve.com/73e3wtc5e5tt/Bridgette_B_Justin_Hunt_-_Ill_Show_You_How_-_Brazzers.html

https://pornve.com/73pc22xf2w38/Sweet_Peta_Pie.html

https://pornve.com/73ux00c389wi/Silvia_Burton_-_One_Night_Lust.html

https://pornve.com/742gpk0fbq4n/kagney_linn_karter_Massage_sex.html

https://pornve.com/746rlkkjdzf9/Secret_Sauna_Sex_Brazzers.html

https://pornve.com/74kuorcbmph3/StreetBlowJobs_Elaina_Mcbrian_40Lucky_Lollipop_-_23_10_201641.html

https://pornve.com/756uw2v3a9ek/Jenaveve_Jolie_Lisa_Ann_Madison_Scott__Sienna_West_-_Long_Live_Brazzers.html

https://pornve.com/75938j4anjv8/Remy_La_Croix_james_deen__Jada_Stevens_Double_Shake.html

https://pornve.com/75fp5d2ss788/MikesApartment__RealityKings_Ayda_-_Swinger_Just_Right.html

https://pornve.com/75kaosknzsa4/MilfHunter__RealityKings_April_Mae_-_Shes_Got_The_Juice.html

https://pornve.com/75ltm1nxx3au/Chip_In_To_Her_Pussy_Brazzers.html

https://pornve.com/76gily6r6vmq/August_Ames_And_Emma_Stoned.html

https://pornve.com/76wgvwm6ke48/Gamer_Heaven.html

https://pornve.com/777djajpn4d9/Delicious_Tits5_Destiny_Dixon.html

https://pornve.com/77n4k3yo1vxu/Abigail_mac_doctor_fuck.html

https://pornve.com/77t8xn5sx2fb/Knockout_Knockers_-_Summer_Brielle__Johnny_Sins.html

https://pornve.com/785bw5r6vf6g/Julia_Ann_-_Stepmom_Knows_Best.html

https://pornve.com/787ozi1coh72/Queen_Of_Thrones_Part_02.html

https://pornve.com/78p5qk63ntui/Brazzers_Im_Not_A_Racist_Brazzers_Mommy_Got_Boobs_Interracial_Bbc_Blonde_Pussy_Licking_Blowj.html

https://pornve.com/78sej6d0ogq3/Nikki_Benz__Lachelle_Marie_-_Soccer_Fan_Doctors.html

https://pornve.com/78tb14si3n0s/_BRAZZERS_PRESENTS_1_800_PHONE_SEX_-_THE_PACKAGE.html

https://pornve.com/79980adikpxi/Eyes_Down_Tits_Out.html

https://pornve.com/79kal7l3imqv/Richelle_Ryan_A_Roof_A_Hot_Meal_and_A_Pair_of_Jumbos.html

https://pornve.com/79rlp6qxt7ag/LilHumpers_2_S1_Aryana_Adin_The_Kitchen_Humper.html

https://pornve.com/79w8bxi7cobn/Kassondra_Raine_Horny_Wife_Wants_A_Stranger.html

https://pornve.com/7a0frgts5v6v/Orange_Is_The_New_Pussy_-_Nadia_Styles__Natalia_Starr__Skin_Diamond.html

https://pornve.com/7aeian3a3r0z/RealityKings_Got_It_All_Big.html

https://pornve.com/7alaff841svu/Desirae_Rose_-_Deep_Rose.html

https://pornve.com/7aswparcabxi/Brazzers__Big_Wet_Butts__Anal_Xmas_Allie_Haze_Harley_Jade.html

https://pornve.com/7b6n3wbwcee9/Sexual_Education_8_Skyla_Novea.html

https://pornve.com/7baf9e1l5cdv/Twinkle_Tits_Abbey_Brooks.html

https://pornve.com/7bjonmkigcol/Brazzers_Dont_Tell_Mom_The_Babysitters_a_Slut_Brazzers_Mommy_Got_Boobs_Jennifer_White_Lisa_Ann.html

https://pornve.com/7bzy6m8ycejv/Mommy_Got_Boobs_15.html

https://pornve.com/7c09lmzrowzu/Blonde_elevator.html

https://pornve.com/7c4292yff4xz/Slip_It_In_3_S5_Cum_For_The_Fiesta_Elena_Koshka.html

https://pornve.com/7c7q0s8itfd1/Momsss_In_Control_5_2017.html

https://pornve.com/7c93bfg4oyw3/Siri_Dahl_Gets_Caught_And_Fucked_By_Her_Roomie_102920.html

https://pornve.com/7c9cm6cu5bj2/Foot_Fetish_Brooke_Banner_Cum_On_Feet.html

https://pornve.com/7c9nomxb51iq/Brianna_Beach_-_Pickup_Service.html

https://pornve.com/7cdaiofo7gra/Shawna_Lenee__Kagney_Linn_Karter_-_Ebenezer_Keiran.html

https://pornve.com/7cm4sib6ad7l/_Brazzers_-_Big_booty_Lela_Star_is_into_some_kinky_fucking_.html

https://pornve.com/7d137wy7zl5u/Buttfuck_The_Bride_brazzers.html

https://pornve.com/7d2capcb2i4g/doctor_adventures_brazzers_julia_ann_keiran_lee_doctoring_the_results.html

https://pornve.com/7d4tpmg6ihjr/Raven_Hart_-_Workers_Cumpensation.html

https://pornve.com/7denm5xgropk/Stress_Buster_Brazzers.html

https://pornve.com/7dn83a8b7cyb/Nikita_Von_James_And_Rikki_Six_-_Sex_With_Two_Blonde_Sluts_Nikita_Von_James_And_Rikki_Six_.html

https://pornve.com/7dxhxfnfshkx/Alena_Croft_Anal_Stretching_In_The_Shower_15_09_2020_Anal_BigTits_BigTits_0_15_09_2020_on_SexyPorn.html

https://pornve.com/7e56nw8wlubs/Alena_Croft_Loves_Giving_The_Anal_Gift.html

https://pornve.com/7efeies0hfks/Ava_Addams_Stay_Away_From_My_Daughter_Full.html

https://pornve.com/7effrzqtksp0/FirstTimeAuditions_Ally_Tate_-_Allys_Cat_11_07_2016.html

https://pornve.com/7eog3737oo8l/Alura_Jenson_Sneaky_MILF_Sucks_In_The_Theater_Mommy_Issues.html

https://pornve.com/7ewa5bzgmo6w/BEST_NEW_Ella_Hughes_Sensual_Jane__Danny_D_-_720p.html

https://pornve.com/7f1d3x063zim/Brazzers_Cream_my_jeans_Brazzers_Big_Wet_Butts_Ryan_Conner_Keiran_Lee_Blonde_White_Girl_Milf.html

https://pornve.com/7f6sxcjq97uf/Skyla_Novea_Your_Daughter_My_Slut.html

https://pornve.com/7f9c1zox10sj/MomsLickTeens_15_12_22_Zoey_Monroe_And_Cherie_Deville_Pussy_Love.html

https://pornve.com/7foi2aowsy9n/hot_line_baby.html

https://pornve.com/7g4j4wywnn9h/Nikki_-_My_Girlfriends_Hot_Mom_15_2015.html

https://pornve.com/7g8rtsy4hcab/GFRevenge_Flexy_sexy.html

https://pornve.com/7go0rxnfkbix/Cali_Carter__Kali_Roses_Stepsister_Swap.html

https://pornve.com/7h29se7oa64z/RKPrime_17_04_13_Jasmine_Jae_Sock_My_Puppet_XXX_-KTR.html

https://pornve.com/7i1jfr9drkzv/_Brazzers_-_Busty_Julia_Ann_gets_her_pussy_drilled_by_Keiran_big_cock_.html

https://pornve.com/7i4bt8hblrd6/Erotic_Massage_Alura_Jenson_And_Dahlia_Sky_Anal.html

https://pornve.com/7ie245ou9v8y/Yoga_Freaks_Episode_Three_Jade_Jantzen__Charles_Dera__Xander_Corvus.html

https://pornve.com/7isgrjv9or71/Nina_Elle_They_Feel_Real_To_Me.html

https://pornve.com/7jb1dpw0su9p/Ass_Gas_or_Grass.html

https://pornve.com/7jp0qdbk7zev/Cathy_Heaven_-_Magic_Man.html

https://pornve.com/7jppt4kp8aov/Erotic_Massage_Amy_Reid.html

https://pornve.com/7jrivh8wgka7/WeLiveTogether_15_12_17_Jenna_Sativa_And_Val_Midwest_The_Sweetest_Pussy.html

https://pornve.com/7jwb62sss5zj/Aleksa_Nicole_Requiem_for_an_Anal_Cherry.html

https://pornve.com/7k2au07nd08n/DoctorAdventures_-_Penny_Pax_Straightening_Her_Out.html

https://pornve.com/7k79d2aizg0u/Rachel_Starr_Oilll_Brune_Big_Tits.html

https://pornve.com/7k86c0dra4jq/Brazzers_Pink_And_Plump_Brazzers_Kiki_Minaj_Danny_D_Big_Wet_Butts_Anal_Ass_Worship_Big_Tits.html

https://pornve.com/7kbook7pphzr/BigWetButts_17_02_28_Kagney_Linn_Karter_Plump_Pantyhose_XXX_-KTR.html

https://pornve.com/7kvrpuj5bxdz/DayWithAPornstar_Dani_Daniels_40Day_With_A_Pornstar_-_Dani_-_10_07_1641.html

https://pornve.com/7kyon8z4muva/Lizz_Tayler_Faye_Reagan_Lizz_Tayler_Lily_Carter_Teagan_Summers_Part_One.html

https://pornve.com/7kz69twhnpbw/Helena_Sweet_-_Leggy_Blonde.html

https://pornve.com/7lkx9zanpzav/Reality_Kings_Big_Tits_Boss_Tiffany_Rain_Big_Tits_On_Tiffany.html

https://pornve.com/7lq41zet3asi/Comfort_Me_With_Cum_Brazzers.html

https://pornve.com/7m6b0io4ahia/Brandi_Love_Rent_A_Pornstar_The_BreakUp_Coach.html

https://pornve.com/7maopmjsisvl/Brazzers__Dick_Or_Treat.html

https://pornve.com/7mdj7msfk2ov/GFRevenge_Double_nut_fun.html

https://pornve.com/7mn328uyoza1/03_03_2018_Color_Theory.html

https://pornve.com/7msss587ec9j/Tanya_Tate_-_The_Dinner_Date.html

https://pornve.com/7n1egrkjw859/Very_Rare_Alanah_Rae_Anal.html

https://pornve.com/7na4sroh629h/WeLiveTogether_Veronica_Rodriguez_And_Ally_Tate_Love_In_Latex.html

https://pornve.com/7nadne2ekjr9/Realitykings__RK_Prime__Baking_With_Bae.html

https://pornve.com/7nkaas6q6ouq/Britney_Young_Super_sweetness_super_sweetness_big.html

https://pornve.com/7o3rs4h1pz9d/DAREDORM_56_Body_Shots_1of2.html

https://pornve.com/7o4qydsexraq/Napping_Naked_Brazzers.html

https://pornve.com/7oguwvut4weu/GFRevenge_Horny_for_hot_pants.html

https://pornve.com/7omhudo3savr/Phoenix_Marie_-_This_Nurse_is_No_Pussy.html

https://pornve.com/7pelyd1zkk0i/Princess_Paris_Dick_O_Gram.html

https://pornve.com/7prlt8z9vyo7/brazzers2016-12-15_Welcum_Wagon.html

https://pornve.com/7pz1ssbow3dg/Eva_Karera_Blowjob_Cumshot_Public_Kayla_Handjob_Masturbation_Groupsex_Paige_Kane_Orgy_Laundry_Kortney.html

https://pornve.com/7qi1yupg3s9q/Bgb_D1llion_H4rper_Spin_Cycle.html

https://pornve.com/7qmkmsc04t01/MommyGotBoobs_Ava_Addams_Seduced_By_His_Stepmom.html

https://pornve.com/7qrv2dwuybg5/_anal_big_ass_queen_shyla_stylez_queen_of_a_of_a_big_tits_pornstar_tags_big_tits_.html

https://pornve.com/7qwc03esduob/Isabelle_Deltore_Keiran_Lee_-_Sex_Over_Stress_-_Dirty_Masseur.html

https://pornve.com/7qx3y45nzzql/Big_Booty_Roommate_Ava_Rose.html

https://pornve.com/7qyv9sxrnvsw/Romi_Rain_Film_Class_Coochie.html

https://pornve.com/7r49eekoeo55/Lela_Star_Milf_Anal_BigAss_BigTits.html

https://pornve.com/7rjxd91gw6o4/BigTitsAtWork__Brazzers_Nina_Elle_-_Eating_In_The_Meeting.html

https://pornve.com/7rqfvk8pk5bq/Melissa_Lauren_-_Ugly_Duckling_Turned_Swan.html

https://pornve.com/7rw3nbclraj3/BrazzersExxtra_-_Rachel_RoXXX_Stepsister_Shares_The_Shower_23_November_2015.html

https://pornve.com/7ry8d7niuv36/Gia_Derza_and_Scarlit_Scandal_Share_A_Guy.html

https://pornve.com/7sa7h6mvlk01/Devon_pornstars_like_it_big.html

https://pornve.com/7si8lcu7aoti/Abella_Danger_Luna_Star_Face_Sitting_On_The_Sneaky_Sitter_08_09_2020_Lesbian_BigTits_Squirt_Milf.html

https://pornve.com/7st01u6gb3ba/Sexy_Rose_Monroe_Tip_The_Waiter_Again.html

https://pornve.com/7tary6rdjba2/Joslyn_James_-_Worshiping_Joslyns_Feet.html

https://pornve.com/7td184wgwv19/_Cock_hero__REBORN__sperm_vampires_.html

https://pornve.com/7tdbzf5pakiy/home_is_where_the_whore_is.html

https://pornve.com/7tizz4wprel7/lilhumpers_bubble_bath_bastard_aryana_adin.html

https://pornve.com/7ttjjl43b9uh/HotAndMean_16_01_06_Janice_Griffith_And_Monique_Alexander_Massaging_Mrs_Alexander.html

https://pornve.com/7u0nms7lju9s/MomsLickTeens_-_Jessica_Torres_And_Kirsten_Lee_Wet_Kisses_-_16_05_10.html

https://pornve.com/7ufwppdjhpnk/Romi_Rain_-_No_Student_Teacher.html

https://pornve.com/7ufzevt9hba3/da_alanah_rae.html

https://pornve.com/7uhkn2f25c1b/Mea_Melone_The_Mathletes_Part_Two.html

https://pornve.com/7us9g3da1i6p/kayla_kayden_and_Kaeran_Lee.html

https://pornve.com/7usnlhf2ujx3/Kallie_Jo_Slip_It_In_2S3.html

https://pornve.com/7uwdu89zvr5d/Maya_Kendrick__Vanessa_Sky_Super_Sunday_Sluts.html

https://pornve.com/7v72c0v9lfse/Courtney_Taylor_Cheating_Wife_Blonde_Threesome_DP.html

https://pornve.com/7v9ibv699ue2/Brazzers_cougar_in_law.html

https://pornve.com/7vjf6gdiz0bi/Austin_Kincaid_-_The_Replacement_Pornstar.html

https://pornve.com/7vma4lm4tb8v/Alexis_Fawx_My_Horny_Stepsons_Mommy_Issues_3.html

https://pornve.com/7vnxob5jv8rr/Santas_Anal_Elves_Jenna_Ivory_And_Keisha_Grey_Get_Fuck_In_The_Ass_By_Santa_.html

https://pornve.com/7w1drif92rvl/HotAndMean_-_Phoenix_Marie_Richelle_Lesbian_Slut.html

https://pornve.com/7wi1p9yjuuu2/RKPrime_17_02_12_Raven_Wylde_Lil_Spinner_Freak_XXX_-KTR.html

https://pornve.com/7wzzyav9hp5q/katana_kombat_heavy_load.html

https://pornve.com/7xco3mzvbl5h/Reality_Kings_Lesbifriends.html

https://pornve.com/7xfjqlc8my0o/Brooke_Wylde_-_How_To_Please_A_Sleaze.html

https://pornve.com/7xj22ifa5ojc/StreetBlowJobs_15_12_20_Cassidy_Ryan_Juicy_Jessie.html

https://pornve.com/7xtivtea9uvx/_Brazzers_-_Super_hot_ballerina_Aleska_Diamond_gets_her_pussy_pounded_.html

https://pornve.com/7xva8va0tb6o/Kagney_Linn_Gets_Pounded_In_Burger_Joint.html

https://pornve.com/7xvvka8ed7kw/Lisa_Ann_-_hot_step_mom.html

https://pornve.com/7xyv0w3klkci/Bosses_Daughter_-_Aubrey_Rose.html

https://pornve.com/7y28729tjln0/PornstarsLikeItBig_17_02_28_Brett_Rossi_Last_Dance_With_Brett_Rossi_XXX_-KTR.html

https://pornve.com/7yb2tzhdk7xj/In_The_VIP_Alanah_Rae.html

https://pornve.com/7ynx97aff9oo/Realitykings__Milf_Hunter__Help_Please.html

https://pornve.com/7yrkarwwo9tr/Brazzers_House_Episode_Three.html

https://pornve.com/7yx77neozv6g/Jessie_Rogers_Implant_my_Ass.html

https://pornve.com/7zbk9o4k9g0q/MommyGotBoobs_17_04_13_Eva_Notty_Hot_Tub_MILF_Machine_XXX_-KTR.html

https://pornve.com/7zi8mdvun7fv/Asa_Akira_Say_Hi_To_Your_Husband_For_Me_-_720p.html

https://pornve.com/7zkc8iav4wn1/Realitykings_-_Round_and_Brown_-_Take_A_Fucking_Study_Break.html

https://pornve.com/7zmhjww5wf8s/Ashley_Adams_-_Pretty_Little_Bitches_Part_Three.html

https://pornve.com/7zmt67gnm436/He_Makes_Wifey_Watch.html

https://pornve.com/7zrsqmgktmh0/RealWifeStories_-_Sovereign_Syre_-_Inexplicable_Attraction.html

https://pornve.com/7zs44hxm02tu/New_Babe_Teen_Janice_Griffith.html
https://pornve.com/801zbqmy84d6/Brazzers_Stuck_In_The_Elevator_Work_Fantasies_Blonde_Big_Tits_Brazz
ers_Bridgette_B_Profession.html
https://pornve.com/80jimylada06/India_Summer__Veruca_James_Im_Gonna_Bang_Your_Mother_3_2015.ht
ml
https://pornve.com/80me51jtjwqq/Happiness_is_a_Warm_Bum_Addison_Lee__Jax_Slayher.html
https://pornve.com/80rl8le6w01g/Lost_In_Brazzers_Part_4.html
https://pornve.com/80t99552sklc/Hot_Babe_All_Good_New_Bea_Wolf.html
https://pornve.com/819y5xr4xs1z/Eva_Angelina_-_Fuck_My_Invisible_Cock.html
https://pornve.com/81erdy1tjux3/Stacy_Snake_The_Cream_Me_In_The_Ass_-
_Teen_Pornstar_Chris_Diamond_Brenda_Wang.html
https://pornve.com/81ez2sngxoap/DirtyMasseur_Massaging_Peta_Brunette_HD_Anal_Cowgirl_Big_Dick_Bra
zzers_Bubble_Butt_Oiled_W.html
https://pornve.com/81ixqc8eetf2/Sicilia_Aruna_Aghora_Aysha__Four_Is_A_Party.html
https://pornve.com/81pfzze02mb5/Isis_Love_Preston_Parker_Boning_Her_Bodyguard.html
https://pornve.com/81ue78879dxu/GFRevenge_Smash_box.html
https://pornve.com/81vsjqaanzi8/Bea_Wolf_FTA_Bea_Wolf.html
https://pornve.com/82xsz8rvxmtt/Our_Dirty_Secret.html
https://pornve.com/83e9kcf8lk86/Jenna_J_Ross_-_Splash_Time.html
https://pornve.com/83htkx670tyj/WeLiveTogether_Jade_Dylan_Aubrey_Rose_Sexting_-_24_11_2016.html
https://pornve.com/83i0hq5qej5w/Fix_My_Computer_Then_Fuck_My_Pussy_Brazzers.html
https://pornve.com/83mzevky8pmg/College_Midterm_Stress_Release_-
_Peta_Jensen__Bill_Bailey.html
https://pornve.com/83v9nevic8fi/Blanche_Bradburry_Maid_For_Anal.html
https://pornve.com/83w79cffrydh/Amirah_Adara_-_Backyard_Butt_Sex.html
https://pornve.com/84s24ae4ahyh/Holly_Halston_-_Im_The_Boss_Now_Bitch.html
https://pornve.com/84u55l6ik02z/Jenna_Haze_Sexy_Fuck.html
https://pornve.com/857y0aooi752/Alison_Tyler_Son_Needs_A_Doc_Doc_Needs_A_Cock_Doctor.html
https://pornve.com/85hw17wxnhs4/Drilling_Mommy_2_Scene_1_New_Milf_In_Town_Alissa_Jayde__Robby
_Echo.html
https://pornve.com/860cxio1fkr4/Cassidy_Banks_Richelle_Ryan_are_Moms_Who_can_take_Control.html
https://pornve.com/86bjr3qxv3o4/_Try_Before_You_Buy_Hot_Latina_Megan_Salinas_Gets_Dominated_by_C
ustomer_.html
https://pornve.com/86dmjyynnoqn/Jarushka_Ross_If_You_Go_Down_To_The_Woods_Today.html
https://pornve.com/86gaydthh69w/BrazzersExxtra_17_08_20_Natalia_Starr_The_Daily_Special_XXX_-
KTR.html
https://pornve.com/86j5bzl5ontp/Diamond_Jackson_-_Busted_and_Busty.html
https://pornve.com/87bt02s5owdh/Chanel_Preston_Hard_Call.html
https://pornve.com/87c8m2husef4/Ava_Addams_Rent_A_Pornstar_The_Lonely_Bachelor.html
https://pornve.com/8806zgmpbl14/Cassidy_Klein_-_Fuck_Games.html
https://pornve.com/88nxqmqmaxlj/Amber_Rayne_-_All_A_Girl_Really_Wants_Is_A_Big_Fat_Cock.html
https://pornve.com/8ahr5e2zvbb8/Angela_White_Mantequilla_Bay_Bay.html
https://pornve.com/8ahuz7kqhume/India_Summer_Sloan_Harper_Candid_Candidates.html
https://pornve.com/8ai8j4e6837y/Buxom_Blonde_MILF_Drives_Crazy_With_Big_Fore_Skinned_Dick.html
https://pornve.com/8aiuonvjtoz0/Testing_The_Teacher_-_Big_tits.html
https://pornve.com/8ale844urth8/Devon_Anal_Is_The_Best_Medicine.html
https://pornve.com/8b6ujr1ea9g1/Assmr_Abella_Danger.html

https://pornve.com/8b87ji9c1i1f/abella_anderson_buying_clothes_they_bought_her_some_clothes_that_lea
ve_little_to_the_imagination_then_they_hit_that_big_booty_la_buying.html

https://pornve.com/8b9hdm1fe2yh/Rich_Fucks_1_Ariana_Marie_Bridgette_B__Van_Wylde.html

https://pornve.com/8bhj6z5egc4e/Anny_Aurora_And_River_Fox_Three_Player_Game.html

https://pornve.com/8ce3cuc7hmpd/Romi_Rain_-_Lost_On_Vacation_San_Diego_Part_One.html

https://pornve.com/8cnka8i1osvu/ass_peta_anal_4932_145_plays_published_on_9_hours_ago_putaria_cate
gory_anal_massage_pornstar_peta_jensen_tags_anal_massage_tag_this_video.html

https://pornve.com/8dagradkztra/Slip_It_In_4_S6_Fresh_Meat_Zaya_Cassidy.html

https://pornve.com/8ddylhogqph5/McKenzie_Lee_-_Gridiron_Grindin.html

https://pornve.com/8dve97sljhyo/Doctor_I_Cheated_On_My_Girlfriend_Brazzers.html

https://pornve.com/8en0mizpjm0h/RealityKings_-_MonsterCurves_Remy_Lacroix.html

https://pornve.com/8ep72gczkhbb/Kelsi_Monroes_Juicy_Booty_Kelsi_Monroe__Mick_Blue.html

https://pornve.com/8f3lfxgue9lc/Chanel_Preston_-_Bubbly_Personality_Bubbly_Ass.html

https://pornve.com/8f8fetvklg1c/DirtyMasseur_-_Britney_Amber_Holistic_Healing_12_24_16.html

https://pornve.com/8fjdjtigb9y2/London_Keyes_-_Smothered_By_A_Stripper.html

https://pornve.com/8fkrp4f28k0n/Mika_Tan_1on1_Asian.html

https://pornve.com/8fpy7tjj8c13/Gabriela_Castellari_-_Deep_In_Gabriela.html

https://pornve.com/8fqllvhciae7/Soapy_Self_Care_Cathy_Heaven__Danny_D.html

https://pornve.com/8g4ks62n7ge3/lets_make_a_deal_tiffay_tatum.html

https://pornve.com/8g4l1q5w2wtd/DoctorAdventures_Alexis_Faux_Fuck_The_Pain_Away.html

https://pornve.com/8ggz84r3fdev/Anal_Pornstars_Like_It_Big_Phoenix_Marie_Phoenix_Marie_Ass_Gets_Da
nny_D.html

https://pornve.com/8gilhsn8as4b/Shes_Gonna_Squirt_8.html

https://pornve.com/8gjxw7upve7p/The_British_Sex_Prime_Minister.html

https://pornve.com/8gp01cow10dv/Rebecca_More_Just_One_Clit_Away.html

https://pornve.com/8gvqwl42myyn/Fuck_The_Frustration_Right_Out_Of_Me_Big_Tits_Mom_Peta_Jensen_-
_Brazzers_.html

https://pornve.com/8hfsfavaxuj5/Im_Not_a_Regular_Mom_Im_a_Cool_Mom_Ryan_Keely.html

https://pornve.com/8hlmwfcnmz0t/Assh_Lee_Loves_Giving_The_Anal_Gift.html

https://pornve.com/8ht4i42sm7rh/hot_headlock_sex_position_compilation.html

https://pornve.com/8husqa7jxr2ty/I_love_Dick_of_brother_in_law.html

https://pornve.com/8i13j5qpsno4/Good_Moaning_-_Nickey_Huntsman.html

https://pornve.com/8i2cmfkuu1d6/GFRevenge_A_wank_with_swank.html

https://pornve.com/8iss80azkrcs/We_Live_Together_Maddy_OReilly_And_Dillion_Harper_Puss_And_Boobs.h
tml

https://pornve.com/8j0622z5ibsg/Jada_Stevens_And_Mischa_Brooks.html

https://pornve.com/8j28v7u5327v/The_Trophy_Husband_Ariella_Ferrera.html

https://pornve.com/8j3ycbonzn63/Bodacious_babe_Jada_Stevens_dirty_intense_ass_sex.html

https://pornve.com/8jjws0b3qyvf/Cheating_bride_Simony_Diamond_loves_anal.html

https://pornve.com/8jr9oskyrkt1/Brazzers__Big_Wet_Butts__Catsuit_Booty_Bang_Kelsi_Monroe.html

https://pornve.com/8kkzlg2xtgg7/Money_Talks_deal_or_no_feel_big.html

https://pornve.com/8l07541661nw/Shyla_Stylez__Carmella_Bing_-
_How_The_Grinch_Fucked_Xmas.html

https://pornve.com/8l9ncrdrome9/Joseline_Kelly_Smoothie_Slut.html

https://pornve.com/8lc5836n5ot2/Madison_Ivy_Finding_The_Perfect_Fuck.html

https://pornve.com/8lo9x045izku/Advanced_anal_stretching_yoga_brazzers.html

https://pornve.com/8lp70kfq4gac/Alura_Jenson_My_Profs_Filthy_Mouth.html

https://pornve.com/8lqtv1mt4kp2/Bobbi_Starr_Franceska_Jaimes_And_Alexis_Texas.html

https://pornve.com/8lvhvwpp57t2/RealWifeStories_-_Cassidy_Klein_And_Chanel_Preston_The_Wettest_Dream_-_16_05_10.html

https://pornve.com/8m8b0jsfn9uk/Bonnie_Rotten__Missy_Martinez_-_Bonnies_Got_The_Baddest_Ass_In_School.html

https://pornve.com/8m9ybduovmwx/GFRevenge_Dicked_in_disguise.html

https://pornve.com/8mswmbfip5le/BigTitsAtWork_-_Autumn_Falls_-_Inside-Her_Trading.html

https://pornve.com/8mvhzcumpiai/Brazzers_Lisas_Big_Secret.html

https://pornve.com/8n4rm3xh1hio/Karissa_Shannon_Kristina_Shannon_-_Twins_share_one_lucky_cock.html

https://pornve.com/8nb81e746d8y/pov_poolside_anal_threesome_3421_4_744_plays_published_on_1_day_ago_category_anal_pornstar_anal_tags_anal_threesome_tag_this_video_177_most_played_porn_video_of_today.html

https://pornve.com/8noxf2k6s4vg/Get_The_Picture_Alison_Tyler_Charles_D.html

https://pornve.com/8nyo6te6rjxs/Sexy_Seductive_Scarlet.html

https://pornve.com/8o9bytxvf4rw/Brazzers_-_Like_Mother_Like_Daughter.html

https://pornve.com/8of527xp2pzd/Busty_Brunette_Makes_Bearded_Guy_Happy_Riding_His_Dick.html

https://pornve.com/8oiehj5vi8fc/Kayla_Kayden_Is_A_Very_Horny_Housewife_Who_Gives_it_Good.html

https://pornve.com/8ov6w1i0x1pv/Money_Talks_poster_girl_pussy_big.html

https://pornve.com/8p3x9qjic7bn/Moms_In_Control_15_S6_Alina_Lopez_Cherie_Deville.html

https://pornve.com/8p9l74cej79l/Fuck_Obama_Care_Anal_Compilation.html

https://pornve.com/8pfvusmlp352/_Brazzers_-_Meddling_Mother_In_Law_.html

https://pornve.com/8pipso6clzzh/DareDorm_Kharlie_Stone_Brittney_White_Addison_Rich_-_Cops_And_Robbers_23_09_2016.html

https://pornve.com/8qpbhkszmkwl/MilfHunter_17_02_27_Tegan_James_Banging_Hot_MILF_XXX_-KTR.html

https://pornve.com/8rrx1ls2ooqx/Asa_Akira_Keiran_Lee_And_Madison_Ivy.html

https://pornve.com/8sbymlihkn96/Moms_Bang_Teens_11_2015_Reality_Kings_Scene_2.html

https://pornve.com/8sh7xlokns2m/MilfHunter_-_Veronica_Lemos_Soaked_in_cum_23_November_2015.html

https://pornve.com/8sn9ka92ghse/Ariella_Ferrera_Ember_Snow_Her_Daughters_Best_Friend_3.html

https://pornve.com/8sr7gwqm5o3i/My_Two_Whores_-_Courtney_Taylor__Samantha_Saint__Summer_Brielle.html

https://pornve.com/8t7lxc3y5qxl/big_boobs_nicolette_shea_has_sex_with_her_husband_and_their_new_whore.html

https://pornve.com/8t7x2yi4imhx/Brandi_Loves_The_Interview_Brandi_Love__Mia_Malkova.html

https://pornve.com/8tqqpv7ogfn9/Ava_Addams_and_Missy_Martinez_Cheater_Cheater_Pussy_Eater.html

https://pornve.com/8trkhr5w2ghq/Brooke_Banner_A_Day_With_A_Pornstar.html

https://pornve.com/8tvdj774ye8v/Jessie_Rogers_Takes_A_BBC_Anal_And_Creampie_Valentina_Nappi_Napi_Gangbang_BBC_Italian_Whore_SL_Ava_Addams_And_Nicky_Benz.html

https://pornve.com/8tvm5m6tt5c1/vidmo_org_Sarah_Banks_and_Xander_Corvus_Grateful_For_Cock_All_Sex_Hardcor.html

https://pornve.com/8u3gzkmjzz2o/gamer_girl_fucked_by_boyfriend_while_playing.html

https://pornve.com/8u66vwyaxxy4/WeLiveTogether_Aubrey_Sinclair_Lucie_Cline_Pillow_Fight_-_01_12_2016.html

https://pornve.com/8u7eqdq9uyrz/Fucked_in_kitchen_by_boyfriend.html

https://pornve.com/8u8ehvktqn5i/I_Think_We_Should_Bang_Other_People_Part_Two.html

https://pornve.com/8up2h4hb20qe/Shay_Fox_Cum_In_Me_Not_On_My_Couch_Mommy_Issues_2.html

https://pornve.com/8uu1c9u9a1lm/Milf_kendra_lust_vl081914_1000.html

https://pornve.com/8v99pvzbphun/Jasmine_Jae_Jordi_El_Nio_Polla_-_Horsing_Around_With_The_Stable_Boy_-_Milfs_Like_It_Big.html

https://pornve.com/8vbvjpouqcas/1800_Phone_Sex_Line_4_Amia_Miley_Holly_Hendrix__Isis_Love17_08_201.html

https://pornve.com/8ve84qd09w1u/MomsBangTeens_-_Reagan_Foxx__Lucie_Cline-Milf_In_Closet.html

https://pornve.com/8veni3zt46ub/Brooklyn_Chase_Anal_Bustdown_New_720p.html

https://pornve.com/8vmh0knlt4lk/Rachel_Roxxx_aAnd_Kagney_Linn_Karter_VTIS.html

https://pornve.com/8vw7556lug7x/Gianna_Dior_Breaking_in_the_Ballerina_Brazzers.html

https://pornve.com/8vwa93621s6b/published_on_2_hours_ago_ass_ahha_anal_category_mature_milf_porn_star_ariella_ferrera_tags_anal_ass_like_that.html

https://pornve.com/8vx933rqs26a/NEW_BigTitsAtSchool_Brazzers_August_Taylor__Mia_Malkova_Dirty_Girls_Learn_Dirty_Words_29_12_15_2015.html

https://pornve.com/8w2d6e9374e4/Disciplinary_Action_Part_One.html

https://pornve.com/8wazt9w28ayo/StreetBlowJobs_17_01_29_Cassidy_Blanc_Cum_Lover_XXX_-KTR.html

https://pornve.com/8wfekt2kchzk/Hoes_in_Pantyhose_Brazzers.html

https://pornve.com/8xn191ggiviv/Brazzers_-_Dr_Driller_decides_to_reveal_the_mysteries_of_G-spot_to_Lena_.html

https://pornve.com/8xou39e9351q/Brianna_Beach_-_Stuck_On_The_Job.html

https://pornve.com/8xpf4vp4akd2/WeLiveTogether_A_Little_Lick_Malena_Morgan_Dillion_Harpe_fun_in_the_shower.html

https://pornve.com/8xu6e2eyanvm/Kayla_Kayden_Danny_Mountain_Keiran_Lee_Sensory_Deprivation.html

https://pornve.com/8y0c8bunx7v4/vidmo_org_Brazzers_Bridgette_B_Two_For_One_Special_NewPorn2020_854.html

https://pornve.com/8y71g32ymacc/MommyGotBoobs_Kendra_Lust_Rub_A_Tug_Tug_03_06_2018_rq.html

https://pornve.com/8y9fs3q8907i/Ava_Addams_The_Fucking_Food_Inspector.html

https://pornve.com/8ydizmq30dyf/Ava_Addams_-_My_Immortal_Trollop.html

https://pornve.com/8yjtjj459qf7/GFRevenge_My_girl.html

https://pornve.com/8yy17r0on0ve/Dakota_James__Riley_Reid_-_Daughter_Swap.html

https://pornve.com/8yygvt7a73tt/Remy_LaCroix_-_Remys_Ring_Toss_-_Brazzers.html

https://pornve.com/8z20hy0yw999/phoenix_marie__conor_coxxx__rock_hard_-_reality_king.html

https://pornve.com/8z5ntatly9zu/Brazzers_-_Dr_Maxwell_fucks_Monique_and_Ivy_in_his_hospital_.html

https://pornve.com/8zfbecdl7w2j/Jimena_Lago_Danny_D_Jimena_Puts_on_a_Show.html

https://pornve.com/8zpyk9g1ytle/Angela_White_Xander_Corvus_-_Fappy_New_Year_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/8zxvt7qw3yte/Peta_Jensen_Wet_Hot_Shower_Fuck_Big_Ass_Cheerleader.html

https://pornve.com/900m1v7cjp3s/aleta_ocean_anal_booty.html

https://pornve.com/90hf9pptqid0/All_Good_New_Phoenix_Marie_DP.html

https://pornve.com/90p5ho0qz2ho/Steamy_Hardcore_Fucking_And_Sucking_Asswerx_Part_4.html

https://pornve.com/91otcy03r96n/Alanah_Rae_What_A_Wedding.html

https://pornve.com/91qskc9h95af/RealWifeStories_16_01_01_Destiny_Dixon_Her_Turn_To_Cheat.html

https://pornve.com/91r4t9wyk7rv/August_Ames_Confidential_Informant.html

https://pornve.com/926wj1awdbwu/Jenaveve_Jolie_-_Oral_Presentation.html

https://pornve.com/92bs51ux3a6s/diamond_foxxx_stepmom_likes_it_rough.html

https://pornve.com/92ylx5gg5j42/Ricki_Raxxx_-_Pussy_To_Mouth_Resuscitation.html

https://pornve.com/9454ay0vwohs/A_Brazzers_Christmas_Special_Part_2_Jillian_Janson_And_Lena_Paul.html

https://pornve.com/94drcloyhhd8/Dillion_Harper_And_Jenna_Sativa_Slit_Licker.html
https://pornve.com/94lzh53s2unm/mackenzee_pierce_the_lecherous_londons_chapter_2_baby_got_boobs_anal_bigas.html
https://pornve.com/955zd9xn9f9o/MilfsLikeItBig_17_04_15_Isis_Love_Mall_Cop-A-Feel_XXX_-KTR.html
https://pornve.com/96hwfv3d6k6k/Babe_Mina_Sauvage_Friends_Perverted_Son.html
https://pornve.com/96wgu1vyfwot/GFRevenge_Computer_love.html
https://pornve.com/977xswh3cl04/Kenzie_Reeves_-_Piped_Down.html
https://pornve.com/97bzrkplj81i/BigNaturals_19_07_15_Gabriela_Lopez_Badminton_Boobies_XXX_SD.html
https://pornve.com/97cpmwptw4ro/Chanel_Preston_Hard_Dick_House_Call.html
https://pornve.com/97fx2k7k6ztu/Aletta_Ocean_Oversnatch.html
https://pornve.com/97h3plp68t36/Radiant_Booty___Kayla_Kayden__Xander_Corvus.html
https://pornve.com/97oav12qpj5j/Cherie_deville_a_day_with_a_pornostar.html
https://pornve.com/98b9ne3fy6xh/Brazzers_-_Busty_latina_teacher_Bridgette_B_punishes_her_student_.html
https://pornve.com/98bogxxer6la/Brazzers_-_Miss_Monroe_teased_her_student_to_motivate_him_solve_algebra_.html
https://pornve.com/98or2e4ubkwy/DirtyMasseur_-_Nikki_Benz_And_Riley_Reid_2_For_1_Fun.html
https://pornve.com/99v9v7p9spr6/TeensLoveHugeCocks_Leah_Gotti_Good_Gotti_Teen_Masturbate_TeensLoveHugeCocks_com_Blowjob_Handjob.html
https://pornve.com/99yk4mkuckl4/_Brazzers_-_Busty_latina_schoolgirl_Ella_Knox_rides_his_professors_big_cock_.html
https://pornve.com/9a2oubdlf27m/4Teen_Slut_Leah_Gotti_Gets_Fucked_by_her_Step_dad_on_the_Bed_realitykings_metalh.html
https://pornve.com/9ajesz0242x3/Sandra_Star_Have_You_Been_Served.html
https://pornve.com/9at6q4fstw1u/RoundAndBrown_16_01_01_Kay_Love_And_Destinee_Jackson_Booty_Bargain.html
https://pornve.com/9aujzviovbaf/Mommys_Best_Kept_Secrets.html
https://pornve.com/9bqkksav7cwn/No_Plastic_Cock_Can_Match.html
https://pornve.com/9brirjhpl8c4/Erotic_Massage_Alektra_Blue_And_Nikki_Benz.html
https://pornve.com/9bzmul1f6ho2/Veronica_Avluv_The_Other_Way_Around_Mommy_Issues_3.html
https://pornve.com/9c0etg5tl3qy/Ella_Hughes_Chris_Diamond_-_Shy_Redheads_Want_Anal_Remastered_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/9c8hqhd0lrik/Ariana_Marie_And_Isis_Love_-_Office_Sex_4.html
https://pornve.com/9cp5we76b4ob/Ryan_Keely_Johnny_Sins_Progress_Report.html
https://pornve.com/9cuykh1zc7w3/Busty_Mom_Fuck_In_Home.html
https://pornve.com/9d3doxls6zwn/Katrina_jade_Danny_D_brazzers_workout.html
https://pornve.com/9d5lxs5id0xt/Franceska_Jaimes_-_Ass_No_Questions_Spray_No_Lies.html
https://pornve.com/9ep2sfkoxai6/BOOTY_MASHUP_VOLUME_1_PMV_WITH_ROLL_CALL_-_NOVA_ARCH_FORGE.html
https://pornve.com/9ew2o2uv2g49/Cristina_Miller_-_Spending_Time_With_Ms_Miller.html
https://pornve.com/9ewcsufwjz95/Alejanra_Leon_-_My_Girlfriends_Hot_Mom_15_2015.html
https://pornve.com/9f5d5vjhjdsd/horny_teen_want_fucking_on_mondaymorning.html
https://pornve.com/9f6x6axgv11l/Diamond_Jackson__India_Summer_-_A_Last_Chance_At_Lust.html
https://pornve.com/9f9op13kxnjw/DM_K1ssa_S1ns_California_Creaming.html
https://pornve.com/9fmu53xzb2xd/brazzers-_luna_corazon_it_pays_the_bills_realwifestories_artporn.html
https://pornve.com/9fokvk0aoci9/MilfsLikeItBig_17_03_05_Nina_Elle_Mommy_Issues_Part_1_XXX_-KTR.html

https://pornve.com/9fumh80cm7mg/NEW_HOT_Threesome_Aubrey_Gold_And_Isis_Love.html
https://pornve.com/9g1ogmfxwo3v/Buttaholics_Anonymous_August_Taylor__Keiran_Lee__free_full_scene_.html
https://pornve.com/9g49vmajt5ix/Alura_Jensen_Im_Gonna_Bang_Your_Mother_3_2015.html
https://pornve.com/9g7xakzqitqi/La_Seductora_Veronica_Avluv_Jordi_El_Nio_Polla.html
https://pornve.com/9gab1tcen0lu/Lisa_Ann_Jennifer_White__Scott_Nails_MILF_Perfection_S4.html
https://pornve.com/9gca5igc8wnq/NEW_HOT_MILF_Threesome_Brandi_Love.html
https://pornve.com/9gfu6z2yd8rs/Angelina_Valentine_And_Bridgette_B_B.html
https://pornve.com/9gic8uuw67rw/Ava_Lauren_-_Real_Busty_Mommy.html
https://pornve.com/9gn977elp5uz/Brazzers_Worldwide_Paris_1.html
https://pornve.com/9gwwa0aky617/CumFiesta_Megan_Sage_40Cum_On_Megan_-_25_10_201641.html
https://pornve.com/9h4okse89yay/Paige_Turnah_The_Unseen_Affair.html
https://pornve.com/9h8qb02qmg1q/Grocery_Store_Milf_Luna_Star.html
https://pornve.com/9hsn1kjrb2c3/Angela_white_foxy_angela_loves_anal.html
https://pornve.com/9i2p69da17rr/McKenzie_Lee_office.html
https://pornve.com/9i3v8fzmk8lw/Kendra_Clip_Pussy_Oil_Pussy_Ass_Kendra_Lust_Kendra_Oil_Massage_Hot_Pussy_Lick_The_Ass_Pussy_Oil_Pussy_Ass.html
https://pornve.com/9ifzjf4fex9r/Whats_Good_For_The_Goose.html
https://pornve.com/9im8qn7xfw58/squiritng_mom_motheranddaughter_dana_vespoli_and_janice_griffith_moms_bang_teens.html
https://pornve.com/9isw9acngp2o/Kagney_Linn_Karter_Anal_Maid_-_Full_Service_Room_Service_Kagney_Linn_Karter__Keiran_Lee.html
https://pornve.com/9j1f9tlnqd6a/cumshot_georgeglassx7_hardcore_tags_babe_4351_9_474_plays_published_on_1_day_ago_category_blowjob_hardcore_tag_this_video.html
https://pornve.com/9j6bv148aiid/Dont_Tell_My_Boss_Jayden_Jaymes__Johnny_Sins.html
https://pornve.com/9jipqim6f2mh/Mamacita_Con_Grandes_Tetas_-_Ariella_Ferrera__Toni_Ribas.html
https://pornve.com/9jjcp53ffgbo/Redhead_Mommy_Emma_Butt_Loves_Stepsons_Big_Cock.html
https://pornve.com/9jo89wxny27y/Madison_Ivy_Regano_Sexual_De_La_Jefa.html
https://pornve.com/9jt7kaaq6hwd/Dicking_Around_The_Kitchen_Chore_Sybil_Stallone.html
https://pornve.com/9k6fkfaev9u5/Brazzers_-_Roxxy_Lea_shows_her_teacher_a_thing_or_two_about_human_anatomy_.html
https://pornve.com/9kbwjkl3k7n1/Eva_Lovia_-_The_Farmers_Wife.html
https://pornve.com/9kdwf34mraba/Stella_Cox__Jasmine_Jae_Fucking_Danny_D.html
https://pornve.com/9l2jmrd4yxxp/Anikka_Albrite_Oiled_Facial.html
https://pornve.com/9l9ws123u85z/Jasmine_Jae_Monique_Alexander_Stella_Cox_Cock_Of_Duty.html
https://pornve.com/9la5ujv9i62d/Nympho_Nurses_And_Dirty_Doctors_3_Melissa_Lynn.html
https://pornve.com/9lay36p5ka8p/Alanah_rae_Put_it_in_my_Bum_Chum.html
https://pornve.com/9lg0bkd9d4vx/Peta_Jensen_Storm_Of_Kings_Part_4.html
https://pornve.com/9lm28obuapvb/karma_rx_turning_party_tricks-_brazzers.html
https://pornve.com/9lzevwndw2zo/One_Sneaky_Pair_of_Tits_Dylan_Phoenix.html
https://pornve.com/9lzjyw5mnmx7/Teacher_Fuck_Student_3gp.html
https://pornve.com/9m4db3psm5cg/Phoenix_Marie_-_Brazzers_Got_Back.html
https://pornve.com/9mkcmy0ybe0e/alpha_milf.html
https://pornve.com/9my3ldwzkp2s/Hot_blonde_and_redhead_want_to_get_some_female_sensuality.html
https://pornve.com/9myfrhrrrtel/Rebeca_linares_sodomized_by_the_long_cock_of_justice.html
https://pornve.com/9nb1mqhb21wm/Brazzers_-_Up_All_Night.html
https://pornve.com/9nr1zg7gt8s7/Alanah_Rae_-_Lagina_Cable_Co.html
https://pornve.com/9nrbgzzj7llx/Alexis_Love_-_Love_For_Big_Cocks.html

https://pornve.com/9nyq9mam8lvk/Im_A_Total_MILF_Reagan_Foxx__Ricky_Spanish.html
https://pornve.com/9o0j1dwiugmp/Nikki_Benz_Day_With_A_Pornstar_Nikki.html
https://pornve.com/9oe0amxwpuqm/_Brazzers_-
_Busty_professor_Lucia_Fernandez_offers_extra_credit_.html
https://pornve.com/9of55pc56gzt/Savanah_Gold_-_Brits_Like_It_Big.html
https://pornve.com/9okvtrx6w5tf/aubrey_black_taking_wifey_to_work.html
https://pornve.com/9ovjqkrocmck/nicole_aniston_house_aniston_nicole_nicole_aniston_theres_a_pornstar_
in_my_house_theres_likeitbig.html
https://pornve.com/9pb6zp2josww/Phoenix_Marie_-_Changing_Grades.html
https://pornve.com/9ppjv8pwjd6q/Priya_Anjali_Rai_-_Making_It_Sweet_For_Priya.html
https://pornve.com/9q4denws6th3/Brand_New_Sexy_Wife_Lexi_Luna_Hardcorerws.html
https://pornve.com/9q5r6i83qi0p/New_Lucia_Love_Michelle_Thorne_Mila_Milan_Tamara_Grace_And_Dann
y_D.html
https://pornve.com/9qu6ackxm6mf/Ella_Nova_in_Bubble_Butt_Anal.html
https://pornve.com/9qw6z4b5o5tr/GFRevenge_American_girl.html
https://pornve.com/9r2c5by9esta/Brazzers_-
_Doctor_Ariella_Ferrera_examine_her_patient_in_her_sexiest_way_.html
https://pornve.com/9r6qt5s2lod4/Yoga_To_Be_Kidding_Me_Layla_Price__Isiah_Maxwell.html
https://pornve.com/9rtx9x3l6eh0/Brazzers_Stocking_Stuff_Her_Brett_Rossi.html
https://pornve.com/9rzjuh9ux9mi/Alexis_Amore_-_My_Best_Friends_Wife.html
https://pornve.com/9s58yd9e38y7/Sarah_Banks_Zach_Wild_-_Football_Fuckday_-
_Baby_Got_Boobs.html
https://pornve.com/9s85c7nfbtt9/Brazzers_Cecelia_Lion__Sophia_Leone_Catty_Co_Stars.html
https://pornve.com/9sb0oh1q2bal/EuroSexParties_Shona_River_Steffany_Bang_Her_And_Me_-
_27_11_2016.html
https://pornve.com/9sb0td414zsa/Diamond_Jackson_Jewels_Jade_Brandi_Love_Kendra_Lust_Miss_Titness_
America.html
https://pornve.com/9se98qxyyhh2/GFRevenge_Sheer_seductress.html
https://pornve.com/9snac94g5ig9/small_hands_paige_owens_xander_corvus_-
_two_can_play_at_paiges_game_pornstars_like_it_big_brazzers.html
https://pornve.com/9so38s5dcuwf/_Study_Suck_Fuck_.html
https://pornve.com/9t2tve3pkipw/Cleaning_Up_His_Mess_Brandi_Love__Justin_Hunt.html
https://pornve.com/9t5ndumhsbq1/Money_Talks_party_bust_big.html
https://pornve.com/9tei8cft41c3/_Chief_Executive_Whore_-_Brazzers_.html
https://pornve.com/9tfjxiarissi/Luna_Star_in_Extreme_Anal_ytics.html
https://pornve.com/9thdusywmc9x/BrazzersExxtra__Stormy_Daniels_Keiran_Lee_Stormys_Secret.html
https://pornve.com/9tll83w6orzi/Smoking_Blonde_Fucks_Her_Soccer_Coach.html
https://pornve.com/9u0hjvokurnr/Naughty_Bookworms_2015_-_Kayla_Kayden.html
https://pornve.com/9u209xpx6hq5/Ava_Koxxx_-_Sinful_Innuendo.html
https://pornve.com/9u3zyqykg3o8/Brazzers_Big_Wet_Butts_Soapy_Self_Care_Cathy_Heaven.html
https://pornve.com/9u9nmldr3dkl/_Brazzers_-
_Athletic_teen_Tiffany_Tyler_gets_creamed_after_a_bike_ride_.html
https://pornve.com/9uox4k64timb/Milfhunter_Does_Facial_With_Esperanza.html
https://pornve.com/9uuejj53cfdo/F5-
Brazzers_Exxtra_Brazzers_Lacey_London_Tori_Montana_Jimmy.html
https://pornve.com/9uuvt669u4vz/BrazzersExxtra_Kyler_Quinn_Studying_Her_Pussy_11_08.html
https://pornve.com/9v0o2gex87um/Angelina_Valentine_The_Fan_Bang_First_Anal.html
https://pornve.com/9v0p5qdt82k0/H0t_Bu5h_14_L4yla_L4ndry.html

https://pornve.com/9vdkyqf045d3/Nikki_Kay_-_Pretty_Kitty.html

https://pornve.com/9vhtctupyzkp/GFRevenge_-_Sensual_Appeal_-_16_05_09.html

https://pornve.com/9vikct0ylich/Giselle_Palmer_Sheridan_Love_Kyle_Mason_Cult_Of_Love.html

https://pornve.com/9w8gy17fmx6k/Brazzers_The_House_Christening_Brazzers_2017_Phoenix_Marie_JMac_Blowjob_White_Girl_Milf_Blo.html

https://pornve.com/9wdlyj96amd4/A_MFM_threesome_with_two_cocks_in_one_pussy_Eden_Sinclair_Markus__Mick.html

https://pornve.com/9ws27c8snrdc/Ass_Candy_3_Kristina_Rose.html

https://pornve.com/9wt9lggmylhk/BEST_NEW_Marsha_May_ANAL_-_720p.html

https://pornve.com/9wudjevpesdg/Katana_Kombat_The_Cure_For_Insomnia.html

https://pornve.com/9wvrqhsbo04m/WeLiveTogether_Megan_Sage_Alyssa_Cole_-_Candy_Thong_18_08_2016.html

https://pornve.com/9wyqtpsxtewo/Brazzers_Brandi_Love_Holly_Hotwife_Creampie_My_Wife_08_05_2020_wat.html

https://pornve.com/9xdz0z6xzwuq/Lacey_London_Tori_Montana_Jimmy_Michaels_Nurses_Threesome_Cures_All.html

https://pornve.com/9y8fg78drkwu/_Angela_White_-_Midnight_Cowgirl_.html

https://pornve.com/9yfohprwdex5/nicolette_love_horny_as_fuck.html

https://pornve.com/9yxoo4o58045/BrazzersExxtra_Kira_Noir_Up_And_Cummer_05_27_2018.html

https://pornve.com/9zqxs9rs8sqm/The_Student_Teacher_Affair_August_Ames_Big_Tits_Bounce_All_Over_The_Dean_.html

https://pornve.com/a010f2kgc5nv/Ahryan_Astyn__Tanya_James_-_A_Cock_Swapping_Invitation.html

https://pornve.com/a0fm4w93pb4u/Alanah_Rae_Cumshot_Compilation.html

https://pornve.com/a0la8yevizm9/Brazzers_house_2_day_1.html

https://pornve.com/a1tdvz74v38u/Alexis_Fawx__Mackenzie_Moss_All_In_A_Days_Squirt.html

https://pornve.com/a1tjb60l98qi/Tyler_Faith_-_Highway_Pussy_Patrol.html

https://pornve.com/a1wz0rlowmdx/Tits_Out_To_Lunch_Ryan_Conner.html

https://pornve.com/a2kezyh5xl3e/RKPrime_Cassidy_Banks_-_Into_The_Wild_4010_07_201641.html

https://pornve.com/a2pn5exzbxwk/GFRevenge_Super_sweet.html

https://pornve.com/a2x0gohwfdcx/TL1B_P1per_P3rri_It_Swallows_Part_Two.html

https://pornve.com/a32olye9qxh0/Eva_Karera_School_Experience_Doubel_Anal.html

https://pornve.com/a3769nyr0o59/Turbo_Sluts_-_Peta_Jensen_Lisa_Ann_Phoenix_Marie_Alektra_Blue_Chanel_Preston_Romi_Rain_Monique_Alexander_Angelina_And_Valentine_Kiara.html

https://pornve.com/a37lumjoqeny/BigTitsAtSchool__Brazzers_Alix_Lovell_-_Good_Moaning_Fellow_Students.html

https://pornve.com/a3dkg982i3q1/victoria_cakes_mom_makes_it_all_better_mommygotboobs_brownornhd_com.html

https://pornve.com/a3vxt2jrojpi/Brazzers-_Sexy_brunette_nurse_Lily_Adams_takes_care_of_her_sick_patient_.html

https://pornve.com/a4gpxkhbci2o/Ariella_Ferrera_Jailhouse_Fuck.html

https://pornve.com/a4j2ib59pd3b/Audrey_Bitoni_Big_Tits_Hardcore_Cheating_Wife_Free_Porn_Videos_likuoo.html

https://pornve.com/a54gaxh709w8/Money_Talks_lunch_munch_big.html

https://pornve.com/a5hu7w2vv109/Big_Tits_Boss_25_2015_Part_3.html

https://pornve.com/a5whvigakn8b/Young_And_Corrupt_2.html

https://pornve.com/a659zx2mipot/ANAL_Mike_In_Brazil_Liandra_Andrade_Analine_-_720p.html

https://pornve.com/a6h5slfmcn7r/Babe_Goods_New_Anya_Ivy.html

https://pornve.com/a6hf9e450f7q/Mila_Jade__Xander_Corvus_-_Good_Girl_Breaks_Bad_Creampie.html

https://pornve.com/a6l7rtv6vj12/A_Dirty_Shower.html

https://pornve.com/a6ob6zh7hxbc/Alektra_Blue_Nurse_Adventure_Alektra_Is_In_A_fantasy_With_Jhony_Sims_Enjoy_And_Dont_Report_The_Video_Please.html

https://pornve.com/a6onapvit7ja/Drilling_Mommy_12_S1_Ryan_Keely.html

https://pornve.com/a6qs58eqa1qi/Stay_Away_From_My_Daughter_Part_2_Brazzers.html

https://pornve.com/a6x7o5bz80ss/stormy_daniels_kl040518.html

https://pornve.com/a71jabjazova/Anissa_Kate_So_Busted.html

https://pornve.com/a78bgvcj4wka/Darcy_Tyler_-_Around-the-Cock_Protection.html

https://pornve.com/a7jnqnxhiarf/The_Gift_Of_Anal_Brandy_Aniston__Jessy_Jones.html

https://pornve.com/a7uagjfl8htr/Teanna_Trump.html

https://pornve.com/a7ujk8i9ll11/8thStreetLatinas_Maya_Bijou_Beautiful_Bijou_-_15_07_16.html

https://pornve.com/a7uq2zz1y0nu/Yhivi_Fuckn_Harley_Jade_Brother_N_Shower.html

https://pornve.com/a875dttmygny/GFRevenge_Freak_of_the_week.html

https://pornve.com/a8bbhmb6k2hu/BrazzersExxtra_20_08_04_Best_Of_Brazzers_Hottest_Dommes.html

https://pornve.com/a8bcwvwij5di/Bunk_Bad_Threesome_Jennifer_Jacobs_Lily_Rader.html

https://pornve.com/a8m7kv5sca90/Savannah_Stevens_-_Like_What_You_See.html

https://pornve.com/a96bae2ljzzj/Lexi_Luna_Neighborhood_Snatch_Committee.html

https://pornve.com/a98e9m5b5kfw/Tats_Tits_And_Ass_Ryan_Keely.html

https://pornve.com/a9b828cv4gn5/Amber_40Rookie_of_the_year41.html

https://pornve.com/a9bg5jy90jqv/Money_Talks_dealer_fee_big.html

https://pornve.com/a9lljv524g99/DirtyMasseur_August_Ames_Study_Buddies_-_11_07_16.html

https://pornve.com/aa476kxfv4dw/CumFiesta_17_02_21_Maya_Kendrick_Move_It_Maya_XXX_-KTR.html

https://pornve.com/aaeimdaolseq/Brazzers__Doctor_Adventures__Jailhouse_Fuck_Three.html

https://pornve.com/aasa8v5e208j/Double_D-Tention.html

https://pornve.com/aatctin6mjqu/Brazzers_Sarah_Jessie_Ready_Aim_Anal_NewPorn2020.html

https://pornve.com/abersjcg3cvn/MommyGotBoobs__Brazzers_Destiny_Dixon_-_Blind_Ambition.html

https://pornve.com/abgz6sennp2g/Hardcore_Blowjob_Romi_Rain_Gets_Oiled_Up_And_Plowed_Romi_Rain_Dirty_Masseur.html

https://pornve.com/ac1nvrlhuzx1/BigButtsLikeItBig_-_Amirah_Adara_1080p.html

https://pornve.com/acsnji3fwzo8/_Hitched_And_Ditched_-_Brazzers_.html

https://pornve.com/adg33uuneuvz/Tarra_White_My_Girlfriends_Mum_Has_A_Secret_Mommy_Issues.html

https://pornve.com/adjcb78lupqe/Monique_Alexander__Peta_Jensen_-_Our_New_Maid_Part_One.html

https://pornve.com/adqbad9pn4tt/Have_You_Seen_The_Valet_Brazzers.html

https://pornve.com/aecy98eo12m8/Doctor_Gets_A_Dose_Of_Dick_And_Cum_Katie_Morgan_Is_A_Hot_Fucking_Slut_That_Takes_It.html

https://pornve.com/aeg4dw83cfto/Judge_Jury_And_Double_Penetrator.html

https://pornve.com/afd4s2hftjem/Brazzers_Big_Bad_MILF.html

https://pornve.com/afikepdjrgzj/Nailing_Ms_Chase_Part_Three_Ms_Brooklyn_Chase_Gets_Nail_Hard_After_Class_.html

https://pornve.com/afn3z5k6oqip/Emily_Addison__Sandy_Fantasy_-_Lights_Camera_Sluts.html

https://pornve.com/afpgc95r3y60/Diamond_Foxxx__Tiffany_Bannister_-_Cops_and_Daughters.html

https://pornve.com/afxxo7yv8t1f/GFRevenge_17_04_10_Jessi_Grey_Sexy_Reflection_XXX_-KTR.html

https://pornve.com/afz1awb7iu9h/Lisa_Ann_Lisas_Pool_Boy_Toy.html

https://pornve.com/ag27c1wf3446/DAREDORM_58_Bathroom_Vandals_1of2.html

https://pornve.com/ag5j82mxgcqi/Nursing_My_Stepsons_Sick_Dick_Alura_Jenson__Robby_Echo.html

https://pornve.com/agrxrunkp7jh/RealityKings_-
_RK_Prime_Phoenix_Marie_Rock_Hard_RealityKings_Best_2017.html
https://pornve.com/agvtmdrmhbkr/1800_Phone_Sex_Line_1_Amia_Miley14_08_2017.html
https://pornve.com/ahed8ounznbg/Brazzers_National_Pornographic_The_Teen_Porn_Star_Anal_Blonde_Gin
a_Gerson_Natural_Tits_Brazze.html
https://pornve.com/ai6dfox1hlf8/_Brazzers_-
_Busty_counselor_Natasja_Nice_discover_Justins_talents_.html
https://pornve.com/aii8dwrcnooi/Riley_Evans_Delta_Fuck.html
https://pornve.com/aij7yl1apxta/Victoria_June_Hard_Pressed.html
https://pornve.com/aiugstmwwtj1/Emo_Chick_Needs_Some_Dick.html
https://pornve.com/aiv5pl9c3v3g/Working_Out_The_Wives_brazzers.html
https://pornve.com/aj614lnrnz3o/Richelle_Ryan_-_MILFer_Madness.html
https://pornve.com/ajjqi5ywasby/Priya_Anjali_Rai_-_Palmistry_Penis.html
https://pornve.com/ajyozqfct8xf/Slutty_Shopper_Ryan_Keely.html
https://pornve.com/ak0tpkg5spz4/TeensLikeItBig_Ashley_Adams_JoJo_Kiss_Terrible_Darlings_-
_29_11_2016.html
https://pornve.com/akg1yh6bwbrs/bigass_nice_tits_abby_brazil_bex_abby_lee_brazil_abby_lee_brazil_bex.h
tml
https://pornve.com/al3dg1j6t41f/RealWifeStories_Luna_Star_Now_You_See_Me_Now_You_Ho_12_02_2019
_rq.html
https://pornve.com/alenzfn515xh/Alex_Tanner_-_Hot_Teen_Next_Door_25_2015.html
https://pornve.com/alhnt36ec9yp/Janet_Mason_-_Brazzers_Makeover.html
https://pornve.com/alho8q7mvjzi/pornstarslikeitbig_rachel_starr.html
https://pornve.com/alyrjxiwlitv/Monique_Alexander.html
https://pornve.com/am1bo6udp3gl/Anal_Prescription_Pickup.html
https://pornve.com/ambsi9tvxlpx/Mom_Teaching_Molly_A_Lesson_About_Man_Pleasing.html
https://pornve.com/an5x5ogea96a/18_angela_white_angl_whte_slutty_secretary_brzzrs_angl_whte_brzzrs_
113_top_rated_porn_video_of_today.html
https://pornve.com/an6t7697vzyt/young_girl_of_office_with_old_boss.html
https://pornve.com/anf3ba2q0ios/REQ_MILF_Briana_Banks.html
https://pornve.com/angw8alxzesb/BrazzersExxtra_17_04_09_Jade_Amber_Jade_Screams_For_Ice_Cream_XX
X_-KTR.html
https://pornve.com/ank3frckybkt/Donna_Bell_-_Ringing_Donnas_Bell.html
https://pornve.com/ano2q6ertix6/Threesome_Aaliyah_Hadid__Alura_Jenson_Stepmoms_Need_Loving_Too_
Brazzers.html
https://pornve.com/anww8ajh9vtq/Best_New_Facial_Parker_Swayze_Mom_Wants_It_Bad_720p.html
https://pornve.com/ao1myyksj7wy/Katja_Kassin_-_Maid_To_Fuck.html
https://pornve.com/ao5ycjll2txb/BigTitsAtSchool_17_04_10_Lena_Paul_Final_Exam_Slam_Session_XXX_-
KTR.html
https://pornve.com/aoa54ica4mxt/Marsha_Raises_the_Bar_-_Marsha_May__Levi_Cash.html
https://pornve.com/aol4518lzbx6/Teen__Mom_School_Slut_Stories_2.html
https://pornve.com/aolw61ohmio3/BrazzersExxtra_19_07_23_Alice_Judge_Fucking_Season_In_The_Backcou
ntry_XXX_SD.html
https://pornve.com/apablnn5w8do/Lucky_boy_with_two_busty_sluts_12dec16_-_porngift_-
_pornve_com.html
https://pornve.com/apcfi6ksv1y9/Hard_Anal_Janice_Griffith_Anal.html
https://pornve.com/apjqtf5x0z77/Elicia_Solis__Romi_Rain_-_Comply_With_This_Guy.html

https://pornve.com/aq0zs8dq9m9l/Party_Political_Emma_Butt_Danny_D_Emma_Butt_Danny_D_White_Girl_White_Guy_Glasses_Big_Tits_Hug.html

https://pornve.com/aq17ek5qgt1r/Thankful_For_Madison.html

https://pornve.com/aq5gzfp3o0cq/Nina_Elle_Crawling_To_Another_Cock.html

https://pornve.com/aq7ik2czzjmn/Tanya_Tate_And_Keiran_Lee.html

https://pornve.com/aqi0bf1jlu80/Doctor_Jessica_Jaymes_Bigits.html

https://pornve.com/aqlstolinx4o/Sarah_Vandella_-_Sarahs_Beautiful_Butt.html

https://pornve.com/arksseoljolt/Juelz_Ventura_Wnats_Student_To_Fuck_Her.html

https://pornve.com/arxdqfhamnus/blonde_ass_massage_deep_throat_babe_anal_big_ass_category_anal_alexis_texas_massage_massage_pornstar_alexis_texas_tags_anal_blonde_big_ass_tag_this_video.html

https://pornve.com/asenopnqy70i/The_Big_Butt_Ballet_Danny_D__Harley_Jade.html

https://pornve.com/asmurqrk7wki/Angel_Dark_-_Far_From_An_Angel.html

https://pornve.com/asnb7c8g381l/BRAZZER_big_wet_butts_kristina_rose_miss_anal_2016.html

https://pornve.com/asosgsm5uejn/DAREDORM_84_One_For_The_Money_1of2.html

https://pornve.com/asr8jfvjpw1a/Lil_Campers_Britney_Amber_Ricky_Spanish.html

https://pornve.com/asushaasqwtx/Sneaky_Sexxy_Kyler_Quinn_Fuck_Behind_Thin_Walls_Thick_Cock.html

https://pornve.com/asxtpo99l26g/Big_Cock_In_The_Back_Pocket_Kelsi_Monroe__Erik_Everhard.html

https://pornve.com/asy1tsvoukzs/Monique_Alexander__Whitney_Westgate_-_Your_New_Wife_My_New_Plaything.html

https://pornve.com/atvdk6goqv9u/GFRevenge_17_02_27_Brooklyn_Jane_The_Prettiest_Pussy_XXX_-KTR.html

https://pornve.com/atxve5oukj1b/Pornstars_Anonymous___Summer_Brielle.html

https://pornve.com/au2l3xgph3z1/Roxy_Raye__Jordan_Ash_A_Photogenic_Fucking.html

https://pornve.com/au8m1hny0mc3/Eva_Quinn_Bounce_That_Booty.html

https://pornve.com/av7ds1ln9j4q/Kissa_Sins_-_Introducing_Kissa_Sins.html

https://pornve.com/avc48545pm9e/Tru_Kait_Blindfolded_Cheater_103020.html

https://pornve.com/avjekzvunt2q/_Kendra_Lust__My_Girlfriend_Hot_Mom_720p.html

https://pornve.com/avu9cqj0jnli/Bbl1b_Ju3lz_V3ntura.html

https://pornve.com/awk2xsrbnde8/European_Girl_Fuck_2015_00001.html

https://pornve.com/awo7a2jrfxsr/Aaliyah_Hadid_Anya_Ivy_Sibling_Rivalry_Fuck_each_other.html

https://pornve.com/awzcam64v800/BigTitsAtWork_17_02_25_Angela_White_My_Slutty_Secretary_XXX_-KTR.html

https://pornve.com/axculctcz16m/Veronique_Vega_-_The_Good_Samaritan.html

https://pornve.com/axxpgwmn2aow/The_Stepmom_And_The_Graduate___Rachel_Starr.html

https://pornve.com/ay1fht95shuc/NEW_Anastasia_Hart.html

https://pornve.com/ayaxm1ptj4t9/Actually_I_love_my_girlfriends_sister_more_12dec16_-_porngift_-_pornve_com.html

https://pornve.com/ayj91ybf8wvc/Christie_Nelson_-_Cum_Shot.html

https://pornve.com/ayoj5dfdldpx/BigTitsBoss_17_08_20_Kenzie_Taylor_Bossy_Boobies_XXX_-KTR.html

https://pornve.com/aywskn2jt13u/GFRevenge_Peek_at_boobs.html

https://pornve.com/aywvn55f14ux/The_Prodigal_Slut_Returns.html

https://pornve.com/ayzurumpapgx/Alena_Croft_-_The_Mommy_Market.html

https://pornve.com/az9m4ivz5rc4/Aidra_Fox_Sneaky_Sex_New.html

https://pornve.com/azq9nivl2ds6/NEW_Threesome_Kimmy_Granger_And_Mia_Pearl.html

https://pornve.com/azyyl9y29mt5/Ariana_Marie_Can_I_Touch_It.html

https://pornve.com/b0gypeyhsk4l/Kagney_Linn_Karter_-_Mammas_Boyfriend_Is_Mine.html

https://pornve.com/b0k49khwpmhy/RoundAndBrown__RealityKings_Khalista_Stone_-_Booty_Rubs.html

https://pornve.com/b0mi06kdal60/Office_4-Play_VIII_UK_Edition.html

https://pornve.com/b0rbxgfmmr1h/Aqua_Momma_Scene.html
https://pornve.com/b10umrmimxlc/Drilling_Mommy_2_Scene_6_No_Picnic_For_Milf_Tucker_Pierce__Xander_Corvus.html
https://pornve.com/b11iz9ydaam0/Patty_Michova_-_XXX_Men_Psylocke_Vs_Magneto.html
https://pornve.com/b19vu29ay3ef/Savannah_Stern__Audrey_Bitoni_-_Recipe_For_Sex.html
https://pornve.com/b1j62uw85ksh/Ella_Hughes__Jasmine_Webb_-_My_Pool_My_Rules.html
https://pornve.com/b1jfnd9n5vzo/All_Good_New_Brooklyn_Blue__Zara_Durose__Danny_D.html
https://pornve.com/b1r7uvd75o0c/on_the_cock_while_on_the_clock.html
https://pornve.com/b1vll4qr229n/My_Husbands_Fake_Ass_Pussy_Brazzers.html
https://pornve.com/b1zwo9bgbl5r/Allyssa_Hall_-_Other_Payment_Methods.html
https://pornve.com/b27dnwtksfdx/GFRevenge_Tits_out.html
https://pornve.com/b2bu8unur8qg/Brazzers_-_Take_Your_Medicine.html
https://pornve.com/b2bz4psf7z7p/BabyGotBoobs_-_Valerie_Kay_Im_Not_A_Hooker.html
https://pornve.com/b2cbcbgymwhd/HD_Brazzer_-
Donald_Trump_Fuck_Hillary_Clinton_During_Election_Debate.html
https://pornve.com/b2cf794p09bq/Lustful_milf_Darryl_Hanah_seduces_her_daughter_s_young_boyfriend.html
https://pornve.com/b2el1eyap5bz/Diana_Prince_-_J_O_R_D_A_N_System_-_Brazzers.html
https://pornve.com/b2way4zslb5h/Brazzers_Always_Be_Cumming.html
https://pornve.com/b32iwz6p9pat/Brandi_Loves_The_Realtors_Brandi_Love_Monique_Alexander__Keiran_Lee.html
https://pornve.com/b32m9me2xiwj/Big_Cock_And_Facial_For_Aida_Sweet_Fuck_In_The_Kitchen_.html
https://pornve.com/b341ic2jcd6o/RW5_Britn3y_Shann0n_480p.html
https://pornve.com/b35m8z0r1y4n/Chanel_Preston_ANAL_Punishment.html
https://pornve.com/b35vagonlpcw/trim_8B31F9AC_C665_4958_A18C_6CACB56F3617.html
https://pornve.com/b3kcaqaphe47/_Brazzers_-
_Sexy_student_Aspen_Rose_rides_hard_cock_and_gets_cum_on_face_.html
https://pornve.com/b3whl3eajtdy/Briana_Banks_Taylor_Sands_are_Moms_Who_can_take_Control.html
https://pornve.com/b3wxh4wr9jew/Aj_applegate_free_anal.html
https://pornve.com/b3x0o9tb11kb/Smashing_a_Teen_Pussy.html
https://pornve.com/b4mrgmc0s8pa/Cameron_Love_40Cumming_cameron41.html
https://pornve.com/b4s5as8jurg6/August_Taylor_With_Big_Boobs_Gets_Fuck_Husband_Friend.html
https://pornve.com/b4uke36h2s9x/_Brazzers_-
_All_natural_librarian_Sheridan_Love_takes_a_break_for_some_dick_.html
https://pornve.com/b51bth4lnyij/Tia_Layne__Tina_Hott_-_Movie_Night.html
https://pornve.com/b5803kld01kn/Realitykings_RK_Prime_The_Cum_Spattered_Bride_Skyla_Novea.html
https://pornve.com/b5nyfjxoiqg1/Moms_Bang_Teens_11_2015_Reality_Kings_Scene_4.html
https://pornve.com/b5olgh1606uj/Cherokee_-_PhD_Mentorship.html
https://pornve.com/b621mbd8hcyl/rws_jasmine_james.html
https://pornve.com/b670flmsrgdc/_Brazzers_-_Cock_Talk_With_Alexa_Tomas_.html
https://pornve.com/b6zik60t8x1y/Money_Talks_pop_the_hood_big.html
https://pornve.com/b78qta7gdv2a/Anal_Anissa_Kate_French_Teacher_Glasses.html
https://pornve.com/b7cb6k4ax07y/Kelsi_Monroe_Trolling_For_Trolls.html
https://pornve.com/b7n7fhp04und/Daya_Knight_Adkiller_Adkiller.html
https://pornve.com/b7wko22hg8ux/All_Good_New_Sasha_Rose.html
https://pornve.com/b7x2ovqjcsjc/karlee_grey_gym_prankers.html
https://pornve.com/b82z32oed368/Brazzers_-_Valentina_Jewels_Johnny_The_Kid_-
_Horny_Valentina_Gets_Anal.html

https://pornve.com/b882w7k3cull/RealWifeStories_Monique_Alexander_40Moniques_Secret_Spa_-_Part_4_-_24_10_2016.html

https://pornve.com/b8fg2b7g98ux/Bonnie_Rotten_-_ANAL_Blowjob.html

https://pornve.com/b8pjzrx62sf0/Brazzers_-_Karlee_Grey_take_his_doctor_huge_cock_up_her_hairy_pussy_.html

https://pornve.com/b8zxfqgp4t2m/Aleska_diamond_Everything_Is_Big_In_America.html

https://pornve.com/b97sk12wvfv5/Sheena_Shaw_-_Rent_To_Own_That_Ass.html

https://pornve.com/b9pt7uvzypnv/MomsInControl_Misha_Cross_And_Michelle_Thorne_Moms_Sex_Robot.html

https://pornve.com/b9tka4z3xxvp/Alicia_Amira_Fixing_For_A_Fix.html

https://pornve.com/ba1jxipd7whf/Mother_Shay_fox_fucked_his_son_Xander_Corvus_brazzers_porn_MILF.html

https://pornve.com/ba8v9len9oa7/Sindy_Lange_-_My_Knight_In_Squirting_Armor.html

https://pornve.com/ba9i7os4d30c/Phoenix_Marie_-_Rainy_Anal_for_Mrs_Marie.html

https://pornve.com/baalw336ero0/Sexual_Education_8_Tegan_James.html

https://pornve.com/bacz00u4rc4u/Phoenix_Maries_Ass_Gets_Danny_Dd_.html

https://pornve.com/baledtum6v87/Brooke_Banner_Weather_Woman.html

https://pornve.com/banesf15lhn9/Jada_Stevens_Hard_Hot_ANAL_-_720p.html

https://pornve.com/baqvxqb6q5k7/Holly_Michaels_NEW_ANAL.html

https://pornve.com/bb3dmlxab93z/_Brazzers_-_Busty_latinas_Anissa__Franceska_in_a_soapy_threesome_.html

https://pornve.com/bb3wl6d9smpl/RoundandBrown_Kendall_Woods_Slow_And_Steady_-_14_10_2016.html

https://pornve.com/bb4m6iaqjvd9/MIDDLE_NIGHT_MILK_-_BRAZZERS.html

https://pornve.com/bbba9etdy833/Parker_Swayze_Expose_Yourself_To_MILFs.html

https://pornve.com/bbct3lalrhhi/Anal_POV_Brunette_Babe_Wet_-_Rachael_Madori_-_.html

https://pornve.com/bc2b9nf3y85m/My_Boss_Gets_Off_Angel_Wicky.html

https://pornve.com/bcf0eg92to6o/Blake_Rose_Brotherly_Love.html

https://pornve.com/bcjzsagrib0k/BigTitsAtSchool_Raven_Bay_Hammered_-_15_07_16.html

https://pornve.com/bcl15f6jjhr9/Veronica_Avluv_is_A_Mummy_With_Issues.html

https://pornve.com/bcwpuym49v23/Big_Dick_Worship_Milf_Huge_Tits_Blonde_mom.html

https://pornve.com/bdhuciq32o3u/The_Cheaters_Choice_Keiran_Lee_Michael_Vegas__Jenna_Ivory.html

https://pornve.com/bdhvps4qz476/loulou_-_Big_Tits_In_Uniform_15_2015.html

https://pornve.com/bdl9cmz6vdlh/big_tits_milf_threesome_ass_teen_compilation_brazzers_fans_choice_24614_100_plays_published_on_2_hours_ago_category_anal.html

https://pornve.com/bds3nhb6xyu8/LISA_ANN_STEPMOM_LENDS_A_HAND.html

https://pornve.com/bdy70fk4o2sd/NEW_Asa_Akira_ANAL_Threesome_-_720p.html

https://pornve.com/bdzf6uymrnru/Moms_Bang_Teens_10_-_Moms_And_Daughters_Like_To_Do_It_Together_And_Share_Jennna_J_Ross_Jewels_Jade_Lucy_Tyler_Cherie_Deville_Shae_Summers_Eve_Karrera_Julia_Ann_Natalia_Starr_Jennifer_Best_Karla_Kush.html

https://pornve.com/be18xccoesod/GFRevenge_Coochie_cutters.html

https://pornve.com/bee3yva8k9ua/College_girls_seduced_shy_student.html

https://pornve.com/beityg6sos0s/Bikini_Shopping_Threesome.html

https://pornve.com/beyosdkgqr6t/lela_star_doing_sports_rich_body.html

https://pornve.com/bfkzmxoammuy/Amber_Jayne_Danny_D_-_New_to_nudism_-_Milfs_Lke_It_Big_-_Brazzers.html

https://pornve.com/bfsbxxq4t1h3/_National_Pornographic_The_Teen_Porn_Star_.html

https://pornve.com/bg33ipq56q7m/Brazzers_Kira_Noir_A_Family_Affair_The_Reunion_Part_3_BrazzersExxtra_porn_VEPORN.html

https://pornve.com/bg96fmpuvxx7/Jenna_Presley_-_The_Quick_Way_Out_Of_A_Chore.html

https://pornve.com/bh394iwcv5jn/Window_Washed_Ryan_Keely.html

https://pornve.com/bhp1wzc1hoiw/TeensLikeItBi_g_Arietta_Adams_The_Annoying_Little_Sister_18_07_2020_anal.html

https://pornve.com/bhrfwihpal6a/MILFS_Like_It_Big_Lisa_Ann_18_Top_Rated_Porn_Video_Of_Today_48_Most_Played_Porn_Video_Of_Today_51_Top_Rated_Porn_Video_Of_Week.html

https://pornve.com/bi6b4dx9jx6a/Save_My_Life_And_Fuck_My_Pussy_Lunr_Star.html

https://pornve.com/bi82z47c85k9/Sneaky_Little_Skank_Brazzers.html

https://pornve.com/biib4rqf46j2/the_exxxceptions_episode_4.html

https://pornve.com/biln82h6fmnh/Hide_And_Seek_Brazzers.html

https://pornve.com/bixauqx6dg5k/Hot_Tub_MILF_Machine.html

https://pornve.com/biy3ftxx6rtt/RealWifeStories_20_06_26_Azul_Hermosa_ZZ_Nuit_Rouge_XXX_SD_KLEENEX.html

https://pornve.com/bj0zfw2h59ru/MomsLickTeens_Silvia_Saige_Amara_Romani_-_How_Many_Licks_16_08_2016.html

https://pornve.com/bjn718sz5a80/Karlee_Grey_-_Sybian_Schoolgirl.html

https://pornve.com/bjo1iyuy8c0a/Lana_Violet_-_Poolside_Pussy.html

https://pornve.com/bkf4c3z4vdc8/Karissa_Shannon_Sneaky_Sister_Swap.html

https://pornve.com/bkg0y14i4hyx/Eva_Angelina__Krissy_Lynn__Luna_Kitsuen_-_Cumming_Together_For_Christmas.html

https://pornve.com/bkmb0zk2nw8x/Kimber_Woods__Natasha_Nice_Shes_So_Scandalous.html

https://pornve.com/bl8tcwbut3qk/DirtyMasseur_Leya_Falcon_40Don_t_Touch_Her_Ta_Tas41.html

https://pornve.com/blg2kmin7mfe/Anal_Twist_and_Shout_-_Alina_West__Ramo.html

https://pornve.com/blp4235h6fs3/WeLiveTogether_-_Capri_Anderson_And_Shyla_Jennings_Study_Session_-_16_05_05.html

https://pornve.com/bm15t7azjo4j/Alexis_Monroe_Blonde.html

https://pornve.com/bm6mdqvijebf/Kiki_Vidis_-_The_Right_Size.html

https://pornve.com/bm743m3c8cfo/Dirty_Masseur_5.html

https://pornve.com/bmj7p6wbq7py/Nikki_Benz_Famous_Ass.html

https://pornve.com/bmk7mca6s3dh/Stuck_In_The_Elevator.html

https://pornve.com/bn3ohxyf8fyf/Best_New_Hard_Hot_DP_Anal_Facial_Bex_Casey_Calvert_720p.html

https://pornve.com/bob4088rtu48/Sara_Stone_-_How_To_Please_My_Boss.html

https://pornve.com/bobt2ll3fywp/Geordie_Shore_fuck_Chloe_slept_with_Kyle.html

https://pornve.com/bod2enwylygq/Lily_Adams_Johnny_Sins_Nutjob_Nurse.html

https://pornve.com/bopeobm8s1de/RealWifeStories_Staci_Carr_Sticking_A_Cork_In_Her.html

https://pornve.com/boqqbhl7c9bg/Puma_Swede_-_Agent_Swede_Looking_For_Justice.html

https://pornve.com/bouv1vm6x9t4/_Bad_Grades_Good_Girl_Lilly_Ford_Gets_a_D_At_School_and_Big_Dick_At_Home_.html

https://pornve.com/bqafw3pbvtt2/My_Boyfriend_and_his_Brother.html

https://pornve.com/bqbdb1s8jaq0/Diamond_Jackson_MILF.html

https://pornve.com/bqbgbr0b7lb1/I_acted_like_a_bad_girl_but_my_teacher_is_a_real_psycho.html

https://pornve.com/bqddbzv1mjq4/Monique_is_a_Sweet_Creampie_Dream_-_Monique_Alexander__Xander_Corvus.html

https://pornve.com/bquhx9hhcc7n/BigWetButts_20_06_27_Jada_Stevens_And_Sheena_Shaw_Junk_In_The_Trunk_REMASTERED_XXX_SD_KLEENEX.html

https://pornve.com/br4r0t57rubl/RoundAndBrown_Porsche_Doll_40Smothered_In_Booty_-_22_07_1641.html

https://pornve.com/brqw7wxwvapg/Carla_Cox_-_Leave_It_To_The_Professional.html

https://pornve.com/bruv17o2cfna/Eva_Angelina_-_Bedside_Mammaries.html

https://pornve.com/brwcpq9u66o3/BabyGotBoobs_-_Eliza_Ibarra_-_Schoolgirl_Striptease.html

https://pornve.com/bsjcj3bsrvfs/Realitykings__Moms_Bang_Teens__Sexy_Seductress.html

https://pornve.com/bsrzwkvk3sxl/Stream_Creaming_Brazzers.html

https://pornve.com/bssgqm7nr1bt/Realitykings_Rotten_Experience_At_The_Strip_Club_Bonnie_Rotten.html

https://pornve.com/bsxs9aoklls1/Krissy_Lynn_-_Old_School_Correction.html

https://pornve.com/btgrlzl695fy/BabyGotBoobs_17_04_08_Dillion_Harper_Double_Cups_With_No_Make-Up_XXX_-KTR.html

https://pornve.com/btn4gbdvxzns/Brazzers_Mommys_Little_Helper_Brazzers_Mommy_Got_Boobs_Stacey_Saran_Jordi_El_Nino_Polla_Brune.html

https://pornve.com/bu2p3mzymnfg/Karmen_Karma_The_Cum_Soaked_Gardener.html

https://pornve.com/bu9me2kmwpud/HotAndMean_-_Alison_Tyler_And_Piper_Perri_Alison_Pounces_On_Pipers_Pussy.html

https://pornve.com/bul9expe56id/katana_kombat_im_open_to_anything.html

https://pornve.com/bv3swbqe6iw7/Brazzers_Moms_In_Control_Carmel_Anderson_and_Sensual_Jane_Moms_NOT_In_Control.html

https://pornve.com/bvbgce76r4ap/TeensLoveHugeCocks_Alex_Mae_Sexy_AlexSD40MAY_16_201541.html

https://pornve.com/bvlood2kpztj/Happiness_in_Slavery_Daddy_Edition_Adriana_Chechik_Kissa_Sins.html

https://pornve.com/bvn0r4p9cvhf/Carmen_Caliente__Vanessa_Veracruz_-_Grind_Girls.html

https://pornve.com/bvt6k26mpkwf/RKPrime_-_Mea_Melone_Squirty_Maid.html

https://pornve.com/bvx3eiutysvc/Asa_Akira_Asian_Squit_with_anal_sex.html

https://pornve.com/bwbv42m1derm/RealityKings_Welcome_To_The_Cam_Show_watch_online_for_free.html

https://pornve.com/bwcjvx0vrgtw/Shae_Summers_Katrina_Jade.html

https://pornve.com/bwv8j6ukvj54/BigTitsATWork_Brazzers_Nicole_Aniston_A_Union_Nutbuster_SD_NEW_JAN_122016.html

https://pornve.com/bxedc4gwsg8j/A_Fistful_of_Heaven_Brazzers.html

https://pornve.com/bxg1jbmjveu7/Romi_Rain_Cheating_On_Rain_By_The_Beach.html

https://pornve.com/bxik2gdqczjd/Athena_Pleasures_-_Athenas_A-Plus_Titties.html

https://pornve.com/bxv0plkqafdt/_The_Stowaway_-_Brazzers_.html

https://pornve.com/bxyy7fplt9fd/Tied_Up_Tittyfuck_Makayla_Cox.html

https://pornve.com/byajzpm0934m/Porn_X_MomsInControl_Misty_Stone_and_Sarah_Banks_Like_Mother_Like_Daughter.html

https://pornve.com/byectnjqh2ym/big_tits_big_dick_kayla_kayden_6201_7_098_plays_published_on_1_day_ago_category_babe_blonde_pornstar_kayla_kayden_ramon_nomar_tags_big_tits_blonde_babe_tag_this_video_141_most_played_porn_video_of_today.html

https://pornve.com/byh3fozqdji1/Brazzers_-_Fantasy_history_fuck_with_brunette_teacher_Ayda_Swinger_.html

https://pornve.com/bys2j86uvt4z/Kelly_Divine_-_Pussy_Pacifier.html

https://pornve.com/byywkp29ax7t/A_View_Of_The_English_Cuntryside.html

https://pornve.com/bz855p3gs6d7/milf_hunter_reality_kings_alejandra_leon_levi_cash.html

https://pornve.com/bza49yn9yqn9/Brazzers_Golden_Goddess_Valentina_Nappi.html

https://pornve.com/bze207ozywn4/Free_Anal_3_watch_online_for_free.html

https://pornve.com/bzqnuyv870tn/Victoria_Valencia.html

https://pornve.com/bzt4d52v0521/NEW_HOT_Lena_Paul_Big_Naturals.html

https://pornve.com/bzw4a2q28hvr/Alexis_Fawx_Xander_Corvus_-_Milf_Demands_Workout_Sex_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/c03vq7dfxkyp/Erotic_Massage_Alena_Croft_Anal.html

https://pornve.com/c06mqo2ya4yd/Tiffany_Mynx_-_Fucking_Mother_Nature_In_The_Ass.html
https://pornve.com/c0bub1cpvigc/Brazzers_Private_Treatment_Brazzers_Dirty_Masseur_Johnny_Sins_Natasha_Nice_Brunette_Blowjob.html
https://pornve.com/c0l7hebd6oca/bex_20_06_08_madison_ivy_and_kendra_sunderland_bodacious_bikini_threesome.html
https://pornve.com/c0pqpl7g57rj/Peta_Jensen_-_Breaking_In_Miss_Jensen.html
https://pornve.com/c1cwuak7qjnt/Jezabel_Vessir_Sexy_Jezabel.html
https://pornve.com/c1pt8ga8pr14/Hot_Teen_Next_Door_24.html
https://pornve.com/c1uscyypfhpf/Megan_Vaughn_-_Booty_Time.html
https://pornve.com/c2upfh0tmn6g/Rebecca_Jane_Smyth_Spanking_My_Best_Friends_Mom.html
https://pornve.com/c3hau9qv8syl/Training_Day_Diana_Prince__Keiran_Lee.html
https://pornve.com/c3ko0h9c0pf8/Kissa_Sins_Peta_Jensen_Brazzers_Heavenly_Bodies.html
https://pornve.com/c3rfb93iyfx3/India_Summer_-_Vegas_Milf_Vacation.html
https://pornve.com/c47d712bfgv4/Abbey_Brooks_Show_Me_How_You_Jerk_Off_Mommy_Issues_2.html
https://pornve.com/c4eakrh3bmgg/Round_and_Brown_Grand_Slammin_watch_online_for_free_YesPornPlease.html
https://pornve.com/c4f248dozlnf/SPOV_Girl_Nice_Brazzer_.html
https://pornve.com/c4gq3si9n0hz/Brittany_OConnell_-_Fixing_The_Neighbor.html
https://pornve.com/c5ydxbp62c8w/Isabellas_All_Anal_Fuck_Date_Isabella_De_Santos__Keiran_Lee.html
https://pornve.com/c6c1l8431noq/Abigail_Mac_Johnny_Sins_Horny_and_Dangerous.html
https://pornve.com/c6izw584pdjr/Why_Dont_You_Do_Me_-_Summer_Brielle__Keiran_Lee.html
https://pornve.com/c6jeyx88glo8/PornstarsLikeItBig_Siri_Someone_Called_Siri.html
https://pornve.com/c6ntqweiqw3n/BrazzersExxtra_20_08_07_Sarah_Jessie_Ready_Aim_Anal_.html
https://pornve.com/c7d9x3w74s3n/BrazzersExxtra_Keira_Croft_Cooling_Down_With_Squirting_And_Anal.html
https://pornve.com/c7eyqfayvu6z/Brazzers_-_Tiny_blonde_Chloe_Cherry_goes_for_a_checkup_and_gets_drilled_.html
https://pornve.com/c7fopiwt3993/TeensLoveHugeCocks_19_07_23_Emily_Willis_Eager_Emily_XXX_SD.html
https://pornve.com/c81ich4743bl/A_Strange_Case_of_Bubble_Butt_-_Jillian_Janson__Charles_Dera_.html
https://pornve.com/c82dc4b9ff4y/Nina_Hartley_-_Ninas_Chapel_Of_Lust_Part_1.html
https://pornve.com/c83rjhd7a6nx/Brazzers_-_Shes_Changed.html
https://pornve.com/c8agyjtea42z/Rachel_Starr_Blows_Off_Some_Steam.html
https://pornve.com/c8df5rs05x3g/DareDorm_-_Balloon_Party_-_16_05_13.html
https://pornve.com/c8yis0voyxzn/8thStreetLatinas_Gina_Valentina_-_Damn_Gina_23_09_2016.html
https://pornve.com/c97obb06047f/Nicole_Aniston_06_08_2020_Hardcore_Milf.html
https://pornve.com/c9bhhp0xl23h/Staci_Carr_-_It_Swallows_Part_One.html
https://pornve.com/c9dn3cfsnk64/Memphis_Monroe_And_Audrey_Bitoni_What_Girls_Do_In_The_Bathroom_Audrey_Fucks_In_A_Threesome.html
https://pornve.com/cakh2ezqrkyk/The_Unforgettable_Anniversary_Kayla_Kayden__Keiran_Lee.html
https://pornve.com/caq5pn47tmfu/Moriah_Fucks_Her_Muse_Moriah_Mills.html
https://pornve.com/cb2inezyizff/Monique_Fuentes_-_milfs_of_our_lives_big.html
https://pornve.com/cb6qj5nqxnkw/MomsInControl_Cassidy_Banks_Richelle_Ryan_Jake_Adams_Home_Is_Where_The_Whore_Is_02_03_2017.html
https://pornve.com/cbq315k5zi2r/Dillion_Harper__Lily_Love__Whitney_Westgate_-_Santas_Horny_Helpers.html
https://pornve.com/ccj0krponofi/My_Phys_Ed_Teacher_Fucked_My_Tits_Brazzers.html
https://pornve.com/cclcaoa9qvmw/Nikki_Benz__Summer_Brielle_-_Vice_Squad_Discipline.html

https://pornve.com/ccqlcu2oep31/BigTitsInSports_Layla_London_Marsha_May_Fuck_Games_In_The_Olympi c_Village_-_06_08_16.html

https://pornve.com/cdfj34injkeh/My_Scissoring_Stepmom_Ava_Knoxx__Leigh_Darby_Fuck_Jordis_Big_Dick_. html

https://pornve.com/cdh80ev6z2wq/BrazzersExxtra_20_06_28_Ivy_Lebelle_Special_Tasks_XXX_SD_KLEENEX.h tml

https://pornve.com/cdl5ss2uf0c5/Rachel_Starr_The_Vocal_Coach.html

https://pornve.com/cdz7djr0s623/Alektra_Blue_-_Theres_a_Pornstar_In_My_Kitchen.html

https://pornve.com/ce0826tmjcfa/Sarah_Vandella_New_DA_Nurse.html

https://pornve.com/ce97jo4yn7oe/D4_D3von_480p.html

https://pornve.com/ceh7624n3vuh/Take_A_Seat_On_My_Dick_Ryan_Conner_Bill_Bailey.html

https://pornve.com/cet0j1vhutkb/Madison_Ivy_-_The_Doctor_Part_Four_-_Escape_From_Valhalla.html

https://pornve.com/cf795ezgqvch/Abella_Danger_-_Creeping_Tom.html

https://pornve.com/cfhcnricu34f/Angelina_Valentine_Squirting_And_Facial.html

https://pornve.com/cfqfl1gbughm/BlackGFs_17_04_12_Sizi_Sev_Clean_Pussy_XXX_-KTR.html

https://pornve.com/cgj1ldlgj3dz/PornstarsLikeitBig_-_Nicole_Aniston_Pornstar_Workout_12_28_16.html

https://pornve.com/cgqn2skitqbu/Alyssia_Kent_Jordi_-_Soaked_To_The_Tits_-_Big_Naturals_-_Reality_Kings.html

https://pornve.com/cgtoa9ry3l1s/Bathtime_With_a_Hot_MILF.html

https://pornve.com/chagwq5pa7u2/Drilling_Mommy_Scene_2_Cristal_Ticket_To_Ride_Cristal__Van_Wylde.h tml

https://pornve.com/ci86yiz48g4h/How_To_Fuck_Butt_Megan_Rain__Veronica_Avluv__Markus_Dupree.html

https://pornve.com/cimju1c2xbux/NEW_Cory_Chase_April_01_2016_-_720p.html

https://pornve.com/cjb8jlzdii4p/ZZ_Lemonade_Kristina_Rose_Kristina_Rose__Jordi_El_Nio_Polla.html

https://pornve.com/cjtjacx2idmq/BigWetButts_18_05_25_Kelsi_Monroe_Kelsi_Gets_Down_XXX_SD_-KLEENEX.html

https://pornve.com/ck2oi38rw0bj/Getting_Wild_With_Keisha_Greys_Big_Ass_.html

https://pornve.com/ckqw45ri0ktt/A_Room_With_A_Cock_Codi_Vore.html

https://pornve.com/ckw4qlom5qcu/Squirt_Christy_Mack_SQUIRT.html

https://pornve.com/cl0fui6fas76/Nina_Hartley__Jillian_Janson_-_Ninas_Chapel_Of_Lust_Part_2.html

https://pornve.com/cl5wjgief72i/Lindsey_russian_in_red.html

https://pornve.com/cl6pzfuamnje/FROM_5star-Nurses_Threesome_Cures_All.html

https://pornve.com/cl6tj8d2lsce/Sharon_Lee_-_Banging_Lee.html

https://pornve.com/cln0u0vp4i06/Are_You_Worthy_Of_My_Ass_Kaylani_Lei.html

https://pornve.com/clnzay6r7301/CumFiesta__RealityKings_Kirsten_Lee_-_Eat_The_Meat.html

https://pornve.com/cm6gai7kdnv7/Rachel_Starr__Johnny_Sins_ZZ_Hospital_Ri_Dick_ulous_Behavior.html

https://pornve.com/cmeyoucdq3a1/Lezley_Zen_-_Here_Today_Fucked_Tomorrow.html

https://pornve.com/cmfbplxc3dbi/A_Stepmothers_Touch.html

https://pornve.com/cmfl9wu354x0/An_Open_Minded_Marriage_Brazzers.html

https://pornve.com/cmnd99fspeq6/Moms_Panty_Bandit_Ava_Addams.html

https://pornve.com/cmndbbs5g5df/Karma_Rx_Cali_carter_Charles_dera_brazzers_sex.html

https://pornve.com/cmnm72ana07a/Fellatio_With_The_She_E_O.html

https://pornve.com/cmwz3v87qlb9/Anal_Queen_Escort_Phoenix_Marie_Danny_D.html

https://pornve.com/cmzog4rg0ab1/DareDorm_17_04_14_Ziggy_Star_And_Marley_Brinx_Wild_And_Loca_XX X_-KTR.html

https://pornve.com/cn0wc373l1s2/Cameron_Dee__Nina_Elle_-_Take_This_Slut_For_A_Spin.html

https://pornve.com/cnb3yk1mvdww/ZZSeries_-_Aruba_Jasmine_And_Peta_Jensen_Storm_Of_Kings_Part_2.html
https://pornve.com/cngl1p3jjv9k/Kerry_Louise_No_Ordinary_Housewife_Ordinary.html
https://pornve.com/cnlr5xce4xh2/DAREDORM_82_Three_Is_A_Crowd_1of2.html
https://pornve.com/cnuobd22plp7/Michelle_Thorne_Spanglish_Lessons.html
https://pornve.com/cogqeye7n6tn/Sandee_Westgate_-_Beat_The_Heat_with_A_Wet_T_Shirt.html
https://pornve.com/corpcec70czm/Franceska_Jaimes_BTAS_MILF_Pornstar_Franceska_Jaimes_Tags_Latina_f
Danceska_Jaimes_Bigass_Bigass_Bigboobs_Tag_This_Video_78_Top_Rated_Porn_Video_Of_Today_161_Most
_Played_Porn_Video_Of_Today_181_Top_Rated_Porn_Video_Of.html
https://pornve.com/cp0ju1s27aa0/Brazzers_House_Episode_Two.html
https://pornve.com/cpnkz31e5sld/Hot_New_Bridgette_B_And_Abigail_Mac.html
https://pornve.com/cpucenl73adv/Booty_Shakes_And_Ass_Quakes_Kelsi_Monroe__Keiran_Lee.html
https://pornve.com/cq089l82y34q/Brazzers_Teaching_Your_Tutor_To_Suck_Dick_Brazzers_Jordi_El_Nino_Pol
la_Zoe_Doll_Ania_Kinski_Mo.html
https://pornve.com/cq7gztcwjt6n/Mom_Bang_Teens_9.html
https://pornve.com/cqxlwctla2m7/Sybil_Stallone_Nothing_Like_A_Mothers_Love.html
https://pornve.com/cr2wknnhigdy/Sheila_Marie_-_Belly-Dancing_And_Booty_Shaking.html
https://pornve.com/crcn41axs8qj/Tiffany_Tyler_-_Love_In_The_Mud.html
https://pornve.com/crge48oeulzk/Lovely_Lucia.html
https://pornve.com/crm3lyzrpw4k/Erotic_Massage_After_Tube_Anal_Massage.html
https://pornve.com/crnadk9x6tre/Gina_Valentina_Victoria_June_Justin_Hunt__Hooker_On_The_Run_.html
https://pornve.com/crvsxyyfv2jn/Brazzers_-_Hands_Off.html
https://pornve.com/cryfk9vwbv2v/Porn_XBigWetButts_Sarah_Banks_Booty_On_The_Bike.html
https://pornve.com/cryidczyi4sq/brazzers_peta_jensen_by_jaojao_-_published_on_26_minutes_ago_category_anal_brunette_pornstar_peta_jensen_tags_anal.html
https://pornve.com/crytiyjmutk9/Good_Shit_Jayden_Jaymes_Request_Description.html
https://pornve.com/cs71o1k8hugg/Brazzers_The_Housewife__The_Hitchhiker.html
https://pornve.com/cs7dwuavrtnc/Abella_Pool_Side_Fucking_-_porngift_-_pornve_com.html
https://pornve.com/cs7le5vftrfn/Nicole_Aniston_Keiran_Lee_Team_Player.html
https://pornve.com/cs7np6rtls41/Cleaning_Up_His_Mess_Brandi_love.html
https://pornve.com/csjypsos85us/Big_Naturals_Skylar_Snow_Pro_Bone_Her.html
https://pornve.com/csmfmlmhgdgb/Brazilian_Sex_Sexy_MonsterCurves_Monica_Santhiago_Primetime_View
.html
https://pornve.com/csodyua5cedq/Ebony_Babe_NEW_Diamond_Jackson.html
https://pornve.com/ctc6uo7okg6p/Sexy_Madison_Ivy_The_Mystique_Of_Madison.html
https://pornve.com/ctkg1sfzx64r/Sybil_Stallone_Van_Wylde_Anal_BigAss_BigButt_BigTits_Blowjob_Brunette
_Milf_Pornstar.html
https://pornve.com/ctzpa5x6dqet/Brazzers_Only_The_Best_For_My_Family.html
https://pornve.com/cukandvwk6ft/Monique_Alexander_Therapist_fuck_doctor.html
https://pornve.com/cupwvso5z0h9/Anal_on_Easter_Marsha_May__JMac.html
https://pornve.com/cuydeaqotydj/Britney_Amber_Lil_Campers_03_09_2020_Milf_Threesome_MILF_0_05_0
9_2020_on_SexyPorn.html
https://pornve.com/cuz11klwznwi/EuroSexParties_Kristina_Miller_Courtney_Blue_Wet_It_And_Get_It_-_13_10_2016.html
https://pornve.com/cvq6a0eglj5m/NEW_MIC_Crystal_Rae_And_Diamond_Jackson.html
https://pornve.com/cvwt2y6hh4ur/BrazzersExxtra_Lela_Star_Nicolette_Shea_I_Dont_Know_Her.html
https://pornve.com/cvzylrr38zoc/ham_20_06_03_bridgette_b_and_kiara_cole_fucking_fight_me.html

https://pornve.com/cwac2hgn2n0p/NEW_Disrespecting_The_Maid_Gia_Paige_Tory_Lane__Mike_Mancini_December_29_2015.html

https://pornve.com/cwaqxnoo5pxv/RKPrime_Aubrey_Rose_Jessie_Lynne_Last_Milf_Standing_-_08_12_2016.html

https://pornve.com/cwbfwlf4s0ur/Rahyndee_James_-_Natural_Perfection.html

https://pornve.com/cwhlz5a259nn/Brazzers_com_-_Kaylynn_-_Ill_Be_Your_Blow-Up_Doll.html

https://pornve.com/cwnu6pyahtzp/Screw_the_Apple_I_Want_to_Fuck_the_Tree_Diana_Prince__Johnny_Castle.html

https://pornve.com/cwv272042iqf/Wet_Dreams_Dani_Jensen.html

https://pornve.com/cwvhm322k2af/Spin_Cycle_Teen_Dillon_Harper_Gets_Caught_Humping_The_Washer_.html

https://pornve.com/cxqbojzt5eri/PornstarsLikeItBig_-_Chanel_Preston_Kristina_Rose_Phoenix_Marie_Brazzers_New_Years_Eve_Party_01_01_17.html

https://pornve.com/cxxdt56zb8ll/Brazzers_-_Horny_babe_Charles_Dera_fills_her_pussy_with_big_white_cock_.html

https://pornve.com/cy20xgu462zd/Big_Tits_Boss_25_2015_Part_4.html

https://pornve.com/cy25ulexmgys/Brazzers_Karma_Rx_Humping_My_Chakras.html

https://pornve.com/cyf6zu7vo7rr/Brazzers_Demi_Sutra_A_Family_Affair_The_Reunion_Part_1_BrazzersExxtra_porn_VEPORN.html

https://pornve.com/cz1o733m24rv/DoctorAdventures_-_Veronica_Avluv.html

https://pornve.com/cz3uo72pun4v/Brazzers_Exxtra_-_Iggy_Amore_Silvia_Saige_-_Rough_Time_For_A_Tiny_Tease.html

https://pornve.com/cz44c2oliywy/Lezley_Zen_-_Here_Today_Fucked_Tomorrow.html

https://pornve.com/czg65snjgnwp/Cumming_Out_Of_The_Closet_Alena_Croft_Scarlit_Scandal__Tyler_Nixon.html

https://pornve.com/czme9dhlq3mx/Becky_Bandini_thressome_Streched.html

https://pornve.com/czop6sqwxyr6/Candy_Licious_-_Blonde_Lust.html

https://pornve.com/czr5lcoqoxor/NEW_MILF_Threesome_Brandi_Love_The_Contractors_April_29_2016.html

https://pornve.com/d07umhem7737/Veronica_Avluv_Whos_Boss_Blowjob_POV.html

https://pornve.com/d0p0pmug1fx8/Ava_Addams_Is_A_Very_Horny_Housewife_Who_Gives_it_Good.html

https://pornve.com/d0rxu3qxk0ja/MommyGotBoobs_-_Veronica_Avluv_Banana_Nut_Muffin_23_November_2015.html

https://pornve.com/d0v8d24528q5/Kiki_Minaj_Danny_D_Latexxx.html

https://pornve.com/d1e00nnutgpy/Jaclyn_Taylor_-_Interviewing_The_Ex.html

https://pornve.com/d1gsxpecsbey/Jessa_Rhodes_-_Your_Father_Fucks_Me_Harder.html

https://pornve.com/d1tmjjo9j6dd/Ryan_Conner_In_That_Big_Tasty_Ding_Dong.html

https://pornve.com/d1w2hvcf7nfc/Mommy_Issues_2_Tiffany_Rain__Jordi_El_Nio_Polla.html

https://pornve.com/d1xv1ghlsqwk/Brazzers_Gabriella_Paltrova__Danny_D_-_Girl_gets_huge_facial_.html

https://pornve.com/d1zo2dpsv6m0/Blonde_Deepthroat_Marsha_May_Last_Stop.html

https://pornve.com/d20038dollq0/Cathy_Heaven_Meddling_Mother_In_Law.html

https://pornve.com/d2kjywn0zf3u/You_Snore_She_Whores_Brazzers.html

https://pornve.com/d2l153t3tzvc/Trixie_Tao_-_Naughty_Trixie.html

https://pornve.com/d2mpm6gv0ea8/Innocent_asian_girl_love_huge_cock.html

https://pornve.com/d30a5iane9pp/PornstarsLikeItBig_17_08_20_August_Ames_The_Biggest_Whore_In_Hollywood_XXX_-KTR.html

https://pornve.com/d351bv0ghf0d/Slip_It_In_S3_Delicious_Aspen_Aspen_Ora.html

https://pornve.com/d3ab38jacp4r/Photo_Finish_On_My_Tits_Brazzers.html

https://pornve.com/d3ehigth31d8/Rebecca_Moore_Ramming_Rebecca.html

https://pornve.com/d3mrh879g9re/Darling_Danika_My_Mother_The_Clothes_Whore_Mommy_Issues_2.html

https://pornve.com/d441rhxd5goq/Cowgirl_Dayna_Vendetta_720p.html

https://pornve.com/d4daj6iv4y8q/BrazzersExxtra_-_Madison_Ivy_1_800_Phone_Sex_Line_6_.html

https://pornve.com/d4isfth72bxa/StreamBoxX_Net-I_Hate_My_Step_brother.html

https://pornve.com/d4vzjltzzm1c/Abella_Danger_-_Cum_Thru_3.html

https://pornve.com/d58lhqdh9hao/Jenaveve_Jolie_Audrey_Bitoni_Brazzers_Expose.html

https://pornve.com/d5rnx6l5u9cd/RK_Prime__Andreina_De_Luxe_A_Public_Display_Of_Indecency.html

https://pornve.com/d5z5jyrsj5z2/Lisa_Ann_Seduction_For_Sport.html

https://pornve.com/d6lix449wh6o/_Rub_N_Tug_Trainee_Kalina_Ryu__Morgan_Leen_Asian_Massage_Threesome_.html

https://pornve.com/d79syiyijoqj/Brazzers_Booty_on_the_bike_Brazzers_Sarah_Banks_HD_Hot_Professional_Black_Girl_Long_Hair_Bl.html

https://pornve.com/d7drabt5tniy/All_Good_Mew_Avalon_Heart.html

https://pornve.com/d7rgwqkpqgiz/DoctorAdventures_Samantha_Rone_Doctors_Without_Boners_-_28_11_2016.html

https://pornve.com/d879ikhix04f/Joslyn_James_-_Juicy_Joslyn.html

https://pornve.com/d8ndvm3l82gc/Abella_Danger_Johnny_The_Kid_-_So_Fresh_And_So_Clean_-_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/d8pm8h4wxv05/_Store_Whore_Credit_.html

https://pornve.com/d91ecpj4wvyc/Vanessa_Cage_Can_You_Undress_Me.html

https://pornve.com/d9a7nyjez6lb/Sneaky_Sex_Ivana_Sugar_Tina_Kay_Dick_For_Dinner_New.html

https://pornve.com/d9av9gmdtcnf/Kiara_Lord_Cheating_Whore_102320.html

https://pornve.com/d9n2xmocbskd/Kitty_Love_Jordi_El_Nino_Polla_Blacklight_Beauty_RK_Prime_Reality_Kings.html

https://pornve.com/d9n5v7fsry0m/jada_stevens_banging_jada_.html

https://pornve.com/d9nai7bd1wre/madison_scott_MCBooper.html

https://pornve.com/d9syiim4brsq/American_Whore_Story_Part_Four.html

https://pornve.com/d9sz3egq97ef/Big_Tits_At_School_-_Jean_Michaels_Getting_In_To_Her_Character.html

https://pornve.com/d9x5dxx468je/Devon_Lee_-_The_Landlords_Wife_For_One_Night.html

https://pornve.com/da4xn9nt56wi/Brazzers_Kimmy_Granger_Hold_The_Phone.html

https://pornve.com/dabvn92bvckn/Couch_Cooch.html

https://pornve.com/dad56whxnrva/shyla_Super_Hardcore_Punish.html

https://pornve.com/danlgul6pxh6/Anal_Big_Ass_Jenna_Ivory_Anal_Jenny_Ivory_Gets_Fucked_Anal_Anal_Blonde.html

https://pornve.com/dax5jbukkssf/phoenix_merged_item1_4_1.html

https://pornve.com/db47qohy36cz/Austin_Kincaid_-_Speed_Dating.html

https://pornve.com/db5f51epnhns/Madison_Scott__Hailey_Young_-_Big_Cock_First_Timers.html

https://pornve.com/dbrk83me83a6/GFRevenge_Panty_dropper.html

https://pornve.com/dbtaxhcg6ajs/Devon_Lee_-_Getting_Screwed_By_The_Mechanic.html

https://pornve.com/dc00j1osgkfz/ZZSeries_Brazzers__Cherie_Deville_Yasmine_de_Leon_Charles_Dera_Tyler_Knight_ZZ_Erection_2016.html

https://pornve.com/dcayznlhcp7e/Cumming_In_Brazzers.html

https://pornve.com/dce807d1by01/katana_kombat.html

https://pornve.com/dcyi8i82ko3a/Chrismas_in_live_sperm.html

https://pornve.com/dd284rhtvi97/8thStreetLatinas_17_03_03_Vienna_Black_Bottomless_Pussy_XXX_-KTR.html

https://pornve.com/dd54w7dp9g61/Mommy_Got_Boobs_Alura_Jenson.html

https://pornve.com/dd8yso2wtany/Alektra_Blue_Chanel_Preston_Monique_Alexander_Brazzers_Cuntathlon.html

https://pornve.com/ddakznde25g8/Kaylani_Lei_The_Model_Stepmom.html

https://pornve.com/dds3pcxyrdge/Kyle_Mason_Mind_If_Stepmom_Joins_You.html

https://pornve.com/ddtbcxmttp4b/Delicious_Devyn_big.html

https://pornve.com/ddva7zsfl9ec/Realitykings__Milf_Hunter__Sexy_Brooke.html

https://pornve.com/de06sl2lxekz/loving_kim_big.html

https://pornve.com/dec8xuwmwvdd/LilHumpers_3_S2_Kailani_Kai_Getting_Humped.html

https://pornve.com/dehh3j6tt8nc/Teen_And_Milf_Compilation.html

https://pornve.com/deiaqreu5fd8/CourtneyTaylor_BustedOpen_-_Taylor_Busted.html

https://pornve.com/dejog5r24pn1/DAREDORM_85_Whipped_Cream_1of2.html

https://pornve.com/dely3sk3zjsb/StreetBlowjobs_-_Arrow_Star_-_Arrow_Head_-_07_Dec_2014.html

https://pornve.com/dert75blihlb/lisa_ann_seduction_for_sport.html

https://pornve.com/df3ad1q18h9l/Lela_Star_-_Suck_Slut.html

https://pornve.com/df5vgwv76dgy/NEW_Peta_Jensen_Pass_The_Peta.html

https://pornve.com/dfbprzzfw780/Jaclyn_Taylor_How_Do_I_Look_Mommy_Issues_3.html

https://pornve.com/dffh6rnl16tp/BigWetButts_-_Brazzers_-_Lauren_Phillips_Ricky_Johnson_Soak_My_Sundress.html

https://pornve.com/dfmvsnhtkdar/Francesca_Le_-_Welcome_To_The_Neighbourhood.html

https://pornve.com/dfssxjr00oss/Gabriella_Salvatore_-_Im_All_Yours_Do_Your_Worst.html

https://pornve.com/dgffo326y8a2/Desiree_Lopez_-_Laid_Out.html

https://pornve.com/dgiwd91irxax/Realitykings__RK_prime__Lil_Spinner_Freak.html

https://pornve.com/dgo381oiujov/Diamond_Foxxx_-_Now_Were_Even_Bitch.html

https://pornve.com/dgqvw34lcngj/DAREDORM_77_Pledge_fuck_1of2.html

https://pornve.com/dgstkx3k6jfl/Lena_Paul_in_Bubble_Butt_Anal.html

https://pornve.com/dgyktixohkoc/Amy_Parks__Adrian_Maya__Cristi_Ann_-_Oil_Wrestling.html

https://pornve.com/dhcbqwvh3lql/Jodi_Bean_-_Breasts_In_Nets.html

https://pornve.com/dhcu7cxiwxfd/Teen_Like_It_Big_Emily_Willis_Practice_Makes_A_Perfect_Slut.html

https://pornve.com/dhev1u2rxs6b/blowjob_big_tits_brunette_milf_hardcore_big_dick_cumshot_babe_fetish_rachel_starr__johnny_sins_a_horny_devil.html

https://pornve.com/dhfmlpu4rd8o/Brazzers_Sneaky_Mom_Clueless_Dad_Brazzers_Milfs_Like_It_Big_Bill_Bailey_Joslyn_James_Blonde_B.html

https://pornve.com/dhfnyv6y84sp/Haley_Reed_-_Freaky_Haley.html

https://pornve.com/di0f48dfjafd/DareDorm_Camp_Bang_Out.html

https://pornve.com/dinnaiavw03e/Internet_Outage_Poundage_-_Brandi_Love_And_Alexis_Fawx.html

https://pornve.com/djeriunawha9/FirstTimeAuditions_-_Naomi_Woods_Sweet_naomi_23_November_2015.html

https://pornve.com/djfh1q2a7tm3/RKPrime_19_07_23_Luna_Star_Vip_Booty_XXX_SD.html

https://pornve.com/dk1ikoqoo3wh/Jessa_Rhodes_Rich_Bitch_Has_An_Itch_1080p_XXX.html

https://pornve.com/dkd8o0iqss0y/Pornx_best_of_brazzers_working_out.html

https://pornve.com/dkheybsayslg/Delicious_Tits2_Summer_Brielle.html

https://pornve.com/dkpbwvcy7udr/doctor_adventures_brazzers_kiera_rose_charles_dera_pussy_is_the_best_medicine.html

https://pornve.com/dkw4oeheuccp/Sienna_West__Carmella_Bing_-_An_Uninvited_Guest.html

https://pornve.com/dl7vy11b46tv/Erotic_Massage_Dillion_Harper.html

https://pornve.com/dlckxdtyblan/BigButtsLikeItBig_17_02_21_Yurizan_Beltran_Yurizans_Cum_Addiction_XXX_-KTR.html

https://pornve.com/dlg4kyc61kbl/Holly_Halston__Noelle_Easton_-_Like_Mother_Dyke_Daughter.html

https://pornve.com/dlmt92v4l24c/A_Domestic_Dicking_Brazzers.html

https://pornve.com/dlu5z9v4qtij/Brazzers_S_Is_For_Squirt_watch.html

https://pornve.com/dlzd6sf4e76n/StreetBlowJobs_17_02_12_Kat_Monroe_Bad_Kat_XXX_-KTR.html

https://pornve.com/dm58v2jks57g/FirstTimeAuditions_Zara_Ryan_-Fit_And_Tight.html

https://pornve.com/dmscf2f9opd7/Lynna_Nilsson__Danny_D_Pulse_Part_Two.html

https://pornve.com/dn65h5lo6157/Kiki_Minaj_Gives_It_Up_To_Burglar.html

https://pornve.com/dnkwimbc5xzl/Guiliana_Alexis_-_Bang_and_suck.html

https://pornve.com/dnnm6ql72ypy/Brazzers_-_Kimmy_Granger_If_Its_Going_To_Be_That_Kind_Of_Party.html

https://pornve.com/dnpzpbl1m14c/Porn_Fight_With_Scray_Punisher_Danny_D_And_Aletta_Ocean.html

https://pornve.com/do33kg7sgzf1/Bella_-_Hunting_For_The_Biggest_Cock.html

https://pornve.com/do51aepza5ks/Madison_Scott_-_We_Really_Shouldnt_Be_Doing_This.html

https://pornve.com/dociff8c86e7/You_May_Now_Peg_The_Bride.html

https://pornve.com/doqsyp0dttko/Erotic_Massage_Capri_Cavanni.html

https://pornve.com/dot1684zgpr5/Erotic_Massage_Air_Nature_Massage.html

https://pornve.com/dp06u09i2pxc/_blonde_blowjob_big_tits_milf_fuck_mature_public_theatre_fuck_theatre_.html

https://pornve.com/dp6770o8b93c/So_You_Think_You_Can_Twerk_-_Diamond_Kitty__Kelsi_Monroe_.html

https://pornve.com/dpctr9mssb04/Doctor_Adventures_This_Pharmacist_Can_Fuck_Off.html

https://pornve.com/dprt2ikyd7qt/Mommy_Got_Boobs_-_Veronica_Avluv_Banana_Nut_Muffin.html

https://pornve.com/dq41xtrdhqd0/Ashley_Graham_-_Fucking_For_Science.html

https://pornve.com/dqcfh1vk720d/Caught_mom_fucking_friends_and_joined.html

https://pornve.com/dqewzomfus08/_Nailin_The_Mail_Order_Bride_-_Brazzers_.html

https://pornve.com/dqh2ly43tb73/BlackGf_-_Karissa_Kane.html

https://pornve.com/dqkuo3poy5pb/Alexis_Breeze_-_Poison_Tit_Suck_-_Brazzers.html

https://pornve.com/dqqumpowjc08/RealWifeStories_Alektra_Blue_Swingers_On_Vacation_Part_2.html

https://pornve.com/dqrvhmb00z2u/Ava_Addams_Megan_Rain_And_Jordi.html

https://pornve.com/dqtmhcl9axpr/_I_Hate_My_Stepbrother_.html

https://pornve.com/dr787qkrn434/NEW_Peta_Jensen.html

https://pornve.com/dr78x45ty9cz/Request_Elsa_Jean_And_Osa_Lovely.html

https://pornve.com/dr8w491dxlvq/Amirah_Adara__Mercedes_Carrera_-_Your_Dad_Doesnt_Understand.html

https://pornve.com/drcwsd4b6pvs/MomsBangTeens_Bride_To_Be_Realitykings_Big_Tits_Big_Dick_Blowjob_Professional_Wedding_MomsBa.html

https://pornve.com/drjwlaalwha9/MILF_Lisa_Ann_Fucks_The_Best_Friend_Of_Her_Son.html

https://pornve.com/drms89pgkw5g/PornstarsLikeItBig_Nikki_Benz_40Toying_With_A_Pornstar_-_25_10_201641.html

https://pornve.com/drpcq0dp8697/Missy_Martinez_-_Mrs_Martinez_And_Her_Gaping_Asshole.html

https://pornve.com/drxgg6qjuxkn/Eva_Notty_-_This_Is_What_It_Sounds_Like_When_Moms_Fuck.html

https://pornve.com/dsefvybnpwhw/tlib_19_08_05_aria_lee_joy_riding_a_cock.html

https://pornve.com/dsfn7g6lzn5n/Erotic_Massage_Big_Anal_Works.html

https://pornve.com/dshvz6lh36px/BigButtsLikeItBig_15_11_10_Britney_Amber_The_Bosss_Butt.html

https://pornve.com/dstcxadd0qtl/Toeing_The_Line.html

https://pornve.com/dsxo7kk2epmr/Ray_Veness_Mom_Sees_A_Dirty_Movie.html
https://pornve.com/dt0nobog045g/Naughty_Bookworms_2015_-_Kourtney_Kane.html
https://pornve.com/dt932x4op33q/All_Good_New_Jamie_Valentine_And_Dillion_Harper.html
https://pornve.com/dtaavck505dy/Abbey_Brooks_-_Extra_Benefits.html
https://pornve.com/dteufg1kea5r/Yurizan_Beltran_-_Poolside_Bang_Bang.html
https://pornve.com/dtid3mmcy8pl/GFRevenge_Busting_loose.html
https://pornve.com/dtqs9apacnlj/Hot_family_fun-_17_min.html
https://pornve.com/dtvr7rgsp165/Aidra_Fox_-_Aidra_Gets_Her_Fill.html
https://pornve.com/dustyd8jvyp3/Don_t_Tell_Mom_The_Babysitter_s_A_Slut.html
https://pornve.com/duutxb6rztsm/Helicockter_Mom_-_Krissy_Lynn___Ricky_Spanish.html
https://pornve.com/duz45fjdmvpx/1800_Phone_Sex_Line_12_Clea_Gaultier_Lela_Star_Luna_Star__Xander_C
orvus.html
https://pornve.com/dv6an6rg5mat/Lisa_Ann_-_Pound_Me_Better_Honey.html
https://pornve.com/dv80nhp64tav/Kagney_Linn_Karter_The_Boss_Wife.html
https://pornve.com/dvegmgk6a7x6/Our_New_Maid_Part_1.html
https://pornve.com/dvfsrthm2t0y/Brazzers_-_Diamond_Is_Your_Boss.html
https://pornve.com/dvrtil9vxv8e/Alina_Lopez_Keiran_Lee_-_Rude_Awakening_-_Teens_Like_It_Big_-
_Brazzers.html
https://pornve.com/dvtz34f5290s/ANAL_Bella_Bellz_Her_Ass_Is_Less_Thicker_Now.html
https://pornve.com/dw28olovt41j/Alura_jenson_and_joslyn_james_milf_wars.html
https://pornve.com/dw3nrjijrsa9/All_Good_Madison_Parker.html
https://pornve.com/dwaal9xal37b/Aletta_Ocean_maid.html
https://pornve.com/dwf0yxmsq9x3/Show_Me_The_Yoni_India_Summer_Keiran_Lee.html
https://pornve.com/dwqga4jf3lpq/Madison_Ivy_Kinky_Kidnap.html
https://pornve.com/dx08ff3m8pc9/_Brazzers_-
_Hot_latina_babe_Sophia_Leone_offers_sex_to_cover_the_rent_.html
https://pornve.com/dx2a9n9n605a/Mindy_Main_-_Makeover_Makeshift.html
https://pornve.com/dy2wg98svz2m/H0t_Bu5h_14_B4iley_B4e.html
https://pornve.com/dy47l4n0pqol/Nikky_Dream_Loves_Giving_The_Anal_Gift.html
https://pornve.com/dydpvhy4q05a/Hard_Anal_Oil_Ass_Nikita_Denise.html
https://pornve.com/dyl99vl2lkjo/Anal_Big_Ass_AVA_ADDAMS_ANAL.html
https://pornve.com/dyrkbrej5dhz/Brazzers_Abella_Danger_Shower_Curtain_Cock.html
https://pornve.com/dyxl8nuwho8j/Full_Service_Station_Nikki_Benz_Sean__Lawless.html
https://pornve.com/dzu79tcmyq748/Lela_Star_-_Infiltrating_Kim_K.html
https://pornve.com/e0enol8doqt2/Sofia_rivera____Phoenix_-_My_Girlfriends_Hot_Mom_15_2015.html
https://pornve.com/e0f483jjur0o/NEVER_GET_MARRIED_The_Revenge_-_Dana_DeArmond.html
https://pornve.com/e0hskupmnukd/Madison_Ivy_-_Madison_Ivy__Johnny_Sins.html
https://pornve.com/e0lj6p8pm3j6/Interracial_Madness.html
https://pornve.com/e0ppx5coj692/Mila_Milan_The_Cats_Meow.html
https://pornve.com/e1ddl7xfri18/Big_tits_anal.html
https://pornve.com/e1dusfk36xh1/Madison_Ivy_-_Youre_no_Nurse.html
https://pornve.com/e1p9r272a8zf/valentina_nappi_pool_side_hottie_.html
https://pornve.com/e24t8oczr2jo/Dollie_Darko_Ass_Fucked_By_Danny_D_Full.html
https://pornve.com/e2k2s407y062/Bridgette_B_And_Juelz_Ventura_Brazzers_Live_39_DP_Showdown.html
https://pornve.com/e2q32955v2im/neakySex_-_Serena_Santos_Lulu_Chu_-_In_This_House.html
https://pornve.com/e2t1wfc9pq5i/MilfsLikeItBig_Chanel_Preston_One_Lucky_Butler.html
https://pornve.com/e2tw49ent6so/Brazzers_Rip_My_Jeans_Brazzers_Angela_White_Keiran_Lee_Anal_Brune
tte_White_Girl_Huge_Tits_W.html

https://pornve.com/e35a6givyjws/brazzers_9129.html
https://pornve.com/e38qbn3gvqxv/Aryana_Adin_-_The_Kitchen_Humper.html
https://pornve.com/e3qwpwzzolm9/Brazzers_-_Ariella_Ferrera_-The_Female_Orgasm_101.html
https://pornve.com/e4uic651yhv8/That_Guy_Fucked_3_Of_My_Fav_MILF_Pornstars_At_D_Same_Time_Slut_Hotel_Part_3_Rachel_Roxxx_Isis_Love_Romi_Rain.html
https://pornve.com/e54ndodn18zz/_Brazzers_-_Tia_Cyrus_cheats_her_husband_with_a_guy_with_a_bigger_dick_.html
https://pornve.com/e5b13anzz6j1/1800_Phone_Sex_Line_6_Madison_Ivy26_01_2018.html
https://pornve.com/e5bzgyv69dp6/Brazzers_House_Reality_Show_LIVE.html
https://pornve.com/e5hxyamknfnr/Sofia_Rose_Deep_Stretching.html
https://pornve.com/e5oc9nwruj1s/TeensLikeItBig__Brazzers_Lana_Rhoades_-_Over_Easy.html
https://pornve.com/e5q9hscuokut/Stepmoms_Needs_Loving_Too_Aaliyah_Hadid_Alura_Jenson.html
https://pornve.com/e68nfp5cfbsn/Banana_Nut_Muffin_Veronica_Avluv_Buddy_Hollywood.html
https://pornve.com/e69lhpqtrah6/Memphis_Monroe_-_Memphis_Gets_Fucked_On_TV.html
https://pornve.com/e6cnz2tpioxv/Brazzers_Librarian_needs_a_licking_Brazzers_Big_Tits_At_School_Kendra_Lust_Xander_Corvus_Brune.html
https://pornve.com/e6oix75z4hbd/Realitykings_Social_Proof_Kenzie_Reeves.html
https://pornve.com/e6r34m5eexhw/Babezz_Watch_A_XXX_Parody.html
https://pornve.com/e6tmar6zap17/Lvy_Lebelle.html
https://pornve.com/e76o1i88wp0t/Jennifer_Keelings_-_Fucking_The_Cable_Guy.html
https://pornve.com/e7lfdjblxqvu/kenzie_reeves_in_piped_down.html
https://pornve.com/e7r0ktwsx2ib/Alison_Tyler_-_The_ZZ_Special.html
https://pornve.com/e88xwl6by4xj/Money_Talks_taco_muncher_big.html
https://pornve.com/e8jyxv95yino/Breaking_In_My_New_Girlfriend_-_Anna_Bell_Peaks_Ashly_Anderson.html
https://pornve.com/e97tntydekis/Good_Girls_gone_bad_2.html
https://pornve.com/e9cvet8b9dq9/Peta_Jensen_-_The_New_Porno_Order.html
https://pornve.com/e9fh01m7bou5/DAREDORM_71_A_Guy_For_All_1of2.html
https://pornve.com/e9p0q1dez72q/Brother_Fuck_Sisters_Hairy_Friend.html
https://pornve.com/e9qlxt069jha/Bubbliest_Butt_Bridgette_B.html
https://pornve.com/e9x3agh4ag6x/Eva_Angelina_-_Earning_Respect.html
https://pornve.com/ea3qm8jh7ifs/Melissa_Moore_And_Riley_Reid_-_Almost_Sisters.html
https://pornve.com/ea7v7dl9i3tg/Nailin_The_Mail_Order_Bride_Christen_Courtney__Adrian_Dimas__Sam_Bourne.html
https://pornve.com/ea9aohepic07/Leigh_Darby_Ava_Koxxx_Jordi_Momsincontrol_54_Top_Rated_Porn_Video_Of_Today_113_Most_Played_Porn_Video_Of_Today_160_Top_Rated_Porn_Video_Of_Week.html
https://pornve.com/eadfroc8p9r6/Blonde_Brunette_Orgy_Party_Poker_Poker_Party_.html
https://pornve.com/ealbncdlhhs8/Ebony_Oiled_Leilani_Leeane_Massage.html
https://pornve.com/eb50m6b293ec/Raven_Redmond_Natural_Reaction.html
https://pornve.com/eb627zljdagf/Amy_Anderssen_and_Nikki_Benz_-_School_Sucks_and_So_Do_My_Teachers.html
https://pornve.com/ec9agiqywx22/Tiffany_Watson_WTF_Is_Going_On.html
https://pornve.com/ec9lmysh80dh/MommyGotBoobs_Syren_De_Mer_Mother_Of_The_Bride.html
https://pornve.com/ecdhifz2dbgk/Riley_Evans_-_Rileys_Raunchy_Rubdown.html
https://pornve.com/ecfdrgqqzudp/Nicole_Sheridan_-_Tennis_Tits.html
https://pornve.com/ecw8cfxhqb66/BigButtsLikeItBig_Kelsi_Monroe_Inspector_Ass_-_17_11_2016.html
https://pornve.com/ed5nps9i9n12/Brazzers_-_Romi__Rachel_Rachel_Starr_Romi_Rain_Keiran_Lee.html

https://pornve.com/ed5wm0lcb6lr/Milfs_Likes_It_Big_Isis_Love_Wet_And_Smoking.html
https://pornve.com/ed9f912jdsth/Skinny_Ebony_Dark_Small_Tits_Black_Interracial_Tags_Ebony_40_413_30
3_Plays_Published_On_1_Day_Ago_Stop_Flaggin_My_Videos_Category_Babe_Dark_Woman.html
https://pornve.com/edc7mwtqxys0/Lisa_Ann_Lisa_Anns_Lover.html
https://pornve.com/edk1tcwd4ps2/Shawna_Lenee_-_Paybacks_A_Bitch.html
https://pornve.com/edoduhb1nw80/Real_Wife_Stories_-_August_Taylor_-
_My_Husbands_Best_Friend.html
https://pornve.com/eds0jbxke7t6/MomsLickTeens_Kate_Linn_Aubrey_Rose_More_Than_Friends_-
_22_11_2016.html
https://pornve.com/eecc3jfgli24/Brunette_Milf_Blowjob_And_Swap.html
https://pornve.com/eenck02eck8f/Melissa_Moore_Mary_Moody__Strawberry_Slutcakes.html
https://pornve.com/eevg6ymu2oyu/Pool_Hall_Twerk_Moriah_Mills.html
https://pornve.com/eexosteolrl7/RealWifeStories_Kendra_Lust_Need_A_Hand_12_07_16_rq_1k.html
https://pornve.com/eeyfsrnh3ygy/My_wife_slut_03.html
https://pornve.com/ef33e0c357y6/Cucked_At_The_Carnival.html
https://pornve.com/ef7p3x83wewa/WELIVETOGHETHER_LENA_PAUL_ANDREW_BLAKE.html
https://pornve.com/efbl9h2eznwv/Alexis_Fawx_Monique_Alexander_Rachel_Starr_Awesome_Threesome.ht
ml
https://pornve.com/efl27j9h8o4l/TeensLoveHugeCocks_Sydney_Cole_-_Super_Sydney.html
https://pornve.com/efqrg0xvnitq/Dolly_Leigh_Xander_Corvus_The_Foreman_Is_A_Whore_Man.html
https://pornve.com/efzbjs7428xm/Anal_Stroking_That_Massive_Ego_Angelina_Valentine.html
https://pornve.com/eg46jfbnmw3r/BigTitsatSchool_Lezley_Zen_-_Ms_Zens_Side_Job.html
https://pornve.com/egbbf1s79ewq/StreetBlowJobs_16_01_03_Sonia_Lei_Suck_It_Sonia.html
https://pornve.com/egh15zs9earg/GFRevenge_Camping_cutie.html
https://pornve.com/egle9ch63he1/Mommy_Needs_A_MANicure_Reagan_Foxx_Jordi_El_Nino_Polla_.html
https://pornve.com/egqkd4y5ac3m/Jessie_Jett_Game_Time_.html
https://pornve.com/egwhc5i1kkkt/Breathing_Sexcercise_Natasha_Nice_Alex_Legend.html
https://pornve.com/egwkfiffku1c/Massive_Load_On_Tits_After_Anal.html
https://pornve.com/ehhc6hf34ds4/Courtney_Taylor__Keiran_Lee_Journey_to_the_Center_of_Courtneys_Ass
hole.html
https://pornve.com/ehos7harg25k/Colombian_Ariella_Ferrera_Fucks_In_The_Office.html
https://pornve.com/ehviv25u0mel/Dick_Devour_Bailey_Brooke.html
https://pornve.com/ehwjbh3c57hu/Luna_Star_-_Big_Boob_Squirtdown.html
https://pornve.com/ehz6qlq4r4ff/RealityKings_Free_Yoga_Fuck_Realitykings_2017_Robby_Echo_Victoria_Jun
e_Black_Hair_Yoga_Leggi.html
https://pornve.com/ei3oxb17x5ju/Brooklyn_Blue_Behind_Her_Husbands_Back.html
https://pornve.com/ejd76igf7dbk/Open_Up_For_Love.html
https://pornve.com/ejhdn5cs52c6/Eva_Lovia_Keiran_Lee_-_No_Husbands_Allowed_Remastered_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/eka4nyt8gukn/Dont_Just_Kiss_Ass_Fuck_It_.html
https://pornve.com/ekdrbxu5b35x/Audrey_Royal_Danny_D_Ride_Service.html
https://pornve.com/eki28xlbt8kk/BigTitsAtSchool_Abigail_Mac_A_Dose_of_Dirty_Discipline.html
https://pornve.com/ekllqh1bpmoy/What_You_See_Is_What_You_Get_Brazzers.html
https://pornve.com/ektqnaas36qg/Abela_Danger_-_Petite_teen_gets_her_phat_ass_drilled.html
https://pornve.com/eliruv9zoe2n/Abbey_Brooks_-_Twinkle_Tits_-_Brazzers.html
https://pornve.com/elq3pfdmfr1u/TeensLikeItBig_-_Brazzers_-
_Ella_Hughes_Danny_D_Pleasuring_The_New_Partner.html
https://pornve.com/em6oc00ga3c8/RealWifeStories_Alexis_Fawx_Odd_Jobs_-_02_12_2016.html

https://pornve.com/emgv6kg0shjg/brunette_lesbian_sex_babe_malena_gets_fucked_by_asa_2612_42_plays_published_on_9_hours_ago_category_asian_gay_pornstar_malena_morgan_asa_akira_tags_lesbian.html

https://pornve.com/emss1kpo4ayg/mlib_davia_ardell_2200.html

https://pornve.com/emwktatrk6xg/big_butts_like_it_big_brazzers_yurizan_beltran_xandercorvus_yurizans_cum_addiction.html

https://pornve.com/en6bojh7k1iv/Super_Nurse_Kagney_Linn_Karter__Danny_D.html

https://pornve.com/eniheij7ivmw/BrazzersExxtra_Natasha_Starr_-_Tell_Me_When_It_s_Over_4001_06_201841_rq.html

https://pornve.com/enss2vgy4671/anissa_kate_natural_beauty_.html

https://pornve.com/enxtrcdd13nl/A_Dick_Before_Dropout_Brazzers.html

https://pornve.com/eokeh3ckgr04/GFRevenge_Sporty_girl.html

https://pornve.com/eona59zj2dzx/Queen_Vs_Pawn_Jordan_Pryce.html

https://pornve.com/eooxhx3k1spj/dm_K3ndall_K4yden_480p.html

https://pornve.com/eoysv2nm6xwv/Madison_Rose_-_Jealous_Asshole.html

https://pornve.com/ep28ata1j7am/Put-Out_or_Get-Out.html

https://pornve.com/epji298yde9x/Ask_Me_Anything_About_My_Big_Boobs_-_Kimberly_Kendall__Bill_Bailey.html

https://pornve.com/eq0hm909rqj0/X-Men_Parody.html

https://pornve.com/eq7sf4mfa45v/Amy_Ried_-_Is_Viagra_Really_Needed.html

https://pornve.com/eqi9a6hbhpd3/Stepmom_In_Control_Sex_Tube.html

https://pornve.com/eqlkecp30eqh/rws_august_summerrealwifestories.html

https://pornve.com/eqyu5am2hffe/Kiara_Diane__Sovereign_Syre_-_Prison_Pussy.html

https://pornve.com/er1t0pqov3xo/Two_gorgeous_milf_babes_fuck_pervert_neighbor.html

https://pornve.com/erjw8aekgksq/NEW_Esperanza_Gomez_Cock_Crazed_Cougar_in_the_Club.html

https://pornve.com/ern70ejctk64/Cassidy_Banks_-_Thirsty_For_Some_Titties.html

https://pornve.com/err9o5aqy9ur/Kayla_Synz_-_Sex_Education_In_Depth.html

https://pornve.com/es38vzepyxpu/Selfies_With_MILF_Kianna_Dior.html

https://pornve.com/esngiou2iwsq/mommy_got_boobs_brazzers_brandi_love_justin_hunt_mothers_little_helper.html

https://pornve.com/eszb807f30y5/PornxRoundAndBrown_Sarah_Banks_Thot_In_The_Shower.html

https://pornve.com/etppejftiixe/Jasmeen_-_The_Perv_Behind_The_Curtain.html

https://pornve.com/eu1zkqajdkyj/Freeze_Fucker.html

https://pornve.com/euim463ej350/Lichelle_Marie__Nikki_Benz.html

https://pornve.com/eujx2tuck52h/Romi_Rain_DP.html

https://pornve.com/eva6vfz30zku/August_Ames__Madison_Ivy_-_A_Madison_Massage.html

https://pornve.com/evhqs98re0ty/Solah_Laflare_Bare_Solah.html

https://pornve.com/evtznp6gerxt/BigButtsLikeItBig__Brazzers_Kelsi_Monroe_-_Twerk_And_Jerk.html

https://pornve.com/ew172max9pfb/GFRevenge_16_03_28_Jizzy_Jade.html

https://pornve.com/ew7171aq58zg/Kianna_Dior_Selfies_With_Your_Mom_Mommy_Issues_2.html

https://pornve.com/ewaka2jrv5mo/Samantha_Saint_My_Mommy_Does_Porno_Part_II_BabyGotBoobs.html

https://pornve.com/ewhi47frujgd/dm_19_08_05_kenzie_taylor_attend_to_my_ass.html

https://pornve.com/ewlup46zxsz8/Welcome_To_Hell.html

https://pornve.com/ewq0gy0m6jaf/Natalie_Lovenz_Good_Lovenz.html

https://pornve.com/ewxfsp06e3il/TeensLikeItBig_19_08_05_Aria_Lee_Joy_Riding_A_Cock_XXX_SD.html

https://pornve.com/ex3eraqpskpu/_The_Interns_Turn_-_Brazzers_.html

https://pornve.com/ex58k8m96p1t/mercedes_carrera_keiran_lee_fuck_horny_latin_milfs_big_ass.html

https://pornve.com/exjkqa4bl732/The_Listener_Brazzers.html

https://pornve.com/eyf9t1a9gknu/Pro_Boner_Cowgirl_Best_Video.html

https://pornve.com/eygjgnwwabfp/Abella_Danger_-_Abellas_Ass_Is_In_Danger.html
https://pornve.com/eyi9gg3sf2sp/sneaky_sex_reality_kings_molly_mae_haley_reed_brick_danger_three_is_f
un.html
https://pornve.com/ez7woty8icv2/Kissa_Sins-_Pristine_Edge.html
https://pornve.com/ezb5esb5ex4y/Risque_Roses_Athena_Palomino_Markus_Dupree.html
https://pornve.com/ezf6shv4xkpe/MY_HERMANASTRA_LA_GAMER_KRISTEN_SCOTT_IS_FUCKED_BY_THE_AS
S_DURLY.html
https://pornve.com/ezuy3jk1xoqe/hospital_reception_girl_fuck_with_customer.html
https://pornve.com/ezzuns9eposc/Alanah_Rae_blondemilfpoundingherzengarden_480p.html
https://pornve.com/f02csl5is65m/HotAndMean_Lela_Star__Molly_Stewart_Wanted_Fucked_Or_Alive_Part_
1.html
https://pornve.com/f0j768hyx1i1/20150825_bikini_bliss_big.html
https://pornve.com/f0rn1s47ctkn/Johnny_Sins_Kendra_Lust_Dickfan.html
https://pornve.com/f0tu88v0v32r/Switching_Teams_Part_1_Brazzers.html
https://pornve.com/f11if4aldoro/_Squeaky_Clean_Milf_Ava_Addams_And_Megan_Rain_Get_Fucked_By_Jor
di_Big_Dick_.html
https://pornve.com/f2l4nb2dgfn7/Rude_Awakening_Brazzers.html
https://pornve.com/f4fvr0o35z3k/MilfsLikeItBig_19_07_14_Ava_Koxxx_Anal_Encounter_With_A_Stranger_X
XX_SD.html
https://pornve.com/f4nmstuixaog/RealWifeStories_Karina_White_Say_Yes_To_Getting_Fucked_In_Your_We
dding_Dress_14_11_2016.html
https://pornve.com/f5ehshd2uore/Joslyn_James_Justin_Hunt_Joslyns_Secret_Shower.html
https://pornve.com/f5jx2gqevwwt/Full_Service_Banking_Angela_White_Prince_Yashua.html
https://pornve.com/f5x9bhko3uzv/Dat_Ass_Sarah_Jessie_Sports.html
https://pornve.com/f63mdtins324/BRAZZERZ_LIVE_29.html
https://pornve.com/f640xmm0vhsj/Brazzers_Brazzers_House_3_Episode_2_Brazzers_Zzseries_Aaliyah_Hadid
_Gina_Valentina_Bridgette.html
https://pornve.com/f64q71igg58n/Facial_Savannah_Stern_Airport_Security.html
https://pornve.com/f65nbj63hc3s/American_Whore_Story_Part_1.html
https://pornve.com/f673f7w2yp9p/Slutty_Stepmom_Threesome_Leigh_Darby_Summer_Brielle_Keiran_Lee_
Leigh_Darby_Summer_Brielle_Keira.html
https://pornve.com/f6p20haiwd9m/BigButtsLikeItBig_Brazzers__Isis_Love_Johnny_Castle_Ass_In_Heat_23_0
6_2016_Pornohub_free_porn.html
https://pornve.com/f6wplr20ej2q/_ZZ_Spring_Break_Part_Two_.html
https://pornve.com/f6xgc8oaqh9y/Jamie__Kylee_Reese_-_In_Search_Of_Bigger_Things.html
https://pornve.com/f7kuyedjvqmj/Remy_LaCroix__Sock_It_To_Me.html
https://pornve.com/f7thlctu4w1i/marrie_mcray_bilyard.html
https://pornve.com/f82780zsm79c/Alexis_Breeze_-_Doctor_Adventures_-_Brazzers.html
https://pornve.com/f86ac80bft8i/Shower_Fuck_Ava_Addams_Double_Timing_Wife.html
https://pornve.com/f89bkdc7340j/Diamond_Jackson_-_Oily_Office.html
https://pornve.com/f8a8ckafc52s/real_wife_story_pussy_and_ass_fuck_by_two_big_cocks.html
https://pornve.com/f8ggyeljq0b8/Amirah_Adara__Gina_Gerson_-_Sneak_A_Peek.html
https://pornve.com/f8x7d1t352dg/Watch_Admiring_Amirah_Amirah_Adara_Danny_D_MYCUMX_COM.html
https://pornve.com/f92celaq6p9s/Lezley_Zen_Fore_Play.html
https://pornve.com/f92gjup545cp/Brazzers__Vampirella_A_XXX_Parody.html
https://pornve.com/f99kih0y4zly/Big_Titty_Fuck_and_Facialiced_Jasmin_James_Sex_Invasion.html
https://pornve.com/f9hqjvqs592w/Realitykings__in_the_VIP__Strike_A_Pose.html
https://pornve.com/f9scyci2c2t3/Janice__Brandi.html

https://pornve.com/f9vqcn490nem/A_Parent_Teacher_Meating_.html
https://pornve.com/fac0mtxl9dt6/Amy_Ried_-_Amys_Ass_Massage.html
https://pornve.com/fajww1hnb2au/NEW_MILF_Stuffing_Ava_Addams.html
https://pornve.com/fb5ja5gi4o6b/Blue_Angel_Ballet_And_Cock.html
https://pornve.com/fb5ul38oscua/Alura_Jenson_Off_The_Couch_And_Into_My_Stepmom_Mommy_Issues_2_.html
https://pornve.com/fbnolmsfkllr/Savannah_Stern__Kenzi_Marie_-_Wo-Men_At_Work.html
https://pornve.com/fbpfomvaq89w/Sharing_My_Stepsister_watch_online_for_free.html
https://pornve.com/fc9376j7upho/Anal_Fuck_Babe_Damn_Fuck_Me.html
https://pornve.com/fc93gbsd2i2k/Realitykings_Pogo_smoke_show_watch_online_for_free.html
https://pornve.com/fceh6yobklcf/I_Like_It_when_Adriana_Chechik_says_Shut_Up_and_Fuck_Me.html
https://pornve.com/fcpb7z4w25fh/teens_like_it_big_brazzers_nekane_sweet_marcros_enekanes_sweet_pussy.html
https://pornve.com/fcqxpkms7ccv/Sexy_Chef_Madison_Ivy.html
https://pornve.com/fczr98v4wwne/Capri_Cavanni_-_Spicing_It_Up_With_A_Threesome.html
https://pornve.com/fd8j4pb5d4ew/I_Cum_Into_Your_Home.html
https://pornve.com/fd92fi4yvc9g/Rompe_la_Red_De_Veras_esta_Vez_Nikki_Benz_Keiran_Lee.html
https://pornve.com/fdc4b7v1gfpj/pretty_asian_asian_babe_alina_li_134_top_rated_porn_video_of_today_published_on_2_days_ago.html
https://pornve.com/fdci1qqmf86y/RealityKings_Katy_Jayne_-_Boobs_in_boots_14_12_2016.html
https://pornve.com/fdw22wi47x76/Sofia_Lee_Rough_And_Raunchy_Workout.html
https://pornve.com/fdynns3efnt4/Going_Deep_With_Alexa_-_Alexa_Tomas__Danny_D.html
https://pornve.com/fef68zbmj253/Ava_Addams_Megan_Rain_get_threesome_hardcore.html
https://pornve.com/feu0gq5rg5iu/New_Hot_Rachel_Star.html
https://pornve.com/fevtp50raved/Sex_Massage_Johnny_Sins_fuck_Monique_Alexander.html
https://pornve.com/ff563hllcqly/Angelina_Valentine_-_Make_My_Pussy_Wet_Water_Boy.html
https://pornve.com/ff6bm2ludvj2/Memphis_Monroe_-_One_For_The_Truckers_Two_For_The_Tits.html
https://pornve.com/ffk7etrpnvsn/ZZSeries_-_Aletta_Ocean_Storm_Of_Kings_Part_3.html
https://pornve.com/ffrauh9fiam6/BrazzersExxtra_-_Bailey_Brooke_The_Stowaway.html
https://pornve.com/fg4smac9zi5w/BigWetButts_Amirah_Adara_Anal_Sweetheart.html
https://pornve.com/fg6dzy1ell6s/Bodacious_Boxer__PornXP.html
https://pornve.com/fgsfgbe8lyly/Teens_Love_Huge_Cocks_2_XXX_40201441.html
https://pornve.com/fgtknquj1azr/Ella_Knox_Ramon_Nomar__From_Posing_To_Moaning.html
https://pornve.com/fgzhbe12glsi/RoundAndBrown_17_02_17_Kendall_Woods_Do_It_Harder_XXX_-KTR.html
https://pornve.com/fgzngp8b0bpd/Amirah_Adara_Mea_Melone_-_ZZ_Cup_Team_Booty.html
https://pornve.com/fh2juvs0kte8/Ryder_Skye_Xander_Corvus_Bad_News_Boyfriend.html
https://pornve.com/fh57fobwr2yr/Moms_Bang_Teens_11_2015_Reality_Kings_Scene_1.html
https://pornve.com/fh6lma4pxuqe/mgb_18_10_22_kendra_lust_mommy_meets_a_teen_idol.html
https://pornve.com/fhe6vbsw348s/CumFiesta-Gia_Paige_Jizzy_Gia_02_07_17.html
https://pornve.com/fheue5hdoez5/MilfHunter_Olivia_Fox_-_Romancing_Olivia_15_08_2016.html
https://pornve.com/fi0n80hjfvtg/Brandi_Love_-_Katy_Kiss_-_All_In_Brandi.html
https://pornve.com/figk2zeyjmxg/Lena_Paul_My_Hot_Boss.html
https://pornve.com/fir5snuloe7x/RKPrime_Alina_Lopez_One_Hot_Box.html
https://pornve.com/fisltpycqjgs/Trying_Out_the_Bar_Wench.html
https://pornve.com/fisusx5h83bs/nicolette_shea_day_with_a_porn_writer.html

https://pornve.com/fiy6zxea3pfa/big_boob_massaging_ms_moore_3206_42_plays_published_on_34_minute s_ago_a_massage_turns_into_sex_category_big_dick_big_tits_pornstar_danny_dong_rebecca_more_tags_bi g_dick.html

https://pornve.com/fjbfam96vexn/Mandy_Muse_-_Young_Big_Butt_Anal.html

https://pornve.com/fjnbsw5z4l4k/Its_A_Wonderful_Sex_Life_Brazzers.html

https://pornve.com/fjslw05np7ex/Angel_Allwood_-_Soap_Up_My_Big_Tits.html

https://pornve.com/fkagze927k8p/A_Case_Of_The_Moan_Days_Boss_Didnt_Get_Laid_So_Comes_In_Bitchy_ Hung_Underling_Thinks_He_Can_Help_Her_Out.html

https://pornve.com/fkk0eksfv2cp/Big_tits_teacher_get_fuck_by_three_big_cock.html

https://pornve.com/fkmr10a5as0u/Anastasia_Hart_Acting_101.html

https://pornve.com/fkq07is00qzp/Interview_With_A_Busty_Boss.html

https://pornve.com/fktgxvs04g24/Brazzers_-_Girl_Next_Door.html

https://pornve.com/fl3tjq5dadzq/Im_the_Boss_Now_Bitch.html

https://pornve.com/flg9tt4x9kjl/Progress_Report_Ryan_Keely.html

https://pornve.com/flkesie14vq5/Brazzers_House_3_-_Episode_5.html

https://pornve.com/flqr7qcgoesm/Nicole_Aniston_-_New_Brazzers_Exxxtra.html

https://pornve.com/flt90by9j6b3/Angela_White_Prince_Yashua_Full_Service_Banking.html

https://pornve.com/flv84tlj6hs9/HappyTugs_Jayden_Lee.html

https://pornve.com/fm3dkbv4382a/Kendra_Lust_2311.html

https://pornve.com/fmrzisow85hy/My_Stepmothers_Pantyhose_Alura_Jenson__Jessy_Jones.html

https://pornve.com/fnfixa7ttjv7/Brazzers_Full_Service_Banking_Brazzers_Big_Tits_Worship_Angela_White_P rince_Yahshua_Brunette.html

https://pornve.com/fniwvkiwrxp8/TeensLoveHugeCocks_17_02_25_Rosyln_Belle_And_Stoney_Lynn_Virtual_ Cock_XXX_-KTR.html

https://pornve.com/fnuq2g9vjkfr/Kimberly_Kendall_-_Vote_For_the_School_Slut_President.html

https://pornve.com/fnv4ievq8tke/StreetBlowJobs_-_Stephanie_Glam_Gulped_By_Glam.html

https://pornve.com/fo0loizabm22/CumFiesta_17_04_11_Riley_Mae_Cute_Riley_XXX_-KTR.html

https://pornve.com/fo7pa9zjagka/Lisa_Ann_Club_Cougar_Steals_The_Cock_-_Hot_MILF_Lisa_Ann_Gets_Fucked_By_A_Huge_Dick.html

https://pornve.com/fo9ucv30c7zr/Brazzers_Not_Safe_For_Work_Brazzers_Big_Tits_At_Work_Danny_D_Kylie _Page_Big_Natural_Tits_Blon.html

https://pornve.com/fpckz080htdp/BigButtsLikeItBig_Maddy_Oreilly_Work_Is_Long_When_Youre_Wearing_A _Thong_-_23_08_16.html

https://pornve.com/fpcpsjgast4g/teen_want_to_fuck_in_her_ass.html

https://pornve.com/fpjo5qylps4s/BigTitsAtSchool_-_Harmony_Reigns_Dress_Code_Cunt.html

https://pornve.com/fpnl7t8k5b9s/Raylene_in_Brazzers_-_A_Pair_of_Aces_Mommy_Got_Boobs.html

https://pornve.com/fpsh9td7awrh/Courtney_Cummz_-_Single_White_Butt.html

https://pornve.com/fq6a4ugr4eyd/Beauty_Fucked_In_Her_Bath.html

https://pornve.com/fq6c9kxodaf9/Asian_MILFS_Big_Tits_Kianna_Dior_Your_MILF_Is_The_Best.html

https://pornve.com/fq755s5iq16s/katana_kombat_nice_to_meat_you.html

https://pornve.com/fqmtwibknm3u/Katrina_Jade_Loves_Giving_The_Anal_Gift.html

https://pornve.com/fqpzm06nhm7w/Mikayla_-_Cruising_Around_Porn_Valley.html

https://pornve.com/fqqlgagsawew/Tory_Lane_-_Slut_Of_The_Year.html

https://pornve.com/fquzf1wmk62n/Brazzers_Penetrating_pantyhose_Brazzers_Big_Wet_Butts_Mandy_Muse _Alex_Legend_Brunette_White.html

https://pornve.com/fr7h1k9n53xc/MonsterCurves_19_07_14_Ava_Black_Sheerly_Sexy_XXX_SD.html

https://pornve.com/frmtusplyvh3/_Brazzers-_Naughty_teacher_Natasha_Nice_gives_extra_credit_to_her_student_.html

https://pornve.com/fs14l5lt42g4/_Brazzers_-_Hot_milfs_Jasmine_and_Victoria_shared_Kierans_big_cock_.html

https://pornve.com/fs3mujy5819s/Slip_It_In_S4_Poison_Ivy_Ivy_Stone.html

https://pornve.com/fs9r79655l2b/Real_Wife_Stories_-_Shawna_Lenee.html

https://pornve.com/fss939p2crzd/ZZSeries__Bridgette_B_Honey_Gold_Kristen_Scott_Xander_Corvus_Rich_Fucks_Part_2_.html

https://pornve.com/fsu6s0y4wm76/Stretch_My_Ass.html

https://pornve.com/fsvjfz2wa0ky/Cathy_Heaven_Gamer_Heaven.html

https://pornve.com/fsx993oaiz6i/Jayden_Lee_For_A_Few_Dollars_More.html

https://pornve.com/ft84iullu1ge/Ariella_Ferrera__Kendra_Lust_-_Pumping_The_Poolboy.html

https://pornve.com/ft995dvzrwgv/Maid_Sex_Latina_Fun_Jade_Maid_Sex.html

https://pornve.com/ftbu9127pv8m/Diamond_Foxxx_-_Deep_In_Diamonds_Foxxx_Hole.html

https://pornve.com/ftscfggu7evr/GFRevenge_Bringing_the_heat.html

https://pornve.com/ftttozi7lijy/HotAndMean_Dillion_Harper_Mia_Malkova_That_Bra_Isnt_Going_To_Take_Itself_Off_-_23_11_2016.html

https://pornve.com/fu72q2sm7l5b/BigTitsAtSchool__Brazzers_Brooke_Wylde_-_A_Juggling_Sex_Act.html

https://pornve.com/fud5807bn1hd/Oiled_Nikki_Benz_New_BWB_Anal.html

https://pornve.com/fuf5nt9yx9oa/That_s_My_Bush_Ariella_Ferrera_Jordi.html

https://pornve.com/fui4v22yb6ry/Amia_Miley_40Give_me_some_love41.html

https://pornve.com/fuiv6uboe3b3/Angel_Wicky_-_Bottomless_Anal_Fuck.html

https://pornve.com/fuucravspwbp/nicolette_shea.html

https://pornve.com/fux2alz4zo17/Rachel_Starr_-_In_A_Hurry_Wait_A_Minute.html

https://pornve.com/fvce9pfzocmk/moms_in_control_brazzers_gia_paige_tory_lane_mike_mancini_disrespecting_the_maid.html

https://pornve.com/fvnmwfkwail0/Office_MILFs_Amy_Anderssen_And_Nikki_Benz.html

https://pornve.com/fvoybo12bv84/Katy_Jayne_-_Another_Marriage_Down_The_Drain.html

https://pornve.com/fw1vv353becu/Pools_Rules_-_Kayla_Green__Keiran_Lee.html

https://pornve.com/fw59w9ulznej/DirtyMasseur_Skyla_Novea_An_Athletes_Touch_-_05_11_2016.html

https://pornve.com/fwk8yrdx6d5o/Amy_Anderssen_and_her_huge_tits_get_fucked_In_The_Office_-_720p.html

https://pornve.com/fwl9qnlhv8qw/Overnight_With_Stepmom_Part_One_-_Tara_Holiday__Danny_D.html

https://pornve.com/fwuuq3qssp0x/StreetBlowJobs_Giselle_D_Ambrosio_-_Blow_It_Good_28_08_2016.html

https://pornve.com/fx00o7928ywy/bex_20_07_03_madison_ivy_and_jasmine_jae_tour_of_london_part_1_remastered.html

https://pornve.com/fx1hx6ka8wn4/My_Friends_Fucked_My_Mom_Ryan_Conner.html

https://pornve.com/fx1mmxjxycdg/Milfs_Like_It_Big_Romi_Rain_Trading_Sides_Part_2.html

https://pornve.com/fxqghpif4c39/TeensLikeItBig__Brazzers_Alaina_Dawson__Elsa_Jean__Piper_Perri_-_Teen_Honey_Trap.html

https://pornve.com/fy0bxj9uyfrg/EuroSexParties_Rebel_Lynn_Natasha_Starr_Rebel_Romp_-_28_07_16.html

https://pornve.com/fy3dqj4ws9pz/Gianna_Nicole_Syren_de_mer_-_Threesome.html

https://pornve.com/fye3ejk578yy/Die_Hardcore_1_Mia_Malkova.html

https://pornve.com/fysnoylxlz82/Valentina_Nappi_Van_Wylde_Clutching_Her_Pearls.html

https://pornve.com/fz0ab3bi9pi7/_ass_mature_sexy_big_booty_white_girl_3529_9_188_plays_published_on_1_day_ago_download_the_video_before_it_gets_deleted_category_anal_milf_tags_blonde_cow_girl_anal_tag_this_video_162_top_rated_porn_video_of_today_.html

https://pornve.com/fz3svzk61uqc/Brazzers_Lisas_pool_boy_toy_Brazzers_Milfs_Like_It_Big_2018_Lisa_Ann_J
ordi_El_Nino_Polla_Brun.html

   https://pornve.com/fzaihom14rd9/The_Mischievous_Maid_Alessandra_Jane.html

https://pornve.com/fzcs1ck0i6og/Brazzers__Big_Wet_Butts__Pumping_My_Pantyhose_Maddy_Oreilly.html

        https://pornve.com/fzk4u30niov4/Francesca_Le_-_Dreamy_Boobs.html

        https://pornve.com/fzpgo80bn8hp/Abbey_Brooks__Jillian_Janson_-
_This_Is_How_You_Get_The_Job.html

        https://pornve.com/fztpq5lffl6o/Sarah_Vandella_-_Working_The_Webcam.html

https://pornve.com/fzxtsnimmwwy/DirtyMasseur_20_08_05_Havana_Ginger_Oiling_Up_Havana.html

        https://pornve.com/g02zf85ejmrb/Dont_Fuck_My_Son.html

        https://pornve.com/g0bustiprswy/Abigail_Mac_Fixing_For_A_Fix.html

https://pornve.com/g0n6xb2mwcpy/Brazzers_Fries_With_That_Fuck_Brazzers_Danny_D_Ella_Hughes_Kayla_
Green_Milfs_Like_It_Big_2017.html

https://pornve.com/g0npf0badcsl/MilfsLikeItBig__Richelle_Ryan_Justin_Hunt_Christening_the_Cougar.html

        https://pornve.com/g0wt1obfvc81/August_Ames_-_She_Fucks_Her_Boss.html

        https://pornve.com/g13mneowefus/Violet_Starr__No_Fucking_Spoilers.html

        https://pornve.com/g14kn91hpk1v/Parker_Swayze_Play_House.html

        https://pornve.com/g1rjvrxxf4dk/Brazzers_Nailed_It.html

        https://pornve.com/g22umttvi55r/McKenzee_Miles_-_Fuck_The_Cops.html

https://pornve.com/g2cxhsilmhuc/Adriana_Chechik_Study_Break_16_Top_Rated_Porn_Video_Of_Today_43_
Most_Played_Porn_Video_Of_Today_71_Top_Rated_Porn_Video_Of_Week.html

        https://pornve.com/g2m8r80b1kl2/Camryn_40First_contact41.html

https://pornve.com/g33d1ir0pocu/Thanksgiving_Lay_Phoenix_Marie_Breanne_Benson_and_Alanah_Rae.htm
l

        https://pornve.com/g36lb78ljof1/Abella_Danger__Kissa_Sins_-_Kissas_Ass_Is_In_Danger.html

     https://pornve.com/g3b3twsqwldn/Rebecca_Moore_Brazzers_Poker_face.html

        https://pornve.com/g3dp6pakuczk/Brooke_Belle_-_Swish_Or_Strip.html

        https://pornve.com/g3m32uj9da65/Bonnie_Rotten_-_Fucking_Through_The_Fourth_Wall.html

https://pornve.com/g3nba0l8p5nk/Allison_Moore_Hey_Hey_Um_Can_I_Get_That_Ring_Back.html

        https://pornve.com/g3nxxcq3lm5d/StreetBlowJobs_Rogue_Angel_-
_Down_On_The_Dick_07_08_2016.html

        https://pornve.com/g3vg2gbazy8i/Brazzers-_1800_Phone_Sex_Line_8.html

        https://pornve.com/g465zofo1uj2/Shyla_Stylez_-_The_Oralfice.html

https://pornve.com/g477mfha2fdc/Eating_Out_For_Thanksgiving_Ryan_Keely.html

        https://pornve.com/g49lprwo9om5/A_Guilty_Conscience_Brazzers.html

https://pornve.com/g4ebsuzt2skr/Moms_In_Control_5_Scene_6Cherie_Deville_Molly_Jane__Danny_D.html

        https://pornve.com/g4jdvflzjdqa/Brazzers_-
_Plump_Pantyhose_Brazzers_Big_Wet_Butts_Kagney_Linn_Karter_Jordi_El_Nino_Polla_Big_Tit.html

        https://pornve.com/g4mkp4qze6tu/Brazzers_Live_-_32.html

https://pornve.com/g4mx922vd264/Mary_Jean_Little_Fuck_Mary_Jeann_Slingshot_Big_Ass_Big_Tits_Slingbik
ini_Little_Fuck_Of_Black_Girl.html

        https://pornve.com/g4y8mcjjc0jm/angelina_valentine.html

        https://pornve.com/g52x41c3pznb/PornstarsLikeItBig_Abigail_Mac.html

        https://pornve.com/g53k0vse3j99/Luna_Lain__Raven_Hart_-_Good_Taste.html

        https://pornve.com/g54sfvagco8s/Chloe_Reese_Ryder__Francesca_Le_-_Big_Bone_Bonanza.html

        https://pornve.com/g5ani61yd31y/Bwb_Jynx_M4ze.html

        https://pornve.com/g5f441e3we3c/Jessica_Jaymes__London_Keyes_-
_Masseuse_Muff_Munchers.html

https://pornve.com/g5l3w538v9kk/Brazzers_-_Lela_Star_Creampie_Diaries_Part_1.html
https://pornve.com/g5vori56sfyv/Joslyn_James_-_Bound_To_Cum_On_Your_Tits.html
https://pornve.com/g67zgrf2if7c/Samantha_Saint_-_Cup_Of_Ho.html
https://pornve.com/g69tyhpcegkd/Brazzers_-_Horny_schoolgirl_Brooke_Wylde_takes_on_2_cocks_.html
https://pornve.com/g69ui0prk1iz/Hot_teens_girls_enjoying_hard_sex_with_a_big_dick.html
https://pornve.com/g69ym55fqfwd/Mommy_Got_Boobs_Dayton_Rains__Bill_Bailey_Her_BFs_A_Mother_Fucker.html
https://pornve.com/g6h17ur81qsx/Abella_Danger_Dont_Bring_Your_Husband_To_The_Salon.html
https://pornve.com/g6j84o118in3/Kayla_Green_Tits_Thighs_And_Office_Supplies.html
https://pornve.com/g6uuqzr3drsn/Jenaveve_Jolie_-_Sauce_The_Boss.html
https://pornve.com/g77poubioixg/Isis_Love__Victoria_Valentina_-_Plant_Me_A_Big_Dick.html
https://pornve.com/g78b8vfh8ii6/Casca_Akashova_-_All_Dolled_Up_Beauty_Queen_Edition.html
https://pornve.com/g7by3rw0mmka/Emma_Starr_-_Pretty_Theft.html
https://pornve.com/g7iwh56yc6g2/Anal_Brunette_MILF_ASS_Latina_Interracial_Ebony_BBW_Best_Fetish_Groupsex.html
https://pornve.com/g7qbyvmv3lej/Jayden_Jaymes__Shyla_Stylez_-_A_Fantastic_Fan.html
https://pornve.com/g7s2geirjp6h/Nicolette_Shea_-_Im_Sensitive.html
https://pornve.com/g7th49dgjy25/Ivy_Lebelle_Bill_Bailey_Fasshionably_Late.html
https://pornve.com/g7utbo31s233/Madison_Fox_-_Slutty_Shopper.html
https://pornve.com/g7wrrkj5gwxe/Nikky_Dream_-_Walled_And_Balled.html
https://pornve.com/g7x1mucv3hy0/its_the_last_day_of_the_convention_and_bill_has_accepted_hell_be_forever_alone_only_when_he_looks_up_from_his_stupid_smart_phone_game_he_realizes_the_amazing_japanese_export_standing_right_in_front_of_him_ayumi_kase.html
https://pornve.com/g82aoyyq0ezj/Pussy_or_Anal_A_ZZ_Clinical_Study_Ryan_Conner__Charles_Dera__Ramon.html
https://pornve.com/g83hf1srm30j/Amber_Chase_-_Almost_Perfect_Girlfriend.html
https://pornve.com/g8651vp9do6a/Fuck_Me_Earthling_-_Eva_Parcker_Tiffany_Doll__Danny_D.html
https://pornve.com/g8j1h1h0w3v4/Alura_Jenson_Sneaky_MILF_Sucks_In_The_Theater_Anal_MILF.html
https://pornve.com/g8latsnqbcnu/Shower_Without_Your_Mommy_Bad_Idea___Eva_Karera__Shae_Summers.html
https://pornve.com/g8rd1ab0vlzy/Feet_Fanatics_-_Dani_Jensen__Janice_Griffith__Veruca_James.html
https://pornve.com/g8t9w6ojwrqj/Pornstars_Like_It_Big_Mia_Malkova_2015.html
https://pornve.com/g98yn73iw5a2/2020_08_01__Unforgettable_Ride__Day_WithA_Pornstar__Alexis_Fawx.html
https://pornve.com/g9gd7ru6ejzm/Angela_White_The_Magician_Ass_Istant.html
https://pornve.com/g9grpepfsql5/Dani_Jensen_Nerdy_Redhead_Assistant_MILF_Hunter.html
https://pornve.com/g9mc4ge6moh2/RayVeness_-_When_Cougars_Attack.html
https://pornve.com/g9yj3mfjrcd3/aleta_ocean_bib_boobs.html
https://pornve.com/ga060t9zlza4/Money_Talks_dong_riders_big.html
https://pornve.com/ga943b7z06x8/CumFiesta_17_02_28_Hailey_Little_Big_And_Little_XXX_-KTR.html
https://pornve.com/gade91kur2v9/H0t_Bu5h_14_D4nira_L0ve.html
https://pornve.com/gah2vw128fxh/A_Piece_of_Jasmine_Jaes_Ass_.html
https://pornve.com/gb1fo8aw9vfb/Ariella_Ferrera__Sienna_West_-_Dick_Rush.html
https://pornve.com/gb33voqipat7/Hot_Asian_milf_katsuni_get_fucked_by_sins.html
https://pornve.com/gbc05r9fpk3o/Ashton_Blake_Fuck_My_Pussy_Not_My_Daughters_-_720p.html
https://pornve.com/gbdionvtdpci/BRAZZER_DoctorAdventures_Nikki_Benz_And_Briana_Banks.html

https://pornve.com/gbhp9smhqih7/Phoenix_Marie_Jayden_Cole_Stuck_With_Her_Pussy_Out_22_10_2020_Lesbian_Milf_BigTits.html

https://pornve.com/gbhqv6am8zf3/Mellanie_Monroe_-_Office_Snatch.html

https://pornve.com/gbmgm8rdd1kd/Monique_Alexander_gets_anal_banged_in_2016_-_Monique_s_Secret_Spa.html

https://pornve.com/gborjnirnb86/Ariana_Marie_-_She_Needs_A_Strong_Male_Presence.html

https://pornve.com/gc42ofkfcvp1/Best_New_Alexis_Fawx_And_Cyrstal_Rrae_720p.html

https://pornve.com/gc5i6a583965/Jayden_Jaymes_-_Topless_Tuesdays.html

https://pornve.com/gcag6d6dzqdw/Phoenix_Marie_-_Anal_Queen_Escort.html

https://pornve.com/gcb00oszbi1s/Katana_Can_Dance.html

https://pornve.com/gccez7cmr08c/Baby_Got_Boobs_-_Marsha_May_Big_Oily_Boobs_A-bouncing.html

https://pornve.com/gcf007s0qt33/TeensLikeItBig_Elektra_Rose_40Stay_Away_From_My_Step_Daughter41.html

https://pornve.com/gckr8wgjngii/Sheena_Ryder_-_Yeehaw_My_Asshole.html

https://pornve.com/gcvxdzhkgyhz/Brazzers-Jesse_Jane_Keiran_Lee_Midnight_Sneak.html

https://pornve.com/gdg0we4naoxa/Lisa_Ann__Mick_Blue_MILF_Perfection_S2.html

https://pornve.com/gdgofe42qdfj/Karlee_Grey_-_Fifty_CCs_Of_Cum.html

https://pornve.com/gdij40jcehak/FirstTimeAuditions__RealityKings_Zaya_Cassidy_-_Cock_Captive.html

https://pornve.com/gdnk5vmbqyna/_BOUNCE_A_PAWG_TWERK_FUCK_AND_CUMSHOT_COMPILATION.html

https://pornve.com/gdzxps8gmrdk/BrazzersExxtra_Abigail_Mac_Sensual_Seduction.html

https://pornve.com/ge30eogi9mv4/My_Landlords_Wet_Ass_Pussy_Brazzers.html

https://pornve.com/ge31vmufbyhu/Joanna_Angel_Ricky_Johnson_-_Is_He_Gonna_Cheat_Again_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/ge4ztnsnzfps/Mia_Malkova_-_Stretch_My_Ass.html

https://pornve.com/gebdav27pmz3/Nicki_Hunter_-_Sorority_Sex_House.html

https://pornve.com/gemkndv33po8/Alura_TNT_Jenson_-_Pick_Up_Pussy.html

https://pornve.com/gewuc0lveehc/Texas_Patti_-_Mommys_Got_Some_Bazookas.html

https://pornve.com/gf4jo3lnqaul/Parker_Swayze_-_Expose_Yourself_To_MILFS.html

https://pornve.com/gf8xnz6fhbyw/August_Ames_Pussy_Fever.html

https://pornve.com/gfdf6mj2veko/Abbey_Lee_Brazil__Valentina_Nappi_Battle_of_the_Stockings.html

https://pornve.com/gffzxmejem5h/Madison_Ivy_and_Jasmine_Jae_-_Tour_of_London_Part_One.html

https://pornve.com/gfgud8bmzngn/Tia_Layne_-_MILF_Hates_Mess.html

https://pornve.com/gfp1pqoqvdnz/Nikki_Benz_-_Day_With_A_Pornstar.html

https://pornve.com/gfs30ljv0vcg/Darcie_Dolce_Lena_Paul_-_Back_To_School.html

https://pornve.com/gfuo552ko8gd/Diamond_Foxxx__Mi_Ha_Doan_-_Shower_Rules_Reminder.html

https://pornve.com/gg850ed1hco7/Savannah_Sixx_Seth_Gamble_-_Prettier_In_Pink_-_Baby_Got_Boobs_-_Brazzers.html

https://pornve.com/gg8lgfq50p4e/Katie_Kox_-_Thats_How_We_Treat_Volunteers.html

https://pornve.com/ggg4xr6xwj3b/Blonde_Anal_No_Hole_On_Jillian_Is_The_Wrong_Hole.html

https://pornve.com/ggk6ceh6n9w0/MomsInControl_Brazzers_Alli_RaeDevon_40Happy_Stepmothers_Day41.html

https://pornve.com/ggljjxt3nhsg/Julia_De_Lucia_Is_Following_Doctors_Orders.html

https://pornve.com/ggyh6zf8b91n/MommyGotBoobs_14_08_18_Leigh_Darby_Nocturnal_Activities_XXX_SD.html

https://pornve.com/gh4x0jfir9b5/BigButtsLikeItBig_-_Abella_Danger_Abella_Bets_Her_Butt.html

https://pornve.com/gh7s5li43od1/Ayda_Swinger_Romi_Rain_Queen_Of_Thrones_Part_3_A_XXX_Parody_ZZSeries.html

https://pornve.com/gh9jpxvctltw/Keira_Croft_Mick_Blue_-_Keiras_Ass_Craves_Cock_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/ghs820b6mue8/_Try_Before_You_Buy_Hot_Latina_Megan_Salinas_Gets_Dominated_by_Customer_.html
https://pornve.com/ghxh1w1edjuh/Big_Tits_Boss_25_2015_Part_2.html
https://pornve.com/gi82ccu8ylug/Kat_Dior_-_Nailed_In_Nylons.html
https://pornve.com/gipyjvajz70v/Paige_Owens_-_Cumming_Of_Age_Anal.html
https://pornve.com/giqo2afme4mk/Nicolette_Shea_-_A_Night_In_Nicolette.html
https://pornve.com/gj78cl1lo3do/Sex_fighter_Chun-li__Cammy.html
https://pornve.com/gj7cps0spgtg/_A_Glass_of_Bubbly_Butt_-_Brazzers_.html
https://pornve.com/gj89uyehu17g/Brazzers_-_Lucky_hung_dude_fucks_a_female_cop_.html
https://pornve.com/gjihdckxvog3/Fira_Ventura_Leigh_Darby_are_Moms_Who_can_take_Control.html
https://pornve.com/gjl0dyh6avqx/HotAndMean_Ariella_Ferrera__Cecilia_Lion_Sneaking_Out_Sneaky_Sex.html
https://pornve.com/gjod165562ag/BrazzersExxtra_-_Brazzers_-_Lela_Star_Markus_Dupree_Lela_Pays_Her_Dues.html
https://pornve.com/gjoz1xk791rs/Courtney_Cummz__Dakota_James_My_Stepmom_Is_A_Hooker-.html
https://pornve.com/gk12hx2qqab3/Nicole_Aniston__Peta_Jensen_-_Game_Night_Shenanigans.html
https://pornve.com/gk439rwbz4y4/Riley_Evans_-_All_You_Need_Is_Lube.html
https://pornve.com/gk68mtba0ix4/Lisa_Ann_Anal_Oiled.html
https://pornve.com/gkbwh9ka5h6e/Attractive_MILF_Brandi_Love_Joins_A_Lusty_Threesome_Sex_Party.html
https://pornve.com/gkkpaa5dl7hc/Ariella_Ferrera__Nicolette_Shea_-_Parent_Teacher_Cumference.html
https://pornve.com/gkqf3l8wxczr/tlib_alessa_savage_ap011416_720p_8000.html
https://pornve.com/gkulld7cce6r/Moms_Bang_Teens_9_Moms_And_Hot_Daughters_Moms_Threesomes_Dakota_Cherie_Melanie_Monroe_Kendra_Lust_Sara_Luvv_Jessa_Rhodes_Jennifer_Best_Dakota_Cherie_Amd_Melanie_Monroe.html
https://pornve.com/gkvx75kvd122/Tanya_Tate_-_Real_Estate_Sells.html
https://pornve.com/gkx55m0watac/Skyla_Novea_-_An_Athletes_Touch.html
https://pornve.com/gkydu8vdmlzh/Amy_Brooke__Courtney_Taylor_-_Bitchcraft__Jizzardry.html
https://pornve.com/gl33on85d98z/Ricki_Raxxx_-_Teach_Me_How_To_Hold_A_Hard_Bat.html
https://pornve.com/gl8ds10o9wr0/Darling_Danika_Your_Darling_Stepmom.html
https://pornve.com/gl8gvo31i1tr/Brazzers_-_MacBoober.html
https://pornve.com/gl8oqx6r6ye3/_Brazzers_-_One_In_the_Pink_Under_The_Sink_.html
https://pornve.com/gl9a0z87xtb1/Lisa_Ann_The_Anal_Goddess_Of_Big_Dick.html
https://pornve.com/glgwimra5hy3/Charles_Dera_Halle_Hayes_Trying_On_Pantyhose.html
https://pornve.com/glkx6jcvg071/Brazzers_House_Episode_Four_Bonus_Phoenix_Marie__Tory_Lane__Keiran_Lee.html
https://pornve.com/glltiwaioztn/Brandi_Love_-_Doctors_Orders.html
https://pornve.com/glmx6xt0e4nx/PornstarsLikeItBig_Madison_Ivy_Open_Up_For_Love.html
https://pornve.com/glncsmr6ltol/Rachel_Starr_Surprise.html
https://pornve.com/glo0n8ufg3ji/ogling_in_the_office_lisa_ann_ava_addams.html
https://pornve.com/gltg9yiigo2a/Kerry_Louise_-_Kerrys_Casting_Couch.html
https://pornve.com/gm2q25xqh596/_Making_Up_For_Lost_Time_-_Brazzers_.html
https://pornve.com/gmb31h9kr145/Gia_Paige__Tory_Lane_-_Disrespecting_The_Maid.html
https://pornve.com/gmfgiafhoq33/beth_gives_you_what_you_wanted.html
https://pornve.com/gmjvhmklpdld/Richelle_Ryan_-_Affair_With_A_Doctor.html
https://pornve.com/gmm4du17k68r/BigWetButts_Harley_Jade_The_Big_Butt_Ballet_-_30_11_2016.html

https://pornve.com/gmr5oz3gbc1a/Veronica_Radke_-_Sweet_Veronica.html
https://pornve.com/gmvicd1o2icn/Alison_Tyler_-_Your_Sons_a_Fuck_Up_-_Brazzers.html
https://pornve.com/gn1xumfi90xa/Sara_Jay_-_Principal_Photography.html
https://pornve.com/gn7yq6hds043/Dani_Daniels_And_Nikki_Benz_1_Masaje.html
https://pornve.com/gnezio9806at/Brittany_Andrews_Xander_Corvus_-_Mixed_Message_Mailboy_-
_Big_Tits_At_Work_-_Brazzers.html
https://pornve.com/gnh6mkmvl73z/Breanna_Sparks_-_Teaching_The_Professor_A_Lesson.html
https://pornve.com/gni6ynro2m2d/Cathy_Heaven__Mea_Melone_-_An_Open_Minded_Marriage.html
https://pornve.com/gnxe7z4z7nu1/_Brazzers_-
_Beautiful_ebony_Anya_Ivy_gets_fucked_by_the_groom_.html
https://pornve.com/gobcku4c5fzw/DirtyMasseur_19_07_14_Marley_Brinx_Stay_Focused_XXX_SD.html
https://pornve.com/gobj3lk4iukp/The_Brazzers_Halftime_Show_-_1.html
https://pornve.com/gof7qlsddjc2/blonde_blowjob_big_tits_ass_big_dick_deep_throat_babe_brandi_love_de
sperate_for_v_dick_day.html
https://pornve.com/gonajklmy5a1/Paige_Delight_-_Splooger.html
https://pornve.com/gp1cipep1k4o/Audrey_Bitoni__Eva_Angelina__Mikayla_-_Licence_To_Fill.html
https://pornve.com/gp3a4amibvgg/Dolly_Leigh__Lauren_Phillips_-
_Good_Things_Cum_In_Small_And_Big_Packages.html
https://pornve.com/gp5hcftv5r3b/Candice_Dare_-_Candices_Double_Doggy_Dare.html
https://pornve.com/gpiko3yimyrv/Going_In_Blind_Brazzers_2018_-
_Ella_Hughes_Gina_Valentina_Preston_Parker_Brazzers_Exxtra.html
https://pornve.com/gpk3lotd39me/brazzers_live_33.html
https://pornve.com/gptjggoj9t6w/BigTitsAtWork_Lennox_Luxe_40The_Whole_Package_-
_26_10_201641.html
https://pornve.com/gptltrz29y8o/Janine_Lindemulder_from_Pornstars_Like_it_Big.html
https://pornve.com/gpxbry2rztzr/Alura_TNT_Jenson_-_Pork_Me_-_1.html
https://pornve.com/gpzjyqltow31/Ariella_Ferrera_Jordi_El_Nio_Polla_-_Male_Order_Bride_-
_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/gq92760p70vj/Nina_Elle_-_Hot_Mom_Swims.html
https://pornve.com/gqy7qrzbmd5n/MomsInControl_Alena_Croft_Kristen_Scott_Doing_The_Dirty_Work_-
_03_12_2016.html
https://pornve.com/gr0erauvawuc/Alena_Croft__Kristen_Scott_ZZ_New.html
https://pornve.com/grlnsw64ugug/All_Good_New_Suzy_Rainbow_And_Carolina_Vogue.html
https://pornve.com/grlx99nlyyhd/Kirsten_Lee_Slip_It_In_2S2.html
https://pornve.com/grnmduhod1v7/RoundAndBrown_Pool_Hall_Twerk_Moriah_Mills_JMac_Huge_Tits_Big_
Butt_Ebony_Black_Girl_White_Gu.html
https://pornve.com/grrps59arx7r/2017_New_Nikki_Capone.html
https://pornve.com/gs1u8g0sg5oz/Remy_LaCroix_-_Surprise_Visit.html
https://pornve.com/gs45sn3ll6ti/Alexis_Monroe_-_American_Slut.html
https://pornve.com/gs9m5z3zim0d/Stephanie_West_Xander_Corvus_-
_Some_Quality_Room_Service_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/gsj5eusxsyjj/Mia_Malkova_-_Family_Business.html
https://pornve.com/gsowovjcc7l7/Alanah_Rae_-_A_Night_In_The_Hole.html
https://pornve.com/gstx7o1ajos8/Kayla_Kayden_is_Dripping_Wet.html
https://pornve.com/gsvzalac03il/Brazzers_-
_Blonde_teen_Kylie_Page_gets_turned_on_and_fucks_her_teacher_.html
https://pornve.com/gt3xdovamymj/The_Last_Dick_On_Earth_-
_Anna_Bell_Peaks_Nicole_Aniston_Rachel_Starr_.html

https://pornve.com/gt3zai99xfjp/tlib_teanna_trump_vl040115_480p_1000.html
https://pornve.com/gtavrcnc3mxz/Jessie_Rogers_Anal.html
https://pornve.com/gtrly00j96bm/Gabriella_Paltrova_-_How_Rough_Does_She_Want_It.html
https://pornve.com/gtrupj22ed5b/Katy_Jayne_-_Fix_My_Computer_Then_Fuck_My_Pussy.html
https://pornve.com/gtsjgs64522o/_Brazzers_-
_Big_tit_milf_Rhylee_Richards_fucks_hard_in_her_army_uniform_.html
https://pornve.com/gtyfkr8ma9rx/Spanking_My_Best_Friends_Mom_Brazzers.html
https://pornve.com/gtyi1ua55ut7/Putlockerx_cc_Victoria_Cakes_Fuck_You.html
https://pornve.com/gu0rwko18dt0/Jessica_Jaymes_-_Whore_Games.html
https://pornve.com/gu5ga57rwp80/Adriana_Chechik__Gabriella_Paltrova_-
_Deep_In_Love_With_Her_Fist.html
https://pornve.com/gu7lnsbbtn8p/BadTowTruck_Iggy_Come_On_Man.html
https://pornve.com/gucoyuaup47v/Cock_Sticks.html
https://pornve.com/gudacgwsa3ph/Published_On_72_Minutes_Ago_Category_Ass_Tags_Ass_Cassydi_Banks.
html
https://pornve.com/guhnej1v8owm/Paid_In_Full_Keiran_Lee__Chloe_Amour_Brazzers.html
https://pornve.com/gv36ud9y33d4/Misty_Vonage_-_Anything_To_Save_Your_Marriage.html
https://pornve.com/gv6igkwxhrxu/Kendall_Karson__Raven_Bay_-_Prom_Whore_Wars_-_Part_3.html
https://pornve.com/gvc2pey2nxyk/_Brazzers_-
_Big_tit_Chanel__Kortney_compete_for_the_slut_champion_.html
https://pornve.com/gvjywlxhhhuc/BrazzersExxtra_19_08_16_Rachel_Starr_And_Desiree_Dulce_Getting_Ahe
ad_XXX.html
https://pornve.com/gw5vwn82arh2/Realitykings__8th_Street_Latinas__The_Dishes_Are_Done.html
https://pornve.com/gw6nb4rtb1zp/Alessandra_Jane_Danny_D_-_Sharing_Is_Caring_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/gx3tn08ksjd2/Austin_Lynn_Quinton_James_-_I_Fucked_My_Sisters_Husb_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/gx7awykdknon/London_Keyes_-_The_Rise_Of_Cocky.html
https://pornve.com/gxaqtc5x1di1/Nekane_Walks_In_On_Stepdad.html
https://pornve.com/gxl37e27py8w/HOT_NEW_Peta_Jensen_A_Fuck_To_Remember_Real_Wife_Stories.html
https://pornve.com/gxnt7tw2axrv/Game_Over_Man.html
https://pornve.com/gxw907n1hs2b/Lexi_Luna_-_Lexi_Gets_Drenched.html
https://pornve.com/gycnf9pl64k1/Britney_Amber_-_Sampling_New_Goods.html
https://pornve.com/gyfys5b5hs16/Zoey_Portland_-_Making_Night_Moves.html
https://pornve.com/gyl2sn882hj8/Bruna_Lambertini_-_Inspecting_Bruna.html
https://pornve.com/gyn30s68ifsq/Dirty_Masseur_4_BRAZZERS.html
https://pornve.com/gyr46wqvvi79/_A_Secret_Shower_.html
https://pornve.com/gys9603p46oh/Riley_Reid_Like_Help_Brandi_Love.html
https://pornve.com/gytchhanhjnv/Mommy_Got_Boobs_16.html
https://pornve.com/gz2atan6smbi/Veronica_Avluv_-_Dicking_Down_The_Doctor.html
https://pornve.com/gzfuzox65niq/Anna_Polina_-_Fade_To_Black.html
https://pornve.com/gzj4eyqyjc4q/Pure18_-_Ivy_Wolfe_Devoured_By_The_Wolfe.html
https://pornve.com/gzqfhz8va4yx/Horny_Black_Amateurs_-_Raquel_Savage.html
https://pornve.com/gzqw4hd566nr/Romi_Rain_Xander_Corvus_-_Spotting_Her_Ass_-
_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/gzu67dohfgtw/Kira_Noir_-_Fighting_Foot_Domination.html
https://pornve.com/h08esra9my9r/Knockout_Knockers_Nikki_Benz_Danny_D_And_Mick_Blue.html
https://pornve.com/h0b0fwcz5wc3/Riley_Reid_-_All_Dolled_Up.html

https://pornve.com/h0qaqqu423yq/1800_Phone_Sex_Line_3_Holly_Hendrix16_08_2017.html

https://pornve.com/h0y5cvb19c78/Luna_Star_Keiran_Lee_-_Get_Bent_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/h0ypekos07f2/Blondie_Fesser_And_Marta_Lacroft_Asp_ESP.html

https://pornve.com/h12en7uje3vc/Rachel_Starr_-_Cumshot_At_The_End_Of_The_Tunnel.html

https://pornve.com/h14jtby2a9wb/2020_06_25_Best_Of_Brazzers_Working_Out.html

https://pornve.com/h19f70edhhtx/Elicia_-_Big_Tits_In_Uniform_15_2015.html

https://pornve.com/h1eqe2rqbw5n/Vina_Sky_-_Ramming_The_Raver.html

https://pornve.com/h1ngx019lnj5/Big_Booty_Dream_Jeans_Nikki_Benz__Charles_Dera.html

https://pornve.com/h1o44tcr2w7q/WeLiveTogether_15_11_12_Sydney_Cole_And_Cyrstal_Rae_Pussy_Peeping.html

https://pornve.com/h1oa5ltm1jpy/BigWetButts_19_07_24_Abella_Danger_Poolside_Booty_XXX_SD.html

https://pornve.com/h1ptr7hysgxq/Riley_Reid_And_Melissa_Moore_Sluts_Dinner.html

https://pornve.com/h1sn4yj20twg/Gina_Valentina_India_Summer_Prude_And_Prejudice.html

https://pornve.com/h1t2kdanse7q/Lilly_Lit_-_Getting_Her_Fill.html

https://pornve.com/h1yf8eq8ov4w/Erotic_Massage_Brokyn_Chase_Anal.html

https://pornve.com/h21usew3ezkc/Lily_Carter_Aamerican_Teeny_Bopper_178_Most_Played_Porn_Video_Of_Today_198_Top_Rated_Porn_Video_Of_Today.html

https://pornve.com/h23bpavusy41/Abbie_Cat_-_Dr_Jekyll__Mister_Hung.html

https://pornve.com/h2fzhhs6hu71/My_Mother_In_Law_Likes_It_Raw_Alura_Jenson.html

https://pornve.com/h2gnw788ctb2/All_Good_New_Kagney_Linn_Karter.html

https://pornve.com/h30rhjc4hvqy/Lily_Labeau_-_Watch__Learn.html

https://pornve.com/h322pbifjutu/Peta_Jensen.html

https://pornve.com/h362tnp17lpv/Abby_Cross_takes_a_big_cock_in_her_pussy.html

https://pornve.com/h38ihzv0xx3i/Jenna_Lovely_-_Freedom_Fuck.html

https://pornve.com/h392vu87v721/Casey_Calvert_Ryan_Driller_-_Professional_Pussy_Protection_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/h3fndu82kw1c/Madison_Ivy_-_Finding_The_Perfect_Fuck.html

https://pornve.com/h3fy6napfuxz/Brazzers_Stranded_Stepmom_Brazzers_Mommy_Got_Boobs_Tegan_James_Lucas_Frost_Blonde_Blowjob_W.html

https://pornve.com/h3gcsafxuy3e/Ava_Addams__Riley_Jenner_-_The_New_Appli_Cunt.html

https://pornve.com/h3nck2ey0uh9/Insatiable_MILF_Rachel_Starr_gets_fucked_by_her_husbands_son.html

https://pornve.com/h3owtyknbuzj/Misha_Cross_Cums_Clean.html

https://pornve.com/h3v8rchlwhdc/aspen_roman_off_dripping_for_daddys_bestfriend_.html

https://pornve.com/h42ehhq5deuc/Brooke_Wylde_-_Sloppy_Deepthroat_Gets_An_A.html

https://pornve.com/h4ba5x16nrvk/AJ_Applegate__Jessy_Jones.html

https://pornve.com/h4faxf7ng7mx/Chocolate_Cookies_05.html

https://pornve.com/h4nvqwhmg8ri/Brooke_Beretta_Working_For_Cummission.html

https://pornve.com/h4t762yfouie/False_Alarm_Fucking.html

https://pornve.com/h4v2hsf4mxxw/Rebecca_More_Pussy_Is_International.html

https://pornve.com/h4yka5e2ve4l/blonde_blowjob_big_tits_brunette_milf_threesome_ass_big_dick_ebony_tits_dcposs_4453_42_plays_published_on_36_minutes_ago_category_anal_threesome_pornstar_kelly_skyline_tags_anal.html

https://pornve.com/h52cj6f7z00a/Ariana_Marie_Massaging_A_Hard_Jerk.html

https://pornve.com/h54bw9q6ihvw/Voodoo__Morrigan.html

https://pornve.com/h5atop64f9c7/BigTitsAtWork_Simone_Garza_Load_For_A_Loan_-_09_12_2016.html

https://pornve.com/h5j9lb5b6g0h/Krissy_Lynn_-_Vandalize_My_Tits.html

https://pornve.com/h5nphi0syt04/bex_20_02_25_maserati_are_you_getting_off.html

https://pornve.com/h5v2p4c15tk2/Jordan_Pryce_Jordi_El_Nio_Polla_Queen_vs_Pawn.html
https://pornve.com/h617dgexm8i3/Arietta_Adams_-_The_Annoying_Little_Sister_-_TeensLikeItBig.html
https://pornve.com/h63lktw5q8o2/Jessa_Rhodes_Takes_A_Big_White_Cock.html
https://pornve.com/h646cg78655d/Julia_Ann_-_Oral_Exam.html
https://pornve.com/h689igo2meyl/Taking_It_Twice__Real_Wife_Stories__Lucia_Love.html
https://pornve.com/h6b0kef8flb2/Moriah_Mills_-_The_Big_Bust.html
https://pornve.com/h6dr9stpvhhi/Crystal_Rush_Bikini_Babe_Bangseks_porno.html
https://pornve.com/h6gfys0h18k6/Julie_Cash_-_The_Million_Dollar_Ass.html
https://pornve.com/h6i4300axrfa/Brazzers_Massaging_Mrs_Moore_Anal_Big_Tits_Worship_Blowjob_Facial_Feet_Massage_Missionary_R.html
https://pornve.com/h6ml5wc33bay/Dirty_Masseur_12.html
https://pornve.com/h6op00v7q87x/BigWetButts_Aleksa_Nicole_Fuck_My_Fishnets_-_26_08_16.html
https://pornve.com/h78a2yo47r6s/Summer_Brielle_-_Lets_Repopulate_The_Planet.html
https://pornve.com/h7fajzsoniac/Shawna_Lenee_-_The_Pre-Honeymoon_Fuck_Binge.html
https://pornve.com/h7fo2bft3jov/Darcie_Dolce__Desiree_Dulce_-_Stepsibling_Rivalry.html
https://pornve.com/h7gwo4ux91r6/Sienna_Day_-_Learning_The_Hard_Way.html
https://pornve.com/h7ps12bde8zk/Shay_Fox_-_Cum_In_Me_Not_On_My_Couch.html
https://pornve.com/h7rt1dm2z7yg/No_Ordinary_House_Wife_Danny_D__Kerry_Louise.html
https://pornve.com/h7tc92vm3iho/Ryan_Conner_Jordi_in_My_Friends_Fucked_My_Mom.html
https://pornve.com/h7tikqnd7vwg/Alena_Croft__Val_Dodds_-_My_Lesbian_Doctor.html
https://pornve.com/h7xtm0y6lr61/Brazzers_MILFs_Like_It_BBC.html
https://pornve.com/h7y2d6u4gbkk/Morgan_Lee_-_Meeting_Morgan.html
https://pornve.com/h7za6ii2y40y/Jasmeen_-_Office_Lust.html
https://pornve.com/h81z8ngp3as7/Fucked_In_Front_Of_Class_BraZZers_HDRip.html
https://pornve.com/h8jw3c86fsxf/Getting_Laid_Off_-_Cherie_Deville__Johnny_Sins.html
https://pornve.com/h8of4irf6n80/My_Stripping_Stepmom_Emma_Butt__Stirling_Cooper.html
https://pornve.com/h8r9jpl0vdoy/All_Good_New_Rebecca_Moore.html
https://pornve.com/h8rqcin6zpdr/Sofi_Ryan_-_Preachers_Wife_Goes_Wild.html
https://pornve.com/h8wermu206l3/Black_Light_Jada_Fuckinggg_Stevens.html
https://pornve.com/h8xe1wdven5d/Skylar_Snow_-_Haute_Couture.html
https://pornve.com/h91np0dasu1s/Lost_In_Brazzers_Part_2.html
https://pornve.com/h96swf4eiaj7/RKPrime_17_03_05_Phoenix_Marie_Reagan_Foxx_And_Kiley_Jay_Towel_Girl_XXX_-KTR.html
https://pornve.com/h98jgri8kxms/Bonnie_Rotten__Summer_Brielle_-_The_Blowjob_Business.html
https://pornve.com/h9fgptnprous/RoundAndBrown__RealityKings_Alison_Sault_-_Dose_Of_Donk.html
https://pornve.com/h9fvgmuky7xe/1800_Phone_Sex_Line_8_Madison_Monique__Nicolette28_01_2018.html
https://pornve.com/h9gar0v1wzpt/Ella_Hughes_Chris_Diamond_-_Shy_Redheads_Want_Anal_Remastered_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/h9t5mm1yyjzt/Double_Timing_Wife_Part_Two_Mick_Blue_Bill_Bailey__Ava_Addams.html
https://pornve.com/ha96pt9c77ra/wild_and_crazy_vida.html
https://pornve.com/haj033wo37vc/GFRevenge_Wild_tessa.html
https://pornve.com/hajhvb61syp4/Candy_Manson_-_Yes_Sir.html
https://pornve.com/hal60ohk0gky/Fluids_On_The_Flight_2.html
https://pornve.com/haoqg0677wde/Jaclyn_Taylor_-_Always_Listen_To_Your_Doctor.html
https://pornve.com/hasihglm4s72/Maya_Tight_Works_Out_-_Maya_Bijou.html

https://pornve.com/haxgq3rh2lee/Show_Me_Yours_Part_One_-_Ella_Hughes__Pascal_White.html
https://pornve.com/hayofwglj3p6/Scarlett_Mae_-_Secret_Slut.html
https://pornve.com/hb835j0cvu18/Remy_LaCroix__Rose_Monroe_-_Unchained_Asses.html
https://pornve.com/hbadz90d7zzq/India_Summer_Keiran_Lee_-_Show_Me_The_Yoni_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/hbeb1yek1w95/Jasmine_Jae_-_Giving_Teacher_the_D.html
https://pornve.com/hbhvl1ac5o2k/HALLOWEEN_Christen_Courtney_Rina_Ellis_Vagina_Fighter_Version_for_adults.html
https://pornve.com/hbib7w82yj6m/Layla_Price_-_Mrs_Prices_Priceless_Ass.html
https://pornve.com/hblimkljk7jt/Abby_Cross_-_Star_Whores_-_Princess_Lay.html
https://pornve.com/hby09zmr5dw4/Brazzers_Auction_Cock_Brazzers_Pornstars_Like_It_Big_Mick_Blue_Moriah_Mills_Romi_Rain_Brunett.html
https://pornve.com/hbyedxtdx0gk/The_Dinner_Party.html
https://pornve.com/hc4bwi693qz1/Brazzers_-_Double_Timing_Wife_2.html
https://pornve.com/hc4dejrgdf4j/doctors_and_nurses_fuck_patient.html
https://pornve.com/hc6ct2sa6fo4/Valentina_Nappi_-_Jessy_Jones_-_Gardening_Hoe_-_Monster_Curves_-_Reality_Kings.html
https://pornve.com/hcpun1hqkdec/Audrey_Miles_Van_Wylde_-_Disc_Golf_Dick_-_Milf_Hunter_-_Reality_Kings.html
https://pornve.com/hcqrx56itm6d/Bridgette_B_Moriah_Mills_Xander_Corvus_-_Moriahs_Wedding_Shower_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/hcsvwng22qrz/EBONY_BABE_Amanda_Pink.html
https://pornve.com/hct19eksr3gk/Alexis_Fawx_makin_magic_big-milf_hunter.html
https://pornve.com/hd07fk12fslt/London_Keyes_-_Ass_Training.html
https://pornve.com/hd7kbronsoyv/Vicki_Chase_-_The_Oil_Spill.html
https://pornve.com/hdg6yponijm8/Brazzers_Stepmoms_Spring_Cleaning.html
https://pornve.com/hdmcplu9tr7f/First_Anal_of_Madison_Ivy.html
https://pornve.com/hdnflsihaqy5/Cassidy_Banks_Van_Wylde_-_On_The_Run_2_-_Big_Naturals_-_Reality_Kings.html
https://pornve.com/hdowxu1lfbf8/Best_New_Ava_Addams.html
https://pornve.com/hdr4ejm3rt95/RealityKings_Rock_Harder_Realitykings_RK-Prime_Conor_Coxxx_Nicolette_Shea_Blonde_Blowjob_Whi.html
https://pornve.com/hdvmiuv986m5/Reality_Kings_MILF_Hunter_36_40201541_Scene_2_.html
https://pornve.com/he84j78fvtw2/Big_Ass_PAWG_Peta_Jensen_Gets_Banged.html
https://pornve.com/hecpkmic6po9/Rhylee_Richards_-_Dreamy_Office_Tits.html
https://pornve.com/hefsq4z0xuco/Vanilla_Deville_-_Stepmom_Caught_You_Masturbating.html
https://pornve.com/heg6i9rllv8h/Paisley_Rae_Van_Wylde_-_Sauna_Seduction_-_Brazzers_Exxtra.html
https://pornve.com/heqf0o49b786/ass_big_cock_liza_del_sierra_2752_42_plays_published_on_31_minutes_ago_anal_category_anal_brunette_pornstar_liza_del_sierra_tags_anal_french_actress.html
https://pornve.com/hesjqe5u9pwu/Sexual_Education_8_Blanche_Bradburry.html
https://pornve.com/heu34u5qsmhb/Anna_Bell_Peaks__Jason_Moody_Putting_Her_Feet_Up_Mommy_Got_Boobs_bigtits_on_YourPorn_Sexy.html
https://pornve.com/hf6ooag5gki1/Ariella_Ferrera__Karmen_Karma_-_Selling_The_Sybian.html
https://pornve.com/hfizkkhg3jcx/Candy_Manson_-_Rescue_9-Fun-Fun.html
https://pornve.com/hfu7mm0jds9c/Dillion_Harper_from_Teens_Like_It_Big_19.html
https://pornve.com/hg0e6wna1trc/Cherie_Deville_-_Back_In_The_Day_We_Used_To_Swap.html
https://pornve.com/hg493odhyrhr/Veronica_Avluv_-_Mother_In-Law_Special.html
https://pornve.com/hg4xps9zeiz2/Chief_Executive_Whore_Lola_Foxx__Danny_D.html

https://pornve.com/hgfcwlqs1sfg/Real_Wife_Stories_Phoenix_Marie_Mason_Moore_Brazzers.html
https://pornve.com/hgieb98a9s30/Welcum_Wagon_Brazzers.html
https://pornve.com/hgwa9bs8v66n/Gina_Valentina___India_Summer_-_Prude_And_Prejudice.html
https://pornve.com/hgyfyo48drrz/Delicious_Tits4_Monique_Alexanders.html
https://pornve.com/hh6mm42ivrsu/Kacey_Kox_Threesome_in_Boat.html
https://pornve.com/hhlyc266qfyi/Hot_MILF_Madelyn_Marie.html
https://pornve.com/hht6mt8fn3qj/Brittney_Banxxx__Krissy_Lynn_-
_Two_Wrongs_Make_One_Merry_Wife.html
https://pornve.com/hhw6k5koltd9/ELSA_JEAN_PIPER_PERRI_AND_ANAINA_DAWSON_SHARE_A_HUGE_COC
K_IN_SAUNA.html
https://pornve.com/hi92qb0bnzkt/Alanah_Rae_-_Broken_Promises.html
https://pornve.com/hi9j6t1boc9b/New_Anal_Creampie_Jada_Stevens.html
https://pornve.com/higuzsw34u5f/thawed_out_and_horny.html
https://pornve.com/hih5kojn7if9/India_Summer__Sara_Luvv_-_Bathtime_With_A_Hot_MILF.html
https://pornve.com/hii5bttrf9yj/Sharing_My_Stepsister_Casey_Calvert__Keiran_Lee__Michael_Vegas.html
https://pornve.com/hijzdcnrqyj5/Summer_Brielle_-_The_Fittest_Fuck.html
https://pornve.com/hirrxt7tmcwj/DAREDORM_61_When_in_Rome_1of2.html
https://pornve.com/hivkaytgkbvu/Alexis_Crystal_-_Ass_On_Alexis.html
https://pornve.com/hizb8m66dw0m/Emily_B_-_St-Pornos_Fire.html
https://pornve.com/hj2x5izcrt3m/Hot_And_Mean_12_2015.html
https://pornve.com/hj5eirlozk6o/Brunette_Hardcore_Teen_Gina_Gerson_Small_Tits.html
https://pornve.com/hj8y7xlxgidm/Jada_Stevens_-
_Getting_clean_in_bath_before_getting_dirty_with_Jadas_big_ass.html
https://pornve.com/hjbfnu8u6d7p/Ariella_Ferrera_-_Cocksucker_Proxy.html
https://pornve.com/hje2za17pch6/Dani_Daniels_-_Driven_By_Double_Gs.html
https://pornve.com/hjq6y7y5ygv5/Ivy_Lebelle_-_Hard_Evidence.html
https://pornve.com/hjw86deapgvu/Britney_Amber_Xander_Corvus_-
_The_Mannequin__The_Security_Guard_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/hjxglfsyhlox/Brazzers_Metal_Rear_Solid_The_Phantom_Peen_Brazzers_Brazzersexxtra_C
harles_Dera_Casey_Calvert.html
https://pornve.com/hjzikjkqtvkd/A_Hallway_Humping_-_Keisha_Grey__Jessy_Jones.html
https://pornve.com/hk0cxjgk0kcp/ZZSeries_Monique_Alexander_Ghostbusters_XXX_Parody_-_Part_1_-
_11_07_16.html
https://pornve.com/hk92oy22kx5u/Ivy_Lebelle__Karmen_Karma.html
https://pornve.com/hkbkzpgcbzip/Tia_Cyrus_This_Guy_Works_Wonders_Netfapx.html
https://pornve.com/hl3uv6yodv53/Brazzers__Hot_And_Mean__Dominative_Assistant_Bridgette_B_Kristina_
Rose.html
https://pornve.com/hl5zva3c8eje/Ayumu_Kase_-_Otaku_Orgasm.html
https://pornve.com/hlc2hpt2gkmq/Tali_Dova_-_Teens_Love_Huge_Cocks_7_2015.html
https://pornve.com/hlesvoyma3dy/LaSirena69__Molly_Stewart_-_Squirting_Out_The_Truth.html
https://pornve.com/hlgv9wefbd1f/Tiffany_Watson_-_The_Great_Easter_Egg_Cunt.html
https://pornve.com/hlom66ddg6n4/dillion_harper_in_the_school.html
https://pornve.com/hlonhdy320gx/Brazzers_ZZ_Medical_Center.html
https://pornve.com/hlpficy9ykg4/Esperanza_Gomez_-_Hola_Neighbor.html
https://pornve.com/hlr3dcps64uv/You_Need_Mums_Approval_Valerie_White_Helly_Mae_Hellfire__Van_Wyl
de.html
https://pornve.com/hlrjp93sj7ed/Lisa_Ann_Young_guy_fucks_his_stepmothers_wet_pussy.html
https://pornve.com/hlv2wdv9ybto/Nikki_Sexx_-_The_Right_Medicine_For_Dr_Sexx.html

https://pornve.com/hm3e4vyw972d/Free_Download_Anya_Olsen_Sister_It_Is_So_Wrong_Yet_So_Right_45_ Most_Played_Porn_Video_Of_Today_194_Most_Played_Porn_Video_Of_Week.html

https://pornve.com/hm42rrhv680c/Life_Assistance_Doll_Danny_D.html

https://pornve.com/hmafq8oun9qs/Brazzers__Big_Butts_Like_It_Big__Happy_Anal_versary_Jynx_Maze.html

https://pornve.com/hmb18tqh4d8d/Aching_For_Anal_Diamond_Jackson__Simone_Sonay_Public_Threesome _.html

https://pornve.com/hmc6jz5pjcvm/Brazzers_-_Jennifer_White_Anal_Apocalypse.html

https://pornve.com/hmcdhcckjuai/8thStreetLatinas_Violet_Star_Starr_Quality_-_12_08_16.html

https://pornve.com/hmi0oreb518r/Lela_Star_Charles_Dera_-_Wanted_Fucked_Or_Alive_Part_2_- _Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/hmm91nwaxfv9/Erotic_Massage_Calling_For_a_Hot_Massage.html

https://pornve.com/hmw1kmtghcjc/Brazzers__Big_Tits_at_School__A_Tip_To_The_School_Nurse.html

https://pornve.com/hmw6r2qa7fht/Brazzers_- _Milf_Swap_Brazzers_Mommy_Got_Boobs_Van_Wylde_Bill_Bailey_Sammy_Brooks_Karen_Fisher_.html

https://pornve.com/hmwkwnq07agw/Realitykings_-_Milf_Hunter_-_Man_Eater.html

https://pornve.com/hmxprbxo4liq/Aaliyah_Love__Kate_England_-_Making_The_Sale.html

https://pornve.com/hmzpoqiihwhw/Elexis_Monroe__Lily_Love_-_Babysitter_Smut.html

https://pornve.com/hn636yu9qn34/RealWifeStories_-_Nicolette_Shea_Im_Not_Cheating.html

https://pornve.com/hnc9lq869sio/The_Liar_The_Bitch_And_The_Wardrobe___Aaliyah_Hadid__Sean_Lawless .html

https://pornve.com/hniyi33ltvgm/Madison_Ivy_Jean_Val_Jean_1_800_Phone_Sex_Line_6.html

https://pornve.com/hntjbqgk6n2o/Kerian_Is_Rich_Guy_And_He_Wants_Fuck_New_Maid_Girl.html

https://pornve.com/hntk46wuuj86/Rachel_Starr_-_The_Stepmom__The_Graduate.html

https://pornve.com/hnv9lp6uljya/Olivia_Austin__Skye_West_- _How_To_Masturbate_Like_A_Porn_Star.html

https://pornve.com/hnwsx5ycrt5a/Naughty_Bookworms_2015_-_Aletta_Ocean.html

https://pornve.com/hnz5nz2zedtv/Ricki_Raxxx_-_Bridezilla_vs_Monster_Cock.html

https://pornve.com/hnzzwvlwr4yp/Naughty_college_girl_Charity_Bangs_gets_punished_in_the_classroom.ht ml

https://pornve.com/ho6ut4pr7sia/_The_MILF_Experience_-_Brazzers_.html

https://pornve.com/ho7sbsq0a8o8/Mom_Kendra_Lust_Fuks_Teen_Dillion_Harper.html

https://pornve.com/hoac8voxkxss/Lisa_Ann_-_Lisa_Anns_Lover.html

https://pornve.com/hod73i798yon/HotAndMean_Krissy_Lynn_Sheena_Rose_Uma_Jolie_Outing_The_Outed_ -_09_08_16.html

https://pornve.com/hoi1u0c6mbss/Katrina_jade_Lela_star_threesome_sex.html

https://pornve.com/hola9p08m0dw/Anikka_Albrite__Jada_Stevens_- _Prison_Sluts_With_Big_Butts.html

https://pornve.com/hoqru76nsf4g/Maya_Hills_-_A_Night_At_The_Pleasure_Palace.html

https://pornve.com/hov4p38yq7cb/Madison_Scott_-_ERection.html

https://pornve.com/hp1jwf7n5uag/Reagan_Foxx_-_Feeling_Up_The_Fashion_Girl.html

https://pornve.com/hp29iadrw2fb/the_caterer.html

https://pornve.com/hp39sa9vj2lc/Ally_Kay_-_Throbbing_The_Cradle.html

https://pornve.com/hpb18gdsye9o/Sybil_Stallone_-_Free_For_All_Fuck.html

https://pornve.com/hpdxoe2jc03s/GFRevenge_Super_spread.html

https://pornve.com/hpgx51ts1xwo/RealityKings_- _Jmac_plowed_Naomi_Woods_pussy_and_jizz_in_her_mouth_.html

https://pornve.com/hpir8w7wxdmx/HOT_NEW_MILF_Rachel_Starrs_Sex_Workout.html

https://pornve.com/hpq2hcw43sp8/Jade_Amber_-_Jade_Screams_For_Ice_Cream.html

https://pornve.com/hq1ecwyp7ye4/Mischa_Brooks_-_You_Have_A_Cock_Addiction.html
https://pornve.com/hq6m6g8s06n3/Kimmy_Olsen_-_My_Girlfriends_Slutty_Friend.html
https://pornve.com/hq8auw91x79r/Kacey_Jordan_-_Sneak_In_Fuck.html
https://pornve.com/hq9l1djn1svw/Adriana_Chechik_Juan_Lucho_-_Shut_Up_and_Fuck_Me_-_Pornstars_Like_it_Big_-_Brazzers.html
https://pornve.com/hqf367aqdi7y/Taking_It_Twice_Brazzers.html
https://pornve.com/hqfcfm83dm0t/Phoenix_Marie_Is_Following_Doctors_Orders.html
https://pornve.com/hqg1fnjeqjvt/Hime_Marie_Jill_Kassidy_Keiran_Lee_Blowing_The_Landlords_Load_Brazzers_Exxtra_Brazzers.html
https://pornve.com/hqjm3mqe26kk/Shay_Sights_-_Bribing_The_Law.html
https://pornve.com/hqjseiyo8bmk/Brazzers_-_Sporty_girl_Keisha_Grey_gets_fucked_by_her_coach_.html
https://pornve.com/hqk2zaj7rwog/Ryder_Skye_Im_Gonna_Bang_Your_Mother_3_2015.html
https://pornve.com/hqm2815b1f29/Hardcore_AllieHaze_Superanalized.html
https://pornve.com/hqndoyh4c66p/Sharon_Pink_-_Getting_A_Better_View.html
https://pornve.com/hqqsjt9k5820/Alexis_Breeze_-_Pick-Up_In_The_Park.html
https://pornve.com/hqr14u86gnj0/Zoey_Holiday_-_Mommy_The_Muff_Muse.html
https://pornve.com/hqr6je760tq9/Realitykings_Wet_And_Wild_Staycation.html
https://pornve.com/hqwdy83r01c1/GFRevenge_Thats_my_girl.html
https://pornve.com/hqyss1u0k3gh/Ribbon_Cunting_Ceremony.html
https://pornve.com/hr2tc44j3o4p/DirtyMasseur_-_Brazzers_-_Makayla_Cox_Markus_Dupree_Eager_Beaver.html
https://pornve.com/hr6g5dubma1d/Abbey_Brooks_-_Sensitivity_Training.html
https://pornve.com/hrbgxtzaa4t7/Queen_Of_Thrones_-_Part_3.html
https://pornve.com/hrmrcj8xhct3/Tasha_Reign_Sacred_Holes.html
https://pornve.com/hrpm7q35b9zy/Carmen_Caliente_-_Knobbing_The_Naughty_Nurse.html
https://pornve.com/hrrenn4fc544/Nikki_Sexx_-_Get_Me_Wet_Mr_Plumber.html
https://pornve.com/hrtrqae7mj0p/Bridgette_B__Val_Dodds_-_Pussy_On_Pointe.html
https://pornve.com/hs8v7y4sm1d6/Mandy_Muse_Mandys_Anal_Amusement.html
https://pornve.com/hsgoar9ek3ij/Emma_Hix_Keiran_Lee_-_Emma_Gets_All_Oiled_Up_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/hshfa4148nd9/Chase_Ryder__Simone_Sonay_-_Caught_With_A_Cock.html
https://pornve.com/ht0jszghyvd1/Christie_Stevens_Xander_Corvus_-_Drywall_Wet_Pussy_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/ht0pkykey61f/New_ANAL_Aletta_Ocean.html
https://pornve.com/ht6vt5oknkph/cheating_Bride_Is_Fucking_By_Her_Husbands_Friend_on_wedding_day.html
https://pornve.com/htdka90yq7xj/MilfHunter__RealityKings_Briana_Banks_-_Busting_on_briana.html
https://pornve.com/htgncwp061th/MikesApartment_17_02_15_Luna_Corazon_One_Night_Of_Fun_XXX_-_KTR.html
https://pornve.com/htgpxgunzse1/Emma_Heart_-_I_Heart_Big_Asses.html
https://pornve.com/hth1xi6t9bwj/Ariella_Ferrera_-_Polishing_His_Trophy.html
https://pornve.com/hthfft4ny6zh/BrazzersExxtra_-_Jennifer_White_I_Thought_You_Hated_Yoga_5B_HD_5D.html
https://pornve.com/htq3d18opvly/BrazzersExxtra_-_Nicolette_Shea_The_Dick_Pic_Trick.html
https://pornve.com/http5sj93p7p/RealityKings_Make_You_A_Man_Realitykings_RK-Prime_Jordi_El_Nino_Polla_Aryana_Adin_Brunette_Bl.html
https://pornve.com/htx2kf8v5gbi/Mary_Jane_Mayhem_-_Manhandled.html

https://pornve.com/hu0xrqh4h5di/Hhot_Fuck_In_Club_Cumshot_Pornstar_Esperanza_Gomez.html
https://pornve.com/hu158fkd4d7a/Bonnie_Rotten__Skin_Diamond_-_Double_Dildo_Dommes.html
https://pornve.com/hu4dffebbcwu/Kelly_Divine_-_Creampie_On_A_Divine_Ass.html
https://pornve.com/hu83p4w2t73l/India_Summer__Veruca_James_-_Anal_Lessons_From_A_Milf.html
https://pornve.com/hujdq0gaz5i2/Callie_Calypso_-_Curing_Callies_Cock_Cravings.html
https://pornve.com/hv2s0ph2lofm/Casca_Akashova_-_All_Dolled_Up.html
https://pornve.com/hva3i33nj6ah/MomsBangTeens_Reagan_Foxx_Lucie_Cline_40Milf_In_Closet_-
_05_12_201641.html
https://pornve.com/hvh23hfppk57/Harlow_Harrison_The_Great_Public_Cock_Hunt.html
https://pornve.com/hvmsxgbmtxkt/All_Good_New_Emma_Leigh_And_Danny_D.html
https://pornve.com/hvof4etxln40/Lucky_guy_fucks_his_girlfriend_and_her_dissolute_stepmother_Aaliyah_L
ove.html
https://pornve.com/hvok7z1vr1y5/Stella_Cox_-_Cock_For_Cox.html
https://pornve.com/hvqgo5yk6ifs/Jenny_Hendrix_-_Just_Like_The_Good_Old_Times.html
https://pornve.com/hvvdgxrt85ow/Janice_Big_Dick.html
https://pornve.com/hvwt69nxvygf/Aaliyah_Love__Veronica_Vain_-_Pole_Skills_And_Holes_Filled.html
https://pornve.com/hvx4foiihsrv/Gianna_Dior__Ava_Addams_-_Mother_Daughter_Boning.html
https://pornve.com/hvy5qx0bwaa5/Lisa_Ann_-_Settling_Out_Of_Cunt.html
https://pornve.com/hw950l7sde8b/Irreconcilable_Slut_-_Part_3.html
https://pornve.com/hwjhtaycq4r1/Shyla_Stylez_-_Hes_Got_A_Ticket_To_Ride.html
https://pornve.com/hwqq5v8xx74q/abigail_mac_hot_sex.html
https://pornve.com/hx2c328ngptp/Jillian_Janson_-_A-Mature_Magic.html
https://pornve.com/hx34jjscof7j/Mason_Moore_-_Mount_RushMoore.html
https://pornve.com/hx7gnkm57fxt/Vienna_Black_-_Slutty_Study_Time.html
https://pornve.com/hxaplvuo19o0/Ariella_Ferrera_Mommys_Best_Kept_Secrets.html
https://pornve.com/hxas5v0k254z/Sneaky_Mom_1_Kendra_Lust__Brick_Danger.html
https://pornve.com/hxfclbr5i4zs/NEW_DD_Kirsten_Lee_Molly_Mae_Raven_And_Alice_March.html
https://pornve.com/hxfwd2cqahzm/Chloe_Lamour_-_This_Could_Be_The_End_-_Brazzers_Exxtra_-
_Brazzers.html
https://pornve.com/hxgqbnsz95m5/Brandi_Edwards_mommy_got_boobs.html
https://pornve.com/hxk44mz3w7gx/Cory_Chase_X_MILF_Has_Sex_Hot_Shawn_Rees.html
https://pornve.com/hxmss1m2h7uf/milf_stepmom_fetish_glory_hole_mom_son_stepmom_glory_hole_4156
_3_171_plays_published_on_1_day_ago_category_big_tits_redhead_pornstar_diamond_foxxx_tags_public.ht
ml
https://pornve.com/hxryu7tcve8p/Hellvira_Mistress_Of_The_Fuck_Joslyn_James.html
https://pornve.com/hy6se3meie5q/Christen_Courtney_Rina_Ellis_Sex_Fighter_Chun_Li_vs_Cammy.html
https://pornve.com/hyco7ih817rj/Katie_Summers__Ruby_Knox__Victoria_White_-
_Sharing_Is_Caring_At_Camp_Starfish.html
https://pornve.com/hyvlprwjl5va/Abella_Danger_-_The_Trip_-_Part_2.html
https://pornve.com/hz2iya1gp259/phoenix_4some.html
https://pornve.com/hz2ndyzbnetr/Lesbians_NEW_Brandi_Love_And_Mia_Malkova.html
https://pornve.com/hz4awnv9rui4/Gabby_Quinteros_-_Dusty__Busty.html
https://pornve.com/hz6qkqqbet76/Skin_Diamond_-_Diamond_Repair.html
https://pornve.com/hz8swns8snm3/Best_Brazzers_Live_Ever_-
_Shyla_Stylez_Nikki_Sexx_Bridgette_B_Phoenix_Marie_And_Trina_Michaels.html
https://pornve.com/hzekbwln70b4/Happy_Stepmothers_Day_-_Alli_Rae_Devon__Jessy_Jones.html

https://pornve.com/hzje3gf457tf/groupsex_rachel_roxxx_reverse_gangbang_slut_hotel_part_3_4124_42_pla ys_published_on_27_minutes_ago_category_brunette_hardcore_pornstar_romi_rain_isis_love_tags_group_s ex.html

https://pornve.com/hzom1nqny2ja/1800_Phone_Sex_Line_9_Clea_Gaultier__Alex_Legend.html

https://pornve.com/hzplf5wem59a/The_Dutiful_Wife_Katana_Kombat_and_Damon_Dice.html

https://pornve.com/hzwrae84kibv/Molly_Bennett_-_Wonder_Pussy.html

https://pornve.com/i016zf29q7uu/realitykings2016-12-23_Caught_At_The_Pool.html

https://pornve.com/i01nm5gwtwjn/Nicole_Grey_-_Fuck_I_D.html

https://pornve.com/i07i7v3bvrqr/Disciplining_The_Squirt_Brazzers.html

https://pornve.com/i0e687cl24f8/busty_mandy_dee_anal.html

https://pornve.com/i0ez1fkvqw0v/Vicky_Love__Daisy_Cake_Swingers.html

https://pornve.com/i0pam2l4qxt2/Julia_Ann_-_Tits_Are_Always_The_Solution.html

https://pornve.com/i0q2a24updfe/Harlow_Harrison_-_Obsessive_Cum-pulsive_Disorder.html

https://pornve.com/i0sceybbiqan/Stacy_Cruz_-_Waking_Beauty.html

https://pornve.com/i0sh4roxnaho/DoctorAdventures_Gia_Milana_She_s_No_Dummy.html

https://pornve.com/i0vxvo9spe1p/Shawna_Lenee_-_Lenee_Laid_In_Miami.html

https://pornve.com/i13kkadfukz1/Ava_Rose_-_Pain_The_In_Ass_Roomate.html

https://pornve.com/i164crzxcmuk/Kianna_Dior_Mommy_Mans_The_Kissing_Booth.html

https://pornve.com/i16nolzjvrje/HotAndMean_19_07_15_Eliza_Ibarra_And_Sabina_Rouge_Get_Your_Own_R oom_XXX_SD.html

https://pornve.com/i1blxl4r3yb7/Phoenix_Marie__Riley_Reid_-_Nailed_By_The_School_Nurse.html

https://pornve.com/i1c1067byjf1/Stacey_Saran_-_A_Very_Neighborly_Affair.html

https://pornve.com/i1eqczqt42ht/My_Stepmoms_Cooking_Show_The_Secret_Ingredient.html

https://pornve.com/i1fg3ar32227/Leigh_Darby_Filthy_Moms_1_S3.html

https://pornve.com/i1gjmjszkxgj/_Brazzers_- _Sexy_Carla_Pryce_learn_how_to_make_a_proper_blowjob_.html

https://pornve.com/i1h9tocflgrb/Gina_Valentino_-_Blowjob_Teen_Game.html

https://pornve.com/i1jf90tyictl/Zara_DuRose_-_Corporate_Espionage.html

https://pornve.com/i1l69w3ousq7/McKenzie_Lee_-_Bad_Mommy.html

https://pornve.com/i1laylrr778k/Alice_March__Dillion_Harper__Staci_Silverstone_- _A_Brazzers_Christmas_Party.html

https://pornve.com/i1oj69cl4djg/Brother_Fuck_Younger_Sister_When_She_Play_Games.html

https://pornve.com/i1pzx7275632/realitykings2016-12-15_Maid_Troubles.html

https://pornve.com/i1shotb05yvr/Nicole_Aniston_-_Abstract_Sexpressionism.html

https://pornve.com/i1txlsmwa7so/Three_Is_Fun_-_Molly_Mae__Haley_Reed_-_Reality_King.html

https://pornve.com/i24rpk997kbi/_Brazzers_- _Big_tit_redhead_Monique_Alexander_fucks_her_gym_client_.html

https://pornve.com/i28f5e000x41/Sally_DAngelo_Ricky_Spanish_-_Bad_To_The_Granny_Bone_- _Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/i2aezn6em3aq/Laura_Crystal_-_She_Loves_The_WEINERschnitzel.html

https://pornve.com/i2c0raj8khfo/Brandi_Love_-_Evaluation_Ejaculation.html

https://pornve.com/i2rgzz50vvfg/d4_K3nnedy_L3igh_480p.html

https://pornve.com/i2uuvsureeni/Nova_Brooks__Tegan_James_-_Tied_Me_Up.html

https://pornve.com/i2x3byqzj2ee/Sophia_Santi_-_Drilled_By_The_Dean.html

https://pornve.com/i2xzoenfvns5/Skinny_Pencil_Dick_Ava_Addams_Stay_Away_From_My_Daughter.html

https://pornve.com/i2z7y4kl8036/Ariella_Ferrera__Cherie_Deville_-_A_Double_Milf_Stack.html

https://pornve.com/i2zs2jmt85sz/Emma_Heart_-_The_Real_Asstate_Deal.html

https://pornve.com/i32xwzd1ltku/Mercedes_Carrera_The_Mommy_Method.html

https://pornve.com/i3akf9l2t9gc/Jenny_Diamond_-_Fast_Times_On_A_First_Date.html
https://pornve.com/i3befsnmnd0t/Julia_Bond__Nikki_Benz_-_The_Pornstar_Experiment.html
https://pornve.com/i3o42jmbcec9/Romi_Rain_-_The_Other_Woman.html
https://pornve.com/i3otst5n2sdl/Alena_Croft_-_City_School_Gangbang.html
https://pornve.com/i4dxlz3iafag/Ryan_Keely_Isiah_Maxwell_-_Pounded_By_The_Producer_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/i4nywx0o2256/Madison_Ivy_Never_Had_Aa_Threesome_Before_Full_College_Madison_With_All_Her_Sexual_Prowess_Some_How_Has_Never_Had_A_Threesome_Before_Until_Now.html
https://pornve.com/i4p95ge64220/Lily_Jordan_-_But_She_Helps_Me_Study.html
https://pornve.com/i4qbymiur5lv/Rachael_Cavalli_-_Masquerade_Ball-Sucking.html
https://pornve.com/i4trezxq5rm0/River_Fox_Van_Wylde_-_All_Tits_On_Deck_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/i4vswoi3w600/Nicole_Aniston_-_Nicoles_Bent_Over_Backwards_-_DayWithAPornstar.html
https://pornve.com/i4zrthjo2d04/Brazzers_Asa_Akira_And_Madison_Ivy_To_Fuck_a_Stranger.html
https://pornve.com/i53xqhtibto4/Maddy_Oreilly_-_G_Spot_O_Face.html
https://pornve.com/i5bz7auss7vn/Mea_Melone_-_Learning_The_Fun_Way.html
https://pornve.com/i5c3va28obb4/blonde_blowjob_big_tits_hardcore_cumshot_babe_kleio_valentien_elega
nce_in_negligence_4013_188_plays_published_on_3_hours_ago_title_category_ass_public_pornstar_kleio_v
alentien_tags_beautiful_brazzers_tag_this_video.html
https://pornve.com/i5d0axdrjr5a/Vanilla_Deville_Filthy_Moms_1_S5.html
https://pornve.com/i5d4tknnao38/MoneyTalks_Gianna_Nicole_Body_In_Motion.html
https://pornve.com/i5f368kv7bva/Jewels_Jade_-_Cock_Fixer_Upper.html
https://pornve.com/i5f7bx4bkaeg/Jasmine_Webb_-_Hardcore_Initiation.html
https://pornve.com/i5k63a1bivp9/Alexis_Ford__Juelz_Ventura_-_Insextion.html
https://pornve.com/i5rkry65wqy0/Ariella_Ferrera_-_The_Sex_Test.html
https://pornve.com/i62fx31r50lz/BrazzersExxtra_Angela_White_Ava_Addams_Bridgette_B_Chasing_That_Big_D_-_28_11_2016.html
https://pornve.com/i68bxpp5k5mg/Anna_Bell_Peaks_Loves_Giving_The_Anal_Gift.html
https://pornve.com/i6bwmz0xzq6r/Remy_LaCroix_-_Remys_Ring_Toss.html
https://pornve.com/i6epsm19bgbg/Hadley_Viscara_-_A_Natural_Distraction.html
https://pornve.com/i6j7rdpjrw77/Brazzers_Worldwide_Budapest_-_Episode_8.html
https://pornve.com/i6kwaq1bsxke/Elevator_Creeping_Sarah_Vandella.html
https://pornve.com/i6n0tl9lumtv/AJ_Applegate_-_Anal_Glory.html
https://pornve.com/i6xuur8vpyd6/Elsa_Jean__Monique_Alexander_-_Pool_Humping.html
https://pornve.com/i75yjb88mbdq/Karen_Fisher_-_Who_Wants_Pie.html
https://pornve.com/i77d43f6uiu8/Jasmine_Webb_-_If_You_Love_Me.html
https://pornve.com/i7cvn33p40o9/Brandi_Love_-_Of_Milfs_and_Men.html
https://pornve.com/i7czywemj6aj/Secret_Wifeswap_Weekend_Part_Two.html
https://pornve.com/i7lak2ugm853/Alexis_Fawx0_Alpha_MILF_Bad_Tow_Truck.html
https://pornve.com/i7p61zrsyc1i/Aaliyah_Hadid_Ashley_Adams_Bridgette_B_Gina_Valentina_Karma_Rx_Katr
ina_Jade_Kira_Noir_Kissa_S.html
https://pornve.com/i7tkynh1ntu2/Skyla_Paige_-_Lifeguard_On_Cock_Duty.html
https://pornve.com/i83awisnsbof/Special_Assistant_to_Ms_Cumz_Casey_Cumz__Bill_Bailey.html
https://pornve.com/i88kfo4qv9ba/Twerk_And_Jerk_Kelsi_Monroe__Sean_Lawless.html
https://pornve.com/i8dg5wtyryrc/Cindy_Dollar_-_Massage_My_Love_Muscle.html
https://pornve.com/i8dpass7o4al/NEW_Adrianna_Nicole.html
https://pornve.com/i8g8s7o7f5f9/Brenna_Sparks_Asian_Massage_2_Of_10.html

https://pornve.com/i8mfnvqfxcl4/Brazzers_-_Pussy_Pat-Down_Brazzers_Brazzersexxtra_Sarah_Banks_Johnny_Sins_Ebony_Brunette_Black.html

https://pornve.com/i8rzlxjdswgw/Sophia_Lomeli__Keiran_Lee_-_Under_The_Knife_Or_Impaled_By_Sword.html

https://pornve.com/i8s8245l6kfn/Nikki_Benz_-_A_Very_Oral_Interview.html

https://pornve.com/i8wyntos6g2e/Aryana_Augustine_-_Below_The_Belt.html

https://pornve.com/i8xarise7sis/Alanah_Rae_Assault_on_Anal_Precinct.html

https://pornve.com/i91xno4x3djw/Penny_Pax_Johnny_Sins_-_Getting_Smashed_-_Brazzers_Exxtra_June_18_2018.html

https://pornve.com/i93v30rw0g9i/BrazzersExxtra_-_Christiana_Cinn_Homo_Sexians.html

https://pornve.com/i99ylmymbwut/Madison_Ivy_Manuel_Ferrara_-_Making_Madison_Wet_-_Pornstars_Like_It_Big_-_Brazzers.html

https://pornve.com/i9gygyv692yn/Chastity_Lynn__Katsuni__Kristina_Rose_-_French_Fuck_101.html

https://pornve.com/i9ikys8rsk5t/Alessandra_Jane_-_Fucking_The_Masterpiece.html

https://pornve.com/i9uzn9syznf6/Karrlie_Dawn_-_Locked_Out.html

https://pornve.com/i9xugd2676nf/Audrey_Bitoni_-_Equipment_Room_Boom_Boom_-_Brazzers.html

https://pornve.com/i9y6wq0tfq5c/BigNaturals_Layla_London_Jugs_And_Tugs_-_02_11_2016.html

https://pornve.com/ia4v61stqf5i/Asa_Akira_-_Dr_Awesome.html

https://pornve.com/ia82pr7rl22m/Georgie_Lyall_Danny_D_Sample_My_Snatch.html

https://pornve.com/iad5fe74njow/rws_20_03_13_nicolette_shea_an_intense_affair.html

https://pornve.com/iaftqaj6dvoc/Money_Talks_gas_for_ass_big.html

https://pornve.com/iafxu531hsdl/Torrey_Pines_-_Seduce_A_Milf.html

https://pornve.com/iaku6aesqekd/Realitykings___Round_and_Brown___Ass_Celebration.html

https://pornve.com/iaqj3vt3v9az/Rihanna_Samuel_-_The_Princess_Of_Cock.html

https://pornve.com/iarguop09dou/GFRevenge_Delilah_Blue_My_Girl_Blue.html

https://pornve.com/iat0gvar5adk/Stacey_Saran_Danny_D_-_A_Very_Neighborly_Affair_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/iax068eg0iks/Back_It_Up_Bea_Bea_Wolf.html

https://pornve.com/ib13v2kwgj83/Riley_Reid_Massage.html

https://pornve.com/ib888zjohdd4/Nicolette_Shea_-_Smart_Ho-me.html

https://pornve.com/ibf7bg9z0thi/Best_New_Mommy_Got_Huge_Boobs_Emma_Eutt_Hold_The_Phone_Not_The_Moan_New_March_07_2016.html

https://pornve.com/ibifdbhaxzfe/Kimmy_Granger_Mick_Blue_-_Please_Reconsider_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/ibuwwhef1ubj/Brazzers_-_Bonnie_Rotten_And_Nicolette_Shea_Insubordinate_Sub.html

https://pornve.com/ic1t9wmo0z8z/Sandra_Romain_Big_Cock_Anal_And_Facial.html

https://pornve.com/ic2wsh73icl7/Charley_Chase_-_Cutting_To_The_Chase.html

https://pornve.com/icdbbeapl8pu/Cali_Carter__Cherie_Deville_-_Massage_My_Mother_In_Law.html

https://pornve.com/icki24t6j6kg/Phoenix_Marie_-_Best_Of_Brazzers_Phoenix_Marie.html

https://pornve.com/icn7wou2mkxw/Mischa_Brooks_-_Wheres_My_Wallet.html

https://pornve.com/icqr3oat96gt/Brazzers_Lets_Talk_About_Sex_Kissa_Sins.html

https://pornve.com/icri2ivix4oc/Slut_Hotel_-_Part_2.html

https://pornve.com/icw83afomeax/Carter_Cruise__Jayden_Cole_-_Deuces_Are_Wild.html

https://pornve.com/icx6r85n1ib8/Alana_Lace_Brannon_Rhodes_-_Heart_Boobs_-_Big_Naturals_-_Reality_Kings.html

https://pornve.com/id6kednm3wvm/NEW_MILF_Big_Tits_new_Michelle_Thorne.html

https://pornve.com/id8gtk7dyho4/Amy_Brooke_-_Wettest_Woman_In_Porn.html

https://pornve.com/idhivprt1oky/Jodi_Bean_-_Boob_Erasers.html
https://pornve.com/idosgc7oym4i/Karma_Rx_-_Slutty_Surveillance.html
https://pornve.com/idq4vqp9pxxo/Rachel_Starr_-_Ghost_Humping.html
https://pornve.com/idx2wrdu8lxj/Desiree_Night_-_Worship_Me.html
https://pornve.com/ie0oufjadin4/1800_Phone_Sex_Line_11_Anya_Ivy__Johnny_Sins.html
https://pornve.com/ie2a5iphh530/Luna_Skye_Keiran_Lee_-_Cramming_The_College_Cutie_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/ie2erfya8xsc/Shy_Love_-_A_Little_Bit_Of_Hotel_Ass.html
https://pornve.com/ie3ewec12ip7/Abella_Anderson_-_Water_Polo_Ho.html
https://pornve.com/ie5p6b1vicy1/Dani_Daniels_-_Fuck_The_Law.html
https://pornve.com/ieb5y8tiptow/Devon__Nikki_Benz_-_Boy_Toy.html
https://pornve.com/ieg1t193r572/Brazzers_Mommy_Got_Boobs_40Show_Me_How_You_Jerk_Off41_European.html
https://pornve.com/iehw1y7121j6/Vanilla_Deville_-_Charming_Her_Panties_Off.html
https://pornve.com/ien612dq3zht/Brazzers_-_Kieran_couldnt_relax_until_maid_Tessa_release_him_a_huge_load_.html
https://pornve.com/ieyxehxalv5y/juelz_ventura.html
https://pornve.com/iezxadf3anom/Karmen_Karma_Whoreschach_Test.html
https://pornve.com/if1bnjx9j0wo/Valentines_Day_Affair_-_Unseen_Moments.html
https://pornve.com/if3k41tw9lco/Whitney_Westgate_-_Beach_Babes_Boobs.html
https://pornve.com/ifcascmun47p/Lisa_Ann_Kyle_Mason_-_Seduction_For_Sport_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/ifcfwtqt8vrt/Emma_Leigh__Danny_D_The_Mathletes_Part_One.html
https://pornve.com/iflgjezywrn8/Romi_Rain_Xander_Corvus_Wandering_Hands.html
https://pornve.com/ifsb3t11udew/Yurizan_Beltran_-_Happy_Anniversary_Slut.html
https://pornve.com/ifwwmmkx980b/Slip_It_In_S2_Slip_It_In_Kymberlee_Anne.html
https://pornve.com/ig085b5uaid8/Gina_Lynn_-_Cooking_With_Gina__Cheyne.html
https://pornve.com/ig1mafoi0ti9/American_Whore_Story_-_Part_1.html
https://pornve.com/ig76y4rew0sn/Ryan_Reid_-_RK_At_Home_Fuck_Me_Forgive_Me_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/ig8xdndojhct/Alexis_Ford_-_Guru_Gushing.html
https://pornve.com/ige73yj3dgpb/Sneaky_Salon_Sluts_-_Phoenix_Marie__Abella_Danger_-_Reality_King.html
https://pornve.com/igg1f4ln1x6o/Lena_Paul_Alex_Legend_-_Dusting_Off_Dat_Ass_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/igr5ppd475sd/Monica_Santhiago_Shows_Up_At_A_Strangers_Door.html
https://pornve.com/igryam23vcuz/Abigail_mac_gets_blasted_with_cum_by_danny_d.html
https://pornve.com/igs6anoupkkg/_Brazzers_-_Sexy_young_teen_JoJo_Kiss_enjoys_an_older_guys_cock_.html
https://pornve.com/igtyelst9v12/Emmanuelle_London_-_Horny_For_Your_Hall_Pass.html
https://pornve.com/ih0b04drm263/Diamond_Kitty_-_The_Vulture.html
https://pornve.com/ih5g0foq5z26/Mischa_Brooks_Valentina_Nappi_Anal_Foursome.html
https://pornve.com/ihdu8ic74l67/Nikita_Denise_-_Czech_Out_My_Ass.html
https://pornve.com/ihiele6nf2ov/Cristi_Ann_-_Body_Of_Beauty.html
https://pornve.com/ihiqzmndijak/Alexis_Monroe_-_Weird_Science_Fair.html
https://pornve.com/ihn1vl3l9b6f/Joslyn_James_-_Let_Me_Fuck_Your_Manager.html
https://pornve.com/ihncad76cqcu/Brooklyn_Lee__Sovereign_Syre_-_Revenge_Wears_A_Strap-On.html

https://pornve.com/ihxyklpxnhi0/Star_Del_Ray_-_Whats_In_The_Box.html
https://pornve.com/ii13z3x5sdwc/Lost_In_Brazzers_Episode_4_Mea_Melone__Danny_D.html
https://pornve.com/ii6xxdczsi6l/Peta_Jensen_cumshot_compilation.html
https://pornve.com/iiah1dqtn6d1/Veronica_Rodriguez_-_Soaking_And_Sucking.html
https://pornve.com/iie8sgo6mnuq/Kierstin_Koyote.html
https://pornve.com/iij2gct9xmm4/Britney_Brooks_-_Blazing_Hot_Jizz.html
https://pornve.com/iijfzbczdycd/Krissy_Lynn_-_Back_To_School_Banging.html
https://pornve.com/iikbo22xwwh4/Monique_Alexander_-_Eyes_Down_Tits_Out.html
https://pornve.com/iipcs6vpfr9h/Valerie_Kay_Sean_Lawless_-_Bowling_For_The_Bachelor_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/ij3e4m00za5w/New_Real_Wife_Stories_Brazzers_2016.html
https://pornve.com/ij6va0yfpq4w/Shyla_Stylez_-_Payback.html
https://pornve.com/ija9suvyfo0i/Jade_Kush_Logan_Long_-_The_Full_Body_Treatment_-
_Dirty_Masseur_-_Brazzers.html
https://pornve.com/ijauo2s32t2h/Helly_Mae_Hellfire_-_Late_Night_With_Dr_Fucky.html
https://pornve.com/ijc7gc1froxo/Austin_Lynn_-_House-Sitting_Whore_-_Brazzers.html
https://pornve.com/ijegytdgbqa2/Brazzers_Anal_Apocalypse_Jennifer_White.html
https://pornve.com/ijev42cl9n8r/Maddy_Oreilly_Happy_New_Rear.html
https://pornve.com/ijo3qls3qwy6/Jasmine_Jae_Jordi_El_Nio_Polla_The_Agency.html
https://pornve.com/ijoqslonf72i/Lenina_gets_a_workout_from_boyfriend.html
https://pornve.com/ijrghm27l8t5/Chanel_Preston_-_Free-For-All_Fuck_Lessons.html
https://pornve.com/ijtzft9ohgku/Shawna_Lenee_-_This_Nurse_Is_a_Hooker.html
https://pornve.com/ik2z99wl1gcb/Luna_Star_Scott_Nails_-_Squirting_In_The_New_Year_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/ik3e3qmwtjz0/Karissa_Shannon_-_X_Marks_The_Spot.html
https://pornve.com/ik5jq13q7hqb/Megan_Rain_-_Spring_Break_Slut.html
https://pornve.com/ik8fj5ii4t9y/Lucia_Love_-_My_Submissive_Boss.html
https://pornve.com/ikdcy53ha63w/BEST_NEW_BabyGotBoobs_Harlow_Harrison_The_Suburban_Skank_1101
2015_720p.html
https://pornve.com/iklqgfznkooa/Mandy_Muse_-_Home_Alone_And_Down_To_Bone.html
https://pornve.com/ikmf7b1xr0t3/Abella_Danger_-_A_Love_Hate_Fuck_Relationship.html
https://pornve.com/ikomoy88j1ko/Ariana_Marie_and_August_Ames_are_ready_for_disobedience_and_dirty
_sex_with_their_mentor.html
https://pornve.com/ikp5n80u9huz/Katana_Kombat_Sean_Lawless_-_Bend_Me_Over_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/iktbt4mm9scc/Best_Of_Brazzers_-_Meanest_Lesbians.html
https://pornve.com/iku9ntwoop1j/Raven_Bay_-_Hammered.html
https://pornve.com/ikw53s562owr/Lilith_Lust_-_Titty_Tape.html
https://pornve.com/ikyduym4ans5/Anya_Ivy_Xander_Corvus_Its_Raining_Anya.html
https://pornve.com/ikzr7h8vmgmq/Britney_Amber_-_Light_Night_Curves_-_Monster_Curves_-
_Reality_Kings.html
https://pornve.com/il1zqhyxvym0/Have_Your_Cock_And_Eat_It_Too_Brazzers.html
https://pornve.com/il4qkgesl2te/Nikki_Benz_-_Nikkis_Blind_Taste_Test.html
https://pornve.com/il51xyke2zh9/Chloe_Carter_Bored_Stiff.html
https://pornve.com/il6zke9bv37m/_Brazzers_-
_Santas_sexy_little_helpers_Alena__Amethyst_in_a_hot_threesome_.html
https://pornve.com/il7zdfuuqk73/Amanda_Black_-_The_Color_Of_Tits.html
https://pornve.com/ilb8g7z24e14/Holly_Hotwife_-_Moms_Rules.html

https://pornve.com/ild6g4feapo7/Valerie_Fox_-_Tittyfuck_For_A_Fresh_Start.html
https://pornve.com/illeaje4zk3u/Rebeca_Linares_-_The_Crappy_Hairstylist.html
https://pornve.com/ilnp5mmp0te5/Realitykings__Sneaky_Sex__Sneaky_Salon_Sluts.html
https://pornve.com/ilosp6qi6agr/MomsBangTeens_Leah_Gotti_Eva_Long_-
_Give_And_Take_4018_07_201641.html
https://pornve.com/im2ftcmwfwh1/Kristen_Scott__Lilly_Lit_-_Ladies_In_Leather.html
https://pornve.com/im8pfu96xedx/8thStreetLatinas_Sasha_Bleou_Sexy_Selena_-_16_09_16.html
https://pornve.com/imjhxfcpjmxb/FROM_5star-Brazzers_Exxtra_Kiki_Minaj_Danny_D.html
https://pornve.com/imngbk1vmkv9/Jennifer_White_-_Hail_To_The_Tits.html
https://pornve.com/imxkws1iudom/Mia_Malkova_-_My_Wifes_A_Whore.html
https://pornve.com/imzp5e72lxeq/Best_Of_Brazzers_-_Lela_Star_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/in256lkvi7o2/Big_cock_is_emptied_by_babe_Peta_Jensen_.html
https://pornve.com/inc4bvia8524/Casey_Calvert_-_Happy_Masturbation_Month.html
https://pornve.com/inf7zy3xwqkn/MomsLickTeens_Bonnie_Grey_Cassandra_Cain_-
_Bonnies_Booty_19_07_2016.html
https://pornve.com/inlt8cyo1ldk/Nikki_Benz_-_Nikki_Gets_Wet.html
https://pornve.com/inqiamcdnji2/Alexia_Vosse_-_The_Cock_In_The_Doc.html
https://pornve.com/intmk0qn4qy5/Amanda_Lane__Veronica_Rayne_-
_Kindly_Fuck_My_Stepdaughter.html
https://pornve.com/inudslu38c7b/Ella_Hughes__Gina_Valentina_-_Going_In_Blind.html
https://pornve.com/io0fhtpooyhw/Teenage_Cock_Smoker_Brazzers.html
https://pornve.com/io7g1ahops6b/Ryan_Smiles_-_Sizzlin_Slo-Mo_Booty.html
https://pornve.com/iojpfxoiq9ml/Facial_Romi_Rain.html
https://pornve.com/iooohhzpvhkt/Gracie_Glam__Kayla_Carrera_-
_With_Gracie_In_The_Middle_Theres_Some_Leeway.html
https://pornve.com/ioq0xz8iwx2m/_Brazzers-
_Smoking_hot_cheerleaders_Kortney__Monique_compete_for_the_dick_.html
https://pornve.com/ip1kpacrdol6/Office_4-Play_-_Part_7.html
https://pornve.com/ip32tuxwkly2/Sara_St_Clair_-_Ramming_Sara.html
https://pornve.com/ip37g647gz48/Natasha_Vega_-_Shes_A_Ho.html
https://pornve.com/ip3oclmoe078/Chanel_Preston_-_The_One_Mile_High_Club.html
https://pornve.com/ipc092h7i716/Brooklyn_Chase_Van_Wylde_-_Graphic_In_Traffic_-
_Monster_Curves_-_Reality_Kings.html
https://pornve.com/ipd6mln3kuat/Mai_Bailey_-_Teach_Me_To_Squirt.html
https://pornve.com/ipjrmekczl85/Brandi_teaching_Casi__her_boyfriend_Art_of_sex.html
https://pornve.com/ipp5kmdayd8l/Kelly_Summer_-_Suce_Mes_Gros_Seins.html
https://pornve.com/ipssd31l1kia/Brazzers_BigTitsInUniform_TITal_Wave_Brazzers_BigTitsInUniform_2012_F
ull-HD_White_Girl_Whit.html
https://pornve.com/ipxqp2yjhdo2/Peta_Jensen__Xander_Corvus_Our_New_Maid_Part_Two.html
https://pornve.com/ipxvrmt0c901/Diamond_Kitty_-_Special_Sun_Block.html
https://pornve.com/iqdoe11tf4ia/Mother_and_daughter_share_cock_and_anal.html
https://pornve.com/iqhht9cpmo34/Tyler_Faith_Keiran_Lee_-_Sneaking_In_A_Last_Minute_Facial_-
_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/iqj3ty0ojvd7/Sexual_Education_8_Cali_Carter.html
https://pornve.com/iqk99o70wi97/Hanna_Montada_-_The_Cocksucking_Cop_Sucker.html
https://pornve.com/iqmva1d2ay7q/Dickrupting_Her_Domestic_Bliss_Ryan_Keely.html
https://pornve.com/iqplhyn589c1/LilHumpers_2_S4_Alena_Croft_Rickys_Gang.html

https://pornve.com/iqv3vap85p6c/Katrina_Jade_Payton_Preslee_Mick_Blue_-_The_Businesswomans_Special_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/ir184il4mtya/Mackenzee_Pierce_-_Ill_Make_You_Famous.html

https://pornve.com/ir3hochnowbc/Cuck-held_Without_Bail.html

https://pornve.com/iraqn8g4lx44/Marina_Visconti_-_The_Tourist_Trap.html

https://pornve.com/irdo8in2tung/Kelsi_Monroe_-_Cum_Splash_All_Over_Kelsi_Monroes_Ass.html

https://pornve.com/irlgstdc7uho/Brooklyn_Blue_-_Sex_With_The_Scarecrow.html

https://pornve.com/irlx42f5yoea/Milf_Squad_Vegas_-_Part_2.html

https://pornve.com/irm8gygnmcph/Sexual_Paradise_Rachel__the_Sins_Kissa_Sins__Rachel_Starr__Johnny_Sins.html

https://pornve.com/iro3lbpgcnv0/Ivy_Lebelle_in_Bubble_Butt_Anal.html

https://pornve.com/irsy9gjgv4uy/Brazzers_Live_40.html

https://pornve.com/irvmc5op2k82/Kianna_Dior_-_Happy_Canada_Day_Eh.html

https://pornve.com/is0k94vv17ag/Layla_London__Raylin_Ann_-_Threes_Cum-pany.html

https://pornve.com/is5c9pb11aku/LilHumpers_2_S2_Ryan_Keely_Window_Washed.html

https://pornve.com/isa42p2mgphc/Tasha_Reign_-_Cinderella_Meets_Her_Pricks_Charming.html

https://pornve.com/isj4gk5n1c6r/Brazzers_-_Keisha_Grey_The_Resident_Slut_Part_Two.html

https://pornve.com/isvt48ndz6ba/Amia_Miley_-_Sugar_Baby_Blues.html

https://pornve.com/isvv7yvaho9e/Ashley_Adams_New_Tits_On_The_Block.html

https://pornve.com/isvyv3ba9baq/Hot_Day_For_A_Tan_BraZZers_HDRip.html

https://pornve.com/isx88gtb6j66/April_Dawn_Tyler_Steel__Filled_To_The_Brim.html

https://pornve.com/it397h3xf6g7/JoJo_Kiss_In_One_Hole_In_One.html

https://pornve.com/itd0i6u2e75w/Noelle_Easton_-_The_Cleavage_Secret.html

https://pornve.com/itdeghhcp03d/Lisa_Ann_Nicolette_Shea_in_The_Fuck_Off.html

https://pornve.com/itebas0pgp2n/Cali_Carter_Co-Eds_And_Bunk_Beds.html

https://pornve.com/itgaavmxtp0o/8thStreetLatinas__RealityKings_Darling_Deicide_-_My_Darling.html

https://pornve.com/itnu0cbmqasj/Veronica_Avluv_-_Mistress_P_I.html

https://pornve.com/itrvpd4slb51/The_Future_Familys_Fuck_Robot_-_Part_1.html

https://pornve.com/ittkuv20pqmp/Tessa_Lane_-_Inglourious_French_Maids_-_Part_2.html

https://pornve.com/itui2ybtisu9/FULL_HD_-_Big_Naturals_Ashley_Gets_Oiled_Up_And_Ready.html

https://pornve.com/itwzi7otpzlz/Faye_Reagan_-_My_Pussy_Got_Pranked.html

https://pornve.com/iu3jexpg2p8g/Reality_Kings_MILF_Hunter_36_40201541_Scene_4_Nikita_Von_James.html

https://pornve.com/iu9qop6y022i/Summer_Brielle_-_Why_Dont_You_Do_Me.html

https://pornve.com/iueextpz8s86/Rhylee_Richards_-_Flip_The_Script.html

https://pornve.com/iuftutzh8sr4/Sheridan_Love_-_Fucked_In_A_Breeze.html

https://pornve.com/iuh4ic9a0al4/Leigh_Darby_-_Nasty_Checkup_With_Dr_Darby.html

https://pornve.com/iuj7pi9j2agt/Brooklyn_Blue_-_Behind_Her_Husbands_Back.html

https://pornve.com/iujvjbfknsex/Charlotte_Stokely__Courtney_Taylor_-_Call_To_Pussy_Worship.html

https://pornve.com/iulp2rll0jvu/Erica_Lauren_Sam_Shock_-_Mothers_Day_Gift_-_Mommy_Got_Boobs_-_Brazzers.html

https://pornve.com/iun58nrct81l/Emma_Hix_Keiran_Lee_Blessing_In_Disguise.html

https://pornve.com/iusyrb8d03x7/Disrespecting_The_Maid_Brazzers.html

https://pornve.com/iv0dep0uaiqj/Codi_Bryant_-_Last_Doctor_Visit.html

https://pornve.com/iv13sr17v146/Nicolette_Shea_-_Thawed_Out_and_Horny_-_PornstarsLikeItBig_MILF_bigtits.html

https://pornve.com/iv4byh3aafla/Ariella_Ferrera_-_Making_Him_Wait_-_Part_1.html

https://pornve.com/iv6lxc40o2jl/_Abigail_Mac_-_White_Coat_Pink_Pussy_.html

https://pornve.com/iv7ktku98rjp/Aletta_Ocean_Nightsuckers_Pornstars_Like_It_Big_anal_bigtits_double.html

https://pornve.com/iv8y9isot5xq/Aleksa_Nicole_-_Subliminal_Messages.html

https://pornve.com/ivkqxjufahu8/Kortney_Kane_-_Doctor_vs_Prisoner.html

https://pornve.com/ivpch3pqc1j3/Teen_Anal_Threesome_Samy_Anal_Jenni_Lee_Lengirie.html

https://pornve.com/iw10lak5emm1/Victoria_Lawson_-_Selling_My_Wifes_Hole_-_Brazzers.html

https://pornve.com/iwadm5xf7a5f/Reality_Kings_MILF_Hunter_36_40201541_Scene_5_Rio_Lee.html

https://pornve.com/iwanes4q29nm/Madison_Scott_-_This_Is_MY_Sorority.html

https://pornve.com/iwcguwpqwe9s/Ricki_White_-_Bribing_For_A_Ride.html

https://pornve.com/iwh6ipd2fq4p/Alex_Blake_-_When_The_Food_Truck_Is_A_Rockin.html

https://pornve.com/iwid2yd31qx7/RoundAndBrown_-_Ariana_Aimes_-_Valentines_Vagina.html

https://pornve.com/iwkqoeagq7bj/Bridgette_B_-_Dick_Is_For_Suck.html

https://pornve.com/iwlkqo2n3j5u/Mindy_Main__Austin_Kincaid_-_College_Of_Knowledge.html

https://pornve.com/iwm4rst5l6bt/monstercurves_19_06_07_lela_star_and_katrina_jade_admiring_the_view.html

https://pornve.com/iwnovri3ojpj/Diamond_Kitty_-_Booty_Hunt.html

https://pornve.com/iwp9wfeewo11/Asa_Akira__Diamond_Jackson_-_One_Part_Keiran_Two_Parts_Tits.html

https://pornve.com/iwzzlql8jkfl/Brooklyn_Chase_And_Katy_Kiss_Going_Out_And_In.html

https://pornve.com/ix3lwucha71h/The_Most_Exuberant_Booty_Kelsi_Monroe__Ramon.html

https://pornve.com/ix8xsmtstlmi/Devon_Michaels_-_A_Wild_Ride_Before_The_Wedding.html

https://pornve.com/ix9tbd9ibofu/Alexia_Sky_-_Big_Cock_Sees_No_Tit_Size.html

https://pornve.com/ixa1aye0qzon/Jayden_Jaymes_Anal_Creampie.html

https://pornve.com/ixfk51rt1n14/Inside_Nutleys_Asylum_-_Part_3.html

https://pornve.com/ixjquqyoutyp/Amy_Brooke_-_You_Should_Have_Locked_It_Down.html

https://pornve.com/ixyvwlek73ta/Kendall_Karson_-_Candy_Striper_Sex_Savior.html

https://pornve.com/iy0nm810t1gv/Office_4-Play_-_Part_5.html

https://pornve.com/iya9xvahtzcx/World_War_XXX_Part_Six.html

https://pornve.com/iyew4brvlnpn/Nicolette_Shea_Tyler_Nixon_-_The_Dick_Pic_Trick_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/iymoownok121/Swamp_Buggy_Booty_Brazzers.html

https://pornve.com/iyntkaa9opn5/High_class_mature_lady_is_horny_and_find_a_big_dick.html

https://pornve.com/iyo5pzfrnxam/Dominative_Assistant_Kristina_Rose_And_Bridgette_B.html

https://pornve.com/iz4mpliao0dv/BrazzersExxtra_Brooklyn_Blue_Zara_DuRose_Star_Trexxx_-_The_Captains_Seed_XXX_Parody_-_20_07_16.html

https://pornve.com/iz933ju5x8oz/Nikki_Nenz_And_Amy_Anderssen_Honey_Teachers.html

https://pornve.com/izizm32z82zf/Aaliyah_Hadid__Alura_Jenson_-_Stepmoms_Need_Loving_Too.html

https://pornve.com/izj6dw5y6c5f/CumFiesta_17_01_31_Selena_Sosa_Cum_Selena_XXX_-KTR.html

https://pornve.com/izkygpkf73mj/Syren_De_Mer_-_The_Art_Of_Ass.html

https://pornve.com/izqmu06gjhyl/Jade_Kush_-_How_To_Lose_Your_Virginity_In_10_Days.html

https://pornve.com/izsbfaz9abkk/Juelz_Ventura_Wants_To_Fuck.html

https://pornve.com/izt0y6886wz8/Nikita_Von_James__Stevie_Shae_-_Seducing_The_Slutty_Stepmom.html

https://pornve.com/izxzs6wkajdf/Brazzers_Live_-_3.html

https://pornve.com/j00n2ef4yg4t/Gabbie_Carter_Mick_Blue_-_Naughty_Date_With_The_Neighbor_-_Teens_Like_It_Big_-_Brazzers.html

https://pornve.com/j069zzoe4mvf/Brazzers_-_Kendra_Lust_Nuru_Nymph.html

https://pornve.com/j07wme17xsrf/Khloe_Kapri_-_Special_Assistant_To_Ms_Kapri.html

https://pornve.com/j0ae7oa7ibkv/Emma_Leigh_-_The_Mathletes_-_Part_1.html
https://pornve.com/j0e3gk6skkfz/_Brazzers_-_Sexy_Ashly_Anderson_made_her_doctorate_in_dick-servicing_.html
https://pornve.com/j0jj1rpg8v5y/Rachel_Starr_-_Domestic_Disruption.html
https://pornve.com/j0kcrols51q2/Kimmy_Granger_-_If_Its_Going_To_Be_That_Kind_Of_Party.html
https://pornve.com/j0mua4fhkc3k/Mischa_Brooks_-_All_About_Mischas_Big_Butt.html
https://pornve.com/j0oms35rz69o/Nina_Elle_Tyler_Nixon_-_Love_At_First_Swipe_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/j15muu7pn27x/the_milf_in_the_military.html
https://pornve.com/j1d3y7sz0qdx/Busty_fitness_trainer_Victoria_June_gets_fucked_in_city_park.html
https://pornve.com/j1hzwgmbwvbc/Alexis_fawx_Khloe_kapri_Afternoon_special.html
https://pornve.com/j1i695xx57kt/Kendra_Lust_-_All_For_A_Good_Piece_Of_Pussy.html
https://pornve.com/j1iog18a9uss/Jillian_Janson_Nina_Hartley_Alex_Legend_-_Ninas_Chapel_of_Lust_Part_2_-_Milfs_Like_It_Big.html
https://pornve.com/j1l36g6bwmxj/Alanah_Rae__Breanne_Benson__Phoenix_Marie_-_Thanksgiving_Lay.html
https://pornve.com/j1ud53dhr8y2/Gianna_Nicole_-_Teens_Love_Huge_Cocks_7_2015.html
https://pornve.com/j1vjrlgrlh09/After_Class_Ass.html
https://pornve.com/j1zs817ctaex/Ashlyn_Rae__Capri_Anderson_-_Sexual_Her-Ass-Meant_Everything_To_Me.html
https://pornve.com/j232uqpn489p/Brooke_Wylde__Chloe_Addison__Mary_Jane_Mayhem_-_Racks_And_Rifles.html
https://pornve.com/j2dnoq96h3nr/Diamond_Foxxx_-_Teacher_Knows_Breast.html
https://pornve.com/j2o36xt4yxrp/Britney_Amber_-_It_Was_A_Dark_And_Stormy_MILF.html
https://pornve.com/j2taic4z74lx/Harlow_Harrison_-_The_Deans_Slut.html
https://pornve.com/j2ufkw3mmjub/Another_Hard_Cock_at_the_Office.html
https://pornve.com/j30ntmo12en4/Brazzers-_Hot_college_chick_Giselle_Palmer_pleasures_the_dean_.html
https://pornve.com/j30z5nknlnq5/Gracie_Glam_-_The_Karate_Dick.html
https://pornve.com/j34w4utujm8d/Angelina_Valentine_-_Boobs_Ahoy.html
https://pornve.com/j3a4m3xv49q5/Autumn_Falls_Manuel_Ferrara_-_VIP_Treatment_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/j3b78cpe90oj/Daizy_Cooper_-_Daddys_Perfect_Darling.html
https://pornve.com/j3ei9mg51xs5/Kortney_Kane__Rachel_Roxxx_-_Stepsister_Licker.html
https://pornve.com/j3or0cmfdv4g/Tina_Kay_-_Always_Be_Fucking.html
https://pornve.com/j3q5i9i7msur/Brazzers_-_Security_guard_Jayden_Jaymes_has_nasty_fuck_in_computer_lab_.html
https://pornve.com/j3shbf6jg83y/Jenni_Lee_-_Suck_For_My_Silence.html
https://pornve.com/j3vs2qbi49cn/Honey_Gold_-_Head_To_Toe_Perfection.html
https://pornve.com/j3y305rtifys/Ashly_Anderson_-_Cum_Competition.html
https://pornve.com/j40pzbuysbuu/GFRevenge_-_Naughty_Noir_-_16_04_25.html
https://pornve.com/j43rrdixdrnm/BrazzersExxtra_19_09_26_Adria_Rae_What_Goes_Around_Cums_Around_XXX.html
https://pornve.com/j43rxeevgh27/Alison_Tyler_-_Son_Needs_A_Doc_-_Doc_Needs_A_Cock_-_Brazzers.html
https://pornve.com/j442qave4wod/Realitykings__Milf_Hunter__Thats_A_Hot_Milf.html
https://pornve.com/j44jo7pu41sn/Liza_Del_Sierra_-_Keiran_Is_Retiring.html
https://pornve.com/j4agqgxnm69a/Ania_Kinski_-_Bad_Medicine.html

https://pornve.com/j4bo52tnam8f/Pilates_for_Hotties_Jayden_Cole_Darcie_Dolce_January_20_2019_Brazzers_Full_New_Video_xxx.html

https://pornve.com/j4hctm5juyex/Kleio_Valentien.html

https://pornve.com/j4i6j8dy9muq/Zoey_Holiday_-_House_Arrest_Anal_Fest.html

https://pornve.com/j4ij55w01l3i/BrazzersExxtra_19_09_12_Kiki_Minaj_Nude_To_The_Neighborhood_XXX.html

https://pornve.com/j4mqp1jh9r5t/Jayden_Lee_-_Capture_The_Vag.html

https://pornve.com/j4ngucbxuqr5/Aaliyah_Love_-_Such_A_Dirty_Little_Whore.html

https://pornve.com/j53g3uzxuijz/Lezley_Zen_-_Paper_Cut_My_Vag_With_Your_Dick.html

https://pornve.com/j57zcxc08s3e/Brazzers_-_Hot_doctor_Rita_Ellis_made_a_Dream_Cum_True_to_Danny_.html

https://pornve.com/j5hun7xixynp/Katie_Kush_Kenzie_Madison_Katie_And_Kenzie_Get_Flexible.html

https://pornve.com/j5rmlaeqvtzl/Ella_Knox_-_Employee_Appreciation.html

https://pornve.com/j5zehcmlqml5/BrazzersMilfs_Like_it_Big_Milfs_Like_it_Big__Brazzers_-_Dee_Williams_Ricky_Johnson_Cum_County.html

https://pornve.com/j6646bmfomdq/Ariana_Marie__McKenzie_Lee_-_Sex_Sells.html

https://pornve.com/j6ec27miqzz5/Azul_Hermosa_Keiran_Lee_-_Introducing_Azul_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/j6f8cdx024vd/Jolee_Love_Keiran_Lee_-_Anal_Day_With_Jolee_-_Big_Butts_Like_It_Big_-_Brazzers.html

https://pornve.com/j6iiud07axtv/Laura_Bentley_-_Night_Shifts_Naughtiest_Nurse_-_Part_1.html

https://pornve.com/j6luqv098dg8/Karma_Rx_-_Massage_Training.html

https://pornve.com/j6m94t12a5zg/Phoenix_Marie_-_Work_That_Ass.html

https://pornve.com/j6pzpa0cfm6f/Brooke_Beretta_-_Workout_Her_Ass.html

https://pornve.com/j6qzjbxww5mz/Veronica_Avluv_Veruca_Emily_-_Shaming_the_Shooter.html

https://pornve.com/j6u28s2yg4vy/Syren_Demer_Tiffany_Watson_-_Toying_With_Tiffany.html

https://pornve.com/j6y9m8hg8tp4/Allie_Haze__Jennifer_White_-_Just_The_Tip.html

https://pornve.com/j6ysldyvpdzc/_Brazzers-_Tattooed_milf_Sarah_Jessie_exercises_a_good_fucking_.html

https://pornve.com/j6zuyqjht441/Chanel_Preston_-_Hard_Call.html

https://pornve.com/j744vu2jjspc/Alessa_Savage_-_My_Stepdaughters_Secret.html

https://pornve.com/j78ucal8x0zf/Honour_May_-_The_Bitchy_Babysitter.html

https://pornve.com/j7bvkr8ksbem/DP_Amber_Chase_-_Hardcore_Big_Dick_Deep_Throat.html

https://pornve.com/j7dcwr9a7b3u/Nyna_Stax_-_Junkyard_Bounce_brown.html

https://pornve.com/j7h9pg9g55m6/Tommie_Jo_-_Cock_Tonic.html

https://pornve.com/j7n73pb6mcky/Andi_Anderson_-_Getting_Personal_With_My_Trainer.html

https://pornve.com/j8a7nfklay2y/Eva_Lovia_-_No_Husbands_Allowed.html

https://pornve.com/j8cjk2esk1g2/Phoenix_Marie_-_Erotic_Idolatry.html

https://pornve.com/j8conkgcocxs/Valentina_Bianco_-_Library_Lechery.html

https://pornve.com/j8kmvkx47oj7/Madison_Ivy_Jessy_Jones_-_Monday_With_Madison_-_RK_Prime_-_Reality_Kings.html

https://pornve.com/j8ow9diecqbt/Sophia_Lomeli_-_Didnt_See_That_Cumming.html

https://pornve.com/j8uaoo4egx6q/Eve_Laurence_-_Lotto_Tit_69.html

https://pornve.com/j9179qp4eemc/Sarah_Banks__Oliver_Flynn_-_Thot_In_The_Shower_-_Round_and_Brown.html

https://pornve.com/j927wbv7f4as/Rubbing_Down_A_Horny_Slut_-_August_Taylor.html

https://pornve.com/j95c1714byim/Amia_Miley_Fixing_For_A_Fix.html

https://pornve.com/j95luetuwwcg/Giselle_Palmer_Danny_D_Therapeutic_Fuck.html

https://pornve.com/j97o4ilide03/Ashley_Fires_-_Bending_Over_Backwards.html
https://pornve.com/j99n0jyiph0o/Aubrey_Black__Keiran_Lee_-_All_Backed_Up_-_Doctor_Adventures_bigtits.html
https://pornve.com/j9jzpsx3cfx6/Fast_Times_Fantasy_-_Chloe_Amour.html
https://pornve.com/j9lpmw6q9wyb/Mariah_Madysinn_-_Striptease_Shopping.html
https://pornve.com/j9sco914pz42/Drilling_Mommy_12_S4_Nicolette_Shea.html
https://pornve.com/j9u93xdlsuue/BZ_10th_Anniversary_BTS_Interview.html
https://pornve.com/j9w9tptgz6lz/RealWifeStories_Jacking_The_Jacker_mature_milf_amateur_Lolly_Ink_Real_Wife_Stories_Profession.html
https://pornve.com/ja47dnudgmqm/_Brazzers_-_Alina_Lopez_sucks_and_fucks_her_stepdads_giant_cock_.html
https://pornve.com/ja6cce0cnkas/European_Girl_Sex_tlib_alice_green_kf011215_480p_2000.html
https://pornve.com/ja78nyh1a0ls/Jordan_Blue_-_The_Nude_Scout.html
https://pornve.com/jagwsin8p9hl/GF_REVENGE_Pretty_Penny_Penny_Nichols.html
https://pornve.com/jaie5cgez6xu/Jynx_Maze_-_The_Treatments.html
https://pornve.com/jan0rwcznw60/Alex_Blake__Daisy_Lynne_Under_The_Bed.html
https://pornve.com/japlez743w5l/Ariella_Ferrera_And_Sons_Friends_Anal.html
https://pornve.com/japoytnx9iv9/Abella_Danger_03_08_2020_Anal_Oil.html
https://pornve.com/jaspwpzskn44/Aleksa_Nicole_-_A_Perceptive_Penetrator.html
https://pornve.com/jax956a3idk2/Nicole_Aniston_Dani_Daniels_Sunny_Leone_And_Faye_Reagan.html
https://pornve.com/jaxm7mst9iue/Peta_Jensen_Work_Out.html
https://pornve.com/jaymkxlz3nbq/Kaylani_Lei_-_Massaging_Her_Best_Friends_Husband.html
https://pornve.com/jb54y5jn4jbi/Abbie_Cat_-_CUMatose.html
https://pornve.com/jbata8v5ex4y/Candy_Manson_-_High_Socks_And_Big_Cocks.html
https://pornve.com/jbdjjn7ncect/Stevie_Shae_-_Teens_Like_It_Rough.html
https://pornve.com/jbgmf8y1gj7z/Carter_Cruise__Phoenix_Marie_-_Only_Anal_Until_Marriage.html
https://pornve.com/jbgwwqk2chx7/Jessa_Rhodes_-_The_Only_Way_To_Quit_The_Cock.html
https://pornve.com/jbi2qakyft45/Babe_with_Big_Tits_Getting_Bodypainted_then_Pounded_Hard_by_The_Photographer.html
https://pornve.com/jbiihv7afrnr/01_Scene_Money_Talks_Season_2.html
https://pornve.com/jbiuqk5m1vof/Courtney_Cummz_-_Requiem_For_A_Cream.html
https://pornve.com/jbluy9zef1w0/Tight_As_Tape_-_Barbie_Sins_Danny_D.html
https://pornve.com/jbs1kr0x9olr/Kylie_Rose_-_Shes_Got_Game.html
https://pornve.com/jc7kdzueti37/Asa_Akira_-_Her_Favorite_Ride.html
https://pornve.com/jccfusb9oi4i/GF_Revenge_Juicy_Janice_Griffith.html
https://pornve.com/jcdbqjd36816/Miko_Lee_-_How_To_Get_A_Better_Grade.html
https://pornve.com/jcge2wcn9dcq/Juelz_Ventura_And_Skin_Diamondd_They_gGt_Fucked_My_G.html
https://pornve.com/jcgmx916pgy8/PornstarsLikeItBig__Monique_Alexander_Xander_Corvus_Pornstar_Convention_Penetration.html
https://pornve.com/jckfsisqri4r/Adriana_Chechik_-_The_Great_Doctor_Part_Two.html
https://pornve.com/jcky0rjbgw0v/Kina_Kai_-_Kung_Fu_Fucking.html
https://pornve.com/jcnjnvpw69fu/Brazzers_House_Sex_Challenge_Ava_Addams.html
https://pornve.com/jcssb7zvq3ov/Liza_Del_Sierra__Sophia_Knight_-_Sweet_And_Sinful.html
https://pornve.com/jcwc51pvqzu7/Kerry_Louise_-_Theres_Something_About_Kerry.html
https://pornve.com/jcwxb3kiaj7b/Alektra_Blue_-_Swingers_On_Vacation_-_Part_2.html
https://pornve.com/jczdvekbec8f/Brazzers_Fast_Times_On_A_First_Date_Brazzers_Teens_Like_It_Big_Jenny_Diamond_Jordi_El_Nino_Poll.html
https://pornve.com/jd50si65zur4/Jessica_Lynn_-_Highly_Recommended_Dentist.html

https://pornve.com/jd5vmi8uai41/Brazzers__Doctor_Adventures__Shes_Crazy_For_Cock_Part_1.html
https://pornve.com/jd6y2yzykht6/August_Ames_-_Easy_Like_Sunday_Morning.html
https://pornve.com/jd7bwjzi40ga/Milf_HunterRealitykings_-_Kendra_Lust_Kendras_Workout.html
https://pornve.com/jda6cn3fu7jf/Emily_B_-_The_TIT_Crowd.html
https://pornve.com/jdaialhwgunw/Gabriella_Salvatore_-_Im_All_Yours_Do_Your_Worst.html
https://pornve.com/jddz67hefp52/Brazzers_-_Cory_Chase_Help_Me_Out.html
https://pornve.com/jdo0ono8vbs3/Jessa_Rhodes_-_Burst_On_My_Balloons.html
https://pornve.com/jdph6q911f6j/Marina_Maya_-_Late_Date.html
https://pornve.com/jdqeugzfypcu/Big_Titty_Mommy_MILF_Fucked_Hard.html
https://pornve.com/jdqyeritkwue/Black_Angelika_-_Touching_The_Tutor.html
https://pornve.com/jdv35yxqutg6/brunette_big_tit_threesom_big_tit_latina_milf_challenges_petite_young_
brunette_3112_42_plays_published_on_22_minutes_ago_category_big_tits_latina_tags_latina.html
https://pornve.com/je3w4r2mtwos/Ms_London_-_Boring_To_Scoring.html
https://pornve.com/je85i9aprz5t/Forget_about_your_boyfriend.html
https://pornve.com/jebsi34qxz0s/Reagan_Foxx_Never_Marry_A_Milf_Mommy_Issues_4.html
https://pornve.com/jemdl72c0ozh/alanah_and_nikki_benz.html
https://pornve.com/jeopasezyve3/Karma_Rx_Tia_Cyrus_Jessy_Jones_This_Guy_Works_Wonders.html
https://pornve.com/jeuj7mefnusc/Sara_Jay_-_Principal_Photography.html
https://pornve.com/jey5pbr2vwjd/GFRevenge_I_spy.html
https://pornve.com/jez1y1xcm5cq/Bonnie_Rotten__Summer_Brielle_-_The_Blowjob_Business.html
https://pornve.com/jezxoit63hpd/Keisha_Grey_-_My_Big_Bad_Boyfriend.html
https://pornve.com/jf2cy1wbbcc7/Jasmine_Jae_-_Assmissible_Evidence.html
https://pornve.com/jf437tlxf859/Kira_Noir_-_Stone_Cold_Massage.html
https://pornve.com/jf4h1zib1h0b/BrazzersExxtra_Brittany_Bardot.html
https://pornve.com/jfiqbq3609a1/Amber_Alena_-_Maid_Of_Dishonor.html
https://pornve.com/jfy9mmnp3lyq/Drilling_Mommy_2_Scene_2_Showering_Her_With_Cum_Kyle_Mason__L
auren.html
https://pornve.com/jg5xu0xw3yzb/Priya_Anjali_Rai_-_Settling_The_Score.html
https://pornve.com/jg69nc8tp3zm/Breanna_Sparks_-_Breannas_Built-In_Buoys.html
https://pornve.com/jgewg2h0slm7/Franceska_Jaimes_-_Anal_Slip_And_Slide.html
https://pornve.com/jgij2lx5i3gb/Alexis_Adams_-_Bon_Appetitties.html
https://pornve.com/jgijkh107iq7/MomsBangTeens_-_Cory_Chase_Sierra_Nicole-
New_Cock_To_Fuck.html
https://pornve.com/jgsafvivxcst/Ariana_Marie_-_Getting_Their_Own_Facials_Brazzers.html
https://pornve.com/jgwnxydosya7/Chloe_Cherry__Molly_Stewart_-_Locker_Room_Licking.html
https://pornve.com/jgx59yceptxh/Summer_Brielle_-_The_Terms_Of_Summer.html
https://pornve.com/jh26pi02fewl/Mia_Malkova_-_My_Wifes_a_Whore.html
https://pornve.com/jh2l82sdum4v/Dava_Foxx_-_Oral_Presentation.html
https://pornve.com/jh64vo1das6m/Abbey_Brooks_-_Twinkle_Tits.html
https://pornve.com/jh6ydnydfadl/august_ames_didnt_ring_the_doorbell_doorbell_25_most_played_porn_vi
deo_of_today_127_most_played_porn_video_of_week.html
https://pornve.com/jh7vspd9qupx/Trina_Michaels_-_Nuclear_Tits.html
https://pornve.com/jh97qyqnru4h/Kendra_Lust__Monique_Alexander_-_Moniques_Secret_Spa_-
_Part_2.html
https://pornve.com/jhirzn0lm00s/Aletta_Ocean_-_Alettas_Anatomy.html
https://pornve.com/jhzbl9e07n44/A_Wild__Crazy_Cock_Stuffing_Party_Halle_Hayes.html
https://pornve.com/ji26mj7ytlsy/Doctor_Adventures_Horny_Hosts_Of_Purgatory_-
_Hosts_Dani_Daniels_Luna_Star_And_Johnny_Sins.html

https://pornve.com/jid7e0bvssti/Bridgette_B_-_Opportunity_Knockers.html

https://pornve.com/jit7yaplczc0/Micah_Moore_-_Can_You_Catch_Up_With_These_Juggs.html

https://pornve.com/jiu8lwj37z3z/SneakySex_-_Adriana_Chechik_And_Abigail_Mac_Stepsister_Succubus.html

https://pornve.com/jivd07gj6sup/Dillion_Harper_-_Call_Center_Coochie.html

https://pornve.com/jiwlb4mfy1hq/Destiny_Dixon_-_Teaching_The_Teacher.html

https://pornve.com/jiygjix08ifu/Storm_Of_Kings_XXX_Parody_2016.html

https://pornve.com/jj47ekb5dokm/milf_tag_this_video_mom_porn_4009_42_plays_published_on_47_minutes_ago_category_blowjob_milf_tags_babe.html

https://pornve.com/jj6ccle5e6au/Angel_Wicky_-_Start-Up_Culture.html

https://pornve.com/jjlqoq034or1/Sofia_Rose_Michael_Vegas_-_Deep_Stretching_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/jjlv8hnuwcoe/Angelina_Ashe_-_Bending_The_Rules.html

https://pornve.com/jjnilpookk11/Real_Wife_Storie_s_Adriana_Chechik_And_Kendra_Lust_REMASTERED_11_07_2020_Hardcore_Threesome_Milf.html

https://pornve.com/jjorj1cvkc89/Ashley_Graham_-_Secret_Society.html

https://pornve.com/jjqga6jwsk5g/Ariella_Ferrera__Keisha_Grey_-_School_Discipline_-_Part_2.html

https://pornve.com/jkcduwg5ifrc/Unzipped_And_Oiled_Up_Brazzers.html

https://pornve.com/jkd782gafghx/Brazzers_Worldwide_Budapest_-_Episode_2.html

https://pornve.com/jkfkl4u3lbfr/Nikki_Sexx_-_You_Cant_Leave_Til_You_Nut_On_My_Beav.html

https://pornve.com/jknpf5b8i79d/Perfec_Ass_Remy_Lacroix_Remy_La.html

https://pornve.com/jkrahcjz6zf2/Gia_Dimarco_-_Ass_Massage.html

https://pornve.com/jkvd1xlqoa5c/Missy_Martinez__Sienna_Milano_-_Muff-Diving_Off_The_Coast_Of_Dykeachusetts.html

https://pornve.com/jkzlwyj9akzx/Ariella_Ferrera_So_Sexy.html

https://pornve.com/jl0qeu7di4yq/Cherokee_-_The_Noisy_Neighbor.html

https://pornve.com/jl4g77l7tbcc/Katsuni_-_Fuck_The_Fans.html

https://pornve.com/jl61aelhefg8/Erotic_Massage_Ariella_Ferrera.html

https://pornve.com/jlh1qve970o6/Summer_Brielle_-_Cocks_For_The_Copper.html

https://pornve.com/jll1ceyxsv7o/Homeroom_Rump_-_Jenna_Ivory.html

https://pornve.com/jln84iq0d06m/Aaliyah_Hadid__Anya_Ivy_-_Sibling_Rivalry.html

https://pornve.com/jlofi6sjbe36/Christie_Stevens_-_Dorm_Daze.html

https://pornve.com/jlogpp9hznr4/BigTitsAtWork__Brazzers_Cali_Carter_-_Store_Whore_Credit.html

https://pornve.com/jlp6zouz0r4s/Mea_Melone__Rebecca_More_-_The_Mathletes_-_Part_3.html

https://pornve.com/jlqrempten9j/amirah_adarahs_ass_gets_destroyed_by_a_big_dick.html

https://pornve.com/jm0jtht15fn9/Trisha_Parks_-_Pussy_Magnet.html

https://pornve.com/jmdgr4sbvv3s/RealityKings_Thirsty_watch_online_for_free.html

https://pornve.com/jmdj91n6j844/BrazzersExxtra_Brazzers_House_2_Unseen_Moments_Bts.html

https://pornve.com/jmdtmsn4nsf1/Leigh_Darby__Lezley_Zen_-_Family_Titty_Counseling.html

https://pornve.com/jmgiq4izf879/Angel_Wicky_-_Summer_Internship.html

https://pornve.com/jmnrhkfo2zj4/Amber_Ashlee_-_Couples_Yoga.html

https://pornve.com/jms6zrb33tui/Kristen_Scott_-_The_Big_Friendly_Dick.html

https://pornve.com/jmw6t22dm3ja/Priya_Anjali_Rai_-_Tales_Of_A_Slutty_Wife.html

https://pornve.com/jmzisktpdtk1/Breaking_Entering_And_Inserting.html

https://pornve.com/jn0p2a5j78xn/Kallie_Joe_Sexy_Spreads.html

https://pornve.com/jn2c2nnofbgd/Phoenix_Marie_-_Horny_Dean.html

https://pornve.com/jn9rv1e2u08e/HotAndMean_Madison_Ivy_And_August_Ames_A_Madison_Massage.html

https://pornve.com/jnolt6livw6q/Priya_Rai_-_RealWifeStories.html
https://pornve.com/jnp21l6gtd3v/Rachel_Raxxx_hardcore_joke_milf_teen_mature_blowjob_boobs_tits.html
https://pornve.com/jnp3yglnvtt3/Stop_Bullying_Me_and_Fucking_My_Mom.html
https://pornve.com/jnqww1287ooa/Bonnie_Rotten_Quinton_James_-_Dirty_Tourism_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/jnr8c23hpwol/Joslyn_James_-_Dont_Cum_For_The_Food.html
https://pornve.com/jnzzqqn37itx/Esperanza_Gomez_-_Danny_D_is_Willing_to_Die.html
https://pornve.com/jo0moocr1ayl/Josephine_Jackson_-_Josephines_Intense_Workout_-
_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/jo3aicj6olq7/Shy_Love_-
_How_I_Learned_To_Stop_Cumming_Too_Fast_And_Love_The_Spray.html
https://pornve.com/jo46kgnditq9/Allie_Haze_-_The_Other_Side_Of_The_Whore.html
https://pornve.com/jo4ftf3tdkk5/Michele_James_Huff_Puff_And_Blow.html
https://pornve.com/jo72nlo7co7e/Sarah_Blake_-_Night_Moves.html
https://pornve.com/jocnr0om2mvn/NEW_Lezley_Zen.html
https://pornve.com/jodfyqhcoufs/Kiki_Minaj_-_Pink_And_Plump.html
https://pornve.com/jodxe1h45lku/Krissy_Lynn_Kylie_Page_are_Moms_Who_can_take_Control.html
https://pornve.com/joh3mngywd8l/Brazzers_-_Makayla_Cox_Eager_Beaver.html
https://pornve.com/joq0yr8ccg71/Brazzers_The_Dinner_Party.html
https://pornve.com/jos5m4wt4f7q/Rio_Lee_-_The_Science_Of_Squirting.html
https://pornve.com/joshcpm15f6t/Dakota_Skye_-_Dont_Fuck_My_Brother_Bitch.html
https://pornve.com/jouhtex73imu/Eva_Notty_Bothered_By_The_Bush.html
https://pornve.com/jp403u3ozgts/A_Small_Army_Of_Sexy_Ladies_Crowd_Into_A_Nightclub_Get_Naked_Eat
_Each_Other_Out_And_Fuck_A_Few_GysWwho_Were_Lucky_Enough_To_Make_It_In_Sexxygirl_Clit_Licking
_Ass_Shaking.html
https://pornve.com/jp9wtq0ac5e1/Helping_Psychologist_Abella_Danger__Cory_Chase.html
https://pornve.com/jpa7bj5r1w5y/BrazziBots_-_Part_3.html
https://pornve.com/jpaubypg2qzi/Kayla_Kayden_Radiant_Booty.html
https://pornve.com/jpaz5po63ut4/milf_blond_pov_milf_brandi_love_hands_4014_42_plays_published_on_7
1_minutes_ago_she_learn_about_sex_category_blonde_pov_pornstar_brandi_love_tags_milf.html
https://pornve.com/jpcmu05f4htr/TeensLikeItBig_17_03_05_Kristen_Scott_My_Moms_Boyfriends_Cock_XXX
_-KTR.html
https://pornve.com/jpcybosoe03o/One_In_the_Pink_Under_The_Sink_Anna_Bell_Peaks__Bill_Bailey.html
https://pornve.com/jpmebnuho6tq/Brazzers_Office_4_Play_II_Asian_Sensation_Brazzers_Big_Tits_At_Work_
Asa_Akira_London_Keyes_Mia.html
https://pornve.com/jpmgf7d4d0u9/Eva_Ellington_-_Replica_Cock_Thrust.html
https://pornve.com/jpp6sbv1zwgw/Brazzers_Unhappily_Married_And_Horny_porn.html
https://pornve.com/jpr9xrytkr9m/_Brazzers_-
_Athletic_babe_Kortney_Kane_gets_a_big_dick_workout_.html
https://pornve.com/jq0hixh0duad/Girlfriends_Phat_Ass_Roommate_Brazzers.html
https://pornve.com/jq9jacmne0xu/Brazzers_-_Joanna_Angel_Massage_Yourself.html
https://pornve.com/jqamzzryvlad/Sara_Jay_-_Putting_Her_Tits_To_Good_Use.html
https://pornve.com/jqcp12o0ay6v/Karmen_Karma_-_A_Schoolgirls_Fantasy.html
https://pornve.com/jqcqqu1tdzzo/_Brazzers_-
_Kimmy_had_a_birthday_threesome_with_her_neighbors_Ava__Keiran_.html
https://pornve.com/jqesys2v5m09/Mya_Nichole_-_FIFun_Bags.html
https://pornve.com/jqftatfe9nxc/The_Naked_Wife_-_Portia_Paris_-_BrazzerExxxtra.html
https://pornve.com/jqrtndp5gtqz/Fucking_With_Friends_2018_part1.html

https://pornve.com/jqsfkgrkz701/Christina_Shine_-_Sales_Pitch.html

https://pornve.com/jqshiur6zj17/Jesse_Jane_Keiran_Lee_-_Midnight_Sneak_-_Pornstars_Like_It_Big_-_Brazzers.html

https://pornve.com/jqx8w1z33k2x/Codi_Vore_-_A_Room_With_A_Cock.html

https://pornve.com/jqxxk3z5xin1/Wendy_Jay_Smooth_-_Hold_It_Right_There_-_RK_Prime_-_Reality_Kings.html

https://pornve.com/jr37s3v3ehx6/Ivy_Lebelle_-_The_Pleasure_Of_Business_Trips.html

https://pornve.com/jr41b3qsfdjm/Brooke_Benz_-_Quicksand_Part_1_-_Reckless_In_Miami_-_Reality_Kings.html

https://pornve.com/jr4digqeyese/Madison_Ivy_Mick_Blue_-_Something_For_My_Husband_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/jr7ev7qgact6/Milfs_Like_It_Big_Kate_Frost__Johnny_Sins_Cockamania_Runs_Wild.html

https://pornve.com/jr7yjwhx4pv0/DirtyMasseur_19_08_10_Aaliyah_Hadid_Nuru_For_You_XXX.html

https://pornve.com/jr9v4kfzfpj8/Ava_Addams__Rikki_Six_-_Two_Hungry_Mouths_On_His_Dick.html

https://pornve.com/jrjts889abta/anna_bells_peaks_rachel_starr_romi_rain_and_nicole_aniston_da_132_top_rated_porn_video_of_today.html

https://pornve.com/jrllgqwcqz5z/Raven_Bay__Rikki_Six_-_Duel_Intentions.html

https://pornve.com/jrmdgowtn474/Cum_In_My_Pussy_Not_On_My_Couch.html

https://pornve.com/jrti4cjoki9c/Dylan_Ryder__Abby_Rode_-_Two_Cock_Hungry_MILFS_Dining.html

https://pornve.com/jru3530latt5/Allie_Foster__Kina_Kai_-_Poolside_Summer_Fun.html

https://pornve.com/jrvuglouwsha/Abella_Danger_-_Poolside_Booty.html

https://pornve.com/js12avinkoe2/Brazzers_Busting_A_Nut_In_The_Bride_Adria_Rae.html

https://pornve.com/js1wavamky9d/Brazzers_Back_In_Big_Cock_Action_Brazzers_Nicole_Aniston_Keiran_Lee_Pov_Big_Tits_Pornstars_Li.html

https://pornve.com/js2yca7umw6o/Personal_Trainers_-_2.html

https://pornve.com/js8ki60bgw09/Alexis_monroe_schoolgirl.html

https://pornve.com/jsa3bdwumsu6/_Brazzers_-_Busty_brunette_Kendall_Karson_takes_training_to_a_new_level_.html

https://pornve.com/jsdlgd7914wf/WeLiveTogether_17_03_02_Khloe_Kapri_And_Rosyln_Belle_Hot_Moves_XXX_-KTR.html

https://pornve.com/jsi5htgsn9ad/Phoenix_Marie_-_Phoenix_Works_Herself_Out_-_Day_With_A_Pornstar_-_Brazzers.html

https://pornve.com/jsjp370h2mdi/Jasmine_James_-_Testing_The_Teacher.html

https://pornve.com/jspxy8al1ih6/Ashley_Adams_-_Setting_The_Table.html

https://pornve.com/jsvh8roqo2ko/Monique_Alexander_-_Moniques_Secret_Spa_-_Part_3.html

https://pornve.com/jsy02xdzcpir/madison_scott_cowgirl.html

https://pornve.com/jsybzpza59yi/MomsInControl__Brazzers_Ava_Koxxx__Leigh_Darby_My_Scissoring_Stepmom.html

https://pornve.com/jsyzofgcbsu1/Hot_And_Mean_Bonnie_Rotten_and_Zoey_Monroe_Squirt_Training.html

https://pornve.com/jt1c5yvrl7yk/Anal_Blowjob_Peta_Jensen_Threesome_HD_H2_Ppenguin.html

https://pornve.com/jt2h38qzax64/Eva_Lovia_Is_A_Very_Horny_Housewife_Who_Gives_it_Good.html

https://pornve.com/jt5fyt4daorp/RKPrime_-_Aubrey_Rose_Bosses_Daughter_12_22_16.html

https://pornve.com/jt5xtb40g864/Skyla_Novea.html

https://pornve.com/jte3j1ui0y2b/Kristina_Rose_-_Ram_That_Rose.html

https://pornve.com/jtg4wwjxz879/Tia_Cyrus_-_Rent-A-Pornstar_The_Wedding_Planner_Part_2_-_Pornstars_Like_it_Big_-_Brazzers.html

https://pornve.com/jti7qofkt40z/Amirah_Adara__Mea_Melone_-_ZZ_Cup_-_Team_Booty.html

103

https://pornve.com/jtjck1ldp1ad/Phoenix_Marie_Sneaky_Sex_MILF_Pornstar_Phoenix_Marie_Tags_MILF_Phoenix_Tag_This_Video_30_Most_Played_Porn_Video_Of_Today_105_Most_Played_Porn_Video_Of_Week.html

https://pornve.com/jtjfhsr1oxfc/Lea_Lexis__Tory_Lane_-_Wiccan_Sisterhood.html

https://pornve.com/jtlzsmsxzmmn/Tory_Lane_ANAL_Big_Wet_Butts_She_Knows_What_She_Want_-_720p.html

https://pornve.com/jto1282s9uhs/Romi_Rain_-_My_Boss_Is_A_Whore.html

https://pornve.com/jts2v6a947bb/Inked_guy_fucks_redhead_vixen_video.html

https://pornve.com/jtwtmbtehm0t/Gabriella_Paltrova_Michael_Vegas_-_Dirty_Double_Cross_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/ju28qz2kvaae/Leilani_Leeane_-_Doc_Loosen_Up_My_Throat.html

https://pornve.com/ju8o61nm3aue/New_Romi_Rain.html

https://pornve.com/jua394otav32/Romi_Rain_-_Mystery_Tape.html

https://pornve.com/juca4jqlt33l/Ariana_Marie_-_She_Needs_a_Strong_Male_Presence.html

https://pornve.com/jucjunq2kak3/Brazzers_-_Sahara_Knite_Sexy_Doctor_Adventures.html

https://pornve.com/jugxfmas87vy/Tasha_Holz_-_Working_Hard.html

https://pornve.com/juig5rawdgmv/Eva_Karera_-_Biker_MILF.html

https://pornve.com/jun36g5095qj/Noelle_Easton_Big_Boobs.html

https://pornve.com/juo4o4lsj57r/Jessie_Andrews__Lexi_Belle_-_The_BJ_Bonanza.html

https://pornve.com/juo4pq1jt7mj/Ava_Koxxx.html

https://pornve.com/jupya3eprwdt/Sienna_West_-_Deep_Dark_Secret.html

https://pornve.com/jut0eajpdlm1/Kendra_Spade_-_Bow_Down__Beg_For_It.html

https://pornve.com/juvph7nb0tgx/Nicole_Rey_-_Snuck_And_Cuck_-_Sneaky_Sex_-_Reality_Kings.html

https://pornve.com/juw8ie0v8ifi/Lena_Paul_-_Lay_Her_Over.html

https://pornve.com/juws81dzii3p/Jewels_Jade_-_Nurse_Booty.html

https://pornve.com/juyzr3bf5qm3/Destiny_Dixon_Keiran_Lee_-_Promotion_Or_Pussy_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/juzfvs6jomp7/Kayla_Green_-_Tits_Thighs_And_Office_Supplies.html

https://pornve.com/juzpoi2lhmh4/Darcie_Dolce__Jelena_Jensen_-_The_Make-Over.html

https://pornve.com/jv185l1v072f/Pornisity_Elsa_Jean_Monique_Alexander.html

https://pornve.com/jv3y33afqqnh/Hot_And_Mean_My_Stepmom_Is_Better_Than_Yours.html

https://pornve.com/jv4gxi2moidd/TeensLoveHugeCocks_Jaye_Summers_Juicy_Jaye_-_16_06_16.html

https://pornve.com/jv6sz8bqt2y3/TeensLikeItBig_Kenna_James_Limo_Nympho.html

https://pornve.com/jvev4dz3xsaz/Alice_Judge_-_I_Hate_You_Lets_Fuck.html

https://pornve.com/jvf293c7qp45/Alexis_Ford_-_Make_It_Up_To_My_Dick.html

https://pornve.com/jvioekub9t38/Felonys_First_Squirt.html

https://pornve.com/jvl07jemre5d/Maddy_Oreilly_-_Free_Anal.html

https://pornve.com/jvrp0bnea1w4/Tiffany_Watson_Quinton_James_-_Its_Juicy_-_Look_At_Her_Now_-_Reality_Kings.html

https://pornve.com/jvxgydikezpg/MommyGotBoobs_-_Brazzers_-_Reagan_Foxx_Ricky_Spanish_Im_A_Total_MILF.html

https://pornve.com/jw0l6ktlsh12/Abella_Danger_Keiran_Lee_-_The_Housewife__The_Hitchhiker_-_Big_Butts_Like_It_Big_-_Brazzers.html

https://pornve.com/jw0mvvahakf6/Kaylani_Lei_The_Model_Mom.html

https://pornve.com/jw6pv9evkmc7/Alexis_Ford__Rachel_Starr_-_Rachels_Slutty_Secrets.html

https://pornve.com/jwbrgvkegolg/Asa_Akira_-_A_Tale_Of_A_Tail.html

https://pornve.com/jwinb25irz5t/Peta_Jensen_-_Fuck_The_Frustration_Right_Out_Of_Me.html

https://pornve.com/jwmpoi9i8axd/Porn_orgy_with_young_Cyrstal_Rae_her_boyfriend_and_her_older_sister.html

https://pornve.com/jwuj4m169jrh/Phoenix_Marie_-_This_Nurse_Is_No_Pussy.html

https://pornve.com/jwz6gkxgiri1/Rebecca_More_-_Mistress_More_And_Her_Manservant.html

https://pornve.com/jwzou79q8768/Ashley_Adams__JoJo_Kiss_-_Terrible_Darlings.html

https://pornve.com/jx0d5vvszws5/Alanah_Rae_Broken_Promises_Real_Wife_Stories.html

https://pornve.com/jxajvv8wp09v/Jasmine_Jae_-_To_Assfuck_A_Neighbor.html

https://pornve.com/jxn5vgmmypn1/Anny_Aurora_Keiran_Lee_-_Virgin_Birthday_-_Teens_Like_It_Big.html

https://pornve.com/jxqeam9r1bi6/Katana_Kombat_Bathing_Beauty.html

https://pornve.com/jxqpruinzpv3/Noelle_Easton_-_Nurse_Noelle.html

https://pornve.com/jxtrwfec9mv7/Ariella_Ferrera__Isis_Love_-_MILF_Witches.html

https://pornve.com/jy8pcbwu2x8l/Eva_Karera_-_A_Night_At_The_Milfbury.html

https://pornve.com/jyaed7uzswws/Kelly_Diamond_-_Hot_Teen_Next_Door_25_2015.html

https://pornve.com/jyaxaxn2k4kk/August_Ames_And_Starri_Knight_Lesbian_Nurses.html

https://pornve.com/jycy88iymrl5/Ryan_Conner_Pussy_Or_Anal_A_ZZ_Clinical_Study.html

https://pornve.com/jyjm1fsp34qt/Autumn_Falls_-_Inside-Her_Trading.html

https://pornve.com/jynjjrdklzht/mikesapartment_18_10_22_kyra_hot_creeping_in_for_rent.html

https://pornve.com/jynm0pdv3zzd/Bailey_Brooke_-_Fucking_Her_Uncanny_Valley.html

https://pornve.com/jynwzulgg8pi/Aila_Donovan_Feeling_Up_Aila.html

https://pornve.com/jyqmasd07sr8/Carrie_Ann_-_A_Day_At_The_Cuntry_Club.html

https://pornve.com/jz79n9xoz4h4/The_Anal_Doctor_Danny_D_Franceska_Jaimes.html

https://pornve.com/jz9qep6zota0/Julie_Cash_-_Behind_The_Curtain.html

https://pornve.com/jzb3bz8fa4w1/Amirah_Adara_And_Nia_Black_-_Amazing_Beauties.html

https://pornve.com/jzcja96j6fcx/_Hide_and_Cock_Seek_Small_Tits_Teen_Misha_Cross_Does_Anal_.html

https://pornve.com/jzdxkkzpi7fu/Mature_Olivia_Fox_Romancing_Olivia_.html

https://pornve.com/jzifzcumsp07/Heather_Summers_-_Splash_My_Vagina_With_Your_Sperms.html

https://pornve.com/jzjqyevyw6wy/Brazzers_Devon_Sweetening_The_Deal.html

https://pornve.com/jzsgxf73e96m/Anya_Olsen__Kennedy_Jax_-_My_Suck_Up_Stepsister.html

https://pornve.com/jztkqhwq8yvr/Amia_Miley_-_Fuck_The_Police.html

https://pornve.com/jzv686mh0b1r/Francesca_Le_-_Monday_Night_BWF.html

https://pornve.com/jzwrsttwnnhb/Britney_Amber_-_Office_Anal.html

https://pornve.com/k0ew8pwwh4yk/Kya_Tropic__Natasha_Nice_-_An_Asians_Big_Tits_Between_Me_And_My_Boyfriend.html

https://pornve.com/k0iia0ymjptb/Chanel_Preston__Kirsten_Price_-_Sergeant_Drill_Me.html

https://pornve.com/k0nco3qglse7/Brazzers_Live_-_28.html

https://pornve.com/k0r5na3hyoj5/sneakysex_19_07_13_katana_kombat_what_hubby_doesnt_know.html

https://pornve.com/k0rhhznkoo2l/Ginger_Elle__Rachel_Roxxx_-_Hungry_For_A_Job.html

https://pornve.com/k0tp7bc4bbw3/Veronica_Rodriguez_-_Fine_And_Online.html

https://pornve.com/k0xijrwxa6n0/Karma_Rx_-_Cum_Rain_Or_Shine.html

https://pornve.com/k0y4t801y5xx/Skylar_Snow_-_No_Splashing.html

https://pornve.com/k0z9qxw37924/Charley_Chase_-_Spellpound.html

https://pornve.com/k11m9cfr3cqm/eva_angelina_the_sultans_slutty_skank.html

https://pornve.com/k15rha36aziq/Dee_Williams_Isiah_Maxwell_-_Ass_Reduction_-_Big_Butts_Like_It_Big_-_Brazzers.html

https://pornve.com/k17mth3ineid/Asa_Akira_-_Good_Vibe_Rub_Down.html

https://pornve.com/k1870oiokclw/Katrina_Jade_-_Work_Those_Titties.html

https://pornve.com/k18b86lvkh8g/Happy_Class_room.html

https://pornve.com/k1gxkb77n29v/Kendra_Lust_-_Kendra_Gets_Loose_For_Big_Members.html
https://pornve.com/k1i49trlqpnq/Super_Nerd__Sierra_Nicole_Sean_Lawless__Teens_Love_Huge_Cocks.html
https://pornve.com/k1khfyxbfm4e/Brazzers_-_Veronica_Avluv_The_Right_Fit.html
https://pornve.com/k1kk55fhyqxf/Desiree_Night_-_I_Thought_I_Was_The_Criminal.html
https://pornve.com/k1mnb079va71/Going_Behind_Her_BFs_Back_for_Big_Cock_Brazzers.html
https://pornve.com/k1mwo8ax6jj2/Katana_Kombat_-_The_Nerd_Nails_The_Girl.html
https://pornve.com/k1wqxaukfxgb/Chocolate_Rain.html
https://pornve.com/k1x1tk34slpk/Aleksa_Nicole__Blake_Rose_-_Double_Indemni-Ds.html
https://pornve.com/k1y79wc7tr62/Darla_Crane_-_Too_Much_Dick_For_Her_Daughter.html
https://pornve.com/k1yy17rfbpfl/Gabriella_Paltrova__Georgia_Jones_-_My_Blindfolded_Best_Friend.html
https://pornve.com/k20xyuf0vryq/Brazzers_House_3_-_Episode_2.html
https://pornve.com/k22x72b2db9d/BigTitsInSports_Emma_Leigh_-_Sink_the_Pink.html
https://pornve.com/k24xdb104xgg/Georgie_Lyall_-_Make_Yourself_Comfortable.html
https://pornve.com/k25ggrec1dxr/Andy_San_Dimas_-_Anarchy_In_The_U_S_A.html
https://pornve.com/k2ayjmcczoy9/Ava_Addams_-_No_Trespassing.html
https://pornve.com/k2cw2t40rueu/Brazzers_Worldwide_Budapest_-_Episode_1.html
https://pornve.com/k2dy8sbdrtzl/Romi_Rain_Van_Wylde_-_Hungry_For_Spring_Breakers_Part_2_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/k2fet9ccp4vu/Briana_Banks_-_If_The_Bra_Fits.html
https://pornve.com/k2ilan4aimux/India_Summer_-_A_Day_In_India.html
https://pornve.com/k2n0j53iat8c/Phoenix_Marie_-_This_Tour_Sucks_Harder_Than_Your_Wife.html
https://pornve.com/k2y5nheg5pwg/Devon_Lee_-_Military_Booty.html
https://pornve.com/k32k8h5dicyc/Power_Bangers_XXX_-_Episode_2.html
https://pornve.com/k36d0xlusubt/Holly_Sampson_-_Reduce_Reuse_And_Tickle_My_Titties.html
https://pornve.com/k3d1nbfcdmap/Jaclyn_Taylor_-_His_Wife_Squats_-_On_My_Dick.html
https://pornve.com/k3f4bl9mshw2/Yhivi_Switchng_Teams_Part_2.html
https://pornve.com/k3iaa8lfprpi/Aleska_diamond_Are_You_The_Ma.html
https://pornve.com/k3m2lu861ro0/Monique_Alexander_-_The_Icing_On_The_Cock.html
https://pornve.com/k3om23hthyak/Anal_Blonde_Big_Tits_Hardcore_Amateur_Fun_ANAL_Fun.html
https://pornve.com/k3s5ehj1c6rc/Phoenix_Marie_-_Getting_Tanned_While_Fucking.html
https://pornve.com/k3u6zlfs9j4a/Brazzers_-_Abigail_Mac_Between_A_Cock_And_A_Hard_Place.html
https://pornve.com/k3yfr3mf8khj/Karlee_Grey_No_Way_Not_My_Car.html
https://pornve.com/k3yrghcdtysr/Stella_Cox_-_Cock_For_Cox.html
https://pornve.com/k43ayg4nq4m1/Happy_Tugs_Full.html
https://pornve.com/k44vre6bey8y/Erotic_Massage_Christy_Mack.html
https://pornve.com/k45iqg2bk5k0/Alena_Croft_Small_Hands_-_Shes_A_Smooth_Operator_-_Big_Tits_At_Work_-_Brazzers.html
https://pornve.com/k48j5mt0ipjs/Jeni_Angel__Ryan_Keely_-_You_Dont_Need_A_Cock_-_2.html
https://pornve.com/k4ai2mobvpdy/Alexis_Fawx__Mackenzie_Moss_-_All_In_A_Days_Squirt.html
https://pornve.com/k4av8kam0u8o/Queen_of_Thrones_Part_1.html
https://pornve.com/k4g2ygtgw0ja/Nia_Black_-_Cum_along.html
https://pornve.com/k4gcp3p1p27n/Connie_Carter_-_Lusty_Loft_Fucking.html
https://pornve.com/k4hqmefx5nw7/Kiki_Minaj_Danny_D_-_Pussy_In_Boots_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/k4ppajvwpfwj/Emma_Leigh_-_Sink_The_Pink.html
https://pornve.com/k4rbl3gkwad9/Ella_Hughes_-_Shy_Redheads_Want_Anal.html
https://pornve.com/k4rd0trsbzpq/Kortney_Kane_-_Vacation_Persuasion.html

https://pornve.com/k4wmej6yc1l7/Amirah_Adara_-_Backyard_Butt_Sex.html
https://pornve.com/k4ysidti5vta/Gina_Valentina_Justin_Hunt_I_Dream_Of_Gina.html
https://pornve.com/k54o1dn9uqhx/mgb_devon_michaels_devon_michaels.html
https://pornve.com/k5clslqf8e4o/Brazzers_House_-_Episode_1.html
https://pornve.com/k5df18y1vg8m/Brazzers_Twerking_Practice_Abella_Danger.html
https://pornve.com/k5e0b1e8ucz1/Kristina_Rose_-_Miss_Anal_2016.html
https://pornve.com/k5hdhtu8v1qs/Post_Match_Pussy_Part_Two_Kagney_Linn_Karter__Ramon__Rico_Strong.html
https://pornve.com/k5j1cul2fpoc/Jenna_Foxx_Xander_Corvus_-_Seeing_Eye_Dick_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/k5q72h1ahgwa/Ryan_Keely_-_Dickrupting_Her_Domestic_Bliss.html
https://pornve.com/k5s441fypokr/Brazzers_-_V_Is_For_Vigilante.html
https://pornve.com/k5sq6gtzmhlp/Francesca_Le_-_Your_Awe-Inspiring_Boobies.html
https://pornve.com/k60tnac4pcm3/Honey_Blossom_-_Hardcore_Nanny.html
https://pornve.com/k61ms1lfoghv/Til_Dick_Do_Us_Part_-_Episode_3.html
https://pornve.com/k62raanwszjb/MomsBangTeens_-_Gina_Valentina__Kate_Linn-Try_This_One_On.html
https://pornve.com/k6849czcfiw3/Brazzers_Over_Easy_porn.html
https://pornve.com/k69aneerqb03/_EPIC_PETA_JENSEN_PMV_.html
https://pornve.com/k6bxvhbr53n6/Sophie_Dee_-_Beach_Boat_And_Big_Boobs.html
https://pornve.com/k6g5h6j8b0w7/Krissy_Lynn_-_Rowdy_Armbar_Goes_Too_Far.html
https://pornve.com/k6p07skmhphc/Her_Fantasy_Ball_-_Eva_Lovia_-_Reality_King.html
https://pornve.com/k6q1f4xreq34/Allie_Haze_-_Hanging_Out_With_Allies_Ass.html
https://pornve.com/k6uwgwbjvwhl/ANAL_SHAKE_MASHUP_TRIOLOGY_-_NOVA_ARCH_FORGE.html
https://pornve.com/k6w34kfa97t9/Lyra_Law_-_Fuck_The_Festival.html
https://pornve.com/k6yk4zc9s9fi/Cumming_Straight_From_The_Underground_Diana_Prince__Nacho_Vidal.html
https://pornve.com/k720b2rgcvz9/Avery_Moon_Damon_Dice_-_Another_Study_Break_-_Sneaky_Sex_-_Reality_Kings.html
https://pornve.com/k79a18wp4x31/TeensLoveHugeCocks_Gabriella_Ford_Freaky_Teen.html
https://pornve.com/k7aehshiqjd7/Bridgette_B_-_Teachers_Tits_Are_Distracting.html
https://pornve.com/k7au8r4w9c3h/tlib_19_07_08_elsa_jean_creepy_next_door_neighbor.html
https://pornve.com/k7ca2kdhzdtc/Bianca_Breeze__Charlotte_Cross_-_Pussy_Lessons.html
https://pornve.com/k7f6x1vq4yyp/Go_HAM_Or_Go_Home_Cory_Chase__Lexi_Luna.html
https://pornve.com/k7l52o4qjoi6/Aubrey_Black_-_One_Slutty_Shopping_Spree.html
https://pornve.com/k7mb6bmt4qiu/Brazzers_Black_Out.html
https://pornve.com/k7nexlxcdb7i/BigTitsAtSchool_-_Brazzers_-_Diamond_Jackson_Justin_Hunt_Brazzers_Porn_School.html
https://pornve.com/k7pyo192bh90/Nika_Noire_-_Baseballs_In_Your_Mouth.html
https://pornve.com/k7yj64uty9sc/Whitney_Wright_-_Anal_Sex_Saves_Lives.html
https://pornve.com/k81t85ijsyea/Blanche_Bradburry_-_Teacher_Tease.html
https://pornve.com/k86lsa0qoxfq/Nicole_Aniston_-_Sliding_Into_Home.html
https://pornve.com/k86yegepvpvy/Cytherea__Felony_-_Gush_Goddesses.html
https://pornve.com/k8ai0fo60hht/Brazzers_Tied_Up.html
https://pornve.com/k8eqyn4yxzwt/Victoria_Lawson_-_Selling_My_Wifes_Hole.html
https://pornve.com/k8kb4yst7u8i/DAREDORM_62_Oil_Slick_1of2.html
https://pornve.com/k8lea9sklf0g/Alex_Blake__Cali_Carter_-_Club_Cunts.html
https://pornve.com/k8oep4shtolg/Sheena_Ryder_-_Sheenas_Ass_Owns_This_Club.html

https://pornve.com/k8p9bnoew9fy/MonsterCurves_Heidi_Van_Horny_Lovely_Heidi.html

https://pornve.com/k8pf4ej0ih86/The_Sexorcist_Sophie_Dee_Jordan_Ash.html

https://pornve.com/k8slcn55boqb/Jessica_Jaymes_-_Cabang-A-Bro.html

https://pornve.com/k8v775ei2dnh/Lindsey_Olsen_-_Wanted_Secretary_Squirting_Required.html

https://pornve.com/k99ckhe3y3jm/Nothing_Goes_To_Waste_Kaylani_Lei__Keiran_Lee.html

https://pornve.com/k9a295wmkj54/RKPrime_-_Sophia_Leone_And_Julz_Gotti_Omg_Its_Cinco_De_Mayo.html

https://pornve.com/k9f5bwutxnug/Keira_Croft_Xander_Corvus_-_Fuckin_Fountain_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/k9r660feapvh/Faye_Reagan_-_Great_Scott.html

https://pornve.com/k9rlgyyebjdv/RealWifeStories_Brazzers__Isis_Love_The_Marriage_CounselorFirst_Anal.html

https://pornve.com/k9v05m9lrapo/Roxanne_Rae_-_A_Rough_Pro_Bono.html

https://pornve.com/ka3iqjayw1az/Ashli_Orion_-_Mount_Me_In_Your_Ice_Cream_Truck_Sir.html

https://pornve.com/kac0nn75lee3/Isis_Love_-_Treasure_Hunt_Fuck.html

https://pornve.com/kaeh138by1ls/Alexis_Fawx_-_Odd_Jobs.html

https://pornve.com/kaliiur0wklj/BigTitsAtWork_19_09_25_Crystal_Rush_Personal_Assistance_XXX.html

https://pornve.com/kam4d5cj3093/Ariella_Ferrera_-_Driving_Dick_Shift.html

https://pornve.com/katb8hvq17ni/Destiny_Dixon_-_Fuckdate_With_Destiny.html

https://pornve.com/kb1cf6h7iu7r/Jess_Scotland_-_Jess_Screams_Yes_For_The_Dress.html

https://pornve.com/kb7v2n92zzzk/Ash_Hollywood__Brandi_Love_-_Competing_For_The_Cock.html

https://pornve.com/kbaxys3ypje5/Melina_Mason_-_Oiled-Up_And_Ready_To_Fuck.html

https://pornve.com/kbe2majysa7i/Angelina_Valentine__Rebeca_Linares_-_Open_Your_Fucking_Mouth_And_Eat_My_Cunt.html

https://pornve.com/kbekq0mgyrs1/Cherie_Deville_Ricky_Spanish_-_Cumplimentary_Training_Session_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/kbi6lg08h0ir/Jordan_Pryce_-_Queen_vs_Pawn.html

https://pornve.com/kbqff1inhoe7/Brazzers_Love_At_First_Swipe.html

https://pornve.com/kbt60qt84d8u/Bridgette_B_-_Locker_Room_Romp.html

https://pornve.com/kbu3gi7wa9vs/gia_dimarco_and_april_oneil_ANAL_SCHOOL.html

https://pornve.com/kc1onl6g6umh/Brooke_Brand_-_Television_Live.html

https://pornve.com/kc2b3mmy4vik/Darcy_Tyler_-_The_Trade_Off.html

https://pornve.com/kc6m9a9s31i4/Krissy_Lynn_-_Did_You_Miss_Me.html

https://pornve.com/kc71alxqb591/Pay_Attention_To_My_Pussy_Brazzers.html

https://pornve.com/kc75ehtznblq/Kendra_Lust_-_Nuru_Nymph.html

https://pornve.com/kc7bzivzp8od/Diamond_Kitty_MILFS.html

https://pornve.com/kc7xha0evj85/Milf_Squad_Vegas_-_Part_1.html

https://pornve.com/kc9xvgtlxr8l/Lela_Star_Johnny_Sins_-_Get_It_Up_Grandpa_-_Doctor_Adventures_-_Brazzers.html

https://pornve.com/kccm7qwqhmvj/Real_Wife_Stories_Part_2.html

https://pornve.com/kci4csfuz6fq/Valentina_Nappi_Sean_Michaels_-_Stretch_That_Ass_Out_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/kcir5k9f9tyu/Diamond_Foxxx_-_Karmas_A_Bitch_BITCH.html

https://pornve.com/kcjrsytbnm7l/Astrid_Star_-_Caught_On_Cumming_Camera.html

https://pornve.com/kcn5dentc7u9/Ava_Addams_Jessy_Jones_-_Sucking_The_Sitter_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/kcye3vqlvvvu/Bonnie_Rotten_American_Whore_Story_Part_Five_Brazzers_Anal_Rough_Teens_Bigtits_Brunette_facial_squirt.html

https://pornve.com/kd0no4bqfeyx/India_Summer_-_Hide_And_Seek.html
https://pornve.com/kd1z1cadmg2j/Jessica_Jaymes_-_The_Return_Of_Jessica_Jaymes.html
https://pornve.com/kd3ta9d09z4p/sexy_spanish_babe_trains_her_body_for_more_sexual_experiences.html
https://pornve.com/kd7wuhknl2yn/My_Stepmom_And_Her_Sister_Ariella__Missy.html
https://pornve.com/kddk3cx6iy99/Veronica_Avluv_-_La_Seductora.html
https://pornve.com/kdl42lhrsjca/Ashli_Orion__Sophie_Dee_-_A_Totally_Epic_Threesome.html
https://pornve.com/kdmy3948yfpo/Gracie_Glam__Lexi_Belle_-_Cock_Swan.html
https://pornve.com/kdrrrdwbzhs2/My_Wifes_Trainer_Luna_Star_Victoria_June__Keiran_Lee.html
https://pornve.com/kdt4j7ntuo09/Sexual_Education_8_Karlee_Grey.html
https://pornve.com/kdtpft6z3i3m/In_the_Darkroom.html
https://pornve.com/kdx5h0nzbexa/Asa_Akira_-_Boning_My_Boss.html
https://pornve.com/kdxe488sb88h/Cathy_Heaven_-_A_Fistful_Of_Heaven.html
https://pornve.com/kelpwkdnukes/Black_Angelika_-_What_A_Plump_Rump.html
https://pornve.com/ketaf1hg1ivf/rkprime_18_10_22_katana_kombat_and_emily_willis_shy_maids.html
https://pornve.com/keukm6jydv56/Nicki_Hunter_-_Hungry_For_Cock.html
https://pornve.com/keza82meg34q/Proxy_Paige_-_Double_Trouble.html
https://pornve.com/kf18yslgb5sd/CumFiesta_-_Kharlie_Stone_Give_It_To_Me_-_16_05_10.html
https://pornve.com/kfcm11rcgwuj/Charley_Chase__Isis_Love_-_A_Very_Naughty_Xmas.html
https://pornve.com/kfdy6hqri2g6/Drilling_Mommy_Scene_6_Getting_Dirty_With_Ms_Croft_Alena__Kyle_Mason.html
https://pornve.com/kfj54vcxud1x/Jessa_Rhodes_-_In_The_Lap_Of_Luxury.html
https://pornve.com/kfjko04jrclj/Calypsa_Micca_-_Meat_Handler.html
https://pornve.com/kflb2r4zjw2x/Sammie_Spades_-_Working_Out_My_Big_Tits.html
https://pornve.com/kflz84gfqrkb/Fat_Ass_Lela_Star.html
https://pornve.com/kfn1l3s1lg5e/Kayla_Paige_-_Safari_Slut.html
https://pornve.com/kfngoj8r9d7c/Brenda_James_My_Mother_The_Fucker.html
https://pornve.com/kftuzmy8b0ri/Dani_Daniels_-_They_Always_Come_Back.html
https://pornve.com/kfv79abpzjs5/All_Good_New_Brooklyn_Chase_And_Katy_Kiss.html
https://pornve.com/kg0omeostbno/Dirty_Dirty_Masseur_Asa_Akira_Category_.html
https://pornve.com/kg9otfl3ccar/Asa_Akira_-_Say_Hi_To_Your_Husband_For_Me_-_1.html
https://pornve.com/kgbzhcwycmnb/Valerie_Kay_-_Lets_Play_Whore.html
https://pornve.com/kgg5e8ci89sn/Blake_Rose_-_Extra_Credits_Extra_Tits.html
https://pornve.com/kggyaqkvrp26/GFRevenge_Dick_tasting.html
https://pornve.com/kgmngncy6tis/Horny_Nicolette_Shea_blonde_bigtits_bimbo_fitgirl.html
https://pornve.com/kgofy3gpgfdn/Porn_Habits_Brazzers_2018_-_Lena_Paul_Ramon_Big_Tits_At_Work.html
https://pornve.com/kgowd65kkat0/Ava__Phoenix_Xmas_Time_Orgy.html
https://pornve.com/kgr7s3zhxz0i/Dillion_Harper_-_Spin_Cycle.html
https://pornve.com/kh20lfe4ecsr/Ariella_Ferrera__Missy_Martinez_81_Top_Rated_Porn_Video_Of_Today_1 84_Most_Played_Porn_Video_Of_Today_200_Top_Rated_Porn_Video_Of_Week.html
https://pornve.com/kh2to00sx02u/Abigail_Mac__Azul_Hermosa_-_A_Mistress_For_All_Seasons.html
https://pornve.com/kh6p3l0oqpa8/Casey_Calvert_Black_Cherry_Pie.html
https://pornve.com/kh75pkb9ve0b/Kenzie_Reeves_-_Tiny_Dancer.html
https://pornve.com/khc03ki1eb57/Katya_Rodriguez_These_Boots_Were_Made_For_Licking.html
https://pornve.com/kheukhvgmdh6/Melissa_Lynn_-_In_The_Garden_Of_The_Milf.html
https://pornve.com/khft4pehrv36/Blanche_Bradburry_Dirty_Fitness_Trainer_Cums_In_Her_Pupils_Big_Ass.html
https://pornve.com/khglk15j8i21/Aleksa_Nicole__Courtney_Taylor_-_Welcome_The_Don.html

https://pornve.com/khj86p78qoob/Evie_Delatossa_-_The_Delatosso_Family.html
https://pornve.com/khkzefzdq8kc/Brazzers_Booty_On_Drip_Whitney_Wright.html
https://pornve.com/khnvzbwykt53/Robbin_Banx_-_Streetwalking_Seduction.html
https://pornve.com/khr6mxoyki0b/PornstarsLikeItBig_-_Janice_Griffith_Watch_Party_5B_HD_5D.html
https://pornve.com/khv4t37254ka/Aaliyah_Love_-_Conjugal_Fuckin_Visit.html
https://pornve.com/ki1j59sx1evp/India_Summer_-_Free_Screw_At_Hardware_Store.html
https://pornve.com/ki2sph9kra02/All_Good_New_Olivia_Fox.html
https://pornve.com/ki39y8rexmnb/Overnight_With_Stepmom_Part_Two_-_Tara_Holiday.html
https://pornve.com/ki90vs3d3jw2/Piper_Perri_-_Pounding_Piper.html
https://pornve.com/kicf8wubq7sx/Jessa_Rhodes_Johnny_Sins_-_Angel_Tits_-_Baby_Got_Boobs.html
https://pornve.com/kijrvrd31ozx/MomsInControl_Lezley_Zen_Raylin_Ann_Clandestine_Coochie_-_07_08_16.html
https://pornve.com/kimmoqa55q0l/Andy_San_Dimas_-_Sexy_Doctor_Takes_Advantage_Of_Male_Nurse.html
https://pornve.com/kipw5ctv6l30/RKPrime_Canela_Skin_One_Hell_Of_A_Pounding.html
https://pornve.com/kipyfu12kgz1/Brazzers_-_Jessa_Rhodes_Burst_On_My_Balloons.html
https://pornve.com/kiwbyybnrp55/Marina_Visconti_-_Vlogging_And_Flogging.html
https://pornve.com/kixx0ywdbynr/Jewels_Jade_-_Reverse_Tit_Psychology.html
https://pornve.com/kizgd9vcvhw5/GFRevenge_-_Laying_Layne_-_16_05_02.html
https://pornve.com/kj03m8lgxoup/Luna_Star_-_ZZ_Sex_Doll.html
https://pornve.com/kj0rm2eebzzk/Realitykings__Sneaky_Sex__Nailed_Your_Husband.html
https://pornve.com/kj1qdluxaj8t/Lisa_Ann_-_Sex_Therapist.html
https://pornve.com/kj2mxmg3bvre/TeensLoveHugeCocks_-_Riley_Reid_Super_Soak_Her.html
https://pornve.com/kj3qs1lhry08/Monique_Alexander_massage.html
https://pornve.com/kj4gnmuat16d/Madison_Ivy__Monique_Alexander_-_Lapdancers_Last_Laugh.html
https://pornve.com/kj70orkh90rt/_Brazzers_-_Sexy_latina_Vicki_Chase_gets_dick_instead_of_massage_.html
https://pornve.com/kj7pr7yysk6k/Darla_Crane__Gwen_Stark_-_Applicant_Cunt.html
https://pornve.com/kj9wyccldace/Dana_DeArmond_-_Stick_It_Up_The_Complaint_Box.html
https://pornve.com/kjbjglthjtee/Kalina_Ryu_-_If_I_Was_Your_Boss.html
https://pornve.com/kjh2is8308ne/Diamond_Foxxx_-_The_Sex-stitute.html
https://pornve.com/kjjmn30j3wb4/Georgie_Lyall_-_Forbidden_Fruit.html
https://pornve.com/kjojvix44nnh/Nikki_Woods_-_Naughty_Nikki.html
https://pornve.com/kjr0fv66jd9g/Sexy_Asa_Akira_Seduces_A_Horny_Malena_Morgan.html
https://pornve.com/kjx8t9eobp01/Kianna_Dior__Clover_Extra_Soapy_Busty_Asian_MILF.html
https://pornve.com/kjy758ksr5ep/Dylan_Phoenix_-_One_Sneaky_Pair_Of_Tits.html
https://pornve.com/kjyfqq5f8v1i/Moms_Bang_Teens_9_2015_part_5.html
https://pornve.com/kjym3whltls2/_Brazzers-_Lucky_guy_fucks_hot_babes_Jada_Kennedy_and_Maddy_in_locker_room_.html
https://pornve.com/kk2sfowdbhfz/Inside_Summer_Absolute_Knockout.html
https://pornve.com/kk3w2hc3uv79/Priya_Rai_-_BigTitsAtSchool.html
https://pornve.com/kk7u0zuu0y5k/Brooklyn_Chase_-_Nailing_Ms_Chase_-_Part_1.html
https://pornve.com/kk8s0wd05o2s/Noelle_Easton_-_Noelle_Joins_the_Chest_Club.html
https://pornve.com/kkaa4hng4qpa/Christen_Courtney__Rina_Ellis_-_Sex_Fighter.html
https://pornve.com/kkb0hm5q6vnq/Abigail_Mac_Danny_D_-_Sensual_Seduction_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/kkulsq3h5r6v/Capri_Cavanni_-_Care_To_Donate_Your_Organ.html
https://pornve.com/kkuuvt12pm1h/European_Girl_Sex_da_jessa_rhodes.html

https://pornve.com/kkxki4rnba0v/Ariella_Ferrera_-_Nuclear_Score.html
https://pornve.com/kl02tmpd6znp/Juelz_Ventura_-_Help_Doc_Im_Horny.html
https://pornve.com/kl4cvub6vu54/Franceska_Jaimes_-_Spanish_Teacher_Loving.html
https://pornve.com/kl4hvkxcsu01/RealityKings_Offroad_Road_Head.html
https://pornve.com/kl4q5o28tlqt/Peta_Jensen_-_Pass_The_Peta.html
https://pornve.com/kl68i9y54kdc/Alektra_Blue__Kirsten_Price_-
_Threesome_With_The_Date_Coach.html
https://pornve.com/kl9kzp7vz9x0/Dayna_Vendetta_-_The_Woman_Who_Was_Wronged.html
https://pornve.com/klawz8dkttsq/Kayla_Green_-_Pools_Rules.html
https://pornve.com/klbs2dozcsju/Ava_Austen__Nekane_Sweet_-_The_Translator.html
https://pornve.com/klcw5sbc13si/Audrey_Bitoni__Sex_on_Skates_-_Brazzers.html
https://pornve.com/kldm5spaucj8/Europe_-_incest_brother_sister_in_law.html
https://pornve.com/klkw16tqnts9/Bridgette_B_-_Its_A_Sausage_Fest.html
https://pornve.com/klsnf0frrzb6/Nicole_Aniston_-_Happy_Anniversary_Darling.html
https://pornve.com/klu8ovocxtxe/GFRevenge_Hannah_Reese_Record_Breaker.html
https://pornve.com/klv2c3zj9zie/Tory_Lane_-_Fuck_Friends.html
https://pornve.com/klzu4m4qhi5l/BigTitsAtWork_15_12_22_Tory_Lane_Im_Your_Christmas_Bonus.html
https://pornve.com/km1tqs6d9lp1/Leya_Falcon_-_Dont_Touch_Her_Ta-Tas.html
https://pornve.com/km6vw7glt3sp/Madison_Ivy_-_Mirage_Of_Ivy.html
https://pornve.com/km7e1ehun489/Stepmom_Sex_Ed_Julia_Ann_Tyler_Nixon.html
https://pornve.com/kmahcyeu1st8/Brooke_Belle_-_A_Friend_In_Need.html
https://pornve.com/kmevx5lvrbhe/WeLiveTogether_-
_Jessa_Rhodes_Ryan_Ryans_Sweet_Ass_12_29_16.html
https://pornve.com/kmhnp9cvxo1g/Jessie_Wylde_-_Panting_In_Public.html
https://pornve.com/kmsd6i57egcc/Alexis_Love__Jessica_Valentino_40Cum_drenched_tits41.html
https://pornve.com/kmvy3mv7d1vc/Dyanna_Lauren__Riley_Jensen_-_Dyke_Asylum.html
https://pornve.com/kn1195rd0eg8/Ariana_Marie_Whitney_Westgate_-
_Eating_Pussy_By_The_Pool.html
https://pornve.com/kn6f1ms2mq6c/Josephine_Jackson_Kristof_Cale_-_Boobs_For_The_Win_-
_Big_Naturals_-_Reality_Kings.html
https://pornve.com/knis7jx4xnrg/Aidra_Fox_Keiran_Lee_-_Juicy_In_Jeggings_-_Baby_Got_Boobs_-
_Brazzers.html
https://pornve.com/knmgex5w0i5c/Mischa_Brooks_-_Brooks_Bouncy_Birthday.html
https://pornve.com/knqy93ylh8dh/Krissy_Lynn_-_Im_A_Giver_And_A_Taker.html
https://pornve.com/knuuo5e7797a/Brooklyn_Blue_-_Dr_Blues_On_The_Blow-Job_Training.html
https://pornve.com/knzd462qrspr/Rita_Daniels_-_Bed_Ridden.html
https://pornve.com/ko1ioai6oayh/The_Sexorcist_Shophie_DEE_-_720p.html
https://pornve.com/ko39k12kh35x/Rachel_Roxxx_-_Climbing_Roxxx.html
https://pornve.com/ko49trval3n7/Holly_Halston_-_Balls_Deep_In_The_Deep_End.html
https://pornve.com/ko5zrabg63cr/Jewels_Jade_and_Franceska_Jaimes_Hot_Yoga.html
https://pornve.com/ko65zla249hs/Cathy_Heaven_Fistful_Anal_MILF.html
https://pornve.com/ko7edpqh92r2/Vina_Sky_-_Vinas_Gaping_Workout.html
https://pornve.com/ko8kdmkd5ecu/Courtney_Taylor__Jasmine_Jae_-
_Can_I_Bother_You_For_A_Tall_Glass_Of_Dick.html
https://pornve.com/koa4rbytjmnb/Alli_Rae__Devon_-_Happy_Stepmothers_Day.html
https://pornve.com/koabpie6phbi/Alli_Rae__Cassidy_Klein_-_The_Slutty_Babysitter_Part_Two.html
https://pornve.com/koh9flvystyn/Alina_Lopez_-_My_Dirty_Little_Secret.html
https://pornve.com/koild26ojlrp/Brazzers_Real_Wife_Stories_Preppies_In_Pantyhose_Part_3_13122018.html

https://pornve.com/koiul3ntmc6r/Julia_Bond_-_Sperm_Donor_Slut.html
https://pornve.com/kolxhdcz29cp/Romi_Rain_Blowjob_Insane.html
https://pornve.com/kon7ky29sgnp/Brittany_Andrews_-_A_Little_BIG_Trouble.html
https://pornve.com/korvj7o20xrp/Gwen_Stark_-_My_Stepsisters_New_Outfit.html
https://pornve.com/koupgf7uj0h6/Mothers_Day_Ass_Massage_Brazzers.html
https://pornve.com/kp431d36z550/Angela_White_Kagney_Linn_Karter_Phoenix_Marie_-
_Dinner_For_Cheats.html
https://pornve.com/kp7sn2vrv5p0/Free_Anal_-_1.html
https://pornve.com/kpiy0vwz7dcn/Monique_Alexander_-_Pussy_On_The_Green.html
https://pornve.com/kpjqziaiojbk/Nicolette_Shea_Markus_Dupree_-_Smart_Ho-me_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/kpkcr9kvxzbo/Angela_White_Zach_Wild_-_Busting_On_The_Burglar_-
_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/kpq85iovyu93/Rhylee_Richards_-_Sex_Toys_On_The_Gunn_Show.html
https://pornve.com/kps1vwxm4mn4/Jewels_Jade_-_A_Soldiers_Salute.html
https://pornve.com/kpuphul26urf/bigtits_at_school_kylie_page.html
https://pornve.com/kpwxzoor2kq4/Delta_White__Jayden_Jaymes__Nikki_Benz_-_I_Love_Cock__Balls.html
https://pornve.com/kpx68at1hcao/Karma_Rx_-_Karma_And_Her_Selfies.html
https://pornve.com/kpx7wym14cti/Make_This_House_A_Ho.html
https://pornve.com/kpxe0cq6tsce/Fix_Your_Fucking_Marriage_Nicole_Aniston.html
https://pornve.com/kpz951mx95bc/Brazzers_-_Eliza_Ibarra_Cucked_At_The_Carnival.html
https://pornve.com/kpzljhgmioun/Nia_Nacci_Xander_Corvus_-_Getting_Ripped_-_Teens_Like_It_Big_-
_Brazzers.html
https://pornve.com/kq2m6wpuwqmm/Kali_Roses_-_Cocksicle_Taste_Test.html
https://pornve.com/kq5ehwhucl4o/Ryan_Keely_-_Ryan_Uses_The_Washing_Machine_-
_DayWithAPornstar.html
https://pornve.com/kqb6yroecoe1/Avy_Scott_-_Cock_Switch.html
https://pornve.com/kqd4wjpzktum/Kagney_Linn_Karter_-_Kagneys_Crazy_Keister.html
https://pornve.com/kqfv4rkwd9ll/Monique_Alexander_-_One_Hour_Phot-ho.html
https://pornve.com/kqgv75o2uhtg/go_gina_big.html
https://pornve.com/kqjy7iyw9o77/RealWifeStory_Abigail_Mac_18_03_28.html
https://pornve.com/kqp11rsxc190/My_Pudgy_Husband_My_Whorish_Wife_-
_Romi_Rain__Rob_Piper.html
https://pornve.com/kqu0s4i4t8tw/Brazzers_How_To_Consult_A_Perfect_Ass_Jada_Stevens_Mischa_Brooks_
_Xander_Corvus_DA_Doctor_Adventures_Anal_AssWorship_Brunette_BubbleButt_Criminal_Doctor_Nurse_N
aturalTits_Nurse_Redhead_Threesome_Uniform.html
https://pornve.com/kr0he10099ed/Bonnie_Rotten_-_A_Massage_For_Bonnie.html
https://pornve.com/kr0pf5ajd2j5/Kara_Lee_Tony_Rubino_-_Busty_Bookworm_-_Big_Naturals.html
https://pornve.com/kr56b3dks8bi/Rachele_Richey_-_Rich_Brats_Of_Beverly_Hills_-_Part_1.html
https://pornve.com/krb0q4346l4x/Brazzers_-_AJ_Applegate_Tag_That_Ass.html
https://pornve.com/krbcde5saa60/Penny_Pax_-_Mermaid_Vibes.html
https://pornve.com/krbtc1ptg1ut/Peta_Jensen_I_will_prove_that_I_love_our_new_step_brother_even_more
.html
https://pornve.com/krckfyro2ldz/Alexis_Love_40Head_or_tails41.html
https://pornve.com/kren1rc3d3vi/MilfsLikeItBig_19_09_13_Brooklyn_Blue_Pantomime_Pounding_XXX.html
https://pornve.com/krhmbtiv0fqh/Evelin_Stone__Krissy_Lynn_-_The_Shoplicker.html
https://pornve.com/kri4kq1qvfak/Cherie_Deville_-_ZZ_Erection_2016_-_Part_1.html

https://pornve.com/kriaiw6m9djk/Brazzers_The_Model_Stepmom_Brazzers_Milfs_Like_It_Big_Justin_Hunt_K
aylani_Lei_Brunette_Blowjo.html

https://pornve.com/krihlp4ec0qt/Breanne_Benson_-_Securi-Tits.html

https://pornve.com/kriiobqr4xkf/Tru_Kait_-_Tru_Kait_Is_A_True_Tease_-_Day_With_A_Pornstar_-
_Brazzers.html

https://pornve.com/krjmuv25lwof/In-Tit-Pendence_Day.html

https://pornve.com/krmuy3nalypr/Nadia_Styles_-_Happy_Valentines_Day_Boss.html

https://pornve.com/krmv54oicvtb/Donna_Bell_-_Ride_The_Bride.html

https://pornve.com/krobhsufqvte/Die_Hardcore_3_Mia_Malkova.html

https://pornve.com/krrsatdl31v2/Ashly_Anderson_Robby_Echo_Looking_For_Guidance.html

https://pornve.com/krtp487w4733/Kitchen_Fuck_With_Yola_Yola_Flimes.html

https://pornve.com/krvpu42kkqoa/Rich_Fucks_Part_3_Brazzers_2018__Bridgette_B_Isiah_Maxwell_ZZ_Serie
s.html

https://pornve.com/kryphrsdb998/Ashley_Adams_-_Mall_Cop_Cock.html

https://pornve.com/krzf2vhwbqfz/Ariana_Marie_-_Liar_Liar_Pants_On_Fire.html

https://pornve.com/ks5kry1dixb3/Haley_Cummings_-_Photo_Finish_On_Her_Face.html

https://pornve.com/ks6xtssi1ve1/Skyler_Nicole_And_Nicole_Bexley_Booty_Friends.html

https://pornve.com/ks8y3f9rrwbq/Akira_Lane__Lola_Foxx_-
_Show_The_Doc_How_You_Suck_Cock.html

https://pornve.com/ks970wn13g8h/Allie_Haze_-_Allies_Personal_Workout.html

https://pornve.com/ksevgikcsnrf/RKPrime_Monique_Alexander_Katya_Rodriguez_Honey_Are_You_There_-
_12_01_2017.html

https://pornve.com/ksguu2bkq24q/Brazzers_-_Cougar-in-Law.html

https://pornve.com/ksif17smitb7/Britney_Amber_-_Titty_Film_School.html

https://pornve.com/ksknf8mip4nv/LilHumpers_1_S5_Alura_Jenson_The_Naughtiest_Lil_Elf.html

https://pornve.com/ksldkjsg78l5/Eva_Karera_-_ZZ_Erection_2016_-_Part_3.html

https://pornve.com/ksod2f9yiut9/New_HD_Alena_Croft_Anal.html

https://pornve.com/ksoz29yrwa35/2_Hens_And_A_Cock_Holly_Halston_Lezley_Zen.html

https://pornve.com/ksr78aykw7ba/bex_20_04_27_vina_sky_the_gape_that_keeps_on_giving.html

https://pornve.com/ksskk2x6vhwc/Kinsley_Karter__Nicolette_Shea_-_Put_Your_Body_Into_It.html

https://pornve.com/kt0x1sf9cvjt/Titty_Teasers_Riley_Evans_Velicity_Von.html

https://pornve.com/kt1ptwqjh539/Erotic_Massage_Adriana_Chechik_Anal.html

https://pornve.com/ktbsht7u6vz8/Kacey_Jordan_Gang_And_Bang_Jordi_T_Babe.html

https://pornve.com/ktcrdw2cspji/Brand_New_Alexa_Tomas_Ella_Hughes_And_Patty_Mchova_Pokemon_Go
_Parody.html

https://pornve.com/ktgk2lkgn8ny/Autumn_Falls_Van_Wylde_-_Taking_A_Swing_At_It_-
_Teens_Love_Huge_Cocks_-_Reality_Kings.html

https://pornve.com/ktjalac3b9w9/_Brazzers_-_Film_Class_Coochie_.html

https://pornve.com/ktpfyfm63a26/Charisma_Cappelli_-_Hockey_Playoffs.html

https://pornve.com/ktsbxno6x4zr/Alina_Li_-_Keep_Your_Head_Down_While_Giving_Head.html

https://pornve.com/ktwhv4mvxi9q/Cara_Saint-Germain_-_For_The_Players.html

https://pornve.com/ktxybrvo9buu/big_tits_brunette_milf_latina_mature_public_babe_tits_striptease_tags_a
ss_fox_and_friends_2254_42_plays_published_on_16_minutes_ago_category_ass.html

https://pornve.com/ktz8m7ausrmk/Stephanie_West_-_The_Welcum_Tour.html

https://pornve.com/ku91y90j7gg8/Nicole_Aniston_-_Career_Day_Lay.html

https://pornve.com/kuiytf1jcpas/Samantha_Bentley_-_British_Pornstar_Loves_Big_Dick_Anal.html

https://pornve.com/kukuuejw4q52/Brooke_Tyler_-_Hung_Like_A_Stud.html

https://pornve.com/kun3lwr4s3bs/Alektra_Blue__Madison_Ivy_-_Cant_Beat_Angry_Sex.html

https://pornve.com/kuuapre10151/Mulani_Rivera_-_Dancing_Boobs.html
https://pornve.com/kv17ppdsumpu/Adriana_Chechik_-_Fucking_Fired.html
https://pornve.com/kv96s7rov916/Nightmare_Before_XXX-Mas.html
https://pornve.com/kvdcnzuohl39/Evelyn_Claire_Keiran_Lee_-_Cock_For_Arts_Sake_-
_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/kvf2pr0uwvuw/Reverse_Psychology_Brazzers.html
https://pornve.com/kvfab8o640g0/Lexi_Luna_Johnny_Sins_-_Lexi_Gets_Drenched_-_Brazzers_Exxtra_-
_Brazzers.html
https://pornve.com/kvgmf1joogp6/Anissa_Kate__Bibi_Noel_-_Double_D-tention.html
https://pornve.com/kvj5rkw54lq6/Jasmine_Jae_His_Best_Friends_Bedding.html
https://pornve.com/kvpuqu5o40i5/August_Ames_-_Trophy_Wife_Teases_The_Pool_Boy.html
https://pornve.com/kvpzv1oztuxi/Nikki_Benz_Lawyer_-_Best_Scene.html
https://pornve.com/kvrzbvfu2oa7/Brandi_Love_-_Crossing_The_Panty_Line.html
https://pornve.com/kvs0dlws91sh/Kenzie_Taylor_Xander_Corvus_-_Ass_In_Heat_2_-
_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/kvs9xyh7yoj2/Alexis_Texas_-_Anal_Love.html
https://pornve.com/kvsekiooejkt/Angelica_Taylor__Summer_Brielle_-_Working_Out_The_Wives.html
https://pornve.com/kvvrkifpcdii/Madison_Ivy_-_Fuck_Star.html
https://pornve.com/kvzq1c9bcajc/Miss_Raquel_Bella_Rose_What_the_Client_Wants_the_Client_Gets_2.htm
l
https://pornve.com/kw8eqqm7l67n/Shae_Summers_Pussy_Power_2015_HD_1080p.html
https://pornve.com/kwf9f65c03no/Diamond_Jackson_-_Give_Me_Your_Breast_Offer.html
https://pornve.com/kwfw8kwojhsx/Queen_Of_Thrones_-_Part_4.html
https://pornve.com/kwgh9vhx9dui/Nina_Elle_That_Glistening_Ass.html
https://pornve.com/kwmu72rmwfnt/Jewelz_Blu_Luke_Ryder_-_Jewelz_Has_Cock_For_Breakfast_-
_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/kwo92mrv4bqo/Jewelz_Blu_Small_Hands_-_Dripping_In_Jewelz_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/kwr6lff22ori/Barbi_Sinclair_-_Dance_Dance_Fornication.html
https://pornve.com/kws4befg60ez/Tina_Kay_-_Blow_Team_Blow.html
https://pornve.com/kwsxw8f4hg0k/Kyra_Hot_-_All_About_The_Tits.html
https://pornve.com/kwtuswxou7wl/Gianna_Dior_-_Whoring_Out_The_Red_Carpet.html
https://pornve.com/kww368h6iz00/DAREDORM_75_Tape_Party_1of2.html
https://pornve.com/kww7es4xf312/Casey_Calvert__Nicolette_Shea_-_Tasting_The_Trophy_Wife.html
https://pornve.com/kx2pg2qxa8t6/Aleksa_Nicole__Brooklyn_Lee_-_Key_Party.html
https://pornve.com/kx2pts7ipgec/BigTitsAtSchool_-_Ella_Knox_My_Professor_Thinks_Im_Perfect.html
https://pornve.com/kx3pkj7hi8pa/Katana_Kombat_is_a_Bathing_Beauty.html
https://pornve.com/kx8awv9t6kya/Anal_Chris_Diamond_And_Victoria_Summers_Coffee_Shop_Girl_Takes_M
onster_White_Cock.html
https://pornve.com/kxaw1nqzdvay/Jenna_Ivory__Layla_Price_-_A_First_Time_For_Everything.html
https://pornve.com/kxe18ps40ns8/Cherie_Deville_Spring_Cumming.html
https://pornve.com/kxe85jukovec/BrazzersExxtra_-
_Adriana_Chechik_That_Warm_And_Fuzzy_Feeling.html
https://pornve.com/kxeu63do3jos/RexPorn_Com_Alexis_Fawx.html
https://pornve.com/kxq0azp6jbt8/Katie_Monroe_Alex_Legend_-_Read_My_Lips_-_Milfs_Like_It_Big_-
_Brazzers_1080p.html
https://pornve.com/ky8w2w6595hl/Veronica_Avluv_-_I_Can_Squirt.html
https://pornve.com/kydk7m9o1yf1/Cory_Chase__Lexi_Luna_-_Go_HAM_Or_Go_Home.html

https://pornve.com/kyg2a43vseox/Bonnie_Rotten_Danny_D_-_We_Need_Cum_Stat_-_Doctor_Adventures_-_Brazzers.html

https://pornve.com/kygkvavz8c1n/Marilyn_Scott_-_Rocked_By_Homeless_Cock.html

https://pornve.com/kyhj80afoqzj/Asa_Akira_-_Dickorette.html

https://pornve.com/kyk5xg68h95p/Isis_Love_-_The_Marriage_Counselor.html

https://pornve.com/kyl7pq5j4w5y/Jasmine_Jae_-_Scaring_The_Pants_Off_Him.html

https://pornve.com/kyu2wxwekzwf/Chanel_Skye_Charles_Dera_-_Feeling_Frisky_-_Round_And_Brown_-_Reality_Kings.html

https://pornve.com/kyyi6c3y880y/London_Keyes_-_School_Edi-Whore.html

https://pornve.com/kz2wo8kfhx8t/Kiki_Minaj_-_Latexxx.html

https://pornve.com/kz4pmtou0x2w/Devon_-_Til_Dick_Do_Us_Part_-_3.html

https://pornve.com/kz6jhpringjm/Julia_Ann_-_The_Brazzers_Zone.html

https://pornve.com/kz73iihppbvl/Tessa_Taylor_-_I_D_Whore.html

https://pornve.com/kz8eextve1s7/Interracial_Jayden_Jaymes_Hot_Anal_DP_IR_Fantasy.html

https://pornve.com/kzl4sc75eoli/Jayden_Jaymes_Oiled_Massage_And_Facial.html

https://pornve.com/kzl6g5ksstte/Trina_Michaels_-_Studio_69.html

https://pornve.com/kzmm1nh9ohrh/MikesApartment_17_04_12_Stacy_Snake_In_The_Ass_XXX_-KTR.html

https://pornve.com/kznnnhk0mh81/Kelly_Summer_-_Freshly_Squeezed_Boobs.html

https://pornve.com/kzratdy0uvu8/Ashley_Adams_Ashleys_Boobs.html

https://pornve.com/kzubtg2nsbff/Jayden_Starr_Ricky_Spanish_-_Surprise_Bathtub_Banging_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/kzwice5kh3ab/MommyGotBoobs_Kendra_Lust_Giving_Stepmom_What_She_Wants.html

https://pornve.com/kzx0m3x5mpk5/The_Voyeur_Next_Door_-_Part_1.html

https://pornve.com/kzxyr9pm9ito/Lust_Bite_-_Episode_1.html

https://pornve.com/l02n0qkgtjj2/Whitney_Wright_Markus_Dupree_-_Booty_On_Drip_-_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/l04roj8h3vw3/All_Good_New_Kristina_Rose_Anal.html

https://pornve.com/l04yl0dl4wsj/blonde_blowjob_big_tits_big_dick_boobs_babe_work_skirt_mslove_btaw_3122_42_plays_published_on_50_minutes_ago_category_ass_deep_throat_pornstar_nicole_aniston_tags_hot_idk_tag_this_video.html

https://pornve.com/l05b1jnm471p/Cherie_Deville_Ryder_Skye_Justin_Hunt_Cumming_At_Customs.html

https://pornve.com/l09rj0u24o05/Katana_Kombat_Ricky_Spanish_-_The_Nerd_Nails_the_Girl_-_Big_Tits_At_School_-_Brazzers.html

https://pornve.com/l0cs8v77rx2u/Candace_Cage_Voodoo_-_Naughty_Nympho_-_Pure_18.html

https://pornve.com/l0f6xdp98pcb/Chanel_Preston__Lexi_Swallow_-_Fuck_Work_Ethic.html

https://pornve.com/l0g8f3beknh4/Nikki_Benz_-_In_Miami.html

https://pornve.com/l0iou45a8qqw/Sienna_West_-_The_Voyeur.html

https://pornve.com/l0nwc0ihlwow/Peta_Jensen_-_Petas_Pool_Time.html

https://pornve.com/l0oc6swtoma2/Rachel_Milan_-_Big_Sausage.html

https://pornve.com/l0oeip3qr53e/BrazzersExxtra_-_Lauren_Phillips_Cabin_Fever.html

https://pornve.com/l0ozplh0wnp6/Tristyn_Kennedy_-_Emo_Sexting.html

https://pornve.com/l0qdn8y5i10w/Shay_Sights_-_A_Good_Morning_Cock.html

https://pornve.com/l0qo1cpq434k/Cherokee_-_Beach_Bum.html

https://pornve.com/l0ujxbyxnyej/Kimberly_Kendall_-_Cockaphrenia.html

https://pornve.com/l0yhlcex27w4/Lucky_Guy_fuck_two_milf_ebony.html

https://pornve.com/l0zf4m4om035/Brandi_Loves_Fuck_In_Garden_Published_On_57_Minutes_Ago.html

https://pornve.com/l10hhi3pkz76/Brandi_Edwards_-_You_Drive_A_Hard_Boner_Bargain.html

https://pornve.com/l10ns2uei1pt/Lena_Paul_Keiran_Lee_-_Ass_In_A_Hammock_-_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/l12acvzzuot1/Katrina_Jade_-_Drive_Me_Wild.html

https://pornve.com/l1brw8v3jxl3/Britney_Shannon_-_Shes_Ready_To_Cock_And_Roll.html

https://pornve.com/l1fzre272apx/RKPrime__RealityKings_Mia_Malkova_-_Not_today_jerk.html

https://pornve.com/l1hksjgr0i9b/Moms_Bang_Teens_Avalon_Heart_and_Cory_Chase_Virtual_Step_Mother.html

https://pornve.com/l1hx0duhrka2/Ryan_Reid_-_RK_At_Home_Fuck_Me_Forgive_Me_-_RK_Prime_-_Reality_Kings.html

https://pornve.com/l1joqkqv5lyu/Mckenzie_Lee_Sex_Yoga.html

https://pornve.com/l1kmmyzxda7n/Aidra_Fox_-_Unexpected_Dinner_Guest.html

https://pornve.com/l1ntcfr1m78t/Carmen_Caliente_-_Teens_Love_Huge_Cocks_7_2015.html

https://pornve.com/l1qody1dgq3j/MilfHunter_16_01_25_Amber_Chase_Well_Versed.html

https://pornve.com/l1qrwzlkqf81/Tory_Lane_-_Doing_It_The_Hard_Way.html

https://pornve.com/l1r9o2tboq35/Sofia_Lee_Danny_D_-_Stroking_The_Guards_Post_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/l20h1z8x7vbm/Alessandra_Jane_-_Fucking_The_Busker.html

https://pornve.com/l22rxs9aoqyb/Asa_Akira__Zoe_Voss_-_Lick_My_Asa.html

https://pornve.com/l26jfeezgwu9/Sofi_Ryan_-_Horny_In_Home_Ec.html

https://pornve.com/l2apyb24mgum/Alura_TNT_Jenson_-_Sneaky_MILF_Sucks_In_The_Theater.html

https://pornve.com/l2c9c7a7ssl2/ZZ_Series_Brazzers_House_Episode_1.html

https://pornve.com/l2m689ozqldv/Brazzers_-_Peta_Jensen_One_Wet_Cheerleader.html

https://pornve.com/l2nq6ks2izqh/DAREDORM_65_Flamingo_1of2.html

https://pornve.com/l2q57jbfb3r9/Megan_Salinas_-_Slutty_Sorority_Contest.html

https://pornve.com/l2s0ob31sz22/tlib_20_06_13_kennedy_leigh_21_hump_street_remastered.html

https://pornve.com/l2yym8e94g2p/RealWifeStories_Kendra_Lust_Peta_Jensen_My_Two_Wives.html

https://pornve.com/l33hu4ac7xss/ZZSeries_Ava_Addams_Phoenix_Marie_Romi_Rain_Tory_Lane_Brazzers_House_Sex_Challenge_480p.html

https://pornve.com/l368x37ebnmn/Sommer_Isabella_Mick_Blue_-_Top_Heavy_-_Baby_Got_Boobs_-_Brazzers.html

https://pornve.com/l39h3qizxr9v/Luna_Lain_Raven_Hart_Good_Taste.html

https://pornve.com/l3ca49nj3mmb/Tegan_James_-_Stranded_Stepmom.html

https://pornve.com/l3dgz2u71ft5/voennaya_medsestra_zhasmin_dzheyms_okazalas_shlyuhoy.html

https://pornve.com/l3hogo20jib7/Keiyra_Lina_-_Bust_Lust.html

https://pornve.com/l3peecj1duop/Karma_Rx_-_Day_With_A_Pornstar.html

https://pornve.com/l3z9mc5bpy9z/BEST_NEW_Ryan_Smiles_-_720p.html

https://pornve.com/l3zspgvcjnqa/Eenjoy_The_Scene_This_Good_Video_Eenjoy_Tha_Black_Ally_LSM_28_Most_Played_Porn_Video_Of_Today_188_Most_Played_Porn_Video_Of_Week.html

https://pornve.com/l429zv2u58oi/Diamond_Kitty_-_Cinco_De_Mayo.html

https://pornve.com/l4l84pmt2fen/Bridgette_B_-_Locker_Room_Romp.html

https://pornve.com/l4on5uo66c8r/Anna_De_Ville_-_Pedal_To_The_Anal.html

https://pornve.com/l4p40u32zs2l/Fishnet_Worth_Eliza_Allure.html

https://pornve.com/l4swwg6asxtr/Nikki_Delano_Robby_Echo_-_Her_Ass_Is_Straight_Fire_-_Big_Wet_Butts_-_Brazzers_1080p.html

https://pornve.com/l4yul8mq5xyr/Aubree_Valentine_-_Aubrees_On_The_List.html

https://pornve.com/l54vrfmdht8b/Isis_Love_-_Seeing_With_His_Hands.html

https://pornve.com/l55sdajec8bx/Mila_Marx_ZZ_Spring_Break_Part_Two.html

https://pornve.com/l5aetee0gpp9/professor_cougar_pounces_on_a_young_dick.html

https://pornve.com/l5dfzbotx4dc/Monique_Alexander_-_Day_With_A_Pornstar.html
https://pornve.com/l5e0ko0tn9jr/Julia_Ann_-_Mom_Blows_the_Job.html
https://pornve.com/l5hotueh615d/Nurse_Riley_.html
https://pornve.com/l5n9pcqgl7h9/Casey_Calvert_-_Sharing_My_Stepsister.html
https://pornve.com/l5sy29kphncb/Jolee_Love_-_Anal_Day_With_Jolee.html
https://pornve.com/l5twlossqhnc/Sibling_Rivalry_1_40April_Brookes_Kendall_Kayden__Van_Wylde41.html
https://pornve.com/l5xqsymmpq79/Cassidy_Banks_Michael_Vegas_-_Phone_Bone_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/l60zyusknk2b/Brazzers_Live_36_Lisa_Ann__Phoenix_Marie_MILF_Mania_HDF.html
https://pornve.com/l65oy2vu8nfx/Carmen_Valentina_-_If_The_Bra_Fits_Fuck_It.html
https://pornve.com/l69ub9j2516r/Teens_Like_It_Big_Anal_Probe_Experiments_Britain_-_Anna_de_Ville_Danny_D.html
https://pornve.com/l6aqf7emqi3u/Keira_Knight_-_Silence_Of_The_Clams.html
https://pornve.com/l6bwg3bhgery/Shyla_Stylez_-_I_Deserve_Whats_Mine.html
https://pornve.com/l6gjazkj16hi/RealityKings_Daisy_Stone_Fucking_The_Cable_Guy_SneakySex_openload.html
https://pornve.com/l6gv8kqqhtby/8thStreetLatinas_16_01_01_Bella_Reese_Bellas_Booty.html
https://pornve.com/l6l8kyghz7p5/Melissa_Moore_-_Big_Dick_In_A_Little_Box.html
https://pornve.com/l6pk5269yl96/Breanne_Benson__Jenni_Lee_-_Horny_Hosts_Of_Heaven.html
https://pornve.com/l6shv2p83e5e/Brazzers_Ghostbusters_XXX_Parody_Part_1_watch_online_for_free_YesPornPlease.html
https://pornve.com/l6wvfltavzyw/Christie_Stevens_-_Huge_Helping_Of_Sausage.html
https://pornve.com/l70um891cl8k/Abigail_Mac__Jessa_Rhodes_-_The_Ballad_Of_Johnny_Nathan_-_Part_1.html
https://pornve.com/l71jlhx8kgwi/Rebecca_More_-_Sperm_Bank_Deposit.html
https://pornve.com/l77gnh2x0m2c/my_horny_stepsons.html
https://pornve.com/l77sd8hzlwa1/Brazzers_House_2_-_Episode_3.html
https://pornve.com/l7ad3nsh0zf1/GFRevenge_15_11_02_Pussy_Picnic.html
https://pornve.com/l7byz3nt51aj/Brazzers_Live_-_30.html
https://pornve.com/l7fhpuls3akh/Nina_Elle_-_All_Roads_Lead_To_Sex_-_Part_2.html
https://pornve.com/l7frfo1sglts/Misty_Stone_-_Making_A_Good_First_Impression.html
https://pornve.com/l7gteuat0i5w/Capri_Cavanni_Real_Wife_Stories_Threesome_Interracial.html
https://pornve.com/l7l8guhfxm4y/RealityKings_French_Lessons_watch_online_for_free.html
https://pornve.com/l7mkrkzhu0if/Janice_Griffith_-_Shes_Changed.html
https://pornve.com/l7vyaujx7i34/A_Big_Tit_Whorror_Flick.html
https://pornve.com/l8991tfrtqtj/Alessandra_Jane_-_Well_Do_That_For_You.html
https://pornve.com/l89i75z66st0/Asa_Akira_-_The_Butler_Serves_Anal.html
https://pornve.com/l8f0ujjsnkj0/Mea_Melone_-_Lost_In_Brazzers_Episode_4.html
https://pornve.com/l8f8gubwxujl/Krissy_Lynn_-_Cathartic_Coitus.html
https://pornve.com/l8gj8im38qcn/Luna_Star_Manuel_Ferrara_Day_With_A_Porn_Star_Luna_Star_Day_With_A_Pornstar_Brazzers.html
https://pornve.com/l8r9hw3ev028/Stay_Away_From_My_Daughter_Ava_Addams.html
https://pornve.com/l8rj9zik07gq/Eden_Adams_-_Reconstructed_Cock.html
https://pornve.com/l8rs3xh75rea/Brooklyn_Chase_Ricky_Johnson_-_Walk_All_Over_Me_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/l8sozr609ebn/Bridgette_B_Angela_White_And_Ava_Addams_-_MILFS_Are_Exercising_Morning_Jog.html
https://pornve.com/l8tcwbjke36h/Jane_Wilde_-_Dont_Be_A_Doormat.html

https://pornve.com/l8v9az6iqcb7/Abella_Danger_-_A_Love_Hate_Fuck_Relationship.html
https://pornve.com/l8vsoga7coqf/Tiffany_Mynx_-_Oiled_Cougar.html
https://pornve.com/l8zgka6oz70h/BrazzersExxtra_Peta_Jensen_Yoga_For_Perverts.html
https://pornve.com/l94bm1j1qjui/Celine_Doll__Shalina_Devine_-_Stay_Behind_The_Camera.html
https://pornve.com/l9eg9cejos79/Brazzers_California_Dreamgirl_Cali_Carter_Sucks_every_last_Drop_of_Cum_out_of_Lucky_Mans_Cock.html
https://pornve.com/l9i2ik1f9mgf/Anastasia_Knight_-_My_Stepsister_Sucks.html
https://pornve.com/l9i7aq3vuihu/Brazzers_-_Big_ass_brunette_Amirah_Adara_gets_ass_fucked_by_her_doctor_.html
https://pornve.com/l9m1berhu8e8/Peta_Jensen__Phoenix_Marie.html
https://pornve.com/l9taadkn1xr1/Sofi_Ryan_-_Late_Nut_Encounter.html
https://pornve.com/l9us3nw1evgn/Thats_My_Boyfriend_Bitch_Brazzers.html
https://pornve.com/l9v3akk1tmzs/Jayden_Jaymes_-_Jaydens_Revenge_-_Brazzers.html
https://pornve.com/l9vy1mzhdp89/Lesbian_Unmasking_The_Mistress_-_Kendra_Spade__Abigail_Mac.html
https://pornve.com/la2vv9ij5l3k/All_Good_New_Ella_Hughes__Shona_River__Zoe_Doll__Jordi_El_Nino_Polla.html
https://pornve.com/la456ob1c8fe/Luna_Star_-_Lunas_Oiled-Up_Exercises.html
https://pornve.com/la5sdr5joc3b/Amia_Miley_-_She_Lifts_Bro.html
https://pornve.com/la5y4spuknb1/Sarah_Banks_-_Grateful_For_Cock.html
https://pornve.com/la644ocxql66/busty_angela_white_anal.html
https://pornve.com/la6n16lnonwb/Dillion_Harper_-_Double_Cups_With_No_Make-Up.html
https://pornve.com/la7nh82ucpt1/Ava_Addams_Justin_Hunt_-_Affirmation_To_Tit_Formation_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/la9v455a9hul/Far_West_Savannah_Stern_Gets_It_Good.html
https://pornve.com/laajff0l2d2h/Kristal_Summers_-_Malpractice_Slut.html
https://pornve.com/lafzzgx4dd2w/August_Taylor__Mia_Malkova_-_Dirty_Girls_Learn_Dirty_Words.html
https://pornve.com/lai886s1fmv6/Layton_Benton_Valentines_Day_Whorerror_Story.html
https://pornve.com/lamzcf0059ff/Danni_Rivers_Cocksicle_Tease_-_RKPrime_teens.html
https://pornve.com/lans5x3fvmq6/Erica_Fontes__Jasmine_Jae_-_World_Cup_UK_Team_Tits.html
https://pornve.com/las7zl49nsi4/Bailey_Brooke_-_Hot_Day_For_A_Tan.html
https://pornve.com/lb1cke5o9g6m/Morgan_Lee__Reena_Sky_-_Power_Play.html
https://pornve.com/lb525tt4qamf/Kortney_Kane__Monique_Alexander_-_The_Slut_Competition.html
https://pornve.com/lbbgo3dd0d0y/joyful_jerking_big.html
https://pornve.com/lbgh8pu55xy9/Raylene_-_Estranged.html
https://pornve.com/lbi4idfpdmr1/Fuck_Christmas_-_Part_3.html
https://pornve.com/lbihm8bg61v6/Serena_Avary_Xander_Corvus_-_Working_From_Home_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/lbmciilx6n06/BigWetButts_Kat_Dior_Perfect_Pantyhose_-_19_11_2016.html
https://pornve.com/lbmx29ivf7b9/Rachel_RoXXX_-_An_Ass_Made_By_the_Sweetest_Angels.html
https://pornve.com/lbnmvqvs6m28/Nina_Skye_-_Nipple_Spinning.html
https://pornve.com/lboeqvp1ure4/Peeping_The_Pornstar_Aletta_Ocean__Dany_D.html
https://pornve.com/lbsc9qkksjn2/Angel_Jay_40Ass_of_angel41.html
https://pornve.com/lbtr56ceb5io/Mounted_By_My_Mother-In-Law_Brandi_Love.html
https://pornve.com/lbysd4ug80nx/Mommy_Got_Boobs_Alexis_Fawx_The_Naked_Mom.html
https://pornve.com/lc3zldt2jl61/Brazzers__Big_Wet_Butts__Happy_New_Rear.html

https://pornve.com/lc4n58czn00m/Delta_White__Jayden_Jaymes__Nikki_Benz_-
_I_Love_Cock_N_Balls.html

https://pornve.com/lc7dr4zj6rqf/pornstar_3349_133_plays_published_on_5_hours_ago_category_anal_tags_
anal_fucekd.html

https://pornve.com/lc92j7p1n84r/The_Stepmom__The_Graduate_Brazzers.html

https://pornve.com/lcanacgaft81/Mandy_Muse_-_Young_Big_Butt_Anal.html

https://pornve.com/lcegtawfez96/Masseuse_Rivalry_Serena_Santos_Alina_Belle.html

https://pornve.com/lcj3zcpt8cft/all_you_can_fuck_buffet.html

https://pornve.com/lclp6ng4v3f3/Her_First_Footjob_Lucy_Doll__Syren_De_Mer_Milf_-
_Teen_Threesome_.html

https://pornve.com/lcrxgqp8518s/Blonde_mommy_fucks_her_daughter_boyfriend.html

https://pornve.com/ld46ntmvcyfq/European_Girl_Sex_strong_loving_big.html

https://pornve.com/ld6ewbxu2eb1/Erotic_Massage_Alexis_fawx.html

https://pornve.com/lda597u4dj26/Queen_Of_The_Dick_Abella_Danger.html

https://pornve.com/ldbjpjxsjtj3/Mommy_Got_Boobs_Veronica_Avluv__Buddy_Hollywood_Veronica_Avluv__
Buddy_Hollywood.html

https://pornve.com/lddfgu9ay2n0/Sharon_Lee_-_Nailed_Your_Husband.html

https://pornve.com/ldh8cjwnoart/Mya_Luanna_-_Fuck_My_Asian_Ass.html

https://pornve.com/ldhl9a5q5uzf/Alexis_Fawx_-_Teacher_Fucked_With_Strapon_And_Cock.html

https://pornve.com/ldjp78pinlkt/Juelz_Ventura_-_Hammering_Out_The_Details.html

https://pornve.com/ldke4kdusrt8/Taylor_Wane_-_Cup_Cake_Tits.html

https://pornve.com/ldlc9ndki9qj/Allison_Moore_-_Web_Of_Passion.html

https://pornve.com/ldnlst3asoru/Abella_Danger_-_Lights_CockCam_Action.html

https://pornve.com/ldoiykfvr83d/Gina_Valentina__Julia_Ann_-_I_Want_Her_To_Like_Me.html

https://pornve.com/ldtz8g3wrbzf/Tanya_James_-_Double_Vag_Canal.html

https://pornve.com/ldvao8idqhip/FROM_5star-Jordi_fuck_3MILFs.html

https://pornve.com/ldx1cnzg7aoa/Ashly_Anderson_-_Tempting_The_Trespasser.html

https://pornve.com/ldx4abzf9hb7/Presley_Maddox_-_Mad_Dox_The_Sand_Warrior.html

https://pornve.com/ldx4ek6o2eb6/Riley_Reid_-_Throat_Treatment.html

https://pornve.com/ldzbthbncb19/dirty_masseur_brazzers_ariella_ferrera_sean_lawless_rubbing_her_the_ri
ght_way.html

https://pornve.com/ldzfx3buux8v/Savannah_Bond_The_Wetter_The_Better.html

https://pornve.com/ldzuw6x17d3h/Gracie_Glam__Melanie_Rios_-_A_Full_Recovery_-_Part_2.html

https://pornve.com/le0wn0ck1wi9/Cum_for_me_cassidy_Free_Porn_Site.html

https://pornve.com/le33b0v95bhz/Alanah_Rae__Shyla_Stylez_-_Intimate_Surrender.html

https://pornve.com/le3nwq78do0l/Rikki_Six_-_Loony_Poons.html

https://pornve.com/le9lyq92tgw9/Brazzers_My_Professors_A_Pornstar_Brazzers_Jessa_Rhodes_Jessy_Jones
_School_Teacher_White_Girl.html

https://pornve.com/le9v8svfasc5/Cassidy_Banks_-_Rob_Me_Blind_And_Fuck_Me_Stupid.html

https://pornve.com/lebu3yunsceh/RealityKings_Trunk_Prank_watch_online_for_free.html

https://pornve.com/leeb1wr427dn/Power_Bangers_XXX_-_Episode_5.html

https://pornve.com/leip3lnp0466/Brazzers_-_Sexy_Pictures_Worth_A_Thousand_Words.html

https://pornve.com/leldwgud80g8/Our_Cute_Little_Plaything_-_Part_1.html

https://pornve.com/lerrybjitvxp/Ashley_Adams_-_Fucking_With_Security.html

https://pornve.com/les2u8nuyue5/Aidra_Fox_-_Driving_Dick.html

https://pornve.com/leu26j5sznwh/Brazzers_-_Shake_Shop_Shag.html

https://pornve.com/levi222drjet/Massage_girl_get_threesome_fuck.html

https://pornve.com/lew51lsa4kzv/Breanne_Benson__Britney_Amber__Mackenzee_Pierce_-_The_Ladies_Three.html

https://pornve.com/lewnm0zka3p5/Brazzers_A_Bottom_Bunk_Banging_Prince_Yashua__Karlee_Grey.html

https://pornve.com/lex2e36qxdms/MilfHunter_Elexis_Monroe_40Hunt_That_Pussy_-_25_07_1641.html

https://pornve.com/lex9qnm3yall/Halle_Hayes_-_Hide_The_Pickle.html

https://pornve.com/leygtou5r4d8/Jillian_Janson_-_The_Ex_Best_Thing.html

https://pornve.com/lf2gbjqtx89p/News_Ancwhores.html

https://pornve.com/lfenwv0thkhe/8th_Street_Latinas_-_Realitykings_-_Valentina_Jewels_Ricky_Spanish_-_Wrong_Turn_On_Eighth_Street.html

https://pornve.com/lfffw8w77n1o/Nikky_Dream_Danny_D_-_Walled_And_Balled_-_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/lfjrlpct4wfx/Andy_San_Dimas__Juelz_Ventura_-_Game_Of_Dick.html

https://pornve.com/lfm1jthmk19k/Katie_Morgan_-_Teacher_Takes_Advantage.html

https://pornve.com/lfmeslrpa597/Tyler_Faith_-_My_Ex_Is_A_Mom_Boinker_Yknow.html

https://pornve.com/lfp61a40pu4e/Diamond_Foxxx_-_Doctor_Feet_Fucker.html

https://pornve.com/lfrxasg0swat/Britney_Amber_-_Standing_Ovation_For_Britney.html

https://pornve.com/lg173c78qxhv/Peta_And_Nicole_Play_Some_Games_2016_ZZ.html

https://pornve.com/lgeh6y4zndsy/Asa_Akira_-_Cum_Stay_Awhile.html

https://pornve.com/lgi8ui1muj6l/Lazy_Daze_With_Lola_-_Lola_Luscious__Levi_Cash.html

https://pornve.com/lgje2qvxbdt4/Allanah_Li_-_Bed_Full_Of_Boobs.html

https://pornve.com/lgjhh2apxnju/Dani_Daniels_-_He_Says_She_Fucks.html

https://pornve.com/lgk4kpjh8pcl/Danny_D_And_Penny_Pax_-_Yes_Doctor.html

https://pornve.com/lglf2zvl2ad7/Samantha_Saint_-_Suck-Sex_In_Soccer.html

https://pornve.com/lgpzb1tezbbx/Monique_Alexander_And_Chloe_Amour_Game_Night.html

https://pornve.com/lgs3twxooabw/Rhyse_Richards_-_Life_Imitating_Smut.html

https://pornve.com/lgtahhjix1qe/Loni_Evans_-_Fuck_Me_Or_Fuck_The_Company.html

https://pornve.com/lgtcraulgzaw/Brooke_Beretta_Scott_Nails_-_Arctic_Ass_-_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/lgu8712a88mi/_Brazzers-_Busty_british_babes_Emma__Jasmine_humiliate_the_clerk_.html

https://pornve.com/lgwh6jlbh321/Jaye_Summers_JMac_Take_Me_Home.html

https://pornve.com/lgzomemefy77/Yurizan_Beltran_-_Bend_Over_Valentine.html

https://pornve.com/lh4qe3e35w0e/Mia_Lelani_Scott_Nails_-_Horny_For_My_Husbands_Brother_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/lh8pr8sy397w/Lolly_Ink_-_Bagging_The_Bellgirl.html

https://pornve.com/lhbx1orrru2d/Roxy_Risingstar_Put_Down_The_Phone_And_Fuck_Me.html

https://pornve.com/lhevgwcrvvbc/Tessa_Lane_-_Tits_Out_For_Stardom.html

https://pornve.com/lhgcyp98l4i4/Leya_Falcon_-_Sixty_Nine_Iron.html

https://pornve.com/lhjn1tdelduk/Madison_Ivy_-_Open_Up_For_Love.html

https://pornve.com/li1pbm7yn3ow/Brazzers_-_Caught_Talking_Dirty.html

https://pornve.com/li1s15wpdtvw/Brazzers_-_Peta_Jensen_The_Final_Exam.html

https://pornve.com/licb3z0q5hxi/Britney_Shannon_-_Dancing_For_The_D.html

https://pornve.com/lid10ltlv1p4/Liza_Del_Sierra_-_Giving_Him_The_Talk.html

https://pornve.com/lid8eqi11a5r/Monique_Alexander_-_Day_With_A_Porn_Star.html

https://pornve.com/lidni1cgx2d7/Ryan_Keely_-_Getting_Her_Happy_Ending.html

https://pornve.com/likbe9u5apus/Nerd_Gets_Revenge_By_Banging_His_Bullys_Mom.html

https://pornve.com/limopytplqiv/Luna_Star_Small_Hands_-_Hot_Negotiations_-_Big_Tits_At_Work_-_Brazzers.html

https://pornve.com/linnds93d477/BrazzersExxtra_Ariana_Marie_Nicole_Aniston_Yoga_Freaks_-_Episode_Seven_-_14_01_2017.html

https://pornve.com/lit3bjrn3w23/London_Keyes_-_7_Minutes_In_Heaven.html

https://pornve.com/liuz38zh8ezu/Karina_White_-_Working_Her_Way_Through_College.html

https://pornve.com/liwytwjp1j3b/Jessa_Rhodes_-_Pornstars_Are_Just_Like_Us.html

https://pornve.com/lj0ctlj8c4o4/Gina_Valentina_-_I_Dream_Of_Gina.html

https://pornve.com/lj3edb6i1wbr/Jynx_Maze_-_Obsessive_Cock_Disorder.html

https://pornve.com/lj6n8vgpgqty/Diamond_Foxxx_Cum_To_My_Yard_Sale_Mommy_Issues3.html

https://pornve.com/lj8el1b1f0xo/Devon_Lee_-_Dr_Groupie.html

https://pornve.com/ljalt5qs2zy7/Reagan_Foxx_New_MGB.html

https://pornve.com/ljcjrr9y10j2/Aubrey_Gold__Isis_Love_-_Tempted_By_Teens.html

https://pornve.com/ljgd38kqpw24/Kimmy_Olsen_-_Take_This_Ass.html

https://pornve.com/ljk0fw90fplb/Ava_Sanchez_Booty_Roller.html

https://pornve.com/ljkxv0nfjq50/_Ass_No_Questions_Spray_No_Lies_Franceska_Jaimes_Gets_Her_Big_Ass_Fuck_Hard_.html

https://pornve.com/ljl8tpvi5t9w/Scarlet_Banks_-_Can_I_Come_Over.html

https://pornve.com/ljlu59y4m9r5/Memphis_Monroe_-_Failing_Oral.html

https://pornve.com/ljnhw2xknwbd/realitykings2016_12_06_Cock_Embrace.html

https://pornve.com/ljo04vinpu7x/Alura_TNT_Jenson_-_Nursing_My_Stepsons_Sick_Dick.html

https://pornve.com/ljpjj5gw8c6u/Megan_Rain_Charles_Dera_-_Make_It_Rain_-_Pornstars_Like_It_Big_-_Brazzers.html

https://pornve.com/ljszjqfvfn4a/Honey_Demon_-_Operation_Ho_Ho_Ho.html

https://pornve.com/ljt6hvb3s98u/Alena_Croft_-_Shes_A_Smooth_Operator_-_Big_Tits_At_Work_-_Brazzers.html

https://pornve.com/ljujuu6pqw5g/The_Exxxceptions_Episode_4.html

https://pornve.com/ljyly0295wua/Alison_Tyler__Piper_Perri_-_Alison_Pounces_On_Pipers_Pussy.html

https://pornve.com/ljzqzerb2lmz/Madison_Ivy_Xander_Corvus_-_Sliding_Into_Madisons_DMs_-_Pornstars_Like_It_Big_-_Brazzers.html

https://pornve.com/lk1xdjwk8ojn/Gina_Valentina_-_Day_With_A_Pornstar.html

https://pornve.com/lk5bhlxkfd1y/Britney_Amber_-_Britneys_Butt_Bang.html

https://pornve.com/lkc5kihcseed/India_Summer_-_The_Cougar_And_The_Virgin.html

https://pornve.com/lkezkibli9r3/Kissas_Ass_Is_In_Danger.html

https://pornve.com/lkfw79kh1f6a/Karlee_Grey_LaSirena69_-_The_Maids_Make_A_Mess_-_Brazzers.html

https://pornve.com/lkj2n1b4z3mc/GFRevenge_Good_girl_gone_bad.html

https://pornve.com/lknqj4m6izne/Havana_Bleu_-_Destination_Pleasure.html

https://pornve.com/lku69qfc2e0b/All_Good_New_Dani_Daniels.html

https://pornve.com/ll23kjcqd2nz/Katalina_Mills_And_Amber_Chase_Pleased_To_Lick.html

https://pornve.com/ll6u09a4xd44/Eva_Karera_-_Dirty_Texter.html

https://pornve.com/ll9uccfw38yx/StreetBlowJobs_17_02_26_Deanna_Dare_Banging_Dare_XXX_-KTR.html

https://pornve.com/llcj8mhfor6f/Kenzie_Taylor_Seth_Gamble_-_Kenzie_Gets_Stuck_-_Day_With_A_Pornstar_-_Brazzers.html

https://pornve.com/lldzkiy06nh0/Lela_Star_Small_Hands_-_Never_Enough_Oil_-_Dirty_Masseur_-_Brazzers.html

https://pornve.com/llh27qplqhyt/In_Deep_Molleuex_BlackGfs.html

https://pornve.com/llht3lpfzsay/Jynx_Maze_-_All_Natural_Latina_Ass.html

https://pornve.com/llpbxls9plzx/Phoenix_Marie_-_Feeling_Up_Phoenix.html

https://pornve.com/llx00cm316iv/Vicki_Chase_-_Banging_The_Bride.html

https://pornve.com/lm0kxef54kyn/DayWithAPornstar_Valentina_Jewels_Horny_Valentina_Gets_Anal.html
https://pornve.com/lm0np1v7o240/Kenzie_Taylor_-_Fucked_In_The_Seat.html
https://pornve.com/lm4psx4hbwh0/NEW_MILF_Hunter_Richelle_Ryan.html
https://pornve.com/lmnjldqvywm9/Veronica_Avluv_-_The_Joy_Of_Body_Painting.html
https://pornve.com/lmpd3cqc5kbw/Alix_Lynx_-_Put_Her_To_The_Test.html
https://pornve.com/lmrdfls5kdmt/Erotic_Massage_Big_Boobed_Anal_Massage.html
https://pornve.com/lmsq4yaugd2o/Peta_Jensen_My_Honey_Wants_It_Rough.html
https://pornve.com/lmthsfxs8oqn/Cristi_Ann_-_Sexy_Latina.html
https://pornve.com/ln6rz4bp2qcc/Brazzers_Julia_Ann__Cassidy_Banks_-
_Yoga_Freaks_Episode_Two.html
https://pornve.com/ln8mkctm91ca/Natalia_Nix_-_Patience_Leads_To_Pussy.html
https://pornve.com/lnbxdltymzuo/Sophia_Locke_-_The_Chain_GangBang.html
https://pornve.com/lncc9ynocyzu/Raven_Bay_-_Under_My_Coworkers_Skirt.html
https://pornve.com/lncmlf7ssjz5/Angelina_Valentine_-_I_Dream_Of_Anal.html
https://pornve.com/lnfcs2jwpu36/Veronica_Avluv_-_Gimme_A_D-I-C-K.html
https://pornve.com/lng0ogvju5mx/Skylar_Snow_Zach_Wild_-_No_Splashing_-_Big_Wet_Butts_-
_Brazzers.html
https://pornve.com/lnihri70l4hw/Brazzers_-
_Gorgeous_brunette_patient_Kara_Faux_pays_the_doctor_a_visit_.html
https://pornve.com/lnl4qv2w6p31/Iris_Rose_-_Bitch_Better_Have_My_Money.html
https://pornve.com/lnrkyt2t5mhk/Nicole_Aniston_HOT_Team_Player.html
https://pornve.com/lo1g1kaaqe9h/Cockervention_Cory_Chase__Xander_Corvus.html
https://pornve.com/lo42nmln308v/Ashley_Downs_-_The_Milf_In_Her_Natural_Habitat.html
https://pornve.com/lo5spw5bo23g/Alena_Croft_-_Shes_A_Smooth_Operator.html
https://pornve.com/lo7nooxv4xdn/Luna_Star_-_Ass_Everywhere.html
https://pornve.com/loc4h0k3zzlm/Krissy_Lynn_Danny_D_-_One_Sneaky_Stripper_-_Brazzers_Exxtra_-
_Brazzers.html
https://pornve.com/lod8dud89qgz/Anya_Ivy_-_Take_One_For_The_Team.html
https://pornve.com/lodhhmxtsdlg/Layla_Sins_A_Very_Wet_Massage_Dirty_Masseur.html
https://pornve.com/loh9iggjwta7/Brandy_Aniston__Casey_Cumz__Christie_Stevens__Kiera_King_-
_Pass_That_Slut_Around_The_Barracks.html
https://pornve.com/lohfgr18ckkp/Jenna_Presley__Tasha_Reign_-_Dr_Presleys_Orders.html
https://pornve.com/lokekdvol033/DAREDORM_73_Happy_Analversary_1of2.html
https://pornve.com/lombpn3x425r/Angel_Smalls__Lauren_Phillips__Phoenix_Marie_-_Getting_Steamy.html
https://pornve.com/lop8pd030p64/Carolyn_Reese_-_Sex_And_Whore_Shoes.html
https://pornve.com/lopd0w8ky3m8/ZZ_Superhero_Showdown_-_Danielle_Maye__Lexi_Lowe.html
https://pornve.com/lope8qb51bju/Holly_Halston_-_Polly_Want_Some_Pussy.html
https://pornve.com/los2naw4baj5/Brazzers_-_Robbin_Banx_Welcum_To_The_Neighborhood.html
https://pornve.com/loug8gefdbcu/Elicia_Solis_-_The_Multitasking_Titties.html
https://pornve.com/lovcgposk3pi/Assh_Lee_-_Filthy_Anal_Fuckfest.html
https://pornve.com/low62ufbp3kk/TeensLoveHugeCocks_Esperanza_Del_Horno_Enjoying_Esperanza.html
https://pornve.com/loypfopirrcl/Cecilia_Lion__Sophia_Leone_-_Catty_Co-Stars.html
https://pornve.com/lp3lpt2fieup/Angelina_Valentine_-_Ohhh_The_Humanity.html
https://pornve.com/lp9fkz82yo7e/Cherie_Deville_-_Dr_Spankencocks_Sexperiments.html
https://pornve.com/lp9wad7eyzxz/Camryn_Cross_-_Out_On_Parole.html
https://pornve.com/lpcc9pitjkkm/Stepmom_In_Control_brandi_love.html
https://pornve.com/lpkm96muo69o/Alexa_Tomas_-_La_Puta_Envidia.html
https://pornve.com/lpkzrt3bqvtr/Dani_Daniels_-_ZZ_Lemonade.html

https://pornve.com/lpmwa09l7ar4/Just_One_Clit_Away_Rebecca_More.html
https://pornve.com/lpv2hi1uy2rt/Shay_Evans_-_Shay_Dreaming.html
https://pornve.com/lpxt81qffr9u/Gia_Paige_-_Im_Not_Leaving.html
https://pornve.com/lq0jxv7sdfw3/Natasha_Nice_-_Office_Initiation.html
https://pornve.com/lq3cd4dcv2yw/Alexis_Ford_-_Perks_Of_The_Job.html
https://pornve.com/lq67dbe8cocd/Serena_Skye_Sean_Lawless_-_Cut_Them_Free_-_Big_Naturals_-_Reality_Kings.html
https://pornve.com/lqc17xr6hiny/RKPrime_19_07_16_Megan_Rain_Tennis_Titties_XXX_SD.html
https://pornve.com/lqdzjh7dnyq2/Foot_Job_Rachel_Starr_Surprise.html
https://pornve.com/lqfdm45klqdk/Ava_Addams_-_Already_Wet.html
https://pornve.com/lqgm24qo8286/Cytherea_-_Can_I_Crash_And_Bang_Your_Mom.html
https://pornve.com/lqgtil0bvsop/Ava_Koxxx__Leigh_Darby_-_My_Scissoring_Stepmom.html
https://pornve.com/lqkfzgrknonx/Devon_Michaels_-_Get_Out_Of_My_Dreams_And_Into_My_Pussy.html
https://pornve.com/lqlwlz0hv800/Mason_Moore__Presley_Maddox_-_Doing_Time.html
https://pornve.com/lqn38ucy3y9f/Angelina_Valentine_-_Anal_Big_Tits_Cumshot_Deep_Throat_Latina_Double_Penetration.html
https://pornve.com/lqnwrnurzaer/Rachel_Starr_-_I_Need_Your_Big_Pipe_For_My_Leaky_Pussy.html
https://pornve.com/lqp49cmscq9d/Richelle_Ryan_-_Fucking_The_Janitor.html
https://pornve.com/lqpxdi9we47v/Mary_Jean_-_Mary_Jeans_Balloons.html
https://pornve.com/lqye2krc4cqu/Cumpilation.html
https://pornve.com/lr2a2flk1lhe/Christiana_Cinn_-_Fuck_Your_Budget.html
https://pornve.com/lr6q6uhlks3c/_Real_Estate_Milf_.html
https://pornve.com/lr7p544t2vbl/Juelz_Ventura_-_A_Bribe_From_The_Boss.html
https://pornve.com/lrau41fth5zn/MommyGotBoobs_19_07_17_Reagan_Foxx_What_Size_Are_You_XXX_SD.html
https://pornve.com/lrhowqj5c08e/Moms_Bang_Teens_11_2015_Reality_Kings_Scene_5.html
https://pornve.com/lrp13h6ovhkc/Anal_Sex_For_His_Birthday.html
https://pornve.com/lrt6c8nl1aw6/Krissy_Lynn_-_Doctor_By_Day_Porn_Star_By_Night.html
https://pornve.com/lry20grkl43c/Jenna_Haze_-_Christmas_Punishment.html
https://pornve.com/ls0dlhsumg36/Katana_Kombat_-_Teachers_Lounge.html
https://pornve.com/ls16557ijz3y/Mature_dicked_hard.html
https://pornve.com/ls1rxlgk23lx/Jewels_Jade_-_The_Window_Washers_Are_Here.html
https://pornve.com/ls3r6ohdmsb1/Tiffany_Watson_Juan_El_Caballo_Loco_-_Facial_By_Surprise.html
https://pornve.com/ls6ahmcpy76d/Destiny_Dixon_-_Get_Horny_Get_Healthy.html
https://pornve.com/lsewx158i1vr/Brazzers_-_Sneaky_Slut_Needs_To_Learn.html
https://pornve.com/lsnlzzxpqw8t/Brooklyn_Gray_-_The_Guru_Of_Gape.html
https://pornve.com/lspfd3j8wmdh/Magnificent_Melons_2.html
https://pornve.com/lt880rdg9vjw/Velicity_Von_-_Hawaii_Tickets_Up_For_Grabs.html
https://pornve.com/lt91xg32prsm/Darla_Crane_-_One_Hell_Of_A_Commission.html
https://pornve.com/lt9wxj7a1hsv/Cali_Carter__Cherie_Deville_-_Massage_My_Mother_In_Law.html
https://pornve.com/ltglwxih2w7n/India_Summer_-_Curing_A_Sex_Addict.html
https://pornve.com/ltiwea03j8de/Nicole_Aniston_-_The_Stranger.html
https://pornve.com/ltk5pkizimnr/Kelly_Divine__Sara_Jaymes_-_Elite_Dyke_Society.html
https://pornve.com/luajtgpx5egt/Alison_Star_-_Boobie_CUNTestant.html
https://pornve.com/ludcrn870lhm/Daisy_Cruz_-_You_Fuck_My_Son_You_Are_Fired.html
https://pornve.com/luejrwdluyvv/Allie_Haze_-_Hanging_Out_With_Allies_Ass.html
https://pornve.com/lufhgc7wnlri/Ella_Knox_Ramon_Nomar_From_Posing_To_Moaning_Big_Naturals.html

https://pornve.com/luh0kt32wgdj/Kimmy_Granger_Small_Hands_Xander_Corvus_-_Cock_And_Frisk_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/luhddnyehgos/My_Blindfolded_Stepmom_Christie_Stevens_Kyle_Mason.html

https://pornve.com/lulr60nt87jw/My_Not_So_Prude_Best_Friend_-_Part_1.html

https://pornve.com/luqk7ueel2nw/Lexi_Swallow_-_Lexi_Swallows_The_Waiter.html

https://pornve.com/luriaumkn9lw/Bobbi_Dylan__Diamond_Foxxx_-_Lick_A_Boss.html

https://pornve.com/luv2s8o11x91/ashley_adams_soak_the_pussy_monster_curves_bigtits_.html

https://pornve.com/luzb12xzrv85/bgb_christy_mack_sd169.html

https://pornve.com/lv06gl44lcan/Nikki_Hunter_-_Ace_In_Her_Hole.html

https://pornve.com/lv17b0seq3h3/Angela_White__Luna_Star_-_Wild_Thots.html

https://pornve.com/lv2k91jxazej/Sunny_Lane_-_The_Masturbating_Teacher.html

https://pornve.com/lv3is4048os9/GFRevenge_Poke_that_pussy.html

https://pornve.com/lvj4rzzi2q8k/Cara_Madison_Scott_Madison_Ivy_40Incredible_trio41.html

https://pornve.com/lvtqqxrd5zj9/_Maid_For_Anal_.html

https://pornve.com/lvttvhwxvz87/Christie_Stevens_Kyle_Mason_-_Only_The_Best_For_My_Family_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/lvuxp35gn3fy/Ashley_Fires_-_Burglarize_My_Butt.html

https://pornve.com/lvx1neyicz07/Best_of_brazzers_happy_halloween.html

https://pornve.com/lvy1eq0fp1wz/Nika_Noire_-_Airport_Security_Has_Never_Been_This_Tight_And_Wet.html

https://pornve.com/lw17hixzrbve/Emily_Addison__Violet_Starr_-_A_Hardcore_Massage_From_Hell.html

https://pornve.com/lw64ggas1116/Kagney_Linn_Karter_-_Fucking_Doctors.html

https://pornve.com/lw7p7m3oizzw/Angelica_Raven_-_Brazzers_Mint_Gum_Cum-mercial.html

https://pornve.com/lw9lq4qjp0jk/Angelas_Sex_Auction.html

https://pornve.com/lwb2ycw73rai/Vanessa_Cage_-_Can_You_Undress_Me.html

https://pornve.com/lwk18zi7001c/Esperanza_Gomez_Facial.html

https://pornve.com/lwlx49w5zqoq/Jessica_Jaymes__Shyla_Stylez_-_A_Day_In_The_Life_Of_Shyla_Stylez.html

https://pornve.com/lwqd2ysv1yop/Blondie_Fesser_Shes_On_The_Prowl.html

https://pornve.com/lwqr3x4hpqin/Shyla_Stylez_-_Intense_Asshole_Treatment.html

https://pornve.com/lwrawim4v2bl/Nicolette_Shea_-_Off_The_Rack.html

https://pornve.com/lwt6wq8cj6dk/Brazzers_-_Monique_Alexander_And_Elsa_Jean_Pornisity.html

https://pornve.com/lww224non8ph/Brazzer_Public_Sex.html

https://pornve.com/lwwfrfahyk6r/BrazzersExxtra_-_Barbie_Sins_Tight_As_Tape.html

https://pornve.com/lwwn79bxl6o6/Alexis_Fawx_-_While_My_Husband_Was_Dozing.html

https://pornve.com/lx39am2ixlcg/HotAndMean_Madison_Ivy_And_Monique_Alexander_Lapdancers_Last_Laugh.html

https://pornve.com/lx3yn6x82fap/BrazzersExxtra_19_09_23_Julie_Kay_Sucking_Off_My_Sisters_Man_XXX.html

https://pornve.com/lx7pvbtkzpyb/dwp_20_02_27_monique_alexander.html

https://pornve.com/lxblzmpob3sp/Veronica_Avluv_-_The_Other_Way_Around.html

https://pornve.com/lxfe5kez6evn/Cindy_Starfall_-_The_Janitors_Closet.html

https://pornve.com/lxgnublzpasb/Brazzers_The_Dick_Pic_Trick_Brazzers_Brazzersexxtra_Tyler_Nixon_Nicolette_Shea_Blonde_Blowjo.html

https://pornve.com/lxhc6ghs5l3w/naughty_couple_steal_a_camera_and_fuck_in_public.html

https://pornve.com/lxmblomiqf9n/Simone_Sonay_-_Milfshake.html

https://pornve.com/lxmesm44u9x0/Candy_Alexa_Danny_D_-_Dildos_In_The_Drain_Pipe_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/lxq6s5ehvdtm/NB_Fishnet_Anal_This_Big_Tit_Slut_Blows_A_Thick_Cock_And_Takes_A_Nice_Hard_Pounding_Up_Her_Slutty_Asshole_Until_Its_Time_For_Her_milky_White.html
https://pornve.com/lxtumg2ei6ld/Candee_Licious_The_Dick_Fairy.html
https://pornve.com/lxwvyzypndk5/Jenna_Haze_-_Gets_Cock_For_Christmas.html
https://pornve.com/ly141ru2g5s9/Tia_McKenzie_-_Of_Course_Its_A_Girl_Silly.html
https://pornve.com/ly6s349ehxpq/Katrina_Jade_-_Exchange_Of_Favors.html
https://pornve.com/ly85yqm7627w/Alina_Lopez_One_Hot_Box_Hardcore_Blowjob.html
https://pornve.com/ly8hc28mvool/Barbie_Sins_-_The_Whore__Her_Chores.html
https://pornve.com/lyatqnwlg0a1/DareDorm_16_03_31_Spring_Break.html
https://pornve.com/lybxbleq2ff3/Ann_Marie_Rios__Briana_Blair__Sunny_Lane_-_Johnnys_Angels.html
https://pornve.com/lyfi8waq7ae3/Brandy_Aniston__Britney_Amber__Juelz_Ventura_-_Bang_On_The_Fourth_Of_July.html
https://pornve.com/lyg1wpprbwa2/Madison_Ivy_-_Naughty_Nuru.html
https://pornve.com/lygoixaa0snv/Miko_Lee_-_Lees_Interview.html
https://pornve.com/lyif3rggi2f1/Sheridan_Love_-_Our_College_Librarian.html
https://pornve.com/lyn489rq6kvb/Lola_James_-_Sucking_Her_Way_Out_Of_Expulsion.html
https://pornve.com/lyo84fcf0cli/Veruca_James_-_I_Had_The_Strangest_Dream_Last_Night.html
https://pornve.com/lz0a0j2atnxv/MILFS_Like_It_Big_-_Reagan_Foxx_By_Jaojao.html
https://pornve.com/lz6apmbjy4c6/Phoenix_Marie_-_The_Incredible_Slut.html
https://pornve.com/lzfp4gz1slhh/BrazzersExxtra_-_Kira_Noir_And_Sailor_Luna_Youve_Changed_Part_2.html
https://pornve.com/lzkkfipezjo6/Caught_By_My_Stepsister_Bailey_Brooke_Sloan_Harper.html
https://pornve.com/lzlp0qgg5rfv/Adria_Rae_-_What_Goes_Around_Cums_Around.html
https://pornve.com/lznbgr1dud5j/Fucking_Like_Frenemies_-_Part_1.html
https://pornve.com/lzv26x9smwjk/Carmen_Mcarty__Halia_Hill_-_After_School_Cat_Fight.html
https://pornve.com/m06eqxhfyqq8/huge_tits_accompany_brittany_whites_wet_chocolate_pussy.html
https://pornve.com/m0a1omnqeruw/Best_squirting_pack_collection_New-_1h_2_min.html
https://pornve.com/m0aivvwohpdc/Liza_Del_Sierra_-_English_Dick_vs_French_Booty.html
https://pornve.com/m0bb74c6apna/Capri_Cavanni_-_Your_Wifes_A_Slut.html
https://pornve.com/m0pt9hr914jv/Evelin_Stone_Xander_Corvus_-_Reflection_Eternal_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/m0pvnwwaq4l0/Amy_Anderssen_Filthy_Moms_1_S1.html
https://pornve.com/m0svlskeurjq/Brazzers_hardcore_blonde.html
https://pornve.com/m0t2yhpv0lvy/Brazzers_-_Luna_Star_Sex_Is_The_New_Green_Energy.html
https://pornve.com/m0u3dqa70orm/_Brazzers-_Pervert_peeping_gets_caught_by_Bonnie__Gia_and_gets_punished_.html
https://pornve.com/m0woqwn53m9v/Reagan_Foxx_-_Too_Hot_To_Handle.html
https://pornve.com/m0z5lroloicl/big_tits_milf_ass_ebony_babe_striptease_tags_ass_tits_tag_this_video_best_ebony_milf_2350_42_plays_published_on_115_minutes_ago_category_amateur.html
https://pornve.com/m12xep8dv2ip/Krissy_Lynn_Justin_Hunt_-_Im_A_Giver_And_A_Taker_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/m143g5rc2w5g/Lisa_Ann_-_Lisa_Anns_Lover.html
https://pornve.com/m14qr33un9gb/Ariella_Ferrera_-_Panty_Stash.html
https://pornve.com/m16zuwsl7h0j/Madison_Ivy_-_Making_Madison_Wet.html
https://pornve.com/m18momeabitd/Karlie_Brooks_Doing_The_Dishes_4_most_played_porn_video_of_today_22_most_played_porn_video_of_week_72_most_played_porn_video_of_month.html

https://pornve.com/m1d64p8r8nl4/2_on_black.html
https://pornve.com/m1evmr3bxxrx/Brazzers_House_3_-_Episode_1.html
https://pornve.com/m1hu2241g131/_Line_Em_Up_-_BRAZZERS_.html
https://pornve.com/m1ka7ar40e5m/Dani_Jensen_-_Sent_From_My_iBone.html
https://pornve.com/m1kwxy43x2ci/Anna_Bell_Peaks__Ashly_Anderson_-
_Breaking_In_My_New_Girlfriend.html
https://pornve.com/m1n6ircxt82s/Pussy_O_Plomo_-_Part_4.html
https://pornve.com/m1s6pm766x5k/MomsInControl_17_03_02_Richelle_Ryan_And_Cassidy_Banks_Home_Is
_Where_The_Whore_Is_XXX_-KTR.html
https://pornve.com/m1sqhkg1rdul/Brazzers_Big_Wet_Butts_Nailed_In_Nylons_Kat_Dior.html
https://pornve.com/m1uqgdh1wdbl/Stephanie_Cane_-_Pornographic_Persuasion.html
https://pornve.com/m1w11joegmjw/Kimmy_Kush_If_The_Bra_Fits.html
https://pornve.com/m23ioubpfzh9/Phoenix_Marie_Yoga_Freaks_Episode_Thirteen_XXX_KTR.html
https://pornve.com/m23u6iny3hs5/Brazzers_-_Nikki_Sexx_Ash_Revenge.html
https://pornve.com/m26xr407o839/BigNaturals_-_Athena_Palomino_Sugar_Rush.html
https://pornve.com/m2au8dni40ys/Realitykings__in_the_VIP__Lick_It_Up.html
https://pornve.com/m2d2ng1i7ej1/New_Alexis_Monroe_Facial_Cumshot.html
https://pornve.com/m2e0i8p7o6g9/rws_19_05_29_janice_griffith_shes_changed.html
https://pornve.com/m2h723r95on0/Aryana_Augustine_-_Hosing_Down_Her_Titties.html
https://pornve.com/m2ps6xoyfryl/Briana_Banks__Taylor_Sands_-_The_Loophole.html
https://pornve.com/m2rzui5q749l/The_Getaway_Part_2_BraZZers_HDRip.html
https://pornve.com/m316pf8ajnce/Lylith_Lavey__Mackenzee_Pierce_-_Obstacle_Cunts.html
https://pornve.com/m31pf7s8proe/Amy_Anderssen_Getting_Workout_By_Black_Dick_Amy_Anderssen_Getti
ng_Dick_Down_By_Her_Daughters_BF.html
https://pornve.com/m337mtdfpa6q/monstercurves_19_05_20_rose_monroe_pool_chillin.html
https://pornve.com/m36eso7hxvk7/Brazzers_Audrey_Bitoni_And_Madison_Ivy_Orderly_Whorderly.html
https://pornve.com/m38xjj2l1drd/Moms_In_Control_14_S4_Ashly_Anderson_Cherie_Deville.html
https://pornve.com/m3gstm8li9u7/Dani_Daniels_-_The_Whore_Of_Wall_Street_-_Episode_4.html
https://pornve.com/m3i3fej0l5r2/Lily_Lane_-_Dollars_For_Inches.html
https://pornve.com/m3ixpv52g1kd/_Brazzers_-
_Hot_Sophia_Laure_gets_a_hard_fucking_during_workout_.html
https://pornve.com/m3jwvw708myn/Monique_Alexander_Johnny_Castle_-
_Good_Ol_Fashioned_American_Fucking_-_Brazzers_Exxtra.html
https://pornve.com/m3kpc8do7228/Aubrey_Black_-_Welcum_Home.html
https://pornve.com/m3mx1dlnooft/Gym_Instructor_Really_Really_Hot_This_Chick_Squats_On_A_Dick_And_
Gets_Fucked.html
https://pornve.com/m3naezwf9m4w/tlib_17_09_26_rhiannon_ryder_squirtin_on_a_nerd.html
https://pornve.com/m3qestk48tni/MilfsLikeItBig_Cherie_Deville_Spring_Cumming.html
https://pornve.com/m3r2z1qk5dlj/BrazzersExxtra_-_Kat_Dior_Lapping_Up_My_Cumcicle.html
https://pornve.com/m3vv0scelj6g/Aletta_Ocean_assfuck_maniac.html
https://pornve.com/m46skn1efllh/Shay_Sight_-_Weve_Cum_A_Long_Way.html
https://pornve.com/m49mrtildyxc/Abbey_Brooks__Bridgette_B_-_Truth_Or_Dare.html
https://pornve.com/m4b8m95s3wpw/Brazzers_-
_Hot_Alexis_Fawx_become_a_nurse_and_fucks_Keerans_pain_away_.html
https://pornve.com/m4br50fumdz5/mlib_19_04_30_missy_martinez_coach_martinez.html
https://pornve.com/m4chvr9fld09/Brazzers-
_Big_tits_police_woman_Elicia_Solis_punishes_her_prisoner_.html
https://pornve.com/m4ra5t8og4g0/Vanessa_Cage_-_Sweet_18_Slut.html

https://pornve.com/m4u87od3vmk0/Eva_Notty_-_Hot_Tub_MILF_Machine.html
https://pornve.com/m4uws2vk8s5p/BEST_NEW_Jewels_Jade_-_720p.html
https://pornve.com/m4v43bzpc6et/Desiree_Night__Misty_Stone_-_MILF_Witches.html
https://pornve.com/m4wf64uan7rs/Cherie_Deville_-_Getting_Even_And_Getting_Laid.html
https://pornve.com/m4xxmmb4oceb/Jenna_Sativa__Molly_Stewart_-_Cam_Girl_Lock_Up.html
https://pornve.com/m4yrpg53wn6p/August_Ames__Vanessa_Cage_-_Lesbians_Love_Massages.html
https://pornve.com/m51e37n3r7wb/Avrill_Hall_-_Pussy_On_The_Motorbike.html
https://pornve.com/m52foxyxf3js/Breanne_Benson_-_Pucks_And_Fucks.html
https://pornve.com/m55qfauut5ln/Sasha_Rose_Rude_Awakening.html
https://pornve.com/m585zupmnvxu/Dani_Jensen_-_Danis_Back_And_Ready_To_Play.html
https://pornve.com/m5dfb8e45su9/Big_Tits_At_School_Britney_Amber_Titty_Film_School_21_12_15.html
https://pornve.com/m5kfl4hoszjm/Sasha_Summers_-_Hot_Teen_Next_Door_25_2015.html
https://pornve.com/m5ks8384znch/When_Dads_Away_Stepmom_Will_Play_-_Yasmin_Scott.html
https://pornve.com/m5mhefk8jt60/Mandy_Muse_Alex_Legend_Penetrating_Pantyhose.html
https://pornve.com/m5mmmjx4u341/Chyna_Bella_-_Bingo_Bango.html
https://pornve.com/m5qpwaarmo4l/CumFiesta_17_01_24_Amber_Gray_Play_With_It_XXX_-KTR.html
https://pornve.com/m5ul6nr6bib1/Josephine_Jackson_-_Josephines_Intense_Workout.html
https://pornve.com/m5v0uqb3aas3/inthevip_flash_dance_published_on_11_months_ago_1_category_babe_
public_pornstar_breanne_benson_uma_stone_tags_ami.html
https://pornve.com/m5wgqovm27kl/Leigh_Darby__Summer_Brielle_-
_Slutty_Stepmom_Threesome.html
https://pornve.com/m5xv2odtzxn5/RealWifeStories_Amber_Deen_The_Caterer_-_17_11_2016.html
https://pornve.com/m64imv4jx1ph/MomsBangTeens_17_04_10_Cory_Chase_And_Sierra_Nicole_New_Cock_
To_Fuck_XXX_-KTR.html
https://pornve.com/m685i861rmyt/_Brazzers_-_Sexy_Teens_Playing_With_A_Huge_Cock_.html
https://pornve.com/m6m2y5b9pbvw/Adrian_Maya_-_Diary_Of_An_Anal_Addict.html
https://pornve.com/m6ov72979b8i/Whitney_Wright_-_Does_This_Make_My_Booty_Look_Big.html
https://pornve.com/m6pkf09k2t7z/Romi_Rain_-_Library_Cop-A-Feel.html
https://pornve.com/m6sw71dd69i0/Nika_Noire_-_Board_And_Certified.html
https://pornve.com/m6tmki28f0tf/Kaylani_Lei__Madison_Scott__Marie_Luv_-_Major_Trust_Issues.html
https://pornve.com/m6u4afz3mktn/Courtney_Taylor_Xander_Corvus_-_Anniversary_Switch_-
_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/m6ucl2gmpz9k/Brazzers_House_Reality_Show_Nikki_Benz_Kairan_Lee.html
https://pornve.com/m72twf7b571x/Dollie_Darko_-_Dipping_Inside_Dollie_Darko.html
https://pornve.com/m74m4usqavmg/Brooklyn_Chase_-_Butting_Out.html
https://pornve.com/m7b9nonrvwz7/Alanah_Rae__Memphis_Monroe_-_Speed_Swingers_Delight.html
https://pornve.com/m7bcc7ufz6mu/Katana_Kombat_-_Teachers_Lounge.html
https://pornve.com/m7fcfy9sbhng/Kalina_Ryu__Morgan_Lee_-_Rub_N_Tug_Trainee.html
https://pornve.com/m7j46nfzopn1/Nicolette_Shea_Danny_D_-_Massaged_On_The_Job_-
_Dirty_Masseur_-_Brazzers.html
https://pornve.com/m7n96ya4xqxh/Chanel_Preston_-_The_Case_Of_The_Pearl_Necklace.html
https://pornve.com/m7pirri85i71/Irreconcilable_Slut_-_Part_2.html
https://pornve.com/m7qjfpsmz3wq/Cathy_Heaven_-_Cathys_Heavenly_Ass.html
https://pornve.com/m7sm5wxh1jqm/Ava_Addams_-_Sucking_The_Sitter.html
https://pornve.com/m7vqr1dii8ys/Kelsi_Monroe_-_The_Most_Exuberant_Booty.html
https://pornve.com/m7widuz9zr9t/Chanel_Preston_-_Fucked_Betrayal.html
https://pornve.com/m7wksw78g0cj/Ember_Snow__Luna_Star_-_The_Maid_Cums_Clean.html
https://pornve.com/m82tgyha6vob/Lexi_Swallow_-_Scott_Nails_Lexi_Swallow.html

https://pornve.com/m8b7q8rwo9b1/EuroSexParties_Natty_Mellow_And_Luna_Rival_Loving_To_Fuck.html

https://pornve.com/m8f67ffqwj15/Brooklyn_Chase__Shawna_Lenee_-_Xmas_Sweater_Party.html

https://pornve.com/m8lhjz984t29/Lena_Paul_-_Horny_Home_Care.html

https://pornve.com/m8o7dyy22qtm/Mia_Lei_Alberto_Blanco_Let_The_Tit_Drop_Big_Naturals_Reality_Kings.html

https://pornve.com/m8rst72kfx2g/Vanessa_Cage_-_Guide_For_Taking_Care_Of_Your_New_Husband.html

https://pornve.com/m8wikmylftig/Elsa_Jean_Monique_Alexander_Johnny_Sins_-_Pornisity_-_Pornstars_Like_It_Big.html

https://pornve.com/m8yp5cfsfl0q/Kiara_Edwards_-_How_About_Cock.html

https://pornve.com/m91e1g5kn4ri/Alexis_Fawx_-_A_Treat_For_Her_Feet.html

https://pornve.com/m945u2jmtv5b/Alura_Jenson_-_My_Mother_In_Law_Likes_it_Raw.html

https://pornve.com/m97rl9j1r84f/_ava_addams_and_kimmy_granger-_all_night_rager.html

https://pornve.com/m99lmns4ykqb/Melissa_Moore_-_Moaning_In_The_Morning_Light.html

https://pornve.com/m9bbtbo2vgtd/Kenzi_Marie_-_From_Student_To_Slut.html

https://pornve.com/m9cxxuhztnwi/Lala_Ivey_-_Break__Enter_Me.html

https://pornve.com/m9fcrucbx6u3/Jodi_Taylor_-_Impressing_Mr_Big.html

https://pornve.com/m9g2v1u7dlay/Diamond_Foxxx_-_Stepmoms_Sweet_Glory_Hole.html

https://pornve.com/m9k99t64elni/The_nurse_is_having_sex_with_her_grandson.html

https://pornve.com/m9kj5kjv59lj/Brazzers_-_Hardcore_High_Notes.html

https://pornve.com/m9tqr9waiswj/BabyGotBoobs_Jayden_Lee_in_Asian_Loves_Wet_Tifucking_40201441.html

https://pornve.com/m9xo22aoumok/ZZ_Nuit_Rouge_-_Azul_Hermosa_-_Real_Wife_Story.html

https://pornve.com/ma2t8dddnoy7/Euro_Sex_Parties_-_Realitykings_-_Tina_Kay_Elle_Rose_Erik_Everhard_-_Tina_Teaches_A_Slut.html

https://pornve.com/ma846llho13e/Kimmy_Granger_-_A_Talk_With_Teacher.html

https://pornve.com/madjdmspze6b/She_Helps_Me_Study_Lily_Jordan_Michael_Vegas.html

https://pornve.com/mahtfw34rij4/Cassidy_Banks__Kenzie_Taylor_-_Line_Em_Up.html

https://pornve.com/mair4pro2l7m/Brazzers_Worldwide_Paris_-_Episode_5.html

https://pornve.com/maivqroh2iqf/Rio_Lee_-_Rio_Lees_Big_British_Booty.html

https://pornve.com/malcqhw7ilf7/Katana_Kombat_Oliver_Flynn_-_Katanas_Summer_Fling_-_Pornstars_Like_It_Big_-_Brazzers.html

https://pornve.com/mam69fakyk3u/8thStreetLatinas_15_11_06_Missy_Martinez_Big_Trouble_Missy.html

https://pornve.com/mapzk8n1n6or/Jennifer_Adams_-_Porn_Overload.html

https://pornve.com/maqiweizhwwk/Amezing_Fucking_Time_with_Unknown_Lady.html

https://pornve.com/mar6oqjqfgom/Jane_Wilde__Monique_Alexander_-_HOE-tel.html

https://pornve.com/mas6d61yldgw/Bailey_Brooke_Sarah_Jessie_Kyle_Mason_-_Prom_Mom_-_Moms_In_control_-_Brazzers.html

https://pornve.com/matt0lf2rrkk/Mercedes_Carrera_Cock_Out_Cop_Out.html

https://pornve.com/mav5c9io7j4g/Brazzers_-_Peta_Jensen_A_Guilty_Conscience.html

https://pornve.com/mazlu2oghwod/Mandy_Muse_-_Yoga_Freaks.html

https://pornve.com/mb2qfrqw8kxo/Bridgette_B_-_B_For_Big_Butt.html

https://pornve.com/mb3ti58lwdhu/Evelyn_Lin_-_To_Stalk_A_Cock.html

https://pornve.com/mb4h7yl9ixqf/Ebony_Babe_Priya_Price_Is_Right.html

https://pornve.com/mbdnsh8fvcrn/Vina_Sky_The_Gape_That_Keeps_On_Giving_XXX_KTR_DailyPorn.html

https://pornve.com/mbguj9r2kmsn/Kagney_Linn_Karter_-_Porno_P_I_-_Part_2.html

https://pornve.com/mbjkv0i3ngov/Aidra_Fox_Lesbian_-_720p.html

https://pornve.com/mblio2htkwtu/bex_aidra_fox_bb112016_1000.html

https://pornve.com/mbm12exp1hz6/_Sexy_Lana_Rhoades_is_being_fucked_and_her_boobies_are_bouncing_.html

https://pornve.com/mbmukmpmltdk/Mother__Daughter_Sharing_the_shower_with_Big_Cock.html

https://pornve.com/mbtmnc1lja2i/Traffic_Jamming_Delilah_Strong__Keiran_Lee.html

https://pornve.com/mc0anyvz5i4j/Bridgette_B__Carmel_Moore_-_A_Steamy_Orgy.html

https://pornve.com/mc99nlxwp9zs/Cherie_Deville_-_Sneaking_Around_With_Her_BFFs_Son.html

https://pornve.com/mcbcmlzpqwyn/Marry_Queen_-_Burst_On_The_Nurse.html

https://pornve.com/mceaevr5t6g7/Jada_Stevens_Maddy_Oreilly_Kennedy_Leigh_-_Locker_Room_Hijinks.html

https://pornve.com/mcks1nbfugch/BigNaturals_Nikki_Blake_Big_Ole_Beauties.html

https://pornve.com/mcmx9zme0v4z/Liza_Del_Sierra_Sam_Bourne_Asstronomy.html

https://pornve.com/mcnvpua6lgxg/Ariella_Ferrera_-_My_Sons_Best_Friends.html

https://pornve.com/mcpf8cg6ycqn/rkprime_19_07_04_abella_danger_like_its_1776.html

https://pornve.com/mctiwz6gxrh5/Anya_Ivy__Lynn_Vega_-_Up_All_Night.html

https://pornve.com/mcvi3oo3dnh8/Felony_-_Cheerleader_Pounding.html

https://pornve.com/mcx4qc12pt7t/Kapri_Styles_That_Booty_Is_So_Juicy.html

https://pornve.com/md4604iatsjh/Richelle_Ryan_-_Honey_Would_You_Mind_Milking_My_Nuts.html

https://pornve.com/mdcc5x6mi7h3/Addison_Lee_-_Happiness_is_a_Warm_Bum_-_Big_Wet_Butts.html

https://pornve.com/mddtiem3one5/Sybil_Stallone_-_Nip_Slip-Up_-_Brazzers.html

https://pornve.com/mde3y2jauh4g/MommyGotBoobs_Sandra_Star_Cumming_In_-_21_08_16.html

https://pornve.com/mdllndvce507/RoundAndBrown_Yasmine_De_Leon_40Bare_ass41.html

https://pornve.com/mdsz4i3usqzq/Kendall_Karson_-_Cooking_With_Kendall.html

https://pornve.com/mdxscai3gywa/Bonnie_Rotten_Alex_Legend_-_He_Came_At_Night_Part_1_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/me4xm02wylxc/The_Lecherous_Londons_-_Chapter_2.html

https://pornve.com/me53dakectyl/Ryan_Keely_-_Eating_Out_For_Thanksgiving.html

https://pornve.com/me9qcu9zapsi/check_girl_play_game.html

https://pornve.com/megh5yaizlyq/Jada_Stevens_-_Best_Butt_In_The_Biz.html

https://pornve.com/mek87v2wx7yt/Luxury_Girl_Luxurys_New_Jeans_XXX_KTR_DailyPorn.html

https://pornve.com/men4w0dv0umg/Brazzers-_Blonde_busty_doctor_Phoenix_Marie_treats_her_patient_well_.html

https://pornve.com/menljxg2qutf/Jenna_Haze_-_I_Am_Desirable.html

https://pornve.com/mevspk4rfc70/Kimmy_Grange_-_Brunette_Cumshot_Babe_Handjob_Small_Tits_Fisting.html

https://pornve.com/mf5bkm9m8da4/Jade_Kush_JMac_-_Getting_Her_Rocks_Off_-_Brazzers_Exxtra.html

https://pornve.com/mf8r5vsre25u/Cory_Chase_-_Hot__Sweaty_Day.html

https://pornve.com/mf9l3tsvqf0v/Eve_Evans_-_Como_Se_Dice_Big_Dick.html

https://pornve.com/mfbwwqltvnwm/The_Pussy_In_My_Pool_Big_Tits_Blonde_Corinne_Blake_Fucks_Poolside_.html

https://pornve.com/mfegwfwkpfhg/Michelle_Lay_-_Getting_Fucky_On_The_First_Date.html

https://pornve.com/mfftqr2tigqk/April_ONeil__Yurizan_Beltran_-_Salsa_Seduction.html

https://pornve.com/mffvnogiaw7m/Brazzers_-_Busty_milf_doctor_Julia_Ann_relieves_her_patients_hard_on_.html

https://pornve.com/mfi8ghwhs1ox/Brazzers_Live_-_7.html

https://pornve.com/mflgolrio9bg/Shazia_Sahari_-_Dont_Forget_The_Fresh_Rosemary.html

https://pornve.com/mfuxgiusgdyg/Load_Size_Jordis_Max_Sofia_Rose.html

https://pornve.com/mfvpl7g93smy/Misty_Love_The_Body_Suit_HD.html
https://pornve.com/mg2cngfpr7dc/Eva_Karera_-_That_Pussys_Electric.html
https://pornve.com/mg3ki8vwjyl4/Teanna_Trump_-_Look_Whos_Cumming_For_Dinner.html
https://pornve.com/mg8p8izc2hvp/Smart_Ho_me_Nicolette_Shea.html
https://pornve.com/mgdqeyt1xsk5/Bridgette_B_-_Two_For_One_Special.html
https://pornve.com/mgfma1mxlfcn/Gia_Dimarco_-_Marathon_Dong.html
https://pornve.com/mgggfmx193f6/Kagney_Linn_Karter_-_Plump_Pantyhose.html
https://pornve.com/mgil2242x0tc/Mia_Malkova_-_So_You_Think_You_Can_Prance.html
https://pornve.com/mgnokna59kw4/Dillion_Harper_-_Sluts_Spin_The_Bottle.html
https://pornve.com/mgoyrh0lm8is/Danika_Mori_Steve_Mori_-
_RK_At_Home_Tiny_Danika_Stretched_By_Huge_Dick_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/mgphfzic37o3/Sexy_Facial_Real_Amateur_Lexi_Jaxson_04_30_2015.html
https://pornve.com/mgrm6un011hy/MonsterCurves_19_07_24_Alura_Jenson_Worship_Me_XXX_SD.html
https://pornve.com/mgt4lj1rfy8s/Ariella_Ferrera_-_Honey_Its_A_Motorbunny.html
https://pornve.com/mgup23vn7738/MonsterCurves_-
_Lela_Star_And_Rose_Monroe_Thick_And_Wet.html
https://pornve.com/mgw4zh3tf4lr/Paige_Turnah_-_The_Unseen_Affair.html
https://pornve.com/mh1vtrfogthi/Ivy_Lebelle_Keiran_Lee_-_Butt_Dialing_Babe_-
_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/mh6wckpxpkoc/Ariana_Marie_-_The_Bangin_Bridesmaid.html
https://pornve.com/mhbi165wad2o/Georgie_Lyall_-_Sample_My_Snatch.html
https://pornve.com/mhgyscafgton/Allison_Moore_-_Pussy_To_Die_For.html
https://pornve.com/mhkikugq9t8e/Amber_Jade_-_This_One_Is_Just_Right.html
https://pornve.com/mhktdbxk2506/Summer_Brielle_-_The_Whore_That_Cheated_Death.html
https://pornve.com/mhm6bbixxb6k/Alison_Star__Micah_Moore_-_Truck_Moving_Treat.html
https://pornve.com/mhnk9g3277wa/Cherry_Ferreti_-_Joy_Stick.html
https://pornve.com/mhnuwjot3vy6/Rose_Monroe_-_Super-Doc_Super_Fuck.html
https://pornve.com/mhruy5omt8pt/_blowjob_big_tits_cumshot_blow_job_big_dck_madison_ivy_and_the_d
octor_3903_78_plays_published_on_3_hours_ago_category_big_dick_redhead_pornstar_madison_ivy_tags_
madison_ivy_.html
https://pornve.com/mhs3jtyit2ml/Layla_Price_-_The_Oral_Exam.html
https://pornve.com/mhvjzid54ulh/Blondie_Fesser_-_Shes_On_The_Prowl.html
https://pornve.com/mi3ikfp0tk6l/Abigail_Mac_Scott_Nails_-_First_Impressions_Are_Important_-
_Big_Tits_At_Work_-_Brazzers.html
https://pornve.com/mi8u4129cmzj/LilHumpers_1_S1_Katie_Morgan_Brandi_Love_Puzzled_Over_Pussy.html
https://pornve.com/mihqgqafl7cx/Paige_Owens_Keiran_Lee_-_The_Preachers_Daughter_-
_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/mil9wgj0p6ug/Jillian_Janson_-_Jillian_For_Sale.html
https://pornve.com/mir7jqmkt1zu/Nina_Elle_-_Love_At_First_Swipe.html
https://pornve.com/miuuh5rktb9h/Amethyst_Banks__Gracie_Green_-_At_Her_Service.html
https://pornve.com/miv9r7a5fwwg/Marilyn_Mansion_Charles_Dera_-
_Naughty_Trade_For_A_Good_Grade_-_Big_Tits_At_School.html
https://pornve.com/mivuvm6v0sge/Mia_Li_-_Dick_Deep_In_The_Designer.html
https://pornve.com/mj1fs16fu2u2/Young_Madison_Ivy_Creampied_Natural_Tits_Punishment_.html
https://pornve.com/mj3ktzip5yj7/MikesAppartment_-_ohh_my_big_-_Amirah_Adara.html
https://pornve.com/mj6kxdj7apnb/Angelina_Valentine_-_Stroking_That_Massive_Ego.html
https://pornve.com/mj7jhnmpgy8h/Jade_Amber_-_The_Temptation_Of_Teen.html

https://pornve.com/mj83y9yz4aq2/Stacey_Saran_Sam_Bourne_-_Class_Jerk_-_Big_Tits_At_School.html

https://pornve.com/mj8zythcsodb/Diamond_Foxxx_-_Cum_To_My_Yard_Sale.html

https://pornve.com/mjbm1vktk7p5/Memphis_Monroe_-_Special_Attention.html

https://pornve.com/mjc36xgfjszb/Cathy_Heaven_-_Your_Wifes_A_Bitch_But_Im_A_Whore.html

https://pornve.com/mjc4i74tz6wp/Natasha_Starr_-_ZZs_Got_Talent.html

https://pornve.com/mjdrh144x093/Mason_Storm_Save_My_Son.html

https://pornve.com/mjed7msluofa/Britney_Amber_-_On_The_Pole.html

https://pornve.com/mjfqn0spmrue/Ella_Hughes_-_Oktoberfucked.html

https://pornve.com/mjkyneyjx4yj/Italian_Anal_Whore_Big_Tits_big_Whore_.html

https://pornve.com/mjl43kr9r78g/Courtney_Cummz_-_Plumbers_Cleavage.html

https://pornve.com/mjo5hn5x0lmw/Bridgette_B_-_Two_For_One_Special.html

https://pornve.com/mjqohz3wan9e/Sofia_Cucci_-_She_Wants_Big_Cock_And_She_Wants_It_Now.html

https://pornve.com/mjr72998e5ib/Arietta_Adams_JMac_-_The_Annoying_Little_Sister_-_Teens_Like_It_Big_-_Brazzers.html

https://pornve.com/mjtnq3qcw3as/Boxing_Babe_Sloan_Harper_January_20_2019_-_Brazzers_xxx_Full_video.html

https://pornve.com/mjyq2mhsoasq/Diamond_Foxxx_-_The_Customer_Gets_My_Tits.html

https://pornve.com/mk1q48nhs8pm/Chloe_Cherry__Joseline_Kelly_-_Tickling_The_Ivories.html

https://pornve.com/mk26cpkmj5pu/Superbang_My_Ass_Brazzers.html

https://pornve.com/mk32crds0uba/Katana_Kombat_Oliver_Flynn_-_Katanas_Summer_Fling_-_Pornstars_Like_It_Big_-_Brazzers.html

https://pornve.com/mk3w9xee8val/Kat_Dior_-_Ass_Safari.html

https://pornve.com/mk7qi6211x39/Kristen_Scott_-_My_Moms_Boyfriends_Cock.html

https://pornve.com/mk8nmtqnv1f9/Ava_Devine_-_Fisting_And_The_Asian_Persuasion.html

https://pornve.com/mkc9bayeq1vf/Valentina_Nappi_-_2017_-_In_red_lingerie_-.html

https://pornve.com/mkd4r2ulos40/Nikki_Rhodes_-_Not_Too_Young_For_A_Big_Cock.html

https://pornve.com/mke8c8ofnp7p/Mr_Sheas_Summer_School.html

https://pornve.com/mkf1jqfahhe6/Teasing_Toes_Cristal_Caraballo__Bambino.html

https://pornve.com/mkfgfm2dn47x/Brazzers_-_Luna_Star_Let_Them_Eat_Ass.html

https://pornve.com/mkft86jyhv60/Tasha_Reign_Cinderella_Meets_Her_Pricks_Charming.html

https://pornve.com/mkg2eqgec7xh/Insatiable_MILF_Rachel_Starr_gets_fucked_by_her_husbands_son.html

https://pornve.com/mkhtu13t0wuy/mgb_20_03_22_bridgette_b_two_for_one_special.html

https://pornve.com/mki165rnbe7k/Jillian_Janson_-_The_Ol_Ball_And_Chain.html

https://pornve.com/mki3fc4159em/Karmen_Karma_Xander_Corvus_-_Just_Count_To_Three_-_Doctor_Adventures_-_Brazzers.html

https://pornve.com/mkja2b0fv4qx/best_lesbian_sex_ever_you_seen.html

https://pornve.com/mkmobpmuaqg9/Anikka_Albrite_-_Once_In_A_Lifetime_Fuckpass.html

https://pornve.com/mku6it4j0vs8/Rip_My_Yoga_Pants_Lylith_Laveys_Oiled_Booty_Takes_A_Big_Cock_.html

https://pornve.com/mkvnl26m1bho/Autumn_Falls_-_Fall_Upon_A_Big_Cock.html

https://pornve.com/ml33c61wiaum/Britney_Amber_-_Anal_Sex_For_His_Birthday.html

https://pornve.com/ml350h9ktkeq/London_Keyes_-_Invading_Your_Priv-Assy.html

https://pornve.com/mlapqabeoqiv/Asa_Akira_-_Asas_Titty_Hair_Salon.html

https://pornve.com/mldqe1kngezu/Phoenix_Marie_-_Doctor_Knows_Best.html

https://pornve.com/mldqliky98ce/PornstarsLikeItBig_olivia_austin_rent_a_pornstar_how_to_make_a_porno.html

https://pornve.com/mlgoax5hzebo/Cheats_wife_with_a_busty_milf.html

https://pornve.com/mlhn2iconea5/Abella_Danger_-_Desert_Desires.html
https://pornve.com/mljbgmbsh1v6/Rachel_Starr_Keiran_Lee_-_Stranger_Danger_Remastered_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/mljldvpcsj11/Kiara_Mia_-_Youre_Busted_Now_Pound_Me.html
https://pornve.com/mlnlbgu0jwup/Massaging_Mrs_Alexander_Janice_Griffith__Monique_Alexander_Inked_Lesbians_.html
https://pornve.com/mlpbcd0r2toy/NEW_Redhead_Ella_Hughes_And_Danny_D.html
https://pornve.com/mlsk4ymz49bc/MomsBangTeens_-_Cory_Chase_And_Bailey_Brooke_Naughty_Needs.html
https://pornve.com/mlsznq5q10xd/Bet_You_Cant_Touch_Her_Boobs_BraZZers.html
https://pornve.com/mlwim9btgo6o/Nicole_Aniston_-_Diving_Into_Nicole.html
https://pornve.com/mm3yfwipx5kx/Blake_Rose_-_Rose_Blows_Ramon.html
https://pornve.com/mm5dgsmtkkmk/Marie_McCray_-_The_Cheating_Test.html
https://pornve.com/mm7luhyyu1q4/Brazzers-_Busty_nurse_Aubrey_Black_helps_patients_stuck_hard_on_.html
https://pornve.com/mmco8fclfqwz/lil_humpers_amber_alena.html
https://pornve.com/mmcwuswwq55g/Jasmine_Webb_-_Lovin_That_Porno_Vibe.html
https://pornve.com/mmhy75mg2hb4/Joanna_Angel_-_Hands_On_Joanna.html
https://pornve.com/mmluh96wpbga/Ashley_Graham_-_Pros_and_Cunts.html
https://pornve.com/mmncr0xw1tq9/Eva_Ellington_-_My_Purity_Rings_For_Small_Cocks_Only.html
https://pornve.com/mmrozqx2gnrh/Anna_Bell_Peaks_-_Pharmacy_Fuckdown.html
https://pornve.com/mmvlss6zu1fo/Teanna_Trump_-_Were_Just_Wrestling_Mom.html
https://pornve.com/mn096zy3pdj3/Pure18_Happy_Dillion_Harper_HD_Porn_Videos_Spa.html
https://pornve.com/mn1kx6jtj0xq/Teen__Mom_School_Slut_Stories_1.html
https://pornve.com/mn1mzzzcg26a/Erica_Fontes_-_Goldfucker.html
https://pornve.com/mn1pi6zk0122/Lylith_Lavey_-_Double_Dare_Ya.html
https://pornve.com/mn5kwdn5zf2t/Kendra_Spade_-_Artifucked.html
https://pornve.com/mnbuy6c7p6l3/Bailey_Brooke_-_Hot_Tits_In_A_Hot_Tub.html
https://pornve.com/mne3svbggstt/Candice_Dare_-_Big_Wet_Bubble_Butt_Bath.html
https://pornve.com/mngdsml7ksuj/Spencer_Scott_-_Vanessa_Veracruz_-_Ms_Boss.html
https://pornve.com/mnguctqbwbo5/Brittany_Andrews_Nicolette_Shea_Jordi_El_Nino_Polla_-_Fucking_His_Way_Into_The_USA_-_Brazzers_Exxt.html
https://pornve.com/mnkii39iei9n/Brazzers_-_Amia_Miley_Pornstar_PR_Crisis_Management.html
https://pornve.com/mnl3xlulb7jt/Riley_Evans_-_I_Love_Anal_In_The_Morning.html
https://pornve.com/mnla6dk3nz5n/Mariah_Milano__Savanah_Gold_-_Disruptive_Nature.html
https://pornve.com/mnorfu6haw5f/HotAndMean-_Lacy_Lennon_And_Evelyn_Claire_Jukebox_Showdown.html
https://pornve.com/mnpnfgdil8ys/Chanel_Preston_-_One_Lucky_Butler.html
https://pornve.com/mo11uwpo8xa1/Aidra_Fox__Dahlia_Sky__Kissa_Sins_-_Sins_Life_-_Part_3.html
https://pornve.com/mo2d2z7hjz6y/Brazzers_Worldwide_Paris_-_Episode_4.html
https://pornve.com/mo4j4cz6w1td/Dillion_Harper_-_Fucking_Her_Friends_Daddy.html
https://pornve.com/mo56l5buinrh/Luna_Star_-_Look_At_Luna.html
https://pornve.com/mo830mg2snhh/Britney_Amber_-_Teen_Heart_Throb.html
https://pornve.com/mock22qm7vdm/Teal_Conrad_-_Slutty_Secretary.html
https://pornve.com/moe0uh76ey34/Danielle_Delaunay_-_Put_Your_Junk_In_My_Trunk.html
https://pornve.com/moh1j6yq8jeo/Aubrey_Addams_-_Maligned_Date.html
https://pornve.com/mome3gsq1jm8/Bianca_Burke_-_Biancas_Bangin_Bod.html
https://pornve.com/motvj3fle1se/Katie_Morgan_-_Booty_Call_With_My_Bros_Mom.html

https://pornve.com/mowfvokh5rhr/Isabelle_Deltore_-_Sex_Over_Stress.html
https://pornve.com/mp3q2ixpqgbt/Audrey_Miles_Disc_Golf_Dick_-_Milf_Hunter.html
https://pornve.com/mp4x60q9btmz/WeLiveTogether_-
_Valentina_Nappi_And_Luna_Star_Thrust_And_Lust.html
https://pornve.com/mp76n62g41u1/Sophie_Dee_-_The_Ass_Whisperer.html
https://pornve.com/mpa3bhxscone/Aspen_Rose_-_Our_Valedick-torian.html
https://pornve.com/mpc9t9qevdmu/Brazzers_-_Mom_Hands_Off_My_Boyfriend.html
https://pornve.com/mpdmb610yox1/Breanne_Benson_-_A_Night_Of_Role_Play.html
https://pornve.com/mpgaxy74cwxc/Mason_Moore_-_Happy_New_Ass_Year.html
https://pornve.com/mpjr1gy8uhgl/Payton_West_-_Teacher_Knows_Breast.html
https://pornve.com/mplkxn96mls0/Helly_Mae_Hellfire_-_What_Could_Have_Been_In_Me.html
https://pornve.com/mpoo8jh4w56u/Brazzers_Sweaty_Ass_Workout.html
https://pornve.com/mpt6cya4j4i4/Lilly_Bell_Keiran_Lee_-_What_We_Had_Was_Special_-
_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/mpufnkiday6u/Big_Tits_Mature_Rebecca_The_Anal_Nanny_33_Top_Rated_Porn_Video_
Of_Today_57_Most_Played_Porn_Video_Of_Today_95_Top_Rated_Porn_Video_Of_Week.html
https://pornve.com/mpvdrtarj4mw/Cindy_Dollar_-_A_Pussy_In_Need_Needs_A_Cock_Indeed.html
https://pornve.com/mpvwkjhbebgg/Alison_Tyler_-_Get_The_Picture_-_Brazzers.html
https://pornve.com/mpwizrphv0vb/katana_kombat_it_takes_two_to_tango.html
https://pornve.com/mpzkrqbjyga1/_Brazzers_-
_Jordi_fucks_his_new_girlfriend_Jimena_and_her_stepmom_Amber_.html
https://pornve.com/mq41hzppr3vl/Desiree_Dulce_Xander_Corvus_-_Pool_Shy_-_Baby_Got_Boobs_-
_Brazzers.html
https://pornve.com/mq461rrygg5x/Gabi_Gold_-_Laser-Focused_On_Cock.html
https://pornve.com/mq5ugz7umb45/_Barrazers_-
_Sexy_Threesome_With_Big_titty_Richelle_Ryan__Kristen_Scott_.html
https://pornve.com/mq8rzzdei9x3/Sofia_Rose_Disciplinary_Action.html
https://pornve.com/mqaw2dyvx4r0/Ava_Addams_-_Double_Timing_Wife_-_Part_2.html
https://pornve.com/mqblnxd4vsme/Theres_A_Jordi_In_My_Bed_Kianna_Dior_Jordi.html
https://pornve.com/mqfg93as69as/Nicolette_Shea_-_Testing_Her_Concentration_-_2.html
https://pornve.com/mqftnefs780j/DAREDORM_59_Maui_Wowie_1of2.html
https://pornve.com/mqi801u94a39/Abella_Danger_Isiah_Maxwell_-_Seductress_In_Stockings.html
https://pornve.com/mqiqvind8whz/Molly_Bennett_-_Nymphomania.html
https://pornve.com/mqkqj1sd3v7a/Alexis_Golden_-_I_Own_Your_Cock.html
https://pornve.com/mqlw74yrfawx/MikeInBrazil_Pandora_Pantera_Panteras_Box.html
https://pornve.com/mqtv3yrv9n36/Kagney_Linn_Karter_-_Deez_Tits_For_President.html
https://pornve.com/mqxtc4ykvycd/Nika_Noire_-_Nika_Brings_Porn_To_A_Fans_House.html
https://pornve.com/mr1hxajomlfo/ella_reese_under_construction.html
https://pornve.com/mr3mo8kmqavk/Leigh_Darby_-_Doctors_Orders.html
https://pornve.com/mr413xil61tn/Amirah_And_Jordis_Vacation.html
https://pornve.com/mr5r6gzw6wi4/Holly_Halston_-_Freeze_Fucker_-_Brazzers.html
https://pornve.com/mr78rbmaw6tr/Adriana_Chechik_-_Shut_Up_And_Fuck_Me.html
https://pornve.com/mrc4g0csi46k/Tessa_Lane_-_Rate_My_Rack.html
https://pornve.com/mrkk7h29j1fh/Veronica_Avluv_-_Deep_Inside_Veronica_Avluv.html
https://pornve.com/mrrv9889dbdk/_Brazzers_-
_Cherie_Deville_gets_her_ass_plowed_and_titties_fucked_outdoors_.html
https://pornve.com/mrvgitkrd0q3/Nicole_Aniston_-_Trapped_And_Fucked.html
https://pornve.com/mry3n8d797j3/Anissa_Kate_-_Not_Here_For_The_Coffee.html

https://pornve.com/ms1chez20oeu/Kayla_Green_Toying_Around_With_My_Step_Mom.html
https://pornve.com/ms41nz0mjxay/Vienna_Black_-_Scrubbing_His_Stress_Away.html
https://pornve.com/msctrjf95ueq/Memphis_Monroe_-_Busty_Fuckerella.html
https://pornve.com/msd4eox7waz0/Nikki_Sexx_-_Feel_The_Gush.html
https://pornve.com/msdy52p628x0/Emma_Leigh__Jasmine_Jae_Four_Hands_To_Jerk_The_Clerk_-_720p.html
https://pornve.com/mseyza0mfo6i/Alexis_Fawx__Romi_Rain_Pervert_In_The_Park_Mommy_Issues_4.html
https://pornve.com/msjn2ckewx52/Ivana_Sugar_-_Euro_Squirt_Master.html
https://pornve.com/mskkeaw2trvx/Kenzie_Reeves_Danny_D_-_Piped_Down_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/msl4p2shrbk7/Dana_DeArmond_Rion_King_Secretly_Rubbed_In_The_Hot_Tub.html
https://pornve.com/msmm3llqrrji/Mia_Li_Dick_Deep_In_The_Designer.html
https://pornve.com/msmsa1eqbjt7/Eva_Angelina_-_Hes_Got_The_Touch.html
https://pornve.com/msngnxptwyy2/MJ_Fresh_-_Its_Just_Wrestling.html
https://pornve.com/msoe1j7pjcz1/Diamond_Foxxx_-_Doctor_Feet_Fucker.html
https://pornve.com/mspfwlb5cdxz/Alexis_Texas_-_A_Texas-Sized_Massage.html
https://pornve.com/msroclo3kkpn/Alison_Tyler__Phoenix_Marie_-_Ski_Hill_Slut_Emergency.html
https://pornve.com/msul86ogn55y/Kat_Dior_Xander_Corvus_-_Nailed_In_Nylons_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/msx1h2sw282r/RKPrime_17_03_02_Blue_Angel_Ballet_And_Cock_XXX_-KTR.html
https://pornve.com/msx7o5awvcqw/published_on_2_days_ago_alex_blake_alex_blake_the_best_distraction_full_distraction.html
https://pornve.com/msxhv8ne1n8a/_Let_Me_Teach_You_-_Brazzers_.html
https://pornve.com/mt0g8k047dpl/Ashley_Graham__Zoey_Monroe_-_Squirt_Factor.html
https://pornve.com/mt5olrs0toy8/ZZ_Lemonade_Aidra_Fox.html
https://pornve.com/mt9u4k8z10pp/Chessie_Kay_-_Sperminate-Her.html
https://pornve.com/mtafw5wow45y/Alexia_Vosse_-_Superbang_Sunday.html
https://pornve.com/mtc0k87dyzst/Julia_Ann_-_Two_Bangz_vs_Nancy.html
https://pornve.com/mtc6ghjvuw4r/Abby_Lee_Brazil__Brandi_Love_-_The_Tramp.html
https://pornve.com/mtghtcy6oaq2/Mandy_Muse_-_All_Roads_Lead_To_Sex_-_Part_1.html
https://pornve.com/mtnregcbbx4a/Brazzers_House_3_-_Episode_6.html
https://pornve.com/mtpmiw8lc306/Elaina_Rae_-_Parental_Control.html
https://pornve.com/mtvo61o955xv/Phoenix_Marie_-_Doctor_Orgasm.html
https://pornve.com/mtw1n3pl81px/Tarra_White_-_Spies_In_Disguise.html
https://pornve.com/mtzrsvpj14p5/Syren_De_Mer_-_My_Three_Stepsons.html
https://pornve.com/mu3stbaqf3pw/Cali_Carter_-_My_Boss_And_My_Wife.html
https://pornve.com/mud0mwqobp9u/Angela_White_Johnny_Sins_-_Anatomy_Of_A_Sex_Scene_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/muejwmbngcjx/Sarah_Vandella_-_Her_First_Big_Sale.html
https://pornve.com/mufkd67k1r22/Waiting_On_Her_Ass_Sienna_Day__Jordi_El_Nio_Polla.html
https://pornve.com/muhef7cgryfo/Lela_Star_-_The_Trampoline_Tramp.html
https://pornve.com/mumh7p5s9zre/Kacey_Jordan__Kara_Novak_-_Blonde_Beach_Brats_Get_Blasted.html
https://pornve.com/mun6t0zaz7cf/Kendra_Spade_Alex_Legend_-_Magna_Cum_Loudly_-_Big_Tits_At_School_-_Brazzers.html
https://pornve.com/muq2t1ivrsnw/Bridgette_B_-_Starting_The_New_Year_With_A_Bang.html
https://pornve.com/muwgjx3vcomc/Karlee_Grey_-_A_Bottom_Bunk_Banging.html

https://pornve.com/muxo5o890dkh/Whitney_Wright_Xander_Corvus_-_Tire_My_Ass_Out_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/muy13hzvppcb/Michelle_Thorne_-_Fucking_The_Invisible_Man.html

https://pornve.com/mv1tyykzdvfw/Cherie_Deville_-_Fucking_Millennials.html

https://pornve.com/mv1u0obqpajx/disciplined_dicking_tommie_jo_jordi_el_nino_polla.html

https://pornve.com/mv231h4g44c4/Luna_Star_-_Low_Ride_Her.html

https://pornve.com/mv25gq9cr6oj/Kagney_Linn_Karter_-_Hot_Bothered__Horny.html

https://pornve.com/mv2k09pda8c0/BigNaturals_-_Keisha_Grey_What_A_Bust.html

https://pornve.com/mv3zicleg8qd/Anal_Is_Extra_Mercedes_Carrera__Jessy_Jones.html

https://pornve.com/mv493w5ytqk0/Lola_Foxx_-_The_Doormans_Dick.html

https://pornve.com/mv7to6thktop/Jennifer_Dark_-_Rough_Romance.html

https://pornve.com/mvcwlzkoao3h/Jessa_Rhodes_-_Picture_Perfect_Pussy.html

https://pornve.com/mvcx93e0gkpn/Kagney_Lynn_Karter_PAWG_Big_Ass.html

https://pornve.com/mvjfvziz25l5/Britney_Stevens_-_One_Screwed_Up_Chick.html

https://pornve.com/mvjok07rbjxi/rkprime_19_07_15_abella_danger_grand_theft_moto.html

https://pornve.com/mvo7oo86xpwo/Anya_Ivy_-_Its_Raining_Anya.html

https://pornve.com/mvojzewqauf1/TeensLikeItBig_17_03_03_Kimmy_Granger_Fucking_The_Family_Friend_XXX_-KTR.html

https://pornve.com/mvp74js0zmk4/Leigh_Darby_Mommy_Got_Boobs_Big_Tits_Big_Cock_C.html

https://pornve.com/mvtpxbolgzqe/Austin_Kincaid_-_Sex_Toy_Expert.html

https://pornve.com/mvvirw7pc07z/Nicolette_Shea_-_Cock_Hungry_Cowgirl.html

https://pornve.com/mvvt4kxqfoya/Honey_Demon_Raul_Costa_Honeys_Horny_Home_Workout_Brazzers_Exxtra_Brazzers.html

https://pornve.com/mvwmhcs9g4eg/April_ONeil__Daisy_Cruz_-_Big_Tits_In_Field_Hockey.html

https://pornve.com/mvy0kqzl3vra/Abella_Danger_-_Stalkfucking.html

https://pornve.com/mvzr29u9fkwm/Gianna_Nicole_-_Come_Home_To_Bone.html

https://pornve.com/mw09wq36i0sc/Cassidy_Klein__Chanel_Preston_-_The_Wettest_Dream.html

https://pornve.com/mw52p2yo7p7x/Capri_Cavanni_-_Gymnast_Tits.html

https://pornve.com/mw5qdv7uqmid/Blonde_Hot_Handjob_Masturbation_.html

https://pornve.com/mwevmw1a1mue/RealWifeStories_Teagan_Presley.html

https://pornve.com/mwjj0wjr5puz/Brandi_Love_-_Keiran_Appreciates_Brandi.html

https://pornve.com/mwkf0ckce691/Alanah_Rae__Katie_Kox_-_The_Switcheroo.html

https://pornve.com/mwktffu2zqqd/Lela_Star_-_Crime_Scene_Cock.html

https://pornve.com/mwlfrh7tu6gr/Aletta_Ocean_Madison_Ivy_vPorn.html

https://pornve.com/mwn2iu7r53t7/Nina_Milano_Keiran_Lee_-_A_Fair_Deal_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/mwn7w5wtbs78/Aleksa_Nicole_-_Penis_Advisor.html

https://pornve.com/mwomqrkwjbcq/Kaci_Lynn_-_Hot_Teen_Next_Door_25_2015.html

https://pornve.com/mwqna51ld3t2/Cherie_Deville_-_My_Wifes_Boss.html

https://pornve.com/mwsktfxffb4l/Summer_Brielle_-_Pornstars_Anonymous.html

https://pornve.com/mwxr0stw3k4c/Charlee_Monroe_-_Play_All_Day_Fuck_All_Night.html

https://pornve.com/mx1m91p5ioqg/Hot_fit_babes_mandy_muse_and_abella_danger_take_their_coachs_cock.html

https://pornve.com/mx6t7056k6cx/Lexi_Belle_-_The_BIG_Secret.html

https://pornve.com/mx7ficmoghvp/Madison_Scott_-_Throwing_Balls_At_Her_Cans.html

https://pornve.com/mx7q5j8wdn7a/Codi_Bryant_-_Nursing_Nookie.html

https://pornve.com/mxcn8wxhgmq8/Adriana_Chechik_-_Free-Flowing_Fuck.html

https://pornve.com/mxo9cqqkosj6/Audrey_Show_-_Hit_The_Shower_Sins.html

https://pornve.com/mxokgqi1w2gq/Desiree_Night__Rachel_Starr_-_Getting_Ahead.html
https://pornve.com/mxq8ntznqv7w/Ava_Addams_-_Moms_Panty_Bandit.html
https://pornve.com/mxr89y0pb3f3/Diamond_Foxxx_-_Diamonds_Bday_Gangbang.html
https://pornve.com/mxriajve7b42/Rachel_Roxxx_Sexy_Secretary_Selfies.html
https://pornve.com/mxw75lojr496/Mia_Malkova_-_First_Comes_Love_Then_Comes_Anal.html
https://pornve.com/my8e6aslqlac/Ava_Addams_Xander_Corvus_-_The_Package_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/myd7me0wybjw/Ariana_Marie__Nicole_Aniston_-_Yoga_Freaks.html
https://pornve.com/mydrb6o5io76/Kissa_Sins_-_Sins_Life_-_Part_1.html
https://pornve.com/myfm960cyn55/Money_Talks_project_runway_big.html
https://pornve.com/myg7cenqtwpb/Jenaveve_Jolie_-_General_Juggz.html
https://pornve.com/myi7vnl59sq8/Whitney_Wright_-_Tire_My_Ass_Out.html
https://pornve.com/myiwxvyxib3f/Brazzers_-_Ashley_Downs_and_Emma_Leigh_share_Jordis_dick_in_class_.html
https://pornve.com/mylhiwp56bof/Tiffany_Rain_Mommy_Issues_P2.html
https://pornve.com/myp2vygwtdr9/Avy_Scott__Jayden_Jaymes_-_Old_Screwl.html
https://pornve.com/myz6w62q3hru/Shalina_Devine_Milf_Hunter.html
https://pornve.com/myzki6ani8y2/Lacy_Lennon_Small_Hands_-_Operatic_Warm_Up_-_Look_At_Her_Now_-_Reality_Kings.html
https://pornve.com/mz4478g3jgbl/Big_Tits_Sexy_Boobs_Alanah_Rae_Gets_Demolisheddd_Big_Tits_Big_Ass_Cumshot_Hardcore.html
https://pornve.com/mz4pm5fj43ox/Nika_Noire_-_Back_Straight_Tits_Out.html
https://pornve.com/mzbqzwzwz05m/Francesca_Le__Holly_Halston_-_Anus_A_Nice_Day.html
https://pornve.com/mzeb0f7no2e2/Jayden_Jaymes_Full_Anal_Tuneup.html
https://pornve.com/mzeqs3rdgoiq/Wanted_Fucked_Or_Alive_-_Part_1.html
https://pornve.com/mzg0ue2k2f8w/Brazzers_I_want_it_harder_watch_online_for_free_Brazzers_Big_Butts_Like_It_Big_2018_Lisa_Ann.html
https://pornve.com/mzkrguyjk6oe/Brazzers_-_Tia_Cyrus_Cumpany_Lunch.html
https://pornve.com/mzmh12c54dds/Lena_Paul_Alex_Legend_-_The_Maids_Dirty_Secret_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/mzsaaivkvfb4/Sensational_lesbians_will_make_you_cum.html
https://pornve.com/mzstgiv5826y/Brazzers_Anna_Bell_Peaks_Cory_Chase_Alex_D_Milfs_On_Vacation.html
https://pornve.com/mztddtjqks7s/Monique_Alexander__Mya_Mays_-_A_Family_Affair_2_-_Part_3.html
https://pornve.com/mzxp87zgdte0/Ania_Kinski_Bad_Medicine.html
https://pornve.com/n00295t94bop/Jade_Jantzen_-_She_Loves_Playing_With_Joysticks.html
https://pornve.com/n01cxjrlwe39/Till_Cum_Do_Us_Part.html
https://pornve.com/n0avoic25mps/Gia_Dimarco__Juelz_Ventura_-_The_Exs_Anal_Payback.html
https://pornve.com/n0dv1bjjw9an/Jessa_Rhodes_Kimber_Woods_Lucas_Frost_-_Sex_With_My_Ex_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/n0gop3gjl833/Candy_Manson_-_Backdoor_Birthday.html
https://pornve.com/n0hkmsrzxj61/Katie_Kox_-_Kox_Pick_Up.html
https://pornve.com/n0io6yiiz5y7/Banging_Before_Breakfast_-_Tiffany_Watson_-_Reality_King.html
https://pornve.com/n0red12zbraq/Monique_Alexander_-_Pornstar_In_The_Pool.html
https://pornve.com/n0t5z4v3006d/Cassidy_Banks__Gia_Milana_-_Slipping_Between_Sisters.html
https://pornve.com/n106wqubkp1s/Hot_big_tit_lesbians_fuck_with_strapon.html
https://pornve.com/n16j5l208h1z/Alison_Star_-_Big_Tits_Cause_Injury.html
https://pornve.com/n17jcyn5md6h/Brooklyn_Gray_-_Im_Your_Biggest_Fan.html

https://pornve.com/n1doInvlgq0s/Brazzers_-_Ms_Shea_shows_Tyler_how_anatomy_class_look_like_in_a_hard_way_.html
https://pornve.com/n1f26it6dd8i/Nina_Elle_-_Sitting_On_The_Sitters_Dick.html
https://pornve.com/n1ge9rdzkl3f/Luna_Star__Phoenix_Marie_-_Bite_Me.html
https://pornve.com/n1kzle7q4nli/Ava_Addams_-_Getting_Her_Beauty_Peep.html
https://pornve.com/n1pjnj4b16g0/Elsa_Jean__Monique_Alexander_-_Pornisity.html
https://pornve.com/n1xddn6qk9px/Ryan_Conner_Xander_Corvus_-_Sneaky_Mom_3_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/n20iod78754w/Jenna_Presley_-_Learnin_Pole_Tricks_For_Cock__Tips.html
https://pornve.com/n20y1rzcs9gd/Alena_Croft__Ariella_Ferrera_-_Real_Ex-Wives_Of_Beverly_Hills.html
https://pornve.com/n2142y2722ud/Tiffany_Mynx_-_Dick_Me_Detective.html
https://pornve.com/n23gqz8s0nmr/Veronica_Rodriguez_-_Squirting_All_Over_Her.html
https://pornve.com/n23sem3yk8sr/Dylan_Riley_-_Mascot_Show_Me_Your_Moves.html
https://pornve.com/n28etb32oqx7/What_the_Client_Wants_the_Client_Gets_2.html
https://pornve.com/n29173nst8ph/Helly_Mae_Hellfire_-_Meet_Me_In_Milf_Alley.html
https://pornve.com/n2iniajd48q2/Jill_Kassidy_-_A_Mystic_Massage.html
https://pornve.com/n2lyf3xhy4xs/Jessa_Rhodes_-_House_Humping.html
https://pornve.com/n2ml1kviu5pb/Lily_Labeau_-_The_Impatient_Patient.html
https://pornve.com/n2ousxwxxgb9/Eva_Notty__Gia_Paige_-_Prom_Pussy.html
https://pornve.com/n2ovea8o8omp/Julie_Cash_-_Disciplining_The_School_Slut.html
https://pornve.com/n2p7devwb9i0/Lauren_Phillips_-_BDSM_Confidential.html
https://pornve.com/n31q5fdpm6t5/Curvy_MILF_fucked_hard_at_office.html
https://pornve.com/n353y9ikwn36/Money_Talks_taxi_cab_cumfessions_big.html
https://pornve.com/n35f8ln1omn8/Desiree_Dulce_Jenna_Foxx_Seth_Gamble_-_Turning_Up_The_Heat_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/n35r1tukr9d4/Vivie_Delamonico_-_Lightning_Rod.html
https://pornve.com/n36hlbx898va/Chanel_Preston__Veruca_James_-_Nurse_A_Cock_In_Her.html
https://pornve.com/n3httur031f5/Autumn_Falls_Johnny_The_Kid_-_Just_A_Dip_-_Reckless_In_Miami_-_Reality_Kings.html
https://pornve.com/n3hvmw6ewbym/Aubrey_Addams__Chloe_Addison_-_After_School_Tit_Teasing_Lessons.html
https://pornve.com/n3i39rt1la1f/Rachel_Starr_Stranger_Danger_Facial_Massagr.html
https://pornve.com/n3l6td2ne3a5/8thStreetLatinas_-_Alina_Lopez_Hot_Churro_For_Alina.html
https://pornve.com/n3u3we2x6816/Veronica_Avluv_-_Fix_My_Cunt-Puter.html
https://pornve.com/n3xb3i17n4d1/Adria_Rae__Casey_Calvert_-_Anal_Double_Dip.html
https://pornve.com/n3y95q5ti6ih/Testing_The_Teacher_-_Jasmine_James__Danny_D.html
https://pornve.com/n3zpg1cb1n5c/Money_Talks_the_rub_club_big.html
https://pornve.com/n427q2pmfdfa/Monique_Alexander_Ricky_Johnson_-_Wrong_Side_Of_The_Bed_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/n47sa2ibaery/CumFiesta_Zaya_Cassidy_Fresh_Meat_-_23_08_16.html
https://pornve.com/n4gwevc97so2/Brazzers_Bad_Grades_Good_Girl.html
https://pornve.com/n4mav129v579/GFRevenge_-_Clit_Licked.html
https://pornve.com/n4ogrju8ja1t/Kiara_Mia__Nina_Mercedez_-_Is_This_What_You_Mean.html
https://pornve.com/n4rabn7sxofn/BigNaturals_Nikki_Blake_Nasty_Nikki_13_07_2016.html
https://pornve.com/n4shb1omokeb/Double_Timing_Wife.html
https://pornve.com/n4sobkumcvv9/Katrina_Jade_-_Day_With_A_Pornstar.html

https://pornve.com/n4xvauudccqm/Luna_Star_Johnny_Castle_-_Horny_For_The_Holidays_Part_3_-_Big_Butts_Like_It_Big_-_Brazzers.html

https://pornve.com/n50nazwcmmun/Angelica_Heart_-_How_To_Handle_Your_Students_101.html

https://pornve.com/n5c68su9kaoj/Nikki_Benz_-_Nurse_Nikkis_House_Call.html

https://pornve.com/n5cerhnnvf82/Amia_Miley_-_She_Maid_Me_Cum.html

https://pornve.com/n5fhw42w0amo/Crystal_Rush__Natalia_Starr_-_Couple_Cums_For_A_Massage.html

https://pornve.com/n5flmpko39fo/India_Summer_-_The_Cougar_And_The_Virgin.html

https://pornve.com/n5llajl52o7y/MikesApartment_-_Canela_Skin_Sloppy_Squirting_Squatter.html

https://pornve.com/n5pywfbu3po4/8thStreetLatinas_Sage_Axel_Big_Booty_Mami_-_02_12_2016.html

https://pornve.com/n5trrs7a0cge/Jayden_Jaymes_-_Another_Hard_Cock_at_the_Office_-_Brazzers.html

https://pornve.com/n5u8s9mkd8b3/Amber_Nevada_-_Sexy_Sleepover.html

https://pornve.com/n5wi2vuudnny/Luna_Star_-_Let_Them_Eat_Ass.html

https://pornve.com/n63r6ow9brvg/Jennifer_Dark_-_Ultimate_Valentines_Day_Bitch.html

https://pornve.com/n64bsxxfwq8y/CaptainStabbin_Aj_Applegate_Sierra_Sanders_Captain_Booty_european.html

https://pornve.com/n65zqihqrttg/Hungry_For_Spring_Breakers_-_Part_2.html

https://pornve.com/n6b304v7iiow/Alice_Wayne_Yanick_Shaft_-_All_Natural_Alice_-_Big_Naturals_-_Reality_Kings.html

https://pornve.com/n6rujz17xz9y/Abigail_Mac_Xander_Corvus_-_Body_Swap_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/n6wq9e5apniz/Holly_Halston_Pool_Sex.html

https://pornve.com/n70rpnsmpw0y/BrazzersExxtra_-_Cherie_Deville_The_Mad_Dr_Deville.html

https://pornve.com/n75ywocs1drv/Danielle_Derek_Tyler_Nixon_-_Writers_Cock_Block_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/n784rk9xzclo/Simone_Peach_-_Plump_As_A_Peach.html

https://pornve.com/n786ho1sd5ar/Gaia_-_Fraternizing_With_The_Enemy.html

https://pornve.com/n7963ddtc3dy/HotAndMean_Gina_Valentina_Zara_Ryan_Field_Hockey_Babes_-_26_11_2016.html

https://pornve.com/n79cpm1eq77k/Tiffany_Mynx_-_MILF_Huntress.html

https://pornve.com/n7a7u4p7ep0r/My_Slutty_Stepmoms_Wedding.html

https://pornve.com/n7aj9oqiisa7/Rachel_Starr_-_I_Spy.html

https://pornve.com/n7cr3ikmkg7o/Roxy_Nicole_Foxy_Roxy.html

https://pornve.com/n7jkeagc4udn/Kayla_Carrera__Madison_Parker_-_Please_Me.html

https://pornve.com/n7mejqfntb65/Ryan_Conner_-_My_Friends_Fucked_My_Mom.html

https://pornve.com/n7ojirioutwe/Christie_Stevens_-_Only_The_Best_For_My_Family.html

https://pornve.com/n7p76n9xjsg5/Diamond_Kitty_-_Big_Assed_Tenant_Gets_Fucked_By_Her_Landlord.html

https://pornve.com/n7qd66kobasx/Ivy_Lebelle_Renaissance_Fair_Fuck.html

https://pornve.com/n7sno12fgp2h/Brynn_Tyler__Veronique_Vega_-_Splish-Splash_I_Am_Cleaning_Your_Crack.html

https://pornve.com/n7sw05xi7hax/Jezabel_Vessir_-_Jezabels_Sweet_Breasts.html

https://pornve.com/n82i4zrs8mhm/Brazzers_Live_-_37.html

https://pornve.com/n831haqqhl3w/Lela_Star_-_Learning_The_Hard_Way.html

https://pornve.com/n83nwa03nnpd/Ricki_White_-_Referee_This_Cock_In_Your_Ass_Bitch.html

https://pornve.com/n85womxi38ef/BrazzersExxtra_19_09_27_Kira_Noir_Twice_The_Fun_XXX.html

https://pornve.com/n89at00i0obx/Carmen_McCarthy_-_Boobers.html

https://pornve.com/n8egvsr88xuo/Gia_Dimarco_-_Marathon_Dong.html
https://pornve.com/n8javvwfza0x/Ally_Kay_-_ShopGrifter.html
https://pornve.com/n8l8ptuvr3wv/Peta_Jensen_-_World_War_XXX_Part_Three.html
https://pornve.com/n8mqimtcdfko/Aleksa_Nicole_-_The_Great_Booty_Of_Aleksa.html
https://pornve.com/n8t9gx75i72g/Giselle_Palmer_Keiran_Lee_-_Slow_And_Sexy_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/n907xb8858c4/Brazzers_-_Nerdy_assistant_Alice_Lighthouse_gets_pounded_by_a_student_.html
https://pornve.com/n92ivyhw2gf2/Mandy_Muse_Xander_Corvus_-_Yoga_Freaks_Episode_Ten_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/n93k23hbtcwn/Karlie_Montana__Capri_Cavanni_-_Steamy_Sex.html
https://pornve.com/n961dpexi71x/mommy_got_boobs_brazzers_rachel_starr_alex_d_the_step_mom_the_graduate.html
https://pornve.com/n97p08bzhbwl/Anina_Silk_Cathy_Heaven_No_Drawing_Penis.html
https://pornve.com/n9cx4j9987up/MommyGotBoobs_-_Veronica_Avluv_The_Other_Way_Around.html
https://pornve.com/n9hd2u95v8b5/Isis_Love_-_Cougar_In_Need.html
https://pornve.com/n9pzxl859eft/MilfsLikeItBig__Brazzers_Jasmine_Webb_-_Real_Estate_Milf.html
https://pornve.com/n9s4jkfpn57x/MomsBangTeens_Piper_Perri_Cory_Chase_Piping_Piper_-_26_11_2016.html
https://pornve.com/n9uogtaxsfvg/katana_kombat_katanas_summer_fling.html
https://pornve.com/n9vztz46o0od/Amber_Jade_-_Overcum.html
https://pornve.com/na2aer2h5nrs/Luna_Star_Brick_Danger_-_Vip_Booty_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/na5jeiltkrih/Bonnie_Rotten__Tory_Lane_-_Battle_Of_The_Bitches.html
https://pornve.com/nab881z88817/Angelina_Valentine_-_Two_In_The_Bush_And_In_The_Ass.html
https://pornve.com/nadrifxd5kw9/Tory_Lane_-_Going_Once_Cumming_Twice.html
https://pornve.com/nagq3mbcbsgq/Kendra_Spade_Keiran_Lee_-_Bush_Is_Better_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/naorqa3id1ue/Sydney_Hail_Keiran_Lee_-_Wont_You_Fuck_My_Husband_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/naqet3v4vpmf/Juelz_Ventura_-_Masturbation_Is_The_Best_Medicine.html
https://pornve.com/naxaq3w6rjgf/Brooklyn_chase_kl100517_1000.html
https://pornve.com/naz5sv0nomjr/Lennox_Luxe_-_Emergency_Titty_Fuck.html
https://pornve.com/nazptu7bs6u9/Getting_It_Out_Of_Their_System_Rio_Lee.html
https://pornve.com/nb115l3s8jm3/American_Whore_Story_-_Part_2.html
https://pornve.com/nb36iggnkkgy/Cherie_Deville_-_Got_MILF.html
https://pornve.com/nb3eqfy1gucx/Sharing_A_Massage_Brazzers.html
https://pornve.com/nbdi4mzr1vot/Rachel_Starr_-_Rubbing_A_Cock_In_Her_Poon.html
https://pornve.com/nbe1q9xubpql/Candy_Manson_-_Fuck_My_Bitchy_Boss.html
https://pornve.com/nbhj6i9wsh5f/Sybil_Stallone_-_Dicking_Around_The_Kitchen_Chores_-_Brazzers.html
https://pornve.com/nbliq5a4hb05/Ashton_Blake_-_Pimp_My_Mom_-_Brazzers.html
https://pornve.com/nbo46cvi8y1i/Katie_Morgan_-_Hamilfton.html
https://pornve.com/nc0qdwj5ye4u/Krissy_Lynn_-_Whorey_Warden.html
https://pornve.com/nc2cz6az581b/Veronica_Vice_-_Americas_Other_Pastime_Pounding_Pussy.html
https://pornve.com/nc4tfxyft1ko/Big_Tits_Fistful_Of_Pussy.html
https://pornve.com/nc9lwlhi5jbb/August_Ames_-_Flexible_Fuckable_And_Dripping_Wet.html

https://pornve.com/ncbtrkt9wtdq/Sativa_Rose_-_Fucking_Newlyweds.html
https://pornve.com/nccxym903wgp/Karmen_Karma_Xander_Corvus_-_Flower_Pounder_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/ncnnfiivv9wb/Athena_Faris_Keiran_Lee_-_These_Pipes_Are_Clean_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/nco7h7grzoey/Blowjob_Big_Tits_MILF_Pornstar_Kendra_Lust.html
https://pornve.com/ncpvq027o7iz/Brooke_Banner_And_Mckenze_Miles.html
https://pornve.com/ncr2wznofv01/Krissy_Lynn_-_Quiet_My_Boyfriend_Is_Cumming.html
https://pornve.com/ncw7tixaf2sh/Mia_Malkova_-_Mia_Gets_Closer.html
https://pornve.com/nd1r49st2ap9/Dana_Wolf_-_Game_Over_Man.html
https://pornve.com/nd3ld8hjfz8v/Austin_Taylor_-_Tits_Over_Training.html
https://pornve.com/nd7d8knbxots/Giselle_Palmer_Sheridan_Love_Kyle_Mason_Cult_Of_Love.html
https://pornve.com/nd7e6rg8rrr0/ZZSeries_19_08_20_Nicole_Aniston_BrazziBots_Uprising_Part_2_XXX.html
https://pornve.com/nd7uhqywed0r/Holly_Halston_-_I_Love_Holly_Days.html
https://pornve.com/ndgdp7tzb23h/Fira_Ventura__Leigh_Darby_-_Sneaky_Slut_Needs_To_Learn.html
https://pornve.com/ndjh7tdtps1l/Ryan_Smiles_Office_Fling_With_Big_Ass.html
https://pornve.com/ndpvgoz7oyaa/Jayden_Jaymes_-_Big_Tits_In_Uniform_15_2015.html
https://pornve.com/ndwxvl9o79mq/Aletta_Ocean_Game_Of_Thrones_Parody_XXX.html
https://pornve.com/ne1pbnsvcp6l/Hot_Girl_In_Bathroom_Gets_Some.html
https://pornve.com/ne1xy2xkwbaf/_Calis_Special_Workout_-_Brazzers_.html
https://pornve.com/ne30wuisswse/Diamond_Foxxx_-_Mrs_Fortune.html
https://pornve.com/ne4sxhedky72/Carly_Rae_-_My_Boyfriend_Or_His_Brother.html
https://pornve.com/ne8f8awctf90/Veronica_Rayne_-_Motivating_The_Boss.html
https://pornve.com/neaqxk6j3k71/1800_Phone_Sex_Line_7_Monique_Alexander27_01_2018.html
https://pornve.com/neb00xalg9g0/Daya_Knight_-_Best_Jog_Ever.html
https://pornve.com/neb1d6wzj07p/Raquel_Devine_-_Celibacy_Not_In_My_House.html
https://pornve.com/neb212wxaox/Alyssa_Lynn_-_Cougar_Sighting.html
https://pornve.com/ned37sgokiaj/Madison_Chandler_-_18_Candles.html
https://pornve.com/nefjuv90h10a/GFRevenge_Deep_in_it.html
https://pornve.com/nefn5dfgt9ll/Ana_Foxxx_Keiran_Lee_A_Big_Load_2.html
https://pornve.com/neg4g79bd4lg/Savannah_Stern_-_To_Affair_Is_Human.html
https://pornve.com/nem4lwrr85ee/Brazzers_-_Bridgette_B_And_Karma_RX_Good_Cop_Bad_Girl.html
https://pornve.com/nemjy8y0v6pb/Pussy_O_Plomo_-_Part_3.html
https://pornve.com/netk5qv60nd6/Ariella_Ferrera_-_Mother_Daughter_Mix_Up.html
https://pornve.com/neyilcwddv4o/The_Pleasure_of_Business_Trips_Brazzers.html
https://pornve.com/nf03s49qz0yp/Emily_Parker_-_Referee_With_Big_Tits_Fucks_Player.html
https://pornve.com/nf1fck4s3uq5/Cristi_Ann_-_So_You_Think_You_Can_Twerk_Too.html
https://pornve.com/nf1g523ny9y8/Jaclyn_Taylor_-_How_Do_I_Look.html
https://pornve.com/nf6ijcq9nyvv/Lisa_Ann_Seduction_For_Sport.html
https://pornve.com/nf9q0o316keq/DayWithAPornstar_-_Louise_Lee_Bubble_Bath_MILF_Sex_Day_With_A_Pornstar.html
https://pornve.com/nfcs5cdpukvk/Jessa_Rhodes_Xander_Corvus_-_Pornstars_Are_Just_Like_Us_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/nfcww20q4bix/brand_new_nicole_aniston_6_most_played_porn_video_of_today_10_top_rated_porn_video_of_today_44_top_rated_porn_video_of_weekHOTTTT.html
https://pornve.com/nfjziuoxn0xp/Mia_Malkova__Sami_J_-_Samis_Plaything.html
https://pornve.com/nfnhas91h3x1/Amber_Alena_-_Virile_Voyeur.html
https://pornve.com/nfny3ji0dd0c/Lea_Lexis_-_Lexis_And_Os.html

https://pornve.com/nftb4wee4qp4/Im_Ready_For_My_Facial_Mr_Nails_Diana_Prince__Scott_Nails.html

https://pornve.com/nfw26pjagev8/Slip_It_In_4_S1_Flash_Pass_Sadie_Pop.html

https://pornve.com/nfw80f1p0ojx/Audrey_Bitoni_Brazzers_Big_Tits_At_Work.html

https://pornve.com/nfxis5bhd7bm/Madison_Ivy_Keiran_Lee_-_The_Mystique_Of_Madison_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/ng4l8rws6hjm/Lela_Star_Nicolette_Shea_Keiran_Lee_-_I_Dont_Know_Her_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/ng7ev6ksgvw6/Monique_Alexander_-_Jailhouse_Fuck.html

https://pornve.com/ngbgm7bslfhm/Nina_Elle_-_Panty_Raid.html

https://pornve.com/ngedqq2ddls9/Serena_Avary_-_Working_From_Home.html

https://pornve.com/nghgcrg6hpgp/PornstarsLikeItBig_-_Veronica_Avluv_The_Whore_In_The_Lot.html

https://pornve.com/ngjvb547ulna/Sindy_Lange_-_Youre_All_Grown_Up_So_Lets_Fuck.html

https://pornve.com/ngkfwdq349am/Real_Amateur_Amy_Faye_Clit_Licked.html

https://pornve.com/ngkmag32ilb2/Lexi_Belle_-_Daddys_Little_Slutty_Angel.html

https://pornve.com/ngmzimeit8nf/Briana_Blair_-_Virgin_Discoveries.html

https://pornve.com/ngo4pko0sivz/Brenna_Sparks_-_Bunk_Bed__Bang.html

https://pornve.com/ngpvfcowidf2/BEST_NEW_Big_Tits_At_Work_Patty_Michova_March_2016.html

https://pornve.com/ngvpr82og3la/Episode_3_Bonding_Time_XXX_KTR_DailyPorn.html

https://pornve.com/ngxlgmnyxu53/Family_psychologist_treats_married_guys_big_dick.html

https://pornve.com/nh30w9u6ki53/Ashley_Fires_-_Mom_Wants_Hers.html

https://pornve.com/nh3bzn2kljuy/Abbey_Brooks_-_Twinkle_Tits.html

https://pornve.com/nh7gw5knc3yx/Simone_Peach_-_Plump_As_A_Peach.html

https://pornve.com/nh8ce8jj8g2q/Monique_Alexander_Danny_D_-_Dancing_Dirty_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/nh9am0opvx1x/Ava_Addams_-_Affirmation_To_Tit_Formation.html

https://pornve.com/nhazn8llj1nw/Threesome_Sleepover_2.html

https://pornve.com/nhcqkj7im5oj/Julia_De_Lucia_-_Worth_A_Fortune.html

https://pornve.com/nhgmy9e2n2yu/Casca_Akashova_-_Im_Over_It.html

https://pornve.com/nhh7cn8gj8e6/MilfsLikeitBig_Alexis_Fawx_Milf_Demands_Workout_Sex_2020.html

https://pornve.com/nhmjlp4bxxbn/Syren_De_Mer_-_Mother_Of_The_Bride.html

https://pornve.com/nhp5ejtlzu0a/Skyla_Novea_Xander_Corvus_Bath_Bomb_Booty.html

https://pornve.com/nhpw8unoanu8/Brazzers_-_Hot_psychology_doctor_Adriana_Chechik_make_her_patient_to_bow_.html

https://pornve.com/nhrbezbopaf5/Kayla_Paige_-_Film_Score.html

https://pornve.com/nhtafbnq8mst/Sandra_Romain_Franceska_Jaimes_-_Doubled_Up_Bubble_Butts.html

https://pornve.com/ni2chkwk7rgx/lily_carter_and_karina_white_precious_moment_240p.html

https://pornve.com/ni75i3wmmtjw/Jasmine_Jae__Monique_Alexander__Stella_Cox_-_Cock_Of_Duty.html

https://pornve.com/nibtmnlr4ro5/Jenna_Reid_and_Maya_Bijou_Group.html

https://pornve.com/nif2blw1th3r/Teens_Like_It_Big_Marsha_May_And_Nicole_Bexley.html

https://pornve.com/nin9rlq5r8hn/Princess_Paris_-_Dick-O-Gram.html

https://pornve.com/ninjd6hy4z5y/Payton_Preslee_-_Pounding_Paytons_Pussy.html

https://pornve.com/nip0z0zh19zz/Rachel_Roxxx_-_Stepsister_Shares_The_Shower.html

https://pornve.com/nipqmzzv4anh/Brooke_Beretta_-_The_Temptation_Test.html

https://pornve.com/niq3zf9xo6kp/phoenix_and_shyla.html

https://pornve.com/nir9d0v0nw5d/Nicole_Aniston_-_Girth_In_Her_Shell.html

https://pornve.com/nird8vknv01k/EuroSexParties_Rebecca_Volpetti_Vyvan_Hill_Creamy_And_Delicious_-_20_10_2016.html

https://pornve.com/nirs5emvpxns/Aubrey_Addams__Chloe_Addison_-_After_School_Tit_Teasing_Lessons.html
https://pornve.com/niuuw7ao8dl6/Lisa_Ann_-_Seduction_For_Sport.html
https://pornve.com/nixbfkxdxfho/Die_Hardcore_2_Mia_Malkova.html
https://pornve.com/nj4vwcnlvuu4/HALLOWEEN_PORNkemon_Go_All_of_them_gather_together.html
https://pornve.com/nj6ojn7l9ju0/Sarah_Banks_-_Yoga_Freaks.html
https://pornve.com/njgpiv5pn8ph/Cindy_Dollar_-_Another_Day_Another_Dollar.html
https://pornve.com/njjzcdp955pw/Rachel_Starr_-_Jump__Hump.html
https://pornve.com/njrbmj81ca1r/Evelyn_Claire_-_Cock_For_Arts_Sake.html
https://pornve.com/njtv1o5zhkbn/Kristal_Summers_-_Porn_Pusher.html
https://pornve.com/njv6pjjsadsk/The_bride_gets_fucked_before_marriage.html
https://pornve.com/njw2zwiil187/Riley_Jenner_-_Smiley_Riley_and_Her_Double_Ds.html
https://pornve.com/nk0mj52ombgj/Jewels_Jade_-_Garden_Boy_Ploughs_Through_Wet_Pussy.html
https://pornve.com/nk4ypoebiitm/Aletta_Ocean_-_Love_At_First_Fuck.html
https://pornve.com/nk56mzfcg3e8/Luna_Kitsuen_-_Squirting_Show_And_Tell.html
https://pornve.com/nk8i8xajmvh8/Lela_Star__Nicolette_Shea_-_I_Dont_Know_Her.html
https://pornve.com/nk975jgk3s5q/Kiara_Mia__Teagan_Summers_-_Aggressive_Retail_Dyke.html
https://pornve.com/nka12j4g37ys/Evelyn_Claire.html
https://pornve.com/nkago43s89nt/Lily_Carter_-_Gushing_With_Passion.html
https://pornve.com/nkf0j4iiqa9t/Madelyn_Marie_-_Nurse_Patient_Sex.html
https://pornve.com/nkgmvguwd4zs/Lexi_Luna_-_Neighborhood_Snatch_Committee.html
https://pornve.com/nkhfdo6xb0ny/Brittney_Banxxx_-_Rebound_Lay.html
https://pornve.com/nknrt9t1w2lj/Cherie_Deville_Zach_Wild_-_Getting_Even_And_Getting_Laid_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/nkuvatpxiveo/Delilah_Blue_-_My_Girl_Blue.html
https://pornve.com/nkvc9g0lsh59/My_Three_Stepsons_Syren_De_Mer.html
https://pornve.com/nkvibzp51rc9/Rachel_Roxxx_-_Practical_Prankster_Punishment.html
https://pornve.com/nkwlo089676x/Gia_Dimarco_-_Slutty_Recovery.html
https://pornve.com/nl1mffp1a7ap/Hime_Marie_-_Himes_Cleaning_House.html
https://pornve.com/nl4489xde3f9/Lexi_Belle_-_Filthy_Footjob_For_Room_Service.html
https://pornve.com/nl6dhwl7fvy3/Brazzers_Knobbing_The_Naughty_Nurse_watch_online_for_free.html
https://pornve.com/nl6uejxj6dow/Rachel_Starr_-_Tit-A-Thon.html
https://pornve.com/nl7pw3jeme6b/Hardcore_Massage_Ryan_Keely_Jelena_Jensen.html
https://pornve.com/nl9ecoqmjqkg/Diamond_Foxxx_-_My_Dates_Mom.html
https://pornve.com/nlb8zw8pfg6a/BabyGotBoobs_Kylie_Page_40Bad_Babysitter_-_22_07_1641.html
https://pornve.com/nlbrtis036y3/Madelyn_Marie_-_Lets_Treat_Your_Big_Dick_Disorder.html
https://pornve.com/nld5pz5uy7ak/Ambers_Morning_Titjob_-_Amber_Alena_-_Day_With_A_Pornstar.html
https://pornve.com/nlemnpxbt86l/Alexis_Fawx_-_Pornstar_Protection_Program.html
https://pornve.com/nlghknn5alwc/Parker_Swayze_-_The_Blow_Job.html
https://pornve.com/nlkejez32fsgg/MilfsLikeItBig_17_04_10_Ariella_Ferrera_Cougar-In-Law_XXX_-KTR.html
https://pornve.com/nllbqzesgcnd/Monica_Santhiago_-_Taking_A_Dip_In_Her_Ass.html
https://pornve.com/nllhyfe94bgd/Eva_Angelina__Jenna_Ashley_-_This_Is_How_We_Work.html
https://pornve.com/nlmg11y4u8wj/London_Keyes_-_Wish_Boner.html
https://pornve.com/nlqhgo3sljsn/Summer_Brielle_-_The_Trophy_Wife.html
https://pornve.com/nlrbiba9srxo/HOT_Alektra_Blue_Anal.html
https://pornve.com/nlwb3upmyvnf/Katt_Garcia__Maserati_-_Thick_On_Thin.html

https://pornve.com/nlyx3izy4756/Day_With_A_Pornstar_-_Ebony_Mystique_Big_Tits_Distraction_DayWithAPornstar.html
https://pornve.com/nlz2c6crb0q4/Portia_Paris_Mature_Woman_With_Big_Tits_Cheats_On_Her_Husband.html
https://pornve.com/nm0dhjtsh7ad/Alexia_Vosse_-_This_Young_Slut.html
https://pornve.com/nm0i8w86ipeg/Dayna_Vendetta_-_If_Im_Fired_Youre_Fucked.html
https://pornve.com/nm5ch0y8eii4/Tori_Black_-_Back_in_Black.html
https://pornve.com/nm63iuaie953/April_ONeil__Mariah_Madysinn_-_Hotel_Cockpit.html
https://pornve.com/nm669yc2uyoz/Principal_Photography_-_Brazzers_.html
https://pornve.com/nmajsthmmdry/Karmen_Karma_-_Learning_Breaststroke.html
https://pornve.com/nmbitlgb3283/BigButtsLikeItBig_-_Lylith_Lavey_Hitched_And_Ditched_-_16_05_05.html
https://pornve.com/nmmig14fc227/Erotic_Massage_Angela_White.html
https://pornve.com/nmvvlktwrz70/Tour_Of_London_Part_One_-_Madison_Ivy__Jasmine_Jae_-_Brazzer_Exxtra.html
https://pornve.com/nmyuk5x7vj3w/Abigail_Mac_Isiah_Maxwell_Just_Dont_Fuck_The_Bosss_Daughter.html
https://pornve.com/nn0s66bzaarb/He_Came_At_Night_-_Part_1.html
https://pornve.com/nn3j5uzev71s/Valentina_Nappi_-_Clutching_Her_Pearls.html
https://pornve.com/nn6ap8vdvghh/Amirah_Adara_-_Crazy_Ex_Car_Wash.html
https://pornve.com/nnfb2juhlr43/Alura_Jenson_The_Master.html
https://pornve.com/nnloabggn409/Alix_Lynx_-_Reaching_Up.html
https://pornve.com/nnr0pywexo06/Anny_Aurora__Texas_Patti_-_Texas_Patti_And_Anny_Clean_Up.html
https://pornve.com/nns99n6paqbo/Katie_St_Ives_-_Nanny_Fanny.html
https://pornve.com/nnwh8rt3rce3/My_Boyfriend_Would_Never_Cheat_On_Me.html
https://pornve.com/nnzs713rkht4/reverse_cow_girl_compilation_.html
https://pornve.com/no1gcl6kwa65/Hime_Marie_-_Forbidden_Fruit_Tastes_The_Sweetest.html
https://pornve.com/no21qm10hx2d/Sovereign_Syre_-_Sovereign_Blows_The_Party_Big_Time.html
https://pornve.com/no4ob4lc1ixi/Olivia_Austin_Produce_Aisle_Poonani_milf_fucking_in_super_market_by_stranger.html
https://pornve.com/no5fysyv98aj/Hailey_Young_-_Desperate_Times_Call_For_Naughty_Pleasures.html
https://pornve.com/noabi75lzs3l/Ariella_Ferrera_-_Wet__Naughty_Sponge_Bath_Party.html
https://pornve.com/nobn5e386ss0/bex_20_02_28_milly_marks_grinding_a_gamer.html
https://pornve.com/noqiwjedi54o/Alexis_Monroe__Jessa_Rhodes_-_Picking_The_Perfect_Pussy.html
https://pornve.com/novwnas1s3e6/Liza_Del_Sierra_Danny_D_-_Giving_Him_The_Talk_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/np1lnecbswvz/Ariella_Ferrera_Take_A_Seat_On_My_Dick_2.html
https://pornve.com/np20ivea2skr/Crystal_Rush_Justin_Hunt_-_Hot_Day_For_Anal_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/npaqanmf1id6/BrazziBots_-_Part_1.html
https://pornve.com/npc1szzaeno2/Lost_On_Vacation_San_Diego_Part_Two_Romi_Rain__Brick_Danger.html
https://pornve.com/npf41uodj698/Mya_Mayes_-_Milf_Wants_More.html
https://pornve.com/npfscxc1wfkz/Jessica_Nyx_-_Beautiful_Aura_Wanna_Fuck.html
https://pornve.com/npiboyz1xa6j/Luna_Star_-_Luna_Rides_The_Pole_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/npl7x90nebf8/30_Minutes_3Some_Cumshot_Loads_In_HD_2_Chicks_1_Dick_Facial_Cumhot_Titty_Loads_Jizzworld.html

https://pornve.com/npl8weqsc9xh/Athena_Faris_Noemie_Bilas_-_A_Family_Affair_The_Reunion_Part_2_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/npr9udtj9dq3/Austin_Lynn_-_House-Sitting_Whore.html
https://pornve.com/nptezgjw1joh/Melissa_Moore_-_Big_Dick_In_A_Little_Box.html
https://pornve.com/nq04gmzxxokl/Audrey_Bitoni_-_Equipment_Room_Boom_Boom.html
https://pornve.com/nq1av0e1e2ij/Layla_Rose__Nina_Mercedez_-_This_Is_My_House_Bitch.html
https://pornve.com/nq1nzkjudska/Raven_Hart_-_My_Slutty_Stepmoms_Wedding.html
https://pornve.com/nq2bddvrpcz2/Tiffany_Tyler_-_Cooling_Off_With_A_Hot_Fuck.html
https://pornve.com/nq2o4jjsjnrd/Stroke_It_For_Me_Brazzers.html
https://pornve.com/nq3yfosludwg/DareDorm_Ariel_Lee_Annika_Eve_Avery_Adair_-_Slumber_Party_02_09_2016.html
https://pornve.com/nq9krnd395pe/Cherie_Deville_-_Cosplay_With_My_Ass.html
https://pornve.com/nqaid68mxu5x/snowbanging_part_1.html
https://pornve.com/nqluujv9bg9v/Blake_Rose__Isis_Love_-_Bathing_Suit_Beauties.html
https://pornve.com/nqn3ohanj260/rob_me_blind_and_fuck_me_stupid.html
https://pornve.com/nqnn44cyp0lk/Madison_Ivy_Xander_Corvus_Revel_In_A_Blue_Dress.html
https://pornve.com/nqqmqrtnlx6y/Stop_Enough_My_mother_can_hear_that_youre_fucking_me_like_a_slut.html
https://pornve.com/nqv3bobktiv7/Abella_Danger__JoJo_Kiss_-_Our_Sorority_Sucks.html
https://pornve.com/nr0b3jtni7k9/Rachael_Madori_-_Ass_Candy.html
https://pornve.com/nr1l62nvsdbh/Adriana_Chechik_-_Never_Get_Married_-_The_Aftermath.html
https://pornve.com/nr6g1h8w06gy/Vanilla_Deville_-_ZZBA_Jam.html
https://pornve.com/nr7fuqwtw46b/Mandy_Muse_-_Ho_In_The_China_Shop.html
https://pornve.com/nr7k3hk5r0gh/Chanel_Preston__Jillian_Janson_-_Love_To_Lick.html
https://pornve.com/nra2uvuexn61/Capri_Cavanni_-_Piece_Of_Cake.html
https://pornve.com/nrampxgv1h3x/Shae_Summers_VIP_-_Daisy_Summers_Ashton_Pierce_Shae_Summers.html
https://pornve.com/nrfaw0jn1juy/London_River_-_Sports_Suck.html
https://pornve.com/nrgdugm0g1aw/Peta_Jensen_-_Our_New_Maid_-_Part_2.html
https://pornve.com/nrgqa7xx1b1k/Mandy_Haze_-_Wrong_Dorm_Right_Girl.html
https://pornve.com/nrr8mdbu4cxf/Krysta_Kaos_-_Krystas_Big_Cock_Cravings.html
https://pornve.com/nrtn2bw5euvr/ham_20_05_20_lacy_lennon_and_evelyn_claire_jukebox_showdown.html
https://pornve.com/nrxeuorxe6vl/phoenix_marie_and_kelly_divine.html
https://pornve.com/nrytlqalsv7i/Rachel_Starr_-_Watch_Me_Cheat.html
https://pornve.com/ns25jf6i5lys/Anikka_Albrite__Nicole_Aniston_-_Damsels_In_Denim.html
https://pornve.com/ns2lf9fm6pyz/Veronica_Rayne_-_The_Merger.html
https://pornve.com/ns45jzm80z3p/Hadley_Viscara_-_A_Natural_Distraction.html
https://pornve.com/ns77spf7jxwr/Sammie_Spades_-_Fuck_That_Ass_In_Class.html
https://pornve.com/ns79fu3931rt/Brandi_Love_And_Katie_Morgan_-_Puzzled_Over_Pussy.html
https://pornve.com/ns7rcxgranmp/Chanel_Preston__Luna_Star_-_Cum_Like_Its_Hot.html
https://pornve.com/nsdgvei4a1yb/Best_Of_Brazzers_-_Ava_Addams.html
https://pornve.com/nseipclwc40n/Kissa_Sins_-_Lets_Talk_About_Sex.html
https://pornve.com/nsejgcqgrehn/Charlotte_Stokely_And_Cherie_Deville_Sweet_Cherie.html
https://pornve.com/nsfuyerb5dk0/Eva_Notty_-_Pre-Dance_Romance.html
https://pornve.com/nsm79xgsna5x/Madelyn_Marie_-_Bra_Presentation.html
https://pornve.com/nsu5mbdzyb06/Romi_Rain_Ricky_Johnson_-_Pounded_By_The_Pool_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/nsvfl29uuxid/Alexis_Fawx_Xander_Corvus_-_Super_MILF_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/nswheys6cblq/Kortney_Kane_-_I_Want_Cock_Now.html

https://pornve.com/nt5k78n20h9i/Kelsi_Monroe_-_Kelsi_Gets_Down.html

https://pornve.com/nt5w5kiddqec/Kianna_Dior_-_New_To_The_Neighborhood.html

https://pornve.com/nt97t7v8bi95/Blanche_Bradburry_Danny_D_-_Crushing_His_Dreams_-_Big_Butts_Like_It_Big_June_24_2018.html

https://pornve.com/ntck7pzy0gj1/DayWithAPornstar_Lacey_Bender.html

https://pornve.com/ntcxdwovyjig/Lily_Labeau_-_Porn_Set_P_A.html

https://pornve.com/nte4v073zp9n/Angela_White_-_Jean_Queen.html

https://pornve.com/ntedpur51uw2/Paisley_Pepper_Jmac_-_Pretty_Paisley_-_First_Time_Audition.html

https://pornve.com/ntfdi6m2n13g/Rachel_Roxxx_-_Pornstar_Extraordinaire.html

https://pornve.com/ntgwp0n5oo7d/Brazzers_A_View_of_the_English_Cuntryside_Bangbros_AssParade_Mandingo_Monica_Santhiago_Brunett.html

https://pornve.com/ntia27yhuidt/analljordi_is_a_creepy_bastard_plump_pantyhosekagney_linn_karter__jordi_el_nio_polla_jordi_fucked_another_milf_21_top_rated_porn_video_of_today_50_most_played_porn_video_of_today_102_top_rated_porn_video_of_week.html

https://pornve.com/ntju38adap9n/Getting_joan_out_of_the_shower.html

https://pornve.com/ntkey11co626/Jesse_Jane_Fixing_For_A_Fix.html

https://pornve.com/ntnagn9efjdb/Mandy_Muse_-_Anal_Cult.html

https://pornve.com/ntpdh3clu5ky/Allie_Jordan_-_Tip_Me_Mister_Grocery_Boy.html

https://pornve.com/ntpsn9kegs02/Ryan_Keely_Contracts_A_Cock_Ryan_Keely.html

https://pornve.com/nttc0qohst52/Monique_Fuentes_-_Young_Man_Attacked_By_Cougar.html

https://pornve.com/nu0lp8bw65i1/Cherie_Deville_Cali_Carter_Massage_My_Mother_In_Law.html

https://pornve.com/nu2jk2a04squ/Brazzers_-_Alina_Lopez_Rude_Awakening.html

https://pornve.com/nu3gg2dc0prl/RKPrime_19_09_25_Kira_Queen_Kings_Spa_Kira_XXX.html

https://pornve.com/nud2qpfwn1ge/Brooke_Lee_Adams_-_Amusement_Fuck.html

https://pornve.com/nuhnofjglmxf/Phoenix_Marie_-_Rainy_Anal_For_Mrs_Marie.html

https://pornve.com/nujdkdg9pu1m/Taylor_Sands_-_Horny_Wife_Gets_Her_Fix.html

https://pornve.com/nuloxdrt9md9/Brazzers_-_Honey_Would_You_Mind_Milking_My_Nuts_2.html

https://pornve.com/nusqcarj90vo/Abella_Danger_-_Working_His_Pole.html

https://pornve.com/nutmbkdkznon/Tia_Cyrus_Xander_Corvus_-_Mod_Bod_-_Baby_Got_Boobs_-_Brazzers.html

https://pornve.com/nuxs92nm79l2/Karlie_Montana_Karlie_Analysis.html

https://pornve.com/nv10v5y27igj/EuroSexParties_Cassie_Right_Carry_Cherry_Two_On_One_-_04_12_2016.html

https://pornve.com/nv1xuysql3o5/Simony_Diamond_-_Glamorous_Booty_Shake.html

https://pornve.com/nv3x24l39kcq/Amber_and_Mystique_Show_Off_Their_Big_Tits_Brazzers.html

https://pornve.com/nv4hymp4e0v5/Brandy_Aniston_-_W-H-O-R-E.html

https://pornve.com/nv8igreydamj/Jackson_Diamond_MoM.html

https://pornve.com/nv9mkxxk3q3t/Candy_Manson_-_Masseur_To_The_Stars.html

https://pornve.com/nvb74bgb95u9/Sofia_Rose_Jordi_El_Nino_Polla_-_Load_Size_Jordis_Max_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/nvbehxfo4w8y/_Brazzers_-_A_hot_threesome_after_the_theater_with_babes_Brenna__Yurizan_.html

https://pornve.com/nvegs0gsxmc8/Help_Doc_I_am_Horny_Brazzers.html

https://pornve.com/nvk82qiwc2wc/BigWetButts_Luna_Star_Luna_Loves_Anal.html

https://pornve.com/nvlo3yemtlxf/Leigh_Darby_-_Drilling_Miss_Darby.html
https://pornve.com/nvq93j7hb4rz/Jessica_Nyx_-_Flash_Photography.html
https://pornve.com/nvv6wel0ks4j/Alison_Avery_Michael_Vegas_-_Fill_My_Quota_-_Big_Tits_At_Work_-_Brazzers.html
https://pornve.com/nvvkd7sgujkz/RealWifeStories_Ava_Addams_Survey_My_Pussy_-_30_12_2016.html
https://pornve.com/nvyapn4kpquv/Courtney_Taylor_-_Healing_Touch.html
https://pornve.com/nw0k3244e9as/Blake_Rose_-_Who_Cares_Let_Me_Fuck_Your_Tits.html
https://pornve.com/nw4khp9pek0k/Nikki_Delano_-_Morning_Comes.html
https://pornve.com/nw5ms47egzd2/Sara_Jay_Lil_D_-_Bring_Me_The_Manager_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/nw8il09agd3r/Too_Hot_To_Handle_Reagan_Foxx_Kyle_Mason.html
https://pornve.com/nw9hfshun9kt/JoJo_Kiss_-_Hole_In_One.html
https://pornve.com/nwakpjarw1ml/RealWifeStories_Taylor_Sands_Horny_Wife_Gets_Her_Fix.html
https://pornve.com/nwbcfy9cx5ew/Dahlia_Sky_-_Dahlia_Skys_Assholes_The_Limit.html
https://pornve.com/nwdx4ku85jdq/Kristina_Rose_-_ZZ_Lemonade.html
https://pornve.com/nweez3ekra0i/Bridgette_B__Nicolette_Shea_-_BabeZZ_Watch.html
https://pornve.com/nwgxjwq49rh0/Janice_Griffith_-_Watch_Party.html
https://pornve.com/nwk7zux9g1ff/Filthy_Fuck__Part_Two.html
https://pornve.com/nwku6zxyhwvd/Violet_Smith_-_Pump_Up_The_Volume.html
https://pornve.com/nwnlhlwpeckk/Fuck_The_Interview_Cassidy_Banks.html
https://pornve.com/nwnos3uwkdxm/Asa_Akira__London_Keyes_-_The_Perfect_Marriage.html
https://pornve.com/nwu524fcno2v/RealityKings_Fucking_Euro_Milf_Realitykings_MILFHunter_Jordi_El_Nino_Polla_Blondie_Fesser_Blon.html
https://pornve.com/nwxb84hbdkyz/NEW_Mia_Malkova_Anal.html
https://pornve.com/nwy08nbwi0id/Richelle_Ryan_-_Milfer_Madness.html
https://pornve.com/nx3l1snc9gaf/Richelle_Ryan_Xander_Corvus_-_Boning_The_Bad_Boyfriend_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/nx5zt6td2it0/Amber_Cox_-_I_Vant_To_Suck_Your_Tits.html
https://pornve.com/nx8erjv9u5gp/Reagan_Foxx_-_Save_The_Tits.html
https://pornve.com/nx9asv9t646y/LANA_RHOADES__OVER_EASY.html
https://pornve.com/nxq4wesv2zeh/Ania_Kinski_-_Your_Mom_Is_Hotter.html
https://pornve.com/nxy6wylilqn6/Ariella_Ferrera_-_The_Whorin_Warden.html
https://pornve.com/nxz1cy6wj0g6/New_Layla_London.html
https://pornve.com/ny1y1747da0a/Alina_Lopez_-_Pharma_Sutra.html
https://pornve.com/ny3ufoyocs8c/Apolonia_-_Surprise_Invasion.html
https://pornve.com/ny4xq32xelig/Hardcore_Squirt_Cytherea_Can_I_Crash_And_Bang_Your_Mother.html
https://pornve.com/ny5uky0dxfyn/Aubrey_Addams_-_All_My_Thongs_Are_Too_Small.html
https://pornve.com/nyc8h8pf5tmn/Nina_North_-_No_Skatewhoreding.html
https://pornve.com/nyf5h5ydynhi/Amber_Jayne_-_The_Art_Of_Decluttering__Orgasming.html
https://pornve.com/nyhhgjh8q06g/Clea_Gaultier_-_The_Anal_Ballet.html
https://pornve.com/nyizrc6egrg3/Aubrey_Rose__Cory_Chase_-_Tight_And_Tanned_-_Part_1.html
https://pornve.com/nymtm4rpdbeb/Aj_Applegate_-_Escape_From_Asscatraz_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/nypzs3smh0fm/Celeste_Star__Dani_Daniels_-_Are_You_Still_Awake.html
https://pornve.com/nyqnebd56vsf/Asa_Akira_-_Mean_Head_Game.html
https://pornve.com/nz4bdiqc7she/Ashley_Sinclair_-_Ripe_To_Be_A_Pornstar.html
https://pornve.com/nzbosusqvgsq/Liza_Del_Sierra_-_Professors_Got_The_Moves.html
https://pornve.com/nzbzo7bte9vs/Claudia_Valentine_-_Bitch_On_The_Beach.html

https://pornve.com/nzd25eqy061i/Uma_Stone_-_Truant_Titties.html
https://pornve.com/nzeav12wu65h/_Brazzers_-
_Hot_cheerleader_Anya_Ivy_gets_fucked_by_basketball_coach_.html
https://pornve.com/nzmm9hjycvfa/Tour_Of_London_-_Part_2.html
https://pornve.com/nzoa7fuidqly/Richelle_Ryan_Xander_Corvus_-_Cuntry_Cock_-
_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/nztnh75p540t/Madelyn_Marie_-_Pornstar_Apprentice.html
https://pornve.com/nzyamt6q4fmb/_HD_Adriana_Chechik_Franceska_Jaimes_Holly_Hendrix__8_Best_Of_Br
azzers_Anal_Extravaganza.html
https://pornve.com/o007rbbnxd49/Jill_Kassidy_Duncan_Saint_-_Skinny_Dip_Dicking_-
_Teens_Love_Huge_Cocks_-_Reality_Kings.html
https://pornve.com/o013etto5ias/Jamey_Janes_-_Cock_Roulette.html
https://pornve.com/o063smw4xvt5/Alexis_Fawx_-_Slip_And_Slide.html
https://pornve.com/o0dqnz7u7d34/Brazzers_-_Pool_Toy.html
https://pornve.com/o0dy0romc9cj/Mason_Moore_-_Jungle_Booty.html
https://pornve.com/o0edfb4x3e5n/Courtney_Cummz_-_Infiltrating_A_Pornstars_Wet_Anus.html
https://pornve.com/o0jrdvaip6mk/Jada_Fire__Jessie_Volt_-_Butt_Club.html
https://pornve.com/o0lcfvyy10sb/Sarah_Vandella_-_Pre-Game_Titual.html
https://pornve.com/o0pum98cky2l/Alyssa_Reece__Sheena_Shaw_-_4th_Down_On_All_Fours.html
https://pornve.com/o0t73hykhord/Abella_Danger__Katana_Kombat_-
_Working_Out_Their_Anger.html
https://pornve.com/o0v6kx4d4bh3/Lela_Star_Xander_Corvus_-_Sex_Preparedness_Class_-
_Big_Tits_At_School_-_Brazzers.html
https://pornve.com/o0wnawgj376o/Mackenzee_Pierce_-_Inglourious_French_Maids_-_Brazzers.html
https://pornve.com/o0wpt9y2132u/Hallowanal_Brazzers.html
https://pornve.com/o1263rq598hs/Abella_Danger__Luna_Star_-_Eat_Her_Cheater.html
https://pornve.com/o14e5uoat9ui/Chanel_Preston__Julia_Ann_-_Night_Caps.html
https://pornve.com/o151fa42h3u3/8thStreetLatinas_Malina_Mars_Peter_Green_-_Man_In_Mars.html
https://pornve.com/o1616dx8i7tb/Summer_Brielle_-_Sex_Sells_Baby.html
https://pornve.com/o1760eyjkpmt/Lexi_Luna_-_The_Boy_Toy_Deluxe.html
https://pornve.com/o18alplak60i/Soccer_Moms_Suck.html
https://pornve.com/o1fxhwoefzcd/nikki_and_phoenix.html
https://pornve.com/o1goa3s4lh2d/BrazziBots_-_Part_4.html
https://pornve.com/o1ikdfzddi3r/Sydney_Cole_-_Netdicks_And_Chill.html
https://pornve.com/o1jbdx1bmh17/Abella_Danger_Chad_White_-_Bright_Booty_-_Monster_Curves_-
_Reality_Kings.html
https://pornve.com/o1k44secw8mg/Rachel_Roxxx__Sienna_West_-
_How_To_Handle_Your_Students_101.html
https://pornve.com/o1sj8v79fvqo/Jenny_Hendrix_-_Winning_Big_with_The_Lottery.html
https://pornve.com/o1uczdcub6r5/Brazzers_Live_-_39.html
https://pornve.com/o1ue2z6q5zkf/Brazzers_Worldwide_Budapest_-_Episode_6.html
https://pornve.com/o1uxctw1kjht/Katana_Works_It_Brazzers.html
https://pornve.com/o1xclyij5m1j/Isis_Love_-_Boning_Her_Bodyguard.html
https://pornve.com/o1y59d1rlrwx/Sky_Taylor_-_Fight_Your_Fears_Pound_Those_Rears.html
https://pornve.com/o1zj07y3zcyl/Devon_Lee_-_Exclusive_Ass.html
https://pornve.com/o208g2a7ndqx/Madison_Scott_-_MacBoober.html
https://pornve.com/o26l623ldg70/Anissa_Kate__Nekane_Sweet_-_Booty_Work.html
https://pornve.com/o2a0fd93cgdk/Teens_Like_It_Big_Gwen_Stark_My_Stepsisters_New_Outfit.html

https://pornve.com/o2bc70o8gvaz/Brittany_Andrews_Markus_Dupree_-_Full_Moon_-_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/o2bjh166xc4d/American_Whore_Story_-_Part_5.html

https://pornve.com/o2cwmlpb2rr2/Cherie_Deville__The_Mad_Dr_Deville_40BrazzersExxtra41.html

https://pornve.com/o2j0zn4zh5r0/Capri_Cavanni_-_Hot_And_Taught.html

https://pornve.com/o2j836ugyq5e/Crista_Moore_-_Put_That_Mystery_Meat_In_My_Mouth.html

https://pornve.com/o2lfx1c615d5/Amia_Miley_-_Stick_Em_Up_Pussy.html

https://pornve.com/o2nh1jy29kgd/Gabriela_Lopez_-_Champagne_And_Diamonds.html

https://pornve.com/o2w9sdjsp0cp/Eva_Karera_-_The_Seance_Of_Sucking_Dick.html

https://pornve.com/o30qzqte7fv1/Natasha_Nice_-_Nailed_It.html

https://pornve.com/o32ckm7n8u02/Angelina_Valentine__Tory_Lane_-_Hands_On_Procedure.html

https://pornve.com/o32r1vq97i5l/Power_Bangers_XXX_-_Episode_4.html

https://pornve.com/o38k6u85xoqr/Osa_Lovely_Kyle_Mason_Xander_Corvus_-_Nailed_Through_The_Wall_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/o39y8zgx7q2n/Kortney_Kane_-_Kortney_Kills_-_Part_1.html

https://pornve.com/o3dznlx8fvzu/Julia_Ann_-_Hooked_On_Bras.html

https://pornve.com/o3ecx80nyryk/Olivia_Austin_-_Mom_Needs_Money.html

https://pornve.com/o3iztbudrxue/Julia_Ann__Veronica_Avluv_-_Business_Dinner_With_The_Wives.html

https://pornve.com/o3pn915amfij/_Brazzers_-_Sienna_Day_takes_huge_white_cock_up_her_ass_in_pov_.html

https://pornve.com/o3vxh54xmwxp/Ariella_Ferrera_-_Fellatio_From_The_She-E-O.html

https://pornve.com/o3zf04bmwmso/Natalia_Rossi_-_Curiosity_Filled_The_Snatch.html

https://pornve.com/o494musjwe9p/BigTitsAtSchool_stacy_cruz_a_d_well_earned.html

https://pornve.com/o4jcz24ulbs0/Sneaky_Student_Snogging_Jenny_Glam.html

https://pornve.com/o4kmou6db4fm/Kims_Yoga_Pants_Big_Booty_Brunette_Lela_Star_Rides_A_BBC_.html

https://pornve.com/o4l14s95muai/Abella_Danger_-_Caught_Up_In_Abella.html

https://pornve.com/o4ltejp4wi99/Kira_Noir_Scott_Nails_-_Take_Another_Fucking_Study_Break_-_RK_Prime_-_Reality_Kings.html

https://pornve.com/o4mqmks7bfll/Phoenix_Marie_Dreams_Tell_The_Future.html

https://pornve.com/o4pf0b5dugav/Dylan_Phoenix__Molly_Jane_-_Big_Tits_On_The_Bottom_Bunk.html

https://pornve.com/o4wolzu14ffv/Puma_Swede_Anal_Makes_It_All_Better.html

https://pornve.com/o4x2wsfavcaq/Rikki_Six_Big_Juicy_Tits_Combo_To_Go.html

https://pornve.com/o4ywb24g1hvt/Eva_Angelina_-_The_Twilight_Bone.html

https://pornve.com/o52guo684euy/Step_Brazzers_Dahlia_Sky_Ramon__Toni_Ribas.html

https://pornve.com/o5edeltiwhn3/Holly_Morgan_-_My_Best_Friends_Wife_The_Payback.html

https://pornve.com/o5fwabwz0drt/Brazzers_Live_-_19.html

https://pornve.com/o5g1dc2k9no9/Erica_Fontes_-_Oily_Adultery.html

https://pornve.com/o5itstjzk4rj/MommyGotBoobs_17_02_26_Cytherea_Can_I_Crash_And_Bang_Your_Mom_XXX_-KTR.html

https://pornve.com/o5jirzpx979n/Big_Ass_Agent_Fucked_By_Client_Big_Ass_To_Big_Tits.html

https://pornve.com/o5oifg0wedps/Mary_Jean_-_Overworked_Titties.html

https://pornve.com/o5rgmm6395q0/Siri_-_Siri-ously_Big_Tits.html

https://pornve.com/o5s62vpc4c73/Abella_Danger_Kimmy_Granger_Dirty_Little_Gamer.html

https://pornve.com/o5t2s8fapkwx/Lizz_Tayler__Veronica_Rodriguez_-_Step_Sisters_First_Cock.html

https://pornve.com/o5tcozf249jg/Bridgette_B_Karma_Rx_Ricky_Spanish_-_The_Getaway_Part_2_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/o5vxfj3z5rmb/Vanessa_Cage_-_The_Housesitter.html
https://pornve.com/o5yw4adowyaz/Fucks_Moms_New_Boyfriend.html
https://pornve.com/o6449swybvvf/Ashley_Fires_-_Watchin_The_Game_with_Ashley.html
https://pornve.com/o64yfjh3pmjn/Amber_Jade_-_Teachers_Pet.html
https://pornve.com/o65u0tqsqmqk/Moms_In_Control_14_S3_Ava_Addams_Kimmy_Granger.html
https://pornve.com/o6b8mnz6m9ap/Cassidy_Banks_Johnny_Sins_Stacked_Sister-In-Law.html
https://pornve.com/o6d441ve4u46/Casey_Calvert_Ricky_Spanish_-_Happy_Masturbation_Month_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/o6ez85syv0cn/Ashley_Anderson__Karma_Rx_-_Corrupted_By_Karma.html
https://pornve.com/o6k0h51ffsbe/BEST_NEW_Julia_Ann_-_720p.html
https://pornve.com/o7b0ero4u0r2/Stripper_having_sex_while_working.html
https://pornve.com/o7g5lukpyxbk/Monica_Mayhem_-_Deep_Oral_Resuscitation.html
https://pornve.com/o7gk6xk7r24e/Public_Anal_Kagney_Linn_Karter.html
https://pornve.com/o7i28fou6pyt/Breanne_Benson_-_Big_Cock_For_The_Last_Time.html
https://pornve.com/o7ldplz4k2zm/Nicolette_Shea_-_Bath_Bombshell.html
https://pornve.com/o7u16bnyow5a/_Whats_My_Grade_Again_.html
https://pornve.com/o7up2w44tj08/Cock_Crazed_Canadian_Nikki_Benz__Keiran_Lee.html
https://pornve.com/o7v11pbd6zt0/Chantelle_Fox_-_The_Wet_Look.html
https://pornve.com/o7w959av5zei/Sarah_Banks_-_Booty_On_The_Bike.html
https://pornve.com/o80utll2pxif/Casey_Cumz_-_Rubdown_Revenge.html
https://pornve.com/o82n4gdsl5iy/Luna_Star_Kyle_Mason_-_All_Dolled_Up_Anal_Edition_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/o853upkib31q/Chloe_Lamour_-_This_Could_Be_The_End.html
https://pornve.com/o85vre3ejon4/Abigail_Mac_Daisy_Summers_-_Lady_lust.html
https://pornve.com/o8iee80miwaa/Kayla_Kayden_HD_1080_Anal_Big_Tits_Blonde_Double_Penetration_DP_Threesome.html
https://pornve.com/o8qg2u1nm9as/Abigail_Mac_-_A_Domestic_Dicking.html
https://pornve.com/o8qihxgur84j/Nicole_Aniston__Riley_Reid_-_Porn_Logic.html
https://pornve.com/o8qt9swg19hw/BigTitsAtWork_Isis_Love_Spilling_The_Boobs_-_02_11_2016.html
https://pornve.com/o8v53y0wjlmf/GFRevenge_Slippery_when_wet.html
https://pornve.com/o8xn9ff42cn7/Lisa_Ann_-_Eyes_Wide_Slut.html
https://pornve.com/o8ylww7zfjfh/Katja_Kassin_-_Katja_Red-Handed.html
https://pornve.com/o92d6nrzt1vj/Moms_In_Control_14_S5_Rebecca_More_Rhiannon_Ryder.html
https://pornve.com/o9403ebag7lq/Kiera_Rose_Pussy_Is_The_Best_Medicine.html
https://pornve.com/o98gwln3lg2c/StreetBlowJobs_Charlie_Nash_-_Facial_Fun_09_10_2016.html
https://pornve.com/o9a997y8a8lo/Abella_Danger_Alex_Legend_-_Curbed_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/o9es3k5vygaw/Jade_Baker__Molly_Stewart_-_Study_Frenemies.html
https://pornve.com/o9fbeo9x49jh/Jessica_Moore_-_Shes_So_Soft_And_Warm_In_My_Arms.html
https://pornve.com/o9kjp5j36zvi/Blake_Morgan_-_Pitch_It_Down_The_Pipe.html
https://pornve.com/o9qkwcmuyq6h/Amy_Anderssen_-_Time_2_Meet_The_Mutherload.html
https://pornve.com/o9rls85cdf8z/Cassidy_Banks_-_Banging_Ms_Banks.html
https://pornve.com/o9sjzcq4qfrp/Marie_Clarence_-_One_Very_Important_Business_Call.html
https://pornve.com/o9uw8nnf498u/Kassondra_Raine_-_Horny_Wife_Wants_A_Stranger.html
https://pornve.com/o9vlfah01q7e/Zara_DuRose_Danny_D_Corporate_Espionage.html
https://pornve.com/oa0rgmuc327r/Angela_White__Nicolette_Shea_-_Caught_Talking_Dirty.html
https://pornve.com/oa5ku8bvyrsg/Ella_Hughes__Shona_River__Zoe_Doll_-_Lets_Welcome_The_New_Student.html

https://pornve.com/oaahpuvyr549/Ava_Addams__Kimmy_Granger_-_All_Night_Rager.html
https://pornve.com/oaai7g8d4v6v/Brandi_Loves_The_Contractors_Brandi_Love_Michael_Vegas__Toni_Ribas
.html
https://pornve.com/oadp93d3g30u/Jessica_Ryan_-_The_MILF_Experience.html
https://pornve.com/oajjohhkb2vb/Stephanie_Carter__Shane_Blair_-_Suck_On_Stephanie.html
https://pornve.com/oakxrz293r9a/Alektra_Blue_Kirsten_Price_-
_Threesome_With_The_Date_Coach.html
https://pornve.com/oaqqcdw2zfqr/Pressley_Carter_-_Best_Buds.html
https://pornve.com/oaqtdaronuy5/Christie_Stevens_-_My_Blindfolded_Stepmom.html
https://pornve.com/oawud42gy63z/Alessa_Savage_-_Renters_Pussy.html
https://pornve.com/oaxnjjjk020n/bex_20_03_10_khloe_kapri_checkmate.html
https://pornve.com/oayofmheb81s/Harley_Jade__Yhivi_-_Switching_Teams_-_Part_1.html
https://pornve.com/ob0ul1dlbipc/Alexis_Texas__Rachel_Starr_-_Whore_Fuckers.html
https://pornve.com/ob9gic1og6v6/Kortney_Kane_-_Glory_Hole_Addiction.html
https://pornve.com/obaonb9pxcu3/Carmen_Caliente_-_Latin_Rubdown.html
https://pornve.com/obb1mvqazn5k/Ariella_Ferrera_Miss_Ferrera_Wants_It_Bad.html
https://pornve.com/obfm9jzlzcre/Kelley_Devine_Kristina_Rose_And_Johnny_Sins_Sweet_ANAL_Threesome.h
tml
https://pornve.com/obhbfh2i52fp/Charley_Chase__Lylith_Lavey_-
_Guess_Whos_Cumming_For_Dinner.html
https://pornve.com/obk1mgttn4pu/Abbey_Brooks_-_Show_Me_What_You_Can_Do.html
https://pornve.com/obp1rr1m5nlc/Rhiannon_Ryder_Squirtin_On_A_Nerd.html
https://pornve.com/obp7ny5d5tu1/Katana_Kombat_-_Im_Trying_To_Sell_A_House.html
https://pornve.com/obpoqvxxfl3m/Dahlia_Sky_-_Step_Brazzers.html
https://pornve.com/obr7h8xy3a9x/Girl_Fucked_in_every_hole.html
https://pornve.com/obrh94xorvw2/Kagney_Linn_Karter__Monique_Alexander_-_Porno_P_I_-
_Part_3.html
https://pornve.com/obrqlofidbr2/Paige_Turnah_-_The_Porn_Artist.html
https://pornve.com/obv2txqvabax/Vanessa_Blake_-_Real_Thick_And_Juicy.html
https://pornve.com/obvpzy8cavk8/Esperanza_Gomez_-_Wide_Open_House.html
https://pornve.com/obwztzi64pcf/Jenni_Lee__Rachel_Roxxx_-_Caged_Pussy.html
https://pornve.com/oc2phy1rtgi1/Krissy_Lynn__Kylie_Page_-_Cinematic_Climax.html
https://pornve.com/oc39nh1n7xwq/Brazzers_Tell_Me_What_You_Want.html
https://pornve.com/oc5b6lccgso7/Cory_Chase_-_April_Fools_Honey.html
https://pornve.com/oc5wa8c4a3f6/Victoria_June_Scott_Nails_-
_All_Dolled_Up_The_Birthday_Present_-_Pornstars_Like_it_Big_-_Brazzers.html
https://pornve.com/oc6eusj9mxd3/Athena_Faris_-_These_Pipes_Are_Clean.html
https://pornve.com/oc6zvmyzgtr1/Rikki_Six_-_Big_Juicy_Tits_Combo_To_Go.html
https://pornve.com/ocfeb7lsorov/Brazzers_-_Rebecca_Jane_Smyth_Peeping_Stepson.html
https://pornve.com/ocfp7qukf3kh/Lovita_Fate_-_My_Mom_Would_Never_Expect_This.html
https://pornve.com/ocg7wf4j0d8y/_Dont_Trust_Your_Friends_.html
https://pornve.com/ocidjn8hyyi0/Olivia_Blu_-_Fuck_Away_The_Writers_Block.html
https://pornve.com/ocuakap1m1ef/Gia_Dimarco_-
_Ms_DiMarco_Will_You_Please_Cum_Into_My_Office.html
https://pornve.com/od81gha0gsiq/Queen_of_Thrones_Part_2.html
https://pornve.com/od8bvglub3oi/Facial_Threesome_Babe_Aaliyah_Love.html
https://pornve.com/ode83zh219gy/Chanel_Preston__Tasha_Reign_-
_Getting_Mean_With_Tashas_Asshole.html

https://pornve.com/odfa0rxlub9e/Cherie_Deville_-_Moms_Got_A_Meeting.html
https://pornve.com/odmxsl06jf1n/Kendra_Sunderland_-_Dripping_Wet.html
https://pornve.com/odojfpmnk5j9/Audrey_Bitoni_-_Lets_Get_Physical_Therapy.html
https://pornve.com/odr13p50o9kk/DP_Interracial_Jayden_Jaymes_Fantasy.html
https://pornve.com/odsx3wdlkgu9/Ariella_Ferrera_-_Memory_Milkers.html
https://pornve.com/oe2ct21rghyt/Yasmine_de_Leon_-_A_Family_Affair.html
https://pornve.com/oe62sjtdfuvh/Monique_Alexander_Pinkblot_Test.html
https://pornve.com/oe7fndewqvpf/Brooke_Wylde_-_How_To_Pick_Up_A_Sleazebag.html
https://pornve.com/oeg4nlheed96/Best_Of_Brazzers_-_Squirt_Fest.html
https://pornve.com/oei0rib7gbfh/Rebecca_More_-_Ramming_Rebecca.html
https://pornve.com/oem9vzam73mb/Corinna_Blake_Sweet_tooth_.html
https://pornve.com/oemyg6og8p1e/Brazzers_-_Ava_Addams_Rent-A-Pornstar_The_Lonely_Bachelor.html
https://pornve.com/oer2o5rc2z1u/Brazzers_-_Cherie_Deville_Sneaking_Around_With_Her_BFfs_Son.html
https://pornve.com/oesror1ztdrk/Jynx_Maze_Levi_Cash_-_Fresh_Jynx_Juice_Remastered_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/oeyri0ifn0p6/Candy_Manson_-_Laying_The_Smack_Down_On_Candys_Ass.html
https://pornve.com/of1g44rtbm9i/Sophie_Dee_Exorcism.html
https://pornve.com/of4pwqtyyim5/Anal_Nikki_Benz_New_170916.html
https://pornve.com/of6qwjybtuj0/Amirah_Adara_Angel_Wicky_Danny_D_Fancy_Ass_Fucking.html
https://pornve.com/ofdr7mjdbtvt/Katana_Kombat_-_Make_Yourself_Free-Useful.html
https://pornve.com/ofid3zkn6jds/Brandi_Love_Van_Wylde_-_Tell_Me_What_You_Want_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/ofjg8o7szigi/Katana_Kombat_JMac_-_Teachers_Lounge_-_Big_Tits_At_School_-_Brazzers.html
https://pornve.com/ofk4kwzfiwz4/Brazzers_My_Stepmom_And_Her_Siste.html
https://pornve.com/ofkgqncs48bo/Luna_Star_-_Shes_Not_What_He_Expected.html
https://pornve.com/ofl50msaqmq5/Alexis_Fawx_Xander_Corvus_-_Independence_Lay_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/oflrtssfxcks/BigNaturals_Rachel_Raxxx_40Them_Thangs_-_26_10_201641.html
https://pornve.com/ofmj1gic7wnr/Alena_Croft__Kristen_Scott_-_Doing_The_Dirty_Work.html
https://pornve.com/ofnqs669tcdn/Carter_Cruise_-_A_Warm_Place_to_Stay_Tonight.html
https://pornve.com/oforefeob52z/Purple_Bitch_Purple_Bitch_Gets_Surprise_Anal.html
https://pornve.com/ofsdz00bhh84/Alektra_blue_Keiran_lee_Big_tits_at_work_brazzers.html
https://pornve.com/ofsepmql1wed/Moms_Got_A_Meeting_Brazzers.html
https://pornve.com/ofu2k60jhb2s/Makayla_Cox__Vienna_Black_-_No_Pain_No_GPA_Gain.html
https://pornve.com/ofum9c7v3tok/Makayla_Cox__Shavelle_Love_-_Her_Daughters_Best_Friend_-_2.html
https://pornve.com/ofv6qans58gs/Presley_Hart_-_The_Birthday_Special.html
https://pornve.com/og009sqamse8/MommyGotBoobs_19_08_26_Krissy_Lynn_Fucking_Family_Vacation_XXX.html
https://pornve.com/og0aua40zbt3/Kenzie_Reeves_-_Selfies_With_The_Dean.html
https://pornve.com/og0n50w9dz2y/Abigail_Mac_Nicolette_Shea_Alex_Legend_-_BrazziBots_Part_2_-_ZZ_Series_-_Brazzers.html
https://pornve.com/og3g87n6kq7q/Ashley_Adams_-_The_Mechanic.html
https://pornve.com/og4pnjj0p6aa/Amber_Jade_-_This_One_Is_Just_Right.html
https://pornve.com/og576udlzrp3/MommyGotBoobs_Nina_Elle_Hot_Mom_Swims_-_23_10_16.html

https://pornve.com/oge7rrwc80t1/Paige_Turnah_Prince_Yahshua_-_Caress_The_Curves_-_Monster_Curves.html

https://pornve.com/ogfid4h3y95m/New_Eva_Notty_Honey.html

https://pornve.com/oghncdi3srye/Francesca_Le_-_Big_Muscles.html

https://pornve.com/ogin6nx4dm28/DayWithAPornstar_-_Kenzie_Taylor_Kenzie_Chooses_Dick_Over_Dishes.html

https://pornve.com/ogk6hkoob9fl/Lisa_Ann_School_Of_New_MILF.html

https://pornve.com/ognorl2ywv25/Kendall_Kayden_Keiran_Lee_Busted_At_The_Babyshower.html

https://pornve.com/ogpg9xrlk3tr/The_House_Appraiser_-_Melissa_Moore_-_Reality_King.html

https://pornve.com/ogrg9pw54bdi/Cumshots_Compilation.html

https://pornve.com/ogxtax1vx7dc/brazzers2016_12_23_The_Listener.html

https://pornve.com/ogy2892riggo/BrazzersExxtra_-_Chanel_Preston_And_Monique_Alexander_Lets_Get_Facials.html

https://pornve.com/oh3pbzpn0yso/Cream_My_Jeans_Ryan_Conner__Keiran_Lee.html

https://pornve.com/oh402ha4sp42/Chanel_Preston_-_Chanels_Dirty_Secrets.html

https://pornve.com/oh5g4mpv7erj/PornstarsLikeItBig_-_Jasmine_Jae_Rebecca_Moore_-_How_Danny_D_Stole_XXXMas.html

https://pornve.com/ohb541hntoul/DirtyMasseur_19_08_21_Valentina_Nappi_Bodysuit_Banging_XXX.html

https://pornve.com/ohb7dtink42d/Queen_Of_Thrones_4.html

https://pornve.com/ohc4xw4w54ep/Lylith_Lavey_-_You_Massage_So_Show_Me.html

https://pornve.com/ohe3dg0cg5ru/Teanna_Trump_-_Grounded.html

https://pornve.com/ohimox6xk9tx/Dont_Touch_Her_-_Part_5.html

https://pornve.com/ohjocex3xdzv/Bree_Olson_-_WhoreObics.html

https://pornve.com/ohlzongurzcz/Karlee_Grey__LaSirena69_-_The_Maids_Make_A_Mess.html

https://pornve.com/ohnnrpa3dnut/Kissa_Sins_Keiran_Lee_-_Cult_Asspirations_-_Big_Butts_Like_It_Big.html

https://pornve.com/oho62rla2fw9/Valentina_Nappi_-_Stretch_That_Ass_Out.html

https://pornve.com/ohoikc5v1ghy/Ella_Knox_Charles_Dera_-_Busted_At_The_Banana_Shop_-_Big_Tits_At_Work_-_Brazzers.html

https://pornve.com/ohpc7dzh7ll2/Aletta_Ocean_-_Love_At_First_Fuck.html

https://pornve.com/ohr9dpnx6qxk/Karmen_Karma_-_Take_Your_Daughter_To_Twerk_Day.html

https://pornve.com/oht6kb3b0kag/Kagney_Linn_Karter_-_DPd_On_Her_Honeymoon.html

https://pornve.com/ohzblzly2ady/CumFiesta_-_Kymberlee_Anne_Slip_It_In_-_16_05_03.html

https://pornve.com/ohztwygtjaoc/Joslyn_James_Tyler_Nixon_-_Consoling_His_Cock_-_Mommy_Got_Boobs_-_Brazzers.html

https://pornve.com/oi1gg4b7lew5/_Brazzers-_Banging_blonde_professor_Jessa_Rhodes_get_fucked_by_her_student_.html

https://pornve.com/oi5pipcu77nv/Bobbi_Starr__Kristina_Rose_-_Our_Little_Secret.html

https://pornve.com/oi5y7wwxgkdp/Yurizan_Beltran_-_Rub_One_Out.html

https://pornve.com/oiddkl0i9dfb/Gina_Valentina_-_Driving_The_Babysitter_Wild.html

https://pornve.com/oidza539klhi/Sophia_Leone_-_Her_Daughters_Too_Tight.html

https://pornve.com/oiekkz2gesor/this_guy_works_wonders.html

https://pornve.com/oinznctcygs9/MilfsLikeItBig_Synthia_Fixx_The_Milf_In_The_Mirror_-_17_07_16.html

https://pornve.com/oiw7dw4pf73k/Eva_Angelina_-_Double_The_Punishment.html

https://pornve.com/oixhosn847sf/MomsBangTeens_Ryland_Ann_Parker_Swayze_-_Bang_It_Out_15_08_2016.html

https://pornve.com/oiyr2ej5hfx5/Isis_Love_-_Cant_You_Two_Get_Along.html

https://pornve.com/oj1b7z4ugwra/Rachel_sienna_Fuck_in_School.html

https://pornve.com/oj1pjhoc153f/Princess_Jas_Danny_D_-_Presto_This_Wand_Is_Magic_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/oj69gmvpr5gg/Ryder_Skye_-_Unexpected_Hot_Date.html

https://pornve.com/oj6fuyiimrds/Abigail_Mac_-_First_Impressions_Are_Important.html

https://pornve.com/ojb9we76mkul/August_Taylor_And_Summer_Brielle_-_Busty_Babes_Share_Yoga_Instructor.html

https://pornve.com/ojdvz7col14w/BigTitsAtWork_Cassidy_Banks_Fuck_The_Interview.html

https://pornve.com/ojigebsduh4v/Kagney_Linn_Karter_-_Fucking_Party_Of_The_Year.html

https://pornve.com/ojkl6kddad3a/kels1_m0nro3_published_on_77_minutes_ago_kels1_m0nro3.html

https://pornve.com/ojnz36kzsbu8/you_don_t_need_a_cock_part_2_jeni_angel_ryan_keely_jordi_el_nino_polla.html

https://pornve.com/ojpvpn468cqg/Katana_Kombat_-_It_Takes_Two_To_Tango.html

https://pornve.com/ojw4ln1bl91c/Luxury_Girl_-_Soaking_LuxuryGirls_Yoga_Pants.html

https://pornve.com/ojyupeg6fsqz/Jacky_Joy_-_Jacky_Joys_Joyride.html

https://pornve.com/ok22noxb3p7z/Cassidy_Banks__Elektra_Rose__Natalie_Monroe_-_Teen_Sleepover.html

https://pornve.com/ok2xy9dc6gur/Slip_It_In_4_S3_Deep_Stroke_Joseline_Kelly.html

https://pornve.com/ok4ha4p19ni6/MilfHunter_Katie_Morgan_Kinky_Katie_-_08_08_16.html

https://pornve.com/ok4vifgd9748/Nikita_Von_James_-_Doctor_Squirtsalot.html

https://pornve.com/okbe64j1vgio/Massage_Love_is_The_Bare.html

https://pornve.com/okcamc1bjiki/Phoenix_Marie__Piper_Perri_-_Phoenix_vs_Piper.html

https://pornve.com/oklevgnwskgk/Chanel_Preston_Keiran_Lee_-_One_Night_Is_Too_Long_Part_2_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/okllxebq80dc/Moriah_Fucks_Her_Muse_-_Moriah_Mills_Keiran_Lee.html

https://pornve.com/okpp8gcd27bx/Karlee_Grey__Keisha_Grey_-_Were_Roommates_For_A_Reason.html

https://pornve.com/oks1dspa8goc/Shay_Evans_JMac_-_Shay_Dreaming_-_Big_Tits_At_Work_-_Brazzers.html

https://pornve.com/okxl3ceoozhl/Stevie_Shae_-_Painted_Scrubbed_Rubbed_And_Fucked.html

https://pornve.com/ol1d4owk4w4h/Samantha_Saint_-_Suck-Sex_In_Soccer.html

https://pornve.com/ol4p13q9sg5k/Bridgette_B__Isis_Love_-_Slut_Spill.html

https://pornve.com/ol5hphaypl6u/Shyla_Stylez_-_Muff_Buffer.html

https://pornve.com/ol7wbqbwr85k/Vicki_Chase_-_The_Perfect_Hostess.html

https://pornve.com/ol80c9tzlspn/Ariella_Ferrera__Cecilia_Lion_-_Sneaking_Out_Sneaky_Sex.html

https://pornve.com/ol8mac8efnso/RoundAndBrown_-_Julie_Kay_Photoshoot_Fuck.html

https://pornve.com/olb7rfzrhfzc/Mason_Moore_-_So_I_Married_A_Biker_Bitch.html

https://pornve.com/olj6aeq1tp9l/Madison_Ivy_Xander_Corvus_-_Glam_Jail_Nail_-_Pornstars_Like_It_Big_-_Brazzers.html

https://pornve.com/olksq8j8p3rd/Julia_Ann__Kylie_Page_-_She_Wants_It_Both_Ways.html

https://pornve.com/olmanxo5j0nk/Luna_Star_Fucking_On_The_Milll.html

https://pornve.com/olt8fxckgeev/Diamond_Foxxx_-_Pirates_On_Deck.html

https://pornve.com/olto8atucc13/Sofie_Reyez_JMac_-_Scooter_Cooter_-_Teens_Love_Huge_Cocks_-_Reality_Kings.html

https://pornve.com/olvqtkp3lsdt/Exercise_Balling_Lana_Rhoades_Keiran_Lee.html

https://pornve.com/olw3whungpxu/BigTitsAtWork_Angel_Wicky_Start-Up_Culture.html

https://pornve.com/olww92r8z7g2/Chloe_Chaos_-_Oral_Fixation.html

https://pornve.com/oly735xc9xje/Rebecca_More_Danny_D_Poker_Face.html

https://pornve.com/olzyv1e4nuzh/Moriah_Mills_-_Shake_That_Ass.html

https://pornve.com/om0yny2ustdi/Britney_Amber_-_Front_Page_Fucking.html

https://pornve.com/om2itpifdg11/MilfHunter_18_11_19_Sydney_Hail_Bicycle_Rescue_XXX_SD.html
https://pornve.com/oma6azf8ifx0/My_Girlfriends_Roommate_Is_A_Slut_Brazzers.html
https://pornve.com/omkrnhy34599/Nikki_Benz_Brazzers_House_Episode_5_Bonus_Part_2.html
https://pornve.com/ommwtz4w14a8/Desiree_Dulce_-_Boned_By_The_Butler.html
https://pornve.com/omotwllcg3jb/Brazzers_-_Alanah_Rae_Ten_Dollar_Whore.html
https://pornve.com/omqfwbe9hcfk/Rachel_Roxxx_-_Special_Agent_Roxxx_Enjoys_Anal_Experience.html
https://pornve.com/omqyr5ii1y3m/Leya_Falcon_-_Movie_Theatre_Whore.html
https://pornve.com/omspedqcd925/Trinity_St_Clair_-_How_To_Take_A_Load.html
https://pornve.com/omtiaeb50hz5/Eliza_Ibarra_-_Cuff_Me_And_Fuck_Me.html
https://pornve.com/omvw4rhf23wd/young_and_corrupt_3.html
https://pornve.com/omy5mkv2oldo/Jewels_Jade_-_I_Give_You_The_Ultimate_Hole.html
https://pornve.com/omzepxy03jn8/Karissa_Shannon_Charles_Dera_-_X_Marks_The_Spot_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/on04tlttm4qx/Preppies_In_Pantyhose_-_Part_4.html
https://pornve.com/on3mjydfmdx8/Madison_Ivy_-_The_Mystique_Of_Madison.html
https://pornve.com/on7jdmjat7hv/asa_akira_fucks_a_big_cock.html
https://pornve.com/on8ayydogn8q/Vina_Sky_Keiran_Lee_-_Fundraiser_Fuck_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/onp6dwr8xggx/Brooklyn_Blue_-_Facial_Fantasy.html
https://pornve.com/onq8ca9w8nwu/Going_Once_Cumming_Twice_Tory_Lane__Ramon.html
https://pornve.com/onxff401m9f9/Brazzers_-_Boned_By_The_Butler_Part_1.html
https://pornve.com/onyi195a9g6a/Kelsi_Monroe_-_Something_Borrowed_Something_Blew.html
https://pornve.com/oo7nypk62yqb/Brooklyn_Chase_-_Dirty_Debut.html
https://pornve.com/oof0gtzy2bgy/Devon_Be_My_Fucking_Valentine.html
https://pornve.com/oojtaxag43bz/DAREDORM_74_Sleep_Over_2of2.html
https://pornve.com/oom2wscnhsf3/Christie_Stevens_Kyle_Mason_-_Only_The_Best_For_My_Family_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/oose5sp095l6/TeensLikeItBig_Mia_Malkova_Family_Business.html
https://pornve.com/oozp6vvl4clo/Aaliyah_Hadid_Alura_TNT_Jenson_-_Stepmoms_Need_Loving_Too_-_Moms_In_Control_-_Brazzers.html
https://pornve.com/op9kiziyo83q/MomsBangTeens_-_Lexi_Luna_Allie_Nicole_-_Moving_To_Control_.html
https://pornve.com/opbmx5f6tkdp/Brandi_Love_-_Huge_Cock_For_Hire_-_Brazzers.html
https://pornve.com/opd4675yt99q/Corinna_Blake_-_World_War_XXX_-_Part_2.html
https://pornve.com/opic12xm20ig/August_Ames_-_The_Joys_Of_A_Long_Hot_Shower.html
https://pornve.com/opq9ft2c2k13/Missy_Martinez_Bambino_-_Coach_Martinez_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/opsavd804exr/A_Brazzers_Christmas_Special_-_Part_1.html
https://pornve.com/opvz8zgtvz0w/Chloe_Cherry_Preston_Parker_Here_For_Oral_Support.html
https://pornve.com/opx6x5j5jnb3/Mystery_Tape_A_Xxx_Parody_Romi_Rain.html
https://pornve.com/opxf27gn0tao/TeensLoveHugeCocks_-_Lucie_Cline_Do_You_Like_12_24_16.html
https://pornve.com/opyvxbff0w4t/Jessica_Jade_Xander_Corvus_-_You_Splashed_My_Snatch_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/opzafzola33o/Kissa_Sins_-_Cult_Asspirations.html
https://pornve.com/opztwdlqhuog/Black_Angelika__A_Little_Trip_To_Hell_-_Brazzers.html
https://pornve.com/oq433e0twxcq/Moriah_Mills_-_Moriah_Fucks_Her_Muse.html
https://pornve.com/oqgwrdb5y8yi/Abella_Danger__Keisha_Grey_-_Day_With_A_Pornstar.html

https://pornve.com/oqjfkp2v1zez/Erotic_Massage_Breannes_Fun.html
https://pornve.com/oqku4vzlpxq7/Kaylani_Lei_-_MILFs_Like_It_BBC.html
https://pornve.com/oqkxty24bk4o/Young_clever_girl_carefully_sucks_his_big_dick.html
https://pornve.com/oqlat6w4s3ja/Madison_Rose_-_Ass_Excess.html
https://pornve.com/oqma4l4mf3w4/AJ_Applegate_-_Rump_Rompers.html
https://pornve.com/oqpb74q1d4td/Eva_Karera_Im_Gonna_Bang_Your_Mother_3_2015.html
https://pornve.com/oqtc6ub5d3eo/Aletta_Ocean_Motion_In_The_Ocean.html
https://pornve.com/or8lmiooe95s/Desiree_Dulce_Charles_Dera_-_Jumping_Jumbos_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/or986j9o803h/BlackGFs_-_Jessica_Yayo_Brown_Suga_12_28_16.html
https://pornve.com/or9qbplbav5o/Brandi_Love__Monique_Alexander_-_The_Realtor.html
https://pornve.com/orac8rzq38r6/GFRevenge_Naughty_nova.html
https://pornve.com/orcd28t9n9dz/Tina_Kay_-_Suns_Out_Tits_Out.html
https://pornve.com/orhisll07xxw/Carmella_Bing_-_City_Beautification_Tits.html
https://pornve.com/oriz2guknd13/Syren_De_Mer_-_Fortune_Telling_Fuck.html
https://pornve.com/ormpie1i6ssv/Aleksa_Nicole__Capri_Cavanni_-_Capri_Rides_Her_Staff_Hard.html
https://pornve.com/oro78x6pomz4/Janice_Griffith_Takes_Big_Cock.html
https://pornve.com/orskqhznvpgm/Melrose_Foxxx_-_Country_Girl_Slut.html
https://pornve.com/orthvv8r5j59/Brazzers_-
_Hot_doctor_Tina_Kay_consults_a_patient_for_a_cock_reduction_.html
https://pornve.com/os09fp61w8td/Michele_James_Booby_Massage.html
https://pornve.com/os28je5ufmy1/Lela_Star_-_Sex_Hospital.html
https://pornve.com/os6dr5ua3tbq/Hottest_Monique_Alexander_PLIB.html
https://pornve.com/os6ed9lu7255/Valentina_Nappi_-_Screw_To_Tango.html
https://pornve.com/oskh2ojzvf0r/Gia_Paige_-_Bed_Head.html
https://pornve.com/oskiyzroxqw2/Ivy_Lebelle.html
https://pornve.com/oskuqoepo9il/Lylith_Lavey_-_Does_This_Look_Real.html
https://pornve.com/osoij4q3a4ui/Kayla_Kayden_New_Big_Tit_Babes.html
https://pornve.com/ospkzgtnbhvu/Eva_Karera_-_Being_Elite_And_Easy.html
https://pornve.com/osrl14vndckj/Dahlia_Sky_-_Dahlia_Skys_Assholes_The_Limit.html
https://pornve.com/ostt5dxdy896/Jaclyn_Taylor_-_My_Moms_Hot_Friend.html
https://pornve.com/oswgg5aijunk/Layla_Sin_I_Need_Some_Excitement.html
https://pornve.com/oswzpkkuukn2/Dani_Jensen_-_Affair_On_The_Air.html
https://pornve.com/osysyoumouyt/Phoenix_Marie_-_A_Little_Discipline_For_Phoenix.html
https://pornve.com/oszsd371vvri/Isis_Love_-_Dick_Sucker.html
https://pornve.com/ot5buu5g0myy/Blow_Job_Big_Tits_Full_Of_Experience_Connor_Coxxx_Big_Booty_MILF.
html
https://pornve.com/ot5pyusdahk5/Jade_Baker__Kylie_Kingston_-_Fuck_The_Dean.html
https://pornve.com/ot5x7q8k4900/Aria_Alexander__Sofia_Valletta_-
_Doctor__Nurse_Take_A_Fucking_Break.html
https://pornve.com/ot7wb2o9lh87/Going_In_Blind_Ella_Hughes_Gina_Valentina.html
https://pornve.com/otbrhkskn4a1/Money_Talks_Freaky_Friction.html
https://pornve.com/otf6492mpjoi/Esperanza_Gomez_-_The_Crossing.html
https://pornve.com/otfcov1fbck2/Kennedy_Leigh_-_Cmere_You_Fuckin_Brat.html
https://pornve.com/otgjd9wl0ggs/Lezley_Zen_-_Ms_Zens_Side_Job.html
https://pornve.com/otjihqutb2em/Casey_Calvert__Gabriella_Paltrova_-_S_Is_For_Squirt.html
https://pornve.com/otmal7w9r219/Nympho_Nurses_And_Dirty_Doctors_3_Abigail_Mac.html
https://pornve.com/otoo8dg56run/Chanel_Preston_-_My_Boobs_Are_My_Big_Assets.html

https://pornve.com/otq1o7oqexzb/Adriana_Luna_-_Stripteasy_Goodness.html
https://pornve.com/otsip3jxljmb/Brooke_Belle_-_1-800-THIC-DIC.html
https://pornve.com/ottu2bbuma3m/Courtney_Cummz__Nikki_Benz_-_Pump_Fiction.html
https://pornve.com/otv4n8dxmopf/Katana_Kombat_-_The_Dutiful_Wife.html
https://pornve.com/ou1ozrk5789v/Kate_Frost__Romi_Rain_-_Pork_Me_-_2.html
https://pornve.com/ou3nguhrpvqn/Tiffany_Rain_Mommy_Issues_Part_2.html
https://pornve.com/ou6dkz13l9td/TeensLikeItBig_15_12_19_Cory_Chase_And_Marsha_May_The_Perfect_Size.html
https://pornve.com/oufaq4qudgkq/Brazzers_Fucking_Through_The_Fourth_Wall_Bonnie_Rotten.html
https://pornve.com/ouhg6qogl6kg/Breanne_Benson_-_Office_Rub_Down.html
https://pornve.com/ouord4otrbic/StreetBlowJobs_17_01_22_Blossom_Fill_To_The_Brim_XXX_KTR.html
https://pornve.com/ourjhhwz7cri/Nikita_Von_James_-_The_Mominator.html
https://pornve.com/ouxfn5kvzm3w/Sofis_On_Hold_-_Sofi_Ryan_-Day_With_A_Pornstar.html
https://pornve.com/ouyh7mpurwn9/Valentina_Nappi_-_Madames_Finishing_School_for_Whores_-_Brazzers.html
https://pornve.com/ov3yoy31onq6/Brazzers_Sit_On_It_And_Spin.html
https://pornve.com/ovaw5d3uq0vz/Luxury_Girl_-_Luxury_Girls_New_Jeans.html
https://pornve.com/ovglyqlpug2q/Late_Night_Orgy_Romi_Rain_Monique_Alexander_Phoenix_Marie_And_Marsha_May.html
https://pornve.com/ovh82kbggbpv/Alina_West_-_Anal_Twist_And_Shout.html
https://pornve.com/ovmbdiqp7toc/Holly_Halston_-_Bangin_The_Butler.html
https://pornve.com/ovqdbk91h9qe/Lela_Star_-_Smashing_Ass.html
https://pornve.com/ovruiu2hm1wv/Darla_Crane_-_Moms_Dirty_Book.html
https://pornve.com/ovtfxeay21sl/DoctorAdventures_-_Dillion_Harper_Doctor_Who_NEW_14_July_2016.html
https://pornve.com/ovushw3amrv6/Kimber_Veils_Charles_Dera_-_Sandy_Siren_Of_The_Skies_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/ovuxql81moru/Riley_Reid__Shay_Fox_-_Lesbians_In_Lockdown.html
https://pornve.com/ovyoqsmwccd5/Holly_Michaels_-_Doc_Can_You_Fix_My_Limp_Dick.html
https://pornve.com/ow0enbso175f/Alby_Rydes__Alura_TNT_Jenson_-_Valentines_Day_Anal.html
https://pornve.com/owa1q9nqnz92/The_Whore_In_The_Lot_Veronica_Avluv__Danny_D.html
https://pornve.com/owadqkfdpqqn/Kendra_Lust__Rachel_Starr_-_Easter_Egg_Cunt.html
https://pornve.com/owfsjnf7x0tk/The_Naughty_Nanny_-_Part_2.html
https://pornve.com/owg8aiq1i66i/big_tits_3540_42_plays_published_on_27_minutes_ago_category_babe_milf_pornstar_eva_notty_tags_hexa_adenor_tag_this_video.html
https://pornve.com/ox50u6j1hg0e/Cory_Chase_Evelin_Stone__The_Nympho_Milf_Awakens.html
https://pornve.com/ox5o4zv6lgta/Alina_Lopez_Charles_Dera_-_My_Dirty_Little_Secret_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/oxbmng53m03w/Lela_Star_-_Riding_The_Wife.html
https://pornve.com/oxc400gxifgo/Alex_Little__Diamond_Jackson_-_Prison_Warden_Picks_A_Plaything.html
https://pornve.com/oxfp8md9zoty/Interracial_Doctor_Adventures_-_720p.html
https://pornve.com/oxhyoev6zxl0/Sienna_West_-_Its_Cock_Hunting_Season.html
https://pornve.com/oxjg16t708co/Jazmine_-_Hot_Teen_Next_Door_25_2015.html
https://pornve.com/oxreq2crt46k/Brazzers_Adopt_a_Pornstar_Brazzers_Blowjob_3some_Big_Tits_Cum_In_Mouth_Professional_Keisha_G.html
https://pornve.com/oxud32xa445a/brunette_babe_ad_best_workout_ever_3804_89_plays_published_on_62_minutes_ago_category_ass_cumshot_tags_ass.html

https://pornve.com/oxwszr8sxgbu/THE_NAKED_MOTHER_-_BRAZZERS.html
https://pornve.com/oxx823bm9jst/Bella_Bellz_-_Her_Thick_Thieving_Ass.html
https://pornve.com/oxypyb1v39cm/RealityKings_Stepmom_Has_Her_Day.html
https://pornve.com/oy20b3e50yk9/Brazzers_Borrow_A_Boyfriend_Brazzers_Pornstars_Like_It_Big_Keiran_Le
e_Lela_Star_Brunette_Blac.html
https://pornve.com/oy7fllf5vtrg/Karma_Rx_-_You_Have_The_Right_To_Remain_Sexy.html
https://pornve.com/oyg7sz5nase9/Christy_Mack_Science_Friction_Oiled_Facial.html
https://pornve.com/oyi1cduneri7/Sophia_Laure_-_Sweaty_Ass_Workout.html
https://pornve.com/oykrfc3aqpq0/Lela_Star_Britney_Amber_Jessy_Jones_-
_Creampie_Diaries_Part_3_-_Brazzers_Exxtra.html
https://pornve.com/oyls6uw10213/Keira_Knight_-_Morgans_Python_And_The_Holy_Tail.html
https://pornve.com/oynpq7y1nfgs/Juelz_Ventura_-_Yoga_Ho.html
https://pornve.com/oyuwtpwa6wql/Romi_Rain_Jordi_El_Nino_Polla_-
_Judge_Jordi_Anal_About_Alimony_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/oyyqc1dylrrq/ass_cumshot_deep_throat_babe_bigtits_handjob_destiny_dixon_pawg_de
stiny_dixon_destiny_dixon_da.html
https://pornve.com/oz13kcjyvurk/Jessica_Jaymes_Fuck_Hard_Nikki_Benz.html
https://pornve.com/oz3q1vo9jbs6/Milfhunter_Does_Anal_To_Blonde.html
https://pornve.com/oz5trjjkryxv/Nina_Elle_Jordi_El_Nio_Polla_-_They_Feel_Real_To_Me_-
_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/oz6r1rwv9tdp/Peta_Jensen_-_Deep_And_Juicy_with_Miss_Jensen.html
https://pornve.com/ozdcfzweodwh/Valentina_Nappi_-_The_Shower_Spy.html
https://pornve.com/ozevc0d43h6h/Kiara_Lord_-_Hidden_Depths.html
https://pornve.com/ozh2f0le1omr/Sweetie_Evie_Olson.html
https://pornve.com/ozldg8zmdjzv/BrazzersExxtra_-_Eliza_Ibarra_Hopping_On_A_Cock.html
https://pornve.com/ozo8u4n9bwuq/Abella_Danger__Cherie_Deville_-_High_Sexpectations.html
https://pornve.com/ozr059pilr5m/BrazzersExxtra_Kiki_Minaj_A_Little_Something_Extra.html
https://pornve.com/ozsg99qhssy3/Chanel_Preston_-_Hot__Heavy_Workload.html
https://pornve.com/ozskjmxp5mdr/Nikki_Nine_-_Blown_By_An_Old_Flame.html
https://pornve.com/ozufo8fjizzm/Naughty_Darcie_Dolce_and_Lana_Rhoades_love_to_play_with_a_strap-
on.html
https://pornve.com/ozylhpazorc1/TeensLoveHugeCocks_Carmen_Loves_Cock_Carmen_Caliente.html
https://pornve.com/p01n3bsf5n5q/Kendra_Spade_Alex_Legend_-_Bow_Down__Beg_For_It_-
_Baby_Got_Boobs.html
https://pornve.com/p02gkp5vuhzz/Romi_Rain_and_Violet_Monroe_-_Maleficunt_parody.html
https://pornve.com/p02mg6e5e1ru/Pussy_or_Anal_A_ZZ_Clinical_Study__Big_Butts_Like_It_Big__Ryan_Con
ner.html
https://pornve.com/p03vclmkf366/Katja_Kassin_-_Big_Treasure_Cock_In_Big_Beautiful_Asshole.html
https://pornve.com/p0a3v9d2uvev/Office_Play_4_Blonde_4_Blondes_Getting_Fucked_In_The_Office_-
_Courtney_Taylor_Nikki_Benz_Nina_Elle_And_Summer_Brielle_Taylo.html
https://pornve.com/p0k50lm9xqr7/Ava_Addams_Ricky_Johnson_-_Seduced_By_His_Stepmom_-
_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/p0k5pj9umtob/One_Night_In_The_Valley_-_2.html
https://pornve.com/p0msfbam0oh5/Brittney_Skye_-_Getting_A_Peek_At_Celebrity_Skin.html
https://pornve.com/p0xscrxq7lv2/Dayton_Rains_-_Her_BFs_A_Mother_Fucker.html
https://pornve.com/p10y1h31h7we/Joslyn_James__Natasha_Starr_-_Working_That_Pussy_Out.html
https://pornve.com/p1717nqntcy2/BigWetButts_Syren_De_Mer_Airtight_In_The_Bathtub.html
https://pornve.com/p192h6lfxf2r/Tina_Kay_-_The_Dommes_Next_Door.html

https://pornve.com/p1edvksfynky/BigTitsAtWork_Alexis_Adams_Bon_Appetitties_-_10_11_2016.html

https://pornve.com/p1emxx78bqn4/Sara_St_Clair_-_Something_About_Sara.html

https://pornve.com/p1fzhzl2j61r/Carly_Rae_-_Getting_Fucked_On_My_Side.html

https://pornve.com/p1gx0oelyuk7/Diamond_Foxxx_-_Home_Cooking_With_Cunts.html

https://pornve.com/p1h11yllipt5/All_Good_New_Ariella_Ferrera.html

https://pornve.com/p1hqi5plqraw/_Brazzers_-_Sarah_Banks_Gets_Her_Wet_Pussy_Pat_Down_By_Johnny_Sins_Big_Dick_.html

https://pornve.com/p1jf36cckiv1/Eva_Karera_-_Hunting_For_Cocks_At_The_Glory_Hole.html

https://pornve.com/p1lwe9d7ft6k/Juelz_Ventura__Krissy_Lynn__Mackenzee_Pierce_-_Bitches_And_Blasters.html

https://pornve.com/p1mmlreucpu4/angela_romi_-_The_Fuckening_brazzers.html

https://pornve.com/p1o13m458g4f/Brazzers_Live_-_4.html

https://pornve.com/p1oy3wstghu8/Brazzers_-_Christie_Stevens_The_Slutwalker.html

https://pornve.com/p1qsvg2dqe60/Rich_Fucks_2_Bridgette_B_Honey_Gold_Kristen_Scott__Xander_Corvus.html

https://pornve.com/p1qzzf2jflqv/Anal_Blond_Bree_Sundae_Shoppe_Smoking_Babe.html

https://pornve.com/p1s8tv7cseyt/The_Study_Buddy_Big_Tits_Milf_Alison_Tyler_.html

https://pornve.com/p1u9tfs21ed2/Jessica_Nyx_-_Happy_Endings.html

https://pornve.com/p1vljdzs6b5i/Tarra_White_-_Dont_Call_In_Sick_Just_Fuck_The_Boss.html

https://pornve.com/p1vrwqtwrrmt/Sharon_Pink_-_Me_Want_English_Learn_Please_And_Pussy_Cock_Me_Inside.html

https://pornve.com/p1x65nj6qhki/Aletta_Ocean_-_Stuck_In_A_Pickle.html

https://pornve.com/p1y01ircq851/Jacky_Joy_-_Door_To_Door_Whore.html

https://pornve.com/p24cq3vnk0dh/Moms_Bang_Teens_9_2015_part_3.html

https://pornve.com/p2b0ri8pz6pn/Mia_Lelani_-_Horny_For_My_Husbands_Brother.html

https://pornve.com/p2d88tu6eh8p/Quality_Time_Phoenix_Marie.html

https://pornve.com/p2i8zneyttx4/Juelz_Ventura_-_Dr_D_And_The_Double_D_Nurse.html

https://pornve.com/p2k8mc2wojd5/Sassy_momfucker_turned_his_fat_stepmother_Sybil_Stallone_into_a_free_whore_for_fucked.html

https://pornve.com/p2nnapnwl5yl/Breanna_Sparks__Cherie_Deville_-_Cheating_On_Her_Wife.html

https://pornve.com/p2rxxrtxp7t9/Tiffany_Tatum_Jay_Snake_-_Lets_Make_A_Deal_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/p2tsohym3bkz/Cassandra_Nix_-_Please_Me.html

https://pornve.com/p2tygcqs0m7e/Dana_DeArmond_Xander_Corvus_-_Bossy_Bitch_-_Milfs_Like_It_Big.html

https://pornve.com/p2yz102r8uxo/Adriana_Chechik__Nicolette_Shea_-_He_Makes_Wifey_Watch.html

https://pornve.com/p3jkn6ggcc66/Alexis_Ford_-_The_Flirty_Masseur.html

https://pornve.com/p3ogm3080coi/Dont_touch_the_whore.html

https://pornve.com/p3opz3ulxi5d/Monique_Alexander_-_Getting_Off_The_Typing_Pool.html

https://pornve.com/p3tzh30ea3ty/Cali_Carter_-_Special_Assistant_To_Ms_Carter.html

https://pornve.com/p3w08a9uqgfg/Chase_Ryder_-_Check_My_Exs_Ass.html

https://pornve.com/p405p3snfof9/Serena_Santos__Vanessa_Sky_-_The_Threesome_Tutorial.html

https://pornve.com/p44opo9c912t/Diamond_Jackson_-_Black_Beauty_Fucked_By_Giant_White_Cock.html

https://pornve.com/p47qd6at58kw/Diamond_Kitty_-_Visiting_Hour_Plower.html

https://pornve.com/p4bz3roxk386/HotAndMean_-_Ellena_Woods_And_Skin_Diamond_A_Secret_Shower.html

https://pornve.com/p4d28ztsmjni/Gia_Dimarco__Katrina_Jade_-_Shes_Not_What_She_Seems_-_Part_1.html

https://pornve.com/p4l8aaywcy1j/Jayden_Jaymes_-_Fire_Hose_My_Face.html

https://pornve.com/p4mmyq1u2tcg/Brazzers_House_-_Episode_2.html

https://pornve.com/p4n90owwmih9/Asa_Akira__Diamond_Kitty_-_Muffin_Stuffin.html

https://pornve.com/p4nzzvtc3m1c/Hard_Workouts_Brazzers_2016.html

https://pornve.com/p4ps68kp3dtb/Laura_Bentley_-_Watching_My_Teachers_Have_Sex.html

https://pornve.com/p4u1qnrmjzuo/MilfHunter_Victoria_Banxxx_-_Dick_Rider_18_07_2016.html

https://pornve.com/p4umkptfolid/Jamie_Jackson_-_Where_There_Is_Ass_There_Is_Hope.html

https://pornve.com/p4urh34ffmse/Victoria_june_Big_tits_homeless_Reality_kings.html

https://pornve.com/p4v5gie5ltf2/Brazzers_madsion_ivy_fucks_her_husbands_friend.html

https://pornve.com/p4z7d62a5dt1/Holly_Price_-_A_Boner_For_The_Owner.html

https://pornve.com/p50y20az79xl/Isis_Love__Kagney_Linn_Karter_-_The_Kagney_Show.html

https://pornve.com/p52jc4irq6jt/Zanna_Blue_-_Robocock.html

https://pornve.com/p5461cg39ngj/Say_Yes_To_Getting_Fucked_In_Your_Wedding_Dress_Brazzers.html

https://pornve.com/p55xu9r20cc7/Mellanie_Monroe_-_Im_Thankful_For.html

https://pornve.com/p57jtfbzhxjc/Sienna_Day_-_Can_You_Feel_That.html

https://pornve.com/p5gd7d8e98na/Tasha_Reign_-_Gets_Wet.html

https://pornve.com/p5gergf7373v/MILFS_Hot_Sex_Nurse_DA_Alanah_Rae.html

https://pornve.com/p5gulap0l72a/Moms_Got_A_Meeting_Cherie_Deville__Kyle_Mason.html

https://pornve.com/p5h504d3yxv0/_Brazzers_-_Hot_Karlee_Grey_teased_her_host_until_she_get_what_she_wants_.html

https://pornve.com/p5roycg03ji1/Mariah_Milano_-_Perverted_Boss.html

https://pornve.com/p5t7d6qherop/hump_starting_her_ride.html

https://pornve.com/p5u90dol3hln/Kaylani_Lei_-_Glass_Ass.html

https://pornve.com/p5wgkk8mnq3n/Rhylee_Richards_-_Boning_My_Buddies_Bride.html

https://pornve.com/p6a8ki2ul6tg/Diamond_Jackson_Tightest_Anal_Ebony_MILF_-_Diamond_Jackson.html

https://pornve.com/p6bxlgop9msd/Kleio_Valentien_-_This_Evenings_Girlfriend_Part_Two.html

https://pornve.com/p6dqaftgchyu/bex_20_02_28_emily_willis_wheres_your_ring_part_2.html

https://pornve.com/p6i595c73qmc/Isis_love_has_an_Hot_ass.html

https://pornve.com/p6lofsdpcjur/Alexis_Fawx_Is_A_Very_Horny_Housewife_Who_Gives_it_Good.html

https://pornve.com/p6r301es7iv0/Abella_Danger__Karissa_Shannon__Kristina_Shannon_-_Double_D_Vision.html

https://pornve.com/p6r59z0edjo8/Layton_Benton_Ricky_Spanish_-_Valentines_Day_Whorerror_Story_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/p6s5r7ddi46x/Wife_cheating_beloved_with_a_neighbor.html

https://pornve.com/p6sx1ei303yx/Queen_Of_Thrones_-_Part_1.html

https://pornve.com/p6x684tydwq9/Nicole_Rey_Money.html

https://pornve.com/p6zrxe5piwmg/Jasmine_Jae_-_A_Piece_of_Jasmine_Jaes_Ass.html

https://pornve.com/p7057f6e1izw/Brooklyn_Blue_Danny_D_-_I_Want_Your_Husband_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/p753y7b55ofh/Alena_Croft_-_The_Roaring_Fucking_20s.html

https://pornve.com/p772hwh3t6ar/Sandra_Romain_-_HUNGover.html

https://pornve.com/p77xerfwyaei/Kenzie_Reeves_-_Let_Your_Freak_Flag_Fuck.html

https://pornve.com/p789ti12d2t0/Nikki_Rhodes_Is_Not_Too_Young_For_A_Big_Cock.html

https://pornve.com/p79qjxp94ocb/Chanel_Preston_-_Vote_Of_Cum-fidence.html

https://pornve.com/p7a05yagfpfr/Abella_Danger_-_Queen_Of_The_Dick.html

https://pornve.com/p7dli0vmlcls/Nicolette_Shea_Conor_Coxxx_-_Rock_Harder_-_RK_Prime.html

https://pornve.com/p7es9y9bwnqi/Brenna_Sparks_Johnny_Sins_Taking_A_Shine_To_Her_Tits.html
https://pornve.com/p7g3eu1xxnzy/TeensLoveHugeCocks_17_04_15_Alexis_Deen_After_Class_Ass_XXX_-KTR.html
https://pornve.com/p7ob662xwnk2/Krissy_Lynn_-_Did_You_Miss_Me.html
https://pornve.com/p7ptc531rva6/Aleska_Diamond_-_Balls_Deep_In_The_Ballerina.html
https://pornve.com/p7rk603vgp61/Valerie_Fox_-_Plump_Tits_And_Hard_Nips.html
https://pornve.com/p7xiide40xan/Brazzers_-_Ariella_Ferrera_Jenna_Sativa_And_Ryan_Conner_Three_Muffs_In_The_Buff.html
https://pornve.com/p7y17u10jfc5/da_rachel_starr02.html
https://pornve.com/p7yg06mcl5w5/Karmen_Karma_-_Tits_Out_And_Toned.html
https://pornve.com/p803pn206tp8/Alexa_Tomas__Ella_Hughes__Patty_Michova_-_Pornstar_GO.html
https://pornve.com/p81yt7y4xs83/Aaliyah_Hadid_-_Double_Sweet.html
https://pornve.com/p83xnvcp6ejr/Alyssa_Reece_-_You_Agreed_To_This.html
https://pornve.com/p84e276zwcfb/Carmella_Diamond_40Newbie_boobies41.html
https://pornve.com/p87q2tkkc2im/Brazzers_Live_-_5.html
https://pornve.com/p8btxbf3vl4z/1800_Phone_Sex_Line_5_Nicolette_Shea25_01_2018.html
https://pornve.com/p8fn0pjy7vqu/HD_Jayden_Jaymes_DP_Interracial_Secret_Fantasy.html
https://pornve.com/p8jeijl959sj/Ella_Hughes__Tina_Kay_-_ZZ_Marathon_Of_Hump.html
https://pornve.com/p8l2dxl6v2as/Pussy_Is_International.html
https://pornve.com/p8qvagblxz7o/Missy_Martinez_-_In_The_Line_Of_Boner.html
https://pornve.com/p8w1ty2if0ot/Julia_Ann_-_Pornstar_Therapy.html
https://pornve.com/p8x83f6wdyx4/Britney_Amber__Nikki_Benz_-_Friday_Im_In_Love.html
https://pornve.com/p8zweks72ful/Jayden_Jaymes__Jenaveve_Jolie_-_I_Need_One_Last_Taste.html
https://pornve.com/p9214x55rha4/Karlie_Montana_-_Karlie_Analysis.html
https://pornve.com/p94m5r6jr3i7/CumFiest_Kylie_Rose_-_Dick_Down.html
https://pornve.com/p95z6nq1zigr/Sunny_With_A_Chance_of_Big_Dick_Juelz_Ventura__Xander_Corvus.html
https://pornve.com/p96wsdn8fp01/Adria_Rae_-_Daddys_Debt.html
https://pornve.com/p97b3tbbe74q/Kali_Roses_Chad_White_-_Bed_Breakfast_And_Kali_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/p9ao4tbriqns/Penny_Pax_-_The_Substitute_Slut.html
https://pornve.com/p9b4g7w8gaqc/Brandi_Edwards_Phoenix_Marie.html
https://pornve.com/p9jdrha3dy26/Deadly_Rain.html
https://pornve.com/p9pu8y6x68nn/Sheridan_Love_-_Nailing_The_Neighborhood_Bully.html
https://pornve.com/p9qyk5za5o95/Brazzers_-_Alena_Croft_Sneaky_Mom_2.html
https://pornve.com/p9v5j6yjqx1h/Brooke_Banner_Comes_Out_Of_The_TV.html
https://pornve.com/p9xmd5g0o6mf/Tia_Layne_-_The_Whore_Of_The_Opera.html
https://pornve.com/pa95nfwlimm2/Ophelia_Rain_-_Squatters_Rights.html
https://pornve.com/pa9b6d6ydjzo/Lala_Ivey_Stirling_Cooper_-_Five-Star_Dick_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/pa9q4u5hwywo/Alena_Croft_-_The_Mommy_Market.html
https://pornve.com/paftji6hb7jv/RK_Nerdy_Gamer_Hotties_HD.html
https://pornve.com/pahgul2enbcy/Liberryan_Woman_Fuck_with_Boy.html
https://pornve.com/pal6tnt0oyvo/RK_Prime_-_Realitykings_-_Kali_Roses_Jessy_Jones_-_Kalis_Rose.html
https://pornve.com/pap5l4nacywu/Veruca_James_-_The_Perfect_Maid_-_1.html
https://pornve.com/patr2xnh4pza/Nikita_Von_James__Vanilla_Deville_-_Its_Fair_Play_In_A_Threeway.html
https://pornve.com/pavmjeq7345r/Darcie_Dolce_Jelena_Jensen_-_The_Make_Over.html

https://pornve.com/pazld6943om2/H0t_Bu5h_14_S3lena.html
https://pornve.com/pb0nl62i95s3/Liza_Del_Sierra_-_Sexpionage.html
https://pornve.com/pb1sqmu5mnqp/Bella_Rose_-_Vibrator-And-Switch.html
https://pornve.com/pb61ctbapigv/Mea_Melone_-_Lost_In_Brazzers_-_Episode_4.html
https://pornve.com/pb7506zm4r0i/Sandra_Star_-_Cumming_In.html
https://pornve.com/pb9jru6jqa0u/8thStreetLatinas__RealityKings_Emily_Mena_-_Getting_In_Em.html
https://pornve.com/pbcg0u1rzlnw/Brazzers_-_Chasing_That_Big_D.html
https://pornve.com/pbdabyznu1g7/Daisy_Fucks_Her_Step_Brother.html
https://pornve.com/pbf3v62il7a2/Emma_Starr__Veronica_Avluv_-_Sloppy_Substitute.html
https://pornve.com/pbi1ucyuas9q/Dani_Jensen_-_Titty_Sucking_Skills.html
https://pornve.com/pbkr4vpznrvc/BigTitsAtSchool_19_09_02_Sofi_Ryan_My_How_Youve_Grown_XXX.html
https://pornve.com/pblcxigzo42v/Marica_Hase_-_Lost_In_Squirtation.html
https://pornve.com/pblutxf515md/Lisa_Ann_Lisa_s_Pool_Boy_Toy.html
https://pornve.com/pbnqpzem6nbo/Sasha_Grey_-_Friendly_Betrayal.html
https://pornve.com/pbqg1cpoo7bt/Cece_Capella_-_What_A_Fucking_Coincidence.html
https://pornve.com/pbqksm8ou1pm/Valentina_Nappi_-_This_Partys_Boring.html
https://pornve.com/pbqql3zjgfpg/Rebecca_Blue_-_Where_Did_You_Learn_That.html
https://pornve.com/pbzsqmq18a4t/Diana_Doll_-_Suck_Him_Dry.html
https://pornve.com/pc5a9flkujci/Diamond_Kitty_-_Latin_Lust_Lessons.html
https://pornve.com/pc85djlaa5ai/Brooke_Lee_Adams_-_Dinner_For_Three.html
https://pornve.com/pcbs9t26goxx/Harley_Jade_-_Switching_Teams_-_Part_3.html
https://pornve.com/pcdcbg1yqh7l/All_Good_New_Jillian_Janson.html
https://pornve.com/pch0shnpi7cm/Ariana_Marie_-_Can_I_Touch_It.html
https://pornve.com/pcidl24sl26i/Hanna_Hilton_Cumshot_Compilation.html
https://pornve.com/pcj1bjb5tl02/Ash_Hollywood_-_Virginity_Club.html
https://pornve.com/pcnpz9dv3v9a/Sophia_Leone_Omg_Its_Cinco_De_Mayo.html
https://pornve.com/pcoxg61dx2k4/Brooklyn_Chase_-_Taking_The_D_To_Get_An_A.html
https://pornve.com/pcryudh136b8/Brazzers_-_Kimmy_Granger_Ready_To_Ride.html
https://pornve.com/pcw2jcql0k5x/Brazzers_-_Keisha_Grey_Getting_That_Yoga_Booty.html
https://pornve.com/pcx0wxc2t6xz/Claudia_Valentine_-_Family_Thighs.html
https://pornve.com/pd2ltr5kpt5x/Jillian_Janson_-_Boned_By_The_Butler.html
https://pornve.com/pd309n8vi3v3/BrazzersExxtra_19_08_21_Abella_Danger_Desert_Desires_XXX.html
https://pornve.com/pd512zy29pvr/Death_Proof.html
https://pornve.com/pd76rnfonr2v/Monique_Alexander_Xander_Corvus_-
_Spa_For_Horny_Housewives_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/pdei0a805744/Katalina_Mill__Maya_Mona_Fucked_for_Money.html
https://pornve.com/pdrvpbcch44u/Kiki_Minaj_-_The_Dangers_Of_Working_From_Home.html
https://pornve.com/pdunf3xny88v/_April_Fools_Honey_-_Brazzers_.html
https://pornve.com/pdvu2q2553us/Madison_Ivy_-_Sell_Me_Your_Sex.html
https://pornve.com/pdz5jk2z1w3t/Ava_Addams_Amazing_Fucked_25_Top_Rated_Porn_Video_Of_Today_53
_Most_Played_Porn_Video_Of_Today_84_Top_Rated_Porn_Video_Of_Week.html
https://pornve.com/pe1pv5pqfmkg/Georgie_Lyall_-_A_Fuck_In_The_Park.html
https://pornve.com/pea1nasrui2w/Lexi_Belle_-_The_Little_Spermaid.html
https://pornve.com/pejh09it3p11/Sindy_Lange_-_Cock_Easy_Cooking_With_Sindy.html
https://pornve.com/pem0lb87n46o/Phoenix_Marie_-_The_Cock_Starved_Slut.html
https://pornve.com/pemt482vvby0/Abby_Cross_-_Dear_Abby_Suck_That_Cock.html
https://pornve.com/peqa8ieptoc1/monstercurves_19_07_14_ava_black_sheerly_sexy.html
https://pornve.com/pesz5camg14y/Brittany_Shae_-_Drenched_Teased_And_Fucked.html

https://pornve.com/pettmvvh769y/Mercedes_Carrera_-_Dr_Carreras_Orders.html
https://pornve.com/pf443hl9paad/Veronica_Vain_-_Awful_Doc_Takes_The_Cock.html
https://pornve.com/pf5zmr6w0n3d/Ashly_Anderson_Charles_Dera_Post-Workout_Smoothie.html
https://pornve.com/pffj03chfqh3/Jewels_Jade_-_Diamonds_Are_A_Sluts_Best_Friend.html
https://pornve.com/pfh4517a9i68/Brooke_Belle_-_Doctors_Orders.html
https://pornve.com/pfm9tu7d3yiv/BigTitsAtSchool_Natasha_Nice_Nailed_It_4015_06_201941_rq_404k41.html
https://pornve.com/pfqgvggjhtbz/Nadya_Nabakova_-_Squeaky_Clean_And_Ready_To_Cum.html
https://pornve.com/pfr31kzqpd7g/MilfHunter_15_12_28_Aleksandra_Summers_Hott_Summers.html
https://pornve.com/pfw0izs1wh6o/Noelle_Easton_-_Noelle_Joins_The_Chest_Club.html
https://pornve.com/pg6s765prqsc/Bubble_Butt_Anal_Slut_6_XXX_Pr0nStarS.html
https://pornve.com/pgb30gf47adm/Karma_Rx_Xander_Corvus_-_Runway_Booty_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/pgc87zifk5g8/India_Summer_-_Picture_This.html
https://pornve.com/pgemwt7utksx/HotAndMean__Monica_Asis_Sophia_Leone_My_Best_Fucking_Friend.html
https://pornve.com/pghr3prmhrk3/Luna_Star_Latina_Hoe_Gets_Anal_Smashed_On_No_Doubt_Sexy_Luna_Taking_Dick_In_Her_Ass_Anal_Latina_Sexy_Booty.html
https://pornve.com/pghyv5aptrug/Shawna_Lenee_-_Up_Close_And_Personal_With_Shawnas_Tits.html
https://pornve.com/pgou4wh4wvo5/Krissy_Lynn_-_Cockstar_101.html
https://pornve.com/pgrxrqqgar40/Sienna_West_-_Dinner_And_A_Floozy.html
https://pornve.com/pgshyu07cnth/Kali_Roses__Vienna_Black_-_Steal_My_Sex_Toy.html
https://pornve.com/pgszd1slv7fm/Bella_Reese__Charity_Bangs__Courtney_Cummz_-_3-WAY_Knockout.html
https://pornve.com/pgye62jobl8r/Osa_Lovely_Xander_Corvus_-_The_Stepmom_of_Your_Dreams_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/pgzpzo9o16tx/Katie_Monroe_-_Moms_Helping_Hands.html
https://pornve.com/ph6iqb0v5ppf/Brazzers_-_Ariella_Ferrera_Had_Some_Fun_Gotta_Run.html
https://pornve.com/ph6qd7rsiekq/Anal_Coaching_With_A_Big_Cock_Brazzers.html
https://pornve.com/ph7ic4zseejd/dillion_harper_in_office.html
https://pornve.com/phayzdxto335/Lezley_Zen_-_Secret_Wifeswap_Weekend_-_Part_1.html
https://pornve.com/phermj131mug/Brandi_Love_and_Brett_Rossi_-_The_Second_Cumming_Part_2.html
https://pornve.com/phfaw9ipou19/Julia_De_Lucia_Danny_D_-_Worth_A_Fortune_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/phgk55zgb7yd/Riley_Reid_-_Harley_In_The_Nuthouse.html
https://pornve.com/phn2cvsvo3sh/Victoria_Valentina_-_Decorating_Her_Interior.html
https://pornve.com/phweiohmkqrb/Diamond_Jackson_-_To_Prank_A_Skank.html
https://pornve.com/pi12olckz9h4/Nicole_Work_Is_Never_Done_Brazzers.html
https://pornve.com/pi6x5vx8zqhx/Brazzers_-_Nurse_Riley.html
https://pornve.com/pihecj2lhie6/Brooklyn_Blue_-_Cock-Robics.html
https://pornve.com/pipea78n2o3v/Kayla_Paige_-_Getting_Down_With_The_Gown.html
https://pornve.com/piq6ek2xlfy4/AJ_Applegate_Keiran_Lee_-_Earning_My_Valentine_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/piq8ggpjj0h4/Julia_Ann_-_How_To_Handle_Your_Students_101.html
https://pornve.com/piueopr1mkf7/Delta_White_-_Why_Cheat_When_We_Can_Fuck.html
https://pornve.com/pizmk9zxtok1/Britney_Amber_-_The_Interview_-_Round_1.html
https://pornve.com/pj48alcqchih/Evelin_Stone__Molly_Stewart_-_Restwhoreant_Critic.html

https://pornve.com/pj5nr81x9a0i/TeensLoveHugeCocks_Jillian_Janson_Kimmy_Granger_Teen_Sluts_Summon_A_Cock.html

https://pornve.com/pj6q8vjsoj15/Kerry_Louise__Phoenix_Marie_-_Fucked_In_The_Name_Of_Science.html

https://pornve.com/pj6yxaneuwmu/Hydie_Waters_-_Tutti_Frutti_Fuck_My_Booty.html

https://pornve.com/pj7fdzo79e6t/Penny_Pax_Justin_Hunt_-_Happy_Fucking_Birthday_-_Big_Tits_At_Work_-_Brazzers.html

https://pornve.com/pj8e2yjybopd/Emily_Willis__Kira_Noir_-_Wheres_Your_Ring_-_Part_1.html

https://pornve.com/pj94gm02opjz/Brazzers_-_Karmen_Karma_Karmens_Casual_Friday.html

https://pornve.com/pjbx7i5mjpyc/Barbie_Sins_-_Never_Ask_Your_Gf_To_Pay_Rent.html

https://pornve.com/pjevo0pimlxo/Alanah_Rae_-_Pounding_Her_Zen_Garden.html

https://pornve.com/pjkiv00nx7yh/Brazzers_-_Maddy_Oreilly_Free_Anal_5.html

https://pornve.com/pjlf842xb1c3/Richelle_Ryder_-_Cum_Thirsty.html

https://pornve.com/pjns916m04cc/Karen_Fisher_-_How_My_Bully_Banged_My_Mom.html

https://pornve.com/pjo3jjol6rpu/Rebecca_Moore_Ramming_DP_Double_Anal_Jordi_El_Nino_Keiran_Lee.html

https://pornve.com/pjv1gayzsf1j/Brazzers_-_Whoredrobe.html

https://pornve.com/pk041oi2i209/Kleio_Valentien_-_Elegance_In_Negligence.html

https://pornve.com/pk2yw59vq7al/MilfsLikeItBig_19_08_23_Georgie_Lyall_Pounding_The_Problem_Son_XXX.html

https://pornve.com/pk3y962rg83m/Aaliyah_Hadid__Courtney_Taylor_-_Showing_Her_The_Ropes.html

https://pornve.com/pk6ixpj934ci/zzs_bridgette_honey_kristen_milf_big_tits.html

https://pornve.com/pk9u1gn43282/Bonnie_Rotten_-_Squirting_On_The_Job.html

https://pornve.com/pkatzjqzsyio/Rhylee_Richards_-_Packing_My_Pussy.html

https://pornve.com/pkbaxjp9s10q/Savannah_Fox_-_Pricking_Savannahs_Bubble_Butt.html

https://pornve.com/pkc8ml8bugtl/Arya_Fae__Raven_Hart_-_My_Lil_Dungeon_Keeper.html

https://pornve.com/pkd1sdme6b7b/Alison_Tyler_Phoenix_Marie_-_Ski_Hill_Slut_Emergency.html

https://pornve.com/pki6967hm4ql/Bonnie_Rotten_Lolly_Ink_-_Super_Hole_XLVII.html

https://pornve.com/pkkf8q4wfu09/Nicole_Aniston_from_Career_Day_Lay.html

https://pornve.com/pkkxj0l4r4ff/A_little_Discipline_for_Phoenix_Phoenix_Marie.html

https://pornve.com/pkm5wij8qbsp/Veronica_Rayne_-_Psychotic_Milf.html

https://pornve.com/pkmh3xrnmemz/Nicolette_Shea_Markus_Dupree_-_Day_With_A_Porn_Writer_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/pkn2t67c3hmb/BrazzersExxtra_Halle_Hayes.html

https://pornve.com/pkrtiugg65kd/TeensLoveHugeCocks_-_Kali_Roses_-_Checkmating_With_Kali_Roses.html

https://pornve.com/pkrty1dxw2pa/Gina_Valentina__Lily_Jordan_-_Fixer-Upper_Daughter_Stuffer.html

https://pornve.com/pkylew9ufcyk/Brazzers_Big_Butt_Wedding_Day_Simony_Diamond_Danny_D.html

https://pornve.com/pkz414h6ly99/My_Wifes_Ex.html

https://pornve.com/pkzlkz82ounz/Anna_Bailey_-_Someone_To_Satisfy_Her.html

https://pornve.com/pl72hb82v1go/Sibling_Rivalry_2_40Megan_Rain_Peta_Jensen__Chad_Alva41.html

https://pornve.com/pl8z7bovcend/RKPrime_-_Aidra_Fox_40Get_In_The_Closet41_12_24_16.html

https://pornve.com/plae3okvn1vd/HDBrazzer_-_Bill_Clinton_Fuck_up_with_Donald_Trumps_Wife.html

https://pornve.com/plno48wuuxcf/Our_New_Maid_Part_4.html

https://pornve.com/plpkk9sn91hz/Madelyn_Marie_-_Bigger_Houses_Are_Better.html

https://pornve.com/plt0y3ihlq3a/Romi_Rain_-_Lost_On_Vacation_San_Diego_-_Part_2.html

https://pornve.com/plte44yteqso/Our_Cute_Little_Plaything_-_2.html
https://pornve.com/plu10uppwcmd/Kimmy_Granger_Xander_Corvus_-
_If_Its_Going_To_Be_That_Kind_Of_Party_-_Brazzers_Exxtra_-_Brazzer.html
https://pornve.com/pm0z12ty6ouc/Keisha_Grey_-_Stretch_Out_Those_Young_Tits.html
https://pornve.com/pm3ti91ttj62/Rahyndee_James_-_Never_Trust_A_Teen_Slut.html
https://pornve.com/pm4ljgbnqyy6/Abella_Danger_Scott_Nails_-_ASSMR_-_Pornstars_Like_It_Big_-
_Brazzers.html
https://pornve.com/pm71hmia26cg/Ava_Courcelles_-_The_Butt_Next_Door.html
https://pornve.com/pm7bd52bn0xw/fuck_in_office_time.html
https://pornve.com/pm7zh0affu5g/Eva_Angelina_-_Affair_Trade.html
https://pornve.com/pmb7pka0o2gu/Lana_Sharapova_-_Pocket_Pussy_Anal.html
https://pornve.com/pmblmohm19tl/Anna_Polina_-_Night_Nurse.html
https://pornve.com/pmdqv5wlmxyj/Brandi_Edwards_-_The_Mayshag_Man.html
https://pornve.com/pmfr0wtkb2pp/Abella_Danger_-_The_Artist_Is_Fucking_Present.html
https://pornve.com/pmhcbhpqcyrw/bex_20_06_14_nicolette_shea_school_of_hard_knockers.html
https://pornve.com/pmlrzmxprvlc/Haley_Cummings_-_Ping_Pong_Pussy.html
https://pornve.com/pmta3jnts2xu/Nikki_Sexx_-_Nikki_Milkshake.html
https://pornve.com/pmxc00proqw4/Brazzers__Brazzers_Exxtra__Power_Rack_A_XXX_Parody.html
https://pornve.com/pmy5t1h54xh4/Emily_Parker_-_Lacrosse_Lacock.html
https://pornve.com/pn352haotgjl/Casey_Calvert_Nicolette_Shea_Charles_Dera_Tasting_The_Trophy_Wife.ht
ml
https://pornve.com/pn60hpbl91ji/Gia_Paige__Reagan_Foxx_-_Massage_A_Trois.html
https://pornve.com/pnbx7cdnuqu2/American_Whore_Story_-_Part_3.html
https://pornve.com/pnfyunba6hy6/Connie_Carter_-_Dreaming_Boobies.html
https://pornve.com/pnm3pwzlbkx9/BEST_NEW_Piper_Perri_-_720p.html
https://pornve.com/pnp2hgikangt/Anissa_Kate_-_Fucked_In_Front_Of_Class.html
https://pornve.com/pnq9l6lcz0ij/Pornstars_like_it_Big_Adriana_Chechik_Shut_up_and_Fuck_me.html
https://pornve.com/pnrv9ks906vy/Nicole_Aniston_-_A_Union_Nutbuster.html
https://pornve.com/pnst4d7lwg2n/McKenzee_Miles_-_Citizen_Sexy_Time.html
https://pornve.com/pnwxmeokhh39/Anikka_Albrite_-_Run_Annika_Run.html
https://pornve.com/pnyl0q0a5xd7/Bella_Rolland_Alex_Legend_-_Leaf_Blow_Him_-_RK_Prime_-
_Reality_Kings.html
https://pornve.com/po1o4nx1pp38/Stick_To_The_Script_Brazzers.html
https://pornve.com/po2k7svn226i/Kendra_Spade_-_Shake_Shop_Shag.html
https://pornve.com/po5dew5ine5k/Rough_And_Raunchy_Group_Fuck.html
https://pornve.com/po6749tltybe/Susy_Gala_Danny_D_-_Foot_Clerk_At_Work_-_Big_Tits_At_Work_-
_Brazzers.html
https://pornve.com/pofp3luzoxiw/Catie_Parker__Krissy_Lynn_-_Give_In_To_The_Pleasure.html
https://pornve.com/pogdn10k3eaa/Jennifer_White_Xander_Corvus_-_Hustle_And_Blow_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/pogq3jso07qe/BrazzersExxtra_17_02_26_Corinna_Blake_The_Lumbersexual_XXX_-
KTR.html
https://pornve.com/pokemuyrjl58/Lana_Violet_Rubbed_Right.html
https://pornve.com/poltpbix82hh/Monique_Alexander_-_Moniques_Cumshot_Countdown.html
https://pornve.com/pomgsl82yzim/Nikki_Sexx_-_Bronzed_Oiled_And_Spread.html
https://pornve.com/poojx64kuiwe/Megan_Marx_Locker_Cocker.html
https://pornve.com/poon22f11ph0/Katana_Kombat_JMac_-_The_Cure_For_Insomnia_-
_Doctor_Adventures_-_Brazzers.html

https://pornve.com/pooqj9xjmhr7/Honey_Luau_and_Victoria_Threesome.html
https://pornve.com/por34yyczmo9/Aletta_Ocean__Angelica_Heart__Donna_Bell_-
_You_Fuck_With_Her_You_Fuck_With_Me.html
https://pornve.com/por4pk2fz79x/Realitykings__RK_Prime__Apolonias_Blew_Movie.html
https://pornve.com/potqg4yy3r4e/Angela_White_Lena_Paul_Michael_Vegas_Porn_Logic.html
https://pornve.com/powfexn8n34p/Alison_Tyler__Julia_Ann_-_Fluids_On_The_Flight.html
https://pornve.com/pp2ls9jx0vqo/Madison_Scott_-_Papertrail_Bitch.html
https://pornve.com/pp4992a1hzwg/Alena_Croft__Kennedy_Leigh_-_My_Husbands_Student_-
_Part_2.html
https://pornve.com/pp78nsjar624/BigWetButtsJynx_Maze_A_Piece_Of_My_Candy_Ass.html
https://pornve.com/pp9n2h6xlw8l/Brazzers_-_Kayla_Green_Forever_Young.html
https://pornve.com/ppa5524rd9hl/Lisa_Ann_Jennifer_White_Dont_Tell_Mom_The_Babysitters_a_Slut.html
https://pornve.com/ppc8x18o3p6o/Moriahs_Wedding_Shower_2020_Xander_Corvus_Bridgette_B_Moriah_
Mills.html
https://pornve.com/ppegaum277v4/Michele_James_JMac_-_Thats_What_Friends_Are_For_-
_Dirty_Masseur_-_Brazzers.html
https://pornve.com/ppgkkycjem31/AJ_Applegate_DP.html
https://pornve.com/ppgmr0am7840/Carmen_Caliente_Xander_Corvus_-_Carmens_Footjob_Fetish_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/ppkj7vmmlps6/Katana_Kombat_Oliver_Flynn_-_Shower_Radi-ho_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/pplczhcpogqy/Haley_Cummings_-_Wonderful_Sex_Auditorium.html
https://pornve.com/ppm6wmneg1l7/Madison_Ivy_Something_For_My_Husband.html
https://pornve.com/ppn6qksb83bj/RealWifeStories_Peta_Jensen_A_Guilty_Conscience.html
https://pornve.com/ppnfxighrmsx/Fuck_Me_Please_-_Big_tits.html
https://pornve.com/ppntughjcc2d/Abella_Danger_-_Happy_Rear-Ending.html
https://pornve.com/ppp4cko7q9ji/Giselle_Monet__Rachel_Starr_-_School_President_Debate.html
https://pornve.com/pptoq1giwp0p/Julia_Ann_-_Happy_Milfs_Day.html
https://pornve.com/ppvi6bzijboe/Brazzers_-_1_800_Phone_Sex_Line_1.html
https://pornve.com/ppxeur32mh81/Bailey_Brooke_Justin_Hunt_-_Hot__Cold_-_Baby_Got_Boobs_-
_Brazzers.html
https://pornve.com/ppxithq8jh3y/ham_20_03_06_elsa_jean_and_riley_steele_roommates_or_more.html
https://pornve.com/pq4y9czl53v7/Candy_Manson_-_Backhand_Boobies.html
https://pornve.com/pq6vrsla46n1/Abella_Danger_Small_Hands_-
_Day_With_A_Pornstar_Abella_Danger_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/pq7xtatd5dzn/Melissa_Moore_Riley_Reid_Keiran_Lee_-
_Almost_Sisters_Remastered_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/pqaoqte3v6iw/Elexis_Monroe_-_I_Fucked_Yo_Mama_In_The_Sauna.html
https://pornve.com/pqejyqvzuc1j/Threesome_sex_both_girls_ass_fuck.html
https://pornve.com/pqgh82s95x8e/Raven_Bay_-_Welcum_Wagon.html
https://pornve.com/pqitid21t97o/All_Good_New_Sarah_Jessie.html
https://pornve.com/pqkkqacjreuu/Tory_Lane_-_Company_Cutbacks.html
https://pornve.com/pqlwdx6g0wj3/Cherie_Deville_-_I_Like_Creeps.html
https://pornve.com/pqoxxt8d5ta8/Gianna_Dior_Markus_Dupree_-_Whoring_Out_The_Red_Carpet_-
_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/pqsc36xh8tir/Megan_Coxxx_-_Pussy_Perpetrator.html
https://pornve.com/pqwht2lwwg85/Kiera_King_-_Shopping_Splooge.html
https://pornve.com/pqxbmcop5hox/Megan_Rain__Veronica_Avluv_-_How_To_Fuck_Butt.html

https://pornve.com/pqyk95oc5e27/PornstarsLikeItBig_19_09_13_Katana_Kombat_It_Takes_Two_To_Tango_XXX.html

https://pornve.com/pqzgfjha3cmw/Erika_Vuitton_-_Sex_And_Basketball.html

https://pornve.com/pqzwo3wpo3vl/Brazzers_-_Abella_Danger_gets_the_ultimate_orgasm_shes_waiting_from_Dr_D_.html

https://pornve.com/pr1p4x820yxz/Putting_Her_Tits_To_Good_Use_Brazzers.html

https://pornve.com/pr4185hksnwj/Lizz_Tayler_-_Theres_No_Business_Like_Ho_Business.html

https://pornve.com/pr68pe8wzdq1/PornstarsLikeItBig_Eva_Karera_40ZZ_Erection_2016_-_Part_3_-_22_07_1641.html

https://pornve.com/pransweykkoi/Adriana_Maya_-_Nobodys_Home_Come_On_In.html

https://pornve.com/prc9cedxq5iu/RKPrime_19_07_18_Jenna_Fox_And_Macy_Marx_Leather_For_The_Pleasure_XXX_SD.html

https://pornve.com/pri2m1yi1noq/Brandi_Love__Nicole_Graves_-_Love_vs_Sex.html

https://pornve.com/prj79zpg4gkq/Elsa_Jean__Ryan_Conner_-_Disciplining_His_Mistress.html

https://pornve.com/prlt6ei4tnhz/Blanche_Bradburry_-_Crushing_His_Dreams.html

https://pornve.com/prmgjc7f7mcq/My_Horrible_Boss_Wife.html

https://pornve.com/prnq9koejn0z/TeensLoveHugeCocks_Esperanza_Del_Horno_Enjoying_Esperanza.html

https://pornve.com/prod745osjqn/BigTitsAtSchool_Natasha_Nice_Nailed_It_15_06_2019_rq_4k.html

https://pornve.com/pru9om6105zb/Sienna_West_-_Stop_Crosswalk_Tits.html

https://pornve.com/prvbe1uj1qh0/My_Bosss_Daughter_brazzers.html

https://pornve.com/przc70mu9imo/Brazzers_-_Sexy_therapist_Monique_Alexander_make_her_patient_released_.html

https://pornve.com/ps0yvrfqlbwu/Lana_Rhoades_-_Over_Easy.html

https://pornve.com/ps4d6qkkqbvn/The_MILF_And_The_Faith_Eva_Karera.html

https://pornve.com/ps56ynrv5t1t/The_best_Handjob_Cumshot_Compilation.html

https://pornve.com/ps65c8rauzoq/Remy_LaCroix_-_Sock_It_To_Me.html

https://pornve.com/ps6uidmdts0s/Holly_Michaels_Dirty_Hardcore_Masseur.html

https://pornve.com/psavh08b2cw7/Isis_Love_You_Wont_My_Pussy_Son.html

https://pornve.com/pscq9t5j3sk8/Julia_Ann_-_Dodge_Balls.html

https://pornve.com/psct6xo61rsh/Valentina_Nappi_Alex_Legend_-_Jumping_For_Jizz_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/pse5o9covp4h/Kristen_Scott_Richelle_Ryan_Kyle_Mason_Mind_If_Stepmom_Joins_You.html

https://pornve.com/psej1dtov006/Eva_Karera_-_Filling_In.html

https://pornve.com/psf79t0gqds4/Misha_Cross_-_Misha_Cross_Cums_Clean.html

https://pornve.com/psglicem2omb/Tanya_Tate_-_I_Sex_My_Sons_Role_Models.html

https://pornve.com/psgnxed6c75n/Angelica_Heart_-_Officer_Hungary_For_Some_Boobs.html

https://pornve.com/psj8bbvpagba/Valentina_Nappi_-_A_Nurse_Has_Needs.html

https://pornve.com/psq8m5d6fhkm/The_Other_Way_Around_Veronica_Avluv__Chad_White.html

https://pornve.com/psr69rlc4287/Brianna_Beach_-_Take_Your_Anger_Out_On_Me.html

https://pornve.com/psserv3qjxwx/Jessa_Rhodes_-_My_Professors_A_Pornstar.html

https://pornve.com/pstob0kiw1iw/alexis_fawx_ricky_johnson_the_voyeur_next_door_part_1_brazzers_exxtra_brazzers.html

https://pornve.com/pstxphnbzp16/Beau_Diamond_Danny_D_-_Antique_Road_Blow_-_Milfs_Like_it_Big_-_Brazzers.html

https://pornve.com/psuo7c31si1n/DoctorAdventures_19_07_23_Savannah_Bond_Nurses_Touch_XXX_SD.html

https://pornve.com/pswaoy6e025l/Best_New_Jessa_Rhodes__Peta_Jensen_720p.html

https://pornve.com/pt5dagqyvqtr/Nina_Elle_-_Drilling_My_Sergeant.html
https://pornve.com/pt8wurfpctqj/Moriah_Mills_-_XXX-POSED.html
https://pornve.com/ptbr1e1lchaz/Going_Once_Cumming_Twice_-_Brazzers_.html
https://pornve.com/ptcvtl5la508/Mandy_Muse_-_Taking_Artistic_Liberties.html
https://pornve.com/ptdx8q0w141e/Brandi_Love_-_Red-Hot_Calendar_Shoot.html
https://pornve.com/ptfa41yu97kn/Antonya__Jessica_Moore_-_Real_Boobed_Babes.html
https://pornve.com/ptgnjw6lc2l2/Margo_-_Two_Boob_Salute.html
https://pornve.com/ptlcohhvequo/Valentina_Nappi_-_Strip_Poke.html
https://pornve.com/ptmj0ua32b3w/Kendra_Lust_-_College_Madness.html
https://pornve.com/pto772d3pxtu/Brazzers_-_ERection.html
https://pornve.com/ptoy7mz6fj57/Peta_Jensen_-_Teaching_Her_How_To_Cum.html
https://pornve.com/ptp6njcd55nl/Bake_Sale_Bang_Brazzers.html
https://pornve.com/ptt2aval3sef/Juicy_Pearl_-_Juiced.html
https://pornve.com/ptzpke04g1rt/Anissa_peta_-_Threesome.html
https://pornve.com/pu0j3d5szbh9/Brazzers_-_Lisa_Anns_Lover.html
https://pornve.com/pu83i4ub48aa/Dannys_Daymare_Tanya_Tate_and_Keiran_Lee__Danny_Mountain.html
https://pornve.com/pu87keo00dy4/Ally_Kay_40Cock_a_holic41.html
https://pornve.com/pudx1kzbutfv/Raylene_in_Brazzers-_Motherlover_Mommy_Got_Boobs.html
https://pornve.com/pufi6ht6x6t5/Puma_Swede_The_Cock_Whisperer.html
https://pornve.com/pugf3fnqsld0/Maddy_Oreilly_-_Rough_Malpractice.html
https://pornve.com/puitcz1g42qc/Jewelz_Blu_Luke_Ryder_Jewelz_Has_Cock_For_Breakfast_Day_With_A_Po
rnstar.html
https://pornve.com/pulvftneh55v/Lily_Love_Charm_School_101_Big_Tit_At_School.html
https://pornve.com/pumkpps6mpe7/Jynx_Maze_-_St-Valentines_Day_Assacre_Part_Two.html
https://pornve.com/pumr1ddu4zvh/Ayumi_Anime__Bridgette_B_-_Dykes_In_Debt.html
https://pornve.com/puwmqyk2d7i9/Marie_Luv_-_Touch_My_Comics_And_Get_Ass_Fucked.html
https://pornve.com/puwskx19in06/AJ_Applegate_-_Booty_Pop_-_Monster_Curves_-
_Reality_Kings.html
https://pornve.com/pv0tjfltaudm/MomsBangTeens_Ava_Addams_Dillion_Harper_Ava_Addams_Dillion_Harp
er_Sweet_seduction.html
https://pornve.com/pv2dkde3j0qd/Desiree_Dulce_Scott_Nails_-_A_Wifes_Ex_-_Real_Wife_Stories_-
_Brazzers.html
https://pornve.com/pv49u4ctrujv/Anna_Bell_Peaks__Felicity_Feline_-_Bloodthirsty_Biker_Babes_-
_Part_2.html
https://pornve.com/pv4mj60qlt9k/Kendall_Woods_-_Be_More_Like_Your_Stepsister.html
https://pornve.com/pv5f5jkavndt/Claire_Dames_-_Dr_Dreamy_Cream.html
https://pornve.com/pv9m6b7j09xe/Sasha_Rose_And_Sofi_Goldfinger_Getting_Goldfinger.html
https://pornve.com/pvcz5rrgoe49/The_Perfect_Maid_-_2.html
https://pornve.com/pvghrmxiy4c2/Madelyn_Marie_Cheating_Skinny_Pencil_Dick_Creepy_Faggot_Disappoint
ing_Diameter.html
https://pornve.com/pvhoqrb5id7e/Alice_Wayne_Yanick_Shaft_-_All_Natural_Alice_-_Big_Naturals_-
_Reality_Kings.html
https://pornve.com/pvmol5n6y55s/teen_12001_42_plays_published_on_28_minutes_ago_category_japanes
e.html
https://pornve.com/pvpb6hqi6x6k/1800_Phone_Sex_Line_2_Isis_Love__Sierra_Nicole15_08_2017.html
https://pornve.com/pvt0ishml9e5/Sophie_Dee_-_Diamonds_Are_Whorever.html
https://pornve.com/pvtmhvc8m7b9/Francesca_Le_-_Poolside_Poon.html

https://pornve.com/pvu84c85d0jc/Alektra_Blue__Monique_Alexander_-_Perving_Out_On_The_Perv.html

https://pornve.com/pw00nx3q8h93/Angela_White_-_Just_To_Be_Clear.html

https://pornve.com/pw4spnweg58j/Your_Son_s_a_Fuck_Up_Alison_Tyler_Xander_Corvus.html

https://pornve.com/pw6fz5mvlsea/HotAndMean_-_Nicolette_Shea_Kimber_Veils_-_Cuntceptual_Art.html

https://pornve.com/pwftw3rgrpmx/Kimmy_Granger__Mia_Pearl_-_Bunk_Bed_Head.html

https://pornve.com/pwklpp21junc/Britney_Amber_-_Bad_Bad_Waitress.html

https://pornve.com/pwpmtrxq91o8/Xmas_Sweater_Party_-_Brooklyn_Chase__Shawna_Lenee.html

https://pornve.com/pwpxakk1mr7h/Angela_White_Ava_Addam_Bridgette_B_Chasing_The_Big_D.html

https://pornve.com/pwsvtq7shrfg/Brazzers_Worldwide_Budapest_-_Episode_7.html

https://pornve.com/pwz935m5b0v4/Claudia_Valentine_-_You_Have_To_Eat_My_Pussy_On_Christmas_Eve.html

https://pornve.com/px0dom66viq6/Monique_Alexander_-_Jailhouse_Fuck_Three.html

https://pornve.com/px17bgfjm7as/Rob_Me_Blind_and_Fuck_Me_Stupid.html

https://pornve.com/px23kfsrebpn/Richelle_Ryan_-_Boning_The_Bad_Boyfriend.html

https://pornve.com/px6v7lwe41pm/Isis_Love_Justin_Hunt_Cafe_Au_Milf.html

https://pornve.com/pxt7uaa9cvfn/Penny_PAX_If_Only_It_Was_This_Easy_In_Real_Life_Without_Rohypnol.html

https://pornve.com/pxw2ri5ferx7/BrazzersExxtra_-_Best_Of_Brazzers_Meanest_Lesbians.html

https://pornve.com/pxx0y9lmnauf/Brazzers_House_-_Episode_10.html

https://pornve.com/pxyxhuyfs8g6/Devon__Kagney_Linn_Karter_-_The_Connor_OBanyon_Show.html

https://pornve.com/pxz2axebfmiz/Lick_Me_In_The_Locker_Room_Brazzers.html

https://pornve.com/pxz7teeeqdq8/Diamond_Foxxx_-_Titty_Theatre_Classics.html

https://pornve.com/py1lmq633r6o/mlib_19_06_19_nina_elle_washing_my_friends_wife.html

https://pornve.com/py5casjtlhed/Office_4-Play_-_Part_11.html

https://pornve.com/py5omikt83fu/Alex_Chance__Tori_Avano_-_Bubbles_And_Butts.html

https://pornve.com/pyakvz6yun4d/teen_shae_eats_a_big_cucumber_in_the_kitchen.html

https://pornve.com/pyd8nsyaa8p3/Diamond_Jackson_-_Brazzers_Porn_School.html

https://pornve.com/pygwtldbr3dr/Azul_Hermosa_-_Diva_For_A_Day.html

https://pornve.com/pymwcmhpv419/Wife_Fucks_Boss_On_Business_Trip_Kalina_Ryu__Tony_De_Sergio.html

https://pornve.com/pyn0zv15gtz5/Harlow_Harrison_-_The_Suburban_Skank.html

https://pornve.com/pz094gfv1yv6/Lexi_Lore_-_Size__Stamina.html

https://pornve.com/pz503pg63g6t/Jayden_Lee_-_Skanky_Prank.html

https://pornve.com/pz592tw0flus/Paige_Owens_Small_Hands_Xander_Corvus_-_Two_Can_Play_At_Paiges_Game_-_Pornstars_Like_It_Big_-_Brazzers.html

https://pornve.com/pz64evpggd6v/Rikki_Six_-_Chores_For_A_Whore.html

https://pornve.com/pz93uij0k1ah/Shay_Fox_-_My_Prom_Milf.html

https://pornve.com/pz9x8a6gszwy/Kristina_Rose__Veronica_Rodriguez_-_Bet_Your_Ass.html

https://pornve.com/pzk5ulrk3jaq/The_Conversion_-_Christiana_Cinn__Erik_Everhard.html

https://pornve.com/pzluo1s4mpf9/Brazzers_-_Nanny_Adventures.html

https://pornve.com/pzm9ru91dqiq/Lezley_Zen_-_Conference_Room_Scuffle.html

https://pornve.com/pzoc3ni42lvc/Julie_Cash_Karen_Fisher_with_Chris_Strokes_on_HD_4k.html

https://pornve.com/pzpngo6vg993/TeensLoveHugeCocks_19_07_18_Gabbie_Carter_No_Such_Thing_As_Dick_Proof_XXX_SD.html

https://pornve.com/pzpwzhj6j4kn/Michele_James_Van_Wylde_-_Booby_Massage_-_Big_Naturals_-_Reality_Kings.html

https://pornve.com/pzrqpt7hv1d4/Quinn_Wilde_-_Doing_Double_Duty.html
https://pornve.com/pztz2a466snb/Ebony_Chick_Shakes_Her_Booty.html
https://pornve.com/pzv35x30g3hv/Samantha_Rone_-_Samanthas_Gift_To_Brazzers.html
https://pornve.com/pzviv22tab4w/Rachel_Starr_-_League_Of_Pornstars.html
https://pornve.com/pzxun25mesgx/Ryan_Conner_-_Pussy_Or_Anal_A_ZZ_Clinical_Study.html
https://pornve.com/q03rlkzarpdn/Richelle_Ryan_-_Abrascrewdabra.html
https://pornve.com/q09mfrgtgp63/Sophia_Lomeli_Holly_West_Under_the_knife_or_Impaled_by_Sword_.html
https://pornve.com/q0ap4dj80fbk/BrazzersExxtra_-_Bella_Rolland_And_Scarlit_Scandal_Rough_And_Raunchy_Group_Fuck.html
https://pornve.com/q0cq6xbk2huz/GFRevenge_Fore_play.html
https://pornve.com/q0ggih2r6k4j/Mikayla_-_Customer_Satisfaction.html
https://pornve.com/q0nrpoo9x89n/Nina_Rivera_Scott_Nails_-_Bubble_Butt_Bride_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/q0nvaziip20w/Ava_Dalush_-_Crash_And_Bang.html
https://pornve.com/q0r5bswoi26c/Keisha_Grey__Mia_Malkova_-_Stretching_Them_Out.html
https://pornve.com/q0xv7jclcrud/Krissy_Lynn_-_Training_Day_Bitch.html
https://pornve.com/q1463410b5pt/Bella_Bellz_-_Youre_So_Extra.html
https://pornve.com/q14waixf280h/Melissa_May_-_Overnight_With_My_Moms_Boyfriend.html
https://pornve.com/q16ah8oryikz/Ryan_Conner_Menphiskas_Assmusement_2_Menphiskas_Assmusement_38_Top_Rated_Porn_Video_Of_Today_113_Most_Played_Porn_Video_Of_Today_181_Top_Rated_Porn_Video_Of_Week.html
https://pornve.com/q1cr3woqccfs/Brazzers_Big_Wet_Butts_First_Class_Ass_Blanche_Bradburry.html
https://pornve.com/q1h48jcc3jr3/BabyGotBoobs_-_Kandace_Kayne_One_Hot_Slice_XXX_NEW_21_July_2016.html
https://pornve.com/q1h5mjz0nutv/Nadia_Styles_-_Happy_Valentines_Day_Boss.html
https://pornve.com/q1krxkzmwejm/Lisa_Ann_-_Eyes_On_The_Prize.html
https://pornve.com/q1uwbotagxk2/Karma_Rx_Xander_Corvus_-_Day_With_A_Pornstar_Karma_Rx_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/q1wieyloye3o/Sarah_Miller_-_Sling_shot_4021_09_1541.html
https://pornve.com/q1yu8y3ua3f4/Aria_Lee_Charles_Dera_-_Joy_Riding_A_Cock_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/q259f32l69zt/BigTitsAtSchool_-_Anya_Ivy_A_Parent_Teacher_Meating.html
https://pornve.com/q27pim7lia70/BrazzersExxtra__Brazzers_Cherie_Deville_-_ZZ_Erection_2016_Part_1.html
https://pornve.com/q282orpiq4oe/Briana_Blair.html
https://pornve.com/q2cnjiykaeby/BrazzersExxtra_-_Liza_Del_Sierra_Sexpionage.html
https://pornve.com/q2f243verahz/Nina_Elle_Im_Gonna_Bang_Your_Mother_3_2015.html
https://pornve.com/q2f57af4m2yl/Oral_Creampie_Janice_Griffith_.html
https://pornve.com/q2h799f97bfp/Holly_West_-_Big_Butt_Adventures.html
https://pornve.com/q2l6ku830zh1/Shay_Fox_Busty_MILF_Creampie.html
https://pornve.com/q2liztutli5d/Abigail_Mac_Xander_Corvus_-_Poolside_Affair_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/q2o8mxg9v55t/blonde_hardcore_teen_pure18_lilly_kingston_ramon_cant_speak_english_nomar.html
https://pornve.com/q2slav1p0idl/BrazzersExxtra_-_Misty_Stone_Doing_Life_And_Doing_Your_Wife.html
https://pornve.com/q2tp63kvbp8i/Jessa_Rhodes__Kimber_Woods_-_Sex_With_My_Ex.html

https://pornve.com/q2wj80okzvpk/Amy_Anderssen_Gets_Play_With_Cock.html
https://pornve.com/q31o22jymtub/Candy_Manson_-_The_Postman_Always_Cums_Twice.html
https://pornve.com/q339n7f25d02/Kendra_Lust_Kissa_Sins__Peta_Jensen_My_Three_Wives.html
https://pornve.com/q341sszm9tai/Krissy_Lynn_Ricky_Spanish_-_Helicockter_Mom_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/q36bxywkwcbr/Vina_Sky_Danny_D_-_The_Gape_That_Keeps_On_Giving_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/q38qy2id3ktx/Angel_Wicky_-_Capture_My_Booty.html
https://pornve.com/q391bhc8hhht/Diamond_Jackson_-_A_Pot_Of_Golden_Dildos.html
https://pornve.com/q39oy3mnycis/Marie_McCray_-_Love_Thy_Neighbor.html
https://pornve.com/q3dbjdtwo4ja/BigTitsAtWork_Alix_Lynx_Daddy_s_Hardest_Worker_-_04_12_2016.html
https://pornve.com/q3e7az5d0zu0/office_mummy_2711_42_plays_published_on_2_hours_ago_category_mi
lf_pornstar_rachel_roxxx_tags_dani_daniel_rachel_roxx_tag_this_video.html
https://pornve.com/q3f42e0p5tw0/Ada_Sanchez__Diamond_Kitty_-_Atrapados.html
https://pornve.com/q3h22ddfwsoe/Lela_Star_Learning_The_Hard_Way.html
https://pornve.com/q3kl83rxjodh/Christy_Mack_-_Wet_And_Wild_Whooty.html
https://pornve.com/q3tfs2dggv4w/Abella_Danger_-_ASSMR.html
https://pornve.com/q3ukcme90lyb/Courtney_Taylor_-_The_Bookworm.html
https://pornve.com/q3v4qtbaak5d/Brett_Rossi_-_Have_You_Seen_The_Valet.html
https://pornve.com/q3xavn6mls4d/Stormys_Secret_Stormy_Daniels.html
https://pornve.com/q3yyz3fhohnb/Brazzers_-_Madison_Ivy_Youre_No_Nurse.html
https://pornve.com/q4575ygpm41b/Kleio_Valentien_-_ZZ_Motel_-_Dicking_The_Drifter.html
https://pornve.com/q45dan4hpe1d/Jasmine_Jae_Jessy_Jones_-_Too_Thicc_For_Skinny_Jeans_-_Monster_Curves_-_Reality_Kings.html
https://pornve.com/q45ejtv45b0m/Nicolette_Shea_-_Always_Read_The_Instructions.html
https://pornve.com/q484u82zccmk/Brandi_Love_-_Shake_His_Dick.html
https://pornve.com/q4bm6xcn2g0a/Eva_Angelina__Jayden_Jaymes_-_Kiss_And_Make_Up.html
https://pornve.com/q4fzlt422jte/Our_New_Maid_Part_2.html
https://pornve.com/q4g065e86wbm/Audrey_Bitoni_-_Sex_On_Skates.html
https://pornve.com/q4ine9nn2j99/Madison_Rose_-_Big_Butt_Shelter.html
https://pornve.com/q4lduc3su9ej/Bree_Olson_50s_Cafe_Waitress_By_Day_Anally_Reamed_By_Night.html
https://pornve.com/q4nt5p3m37w0/Lilli_Vanilli_-_Putting_It_In_Her_Slot.html
https://pornve.com/q4vus92yylab/Alura_Jenson_is_A_Mummy_With_Issues.html
https://pornve.com/q4w844jwiqt6/Ariella_Ferrera__Charli_Shiin_-_A_Neighborly_Lay.html
https://pornve.com/q4xmuuw82xyi/sexy_car_wash_with_three_hot_euro_sluts.html
https://pornve.com/q528j1c4nw5z/Kai_Marley_Cum_Stuffed.html
https://pornve.com/q56dm9oampn8/Alena_Croft_Scarlit_Scandal_Tyler_Nixon_-_Cumming_Out_Of_The_Closet_-_Moms_In_Control_-_Brazzers.html
https://pornve.com/q582xfwga9la/Reena_Sky_When_The_Husband_Is_Away_The_Wife_Will_Play.html
https://pornve.com/q58ug7pudbo4/GFRevenge_Bare_naked.html
https://pornve.com/q5auyxiuhww9/Preppies_In_Pantyhose_-_Part_3.html
https://pornve.com/q5bwj971igjq/kali_roses_bed_breakfast_and_kali.html
https://pornve.com/q5hwzx7n10cv/Leigh_Darby__Lezley_Zen_-_Family_Titty_Counseling.html
https://pornve.com/q5nl20g7ycbq/Dyanna_Lauren_-_Fun_In_The_Sun.html
https://pornve.com/q5o6ieiyxjhf/Britney_Amber_Justin_Hunt_A_Package_Deal.html
https://pornve.com/q5p9qz9h7e1f/Diamond_Jackson_-_Fuckus_Group.html
https://pornve.com/q5tekzgilm9q/Horny_Patient_Xander_Corvus_Gets_Fuck_Big_Tited_Doctor_Alison_Tyler.
html

https://pornve.com/q5tujvrvpb77/Brazzers_Lisa_Ann_Eyes_On_The_Prize.html
https://pornve.com/q5ul8omam3g8/Ella_Hughes_-_Car_Tips_And_Tricks.html
https://pornve.com/q60o037ndwbx/Ava_Addams_-_Mr_Woodman_Says_Hello.html
https://pornve.com/q66owr4z97eh/Khloe_Kapri_Jax_Slayher_-_Bringing_Home_the_Brat_-
_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/q67qbpcr02rb/Free_Anal_-_2.html
https://pornve.com/q6cltahrr51w/Ashlyn_Rae_40Lovely_juice41.html
https://pornve.com/q6e1y0ylvg72/Alyssa_Lynn_-
_Forget_About_Fucking_My_Daughter_And_Fuck_Me.html
https://pornve.com/q6ey5w28lxfe/Kelly_Divine__Phoenix_Marie_-_Extreme_Fucking_League.html
https://pornve.com/q6mtivl94vt3/Nina_Elle_-_Cant_Resist_The_Tits.html
https://pornve.com/q6ngwo10hui1/_Brazzers_-
_Carolina_Sweets_turns_18_and_wants_to_sell_her_Virginity_online_.html
https://pornve.com/q6rt26mqwkr2/Bridgette_B__Moriah_Mills_-_Moriahs_Wedding_Shower.html
https://pornve.com/q6tc3dkcq9vm/Katie_St_Ives_-_Being_Bad_Episode_1.html
https://pornve.com/q6ws15b3jb5r/Samantha_Saint_-_Titty_Tipper.html
https://pornve.com/q6xsgqvp85t6/Raven_Bay_-_Anal_Breakup.html
https://pornve.com/q71bzuopszjg/My_Wifes_Sister_Brazzers.html
https://pornve.com/q76sgnt1qqpz/Penny_Pax_Markus_Dupree_-_Medical_Sexthics_-
_Doctor_Adventures_-_Brazzers.html
https://pornve.com/q7drlc0nhov7/Lisa_Ann_-_The_Goddess_Of_Big_Dick.html
https://pornve.com/q7e1pn7nab1u/Brazzers_-_Kenzie_Reeves_Selfies_With_The_Dean.html
https://pornve.com/q7gdaopyauqi/Phoenix_Marie_Johnny_Castle_-_Feeling_Up_Phoenix_-
_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/q7go9yw0plrc/Shawna_Lenee_-_Knockout_Boobs.html
https://pornve.com/q7r643tbe46w/Natalia_Starr_-_American_House_Sitter.html
https://pornve.com/q7s6ebvgpmqn/Janet_Mason__Gracie_Glam_Im_Gonna_Bang_Your_Mother_3_2015.ht
ml
https://pornve.com/q7zwsatlt2li/Brazzers_Forecasting_several_inches_Brazzers_Big_Tits_At_Work_Jane_Dou
xxx_Justin_Hunt_Blonde.html
https://pornve.com/q811zdhjzz4q/Aletta_Ocean_-_3_Trustworthy_Fuck_Holes.html
https://pornve.com/q84sxtzb46fx/Erin_Marxxx_-_Game_Fantasies_Cum_True.html
https://pornve.com/q87s2qrhy6qc/Destiny_Dixon_-_Her_Turn_To_Cheat.html
https://pornve.com/q88ubth4ahjd/Devon_Lee_-_A_For_Jerking_Off.html
https://pornve.com/q8bh3dhw273s/India_Summer__Kimberly_Moss_-
_Tight_Fitting_House_Sitting.html
https://pornve.com/q8bl24ff6hm6/BEST_NEW_Channel_Preston_-_720p.html
https://pornve.com/q8enjv16s5x8/Cali_Carter_Keiran_Lee_-_Big_Wet_Bridal_Butt_-
_Big_Wet_Butts.html
https://pornve.com/q8iucp6xr4fh/mlib_20_03_08_rachael_cavalli_making_herself_at_home.html
https://pornve.com/q8jb7blsbcqs/Kimmy_Granger_-_A_Talk_With_Teacher.html
https://pornve.com/q8sh13hep2up/_Brazzers_-
_Hot_Threesome_With_Julian_Ann__Olivia_Austin_.html
https://pornve.com/q8v90e3ig2is/Emma_Leigh__Jasmine_Jae_-_Four_Hands_To_Jerk_The_Clerk.html
https://pornve.com/q90096a64wx9/A_second_opinion.html
https://pornve.com/q90svckey2gx/Nina_Elle_-_My_Stepmom_The_Cam_Girl.html
https://pornve.com/q9drt1o8dp4o/BrazzersExxtra_-
_Bailey_Brooke_Fucking_Her_Uncanny_Valley.html

https://pornve.com/q9exdjp8vw73/Gia_Derza_-_Oily_AF_Anal.html
https://pornve.com/q9hrc6zym9lz/Phoenix_Marie_-_Phoenix_Maries_Day_Off.html
https://pornve.com/q9k0ujcupiwl/_Eva_Notty_get_full_massage_sex.html
https://pornve.com/q9ouqud85l5m/Lily_Love_-_Color_Between_The_Lines.html
https://pornve.com/q9scjvccesln/Dylan_Ryder_-_Video_Store_Incident.html
https://pornve.com/q9vdmj9yx8ml/Bree_Olson_-_The_Slutty_Life.html
https://pornve.com/q9wnkmmcwqx5/JR_Carrington__Scarlett_Pain_-_Disciplinary_Dick_Slam.html
https://pornve.com/q9yew5yzuj6l/Taylor_Wane_-_Merging_My_Big_Tits.html
https://pornve.com/q9yugslkx3ym/London_River_Scott_Nails_-_Londons_Slutty_Little_Secret_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/qa0ekr5z3qp9/Nicolette_Shea_Cock_Hungry_Cowgirl.html
https://pornve.com/qa0lktizh25a/Alura_Jenson_A_Demanding_Client.html
https://pornve.com/qa2rv55ss7la/Jewels_Jade_-_Jewels_And_The_Gang.html
https://pornve.com/qa8j4d2lg04d/BrazzersExxtra_Kira_Noir_Kristen_Scott_Sluts_Scared_Straight.html
https://pornve.com/qaei8ynvyqe4/Kaylani_Lei_-_Big_Bad_MILF.html
https://pornve.com/qafcgmaen78i/Luna_Star_-_Get_Bent.html
https://pornve.com/qagccm78ea2p/Ryan_Conner_-_Take_A_Seat_On_My_Dick.html
https://pornve.com/qakz4qlhfqm7/Melina_Mason_-_Whose_Tit_Is_It_Anyway.html
https://pornve.com/qamhtsraf6s7/Mischa_Brooks__Savannah_Fox_-_Casting_Call_For_Big_Butt_Sluts.html
https://pornve.com/qaosker3gqvo/Brooke_Banner_In_The_Shower_As_A_Geisha.html
https://pornve.com/qayrgwtvinoi/Brazzers_-_Hot__Bothered.html
https://pornve.com/qbbcwwh3tll0/2020_07_30_-_Jane_Doe_Private_Dick_-_Pornstar_Like_It_Big_-_Cathy_Heaven.html
https://pornve.com/qbf3e8kkf3rj/Veronica_Rodriguez_Soaking_and_Sucking.html
https://pornve.com/qbm2130eyvwh/TeensLoveHugeCocks_18_10_17_Honey_Moon_Cum_For_Me_Honey_XXX_SD_-KLEENEX.html
https://pornve.com/qbo1uyghu6dn/Amber_Alena_-_Ambers_Morning_Titjob_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/qbrgd7i21npi/RKPrime_-_Riley_Reid_Its_Showtime.html
https://pornve.com/qbz25z490ptz/_Brazzers_-_Stepmom_Eva_shows_Melissas_boyfriend_how_to_treat_to_a_bush_.html
https://pornve.com/qbzkr5wx1b64/Krissy_Lynn_-_I_Quit_Whos_Cumming_With_Me.html
https://pornve.com/qcenury6h4ir/Bonnie_Rotten__Rachel_Roxxx_-_No_Tits_Barred.html
https://pornve.com/qclmirrb06tt/Taylor_Wane_-_Sprinkle_Your_Jizz_On_My_Substantial_Areolas.html
https://pornve.com/qcox4zsx7r4t/Mariah_Madysinn_-_Squash_It_In_Squash_It_Out.html
https://pornve.com/qcr4r7mvqs1s/Borrow_A_Boyfriend_Lela_Star.html
https://pornve.com/qd8pfsew488a/Anita_Bellini_-_The_Great_Outdoors.html
https://pornve.com/qdfwrkilw1ei/Jynx_Maze_-_Loose_And_Dirty.html
https://pornve.com/qdhjb5frgeq1/Jessica_Jaymes__Kirsten_Price_-_To_Live_And_Fuck_In_L_A_-_Part_2.html
https://pornve.com/qdhu2ra8llea/Cherie_Deville_-_A_Fine_Evening_With_Missus_Deville.html
https://pornve.com/qdid8in5gbjz/Krissy_Lynn_-_Quiet_My_Boyfriend_Is_Cumming.html
https://pornve.com/qdilxvp3n97n/RK_Prime_Cory_Chase_Aubrey_Rose_Peter_Green_December_8th_2016.html
https://pornve.com/qdmq9f3cqhqi/New_Jessa_Rhodes_And_Ryan_Ryans_Sweet_Ass.html
https://pornve.com/qdmzmdfd2s9l/Phoenix_Marie_And_Jordi_El_Nino_Sex_Scene.html

https://pornve.com/qdrmu4p85mw4/Courtney_Cummz_-_Undercover_Titties.html
https://pornve.com/qe2b7f4ynpr8/Queen_Of_Thrones_3.html
https://pornve.com/qe6lfy6m91wm/Isis_Love_-_Ass_In_Heat.html
https://pornve.com/qe8iyopcu9hg/Jaye_Summers_-_Earning_Her_Allowance.html
https://pornve.com/qeao30mgiwep/Brazzers_-_Huge_tit_police_officer_Alanah_Rae_punishes_the_inmate_.html
https://pornve.com/qenx06h8v2vx/Ariella_Ferrera_-_Mommys_Best_Kept_Secrets.html
https://pornve.com/qeo8rg7a0lvw/Raven_Bay_Xander_Corvus_Pornstar_Personal_Shopper.html
https://pornve.com/qepj6eazgrzr/Belle_Knox__Kendra_Lust_-_Babysitter_Games.html
https://pornve.com/qew1zv2a3b3b/Abigail_Mac_-_Horny__Dangerous_-_4.html
https://pornve.com/qf3i932wo76d/Monique_Alexander_Keiran_Lee_-_Day_With_A_Porn_Star_Monique_Alexander_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/qf4q4mij865b/Lexi_Luna_Oliver_Flynn_-_My_Stepmoms_A_Fuck_Up_-_Milfs_Like_it_Big_-_Brazzers.html
https://pornve.com/qfaheijn443x/Phoenix_Marie_-_Changing_Grades.html
https://pornve.com/qfd6pvethqd0/Isabella_Sky__Tanya_Tate_-_Master_Of_My_Teeny_Ass.html
https://pornve.com/qfj7qnotrjrv/Abella_Danger__Kissa_Sins_-_Kissas_Ass_Is_In_Danger.html
https://pornve.com/qfjbjlqlkjsp/Skyler_Mckay_-_Its_Ergonomic.html
https://pornve.com/qfnug31fkuw2/Mia_Malkova_-_Mia_Gets_Closer.html
https://pornve.com/qfqjx5p7hswq/Giselle_Leon_-_Lets_Start_The_Real_Party.html
https://pornve.com/qfqmwbrqvc0p/Dixie_Lynn_-_Sharing_The_Bed.html
https://pornve.com/qfwxdsfgmsnj/Heidi_Mayne_-_Stuffed_Turkey.html
https://pornve.com/qfzqtna93shl/DoctorAdventures_Lily_Love_Perks_Of_Being_A_Nurse_-_20_07_16.html
https://pornve.com/qg2c7gp73nby/Leya_Falcon_-_May_The_Ass_Be_With_You.html
https://pornve.com/qg3d96abm4dk/Sex_Challenge_Ava_Addams.html
https://pornve.com/qg47q9l26qbp/Jada_Stevens_Sheena_Shaw_Jordan_Ash_-_Junk_In_the_Trunk_Remastered_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/qg4nskui0pog/Claire_Dames_-_How_To_Get_Ahead.html
https://pornve.com/qge5bh6ij7cr/Karlee_Grey_and_Valentina_Nappi_-_Caught_By_Her_Boyfriend_high_quality_-_BabyGotBoobs.html
https://pornve.com/qgki8fg158ao/Kimmy_Granger_-_Cock_And_Frisk.html
https://pornve.com/qgl0q9tk59uf/Alena_Croft_-_Honey_Nut_Booty-Os.html
https://pornve.com/qgm6xrmyltin/Brazzers_Bowling_For_The_Bachelor.html
https://pornve.com/qgpn9e5spn1g/brazzers_-_paige_owens_cumming_of_age_anal-_teenslikeitbig.html
https://pornve.com/qgvq8nnbxhso/Halle_Hayes_Scott_Nails_-_Working_Late_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/qgzlb7kj67qx/Moms_In_Control_14_S6_Diamond_Jackson_Evelin_Stone.html
https://pornve.com/qh1gprcd3jwn/Alex_Chance_-_Operation_Last_Chance.html
https://pornve.com/qh3mdw039e24/Mulani_Rivera_-_Fuckin_Fail_Or_Fuckin_Fuck.html
https://pornve.com/qh9ru9l90nwr/The_Secrets_of_Marital_Sucksess_Brazzers.html
https://pornve.com/qhb3rfw8tar3/Jasmine_Jae_Madison_Ivy_Danny_D_-_Tour_Of_London_Part_One_Remastered_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/qhn9i5zwuf4z/Brandi_Bae__Sara_St_Clair_-_Jogging_For_Pussy.html
https://pornve.com/qhnlrkqfbghm/RayVeness_-_Mom_Sees_A_Dirty_Movie.html
https://pornve.com/qhnmmw30zdiw/Eloa_Lombard_-_Temptress_Of_The_Woods.html
https://pornve.com/qholrq8t928r/BabyGotBoobs_Chloe_Addison-Broadcasting_Boobies.html
https://pornve.com/qhseo7glvdyf/Brazzers_Paying_Up.html

https://pornve.com/qhy3n3b5m311/two_hot_big_tits_milf_ava_adams.html
https://pornve.com/qi2e5vdg9wi0/Ava_Addams_Gianna_Dior_Tyler_Nixon_-
_Mother_Daughter_Boning_-_Moms_In_control_-_Brazzers_1080p.html
https://pornve.com/qiaafwrho4ly/Aaliyah_Love__Cherie_Deville_-_Pornstar_Fantasies.html
https://pornve.com/qic8kb4ra2ux/NEW_Kalina_Ryu.html
https://pornve.com/qica8hczjt4c/Kagney_Linn_Karter__Lylith_Lavey_-_Field_Of_Reams.html
https://pornve.com/qifpv7jhr1ev/Britney_Amber_-_The_Nuru_Nurse.html
https://pornve.com/qiho2s2udew4/Isis_Love_-_Spa_Fuck.html
https://pornve.com/qij9aulsv1cx/_Brazzers_-
_Busty_Emma_Leigh_loves_to_get_big_dick_in_her_mouth_and_pussy_.html
https://pornve.com/qik3z7bpvazt/Ashley_Adams_-_Bucked_And_Fucked.html
https://pornve.com/qilq5jekq6ew/Aggressive_Teacher_Fucked_Silly.html
https://pornve.com/qincedxy01mv/Brazzers_Live_-_40.html
https://pornve.com/qiqn9zr1dy4m/My_Cum_Hungry_Mother_In_Law.html
https://pornve.com/qixue0ee7xad/Kortney_Kane__Lexi_Swallow_-_Hanky_Panky.html
https://pornve.com/qj1tdauezca3/Allie_Haze__Val_Dodds_-
_Give_Me_Your_Ass_Or_Get_Out_Of_My_House.html
https://pornve.com/qjcxvomsiuaj/Brooke_Wylde_-_A_Juggling_Sex_Act.html
https://pornve.com/qjdm60m3zgxc/Carla_Cox__Kiki_Minaj_-_Squirters_Juice_Bar.html
https://pornve.com/qjdzcz6rn9xd/Sarah_Jessie_Jessy_Jones_Ill_Take_It_Thick__Creamy.html
https://pornve.com/qjhac0j0oh5z/Ryan_Keely_Ricky_Spanish_-_Eating_Out_For_Thanksgiving_-
_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/qji58wn4kgso/Isis_Love_-_Boning_Her_Bodyguard.html
https://pornve.com/qjs2qfdeafgv/Moms_Bang_Teens_15_XXX.html
https://pornve.com/qjsjn5hqd6sn/MilfHunter_Brandi_Love_Peeking_At_Brandi_-_07_11_2016.html
https://pornve.com/qju9zmlolqeo/Dillion_Harper__Jenna_Sativa_-_Cheating_With_A_Cheater.html
https://pornve.com/qjv27m4ntnd1/Sarah_Jessie_-_Test_Ride.html
https://pornve.com/qjv5vqim8n7p/DAREDORM_79_Ordering_Strippers_1of2.html
https://pornve.com/qk114o7navq6/Carla_Cox_-_Cumming_Home_For_Christmas_-_Part_2.html
https://pornve.com/qk2dxaav4x0k/RoundAndBrown_Lola_Amor_Serving_It_Fresh_-_21_10_2016.html
https://pornve.com/qk2u2qi5ukuc/_ava_rose__brooke_lee_adams_big_booty_cookout_cookout.html
https://pornve.com/qk3j2x3orwu2/Kylie_Sinner_-_Sunbathing_Stepsister_Wants_Anal.html
https://pornve.com/qk3q9u8zozhl/Katrina_Jade_-_Waking_Up_With_Katrina.html
https://pornve.com/qk4v5u2nnfhg/Valentina_Ricci_-_Stuck_In_The_Copier.html
https://pornve.com/qk99974zlghw/Eva_Notty_-_Cock_Reading.html
https://pornve.com/qk9ztkwph0py/brandi_wants_a_share_of_her_stepbrothers_cock.html
https://pornve.com/qkdulnyrtwth/Anissa_Kate_Chad_White__Badass.html
https://pornve.com/qki1qzt4jvvs/Lisa_Ann_Molly_Stewart_Were_All_Girls_HereHOTMEAN.html
https://pornve.com/qkjixketuhnf/Sweet_Tits___Ella_Knox.html
https://pornve.com/qkk1me0enyce/All_Good_New_Rachel_Roxxx.html
https://pornve.com/qkqguszgps0x/Anne_Amari_-_Hula_Humping.html
https://pornve.com/qktoj0g2cnd2/Ava_Dalush_-_Pervy_Deeds_Done_Dirt_Cheap.html
https://pornve.com/qkz6vgjlhien/Brazzers-_Moriah_Mills_-_Bubble_Bath_Booty_Call.html
https://pornve.com/ql2jxw3u894k/AJ_Applegate_Xander_Corvus_-_Tag_That_Ass_-
_Big_Wet_Butts.html
https://pornve.com/ql37spezkrta/Squirting_All_Over_Her_-
_Veronica_Rodriguez__Xander_Corvus_.html
https://pornve.com/qldh9vabuksf/_Brazzers_-_Attack_of_the_Rack_.html

https://pornve.com/qldjckoqyq9z/Eva_Lovia_hHas_Had_Enough_Of_Football.html
https://pornve.com/qlh7nb9z2bg9/A_Glass_of_Bubbly_Butt_Jessie_Volt__Danny_D.html
https://pornve.com/qllukfrp8gf1/Gianna_Nicole__Rahyndee_James_-_Worlds_Nicest_Nurses.html
https://pornve.com/qlp30vfe6rey/_My_GFs_Niece_Wants_A_Big_Piece_.html
https://pornve.com/qltd4ypwwx9i/RKPrime_-_Lola_Blond_Shower_Bang.html
https://pornve.com/qltjwx564ikc/Emily_Addison__Spencer_Scott__Tasha_Reign_-_Two-On-One_Fun.html
https://pornve.com/qlxtn9fw6ac0/Brazzers_-_Call_Center_Coochie.html
https://pornve.com/qm0c8u1l7dav/Killer_Quad.html
https://pornve.com/qm0gp5j2l20w/Riley_Reid_in_We_Live_Together_video_Sweet_Pussy.html
https://pornve.com/qm1wwe0o97ex/Angela_White__Molly_Stewart_-_Swing_Fling_-_Part_1.html
https://pornve.com/qm2g4g5jimkt/Brazzers_-_Brenna_Sparks_Spilt_Milk.html
https://pornve.com/qm6yzc6dqakb/Ariella_Ferrera_-_In_The_Darkroom.html
https://pornve.com/qmew674aj06m/Blindfolded_Cheater_Brazzers.html
https://pornve.com/qmf3k3ott6xj/Rose_Monroe_Tyler_Steel_-_Thick_As_Fuck_-_RK_Prime_.html
https://pornve.com/qmfs4t9rx2uu/Emma_Leigh__Tia_Layne_-_Teaching_The_Temp.html
https://pornve.com/qmg03ysiiqg2/Big_Butt_Cake_Brazzers.html
https://pornve.com/qmi1a9qk1tyv/Kendra_Lust_-_Librarian_Needs_A_Licking.html
https://pornve.com/qmow2w807h6d/MomsInControl_India_Summer_And_Kimberly_Moss_Tight_Fitting_House_Sitting.html
https://pornve.com/qmqqmhl01z3u/Lexxxi_Lockhart_-_A_Big_Cock_Goes_A_Long_Way.html
https://pornve.com/qmwewqjo477k/Dee_Williams_-_Stepson_Rubdown.html
https://pornve.com/qn2tk6gn2cli/Emily_Addison__Leilani_Leeane_-_You_Cheap_Rug_Munching_Cunt.html
https://pornve.com/qn322mnkvf7a/Brazzers_-_Katrina_Jade_Switching_Lives_Part_2.html
https://pornve.com/qn41tobriww7/My_Stepdaughters_Titties_-_Elektra_Rose__India_Summer.html
https://pornve.com/qn4o6yzhitg2/Brandi_Love_Xander_Corvus_-_Brandi_Loves_Latex_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/qn5m4n8drxic/Madison_Ivy_-_Madison_On_The_Prowl.html
https://pornve.com/qnb1k1or338o/Nicolette_Shea_Ricky_Spanish_-_Nicolette_Saves_The_World_Part_2_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/qndtzyrcokz3/AJ_Applegate_-_If_The_Job_Sucks_Suck_Back.html
https://pornve.com/qnjkgut0no9w/Karen_Fisher_-_Respect_My_Titties.html
https://pornve.com/qnkie9sauzpi/Brooklyn_Blue_Danny_D_-_Sex_With_The_Scarecrow_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/qnnagp4ibd6c/Sarah_Jessie_-_Inherit_This.html
https://pornve.com/qnnjklk1grcl/Rebecca_Volpetti_-_Sister_Doesnt_Mind_Sharing.html
https://pornve.com/qnr5qmtsdkec/_Brazzers_-_Blonde_bombshell_Kagney_Karter_gets_fucked_by_her_trainer_.html
https://pornve.com/qnskn6t573pf/Reagan_Foxx_-_Sending_Stepmoms_Nudes.html
https://pornve.com/qntkc8yct9np/Proxy_Paige_-_Double_Trouble.html
https://pornve.com/qo53tv2ohwnk/Shay_Fox_-_First_Anal.html
https://pornve.com/qo5o30vqyq96/Lilly_Lit_-_Bad_Grades_Good_Girl.html
https://pornve.com/qoagfaqsvizi/Katie_Morgan_-_The_MILF_Next_Door.html
https://pornve.com/qohflxb0j64h/Amber_Jade_-_Overcum.html
https://pornve.com/qojta1933gou/MoneyTalks_Kelly_Paige_Adrian_Maya_Avalon_Heart_Sweet_Hole_-_12_07_16.html
https://pornve.com/qop766ktzyjm/Kagney_Linn_Karter_Scott_Nails_-_Anally_Reamed_In_Her_Jeans_-_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/qorf3i3p10xa/Jessica_Jaymes_-_Its_Good_To_Be_Boss.html
https://pornve.com/qoz91krldg6f/BrazzersExxtra_-_Honey_Moon_Feel_The_Burn.html
https://pornve.com/qp134c3aaho5/Gina_Valentina_Squirtboarding_XXX_KTR.html
https://pornve.com/qp1adtpxaqqc/Gina_Lynn_-_Sex_On_A_Plane.html
https://pornve.com/qp685d0e6xtq/BigNaturals_Kimmy_Kush_-_Kimmys_Knockers_20_07_2016.html
https://pornve.com/qpd50z0kpn1w/Kagney_Linn_Karter__Krissy_Lynn_-
_Two_Pussies_And_One_Parachute.html
https://pornve.com/qpdelpnie4k0/Bridgette_B_-_Plowing_The_Private_Dancer.html
https://pornve.com/qpe6y6iodpee/Unhappily_Married_And_Horny_-
_Manuel_Ferrara_Kendra_Sunderland.html
https://pornve.com/qpeuvlwegrwl/Amy_Ried_-_Online_Secret_Affair.html
https://pornve.com/qphu7bkyp9dk/Katja_Kassin_A_Sheer_Fucking.html
https://pornve.com/qpqqutxdphy7/Savannah_Stern_-_The_Deal_Closer.html
https://pornve.com/qpsb5j5inve5/Kagney_Linn_Karter_-_Kagney_Cums_With_You_-
_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/qptisd8kpv26/Anal_Sex_in_Heaven.html
https://pornve.com/qpyylvog4kux/Kagney_Linn_Karter_-_The_Bosss_Wife.html
https://pornve.com/qq5dun8ua7kl/Courtney_Cummz__Francesca_Le_-_Agency_69.html
https://pornve.com/qqleqwss8kg6/Jessica_Robbin__Tessa_Lane_-_Slip_And_Slay.html
https://pornve.com/qqli9s9r2htk/Phoenix_Marie_And_Richelle_Ryan_-
_Sexy_Solicitation_The_Ultimate_Pickup.html
https://pornve.com/qqlunb9m9p1m/_Brazzers_-
_Milf_Rebecca_has_a_threesome_with_her_stepdatughter_Rhiannon_.html
https://pornve.com/qqlvd0czachi/sneakysex_19_07_06_mackenzie_moss_pc_problems.html
https://pornve.com/qqme79lj5wwr/Undersecretary_-_Gigi_Allens__Bradley_Remington.html
https://pornve.com/qqqexny1d5og/Christie_Stevens_Kenzie_Reeves_-_Its_Too_Big_For_My_Ass_-
_Moms_Bang_Teens_-_Reality_Kings.html
https://pornve.com/qqw3gy3ihrwy/Alena_Croft__Amethyst_Banks_-_Santas_Twerkshop.html
https://pornve.com/qqw8ha9df9m5/Ajaa_XXX_-_A_Family_Affair.html
https://pornve.com/qqx8mkq1ew7h/Nicolette_Saves_The_World_-_1.html
https://pornve.com/qqzois7j7u09/Valentina_Nappi_-_Undercover_Ass.html
https://pornve.com/qr0y7c17gfu3/Keisha_Grey_-_Slutty_Sitter.html
https://pornve.com/qr5nlfbc9ykw/Ryan_Smiles_New_April_06_2016_Dirty_Masseur_-_720p.html
https://pornve.com/qrdcxebe4vc8/BrazzersExxtra_-_Brazzers_-
_Chanel_Preston_Keiran_Lee_Making_A_Mess_On_The_Maid.html
https://pornve.com/qrgsronjubja/Alanah_Rae_-_Assault_On_Anal_Precinct_13.html
https://pornve.com/qrguwq7qwj1w/Jayden_Cole__Jayden_Jaymes__Kortney_Kane_-_Cheerlickers.html
https://pornve.com/qrig09qxlez5/Victoria_Rae_Black_-_Victoria_Rae_Needs_To_Play.html
https://pornve.com/qrkyavayf4tj/Jayden_Le_-_Hardcore_Gamer_Chick.html
https://pornve.com/qrlrkpdfcrma/Chloe_Couture_Slip_It_In_2S5.html
https://pornve.com/qrlwl5t7kkve/NEW_Good_Shit_Layla_London.html
https://pornve.com/qroj1wuv2740/BEST_NEW_Peta_Jensen_My_Honey_Wants_It_Rough_March_31_2016_-
_720p.html
https://pornve.com/qrxmt3ndpwm5/CFNMSECRET_gropist.html
https://pornve.com/qs3qbgbbcwwx/Carolina_Sweets_-_Stuck__Fucked.html
https://pornve.com/qs5gmuhztxpu/Karen_Fisher__Sammy_Brooks_-_Milf_Swap.html
https://pornve.com/qs5mm4r8zbky/Tanya_James_-_Dont_Be_Ashamed.html
https://pornve.com/qs7ft822w9qq/Dani_Daniels__Luna_Star_-_Horny_Hosts_Of_Purgatory.html

https://pornve.com/qs85lwgmdif4/Michele_James_Xander_Corvus_-_Big_Spotlights_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/qs988ebuygap/Scarlett_Bloom_Charles_Dera_-_Upgrading_To_An_Older_Model_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/qsc6b9wq032j/Christy_Mack_Oiled_Hard_Anal_and_Facial.html
https://pornve.com/qsf4e0h5k7jh/Nicolette_Shea_-_Water_Cooler_Cock.html
https://pornve.com/qsgxkwpakxrv/Alexis_Fawx_Xander_Corvus_-_Multitasking_Massage_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/qsln167ij2kl/Ana_Foxxx_-_Slip_And_Slide.html
https://pornve.com/qsmokzgz5qmu/Alexis_Venton_-_Slut_Power_In_The_Shower.html
https://pornve.com/qsnxyrzkluc5/Big_Tits_In_History_-_Part_2.html
https://pornve.com/qsrpnie201lw/Lisa_Ann_When_Lisa_Ann_Cums_Over.html
https://pornve.com/qsuyvd3fyi8z/Anya_Ivy_-_A_Daring_First_Date.html
https://pornve.com/qt3duszzmas4/Angela_Attison_-_Misery_Loves_Cumpany.html
https://pornve.com/qt66i8zcnfsx/Dana_DeArmond_Bossy_Bitch.html
https://pornve.com/qt7incviyb2p/Sarah_Jessie_My_Stepmom_s_New_Boobs.html
https://pornve.com/qta7wm4hh32s/Romi_Rain_-_Wandering_Hands.html
https://pornve.com/qtaivs5mp6sn/Maddy_Oreilly_-_Work_Is_Long_When_Youre_Wearing_A_Thong.html
https://pornve.com/qtbh0ax3p29o/Jenna_Haze_-_Fuckin_With_Jenna.html
https://pornve.com/qtka7zeubvio/Brazzers_-_Sarah_Jessie_Shipped_And_Stripped.html
https://pornve.com/qtpo424qkuhi/Dylan_Riley_-_Laid_And_Let_Go.html
https://pornve.com/qtq9fbcpt5tm/Joyce_Oliveira_-_Double_Cumshot_Special.html
https://pornve.com/qtqnu29sqpth/Brooklyn_Chase_Nailing_Ms_Chase_Part_One.html
https://pornve.com/qtw899wxof1o/Ricki_White__Jada_Fire_-_Ebony__Ivory_Fucking_In_Perfect_Harmony.html
https://pornve.com/qtz1b4zw2mxj/peta_jensen_Power_Rack_A_XXX_Parody.html
https://pornve.com/qudrnhkkwcmh/Brandi_Love_-_Mounted_By_My_Mother-In-Law.html
https://pornve.com/qudvjf8evu9k/Desiree_Dulce__Luna_Star_-_The_Dommes_Next_Door.html
https://pornve.com/quevikqve5ul/Kylie_Page_Johnny_Sins_-_The_Geeks_A_Freak_-_Big_Tits_At_School.html
https://pornve.com/qukqqoxb6j80/BrazzersExxtra_Canela_Skin_Anal_Sex_Doesnt_Happen_In_A_Vacuum.html
https://pornve.com/qumzv2izj6oo/Kristina_Shannon_Alex_Legend_-_Every_Rose_Has_Its_Porn_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/quvus3rdpz5l/Natalia_Starr_-_The_Daily_Special.html
https://pornve.com/quvx8njr42j9/Lela_Star_Keiran_Lee_-_Blindfolded_Bride_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/quxnz46g6hsj/Abella_Danger__Phoenix_Marie_-_Boss_Dominates_Horny_Employee.html
https://pornve.com/qv4sdr0fvd0l/Brazzers_House_-_Episode_12.html
https://pornve.com/qv5dva10qanc/Priya_Anjali_Rai_-_The_Long_Cock_Of_The_Law.html
https://pornve.com/qvcf2zl7ma3q/Brazzers_Rent_A_Pornstar_Wife_For_A_Day.html
https://pornve.com/qvj03z5noxfs/Audrey_Bitoni__Memphis_Monroe_-_What_Really_Happens_When_Girls_Go_To_The_Bathroom_Together.html
https://pornve.com/qvk4vz3bskcr/Monique_Alexander__Skyla_Novea_-_Pornstar_Therapy.html
https://pornve.com/qvq20l86nd3z/Destiny_Dixon_-_Queen_Of_Footjobs.html
https://pornve.com/qvvh1zl0mu64/Charity_Bangs_-_Ivy_League_Tease.html

https://pornve.com/qvzi3lahr444/Piper_Perri_-_Jillin_In_The_Box.html
https://pornve.com/qwa2tpgw477v/Dayna_Vendetta_-_FleXXXibility.html
https://pornve.com/qwbbio5jwshg/Assh_Lee_-_Hip-Hop_On_That_Cock.html
https://pornve.com/qwbm7hb6wya7/Zanna_Blue_Keiran_Lee_-_Lingerie_Rubdown_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/qwj0aduhyew7/Aletta_Ocean_-_Oversnatch.html
https://pornve.com/qwoppier6mtj/Havana_Ginger_Kyle_Mason_-_Oiling_Up_Havana_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/qwox1tc8jyek/Jewels_Jade_-_My_Mom_Is_Fucking_Crazy.html
https://pornve.com/qwr3xtji4lcn/Brooke_Brand_-_The_Weather_Whore.html
https://pornve.com/qwsxvf7a56zv/Brazzers_Live_-_20.html
https://pornve.com/qwt4xthxqv6c/Abbey_Brooks_-_Handling_His_Business.html
https://pornve.com/qwwwqzxe5sb5/Katalina_Mills_Latina.html
https://pornve.com/qwx3uktaog1x/Adriana_Chechik_-_The_Great_Doctor_Part_One.html
https://pornve.com/qwxqm3fh9xk9/Tasha_Reign_-_Sacred_Holes.html
https://pornve.com/qx0s1pfi08bj/Bailey_Brooke__Noemie_Bilas_-_Ladies_First.html
https://pornve.com/qx4uesjq9th7/Brazzers_-_Kaylani_Lei_The_Model_Stepmom.html
https://pornve.com/qxdoqfzdf92g/Jasmine_James_-_Jasmines_At_The_Laundromat.html
https://pornve.com/qxhaa4yh86hc/BrazzersExxtra_-_Amber_Jade_-_Overcum.html
https://pornve.com/qxj4cf5jufx9/RealWifeStories_Ariella_Ferrera_Take_A_Seat_On_My_Dick_2.html
https://pornve.com/qxjadrg3ugcz/HOT_Threesome_Kendra_Lust_And_Nicole_Aniston.html
https://pornve.com/qxl96my63d0v/Darla_Crane_-_In_Search_Of_Big_Tits.html
https://pornve.com/qxlh85dys27j/Lily_Labeau_Aerial_Downward_Doggystyle.html
https://pornve.com/qxlumald8efy/Moms_In_Control_How_To_Fuck_Butt_Brazzers_Teen_Megan_Rain_Veronica_Avluv_Fishnet_Professional.html
https://pornve.com/qxnvijpnp9kc/Karma_Rx_-_Ill_Fuck_Who_I_Want.html
https://pornve.com/qxomfg7yfbbd/Amy_Reid_-_Guilty_Until_Proven_Innocent.html
https://pornve.com/qxsbq0d4yj4r/Lela_Star_-_Lelas_Panty_Thief_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/qxtvx7qll1l4/Jasmine_James_HOT_HARD_ANAL.html
https://pornve.com/qxudzzzre5k4/PornstarsLike_It_Big_Brazzers_Phoenix_Marie.html
https://pornve.com/qxuwtjrhoiqb/Danni_Rivers_Justin_Hunt_-_Cocksicle_Tease_-_RK_Prime_-_Reality_Kings_HD.html
https://pornve.com/qxvuibnc900r/Courtney_Taylor__Summer_Brielle_-_Two_For_One_Busty_Blondes.html
https://pornve.com/qxxrvdw6k59t/Jasmine_James_The_Cougar_Countdown.html
https://pornve.com/qxy9mdnxs9gz/Best_Of_Brazzer_Porn_Watches_Back.html
https://pornve.com/qy0xi9xke9xd/Nia_Nacci_Jessy_Jones_-_Naughty_Nia_-_Teens_Love_Huge_Cocks_-_Reality_Kings.html
https://pornve.com/qy3l2dlj8lyo/Missy_Stone_-_Squeezing_Cum_On_A_Stone.html
https://pornve.com/qy4y12igma6g/Ana_Foxxx_-_Stay-At-Home_Slut.html
https://pornve.com/qy9vpaze0mox/Brandi_Love__Marsha_May__Monique_Alexander__Phoenix_Marie__Romi_Rain_-_The_Late_Night_Orgy.html
https://pornve.com/qybgu48oecxo/Brazzers_Chantelle_Fox_The_Wet_Look.html
https://pornve.com/qyic92s35log/Veronica_Avluv_-_Mom_Visits_Doc.html
https://pornve.com/qyizlriupvh2/Brenda_James_-_My_Mother_The_Fucker.html
https://pornve.com/qyobc9ghwkb2/Samantha_Saint_-_Breast_Exam_Fun.html
https://pornve.com/qypid1jw944g/Nikki_Cruz_-_Spring_Training.html

https://pornve.com/qz07qqs6ua1c/Brazzers_Moriah_fucks_her_muse_Brazzers_Real_Wife_Stories_Moriah_Mills_Keiran_Lee_White_Guy_F.html

https://pornve.com/qz1p6kd9eplz/ADOLESCENT_SKY.html

https://pornve.com/qz6smwl9n5hl/Shyla_Stylez_-_Got_An_Itch_For_Some_Hot_Scratch.html

https://pornve.com/qz7vnv8i01f6/Having_fun_with_a_naked_stepmother_under_the_nose_of_Bati.html

https://pornve.com/qz7wovzii39m/Romi_Rain_-_The_Whore__The_Big_Dick.html

https://pornve.com/qzddbjrelysi/RoundAndBrown_17_03_03_Janelle_Taylor_Pump_It_Up_XXX_-KTR.html

https://pornve.com/qzgaygijuvcs/Blanche_Bradburry_Danny_D_-_Dont_Touch_Her_8_-_Big_Butts_Like_It_Big_-_Brazzers.html

https://pornve.com/qzj386idhlpn/Sybil_Stallone_Van_Wylde_-_A_Whole_Lotta_Ass_-_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/qzzvj4ikp7b7/TV_Show_with_Real_Pornstars_They_Fuck_All_DaY.html

https://pornve.com/r00cztsv4lvv/Ashton_Pierce_-_Cyber_Punk_Fuck.html

https://pornve.com/r021vyr0a9jw/Blake_Rose_-_Who_Cares_Let_Me_Fuck_Your_Tits.html

https://pornve.com/r03pjvubt9hf/Kagney_Linn_Karter_Anally_Reamed_In_Her_Jeans_BigWetButts_anal_31_05_2020_on_SexyPorn.html

https://pornve.com/r04rrnn97pe8/Abbie_Cat__Yuffie_Yulan_-_Why_We_Love_Womens_Tennis.html

https://pornve.com/r0d7x5oq6zts/Emily_Parker_-_Lacrosse_Lacock.html

https://pornve.com/r0dozl011ulo/Dillion_Harper_-_No_Squirting_In_Class.html

https://pornve.com/r0jq1odmujgm/All_Good_New_Sheridan_Love.html

https://pornve.com/r0kwlguwh1v8/Monique_Alexander_-_Team_Building_Sexcercise.html

https://pornve.com/r0m0aw4m4ia9/Dani_Daniels_-_Inmate_In_My_Puss.html

https://pornve.com/r0n00k1m482k/Alura_TNT_Jenson__Avi_Love_-_The_Audition.html

https://pornve.com/r0olko5ouhlf/Krissy_Lynn_-_Stalker.html

https://pornve.com/r0pjarht1u7v/Desiree_Night_-_Jumping_Jumbos.html

https://pornve.com/r0zv3uk3f7zc/Mackenzee_Pierce_-_Matawhore.html

https://pornve.com/r10ckru3f7ao/Kaylee_Jewel_Blow_Kaylee_Blow.html

https://pornve.com/r11c0ghzaaqe/The_Best_Phoenix_Marie_Compilation.html

https://pornve.com/r11i3wliui4s/Xanders_World_Tour_Episode_1.html

https://pornve.com/r11rgjlzxk50/perfect_body_teen_fucked_so_hard.html

https://pornve.com/r1a2dc0gop1w/Brookly_And_Kagney_Share_Everything.html

https://pornve.com/r1bbn7awl8e1/Kiki_Minaj_-_Prized_Posessions.html

https://pornve.com/r1e82g92z527/Juelz_Ventura__Gia_Dimarco_The_Anal_Payback.html

https://pornve.com/r1gy2u39ycuu/Monique_Alexander_-_Sexy_Dentist_Knows_The_Drill.html

https://pornve.com/r1jkf61v20pa/da_19_05_28_marica_chanelle_naughty_nurses_first_day.html

https://pornve.com/r1pagmkat5c4/Angela_White_Siri_Keiran_Lee_-_Sneaky_Shower_Threesome_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/r1pmwx9yutsj/Diamond_Foxxx_JMac_HR_Whorientation.html

https://pornve.com/r1qd7dnizzaj/Codi_Vore_Xander_Corvus_Big_Naturals_Shirt_Showoff_Brazzers_Exxtra_Brazzers.html

https://pornve.com/r1r32yinro76/Chessie_Kay_Keiran_Lee_-_Dressing_Room_Poon_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/r1sylh3vidw5/Eva_Notty_-_Moms_In_Hot_Water.html

https://pornve.com/r21eb35yri6i/2020_07_31_-_My_GFs_Niece_Wants_A_Big_Piece_REMASTERED_-_Teen_Like_It_Big_-_Aidra_Fox.html

https://pornve.com/r22hz0alhw0d/The_Mother_Of_All_Seductions_Monique_Alexander.html

https://pornve.com/r28ikvoofhvs/Katana_Kombat_Johnny_Sins_-_Custodial_Cravings_-_Big_Tits_At_Work_-_Brazzers.html

https://pornve.com/r2dd999iwexp/Katrina_Jade_Markus_Dupree_-_Lost_My_Cockcentration_-_Big_Tits_At_Work.html
https://pornve.com/r2fbxxpsegx0/Brazzers_-_My_Stepmom_And_Her_Sister.html
https://pornve.com/r2ojzbfr10v3/Big_News_On_The_Boob.html
https://pornve.com/r2pv0z2lum0r/Mia_Malkova_-_Yoga_Lesson.html
https://pornve.com/r2szmi5wokqr/Tina_Kay_Danny_D_-_The_Dommes_Next_Door_Part_1_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/r2tilftz23kd/Polly_Pons_-_Banged_Behind_Bars.html
https://pornve.com/r2wcoal98gqu/Brazzers_-_Brittany_Andrews_Cum_To_My_Window.html
https://pornve.com/r2zsk3vz1qaf/Sophia_Lomeli_-_NipFuck.html
https://pornve.com/r31aimu4mbcr/Kayla_Kayden_-_The_Unforgettable_Anniversary.html
https://pornve.com/r33p18o3pve1/Kterina_Hartlova_Best_Tits_Ever.html
https://pornve.com/r3628jdxsuks/Tyler_Faith_-_Sneaking_In_A_Last_Minute_Facial.html
https://pornve.com/r3a72w9kwijk/The_Brazzers_Halftime_Show_-_2.html
https://pornve.com/r3ai81nh189h/Krissy_Lynn_-_How_To_Train_Your_MILF.html
https://pornve.com/r3bjtb9vv1bc/Brazzers_Isis_Love_Ass_In_Heat_XXX.html
https://pornve.com/r3bulr2fx8ti/Eva_Angelina_-_Two_Cocks_For_The_Two-Timer.html
https://pornve.com/r3i2v2o1xc1p/Brazzers_-_Tia_Cyrus_fucked_hard_by_hospital_doctor_Ramon_.html
https://pornve.com/r3j0te994f8v/Amber_Jayne__Jimena_Lago_-_First_Impressions.html
https://pornve.com/r3j7f64zkagm/Double_Timing_Wife_Keiran_Lee_Bill_Bailey__Ava_Addams.html
https://pornve.com/r3k0h8dybe13/Jolee_Love_-_Strike_A_Pose.html
https://pornve.com/r3ms7wvw80vp/Maggie_Green_-_Shes_Sneaky_Sweet.html
https://pornve.com/r3p31w0730fo/Switching_Lives_-_Part_1.html
https://pornve.com/r3s0eqg7np0y/Allison_Moore_-_DILFs_Like_Them_Big.html
https://pornve.com/r3t0jd5m2xr5/Brittany_OConnell_-_Peeping_Tom.html
https://pornve.com/r3w5vusrqqv3/Z_Ladron_se_la_coge_a_escondidas_de_marido.html
https://pornve.com/r3zluep60rnf/Zeina_Heart_-_Number_One_Fan.html
https://pornve.com/r48dvl9e6xz7/Best_Of_Brazzers_-_Phoenix_Marie_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/r4b9ub7f5c47/Sunny_Leon_Coochie_Monster_Lessons.html
https://pornve.com/r4hklfkiqc3i/Jenna_Sativa__Kandie_Monaee_-_Fuck_Its_Hot.html
https://pornve.com/r4vixtzfe183/Cherokee_-_Stop_Bullying_Me_And_Fucking_My_Mom.html
https://pornve.com/r50fypmhfpwj/Veronica_Rayne_Ra_Ra_Fuck_My_Ma.html
https://pornve.com/r51vtcwgyx8a/Blonde_Big_Tits_Big_tit_Big_Natural_Tit_Natural_Big_Tit-.html
https://pornve.com/r56hqptka3tu/Peta_Jensen_-_Breaking_In_Miss_Jensen.html
https://pornve.com/r5cgl86jqes5/Aletta_Ocean_-_Fuck_Or_Youre_Fired.html
https://pornve.com/r5gxssrqwf5q/Jessica_Robbin_-_Fucked_Or_Fiction.html
https://pornve.com/r5h7lnviptpn/Monique_Alexander_-_Spa_For_Horny_Housewives.html
https://pornve.com/r5iht5zkbjd0/Sophia_Lomeli_-_Basket_Whore.html
https://pornve.com/r5j8dk56agst/Taking_It_TwiceLucia_Love__Danny_D__Tony_De_Sergio.html
https://pornve.com/r5lr0afk8yt0/Rhiannon_Ryder_-_Dont_Tell_Mom_The_Babysitter_Gives_Head.html
https://pornve.com/r5ok7qz9x5hm/Do_not_be_afraid_My_stepmom_Alexis_Fawx_will_show_us_how_to_get_fucked.html
https://pornve.com/r5qqwxb5vbae/Abella_Anderson_-_Dont_You_Wish_Your_Girlfriend_Was_Hot_Like_Me.html
https://pornve.com/r5srj40cdvtp/Bridgette_B_-_Fill_My_Cracks_And_Fuck_My_Ass.html

https://pornve.com/r629tuni1lgw/NEW_Brandi_Love_MILF.html
https://pornve.com/r62ok8foxdkk/Jessa_Rhodes__Madison_Ivy_-_Ladies_Night.html
https://pornve.com/r664umz8vkzk/DayWithAPornstar_-_Alexis_Fawx_Alexis_ASMR.html
https://pornve.com/r6bbgksypgqt/Abigail_Mac_-_A_Domestic_Dicking.html
https://pornve.com/r6ex6mh62ek9/Alessandra_Jane_Awesome_Russian_Slut.html
https://pornve.com/r6ga2v7azwi0/Napping_Naked_Veronica_Avluv_Dany_D.html
https://pornve.com/r6hx5ijl46er/Jessica_Bangkok_-_Office_Christmas_Party.html
https://pornve.com/r6jihdwyhtoc/Rachel_Starr_-_Powerless_Titties.html
https://pornve.com/r6ka0jw8v7bc/Alexis_Fawx_Breakfast_lesbian.html
https://pornve.com/r6kcvpo97x2p/Lana_Rhoades_-_A_Knob_Well_Done.html
https://pornve.com/r6kooynfq121/Krissy_Lynn_-_First_Dibbs_On_Her_Asshole.html
https://pornve.com/r6l8fqf8o4t3/Bonnie_Rotten_-_The_Bonnie_Rotten_Experience.html
https://pornve.com/r6py49lhqwd0/Abigail_Mac__Niki_Lee_Young_-_We_Dont_Need_Boys.html
https://pornve.com/r6qf52ujyvk9/Tasha_Holz_-_Working_Hard.html
https://pornve.com/r6uqu26ei94r/Nora_Noir__Veronica_Avluv_-_Circus_Squirtus.html
https://pornve.com/r73fbyam26h9/Nikki_Benz_-_Ring_The_Bell_For_Service.html
https://pornve.com/r75n0ojrry4n/Madison_Ivy_-_A_BIG_Surprise.html
https://pornve.com/r762yj2vjgpm/Adriana_Chechik_Markus_Dupree_-_Whats_Up_Her_Ass_-
_Pornstars_Like_it_Big.html
https://pornve.com/r78dyn81cs8y/Phoenix_Marie_-_Yoga_Freaks.html
https://pornve.com/r7aysuvbud8o/Trading_Sides_-_Part_1.html
https://pornve.com/r7b8i6wetxng/Aimee_Black_-_Anal_Business_Plan.html
https://pornve.com/r7gsmuj0sevt/Dylan_Ryder_-_One_Last_Fuck.html
https://pornve.com/r7gz2z8dwijj/Delta_White_-_Nursing_Him_Back_To_Health.html
https://pornve.com/r7j8ikbh2xak/Darling_Danika_-_Foreign_Fucking_Exchange.html
https://pornve.com/r7m9kak72lk4/Carter_Cruise__Kira_Noir_-_Slippery_Showdown.html
https://pornve.com/r7oa2jlmc1tg/Parker_Swayze_-_GFs_Mom_Wants_It_Bad.html
https://pornve.com/r7pzgm4bk274/_Brazzers_-
_Tattooed_babe_Daisy_Cruz_enjoys_dancing_and_big_dicks_.html
https://pornve.com/r7v392tirlov/AJ_Applegate_-_Free_Anal.html
https://pornve.com/r7yfy0frroct/MoneyTalks_17_02_28_Raven_Wylde_And_Bethany_Benz_I_Scream_4_Ice
_Cream_XXX_-KTR.html
https://pornve.com/r84gt4gthd9a/Alanah_Rae__Bridgette_B__Eva_Angelina__Nicole_Aniston_-
_The_Big_Game.html
https://pornve.com/r86h53w4po6i/Janice_Griffith_Cumshot_Compilation.html
https://pornve.com/r8b9x6h7sy4d/Ashley_Graham_-_Tiger_Temptress.html
https://pornve.com/r8c844484xzv/Brazzers_-
_Hot_Destiny_Mercedes_and_Peta_having_a_sexy_wet_orgy_.html
https://pornve.com/r8dvduyl5ncb/MikesApartment_-_Victoria_Pure_Shower_Intruder.html
https://pornve.com/r8jielwywj3o/Natalia_Rossi_-_Summer_Of_69.html
https://pornve.com/r8mu2uau97r8/3_Smothering_Asses_-_Madison_And_Alexis.html
https://pornve.com/r8q1bm88m4if/Alexis_Fawx_-_My_Horny_Stepsons.html
https://pornve.com/r8v9rr57nqqy/TeensLikeItBig_Brazzers__Janice_Griffith_Danny_D_Fine_Ill_Just_Fuck_My
_Stepdad.html
https://pornve.com/r8vlocuk9hyy/RoundAndBrown_19_07_17_Mimi_Curvaceous_Cake_N_Cakes_XXX_SD.ht
ml
https://pornve.com/r8xj7yoy8cem/Full_HD_A_Family_Affair_Part_2.html
https://pornve.com/r90locwoaavo/HD_Best_New_Peta_Jensen_Anal_2_HS_720p.html

https://pornve.com/r90wwchy6f6g/Carmen_McCarthy_-_Consolation_Tits.html
https://pornve.com/r91pfvkiknuf/Desiree_Dulce_-_Feet_First.html
https://pornve.com/r932hv2r8hat/Sybil_Stallone_Ricky_Spanish_-_Nip_Slip-Up_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/r93d77pdxk7f/Helly_Mae_Hellfire_-_Home_Cooked_Boobies.html
https://pornve.com/r95rwotb5yh5/Talia_Palmer_-_Opportunity_Fucks.html
https://pornve.com/r96bhi0tin2u/Alexis_Adams_-_Graduation_Day.html
https://pornve.com/r9bqnehzyofg/Stepmom_Gets_A_Surprise.html
https://pornve.com/r9f4hb5iosvp/Brenda_Black_-_The_Cunt_For_Red_October.html
https://pornve.com/r9feuzquqxwh/Patty_Michova_-_Banging_The_Butler.html
https://pornve.com/r9ilb2xsawoj/Nikki_Sexx_-_Mahboobeh_Mechanics.html
https://pornve.com/r9lurrxgrdbq/Veruca_James_-_Lie_DICKtector_parody.html
https://pornve.com/r9ly7p8ehkce/Riley_Evans_-_Teaching_Him_A_Lesson.html
https://pornve.com/r9mqt8x2byue/BRAZZERS_LIVE_VALENTINES_DAY_AFFAIR.html
https://pornve.com/r9yjrjmo71cq/Noelle_Easton_Danny_D_-_The_Life_Of_The_Party_-_Baby_Got_Boobs.html
https://pornve.com/r9zl5e0tvttm/ZZSeries_brazzers_house_3_episode_3.html
https://pornve.com/ra3gd12mqirg/Skyler_Nicole_-_Balling_Out.html
https://pornve.com/ra4xf74n3pix/Cherie_Deville_-_Accidental_Adultery.html
https://pornve.com/ra7m4n3v6nxp/Christy_Mack_-_Filthy_Christy.html
https://pornve.com/rab7n4ul0coo/NEW_Kagney_Linn_Karter_And_Rachel_Roxxx.html
https://pornve.com/rac5fejgytg4/Amia_Miley_-_A_Parking_Lot_Pounding.html
https://pornve.com/racmug71qkbp/Jayden_James_VS_Danny_D_Big_Tits_-_Big_Dick.html
https://pornve.com/rafgu7fiyc6e/abella_danger_fucks_a_guy_at_a_bus_stop.html
https://pornve.com/rasn6z7oxki1/Perfect_Pantyhose_Kat_Dior__Jessy_Jones.html
https://pornve.com/rav6j1wp3my8/Krissy_Lynn__Yurizan_Beltran_-_So_I_Married_A_Dyke.html
https://pornve.com/rawkb5iz0sb3/Madison_Scott_This_Is_My_Sorority_Dull.html
https://pornve.com/raz7uu66eear/Jenny_Glam_-_Sneaky_Student_Snogging.html
https://pornve.com/rb4st7g5gcqa/julia_ann_and_gina_valentina_i_want_her_to_like_me_hotandmean.html
https://pornve.com/rb4ur7p0cgzc/Riley_Steele_-_Shell_Steele_Your_Heart.html
https://pornve.com/rb5t5oli611j/Shae_Summers_-_Shae_Summers_Wants_It_In_Her_Big_Time.html
https://pornve.com/rb6db166acem/Peta_Jensen_Hot_College_Girl_Oiled.html
https://pornve.com/rb6lgt1ebrk7/Ash_Hollywood__Lexi_Belle_-_Cum_For_Me_Bitch.html
https://pornve.com/rb7jygo04uhn/Carmen_Monet_-_Sucking_Off_The_Private_Dick.html
https://pornve.com/rb80m49ba6xr/Brazzers_Preppies_In_Pantyhose_Part_3.html
https://pornve.com/rb8d2s5iqwlc/Bree_Olson_-_Making_It_In_The_Industry.html
https://pornve.com/rb8l0ye78hct/Victoria_Lawson_-_Nurse_Nailing.html
https://pornve.com/rb960todblg9/Julia_Ann_-_Day_Of_The_Living_Milf.html
https://pornve.com/rb98q38t7vx5/Get_A_Room_Nikky_Dream__Danny_D.html
https://pornve.com/rbc6xycgasjk/Hot_New_Anal_Hard_Kagney_Lyn_Karter.html
https://pornve.com/rbf22tezi2c6/Kali_Roses_Why_She_Likes_To_Bike.html
https://pornve.com/rbhinv0nrd46/Phoenix_Marie_-_Sorest_Rump.html
https://pornve.com/rbjazwqsbfib/Dani_Jensen_-_Underpaid_Overworked_And_Completely_Fucked.html
https://pornve.com/rbou6oeom1b3/Alexis_Fawx_-_Boss_Me_Around.html
https://pornve.com/rbp5qmtn6qld/Abigail_Mac_-_Morricunt_vs_Dr_Poon.html
https://pornve.com/rbsp1mjf5cbr/Dee_Williams_Ricky_Johnson_-_Cum_County_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/rbtmnrfp3x1p/Avy_Scott_-_Grip_It_N_Rip_It.html
https://pornve.com/rbxftj7nc2uc/Austin_Kincaid_-_Dick_Hungry_24-7.html
https://pornve.com/rbysi71zjgkz/Kayla_Kayden_-_Back_Of_The_Classroom.html
https://pornve.com/rc22s36avgl8/Diamond_Jackson_-_Sucked_By_The_Soccer_Milf.html
https://pornve.com/rc6zzw16e2gs/Devon_My_Stepmom_Smokes_Pole.html
https://pornve.com/rchrldo1246q/Ricki_Raxxx_-_Mommy_Knows_Best.html
https://pornve.com/rcig7k2tb7h0/Dillion_Harper_-_Pitching_A_Tent.html
https://pornve.com/rcp8df412vyx/Lauren_Phillips_-_Closed_For_Maintenance.html
https://pornve.com/rcpjvc7te7v2/Breanne_Benson_Alanah_Rae_Thanksgiving_Lay_joyportal.html
https://pornve.com/rcsdnook7qon/Nikki_Sexx_-_Revenge.html
https://pornve.com/rcu1vzuayy7a/JoJo_Kiss__Mila_Marx_-_Blowjob_And_Registration.html
https://pornve.com/rd8tgs5me99s/Kelly_Divine_-_The_Slutmother.html
https://pornve.com/rd8wivv6xeyo/India_Summer_-_Deep_In_The_Bowels_Of_India.html
https://pornve.com/rddqib5yt8qf/Leigh_Darby_-_Nocturnal_Activities.html
https://pornve.com/rdhwg7bug16d/Alina_Belle_-_Behind_The_Mask_-_Reckless_In_Miami_-_Reality_Kings.html
https://pornve.com/rdj0l5g3s5qz/Missy_Stone_-_Pre-Wedding_Gift.html
https://pornve.com/rdjotu9m7k0z/Natasha_Starr_-_Tell_Me_When_Its_Over.html
https://pornve.com/rdkpnncvxl3i/pretty_in_pink.html
https://pornve.com/rdqwxgghm5e1/Reagan_Foxx__Jordi_El_Nino_Polla.html
https://pornve.com/rdr9kja8ykip/Alena_Croft_Gangbang.html
https://pornve.com/rdrn9c0jnbko/GFRevenge_Side_action.html
https://pornve.com/rdrueh6dg2bg/Blake_Rose_-_Full_Metal_Anal.html
https://pornve.com/rdw9931t64q0/Gracie_Glam_-_Banging_The_Bride_To_Be.html
https://pornve.com/rdz994eafnro/Ella_Knox_-_Make_Me_Wet.html
https://pornve.com/re2fxn86vbwf/Anna_Bell_Peaks_One_In_The_Pink_Under_The_Sink.html
https://pornve.com/re6f56vbbur7/Dillion_Harper_-_Lessons_In_Lust.html
https://pornve.com/re94a7wrqk6j/Sadie_Swede_-_Sexy_Sadie_Youre_Gonna_Get_Yours_Yet.html
https://pornve.com/reefzruju1m0/Alyssa_Reece__India_Summer_-_Dr_Cuntlove.html
https://pornve.com/reisfwpq3vh3/Brandy_Aniston__Juelz_Ventura_-_Designing_Her_Interior.html
https://pornve.com/relsc92pr2r7/Jasmine_Jae_-_Tea_And_Crump-tits.html
https://pornve.com/repmaua31m85/Charity_Bangs_-_White_Girl_Can_Jump.html
https://pornve.com/rerwyqtag11q/Reality_Kings_-_Hot_ebony_barista_gets_fucked_by_a_huge_white_cock_.html
https://pornve.com/rew4jntwuxau/Mackenzee_Pierce_-_Inglourious_French_Maids_-_Part_1.html
https://pornve.com/rewb14iqm7id/Eva_Notty__Sophie_Dee_-_Acing_The_Interview.html
https://pornve.com/rey3ixcs462x/Mia_Lelani_-_Princess_Mia.html
https://pornve.com/rezmfwesmq8m/_Brazzers_-_Busty_milf_Lezley_Zen_gets_fucked_on_the_golf_course_.html
https://pornve.com/rf0ap4d0x3g8/Nikki_benz_toying_with_a_pornstar.html
https://pornve.com/rf2btb0sw7un/My_Not_So_Prude_Best_Friend_-_Part_2.html
https://pornve.com/rf31yyslr10g/Brazzers_Massaging_The_MILF_Brazzers_Milfs_Like_It_Big_Jordi_El_Nino_Polla_Diamond_Foxxx_Brune.html
https://pornve.com/rf7oo3uxvrsm/Jayden_Jaymes_-_Fucking_The_Deal.html
https://pornve.com/rfj9te69uh9y/Nina_Elle_-_Ninas_Pool_Day.html
https://pornve.com/rfjdzt7h2ldv/Moms_Bang_Teens_9_2015_part_2.html
https://pornve.com/rfod4x9j2u3u/Ariella_Ferrera_-_Had_Some_Fun_Gotta_Run.html
https://pornve.com/rfqyisjmcs29/Devon__Nikki_Benz_-_Dreamy_Milf_Threesome.html

https://pornve.com/rfuk4p1cnc4q/Natasha_Nice_-_Private_Treatment.html
https://pornve.com/rfuosw8b40x9/Heather_Summers_-_Hard_Cock_Study.html
https://pornve.com/rfvqj5r4bzkq/Nicolette_Shea_Markus_Dupree_-_Nicolette_Sheas_First_Anal_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/rfxu5u4glzss/Brazzers_-_Room_Service_-_Espaola_Anastasia_Brokelyn__Danny_D_-_FHD-20-4-2020_.html
https://pornve.com/rfz4w9jl98bd/Drilling_Mommy_Scene_5_Caged_Pussy_Derrick_Pierce__Olivia_Wilder.html
https://pornve.com/rfzd1dq4kgps/Briella_Bounce_-_Bouncy_On_Your_Bar.html
https://pornve.com/rg2djz3ghgba/Pornstars_Like_it_Big_Carmel_Moore.html
https://pornve.com/rg4y1x0ivva6/Abby_Lee_Brazil_Small_Hands_-_DICKlivery_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/rg7xb6x3y2l9/Bailey_Brooke_-_Girl_Next_Door.html
https://pornve.com/rgfztfwonrpf/MomsBangTeens_-_Piper_Perri__Cory_Chase-Piping_Piper.html
https://pornve.com/rggxgq1emmq4/TeensLoveHugeCocks_17_04_08_Bailey_Brooke_Dick_Devour_XXX_-KTR.html
https://pornve.com/rgicdqvoozb7/Katrina_Jade_-_The_Interns_Turn.html
https://pornve.com/rgj9wl0udj0f/Vina_Skyy_-_Fundraiser_Fuck.html
https://pornve.com/rgjzrs3g6r7a/Klaudia_Hot_-_Klaudia_Receives_A_Package.html
https://pornve.com/rgqfd9pybg7w/_Hot_girls_Anikka_Albrite_and_Peta_Jensen_share_Micks_big_cock_.html
https://pornve.com/rgy35ihvy0ds/Tyler_Faith_Sneaking_In_A_Last_Minute_Facial.html
https://pornve.com/rh2otdv79l5n/I_Am_Not_A_Regular_Mom_I_Am_A_Cool_Mom_Ryan_Keely_Xander_Corvus.html
https://pornve.com/rh40fq710kld/August_Ames_-_The_Student_Teacher_Affair.html
https://pornve.com/rh5qsllr1bkx/Britney_Foster__Natalia_Rogue_-_Stepmother_Fucker.html
https://pornve.com/rh7k2bawg67e/Addie_Andrews_-_Little_Souvenir_-_Reckless_in_Miami_-_Reality_Kings.html
https://pornve.com/rh9ololdunfi/Lets_Get_Facials_2.html
https://pornve.com/rhehynoso94i/Phoenix_Marie_-_Phoenix_Maries_Ass_Gets_Danny_Dd.html
https://pornve.com/rhmywyhk7q56/8thStreetLatinas_17_04_14_Nina_Skye_What_An_Ass_XXX_-KTR.html
https://pornve.com/rhn9a782t5lw/Lisa_Ann_Anal_Wet_Dreams_Outdoor.html
https://pornve.com/rhpe89mhbhmp/Lela_Star_-_Sex_Preparedness_Class.html
https://pornve.com/rhpo3k1d1r8e/BrazzersExxtra_-_Layton_Benton_Soaking_Wet_Revenge.html
https://pornve.com/rhth0qesjxaa/Ashlynn_Taylor__Learning_The_Hard_Way.html
https://pornve.com/rhuf11qwuusr/Rachel_Roxxx_-_Sexy_Secretary_Selfies.html
https://pornve.com/rhx0dzfny9pm/Sarah_Vandella_-_Steak_And_BJ_Day.html
https://pornve.com/rhyivkl7xfmu/Brittany_Benz_-_Quicksand_Part_2_-_Reckless_In_Miami_-_Reality_Kings.html
https://pornve.com/ri1iaxirzk9p/Lexi_Luna_-_My_Stepmoms_A_Fuck_Up.html
https://pornve.com/ri1k8ni15i3t/4244_42_plays_published_on_80_minutes_ago_jjjjjjjjjjjjjj_category_big_tits_hentai_pornstar_nicole_aniston_tags_riley_remi_lacroix.html
https://pornve.com/riaul5bnles3/Katerina_Hartlova_-_Titty_Training_Sprain.html
https://pornve.com/rifx1v6i07n8/Brazzers_The_Big_Stiff_-_Mike_Mancini_And_Alexis_Fawx.html
https://pornve.com/rig158kngma2/Olivia_Austin_-_How_To_Bang_Your_Teacher.html
https://pornve.com/ril8289waiil/Lexi_Bloom_-_Get_Away_Cock.html
https://pornve.com/rimr8iccv1qu/Skylar_Snow_-_Pussyfooting_Around.html
https://pornve.com/ris9z54vmne1/India_Summer__Sloan_Harper_-_Candid_Candidates.html

https://pornve.com/rivh4cvrhwci/Leya_Falcon_-_Sixty-Nine_Iron.html
https://pornve.com/rixmjyyloequ/Angelica_Taylor_-_Buttaholics_Anonymous.html
https://pornve.com/rixr47472ux5/Sarah_Vandella_-_Asanas_Ass.html
https://pornve.com/rj0kd3q8uyov/rkprime_19_07_05_nicolette_shea_neon_poolside_persuasion.html
https://pornve.com/rj1iqqpo2oxn/Doctors_Without_Boners_Danny_D__Samantha_Rone.html
https://pornve.com/rj7p057p5jeh/Maxim_Law_JMac_-_Always_The_Bridesmaid_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/rjezwboh9keg/Astrid_Star_-_The_Blind_Date.html
https://pornve.com/rjjz8vyxn6dy/Francesca_Le_-_Horny_Housekeeper.html
https://pornve.com/rjlx8qh1m5c1/Moms_In_Control_15_S3_Giselle_Palmer_Sheridan_Love.html
https://pornve.com/rjm33irqqqgn/Christie_Stevens_-_Drywall_Wet_Pussy.html
https://pornve.com/rjnzon77oh7j/RayVeness_-_Backyard_Boobies.html
https://pornve.com/rjokok255jjt/Romi_Rain_And_Alexis_Fawx_Pervert_In_The_Park_.html
https://pornve.com/rjue2x8s8f40/Bridgette_B_-_A_Jolly_Easter_Buttfucking.html
https://pornve.com/rjx6rrbdid0h/Real_Wife_Stories_This_Partys_Boring_Valentina_Nappi.html
https://pornve.com/rjxinamtzmfx/Kimber_Veils_-_Sandy_Siren_Of_The_Skies.html
https://pornve.com/rk03d4wufyub/Misty_Stone_-_Make_This_House_A_Ho.html
https://pornve.com/rk2j8n6xrwjx/August_Ames_-_The_Thirst_Is_Real.html
https://pornve.com/rk2winlgg73u/LilHumpers_3_S3_Aryana_Adin_Bubble_Bath_Bastard.html
https://pornve.com/rk8seje268rt/Krissy_Lynn_-_Laying_Carpet.html
https://pornve.com/rk9avfljxu5t/Diamond_Foxxx_-_Midnight_Milk.html
https://pornve.com/rkhy0qq6nbag/Chloe_Reese_Ryder_-_Working_Out_Her_Ass_Hole.html
https://pornve.com/rkreccsxia99/fuck_the_students_teach_students_1_lesson.html
https://pornve.com/rkug0htprvx7/Aaliyah_Hadid_-_Nuru_For_You.html
https://pornve.com/rkzf3us4zv2w/Pornx_HotAndMean_Reena_Sky_Sarah_Banks_Bathing_With_My_BFFs_Mom.html
https://pornve.com/rl09jl18gkgl/Krissy_Lynn_-_Hold_That_Shot.html
https://pornve.com/rl1g1prqy03n/Delicious_Tits3_Kirsten_Price.html
https://pornve.com/rl35r4m3l27i/Kendra_Lust_-_Kendras_Thanksgiving_Stuffing.html
https://pornve.com/rl9evsetzql4/Devon_Michaels_-_What_The_Fuck_Were_You_Thinking.html
https://pornve.com/rl9u49xd2wk2/Post_Party_Quickie_FOR_MOMMY_Cory_Chase.html
https://pornve.com/rlbzy4p9dpow/Shay_Sights_-_Laying_Pipe_Like_A_Pro.html
https://pornve.com/rltbbaqj00rq/Carter_Cruise__Chanel_Preston_-_Carters_Too_Old_For_Trick_Or_Treating.html
https://pornve.com/rlyq6r01mq8k/Nicole_Aniston_Xander_Corvus_-_Nicoles_Oasis_-_Pornstars_Like_it_Big_-_Brazzers.html
https://pornve.com/rlzjqahw7ogg/Jessica_Jaymes_-_Post_Game_Climax.html
https://pornve.com/rm2e5set0tl8/Phoenix_Marie_-_Breaking_And_Entering_And_Insertion.html
https://pornve.com/rm5b5d6xtjea/Cherie_Deville__Yasmine_de_Leon_-_ZZ_Erection_2016_-_Part_4.html
https://pornve.com/rm6fi7u0pi9v/Brazzers_-_Katrina_Jade_Lost_My_Cockcentration.html
https://pornve.com/rmczqo9g6ql8/Loulou__Petite_Princess_Eve__Jordi_El_Nino_Polla_Bridge_To_Pussy_Brazzers.html
https://pornve.com/rmg9poq6q4s6/Big_Tits_Teen_Redhead_Jessica_Robbin_-_720p.html
https://pornve.com/rmhcrewvxjak/Lela_Star_Xander_Corvus_-_Smashing_Ass_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/rmsfrw7lm2ba/Leigh_Darby_-_Bathing_Your_Friends_Dirty_Mama.html
https://pornve.com/rmtdsgzjdyol/Katrina_Jade_-_House_Of_Whore.html

https://pornve.com/rmzupez84b0m/Assh_Lee_Follow_That_Ass.html
https://pornve.com/rn8o6lm3zctl/Brandi_Love_-_Mom_Fucked_The_Masseur.html
https://pornve.com/rna25sy9adf3/Ava_Dalush_-_I_Sure_Hopes_It_Fits.html
https://pornve.com/rnb0q6h8hwih/bex_19_05_28_karmen_karma_tits_out_and_toned.html
https://pornve.com/rnhk3dchzpp5/Kira_Noir_-_Oily_Yoga.html
https://pornve.com/rnmbmb18shg1/Jade_Kush_-_The_Full_Body_Treatment.html
https://pornve.com/rnpcrnsniiun/Baby_Got_Boobs_-_Christy_Mack_And_Madison_Ivy.html
https://pornve.com/rnq49u85j1g0/AJ_Applegate_-_A_St_Pattys_Pounding.html
https://pornve.com/rnuym8k4oun8/Jenna_Ivory_-_Mrs_Ivorys_First_Anal.html
https://pornve.com/rnv871afl792/Roxy_Jezel_-_Suburban_Slut_Story.html
https://pornve.com/rnw7qndpgnga/My_Mommy_Does_Porno_-_Part_2.html
https://pornve.com/ro09wk8vwbj0/Honey_Blossom_Ricky_Spanish_-_Hardcore_Nanny_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/roc4pltogxue/Addie_Andrews_Oliver_Flynn_-_Selling_Real_Asstate_-_Sneaky_Sex_-_Reality_Kings.html
https://pornve.com/rofchzx88n5v/Eliza_Ibarra_-_Schoolgirl_Striptease.html
https://pornve.com/rohzjuttby6y/Brazzers_Big_Wet_Butts_Radiant_Booty_2_Abella_Danger.html
https://pornve.com/romdxjg8c7h6/Adriana_Chechik_-_The_Great_Doctor_-_1.html
https://pornve.com/rov2s596vevd/Brazzers_House_-_Episode_3.html
https://pornve.com/rowjp9rgfr98/Emma_Hix_-_Early_Morning_Anal.html
https://pornve.com/rp3iul92szcp/Mary_Moody__Phoenix_Marie_-_Pedi_Pussy.html
https://pornve.com/rpcb4ccglx6l/DirtyMasseur__Brazzers__Jada_Stevens_Jessy_Jones_Taking_Care_Of_Businessman.html
https://pornve.com/rpd7gz85snsw/Lexi_Bloom_-_Im_Dreaming_Of_A_White_Christmas_On_My_Face.html
https://pornve.com/rpjwhw568tem/Brazzers_BrazziBots_Part_Riley_Reid.html
https://pornve.com/rpldu7nts2vo/Brazzers_Live_-_How_Hard_Can_You_Give_It.html
https://pornve.com/rpo1go6y2oyy/Jaylene_Rio_-_Huge_Nudist_Titties.html
https://pornve.com/rppfe36a2508/Alexis_Fawx__Brandi_Love_-_Internet_Outage_Poundage.html
https://pornve.com/rpqj5x6rpv9r/Kaylani_Lei_-_Upper_Class_Must_Have_It_In_The_Ass.html
https://pornve.com/rpwc7oi98gxf/Bill_Bailey_And_Alena_Croft.html
https://pornve.com/rpwcow981lya/Sport_Porn_-_Brazzers_Foxy_Boxing_Danny_D__Veronica_Vice_.html
https://pornve.com/rpzaxvsii0zg/Charley_Chase_-_Tryouts_BasketBoobs.html
https://pornve.com/rq6iyzi0winl/Addison_Lee_-_Happiness_Is_A_Warm_Bum.html
https://pornve.com/rq8hdxfg58en/Adventure_Quinn_Wilde.html
https://pornve.com/rqb6a6ry95q7/_Hold_The_Phone_Petite_Teen_Babe_Kimmy_Granger_.html
https://pornve.com/rqc3a1m8tks3/Plowing_The_Wedding_Planner_Lena_Paul.html
https://pornve.com/rqfc0uys1bnt/sexy_girl_nice_girl_2616_42_plays_published_on_47_minutes_ago_category_babe_blowjob_tags_sexy.html
https://pornve.com/rqh49ikobmo9/Amber_Ashlee_-_Grab_Hold_Of_My_Baton.html
https://pornve.com/rqk1eyq7fp6b/Mila_Jade_-_Good_Girl_Breaks_Bad.html
https://pornve.com/rqkt5t646ajx/Candice_Nicole_-_Put-Out_or_Get-Out.html
https://pornve.com/rqmjuml4h59f/Riley_Evans_-_Dicking_The_Dominatrix.html
https://pornve.com/rqpikkdo7yuw/Teri_Weigel_Gets_Caught_Masterbating.html
https://pornve.com/rqrxk3e5m90i/Stephanie_West_-_Some_Quality_Room_Service.html
https://pornve.com/rqv5w3bkn9yn/SneakySex_17_04_15_Angel_Wicky_Bride_In_A_Box_XXX_-KTR.html
https://pornve.com/rqvtzxxjvc1s/Selena_Santana_-_She_Wants_Me_Fired.html

https://pornve.com/rqw8k458lrn0/Abbey_Brooks__Sophie_Dee_Threesome.html
https://pornve.com/rqxq9lckkwiq/Kagney_Linn_Karter_vs_Rachel_Roxxx.html
https://pornve.com/rqxxhvwnleat/Bella_Cole_-_Drive_Faster_Speed_Turns_Me_On.html
https://pornve.com/rqzptyjn84nc/EuroSexParties__Carolina_Abril_Natty_Mellow__Double_Trouble.html
https://pornve.com/rr5u3gmdwtit/Forget_About_Fucking_My_Daughter_And_Fuck_Me.html
https://pornve.com/rr64xytzfbbd/Britney_Amber_-_CataTITic_State.html
https://pornve.com/rr8890gf7k5g/Kelly_Surfer__Veruca_James_-_The_Whorish_Runaways.html
https://pornve.com/rr8h27ee9su4/Acting_101_-_Brazzers_.html
https://pornve.com/rr9tl37mp3jp/Keisha_Grey_-_Breast_Made_Plans.html
https://pornve.com/rrbn6b6cxqh4/Dylan_Ryder_-_Cheaters_Always_Win.html
https://pornve.com/rrbpdjq3l436/Brazzers_-
_Latina_Julia_De_Lucia_gets_analized_by_her_psychologist_.html
https://pornve.com/rrfil317ys1r/Katrina_Jade_-_Dark_Side.html
https://pornve.com/rri80pnt5htu/Big_Butts_Like_It_Big_13_Sophie_Dee.html
https://pornve.com/rri98zex4w3y/Linzee_Ryder_-_An_Extra_Buck.html
https://pornve.com/rriqxeft0zi6/Aleska_diamond_Lack_of_Cummunication.html
https://pornve.com/rriv9z4861ic/Hard_Anal_Big_Wet_Butts_Holly_Halston_Tight_Jeans_Big_Booty.html
https://pornve.com/rrllkrvkk0zd/Taylor_Wane_-_House_Of_Sluts_-_2.html
https://pornve.com/rrpl8e8oq2o8/Chloe_Amour_-_A_Hitchhikers_Guide_To_My_Cock.html
https://pornve.com/rrr7qhv9xlbr/Lexi_Swallow_-_Student_Bodies.html
https://pornve.com/rrvimdyzlc17/Autumn_Falls_-_VIP_Treatment.html
https://pornve.com/rrzqxxbtxl2i/Adriana_Chechik_Is_A_Very_Horny_Housewife_Who_Gives_it_Good.html
https://pornve.com/rs0o4je7gx4x/Andy_San_Dimas_-_Pornstar_Bachelorette.html
https://pornve.com/rs95vv0h12kq/Brazzers_-
_Sexy_college_student_Lena_Paul_takes_a_break_for_some_dick_.html
https://pornve.com/rsf31paufpny/Carolina_Sweets_-_Tasting_Her_First_Cock.html
https://pornve.com/rsf3k6itb6fp/Moms_Bang_Teens_9_2015_part_1.html
https://pornve.com/rsg24ls09qqg/Jade_Jantzen_-_Teen_Mom_To_Be.html
https://pornve.com/rsgaw04zi51i/aaliyah_love_i_peep_as_our_new_neighbor_fucked_my_younger_sister.html
https://pornve.com/rsgnyuyh0i8w/bex_20_03_07_jennifer_white_i_thought_you_hated_yoga.html
https://pornve.com/rsgx2nmdyv55/Ana_Foxxx_-_Serve_And_Protect_That_Pussy.html
https://pornve.com/rsifnytu0t2b/Kali_Roses_-_Smoke_Em_Out.html
https://pornve.com/rsnw2jhihfnb/Bree_Olson_nurse_Care_to_Donate_Som.html
https://pornve.com/rsqhgkeb5vuf/Sneaking_and_Freaking_In_The_Shower_BraZZers_HDRip.html
https://pornve.com/rsrgrwnm1ihd/RealWifeStories_Monique_Alexander_Spa_For_Horny_Housewives.html
https://pornve.com/rst8l65su0dk/All_Good_New_Simony_Diamond__Danny_D_Anal.html
https://pornve.com/rsuqll49z3bi/Like_What_You_See_-_Brazzers_.html
https://pornve.com/rsvmy3g87d28/Kiara_Mia__Veronica_Rodriguez_-_Kiaras_Whore_Academy.html
https://pornve.com/rsvp2xkrsy1v/Brazzers_Kinky_Kidnap.html
https://pornve.com/rt3kaqdf62tl/Missy_Martinez_-_Get_Medieval_On_My_Ass.html
https://pornve.com/rt4aqzrxx2eu/Mommy_Ryan_Conner.html
https://pornve.com/rt5wadw932sq/Moms_In_Control_5_Scene_1Ariella_Ferrera_Cherie_DeVille__Jessy_Jon
es.html
https://pornve.com/rtdryn8s3tu5/MilfsLikeItBig_McKenzie_Lee_Yoga_Freaks_-_Episode_Five_-
_10_07_16.html
https://pornve.com/rtetw513esfc/The_Doctor_-_Part_2.html
https://pornve.com/rti8xslo9qhd/CrazyAsianGFs_Aoki_Kalani_-_Good_Fuck_Charm_16_09_2016.html

https://pornve.com/rtkqt8w7b17m/Amy_Brooke_-_Ho_In_The_Hostel.html
https://pornve.com/rtm4d08b2qlj/Moms_Christmas_Anal_Creampie.html
https://pornve.com/rtqcr6ehm6rz/Cristi_Ann_-_Getting_Busy.html
https://pornve.com/rtuge1fj1o91/Tommie_Jo_Keiran_Lee_-_Cock_Tonic_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/rtyleh1q609t/Marsha_May__Naomi_Woods_-_Tits_On_A_Plane.html
https://pornve.com/ru076h0ydvbw/Yurizan_Beltran_-_Birthday_Diagnos-Ass.html
https://pornve.com/ru2rfibi6wab/Janice_Griffith_-_Fine_Ill_Just_Fuck_My_Stepdad.html
https://pornve.com/ru9rguqgilby/Loulou_-_I_Wanna_Blow_Romeo.html
https://pornve.com/ruczxume13u0/Britney_Amber_Sexy_Massage_Hot_Cum_Shot_.html
https://pornve.com/rue8zljdzh6w/Casey_Cumz_-_Anal_Lust.html
https://pornve.com/rujboixh9o5j/Large_Fake_Boobs_Pornstar_Nicolette_Shea_Takes_Markuss_Hard_Cock.html
https://pornve.com/rukv57t12zns/Valerie_Kay_-_The_Ole_Switcheroo.html
https://pornve.com/rumqww630l42/Riley_Reid_-_Riley_Reids_Big_Black_Cock_Massage.html
https://pornve.com/runwhk7nvdmt/Jessica_Jaymes_-_Cock_And_Load.html
https://pornve.com/ruo0t806kwd5/Shay_Sights_-_Lunch_Bag_Tits.html
https://pornve.com/ruoset5yi6yl/Watch_brazzers_phoenix.html
https://pornve.com/ruqk6gbxvuh0/Codi_Bryant_Ass_Pool.html
https://pornve.com/ruv1zd3kwdcb/Put_It_In_Her_Ass_13_40Reality_Kings41.html
https://pornve.com/ruvimjv9xzog/Monique_Alexander_Xander_Corvus_-_Cumplimentary_Massage_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/rv44p0jnzeio/All_Good_New_Dani_Daniels__Nikki_Benz.html
https://pornve.com/rv591ctia4sv/Madelyn_Marie_-_The_Royal_Porno_Wedding.html
https://pornve.com/rvargzs7mrro/Ryder_Skye_-_Masters_Of_Fuck.html
https://pornve.com/rvcfo29e08g9/Couples_Seduce_Couples_18_2015_Rita_Rush.html
https://pornve.com/rve0b2iswtbu/My_Mom_The_Hooker_Diana_Prince__Manuel_Ferrara.html
https://pornve.com/rvh2mzvepfts/_Fucked_In_The_Seat_-_Brazzers_.html
https://pornve.com/rvn3blsxs6u6/Big_Booty_Ebony_Cops_Do_Full_Cavity_Search.html
https://pornve.com/rvu1suuw9djz/Kelly_Diamond_-_Teens_Love_Huge_Cocks_7_2015.html
https://pornve.com/rvutqzqj4r8y/Brandi_Love_-_Brandi_Loves_Latex.html
https://pornve.com/rvxn2wfbg1r9/Joanna_Angel_Small_Hands_-_Joannas_Oily_Workout_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/rvyel6qi18dh/Shay_Evans_The_Sirens_Cry_4012_10_201741.html
https://pornve.com/rvzw7gc90a6g/Jessica_Jaymes_-_The_Doctor_Blowjob_The_Patient.html
https://pornve.com/rw1ez8vm2ren/Alena_Croft__Halle_Von_-_Dont_Forget_Your_Lunch_Honey.html
https://pornve.com/rwa5zco4n9lv/Cassidy_Banks_-_The_Boyfriend_Whisperer.html
https://pornve.com/rwct7sscwfcb/Luna_Star_-_All_Dolled_Up_-_Anal_Edition.html
https://pornve.com/rweo3j5dli43/Cory_Chase_Zac_Wild_-_Sorority_MILF_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/rwh3ich2yxt6/Ms_Ballbreaker_-_Phoenix_Marie_-_Reality_King.html
https://pornve.com/rwowh1zp90y8/Eva_Notty__Lily_Love_-_Teen__Mom_School_Slut_Stories_Part_Two.html
https://pornve.com/rwtkkqp7x8hs/Krissy_Lynn_-_Last_Stop_Buttfuck_Nowhere.html
https://pornve.com/rwvp5py6lxgz/Liza_Del_Sierra_Jordi_El_Nino_Polla_-_Mail_Order_Dominatrix_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/rwy31lvf3tzv/Nicolette_Shea_-_Dont_Back_Out_On_Me_Now.html
https://pornve.com/rx1t792o3seu/Britney_Amber_-_My_Slutty_Valentine_-_Part_1.html

https://pornve.com/rx4lmbggx45c/BigTitsAtWork_Diamond_Jackson_Diamond_Is_Your_Boss_-_12_07_16.html

https://pornve.com/rx5lbz8bvc1f/Angela_White__Siri_-_Sneaky_Shower_Threesome.html

https://pornve.com/rx6p5t7nban1/Renee_Roulette__Bill_Bailey_Innocent_Virgin_Learns_About_Anal.html

https://pornve.com/rxbwmfx4xy7r/Our_New_Maid_Tattooed_Babe_Peta_Jensen_And_Monique_Alexander_-_Brazzers_.html

https://pornve.com/rxdzej9a7agf/Kylie_Nicole__Phoenix_Marie_-_Cum-Petitive_Pricing.html

https://pornve.com/rxgqfl19f7c8/Gianna_Nicole__Rahyndee_James_-_Worlds_Nicest_Nurses.html

https://pornve.com/rxloep1pr6ya/Syren_De_Mer_-_Resistance_Band_Boning.html

https://pornve.com/rxlow2zn14dp/Karen_Fisher_Julie_Cash_-_Super_duper.html

https://pornve.com/rxor1xcupf6p/Aubrey_Sinclair__Krissy_Lynn_-_Get_Her_Juices_Flowing.html

https://pornve.com/rxq3yaldd737/Brazzers_In_through_the_french_exit_Brazzers_Big_Wet_Butts_Liza_Del_Sierra_Danny_D_Blonde_Whi.html

https://pornve.com/rxq46mg2l08n/BrazzersExxtra_19_08_20_Megan_Rain_Spa_Day_At_Home_XXX.html

https://pornve.com/rxtdpyzojghd/Brazzers_-_Ava_Addams_Getting_Her_Beauty_Peep.html

https://pornve.com/rxw8kaf85jhp/Dani_Daniels__Nikki_Benz_-_Lets_Get_Facials.html

https://pornve.com/rxythlirc9ww/Dayton_Rains_-_Put_Under_MILF_Arrest.html

https://pornve.com/ry22oteu35ei/Monique_Alexander_-_The_Doctor_Is_In.html

https://pornve.com/ry3dd4nwiztj/Darling_Danika_-_Your_Darling_Stepmom.html

https://pornve.com/ry71ywj81qv8/Cum_Credits_Cali_Carter_Xander_Corvus.html

https://pornve.com/ry75sxm3izt1/Anal_Sexercise_Realitykings.html

https://pornve.com/ry9cw3rke1vu/Rachel_Starr_Romi_Rain_The_Last_Dick_On_Earth.html

https://pornve.com/ryeiysabw2wl/Elsa_Jean__Katana_Kombat_-_Assistant_Fail.html

https://pornve.com/ryeza6qv2izw/_Strokemoff_-_Brazzers_.html

https://pornve.com/rygxvihb494s/NEW_Boots_Peta_Jensen.html

https://pornve.com/ryk4k6158edu/Charisma_Cappelli_-_Getting_Off_On_A_Day_Off.html

https://pornve.com/rylmvkri7dxa/santa_marie_mcray_2.html

https://pornve.com/ryou1a30ljl4/Jelena_Jensen__Kenzie_Taylor_-_Personal_Trainers.html

https://pornve.com/ryuys58t2ote/Nyomi_Banxx_-_Black_Beautys_Booty.html

https://pornve.com/ryy6k0p24mez/Priya_Anjali_Rai_-_Cock_Addict.html

https://pornve.com/ryycvi1ivkyg/Lisa_Ann_Markus_Dupree_-_I_Want_It_Harder_-_Big_Butts_Like_It_Big_-_Brazzers.html

https://pornve.com/rz3er1p42jw5/Brazzers-_Sexy_blonde_nurse_Jane_Douxxx_fucks_her_patients_big_dick_.html

https://pornve.com/rz6we4f38l07/Shyla_Stylez_-_Happy_Fuck-Day.html

https://pornve.com/rz8gu3o46zab/Jessica_Lynn_-_Peek-a-Boob.html

https://pornve.com/rzebwz44584r/Brazzers_-_Spring_Cumming.html

https://pornve.com/rzh8z9kum1e3/8thStreetLatinas_15_12_28_Aria_Jade_Arias_Pussy.html

https://pornve.com/rzhni5kwu6xf/Realitykings_Anal_Gamer_Megan_Rain.html

https://pornve.com/rzla7c0p3wah/Teens_Love_Huge_Cocks_Piper_Perri.html

https://pornve.com/rzmn7giqoxae/Abigail_Mac_-_Living_With_A_Girl_Is_Rough.html

https://pornve.com/rzsk9c6otdji/New_Nikki_Benz_And_Nicole_Aniston.html

https://pornve.com/rzslxwfgli6a/_You_Wed_Her_Ill_Bed_Her_-_Brazzers_.html

https://pornve.com/rzsv9csgxi7a/Liza_Del_Sierra_-_French_Open.html

https://pornve.com/rzy1xegv35ld/Erotic_Massage_Cali_Carter.html

https://pornve.com/rzy8ey1cy2sv/Secretly_Rubbed_in_the_hot_tub.html

https://pornve.com/s0biu1f31zga/Torrey_Pines_-_The_Party_Boner.html

https://pornve.com/s0elknkzbqc8/Randi_Wright_-_Presidential_Sabotage.html

https://pornve.com/s0i4b6fxi3ey/Nicole_Aniston__Peta_Jensen_-_Game_Night_Shenanigans.html
https://pornve.com/s0jbhb2vovde/ZZSeries_19_09_11_Angela_White_And_Romi_Rain_BrazziBots_Uprising_
Part_4_XXX_1080.html
https://pornve.com/s0lww6dh7e6m/Jenna_Sativa__Vanessa_Veracruz_-_But_Im_Straight.html
https://pornve.com/s0m9eq8ju729/_Brazzers-
_Athletic_Layla_London__Marsha_May_get_interrupted_by_a_cock_.html
https://pornve.com/s0w4dik5vw33/Kayla_Paris_Johnny_Sins_-_Grinding_It_Out_-_Sneaky_Sex_-
_Reality_Kings.html
https://pornve.com/s0wrdb8g9s6a/Ava_Koxxx_Leigh_Darby_Mom_makes_Son_apologize_to_neighbour.html
https://pornve.com/s0xv09bnipxt/Tasha_Reign_-_Cunty_Clerks.html
https://pornve.com/s0za17wdzkau/Syren_De_Mer_in_My_Three_Sons_by_Brazzers_INCESTFLIX_COM.html
https://pornve.com/s103o7m8cnkm/Cassandra_Cain_MILF_Crazy.html
https://pornve.com/s12013xt3rbb/Katana_Kombat_-_Bend_Me_Over.html
https://pornve.com/s13vtsr0ywzk/Big_Naturals_Nasty_And_Nice.html
https://pornve.com/s14uv6lsqfm9/All_Good_New_Cory_Chase_And_Avalon_Heart.html
https://pornve.com/s170tsoeldiy/Pimp_My_Mom.html
https://pornve.com/s19y0oandsmo/Ashli_Orion__Danica_Dillan_-_The_Nails_Manor.html
https://pornve.com/s1aqv7fq3oz9/Tegan_James_-_Good_Labor.html
https://pornve.com/s1b188ppvari/Raven_Hart__Arya_Fae_-_My_Lil_Dungeon_Keeper.html
https://pornve.com/s1mta78pjqas/Katana_Kombat_-_Tap_Her_Tactically.html
https://pornve.com/s1o2939ypz34/Isis_Love_-_Isis_Loves_Cock.html
https://pornve.com/s1rpcru9cn6y/Brazzers_Mommy_Fucked_My_Study_Buddy.html
https://pornve.com/s1t9ivr438vf/Couch_Cooch_-_Kimmy_Granger.html
https://pornve.com/s1w854q9i3u3/Evanni_Solei_-_Jailbirds.html
https://pornve.com/s1wmvm10405s/StreetBlowJobs_Penelope_Reed_-
_Tonsil_Twist_02_10_2016.html
https://pornve.com/s20x905r22zt/Gabriela_Lopez_-_Gabriela_Is_Your_Girlfriend.html
https://pornve.com/s21u60xfq5b5/New_Nicole_Aniston_Pornstar_Workout.html
https://pornve.com/s229knjgdzmd/Kissa_Sins_-_Belly_Dancing_4_Big_Dicks.html
https://pornve.com/s24clophs7m2/Rachel_Starr_-_A_Five_Starr_Massage.html
https://pornve.com/s24uoh2f0lli/Faye_Reagan_Locker_Room_Fuck.html
https://pornve.com/s2861872k301/Lisa_Ann_-_Dangerous_Minds_With_Dangerous_Dicks.html
https://pornve.com/s2ficgcdoqbi/Mackenzee_Pierce_-_Big_Butt_Intervention.html
https://pornve.com/s2sfv549tkr7/Vienna_Black_Oliver_Flynn_-_Slutty_Study_Time_-
_Brazzers_Exxtra.html
https://pornve.com/s2vbf2v3szgt/Lexi_Stone__Sunny_Leone_-_Coochie_Monster_Lessons.html
https://pornve.com/s2xkyl8i8s6q/Tasha_Reign_-_Subtle_Suck.html
https://pornve.com/s2ycwnonb0e0/Shay_Evans_-_Shes_No_Dummy.html
https://pornve.com/s340atbss79m/Krissy_Lynn_-_Lets_Keep_This_Professional.html
https://pornve.com/s346e9swwrr6/Lezley_Zen_-_Squash_Game_Pound-A-Thon.html
https://pornve.com/s37n2is89kx0/Elsa_Jean__Riley_Steele_-_Roommates_Or_More.html
https://pornve.com/s37pp1mwjc9d/Ashley_Fires_-_Sock_My_Cock.html
https://pornve.com/s38d6mmupu3j/_The_Blow_Job_Seeker_.html
https://pornve.com/s3cdfq2pgs0f/Kimber_Lee_-_Two_Can_Play_That_Game.html
https://pornve.com/s3krdpjpgl5r/Ryan_Keely_Stirling_Cooper_-_Ryan_Uses_The_Washing_Machine_-
_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/s3monhx08r41/CumFiesta_-_Ivy_Stone_Poison_Ivy_-_16_04_30.html
https://pornve.com/s3pob8mnch68/NEW_HOT_Teen_Cali_Carter.html

https://pornve.com/s44lsfa6qq8h/Holly_Halston_-_Big_Bold_Booby_Trap.html
https://pornve.com/s45lz9q417si/Alura_TNT_Jenson__Eliza_Ibarra_-_Stepmoms_Side_Hustle.html
https://pornve.com/s49787j4psx8/Aidra_Fox_-_Aidras_Cure_For_Boredom.html
https://pornve.com/s4as2d9zd45j/Kortney_Kane_-_Foot_Job_Cum_On.html
https://pornve.com/s4evgfwsx2ka/_Pantyhose_Anal_Ho_Babe_Bella_Bellz_Gets_Her_Pantyhose_rip_And_Ass_Fucked_.html
https://pornve.com/s4fsyljlpcp6/Erotic_Massage_Aryana_Augustine.html
https://pornve.com/s4guiidx1lqi/She_Fucks_Her_Boyfriends_Friend_Right_Behind_Him.html
https://pornve.com/s4jr5a9qakwc/BlackGFs_Summer_Knight_-_Hott_Summer_19_10_2016.html
https://pornve.com/s4mvcmszev65/NEW_Holly_Michaels.html
https://pornve.com/s4prmv5cxfbt/Drilling_Mommy_2_Scene_3_Shoe_Fetish_Jmac__Olivia_Austin.html
https://pornve.com/s4sjhk1js71u/Brazzers_-_Isis_Love_And_Jenna_Sativa_Detention_With_The_Domme.html
https://pornve.com/s4tarwdqhj4e/Kasey_Grant_-_Nurse_Gets_The_Full_Body_Experience.html
https://pornve.com/s4uzuxzdp1t4/Lizz_Tayler_-_The_Bar_Exam.html
https://pornve.com/s4zwnl1nq365/Mariah_Madysinn_-_Squash_It_In_Squash_It_Out.html
https://pornve.com/s50eenbz3rfx/Cassidy_Banks__Julia_Ann_-_Yoga_Freaks.html
https://pornve.com/s550imjigil7/Cherie_Deville_-_Home_Alone_With_Cherie.html
https://pornve.com/s578ugbvglrk/Tamara_Grace_-_Serving_The_Landlords_Daughter.html
https://pornve.com/s5awdsfa2mah/Brazzers_-_Tia_Cyrus_Tias_Sneaky_Steam.html
https://pornve.com/s5e4234um60t/Valentina_Nappi_-_Culo_Succulento_Di_Valentina.html
https://pornve.com/s5hdvrymyj3o/Ava_Addams_Keiran_Lee_-_Sinking_Some_Balls_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/s5kokaex5a2j/All_Good_New_Kianna_Dior.html
https://pornve.com/s5qy677slvax/NEW_Chanel_Preston.html
https://pornve.com/s5rjd098h75q/Kristen_Scott__Richelle_Ryan_-_Mind_If_Stepmom_Joins_You.html
https://pornve.com/s5tdz5dcytav/Crystal_Rush_JMac_-_Sexercise_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/s5xv90a5hryv/Phoenix_Marie_-_Santas_Busty_Helper.html
https://pornve.com/s5ymo4qa4z7v/Alessandra_Jane_-_So_You_Think_You_Know_Porn_Stars.html
https://pornve.com/s604y0r3cl89/Rita_Daniels_Keiran_Lee_-_Bed_Ridden_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/s60c7ylbv2ty/Slut_Hotel_-_Part_3.html
https://pornve.com/s61h3o80kn8l/Angelica_Heart_-_Ignition_Set_Cum_Loaded_Fire_Away.html
https://pornve.com/s61tao50pn8r/Charley_Chase_-_Air_Hockey_Hustle.html
https://pornve.com/s679s55tkkx3/Dee_Williams_Stepson_Rubdown.html
https://pornve.com/s69apyghn8e3/Anissa_Kate_Anissa_From_All_Angles_XXX_KTR.html
https://pornve.com/s6du3asdf471/Dana_DeArmond_-_Never_Get_Married_-_The_Revenge.html
https://pornve.com/s6fsu7ixus2b/Ariana_Marie_-_Massaging_A_Hard_Jerk.html
https://pornve.com/s6i3u1udiwff/A_Brazzers_Christmas_Special_Part_1_Brazzers.html
https://pornve.com/s6n15si1jnq1/Brandi_Bae__Kenzie_Reeves_-_Babes_In_Bikinis.html
https://pornve.com/s6tc3642gyn6/Til_Dick_Do_Us_Part_-_Episode_4.html
https://pornve.com/s6utbnugsk1c/Anya_Ivy_-_Horny_Schoolgirl_vs_Perverted_Teacher.html
https://pornve.com/s6yl13ja8ti6/4some.html
https://pornve.com/s6yswsgi6pa3/Angela_White_in_Bubble_Butt_Anal.html
https://pornve.com/s74zuzhf2kdc/Alexis_Fawx_Lena_Paul_A_Brazzers_Christmas_Special_Part_4.html
https://pornve.com/s7euevx8hefj/Jada_Fire__Kayla_Paige_-_Its_A_Draw_Lets_Fuck.html
https://pornve.com/s7f6c47e1f0r/London_River_Tyler_Nixon_-_Photocockied_-_Mommy_Got_Boobs_-_Brazzers.html

191

https://pornve.com/s7jla3l7l6r9/Jezebelle_Bond_-_An_Agreement_Gone_Wrong.html
https://pornve.com/s7qdntaxo9sx/Sophia_Fiore_-_Second_Helping_Of_Ass.html
https://pornve.com/s8bqgf0qyxg9/MikesApartment_Alice_Miller_-_Lick_My_Lips.html
https://pornve.com/s8hdts9zydx0/BrazzersExxtra_Cara_Saint_Germain_And_Nekane_-_Sweet_Meme_Lover_2.html
https://pornve.com/s8hl0gm9plbd/Kendra_Lust_Anal_2017_New_Kendra_Gym.html
https://pornve.com/s8nkxm2dn2x5/Ashly_Anderson_Charles_Dera_-_Working_Out_The_Kinks_-_Dirty_Masseur.html
https://pornve.com/s8nuvy8w082w/Brett_Rossi_-_Last_Dance_With_Brett_Rossi.html
https://pornve.com/s8qncb0hphw4/Devon_Lee_-_Down_At_The_Cock_Wash.html
https://pornve.com/s8qopibsomlv/Sydney_Hail_Bicycle_Rescue.html
https://pornve.com/s8ssdbjp85l1/Parent_Teacher_Cumference.html
https://pornve.com/s8wqwh07lwx6/Rebecca_Volpetti_Group_Discount_401709201741.html
https://pornve.com/s8zk1o8qe3fn/Lexi_Luna_-_You_Snore_She_Whores.html
https://pornve.com/s91zrn9agds8/Peta_Jensen_-_Storm_Of_Kings_-_Part_4.html
https://pornve.com/s9419pavr1ew/Britney_Amber_-_Holistic_Healing.html
https://pornve.com/s94j3tjwbiub/Washing_Her_Mouth_Out_With_Cum_Derrick_Ferrari.html
https://pornve.com/s9a5evzwe5on/Bridgette_B_Van_Wylde_-_Dreams_Really_Do_Cum_True_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/s9af2ouhy6fx/Joseline_Kelly_-_Smoothie_Slut.html
https://pornve.com/s9agmsdozdiy/RKPrime_-_Veronica_Rodriguez_And_Veronica_Vain_Squirt_School.html
https://icaee.com/s9e77k3icae3/Charity_Love_-_In_Soviet_Russia_Ass_Fucks_You.html
https://pornve.com/s9f2ywraxncj/Angelina_Ashe__Courtney_Cummz_-_Sponge_Bath.html
https://pornve.com/s9i6qcdupsf2/Marital_Demise_-_2.html
https://pornve.com/s9m2juog1ag8/Launching_Inside_Londons_Sweet_Asshole_-_London_Keyes__Bill_Bailey.html
https://pornve.com/s9ng5fx0b6y9/Cindy_Dollar__Cindy_Hope_-_Nothing_In_This_World_Is_Free.html
https://pornve.com/s9rrmuc6a2j6/Jessa_Rhodes_-_Your_Father_Fucks_Me_Harder.html
https://pornve.com/s9t4cir3ejp3/A_Brazzers_Christmas_Special_-_Part_2.html
https://pornve.com/s9wadwu3bnom/Alexa_Day_All_Day_Alexa.html
https://pornve.com/s9ysfaale0vm/Asa_Akira_-_Say_Hi_To_Your_Husband_For_Me_-_4.html
https://pornve.com/s9yvaqzihhtt/Sarah_Jessie_-_Peeping_Tom_Peeping_Mom.html
https://pornve.com/sa1wlfzslhv0/Ryan_Conner_Sneaky_Mom_3.html
https://pornve.com/sa5e2t8osswa/Gia_Paige_Jordi_El_Nio_Polla_-_Be_More_Like_Your_Stepsister_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/sa9znkymzkm9/Alexia_Vosse_-_Teacher_Knows_Breast.html
https://pornve.com/sab8svduz1mw/Realitykings_-_Moms_Bang_Teens_-_Hot_For_Hope.html
https://pornve.com/sac1yeiclqko/Jenaveve_Jolie__Lisa_Ann__Madison_Scott__Sienna_West_-_Death_To_All_But_Brazzers.html
https://pornve.com/saeoxil6rw9j/Angela_White_Keiran_Lee_-_Pounding_Her_Pantyhose_-_Big_Wet_Butts.html
https://pornve.com/safj6z4bban2/bex_18_10_30_diamond_kitty_visiting_hour_plower.html
https://pornve.com/sai8t7xmh1bb/Kelly_Divine_-_The_Bumtastic_Bumblebee_Girl.html
https://pornve.com/sanlit6acq7d/Alexis_Breeze_Mason_Moore_-_Brazzers.html
https://pornve.com/sao5m8bkgoty/Nikki_Delano_-_Capture_The_Queen.html
https://pornve.com/sax64w806rag/Kendra_Lust_-_Going_Deep_At_The_Gym.html
https://pornve.com/saxccjioo56v/Krissy_Lynn_-_Simple_Biology.html

https://pornve.com/sayfjij1hsrr/Angelina_Valentine_-_Car_Shop_Cum_Shot.html
https://pornve.com/sazxmk04kpoy/Alanah_Rae_Jessica_Jaymes__Kortney_Kane-Deck_The_Balls_With_Girls_Real_Naughty.html
https://pornve.com/sb204axxli2h/Kat_Dior_Krissy_Lynn_Wax_On_Wax_Off.html
https://pornve.com/sbcqnwtr234v/Tiffany_Doll_-_You_Wreck_My_Car_I_Wreck_Your_Ass.html
https://pornve.com/sbcwtatklq6p/Dont_Touch_Her_-_Part_2.html
https://pornve.com/sbifm658dzbm/Savana_Styles_-_Blowing_The_Sale.html
https://pornve.com/sbrzxofcat0q/Realitykings__in_the_VIP__So_Much_Pussy.html
https://pornve.com/sbylzio95u0p/Mia_Lelani_-_Mischievous_Memoirs.html
https://pornve.com/sc0saltghbtx/MonsterCurves_Marsha_May_-_Asscrobatics.html
https://pornve.com/sc545cgap08y/Jessie_Rogers_-_Fucking_For_School_President.html
https://pornve.com/sc9jx57l050p/Destiny_Dixon_-_Teaching_The_Teacher.html
https://pornve.com/scdes5r4r8x5/What_Wifey_Wants_Adriana_Chechik__Isiah_Maxwell.html
https://pornve.com/scfaeoqq1qan/Cathy_Heaven_30_07_2020_Anal_BigTits.html
https://pornve.com/scfo2swveh67/NEW_Briana_Banks_-_720p.html
https://pornve.com/scmesp502vxw/Tucker_Starr_-_Baddest_Girls_Get_The_Biggest_Dicks.html
https://pornve.com/scoqwq6z00r2/Kenna_James_Keiran_Lee_-_Limo_Nympho_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/scotsgfsw8yn/Sarah_Jessie_-_Leather_Lust.html
https://pornve.com/scw2pgic38n8/Bottoms_Up.html
https://pornve.com/sd0e002cd3dv/Harmony_Rose__Katie_Kox_-_Hardcore_On_The_Mat.html
https://pornve.com/sd0ib2o7d6nj/Poolside_Fantasy.html
https://pornve.com/sd0yf8apsodc/Push_Ups_Or_Squats.html
https://pornve.com/sd3yr5mvf0gb/Lea_Lexis_Xander_Corvus_-_Fucktastic_Gymnastics_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/sd67kmk1hakw/Rhyse_Richards__Rhylee_Richards_-_Sisters_Share_Everything.html
https://pornve.com/sd7979tk9gh5/Ava_Addams_-_Interview_With_My_Asshole.html
https://pornve.com/sdaj28r81e8j/Brooke_Brand_-_Big_Boobie_Balance_Beam.html
https://pornve.com/sdblm7yjrrqk/Hide_That_Big_Booty_-_Carolina_Sweets__Cadey_Mercury_-_Reality_King.html
https://pornve.com/sdj0vba7k73m/Brazzers_House_2_-_Episode_2.html
https://pornve.com/sdj8yvea12lw/Fuck_With_The_Police.html
https://pornve.com/sdjba1aksgmd/All_Good_New_Monique_Alexander_And_Danny_D.html
https://pornve.com/sdrxh3twhdgg/_Brazzers_-_Busty_Tory__Rikki_catch_the_nurse_and_fuck_him_.html
https://pornve.com/sdtsvkth7vg4/RoundAndBrown_19_07_24_Bethany_Benz_Stood_Up_XXX_SD.html
https://pornve.com/se1t5yx8tqwe/Is_She_A_Dirty_Cop_Or_Just_A_Dirty_Girl.html
https://pornve.com/se77jsvt3v7p/Eva_Ellington_-_My_Purity_Rings_For_Small_Cocks_Only.html
https://pornve.com/seaagl05d0zg/Brynn_Tyler__Monique_Alexander_-_New_School_Lesson.html
https://pornve.com/sebhw9t36s1b/Emily_Willis_Charles_Dera_-_Eager_Emily_-_Teens_Love_Huge_Cocks_-_Reality_Kings.html
https://pornve.com/selsqc6332ms/Slip_It_In_4_S5_Boning_Brookelynn_Brooke_Lynn.html
https://pornve.com/seu5vwo338mq/Julia_Ann__Katie_Kox_-_Lessons_In_Lesbian_Pussy_Loving.html
https://pornve.com/sf00obvt3vrs/Brazzers_Rachel_Starr_Suprise_Rachel_Starr_Brazzers_Milf_Big_Tits_Fake_Tits_Facial_Cum_On_F.html
https://pornve.com/sf01annwevt1/Osa_Lovely_-_The_Stepmom_Of_Your_Dreams.html

https://pornve.com/sf0i261hmxkx/Brazzers_Show_Me_Yours_Part_Two_PublicBang_Bangbros_Franceska_Jaimes_Outdoor_Public.html

https://pornve.com/sf4jfiyh3e7c/Lilith_Lust__Sienna_Day_-_Little_Finger_Big_Cock.html

https://pornve.com/sf4rgd29ncjy/Bliss_Lei_40Pure_bliss41.html

https://pornve.com/sf5g3moxkjjb/Big_Tits_Boss_25_2015_Part_5.html

https://pornve.com/sfdjf07gsg24/Adriana_Chechik_-_Fucking_Fired.html

https://pornve.com/sff6s31c0w06/Megan_Rain_-_Making_Megan_Moan.html

https://pornve.com/sfh1uecrbgwz/alanah_rae.html

https://pornve.com/sfq1zs6vq52r/Queen_of_Thrones_Part_4.html

https://pornve.com/sfxjltetgv74/Renata_Nunes_Going_Down.html

https://pornve.com/sfxq2lxu5xgt/LilHumpers_1_S2_Sara_Jay_Dont_Mind_Him.html

https://pornve.com/sg1vxc57a9nb/Dillion_Carter_-_24_Hour_Quick_Titty_Service.html

https://pornve.com/sg3086x0yswr/Milfs_Like_it_Big___Brazzers_-_Lisa_Ann_Jordi_El_Nio_Polla_Lisas_Pool_Boy_Toy_.html

https://pornve.com/sg449sz8qzty/_Brazzers-_Uniformed_babes_Alektra_and_Monique_punish_the_perv_.html

https://pornve.com/sgkr04abepcs/Maserati_Xander_Corvus_-_Are_You_Getting_Off_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/sgn0bop7e4oe/Jessica_Starling_-_Jessica_Makes_Music.html

https://pornve.com/sgq2o17h91cx/Nina_Elle_-_My_Fucking_Boss.html

https://pornve.com/sgx6i4v7ry9l/JR_Carrington_-_Fun_At_The_Opera.html

https://pornve.com/sh1tse4w8qre/Short_Haired_Big_Booty_Ebony.html

https://pornve.com/sh2iyx75uy9e/Cali_Carter_Xander_Corvus_-_Going_Down_In_A_Blaze_of_Gloryholes_-_Big_Butts_Like_It_Big_-_Brazzers.html

https://pornve.com/shbm7gtsctoz/Alexis_Fawx_-_My_Dripping_Wet_Stepmom.html

https://pornve.com/sheisuggzdbw/GFRevenge_Pussy_prepping.html

https://pornve.com/shjj90i1tomh/Juelz_Ventura__Kortney_Kane_-_Retirement_Bone.html

https://pornve.com/shl59tnpyyiq/Abby_Cross__Abigail_Mac__Ava_Addams_-_Studying_Wet_Pussy.html

https://pornve.com/shqixvl6r0wc/Alex_Chance_-_Learning_The_Two-Stroke_In_Auto_Shop.html

https://pornve.com/shrje7jfe5ke/Syren_De_Mer_-_The_XXX_Files.html

https://pornve.com/shspmlldam51/Brazzers_-_Peeping_The_Pornstar_Aletta_Ocean_Johnny_Sins_Big_Tits_Big_Dick_Big_Butt_Big_Tits_At.html

https://pornve.com/shyu18eqcp04/Jenna_Haze_Christmas_Punishment_Fucked_In_The_Ass.html

https://pornve.com/shzk430z4t6w/Nicolette_Shea_Kyle_Mason_-_Confiscated_Cock_-_Big_Tits_At_School_-_Brazzers.html

https://pornve.com/si45gxal3vjt/Phoenix_marie_road.html

https://pornve.com/sidbf3pnvyse/Eliza_Jane_-_Dont_Tell_Daddy.html

https://pornve.com/sidk0j5toxbm/Arya_Fae_-_Body_Stocking_Rubdown.html

https://pornve.com/siem4134f55w/Elsa_Jeans_-_Our_Little_White_Plaything.html

https://pornve.com/sienx27bzqd1/bex_20_03_11_vanessa_sky_anal_about_chores.html

https://pornve.com/sikzgkv6mdx8/Tasha_Reign_-_Tashas_Reign.html

https://pornve.com/simwrtxrktk2/Janice_Griffith_Fucked_Hard.html

https://pornve.com/sin40u5yhdlf/Candy_Alexa_-_Coming_For_Candy.html

https://pornve.com/sinugzf2pvw9/Kennedy_Leigh_-_Nurse_Leigh_Cock_Stalker.html

https://pornve.com/siu96lrju53v/Double_Occupancy_23_08_2017.html

https://pornve.com/sj1wh9qqfrky/Ring_toss_Remastered.html

https://pornve.com/sj2kp7ik0e54/A_Family_Affair_2_Part_Three.html

https://pornve.com/sj4j5vo1xyvl/GFRevenge_Sexy_nayomi.html
https://pornve.com/sj6z9lgk93r5/Synthia_Fixx_-_Sex_Toy_Story.html
https://pornve.com/sj8npbpi00wv/Zoey_Foxx_Logan_Long_-_Working_Out_With_The_Foxx_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/sjel8p3ixd5k/Kiera_King__Sammie_Spades_-_Enter_The_Vagin.html
https://pornve.com/sji73cigq3s4/Jennifer_White_-_Anal_Apocalypse.html
https://pornve.com/sjjenxmzffe7/Brittany_Andrews_-_She_Maid_Me_Fuck_Her_Ass.html
https://pornve.com/sjkf68sdkjw5/Brazzers_-_Amia_Miley_What_A_Fucking_Coincidence.html
https://pornve.com/sjnwv6h2mzs6/DAREDORM_63_Ride_Em_Cowgirl_1of2.html
https://pornve.com/sjpm3k47jp0b/Allie_Haze__Peta_Jensen_-_Anything_He_Desires.html
https://pornve.com/sjppqkyc84ww/Christiana_Cinn_-_Homo_Sexians.html
https://pornve.com/sjtahqh2xtjz/Monique_Alexander_-_How_To_Destroy_A_Marriage_-_Part_1.html
https://pornve.com/sk820bl0pios/EuroSexParties_Mia_Evans_Vivien_Bell_-_Deep_In_Mia_18_08_2016.html
https://pornve.com/sk865zw815a7/BrazzersExxtra_-_Whenever_Wherever_However.html
https://pornve.com/ske14m225y2m/Audrey_Bitoni_-_Fantasy_Hospital.html
https://pornve.com/skf0qz40b4rb/Bridgette_B_-_Getting_My_Hands_On_A_MILF.html
https://pornve.com/skfx9gkvofyp/DirtyMasseur__Vicki_Chase_Keiran_Lee_The_Oil_Spill.html
https://pornve.com/skh32fb5tudb/BigWetButts_Luna_Star_Anal_About_My_Jeans_-_09_12_2016.html
https://pornve.com/skhqwocdqu4x/Abella_Danger__Karma_Rx_-_Neon_Dreaming.html
https://pornve.com/skjcbev2q95d/Leigh_Darby__Stella_Cox_-_My_Stepmom_The_Control_Freak.html
https://pornve.com/skkfidd5t5ix/Alina_Li__Carmen_Caliente_-_Spin_The_Dildo.html
https://pornve.com/skkmff5x57c7/Madelyn_Monroe_-_Pussy_For_The_Private_Chef.html
https://pornve.com/sknjsh2x0pst/Drilling_Mommy_12_S3_Reagan_Foxx.html
https://pornve.com/skp9eqv4s4yr/Tiffany_Tyler_-_Slutty_Seconds.html
https://pornve.com/skqm380mf8ft/Mount_Anal.html
https://pornve.com/skvuqa74hb0o/RWS_18_04_03_Mia_Kelani_The_Wife_I_Password.html
https://pornve.com/skxeb9tci3n9/Alura_TNT_Jenson_Tyler_Nixon_-_Draining_The_Plumbers_Cock_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/skzcrlq1y37w/Georgie_Lyall_-_Georgies_Workout_Plan.html
https://pornve.com/sl02oe4vukjv/Brazzers_-_Slim_tattooed_teen_Marley_Brinx_gets_her_pussy_checked_out_.html
https://pornve.com/sl1jh49trklo/Sibling_Rivalry_3_40Anya_Ivy__Aaliyah_Hadid41.html
https://pornve.com/sl2hgn1rzyx6/Ava_Addams_Keiran_Lee_-_Rent-A-Pornstar_-_The_Lonely_Bachelor_-_Pornstars_Like_It_Big.html
https://pornve.com/sl3340hbms56/Mia_Malkova_-_Die_Hardcore_-_Part_2.html
https://pornve.com/sl35i07cveou/ANAL_Threesome_Diamond_Kitty_And_Kelsi_Monroe_BBLIB.html
https://pornve.com/sl4sqcsf7g1m/Brazzers_-_Aryana_Adin_Double_Timing_Wife_3.html
https://pornve.com/sl85prewd64r/Claire_Dames_-_Birthday_Butt_Fuck.html
https://pornve.com/sl8pwcjpc75g/Julia_Ann_-_Lost_In_Brazzers_-_Episode_2.html
https://pornve.com/sld5vc4t5cfq/Brenna_Sparks_Hot_Asian_Massage.html
https://pornve.com/sldpvfxi6ff1/Chanel_Preston_-_Making_A_Mess_On_The_Maid.html
https://pornve.com/slg5a6jnz1qy/Nikki_Delano_Alex_Legend_-_Maid_For_Anal_2_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/slhtqdbp4anj/Angelica_Taylor_-_Anal_Swinger.html
https://pornve.com/slive8gmlpv8/Large_boobs_porn_video_featuring_Peta_Jensen_and_Marc_Rose.html
https://pornve.com/slk0x8lnybr9/Chanel_Preston_-_Whats_For_Dinner.html
https://pornve.com/slmxtychukx9/Brooklyn_Chase_-_Laying_Pipe_with_the_Bros_parody.html

https://pornve.com/slob2w6lzmjq/Jenna_Presley__Nikki_Sexx_-_The_Only_Roommate.html
https://pornve.com/slpubu0d9wjz/Kira_Noir_-_Dirty_Double_Dare.html
https://pornve.com/slqmievtc2ms/Alexis_Ford__Asa_Akira_-_Babes_In_Black.html
https://pornve.com/slvi6hsrchje/Lauren_Phillips_Maya_Kendrick_Scott_Nails_-
_Preppies_In_Pantyhose_4_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/sm0353u4713u/Bridgette_B_-_Playful_Booty.html
https://pornve.com/sm2bwqzvvvgm/Flower_Tucci__Harmony_Rose__Phoenix_Marie_-
_Triple_Butt_Pump.html
https://pornve.com/sm5fz2ryapba/Olivia_Austin_Ricky_Johnson_-_Poolside_Fucking_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/sm7c2iltw0s8/Ivy_Lebelle_-_Dystopian_Dicking.html
https://pornve.com/sm9c4ta9fmtm/Chanel_Preston_Seth_Gamble__Horny_Hostess.html
https://pornve.com/smm884365vzw/Kayla_Paige_-_Air_ConTiTioning.html
https://pornve.com/smn6gcxhmfn3/Abella_Danger_-_Dancing_Domme.html
https://pornve.com/smpjlv6yt6cn/Lisa_Ann_-_Moms_Guide_To_Throwing_A_Party.html
https://pornve.com/sms0jnpgnuny/Panties_thief_sean_lawless_takes_punished_by_her_stepdaughter.html
https://pornve.com/sms5hz7jna2r/Julia_Ann_-_Stop_Or_My_Mom_Will_Fuck.html
https://pornve.com/sn1j0zmvep6n/Vienna_Black_-_Sex_Shop_Hop.html
https://pornve.com/sn2syhmt24ia/Alix_Lynx_Charles_Dera_-_Alix_Is_Off_The_Wall_-
_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/sn8gijdn998u/DirtyMasseur_-_Alyssia_Kent_-_Rub_Me_The_Right_Way.html
https://pornve.com/sndgxb5ls9cu/Madison_Ivy_Monique_Alexander_Nicolette_Shea_Johnny_Sins_1_800_Ph
one_Sex_Line_8.html
https://pornve.com/sni99xf6js8j/Alexis_Fawx_-_Super_MILF.html
https://pornve.com/snjn3l2xzpat/Zoe_Clark_-_Friend_Zone_Bone.html
https://pornve.com/snjprrzeojq8/The_Ole_Switcheroo_Brazzers.html
https://pornve.com/snnwazvb16dl/Ava_Adams_-_1_800_Phone_Sex_-_The_Package.html
https://pornve.com/snpeqow5p8lo/Haley_Wilde__Juelz_Ventura_-_The_Exs_Anal_Payback.html
https://pornve.com/snrb8z3g0tck/Sincerre_Lemore_-_Side_Effects.html
https://pornve.com/snu8j9atc2hd/Mirella_Mansur_-_Thick_Ass.html
https://pornve.com/snyhudgv18d3/MilfHunter_16_01_04_Monique_Alexander_Miss_Monique.html
https://pornve.com/snylcxgmjdi3/Erica_Fontes_-_Banging_A_Couchsurfing_Slut.html
https://pornve.com/so0k08yrcp1r/Kagney_Linn_Karter_-_Post-Match_Pussy_-_Part_2.html
https://pornve.com/so0xlly9jh2j/Phoenix_Marie_-_White_Trash_Goes_Whore.html
https://pornve.com/so2f17p6x9qq/Katie_Morgan_-_Massaged_By_Her_Mother.html
https://pornve.com/so39w9lbq26u/Angelina_Ashe_-_Into_The_Deep_Dark_Blue.html
https://pornve.com/so86u6rxb2ll/_Katy_and_Brooklyn_sharing_big_cock_.html
https://pornve.com/sohtc8utbcbm/Abbey_Brooks_-_Cultural_Fetishism.html
https://pornve.com/soi21144rjow/Bridgette_B_-_Garden_Hoes.html
https://pornve.com/soi74u1db622/Lena_Paul_-_Final_Exam_Slam_Session.html
https://pornve.com/soirp6w5n58u/Penny_Pax_-_Straightening_Her_Out.html
https://pornve.com/sor7lzubnuyv/Courtney_Taylor_-_Anniversary_Switch.html
https://jjpornve.com/sove341jjhbp/BigWetButts_-_Valentina_Ricci_-
_Clean_Up_On_Aisle_Valentina.html
https://pornve.com/sp37p4cf1w04/_Brazzers_-
Big_Booty_Kayla_Kayden_Gets_Her_Tight_Ass_Fuck_By_Xander_Big_Dick_.html
https://pornve.com/sp7nt2fhjp89/Alix_Lynx_-_Sloppy_Professionalism.html

https://pornve.com/sp86elptvizc/FirstTimeAuditions_17_02_27_Daisy_Mae_Cute_Skater_Chick_XXX_-KTR.html

https://pornve.com/spbka0verrh6/Nikki_Benz_-_Toying_With_A_Pornstar.html

https://pornve.com/spd1i1rge84b/Ava_Addams_-_Youre_Busted_Im_Busty.html

https://pornve.com/spfakt1oircq/MommyGotBoobs_Ariella_Ferrera_Homemade_American_Tits_-_12_11_2016.html

https://pornve.com/spkvfn43rhtx/Big_Tits_At_School_-_Juelz_Ventura_And_Romi_Rain_in_After_School.html

https://pornve.com/spm3a6lj559x/Christy_Mack_-_Mechanic_Mammaries.html

https://pornve.com/sq0fw047wwh6/Audrey_Bitoni_-_The_Insomniac_Sucker.html

https://pornve.com/sq0kvm66p34d/Fernanda_Magalhoes_-_Cycling_Pussy.html

https://pornve.com/sq1avsmzj898/Brooklyn_Gray_Keiran_Lee_-_Im_Your_Biggest_Fan_-_Teens_Like_It_Big_-_Brazzers.html

https://pornve.com/sq1jnu8qnfnh/Krissy_Lynn_Robby_Echo_Back_To_School_Banging.html

https://pornve.com/sq22d5yphmh3/Sneaky_Sex.html

https://pornve.com/sq2m9bxuncm1/Diamond_Jackson_-_Eye_On_The_Infield.html

https://pornve.com/sq36lremmr4m/Darcy_Tyler_-_Tasty_Deposit.html

https://pornve.com/sq85dqtfy3p8/Jenna_Ivory__Layla_Price_-_A_First_Time_For_Everything.html

https://pornve.com/sq8vlu8py2k9/LaSirena69_Charles_Dera_-_An_Exotic_And_Erotic_Student_-_Big_Tits_At_School_-_Brazzers.html

https://pornve.com/sq9s6qdv649a/Rio_Lee_-_Getting_It_Out_Of_Their_Systems.html

https://pornve.com/sqbvznxyphz3/Alyssia_Kent_-_Getting_Good_Vibes.html

https://pornve.com/sqgfcwo3uh7j/Reagan_Foxx_-_Shy_Moms_First_Squirt.html

https://pornve.com/sqi1hk52bdua/McKenzie_Lee_-_Gigantic_Melon_Balloons.html

https://pornve.com/sqi7vza60t03/Rachel_Starr_-_The_Rachel_Remote.html

https://pornve.com/sqj3dz7gocan/Alexis_Fawx_-_Mommy_Nudist.html

https://pornve.com/sqk8ent3z97u/Brett_Rossi_Keiran_Lee_-_Stocking_Stuff-Her_-_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/sqm5j8ux2b3c/Evelin_Stone_-_Get_Off_The_Phone.html

https://pornve.com/sr2rdwv5158z/My_Friends_Blindfolded_Mom_Jewels_Jade__Ryan_Ryder.html

https://pornve.com/sr6mzcc86uy3/Whitney_Westgate_-_Vlogging_About_Big_Cocks.html

https://pornve.com/sramjtx5k9xi/Brazzers_-_India_Summer_Show_Me_The_Yoni.html

https://pornve.com/srb35mtyv5nj/Lisa_Ann_-_Youve_Got_The_Touch.html

https://pornve.com/sree4ss3pnp8/Alena_Croft_-_Mammary_Lapse.html

https://pornve.com/sreemxuzrm50/Brazzers_The_Fittest_Fuck_Brazzers_Summer_Brielle_Tyler_Nixon_Baby_Got_Boobs_Ass_Worship_Big.html

https://pornve.com/srh019pntqxd/Nicole_Bexley_-_The_Listener.html

https://pornve.com/srhu3syclikk/Brazzers_-_Madison_Ivy_-_The_Assistants_Affair.html

https://pornve.com/srkdw6vygrin/Blake_Eden__Phoenix_Marie_-_Phoenix_vs_Blake.html

https://pornve.com/srkrd7wrtigp/Angelina_Valentine__Avy_Scott_-_Daydreaming_Of_Deepthroat.html

https://pornve.com/srqmw10y3mkw/Money_Talks_try_and_buy_big.html

https://pornve.com/srsh1eqx5yy3/Sybil_A_Kailena_-_Sybil_Shows_Off_Her_Pussy.html

https://pornve.com/ss3u71jqcs8j/Karmen_Karma_-_Banging_Her_Brother-In-Law.html

https://pornve.com/ss57xuscrwzh/PornstarsLikeItBig_-_Lisa_Ann_-_Seduction_For_Sport.html

https://pornve.com/ss5c2gl45b6v/plib_20_03_22_madison_ivy_and_liv_wild_a_wild_night.html

https://pornve.com/ss71ji3h85ru/_Ariana_Marie_Nicole_Aniston_Yoga_Freaks_Episode_Seven_14_01_2017_rq_1k.html

https://pornve.com/ssabtbsike7j/Brazzers_-_Diamond_Jackson_And_Aspen_Rose_You_May_Now_Peg_The_Bride.html
https://pornve.com/ssajoz3fvrxu/Charlotte_Cross_-_ZZ_Lemonade.html
https://pornve.com/sshzloc3xf3n/_Brazzers-_Gorgeous_babe_Kendall_Kayden_gets_a_hard_fucking_in_the_kitchen_.html
https://pornve.com/ssitjhhili6y/Ava_Addams__Isis_Taylor_-_Cumly_Cleaners.html
https://pornve.com/ssljqpy4ht14/Diamond_Jackson_-_To_Prank_A_Skank.html
https://pornve.com/ssoz0wfj30h5/Black_Cherry_Pie_.html
https://pornve.com/sssc582u3wbc/Alexis_Ramirez__Rebeca_Linares_-_Tierra_Prohibida.html
https://pornve.com/ssu45wav5c5d/Angelina_Valentine__Rebeca_Linares_-_Open_Your_Fucking_Mouth_And_Eat_My_Cunt.html
https://pornve.com/ssvhdrnn6zu9/Ariella_Ferrera_Charles_Dera_-_Take_A_Seat_On_My_Dick_2_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/stb9kdfi8043/no_husbands_allowed_remastered.html
https://pornve.com/stg3byro5att/harlow_harrison_the_suburban_skank.html
https://pornve.com/stlktdglju1v/Ivy_Lebelle_-_Special_Tasks_-_BrazzersExxtra.html
https://pornve.com/stoaq69zk0sa/Tara_Holiday_Stepmom_Soothes_The_Groom_Mommy_Issues_2.html
https://pornve.com/stp8vux9jfug/Athena_Palomino_-_Risque_Roses.html
https://pornve.com/stvxsv9t1xa4/Lisa_Ann__Nikki_Benz_-_Reservoir_Sluts.html
https://pornve.com/stzffiv5frc7/Tiffany_Brookes_-_Wedding_Planning.html
https://pornve.com/su840cn6gb56/My_Dirty_Talking_Prof_Audrey_Bitoni.html
https://pornve.com/subzbm0laxfg/Assfucking_Like_Rabbits.html
https://pornve.com/sudu0oporb9p/Mia_Li_-_Lets_Both_Fuck_Her.html
https://pornve.com/suemr0ftrjl4/fuck_secretary.html
https://pornve.com/sunl7yymtxkz/Phoenix_Marie_-_Librarian_In_Heat.html
https://pornve.com/suo7yjm3qlq6/Nina_Elle_-_Crawling_To_Another_Cock.html
https://pornve.com/sur5thblk4qa/Georgie_Lyall__Mia_Malkova_-_Spilling_The_Gardeners_Seed.html
https://pornve.com/surcxetjqk5a/NA_New_Hot_Sexy_MILF_Nikki_Benz.html
https://pornve.com/susutpy53nks/Scarlett_Jennings_-_Suck_It_Out.html
https://pornve.com/sut6jx74wq2g/Kendra_Lust_-_Good_Cock_Bad_Cop.html
https://pornve.com/suwxx8lzpfvt/Mischa_Brooks__Sheena_Shaw_-_Bouncing_Bunny_Butt.html
https://pornve.com/sv485t1a18ck/Jade_Jantzen_-_Yoga_Freaks.html
https://pornve.com/sv4e7e3e06g5/Brazzers_-_Lets_Spy_On_My_Stepdaughter.html
https://pornve.com/sv71ravcmjiu/Emily_B_-_This_Pharmacist_Can_Fuck_Off.html
https://pornve.com/sv96jnvlrmiq/Erica_Fontes_-_The_Honey_Beaver.html
https://pornve.com/svi68xskr13e/Eva_Karera_-_Foreva_A_Fantasy.html
https://pornve.com/svpc2ozacgel/DirtyMasseur__Brazzers_Peta_Jensen_-_Massaging_Peta.html
https://pornve.com/svqab0887ihj/Brazzers_My_roommates_hot_girlfriend_Brazzers_Dirty_Masseur_Amia_Miley_Brunette_Keiran_Lee_Fu.html
https://pornve.com/svryl63gb5rg/Rachel_Starr_-_720p.html
https://pornve.com/svrz813ngfni/AJ_Applegate_-_Open_The_Applegates.html
https://pornve.com/svvg92xnopn4/Kitty_Bella_-_The_Mix_Up.html
https://pornve.com/svx7epsczf5t/Bella_Bellz_-_Her_Thick_Thieving_Ass.html
https://pornve.com/sw1ybrmonqos/Eva_Karera_-_The_Big_Titted_Ballerina.html
https://pornve.com/sw43lc372lvj/Holly_Sampson_-_Keys_To_The_V_I_Pussy.html
https://pornve.com/sw483tmgdj4q/DoctorAdventures_17_01_22_Chanel_Preston_And_Veruca_James_Nurse_A_Cock_In_Her_XXX_KTR.html
https://pornve.com/sw4dhikxmlez/Bonnie_Rotten_-_The_Gaped_Crusader.html

https://pornve.com/sw7nqpba9rh9/Payton_West_-_The_Cock_In_The_Doc.html
https://pornve.com/swaosy5xzwxr/Veronica_Avluv_-_Stroke_It_For_Me.html
https://pornve.com/swohfy45tid9/Kiara_Lord_Cheating_Whore_Cheating_Whore_23_10_2020_Hardcore_BiGTits.html
https://pornve.com/swozz65719a3/Monique_Alexander_-_Pinkblot_Test.html
https://pornve.com/swp6rte24xo9/Peta_Jensen_-_Our_Little_Masquerade.html
https://pornve.com/swwri0layost/Devon_-_Clearly_Fuckable.html
https://pornve.com/swxmqds3ue7y/Alex_Chance_-_Take_My_Anal_Virginity_Instead.html
https://pornve.com/swypqve6j61q/Marley_Brinx_-_Sent_Home_For_Sucking_Dick.html
https://pornve.com/swz6uxdqkbez/Kacey_Jordan_-_Kacey_The_Cutest.html
https://pornve.com/sx1x7kxu0hz2/Ryan_Conner_Teaches_A_Young_Couple_How_To_Fuck.html
https://pornve.com/sx4n1wwnei7e/Lela_Star_Small_Hands_-_Never_Enough_Oil_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/sx8hbopn8a6q/Aaliyah_Hadid_-_Ctrl_Alt_Titties.html
https://pornve.com/sxa26fluu9dc/Romi_Rain__Sarah_Jessie_-_Kiss_My_Ass_Tat.html
https://pornve.com/sxahgzhecjtz/Jayden_Roof_Top_Romp_-_720p.html
https://pornve.com/sxb2es5sj5qt/Jasmine_Black_-_European_Interrogation.html
https://pornve.com/sxcdj67zeyof/Holly_Tyler_-_Sexy_Time_At_The_Spa.html
https://pornve.com/sxeq1rd049u2/Kali_Roses_Ramon_Nomar_-_Fucking_On_The_Brink_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/sxjv7r03e7w7/Ashley_Adams_-_Make-Up_Sexam.html
https://pornve.com/sxpzrk9amayq/Jezabel_Vessir__Sarah_Jessie_-_Hot_And_Meania.html
https://pornve.com/sxtn1s8be9fp/Savana_Styles_-_Driving_Ms_Styles.html
https://pornve.com/sxu2ww9wr3o6/Brazzers_-_Horny_Sailor_Leyla_Falcon_find_a_nice_big_cock_to_suck_and_fuck_.html
https://pornve.com/sxuqmwewfoee/Bonnie_Rotten_-_Cum_Thru.html
https://pornve.com/sxxelj78ao6t/MommyGotBoobs__Brazzers_Ariella_Ferrera_-_My_Sons_Best_Friends.html
https://pornve.com/sxxigkybldgr/Darcie_Dolce_Desiree_Dulce_Van_Wylde_-_Stepsibling_Rivalry_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/sxy63sgnt8z9/Nina_Kayy__Raven_Bay_-_Masseuse_Training_101.html
https://pornve.com/sy0ar0ifpefv/Money_Talks_good_tipper_big.html
https://pornve.com/sy0dja10hws4/Karma_Rx_-_Sneaky_Webcam_Slut.html
https://pornve.com/sy5laulgm7i1/Ryan_Conner_-_That_Big_Tasty_Ding_Dong.html
https://pornve.com/sy6kv894vaax/Valentina_Nappi_Zac_Wild_-_Curvy_Cleaning_-_Monster_Curves_-_Reality_Kings.html
https://pornve.com/sy7wmkkhwrcu/Vienna_Black_Johnny_The_Kid_-_Film_Me_Follow_Me_Fuck_Me_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/sy83b9hjqxw0/Gabriela_Lopez_Bambino_-_Emergency_Rubdown_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/sy9f6ck107fp/Extreme_Naturals_Gianna_Michaels_Sierra_Skye_Second_to_None.html
https://pornve.com/syac6f02s3sx/Anna_Bell_Peaks_-_Massumptions.html
https://pornve.com/syct3m0jko60/Callie_Calypso_-_Big_Dick_Vocal_Coach.html
https://pornve.com/syfaeso8e4k6/Karissa_Shannon_Kristina_Shannon_Scott_Nails_-_Titillating_Treachery_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/syo21frbw0hu/Savannah_Stern_-_Aero-BOOB-Ic_Workout.html
https://pornve.com/sz37281s6pji/Ryan_Conner_Sneaky_Mom_3.html
https://pornve.com/sz4kaeptwxlf/AJ_Applegate__Savannah_Fox_-_Filthy_Fuck_-_Part_1.html

https://pornve.com/szah5gg5lbrb/Money_Talks_teeny_bikinis_big.html
https://pornve.com/szaxpk62jvdv/Jenna_J_Foxx_Charles_Dera__Working_Out_With_The_Kings.html
https://pornve.com/szcukeifmmg8/busty_sensual_jane_anal_bust.html
https://pornve.com/szcwcm5r7s5h/Megan_Rain_Xander_Corvus_-_Prime_Real_Estate_-
_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/szesbaafhqfv/Brazzers_My_sons_teacher_Brazzers_Mommy_Got_Boobs_Ariella_Ferrera
_Charles_Dera_Brunette_Fake.html
https://pornve.com/szf31ht5b8qq/Alina_Belle__Serena_Santos_-_Masseuse_Rivalry.html
https://pornve.com/szklbhppm829/Rachel_Starr_-_ZZ_Hospital_-_Ri-Dick-Ulous_Behavior.html
https://pornve.com/szly5c1zfvyk/Alanah_Rae_-_Fistful_Of_Pussy.html
https://pornve.com/szua3qkdaaf3/Holly_Hendrix_-_Anal_Tutor.html
https://pornve.com/t0223qhfsjc5/Ember_Snow_-_The_Naughty_Nuru_Masseuse.html
https://pornve.com/t03arc34nyac/27_07_2020_Lela_Star_Compilation_Video_of_the_Best_Of_Brazzer.html
https://pornve.com/t04w1hedqdss/Eva_Karera_-_Double_Penetrating_Belgian_Booty.html
https://pornve.com/t05dhxdjbw92/Sofi_Ryan_-_Asking_For_It_Anon.html
https://pornve.com/t06h1ylhy0jv/Cameron_Dee_-_Haunted_House_Hijinks.html
https://pornve.com/t0adouqdlkqc/Zoey_Paige_-_Coat_Check_Cock.html
https://pornve.com/t0b0wamvnfug/August_Ames__Isis_Love_-_A_Tip_To_The_School_Nurse.html
https://pornve.com/t0b6f1pja456/MilfsLikeItBig_19_10_07_Aubrey_Black_A_Step_Above_My_Husband_XXX.
html
https://pornve.com/t0b8royf14sm/Lezley_Zen_-_Titty_Fucking_The_Teacher.html
https://pornve.com/t0bl79hn2q0j/Alura_TNT_Jenson__Dahlia_Sky_-
_Lets_Massage_The_Babysitter.html
https://pornve.com/t0c5uqmpfp9w/Brazzers__Big_Wet_Butts__Anal_About_My_Jeans_Luna_Star.html
https://pornve.com/t0djk0ywuvdr/Monique_Alexander_Jasmine_Jae_Stella_Cox_Cock_Of_Duty_A_XXX_Paro
dy.html
https://pornve.com/t0effeyrmvu9/Brazzers_The_Big_Things_in_Life.html
https://pornve.com/t0gw7b0zuy0q/Scarlet_Johnson_Sean_Lawless_-_Blue_Jean_Creamer_-
_Teens_Love_Huge_Cocks_-_Reality_Kings.html
https://pornve.com/t0j75yupd69n/MomsBangTeens_Lexi_Luna_And_Vina_Sky_Mechanic_Appreciation.html
https://pornve.com/t0sjpgnbs09g/Marsha_May_-_Taste_Marshas_Treats.html
https://pornve.com/t0viv64t92l8/Kendra_Lust_Anal_Big_Tits_Bis_Ass.html
https://pornve.com/t0xa4qucqp1n/Krissy_Lynn_-_Helicockter_Mom.html
https://pornve.com/t13kre2ikzrf/Baby_Got_Boobs_Spilt_Milk_-_Brenna_Sparks_Isiah_Maxwell.html
https://pornve.com/t18f0zheju6a/Sister_in_Law_Means_Well_Brazzers.html
https://pornve.com/t1a1dgitftsr/Brazzers_The_Doctor_Part_Three_Danny_D_Victoria_Summers_Leigh_Darb
y_Georgie_Lyall_Big_Tits_Bl.html
https://pornve.com/t1gbxz1j81h8/Brazzers_-_The_Wife_I_Password.html
https://pornve.com/t1hjq3lcvayu/Karla_Kush_-_Dont_Trust_Your_Friends.html
https://pornve.com/t1rxrsxz612m/Brazzers_-_Lena_Paul_Express_Pussy_Packaging.html
https://pornve.com/t1w5tie2oikk/Kerry_Louise_-_A_Little_Cleavage_Goes_A_Long_Way.html
https://pornve.com/t20607s3nlkk/Rilynn_Rae_-_A_Reporter_In_The_Rough.html
https://pornve.com/t22env45tbsh/Jasmines_at_the_Laundromat_-_Jasmine_James.html
https://pornve.com/t22u955x70ms/Victoria_Cakes_Fuck_Your_Earphones.html
https://pornve.com/t25wzt4ohbpo/Abella_Danger_-_Use_It_Or_Lose_It.html
https://pornve.com/t27fszai99b8/Vicki_Chase_-_Worth_The_Wait.html
https://pornve.com/t27hziwilumh/BigWetButts_-_Brooklyn_Chase_Nice_Nylons_12_22_16.html

https://pornve.com/t2b92f0knwih/Brandi_Love__Monique_Alexander_-_Brandi_Loves_The_Realtor.html
https://pornve.com/t2bk8qubvf9w/Lezley_Zen_-_The_Blow-Job_Seeker.html
https://pornve.com/t2fpopr7kzpb/Kendall_Karson_-_Erotic_Exercises.html
https://pornve.com/t2fsf5kq4d8b/rkprime_19_06_25_megan_rain_guessing_gag.html
https://pornve.com/t2g9wltn7tjn/Sophia_Leone_-_Laid_Rent.html
https://pornve.com/t2jd6b21v7v1/MilfHunter_Nina_Elle_Seductive_Nina_-_01_08_16.html
https://pornve.com/t2mxt7xsufeu/Anal_Blonde_Fucking_A_Black_Tigger_Outdoors.html
https://pornve.com/t2nnijrfzdv1/Connie_Carter_-_Nurse_Carter.html
https://pornve.com/t2rum68zfadi/Katerina_Hartlova_-_Best_Tits_In_The_Office.html
https://pornve.com/t2vssl103am3/Puma_Swede_-_Revenge_Of_The_Pervs.html
https://pornve.com/t2w0mkf65jxl/Asiatique_Attraction_Park_With_Asa_Akira_Published_On_4_Minutes_Ago.html
https://pornve.com/t2ykzxxql0kh/MonsterCurves_Alice_Lighthouse_The_BodySD40MAY_16_201541.html
https://pornve.com/t2ytblcimroo/Kayla_Kayden_Fucking_in_The_Classroom.html
https://pornve.com/t37jq4rx8tpz/My_Roommates_Hot_Girlfriend_Brazzers.html
https://pornve.com/t3dozxz7qgqq/Bella_Rose__Miss_Raquel_-_What_The_Client_Wants_The_Client_Gets.html
https://pornve.com/t3gh8k0umsdo/Sneaksex_19_04_13_Kimmy_Granger_Not_Another_Study_Break.html
https://pornve.com/t3j824r665og/Realitykings__Teens_Love_Huge_Cocks__Cute_Bubbly_Butt.html
https://pornve.com/t3jks07m8se3/Kendra_Spade_Scarlet_De_Sade_Mick_Blue_-_Neon_Night_Out_-_RK_Prime.html
https://pornve.com/t3qa658jb0u7/AJ_Applegate_Quinton_James_-_Free_Anal_6_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/t3s2wyl3ltbx/Jazy_Berlin_-_HR_Stands_For_Hot_Rack_Officer.html
https://pornve.com/t3sw8ycgpu53/AJ_Applegate_-_Earning_My_Valentine.html
https://pornve.com/t3vbu35q9r2c/Liza_Del_Sierra_Danny_D_-_Jizz_Quiz_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/t3w6q1se1n3j/Skylar_Vox_-_Stretching_Skylar_Out.html
https://pornve.com/t3xnyj2kemiu/Alexis_Ford_-_The_Peoples_Pussy.html
https://pornve.com/t40fdxcpzuaj/RoundAndBrown_-_Finesse_Fine_Finesse_-_16_04_29.html
https://pornve.com/t40lny5vz85m/Diamond_Kitty_Markus_Dupree_-_Visiting_Hour_Plower_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/t41s5ee7hrth/Darling_Danika__Katrina_Jade_-_Learning_From_Dr_Milf.html
https://pornve.com/t42io3kldf97/Devon_Lee__Taylor_Wane_-_Mommy_Sandwich.html
https://pornve.com/t45go031y3h6/Abella_Danger_-_Abellas_Ass_Is_In_Danger.html
https://pornve.com/t4a2vhsryqgu/Angell_Summers_-_Ass_Like_An_Angell.html
https://pornve.com/t4a55cc3skl7/Ava_Addams_-_Rent_A_Pornstar.html
https://pornve.com/t4cq1e4d163b/Jessica_Nyx_-_Eager_Intern.html
https://pornve.com/t4lkhn3ziowh/Angela_White_-_Mantequilla_Bay_Bay.html
https://pornve.com/t4pr3tb54slt/Sienna_Day_-_Waiting_On_Her_Ass.html
https://pornve.com/t4x9atqxvyjj/Taylor_Wane_-_Mommy_Will_Take_Care_Of_It.html
https://pornve.com/t548w9lu6u6e/Lolly_Ink_-_Tarps_Tools_And_Titties.html
https://pornve.com/t559oiobd112/Jenaveve_Jolie_-_Sauce_The_Boss.html
https://pornve.com/t562xrpkqefe/Julie_Cash__Richelle_Ryan_-_Modern_Museum_Of_Fine_Ass.html
https://pornve.com/t58p6s4z98oz/Asa_Akira_-_Cum_Stay_Awhile.html
https://pornve.com/t59y6qrezp27/Emma_Leigh__Sienna_Day__Tina_Kay_-_Bachelor_Night.html
https://pornve.com/t5al7x2ndnfl/BrazzersExxtra_19_10_11_Kira_Noir_Dirty_Double_Dare_XXX.html

https://pornve.com/t5awjrbyu84a/Mandy_Muse_-_Girls_Who_Squat.html
https://pornve.com/t5g0w6rftzxs/Rebecca_Jane_Smythe_-_Turning_On_His_Girlfriends_Mom.html
https://pornve.com/t5ged4v2sybn/The_Bang_Ring_-_Part_2.html
https://pornve.com/t5slm53g2wv2/Sheridan_Love_Sneaky_Starlet.html
https://pornve.com/t5xf1k9xahx9/Holly_Halston_Filthy_Moms_1_S2.html
https://pornve.com/t60gfv23lowx/BigWetButts__Brazzers_Anissa_Kate__Nekane_Booty_Work.html
https://pornve.com/t635ux8cyabt/Romi_Rain_Scott_Nails_-_She_Slithers_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/t6cbnixok5fe/Charmane_Star__Lea_Lexis_-_Hot_Yoga.html
https://pornve.com/t6ivjlhwpw6j/BrazzersExxtra_Sasha_Rose_Roommates_With_Anal_Benefits_PutlockerX_cc.html
https://pornve.com/t6stakhllb6o/Brazzers_-_Nicole_Aniston_And_Peta_Jensen_Game_Night_Shenanigans.html
https://pornve.com/t6vjja7q8rv0/European_Girl_Sex_bgb_keisha_grey_tt121414.html
https://pornve.com/t754olxzm1py/Good_New_Marsha_May.html
https://pornve.com/t78r7h5vlw56/TeensLikeItBig_-_Janice_Griffith_Anal_Quickie_With_Teenie_Janice_12_27_16.html
https://pornve.com/t7arrv7kr43d/Esperanza_Gomez_-_Danny_D_Is_Willing_To_Die.html
https://pornve.com/t7b5k6gepe3k/Diamond_Kitty_-_Eat_Pray_Fuck.html
https://pornve.com/t7c604xel3ae/Victoria_June_-_Hard_Pressed.html
https://pornve.com/t7fhv7b7zg61/Jade_Baker__Krissy_Lynn_-_ZZ_Finishing_School_Of_Fucking.html
https://pornve.com/t7gar4hrwg2i/Holly_Heart_-_The_Meeting.html
https://pornve.com/t7jz27ps37xs/Brazzers_-_Just_Jeans_Brazzers_Big_Wet_Butts_Xander_Corvus_Sarah_Banks_Brunette_Black_Hair_Blo.html
https://pornve.com/t7kc76g3v2qf/bex_20_03_14_cherie_deville_cumplimentary_training_session.html
https://pornve.com/t7myaqpkul0k/Brazzers_-_The_Pussy_is_Wetter_on_The_Other_Side_Brazzers_Real_Wife_Stories_Eva_Lovia_Latina_Nat.html
https://pornve.com/t7rvxuh21xm4/Lylith_Lavey_-_Overtime_Tits.html
https://pornve.com/t7t9v8zngkp0/Angela_White_-_Midnight_Cowgirl.html
https://pornve.com/t7vkgg9m0qxg/Jennifer_White_-_Catch_Of_The_Day.html
https://pornve.com/t7yuach9rjs2/Holly_Halston_-_Mommy_Likes_Porn.html
https://pornve.com/t80ni4yzktk3/Oiled_Facial_Britney_Amber_Interracial_Nurse.html
https://pornve.com/t80s8p3g63ug/Marsha_May_Asscrobatics_Big_Butt.html
https://pornve.com/t82b6df7uxm6/Kimmy_Granger_-_Hold_The_Phone.html
https://pornve.com/t845lxunwdam/Madison_Ivy_-_The_Assistants_Affair.html
https://pornve.com/t884ulx2eqdl/Brazzers_Extra_Perving_Out_on_the_Perv_Brazzers_BrazzersExxtra_Alektra_Blue_Monique_Alexander.html
https://pornve.com/t8a9tnaftdje/Halle_Hayes_-_Sharing_The_Bed.html
https://pornve.com/t8edl8jy1zau/Misty_Stone__Sarah_Banks_-_Like_Mother_Like_Daughter.html
https://pornve.com/t8ilh1qadmtt/Aleksa_Nicole_-_Dr_Slutlove_Syndrome.html
https://pornve.com/t8jwwyiyyqiv/Mommy_Got_Boobs_Yasmin_Scott__Keiran_Lee_When_Dads_Away_Stepmom_Will_Play.html
https://pornve.com/t8n5fipt6az4/Bethany_Benz_-_Swamp_Buggy_Booty.html
https://pornve.com/t8p0hwb3h3b8/Jasmine_Jae_-_Quid_Pro_Blow.html
https://pornve.com/t8pnlxobthxk/Cherie_Deville_Stuck_On_Your_Mom_XXX_KTR_DailyPorn.html
https://pornve.com/t8psiuqfp3fg/MomsLickTeens_Cory_Chase_And_Kirsten_Lee_-_16_06_21.html
https://pornve.com/t8vuclbdx5zr/Monique_Alexander_-_The_Hardest_Exam.html
https://pornve.com/t8xfz00olhnm/Sara_Luvv_-_You_Blew_My_Job.html

https://pornve.com/t92pcpgmy3t4/Kat_Dior_-_Kat_Got_Your_Dick.html
https://pornve.com/t99bkahpwzfb/Tana_Lea_Ricky_Johnson_-_Cougar_Training_-_Mommy_Got_Boobs.html
https://pornve.com/t9cwsp3khp33/Nikki_Benz__Briana_Banks_Doctor_Sluts.html
https://pornve.com/t9kyxwphf2c5/Kira_Queen_Catching_On_To_Stepmom.html
https://pornve.com/t9lse3j6rf1a/Lacy_Lennon_-_Scentual_Healing.html
https://pornve.com/t9ntv1fesp04/Lela_Star_-_Seeing_Double.html
https://pornve.com/t9sa5qev7ge0/Couples_Seduce_Couples_18_2015_Donna_Bell__Kiara.html
https://pornve.com/t9t1gblitlh5/Olivia_Austin_-_All_Dolled_Up.html
https://pornve.com/t9cvwp7onds/Moriah_Mills_-_Babysitter_Got_Boobs.html
https://pornve.com/t9zcs8cfr71u/Queen_Of_Thrones.html
https://pornve.com/ta1rgxqdn4tx/Chanel_Preston_-_Clean_Office_Filthy_Whore.html
https://pornve.com/ta4zgzgifo0ys/MommyGotBoobs_Alura_Jenson_-_My_Son_In_Law.html
https://pornve.com/ta9h3kdh0ep3/Angelina_Valentine__Rebeca_Linares_-_Open_Your_Fucking_Mouth_And_Eat_My_Cunt.html
https://pornve.com/tabb32tvrroi/Jessa_Rhodes_-_A_Dose_Of_Cock_For_Co-Ed_Blues.html
https://pornve.com/tacacmvnesxr/Lana_Violet_-_Do_Whatever_You_Want_To_Me.html
https://pornve.com/tad9qoyju5ak/Janet_Mason_-_Milf_Massage.html
https://pornve.com/tauar9uyhmut/Aidra_Fox_-_Au_Pair_Oh_My.html
https://pornve.com/tay7p0qq5zi4/GFRevenge_Titties_out.html
https://pornve.com/tb118qfyw09i/All_Naughty_Part_2.html
https://pornve.com/tb15swy34jnz/Lezley_Zen_-_Lets_Fuck_The_Landlady.html
https://pornve.com/tb3u48helzlx/Phoenix_Marie_-_Bubble_Butt_Gets_A_Juicy_Double.html
https://pornve.com/tb9u8udlaxbg/Stormy_Daniels_-_Stormys_Secret.html
https://pornve.com/tbd16jau6gnk/Teens_Like_It_Big_Brazzers_Jillian_Janson_Mark_Ashley_Best_Kept_Secret_R.html
https://pornve.com/tbgovz9zo9al/Amber_Ashlee_-_Saturday_Night_Beaver.html
https://pornve.com/tbi32tf3a8pw/busty_ashley_adams_anal.html
https://pornve.com/tbqr30u34tup/Candy_Manson_-_Anal_Beads_And_A_Shower_Fuck.html
https://pornve.com/tbuhyatsc55u/Slip_It_In_4_S2_Big_Dick_Taker_Ally_Tate.html
https://pornve.com/tbv83nih3fe6/Monster_Curves_-_Realitykings_-_Kayla_Kaden_Jessy_Jones_-_My_Night_With_Kayla.html
https://pornve.com/tbwq9oxi2ohd/Tabitha_Stevens_-_It_Wasnt_Me_Teacher.html
https://pornve.com/tc9jq8kidm0l/Brazzers_-_Diamond_Jackson_Brazzers_Porn_School.html
https://pornve.com/tcahuc6ctadc/Rachel_Starr_-_Sneaky_Spinning_-_Sneaky_Sex_-_Reality_Kings.html
https://pornve.com/tcbhujdmvr2t/Lauren_Phillips_Xander_Corvus_-_Sweeten_The_Deal_-_Sneaky_Sex_-_Reality_Kings.html
https://pornve.com/tces84s0xp6d/Reality_Kings_MILF_Hunter_36_40201541_Scene_6_Stacy_Savage.html
https://pornve.com/tclptddkzum9/Tommie_Jo_-_MILF_In_The_Closet.html
https://pornve.com/tcrzj3v48s83/Anny_Aurora_-_A_Very_Anal_Maid.html
https://pornve.com/tcuk5zx7yvbu/plib_20_03_07_janice_griffith_watch_party.html
https://pornve.com/tcx9nfir0e5w/Brazzers_Alison_Tyler_Johnny_Sins.html
https://pornve.com/td0s976jru7v/Bridgette_B_-_Wet_Spots.html
https://pornve.com/td0vhqmzx3py/Nicolette_Shea_-_Amadom_Shea_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/td47gnvb3rct/Diamond_Foxxx_-_Squeezing_In_A_Quickie.html
https://pornve.com/td53mr58cp9t/Brandy_Aniston_-_Schoolhouse_Cock.html

https://pornve.com/td9jmiqqoin3/Peta_Jensen_-_Peta_Pays_Your_Cock_A_Visit.html
https://pornve.com/tdb9nh6ztejx/Sarah_Vandella_-_Switchblade_Slut.html
https://pornve.com/tddju3k3sq9x/Reagan_Foxx_-_My_Husband_Is_Right_Outside.html
https://pornve.com/tdjop8al7s32/Summers_Is_Juicy_She_Is_Zoo_Small_And_Juicy_See_How_Here.html
https://pornve.com/tdkgztgcw2y4/Harder_Longer_Satisfyer_Compilation.html
https://pornve.com/tdko22p7dlqu/Aubrey_Black_Gia_Derza_Ricky_Spanish_-_A_Good_Mentor_-_Moms_In_Control_-_Brazzers.html
https://pornve.com/tdln20cr8l4y/Moriah_Mills_-_Bending_And_Tending.html
https://pornve.com/tdosxcm9bjz5/Jarushka_Ross_-_If_You_Go_Down_To_The_Woods_Today.html
https://pornve.com/tejn26b04ps1/Mena_Li_-_Sweet_treat.html
https://pornve.com/teqhytp95ab2/All_Good_PSP_Tori_Black.html
https://pornve.com/terwrz945jkd/Andy_San_Dimas_-_New_Neighbourhood_Slut.html
https://pornve.com/teuztl6hut19/bt4w_P3ta_J3nsen_480p.html
https://pornve.com/texhir9hp1rm/Angela_White_-_Forest_Nymph-o-Maniac.html
https://pornve.com/tf1weyl4oilc/Dana_DeArmond_Van_Wylde_-_Pristine_In_Pantyhose_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/tf3l2makl2sd/Kayla_Carrera_-_CEO_Stands_For_Cunt_Eternally_Open.html
https://pornve.com/tf40ygpsd5l6/Lilly_Bell_-_What_We_Had_Was_Special.html
https://pornve.com/tf7kx95mptdi/Remy_LaCroix_Keiran_Lee_-_Remys_Ring_Toss_Remastered_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/tf7s2k5ukobn/Diamond_Foxxx__Tiffany_Bannister_-_Cops_And_Daughters.html
https://pornve.com/tf9jmp4llzyn/Brazzers_-_Avoiding_Dicktention.html
https://pornve.com/tfbt46kyucsx/Phoenix_Marie__Sadie_Swede_-_The_Whorriors.html
https://pornve.com/tfcroduqoyt1/Cory_Chase_Xander_Corvus_Cockervention.html
https://pornve.com/tfd4rin3v3l7/Pokemon_Go_XXX_Parody_Alexa_Tomas_Ella_Hughes_Patty_Michova.html
https://pornve.com/tff1jgzbmlwd/Halie_James__Kerry_Louise_-_Sea-Do_Me.html
https://pornve.com/tfh896p69kob/Jade_Aspen__Megan_Vaughn_-_My_Bikini_Bodys_Better.html
https://pornve.com/tfit9bjmt7yy/eager_teen_cutie_slobbers_all_over_your_knob_40141.html
https://pornve.com/tfkl59f09yz1/Rahyndee_James_-_Runaway_Boobs.html
https://pornve.com/tfu8dzj5c66j/Bree_Olson_-_Ass_Sundae.html
https://pornve.com/tg0betp8cw4g/Liza_Del_Sierra_-_Jizz_Quiz.html
https://pornve.com/tg3f0rqtd0k8/Christie_Stevens_Jessy_Jones_-_The_Slutwalker_-_Milfs_Like_It_Big.html
https://pornve.com/tg4f3d8gbuki/Rich_Fucks_-_Part_3.html
https://pornve.com/tg60hf2j7p3h/Amia_Miley_-_My_Roommates_Hot_Girlfriend.html
https://pornve.com/tg6mgnc6yes1/Diana_Doll_-_Pool_Boy_Let_Me_Try_Out_Your_Pole.html
https://pornve.com/tg7p2bogm75a/Giselle_Palmer_-_Slow_And_Sexy.html
https://pornve.com/tg88qeo9xtcl/The_Unforgettable_Anniversary.html
https://pornve.com/tgdf2qt9vjof/Gianna_Dior_Oliver_Flynn_-_Fucking_Around_Between_Takes_-_Teens_Love_Huge_Cocks.html
https://pornve.com/tghfz80ut9pm/Luna_Star_Scott_Nails_-_Kings_Spa_Luna_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/tgodu57mikbs/Lavish_Styles_-_Upgrade_You.html
https://pornve.com/tgsrfkqnfrj9/Brazzers_-_Amia_Miley_And_Nicole_Aniston_Sharing_Her_Side_Piece.html
https://pornve.com/tgtymt0fcojw/Isabelle_Deltore_Keiran_Lee_-_Praise_The_DJ_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/tgyroloqcwz0/Big_Tits_In_History_Part_3.html

https://pornve.com/tgzdn7vfo5tp/Carmen_McCarthy_-_Cock_Research.html
https://pornve.com/th627oioytv8/Asa_Akira_-_Pussy_Is_The_Best_Medicine.html
https://pornve.com/th782zf60od9/Kelsi_Monroe_-_The_Cl-ass-ic_Gymnast.html
https://pornve.com/th79ggbrgd76/Monique_Alexander_Charles_Dera_-_Remote_Controlled_Boss_-_Big_Tits_At_Work_-_Brazzers.html
https://pornve.com/thep4iih5mdt/btaw_aletta_ocean_ap080414_12000.html
https://pornve.com/thfum12gpk86/Abigail_Mac__Cherie_Deville_-_Sex_Addicts_Anonymous.html
https://pornve.com/thjxetdlx4yl/Devon_Michaels_-_MMA_Tits.html
https://pornve.com/thkdsbwzjxn0/Jessie_Andrews__Joslyn_James_-_Maid_To_Obey.html
https://pornve.com/thkvwmdmtmt1/MilfsLikeItBig_-_Reagan_Foxx_Feeling_Up_The_Fashion_Girl_.html
https://pornve.com/thwgs9kylvma/Lisa_Ann_Ass_Licking_Real_Wife_Stories_Winner_Winner_Sex_During_Dinner.html
https://pornve.com/ti0o3b541duc/Jezebelle_Bond__Karmen_Karma_-_Shagging_In_The_Shower.html
https://pornve.com/ti15pzx00ozg/Casey_Cumz__Charity_Bangs_-_The_Twilight_Hoes.html
https://pornve.com/ti6rmb7lnc26/Janice_Griffith_-_The_Hand__Foot_Job.html
https://pornve.com/tif5tpy00lhs/Brazzers_-_Cunt_Cern_Mothers_of_America.html
https://pornve.com/tigwm5b1l62y/Bridgette_B_-_Brazzers_Taxi_Service.html
https://pornve.com/tiktcnu7pnr4/BrazzersExxtra_-_Ana_Foxxx_Dripping_The_Ball.html
https://pornve.com/tims0g76ti2o/Krissy_Lynn_-_Suburban_Slut_Story_-_2.html
https://pornve.com/tiojuzmjtw29/WeLiveTogether_Darcie_Dolce_And_Lena_Paul_Back_To_School_.html
https://pornve.com/tiokom022to3/Dyanna_Lauren__Harmony_Paxson_-_Bikini_Wax_To_Beaver_Lovin.html
https://pornve.com/tir9m2aio5e2/Skye_Blue_-_Skyes_The_Limit.html
https://pornve.com/tis19rij04m1/Jessie_Volt_-_Addicted_To_Ass_Massages.html
https://pornve.com/titmeawgbq70/Staci_Carr_-_Sticking_A_Cork_In_Her.html
https://pornve.com/tivpriebfpqh/GFRevenge_Look_back_at_it.html
https://pornve.com/tivxlf6ch6vf/Alice_Coxxx_-_Sister_Of_The_Bride.html
https://pornve.com/tiwfpkfinwke/Ava_Koxxx__Georgie_Lyall_-_Whoronation_Street.html
https://pornve.com/tj408smmmh3d/Samora_Morgan_-_Dildo_Blocking.html
https://pornve.com/tj5grit1lkq2/Skylar_Price_-_Heart_Shaped_Butt.html
https://pornve.com/tjaulqz31mnc/Jenna_Foxx_-_Seeing_Eye_Dick.html
https://pornve.com/tjh6oacea81o/Phoenix_Marie_Work_That_Ass.html
https://pornve.com/tjhlgifsvckv/Jaye_Summers_-_Take_Me_Home.html
https://pornve.com/tjk68u1vx1xf/Krissy_Lynn_-_Take_Me_Seriously.html
https://pornve.com/tjke2aduoz8a/The_Yoga_Babe_VS_the_Voyeur_Brazzers.html
https://pornve.com/tjofjn8vmgtg/Shay_Sights_-_Bride_Of_Frankendick.html
https://pornve.com/tjrzv0yxasum/Brazzers_-_Keisha_Grey_Trying_On_My_Sisters_Husband.html
https://pornve.com/tjtrdigogz5d/Erotic_Art_Charles_Dera_Jaye_Summers.html
https://pornve.com/tjvv1bfg99cf/Alice_Fabre_-_Manic_Pixie_Cream_Girl.html
https://pornve.com/tjwmorcpnmt0/Rebecca_More_-_Lean_Clean_Reaming_Machine.html
https://pornve.com/tk2crkozaxwk/Julia_Ann_-_Riding_The_Mountain.html
https://pornve.com/tk3xjs7757yp/DareDorm_Halloween_Bash.html
https://pornve.com/tk4tgyl9m2au/The_Swap_-_Nina_Elle__Karma_Rx_-_Reality_King.html
https://pornve.com/tk52gmdomod0/Bonnie_Rotten_And_Mia_Malkova.html
https://pornve.com/tk6juyog3etf/Ryan_Smiles_-_All_Smiles.html
https://pornve.com/tk7yjnziqbn7/madison_Ivy_Published_On_41_Minutes_Ago_Category_Amateur_Madison_Ivy_Fucks_On_The_Car_MILF_Pornstar_Madison_Ivy_Tags_Hard_Core.html

https://pornve.com/tkcessq20pu8/Shawna_Lenee_-_The_Fulfilment_of_Shawna_Lenee.html

https://pornve.com/tkex8aumwqm8/Nikki_Sexx_-_Milk_And_Boobies.html

https://pornve.com/tkggfs1p3eo8/Paris_White_Charles_Dera_-_Chick_Flicks_And_Chill_-_Teens_Love_Huge_Cocks_-_Reality_Kings.html

https://pornve.com/tkir59t9k3o3/Luna_Star_-_Sex_Is_The_New_Green_Energy.html

https://pornve.com/tkjke8fetzhm/Romi_Rain_-_Doctor_Cum_Control.html

https://pornve.com/tklbf2agv36o/Nicki_Hunter_-_All_Purpose_Ass.html

https://pornve.com/tkpl1fhdrli4/Anal_All_Good_New_Cathy_Heaven_And_Danny_DAnal.html

https://pornve.com/tkqmdf3j0t9l/Gia_Derza_-_Lost_And_Found_-_Reckless_In_Miami_-_Reality_Kings.html

https://pornve.com/tl3qnd2ht126/Kleio_Valentien_-_This_Evenings_Girlfriend_-_Part_2.html

https://pornve.com/tlbhqoyca1yp/Carmella_Bing_-_New_Opportunities.html

https://pornve.com/tlf1ono00uin/bbc_story_compilation.html

https://pornve.com/tlgblj05esrq/Amber_Ashlee_-_Sassy_Bitch.html

https://pornve.com/tlkjqsqgfwpb/Holly_Halston_Xander_Corvus_fuck_in_the_pool_underwater_MILF_Huge_Tits_Black_Hair_Mom_Big_Tits_figarommn.html

https://pornve.com/tllzk58nkb7p/StreetBlowJobs_-_Vera_Drake_Banging_Vera.html

https://pornve.com/tlmueuna77ve/Maya_Hills_-_Unhooking_A_Hook-Up.html

https://pornve.com/tlndul9zuc31/Sneaky_Sex_Honey_Gold_Massage_Revenge_Fuck.html

https://pornve.com/tlplkyb91fsn/bex_mia_malkova_kl012914_1000.html

https://pornve.com/tlqw3zair21k/Amateur_fucks.html

https://pornve.com/tlx42abmk87b/Katrina_Jade_Exchange_of_Favors_Brazzers.html

https://pornve.com/tlz4amxl1tau/Sienna_Day_-_Fuck_Your_Way_Out_Of_The_Friend-Zone.html

https://pornve.com/tm1kn94rpwqn/Jessie_Saint_Xander_Corvus_-_Grab_N_Go_-_Reckless_In_Miami_-_Reality_Kings.html

https://pornve.com/tm1rdh58j8de/Look_Under_The_Bed.html

https://pornve.com/tm1sxq4qxucr/Casey_Calvert_-_Professional_Pussy_Protection.html

https://pornve.com/tmcexhiq46uh/Amy_Brooke_-_I_Can_Walk.html

https://pornve.com/tmgb9hz5etmt/Dana_Vespoli_-_Giving_Back.html

https://pornve.com/tmhzt5rpipjw/New_Aidra_Fox_-_Lemonade_Stand.html

https://pornve.com/tmoa9lf6o298/Jayden_Jaymes_-_Casual_Friday.html

https://pornve.com/tmpbxhbuxo2b/Caught_On_Cumming_Camera.html

https://pornve.com/tmrddf0omto7/Codi_Bryant__Savannah_Stern_-_Swapping_Mates.html

https://pornve.com/tmupybmsy2fg/Jasmine_Jae__Porsha_Sins_-_Nympho-Insomniac.html

https://pornve.com/tmyeyujjrh7v/Shutter_Seed_Alison_Tyler.html

https://pornve.com/tn16vhw2o6qh/Dare_Dorm__Aubrey_Sinclair_Ivy_Wolfe__Nicole_Rey_2017HD.html

https://pornve.com/tn1sdqdd2i82/Eliza_Ibarra_-_Diving_For_A_Good_Dicking.html

https://pornve.com/tn2a1rhkv4lt/Shy_Love_-_Slacking_On_The_Job.html

https://pornve.com/tn3x82azfmkj/Melina_Mason_-_Cuntsumer_Service.html

https://pornve.com/tn7f8t1s99j2/EuroSexParties_Zoe_Doll_Julia_Roca_Legs_Up_Cock_In_-_13_11_2016.html

https://pornve.com/tn7phew61bbd/Veronica_Rayne_-_Teachers_Pets.html

https://pornve.com/tn9ujkii1d6o/Marica_Chanel_-_Naughty_Nurses_First_Day.html

https://pornve.com/tna12qfss6i7/Bridgette_B_40Free_Anal41_SD_NEW_MARCH_232016.html

https://pornve.com/tne5jzj1fuw4/Haley_Cummings_-_Slut_Over.html

https://pornve.com/tni3kty15hq2/BrazzersExxtra_19_09_25_Bridgette_B_Its_A_Sausage_Fest_XXX.html

https://pornve.com/tnvyxddzfd37/Christie_Stevens_-_The_Anal_Method.html

https://pornve.com/tnxwapvfgqr8/Jenna_Presley__Juelz_Ventura__Krissy_Lynn__Nicole_Aniston_-_In-Tit-Pendence_Day.html

https://pornve.com/tnydtc8qo9fx/Lenina_Crown_-_Upgrading_My_Room.html

https://pornve.com/tnyy2q48srla/Bonnie_Rotten__Zoey_Monroe_-_Squirt_Training.html

https://pornve.com/to35h1bq004w/Karma_Rx_Johnny_Sins_-_Humping_My_Chakras_-_Dirty_Masseur_-_Brazzers.html

https://pornve.com/to6b1suickcz/Kendra_Lust_Alex_Legend_-_Giving_Stepmom_What_She_Wants_-_Mommy_Got_Boobs_-_Brazzers.html

https://pornve.com/to89ugybso5i/BrazzersExxtra181022BonnieRottenHeCameAtNightPart1.html

https://pornve.com/to9g7ej91a4y/Kiara_Mia_Donald_Trump_Hilary_Clinton_Messican.html

https://pornve.com/tobsi12ju2pb/Shalina_Devine_-_Eat_Me_Out.html

https://pornve.com/tofzfrb5xuov/Brooklyn_Chase_-_Hosed_Up_Hos_Down.html

https://pornve.com/tognb3bua9kr/Brazzers_Sister_in_Law_Means_Well.html

https://pornve.com/toicg3wfe3fg/Brazzers_All_Dolled_Up_watch_online_for_free_YesPornPlease.html

https://pornve.com/toxa5s7zylyj/MoneyTalks__RealityKings_Alice_March_Adrian_Maya_And_Raven_Redmond_-_Hot_Dog_Stand.html

https://pornve.com/toy702l1yfev/Dani_Jensen__Pepper_Foxxx_-_Reaching_A_New_Way_To_Sex.html

https://pornve.com/tp2u1wswvua5/Money_talks_haulin_ass_big.html

https://pornve.com/tp4iba0oi74c/Demi_Lowe_Damn_Demi.html

https://pornve.com/tp8isocppzfv/Kristal_Summers_-_Laid_By_The_Maid.html

https://pornve.com/tpa7zlcdj2fa/Melina_Mason_-_Being_Bad_Episode_3.html

https://pornve.com/tpbxnwzro81t/Angel_Dark_-_Pound_That_Ass_Into_Shape.html

https://pornve.com/tps9nm9pj1yo/Anna_Bell_Peaks_-_Putting_Her_Feet_Up.html

https://pornve.com/tpv9wx3f6xoj/Rae_Lil_Black_-_Black_Out.html

https://pornve.com/tpxuhpvf0vqt/Brooklyn_Blue_Danny_D_-_Are_You_Even_A_Doctor_-_Doctor_Adventures_-_Brazzers.html

https://pornve.com/tpzrkuycrg5d/Monique_Alexander_How_To_Become_A_Pornstar_In_8_Easy_Inches.html

https://pornve.com/tq07kjfcc4l1/Veronique_Vega_-_Latina_Beauty.html

https://pornve.com/tq1o4fxeuhdt/Carmel_Moore_-_The_Cure_For_Claustrophobia.html

https://pornve.com/tq85biwx7li3/Alexis_Texas_-_Desperate_Housewife_Domination.html

https://pornve.com/tqbcjhr23fuj/Bella_Rolland_Scarlit_Scandal_Van_Wylde_-_Rough_And_Raunchy_Group_Fuck_-_Brazzers_Exxtra_-_Brazzer.html

https://pornve.com/tqf0brfmayah/Krystal_Orchid_-_The_Scarlett_A.html

https://pornve.com/tqh65pn0dxv1/Bunk_Bed_y_Bang_Brazzers.html

https://pornve.com/tqhmp2tgea4t/Rebeca_Linares_-_Big_Butt_Cake.html

https://pornve.com/tqi7tr4ac7wp/Brooke_Brand_-_Going_Bananas_With_Brooke.html

https://pornve.com/tqwmaxwt53rl/Skyla_Novea_-_Your_Dick_Roommates_Dick.html

https://pornve.com/tqwt4ip2yvbo/Natalie_Brooks_-_Bad_Ballerina.html

https://pornve.com/tqxtuqcsefyk/Lela_Star_Johnny_Sins_-_Riding_The_Wife_-_Real_Wife_Stories.html

https://pornve.com/tr25tbcfpm8b/nikki_benz_foursome.html

https://pornve.com/tr6bt6u2xhk1/Devon_Michaels_-_Get_Out_Of_My_Dreams_And_Into_My_Pussy.html

https://pornve.com/trbfms6quj01/SneakySex_Fly_Me_To_The_Poon.html

https://pornve.com/trd3myq6u40a/Jaclyn_Tayloris_A_Mummy_With_Issues.html

https://pornve.com/trfdkzkbaw60/Synthia_Fixx_The_Milf_In_The_Mirror_Mommy_Issues_4.html

https://pornve.com/trjris6rw7l3/Madison_Ivy_Mick_Blue_-_A_Massage_With_A_View_-_Dirty_Masseur_-_Brazzers.html

https://pornve.com/trk6foid9y07/Gina_Valentina__Melissa_Moore_-_Perfect_Strangers.html
https://pornve.com/trkvhdualfme/Giselle_Palmer_-_Therapeutic_Fuck.html
https://pornve.com/trnote0qnbbo/Lisa_Ann_Isiah_Maxwell_-_Lisa_Anns_Lover_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/trp93n9bkxg8/The_Floor_Massage_Brazzers.html
https://pornve.com/trr4mjgngwv6/BrazzersExxtra_19_07_16_Karissa_Shannon_X_Marks_The_Spot_XXX_SD.html
https://pornve.com/trsmiqafouir/Franceska_Jaimes_Anal_Teacher.html
https://pornve.com/trsqa1ufd7we/Aletta_Ocean_-_Cock_Bath_By_A_Tight_Ass.html
https://pornve.com/ts0phprm4dbd/Katerina_Kay_-_Hot_Fuck_Sundae.html
https://pornve.com/ts16ms34pfbr/Leya_Falcon_-_Defiance_In_The_Office.html
https://pornve.com/ts4byurflgqi/dwp_20_04_12_aidra_fox_aidra_gets_her_fill.html
https://pornve.com/ts4j3t1gfpw4/Dylan_Daniels__Lolo_Punzel__Parker_Swayze_-_Friendly_Fuck.html
https://pornve.com/tsf6zelbkvbn/LilHumpers_2_S5_Christie_Stevens_The_Sunscreen_Asshole.html
https://pornve.com/tsgilxgqtfsa/Anya_Ivy_Hardcore_Ass_-_Family_Affairs_Part_2.html
https://pornve.com/tshpheubr7wf/Abigail_Mac_-_White_Coat_Pink_Pussy.html
https://pornve.com/tsi3t2yptmvy/Turning_Party_Tricks_brazzers.html
https://pornve.com/tsk6m8ewqojk/Rachel_Starr__Voodoo_-_Star_Quality.html
https://pornve.com/tslptka7crxq/Veronica_Avluv_-_The_Right_Fit.html
https://pornve.com/tstf7ac6qgp7/Baby_Batter_Cakes_Kayla_Kayden.html
https://pornve.com/tsx0tebwdtm1/Kendra_Spade_-_Bush_Is_Better.html
https://pornve.com/tsxu92vbyz7j/Ass_No_Questions_Spray_No_Lies_Brazzers_Franceska_Jaimes_SD_White_Girl_White_Guy_Blowjob_Oiled.html
https://pornve.com/tszyzqo3jgaq/Jada_Stevens_and_Sheena_Shaw_anal_bigass_threesome.html
https://pornve.com/tt0x7r7v4x9f/_Reality_Kings_-_Lana_Rhoades_fucks_Darcie_Dolce_with_a_strap_on_.html
https://pornve.com/tt29akkn3ji7/Audrey_Bitoni_-_Fucked_On_The_Fourth_Of_July.html
https://pornve.com/tt40geshjr7i/Vienna_Black_-_Reiki_For_Her_Pussy.html
https://pornve.com/tt7mokokr7k2/DAREDORM_80_In_It_To_Win_It_2of2.html
https://pornve.com/tta4i2jt0r80/Abella_Danger_-_Sneaking_In_The_Back_Door.html
https://pornve.com/ttbhihei9spe/Sarah_Jessie_-_My_Stepmoms_New_Boobs.html
https://pornve.com/ttiwavzbn2kt/Lisa_Ann_Lisa_Anns_Lover.html
https://pornve.com/ttjjhgk0ghtk/Lexi_Ward__Tamara_Grace_-_Fitting_Right_In.html
https://pornve.com/ttnf3n5pxx79/bt4s_m3a_m3l0ne_480p.html
https://pornve.com/ttr01z3oxecr/Ghostbusters_XXX_Parody.html
https://pornve.com/tttj9ugz7eut/Money_Talks_call_of_the_wild_big.html
https://pornve.com/tty6xv6mz69b/Brandy_Aniston_-_Country_Rubes_Have_The_Greatest_Boobs.html
https://pornve.com/tu1vwjgiej8i/Brazzers_-_Jumping_for_jizz.html
https://pornve.com/tu30224ai5uj/Kayla_Kayden_-_Kayla_Wants_Her_Doctors_Goo.html
https://pornve.com/tu36sztmrp0i/Savannah_Sixx_-_Prettier_In_Pink.html
https://pornve.com/tucc2g3f3smz/Honey_Moon_-_Feel_The_Burn.html
https://pornve.com/tunu0ikreqgu/Secret_Society.html
https://pornve.com/tuu9p84co5tw/Jaclyn_Taylor__Jessica_Jaymes_-_That_Fucking_Bitch_-_Part_2.html
https://pornve.com/tv00k8xn6r1q/Jane_Douxxx__Kissa_Sins_-_Peep_Show_Nurses.html
https://pornve.com/tv1zmj6tg5g4/Brazzers_Live_-_23.html
https://pornve.com/tvc14i7bn43x/Eva_Notty_-_Welcome_To_The_Neighborwhore.html

https://pornve.com/tvcltgdwwhu7/Kendra_Lust_-_Breast_Of_The_Breast.html
https://pornve.com/tvdocxxuccxp/Kimberly_Kendall_-_Ask_Me_Anything_About_My_Big_Boobs.html
https://pornve.com/tvmdmm5opy3c/Stella_Cox_-_The_Scoundrel_Ruins_A_Sleepover.html
https://pornve.com/tvnhkt24y9t2/Eva_Notty__Janice_Griffith_-_Its_Too_Big.html
https://pornve.com/tvo0ln6ha1l8/Kelsi_Monroe__Keiran_Lee_-_The_Cl_ass_ic_Gymnast.html
https://pornve.com/tvtvw22fwk4n/Aurora_Jolie_-_Reconstruct_My_Hymen.html
https://pornve.com/tvuv3kxjubg6/Holly_Halston__Noelle_Easton_-_Like_Mother_Dyke_Daughter.html
https://pornve.com/tw156cd2c8m6/Isis_Taylor_-_New_Intern_New_Cum_To_Taste.html
https://pornve.com/tw2wz7yc3c51/Gabbie_Carter_Easy_Ride_Her.html
https://pornve.com/tw3hl02aq7t7/HALLOWEEN_Days_of_Future_Past_Porn_Parody_ejaculation.html
https://pornve.com/tw8xfgm1wbxd/Layla_Sin_-_Sexy_As_Sin.html
https://pornve.com/twcyfzm3bmzo/Sample_my_snatch.html
https://pornve.com/twfrxsugza36/Lylith_Lavey_-_Hitched_And_Ditched.html
https://pornve.com/twjl08oa1mh7/Giselle_Palmer__Lena_Paul_-_Putting_The_D_In_Divorce.html
https://pornve.com/twl6dqhhzfa6/Alix_Lynx_-_Daddys_Hardest_Worker.html
https://pornve.com/twnek0xt3ml0/Britney_Foster__Sophia_Santi_-_Spotless_Cunt.html
https://pornve.com/twoa2lqyaine/Lezley_Zen_-_Fuck_At_First_Sight.html
https://pornve.com/twptuhrst5qs/Synthia_Fixx_Sex_Toy_Story.html
https://pornve.com/tww3zu3rmhmc/Pornx_Brazzers_Big_Booty_Ebony_Sarah_Banks_Gets_her_Bubble_Butt
_Drilled_Brazzers.html
https://pornve.com/twx3f25zp5a7/Abella_Danger_-
_Latina_rides_BBC_as_her_bubble_butt_bounces_over_stockings.html
https://pornve.com/twzccoana96x/Madison_Scott_-_Cream_Flows_Out.html
https://pornve.com/tx07n3uro74b/Romi_Rain_-_Pounded_By_The_Pool.html
https://pornve.com/tx0sw9fogc3y/Chanel_Preston_Chad_White_-_One_Lucky_Butler_-
_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/tx632nrb82wk/Hot_Decorator_Milf_Lela_Star_Markus_Dupree.html
https://pornve.com/tx877wq647b0/Breanne_Benson_-
_Ive_Got_Spirit_Yes_I_Do_Ive_Got_Spirit_And_Ill_Swallow_Your_Goo.html
https://pornve.com/tx9c19qei8ol/Alanah_Rae_-_Nurse__Doctor_Play_While_Patients_Away_-
_DoctorAdventures.html
https://pornve.com/tx9mklef4pa3/RKPrime_Honey_Gold_Massage_Revenge_Fuck.html
https://pornve.com/txdkhmndhi95/Sidney_Alexis_-_Locked_Out.html
https://pornve.com/txdlrf5t2i2z/Eva_Elfie_-_Playing_With_Eva_-_Day_With_A_Pornstar_-
_Brazzers.html
https://pornve.com/txff57jweur7/Brittney_Skye__Shyla_Stylez_-_Free_Ass_Ride.html
https://pornve.com/txi9u0qf684f/RealityKings_Sheerly_Sexy_Monster_Curves_Yanki_Shaft_Ava_Black.html
https://pornve.com/txjroc34cudm/Lily_Lane_-_Jailhouse_Fuck_Four.html
https://pornve.com/txkp62yov6r2/Emma_Heart_-_Anal_Sacrifice.html
https://pornve.com/txmxzznrbmdm/Rhyse_Richards_-_Foreign_Body.html
https://pornve.com/txp2zkhw9t0n/LilHumpers_3_S5_Dee_Williams_Hotel_Humper.html
https://pornve.com/txralojouacl/Brandi_Love__Janice_Griffith_-_Help_Wanted_In_A_Big_Way.html
https://pornve.com/txtfbojl7zr7/Brazzers_-_Nicoles_Oasis.html
https://pornve.com/txua3szmywux/Hottest_Teen_Creampies_Compilation.html
https://pornve.com/txw46haejvb7/Brazzers_Big_Wet_Butts_Ass_Safari_Kat_Dior.html
https://pornve.com/txx5400lo3vi/Madison_Ivy_as_Cleopatra_the_goddess_of_ass_love_HD.html
https://pornve.com/ty3dbugoaoh8/Brazzers_Live_-_42.html
https://pornve.com/ty4w5x8tw30q/Katana_Kombat_-_Sex_With_The_Therapist.html

https://pornve.com/ty8103doe0ot/TeensLikeItBig__Brazzers_Kylie_Nicole_-_Teen_Trophy_Wife.html
https://pornve.com/tyf83uc625h0/Cyrstal_Rae_Alexis_Fawx_Tempting_Cyrstal.html
https://pornve.com/tyfgoojj1cy0/Eva_Notty_-_ZZ_Pizza_Party.html
https://pornve.com/tyjrpjdqn4h9/BrazzersExxtra_19_08_29_Alyssa_Reece_-
_You_Agreed_To_This_XXX.html
https://pornve.com/tykx7rtkrw8f/EuroSexParties_Alice_Miller_Mika_-_Double_Love.html
https://pornve.com/tylkioo3b2uf/Kendra_lust_fucks_her_friends_son.html
https://pornve.com/tyqdkjjhdrl0/Casey_Cumz_-_The_Stepdad_And_The_Schoolgirl.html
https://pornve.com/tyrd5fi5fz4h/Hillary_Scott_-_Dirty_Pigs.html
https://pornve.com/tys73rprdd7g/Lucky_Thief.html
https://pornve.com/tyu18qzcdjmd/Money_Talks_incum_taxed_big.html
https://pornve.com/tz21ruwp1as1/BigButtsLikeItBig__Brazzers_Amber_Chase_-
_Almost_Perfect_Girlfriend.html
https://pornve.com/tz4zuco5746m/Next_Whore_Neighbor.html
https://pornve.com/tz7a86v81oao/RealityKings_Just_A_Dip.html
https://pornve.com/tz7rdol2najz/Harlow_Harrison_Hot_Carwash.html
https://pornve.com/tz9thplghzqw/Yurizans_Cum_Addiction_Brazzers.html
https://pornve.com/tzimdfv2znqd/Courtney_Taylor_Keiran_Lee_-_Courtney_Lends_A_Helping_Hand_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/tzoip5zs9swm/Alena_Croft_-_Getting_It_On_With_My_Girlfriends_Mom.html
https://pornve.com/tzpe3rtqased/ZZ_Recruits_Agent_Katrina_-_Katrina_Jade__Bill_Bailey.html
https://pornve.com/tzpqhw9gs6u4/HotAndMean_17_04_15_Ryan_Conner_And_Elsa_Jean_Disciplining_His_
Mistress_XXX_-KTR.html
https://pornve.com/tzq7boz9o9wh/Ariella_Ferrera__Danica_Dillon_-
_The_Whorin_Warden_Returns.html
https://pornve.com/tzrx68ri7yut/Alexis_Fawx_-_Alexis_Dildo_Harvest.html
https://pornve.com/tzuae3armd83/Sara_Stone_-_Stone_Cold_Awesome.html
https://pornve.com/u00on4ancsk6/Jess_Scotland_Danny_D_-_Jess_Screams_Yes_For_The_Dress_-
_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/u03b0wb2lwf5/Andi_Anderson_-_Impale_My_Big_Wet_Ass.html
https://pornve.com/u03pygpxwm1h/Christie_Stevens_Balls_Deep_in_a_Blonde_Erik.html
https://pornve.com/u09r7wjwzz63/Gia_Milana_-_The_Sirens_Cry.html
https://pornve.com/u0d0mohl5ysq/Office_4-Play_-_Part_1.html
https://pornve.com/u0gep1wozzsw/Jayden_Jaymes_-_Campus_Security.html
https://pornve.com/u0gum7z2jily/Jazy_Berlin_-_Immediate_Vaginal_Plugging.html
https://pornve.com/u0ogqgzol9cn/Summer_Brielle_-_Spring_Break_Forever.html
https://pornve.com/u0pozfxohhfb/Kenzie_Taylor_Keiran_Lee_-_Blonde_Domme-Ination_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/u0rg9rckwq1p/Brandi_Love_Anya_Olsen_Brick_Danger__Meet_My_Stepmom.html
https://pornve.com/u0ugevwu88w9/Anny_Aurora_Erik_Everhard_-_Analyzing_Anny_-
_Mikes_Apartment_-_Reality_Kings.html
https://pornve.com/u0vap248e483/Layla_Rivera_-_Poon_Monsoon.html
https://pornve.com/u0vnout66kic/Devon_-_Til_Dick_Do_Us_Part_-_1.html
https://pornve.com/u0wgjsk4s89e/CumFiesta__RealityKings_Kacey_Quinn_-_Easy_Entry.html
https://pornve.com/u0wuk0olr1c0/Sophia_Fiore_-_Gymnasstics.html
https://pornve.com/u0zrt5ryo15b/Veronica_Avluv_-_Mistress_P_I_-_Brazzers.html
https://pornve.com/u13sjgn0yopb/Alexis_Monroe_-_ZZ_Courthouse_-_Part_1.html

https://pornve.com/u15q4o756f60/Jane_Wilde_Keiran_Lee_-_Oh_Its_THAT_Kind_of_Massage_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/u15uwlssmez6/Oh_Yeah_New_Peta_Jensen_Pays_Your_Cock_A_Visit.html
https://pornve.com/u16ytdh8mn6a/Jayden_Jaymes_-_Full_Anal_Tune-UP.html
https://pornve.com/u19u9clhwycd/MommyGotBoobs_Katie_Morgan_Booty_Call_With_My_Bro_s_Mom_29_03_2018_rq.html
https://pornve.com/u1a6pcmuhb5m/GFRevenge_London_Britches.html
https://pornve.com/u1bp5c495wyc/Abigail_Mac_-_Good_Fuck_For_You.html
https://pornve.com/u1e9nidcqygk/Tegan_James_-_Washing_Her_Mouth_Out_With_Cum.html
https://pornve.com/u1fir8phjdxc/Suns_Out_Tits_Out_BraZZers_HDRip.html
https://pornve.com/u1hwxmvf2ud7/Dani_Jensen_-_Penetration_Is_The_Foundation_Of_A_Good_Education.html
https://pornve.com/u1imrzoq13x5/Hillary_Scott_-_Eat_This_And_Review_It.html
https://pornve.com/u1jzn2tpwxc1/Madison_Ivy_Keiran_Lee_-_Kinky_Kidnap_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/u20mlpt8sn5o/BrazzersExxtra_Eliza_Ibarra_Cuff_Me_And_Fuck_Me.html
https://pornve.com/u26y3xwrn6g2/RoundAndBrown_15_11_06_Tara_Fox_Tap_That_Ass.html
https://pornve.com/u27ak6150yf5/DoctorAdventures181021BrettRossiGoingUnder.html
https://pornve.com/u2b8ku8klhz3/brazzer_sex_xtra_brazzers_megan_rain_peta_jensen_sibling_rivalry.html
https://pornve.com/u2gurqbeblqx/HD_New_Rachel_Starr_Best_Crying_BlowJob_Huge_Cock_All_The_Way_Down_720p.html
https://pornve.com/u2l1iqxje0st/Follow_That_Ass_Assh_Lee__Danny_D.html
https://pornve.com/u2mxddpflf5l/BigTitsAtSchool_August_Taylor_Whats_My_Grade_Again.html
https://pornve.com/u2nf083www1n/Alena_Croft_Tony_Rubino_-_Pool_Hall_Milf_-_Milf_Hunter_-_Reality_Kings.html
https://pornve.com/u2ozjiknzpmc/All_Naughty_Part_1.html
https://pornve.com/u2vmskup433a/Stacy_Cruz_Danny_D_-_Waking_Beauty_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/u2w9rdcgr5xz/Rose_Monroe_-_Buen_Culo_Brilloso.html
https://pornve.com/u2whli31os42/Devon_Michaels_-_MMA_Tits.html
https://pornve.com/u313oridn3xk/Violet_Starr_-_No_Fucking_Spoilers.html
https://pornve.com/u35o2n2f3xzg/BigTitsAtSchool_Brittany_Bardot_The_Submissive_Sub_-_18_07_16.html
https://pornve.com/u3arjzf1drto/Elsa_Jean_-_If_Dad_Wont_Help_Strangers_Will.html
https://pornve.com/u3dtgwthakqo/Brazzers_-_Busty_brunette_Chanel_Preston_gets_creampied_by_the_doctor_.html
https://pornve.com/u3m372qtwxhb/Maggie_Green_-_Naughty_Knockers.html
https://pornve.com/u3ulm7w3oti4/Jeanie_Marie_Sullivan_-_Stepmoms_Got_Game.html
https://pornve.com/u3v6yhh2nrfk/Alexis_Grace_-_Give_This_Man_Some_Titties.html
https://pornve.com/u3vihrwtf6ap/Dylan_Ryder_-_Zippity_Zappers_-_Brazzers.html
https://pornve.com/u3wj6e8t3hk5/Kiara_Mia_-_She_Does_What_She_Wants.html
https://pornve.com/u3yiggelquf4/Holly_Hotwife_-_Just_Ignore_Him.html
https://pornve.com/u3zgyy1zyct4/Abella_Danger_-_Vaginal_Stimulation_-_A_ZZ_Medical_Study.html
https://pornve.com/u40b934m1194/MonsterCurves_-_Nina_Kayy_Fuck_That_Frame.html
https://pornve.com/u42kbjpu8bcm/Rebecca_More_-_Massaging_Mrs_Moore.html
https://pornve.com/u4bgk6r5nw7t/Pornstars_Like_It_Big_Facial_Rachel_Roxxx.html
https://pornve.com/u4ciynhol7x9/Bridgette_B_-_Bridgette_By_The_Pool.html
https://pornve.com/u4ii5zktubr6/Ariana_Marie_-_I_Think_We_Should_Bang_Other_People_Part_1.html

https://pornve.com/u4j26pej8c2r/Kimmy_Lee_-_Fucking_And_Sucking_Her_Sons_Roommate_Clean.html

https://pornve.com/u4uivg1y4kju/Alison_Tyler_-_The_Study_Buddy.html

https://pornve.com/u4zav7scq2xx/Lela_Star_Zachary_Wild_-_What_To_Wear_-_Milf_Hunter.html

https://pornve.com/u4zxvtjelwjr/Ashley_Graham__Eva_Notty_-_Strip_Search_Sluts.html

https://pornve.com/u54xqagjtfka/Alex_Chance__Ashley_Graham__Noelle_Easton_-_Wet_Titty_T-Shirt_Telethon.html

https://pornve.com/u58n4ketjsp6/Aryana_Augustine_-_Office_Slut_Put_In_Charge.html

https://pornve.com/u5e21w0gapat/Athena_Palomino_-_Checking_Into_Athena.html

https://pornve.com/u5gb2sqahnse/Siri_-_The_Pavslut_Experiment.html

https://pornve.com/u5gsa2qya6pw/Cherie_Deville_Ricky_Johnson_-_Accidental_Adultery_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/u5kuk96r8gx8/Nicolette_Shea_-_Mrs_Sheas_Room_Service.html

https://pornve.com/u5lf0j3ld2i7/Britney_Amber_-_The_Interview_-_Round_2.html

https://pornve.com/u5v7yarldpw1/Chelsey_Lanette__Tina_Walker_-_Ladies_Of_The_Night.html

https://pornve.com/u5vafelcae76/Brooke_Brand_-_Welcum_My_Geisha.html

https://pornve.com/u5wusnoos9xe/Nicole_Aniston_-_Lined_Up_And_Laid_Out.html

https://pornve.com/u5x89m8yu8cr/Kayla_Carrera_-_Anything_To_Cut_The_Waiting_Line.html

https://pornve.com/u5xvhsn5j7gk/Moms_Bang_Teens_Cory_Chase_threesome_daughter_boyfriend.html

https://pornve.com/u5y4yj0ysgg0/Aidra_Fox_-_Aidra_Is_Always_Ready.html

https://pornve.com/u60uqgz32hj8/Rilynn_Rae_A_Reporter_In_The_Rough.html

https://pornve.com/u62j5jh6wrql/Alanah_Rae_Diner_Down_the_Road.html

https://pornve.com/u697jfpdtrv9/Milf_Swap_Karen_Fisher_Sammy_Brooks.html

https://pornve.com/u6dwno0skgnb/Putting_That_Pussy_In_Its_Place.html

https://pornve.com/u6kn02qldoa6/Bella_Reese_-_Reeses_Pieces.html

https://pornve.com/u6libsw1i82v/TeensLikeItBig_19_09_08_Ashley_Aleigh_Sleepover_Surprise_XXX.html

https://pornve.com/u6q1g5mtt0r9/MomsInControl_15_11_08_Amanda_Lane_And_Veronica_Rayne_Kindly_Fuck_My_Stepdaughter.html

https://pornve.com/u6qrgl1i4imo/Pure_18_Lizzie_Rhodes_Tight_Delight.html

https://pornve.com/u6r7a1wpn0ks/Karma_Rx_-_Humping_My_Chakras.html

https://pornve.com/u6t6nvgjmws3/TeensLoveHugeCocks_19_08_05_Stacy_Cruz_Cock_On_The_Cob_XXX_SD.html

https://pornve.com/u6xg68g52j90/BigTitsAtWork_15_11_06_Nikki_Benz_ZZ_Courthouse_Part_Two.html

https://pornve.com/u6zgavemaauv/Asa_Akira_-_Im_Looking_For_My_Balls.html

https://pornve.com/u70gmnswtvs9/Carolina_Sweets_-_Wanna_Buy_My_Virginity.html

https://pornve.com/u716etg05x6v/Mahina_Zaltana_-_Dirty_Fun_Bags.html

https://pornve.com/u740n9t8m9y7/Lets_Get_Facials_2__Brazzer_Exxtra__Nikki_Benz__Dani_Daniels.html

https://pornve.com/u7a3wrp9ctxm/Tory_Lane_-_Fuck_For_The_Promotion.html

https://pornve.com/u7be1zqy6mlk/Phoenix_Marie_-_Big_Ass_Brothel.html

https://pornve.com/u7ceon94okim/Luna_Star__Madison_Ivy_-_Treat_Us_Right.html

https://pornve.com/u7cn91yedm1f/Amber_Deen_-_The_Caterer.html

https://pornve.com/u7fd7onqvwkc/Romi_Rain_-_Mad_Muff.html

https://pornve.com/u7gihy4q61nl/Bang_On_The_Fourth_Of_July.html

https://pornve.com/u7mo1dczpzya/8thStreetLatinas__RealityKings_Michelle_Martinez_-_Michelles_Ass.html

https://pornve.com/u7mrwci8d4cb/Nicole_Aniston.html

https://pornve.com/u7nwcutqn6vb/Nicole_Aniston_Desperate_Housewife.html

https://pornve.com/u7r9vtcn6xrp/Brazzers_Pornstar_protection_program_Brazzers_Pornstars_Like_It_Big_Alexis_Fawx_Prince_Yashua.html

https://pornve.com/u7xgjy5e5irw/Jenni_Lee_-_Stretch_Pants_And_Pulling_Groins.html
https://pornve.com/u7xp7xgmf5n5/Ariella_Ferrera__Reagan_Foxx_-_Harder_Faster_Milfier.html
https://pornve.com/u84ct1855d0e/Sofi_Ryan_Chad_White_-_Kinky_Sofi_-_Big_Naturals_-_Reality_Kings.html
https://pornve.com/u85aqhdohf68/Sheridan_Love_Robby_Echo_-_Sneaky_Starlet_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/u86xbtus8e2j/Jenni_Lee_-_Call_Girl_Adventure.html
https://pornve.com/u89ez3meewm1/Sofia_Rose__Vina_Sky_-_Obedience_And_Orgasms.html
https://pornve.com/u8aiggi1b2ff/Shy_redhead_wants_anal.html
https://pornve.com/u8c7pek8avh5/Naughty_Bookworms_2015_-_Nina_Elle.html
https://pornve.com/u8cznooofr2r/Shawna_Lenee_is_Back.html
https://pornve.com/u8dfl68uvp2m/Jennifer_White__Madison_Scott__Nika_Noire_-_Slut_Wives.html
https://pornve.com/u8iwh2wjjl4m/Audrey_Bitoni_-_You_Could_Be_A_Little_Meaner.html
https://pornve.com/u8jo82t40sm7/Alli_Rae_-_I_Hate_My_Stepbrother.html
https://pornve.com/u8oine6m6qpj/Candy_Alexa_-_The_Russian_Dentist.html
https://pornve.com/u8rcd4kj849g/Ariella_Ferrera__India_Summer__Veronica_Avluv_-_Are_You_Afraid_Of_The_Dick.html
https://pornve.com/u8twdz86yum9/WeLiveTogether_17_04_13_Lily_Rader_And_Kiley_Jay_Ass_Out_Tongue_In_XXX_-KTR.html
https://pornve.com/u8uop6dt0lgn/My_adorable_new_teacher_Anna_Bell_Peaks_exploiting_my_cock_in_the_classroom.html
https://pornve.com/u8x5q1ofa9p5/Bridgette_B_-_Caught_Red_Handed.html
https://pornve.com/u902lc6arjzy/Gracie_Glam__Kayla_Carrera_-_With_Gracie_In_The_Middle_Theres_Some_Leeway.html
https://pornve.com/u90b4b056ox6/Shayla_Leveaux_-_Does_My_Dick_Work_Doc.html
https://pornve.com/u90ijtx97dqx/Xanders_World_Tour_Episode_2.html
https://pornve.com/u92qxf4z3neg/Mandy_Dee_-_Juice_Those_Juggs.html
https://pornve.com/u93f1cp6cpvn/PornstarsLikeItBig_-_Abigail_Mac_-_Rent-A-Pornstar_Wife_For_A_Day.html
https://pornve.com/u9815zh3gfhk/My_Exs_Angry_Mom_-_Ava_Addams__Keisha_Grey.html
https://pornve.com/u98ldpcsmglu/BigTitsInUniform_Kagney_Linn_Karter_-_Fast_Boob_Joint.html
https://pornve.com/u9apszxstvxd/Brandi_Edwards__Phoenix_Marie_-_The_Big_Cock_Coffee_Club.html
https://pornve.com/u9bnujhs3i9g/Ariella_Ferrera_-_Digging_For_Trouble.html
https://pornve.com/u9fihp2rui0r/Zoey_Monroe_And_Charlotte_Stokely_-_Something_Delicious.html
https://pornve.com/u9k8pvk8rjtx/BigTitsAtWork_Jane_Douxxx_-_Forecasting_Several_Inches.html
https://pornve.com/u9l2m8714h64/Brynn_Tyler__Lexi_Belle_-_Mc_Lovin_Gets_Some_Lovin.html
https://pornve.com/u9o4gryr2aa4/Emma_Hix_-_Emma_Gets_All_Oiled_Up.html
https://pornve.com/u9uth82ti2j1/Brazzers_-_Laying_Pipe_For_A_Pornstar.html
https://pornve.com/u9xu0qklgmh1/HotAndMean__Britney_Amber_Carter_Cruise_Confessions_Of_A_Buttaholic.html
https://pornve.com/ua1nbncpi807/Sienna_Day_-_Romeo_And_Juliets_Boobs.html
https://pornve.com/ua7blzcrtun5/Realitykings_Smoothies_for_sale_watch_online_for_free.html
https://pornve.com/uad4yh0y0oll/Ana_Foxxx_Monique_Alexander_Nikki_Benz_Romi_Rain_1.html
https://pornve.com/uadhqvqhg4uj/Priya_Anjali_Rai_-_All_I_Could_Hear_Is_Pussy.html
https://pornve.com/uadqt4jykm21/Alison_Tyler_-_Get_The_Picture.html
https://pornve.com/uahmd6zu2qaa/Club_Fucking_2_Published_On_3_Months_Ago_Category_Ass_Public_Tags_Club_Group_Tag_This_Video.html

https://pornve.com/uaik1ni6ez2v/Inari_Vachs_-_Cock-Ditions.html
https://pornve.com/uajjs7p0gsbx/Adriana_Chechik_-_The_Great_Doctor_-_2.html
https://pornve.com/uajroloy1kit/_The_Big_Friendly_Dick_.html
https://pornve.com/uamyvk2hcyym/NEW_Peta_Jensen_BigTitsAtSchool_Brazzers_One_Wet_Cheerleader_18_01_16.html
https://pornve.com/uanh50g0zbig/Vanessa_Leon_-_The_Story_Of_The_Cock_Craving_Girl.html
https://pornve.com/uar0vcoo7p2v/Aletta_Ocean_-_Storm_Of_Kings_-_Part_3.html
https://pornve.com/uauxb3l186ss/Mia_Malkova_-_Die_Hardcore_-_Part_1.html
https://pornve.com/uawb2itmx00z/Rachel_Starr_-_Rubbing_A_Cock_In_Her_Poon.html
https://pornve.com/uayegdpswkuv/Nina_Elle_-_ZZ_Pizza_Party.html
https://pornve.com/ub22qmqw9r5o/Alexis_Fawx__Bailey_Brooke_-_College_Dreams.html
https://pornve.com/ub2xv5zu0yky/Breaking_Entering__Teaching_Teens.html
https://pornve.com/ub2zaxw65tdv/A_Family_Affair_Part_Three_-_Yasmine_de_Leon__Xander_Corvus.html
https://pornve.com/ub5xwaselb1q/Jenna_J_Ross_-_A_Ticket_To_Ride_Her.html
https://pornve.com/ub8rxo1i19br/Mya_Mays_-_Disco_Dicking.html
https://pornve.com/uba9pfc64gx3/Alina_Lopez_Charles_Dera_-_My_Not_So_Prude_Best_Friend_Part_2_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/ubctgmevgji9/MonsterCurves_-_Valentina_Nappi_Valentinas_Anal_Paradise.html
https://pornve.com/ubft9vzbzvu8/Ivy_Lebelle_Karmen_Karma_Keiran_Lee_-_Ivy_And_Karmen_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/ubkvwrn8k1a7/_Hold_The_Phone_Not_The_Moan_-_Brazzers_.html
https://pornve.com/ubm7bkkdiazw/Alyssia_Kent_-_Rub_Me_The_Right_Way.html
https://pornve.com/uc1q41fsvnmy/Brazzers_The_Right_Fit_Johnny_Sins_Veronica_Avluv_Black_Hair_Squirt_Brazzers_Professional_Mi.html
https://pornve.com/uc2tqy3zyhvi/Diamond_Kitty_-_Face_Down_Ass_Up.html
https://pornve.com/uc5kpgpzyute/Britney_Amber_-_The_Nippledon_Open.html
https://pornve.com/uc5q0isg2tgy/Forget_About_Fucking_My_Daughter_And_Fuck_Me_Alyssa_Lynn.html
https://pornve.com/ucdk69x1o8sk/Katana_Kombat_-_Wet_On_Her_Wedding_Day.html
https://pornve.com/ucdpocqow33l/RKPrime_19_07_15_Abella_Danger_Grand_Theft_Moto_XXX_SD.html
https://pornve.com/uceuo2g3wano/Madison_Ivy_-_Kiniy_Kidnap.html
https://pornve.com/ucillwfqj5mj/Nika_Noire_-_Baseballs_In_Your_Mouth.html
https://pornve.com/uck61arudz8z/EuroSexParties_-_Rossella_Visconti_My_Cheating_Wife_Rossella.html
https://pornve.com/ucnvwr5a5iw2/Vicki_Chase_-_Keep_My_Lonely_Ass_Company.html
https://pornve.com/ucr4ay63gjj7/Amia_Miley_-_Cock_Bless_America.html
https://pornve.com/ucsaualpvczp/Analentines_Day_Gift_Bridgette_B_Keiran_Lee.html
https://pornve.com/ucsk9icy8bzy/Riley_Reid_-_The_Vag-itarian.html
https://pornve.com/ucw8vuwh3owj/Abigail_Mac_-_Body_Swap.html
https://pornve.com/ucy9gc1kiaey/Julia_Ann__Kendall_Kayden_-_Sharing_A_Massage.html
https://pornve.com/ud1pevrin4oz/Kali_Roses_Sean_Lawless_-_Cocksicle_Taste_Test_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/ud35jz9syke2/Lily_Lane_-_Jailhouse_Fuck.html
https://pornve.com/ud55iijytjld/Krissy_Lynn_-_The_Superior_Posterior.html
https://pornve.com/ud6o6nmffngy/Diamond_Kitty_-_Help_Push_My_Big_Ass_Inside.html
https://pornve.com/udba3tm65ns7/Megan_Rain_-_Prime_Real_Estate.html
https://pornve.com/udbzcdcpedqt/Puma_Swede_-_Anal_Makes_It_All_Better.html
https://pornve.com/udfwl4ja6roq/NEW_HOT_Eva_Lovia.html

https://pornve.com/udfwq128vfmn/Katana_Kombat__Kristen_Scott_-_Apology_Accepted.html
https://pornve.com/udv7ghzh2pst/Diamond_Foxxx_-_Teacher_Needs_It_Now.html
https://pornve.com/udvfr8907s6l/BigNaturals_-_Kira_Queen_Spying_On_Her_Showering.html
https://pornve.com/udyhn65mda4t/London_Keyes_-_Hot_Rod_Hussie.html
https://pornve.com/ue53d9uqbij4/Randi_Wright_-_Rodeos_Biggest_Problems.html
https://pornve.com/ue79n8js0k83/Viola_Bailey_-_Danny_D_-_Life_On_The_Road.html
https://pornve.com/ue9b3qlwu08f/New_Assh_Lee_Anal.html
https://pornve.com/uea50xbaj570/Lezley_Zen__Raylin_Ann_-_Clandestine_Coochie.html
https://pornve.com/ueadfu7bwrhq/Briana_Blair_-_Slut_Student_Fucks_The_Popular_Guy.html
https://pornve.com/uedzcpvi3xn0/MilfHunter_Silvia_Saige_-_Sling_Slang_11_07_2016.html
https://pornve.com/uej9j5pnoy03/Yurizan_Beltran_-_Deposit_In_Slut.html
https://pornve.com/ueplfud1f9ae/Monique_Alexander_-_But_Doc_Im_Not_A_Slut.html
https://pornve.com/ueswxwcu522g/RealityKings_Beautiful_and_flexible.html
https://pornve.com/uf3junlhlgl1/MonsterCurves_19_08_19_Kristina_Shannon_Getting_In_XXX.html
https://pornve.com/uf41tls8z7nt/Angelina_Valentine__Krissy_Lynn_-_Sweet_Bone_Alabama.html
https://pornve.com/uf4ynev5mnho/Cassidy_Banks_-_Hot_Potato.html
https://pornve.com/uf68vchqqfsr/Ella_Hughes__Kayla_Green_-_Fries_With_That_Fuck.html
https://pornve.com/uf6dafu64azw/Sammie_Spades_-_Your_Cock_Is_On_Fire.html
https://pornve.com/uf8llor83m9p/Ariana_Aimes_Cecilia_Lion_Horny_vs_Homebody.html
https://pornve.com/ufbigz1oyqif/Abella_Danger__Chloe_Couture_-_Bush_League.html
https://pornve.com/ufd42jqkqo9w/big_butts_like_it_big_brazzers_bethany_benz_van_wylde_swamp_buggy_booty.html
https://pornve.com/ufdk9xymywph/Fresh_Jynx_Maze_Anal_Juice.html
https://pornve.com/ufdkyddofds8/Brazzers_-_Mommy_Fucked_My_Study_Buddy.html
https://pornve.com/ufhiqlsocoow/Adriana_Chechik_Keiran_Lee_-_Warm_Welcum_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/uflapqp3v5ig/August_Ames_Nicole_Aniston_Fucking_Neighbors.html
https://pornve.com/ufnxfihc72bm/Alexis_fawx_Alpha_milf.html
https://pornve.com/ufqfuwp211dk/Khloe_Kapri_Jane_Wilde_-_Alleyway_Views_-_Reckless_in_Miami_-_Reality_Kings.html
https://pornve.com/ufww9a97hcld/_Brazzers_-_British_babes_Ava__Victoria_fuck_the_stable_boy_hard_.html
https://pornve.com/ufye8qv7j03k/teen_fucked_by_security_guard_while_cheating_exam_paper.html
https://pornve.com/ug0rh4h94xjj/Sarah_Vandella_-_Night_Of_Surprises.html
https://pornve.com/ug1vz04ye5hz/RealityKings_-_Driver_Meets_Dom.html
https://pornve.com/ug38tdfzkx91/Kiera_King_-_They_Have_Chemistry.html
https://pornve.com/ug5eyem7fhua/Brazzers_-_Emily_Right_Randy_Roommates.html
https://pornve.com/ug8j70uyn0eq/bex_20_03_06_katie_kush_fuck_from_experience.html
https://pornve.com/ugin7y77peyj/Peta_Jensen__Valentina_Nappi_Close_Encounters_of_the_Big_Kind__16_07_15.html
https://pornve.com/ugmouhp9mynl/Angelina_Valentine_-_Fuck_Club.html
https://pornve.com/ugn11p3fjnrt/Liza_Del_Sierra_-_In_Through_The_French_Exit.html
https://pornve.com/ugpafpv93r8n/Nicolette_Shea_Xander_Corvus_1_800_Phone_Sex_Line_5.html
https://pornve.com/ugrfvauikeph/Eva_Angelina_-_Bedside_Mammaries.html
https://pornve.com/uh0c8fwmcdgh/Juelz_Ventura_-_Wide_Open_Ass.html
https://pornve.com/uh0ly4ao3ojw/McKenzie_Lee_-_Occupy_Your_Ass.html
https://pornve.com/uh17pwgkaglu/RoundAndBrown_Adrian_Maya_Kay_Love_Ass_Celebration_-_30_12_2016.html

https://pornve.com/uh19qosvtxtk/HOT_HOT_HOT_NEW_Peta_Jensen_First_ANAL_ANAL_ANAL.html

https://pornve.com/uh9qen1wcb5i/Holly_Michaels_-_A_Ride_For_My_Ride.html

https://pornve.com/uhagl3mltlab/_Brazzers_-_Babes_Brandy__Rachel_have_a_threesome_in_the_locker_room_.html

https://pornve.com/uhc652d86tv6/Luna_Star_Tyler_Steel_Tony_Rubino_Jax_Slayher_-_Lowrider_-_Reckless_in_Miami_-_Reality_Kings.html

https://pornve.com/uhccrwh9y8v4/Gabbie_Carter_-_Looking_To_Let_Loose.html

https://pornve.com/uhcg5coe0gxf/Cherie_Deville_-_Minivan_Milf_Muff.html

https://pornve.com/uheefubq5dvl/Adriana_Chechik__Madison_Ivy.html

https://pornve.com/uhiwdz8m6lxo/Amy_Brooke_-_Paying_The_Landlady.html

https://pornve.com/uhoa5uxm565m/Monique_Alexander__Peta_Jensen_-_Our_New_Maid_-_Part_1.html

https://pornve.com/uhsk9y8st9hq/Addie_Andrews_Sean_Lawless_-_Class_Is_Canceled_-_RK_Prime_-_Reality_Kings.html

https://pornve.com/uhw5b1bldwek/Kira_Noir_-_A_Family_Affair.html

https://pornve.com/ui2ipvnz4t22/Amber_Ashlee__Celeste_Star_-_Intense_Clitoral_Quarrel.html

https://pornve.com/uicjpmfccjvx/Breanne_Benson_-_Breannes_Number_One_Fan.html

https://pornve.com/uimfw6npghfk/Kinsley_Eden_-_Anal_Yoga.html

https://pornve.com/uiq5w74am3ki/Brazzers_-_Madison_Ivy_Dont_Test_Your_Luck.html

https://pornve.com/uixp4m6ol56q/Angela_White_Xander_Corvus_-_Clingier_Than_The_Dress_-_Big_Naturals_-_Reality_Kings.html

https://pornve.com/uj0hgqv84n8w/Rebeca_Linares_-_Social_Sexworking.html

https://pornve.com/uj1u9g7mxxs5/Brazzers_-_Rub_and_Fuck_Thy_Neighbor.html

https://pornve.com/ujaiosb9kc23/Lily_Labeau_-_Cock_Under_The_Sun.html

https://pornve.com/ujgiarwkkdhw/blonde_gostosa_bruna_lambertini_2352_4_634_plays_published_on_1_day_ago_category_ass_cumshot_tags_brazil_mib_aids_tag_this_video_117_top_rated_porn_video_of_today_129_most_played_porn_video_of_today.html

https://pornve.com/uji49c4k9uj9/Ivy_Lebelle_-_Cock-Calling_On_The_Job_Site.html

https://pornve.com/ujmt5klmi2oz/Jennifer_White_Jordi_El_Nino_Polla_-_Cumming_To_Class_-_Big_Tits_At_School_-_Brazzers.html

https://pornve.com/ujmw94p9a75u/Devon_Lee_-_The_Ass_Warden.html

https://pornve.com/ujq0mzoysdym/Athena_Palomino_-_Turn_Me_Off_And_On_Again.html

https://pornve.com/ujvkvp5xote0/Penelope_Stone_Esmi_Lee_-_Sweet_Spread.html

https://pornve.com/ujwwcjo86bol/Madison_Ivy_The_Assistants_Affair_XXX_KTR.html

https://pornve.com/uk0k5531dre4/Jada_Stevens_-_Slip_And_Slide_Into_My_Ass.html

https://pornve.com/uk53dfcq24wt/Kendall_Kayden_-_A_Whipped_Cream_Cocksicle.html

https://pornve.com/uk5455fpzhfq/Ariella_Ferrera_-_Head_And_Breakfast.html

https://pornve.com/ukhtgtrl7x3x/Street_Blow_Jobs_-_Blaze_James_POV_Outside_Latina_Tits_Ass_Booty_BubbleButt_Butt_Doggy_Doggystyle_Backshots_Facial_Roleplay_Interracial.html

https://pornve.com/ukm8vtfaox85/Krissy_Lynn__Mia_Lelani__Romi_Rain_-_Getting_Some_Satisfaction.html

https://pornve.com/ukptp32y1alf/Alli_Rae_Tara_Holiday_-_Overnight_With_Stepmom_Part_Three.html

https://pornve.com/ukrc2rjiuega/Luna_Star_-_Getting_Loose_In_The_Blue_Room.html

https://pornve.com/ukxd5wb226sx/BigNaturals_Lennox_Luxe_Licking_Luxe_-_16_11_2016.html

https://pornve.com/ul1ezwkg4dgo/Real_Wife_Stories_Youre_A_Pain_In_The_Back.html

https://pornve.com/ul4697nvpq6e/Destiny_Dixon_-_Fuckdate_With_Destiny.html

https://pornve.com/ul5u468b7bsj/Brazzers_-_Ariella_Ferrera_Panty_Stash.html
https://pornve.com/ulks6nf400bq/Brazzers_-_Cory_Chase_And_Lexi_Luna_Go_Ham_Or_Go_Home.html
https://pornve.com/ull5wezvos9y/Brazzers_Power_Bangers_A_XXX_Parody.html
https://pornve.com/ulm4n7v708o7/Hot_And_Mean_-_Anna_Morna_Kayla_Kayden_-_You_Need_To_Learn.html
https://pornve.com/uln8gk1jnqtl/Brazzers_House_Episode_5.html
https://pornve.com/ulojkfhgxcdt/Jessica_Nyx_-_The_Figure_Skank.html
https://pornve.com/ulpjb9utjk52/Krissy_Lynn_-_This_Is_A_Bust.html
https://pornve.com/uls2apv71ivb/Sophia_Lomeli_-_Let_Me_Boost_Your_Confidence.html
https://pornve.com/ulwjdu83agym/Eve_Laurence_-_The_Return.html
https://pornve.com/ulz5uxfqlhsb/Mason_Storm_-_Beach_Volleyball.html
https://pornve.com/uma7fuevdozb/Eva_Notty_Jada_Stevens_Nikki_Benz_And_Romi_Rain_Halftime_Show.html
https://pornve.com/uma7rhy0nlng/BrazzersExxtra_-_Keisha_Grey_Wife_Coach.html
https://pornve.com/umb6q66yv5nm/Christie_Stevens_-_Balls_Deep_In_A_Blonde.html
https://pornve.com/umcm0an4bvud/Raylene_-_Whos_The_Big_Porn_Star.html
https://pornve.com/umdgn4iwj8at/Kimmy_Granger_Xander_Corvus_-_Fuck_Christmas_Part_1_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/umdx7e0zaul4/rkprime_19_06_26_emily_willis_try_not_to_fuck_challenge.html
https://pornve.com/umkicf8ojidl/Brett_Rossi_-_Stocking_Stuff-Her.html
https://pornve.com/umrgky31ldl3/Sadie_Swede_-_Sweet_Ass_Swede.html
https://pornve.com/umvartqpx700/Karma_Rx_-_The_Prodigal_Slut_Returns.html
https://pornve.com/un1e8q7q0w9v/Carolina_Abril_Natty_Mellow__Double_Trouble.html
https://pornve.com/un4ja4xqm2wy/Porn_Logic.html
https://pornve.com/un5pysb8j92n/Shayla_Leveaux_-_The_Cock_Makes_The_Suit.html
https://pornve.com/un7335fl5gde/Phoenix_Marie_Hard_Core_High_Notes_Teacher_Has_Sex_With_Student_MILF_Adultporn.html
https://pornve.com/unfwwjti6qgu/GFRevenge_Girl_talk.html
https://pornve.com/ung08tym962c/Ophelia_Rain_-_Squeegee_This.html
https://pornve.com/uno1jsu69mdn/Sierra_Sanders_-_Xtreme_Ass_Yoga.html
https://pornve.com/unoltavl7p4q/naughty_nikko_big.html
https://pornve.com/unrd6z07x6c4/Chessie_Kay_-_Confessions_Of_A_Nymphomaniac.html
https://pornve.com/uns5pcg8badr/DirtyMasseur_19_09_30_Ms_London_Boring_To_Scoring_XXX.html
https://pornve.com/unv0zpo3ipjs/ThereGoesTheNeighborhoodScoundrel_-_Brazzers.html
https://pornve.com/uo29nypydv62/Stephanie_Wylde_-_Nerd_To_Stud_In_One_Simple_Fuck.html
https://pornve.com/uo70aopzcjsv/Bridgette_B_Eva_Notty_-_Bound_To_Be_Pleasurable.html
https://pornve.com/uogljgou4kp8/Alix_Lynx_-_Alix_Is_Off_The_Wall.html
https://pornve.com/uogzlb9ewjtv/Ava_Addams_Bigtits.html
https://pornve.com/uoingypfdfsq/Megan_Rain_Isiah_Maxwell_-_Day_With_A_Pornstar_Megan_Rain_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/uol0xqpja5dw/Liza_Del_Sierra_-_Taming_The_Wild_Thing.html
https://pornve.com/uopopievu4s3/Money_Talks_meet_the_twins_big.html
https://pornve.com/uosd07cxvapg/Nicolette_Shea_Van_Wylde_-_Vacation_Vibes_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/uot73vi2palu/Brazzers_LIVE_-_Valentines_Day_Affair_-_Brazzers_Live_-_Brazzers.html
https://pornve.com/uouumkvxrs74/Layton_Benton_-_Valentines_Day_Whorerror_Story.html

https://pornve.com/uowkkbzblw66/Lena_Paul_-_Cumming_Lena.html
https://pornve.com/uoxsy14xoxfs/Lucy_Doll__Syren_De_Mer_-_Her_First_Footjob.html
https://pornve.com/up3b3h7qne80/Jessica_Jaymes__Tiffany_Brookes_-_The_Dewey_Cocks_Story_-_Part_1.html
https://pornve.com/up5asfgsnyd5/New_Juelz_Ventura_Anal.html
https://pornve.com/up7f22ar7s6s/Ass_Booty_2_Big_Tits_At_Work_Fucks_Her_Great_Boob_Bouncing.html
https://pornve.com/up85jo7n9h36/Jenni_Lee_-_The_Massagynist.html
https://pornve.com/upbl3bcyp7l0/Star_Trexxx_-_The_Captains_Seed_XXX_Parody_-_Brooklyn_Blue_And_Zara_Durose.html
https://pornve.com/upbq636d3jce/Abigail_Mac_-_Living_On_The_Edge.html
https://pornve.com/upgzioxtymhe/Alexa_Grace__Mia_Malkova_-_The_Newbie.html
https://pornve.com/uphin9tqiisr/Nikki_Rhodes_-_Little_Red_Riding_Whore.html
https://pornve.com/upiicaqs7i3s/Hooked_On_Bras.html
https://pornve.com/upm7qww0kd1m/kagney_linn_karter_dont_touch_her_ramon_is_in_a_miserable_marriage_with_a_woman_who_hates_sex_their_therapist_suggested_spicing_up_their_sex_life_by_visiting_a_s.html
https://pornve.com/upmhcvfe7nj9/Stay_Away_From_My_Daughter_Part_1_Brazzers.html
https://pornve.com/upspsysvef58/Mia_Lelani_Sharing_The_Stepmom.html
https://pornve.com/uptxe7ta8pbt/Kenna_James_-_Limo_Nympho.html
https://pornve.com/uptydh4xj2ml/Brooke_Haven_-_You_Like_Getting_I_Like_Giving.html
https://pornve.com/upysk3b43o3f/FirstTimeAuditions_Mickey_Tyler_Blonde_Sexbomb_Mickey.html
https://pornve.com/uq1xk1u74kpl/Davia_Ardell_-_Oops_I_Fucked_My_Daughters_Boyfriend.html
https://pornve.com/uq25f63aqfd0/Charlotte_Sins__Demi_Sutra_-_The_Husband_Trap.html
https://pornve.com/uq2e85y35jz4/Jynx_Maze__Kristina_Rose_-_Fucking_My_Conscience.html
https://pornve.com/uq2vzfw9vxwj/Jayden_Lee_-_Hardcore_Gamer_Chick.html
https://pornve.com/uq8cv482zzws/Brandi_Love_-_Hands-On_Learning.html
https://pornve.com/uqclegcpaumc/Briana_Blair_-_So_You_Want_To_Be_A_Pi.html
https://pornve.com/uqdi4jb67tz9/Karma_Rx_Markus_Dupree_-_The_Prodigal_Slut_Returns_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/uqgrs3zs7mqi/Happy_Tugs_Meat_Massager_Mia_Li.html
https://pornve.com/uqm2i5zu3f4i/BigButtsLikeItBig_18_10_07_Kat_Dior_Tapas_That_Ass_XXX_SD_-_KLEENEX.html
https://pornve.com/uqoar2sukdsi/Whitney_Westgate_-_Shopping_For_A_Big_Cock.html
https://pornve.com/uqqptwa1migs/Trophy_Wife_Teases_The_Pool_Boy_August_Ames_Enjoys_A_Tan_And_A_Big_Dick_.html
https://pornve.com/uquvozkegj4i/Audrey_Bitoni_-_Equipment_Room_Boom_Boom.html
https://pornve.com/uqzat0bq6xh7/Carolina_Sweets_-_Dear_Diary_I_Want_To_Fuck_My_Stepbrother.html
https://pornve.com/urf8petn3ta2/Anikka_Albrite_-_Dirty_Squirter.html
https://pornve.com/urpeb6kkmzws/Sophie_Anderson_-_Eye_Of_The_Cuckold.html
https://pornve.com/uru9ujd9owk0/Cory_Chase_-_Sorority_MILF.html
https://pornve.com/urw2mmej8qes/Caring_Wife_Craves_Cum_Brazzers.html
https://pornve.com/urx7k4vplwr0/Britney_Amber_-_Name_Your_Price.html
https://pornve.com/urxl6l6jgcr7/Kianna_Dior_Selfies_With_Your_mMom.html
https://pornve.com/us0t2os1an94/Riley_Ray__Brooke_Bennett_-_Spin_My_Bottle.html
https://pornve.com/us962bb0ctgj/Osa_Lovely_-_Soaking_Stepmom.html
https://pornve.com/us9o2b58wzbl/Madison_Scott_-_Wet_And_Ready.html

https://pornve.com/usbetsmvg0ge/BrazzersExxtra_19_09_10_Danni_Rivers_Make_Every_Sloppy_Second_Count_XXX.html

https://pornve.com/usdfmd41mvjf/Brazzers_Off_The_Couch_And_Into_My_Stepmom_Brazzers_Mommy_Got_Boobs_Alura_Jenson_Van_Wylde_B.html

https://pornve.com/usdsa3qqsokx/The_Annoying_Little_Sister_-_Arietta_Adams_-_Teen_Like_It_Big.html

https://pornve.com/ush9col6jo9z/Destiny_Dixon_-_Tits_In_Charge.html

https://pornve.com/usix8oi9h1w8/Eloa_Lombard_-_French_Ass.html

https://pornve.com/usk6cqhzep9n/Yoga_Freaks_Vol_2_-_Peta_Jensen_And_MCkenzie_Lee.html

https://pornve.com/uslb86xhayo0/Adrian_Maya_And_Nicole_Bexley_Dildo_Drone.html

https://pornve.com/ut20xfwelqoh/Veronica_Rayne_-_Experiment_Gone_Right.html

https://pornve.com/ut2gjqvnrfam/brazzers_getting_ripped.html

https://pornve.com/utoh7nu8fiqz/Courtney_Taylor_Dirty_Masseur_40stress_Buster41.html

https://pornve.com/uts52jmt211h/Candy_Sexton_-_Officer_Aint_No_Gentleman.html

https://pornve.com/utxohpxu455h/Charlee_Chase_-_Fuck_The_Reviewers.html

https://pornve.com/uty7g7do4ppb/Nicolette_Shea_-_Massage_Mirage.html

https://pornve.com/utyafmfb97j3/Bella_Bellz_-_The_Return_Of_Bellas_Big_Wet_Booty.html

https://pornve.com/uu059ftsst7t/Priya_Price_-_Good_Executive_Fucktions.html

https://pornve.com/uu51l493gi4m/Eliza_Ibarra_Jessy_Jones_-_MC2Ass_-_Teens_Like_It_Big_-_Brazzers.html

https://pornve.com/uu97kv2r7spn/We_Live_Together_Riley_Reid_and_Dillion_Harper_Get_It_Girls.html

https://pornve.com/uubvlo7xv2e0/Gia_Paige_-_Be_More_Like_Your_Stepsister.html

https://pornve.com/uucqwkud4inf/Jenna_Foxx__Riley_Star_-_But_Will_It_Fit.html

https://pornve.com/uuejtafwrgn1/Eva_Notty_Milk_My_Nuts_Massage.html

https://pornve.com/uum1dz5bk90p/Money_Talks_diamond_girl_big.html

https://pornve.com/uum6k20rdbiv/Ann_Marie_Rios_-_Banging_The_Nurse.html

https://pornve.com/uurndjrt995z/Bridgette_B_-_Dreams_Really_Do_Cum_True.html

https://pornve.com/uus4r3900avw/Ava_Addams_Mom_s_Panty_Bandit_13_09_2017_rq_1k.html

https://pornve.com/uussiwqgk44r/Crista_Moore_-_Cheerleader_Distraction.html

https://pornve.com/uutxa2tsjdwy/Mommy_Issues_1_Nina_Elle__Alex_D.html

https://pornve.com/uuxiuzwwc4uq/Diamond_Jackson_DM_Oily_Massage.html

https://pornve.com/uuyiecdwxxpw/Kayla_Carrera_-_CEO_Stands_For_Cunt_Eternally_Open.html

https://pornve.com/uuzlmffbft7q/Natalie_Vegas_-_Dr_Frankencunt.html

https://pornve.com/uv0p2e3gikz3/Brazzers_Home_Invasion.html

https://pornve.com/uv1951nvh0vu/CumFiesta_Ally_Tate_Big_Dick_Taker_-_09_08_16.html

https://pornve.com/uv28j0po37x2/Britney_Amber_Kenzie_Reeves_-_Easter_Dinner_At_Stepmoms_-_Moms_Bang_Teens_-_Reality_Kings.html

https://pornve.com/uv2qu9ayj990/Inspector_Ass_Kelsi_Monroe__Sean_Lawless.html

https://pornve.com/uv3a6ff88g9r/Romi_Rain_-_Film_Class_Coochie.html

https://pornve.com/uv8ilu4rakca/Ava_Addams_-_Double_Timing_Wife_Part_3.html

https://pornve.com/uvbxenwuhfk7/One_Night_In_The_Valley_-_1.html

https://pornve.com/uvckj829u6xc/Stevie_Shae_-_Pool_Goddess.html

https://pornve.com/uvfedmj058qq/Elektra_Rose_-_Stay_Away_From_My_Step-DaughterStay_Away_From_My_Step-Daughter.html

https://pornve.com/uvg5wb076yr7/Alura_TNT_Jenson_Jordi_El_Nino_Polla_-_A_Demanding_Client_-_Dirty_Masseur_-_Brazzers.html

https://pornve.com/uvw5ujiero7m/Kimmy_Granger_Seth_Gamble_-_Not_Another_Study_Break_-_Sneaky_Sex_-_Reality_Kings.html

https://pornve.com/uvytgjwvu16p/Richelle_Ryan_-_House_Warming.html
https://pornve.com/uvyw6b1nd4ty/Brazzers_Worldwide_Paris_-_Episode_6.html
https://pornve.com/uw0hyjwiooho/MomsLickTeens_17_04_11_Lexy_Cougar_And_Alex_Mae_Girl_On_Girl_X
XX_-KTR.html
https://pornve.com/uw1yvob6sq0u/Tia_Cyrus_Get_In_Where_You_Fit_In.html
https://pornve.com/uw7cg98bq8nw/Pretty_Little_Bitches_Part_One_-
_Ashley_Adams__Erik_Everhard.html
https://pornve.com/uweapjunnlev/Aryana_Adin_-_Hot_Tub_Hopping.html
https://pornve.com/uwfaib1exrfr/Madison_Scott_-_Getting_My_Husband_A_Raise.html
https://pornve.com/uwg7clmlb8ii/HotAndMean_Ariana_Marie_McKenzie_Lee_Sex_Sells_-_16_07_16.html
https://pornve.com/uwigcnx3dzk5/Moriah_Mills__Markus_Dupree_Bubble_Bath_Booty_Call_Real_Wife_Stor
ies_bigtits_bigass_brown_on_YourPorn_Sexy_2.html
https://pornve.com/uwjf5g4s3kfy/Brazzers_Live_-_21.html
https://pornve.com/uwn2p8k6qa4a/Kiki_Minaj_-_Hankering_For_A_Spanking.html
https://pornve.com/uwohvyxpgdx6/Lexi_Luna_Damon_Dice_-_Friendly_Neighborly_Milf_-
_Milf_Hunter_-_Reality_Kings.html
https://pornve.com/uwowhb43qnhm/Black_Angelika_-_Taking_The_Backroad_Carwash.html
https://pornve.com/uwp1uxe43cm7/My_Stepmoms_Social_Club_Julia_Ann_Olivia_Austin__Justin_Hunt.html
https://pornve.com/uwq3k1cz5zby/Maria_Antonella_-_An_Exotic_And_Erotic_Student.html
https://pornve.com/uwq8qp8s5lc5/Kendra_Sunderland_Madison_Ivy_Mick_Blue_-
_Bodacious_Bikini_Threesome_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/uwucnuyegdf0/Kendra_Lust_And_Nicole_Aaniston_DA_Kendra.html
https://pornve.com/uwv4wcuplrxc/Isis_Love_-_Billable_Hours.html
https://pornve.com/uwxckiezzisr/Kimberly_Kane_-_Sex_Call_Of_Duty.html
https://pornve.com/ux3paa88ss82/Rachel_Roxxx_-_Dickness_Protection_Program.html
https://pornve.com/ux5u4ftzemml/Stepmom_Monique_Alexander_-_I_Wont_Tell_Your_Father.html
https://pornve.com/uxksrdooict7/Brazzers_-_Good_Cop_Bad_Girl_-_Karma_Rx_Bridgette_B.html
https://pornve.com/uxn79ucnslaa/Brazzers_-_Ryan_Keely_Product_Placement_In_Her_Pussy.html
https://pornve.com/uxr7tjwfedki/Slip_It_In_S1_Juicy_Jayme_Jayme_Hays.html
https://pornve.com/uxrcqfzqgcq1/Delilah_Strong__Hailey_Star_-_Desiring_To_Trade.html
https://pornve.com/uxwbzcm535de/Cathy_Heaven_-_Heavenly_Ass.html
https://pornve.com/uxxvqde4kp01/Katana_Kombat_-_Katana_Works_It.html
https://pornve.com/uy2lt02xiyju/WeLiveTogether__RealityKings_Jenna_Sativa_And_Ellena_Woods_-
_Grinding_Ellena.html
https://pornve.com/uy34x16rfrlj/Brazzers_Luna_Star_.html
https://pornve.com/uy3vsm8o6q74/Claudia_Valentine_Miranda_Miller_-_Good_love.html
https://pornve.com/uyakxtzkgk42/Priya_Rai_DWP.html
https://pornve.com/uyfv1v2axuap/Isis_Love_-_Intensive_Care.html
https://pornve.com/uyjwq8jrxn6r/Ryan_Conner_Fucking_My_Stepmom_Sit_On_My_Dick.html
https://pornve.com/uykb1g5tgdug/Sheridan_Love_-_Rub_And_Fuck_Thy_Neighbor.html
https://pornve.com/uyo9n8bf0ahl/Amanda_X_-_Big_Butt_Slut_In_The_Summer_Sun.html
https://pornve.com/uyon290lcaer/Alexis_Ford__Nikki_Benz_-_A_Brazzers_New_Years_Eve.html
https://pornve.com/uyqjkrrr8nxa/Nicole_Aniston__Peta_Jensen_-_Our_Holiday_Three_Way.html
https://pornve.com/uyro8m9vie8m/RealWifeStories__Brazzers_August_Ames_-_Hittin_That.html
https://pornve.com/uyvqztvs05ar/Layla_Price_-_The_Price_Of_Anal.html
https://pornve.com/uywgde17vdy7/Gabby_Martinez_The_Pussy_Wall.html
https://pornve.com/uyxl97cv8wej/Ava_Addams_-_Thinking_With_His_Dick.html
https://pornve.com/uz0awk2ryak3/Makayla_Cox_-_Leave_It_To_Teacher.html

https://pornve.com/uz1d6a7m9ga7/Kendra_Lust__Phoenix_Marie__Rachel_Starr_-_Peeping_At_The_Keyhole.html

https://pornve.com/uz1q3r4vpql4/Milf_Squad_Vegas_-_Part_4.html

https://pornve.com/uz4xpgh0p91v/McKenzie_Lee_-_A_Curious_HEAD_Injury.html

https://pornve.com/uz7d21o7aqdf/MommyGotBoobs_19_09_27_Cherie_Deville_Got_MILF_XXX.html

https://pornve.com/uz9el55y1z8e/Regina_Lauren_-_Lick_please.html

https://pornve.com/uzb7rz6wd0pr/Isis_Love_-_Pussy_Cocktail.html

https://pornve.com/uzekjmg4cu1i/12_Minutes_Fap_Challenge_-_Peta_Jensen_Edition_.html

https://pornve.com/uzlnit0jghxo/Madison_Ivy_-_Sliding_Into_Madisons_DMs.html

https://pornve.com/uzqnc5ak04nk/Alison_Tyler__Charlotte_Stokely__Julia_Ann_-_Fluids_On_The_Flight.html

https://pornve.com/uzs5u1c8xije/Rachel_Starr_-_Stranger_Danger.html

https://pornve.com/uzs9v27za7tu/kendra_spade_scott_nails_the_voyeur_next_door_part_2_brazzers_exxtra_brazzers.html

https://pornve.com/uzu43iyag9v9/Ava_Koxxx__Leigh_Darby_-_Who_Ya_Gonna_Call_Porn_Busters.html

https://pornve.com/uzx3kl00qv4n/sex_on_the_syllabus.html

https://pornve.com/v01b20d5mrjt/Savannah_Stern_-_Aero-BOOB-ic_Workout.html

https://pornve.com/v03vfkhdflrl/Brazzers_-_Kendra_Lust_Kissa_Sins_And_Peta_Jensen_My_Three_Wives.html

https://pornve.com/v0awt9zba20q/Facial_Cum_In_Mouth_Cum_In_Mounth_Best_Cumshot_Compilation_1_Published_On_32_Minutes_Ago_Cum_Facial_Category_Blowjob_Compilation_Tags_Cum.html

https://pornve.com/v0c3w038nqp7/Cali_Carter_-_Babys_Gone_Buck.html

https://pornve.com/v0mcyme6m3la/Dani_Daniels_-_Danis_Hidden_Talents.html

https://pornve.com/v0q4enhfwirs/Siouxsie_Q_-_Siouxsie_Qs_Anal_Kitchen_Cleaning.html

https://pornve.com/v0qvd1nmp28f/Christie_Stevens__Jacky_Joy_-_F_Is_For_Fucked.html

https://pornve.com/v0t76s9b2f4s/Brazzers_-_My_Girlfriends_PHAT_Ass_Roommate.html

https://pornve.com/v0u2q6ojlaqw/NEW_Krissy_Lynn_And_Danny_D.html

https://pornve.com/v0uhucf4qr7c/Brandi_Bae__Kelsi_Monroe_-_My_Stepsisters_Girlfriend.html

https://pornve.com/v1276aj5e831/Madelyn_Marie_-_The_Novag_Initiative.html

https://pornve.com/v15014zwq3di/Aila_Donovan_Keiran_Lee_-_Feeling_Up_Aila_-_Dirty_Masseur_-_Brazzers.html

https://pornve.com/v1fppjiq027i/Kate_Gets_Free_Anal.html

https://pornve.com/v1i3tbhl48rc/Britney_Amber_-_Cops_And_Knobbers.html

https://pornve.com/v1nmm492o9v1/Alex_Blake_-_The_Best_Distraction.html

https://pornve.com/v1ow9fnxzct7/Veruca_James_-_The_Art_Of_Fucking.html

https://pornve.com/v1qr432slprw/The_J_O_R_D_A_N_System_Diana_Prince__Jordan_Ash.html

https://pornve.com/v1tlcokkcilq/Money_Talks_room_service_big.html

https://pornve.com/v1vdfgl6jtdv/Kortney_Kane_-_Hamburger_French_Fries_And_The_Breast.html

https://pornve.com/v1y6kvi0nra6/wop-goodfucktoyou2.html

https://pornve.com/v1y8bzia0c70/Karina_White__Karlie_Montana_-_Fuck_Friends_Never_Get_Married.html

https://pornve.com/v20m2k62ycgt/Teri_Weigel_-_Bent-Over-Time_Hours.html

https://pornve.com/v20ryxf136w1/Hot_And_Mean_14.html

https://pornve.com/v22u7gwm39w4/Sahara_Knite_-_Sexy_Doctor_Adventures.html

https://pornve.com/v2606etv4fhh/Nikki_Benz_ass_fucked_by_professor.html

https://pornve.com/v275bbuc3ri5/Georgie_Lyall_-_Melt_In_Her_Mouth.html

https://pornve.com/v2agt9otjnow/Darcie_Loves_Noelle_Darcie_Dolce_Noelle_Easton.html

https://pornve.com/v2bx098aby14/Mina_Sauvage_-_A_Pleasant_Surprise.html
https://pornve.com/v2eac6spcouh/Chessie_Kay_-_Dressing_Room_Poon.html
https://pornve.com/v2lbyboa7p13/massaged_on_the_job.html
https://pornve.com/v2o3ijg7f1al/Ariella_Ferrera__Francesca_Le_-_No_Plastic_Cock_Can_Match_Johnnys_Magic_Wand.html
https://pornve.com/v2tmarhlcy5m/Angela_White_-_Day_With_A_Pornstar.html
https://pornve.com/v2u33yrnrmfl/Ivy_Lebelle_-_Candid_Camgirl.html
https://pornve.com/v2w6lkan94bx/Monica_Asis_-_If_The_Shoe_Fits.html
https://pornve.com/v2xwfprlqj2w/milfhunter_victoria_june_honk_if_youre_fucking_horny.html
https://pornve.com/v30sjg6ych4h/Nikki_Cruz_-_Spring_Training.html
https://pornve.com/v32sqyod6sk3/Charley_Chase_-_Prescription_Penis.html
https://pornve.com/v33o3kru8p2j/Asa_Akira_-_Good_Vibe_Rub_Down.html
https://pornve.com/v3a1fxs202er/Liv_Wild__Madison_Ivy_-_A_Wild_Night.html
https://pornve.com/v3a9kmnswwls/Diamond_Kitty_-_Bad_Driver.html
https://pornve.com/v3bc5ed6dkec/Kylie_Ireland_-_Mommys_Hot_Friend.html
https://pornve.com/v3blux7dfpjo/Jessica_Jaymes_-_Tennis_Titties.html
https://pornve.com/v3g5fh4fkgzq/Ava_Koxxx__Summer_Brielle_-_I_Hope_You_Brought_Enough_for_Everyone.html
https://pornve.com/v3navz7aawmg/Briana_Banks_Fuck_My_Wife_On_Camera.html
https://pornve.com/v3pdewy3zzma/Eva_Lovia_-_The_Farmers_Wife.html
https://pornve.com/v3py0vtxzf7z/Karina_White_-_Phone_Sex_Slut.html
https://pornve.com/v3rfqezgugnv/Angela_White_Nia_Nacci_Threesome.html
https://pornve.com/v3uj7zytncy4/Cathy_Heaven_-_7_Minutes_In_Mrs_Heaven.html
https://pornve.com/v3x01e9kmlzs/TeensLikeItBig__Tiffany_Watson_Keiran_Lee_Gimme_Gimme_Never_Get.html
https://pornve.com/v3xilgyewal7/Madelyn_Monroe_-_What_A_Lucky_Fuck.html
https://pornve.com/v3ykrnuyvrqd/Bridgette_B_in_Bubble_Butt_Anal.html
https://pornve.com/v4at6owlago6/Brazzers_-_Richelle_Ryan_I_Need_My_Protein_Shake.html
https://pornve.com/v4cptk8zd8g0/Homemade_American_Tits.html
https://pornve.com/v4cqbzgsmebp/Lana_Sharapova_and_Pepper_Hart_-_Reality_Kings_Gambit_-_RK_Prime_1080p.html
https://pornve.com/v4j95xq8l2zq/Big_Tits_In_Uniform_-_Aletta_Ocean_in_Give_The_Maid_The_Tip.html
https://pornve.com/v4lfrzh0e636/Courtney_Taylor_-_Occult_Office.html
https://pornve.com/v4mqh0w8hf6h/Richelle_Ryan_-_Calling_In_A_Dick_Day.html
https://pornve.com/v4nsplje309l/Amber_Jayne_Jimena_Lago_are_Moms_Who_can_take_Control.html
https://pornve.com/v4o17uy6306m/Aryana_Augustine_-_Visual_Foreplay.html
https://pornve.com/v4o9gw2bwsa7/Shay_Fox_-_Your_Moms_a_Bitch.html
https://pornve.com/v4se4prqtxk0/carla_pryce_blowjob_101_.html
https://pornve.com/v4tp0z7oktv3/New_Brooklyn_Chase__Alex_Grey_Jordi_El_Nino.html
https://pornve.com/v4v7jeey5u53/Nikki_Sexx_-_Fixing_The_Pipes.html
https://pornve.com/v50e7qhyk02j/Tommie_Jo_-_V_Is_For_Vigilante.html
https://pornve.com/v53dm6vtq3lf/My_Stepbrother_The_Panty_Thief.html
https://pornve.com/v53kgp5u03zn/EuroSexParties_17_08_20_Cecilia_May_Olivia_Tiffany_Veronica_And_Victoria_Sexy_Sextet_XXX_-KTR.html
https://pornve.com/v54ssv25afn2/EuroSexParties_15_11_05_Anita_Berlusconi_Athina_And_Lucy_Dallas_One_For_Three.html
https://pornve.com/v56tujzv9lom/Kagney_Linn_Karter_-_Kagney_Cums_With_You.html

https://pornve.com/v58tv4q7jo6r/Anal_Phoenix_Marie_Son_Finds_Mother_In_Law_Naked_And_Plowed_Her_Ass.html

https://pornve.com/v5djkuyxylrk/The_Perfect_Maid_-_4.html

https://pornve.com/v5hfjr36qwwx/Audrey_Bitoni_-_The_Big_Things_In_Life.html

https://pornve.com/v5uno2pn2oiw/Jessica_Rex_Xander_Corvus_-_Porn_Puppet_On_A_String_-_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/v6189rat0p5p/Christie_Stevens__Mary_Jean_-_Honey_I_Married_A_Stripper.html

https://pornve.com/v66z3cf42zm5/Bonnie_Rotten_Markus_Dupree_-_Fucking_Through_The_Fourth_Wall_-_Pornstars_Like_It_Big_-_Brazzers.html

https://pornve.com/v69lbmu1hizz/Gabriella_Paltrova__Riley_Reid_-_Riley_Loves_Gabriella.html

https://pornve.com/v69xwa5nz7h8/Madlin_-_I_Reamed_A_Genie.html

https://pornve.com/v6cskm3rl3r0/Chanel_Preston_-_The_Fuckening.html

https://pornve.com/v6hgbycu0pco/Alex_Grey__Brooklyn_Chase_-_Nailing_Ms_Chase_-_Part_3.html

https://pornve.com/v6ndgslc818i/Ariella_Ferrera_Nicolette_Shea_Johnny_Sins_Parent_Teacher_Cumference.html

https://pornve.com/v6pjsqdqlu87/Lola_Foxx_-_Chief_Executive_Whore.html

https://pornve.com/v6pph4zzl87h/Sadie_Swede_-_The_Cock_That_Wasnt_There.html

https://pornve.com/v6s3tk91lmpe/Kiara_Mia_-_Her_Lonely_Pussy.html

https://pornve.com/v6ub3p8yh744/Brandi_Love_-_Fucking_The_Help.html

https://pornve.com/v6vhpdyqblsn/Laura_Crystal_-_A_Little_Jailing_Nailing.html

https://pornve.com/v6x6dqdwjkmo/Brazzers_Boston_Cream.html

https://pornve.com/v6yvxos8g2ox/Ariella_Ferrera_-_Driving_Mommy_Wild.html

https://pornve.com/v6zlsw86o0ef/Yoga_Freaks_Brazzers_2016.html

https://pornve.com/v725dlt5imu3/Eve_Madison_-_Big_Wet_Butt_Workout.html

https://pornve.com/v74bot7u626v/Monique_Alexander_-_Dreaming_Of_The_Don.html

https://pornve.com/v74xnh5afmbs/Gina_Lynn__Shyla_Stylez_-_Quantum_Of_Sluts.html

https://pornve.com/v78ikv4ifnxh/Julia_Ann__Olivia_Austin_-_Disciplinary_Action_-_Part_2.html

https://pornve.com/v792i6hxt34q/Madison_Ivy_-_Rough_Competition.html

https://pornve.com/v7e77rvi7iho/Sienna_West_-_The_Customer_Is_Always_Right.html

https://pornve.com/v7g9uu71ihzt/rkd_20_06_13_operatic_warm_up_int.html

https://pornve.com/v7pcr50hyqwm/Ajaa_Xxx__Karma_Rx_-_Dont_Touch_Her.html

https://pornve.com/v80xfcqkk0wz/bex_20_06_08_madison_ivy_and_kendra_sunderland_bodacious_bikini_threesome.html

https://pornve.com/v849gg36h0h4/Elsa_Jean__Riley_Reid_-_Licking_Locked_Up.html

https://pornve.com/v84fw770aifr/Britney_Light_Zachary_Wild_-_Searching_For_A_Selfie_Slut_-_Sneaky_Sex.html

https://pornve.com/v85opqsy2syu/All_Good_PSP_Rachel_Roxxx.html

https://pornve.com/v893m7y8exuy/Sarah_Jessie_-_Shipped__Stripped.html

https://pornve.com/v8mbspm64txb/Kerry_Louise_-_How_To_Handle_Your_Students_101.html

https://pornve.com/v8q32hf9atp3/Shyla_Stylez_-_Dirty_Car_Sales-Woman.html

https://pornve.com/v8tcyv2umes0/Madison_Ivy_-_Hurdle_Tits_For_The_Win.html

https://pornve.com/v8ttmy64lq2x/Wonderland_-_Part_2.html

https://pornve.com/v92dpzhvfobv/MilfHunter__RealityKings_Stephanie_Moretti_Wicked_Lines.html

https://pornve.com/v9ba02bl8ziy/Dana_DeArmond_-_Big_Ass_Revenge.html

https://pornve.com/v9ba84oqrs7e/Stacy_Cruz_Danny_D_-_A_D_Well_Earned_-_Big_Tits_At_School_-_Brazzers.html

https://pornve.com/v9c096kipjq8/Alexis_Fawx_Keiran_Lee_-_Cum_Inside_And_Make_Yourself_At_Home_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/v9fyr22r3t91/Fitness_MILF_Short_Haired_Blonde_Big_Tits.html
https://pornve.com/v9ph879c4rp1/Dinner_For_Sluts.html
https://pornve.com/v9qti6w610vw/The_Kitchen_Helper_Brazzers.html
https://pornve.com/v9rpvmno9jog/Britney_Amber__Ariana_Maria_Facials_Blowjob.html
https://pornve.com/v9utpexc1lng/Lilly_Ford_New_TILB.html
https://pornve.com/v9w98fo5ic78/_Hold_That_Shot_2_-_Brazzers_.html
https://pornve.com/v9wv62lyk1jx/Chloe_Chaos_-_The_Case_Of_The_College_Slut.html
https://pornve.com/v9x1dygobjuq/Ava_addams_the_boy_remains_after_school_for_additional_training.html
https://pornve.com/v9xldoe96eyp/Alexis_Fawx_-_The_Naked_Mom.html
https://pornve.com/v9yllglwefs3/Riley_Reid_Mick_Blue_-_BrazziBots_Part_1_-_ZZ_Series_-
_Brazzers.html
https://pornve.com/v9zk5c9s44um/Audrey_Bitoni_-_My_Dirty_Talking_Prof.html
https://pornve.com/va1fpgfbv7rc/Karmen_Karma_Keiran_Lee_-_Whoreschach_Test_-
_Pornstars_Like_it_Big_-_Brazzers.html
https://pornve.com/va3fbe754hwb/Hammered_Danny_D_and_Raven_Bay.html
https://pornve.com/va5rfuhm2944/Juelz_Ventura_-_Fucking_The_Vending_Machine_Dude.html
https://pornve.com/vadv2jqs3785/RealWifeStories_Rachel_RoXXX_With_Nothing_But_My_Heels_On_-
_17_07_16.html
https://pornve.com/vafs82muhzhs/Nikki_Benz__Riley_Reid_-_2_For_1_Fun.html
https://pornve.com/vai61s54sa4e/Bella_Rolland_LaSirena69_Keiran_Lee_-
_Disciplining_Their_Sugar_Daddy_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/vanx2irvnbwk/Emily_B_-_A_Stepmothers_Touch.html
https://pornve.com/vaopc3rbmq8n/Handled_With_Care_Brazzers.html
https://pornve.com/vap2xhfpku26/My_Stepdaughter_Loves_Porn_Brazzers.html
https://pornve.com/vaq58jucw7mt/Nikki_Sexx_-_It_Aint_Over_Til_The_Fat_Lady_Sings.html
https://pornve.com/vaufp8o62or6/Canela_Skin_Danny_D_-_Kings_Spa_Canela_-_RK_Prime_-
_Reality_Kings.html
https://pornve.com/vaygt5i12kll/Rebecca_Volpetti_-_The_Farmers_Daughter.html
https://pornve.com/vazfnp12wq8l/H0t_Bu5h_14_B1llie_St4r.html
https://pornve.com/vb5huilqnbl2/Alexa_Tomas_-_Fuck_Products_Inc.html
https://pornve.com/vb61l2486chy/She_Maid_Me_Cum_Amia_Miley_Cleans_The_Cock_Pipes_In_POV_-
_Brazzers_.html
https://pornve.com/vbcteyix9xsg/Dolly_Little__Kymberlee_Anne_-
_Its_A_Nice_Day_For_A_White_Lez_Wedding.html
https://pornve.com/vbgsr6uv0yqf/Erica_Fontes_-_Downton_Grabby_-_2.html
https://pornve.com/vbpa402temza/Ariella_Ferrera_-_Afternoon_Delight.html
https://pornve.com/vby4qfi0p0w4/Adrianna_Nicole_-_Oily_Therapy.html
https://pornve.com/vc045tnzryqq/Karma_Rx_Charles_Dera_-_Ill_Fuck_Who_I_Want_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/vc0wz19pgm5e/Katana_Kombat_-_Fit_For_Fucking_-_RK_Prime_-
_Reality_Kings.html
https://pornve.com/vc1nlepi3sqd/Kianna_Dior_-_Selfies_With_Your_Mom.html
https://pornve.com/vc2ca8m1nf0i/Tara_Holiday_-_Overnight_With_Stepmom_-_Part_2.html
https://pornve.com/vc2ueyshezny/Sophie_Dee_-_Squirt_My_Cockhole.html
https://pornve.com/vc6h9f9kcy7f/Bree_Olson_-_Care_To_Donate_Some_Fluid.html
https://pornve.com/vc80bl4iw5nq/Katana_Kombat_-_Laid_Off.html
https://pornve.com/vc96pr4elvj9/Alexis_Tae_-_Track_And_Feel_Her.html
https://pornve.com/vcdauponjl5j/Danny_D_Crushes_Anal_Jeana_Ivory_Facial.html

https://pornve.com/vch7tefjffb8/Angela_White_-_Anatomy_Of_A_Sex_Scene.html
https://pornve.com/vcjhnnp5ldyx/teens_like_it_big_brazzers_kristen_scott_danny_d_my_moms_boyfriends_cock.html
https://pornve.com/vcjjswkwtqu5/Lucia_Love_-_Too_Big_For_Buttfucking.html
https://pornve.com/vcmh4w3rebtk/Angel_Wicky_-_Summer_Internship.html
https://pornve.com/vcqvahjl31p0/Aaliyah_Hadid_Alura_TNT_Jenson_Ricky_Spanish_Stepmoms_Need_Loving_Too_Moms_In_Control_Brazzers.html
https://pornve.com/vctmkxketo7h/Veronica_Avluv_-_Meter_Maiden.html
https://pornve.com/vcxlernrtyny/Lela_Star_Bambino_-_Lela_Craves_The_Rave_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/vd0qb46c20g2/Aidra_Fox_Zac_Wild_-_Aidra_Gets_Her_Fill_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/vd48n6yftvu8/Julia_De_Lucia_-_Psycho_Anal-ysis.html
https://pornve.com/vd983c1mbhz9/Moriah_Mills_-_Cross-Training_For_Cock.html
https://pornve.com/vdbh4nxr60ep/Kayla_Carrera_-_Hard_Fuck_For_A_Confession.html
https://pornve.com/vdcu1v5y6yx1/Cyrstal_Rae_And_Kacey_Quinn_Pussy_Pick_Up.html
https://pornve.com/vde2of9hs7di/Louise_Jenson_-_The_Super_Fanny.html
https://pornve.com/vdegha3payu3/Amber_Alena_-_Lost_Lil_Humper.html
https://pornve.com/vdjs3idxrmc3/Makayla_Cox_-_Sneaky_Sauna_Mama.html
https://pornve.com/vdkkgvtpm96d/Lezley_Zen_-_Art_Of_Muff_Maintenance.html
https://pornve.com/vdn0ldetp3rf/Nikki_Capone_-_Capones_Vag.html
https://pornve.com/vdolstbvn8kn/Kelly_Divine_-_DP_On_The_Substitute_T.html
https://pornve.com/vdr69vvxz67c/teenslovehugecocks_19_07_04_lacy_lennon_lacy_loves_it.html
https://pornve.com/vdrqe3h7g69d/Ariella_Ferrera_-_The_Finer_Things_In_Life.html
https://pornve.com/vdwyp3iu9br1/teen_hot_babe_best_new_subil_arch_-_720p.html
https://pornve.com/vdx40oxk60lc/Katana_Kombat_Charles_Dera_-_Nice_To_Meat_You_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/vdynrn6w6h1r/Brazzers_Mrs_Sheas_room_service_Brazzers_Brazzersexxtra_2018_Kyle_Mason_Blonde_White_Girl_Wh.html
https://pornve.com/ve74fehwevuh/Kira_Noir__Sailor_Luna_-_Youve_Changed_-_Part_1.html
https://pornve.com/ve7gl8jzy8gr/Jessica_Jaymes_-_College_Mamories.html
https://pornve.com/ve8izlcymhb0/Sarah_Jessie_Xander_Corvus_-_Leather_Lust_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/vep6t5aq62dj/Charlie_Laine__Haley_Cummings_-_Prostitute_Trains_Sexy_Cop.html
https://pornve.com/vesscpipjiac/Alena_Croft_-_Oiling_A_Whore.html
https://pornve.com/vevsst5a8ojh/Drilling_Mommy_2_Scene_5_Pussy_For_Rent_Kyle_Mason__Sammy_Simpson.html
https://pornve.com/vew9zlymyy98/Brazzers__Hot_And_Mean__My_Lil_Dungeon_Keeper.html
https://pornve.com/vf0nmcioeyja/Samm_Rosee_-_Dicked_By_The_Doctor.html
https://pornve.com/vf302vfxi9sr/Kleio_Valentien_-_The_C_E_Hoe.html
https://pornve.com/vf30z3gvuaxk/Victoria_Summers_-_The_Very_Last_Fuck_Ever.html
https://pornve.com/vf38eyvachwv/RealityKings_Commando_Coochies.html
https://pornve.com/vf7b2p5vhun1/Alyssa_Lynn__Cassidy_Banks_-_Sharing_The_Shower.html
https://pornve.com/vf7l68enz8vu/Jasmine_Jae_Markus_Dupree_-_Assmissible_Evidence_-_Big_Butts_Like_It_Big_-_Brazzers.html
https://pornve.com/vf9fra2jkrqy/Dana_DeArmond_-_Bossy_Bitch.html
https://pornve.com/vfgqngd97emf/Nikki_Daniels_-_Massage_Time.html

https://pornve.com/vfh3v8zdjkl4/Jenna_Foxx_Tyler_Nixon_-_Soaked_In_Stockings_-_Baby_Got_Boobs_-_Brazzers.html

https://pornve.com/vfishpy6053f/Its_Wondaful_Sex_Life.html

https://pornve.com/vfpyqbc3grnj/Nikita_Von_James_-_Training_The_Trainer.html

https://pornve.com/vftrn3j0bwij/Jasmine_James_-_War_Whore.html

https://pornve.com/vfuu696vm4bd/kirsten_lee_Virgin_Lessons.html

https://pornve.com/vfxno6sl34aa/Mazzy_Grace_Body_Blow_Your_Load.html

https://pornve.com/vg0i18o7sdbw/Emmanuelle_London_-_Coachs_Boner.html

https://pornve.com/vg1c06n7pz7c/Mea_Melone_-_Under_The_Table_Deal.html

https://pornve.com/vg1quhdl84vt/Ava_Koxxx_-_What_Ms_Koxxx_Wants.html

https://pornve.com/vg44wrz4ftxp/Taylor_Wane_-_Open_For_Business.html

https://pornve.com/vg5sthdbczv9/Candi_Coxxx_-_Swipe_Right_For_Big_Tits.html

https://pornve.com/vg9tj4kck6fg/ENJOYING_HER_FRUITS-_Violet_Myers.html

https://pornve.com/vgaelc7qfgzm/Taylor_Wane_-_A_Trip_Down_Mammary_Lane.html

https://pornve.com/vgascgr80ewl/Putting_On_A_Show_-_Natalia_Starr_-_Reality_King.html

https://pornve.com/vgj2kxci4bju/My_Horrible_Boss_Wife_Satin_Bloom_Takes_A_Load_On_Her_Big_Tits_.html

https://pornve.com/vgjch3no7g5h/Abella_Danger_-_Anatomy_Of_A_Sex.html

https://pornve.com/vgkg789hdee7/Kagney_Linn_Karter_-_Kagneys_Anal_Expert-Tease.html

https://pornve.com/vgoeejeg184y/Gina_Valentina__Riley_Reid_-_The_Virgin_Learns_To_Fuck.html

https://pornve.com/vgr5o2v8h2tb/Anissa_Kate_-_Ohhhhh_La_La.html

https://pornve.com/vgteqh0mvgae/Jasmine_James_Home_Invasion.html

https://pornve.com/vgtxodt6pq9u/Harley_Jade_-_Slide_Into_My_DMs.html

https://pornve.com/vguqmplfdrxw/Brazzers_Boot_Camp_Brazzers_Mommy_Got_Boobs_Osa_Lovely_Johnny_Sins_Brunette_Black_Hair_Blowj.html

https://pornve.com/vgzq4gikc7ro/London_Keyes_-_Launching_Inside_Londons_Sweet_Asshole.html

https://pornve.com/vh0qr495uyvi/Avalon_Heart_-_Get_It_Big_D.html

https://pornve.com/vh1ahjgrjl5l/Victoria_Summers__Ass-isting_the_Barista.html

https://pornve.com/vh2kzme0h8d9/Brazzers_House_Episode_5_Bonus.html

https://pornve.com/vh32tzalwzal/Jenna_Foxx_-_Large_Hard-On_Collider.html

https://pornve.com/vh3fwuvp9mdn/Super_Duper_Karen_Fisher_Julie_Cash.html

https://pornve.com/vh4bwh2e7qxc/Brynn_Tyler_-_Seal_The_Deal.html

https://pornve.com/vhetpwbdvthy/Brazzers_Melt_in_her_mouth_Brazzers_Brazzersexxtra_2018_Georgie_Lyall_Danny_D_Blonde_White_G.html

https://pornve.com/vhf8sefnyu3y/Abigail_Mac_Keisha_Grey_-_The_Joys_of_DJing.html

https://pornve.com/vhq1m42880ym/Lexi_Belle_-_Getting_Private_With_The_Private.html

https://pornve.com/vhs0r8dfqea3/Emily_B_-_The_Joy_Cock_Club_-_Brazzers.html

https://pornve.com/vhtrvgmqu7jh/Katie_Summers__Lily_Labeau_-_Extra_Slutty_Care.html

https://pornve.com/vi03wfajfl2n/Brittney_White_-_My_Naked_Boss.html

https://pornve.com/vi08ms9o8ukq/Abigail_Mac_Small_Hands_-_Anatomy_Of_A_Sex_Scene_2_-_Pornstars_Like_It_Big_-_Brazzers.html

https://pornve.com/vidnamht50ni/Melissa_Moore__Riley_Reid_-_Almost_Sisters.html

https://pornve.com/vietukkd7zmm/Briana_Banks_-_Fuck_My_Wife.html

https://pornve.com/vikql349pys8/Valentina_Nappi_-_Madames_Finishing_School_For_Whores.html

https://pornve.com/viml7km52w1f/My_wife_slut_-_Destiny_Dixon.html

https://pornve.com/ving0qs7uy0w/Our_Horny_Lesbian_Housemates.html

https://pornve.com/viof0bwjt4zo/Lela_Star_Rob_Piper_-_Laying_A_Hand_On_Lela_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/viqbtd6fxx0r/Dinner_For_Sluts_-
_Riley_Reid_And_Melissa_Moore_Swap_Cocks_.html
https://pornve.com/vir4qj6y880l/Aiden_Ashley_Keiran_Lee_-_From_The_Streets_To_The_Sheets_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/virs56v3y947/Capri_Cavanni_-_The_Whory_Show.html
https://pornve.com/viu77x99s5a8/Ivy_Lebelle_-_Secret_Sauna_Sex.html
https://pornve.com/vix40njv78ij/Lisa_Ann_-_Please_Take_Me_Back.html
https://pornve.com/vix9p8l5tizr/Priya_Anjali_Rai_-_Bad_Teacher_Nice_Tits.html
https://pornve.com/vizjunu24mjf/World_War_XXX_Part_4_Brazzers_Peta_Jensen_Brazzers_Army_blowjob_T
attoo_Brunette_Big_Tits_Pr.html
https://pornve.com/vizta0bhx11q/Nina_Hartley_Xander_Corvus_-_Ninas_Chapel_of_Lust_Part_1_-
_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/vj3foluovgaz/Alana_Evans__Veronica_Avluv_-
_Alana__Veronicas_High_School_Reunion.html
https://pornve.com/vj4tmt2bbati/Alice_Lighthouse__Ariana_Marie_Knock_Knock_We_Want_Your_Cock.html
https://pornve.com/vj81kayhqh2z/April_Mae_-_Shes_Got_The_Juice.html
https://pornve.com/vj9p0y5p7emj/All_Good_New_Anya_Olsen.html
https://pornve.com/vjbf7lk5di5p/Ava_Addams_-_Interview_With_My_Asshole.html
https://pornve.com/vjib0w0wjhcd/This_Pharmacist_Can_Fuck_Off.html
https://pornve.com/vjiz13htqdq5/Aubrey_Black_-_Taking_Wifey_To_Work.html
https://pornve.com/vjk9txo6nj16/Subil_Arch_-_Strokemoff.html
https://pornve.com/vjtw5gsrlzfx/Erotic_Massage_Candy_Alexa_Anal.html
https://pornve.com/vk3ytq1j1ldj/Candee_Licious_-_The_Dick_Fairy.html
https://pornve.com/vk3zhdi46rks/Fucked_In_A_Breeze.html
https://pornve.com/vkf1wbdkut3h/Mackenzie_Moss_-_Secret_Roommate.html
https://pornve.com/vkpgk45m24bv/Tory_Lane_-_Im_Your_Christmas_Bonus.html
https://pornve.com/vkr7p10aih2t/Stephani_Moretti_-_Nailing_The_Presentation.html
https://pornve.com/vkyr0b0vaofb/Dee_Dee_Lynn_-_Happy_Stepdaddy_Day.html
https://pornve.com/vl62ezfgmiq9/In_The_VIP_Very_Important_Pussy_SD.html
https://pornve.com/vla4bjuex968/Kiki_Minaj_-_Organic_Orgasms.html
https://pornve.com/vldrdalyr8my/_Brazzers_-
_Busty_Milf_Reagan_Foxx_had_her_best_fuck_massage_.html
https://pornve.com/vlpymz7ovrht/Jessa_Rhodes_Bill_Bailey_Wife_Insurance.html
https://pornve.com/vls400uudv84/Keisha_Grey_-_Oiling_Up_The_Client.html
https://pornve.com/vlt2n2ub3gbf/Lexi_Lowe_-_Big_Tits_In_Uniform_15_2015.html
https://pornve.com/vlvytouc4dal/Patty_Michova_-_The_Window_Watcher.html
https://pornve.com/vlyjxl13xk6l/Mellanie_Monroe_-_Im_Fun_Too.html
https://pornve.com/vm2hmyb65fds/Tori_Black_-_Back_In_Black.html
https://pornve.com/vm7n4yt6s14s/Karina_White_-
_Say_Yes_To_Getting_Fucked_In_Your_Wedding_Dress.html
https://pornve.com/vmf1ci0zssjb/Brazzers_Get_The_Picture_Brazzers_Real_Wife_Stories_Charles_Dera_Aliso
n_Tyler_Brunette_Blowjo.html
https://pornve.com/vmhflndfvfxx/Lacy_Lennon_-_Porn_Logic.html
https://pornve.com/vmjujkh98bkx/rws_19_06_19_katana_kombat_the_dutiful_wife.html
https://pornve.com/vmll55bjmole/Rhylee_Richards_-_Quiet_Guys_Get_Laid_Too.html
https://pornve.com/vmon95pq32j4/Amber_Lynn_Bach_-_Casting_Cunt.html
https://pornve.com/vmrkc5z01m37/Richelle_Ryan_-_Big_Tits_In_Uniform_15_2015.html
https://pornve.com/vmuw36c70qw0/Ivy_Lebelle_-_Happy_To_Help.html

https://pornve.com/vmvclguwk2t8/Kortney_Kane_-_Kortneys_Slutty_Circuit_Training.html
https://pornve.com/vmzyjsmt34va/Kacey_Quinn_Slip_It_In_2S1.html
https://pornve.com/vn0x00hll51o/_Brazzers_-
_Busty_milf_Alura_and_teen_Avi_have_a_hot_threesome_.html
https://pornve.com/vn6pffxiq1ox/Canela_Skin_Torn_Tights_Anal_Shower_Anal_PornoSexGape__New_Porn_
2020_18_1080_Hd__DaftSex.html
https://pornve.com/vn9isnfh92qc/Piper_Perri_-_It_Swallows_-_Part_2.html
https://pornve.com/vnj8f5zqjhrw/Cherie_Deville__Ryder_Skye_-_Cumming_At_Customs.html
https://pornve.com/vnm00f3ut62q/Alexis_Texas_-_Private_Dick.html
https://pornve.com/vnp1ic09zto6/Riley_Jenner_-_Smiley_Riley_And_Her_Double_Ds.html
https://pornve.com/vnpson9p3zy6/Aaliyah_Hadid_-_Anal_Yoga_With_Aaliyah_-_Monster_Curves_-
_Reality_Kings.html
https://pornve.com/vnu4d3843o2e/Amber_Lynn_-_Centerfold_Me_Over.html
https://pornve.com/vnue0t3gm8z6/Kendra_Lust__Peta_Jensen_-_My_Two_Wives.html
https://pornve.com/vnx9vq33ek78/Shyla_Stylez_-_Intense_Asshole_Treatment.html
https://pornve.com/vo1j406f38kh/Bridgette_B_-_Banging_My_Husbands_Boss.html
https://pornve.com/vo296us08kzw/Kayla_Carrera_-_Photo_Blunder.html
https://pornve.com/vo39rcq73nyg/Claire_Dames_-_Inspector_Dames.html
https://pornve.com/vo3sgpwgwjv0/Nicolette_Shea_Isiah_Maxwell_-
_Day_With_A_Pornstar_Nicolette_Shea_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/vo9bms25fo2o/Krissy_Lynn_-_Cathartic_Coitus.html
https://pornve.com/voa79ylcnjhj/BrazzersExxtra_19_07_24_Tina_Kay_The_Dommes_Next_Door_Part_1_XXX
_SD.html
https://pornve.com/voafkki7rqo8/Brazzers_Triassathlon_Brazzers_Krissy_Lynn_Nikki_Delano_Rose_Monroe_
Big_Wet_Butts_Anal_Ass_W.html
https://pornve.com/voi9cinomip8/Karlee_Grey_-_The_Lust_Picture_Show.html
https://pornve.com/voyznib6t9k4/Anal_Schoolgirl_Bree_Olson_No_Pressure.html
https://pornve.com/vp15rzf8x6gg/Nikki_Benz_Briana_Banks_-_Dick_Stuck.html
https://pornve.com/vp5w8jj8gdq7/Bijou_-_Ballad_Of_The_Nutsucker.html
https://pornve.com/vp66xen5ejy2/blonde_big_tits_ass_babe_milf_tags_ass_tits_tag_this_video_3906_111_p
lays_published_on_3_hours_ago_category_amateur.html
https://pornve.com/vp7sajvzriop/Missy_Martinez__Noemie_Bilas_-_The_Morning_After_Mess.html
https://pornve.com/vp91rs92s4no/Sybil_Stallone_-_Stepmoms_Spring_Cleaning.html
https://pornve.com/vp9vqrjd4tgg/Kagney_Linn_Karter_-_Anally_Reamed_In_Her_Jeans.html
https://pornve.com/vpcxgeto5jyl/Kagney_Linn_Karter_-_Super_Nurse.html
https://pornve.com/vpikofvo33zn/Moriah_Mills_Scott_Nails_-_Dicking_The_Dutiful_Wife_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/vpku4r3vvpj7/Alura_Jenson_Robby_Echo_-_Nursing_My_Stepsons_Sick_Dick_-
_Mommy_Got_Boobs.html
https://pornve.com/vplx38qcoqax/Brittany_Andrews_-_Cum_To_My_Window.html
https://pornve.com/vpp8fun6va75/Georgie_Lyall_-_Forbidden_Fruit.html
https://pornve.com/vq1st4wldmlz/Alyssa_Reece__Charlotte_Stokely_-_Banging_With_The_Best.html
https://pornve.com/vq2r8v7tifz5/mgb_20_03_14_holly_hotwife_just_ignore_him.html
https://pornve.com/vq8vjswkrbuz/Nella_Jay_-_Fun_In_The_Sun.html
https://pornve.com/vqgs1tszk0ds/TeensLikeItBig_Dana_Vespoli_Melissa_Moore_Roxy_Nicole_Best_Birthday
_Ever_Part_1_-_19_07_16.html
https://pornve.com/vqhffi79ugr1/faye_reagan_massaged_by_two_blondes.html
https://pornve.com/vql8jt255d5o/Olivia_Austin_Mom_Needs_Money.html

https://pornve.com/vqltqmhoht2y/CumFiesta_Rayna_Rose_Perked_Up_Pussy_-_22_10_2016.html
https://pornve.com/vqn0m42kokt0/Brandi_love_latex.html
https://pornve.com/vqnn7z1yf3bf/Abigail_Mac__Katrina_Jade_-_Hard_Core_Training.html
https://pornve.com/vqqiesyr96lr/Hitched_And_Ditched_Lylith_Lavey__Buddy_Hollywood.html
https://pornve.com/vquwfe7ymac7/Keisha_Grey__Kendra_Lust_-_Adopt_A_Pornstar.html
https://pornve.com/vqxypq9oqgkd/Briana_Banks_-_My_Uncles_GF_Wants_My_Dick.html
https://pornve.com/vr87zb9fr1eb/AnAL_Marsha_May_-_720p.html
https://pornve.com/vrcko7bxm6ww/I_want_Dick_of_my_step_son.html
https://pornve.com/vrh9c9ztcazo/RKPrime_Tina_Kay_-_Get_Well_Coochie_21_08_2016.html
https://pornve.com/vrihllhb7027/Lela_Star_Tyler_Nixon_-_All_That_Glitters_Is_Lela_-
_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/vrkkqxzxp3o6/Drilling_Miss_Darby___Ryan__Leigh_Darby_.html
https://pornve.com/vrrxkxu8nlef/Brazzers_Sharing_The_Stepmom_Mia_Lelani.html
https://pornve.com/vrti9pvf8c9j/Audrey_Bitoni_-_The_Negotiator_-_Brazzers.html
https://pornve.com/vry6od80v8vg/Daddy_Fuck_Stepdaughter.html
https://pornve.com/vryduejc04mu/Katrina_Jade__Lela_Star_-_Black_Friday_Fuckfest.html
https://pornve.com/vrzsnzi26wtm/Mackenzee_Pierce_-_Ass_Under_Construction.html
https://pornve.com/vs6dfrf7ry6d/Molly_Mae__Parker_Swayze_-_Molly_Meets_Ms_Swayze.html
https://pornve.com/vs6x1pq0bwhd/Chloe_Cherry_Kyle_Mason_-_Not_What_She_Expected_-
_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/vs83mqx44sbm/Kayla_Carrera_-_As_Big_As_It_Gets.html
https://pornve.com/vsc33p1fe26u/Abby_Cross__Kiera_Winters__Lola_Foxx__Mia_Malkova_-
_Yer_Under_Arrest_Missy.html
https://pornve.com/vsed7d1hq8d0/How_To_Train_Your_Milf_Krissy_Lynn.html
https://pornve.com/vsfnty7t0ofa/Rachel_Starr_Salon.html
https://pornve.com/vsk17iy0324y/MilfsLikeItBig_-_Michelle_Thorne_Fucking_The_Invisible_Man.html
https://pornve.com/vsmf9lwnnvmp/India_Summer_Vegas_Milf_Vacation_Mommy_Issues.html
https://pornve.com/vsmmdro6jiho/Tasha_Reign__Tyler_Faith_-_Swapping_The_Wife.html
https://pornve.com/vstxz09qk9ct/Evita_Pozzi_-_Pozzi_Scheme.html
https://pornve.com/vt2ylholeeah/Rich_Fucks_Part_2_Brazzers_2018__Bridgette_B_Honey_Gold_Kristen_Sco
tt_Xander_Corvus_ZZ_Series.html
https://pornve.com/vt384qmbd2tt/Mia_Malkova_-
_PAWG_shows_off_her_flexibility_and_deepthroats.html
https://pornve.com/vsc3bnhahu7s9/Katrina_Jade_-_Post_Workout_Rubdown.html
https://pornve.com/vt76sw1ow3mm/Kaylani_Lei_-_Whos_Your_Butler.html
https://pornve.com/vtainupg0bmr/Anal_Jessy_Jones_All_Good_New_Yhivi.html
https://pornve.com/vtg59yz6lknd/GFRevenge_Bang_friends.html
https://pornve.com/vtgqeho74ufm/Madelyn_Monroe_-_Parole_My_Hole.html
https://pornve.com/vtktssova8lv/MomsInControl_Brazzers__Leyla_Morgan__Tarra_White__The_Sc.html
https://pornve.com/vtqiekesfu73/Shay_Fox_-_Clueless_Cum_Lessons.html
https://pornve.com/vtrvpwha5ap2/Spring_Broke_-_Support_The_Blowjob_Relief_Fund.html
https://pornve.com/vtxffqfp9vzn/Kenzie_Taylor_-_Ass_In_Heat.html
https://pornve.com/vug1ggyiylo1/Pantyhose_Playtime_Nikki_Benz__Jean_Val_Jean.html
https://pornve.com/vuhygh71qnpe/Carter_Cruise_-_A_Warm_Place_To_Stay_Tonight.html
https://pornve.com/vui6o7vge5da/Brandy_Talore_-_Sexual_Harassment.html
https://pornve.com/vukhi68xoa07/Lezley_Zen_-_You_Got_It_All.html
https://pornve.com/vunz6pdjlzsi/Luna_Star_-_Whore-O-Scopes.html
https://pornve.com/vupmv4j48ywa/Capri_Anderson__Clara_G__Jayme_Langford_-_My_Stepmom.html

https://pornve.com/vv3jaxantogp/blonde_blowjob_big_tits_brunette_lesbian_cumshot_deep_throat_juelz_v entura_juelz_ventura_romi_rain_5115_42_plays_published_on_52_minutes_ago_category_babe_threesome _pornstar_juelz_ventura_romi_rain_tags_romi_rain.html

https://pornve.com/vv4hm86tq15f/Cherie_Deville_-_Home_Alone_With_Cherie_-_Day_With_A_Pornstar_-_Brazzers.html

https://pornve.com/vv5cnyu05w4z/Brianna_Beach__Monique_Fuentes_-_Hungry_For_Pool_Boy_Cock.html

https://pornve.com/vv5dhde6vr91/Karlee_Grey_-_20_Year_Old_Ass_and_Titties.html

https://pornve.com/vvspmqh8ju14/Eva_Lovia_Gets_Fucked_-_Teens_Love_Huge_Cocks.html

https://pornve.com/vvwey6rt0yb0/Jenna_Presley__Krissy_Lynn_-_Yes_Maam_Yes.html

https://pornve.com/vvz7dmwo5bp7/RealWifeStories_Ariella_Ferrera_Lick_My_Limo.html

https://pornve.com/vw03mhwj62an/Cassidy_Banks_-_Pledge_Week.html

https://pornve.com/vw0yh93ubiax/Olga_Cabaeva_-_Assport_Renewal.html

https://pornve.com/vw1tlkjgzo7k/HD_BEST_NEW_CALI_CARTER_720p.html

https://pornve.com/vw8xh43x3mak/Anissa_Kate_-_Bitch_Please.html

https://pornve.com/vw8xr4f1kwtu/Courtney_Cummz_-_Fine_Ill_Fuck_Your_Son.html

https://pornve.com/vwb1xuz9mxhl/Madison_Ivy_Danny_D_-_Pixel_Whip_Strip_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/vwb21yw36i8g/Amber_Lynn_-_Hussy_For_Hire.html

https://pornve.com/vwhcshx8pazc/Brazzers_-_Rachel_Starr_Private_Eyeful.html

https://pornve.com/vwjjmcfa5xgr/Anal_Britney_Amber_-_Left_All_Alone_with_Britney_Amber.html

https://pornve.com/vwn6dw3rf002/BabyGotBoobs_Jessa_Rhodes_Angel_Tits.html

https://pornve.com/vwrwinoffbax/Big_Tits_In_History_-_Part_1.html

https://pornve.com/vwvkdtz6g6wv/Skyla_Novea_-_Bath_Bomb_Booty.html

https://pornve.com/vx1m5pdi7c4c/Threesome_Cum_Swap_Romi_Rain.html

https://pornve.com/vx2xa138b9ns/Brazzers_Live_-_34.html

https://pornve.com/vx3q3v8j6pmz/8thStreetLatinas_Martini_Bows_Sweet_Martini_-_22_07_16.html

https://pornve.com/vx6crvmetuu5/Ella_Knox_-_My_Professor_Thinks_Im_Perfect.html

https://pornve.com/vx9r4jmz5g6n/Coming_Home_Horny_Jenna_Ivory_and_Ramon.html

https://pornve.com/vxec591yauau/Krissy_Lynn__Nikki_Delano__Rose_Monroe_-_Triassathlon.html

https://pornve.com/vxhr2mhxs77m/Bridgette_B__Kelly_Divine__Phoenix_Marie_-_Three_Times_The_Booty.html

https://pornve.com/vxi0y7t2s187/Gia_Dimarco_-_Red_Light_Romp.html

https://pornve.com/vxifjuf9w8zu/Ariella_Ferrera_-_Dr_ScienTITS_I_Presume.html

https://pornve.com/vxnlgod9wxqo/Franceska_Jaimes_-_Showin_Skin_To_Mr_Sins.html

https://pornve.com/vxpc0qkm5pfw/Tanned_Latina_Lela_Star_With_Huge_Bubble_Ass_Riding_Keiran_Lee.ht ml

https://pornve.com/vxsxvmv533iu/Kimberly_Kane_-_Sex_Call_Of_Duty_-_Brazzers.html

https://pornve.com/vxw1vxwctixs/Natty_Mellow_Lick_The_Tip.html

https://pornve.com/vxxvah8j4d3s/Rich_Fucks_Part_4_Brazzers_2018__Bridgette_B_Toni_Ribas_Xander_Corv us_ZZ_Series.html

https://pornve.com/vxyptk6yrui3/Anissa_Kate_-_Anissa_Kate_C_E_Ohhh.html

https://pornve.com/vy1rrl81m4kj/Asa_Akira_-_Asas_Titty_Hair_Salon.html

https://pornve.com/vy3vp65083ui/Jessa_Rhodes_Keiran_Lee_-_Lovely_In_Latex_-_Baby_Got_Boobs_-_Brazzers.html

https://pornve.com/vy4fco9wp95e/Krissy_Lynn_porno_officer.html

https://pornve.com/vy8iv70qfn9t/MomsInControl_15_11_12_Bianca_Breeze_And_Charlotte_Cross_Pussy_Le ssons.html

https://pornve.com/vydoul9v6fvz/Brazzers_-_Ashley_Lane_Caddyshag.html
https://pornve.com/vyjo0it7bbiu/Monique_Alexander__Mya_Mays_-_A_Family_Affair.html
https://pornve.com/vynfh9yy7nn3/Barbie_Sins_-_The_Go-Go_Heist_Ho.html
https://pornve.com/vyns8yd5f5cd/BrazzersExxtra_Alyssia_Kent_Fuck_Your_Art.html
https://pornve.com/vyuvs0nm9h36/Audrey_Bitoni_-_Prison_Break.html
https://pornve.com/vyxv9e22r7mr/Cherie_Deville_-_Cumplimentary_Training_Session.html
https://pornve.com/vz0efl67jqwp/big_tits_at_work_brazzers_shay_evans_start_dicking_around.html
https://pornve.com/vz3spr5e7sdb/Skyla_Novea_Really_Needs_To_Take_A_Shower.html
https://pornve.com/vz5xn2jdxvmz/Ella_Knox_Ricky_Johnson_-_Good_To_The_Last_Drip_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/vzay4qpmrdgc/Sarah_Vandella_-_Check_Out_My_Brand_New_Tits.html
https://pornve.com/vzhe4vr0ddjk/Adriana_Chechik_Keiran_Lee_-_Free-Flowing_Fuck_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/vzhm9uxbb0d9/Kendra_Lust_Mommy_Meets_A_Teen_Idol_2018_Big_Tits_Brunette_Deep_Throat.html
https://pornve.com/vzldves6gjy4/Brazzers_-_Amber_Jayne_The_Art_Of_Decluttering_And_Orgasming.html
https://pornve.com/vzphvm1qhhmv/Til_Dick_Do_Us_Part_-_Episode_1.html
https://pornve.com/vzrnb8b1t6ih/Monique_Alexander_-_How_Bad_Do_You_Want_It.html
https://pornve.com/vztqovln7jlo/Moms_In_Control_15_S5_Missy_Martinez_Noemie_Bilas.html
https://pornve.com/vzubluvlw951/Cassidy_Klein__Simone_Sonay_-_After_Party_Mix.html
https://pornve.com/vzxjo7ldhcdh/Reality_Kings_Titty_Twisting.html
https://pornve.com/vzymcrtojjip/Caroline_Pierce_-_Moms_Boss_Is_A_Hot_Slut.html
https://pornve.com/vzyzyshlv08l/Lucy_Bell_-_Dirty_Lucy.html
https://pornve.com/vzzyt9uh2jse/_Brazzers_-_Hot_asian_babe_Jayden_Lee_gets_pounded_after_the_game_.html
https://pornve.com/w02508vsn3vw/Blake_Rose_-_Picture_Her_Naked.html
https://pornve.com/w03cu2xajd5i/Milf_Mummy_Elicia_Solis__Danny_D.html
https://pornve.com/w03xyhyyhvvp/Nikita_Denise_-_Ass_For_The_Top.html
https://pornve.com/w07wjwuz8hyn/Julie_Cash_Keiran_Lee_-_Bedside_Manner_-_Doctor_Adventures_-_Brazzers.html
https://pornve.com/w099427mikpx/Katie_Summers_-_A_Lesson_In_Big_Cock.html
https://pornve.com/w0d93e8i81p7/ANAL_GYM_MILF.html
https://pornve.com/w0ec9dtjjdjg/Aidra_fox_Is_Always_Ready.html
https://pornve.com/w0irx8yw4ba8/First_Comes_Love_Then_Comes_Anal_-_Mia_Malkova__Danny_Mountain.html
https://pornve.com/w0ixgn8fncro/Abella_Danger_-_Her_Ex_Fucks_Her_The_Best_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/w0lia9ur1439/Teens_Love_Huge_Cocks_-_Realitykings_-_Kira_Noir_Chad_White_-_Punishing_The_Pool_Hopper.html
https://pornve.com/w0mlw87b5naj/We_Live_Together_-_Realitykings_-_Carter_Cruise_Aiden_Ashley_Penelope_Reed_-_Horny_Riders.html
https://pornve.com/w0vez9gnieeg/My_Slutty_Valentine_Part_1_Britney_Amber__Jax_Slayher.html
https://pornve.com/w0wmd54vt3uw/Making_Him_Wait_2015.html
https://pornve.com/w11hjs05yzi8/Giselle_Palmer__Sheridan_Love_-_Cult_Of_Love.html
https://pornve.com/w15yw95ldbyl/Kayla_Green_-_Toying_Around_With_My_Step_Mom.html
https://pornve.com/w186qlq5vrt0/M0nsterCurv3s_M3lissa_M4y_Melissa_got_it_all.html
https://pornve.com/w1otqqtcjr64/A_Family_Affair.html

https://pornve.com/w1p5lmbcgkx9/Dayton_Rains_Her_BFs_A_Mother_Fucker.html
https://pornve.com/w1rhxxk2082j/s_big_tits_milf_redhead_mature_babe_striptease_dress_code_3513_3_2
36_plays_published_on_1_day_ago_category_ass_.html
https://pornve.com/w1rubrpkcili/Whitney_Wright_Tommy_Gunn_-_Category_Whore_Tornado_-
_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/w1ty1rzukuhv/Olivia_Austin_-_How_To_Fuck_At_The_Office.html
https://pornve.com/w1xq4cqrob1k/Brooke_Haze_Charles_Dera_-_Prime_Interviews_-_RK_Prime_-
_Reality_Kings.html
https://pornve.com/w1ya83zw5r6u/Lela_Star_-_All_That_Glitters_Is_Lela.html
https://pornve.com/w219zcxyyhaa/Holly_Halston_-_Hot_Ass_Oil_Party.html
https://pornve.com/w237l6yzv14e/Adalisa_-_Leave_The_Socks_On_Love.html
https://pornve.com/w2af5z3gyfcl/Karlee_Grey_-_Things_Are_Getting_Out_Of_Hand_-_Part_1.html
https://pornve.com/w2hlbif38s5f/Alexis_Fawx_Day_With_A_Pornstar.html
https://pornve.com/w2mk2hqikljs/audrey_bitoni_get_fucked_hard_badly.html
https://pornve.com/w2qk41vamlgq/1_800_Phone_Sex_Line_2.html
https://pornve.com/w2wsa2zmyra6/Eva_Karera_-_Trying_On_Lots_Of_Shoes.html
https://pornve.com/w2yqwif3ambk/Sophia_Bella_-_Sugar_Mamas_Like_It_Big.html
https://pornve.com/w311sr87ze2i/Brazzers_Live_-_25.html
https://pornve.com/w38jcz0tswqp/Missy_Stone_-_Pre-Wedding_Gift.html
https://pornve.com/w39gwl5syzlc/Madelyn_Monroe_Johnny_Sins_-_Call_Center_Cock_-
_Big_Tits_At_Work.html
https://pornve.com/w3m9kc6b94cy/Brazzers_Kira_Noir_Jailhouse_Fuck_4_04_04_2020_watch_videos_onlin
e.html
https://pornve.com/w3n2gyybkajw/Ava_Addams_-_Stay_Away_From_My_Daughter_-_1.html
https://pornve.com/w3nf71kixs30/Kyle_Mason_Havana_Ginger_-_Oiling_Up_Havana.html
https://pornve.com/w3nn7tzahlju/Nicolette_Shea_-_A_Night_In_Nicolette.html
https://pornve.com/w3r1ocavsld7/Aryana_Adin_-_Pop_Up_Cock.html
https://pornve.com/w3vhx5hifonl/Keisha_Grey_-_Getting_Wild_With_Keishas_Fine_Ass.html
https://pornve.com/w3w07caegqpt/The_Kitchen_Helper.html
https://pornve.com/w3wawcsh1w3f/Danni_Rivers__Eva_Long_-_Say_Yes_To_Some_Sex.html
https://pornve.com/w413lgsr08gw/Kat_Dior_-_Perfect_Pantyhose.html
https://pornve.com/w41h72jw73cf/8thStreetLatinas_Annika_Eve_b-_Nailed_It_05_08_2016.html
https://pornve.com/w41lhmuc70um/Valentina_Ricci_-_Clean_Up_On_Aisle_Valentina.html
https://pornve.com/w4299u5jjdr7/Stay_Away_From_My_Daughter_-_Part_2.html
https://pornve.com/w457sh8aduom/Alexis_Fawx__Luna_Star_-_News_Ancwhores.html
https://pornve.com/w46kgrzcjeda/Ryder_Skye_-_Lucky_Lifeguard.html
https://pornve.com/w47fnyz7zcdu/Riley_Reid__Brandi_Love_Heavy_Squirt.html
https://pornve.com/w48kqoidq5bo/Cassidy_Banks_-_Phone_Bone.html
https://pornve.com/w496v36xfesi/Brazzers_-_Nursing_Nookie.html
https://pornve.com/w4avr49b4myq/1_800_Phone_Sex_Line_8.html
https://pornve.com/w4ddg1j4bm6t/Eva_Notty__Kianna_Dior_-_Angry_Milfs_In_The_E_R.html
https://pornve.com/w4hoaa35nsxd/Staci_Carr_-_It_Swallows_-_Part_1.html
https://pornve.com/w4lu6z2ta9hr/Kimberly_Kendall__Simone_Sonay_-
_Make_It_Up_To_Me_With_A_Threesome.html
https://pornve.com/w4pgxuninvzz/Monique_Alexander_Isiah_Maxwell_1_800_Phone_Sex_Line_7.html
https://pornve.com/w4qu0by7kjy5/India_Summer_-_Show_Me_The_Yoni.html
https://pornve.com/w4r72wjn5q1m/HotAndMean_Amara_Romani_Phoenix_Marie_Our_Babysitters_Butt_-
_Part_1_24_08_16.html

https://pornve.com/w4wc0851ny8g/Stepmoms_Spring_Cleaning_Brazzers.html
https://pornve.com/w4z0oewkg2fi/Alexis_Ford_-_Alexis_Youre_The_Boss.html
https://pornve.com/w4zbpkzo977a/Brazzers_-_Doing_The_Dishes.html
https://pornve.com/w52hpa4eflus/Lizz_Tayler_-
_A_Rumor_That_Goes_Around_Cums_Around_On_Your_Tits.html
https://pornve.com/w534jrohqoky/karolyne_vibe_bang_to_the_beat.html
https://pornve.com/w57tkskgh9mt/Madison_Ivy_-_Slut_Du_Jour_-_Part_2.html
https://pornve.com/w57vffdzw9qm/Delicious_Tits1_Christy_MAck.html
https://pornve.com/w582t3mzga5n/Aletta_Ocean_-_Lost_In_Brazzers_-_Episode_3.html
https://pornve.com/w5bh05cnat4x/Christy_Mack__Rachel_Roxxx_-
_Freaks_And_Geeks_And_Teets.html
https://pornve.com/w5bvqus52feh/Abigail_Mac_-_Ride_It_Out.html
https://pornve.com/w5hg2g7ent32/BigWetButts_London_Keyes_Hot_Rod_Hussie_06_07_2017.html
https://pornve.com/w5ir9ddm75yp/Casca_Akashova__Kendra_James_-_Caught_Red_Handed.html
https://pornve.com/w5mpensbuv16/StreetBlowJobs_-_Lucy_Lei_Bust_A_Nut.html
https://pornve.com/w5sd77ojts8l/Adriana_Chechik_-_Warm_Welcum.html
https://pornve.com/w5v1briw6sdu/2020_08_05__Oiling_Up_Havana__Dirty_Masseur__Havana_Ginger.html
https://pornve.com/w5whhqmdr083/Abella_Danger__Zoey_Monroe_-_Go_With_The_Flow.html
https://pornve.com/w5wms0e0kycf/Kenzie_Taylor_-_Fucking_Clueless.html
https://pornve.com/w5y96ghqi2kz/Jordan_Pryce_-_Fucking_To_America.html
https://pornve.com/w5z3snajy6zu/Aoki_Kalani_-_Good_Fuck_Charm.html
https://pornve.com/w6064oa7my1b/Lucia_Love__Michelle_Thorne__Mila_Milan__Tamara_Grace_-
_ZZ_Cup_-_Team_Tits.html
https://pornve.com/w67lg6k9ju39/Avery_Black_Oliver_Davis_-_RK_At_Home_Averys_Fake_Fight_-
_RK_Prime_-_Reality_Kings.html
https://pornve.com/w68pk4gvrssi/Ashley_Adams_Robby_Echo_Bucked_and_Fucked.html
https://pornve.com/w6922vtwxueo/Kendra_Spade_-_Glow_In_The_Dark_Dicking.html
https://pornve.com/w6flqdbgtxdu/This_Docteur_Has_A_Rather_Capricious_Patient_Doctor_Adventure.html
https://pornve.com/w6j6n4dcjjcs/Veronica_Rodriguez_-_After_Shower_Soak.html
https://pornve.com/w6p22nh5t8kx/Luna_Star_-_Reflection_Eternal.html
https://pornve.com/w6p93bl9dauh/Gia_Dimarco_-_Dirty_Gia.html
https://pornve.com/w6z3mq7mjaex/Marta_La_Croft_-_Cumming_Out_Of_A_Coma.html
https://pornve.com/w7aowzjik4oc/Rachel_Starr_Jessy_Jones_-_Private_Eyeful_-
_Real_Wife_Stories.html
https://pornve.com/w7bhb3vqxvjk/Anal_AJ_Applegate_13_Top_Rated_Porn_Video_Of_Today_37_Most_Play
ed_Porn_Video_Of_Today_63_Top_Rated_Porn_Video_Of_Week.html
https://pornve.com/w7ge5yzkxp5q/Skyla_Novea_-_Raving_About_Her_Tits.html
https://pornve.com/w7jq28y1ndk9/BigTitsAtWork_Natasha_Nice_40Office_Initiation41.html
https://pornve.com/w7nsx6tkw5k1/Kelly_Divine_-_Twerking_On_The_Dick_So_Divine.html
https://pornve.com/w7sa7iz80wb2/Alena_Croft_Ricky_Johnson_-_Mommys_Busy_-
_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/w7wu87uj6362/Lust_Bite_-_Episode_2.html
https://pornve.com/w82cik5ccedt/Angelica_Taylor_-_Beady_Booty.html
https://pornve.com/w89chfxjbws3/blonde_blowjob_big_tits_ass_cumshot_babe_bigwett_britney_amber_off
ice_anal_3505_177_plays_published_on_4_hours_ago_will_update_ina_few_hours_category_anal_hardcore
_pornstar_britney_amber_tags_butts.html
https://pornve.com/w8c5y8j40j03/BabyGotBoobs_Daya_Knight_Best_Jog_Ever_-_15_11_2016.html

https://pornve.com/w8dqn0qub45p/Brandi_Bae__Mandy_Muse_-_Spring_Break_Beach_House_Party.html
https://pornve.com/w8etddqu76qf/MilfsLikeItBig_Alexis_Fawx_Romi_Rain_Pervert_In_The_Park_-_12_11_2016.html
https://pornve.com/w8lxbj3qwjhp/Emily_Mena_-_My_Stepsisters_Baby_Oil.html
https://pornve.com/w8tlzo084rbq/Natalie_Brooks_Charles_Dera_-_Bad_Ballerina_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/w8vdt6h02hcp/Isis_Love_-_Mall_Cop-A-Feel.html
https://pornve.com/w8xv1h964nym/When_Lisa_Ann_cums_over_watch_online_for_free.html
https://pornve.com/w940035ihdh0/Angelica_Taylor_-_Youre_Gonna_Pay_For_That.html
https://pornve.com/w96u4m60qb6a/Madison_Ivy_nurse.html
https://pornve.com/w99u10o5gkcl/Diamond_Jackson_-_Gimme_That_Dick.html
https://pornve.com/w9jlm8phxo5q/Gianna_Dior_-_Pussy_Unlocked.html
https://pornve.com/w9n6zwpminad/Brazzers_-_Brandi_Love_Mounted_By_My_Mother_In_Law.html
https://pornve.com/w9u1bicxt44q/Gia_Dimarco_-_Hurtin_For_A_Squirtin.html
https://pornve.com/w9ujwpb8yt8i/Candy_Manson_-_Doctors_WHOREders.html
https://pornve.com/w9um1ie2sykr/Melissa_Moore_-_A_POV_Patient_Pounding.html
https://pornve.com/wa0hvfg2npb2/Sara_Jay_-_Bring_Me_The_Manager.html
https://pornve.com/wa23ew3cqa9h/My_Stepmom_And_Her_Sister_Brazzers.html
https://pornve.com/wa37dczxexzs/Alexis_Ford_-_Trick_Or_Treat_Or_Bukkake.html
https://pornve.com/wa3ytu9mvpng/brazzers_lexi_luna_what_are_you_doing_to_my_friend.html
https://pornve.com/wa55s2s4qz06/stretching_with_danika.html
https://pornve.com/wa6bdi5hm8xi/Nicole_Bexley_Blacked.html
https://pornve.com/waave2k10ovm/Flexi_Gracie_Glam_Hot_Oiled_Workout.html
https://pornve.com/wagd1xlmnupo/Bridgette_B__Nina_Kayy_-_Blowing_On_Some_Other_Guys_Dice.html
https://pornve.com/waht0w827svr/Sophia_Lomeli_-_The_Jordan_Hour_Of_Power.html
https://pornve.com/wam8mlbzv25b/Nicole_Aniston_-_Summertime_And_The_Livin_Is_Sleazy.html
https://pornve.com/waox2vrmkieu/Houston_-_The_Sex_Games.html
https://pornve.com/watyw26telw9/Jade_Dylan_and_Aubrey_Rose_Sexting.html
https://pornve.com/wau58546pmbp/MikesApartment_Cherry_Kiss_-_Cherry_Sweet_13_07_2016.html
https://pornve.com/wb19kibkj8ls/Julia_Ann_-_Hot_Nurse_Gets_The_Cock_Pumpin.html
https://pornve.com/wb1dv0cqrshy/Money_Talks_pump_service_big.html
https://pornve.com/wb3bgbctg6hg/Kagney_Linn_Karter__Kendra_Lust_-_Tittyfuck_Airways.html
https://pornve.com/wb4f4hbmip71/Scott_Nails_Always_Has_To_Bail_Out_Early_With_Jenna_Haze_And_Then_Go_For_Another_Round_Jenna_Haze_Best_Workout_Routine.html
https://pornve.com/wb8akig4tlua/Ella_Hughes_-_Good_Boy.html
https://pornve.com/wb8gh4uzuiz8/rkprime_17_10_26_victoria_june_keep_your_mask_ontk.html
https://pornve.com/wbfkx3vynvwy/F5-MilfHunter_Reagan_Foxx_Surveying_The_MILF.html
https://pornve.com/wbm3whlvjyrz/Escandalo_2_-_LaSirena69_Luna_Star__Chris_Diamond.html
https://pornve.com/wbpkxvlzivem/August_Taylor_Beady_Booty_First_Anal.html
https://pornve.com/wbpt5g5m81d4/Teri_Weigel_-_Playtime_With_Teri.html
https://pornve.com/wbrfs5p4m44e/RealWifeStories_Mia_Li_Dick_Deep_In_The_Designer.html
https://pornve.com/wbsv0wd11wig/Moms_Bang_Teens_11_2015_Reality_Kings_Scene_3.html
https://pornve.com/wbt4lkish7jt/J_Love_-_Big_Gamble_On_Big_Tits.html
https://pornve.com/wbv79xjp93dj/Dillion_Harper_Call_Center_Coochie.html
https://pornve.com/wbvq8n77kg3j/Scarlett_Sage_-_Tiny_Teen_Hooker.html
https://pornve.com/wby1dd8wjz5n/Jessica_Moore_-_Anal_Bunny_Birthday.html

https://pornve.com/wc2p1yqhcjvs/Blanche_Bradburry_Danny_D_-_First_Class_Ass_-_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/wcgjs625t6cb/Amy_Anderssen_-_Itchin_for_a_Petition.html

https://pornve.com/wcgy8jhri9ek/RKPrime_Blondie_Fesser_Thick_Blondie_-_23_10_2016.html

https://pornve.com/wcm6691hr74h/Valerie_Kay_-_Im_Not_A_Hooker.html

https://pornve.com/wcmyeoiw45va/Madison_Ivy_and_Aletta_Ocean_-_Tour_of_London_Part_Two.html

https://pornve.com/wcpauw6ayq5p/slut_gets_offered_a_free_massage_after_getting_ditched_by_her_boyfriend_its_a_ploy_to_fuck_her_but_she_doesnt_mind_much.html

https://pornve.com/wcr20lawy51w/The_Cougar_Countdown_Brazzers.html

https://pornve.com/wcuq8x7huaky/Kayla_Kayden_Dont_Touch_Her_33_Anal.html

https://pornve.com/wcy3yiu61g8y/Kissa_Sins__Rachel_Starr_-_Sexual_Paradise.html

https://pornve.com/wd1cjntreiep/Alektra_Blue__Nikki_Benz_-_Horny_Hosts_Of_Hell.html

https://pornve.com/wd3liz6jvitv/Bella_Rolland_Xander_Corvus_-_Chain_Linked_Fuck_-_Baby_Got_Boobs_-_Brazzers.html

https://pornve.com/wd9w8yfm19gp/Sophia_Lomeli_-_Basket_Whore.html

https://pornve.com/wdaiet0p34d4/Bridgette_B_-_Titty_Heist_-_Part_1.html

https://pornve.com/wdccnyzbp0ss/1800_Phone_Sex_Line_10_Lela_Star_Luna_Star__Van_Wylde.html

https://pornve.com/wddgl5la3ufg/Katja_Kassin__Luscious_Lopez_-_Going_Once_Going_Twice_Buttsex.html

https://pornve.com/wddrly9hct22/Alexis_Fawx__Briana_Banks_-_MILFriendly_Neighborhood.html

https://pornve.com/wde7ybfr8f13/One_Night_Is_Too_Long_-_Part_2.html

https://pornve.com/wdgxcosr6bqj/Amy_Brooke_-_Works_The_Pole.html

https://pornve.com/wdjrwevtv5dc/Jynx_Maze_And_Ariella_Ferrera_CFNM.html

https://pornve.com/wdlukuj2xr4i/Ella_Knox_Alex_Legend_-_Ella_Wants_Anal_-_Monster_Curves_-_Reality_Kings.html

https://pornve.com/wdq7zxqneguf/rkprime_19_06_18_karissa_shannon_shannons_got_game.html

https://pornve.com/wdsbshb1a7q3/Bella_Rose_Steve_Holmes_-_Big_Thermometer_Energy_-_Doctor_Adventures_-_Brazzers.html

https://pornve.com/wdvjux6js0im/Aaliyah_Hadid_-_The_Liar_The_Bitch_And_The_Wardrobe.html

https://pornve.com/wdxb9b44z2gm/Chantelle_Skye_-_Whats_Prom_Without_A_Little_Porn.html

https://pornve.com/wdxrc10boohx/Gina_Valentina_-_Cum-Shot_Caller.html

https://pornve.com/wdy1kr69vdmr/Jenni_Lee_-_Suck_For_My_Silence.html

https://pornve.com/we164g7bzsjt/Alina_Lopez_Stirling_Cooper_-_Bad_Bunny_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/we1it8fohez7/Madelyn_Marie_-_Crashing_Johnnys_BBQ.html

https://pornve.com/we6cdzmkukt3/Brazzers_Happy_Bday_Fuck_My_Mom_Brazzers_2017_Isis_Love_Lucas_Frost_Mommy_Got_Boobs_Latina_B.html

https://pornve.com/we8kby0wg1v1/BigTitsAtSchool_Sofi_Ryan_My_How_Youve_Grown.html

https://pornve.com/we9okbr97gkg/Brazzers_-_Sexy_doctor_Ania_Kinski_fucks_patients_big_cock_.html

https://pornve.com/webb3meh6v8k/MommyGotBoobs_-_Ava_Addams_Moms_Christmas_Stuffing_15_December_2015.html

https://pornve.com/weh9ctdnpa1l/Layton_Benton_-_Soaking_Wet_Revenge.html

https://pornve.com/weouxdppzni4/Diamond_Jackson__Isis_Taylor_-_Bra_Tug_Of_War.html

https://pornve.com/weqjqt1xxkpn/Klarisa_Leone_-_Lets_Sweat_It_Out.html

https://pornve.com/wesvmnmnvio0/Audrey_Bitoni__Raven_Bay_-_Go_Fuck_Yourself.html

https://pornve.com/wezy88igmlyu/MommyGotBoobs_19_08_29_Maggie_Green_-_Shes_Sneaky_Sweet_XXX.html

https://pornve.com/wf00zpsc224z/Autumn_Falls_Xander_Corvus_-_Inside-Her_Trading_-_Big_Tits_At_Work_-_Brazzers.html

https://pornve.com/wf689q85w4q6/Kissa_Sins__Madison_Ivy_-_Wet_And_Waiting.html

https://pornve.com/wf7q2ryk9kni/Daizy_Cooper_Michael_Vegas_-_Daddys_Perfect_Darling_-_Teens_Like_It_Big_-_Brazzers.html

https://pornve.com/wf8mzvgkjz3z/Aryana_Adin_Robby_Echo_-_Hot_Tub_Hopping_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/wf8q8lgorxx9/Brazzers_-_Alice_Fabre_Manic_Pixie_Cream_Girl.html

https://pornve.com/wffnjptc5yw4/Maddi_Sinn__Kagney_Linn_Karter_-_A_Flash_Of_Genius.html

https://pornve.com/wfj4zh5tza5r/BigTitsAtWork_17_04_09_Jasmine_Webb_Interview_With_A_Busty_Boss_XXX_-KTR.html

https://pornve.com/wfmddnf8nd0c/MommyGotBoobs181022KendraLustMommyMeetsATeenIdol.html

https://pornve.com/wfmszzc7qyzf/Bringing_Down_The_House_Brazzers.html

https://pornve.com/wfn5n02b2xjh/Khloe_Kapri_-_Checkmate.html

https://pornve.com/wfo1d3w4xe7v/buggati_baby.html

https://pornve.com/wfr5e0sn06o2/Ellena_Woods__Skin_Diamond_-_A_Secret_Shower.html

https://pornve.com/wg4chgejeg2o/Jenna_Foxx_-_A_Tip_For_The_Waitress.html

https://pornve.com/wgaf4wdhmy2r/Nicolette_Shea_Jordi_El_Nino_Polla_-_School_Of_Hard_Knockers_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/wgbxrwtqj2vs/Raylene_-_Sparkled_Big_Ass.html

https://pornve.com/wgfykz7viz2m/August_Taylor_Anal_Maid.html

https://pornve.com/wguy55ukhwze/AJ_Applegate_-_Escape_From_Asscatraz.html

https://pornve.com/wgw2x4ur45sm/Leda_Bear_-_Pussycraft.html

https://pornve.com/wgz6aul9dioe/Amber_Jayne_-_Pounded_By_The_Plagiarist.html

https://pornve.com/wh5n79sjf55b/BigTitsPhoenix_Marie_breaking_and_inserting_huge_penis_deep_inside_her_pussy.html

https://pornve.com/wh6w5vnirfcm/Nickey_Huntsman_-_Chasing_After_Her_Friends_Bros_Cock.html

https://pornve.com/wh99gxq13a54/Hot_Teen_Sister_Doesnt_Mind_Sharing.html

https://pornve.com/whb0wfn6mi14/Ella_Knox_-_Busted_At_The_Banana_Shop.html

https://pornve.com/whdra3lc9b7p/Nicolette_Shea_-_Day_With_A_Porn_Writer.html

https://pornve.com/whdt32q4n1gq/Nicolette_Shea_-_Im_Not_Cheating.html

https://pornve.com/wheblnn96e61/Asa_Akira_And_Christy_Mack_-_I_Still_Havent_Fucked_What_I_Am_Looking_For.html

https://pornve.com/wheyxpv7n2dg/Casey_Cumz__Nikita_Von_James_-_Swingers.html

https://pornve.com/whkemwwbggpk/Diana_Prince_-_The_J_O_R_D_A_N_System.html

https://pornve.com/whn7urw8yez1/Ella_Hughes_-_ZZ_Improv.html

https://pornve.com/whqkcx0i6f0y/Missy_Martinez_-_Listening_And_Lust.html

https://pornve.com/whquzzdr0525/Ashlynn_Leigh_-_Its_My_Party_And_Ill_Cum_If_I_Want_To.html

https://pornve.com/wi13uphd2npu/Gianna_Dior_Keiran_Lee_-_Pussy_Unlocked_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/wi2moc6shd99/Johnny_Sins_Private_Dick_Nicolette_Shea.html

https://pornve.com/wi554l6ls1sk/Gianna_Dior_Chad_White_-_Ass_Dance_-_RK_Prime_-_Reality_Kings.html

https://pornve.com/wi7bqvve5p2d/Power_Bangers_XXX_-_Episode_3.html

https://pornve.com/wicwayewlfkk/Bettina_DiCapri_-_Community_Servicing.html

https://pornve.com/widmmgt708t1/Karmen_Karma_-_Karmas_A_Big_Butt_Bitch.html

https://pornve.com/wijz27yqvfnd/Mia_Malkova_-_Always_Think_Happy_Thoughts.html
https://pornve.com/wikdcuygwcl2/Dani_Jensen__Shyla_Jennings_-_Can_I_Have_My_Birthday_Cock.html
https://pornve.com/wilwcpypt9bu/Abigail_Mac_Manuel_Ferrara_-_Serviced_In_Her_Room_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/wiqgdux1bwzb/Abella_Anderson_-_Suckretary.html
https://pornve.com/witfrthk9brc/Karma_Rx_Small_Hands_-_Cum_Rain_Or_Shine_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/wivi5ly23bi5/RealWifeStories_Brazzers_Eva_Lovia_My_Fucking_High_School_Reunion.html
https://pornve.com/wixsg6t2ymyh/Brazzers_House_-_Episode_7.html
https://pornve.com/wjc3vj9knpkp/Bridgette_B_-_Step_Up_To_Get_Your_Dick_Up.html
https://pornve.com/wjcfcrjktek7/Aaliyah_Love_-_Tie_Me_Up_Dick_Me_Down.html
https://pornve.com/wjjkexzfiqpf/Madison_Ivy_-_Whats_The_Problem.html
https://pornve.com/wjmvg8kfxywq/Diamond_Foxxx_-_Office_Tease.html
https://pornve.com/wjnehn66hlyk/Diamond_Jackson_Ricky_Spanish_-_A_Pot_of_Golden_Dildos_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/wjoawn8kek0x/Bill_Bumpin_Butt_Fuckin_Diana_Prince__Scott_Nails.html
https://pornve.com/wjuximww601q/Jasmine_Jae_Keiran_Lee_-_Waking_Up_The_Comatose_Cock_-_Doctor_Adventures_-_Brazzers.html
https://pornve.com/wjwy34z4gtyh/Akira_Lane_-_Mama_Cum_Home.html
https://pornve.com/wjybdahv7b6c/Tiffany_Fox_-_He_Talked_Me_Into_It.html
https://pornve.com/wjzldnm0fqxn/_Brazzers_-_Busty_blonde_army_gal_Nicole_Aniston_fucks_a_soldier_.html
https://pornve.com/wk44x7o7bf5b/HOT_MILF_HARD_ANAL_JR_CARRINGTON.html
https://pornve.com/wk8l57e18plw/Tila_Flame_-_Amazing_Teen_Black_Chick_Fucked.html
https://pornve.com/wk9qvy1vtkmd/Bonnie_Rotten__Riley_Reid_-_That_Slut_Does_Porn.html
https://pornve.com/wka3wev87wvx/Can_I_Bother_You_For_A_Tall_Glass_Of_Dick.html
https://pornve.com/wkabu0kooxvn/Asa_Akira__Malena_Morgan_-_Asian_Persuasion.html
https://pornve.com/wkeo5bqj8p99/big_tits_at_school_brazzers_nina_north_jessy_jones_the_make_up_exam.html
https://pornve.com/wkihgesgwevq/Hailey_Star_-_Lucky_Samaritan.html
https://pornve.com/wkkjfau2x1gl/Lisa_Ann_-_Stepmom_Lends_A_Hand.html
https://pornve.com/wkltddx0qu6s/Lylith_Lavey_-_Tits_For_Tickets.html
https://pornve.com/wkpiymnuszed/Alexis_Malone_Krissy_Lynn_Bobbi_Starr_Jenny_Hendrix_Amy_Brooke_Emma_Heart_Kelly_Devine_And_Melissa_Lauren.html
https://pornve.com/wksi4s7hqozc/Jayden_Jaymes_-_Casual_Friday.html
https://pornve.com/wkucmt8aiidd/Natalia_Starr_Xander_Corvus_-_Red_Hot_Yoga_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/wkvc1xs5g4yd/Bridgette_B_-_Balled-Room_Dancing.html
https://pornve.com/wkvnk35gqlm5/Adriana_Chechik_Charles_Dera_-_Testing_My_Relationship_Too_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/wkwuv9mcwhr8/Ava_Addams_-_Moms_Christmas_Stuffing.html
https://pornve.com/wkzat9e1j36z/Anikka_Albrite_-_Hot_New_Anal_Hardcore.html
https://pornve.com/wl3qcykdaxe0/Candy_Alexa_-_Jiggly_Jump_Rope.html
https://pornve.com/wl4a404l3pd5/Husband_fucks_his_wife_s_younger_sister.html
https://pornve.com/wl74dj3xjpm8/Bridgette_B_-_Wet_Hot_Yoga.html
https://pornve.com/wl8su5sh3jzd/Joanna_Angel_-_Massage_Yourself.html

https://pornve.com/wlb2smfwkajt/Lilli_Vanilli_Danny_D_Putting_It_In_Her_Slot.html
https://pornve.com/wlc17g285b6m/Shay_Fox_-_Getting_Lucky_At_The_Casino.html
https://pornve.com/wln6ktqltlxr/Eva_Notty_-_Busty_Study_Buddy.html
https://pornve.com/wln75g1vhw9h/Nikki_Benz__Summer_Brielle_-_Vice_Squad_Discipline.html
https://pornve.com/wlr3hv75jkpy/Peta_Jensen_-_The_Rough_Shagging_Shrink.html
https://pornve.com/wlspsws0q2f4/Charley_Chase_-_Charleys_CPR_Seminar.html
https://pornve.com/wlv3keoff2qy/Around_The_Kitchen_Chores_Brazzers.html
https://pornve.com/wlv5x54j3qk7/Alessandra_Jane_-_The_Mischievous_Maid.html
https://pornve.com/wlxplzowl4tf/Holly_Halston_-_Ribbon_Cunting_Ceremony.html
https://pornve.com/wlxuboflxe5c/Brand_New_Sassy_Scarlett_Jennings_Has_A_Nice_ASS_GFR.html
https://pornve.com/wlyddp6gaakv/Monique_Alexander_-_Interoffice_Intercourse.html
https://pornve.com/wlygk75en9jh/Monique_Alexander_Scott_Nails_-_Hands_Off_-
_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/wm32xeh3x54b/Cali_Carter_-_Holosexual.html
https://pornve.com/wm5xyt5zwa9v/Asa_Akira_-_Working_The_Night_Shift.html
https://pornve.com/wm797lx337lu/Alura_TNT_Jenson__Syren_De_Mer__Tiffany_Mynx_-
_Try_My_MILF_Shake.html
https://pornve.com/wmcspdl9fxky/Brandi_Love_-_Brandi_Loves_The_Contractors.html
https://pornve.com/wmixu1rlm148/Savannah_Stern_-_Dictator_Tits.html
https://pornve.com/wmiykuo4ycau/Jessica_Jaymes_-_Milking_The_Patient.html
https://pornve.com/wmlak46l9vht/Sister_in_Law_Means_Well_Synthia_Fixx__Keiran_Lee.html
https://pornve.com/wmmfadt7uj9v/Peta_Jensen_New_Video.html
https://pornve.com/wmnvlq17hmv9/Stella_Cox_-_Stella_Cox_Gets_Taken.html
https://pornve.com/wmpgu489l44z/Nikky_Dream_-_Foamy_Fucking.html
https://pornve.com/wmv3jkewhpge/blonde_blowjob_big_tits_ass_office_babe_britney_amber_office_anal_3
505_42_plays_published_on_27_minutes_ago_bigwettbutts_category_anal_hardcore_pornstar_britney_amb
er_tags_anal.html
https://pornve.com/wn06fmw9i65r/Courtney_Cummz_-_Hustling_Whore.html
https://pornve.com/wn2tk6ynwohe/Summer_Brielle_-_Posing_Nude_For_The_Painter.html
https://pornve.com/wn91s0hw7psn/Rebecca_Jane_Smyth_Sam_Bourne_-
_Turning_On_His_Girlfriends_Mom_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/wnbk96txtadx/Katie_Jordin_-_I_Stole_Mamas_Massage.html
https://pornve.com/wnjo72zsa2kj/Bella_Rolland_Chain_Linked_Fuck.html
https://pornve.com/wnlejc5wexrr/Marital_Demise_-_3.html
https://pornve.com/wnm2rrxwnohr/Holly_West__Tanya_James_-_Big_Tits_R_Us.html
https://pornve.com/wns6n9re1krl/Audrey_Bitoni_Keiran_Lee_-_Unfinished_Business_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/wntsehl3o8aw/Riley_Reid__Veronica_Rodriguez_-_Straight_A_Squirters.html
https://pornve.com/wnvhzayisat7/Massaging_the_Ex_Diana_Prince__Bill_Bailey.html
https://pornve.com/wnwp7t6bta0y/Brazzers_Live_-_33.html
https://pornve.com/wnylyxda88rp/Ariella_Ferrera_-_Male_Order_Bride.html
https://pornve.com/wnz1ypgfs04k/Reagan_Foxx_-_Bronzing_In_The_Batters_Booth.html
https://pornve.com/wo6u9vo90tg3/Sofia_Lee_-_Stroking_The_Guards_Post.html
https://pornve.com/wo6vlyv77jip/DirtyMasseur_19_10_11_Gia_Milana_Gias_Deep_Rub_Down_XXX.html
https://pornve.com/wo780thi05ih/Ashley_Fires_-_Wham_Bam_Thank_You_Paper_Jam.html
https://pornve.com/wo79wmpz3smu/Joanna_Angel_Small_Hands_-_Hands_On_Joanna_-
_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/wo7h7h0cy582/Jezabel_Vessir_-_You_Cant_Spell_Horny_Without_HR.html

https://pornve.com/wo7lx9zgo442/Juelz_Ventura_Ready_For_The_ANAL_Party.html

https://pornve.com/wo9y7kp701li/RKPrime_18_11_19_Brett_Rossi_And_Jillian_Janson_Classy_As_Fuck_XXX_SD.html

https://pornve.com/woaw0g9uv5aw/Asa_Akira__Katsuni__London_Keyes__Mia_Lelani_-_Office_4-Play_Asian_Sensation.html

https://pornve.com/wobw9hlkv1ti/Abella_Danger_-_Shower_Curtain_Cock.html

https://pornve.com/wolsf7ktyi4z/Noelle_Easton__Peta_Jensen_-_Running_Buddies.html

https://pornve.com/wonimioehrzu/Dayna_Vendetta__Lylith_Lavey_-_Peeping_John.html

https://pornve.com/woqwoyh6gc12/btiu_alanah_rae.html

https://pornve.com/wowcbl1vvhuw/StreetBlowjobs__RealityKings_Nikki_Snow_-_Meat_eater.html

https://pornve.com/woz2b9n7k6mf/Lela_Star_-_Best_Tits_Of_2011.html

https://pornve.com/wozfrl8d08m0/HD_GF_Reveng_Janice_Griffith_720p.html

https://pornve.com/wozyxkptw94x/Dollie_Darko_-_Dipping_Inside_Dollie_Darko.html

https://pornve.com/wp3mlzafgwxh/Lana_Harding_Danny_D_-_Time_And_Again_-_Teens_Like_It_Big_-_Brazzers.html

https://pornve.com/wp4s745xultt/Helly_Mae_Hellfire_-_No_Cock_Left_Behind.html

https://pornve.com/wp7j5818sevl/Lexi_Luna__Tia_Cyrus_-_The_Gift_Of_Cock.html

https://pornve.com/wpgncqr9s5eu/Anastasia_Hart_-_Massage_Theraphsody.html

https://pornve.com/wpjp809udlfb/Ashley_Fires_Sock_My_Cock_XXX_KTR_DailyPorn.html

https://pornve.com/wpk151w30q0n/Alessandra_Jane_-_Late_For_Church.html

https://pornve.com/wpsvpoo5g1p5/Rebecca_More_-_Rebeccas_Shower_Time_Fun_-_Day_With_A_Pornstar_-_Brazzers.html

https://pornve.com/wpupgg9y6ky6/Claire_Dames_-_Letter_Of_Recommendation.html

https://pornve.com/wpvtig8dj8qz/Horny_Schoolgirls_Know_How_To_Have_Fun.html

https://pornve.com/wq2bjh9bmrne/Rich_Fucks_3_Bridgette_B__Isiah_Maxwell.html

https://pornve.com/wq6cv93a6rg3/Courtney_Taylor_-_Breaking_It_Off_With_A_Bang.html

https://pornve.com/wq6yqcr8v486/Abigail_Mac__Jessa_Rhodes_-_The_Ballad_Of_Johnny_Nathan_-_Part_2.html

https://pornve.com/wqctux2nobar/Shawna_Lenee_-_The_Fulfilment_Of_Shawna_Lenee.html

https://pornve.com/wqe511vfjbfv/DP_Deadly_Romi_Rain_Part_Four.html

https://pornve.com/wqivmiotvcos/Jezabel_Vessir_-_Jezabels_Sweet_Breasts.html

https://pornve.com/wqlhimihcu9n/Luna_Star_-_The_Future_Of_Fucking.html

https://pornve.com/wqmwv2f9qlcb/Brandy_Aniston_-_Show_Me_Dont_Tell_Me.html

https://pornve.com/wqodrx35xv4y/Alex_Coal_-_Lets_All_Fuck_In_The_Lobby.html

https://pornve.com/wqprscrpltnu/Brooke_Wylde_-_Be_My_Mannequin.html

https://pornve.com/wqrdh8bdnqe5/Brazzers_House_3_Finale_-_ZZ_Series_-_Brazzers.html

https://pornve.com/wr9x2sqstzrn/Sammie_Spades_-_G33K_Love.html

https://pornve.com/wrekth4w1izv/Sammy_Brooks_-_Making_Over_Mommies.html

https://pornve.com/wrfs5drvjlzs/Adriana_Chechik__Gabriella_Paltrova_-_Deep_In_Love_With_Her_Fist.html

https://pornve.com/wrj58uvxa8qu/Sally_DAngelo_Can_You_Help_My_Mom.html

https://pornve.com/wrkqld9vngrm/Gabriella_Paltrova_-_How_Rough_Does_She_Want_It.html

https://pornve.com/wrmcw6j05xej/Daisy_Haze_-_Cock_Hungry_Caregiver.html

https://pornve.com/wryegeh83szu/Valentina_Jewels_Johnny_The_Kid_Horny_Valentina_Gets_Anal_Day_With_A_Pornstar_Brazzers.html

https://pornve.com/wrzthh2c11vt/These_Boots_Were_Made_For_Fucking_Monique_Alexander_Markus_Dupree.html

https://pornve.com/ws036teaqu84/Cali_Carter_Karma_Rx_Charles_Dera_-_If_You_Grow_It_They_Will_Cum_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/ws5sa7l3ksac/August_Ames_And_Ava_Addams_Jessy_Jones_Wife_Showers_With_The_Babysitter.html

https://pornve.com/ws8uqhuqa204/realitykings2016-12-31_Wish_On_A_Star.html

https://pornve.com/ws9olg69kq6y/Alli_Rae_-_Adventures_In_Big_Cock_Babysitting.html

https://pornve.com/wsdaryg9rr69/A_Brazzers_Christmas_Special_Last_Part.html

https://pornve.com/wsdfgsi5ueig/Brooke_Belle_-_Getting_Head_In_Sex_Ed.html

https://pornve.com/wsgp2kzona8x/Brazzers_Family_Affairs_Part_1_Brazzers_Teens_Like_It_Big_Professional_Story_Reality_White_Gi.html

https://pornve.com/wsnjsmmg7jcx/Briana_Blair_-_Virgin_Discoveries.html

https://pornve.com/wsrbdkwf0imt/Krissy_Lynn_-_Krissys_Delicious_Cookies.html

https://pornve.com/wsvhoko2dv1p/tempting_titties.html

https://pornve.com/wszdyiow9kit/Carolyn_Reese_-_Im_Gonna_Yoga_All_Over_Your_Face.html

https://pornve.com/wt3wwn8f2jxg/Carmen_Caliente_Xander_Corvus_-_Horny_For_The_Holidays_Part_2_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/wt8dzbhu8m37/Allie_Haze__Harley_Jade_-_Anal_Xmas.html

https://pornve.com/wtittfvffyn4/Britney_Amber_-_Telling_On_The_Teacher.html

https://pornve.com/wtlz242u3tl5/Busty_woman_fucks_with_skinny_guy.html

https://pornve.com/wtm03snosm36/Peta_Rules_The_World.html

https://pornve.com/wtojp0ggp0x9/Kiki_Minaj_Danny_D_-_A_Little_Something_Extra_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/wtozs1dxudrl/Tia_McKenzie_-_Camp_Dickerdown.html

https://pornve.com/wtp9klp9s23e/Aubrey_Black_-_A_Step_Above_My_Husband.html

https://pornve.com/wtq0atdyys4v/Elsa_Jean__Katrina_Jade.html

https://pornve.com/wtr32qjsvk2h/Lily_Labeau_-_Masseuse_Switch_Up.html

https://pornve.com/wtrl1aykujwx/Carolyn_Reese_-_Selling_Yourself_Long.html

https://pornve.com/wtty0al4qpwg/MilfsLikeItBig_-_Brazzers_-_Missy_Martinez_Michael_Vegas_Deep_Dive.html

https://pornve.com/wtx0qtev7pf5/Brazzers_Slayed_By_The_Maid_Tiffany_Mynx__Xander_Corvus.html

https://pornve.com/wtztatjpd92n/Brazzers_-_How_About_Cock.html

https://pornve.com/wu3u0xpvndwu/Elegance_in_Negligence_Brazzers.html

https://pornve.com/wu3uq9zxw1vq/ANAL_Aletta_Ocean_-_Lost_In_Brazzers_Episode_3.html

https://pornve.com/wu977oo6exd5/Phoenix_Marie_-_Mommy_Needs_Her_Cream.html

https://pornve.com/wu9h72hbaetz/Audrey_Gets_the_Batter_Up_Audrey_Bitoni_HD.html

https://pornve.com/wua7dnf6em5j/Ashly_Anderson_-_Working_Out_The_Kinks.html

https://pornve.com/wub5d718sxbm/Brazzers_-_Krissy_Lynn_And_Jade_Baker_ZZ_Finishing_School_Of_Fucking.html

https://pornve.com/wubkjvorbxc5/Ava_Addams_-_Survey_My_Pussy.html

https://pornve.com/wudp2ugjjfcm/Jessie_Rogers_-_From_Bust_Til_Dawn.html

https://pornve.com/wuefqaav5deq/Casey_Cumz_-_Wheres_My_Shotgun.html

https://pornve.com/wufklnemxlt4/The_Slut_On_The_Sofa_Brazzers.html

https://pornve.com/wuh2nw9nm17k/Monique_Alexander_-_Whats_Taking_Her_So_Long.html

https://pornve.com/wuldascaw3cl/mic_cherie_molly.html

https://pornve.com/wuo1nct5ymnk/Dinner_For_Cheats_Angela_White_Kagney_Linn_Karter_Phoenix_Marie_Johnny_Sins.html

https://pornve.com/wur7s4g8xfk8/Alena_Croft_-_Mommys_Busy.html

https://pornve.com/wut5ur3z38ca/Casey_Calvert_-_Black_Cherry_Pie.html

https://pornve.com/wuyr73awrzjv/Abigail_Mac_Keiran_Lee_-_Nailed_At_The_Estate_Sale_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/wuzta4s48nj4/Aaliyah_Love_-_Panty_Perv.html

https://pornve.com/wv266tcgp8zi/Real_Wife_Stories_Christy_Mack_One_Night_Stand_Christy_Mack_Anal.html

https://pornve.com/wv3qca1id1n1/Syren_De_Mer_-_Airtight_In_The_Bathtub.html

https://pornve.com/wv8pft6ae1k0/Barbie_Sins_-_Tight_As_Tape.html

https://pornve.com/wvgjezm5bprs/Ashley_Downs__Baby_Jewel_-_Stealing_The_Young_Stud.html

https://pornve.com/wvhpfazk7jbg/Sybil_Stallone_-_A_History_Of_Whoring.html

https://pornve.com/wvi2pd5ruv9p/Brazzers_-_Nicolette_Shea_-_Massage_Mirage.html

https://pornve.com/wviskpmihijj/RKPrime_Rina_Ellis_Monica_Asis_And_Karma_RX_Three_Gropists.html

https://pornve.com/wvp5x2vjq9mp/Mya_Mays_-_A_Family_Affair.html

https://pornve.com/wvruxwmwqtl9/Black_Blue_And_Red_Lena_Paul_And_Alex_Blake_Eat_It_Out.html

https://pornve.com/wvub7ydcvfbl/Esperanza_-_Big_Tits_In_Uniform_15_2015.html

https://pornve.com/wvufgycj156k/Nicolette_Shea_-_Smart_Ho-Me.html

https://pornve.com/wvx4z48fanka/Charlotte_Sartre_-_Fuck_The_Bourgeois.html

https://pornve.com/ww12lgdni40b/Alanah_Rae_in_Special_Formula.html

https://pornve.com/ww1mq5dszlfo/TeensLikeItBig_-_Evelyn_Claire_-_Cock_For_Arts_Sake.html

https://pornve.com/ww3l48s7a5lc/Brooke_Beretta_-_Workout_Sex_Club.html

https://pornve.com/ww54bo7ecwnx/Lilith_Shayton__Skyla_Novea_-_The_Kiss.html

https://pornve.com/wwg59kb7wmkw/Eva_Karera_-_Anal_On_Ice.html

https://pornve.com/wwhjrznedth9/Sluts_Love_Yoga_But_They_Love_Fucking_More_So_They_Drag_A_Peeper_Into_Their_Sweaty_Games.html

https://pornve.com/wwihkma0wd0r/Britney_ONeil_-_Fuck_The_Baby_I_Want_The_Titties.html

https://pornve.com/wwlsamsde0oy/Lisa_Ann_-_ZZ_Inside-Her.html

https://pornve.com/wwsx28084pi3/_Brazzers-_Redhead_Aleska_gets_down_and_dirty_with_her_personal_trainer_.html

https://pornve.com/wx18cbw4z5op/Eliza_Ibarra_-_Cucked_At_The_Carnival.html

https://pornve.com/wx32gsfepd85/Emily_Willis_-_Practice_Makes_A_Perfect_Slut.html

https://pornve.com/wx89zl71ug1f/Katana_Kombat_JMac_-_Bathing_Beauty_-_Baby_Got_Boobs_-_Brazzers.html

https://pornve.com/wx9fxuncprl0/MilfsLikeItBig_19_07_17_Ava_Addams_No_Trespassing_XXX_SD.html

https://pornve.com/wxbd5ujpovvt/Amber_Ivy_-_Ambers_Pantyhose.html

https://pornve.com/wxejhesrxzu5/Veruca_James_-_Lie_DICKtector.html

https://pornve.com/wxihskasnvvs/How_To_Take_A_Load_Brazzers.html

https://pornve.com/wxmkyfuffuql/BRAZZERS_Big_tits_at_work_Phoenix_Marie.html

https://pornve.com/wxwbz28qonau/Savannah_Fox_-_Naughty_Knots.html

https://pornve.com/wxwmvz3wog4m/big_tits_at_work_brazzers_nicolette_shea_keiran_lee_business_with_pleasure.html

https://pornve.com/wxy0k6uzaenu/Devon_Lee_-_I_Can_Fuck_My_Way_Out_Of_It.html

https://pornve.com/wxy5nl5cw4yo/MGB_Ava_Addams.html

https://pornve.com/wy0ewezjk0x6/Free_Anal_-_3.html

https://pornve.com/wy175fiq0dmb/Voodoo__Ava_Adams.html

https://pornve.com/wy5roetmvl0y/Chanel_Preston_Danny_D_-_Round_Two.html

https://pornve.com/wy63kg1a8efv/Ashlynn_Brooke_Clubbing_In_The_VIP_2_For_1_Pink_Ashlynn_Brooke_Up_Skirt.html

https://pornve.com/wy8ilvzqr08t/Peeping_Stepson_Rebecca_Jane_Smyth_Jordi_El_Nio_Polla.html

https://pornve.com/wyachxoaqbjg/Brandi_Love_-_Cleaning_Up_His_Mess.html

https://pornve.com/wydcq5ds6xve/Alexa_Nikki_Sammie_Rhodes_-_Chick_Flick.html
https://pornve.com/wyf2r5zd3cgi/Valentina_Jewels_Wet_And_Wild_Staycation.html
https://pornve.com/wyfjgatjvi0m/Dee_Dee_Lynn__Lezley_Zen_-_Lets_Work_It_Out_Together.html
https://pornve.com/wylht68o9f1r/Brazzers_-
_cherie_deville_and_chloe_cherry_ill_show_you_how_its_done_momsincontrol_threesome.html
https://pornve.com/wyqk6oe2xnx1/Missy_Martinez_-_Ride_That_Ass.html
https://pornve.com/wys6iwzzquwb/Nicolette_Shea_-_ZZ_Kenfucky_Derby.html
https://pornve.com/wyts6wkf7g7y/Brooke_Wylde_-_Born_To_Be_Wylde.html
https://pornve.com/wyvhyl0fzdt9/Queen_Of_Thrones_Part_1.html
https://pornve.com/wyvk8akk7ng6/Ryan_Keely_-_Product_Placement_In_Her_Pussy.html
https://pornve.com/wyvnr9zvpt33/Katrina_Jade_Xander_Corvus_-_Drive_Me_Wild_-
_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/wywc893xdy5f/ham_20_03_10_ariella_ferrera_and_vina_sky_scissoring_rivalry.html
https://pornve.com/wyz3y5jbkl8g/Ella_Knox__Kira_Noir_-_Healthy_Cumpetition.html
https://pornve.com/wz0ebckufggj/Lexi_Luna_Lucas_Frost_-_The_Boy_Toy_Deluxe_-_Brazzers_Exxtra_-
_Brazzers.html
https://pornve.com/wz2po7nlorvk/Teen_Latina_Janice_Griffith_Anal_Quickie_Creepy_Fagot.html
https://pornve.com/wz5kcq2c99r2/Bridgette_B_-_You_Asked_Whore_It.html
https://pornve.com/wz6mhp7x6kj1/Eliza_Ibarra_Keiran_Lee_-_Diving_For_A_Good_Dicking_-
_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/wza2wn82ydhm/Brazzers_-
_Buttsex_Next_To_Bubby_Brazzers_Pornstars_Like_It_Big_Lena_Paul_Xander_Corvus_Blonde_.html
https://pornve.com/wzddqv9a8772/Abella_Danger_Yoga_Freaks_Episode_One.html
https://pornve.com/wzhj2nbsjizg/Aubrey_Addams_-_Maligned_Date.html
https://pornve.com/wzj7gq0kji4q/Brazzers_-
_Naughty_Cali_Carter_sucked_and_fucked_the_hottest_guy_in_school_.html
https://pornve.com/wzjd4mk75cg2/Sofi_Ryan_Keiran_Lee_-_Late_Nut_Encounter_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/wzml92iux3df/Luna_Rival_-_The_Teen_In_The_Tub.html
https://pornve.com/wzozxreu2ckm/_ZZ_Lemonade_Dani_Daniels_.html
https://pornve.com/wzpphrut6qf3/The_Voyeur_Next_Door_-_Part_4.html
https://pornve.com/wzs1z0pg04k6/Gianna_Dior_-_Breaking_In_The_Ballerina.html
https://pornve.com/wztga0vzg1mn/Katie_St_Ives_-_The_Milking_Massager.html
https://pornve.com/wzw6pe2ev2da/Alexis_Fawx_Keiran_Lee_-_Day_With_A_Pornstar_Alexis_Fawx_-
_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/x009elyuqu6b/Kendall_Woods_-_Get_Well_Poon.html
https://pornve.com/x00fbm0iznbv/Sophie_Dee_-_The_Sexorcist.html
https://pornve.com/x03v5l1zep75/Nikita_Von_James_-_Revenge_On_A_Gold_Digging_Slut.html
https://pornve.com/x03wdg5x44u5/Lena_Paul_-_On_The_Sidelines_On_Her_Knees.html
https://pornve.com/x04a5v0nvonf/Abella_Danger_-_Big_Booty_Balling.html
https://pornve.com/x05a5zlwgwhzj/Jasmine_Jae_Jordi_El_Nio_Polla_-_What_Is_In_Your_Luggage_-
_Milf_Hunter_-_Reality_Kings.html
https://pornve.com/x07iytatpokr/Angela_White_-_The_Magicians_Ass-istant.html
https://pornve.com/x07j8l0y7fbr/Kiki_Minaj_Danny_D_-_Organic_Orgasms_-_Brazzers_Exxtra.html
https://pornve.com/x0aorxhb5e3q/Holly_Halston_-_Balls_Of_Fire.html
https://pornve.com/x0c3qum5iaqq/ZZ_Sneakshot_Superstars_Moriah_Mills_Nicolette_Shea__Keiran_Lee.ht
ml
https://pornve.com/x0cgzmw7zt38/Sarah_Vandella_-_Only_One_Way_To_Save_The_Store.html

https://pornve.com/x0pnsw1qgl6y/Abella_Danger_Scott_Nails_Blonde_Blowjob_Pornstar.html
https://pornve.com/x0r8ec7kllq2/Holly_Hendrix_-_My_Mean_Sugar_Daddy.html
https://pornve.com/x0siihc1qjr7/DayWithAPornstar_-
_Joanna_Angel_Getting_Joanna_Out_Of_The_Shower.html
https://pornve.com/x112g1z856n3/My_mom_Aaliyah_Love_spies_as_my_boyfriend_fucks_my_pussy.html
https://pornve.com/x1189htmlrpx/Brazzers_MommyGotBoobs_Julia_Ann_My_Conjugal_Stepmother_NEW_E
arly_Release_July_23_2017.html
https://pornve.com/x11v165w1jyk/Moriah_Mills__Nicolette_Shea_-_ZZ_Sneakshot_Superstars.html
https://pornve.com/x12lgbav6ic6/Abigail_Mac_Tyler_Nixon_-_A_Dose_Of_Dirty_Discipline_-
_Big_Tits_At_School_-_Brazzers.html
https://pornve.com/x183dic9bykl/Alexis_Fawx_-_Independence_Lay.html
https://pornve.com/x189f6ihavwj/Christie_Stevens__Dayna_Vendetta_-_Dick_For_Dance.html
https://pornve.com/x1bmhux98zq0/Veronica_Vain_-_Fucking_With_A_Vampire.html
https://pornve.com/x1ce95fs55bt/Abbey_Brooks_-_Language_Banguage.html
https://pornve.com/x1cgouk48c5w/Jessie_Volt_-_A_Glass_Of_Bubbly_Butt.html
https://pornve.com/x1duhc0mvd6t/Madison_Ivy_-_The_Butler_Did_It.html
https://pornve.com/x1jgf4rub60v/New_Cali_Carter_Hard_Fuck_Big_Tits_In_Sports.html
https://pornve.com/x1jj7jx83e2f/Cindy_Hope__Madison_Scott_-
_Yoga_Photoshoot_Injected_With_Meat.html
https://pornve.com/x1lpheb9l8j8/Jessica_Big_Tittied_Blond_Girl_Gets_Fucked_Like_I_Just_Said.html
https://pornve.com/x1nnbu73i0r2/Brazzers-
_Stunning_milf_Veronica_Avluv_pays_the_doctor_a_visit_.html
https://pornve.com/x1rw6iszpr4m/Kat_Dior__Krissy_Lynn_-_Wax_On_Wax_Off.html
https://pornve.com/x1s1eogzfq97/fondling_peta_annika_albrite_friendly_glases_threeseome_blow_job_big_
tits_blow_job_gorgeous_girl_big_ass_pawg_peta_jensen_annika_albrite_friendly_fondling_cfnm_blowjob_Ca
tegory_.html
https://pornve.com/x1twgf6uu06t/Kayla_Kayden_-_Busty_Blondes_Ball_Handling_Lesson.html
https://pornve.com/x1vi9a4jvp27/Jolee_Love_Alex_Legend_-_Unzippable_Pleasures_-
_Monster_Curves_-_Reality_Kings.html
https://pornve.com/x1vtrbqvcytl/Gaia_-_Fraternizing_With_The_Enemy.html
https://pornve.com/x20vd500238a/Holly_Mandy_My_Girlfriends_Phat_Ass_Roomate_Thats_The_Way_We_
Do_It_005_Holly_Hendrix_And_Mandy_Muse.html
https://pornve.com/x21w1btu00ma/Pornstar_Go_Alexa_Tomas_Ella_Hughes.html
https://pornve.com/x23re3mwoup2/Abella_Danger_Brandi_Love_-
_Neighborly_Love_Motorbunny_Edition_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/x2551ke98z3i/Eva_Notty_-_Lesbian_Groupsex.html
https://pornve.com/x28ijje0fps7/Syren_De_Mer_-_Youre_A_Man_Now_Johnny.html
https://pornve.com/x29ofwxvf6hh/Brooklyn_Chase_-_Brooklyns_Big_Icy_Tits.html
https://pornve.com/x2ag7hy9djry/Switching_Lives_-_Part_2.html
https://pornve.com/x2c0hwr0tvgl/Jessica_Lynn_-_House_Of_Sluts_-_1.html
https://pornve.com/x2cc3p3zbxhm/Abbey_Brooks_Alexis_Ford_Amy_Brooke_Tasha_Reign.html
https://pornve.com/x2h3424mi5hh/MomsBangTeens_-_Kirsten_Lee_Jamie_Valentine-
Sexy_Seductress.html
https://pornve.com/x2hfd3qumqmg/Jessica_Jaymes_-_Take_Up_Thy_Stethoscope_And_Fuck.html
https://pornve.com/x2izggemxdpk/Thanksgiving_Fuckfeast_.html
https://pornve.com/x2jax46nkpjg/Corinna_Blake_-_The_Pussy_In_My_Pool.html
https://pornve.com/x2ma9fjj43wb/Kyler_Quinn_Studying_Her_Pussy.html

https://pornve.com/x2o8rr6txwvd/Nina_Milano_Xander_Corvus_-_Treat_My_Wife_Right_-_Dirty_Masseur_-_Brazzers.html

https://pornve.com/x2qjf1i1kn04/Shyla_Stylez_-_Hidden_Slut.html

https://pornve.com/x2rzjbnudodp/Petite_Princess_Eve_-_Out_Like_A_Light.html

https://pornve.com/x2sel7ydvpai/Rachel_Starr_-_Workout.html

https://pornve.com/x2wnuv4dhhzr/RealWifeStories_-_Monique_Alexander_Tearing_Up_Her_Rug.html

https://pornve.com/x2yp96x5xv4w/Nikita_Von_James_-_How_To_Win_Friends_And_Get_Fucked.html

https://pornve.com/x2zuxj0jaatu/Sativa_Rose_-_Alex_Bigrodus.html

https://pornve.com/x31dj9lsy2tk/FirstTimeAuditions_-_Aspen_Rose_Amazing_Aspen.html

https://pornve.com/x34fyyvh77q0/BrazzersExxtra_-_Lana_Mars_Pussy_Pong.html

https://pornve.com/x34k5w8d7ujj/Brazzers_My_Blindfolded_Stepmom.html

https://pornve.com/x34ut6rr8qr6/Alexis_Fawx__Brooklyn_Chase_-_Nailing_Ms_Chase_-_Part_2.html

https://pornve.com/x3gtah6ujrsj/Capri_Cavanni__Riley_Evans_-_Bound_To_Lez_Out.html

https://pornve.com/x3inlivx151d/MikesApartment_-_Nikky_Dream_One_Night_Only_12_28_16.html

https://pornve.com/x3ipy8iwsdx8/Ashley_Adams_Markus_Dupree_-_Fix_Me_A_Snack_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/x3l4tct15793/Rikki_Six_and_Keiran_Lee_Ass_Maid.html

https://pornve.com/x3n7i4spwco7/Georgie_Lyall_Danny_D_-_Date_Swap_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/x3rxn8a3q6ou/Jackie_Daniels_-_Orally_Fixated.html

https://pornve.com/x41121c4y5qn/Keisha_Grey_-_The_Resident_Slut_-_Part_2.html

https://pornve.com/x42f5mdw2njr/Family_Affair_PT2_Monique_Alexander0_Mya_34_Top_Rated_Porn_Video_Of_Today_45_Most_Played_Porn_Video_Of_Today_127_Top_Rated_Porn_.html

https://pornve.com/x42ykbjd05tf/Celeste_Star__Layla_Rose_-_Hot__Mean_Presents_Mofos_JUGGcuzzi_Lesbians.html

https://pornve.com/x44kapdlgvar/Carolina_Cortez_-_The_More_Carolina_The_Better.html

https://pornve.com/x49x7i6ca6bs/Cory_Chase_-_The_Coachs_Wife.html

https://pornve.com/x4ipiejqpoi0/MomsBangTeens_Sydney_Cole_Cassandra_Cain_Super_Sydney_-_01_08_16.html

https://pornve.com/x4nnzyh70thf/Dillion_Harper__Rachel_Starr_-_The_Submissive_Stripper.html

https://pornve.com/x4oirfh24grn/Christie_Stevens_-_The_Dewey_Cocks_Story_-_Part_2.html

https://pornve.com/x4rdrp5fwxvi/Aiden_Starr_-_Asking_For_Her_Blessing.html

https://pornve.com/x4rvgvbed63a/Alura_Jenson__Joslyn_James_-_MILF_Wars.html

https://pornve.com/x52oyaghkk7s/Bethany_Benz_-_The_Perfect_Set.html

https://pornve.com/x589ulb304sj/Isis_Love_-_The_Headshot.html

https://pornve.com/x591b4k300hz/Tia_Cyrus_My_Phys_Ed_Teacher_Fucked_My_Tits.html

https://pornve.com/x5cj4ihpw9f1/Ashly_Anderson_-_Post-Workout_Smoothie.html

https://pornve.com/x5f6dkocf8wi/Becky_Bandini_-_A_Slippery_Situation.html

https://pornve.com/x5g2q26lfd77/diamond_jackson_and_jasmine_webb_squirt_in_the_teachers_office_ebony_squirt_battle_diamond_jackson_jasmine_webb.html

https://pornve.com/x5g4rcqc4bid/Taylor_Wane_-_Plaster_Penis.html

https://pornve.com/x5kkabtsaeo7/August_Ames_-_ReStockings.html

https://pornve.com/x5n4c6jldf0c/Katie_Jordin_-_Fuck_Me_Or_Im_Telling.html

https://pornve.com/x5tz4wrmaszm/Katie_Kush_-_Fuck_From_Experience.html

https://pornve.com/x5vuwb9b59s4/Anissa_Kate_-_Sofa_So_Good.html

https://pornve.com/x5wjwbsbfwmb/Rachel_Starr_-_Chastity_Chase.html

https://pornve.com/x612hkzdxew6/Brooke_Brand__McKenzee_Miles_-_Tiny_Dancers.html

https://pornve.com/x646xd29qljn/bwb_20_03_11_vicki_chase_domasstic_maintenance.html

https://pornve.com/x6568nq4mh7e/RayVeness__Tessa_Lane_-_Your_Horny_Neighborhood_Lesbian.html
https://pornve.com/x6epfrp886t3/Joanna_Angel_-_Is_He_Gonna_Cheat_Again.html
https://pornve.com/x6nrdvt7mr0h/MomsInControl_-Ava_Addams_Gianna_Dior_-Mother_Daughter_Boning.html
https://pornve.com/x6pi6grrvt2a/Brazzers_-_Candi_Kayne_A_View_Of_The_English_Cuntryside.html
https://pornve.com/x6r0x4shnp4q/Jayme_Langford__Valerie_Rios_-_Youre_My_Bitch_Now.html
https://pornve.com/x6to8e8wu5md/Alena_Croft_Xander_Corvus_-_But_Her_Mom_Will_-_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/x7278d98zva4/Lana_Rhodes_Brazzers_Anal_Excersize_Ball.html
https://pornve.com/x78lc9agzes2/Carly_Rae_Danny_D_-_Getting_Fucked_On_My_Side_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/x78u1tqcddda/Bridgette_B_-_The_Butt_Plug_Burglar.html
https://pornve.com/x7d721bxhnzr/8thStreetLatinas_Sophia_Leone_Hot_Slut_Next_Door.html
https://pornve.com/x7i1eantx781/Andy_San_Dimas_-_One_Fuck_Over_The_Nurses_Cunt.html
https://pornve.com/x7i1u4q04ok2/Kailani_Kai_-_Bathing_With_Her_Boyfriend.html
https://pornve.com/x7i7d1fal1nx/Best_Of_Brazzer_Massage_Mania.html
https://pornve.com/x7lhpjw7m1nx/Kaylani_Lei_-_Nothing_Goes_To_Waste.html
https://pornve.com/x7pxnukjxgua/Charley_Chase_-_Johnny_Law_On_The_Chase.html
https://pornve.com/x7qhvr0ktj57/Mason_Storm_-_Earthquake_Drill.html
https://pornve.com/x7rolm1m2y2v/AJ_Applegate_-_Anal_Surprise_Party.html
https://pornve.com/x7wkgzl12xd3/Katana_Kombat_Keiran_Lee_-_Tap_Her_Tactically_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/x82ykccorm7n/Sky_Taylor_-_I_Hate_Big_Butts_And_They_Make_Me_Cry.html
https://pornve.com/x842cbiah115/Audrey_Bitoni_-_Audrey_Gets_The_Batter_Up.html
https://pornve.com/x84q9oc4bxw7/Getting_Her_Happy_Ending.html
https://pornve.com/x8n2rnpxf8b6/London_Keyes__Jessica_Jaymes_-_Masseuse_Muff_Munchers.html
https://pornve.com/x8pkdyvstufw/Liza_Del_Sierra_-_Asstronomy.html
https://pornve.com/x8y38n4rw0oi/Shayla_Leveaux_-_My_Stepmoms_Panties.html
https://pornve.com/x8yn3woikv2r/Eva_Notty_-_There_Goes_The_Neighborhood_Scoundrel.html
https://pornve.com/x91u4jd78iek/Brazzers_-_Anny_Aurora_Virgin_Birthday.html
https://pornve.com/x9290i7t4k7g/Brazzers-_gianna_dior_just_keep_going_brazzersexxtra.html
https://pornve.com/x94tzz1jdy9t/Bella_Rolland_LaSirena69_Keiran_Lee_-_Disciplining_Their_Sugar_Daddy_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/x9hi4mz10f3j/Madison_Ivy_-_Revel_In_A_Blue_Dress.html
https://pornve.com/x9ho4pjqt24m/Abigail_Mac_Xander_Corvus_-_Horny__Dangerous_Life_On_The_Lam_-_Pornstars_Like_It_Big.html
https://pornve.com/x9hr5evdvlsf/Alexis_Texas_-_Dr_Seduction.html
https://pornve.com/x9is2bkt7y3i/Brazzers_Lay_Me_Off.html
https://pornve.com/x9k0rw6zga2z/Tricia_Oaks_-_Wam_Slam_Up_The_Bam_Bam.html
https://pornve.com/x9loxq0pe7s9/Jessa_Rhodes_-_Jewel_Of_The_Pool.html
https://pornve.com/x9m2dn6jtpkx/Marica_Hase_-_Big_In_Japan.html
https://pornve.com/x9oog0txpg93/Nicolette_Shea_-_Can_You_Fix_My_Wi-Fi.html
https://pornve.com/x9rlatmmalpp/Bree_Olson_-_One_On_One_With_Bree_Olson.html
https://pornve.com/x9sz73xzth1b/Rachel_Starr_-_Hot_Porn_Star_Fucks_At_A_Sex_Shop.html
https://pornve.com/xa200eu0f3eb/Rachel_Roxxx_-_Cant_Get_Enough.html
https://pornve.com/xa366c93w9ko/Roberta_Gemma_-_Banging_The_Art_Teacher.html
https://pornve.com/xa504njxcngz/Brazzers_-_Hands-On_Learning.html

https://pornve.com/xajokj46g9zu/GFRevenge_Super_cali.html

https://pornve.com/xakjy2mxfwg8/Teaching_Your_Tutor_To_Suck_Dick.html

https://pornve.com/xaulwf13gjh1/Brazzers_-
_Angela_White_Kagney_Linn_Karter_And_Phoenix_Marie_Dinner_For_Cheats.html

https://pornve.com/xav75nfdy5cb/Brazzers_Betty_cocker_Starring_Cory_Chase.html

https://pornve.com/xawicf86f19x/Michele_James_-_Huff_Puff_And_Blow_-_Big_Naturals_-
_Reality_Kings.html

https://pornve.com/xazxphmp99ni/Anal_Breaking_and_Entering_-_Alina_West__Mark_Ashley.html

https://pornve.com/xb2ai2vnx0dh/Brazzers_Live_-_8.html

https://pornve.com/xb2z8geh0zb3/_Dollars_For_Inches_-_Brazzers_.html

https://pornve.com/xbeig0ll9qdx/Alura_Jenson_Testing_My_Son_In_Law.html

https://pornve.com/xbkw40k1i8n7/Madison_Ivy_You_Are_Not_Nurse.html

https://pornve.com/xbpons7e0z54/TOP_BEST_STRAIGHT_movies_online_04_June_2018_top_teen_TOTV_OR
G_top_sexy_hqtv_gir.html

https://pornve.com/xbsfrzn2mdnl/WeLiveTogether_-
_Ally_Tate_Alexis_Deen_Pussy_Pops_XXX_NEW_21_July_2016.html

https://pornve.com/xbwb9jcjhrk7/Kelsi_Monroe_-_Kelsi_Monroes_Juicy_Booty.html

https://pornve.com/xbwlbqg7ukbf/Morgan_Ray_-_How_To_Handle_Your_Students_101.html

https://pornve.com/xc36nysdjhmo/Bridgette_B_-_Intimate_Seance.html

https://pornve.com/xcaboc8up5nv/BrazziBots_-_Part_2.html

https://pornve.com/xcfnra2hirn8/RKPrime_19_07_17_Lea_Lexis_Fucktastic_Gymnastics_XXX_SD.html

https://pornve.com/xcgfbkbj6m7v/Scarlett_Johansson_Worldwide_Boob_Show_DeepFake.html

https://pornve.com/xcgrw0jcpzzu/Claudia_Valentine_-_Swallow_My_Winning_Tiger-
Sperm_Of_Truth.html

https://pornve.com/xch1dccl4k6u/Audrey_Bitoni_-_Unfinished_Business.html

https://pornve.com/xcjr5zqbq6iw/Bonnie_Rotten_Small_Hands_-_He_Came_At_Night_Part_3_-
_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/xcntav0x9q4b/Ava_Addams_-
_Pardon_Me_But_Your_Mouth_Is_On_My_Penis.html

https://pornve.com/xcsncod6cuis/Jenny_Sapphire_Mikes_Apartment_Cum_Inside.html

https://pornve.com/xczi5q4luyhb/Amy_Ried_-_I_Am_Cock.html

https://pornve.com/xd0mj73hxbms/Aletta_Ocean_-_Alettas_Car_Wash.html

https://pornve.com/xd3g7hv7ia90/Carmel_Moore_-_The_Problem_With_Angels.html

https://pornve.com/xd6vot4rvh32/Sydney_Leathers_-_Loving_Leather.html

https://pornve.com/xd7mhuh55462/Abigail_Mac_-_The_Hammer_Down_Rubdown.html

https://pornve.com/xdg8lqvh9ns2/Brazzers_-_Karmen_Karma_Sign_My_Copy.html

https://pornve.com/xdm90scvznff/Demi_Sutra__Kira_Noir_-_Strap-On_Strap_Off.html

https://pornve.com/xdr1y420oynj/Sensory_Deprivation_Kayla_Kayden_Danny_Mountain_and_Keiran_Lee.ht
ml

https://pornve.com/xdtoslm3z0dp/Peeping_At_The_Keyhole.html

https://pornve.com/xdv36bt8lj6n/Tarra_White_-_Hairy_Punter_And_His_Enormous_Boner.html

https://pornve.com/xe17lehebshz/Paige_Turnah_-_Orifice_Space.html

https://pornve.com/xe5uhi0gv4pf/Elsa_Jean_Small_Ass_Small_Tits_Sex_Fuck_Gets_Fucked_By_Brother.html

https://pornve.com/xe73lrqiz8cy/Devon_Michaels_-_Office_Pranks_By_Office_Skanks.html

https://pornve.com/xeau5b4yh7ci/Diamond_Kitty_-_Bad_Driver.html

https://pornve.com/xei2wyqypp4o/Natasha_Nice_-_Bathing_Boobies.html

https://pornve.com/xes73c5im2si/Sienna_Day_Danny_D_Jordi_El_Nino_Polla_-_Bed_And_Fuckfest_-
_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/xeunt85qpz3d/Rosemary_Radeva_-_Slutty_Slumber_Party.html
https://pornve.com/xex0s1c7o7hs/Jewels_Jade_-_A_Soldiers_Salute.html
https://pornve.com/xey1niakxkq5/julia_bond_bitchcraft_pornstarslikeitbig_3759_1_037_plays_published_on
_1_day_ago_category_big_tits_pornstar_julia_bond_tags_big_boobs_julia_bond_tag_this_video.html
https://pornve.com/xf0rj6zmzdhu/Brianna_Bree_-_My_Stepmom_Just_Needs_A_Dick_-
_Milf_Hunter_-_Reality_Kings.html
https://pornve.com/xf1eccep24pu/Korinas_Hot_Fun_In_The_Sun_-_Day_With_A_Pornstar_-
_Korina_Kova.html
https://pornve.com/xf5htxblbh4w/DayWithAPornstar_-_Joanna_Angel_Joannas_Oily_Workout.html
https://pornve.com/xfa0hw0sbfcr/Monique_Alexander_-_Diva_Demands_Dick.html
https://pornve.com/xfaqfgwkqvdp/Moms_Bang_Teens__Perfect_pussy.html
https://pornve.com/xfc2zk2e0zr7/Karmen_Karma_-_The_BIGGER_The_Wetter.html
https://pornve.com/xffhte30fobe/A_Package_Deal_Britney_Amber.html
https://pornve.com/xfhnfx3o376z/Maddling_Mother_In_Law.html
https://pornve.com/xfjicjtqctau/Alix_Lynx_-_Winners_Casting_Couch.html
https://pornve.com/xfjtzeh3kny5/BrazziBots_Uprising_-_Part_3.html
https://pornve.com/xfoueq5vjcnm/Jayden_Cole__Molly_Stewart_-_Gingervitis.html
https://pornve.com/xfp4u08vzbou/Cali_Carter_-_First_Day_On_The_Job.html
https://pornve.com/xfs2owz8ontv/Asa_Akira_-_Whos_The_Boss_Now.html
https://pornve.com/xfx3zgebu6tr/Bounce_Her_Bailey_Brooke__Bill_Bailey.html
https://pornve.com/xfxncarx7ttv/Shauna_Skye__Zoey_Taylor_-_From_Rags_To_Bitches.html
https://pornve.com/xfyisc799bot/rws_18_05_27_nicole_aniston_happy_anniversary_darling.html
https://pornve.com/xfzua1sw104k/Claudia_Valentine_-_You_Cant_Take_That_Maam.html
https://pornve.com/xg00nycqxd3v/brazzer_sex_xtra_brazzers_anna_bell_peaks_feli_city_feline_charles_der_
atommy_gunn_blood_thirsty_biker_babes.html
https://pornve.com/xg14wa6p44nz/Sandra_Star_-_Have_You_Been_Served.html
https://pornve.com/xg3byhwx21s0/Holly_Halston__Lezley_Zen_-_2_Hens_And_A_Cock.html
https://pornve.com/xg4sot4z8n5w/Heather_Vahn_The_Bigger_The_Better_Mommy_Issues_4.html
https://pornve.com/xg59q0wtnk1t/Guy_fucks_his_best_friend_s_wife_while_he_sleeps.html
https://pornve.com/xgcfb9vud393/Katana_Kombat_Duncan_Saint_-_Wet_On_Her_Wedding_Day_-
_Dirty_Masseur_-_Brazzers.html
https://pornve.com/xgcwzg69o0y2/Megan_Marx_Pulling_Off_A_Swap.html
https://pornve.com/xgg7rlz2q21z/Anya_Olsen_Slip_It_In_2S4.html
https://pornve.com/xgjwsjnijaq0/Abella_Danger__Carter_Cruise_-_Bet_Your_Ass.html
https://pornve.com/xgkwhhomsgte/Montana_Skye_-_Newcomer_Punts_Hot_Cunt.html
https://pornve.com/xgmqnfjndhw5/Kalina_Ryu_-_Kalina_Loves_It_Rough.html
https://pornve.com/xgnqvzlj2myc/Fuck_Christmas_-_Part_4.html
https://pornve.com/xgsaqbsu3mg7/Sammie_Spades_-_Goodnight_Ms_Spades.html
https://pornve.com/xgu7tnka7yps/DoctorAdventures__Brazzers_Holly_Michaels_-
_Doctors_Whore_ders.html
https://pornve.com/xgy4mutzee2i/Brazzers_-_Karmen_Karma_Silhouette_Slam.html
https://pornve.com/xh2q4xby2lbq/Jessica_Moore_-_Perturbed_Posterior.html
https://pornve.com/xh5b5cp6s7vp/Chloe_Scott_-_Going_Through_A_Fucking_Phase.html
https://pornve.com/xhc4i6ek35uo/Sophie_Dee__Eva_Notty_Johnny_Sins.html
https://pornve.com/xhf1850l4mn6/Mackenzee_Pierce_-_Mime_Time.html
https://pornve.com/xhj0gil7vgcg/GFRevenge_Kissing_kennedy.html
https://pornve.com/xhk8175u572t/Babe_Kate_England_Anal_Blonde_.html
https://pornve.com/xhkrvxeig9xr/Alix_Lovell_-_Good_Moaning_Fellow_Students.html

https://pornve.com/xhnk0c1f4xfv/Nickey_Huntsman_Osa_Lovely_Jessy_Jones_Strip_Club_Surprise.html
https://pornve.com/xhtap0woevds/Abella_Danger_And_Cassidy_Banks_Yoga_Freaks_Episode_Four.html
https://pornve.com/xhwrnafbwntx/Skylar_Snow_-_Big_Titty_Bed_Creep_-_Big_Naturals_-_Reality_Kings.html
https://pornve.com/xhz2mkihnu9a/realwifestories_rachel_starr2.html
https://pornve.com/xhzhua14oda2/Goldie_-_Stealing_Little_Slut.html
https://pornve.com/xi5i58xhagz1/Nina_Elle_-_City_Pussy_Meets_Country_Cock.html
https://pornve.com/xi5pgcyk8j7c/PornXRoundAndBrown_Sarah_Banks_Dance_With_Me.html
https://pornve.com/xi8qa045x8cg/Sasha_Rose_Roommates_With_Anal_Benefits.html
https://pornve.com/xibasbfgvvfd/Abella_Danger__Kira_Noir_-_Maid_For_A_Threesome.html
https://pornve.com/xifoci6524cx/Penny_Pax_-_Medical_Sexthics.html
https://pornve.com/xijwk76jpi4k/Bridgette_B_-_Spanish_Doll_DP.html
https://pornve.com/xik7jh6go52h/Big_Naturals_Lena_Paul_Caught_In_The_Shower_Natural_Beauty.html
https://pornve.com/xioh86y4erub/Dyanna_Lauren_-_Mr_Too_Big.html
https://pornve.com/xip8ymazkzg5/A_Burglar_Fucked_My_Daughter_Brazzers.html
https://pornve.com/xiu9rxozy6ae/Brook_Page__Marsha_May_-_My_Boyfriends_Mom.html
https://pornve.com/xiwq4bz7vte2/Jamie_Sky_Head_For_Success.html
https://pornve.com/xixp123sdix7/Big_Tits_At_School_-_Exchange_of_Favors_-_04272015_-_Brazzers_Katrina_Jade_Big_Tits_At_School_Sc.html
https://pornve.com/xiy0lspde5pn/Vanilla_DeVille_-_Mothers_Day_Massage.html
https://pornve.com/xiyo2ivmy5cc/Autumn_Falls_Sean_Lawless_-_Going_Down_-_Sneaky_Sex_-_Reality_Kings.html
https://pornve.com/xj1b4dorjwmg/Amy_Anderssen_-_White_Russian.html
https://pornve.com/xj43lc4839ux/Emmanuelle_London_-_Bouncing_Buoy_Boobies.html
https://pornve.com/xj4d7klxn84q/Persia_Black_-_To_Cock_With_Love.html
https://pornve.com/xj4fsx719e6a/Amber_Jade_Danny_D_-_Overcum_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/xj613ul4v122/Brandi_Loves_The_Realtor_.html
https://pornve.com/xj8ljv3dvq9w/Tiffany_Watson_-_Facial_By_Surprise.html
https://pornve.com/xja0an4a542x/Ariella_Ferrera_Kyle_Mason_-_Dinner_For_One_Table_For_Two_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/xja1a6rn5igx/Adriana_Chechik__Alexis_Fawx_-_Squirting_Swingers.html
https://pornve.com/xjdz2czvcfmy/Ebony_Babe_Aaliyah_Hadid_Gamer_Girl.html
https://pornve.com/xjgu1oby3d0i/Inside_Nutleys_Asylum_-_Part_2.html
https://pornve.com/xjkobsjt4pxb/Jesse_Jane_-_Midnight_Sneak.html
https://pornve.com/xjmkvwmjoxoo/Brazzers_-_Home_Invasion_-_Jasmine_James.html
https://pornve.com/xjonv7pn6ahl/Drilling_Mommy_Scene_3_Dirty_Laundry_Laura_Bentley__Van_Wylde.html
https://pornve.com/xjq1e9ztwqu7/Dillion_Carter_-_Study_Break.html
https://pornve.com/xjuxv35ikdze/Nina_Kayy_-_Big_Wet_Miami_Booty.html
https://pornve.com/xjyzg2qxnhnm/Casca_Akashova_Keiran_Lee_-_Im_Over_It_-_Milfs_Like_It_Big_-_Brazzers.html
https://pornve.com/xk3pdkupxssq/Tara_Fox_Aka_Jenna_Foxxx__Indigo_Vanity.html
https://pornve.com/xk65ye4nh2hh/Alena_Croft_-_Big_Package_For_A_Little_Pussy.html
https://pornve.com/xkbxchj1zslx/Olivia_Austin_-_Blonde_And_Bubbly.html
https://pornve.com/xkelilqhbcho/Oiling_A_Whore_Alena_Croft__Jessy_Jones.html
https://pornve.com/xkjpnlwhug6z/Cali_Carter__Kali_Roses_-_Stepsister_Swap.html
https://pornve.com/xkn3l9t23gp3/Jaye_Rose_-_Trying_Out_The_Bar_Wench.html

https://pornve.com/xkn8y4mlvjmk/OMG_Holly_Hotwife_Moms_Rules.html
https://pornve.com/xkvcie4kq7u7/Anissa_Kate_-_French_Exam.html
https://pornve.com/xkvi8ppreyip/bwb_k3isha_gr3y_480p.html
https://pornve.com/xkvrsti9j0di/Alexis_May_-_Video_Store_Whore.html
https://pornve.com/xky7hu51d301/Brazzers_-
_Sexy_nurse_Darcia_Lee_check_gives_the_best_medicine_to_patients_.html
https://pornve.com/xkzun8xm5zot/Jacky_Joy_-_Storage_Whores.html
https://pornve.com/xl1kju7dfhq6/Brazzers_-
_Adriana_Chechik_gets_her_ass_pounded_by_a_patient_.html
https://pornve.com/xl2vpyn6g0k0/Addie_Andrews_Ramon_Nomar_-_Addies_Sweet_Treat_-
_RK_Prime_-_Reality_Kings.html
https://pornve.com/xl4hv3bsk9g9/Romi_Rain_-_Lost_On_Vacation_San_Diego_-_Part_1.html
https://pornve.com/xl4psld2lv1k/Brazzers_-_Kissa_Sins_Showering_His_Wife_With_Attention.html
https://pornve.com/xl6c4456xd1k/Wonderland_-_Part_1.html
https://pornve.com/xl7gaekldc4a/Fuck_That_Frame_Jmac__Nina_Kayy.html
https://pornve.com/xl83ptnxz7y3/Nothing_Like_A_Mothers_Love_Sybil_Stallone__Jake_Adams.html
https://pornve.com/xljkhatnk70q/Pussy_Is_The_Best_Medicine_.html
https://pornve.com/xlp124qcxedg/April_ONeil__Gia_Dimarco_-_Student_Fuckin_Bodies.html
https://pornve.com/xlpubd92kibg/Blake_Eden__Karlie_Montana__Kenna_James_-_Sit_And_Spin.html
https://pornve.com/xluvyoq4uyr4/Realitykings_Practicing_with_the_pole_watch_online_for_free.html
https://pornve.com/xlwowk3gxr7u/Pitching_A_Tent_-_Dillion_Harper__Danny_Mountain.html
https://pornve.com/xlyeot0xuy0q/Brooklyn_Chase_-_Hot_Tub_Titty_Rub.html
https://pornve.com/xm23hxl7hcd1/BadTowTruck_-_Tomi_Taylor_Check_Up_-_02_07_15.html
https://pornve.com/xmb9ch7gcbrs/Cherie_Deville_Jordi_El_Nino_Polla_-_Spring_Cumming_-
_Milfs_Like_it_Big_-_Brazzers.html
https://pornve.com/xmd87d9b54gl/Cory_Chase_The_Nympho_Milf_Awakens_2.html
https://pornve.com/xmdkqldxiu57/Rebecca_More_-_Poker_Face.html
https://pornve.com/xmfb5r8zf04v/Sofi_Ryan_-_My_How_Youve_Grown.html
https://pornve.com/xmj5sm8wox11/Aidra_Fox_-_My_GFs_Niece_Wants_A_Big_Piece.html
https://pornve.com/xmjnii6pmxd5/Devon_Michaels_-_A_Wild_Ride_Before_The_Wedding.html
https://pornve.com/xmog7mikyw1p/Brett_Rossi_-_Going_Under.html
https://pornve.com/xmoq3puqaiot/Brianna_Ray_And_Lucky_Starr_Luck_Be_A_Lady.html
https://pornve.com/xmrj8c9q7opm/Jewels_Jade_-_Pulling_A_Long_Con_Job.html
https://pornve.com/xmt47apg06t7/Desiree_Dulce_-_Clitical_Check_Up.html
https://pornve.com/xmtplodft48a/Rikki_Six_-_Dolly_Pop.html
https://pornve.com/xmvq1xcvco47/Aletta_Ocean_-_Motion_In_The_Ocean.html
https://pornve.com/xmxyaiu3rvvm/Isis_Love_-_Not_In_My_House.html
https://pornve.com/xn2vyyrgnc7j/Brazzers_-
_Big_tit_brunette_soldier_Peta_Jensen_rides_a_huge_cock_.html
https://pornve.com/xn5bmjyy2hdd/Nicolette_Shea_-_Hump-Starting_Her_Ride.html
https://pornve.com/xn8zrhsawqwd/Missy_Martinez_-_Licking_In_The_Library.html
https://pornve.com/xncij124ojpb/Never_Get_Married_-_2.html
https://pornve.com/xncxmdotnlxl/Parker_Swayze_-_Play_House.html
https://pornve.com/xne112zqwlle/Fixer-Upper_Daughter_Stuffer_Brazzers.html
https://pornve.com/xne6llr2ik64/tlib_17_11_08_adria_rae_suck_and_blow.html
https://pornve.com/xne7bn37zssu/Jaelyn_Fox_-_Cock_Intentions.html
https://pornve.com/xng8bq5k6ovl/Sienna_West_-_Sex_Me_In_The_Name_Of_Science.html

https://pornve.com/xnm7mud4up2t/Nicole_Graves__Ryan_Keely_-_Perks_Of_The_Penthouse_Suite.html

https://pornve.com/xnnwnsnecf49/Mya_Mays_And_Jazzi_Ass_Sandwich.html

https://pornve.com/xno3w9djfc4m/April_ONeil__Daisy_Cruz_-_Big_Tits_In_Field_Hockey.html

https://pornve.com/xnrl8zj8bwe0/Brazzers_160522_Dick_Roommates_Dick_Skyla_Novea_Tyler_Skyla_Novea_Teens_Like_It_Big_Brazzers_Whi.html

https://pornve.com/xns00x3jluen/Kissa_Sins_-_Becoming_Johnny_Sins_-_Part_2.html

https://pornve.com/xnsiq2j8l0gf/Janice_Griffith_Hungry_For_Cock.html

https://pornve.com/xnu1cx9t9lgv/Ryann_Conner_Take_a_Sit.html

https://pornve.com/xnxxnz64pb3v/Ariella_Ferrera_-_The_Trophy_Husband.html

https://pornve.com/xnxzm5kqq3cr/Emily_Thorne_And_Liz_Heaven_Group_Sex.html

https://pornve.com/xnz45mekkko5/Jade_Kush_Charles_Dera_-_Shadowplay_2_-_Baby_Got_Boobs_-_Brazzers.html

https://pornve.com/xo2putdm5qxm/Lost_Lil_Humper_-_Amber_Alena_-_Lil_Humpers.html

https://pornve.com/xocd1f6fa6i3/Kelsi_Monroe_-_Big_Wet_And_Ready_For_Fucking.html

https://pornve.com/xofxq996goeq/Brandi_Bae_-_Getting_Busy_With_Brandi.html

https://pornve.com/xojd425h836w/Diamond_Foxxx_-_The_Doc_Pop.html

https://pornve.com/xoq1xyw4lqo7/Madison_Scott_-_Gimme_300ccs_Of_Big_Cock.html

https://pornve.com/xor2xay4ag4e/Aleksa_Nicole_-_Being_Bad_Episode_2.html

https://pornve.com/xotswh810lq5/Mischa_Brooks_-_Read_My_Cunt.html

https://pornve.com/xoxn4z1vsudl/Kira_Noir_-_Push_It_To_The_Limit.html

https://pornve.com/xoz5lxea9q9l/Aubrey__Sindee_Jennings_40Ready_for_fun41.html

https://pornve.com/xozfcronjzrb/Brazzers_House_-_Episode_5.html

https://pornve.com/xp0aoxadxkm2/Bailey_Brooke_-_Bounce_Her.html

https://pornve.com/xp2g798zt7dw/Brynn_Tyler__Jazy_Berlin_-_Brazzers_Slut_Bikini_Contest.html

https://pornve.com/xp4xej1g8k7h/Destiny_Dixon__Summer_Brielle_-_One_Thing_On_Their_Minds.html

https://pornve.com/xp7m39cn045o/Olivia_Austin_-_How_To_Bang_Your_Teacher.html

https://pornve.com/xp7r8kv4gcax/Sammie_Rhodes__Sea_J_Raw_-_Spread_My_Butterfly.html

https://pornve.com/xpdgksk5bbdm/Kiki_Minaj_-_Squirt_And_Slurp.html

https://pornve.com/xpeohiio5ze0/Yuffie_Yulan_-_Large_Instrument.html

https://pornve.com/xpesqibbmdgz/Aletta_Ocean_-_Peeping_The_Pornstar.html

https://pornve.com/xpf154iir39i/Alanah_Rae_-_Special_Formula.html

https://pornve.com/xppf74088wvw/Cassidy_Banks_-_Stacked_Sister-In-Law.html

https://pornve.com/xpq0q3srgz1n/HotAndMean__Brazzers_Candy_Charms__Jennifer_Jade_-_The_Power_of_Porn.html

https://pornve.com/xpx5jywj3111/Eva_Angelina_-_Camera_Cums_In_Handy.html

https://pornve.com/xpz89k7z3l7g/Allie_James_-_New_Girl_In_School.html

https://pornve.com/xq0x613zzzil/bikini_babes_big.html

https://pornve.com/xq25yujwxovg/PornstarsLikeItBig_17_03_03_Eva_Lovia_Practice_Makes_Perfect_Porn_XXX_-KTR.html

https://pornve.com/xq5x51jz286r/Drilling_Mommy_Scene_4_Welcome_To_The_Neighborhood_Angie_Noir_Sean_Law.html

https://pornve.com/xq660zt9ivba/Briana_Banks_-_Wish_Upon_A_Pornstar.html

https://pornve.com/xq78zu6xynzm/Karlie_Brooks_-_Doing_The_Dishes.html

https://pornve.com/xq8fhsrsdieq/Ryan_Smiles_Fucking_My_Best_Friends_Mom.html

https://pornve.com/xqchnbtgg3l0/Brazzers-_Nicolette_shea-_Dont_Bring_Your_Sister_Around_Me.html

https://pornve.com/xqh52ckcqv5y/Holly_Heart_-_Fucking_By_The_Fire.html

https://pornve.com/xqkrlj5qz153/Amia_Miley_-_Pornstar_PR_-_Crisis_Management.html

https://pornve.com/xqmpyl9ztsgd/Sienna_Day_-_Big_Tits_In_The_Field.html

https://pornve.com/xqq9mk0vk4ok/Ashton_Blake_-_Fuck_My_Pussy_Not_My_Daughters.html

https://pornve.com/xqrhdqo38cgs/Kaylani_Lei_Keiran_Lee_-_Glass_Ass_-_Big_Wet_Butts_-_Brazzers.html

https://pornve.com/xqtnt0pplya/Juelz_Ventura_-_Sunny_With_A_Chance_Of_Big_Dick.html

https://pornve.com/xqtx4f77yb5c/Kelly_Surfer_-_Phallic_Imagery.html

https://pornve.com/xqvd0jzd4xuz/Kirsten_Price__Nikki_Benz_-_Can_You_Get_Me_Off.html

https://pornve.com/xr2uazi1mtl7/Angelina_Valentine_-_Angelina_vs_Danny.html

https://pornve.com/xr6m5emvx5wk/Jasmine_Tame_-_Big_Tits_On_A_Small_Time_Crook.html

https://pornve.com/xrhkjzrbi3bi/Storm_Of_Kings_XXX_Parody_Part_2_Aruba_Jasmine__Peta_Jensen__Rob_Diesel.html

https://pornve.com/xrhqs1hy4a4t/1_800_Phone_Sex_Line_7.html

https://pornve.com/xrm3is1uke4k/Richelle_Ryan_-_A_Roof_A_Hot_Meal_And_A_Pair_Of_Jumbos.html

https://pornve.com/xrmulv66k234/Priya_Anjali_Rai_-_Hunger_For_Bigger_Cock.html

https://pornve.com/xrqcv3xlzmtn/DirtyMasseur_Katy_Jayne_A_Very_Happy_Ending.html

https://pornve.com/xrsh33tgwi8g/Sara_St_Clair_-_My_Busty_Boss_Sara.html

https://pornve.com/xry4aq9h2xcx/Brazzers_-_Franceska_Jaimes_Anal_Slip_And_Slide.html

https://pornve.com/xry8ccs9xyy8/Ariella_Ferrera_Xander_Corvus_-_Managing_Her_Anger_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/xrz3jrkswkhk/Lisa_Ann__Scott_Nails_MILF_Perfection_S3.html

https://pornve.com/xrzcc6ha0d3l/Angela_White_-_Angelas_Sex_Auction.html

https://pornve.com/xs33w1rold3e/Brooklyn_Blue_-_I_Want_Your_Husband.html

https://pornve.com/xs4a743q6rsd/Brandi_Love_Keiran_Lee_Keiran_Appreciates_Brandi.html

https://pornve.com/xs7dxohbd8nh/Stepsister_Shares_The_Shower_Rachel_Roxxx.html

https://pornve.com/xsernrn7jwel/Brandy_Aniston_-_Wet_White_Cum.html

https://pornve.com/xsglllct67ke/Jada_Fire_-_Prick_For_Prick.html

https://pornve.com/xsgwhir3kknx/Rebecca_More_-_Rebeccas_Shower_Time_Fun.html

https://pornve.com/xsh38cguwt1r/Alex_Blake__Kali_Roses_-_College_Girl_Confessions.html

https://pornve.com/xsjbcmj661kt/Olivia_Austin_JMac_-_Nurse_Olivia_-_Doctor_Adventures_-_Brazzers.html

https://pornve.com/xsllvz6u3qu2/Isis_Love__Kenzie_Madison_-_Fucking_Her_Friends_Mom.html

https://pornve.com/xspgb29ise0i/Angela_White_-_Ass_Gas_Or_Grass.html

https://pornve.com/xsqzrfqcixij/Sarah_Vandella_-_Easter_Egg_Cunt.html

https://pornve.com/xst5u9sg0irw/Euro_Girl_Pickup.html

https://pornve.com/xstx5l15lmtr/Joanna_Angel__Nicolette_Shea_-_Pornstar_Prey.html

https://pornve.com/xswwlzlrnw8r/Sienna_Day_Danny_D_-_Can_You_Feel_That_-_Doctor_Adventures_-_Brazzers.html

https://pornve.com/xsxysw5cysuh/_Slutty_stepmom_Syren_gets_all_her_holes_filled_by_her_stepsons_-_Brazzers_.html

https://pornve.com/xt34h3iifmbm/Lust_Bite_-_Episode_3.html

https://pornve.com/xt991aiglir6/Valeria_Visconti_-_No_Actor_No_Problem.html

https://pornve.com/xtclcbhhpmuo/Karter_Foxx_-_A_Knob_For_A_Job.html

https://pornve.com/xtd44im3b7tl/Ava_Austen_Hitching_For_A_Dicking_Mommy_Issues_4.html

https://pornve.com/xtd5am8wka5g/Tina_Kay_Blow_Team_Blow.html

251

https://pornve.com/xto5ml1cztn2/Brazzers_-_Undercover_Step-Mother_Brazzers_2017_Diamond_Jackson_Evelin_Stone_Blowjob_Black_Gir.html

https://pornve.com/xtp0f6uqe8rz/Asa_Akira__Diamond_Kitty_-_Muffin_Stuffin.html

https://pornve.com/xu3tfxz9ll2d/Alice_Judge_Danny_D_-_Internally_Yours_-_Big_Tits_At_Work_-_Brazzers.html

https://pornve.com/xu80jdad3b1l/Rebecca_More_-_Flex_And_Sex.html

https://pornve.com/xuatumcmz7eq/Kissa_Sins__Romi_Rain_-_The_Great_Car_Wash_War.html

https://pornve.com/xud6ikac1ojb/Megan_Rain_-_Day_With_A_Pornstar.html

https://pornve.com/xudsdrdkg9ew/Gina_Valentina_-_Traffic_Violation.html

https://pornve.com/xug828207gdd/Christy_Mack_-_My_Friends_Ex.html

https://pornve.com/xuklxpfe3n8z/Missy_Martinez_-_Coach_Martinez.html

https://pornve.com/xumfk2h4qijw/Phoenix_Marie_The_Cock_Starved_Slut_Mommy_Issues_4.html

https://pornve.com/xuqj8cj5n9gp/doctor_phoenix.html

https://pornve.com/xuv033jsrxil/Ivy_Lebelle_-_Special_Tasks.html

https://pornve.com/xuy2sixhy12n/Brooklyn_Blue_-_Deep_Impact.html

https://pornve.com/xuy441pqzfk4/This_Warehouse_is_a_Whorehouse_Tattooed_Milf_Anna_Bell_Peaks_.html

https://pornve.com/xv07gmgj2dil/Angelina_Valentine_-_Undercover_Boobs.html

https://pornve.com/xv97hgdb7rrq/GFRevenge_Sweet_avalon_-_Avalon_Aries_Hope_Harper.html

https://pornve.com/xvaqb4e7edpc/Brazzers_Mind_If_Stepmom_Joins_You_Brazzers_MomsInControl_Kristen_Scott_Richelle_Ryan_Kyle_Mas.html

https://pornve.com/xvbe0udsjpqb/BrazzersExxtra_18_11_17_Kimber_Veils_Sandy_Siren_Of_The_Skies.html

https://pornve.com/xvbfknes7ljw/Raven_Bay_-_Prom_Whore_Wars_-_Part_1.html

https://pornve.com/xvgpnnb5ceeu/HD_Porn_69_Ariana_Marie_She_Needs_A_Strong_Male_Presence.html

https://pornve.com/xvvdvzpaesuo/Lisa_Ann_-_How_I_Became_A_Pornstar.html

https://pornve.com/xvweo3co7131/Ariella_Ferrera__Jynx_Maze_-_You_Want_Us_To_Clean_Your_Dick.html

https://pornve.com/xw12y1pyfz3z/Chloe_Addison_-_Fucking_With_Your_Mind_Then_Your_Cock.html

https://pornve.com/xw55626rerv1/Jasmine_Jae_-_You_Messed_Up.html

https://pornve.com/xw6l0a58wt91/Rebecca_Volpetti_-_Shes_A_Free_Spirit.html

https://pornve.com/xw86528iu926/Cameron_Canada_ANAL_720p.html

https://pornve.com/xwd8775jhrjo/BRAZZERS_-_SEXUAL_CHALLENGE_AT_CASA_BRAZZERS_-_AVA_ADDAMS.html

https://pornve.com/xwf5mappxhj6/Cum_Splash_All_Over_Kelsi_Monroes_Ass_-_Kelsi_Monroe__Tony_Rubino.html

https://pornve.com/xwkvtni7hnvv/Swingers_On_Vacation_Part_2_Alektra_Blue__Keiran_Lee.html

https://pornve.com/xwmdzcyv61dk/Honey_Gold_-_Tasting_The_Chef.html

https://pornve.com/xwmvz04pibx5/Black_Angelika_-_Entering_Through_The_Back_Of_Angelika_Black.html

https://pornve.com/xwmx31mcn99m/Ariella_Ferrera_-_Boobie_Break.html

https://pornve.com/xwnuy4nieurt/Alexia_Rae_-_Beautifully_Breasted_Assistant.html

https://pornve.com/xwshw0jkmk0a/Thanksgiving_Dinner_Sluts_-_Whitney_Wright__River_Fox__Jessica_Rex_-_-_Reality_King.html

https://pornve.com/xx63aafr9d7q/Abella_Danger_-_Shower_Head.html

https://pornve.com/xx9yc57kf66i/American_Whore_Story_Part_Two.html

https://pornve.com/xxjhfgtvzdxh/Eden_Adams_-_Step_Daddy_Slut.html

https://pornve.com/xxk1w1siutnr/Hardcore_Ass_Deep_Throat_Latina_Babe_Romi_Rain_Anal_Audit.html

https://pornve.com/xxnlcmzhxqji/Best_of_Brazzers_-_Hottest_Dommes_-_Brazzers_Exxtra-_Brazzers.html

https://pornve.com/xxq6p63q04ee/Aletta_Ocean_Do_Not_Touch.html

https://pornve.com/xxrl9xa5z713/Ramming_Rileys_Asshole_-_Riley_Jenner.html

https://pornve.com/xxwe4p59gcyn/Alektra_Blue_-_Lights_Camera_Deepthroat.html

https://pornve.com/xxyqbu03xjyl/RKPrime_Gym_Prankers_2.html

https://pornve.com/xy0wbp7bi23g/Julianna_Vega_-_Cone_Of_Shamelessness.html

https://pornve.com/xy4j9ma5gm2l/Nikita_Von_James_-_The_Man_Cums_Around.html

https://pornve.com/xy56e13cxulu/Sara_Jay_-_Miami_Milf_Adventures_I.html

https://pornve.com/xy56tj98h477/Capri_Cavanni_-_A_Killer_Massage_For_Capri.html

https://pornve.com/xy68lqpddk5e/Jasmine_Caro_-_Wish_Upon_A_Squirt.html

https://pornve.com/xy8cvbqyqhl7/Katrina_Jade_-_Cum_And_Paste.html

https://pornve.com/xy8iz8cr29nz/Brandi_Love__Mia_Malkova_-_Brandi_Loves_The_Interview.html

https://pornve.com/xyag8enhouyo/Nika_Noire_-_Weapons_Of_Mass_Turbation.html

https://pornve.com/xybzbv066h4d/Lisa_Ann__Tori_Black_-_Naughty_Lesbian_Daughter.html

https://pornve.com/xyhfcxn3buui/1_800_Phone_Sex_Line_3.html

https://pornve.com/xyj9pbdvzuxa/ZZSeries_-_Jillian_Janson_40A_Brazzers_Christmas_Special_Part_341_12_24_16.html

https://pornve.com/xyklsqr8eiwg/GFRevenge_-_My_Girl_Likes_Girls.html

https://pornve.com/xym2kxur2cxy/Elicia_Solis__Romi_Rain_-_Comply_With_This_Guy.html

https://pornve.com/xyphrdhkv6z0/Diana_Prince__Puma_Swede_-_Jiggle_All_The_Way.html

https://pornve.com/xypzi15donvl/Britney_Amber_-_Cucked_For_Historical_Accuracy.html

https://pornve.com/xyqjlxstgdud/Liza_Del_Sierra__Sharon_Lee_-_Lust_Party.html

https://pornve.com/xytmiecy0l5y/Party_Political.html

https://pornve.com/xyu512kb6hos/Lela_Star__Robbin_Banx_-_When_Lela_Met_Robbin.html

https://pornve.com/xz0gc4m4gig5/Big_Tits_In_Sports_Game_Set_Match_Pussy_Nikki_Benz_And_Diamond_Jackson_-_Jordi_El_Nino_Polla.html

https://pornve.com/xz1sccdczaqx/New_Dec_2015_Nicole_Aniston_Peta_Jensen_-_Our_Holiday_Three_Way_three_way_some_threeway_threesome.html

https://pornve.com/xz2zuv9zhzn3/RKPrime_19_07_22_Kleio_Valentien_Oil_And_Ink_XXX_SD.html

https://pornve.com/xz3cf6llc2hn/18_DWP_Dylan_Ryder.html

https://pornve.com/xz5brj49muk5/Personal_Trainers_-_1.html

https://pornve.com/xz6qwvif3itj/Samantha_Saint_-_The_Two_Sides_Of_Samantha.html

https://pornve.com/xz6u5giv3lqh/Nurse_Booty_On_Duty_Lisa_Ann_And_Tommy_Gunn_69_Top_Rated_Porn_Video_Of_Today_154_Most_Played_Porn_Video_Of_Today.html

https://pornve.com/xz70w8kb6awo/Quinn_Wilde_Keiran_Lee_Doing_Double_Duty.html

https://pornve.com/xzf9upfs9040/Emily_Addison_Keiran_Lee_-_Anonymous_Attraction_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/xzhealxuh6zj/Janna_Hicks_Oliver_Flynn_-_Painting_Her_Face_-_Milfs_Like_It_Big.html

https://pornve.com/xzm0qyt0telp/Rhylee_Richards_-_Camo_All_Over_Her_Tits.html

https://pornve.com/xztwenyaf6gj/Going_Through_A_Fucking_Phase_Chloe_Scott__Keiran_Lee.html

https://pornve.com/xzug4gbh2x15/Oil_massage_Monique_Alexander.html

https://pornve.com/y013evh4x1bn/Charisma_Cappelli_-_Golf_Bunny_Fuck.html

https://pornve.com/y03d99uufgr4/Sexy_Wife_Fuck_with_her_Husband_Friend.html

https://pornve.com/y0801al7573d/Georgies_Workout_Plan_Georgie_Lyall__Sam_Bourne.html

https://pornve.com/y0o0tydsmt6p/Bridgette_B_-_Titty_Heist_II_The_Negotiator.html

https://pornve.com/y0qwt900v1fn/Dani_Daniels_Squirting_Compilation.html

https://pornve.com/y0sxx8e52up8/Teen_Girl_Fuck_Friends_Daddy.html
https://pornve.com/y126v5dlxx2i/_Brazzers_-
_Hot_Audrey_sucks_a_big_dick_and_titty_fucked_in_her_wet_pussy_.html
https://pornve.com/y12fgdt0erq9/Deauxma_-_Ill_Teach_You_To_Fuck_Boy.html
https://pornve.com/y13r1sbdy4ll/Raylene__Riley_Jensen_-_Whores_Of_Anarchy.html
https://pornve.com/y15xtcynure1/Jasmine_Jae_-_Waking_Up_The_Comatose_Cock.html
https://pornve.com/y16jjafzlj0v/Franceska_Jaimes_Sexy_Cat_Anal.html
https://pornve.com/y194g93v9or2/RealityKings_Pure18_Aurora_Monroe_Red_Devil_Redhead.html
https://pornve.com/y1adk6apicy4/Pumping_Under_Pressure_Brazzers_2018_-
_Alina_Lopez_Johnny_Castle_Doctor_Adventures.html
https://pornve.com/y1h56hj6xibb/Secret_Wifeswap_Weekend_Part_One.html
https://pornve.com/y1me9uzo64e9/City_Pussy_Meets_Country_Cock_-_Nina_Elle__Mick_Blue.html
https://pornve.com/y1ng3adcg9ef/Monique_Alexander_-_Monique_Keeps_It_Fresh.html
https://pornve.com/y1o7kakq7i3t/Natalia_Starr_-_Happy_Fuckin_Fathers_Day.html
https://pornve.com/y1rji5cw9mkg/Anya_Ivy_Shower_Fuck.html
https://pornve.com/y1t7l09c84nb/Riley_Steele_Keiran_Lee_-_Her_Wife_Wants_Me_-
_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/y1uqxh5jjlp5/Ryan_Conner_-_Horny_For_That_Hot_Dick.html
https://pornve.com/y1wfeycvz3r0/Camilla_Bella_40Worth_the_wait41.html
https://pornve.com/y1xg4rosmrdj/Rough_Malpractice_-_Maddy_Oreilly__Tony_De_Sergio.html
https://pornve.com/y21rfa6pyv4r/Rose_Monroe_-_DP_Duty_On_Miss_Monroes_Booty.html
https://pornve.com/y2adipudsbct/Rebecca_Volpetti_Yanick_Shaft_-_Ravenous_Rebecca_-_RK_Prime_-
_Reality_Kings.html
https://pornve.com/y2chbdk6urcq/Cassidy_Banks_-_Rob_Me_Blind_and_Fuck_Me_Stupid.html
https://pornve.com/y2ivp8zaeo7p/Amanda_Black__Jasmine_Black_-_Bitch_In_A_Box.html
https://pornve.com/y2kbzonjovrf/Rachel_Roxxx__Rachel_Starr_-_When_Friends_Cum_In_Handy.html
https://pornve.com/y2m0slu1ifk7/Rachel_Starr_Charles_Dera_-_Watch_Me_Cheat_-
_Real_Wife_Stories_-_Brazzers_1080p.html
https://pornve.com/y2oppeqy5sc4/August_Ames__Emma_Stoned_-_Cheer_Harder_Slut.html
https://pornve.com/y2pfr63az76o/Jenna_Haze_-_Thrill-Her.html
https://pornve.com/y2qvf41s67mx/Sofi_Ryan_Keiran_Lee_Asking_For_It_Anon.html
https://pornve.com/y2rpszpzw3ta/fantasies_worship_vanessa_decker_creaming_stream_stream_creaming_6
5_most_played_porn_video_of_today.html
https://pornve.com/y2t84iznal1i/Tabitha_Stevens_-_Milf_Digs_Some_Young_Cock.html
https://pornve.com/y2vewx91vd8y/Mary_Moody__Misty_Stone_-_Classically_Trained_To_Fuck.html
https://pornve.com/y2z1bte4xiqz/Ella_Hughes__Gia_Paige_-_All_Hands_On_Dick.html
https://pornve.com/y33qt4n6azvt/Krissy_Lynn__Sheena_Rose__Uma_Jolie_-_Outing_The_Outed.html
https://pornve.com/y34au1o4gv7r/Ariella_Ferrera_-_Boobie_Break.html
https://pornve.com/y3c98yvs2gxb/PornStarsLikeItBig__Brazzers_Nicole_Aniston_XXX_Men_Shagging_the_Sh
apeshifter_XXX_Parody.html
https://pornve.com/y3f9yx03n9j2/Honour_May_Danny_D_-_The_Bitchy_Babysitter_-
_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/y3jxbz35zw4t/Anissa_Kate_-_Fucking_Her_French_Seams.html
https://pornve.com/y3ladq95omn5/Mackenzee_Pierce_-_Fill_My_Position.html
https://pornve.com/y3m6koceqci7/Lucia_Love_-_Taking_It_Twice.html
https://pornve.com/y3mlsduf2krk/Lexi_Luna_-_Pussy_Call.html
https://pornve.com/y3vftq47ufzd/Isis_Love_Preston_Parker_-_Boning_Her_Bodyguard_-
_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/y3vi493rmn0u/Eva_Karera__Kenna_James_-_Stepdaughters_First_Date.html
https://pornve.com/y3wbm1wk3148/BigTitsAtSchool_Blanche_Bradburry_Teacher_Tease_-_05_12_2016.html
https://pornve.com/y40as1nry42b/Reagan_Foxx_-_Never_Marry_A_Milf.html
https://pornve.com/y4364rcm1d5i/Anal_Interracial_Wet_Butt_Assh_Lee.html
https://pornve.com/y467ezheq84h/Summer_Brielle_-_The_Terms_of_Summer.html
https://pornve.com/y46qb4s2bmik/Shyla_Stylez_-_Personal_Favors.html
https://pornve.com/y46s5ghdptqh/Veronica_Avluv_-_The_Whore_In_The_Lot.html
https://pornve.com/y49s39suslf4/Brooklyn_Chase__Kagney_Linn_Karter_-_Wake_Me_Up_Before_You_Cum_Cum.html
https://pornve.com/y4a5u6dw37ri/_Expose_Yourself_to_MILFS_.html
https://pornve.com/y4bxwaoxhi7s/All_Good_New_Veruca_James_Anal.html
https://pornve.com/y4c2957luhwx/Haley_Wilde__Madison_Ivy__Zoe_Voss_-_A_Clockwork_Whore_-_Part_1.html
https://pornve.com/y4fug80ukdjl/Cali_Carter_Scott_Nails_How_Could_You_22_09_2020_Anal_Milf_BigTits_CaliCarter_0_22_09_2020_on_SexyPorn.html
https://pornve.com/y4gevuduz6nj/Jade_Amber_-_The_Temptation_Of_Teen.html
https://pornve.com/y4gfdlwcusxn/Aaliyah_Love_Veronica_Vain_Pole_Skills_and_Holes_Filled.html
https://pornve.com/y4lrwtvow7ni/Assh_Lee_-_Sunbathing_Distraction.html
https://pornve.com/y4mras4wbi3e/Lena_Paul_-_Express_Pussy_Packaging.html
https://pornve.com/y4p8gp8c0kom/Brazzers_-_Giselle_Palmer_Slow_And_Sexy.html
https://pornve.com/y4pkqtcvy042/Jenna_Jones_-_Zen_In_The_A_M.html
https://pornve.com/y4t09i5y3skx/Alaina_Kristr_-_Hot_Teen_Next_Door_25_2015.html
https://pornve.com/y4tdpvsc1uft/Abigail_Mac_-_Morricunt_vs_Dr_Poon.html
https://pornve.com/y4ysr78peikq/Nympho_Nurses_And_Dirty_Doctors_3_Aubrey_Black.html
https://pornve.com/y4z2p8lph9ir/Her_Turn_To_Cheat_brazzers.html
https://pornve.com/y56gs0jfuniv/Emma_Hix_-_An_Eyeful_Of_Emma.html
https://pornve.com/y58ycsyvkkby/Summer_Brielle_-_Youre_Sexpelled.html
https://pornve.com/y5bpgw8zw0dz/Stevie_Shae_-_Hike_Her_Skirt_Up.html
https://pornve.com/y5btp2buyujo/TeensLikeItBig_Marsha_May_-_My_Stepbrother_The_Panty_Thief.html
https://pornve.com/y5dtp52rdd77/ham_20_04_28_maserati_and_alice_pink_dommed_by_her_dads_girlfriend_part_1.html
https://pornve.com/y5ev3ua0vgd6/_Hand_In_The_Cookie_Jar_Big_Tits_Blonde_Marsha_May_Fucks_In_The_Kitchen_.html
https://pornve.com/y5h7wvn85m9l/Karmen_Karma_Markus_Dupree_-_Silhouette_Slam_-_Big_Wet_Butts.html
https://pornve.com/y5ooqnltm515/Madison_Ivy_-_Rough_Competition.html
https://pornve.com/y5xvxryqpdxi/Simone_Sonay_-_Massage_Chair_Muff.html
https://pornve.com/y5zhjkxy80qu/Angela_White__Codi_Vore_-_Slingin_Titties.html
https://pornve.com/y5zjab5u7yeh/Gia_Dimarco_-_Housewife_By_Day_Whore_By_Night.html
https://pornve.com/y62jx4llakuv/Brazzers_Handle_the_Vandal.html
https://pornve.com/y68vmx11nql9/Nia_Nacci_-_Getting_Ripped.html
https://pornve.com/y6es1t5aty6m/New_Kagney_L_K_New_Enjoy_More_In_My_Profile_Kangney_Linn_Karter_Kangney_Jordi_Is_A_Creepy_Bastard_24_Top_Rated_Porn_Video_Of_Today_33_Most_Played_Porn_Video_Of_Today_123_Top_Rated_Porn_Video_Of_Week.html
https://pornve.com/y6ppzk7nqn3f/Kendra_Lust_-_The_Handicam_and_the_Whore_-_Brazzers.html
https://pornve.com/y6qhbz5clw0s/Lily_Carter_-_Turn_Me_On_Tune_In_Drop_Out.html

https://pornve.com/y6t1fm7juoel/Kendras_Thanksgiving_Stuffing_Kendra_Lust_Jordi_El_Nio_Polla.html
https://pornve.com/y6vac73gwvga/Anal_Big_Tits_Danny_D_And_Anissa_Kate_Trhobbin_Hood.html
https://pornve.com/y6vfjj4n9srn/Amber_Cox_-_Waiting_Room_Boom_Boom.html
https://pornve.com/y6vu984c034p/BigWetButts_Nikki_Benz_Pantyhose_Playtime_-_14_10_2016.html
https://pornve.com/y6yxxfqqst1y/Kylie_Page_-_Not_Safe_For_Work.html
https://pornve.com/y74dggp8fxrk/Karma_Rx_-_How_To_Fuck_Your_Masseur.html
https://pornve.com/y7byeesi2hss/Patty_Michova_-_Banging_The_Butler.html
https://pornve.com/y7cb3pn2k4wd/Presley_Hart_-_Back_Room_Poon.html
https://pornve.com/y7g5bbxj10or/Abella_Danger_Small_Hands_-_Til_Cock_Do_Us_Part_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/y7l9x0g67db2/audrey_casino_royale.html
https://pornve.com/y7laszhphfvy/Abella_Danger_-_The_Pearl_Of_The_Sea.html
https://pornve.com/y7ozvyd7zh1p/JR_Carrington_-_Im_Gonna_Fuck_Your_Mom.html
https://pornve.com/y7qaf8j1ub7a/Tessa_Lane_-_Tense_Around_The_Titties.html
https://pornve.com/y7tgetgjz9ad/Diana_Prince_-_Mommy_Takes_Care_Of_Your_Future.html
https://pornve.com/y83ot3c9qhag/Brandi_Bae_-_Bicycle_Booty.html
https://pornve.com/y87565ahjekt/Natalia_Starr_-_Rock_Goddess.html
https://pornve.com/y8c1xsnsnzv3/Kylie_Nicole_-_Teen_Trophy_Wife.html
https://pornve.com/y8da87jr67kb/Seeing_Eye_Dick_Jenna_Foxx__Xander_Corvus_-_brazzers.html
https://pornve.com/y8esmqmrqldm/Victoria_June_Keiran_Lee_-_Day_With_A_Pornstar_Victoria_June_-_Day_With_A_Pornstar_-_Brazzers.html
https://pornve.com/y8fmx99esbz6/Kendall_Woods_-_Fucking_Friends_Daddy.html
https://pornve.com/y8hbuhhr6rl7/Adriana_Chechik_Penny_Pax_-_The_Malcontent_Mistress_Part_1_-_Hot_And_Mean_-_Brazzers.html
https://pornve.com/y8pkaareh27t/Claire_Dames_-_Complimentary_Pussy_Massage.html
https://pornve.com/y8xjgkk8s44k/August_Ames_-_Hittin_That.html
https://pornve.com/y94frp7jwx38/Lisa_Ann__Sophia_Lomeli__Julia_Ann_-_Milfland_Security.html
https://pornve.com/y966xot62bmc/Nina_Elle_-_Eating_In_The_Meeting.html
https://pornve.com/y9etz7u4bvvd/Jessa_Rhodes_-_Powder_Puff_Girl.html
https://pornve.com/y9pj4hkhinha/bignaturals_19_07_15_gabriela_lopez_badminton_boobies.html
https://pornve.com/y9spv28fc6ra/Briana_Blair_-_Scotts_Choice.html
https://pornve.com/y9t9le2bys1d/Ava_Addam_An_Ass_Fit_For_King.html
https://pornve.com/y9w5txtu5tht/Realitykings__Sneaky_Sex__Phoenix_Marie_Ms_Ballbreaker.html
https://pornve.com/y9ykixudd070/Brand_New_Sexy_Luna_Star_And_Danny_D.html
https://pornve.com/ya1rx8eif4ze/Bubble_Butt_Jeans_Summer_Brielle.html
https://pornve.com/ya1y1ciqbmk1/All_Good_New_Alena_Croft.html
https://pornve.com/ya2mpk1bzyvr/Azul_Hermosa_-_Introducing_Azul.html
https://pornve.com/ya3ks7orx979/GFRevenge_Bathroom_beauty.html
https://pornve.com/ya55cvhjqqf2/my_mother_.html
https://pornve.com/ya5cwqh5tqzy/Rebecca_Volpetti__Shes_A_Free_Spirit.html
https://pornve.com/ya85gjy7xn2g/Veruca_James_-_The_Perfect_Maid.html
https://pornve.com/yaajm0evxyoh/Valentina_Nappi_Stretch_That_Ass_Out_-_BrazzersExxtra.html
https://pornve.com/yabi3klypq2p/Loni_Evans_-_Cheating_To_Get_Head.html
https://pornve.com/yabmhct8dw0j/Laela_Pryce_Anal_Massage.html
https://pornve.com/yak4qh27oud3/Keisha_Grey_Got_Graduated_Baby_Big_Tits.html
https://pornve.com/yakia3kzhjt1/Brazzers_Cock_tonic_Brazzers_Real_Wife_Stories_2018_Tommie_Jo_Keiran_Lee_Blonde_Milf_White.html
https://pornve.com/yal1haoc9fat/Rose_Monroe_-_Pumping_Her_For_The_Rent.html

https://pornve.com/yaq8we110ab8/Liv_Wild_Keiran_Lee_-_Truth_Or_Bare_-_Teens_Like_It_Big_-_Brazzers.html

https://pornve.com/yawfv2f5xqa9/BrazzersExxtra__Brazzers_Karla_Kush_-_Dont_Trust_Your_Friends.html

https://pornve.com/ybapc4angs4y/Step_mom_fuck_hard.html

https://pornve.com/ybbws7oth1sv/Eve_Laurence_-_Free_Tittie_Massage.html

https://pornve.com/ybdcads4yyr2/Kenzie_Reeves_-_Emo_Chick_Needs_Some_Dick.html

https://pornve.com/ybeb38kk3ivp/_Brazzers_-_Sexy_Sarah_Jessie_gets_her_pussy_pounded_hard_.html

https://pornve.com/ybfyiyqu4iil/Tori_Black_-_Irreconcilable_Slut.html

https://pornve.com/ybor0bwiugyw/Abby_Adams_Chad_White_-_Pound_Her_Drums_-_Sneaky_Sex_-_Reality_Kings.html

https://pornve.com/ybq7h13ykk8w/Erotic_Massage_Blake_Rose_Anal.html

https://pornve.com/ybsesdzp2v3l/Mandy_dee_Free_Pass.html

https://pornve.com/ybudah9kpmfw/Anna_Morna_Damon_Dice_-_The_Good_Samaritan_-_Milf_Hunter_-_Reality_Kings.html

https://pornve.com/ybzva900ei1z/Eliza_Ibarra_-_Hopping_On_A_Cock.html

https://pornve.com/yc03xdfieidf/Brazzers_-_Christiana_Cinn_Fuck_Your_Budget.html

https://pornve.com/yc0fblckhsqy/Best_New_Parker_Swayze_720p.html

https://pornve.com/yc4pogzrmaxt/Peta_Jensen_-_My_Honey_Wants_It_Rough.html

https://pornve.com/yc6detmawag7/Ava_Koxxx_Danny_D_Anal_Encounter_With_A_Stranger_Milfs_Like_It_Big_Brazzers.html

https://pornve.com/ycb9460eyww3/Natasha_nice_and_Johnny_sins_Brazzers.html

https://pornve.com/ycdh5i0xkdyq/Brandi_Love_-_Desperate_For_V-Day_Dick.html

https://pornve.com/ycdvdn1hq9zi/Caught_in_the_Swing_Gabriella_Paltrova__Tommy_Gunn.html

https://pornve.com/ychtgwlsvu0r/Sofia_Cucci_-_Penetrating_Sofia.html

https://pornve.com/yckqnomnkl6d/Massage_For_Janet_Mason.html

https://pornve.com/ycq8x8thoapn/Brazzers_-_Kendras_Thanksgiving_Stuffing.html

https://pornve.com/ycuqzgf8ku0k/Horny_Schoolgirl_Selfies_-_Jenna_Ashley__Jewels_Jade.html

https://pornve.com/ycvlf2v468du/Leigh_Raven_-_Noise_Cumplaint.html

https://pornve.com/yd34ft17uja7/Bridgette_B_-_Maid_For_Anal.html

https://pornve.com/yd5bvyxjteb7/Shazia_Sahari_-_Call_Me_Doctor_Nurse.html

https://pornve.com/yd5y9skgkh21/My_Gamer_Stepsister_Aaliyah_Hadid__Bruno_Dickenz.html

https://pornve.com/yd8jsrvhted8/DirtyMasseur_Kelsi_Monroe_Lily_Jordan_What_the_Client_Wants_the_Client_Gets_19_07_16.html

https://pornve.com/yd906mo0il49/Rebecca_More__Rhiannon_Ryder_-_Pussy_Is_International.html

https://pornve.com/ydabih5eso5o/Jessa_Rhodes_-_The_Clumsy_Intern.html

https://pornve.com/ydexovj3frqq/Angelina_Valentine_-_Extra_Curricular_Action.html

https://pornve.com/ydf40rme7qjy/Molly_Mae__Nikki_Capone_-_Dueling_Dildos.html

https://pornve.com/ydhwplytmq15/Tina_Kay_Danny_D_-_Always_Be_Fucking_-_Big_Tits_At_Work_-_Brazzers.html

https://pornve.com/ydinrm6n6jz2/Holly_Halston_-_Fuck_You_Pig.html

https://pornve.com/ydjwd8ac0m5m/Angela_White_Slick_Swimsuit.html

https://pornve.com/ydq7wguxtfo2/Felicia_Clover_-_Bouncy_Breasts.html

https://pornve.com/ydrg72ejriz9/Lexie_Candy_-_Lost_In_London.html

https://pornve.com/ydxgervxjvx7/Kira_Noir_Luna_Star_Xander_Corvus_-_Group_Pers-Anal_Training_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/ydy9vascc1p5/Candy_Alexa_-_Dildos_In_The_Drain_Pipe.html

https://pornve.com/ydyfosfnj7m7/Romi_Rain_Xander_Corvus_-_Hungry_For_Spring_Breakers_Part_1_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/ydyll4i9wjd5/Emily_Briar_-_Fishnet_Fucking.html

https://pornve.com/ye1br196itar/Charlee_Chase_-_Dickys_-_Dorkys_Revenge.html

https://pornve.com/ye1rloso3ym6/Jennifer_White_-_The_Replacement.html

https://pornve.com/ye63s6qvt6dd/AJ_Applegate__Savannah_Fox_-_Filthy_Fuck_-_Part_2.html

https://pornve.com/ye90f26z82jv/Allie_Haze_-_Latex_Lust.html

https://pornve.com/yek2ysxkdni2/RKPrime_-_Katrina_Jade_Play_Me.html

https://pornve.com/yekl3nrlovxw/Brazzers_-_Big_ass_blonde_investigator_Nicolette_Shea_gets_pounded_.html

https://pornve.com/yeoilcbei890/Marsha_May_-_A_Slutty_Influence.html

https://pornve.com/yf1l5ns5t3s4/BrazzersExxtra_19_08_26_Victoria_Cakes_Fucked_Out_Part_2_XXX.html

https://pornve.com/yf5duxb3l4x6/Blond_big_tits_seduces_manager_to_fuck_HD.html

https://pornve.com/yf5k6x5ux6sz/Paige_Turnah_-_Her_Ass_Is_A_Real_Paige_Turnah.html

https://pornve.com/yf69f34b5hr1/Take_Notes_Big_Tits_Babe_Nekane_Fucks_Her_Classmate_.html

https://pornve.com/yfas3nbzoce6/Devon_-_My_Co-Worker_Is_A_Horny_Stripper.html

https://pornve.com/yfbgikeckyvj/Nina_Rivera_-_Bubble_Butt_Bride.html

https://pornve.com/yfc7hz33fymw/Jynx_Maze_-_Can_I_Ass_You_A_Question.html

https://pornve.com/yfcb52do3ztd/Marie_Clarence_-_One_Very_Important_Business_Call.html

https://pornve.com/yfd39b7tvcyp/Kayla_Kayden__Im_The_Boss_Now.html

https://pornve.com/yfdnkwbizng3/Fucked_In_The_Seat_Kenzie_Taylor__Keiran_Lee.html

https://pornve.com/yfdpzipigi61/Demi_Sutra_-_The_Dildo_Prince.html

https://pornve.com/yfg043jf5kcj/HotAndMean_Megan_Rain_Shy_Love_Up_Your_Game_Bitch.html

https://pornve.com/yfj664yfj2dv/Tanya_Tate_-_More_Cumfidence.html

https://pornve.com/yfjpsp9fua3z/POKE_MASTER_CATCHES_THE_AMAZING_KELSI_MONROE_IN_A_XXX_PARODY_MOVIE.html

https://pornve.com/yfreymfd7oyj/No_Student_Teacher_-_Brazzers_.html

https://pornve.com/yftiyc9wm83i/Adriana_Chechik_Kendra_Lust_Keiran_Lee_-_Our_Sons_Girlfriend_Remastered_-_Real_Wife_Stories_-_Bra.html

https://pornve.com/yfy0vtl94535/Abella_Danger_Isiah_Maxwell_-_Caught_Between_A_Bed_And_A_Hard_Cock_-_Big_Butts_Like_It_Big_-_Brazzers.html

https://pornve.com/yfyt9dy4ww8d/Tana_Lea_-_Dont_Bother_Me.html

https://pornve.com/yg0vrfw3kbmq/StreetBlowJobs_-_Kaitlyn_Shanelle_Lip_To_Tip.html

https://pornve.com/yg8mausbxkwo/Kayla_Paige_-_A_Lesson_On_Revenge.html

https://pornve.com/ygd55ywe1xmu/Karla_Kush_Xander_Corvus_-_Hot__Bothered_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/ygfcw9mgwkoi/Jenaveve_Jolie_-_Oral_Presentation.html

https://pornve.com/ygikaqsde5sp/Big_Ass_Nurse_-_MILF.html

https://pornve.com/ygikem08xo76/Katana_Kombat_-_Custodial_Cravings.html

https://pornve.com/ygkr89ii726q/Luna_Star_-_Whore-O-Scopes.html

https://pornve.com/yglxko6gizpb/Sophia_Lomeli_-_Sexual_Harassment_And_You.html

https://pornve.com/ygmu5q0e0q0u/young_fit_babe_krissy_lynn_takes_her_coachs_cock_outdoor.html

https://pornve.com/ygqkleq7s1bz/Kenzie_Reeves_-_Cheating_With_Her_Bestie.html

https://pornve.com/ygsigcul711a/Gia_Dimarco_Keiran_Lee_-_Shes_Not_What_She_Seems_Part_2_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/ygu2ivxq4nou/Ava_Koxxx_-_Anal_Encounter_With_A_Stranger.html

https://pornve.com/ygxdm2mpkwc9/Jayden_Jaymes__Kagney_Linn_Karter_-_Who_Looks_Hotter.html

https://pornve.com/ygz0rpg102mq/Angel_Wicky__Kiki_Minaj_-_Ladies_Twerk_It_Out.html

https://pornve.com/yh1jvlpl7gy2/Rina_Ellis_-_A_Dream_Cum_True.html
https://pornve.com/yh4vl9kdltql/Kacey_Villainess_-_Striptease_Squirtfest.html
https://pornve.com/yh9fhbgpy8o1/All_Good_New_Karlee_Grey.html
https://pornve.com/yha3ik8k6mdt/Misty_Stone_Sarah_Banks_-_Like_Mother_Like_Daughter.html
https://pornve.com/yhekg920gmo0/Brooke_Beretta_Scott_Nails_-_Arctic_Ass_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/yhfxv27px9vm/Monique_Alexander_-_Law_And_Whoreder.html
https://pornve.com/yhj05z4k98qr/Sexy_Catwoman_Franceska_Jaimes.html
https://pornve.com/yhplb45wjye4/RealWifeStories_-_Brazzers_Angela_White_It_s_A_Wonderful_Sex_Life.html
https://pornve.com/yhpvzakuq98q/Puma_Swede_-_The_Cock_Whisperer.html
https://pornve.com/yhrcluf3udpw/Sybill_Stallone_-_A_Persistent_Little_Humper.html
https://pornve.com/yhtkp1a1owov/Facial_Compilation_977_-_Faces_Covered_Whit_Cum_HD.html
https://pornve.com/yhv4tfeliv8t/Tia_McKenzie_-_Dirty_Laundry.html
https://pornve.com/yhx0n039u3yw/Charley_Chase_-_Big_Dong_Promotions.html
https://pornve.com/yi0rv81qibeh/Haley_Wilde__Madison_Ivy__Zoe_Voss_-_A_Clockwork_Whore_-_Part_2.html
https://pornve.com/yi0wfis20nqz/Brazzers_Up_to_code_and_up_her_ass_Brazzers_Big_Butts_Like_It_Big_Angela_White_Keiran_Lee_Bru.html
https://pornve.com/yi4e9ko1bi4f/Isis_Love_-_Let_Me_Teach_You.html
https://pornve.com/yi4sqij58kjl/Donna_Bell__Danny_D_Ride_the_Bride.html
https://pornve.com/yi9iqzumn0xi/Kissa_Sins_-_Showering_His_Wife_With_Attention.html
https://pornve.com/yibdkcwv1ddx/Gigi_Allens_-_Chained_To_Her_Desk.html
https://pornve.com/yihhv3gyvmf9/Jennifer_Dark_-_The_Ball_Is_In_Her_Cunt.html
https://pornve.com/yiq0pnhctpfv/Mary_Jean_Oliver_Flynn_-_Between_Her_Goalposts_-_Monster_Curves_-_Reality_Kings.html
https://pornve.com/yir6k93o3gf3/big_tits_nicole_aniston_girth_in_her_shell_a_xxx_parody_3628_42_plays_published_on_25_minutes_ago_category_ass_blonde_pornstar_nicole_aniston_tags_nicole_aniston_pussy_fuck_tag_this_video.html
https://pornve.com/yiut1hp70f2z/Brazzers_-_French_teacher_Anissa_Kate_gets_her_ass_fucked_in_the_classroom_.html
https://pornve.com/yiw8rs6lyl3s/Lexi_Lowe_-_Full_Busty_Jacket.html
https://pornve.com/yixx70c6ifad/brazzers2016-12-16_Life_Assistant_Doll.html
https://pornve.com/yiycxsquot43/Abella_Danger_Ricky_Johnson_-_Lights_CockCam_Action_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/yj079ahg13db/Dirty_Masseur_-_Nicole_Aniston.html
https://pornve.com/yj1gz6c4gwxu/Nina_Elle_-_Have_Your_Cock_And_Eat_It_Too.html
https://pornve.com/yj1t9aakwx9s/Charity_Bangs_-_Hubbys_Special_Gift.html
https://pornve.com/yj4utwsfqnid/Tia_Cyrus_-_A_Rubdown_To_Remember.html
https://pornve.com/yj6495pi2kwe/Deadly_Rain_-_Part_2.html
https://pornve.com/yj6q91qgic7n/He_Says_She_Fucks_Brazzers.html
https://pornve.com/yj8wlbur82et/Jayden_Jaymes_-_Amicable_Payment.html
https://pornve.com/yjaewl58uns4/Kendra_Lust_-_Librarian_Needs_A_Licking.html
https://pornve.com/yjaza8v5tskj/Rikki_Six__Tory_Lane_-_Peeping_Nurse_Learns_A_Lesson.html
https://pornve.com/yjeanukkc5w6/Devon_-_Sharing_The_Secretary.html
https://pornve.com/yjfxe9aa8qf5/Anissa_Kate__Jasmine_Jae_-_Storm_Of_Kings_Part_1.html
https://pornve.com/yjibpmo286mn/Kimmy_Granger_-_Happy_Hour.html
https://pornve.com/yjp116601duu/Liv_Wild_Madison_Ivy_-_A_Wild_Night.html

https://pornve.com/yjs6itq8sc5o/Anastasia_Brokelyn_-_Room_Service.html
https://pornve.com/yjslswh04nio/Brazzers_House_-_Episode_6.html
https://pornve.com/yjubqc49wkxh/Kortney_Kane__Nikki_Monroe_-_Filthy_Skies.html
https://pornve.com/yjv138k1jirv/Piper_Perri_-_Piper_Meets_Mr_Creep.html
https://pornve.com/yjxqoa2luqfm/Dont_Touch_Her_Kagney_Linn_Karter_and_Ramon.html
https://pornve.com/yk0ptggpvpdh/Candice_Mia_-_You_Steal_My_Clothes_I_Steal_Your_Cock.html
https://pornve.com/yk4drgsiw40c/Lena_Reif_Erik_Everhard_-_Luscious_Lena_Reif_-_Teens_Love_Huge_Cocks_-_Reality_Kings.html
https://pornve.com/yk4ises8tefd/Pure18_17_04_12_Jennifer_Jacobs_Fishnet_And_Fun_XXX_-KTR.html
https://pornve.com/ykd55pj994at/Tarra_White_-_My_Girlfriends_Mum_Has_A_Secret.html
https://pornve.com/ykd67ou9shvw/Brynn_Tyler_-_Pop_On_The_Cop.html
https://pornve.com/ykigdzf7l6a5/Victoria_White_-_Eleven_Inches_Of_Heaven.html
https://pornve.com/yks9kwtiqiel/Diamond_Kitty_-_Kitty_Anal.html
https://pornve.com/ykvl3m06u6c7/Vanilla_Deville_-_Moms_Cream-Pie.html
https://pornve.com/yl1aed4n71a3/Kissa_Sins_-_Sins_Life_-_Part_2.html
https://pornve.com/yl1m8jnu0x3j/This_Tit_Is_Not_A_Toy_Isis_Love_Tyler_Nixon.html
https://pornve.com/ylkbm309hu81/Adria_Rae_-_Busting_A_Nut_In_The_Bride.html
https://pornve.com/yll9f6sat6ki/GFRevenge_-_Cutty_Buddy_-_16_05_16.html
https://pornve.com/yls8p31x8c0g/Britney_Amber_-_The_Nuru_Nurse.html
https://pornve.com/ylt3ymcd8mni/The_Bang_Ring_-_Part_3.html
https://pornve.com/ylz01mvxmkoq/Erika_Belluci_-_Cum_Try_The_Squirt-Master_Cocktail.html
https://pornve.com/ylz1ipgqtlle/Chloe_Reese_Ryder_-_Tits_Manners.html
https://pornve.com/ym3powi3rd2f/BrazzersExxtra190116EmilyAddisonAnonymousAttractionXXX1080pMP4-KTR.html
https://pornve.com/ym4z5uugns4a/BrazzersExxtra_-_Ariana_Marie_I_Like_To_Be_Natural.html
https://pornve.com/ymakzl82cdj1/Melissa_May_Overnight_With_My_Moms_Boyfriend.html
https://pornve.com/ymbz2kdi4jav/Aaliyah_Love__Cherie_Deville_-_Calling_In_A_Cock.html
https://pornve.com/ymcpsizi7pkj/DareDorm_Elena_Koshka_Nickey_Huntsman_Dolly_Leigh_-_Cum_One_Cum_All_18_11_2016.html
https://pornve.com/ymh65r84jhnv/Naughty_Stepmom.html
https://pornve.com/ymi8pupglagr/RealWifeStories_Riley_Reid_40My_Cop_Sucking_Wife41.html
https://pornve.com/ymk6dm1lf0d7/Cintya_Doll_-_All-Natural_Euro_Fuck_Doll.html
https://pornve.com/ymmn1yg0lnzc/Brazzers_-_Rebecca_More_Flex_And_Sex.html
https://pornve.com/ymqfnhjknxje/Katie_Kush__Kenzie_Madison_-_Katie_And_Kenzie_Get_Flexible.html
https://pornve.com/ymrdi07195gg/Loulou_-_Work_It.html
https://pornve.com/ymvdu9rwfcrt/Blake_Rose_-_Anything_To_Close_The_Deal.html
https://pornve.com/yn4w0tk8okv5/Sofia_Rose_fuck_with_massage_boy.html
https://pornve.com/ynbyyomdt8o3/The_Translator_Ava_Austen_Nekane_Sweet_Chris_Diamond.html
https://pornve.com/yng24v90bxz3/Amina_Danger_Keiran_Lee_-_Say_Hello_To_Her_Little_Friend_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/yni0x7sb05hw/Lost_In_Brazzers_Part_3.html
https://pornve.com/ynkfd7t64h39/Gabriela_Lopez_-_Emergency_Rubdown.html
https://pornve.com/ynnf2ixaeib1/Desiree_Deluca_Redhead.html
https://pornve.com/ynpk9uxsrkoc/Britney_Amber_Johnny_Sins_-_Game_Day_Dicking_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/ynvm4fp2fzow/dwp_19_05_02_abella_danger_day_with_a_pornstar.html

https://pornve.com/ynwryxb6n9ul/Loulou_Petite_Princess_Eve_Jordi_El_Nino_Polla_-_Bridge_To_Pussy_-_Milfs_Like_It_Big_-_Brazzers.html

https://pornve.com/yo7b5cum039k/Jessica_Jaymes__Kirsten_Price__Kristina_Rose_-_To_Live_And_Fuck_In_L_A_-_Part_3.html

https://pornve.com/yo9l7umtynt3/Amia_Miley_-_Dirty_Paper_Slut.html

https://pornve.com/yoaooq59ko2k/Lela_Star_Prince_Yashua_-_Designer_Dick_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/yoca5mgp8eeb/Allie_Haze__Jennifer_White_-_Just_The_Tip.html

https://pornve.com/yoitny4g5zvs/April_ONeil_-_Extra_Large_With_Extra_Pepperoni_Nipples.html

https://pornve.com/yolgzi888vj0/BrazzersExxtra_19_10_08_Alison_Avery_Party_For_One_XXX.html

https://pornve.com/yopvhww1sqb7/Alison_Avery_Scott_Nails_-_Final_Interview_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/you4ov8gdabe/PornstarsLikeItBig_-_Nicolette_Shea_Sheas_Got_The_Look.html

https://pornve.com/youdqoma0rjr/The_Naughty_Nanny_-_Part_1.html

https://pornve.com/yourex1r11by/gina_valentina_xander_corvus_-_tennis_balls_deep_brazzers_exxtra_brazzers.html

https://pornve.com/yp2fzhzzrjsn/Capri_Cavanni__Madelyn_Marie_-_Banging_At_The_Shelter.html

https://pornve.com/yp3btrfytwa1/Valentina_Nappi_Alberto_Blanco_Big_Titty_Workout_Big_Naturals_Reality_Kings.html

https://pornve.com/yp98uvycdnix/Jenna_Presley_-_Fuck_Me_Or_Ill_Fire_You.html

https://pornve.com/ypbhastoga80/Nikki_Benz__Kinzie_Kenner_-_Lingerie_And_Goodtimes.html

https://pornve.com/ypdw49xv6nal/Madison_Ivy_-_Porn_Star_Sex_Tips.html

https://pornve.com/ypg8xv387mao/Ryan_Keely_-_Water_Balloon_Charity_Fuck.html

https://pornve.com/yph48f0rny64/Tru_Kait_Scott_Nails_-_Who_Owns_Whom_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/ypi2vq47253y/Luna_Star_-_Porn_Star_Sex_Tips.html

https://pornve.com/ypkbogs6s9ld/DAREDORM_81_Classy_Girl_1of2.html

https://pornve.com/ypkwjplabrge/Hot_Hard_Anal_Kagney_Linn_Karter_Super_Anal_Nurse_NEW_April_27_2016.html

https://pornve.com/ypldm641atpk/MilfsLikeItBig_19_09_23_Ryan_Keely_The_Femdom_Florist_XXX.html

https://pornve.com/ypmlss56gn4a/Kiara_Mia_-_Ass_And_Titties.html

https://pornve.com/ypq4aa3lg2t7/She_Maid_Me_Cum_-_Amia_Miley__Jordan_Ash.html

https://pornve.com/ypzh8wyit7u1/Holly_Halston_-_Stolen_Orgasm.html

https://pornve.com/yq3aibqg5p8d/Adriana_Sephora__Remy_LaCroix_-_Remy_Loves_Adriana.html

https://pornve.com/yq46p2xs0mvq/GFRevenge_Girl_time.html

https://pornve.com/yq902lrc9egq/Dillion_Harper_-_Doctor_Who.html

https://pornve.com/yq9v6st57cik/Richelle_Ryan_-_Christening_The_Cougar.html

https://pornve.com/yqa0kmgseub2/Jasmine_Caro_-_Working_Stiff.html

https://pornve.com/yqcndqlcd5z9/Ava_Dalush_-_Big_Boob_Heaven_Is_A_Place_On_Earth.html

https://pornve.com/yqcq0hv5ugkv/Kayla_Kayden_-_Sensory_Deprivation.html

https://pornve.com/yqggxbavsq11/Ava_Koxxx__Summer_Brielle_-_I_Hope_You_Brought_Enough_For_Everyone.html

https://pornve.com/yqgtfih8nye9/Gina_Valentina_Mercedes_Carrera_Jordi_El_Nio_Polla_-_Foreign_Sexchange_-_Moms_In_control.html

https://pornve.com/yqh00ec9830c/Diamond_Jackson_-_The_Tightest_Tutor_In_Town.html

https://pornve.com/yqidbbqdefeg/Lezley_Zen_-_Its_A_No_Brainer_Fucking_The_MILF_Trainer.html

https://pornve.com/yqk6kzhyq85g/Monique_Alexander_-_Dont_Just_Kiss_Ass_Fuck_It.html

https://pornve.com/yqn9i74d33ic/Hailey_Young_-_Fuck_Her_Lucky_Charms_Laddie.html

https://pornve.com/yqnnll7lcha9/ZZ_vs_DP_-_The_Final_Fuck_Off.html
https://pornve.com/yqyjwtowg2vz/Alena_Croft_Filthy_Moms_1_S6.html
https://pornve.com/yr1uc12jrqbe/Aleksa_Nicole_-_Woopee_In_The_Workspace.html
https://pornve.com/yr4dakkd2elf/Alexis_Adams_-_Breaking_A_Promise_To_Pops.html
https://pornve.com/yr67mdemg7g8/Laura_Bentley_-_My_Girlfriends_Hot_Mom_15_2015.html
https://pornve.com/yr77w25k8kid/Abella_Danger_-_Cuffed_And_Fucked.html
https://pornve.com/yr9tsfqsnzr3/Moms_In_Control_NEW_Brazzers_Cathy_Heaven__Mea_Melone_An_Open_Minded_Marriage_23_12_15.html
https://pornve.com/yraqmtpqh30i/Aubrey_Gold__Jenna_Sativa__Nina_North_-_Pretty_Little_Bitches_Part_Four.html
https://pornve.com/yrc1ezz34gqp/Alexis_Fawx_-_The_Big_Stiff.html
https://pornve.com/yrnogj9giq3m/RKPrime_Cali_Carter_Bad_Tutor_.html
https://pornve.com/yrntosintzf4/Courtney_Cummz_-_Todays_Lunch_Special_My_Tits.html
https://pornve.com/yrqeyvziwewa/Jasmine_James_War_Whore.html
https://pornve.com/yrsguhmzyjsw/Karma_Rx_Lela_Star_Nicolette_Shea_Jessy_Jones_-_BrazziBots_Part_4_-_ZZ_Series_-_Brazzers.html
https://pornve.com/yrtaowexn0qq/Aleksa_Nicole_-_Cinco_De_Sexo.html
https://pornve.com/yrx283enc9an/Dana_Wolf_Keiran_Lee_-_Game_Over_Man_-_Teens_Like_It_Big_-_Brazzers.html
https://pornve.com/yryc7zose3tj/Kortney_Kane_-_Architect_Sex.html
https://pornve.com/ys5eo2kqvuxb/Nicolette_Shea_-_Poke_Her_Face.html
https://pornve.com/ys86kxerct3a/Jewels_Jade_-_Jewelss_Jaw-Dropping_Anal.html
https://pornve.com/ysd1ifl51rfu/TeensLikeItBig__Brazzers_Kristen_Scott_-_The_Big_Friendly_Dick.html
https://pornve.com/yskft5b7ihav/_Brazzers_-_Sexy_Raven_Redmond_gets_a_real_workout_from_a_big_cock_.html
https://pornve.com/yskutaelr0fi/Brittany_Andrews_-_The_Spit_Shine_Slut.html
https://pornve.com/yslrehz13ehq/Kenzie_Taylor_Michael_Vegas_-_Attend_To_My_Ass_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/ysmfb208v0in/Abigail_Mac_-_My_Night_With_A_Pornstar.html
https://pornve.com/ysnyv97ok8mg/Cheating_Wife_Fuck_With_Young_Boy.html
https://pornve.com/ysprhv5nz4ch/dwp_20_03_29_victoria_june.html
https://pornve.com/ysqxi2wjexgq/Angell_Summers_-_Exhibitionist_Boobies.html
https://pornve.com/ysrdzsg5yxsu/Raylene_-_90_Beats_Per_Minute.html
https://pornve.com/yst31rtl53jt/Jane_Douxxx_Is_Following_Doctors_Orders.html
https://pornve.com/ysuo9gtd1fae/Yurizan_Beltran_-_Playing_With_My_Tennis_Balls.html
https://pornve.com/ysw0vgpjasim/_Brazzers_-_Not_Again_.html
https://pornve.com/ysz4aapwqs2a/Rebeca_Linares_-_The_Shitty_Hairdresser.html
https://pornve.com/yt1pk2zzx7kl/Reality_Kings_Boot_Camp_Booty.html
https://pornve.com/yt5hrmwveua8/Roxy_Jezel_-_Suburban_Slut_Story_-_1.html
https://pornve.com/ytb2n5qgnfyj/Madison_Ivy_Keiran_Lee_-_The_Butler_Did_It_-_Real_Wife_Stories_-_Brazzers.html
https://pornve.com/ytjg1gpq499x/Jade_Kush_Alex_Legend_-_The_DJ_is_DTF_-_Baby_Got_Boobs_-_Brazzers.html
https://pornve.com/ytp0vx7tsvdl/Brandi_Love_-_Rent-A-Pornstar.html
https://pornve.com/ytpg5q3l3ptf/Gabriela_Lopez_Sean_Lawless_-_Gabriela_Is_Your_Girlfriend_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/ytunxb16iwyk/Melissa_Moore_Horny_Teen_In_Need_Of_A_Dickin_Melissa_M_Teens_Lu v_Huge_Cock.html

https://pornve.com/ytvu67nx1j7e/Allie_Haze__Val_Dodds_-_Give_Me_Your_Ass_Or_Get_Out_Of_My_House.html

https://pornve.com/yu0gmobfu8or/Kiera_Winters_-_Smalltown_Girl_Big_Cock_Mentality.html

https://pornve.com/yu0yxfbvnyno/Peta_Jensen_-_Sweet_Peta_Pie.html

https://pornve.com/yu3x2mtv5bdy/Freya_Fantasia_-_Classy_Snatch.html

https://pornve.com/yu4fffpcn28c/Alex_Tanner_-_Gingers_Have_No_Soul.html

https://pornve.com/yu6y0ktiokln/Mea_Melone_-_The_Mathletes_-_Part_2.html

https://pornve.com/yuar46kidox3/Monique_Alexander_tv_news.html

https://pornve.com/yuc57u6mebhy/Dillion_Carter_-_24_Hour_Quick_Titty_Service.html

https://pornve.com/yuc94qxaikkn/Ariella_Ferrera_-_The_Female_Orgasm_101.html

https://pornve.com/yudgaqea7k3j/Diamond_Jackson__Nikki_Benz_-_Game_Set_Match_Pussy.html

https://pornve.com/yumlpftxv8js/Brazzers_-_Lela_Star_The_Perfect_Hostess_2.html

https://pornve.com/yuqf5m3mbsck/Whitney_Wright_Goes_From_Angelic_Bride_To_Anal_Angel.html

https://pornve.com/yuu6v6hi05ow/Brazzers_Rub_Me_The_Right_Way.html

https://pornve.com/yv12cfbhz3vf/Huge_cumshot_compilation.html

https://pornve.com/yv20mzjwn58m/Rebeca_Linares_-_Port_Of_Cock_New_Whoreleans.html

https://pornve.com/yvbs6nrgqklz/Alena_Croft__Lily_Love_-_The_Heat_Wave.html

https://pornve.com/yve9wjohl2rm/Sophia_Lomeli_-_All_Inclusive_Package.html

https://pornve.com/yvfeqlv8i70a/Amber_Alena_-_Ambers_Morning_Titjob.html

https://pornve.com/yvs27c592wvy/Getting_Off_The_Waitlist.html

https://pornve.com/yvtc2j2n8df4/Tori_Avano_-_Pounding_Skin.html

https://pornve.com/yw14ce1lcd46/Jade_Kush_-_Skimpy_When_Wet.html

https://pornve.com/yw1eqo2aqpjc/BrazzersExxtra_-_Nicolette_Shea_Mrs_Sheas_Room_Service.html

https://pornve.com/yw2if3h0twwj/Aubrey_Sinclair_Krissy_Lynn_Get_Her_Juices_Flowing.html

https://pornve.com/yw67twmrqa7d/Lacey_DuValle_-_Somewhere_To_Fuck.html

https://pornve.com/yw84kbpy5kon/Elicia_Solis_-_All_Or_Nothing.html

https://pornve.com/ywbomqu8o0ux/Kianna_Dior__Nadia_Capri_-_Stop_Fuckin_My_Stepdaughter.html

https://pornve.com/ywdxo737bs7c/Alina_West__Bridgette_B_-_Legend_vs_Rookie.html

https://pornve.com/ywhzhpgk7rid/EuroSexParties_-_Soffia_Like_And_Kiara_Night_Wild_Girls_-_16_05_05.html

https://pornve.com/ywi4qh4xc7go/Honey_Demon_-_Spy_Hard_-_1.html

https://pornve.com/ywq1j5bnlco0/A_History_Of_Whoring.html

https://pornve.com/ywqi5upl18mg/Holly_Halston_-_Jailhouse_Fuck.html

https://pornve.com/ywya6aoynenn/Riley_Evans_-_Firefighter_Fucker.html

https://pornve.com/yx1dxaocz4tg/Jade_Aspen_Megan_Vaughn_-_My_Bikini_Bodys_Better.html

https://pornve.com/yx5d4ww6pc1d/Nickey_Huntsman__Osa_Lovely_-_Strip_Club_Surprise.html

https://pornve.com/yx5kth07mos5/Desiree_Dulce_Johnny_Castle_-_Worship_Me_-_Baby_Got_Boobs_-_Brazzers.html

https://pornve.com/yx7u0xo01r2v/Deadly_Rain_-_Part_4.html

https://pornve.com/yxbmbvfbh8nv/Ryan_Keely__Jordi_El_Nino_Polla_-_Mom_fucks_teen_boy.html

https://pornve.com/yxdok2li4fm7/Britney_Amber_-_Game_Day_Dicking.html

https://pornve.com/yxhhjjvj1sbn/Assh_Lee_-_Licking_In_Lingerie.html

https://pornve.com/yxhscnbrr6kz/Jessica_Jaymes__Rebeca_Linares_-_Planet_Whoreywood.html

https://pornve.com/yxlfuignuftp/Evi_Rei_Charles_Dera_-_Wet_Me_Down_-_Round_And_Brown_-_Reality_Kings.html

https://pornve.com/yxn51liuc7ym/NEW_Anal_Britney_Amber.html
https://pornve.com/yxnx2qe85llc/Realitykings_-_Pure18_-_Haley_Loves_Dirty_Laundry.html
https://pornve.com/yxo7rftflobi/bex_20_04_12_eliza_ibarra_hopping_on_a_cock.html
https://pornve.com/yxtv913chk9z/Lola_Marie_-_Helicopter_MILF.html
https://pornve.com/yxxrae0vsduv/Luna_Star_-_Hot_Hot_Heatwave.html
https://pornve.com/yy13umf3y8as/Desiree_Dulce_-_Out_From_The_Deep.html
https://pornve.com/yy4vtc8hdtvr/Reality_Kings_MILF_Hunter_36_40201541_Scene_3_Kalli_Kavalli.html
https://pornve.com/yy909yxmnr5b/Veronica_Avluv_-_Mom_Visits_Doc.html
https://pornve.com/yyajoxpumcgd/Alura_Jenson_-_My_Profs_Filthy_Mouth.html
https://pornve.com/yydf11a5gz5b/Rachel_Starr_-_A_Real_Man.html
https://pornve.com/yynihur9o9z7/Ryan_Conner_-_Tits_Out_To_Lunch.html
https://pornve.com/yyptrvaifryh/Skyla_Novea_Your_Dick_Roommates_Dick.html
https://pornve.com/yytjqpcvvp1z/Hailey_Star_-_Oral_Fixation.html
https://pornve.com/yyxa1bw0rd6r/VIRGIN_INOCENTE_LEARNS_ABOUT_THE_ANAL_YOUNG_BABE_RENEE_R
OULETTE.html
https://pornve.com/yyxr20fo2flr/Angelika_Grays_Sauna_Soak_100320.html
https://pornve.com/yyzue00m0kvi/Emma_Heart_-_Cock_Hungry_Cop.html
https://pornve.com/yz67zi2q1cvt/Abella_Danger_I_Love_Your_Dad.html
https://pornve.com/yz9x7ijqyuts/Mia_Malkova_-_Mia_Is_A_Blowjob_Addict.html
https://pornve.com/yzaxdh28wlli/Kenzie_Taylor_-_Fucked_In_The_Seat.html
https://pornve.com/yzfz5qcfviga/Diamond_Jackson__Mischa_Brooks_-
_Fuck_Forgive_And_Forget.html
https://pornve.com/yzikv21w3zax/Dani_Daniels_And_Phoenix_Marie_Three_Fingers_Deep_Doc.html
https://pornve.com/yzm17tp2yrzd/Kendra_Spade_-_Asses_In_Pajamas.html
https://pornve.com/yzqpwo00icm2/MomsBangTeens_-_Nova_Brooks_Tegan_James-Tied_Me_Up.html
https://pornve.com/yzqr98uvrkyt/ZZSeries_-_Cali_Carter_-_BrazziBots_Uprising_Part_3.html
https://pornve.com/yzr51kwc5c8g/Nicolette_Shea_-_Boss_For_A_Day.html
https://pornve.com/yzu0t13lrjrq/Alexis_Texas__Audrey_Bitoni_-_The_Driver.html
https://pornve.com/yzv73a275l8u/Lana_Rhoades__Nicolette_Shea_-_Double_Occupancy.html
https://pornve.com/yzwny6nzp2g9/Fetish_Lisa_Ann_Julia_Ann_Leigh_Darby_Phoenix_Marie_Leigh_Darby_Bi
g_Tits_Mature_B_Blonde_Mia_Milkova_Nikita_Von_James_Dilan_Ryder.html
https://pornve.com/z01v9vfcumkx/Abigail_Mac__Amber_Jade_-_Amber_In_The_Hills_-_Part_2.html
https://pornve.com/z0bo2x7o88d7/Hot_Sauna_Pussy.html
https://pornve.com/z0fmsxe3hw02/Drilling_Mommy_Scene_1_Sexy_Dirty_Milf_Charles_Dera__Raven_Hart.
html
https://pornve.com/z0hevoark560/Anya_Ivy__Krissy_Lynn_-_My_Stepmom_Hired_A_Hooker.html
https://pornve.com/z0k4m1ey8nqe/Shay_Fox_-_Slipping_Into_Shays_Big_Wet_Ass.html
https://pornve.com/z0ocbyq4v9d3/Kendra_Lust_-_A_Labor_Of_Lust.html
https://pornve.com/z0pjj1ext5lg/Helly_Mae_Hellfire_-_Spin_The_Booby.html
https://pornve.com/z0qa980jdos3/Angel_Long__Lucia_Love_-_Femme_Fatale_On_Curvy_Cutie.html
https://pornve.com/z0sat4dqt2oq/Loni_Evans_-_The_Public_Speaker.html
https://pornve.com/z0t6pjyni4et/Ivy_Lebelle_Scott_Nails_-_Special_Tasks_-_Brazzers_Exxtra_-
_Brazzers.html
https://pornve.com/z0v5ezo3cd09/Elena_Koshka_Tall_Russian.html
https://pornve.com/z11sp9vv1624/Karma_Rx_-_Nothing_Butt_Wet.html
https://pornve.com/z12s3o87y4q6/Diamond_Jackson_-_Moms_Twist_Of_Date.html
https://pornve.com/z1699kd76s7p/Ava_Addams_-_School_Of_Modeling.html
https://pornve.com/z183q0yksbe5/Monique_Alexander_-_Moniques_Cumshot_Countdown.html

https://pornve.com/z1akzap4556n/Mindy_Lynn_-_Bigger_Than_Friendship.html
https://pornve.com/z1bwfwsjxlhr/_Brazzers_-_StepMom_teach_Tyler_and_Evelin_a_lesson_they_wont_soon_forget_.html
https://pornve.com/z1c53jebcn7o/MomsBangTeens_Gina_Valentina_Kate_Linn_Try_This_One_On_-_21_11_2016.html
https://pornve.com/z1fyr9qn2erx/Chanel_Preston_-_Deep_Drip_Trip.html
https://pornve.com/z1iq05v7md4a/Jennifer_Adams_-_SuperCock.html
https://pornve.com/z1lhnit7v5l2/Aidra_Fox_Keiran_Lee_-_Au_Pair_Oh_My_-_Pornstars_Like_It_Big_-_Brazzers.html
https://pornve.com/z1m18mbmusu6/Luna_Star_-_Day_With_A_Pornstar.html
https://pornve.com/z1n8a9v6hvq9/Brazzers_Workout_Sex_Club_Brooke_Beretta.html
https://pornve.com/z1nc626mo0jx/Romi_Rain__Violet_Monroe_-_Maleficunt.html
https://pornve.com/z1ngsnaw3vqj/Monique_Alexander_Krissy_Lynn_The_Pornstars_Under_The_Stairs.html
https://pornve.com/z1o0t9hycjy0/BigNaturals__RealityKings_Raven_Redmond_-_Rubbing_On_Raven.html
https://pornve.com/z21osa2v1mks/Cindy_Dollar__Eve_Angel_-_Conservative_Euro-Milf_Sluts_It_Up.html
https://pornve.com/z23cqsh89keq/MommyGotBoobs_-_Alura_Jenson_The_Moaning_After.html
https://pornve.com/z2807hp8fk3v/Taylor_Wane_-_Open_For_Business.html
https://pornve.com/z2adb2oh60wy/Aletta_Ocean_and_Franceska_Jaimes_Awesome_Anal_Threesome.html
https://pornve.com/z2fvuq7b8t9r/Peta_Jensen__Valentina_Nappi_-_Close_Encounters_Of_The_Big_Kind.html
https://pornve.com/z2ipb8v8y1jg/Angelina_Ash_-_Into_The_Deep_Dark_Blue.html
https://pornve.com/z2lkvmvxi9b3/Chloe_Chaos_-_Wet_Dream_Homecumming_Queen.html
https://pornve.com/z2me8fqk4djz/Malezia_-_Frenchy_DAmour.html
https://pornve.com/z2mhb8j4mh8m/Lexi_Luna_-_Stepmom_Gets_Soaked.html
https://pornve.com/z2o71vhp7736/Ash_Hollywood__Lily_Labeau__Riley_Chase_-_Wannabe_Dyke.html
https://pornve.com/z2q1focbsbb2/Sharing_The_Siblings_-_Part_2.html
https://pornve.com/z2xz825oyikh/PornstarsLikeItBig_17_02_27_Rachel_Roxxx_Isis_Love_And_Romi_Rain_Slut_Hotel_Part_3_XXX_-KTR.html
https://pornve.com/z306ggvbwb5s/Brandy_Talore__Jayden_Jaymes_-_Mascot_Kidnapping.html
https://pornve.com/z30s7g1ravfl/Amy_Anderssen_-_Itchin_For_A_Petition.html
https://pornve.com/z335owqrdtm9/Fuck_Me_Before_I_Go_Insane.html
https://pornve.com/z33dclxp3lwz/Ashli_Orion__Brooke_Lee_Adams_-_Dont_Look_A_Gift_Whore_In_The_Mouth.html
https://pornve.com/z38cv1ftkvzx/Skyla_Novea_-_Go_Fuck_Your_Selfie.html
https://pornve.com/z3avem2mi6xk/Alanah_Rae_-_Facility_Supervisor_Facilitator_Of_Super_Sex.html
https://pornve.com/z3nxi7w8dwxa/RealWifeStories_-_Monique_Alexander_-_Two_To_Tango.html
https://pornve.com/z3o1qb6vji66/Miss_Titness_America_2017_-_Jewels_Jade_Diamond_Jackson_Kendra_Lust_And_Brandi_Love.html
https://pornve.com/z3sc75lp3wyc/Cassidy_Banks_-_Fuck_The_Interview.html
https://pornve.com/z3to1l1yhhks/alektra_blue_sucking_dick.html
https://pornve.com/z3yxuc9a13nq/Audrey_Bitoni__Honey_White_-_Boston_Cream.html
https://pornve.com/z410lb6twxhn/Dylan_Ryder_-_Laid_In_The_Everglades.html
https://pornve.com/z457mleb47gu/Valentines_Day_Affair_-_Best_Moments.html
https://pornve.com/z45w7y6xzmwy/Alexis_Malone_-_Strangers_In_The_Woods.html
https://pornve.com/z4dbt9w07kin/Ava_Addams_Tyler_Nixon_-_Pictures_Of_Her_-_Mommy_Got_Boobs_-_Brazzers.html

https://pornve.com/z4eni87qz770/Sara_St_Clair_-_Sexy_Sara.html

https://pornve.com/z4iy2b4bxgi5/Brazzers_-_Sex_And_The_Sponge_Bath.html

https://pornve.com/z4j98ixrzvk1/Bound_To_Be_Pleasurable_Bridgette_B_Eva_Notty.html

https://pornve.com/z4krn5b724r2/DareDorm_-_Glow_Party.html

https://pornve.com/z4lx1brfsnee/Jenna_Fox_Justin_Hunt_-_Golden_Hunnie_-_Round_And_Brown_-_Reality_Kings.html

https://pornve.com/z4m8hqiz0q48/Alicia_Secrets__Kirsten_Price_-_Holiday_Secrets.html

https://pornve.com/z4osoprucv4s/BrazzersExxtra_-_Lela_Star_Lela_Pays_Her_Dues.html

https://pornve.com/z4ot4mhsz8pk/Carolyn_Reese_-_Suggestion_Box.html

https://pornve.com/z4p7dyv1pk19/Alura_Jenson_The_Moaning_After_Mommy_Issues_3.html

https://pornve.com/z4podgkrwcbl/Madison_Ivy__Nicole_Aniston_-_Hot__Horny_Homewreckers.html

https://pornve.com/z4q05gig9tv1/Alura_TNT_Jenson_-_My_Mother_In_Law_Likes_It_Raw.html

https://pornve.com/z4r3afccyaxm/Christy_Mack_-_Cocked_And_Loaded.html

https://pornve.com/z4r728lggndf/Quinn_Wilde_-_A_Big_Titted_Bully.html

https://pornve.com/z4t9mk53qdrf/Lena_Paul_Xander_Corvus_-_Fuck_My_Best_Friend_-_Big_Butts_Like_It_Big_-_Brazzers.html

https://pornve.com/z4t9no01d3s6/Isis_Love_-_Happy_Bday_Fuck_My_Mom.html

https://pornve.com/z51m7ejy0s0x/Abigail_Mac__Nicole_Aniston_-_Gym_And_Juice.html

https://pornve.com/z55kuk1akcwt/Lauren_Phillips_-_Wedding_Planning.html

https://pornve.com/z56tf29rglgu/Her_Fantasy_Ball.html

https://pornve.com/z57qir5tyzz2/Jada_Fire_-_Fuck_My_Backdoor_Chute.html

https://pornve.com/z58i0a34q0z3/Paige_Turnah_-_Massage_My_Arse.html

https://pornve.com/z5cseyap70ou/Realitykings_-_Pure18_-_Tight_Little_Pussy.html

https://pornve.com/z5fupydp72o/Abella_Danger_-_Abella_Bets_Her_Butt.html

https://pornve.com/z5fyoj9qnngj/Ally_Kay_-_Ally_Drops_An_Album.html

https://pornve.com/z5hkrfzu5ay5/Carter_Cruise__Maddy_Oreilly_-_In_House_Whore.html

https://pornve.com/z5i3dqy9ep1m/Brazzers_-_Thats_My_Bush.html

https://pornve.com/z5j6wnya44y7/DayWithAPornstar_20_06_15_Jewelz_Blu_Jewelz_Has_Cock_For_Breakfast_.html

https://pornve.com/z5j98ovz8txs/Daisy_Marie_-_Good_Deed_Well_Rewarded.html

https://pornve.com/z5m8dc61bpsk/Madison_Ivy__Jasmine_Jae_-_Tour_Of_London_-_Part_1.html

https://pornve.com/z5ocxohtbbl0/Alyssa_Reece__Angel_Long_-_Nailing_The_Nosy_Neighbor.html

https://pornve.com/z5qi3118eim6/Alison_Avery_-_Party_For_One.html

https://pornve.com/z5t6kqwak34g/Karmen_Karma_-_In-Lawful_Infidelity.html

https://pornve.com/z603imtwwrjp/Romi_Rain_-_No_Student_Teacher.html

https://pornve.com/z626wasxejrx/Kiara_Mia_-_Kiaras_Oily_Anal.html

https://pornve.com/z65lbpvk7n2z/Brooke_Haven_-_The_Canadian_Mounted.html

https://pornve.com/z663i2yjyge3/Brazzers_Live_-_17.html

https://pornve.com/z69zsdk5rx5m/Amber_Jayne_Danny_D_-_Door_To_Door_Rub_And_Tug_-_Mommy_Got_Boobs_-_Brazzers.html

https://pornve.com/z6d691eqnyvh/Kali_Roses_Her_Irresistible_Sister.html

https://pornve.com/z6eu3uu4339c/Parker_Swayze_-_ZZ_Medical_Center.html

https://pornve.com/z6gw2xe33clc/Eva_Karera_-_Trust_Me_Im_A_Doctor.html

https://pornve.com/z6henq1a2m4w/Julia_Ann__Tyler_Nixon_Stepmom_Sex_Ed.html

https://pornve.com/z6joxyxv2e80/Nikki_Benz_maffia.html

https://pornve.com/z6w5kt9v9yre/Roxy_Risingstar_Put_Down_The_Phone_And_Fuck_Me.html

https://pornve.com/z6xq1sadzbyd/Katsuni_-_Postman_Kat.html

https://pornve.com/z726dmpbxwub/Bree_Olson_-_No_Pressure.html

https://pornve.com/z773vi637o29/Kendra_Sunderland__Madison_Ivy_-_Bodacious_Bikini_Threesome.html

https://pornve.com/z77wwgsq6jqg/Christy_Mack_-_Out_Of_The_Biz.html

https://pornve.com/z7ia67x0osxx/Missy_Martinez_-_Not_Another_Happy_Ending.html

https://pornve.com/z7isw3r0ggm9/Brandy_Aniston_-_Icing_On_My_Cock.html

https://pornve.com/z7m3274ffmw5/This_Partys_Boring_Valentina_Nappi__Jessy_Jones__Xander_Corvus.html

https://pornve.com/z7oqutqzkbne/GF_REVENGE_Bare_Naked_Adessa_Winters.html

https://pornve.com/z7u4h5p7j0kp/Brazzers_Mom_Fucked_The_Masseur.html

https://pornve.com/z7yu8z5fisxn/Alexis_Ford_-_Happiness_In_Slavery.html

https://pornve.com/z8cs53a2px1i/Elsa_Jean_-_Can_You_Feel_The_Tightness.html

https://pornve.com/z8eavsufoc5k/DayWithAPornstar_-_Cherie_Deville_And_Jenna_Foxx_Get_Off_Online.html

https://pornve.com/z8g7ajom0e6x/Charlee_Monroe__Vivie_Delamonico_-_Consoling_With_Cunnilingus.html

https://pornve.com/z8g8roewkkkm/Drive_Me_Crazy_-_Ella_Hughes__Ryan_Ryder.html

https://pornve.com/z8jotop0pcr7/Brenna_Sparks_-_Banging_My_Bosss_Daughter.html

https://pornve.com/z8k4p0ajfzym/HotAndMean_16_01_03_Aaliyah_Love_And_Cherie_Deville_Pornstar_Fantasies.html

https://pornve.com/z8vrw7sui9ke/Brazzers_House_-_Episode_8.html

https://pornve.com/z8w0dvw03dl9/Bridgette_B_-_You_Asked_Whore_It.html

https://pornve.com/z8wp2h1g8lz5/Brazzers_My_Slutty_Stepmoms_Wedding_Brazzers_Mommy_Got_Boobs_2017_Pornstars_Raven_Hart_Justin.html

https://pornve.com/z8wv9dpqvw9p/Jenna_Presley_-_A_Rare_Case_Of_Girlstuckoncock.html

https://pornve.com/z8ypc4d1x36b/Stacy_Cruz_Danny_D_-_Lost_Cock_-_Teens_Love_Huge_Cocks_-_Reality_Kings.html

https://pornve.com/z8z88eolnrs2/Brazzers_-_Athena_Palomino_Athena_For_Dessert.html

https://pornve.com/z956xwpw3s7f/Jasmine_Jae__Rebecca_More_-_How_Danny_D_Stole_XXXMas.html

https://pornve.com/z958eqx9l7ey/Jennifer_White_-_Cumming_To_Class.html

https://pornve.com/z96lbn5ihmcx/blowjob_and_registration.html

https://pornve.com/z97vkjfrfof1/Hard_Anal_Home_Alone_And_Fuck_To_The_Bone.html

https://pornve.com/z99muww45kyb/Alexa_Tomas_-_La_Puta_Envidia.html

https://pornve.com/z9abtcw97tc5/Sensual_Jane_Presenting_To_Pascal_Mommy_Issues.html

https://pornve.com/z9fyu2vw2bo1/Moms_In_Control_Stepmoms_Need_Loving_Too.html

https://pornve.com/z9g1jckmcuh7/Monique_Alexander_New_Anal_Spa.html

https://pornve.com/z9gxuajn2zsk/Jessica_Jaymes_-_Married_To_The_Mob_-_Part_1.html

https://pornve.com/z9hg97t9v000/Jessa_Is_Married_But_That_Doesnt_Mean_Shes_A_Faithful_Wife_Sneaky_Cheat.html

https://pornve.com/z9j5zhqfjof9/_Brazzers_-_Busty_Hot_Anissa_Kate_gets_her_ass_pounded_by_a_big_dick_.html

https://pornve.com/z9jhwp3invfg/Zanna_Blue_-_Lingerie_Rubdown.html

https://pornve.com/z9nsa4nw44k2/Gina_Valentina_Michael_Vegas_-_Squirtboarding_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/z9pq698aux4r/CumFiesta_Kimmy_Fabel_-_New_To_This_06_09_2016.html

https://pornve.com/z9tnil66hv14/Adria_Rae_Casey_Calvert_Xander_Corvus_-_Anal_Double_Dip_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/z9yx7g4uxtwn/Alexis_Ford_-_Pussy_Prescription.html

https://pornve.com/za0c8wz3yfv9/Gina_Valentina_Johnny_Sins_-_Traffic_Violation_-_Teens_Like_It_Big.html

https://pornve.com/zag4o0oe2tk6/Richelle_Ryan_-_The_Hottest_Yoga_Class_In_LA.html

https://pornve.com/zail020bt9xc/MilfsLikeItBig_19_10_08_Dee_Williams_Making_Assmends_XXX.html

https://pornve.com/zalhlp2g91ic/Lisa_Ann_-_Club_Cougar_Steals_The_Cock.html

https://pornve.com/zau3okrt96qh/BrazzersExxtra_20_06_14_Nicolette_Shea_School_Of_Hard_Knockers_.html

https://pornve.com/zaw25x0egfro/Anal_Nikki_Benz_Lets_Party.html

https://pornve.com/zawcb456ghtw/Krissy_Lynn__Nika_Noire_-_Brazzers_Cumfidential.html

https://pornve.com/zb56tdaav9rq/April_ONeil__Isis_Taylor__Madison_Ivy_-_The_Pussys_Advocate.html

https://pornve.com/zb5os7whchce/Sally_DAngelo_Alex_Legend_-_Can_You_Help_My_Mom_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/zb6d6suzjz3e/Eva_Angelina_-_The_Sultans_Slutty_Skank.html

https://pornve.com/zbd247uleolp/BrazzersExxtra_15_11_12_Krissy_Lynn_Rowdy_Armbar_Goes_Too_Far.html

https://pornve.com/zbgykp9okux5/Brazzers_-_Candy_Alexa_Jiggly_Jump_Rope.html

https://pornve.com/zbhtudmxid3c/Giselle_Palmer_-_Just_Trying_To_Earn_A_Little_Extra_College_Money.html

https://pornve.com/zbjpskaefjny/alanah_rae_married.html

https://pornve.com/zbjrgp5ti68k/Carla_Pryce_-_Blowjob_101.html

https://pornve.com/zbo1610nzibz/Summer_Brielle_-_Pornstars_Anonymous.html

https://pornve.com/zboanfszktg6/Sybil_Stallone_-_Stepmoms_Spring_Cleaning_-_Brazzers.html

https://pornve.com/zbuycz2uihrv/Abella_Danger_Mick_Blue_Use_It_Or_Lose_It.html

https://pornve.com/zc2s2hfs6ea0/Katie_Monroe_-_Read_My_Lips.html

https://pornve.com/zc4pjxnul5gm/Shyla_Stylez_Pornstar_Punishment.html

https://pornve.com/zcbmh0aggh98/Ava_Addams_-_Double_Timing_Wife_-_Part_1.html

https://pornve.com/zcltd1fd0dv9/Ella_Hughes_Kayla_Green_Danny_D_Threesome.html

https://pornve.com/zcm9vce1rdek/rws_19_05_02_ivy_lebelle_hard_evidence.html

https://pornve.com/zcn7qxbbqnw2/Angel_Vain_-_Im_A_Shitty_Mom_But_I_Have_Great_Tits.html

https://pornve.com/zcpnqtbldooj/Brooke_Haven_-_Brookes_Heavenly_Tits.html

https://pornve.com/zcr16romyv7g/World_War_XXX_Full_Movie.html

https://pornve.com/zcr46rf4get7/Alektra_Blue__Eva_Angelina_-_Eva_And_Alektra_Get_Nasty.html

https://pornve.com/zcserp15017r/Audrey_Bitoni_-_The_Future_Is_Fucked.html

https://pornve.com/zcuwws4yoc8z/Diamond_Kitty_-_Double_Down_For_Diamond.html

https://pornve.com/zcvcbb709d6l/Moms_In_Control_14_S2_Missy_Martinez_Sadie_Pop.html

https://pornve.com/zd18ekhmwuqi/A_Neighborly_Lay.html

https://pornve.com/zd4kksq6ilth/Desiree_Dulce_Scott_Nails_Out_From_The_Deep.html

https://pornve.com/zd6zdm9mla6z/MommyGotBoobs_Isis_Love_Let_Me_Teach_You_-_30_07_16.html

https://pornve.com/zdnr659owdcl/Horny_Black_Amateurs_-_Peyton_Rain.html

https://pornve.com/zdpvg3mx68pl/Delicious_Tits_Brazzers_european.html

https://pornve.com/zdqu7zllgzkg/Diamond_Foxxx__Janet_Mason_-_Rules_Of_Milf_Attraction.html

https://pornve.com/ze1g4ebdxa18/Nathaly_Cherie_-_Nylon_Nuru.html

https://pornve.com/ze4zq6xjzear/Priya_Anjali_Rai_-_Boats_And_Hoes.html

https://pornve.com/ze7amx2tyqx7/Tiffany_Tyler_-_St_Phatdicks_Day.html

https://pornve.com/zeh5xb7ltuh5/Emma_Leigh_-_Mannequin_Magic.html

https://pornve.com/zehvx4uisv5e/Mackenzee_Pierce_-_EverHard_At_Work.html

https://pornve.com/zekgr4qbv690/Missy_Martinez_-_With_Special_Guest_Missy_Martinez.html

https://pornve.com/zeme1neapf0m/Kali_Roses__Kira_Noir_-_Just_A_Regular_Massage.html
https://pornve.com/zeo4ogwc4yk4/Rose_Monroe_-_Pussy_Espanola.html
https://pornve.com/zeomt1zdsxur/Apolonia_Lapiedra_Surprise_Invasion.html
https://pornve.com/zf0ci80pfljt/My_Dirty_Talking_Prof_Brazzers.html
https://pornve.com/zf10w4nghtor/April_Brookes__Kendall_Kayden_-_Sibling_Rivalry.html
https://pornve.com/zf6offvslu7e/Brazzers_special_Edition.html
https://pornve.com/zfaq3la6t809/Free_Screw_at_Hardware_Store_-_India_Summer__Johnny_Sins.html
https://pornve.com/zfb18kskfxe8/Anissa_Kate_-_Not_Here_For_The_Coffee.html
https://pornve.com/zfccrrcul5fa/Robbin_Banx_Keiran_Lee_-_Welcum_To_The_Neighborhood_-_Real_Wife_Stories.html
https://pornve.com/zfjcipej31le/Abigail_Mac_-_Anatomy_Of_A_Sex.html
https://pornve.com/zfjjkzre8aa2/Jessica_Lynn_-_Bavarian_Boobs.html
https://pornve.com/zfqddn0tzxiv/Nurse_Da_Asa_Akiraaaaa.html
https://pornve.com/zg0i53x9ld09/Corinna_Blake_Open_For_Anal_Business.html
https://pornve.com/zga1eg01u6xr/dirty_masseur_brazzers_brooklyn_chase_van_wyldea_step_sons_duty.html
https://pornve.com/zga1jp0geoih/Lezley_Zen__Shyla_Stylez_-_Security_Sluts.html
https://pornve.com/zgeuh1787w3g/Brazzers_house_2_day_3.html
https://pornve.com/zgluand8gxox/Julie_Cash_-_Bedside_Manner.html
https://pornve.com/zgwiqc5lehh2/Big_Tits_Boss_25_2015_Part_1.html
https://pornve.com/zh19tjkjqwxv/Brazzers_One_slutty_shopping_spree_Brazzers_Pornstars_Like_It_Big_Aubrey_Black_Danny_D_Milf_F.html
https://pornve.com/zh8mljhgv7hq/Cali_Carter_Keiran_Lee_-_Babys_Gone_Buck_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/zh9pi8nocpi0/Holly_West_-_Straight_To_The_Point.html
https://pornve.com/zhl9p8i0hn1s/Diamond_Foxxx_-_Helping_With_The_Chores.html
https://pornve.com/zhoehr746zba/Angel_Wicky__Jimena_Lago_-_Teens_In_The_Backseat.html
https://pornve.com/zhtmk4lh89ro/Capri_Cavanni_-_You_Stole_My_Wish_Bitch.html
https://pornve.com/zi0nolswx5ku/Juelz_Ventura_-_Birdie_In_The_Bunker.html
https://pornve.com/zi0xg3gh5ryn/Devon_-_My_Stepmom_Smokes_Pole.html
https://pornve.com/zi223mqjpfph/Alanah_Rae__Nikki_Sexx_-_The_Men_In_Plastic_Masks.html
https://pornve.com/zi7ztvm1czoi/Jada_Stevens_-_Laser_Show_Double-Blow.html
https://pornve.com/zi9sf03fzpp7/Whitney_Wright_-_Angelic_Bride_To_Anal_Angel_-_RK_Prime_-_Reality_Kings.html
https://pornve.com/zija7clp5pw7/Nicole_Aniston_-_Fuck_Me_Chance_Callahan.html
https://pornve.com/zimxlonkdkfs/Nikki_Nine_-_Blown_By_An_Old_Flame.html
https://pornve.com/zip4zj0y8l3s/Courtney_Cummz__Julia_Ann_-_1_2_3_Baby_Cum_On_Me.html
https://pornve.com/ziphhh6qw075/Alexis_Grace_-_Please_Keep_Your_Tits_Quiet.html
https://pornve.com/ziqmpsqez6yu/Brazzers_House_-_Episode_4.html
https://pornve.com/zir2bj560abw/Cassidy_Banks_-_My_Ex-Girlfriends_Daughter.html
https://pornve.com/zir52ng9iwth/Alura_Jenson_-_Draining_The_Plumbers_Cock.html
https://pornve.com/ziycnbjbh9ox/Horny_And_Dangerous_-_Episode_4.html
https://pornve.com/zj2v6lylhkwp/Tough_Fuckin_Bitches_Brazzers.html
https://pornve.com/zj3c8486bg1p/Anal_Tutor_Holly_Hendrix__Sean_Lawless.html
https://pornve.com/zj4jtuewcc8i/Nicolette_Shea_JMac_-_Im_Sensitive_-_Dirty_Masseur_-_Brazzers.html

https://pornve.com/zj71pgjb3o55/College_Midterm_Stress_Release_Peta_Jensen_Gets_Her_College_Tits_Fu
cked_.html

https://pornve.com/zj948l0b3dgl/Julia_Ann_forced_anal.html

https://pornve.com/zjpqd0ogeq5j/Angel_Dark_-_Pound_That_Ass_Into_Shape.html

https://pornve.com/zjtv1kue6kq2/Ashley_Adams_-_New_Tits_On_The_Block.html

https://pornve.com/zjzg960148lg/Living_On_The_Edge_Abigail_Mac.html

https://pornve.com/zk4xl5lisned/Brazzers_-_Ariella_Ferrera__Honey_Its_A_Motorbunny.html

https://pornve.com/zk80x9oo8kdh/Sammie_Spades_-_Slut_In_The_School.html

https://pornve.com/zkc21bokbcf7/Brazzers_-_Ashley_Adams_Make_Up_Sexam.html

https://pornve.com/zkcdj7jtlrbn/Samantha_Ryan_-_I_Want_My_Massage_Now.html

https://pornve.com/zkeo3ej1m0q3/slutty_red_bitch_and_her_stepmother_get_fucked_in_the_bathtub.html

https://pornve.com/zkhewt06lxw6/Giselle_Palmer_Lena_Paul_Ricky_Johnson_-
_Putting_The_D_In_Divorce_-_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/zkicb9vir6bm/Abigail_Mac__Brandy_Aniston_-
_Fuck_Your_Bachelorette_Party.html

https://pornve.com/zkj7hqf1sgts/Gianna_Dior_Keiran_Lee_-_The_Naughty_Nanny_Part_2_-
_Teens_Like_It_Big_-_Brazzers.html

https://pornve.com/zkmtekuu3i2u/Karma_Rx_-_The_Spank_Banker.html

https://pornve.com/zkputalz0aq8/Switching_Teams_Part_2_Brazzers.html

https://pornve.com/zkw4etn8vs0n/BrazzersExxtra_19_10_07_Alex_Coal_Lets_All_Fuck_In_The_Lobby_XXX.h
tml

https://pornve.com/zkz0m9v3l69u/Karmen_Karma_-_Backstage_Bang.html

https://pornve.com/zl1k1ybpiyx9/Kiara_Mia_Sexy_School_Girl.html

https://pornve.com/zlf0s38gtxzs/Lou_Lou__Petite_Princess_Eve_-_Bridge_To_Pussy.html

https://pornve.com/zlh0h43lryvu/Demi_Lopez__Gia_Paige_-_Thats_My_Boyfriend_Bitch.html

https://pornve.com/zlp3v01qv375/Gracie_Glam_-_After_Class_Ass.html

https://pornve.com/zlrcv62nsr11/Bonnie_Rotten__Gia_Dimarco_-_Caught_At_The_Peephole.html

https://pornve.com/zlsuskrqi62x/Eva_Notty_in_Fucked_In_Gym_Full_Porn_Video.html

https://pornve.com/zlxjfnk4cib1/Mommys_Best_Kept_Secrets_Ariella_Ferrera.html

https://pornve.com/zm35zjucnql7/Lost_In_Brazzers_Episode_3_Aletta_Ocean__Danny_D.html

https://pornve.com/zm5rlww1ssyz/Brynn_Tyler__Leah_Parker_-
_Cocks_Away_Pussies_Out_To_Play.html

https://pornve.com/zmafpw3s3wsj/One_On_One_With_Bree_Olson.html

https://pornve.com/zmcjmuzviswr/Masturbation_Lesbaian_Tiffany_And_Olivia.html

https://pornve.com/zmcwsypindcc/Esperanza_Del_Horno_-_Naughty_Little_Debutante.html

https://pornve.com/zmd35vy6h9s5/Cytherea_-_Cythereas_Big_Score.html

https://pornve.com/zmi1u1o8qoa6/Chanel_Preston_-_Pause_Rewind_Play_With_Chanel_Preston.html

https://pornve.com/zmltwyac3hj5/Anissa_Kate_Xander_Corvus_-_Anissa_From_All_Angles_-
_Brazzers_Exxtra_-_Brazzers.html

https://pornve.com/zmoqs06v6g5d/Alena_Croft_Mommy_Always_Says_Yes.html

https://pornve.com/zmq89emvit5y/Dylan_Riley_-_Hockey-Tit_Accuracy.html

https://pornve.com/zmtxddv13u8l/Big_cock_inside_my_ass.html

https://pornve.com/zmuwewgvr6lm/Alice_Romain_-_Release_the_stress.html

https://pornve.com/zmwalwjf1yfh/Mellanie_Monroe_-_Fucking_The_Butlers_Son.html

https://pornve.com/zmydbkc3kaqr/Ava_Addams_The_Fucking_Food_Inspector.html

https://pornve.com/zn3vzhvzudfn/Lacy_Spice__Sofi_Ryan_-_Hard_At_The_Yard_Sale.html

https://pornve.com/zn7dwonchefy/Alison_Star_-_COP_SQUAD_-_Magnificent_Bust.html

https://pornve.com/zn9j7h3uq84q/Sabina_Rouge_Piper_Perri_Kharlie_Stone_Karmen_Karma_-
_Stepsisters_Share_A_Bed_Stripping_Rivalry_lesbian_lingerie_redhead_blonde_petite_teen.html
https://pornve.com/zn9txjmki8cl/Kat_Dior__Kat_Got_Your_Dick.html
https://pornve.com/znep5mrtkmxy/Lena_Paul_Charles_Dera_-_Perfectly_Busty_In_Pink_-
_Big_Naturals_-_Reality_Kings.html
https://pornve.com/znlpg58yzbn5/Amber_Alena_-_Cooldown_Dicking.html
https://pornve.com/znmcxm1v6zd6/Alli_Rae__Cassidy_Klein_-_The_Slutty_Babysitter_-_Part_2.html
https://pornve.com/znvzsgooit40/Office_4-Play_-_Part_6.html
https://pornve.com/zo1uof1c4bc5/GFRevenge_Jack_and_jade.html
https://pornve.com/zo8jrrkrbhwt/Jessica_Jaymes_Pearly_Whites_Bif_Tits.html
https://pornve.com/zoeh1d3mksdm/audrey_hospital.html
https://pornve.com/zoj2wyqeolho/Sweet_Juice_Adrian_Maya_Marsha_May.html
https://pornve.com/zojp5v3vyvow/Janice_Griffith_-_Anal_Quickie_With_Teenie_Janice.html
https://pornve.com/zom20y2b3vtb/Dana_DeArmond_-_Toy_Replacement.html
https://pornve.com/zp5a1d3k2gf9/Julia_Ann__Olivia_Austin_-_Disciplinary_Action_-_Part_1.html
https://pornve.com/zp62xcq9lhi6/Bridgette_B_Ricky_Johnson_Xander_Corvus_-_Two_For_One_Special_-
_Mommy_Got_Boobs_-_Brazzers.html
https://pornve.com/zpl9tg0oq6tu/Nuru_For_You.html
https://pornve.com/zpljhq24kfgf/Tory_Lane_-_Reverse_Psychology.html
https://pornve.com/zpmlmuxeq91z/Double_Penetration_Julia_Ann_.html
https://pornve.com/zpvjoauowh1w/Adriana_Chechik_Scott_Nails_-_Cum_Thru_2_-_Brazzers_Exxtra_-
_Brazzers.html
https://pornve.com/zpwbf7y9a0km/Megan_Sage_Shake_your_Money_maker.html
https://pornve.com/zpxu1jnokl2u/Vanna_Bardot_-_Sneaking_A_Peek.html
https://pornve.com/zq3dtr8f5lm9/brazzers2016-12-13_So_You_Think_You_Can_Twerk_Too.html
https://pornve.com/zq3ofcs5eac9/Katrina_Jade_-_Katrinas_Private_Party.html
https://pornve.com/zq667ghqxlj6/Riley_Reid_-_Candid_Cuckold_Camera.html
https://pornve.com/zq6ruzv2x1j1/Anissa_Kate_-_One_Tight_Ass_Client.html
https://pornve.com/zqaqs3mcd9fo/Aidra_Fox__Chloe_Cherry_-_First_Time_With_My_BFF.html
https://pornve.com/zqcbtv1xqcru/Megan_Rain_-_Dont_Be_Shy.html
https://pornve.com/zqhr5kkcdvsk/LilHumpers_2_S3_Eva_Notty_Busty_Study_Buddy.html
https://pornve.com/zql9jal6gfkd/Bella_Maree_-_Cumming_On_The_Conference_Call.html
https://pornve.com/zqo4r0xdsdle/Madison_Ivy.html
https://pornve.com/zqszawasebsy/Cody_Lane_-_Big_Cock_Crisis.html
https://pornve.com/zr3n79xds09y/Tour_Of_London_-_Part_1.html
https://pornve.com/zr41htrhzchi/Katrina_Jade_-_ZZ_Recruits_-_Agent_Katrina.html
https://pornve.com/zr644fonj9rb/Double_Timing_Wife_2_Brazzers.html
https://pornve.com/zrb20qp079h6/FROM_5star-Amirah_And_Jordis_Vacation.html
https://pornve.com/zrc8unqpuxho/Capri_Cavanni_-_I_Saw_The_Devil_And_I_Fucked_Her.html
https://pornve.com/zrgs228p6uwz/TeensLikeItBig_17_02_27_Alex_Blake_The_Best_Distraction_XXX_-
KTR.html
https://pornve.com/zrhz1p2uzjnr/Dahlia_Sky_-_Scream_If_You_Like_Cock.html
https://pornve.com/zrkm21i0624d/Brandi_Bae_-_Vacation_Bae.html
https://pornve.com/zrrhbwp0ux4n/JoJo_Kiss__Karlee_Grey_-_In_Tents_Fucking_-_Part_2.html
https://pornve.com/zrtubmhromf0/Karlee_Grey_-_No_Bubblecum_In_The_Classroom.html
https://pornve.com/zrxipaqao64c/Audrey_Bitoni_-_Dweebs_Lucky_Day_-_Brazzers.html
https://pornve.com/zrxsg3sgaqv0/Jessica_Jaymes_-_Stunt_My_Cunt.html
https://pornve.com/zrzijb3csbt8/Alexa_Nicole_-_OktoberBreast.html

271

https://pornve.com/zs220a4agqqf/Ashley_Addams_In_Reality_Kings.html

https://pornve.com/zs4zd6q40c6y/phoenix_marie_doctor_and_patient.html

https://pornve.com/zs7vdclmedqi/DareDorm_Sasha_Bleou_Marsha_May_Jamie_Marleigh_-_Dorm_Life_14_10_2016.html

https://pornve.com/zsglf6gjb68d/Peta_Jensen_-_When_Wives_Get_Lonely.html

https://pornve.com/zsj1rej4ilaa/Brazzers_-_Lets_Bake_A_Titty_Cake.html

https://pornve.com/zsjlzhha7vop/Valentina_Nappi_-_Pushing_Boundaries.html

https://pornve.com/zsmtd2h0ku8u/Ivy_Rose_-_Spoiled_Rotten.html

https://pornve.com/zsruqm7euy06/Gina_Gerson_-_National_Pornographic_-_The_Teen_Porn_Star.html

https://pornve.com/zsw01t6ro363/Diamond_Jackson_-_Corporal_Pleasurement.html

https://pornve.com/zt2bbzxpadlv/Lela_Star_Isiah_Maxwell_-_Creampie_Diaries_Part_1_-_Real_Wife_Stories.html

https://pornve.com/zt2i83smxya3/Sheridan_Love_Fap_From_The_Past.html

https://pornve.com/zt80qzxbqgt5/Stephanie_Wylde_-_Are_Yoga_Na_Pay_The_Rent.html

https://pornve.com/zt961rzknaas/Holly_West_-_Bubble_Butt.html

https://pornve.com/ztb81rvrygor/Anissa_Kate_-_Anissa_From_All_Angles.html

https://pornve.com/ztbl8wg0l0yw/Chanel_Preston_-_Hot_And_Sweaty_Volleyballs.html

https://pornve.com/ztdvdmq7cvcl/The_Blindfold_Blowjob_-_Kasey_Warner___Bill_Bailey.html

https://pornve.com/ztpwxwoahm4p/Brazzers_To_Catch_A_Cheat_Brazzers_Bill_Bailey_Jessa_Rhodes_Peta_Jensen_Real_Wife_Stories_Big.html

https://pornve.com/ztvyxcsj4fk4/Misty_Stone_-_Bonemember.html

https://pornve.com/ztwihhjk7nox/EuroSexParties__RealityKings_Bree_Haze_-_Girl_for_two.html

https://pornve.com/ztxvl5wwfbqn/Dylan_Riley__Kagney_Linn_Karter__Sienna_West_-_XXX-Mas_Break.html

https://pornve.com/ztywlspf1u6u/Kali_Roses_-_Cleaning_His_Cock.html

https://pornve.com/zu048btvc0jp/cock_hungry_cowgirl.html

https://pornve.com/zu2tul5reqkg/Mandy_Muse_-_Anal_Cult.html

https://pornve.com/zu2w905swenp/Nikki_Sexx_-_Probe-Ation_Therapy.html

https://pornve.com/zu479b4rgodc/Yasmin_Scott_-_When_Dads_Away_Stepmom_Will_Play.html

https://pornve.com/zu7uf8i206kd/Nikki_Sexx_-_Im_Not_A_Racist.html

https://pornve.com/zu84bxlswt4k/WeLiveTogether_-_Alexis_Deen_Amber_Gray_Sophia_Leone_Slippery_Swimsuits_12_22_16.html

https://pornve.com/zufzi93pa62v/The_Doctor_Danny_D_Victoria_Summers_Leigh_Darby.html

https://pornve.com/zuk4k08qfq69/BrazzersExxtra_-_Adriana_Chechik_-_The_Lusting_Librarian.html

https://pornve.com/zuou248z4jl3/Cathy_Heaven_-_Gamer_Heaven.html

https://pornve.com/zupxsex32drj/Juelz_Ventura_-_Birdie_In_The_Bunker.html

https://pornve.com/zusl81v5sk0g/Amy_Ried_-_Can_I_Have_This_Dance_And_This_Job.html

https://pornve.com/zuvkrkmeyhp5/Romi_Rain_-_Wonder_Woman.html

https://pornve.com/zuw71zpqbt7l/Noelle_Easton_-_Noelles_Breast_Worship_Fantasy.html

https://pornve.com/zuwv1yhfi60z/Keira_Croft_-_Keiras_Ass_Craves_Cock.html

https://pornve.com/zuxmi03jz3g3/GFRevenge_Surfs_up.html

https://pornve.com/zuzs4qz7lzn8/Brandi_Love__Julia_Ann_-_Door_To_Door_Whores.html

https://pornve.com/zv3nro9ngxp1/Lexi_Luna_Keiran_Lee_-_Neighborhood_Snatch_Committee_-_Real_Wife_Stories_-_Brazzers.html

https://pornve.com/zv519sixhiub/Emma_Leigh_-_Best_Field_Trip_Ever.html

https://pornve.com/zv52ejhxttwr/Shawna_Lenee_-_Blowjob_Island.html

https://pornve.com/zv7a0vs0sc3v/Kelsi_Monroe_-_Big_Cock_In_The_Back_Pocket.html

https://pornve.com/zvcpybo4e86v/Kendall_Karson_The_Fair_Weathered_Slut_2015.html

https://pornve.com/zvczcdvyyy9e/Christie_Stevens_-_The_Slutwalker.html
https://pornve.com/zvhsi2x6x0kn/Rachel_Starr_Stroke_My_Cactus_Hard.html
https://pornve.com/zvkizsih57xe/BigNaturals_-_Josephine_Jackson_-_Boobs_For_The_Win.html
https://pornve.com/zvph08tnxp29/Abella_Danger_Markus_Dupree_-_Cum_Thru_3_-_Big_Wet_Butts_-_Brazzers.html
https://pornve.com/zw2gkj3l7p71/Melissa_Lynn_-_The_House_Call.html
https://pornve.com/zw2lovhiw52s/Casey_Calvert_Jason_Brown_-_Indecent_Promotion_-_Brazzers_Exxtra_-_Brazzers.html
https://pornve.com/zwcy0zjf7bol/2020_08_06__Nicoles_Bent_Over_Backwards__Day_With_A_Pornstar__Nicole_Aniston.html
https://pornve.com/zwdpc5r4eufs/Claire_Dames_-_Bowling_Bet_For_Blow_Jobs.html
https://pornve.com/zwey1jtlltvq/Skyla_Novea_Sexy_Skyla.html
https://pornve.com/zwf0qu4fmi5d/Sheila_Ortega_Porto_DeBilbao_-_Fishnet_Glam_-_Monster_Curves_-_Reality_Kings.html
https://pornve.com/zwl8u9i6kkya/Tiffany_Mynx_-_Slayed_By_The_Maid.html
https://pornve.com/zwm0r5esyt9e/Bella_Beretta_-_Steal_My_Virginity.html
https://pornve.com/zwmcwg2c3a4l/All_Good_PSP_Jenna_Haze_Anal.html
https://pornve.com/zwmovhufy9cb/Alanah_Rae_gets_brutally_fucked_DTD_DrTuber_com.html
https://pornve.com/zws3jo0m03g8/Peta_Jensen__Phoenix_Marie_-_World_War_XXX_-_Part_6.html
https://pornve.com/zwz5ki67hdk1/Samantha_Rone_-_Doctors_Without_Boners.html
https://pornve.com/zwzakf4a7s6u/Dirty_Little_Step_Mommy.html
https://pornve.com/zwzwvjkn35wd/Money_Talks_filet_of_booty_big.html
https://pornve.com/zx0kya8x5e5u/Karma_Rx_Duncan_Saint_-_Massage_Training_-_Dirty_Masseur_-_Brazzers.html
https://pornve.com/zx4th1o1gxdm/Louise_Jenson_-_NewsCast_On_The_Boob_Tube.html
https://pornve.com/zx74iiaecj3v/Jordan_Pryce_Queen_Vs_Pawn.html
https://pornve.com/zxavb1vy6io0/Brazzers_Anal_About_My_Jeans_Brazzers_Big_Wet_Butts_Luna_Star_Blonde_Big_Tits_Fake_Tits_Big.html
https://pornve.com/zxaycz1n01es/Gia_Milana_-_Gias_Deep_Rub_Down.html
https://pornve.com/zxdc6ud67nlv/Diamond_Foxxx_-_Tap_That_Titty_Out.html
https://pornve.com/zxibpnhgcqh3/Brazzers_Revenge_Sex_in_the_Shower.html
https://pornve.com/zxkrfqgjn03r/Emily__Xander_Making_The_Sale_27_5_20.html
https://pornve.com/zxmttbfkwsu8/Anna_Morna__Kayla_Kayden_-_You_Need_To_Learn.html
https://pornve.com/zxnt5ugl645c/Babe_Britney_Amber_ZZ_New.html
https://pornve.com/zxqbtxrmzpvv/Diamond_Foxxx_-_Big_Cock_For_A_Homewrecking_Lesbian.html
https://pornve.com/zxre1u6jhhqd/Kendra_Lust_Zoe_Clark_Jessy_Jones_-_Lets_All_Shower_Together_-_Moms_In_Control_-_Brazzers.html
https://pornve.com/zxtbcmundpcd/Emily_Willis_-_Lets_Not_Tell_My_Mom.html
https://pornve.com/zxzbzvby2m28/mlib_19_06_07_alexis_fawx_titillating_tai_chi.html
https://pornve.com/zya88pfqnxm9/Bridgette_B_-_Highbrow_Pussy.html
https://pornve.com/zyc2sjkmrgse/Cory_Chase_The_Nympho_Milf_Awakens.html
https://pornve.com/zye3xncgmc5v/Ann_Marie_Rios__Chayse_Evans_-_April_Fools_Fuck.html
https://pornve.com/zyjm16sw566c/Alexis_Breeze_-_Perky_Perks.html
https://pornve.com/zyku57g7k186/Esperanza_Gomez_-_Bellezas_Salvajes.html
https://pornve.com/zyp39tilxyo2/Video_for_Gamers_Overwatch_XXX_Parody_Reaper_vs_Widowmaker.html
https://pornve.com/zz6vke3z1ono/Allie_Haze_-_Allies_Personal_Workout.html
https://pornve.com/zz8jp3bhj6yj/MilfHunter_-_Kristina_Reese_Serving_It_Up.html
https://pornve.com/zzdor5jth23m/Ava_Addams_-_The_Package.html

https://pornve.com/zzhggvhdomsc/Sienna_Day_I_Love_My_Groom_But_He_Has_A_Lot_To_Learn.html
https://pornve.com/zzivmvg9szqt/Britney_Amber__Kira_Noir_-_Turning_The_Tables.html
https://pornve.com/zzlmniyudhni/big_tits_milf_hunter_341953.html
https://pornve.com/zzps2f2w3hwz/Joslyn_James_Kiara_Cole_Ricky_Spanish_-_A_Lesson_In_Footplay_-_Moms_In_control_-_Brazzers.html
https://pornve.com/zzskvfxd4hfy/Bridgette_B_-_Free_Anal.html
https://pornxp.com/videos/10065043
https://pornxp.com/videos/10087096
https://pornxp.com/videos/10119428
https://pornxp.com/videos/10131845
https://pornxp.com/videos/10144473
https://pornxp.com/videos/10163015
https://pornxp.com/videos/10169877
https://pornxp.com/videos/10180514
https://pornxp.com/videos/10202483
https://pornxp.com/videos/10233361
https://pornxp.com/videos/10253018
https://pornxp.com/videos/10271772
https://pornxp.com/videos/10276067
https://pornxp.com/videos/10280767
https://pornxp.com/videos/10323919
https://pornxp.com/videos/10330329
https://pornxp.com/videos/10356920
https://pornxp.com/videos/10368753
https://pornxp.com/videos/10382791
https://pornxp.com/videos/10450835
https://pornxp.com/videos/10481583
https://pornxp.com/videos/10524532
https://pornxp.com/videos/10525478
https://pornxp.com/videos/10548376
https://pornxp.com/videos/10601190
https://pornxp.com/videos/10608166
https://pornxp.com/videos/10616206
https://pornxp.com/videos/10665170
https://pornxp.com/videos/10670974
https://pornxp.com/videos/10719236
https://pornxp.com/videos/10729007
https://pornxp.com/videos/10742203
https://pornxp.com/videos/10756512
https://pornxp.com/videos/10869489
https://pornxp.com/videos/10890193
https://pornxp.com/videos/10910955
https://pornxp.com/videos/10953349
https://pornxp.com/videos/11028481
https://pornxp.com/videos/11061129
https://pornxp.com/videos/11101577
https://pornxp.com/videos/11145575
https://pornxp.com/videos/11158150

https://pornxp.com/videos/11171679
https://pornxp.com/videos/11186786
https://pornxp.com/videos/11205851
https://pornxp.com/videos/11212525
https://pornxp.com/videos/11242550
https://pornxp.com/videos/11251330
https://pornxp.com/videos/11261203
https://pornxp.com/videos/11282920
https://pornxp.com/videos/11311599
https://pornxp.com/videos/11358345
https://pornxp.com/videos/11391979
https://pornxp.com/videos/11393188
https://pornxp.com/videos/11417409
https://pornxp.com/videos/11460371
https://pornxp.com/videos/11566391
https://pornxp.com/videos/11599389
https://pornxp.com/videos/11624701
https://pornxp.com/videos/11654358
https://pornxp.com/videos/11676069
https://pornxp.com/videos/11705737
https://pornxp.com/videos/11725582
https://pornxp.com/videos/11738800
https://pornxp.com/videos/11749585
https://pornxp.com/videos/11820795
https://pornxp.com/videos/11829169
https://pornxp.com/videos/11855238
https://pornxp.com/videos/11907892
https://pornxp.com/videos/11965888
https://pornxp.com/videos/11970808
https://pornxp.com/videos/11999433
https://pornxp.com/videos/12026171
https://pornxp.com/videos/12031502
https://pornxp.com/videos/12059632
https://pornxp.com/videos/12062625
https://pornxp.com/videos/12071092
https://pornxp.com/videos/12087190
https://pornxp.com/videos/12133519
https://pornxp.com/videos/12200815
https://pornxp.com/videos/12261327
https://pornxp.com/videos/12266272
https://pornxp.com/videos/12322920
https://pornxp.com/videos/12335803
https://pornxp.com/videos/12406297
https://pornxp.com/videos/12431446
https://pornxp.com/videos/12436203
https://pornxp.com/videos/12436645
https://pornxp.com/videos/12492927
https://pornxp.com/videos/12510721

https://pornxp.com/videos/12580768
https://pornxp.com/videos/12597648
https://pornxp.com/videos/12606600
https://pornxp.com/videos/12618528
https://pornxp.com/videos/12656348
https://pornxp.com/videos/12695724
https://pornxp.com/videos/12701251
https://pornxp.com/videos/12755138
https://pornxp.com/videos/12756785
https://pornxp.com/videos/12793998
https://pornxp.com/videos/12860098
https://pornxp.com/videos/12875751
https://pornxp.com/videos/12876761
https://pornxp.com/videos/12922577
https://pornxp.com/videos/12946338
https://pornxp.com/videos/12991960
https://pornxp.com/videos/13005820
https://pornxp.com/videos/13029564
https://pornxp.com/videos/13037136
https://pornxp.com/videos/13051088
https://pornxp.com/videos/13059967
https://pornxp.com/videos/13099963
https://pornxp.com/videos/13126687
https://pornxp.com/videos/13134221
https://pornxp.com/videos/13261432
https://pornxp.com/videos/13322659
https://pornxp.com/videos/13327972
https://pornxp.com/videos/13339683
https://pornxp.com/videos/13369324
https://pornxp.com/videos/13396863
https://pornxp.com/videos/13457622
https://pornxp.com/videos/13468592
https://pornxp.com/videos/13479209
https://pornxp.com/videos/13524116
https://pornxp.com/videos/13580807
https://pornxp.com/videos/13600672
https://pornxp.com/videos/13665379
https://pornxp.com/videos/13669299
https://pornxp.com/videos/13690656
https://pornxp.com/videos/13701658
https://pornxp.com/videos/13706385
https://pornxp.com/videos/13710165
https://pornxp.com/videos/13734881
https://pornxp.com/videos/13750419
https://pornxp.com/videos/13758660
https://pornxp.com/videos/13795539
https://pornxp.com/videos/13801979
https://pornxp.com/videos/13835869

https://pornxp.com/videos/13852835
https://pornxp.com/videos/13857956
https://pornxp.com/videos/13875700
https://pornxp.com/videos/13888649
https://pornxp.com/videos/13914606
https://pornxp.com/videos/13919786
https://pornxp.com/videos/13920423
https://pornxp.com/videos/13933288
https://pornxp.com/videos/13945416
https://pornxp.com/videos/13967604
https://pornxp.com/videos/13973738
https://pornxp.com/videos/14022571
https://pornxp.com/videos/14045265
https://pornxp.com/videos/14062673
https://pornxp.com/videos/14082012
https://pornxp.com/videos/14097874
https://pornxp.com/videos/14129936
https://pornxp.com/videos/14179991
https://pornxp.com/videos/14180660
https://pornxp.com/videos/14208064
https://pornxp.com/videos/14269103
https://pornxp.com/videos/14291751
https://pornxp.com/videos/14293670
https://pornxp.com/videos/14309348
https://pornxp.com/videos/14325202
https://pornxp.com/videos/14341537
https://pornxp.com/videos/14373089
https://pornxp.com/videos/14403231
https://pornxp.com/videos/14418802
https://pornxp.com/videos/14424393
https://pornxp.com/videos/14446637
https://pornxp.com/videos/14491512
https://pornxp.com/videos/14492082
https://pornxp.com/videos/14492154
https://pornxp.com/videos/14515010
https://pornxp.com/videos/14520195
https://pornxp.com/videos/14529378
https://pornxp.com/videos/14541381
https://pornxp.com/videos/14567524
https://pornxp.com/videos/14624582
https://pornxp.com/videos/14674212
https://pornxp.com/videos/14775014
https://pornxp.com/videos/14832496
https://pornxp.com/videos/14850238
https://pornxp.com/videos/14863853
https://pornxp.com/videos/14883979
https://pornxp.com/videos/14884941
https://pornxp.com/videos/14885079

https://pornxp.com/videos/14891833
https://pornxp.com/videos/14905460
https://pornxp.com/videos/14906864
https://pornxp.com/videos/14956561
https://pornxp.com/videos/14958913
https://pornxp.com/videos/14974503
https://pornxp.com/videos/15083806
https://pornxp.com/videos/15090752
https://pornxp.com/videos/15113620
https://pornxp.com/videos/15159963
https://pornxp.com/videos/15174211
https://pornxp.com/videos/15186365
https://pornxp.com/videos/15213565
https://pornxp.com/videos/15257055
https://pornxp.com/videos/15288619
https://pornxp.com/videos/15350305
https://pornxp.com/videos/15381365
https://pornxp.com/videos/15429125
https://pornxp.com/videos/15459647
https://pornxp.com/videos/15504721
https://pornxp.com/videos/15533979
https://pornxp.com/videos/15573932
https://pornxp.com/videos/15613952
https://pornxp.com/videos/15677521
https://pornxp.com/videos/15707978
https://pornxp.com/videos/15727271
https://pornxp.com/videos/15759092
https://pornxp.com/videos/15790244
https://pornxp.com/videos/15791942
https://pornxp.com/videos/15934965
https://pornxp.com/videos/15950315
https://pornxp.com/videos/15956404
https://pornxp.com/videos/16037111
https://pornxp.com/videos/16051303
https://pornxp.com/videos/16056489
https://pornxp.com/videos/16086125
https://pornxp.com/videos/16127212
https://pornxp.com/videos/16144481
https://pornxp.com/videos/16172902
https://pornxp.com/videos/16185826
https://pornxp.com/videos/16242341
https://pornxp.com/videos/16253611
https://pornxp.com/videos/16262096
https://pornxp.com/videos/16290135
https://pornxp.com/videos/16295917
https://pornxp.com/videos/16353605
https://pornxp.com/videos/16359781
https://pornxp.com/videos/16394448

https://pornxp.com/videos/16410668
https://pornxp.com/videos/16499316
https://pornxp.com/videos/16528459
https://pornxp.com/videos/16552591
https://pornxp.com/videos/16562255
https://pornxp.com/videos/16570719
https://pornxp.com/videos/16665041
https://pornxp.com/videos/16672262
https://pornxp.com/videos/16701010
https://pornxp.com/videos/16744676
https://pornxp.com/videos/16774526
https://pornxp.com/videos/16848408
https://pornxp.com/videos/16851255
https://pornxp.com/videos/16863536
https://pornxp.com/videos/16870568
https://pornxp.com/videos/16897079
https://pornxp.com/videos/16904805
https://pornxp.com/videos/16923405
https://pornxp.com/videos/16925409
https://pornxp.com/videos/16978696
https://pornxp.com/videos/16988539
https://pornxp.com/videos/17015234
https://pornxp.com/videos/17029256
https://pornxp.com/videos/17065454
https://pornxp.com/videos/17074424
https://pornxp.com/videos/17145746
https://pornxp.com/videos/17168736
https://pornxp.com/videos/17203214
https://pornxp.com/videos/17205506
https://pornxp.com/videos/17254910
https://pornxp.com/videos/17327805
https://pornxp.com/videos/17333042
https://pornxp.com/videos/17354651
https://pornxp.com/videos/17357434
https://pornxp.com/videos/17372257
https://pornxp.com/videos/17375813
https://pornxp.com/videos/17379165
https://pornxp.com/videos/17389062
https://pornxp.com/videos/17409389
https://pornxp.com/videos/17425419
https://pornxp.com/videos/17491501
https://pornxp.com/videos/17498777
https://pornxp.com/videos/17540872
https://pornxp.com/videos/17639368
https://pornxp.com/videos/17729056
https://pornxp.com/videos/17747161
https://pornxp.com/videos/17786433
https://pornxp.com/videos/17839195

https://pornxp.com/videos/17841429
https://pornxp.com/videos/17847117
https://pornxp.com/videos/17858319
https://pornxp.com/videos/17885368
https://pornxp.com/videos/17903456
https://pornxp.com/videos/17910519
https://pornxp.com/videos/17927871
https://pornxp.com/videos/17953484
https://pornxp.com/videos/17973180
https://pornxp.com/videos/17987099
https://pornxp.com/videos/17992006
https://pornxp.com/videos/18029215
https://pornxp.com/videos/18059923
https://pornxp.com/videos/18065445
https://pornxp.com/videos/18074262
https://pornxp.com/videos/18163082
https://pornxp.com/videos/18184817
https://pornxp.com/videos/18214856
https://pornxp.com/videos/18236571
https://pornxp.com/videos/18275124
https://pornxp.com/videos/18294113
https://pornxp.com/videos/18323963
https://pornxp.com/videos/18331325
https://pornxp.com/videos/18340429
https://pornxp.com/videos/18360015
https://pornxp.com/videos/18385318
https://pornxp.com/videos/18392103
https://pornxp.com/videos/18431375
https://pornxp.com/videos/18504156
https://pornxp.com/videos/18512793
https://pornxp.com/videos/18541751
https://pornxp.com/videos/18552796
https://pornxp.com/videos/18581978
https://pornxp.com/videos/18597600
https://pornxp.com/videos/18672134
https://pornxp.com/videos/18753610
https://pornxp.com/videos/18790463
https://pornxp.com/videos/18920654
https://pornxp.com/videos/18921115
https://pornxp.com/videos/18971140
https://pornxp.com/videos/18977968
https://pornxp.com/videos/19004340
https://pornxp.com/videos/19004697
https://pornxp.com/videos/19008093
https://pornxp.com/videos/19034205
https://pornxp.com/videos/19081628
https://pornxp.com/videos/19083468
https://pornxp.com/videos/19115296

https://pornxp.com/videos/19138471
https://pornxp.com/videos/19204348
https://pornxp.com/videos/19225245
https://pornxp.com/videos/19270432
https://pornxp.com/videos/19272549
https://pornxp.com/videos/19285077
https://pornxp.com/videos/19337553
https://pornxp.com/videos/19359362
https://pornxp.com/videos/19414184
https://pornxp.com/videos/19416900
https://pornxp.com/videos/19454035
https://pornxp.com/videos/19481159
https://pornxp.com/videos/19534350
https://pornxp.com/videos/19567611
https://pornxp.com/videos/19578378
https://pornxp.com/videos/19652652
https://pornxp.com/videos/19666847
https://pornxp.com/videos/19707549
https://pornxp.com/videos/19722241
https://pornxp.com/videos/19739666
https://pornxp.com/videos/19745345
https://pornxp.com/videos/19772860
https://pornxp.com/videos/19781380
https://pornxp.com/videos/19786985
https://pornxp.com/videos/19826065
https://pornxp.com/videos/19831726
https://pornxp.com/videos/19853843
https://pornxp.com/videos/19869090
https://pornxp.com/videos/19960683
https://pornxp.com/videos/19960982
https://pornxp.com/videos/19961848
https://pornxp.com/videos/19999268
https://pornxp.com/videos/20016916
https://pornxp.com/videos/20078958
https://pornxp.com/videos/20094612
https://pornxp.com/videos/20095165
https://pornxp.com/videos/20095172
https://pornxp.com/videos/20116752
https://pornxp.com/videos/20121406
https://pornxp.com/videos/20135344
https://pornxp.com/videos/20153087
https://pornxp.com/videos/20203896
https://pornxp.com/videos/20242363
https://pornxp.com/videos/20251747
https://pornxp.com/videos/20305425
https://pornxp.com/videos/20322043
https://pornxp.com/videos/20374609
https://pornxp.com/videos/20380502

https://pornxp.com/videos/20381220
https://pornxp.com/videos/20424171
https://pornxp.com/videos/20434749
https://pornxp.com/videos/20452881
https://pornxp.com/videos/20462563
https://pornxp.com/videos/20462564
https://pornxp.com/videos/20479737
https://pornxp.com/videos/20519285
https://pornxp.com/videos/20527454
https://pornxp.com/videos/20536346
https://pornxp.com/videos/20550878
https://pornxp.com/videos/20613102
https://pornxp.com/videos/20618110
https://pornxp.com/videos/20661769
https://pornxp.com/videos/20690453
https://pornxp.com/videos/20735573
https://pornxp.com/videos/20736521
https://pornxp.com/videos/20758559
https://pornxp.com/videos/20780620
https://pornxp.com/videos/20799339
https://pornxp.com/videos/20800368
https://pornxp.com/videos/20817628
https://pornxp.com/videos/20823145
https://pornxp.com/videos/20848055
https://pornxp.com/videos/20866510
https://pornxp.com/videos/20871246
https://pornxp.com/videos/20874938
https://pornxp.com/videos/20920473
https://pornxp.com/videos/20945121
https://pornxp.com/videos/20969511
https://pornxp.com/videos/20973816
https://pornxp.com/videos/20997845
https://pornxp.com/videos/21001492
https://pornxp.com/videos/21019663
https://pornxp.com/videos/21038646
https://pornxp.com/videos/21081613
https://pornxp.com/videos/21098845
https://pornxp.com/videos/21121555
https://pornxp.com/videos/21162356
https://pornxp.com/videos/21189773
https://pornxp.com/videos/21214388
https://pornxp.com/videos/21246908
https://pornxp.com/videos/21258307
https://pornxp.com/videos/21299438
https://pornxp.com/videos/21329339
https://pornxp.com/videos/21344958
https://pornxp.com/videos/21372668
https://pornxp.com/videos/21380368

https://pornxp.com/videos/21438452
https://pornxp.com/videos/21488074
https://pornxp.com/videos/21499346
https://pornxp.com/videos/21530658
https://pornxp.com/videos/21563693
https://pornxp.com/videos/21613517
https://pornxp.com/videos/21630255
https://pornxp.com/videos/21641688
https://pornxp.com/videos/21655309
https://pornxp.com/videos/21671753
https://pornxp.com/videos/21685986
https://pornxp.com/videos/21736912
https://pornxp.com/videos/21757297
https://pornxp.com/videos/21794088
https://pornxp.com/videos/21794336
https://pornxp.com/videos/21801368
https://pornxp.com/videos/21803532
https://pornxp.com/videos/21812544
https://pornxp.com/videos/21824767
https://pornxp.com/videos/21825004
https://pornxp.com/videos/21836338
https://pornxp.com/videos/21841299
https://pornxp.com/videos/21875387
https://pornxp.com/videos/21886275
https://pornxp.com/videos/21901779
https://pornxp.com/videos/21920838
https://pornxp.com/videos/21958446
https://pornxp.com/videos/22021116
https://pornxp.com/videos/22029119
https://pornxp.com/videos/22090956
https://pornxp.com/videos/22106361
https://pornxp.com/videos/22110844
https://pornxp.com/videos/22131765
https://pornxp.com/videos/22167515
https://pornxp.com/videos/22205934
https://pornxp.com/videos/22229282
https://pornxp.com/videos/22262295
https://pornxp.com/videos/22272837
https://pornxp.com/videos/22317590
https://pornxp.com/videos/22384129
https://pornxp.com/videos/22391737
https://pornxp.com/videos/22437554
https://pornxp.com/videos/22445693
https://pornxp.com/videos/22472415
https://pornxp.com/videos/22518476
https://pornxp.com/videos/22534639
https://pornxp.com/videos/22537326
https://pornxp.com/videos/22543348

https://pornxp.com/videos/22557405
https://pornxp.com/videos/22575954
https://pornxp.com/videos/22593045
https://pornxp.com/videos/22607270
https://pornxp.com/videos/22615001
https://pornxp.com/videos/22747287
https://pornxp.com/videos/22765255
https://pornxp.com/videos/22822888
https://pornxp.com/videos/22824497
https://pornxp.com/videos/22854912
https://pornxp.com/videos/22870172
https://pornxp.com/videos/22912842
https://pornxp.com/videos/22927607
https://pornxp.com/videos/22934505
https://pornxp.com/videos/22958111
https://pornxp.com/videos/23057766
https://pornxp.com/videos/23080538
https://pornxp.com/videos/23102061
https://pornxp.com/videos/23104028
https://pornxp.com/videos/23104817
https://pornxp.com/videos/23163782
https://pornxp.com/videos/23172481
https://pornxp.com/videos/23173308
https://pornxp.com/videos/23264240
https://pornxp.com/videos/23276302
https://pornxp.com/videos/23286038
https://pornxp.com/videos/23296344
https://pornxp.com/videos/23350844
https://pornxp.com/videos/23362917
https://pornxp.com/videos/23383918
https://pornxp.com/videos/23399609
https://pornxp.com/videos/23426430
https://pornxp.com/videos/23446660
https://pornxp.com/videos/23457178
https://pornxp.com/videos/23468843
https://pornxp.com/videos/23475931
https://pornxp.com/videos/23477431
https://pornxp.com/videos/23557580
https://pornxp.com/videos/23557774
https://pornxp.com/videos/23587928
https://pornxp.com/videos/23632537
https://pornxp.com/videos/23637104
https://pornxp.com/videos/23637948
https://pornxp.com/videos/23654348
https://pornxp.com/videos/23673340
https://pornxp.com/videos/23682161
https://pornxp.com/videos/23692919
https://pornxp.com/videos/23699829

https://pornxp.com/videos/23713341
https://pornxp.com/videos/23728686
https://pornxp.com/videos/23747718
https://pornxp.com/videos/23796247
https://pornxp.com/videos/23846778
https://pornxp.com/videos/23855209
https://pornxp.com/videos/23875673
https://pornxp.com/videos/23886218
https://pornxp.com/videos/24005559
https://pornxp.com/videos/24081470
https://pornxp.com/videos/24151816
https://pornxp.com/videos/24184112
https://pornxp.com/videos/24234775
https://pornxp.com/videos/24292060
https://pornxp.com/videos/24305443
https://pornxp.com/videos/24332614
https://pornxp.com/videos/24348155
https://pornxp.com/videos/24360863
https://pornxp.com/videos/24413199
https://pornxp.com/videos/24431205
https://pornxp.com/videos/24447673
https://pornxp.com/videos/24485627
https://pornxp.com/videos/24525390
https://pornxp.com/videos/24536224
https://pornxp.com/videos/24539947
https://pornxp.com/videos/24555180
https://pornxp.com/videos/24577860
https://pornxp.com/videos/24602848
https://pornxp.com/videos/24606865
https://pornxp.com/videos/24666656
https://pornxp.com/videos/24683371
https://pornxp.com/videos/24701310
https://pornxp.com/videos/24820306
https://pornxp.com/videos/24841661
https://pornxp.com/videos/24854679
https://pornxp.com/videos/24866222
https://pornxp.com/videos/24893283
https://pornxp.com/videos/24946758
https://pornxp.com/videos/24972067
https://pornxp.com/videos/25048070
https://pornxp.com/videos/25056974
https://pornxp.com/videos/25154736
https://pornxp.com/videos/25157705
https://pornxp.com/videos/25169008
https://pornxp.com/videos/25200888
https://pornxp.com/videos/25209163
https://pornxp.com/videos/25221070
https://pornxp.com/videos/25231484

https://pornxp.com/videos/25264526
https://pornxp.com/videos/25303725
https://pornxp.com/videos/25308100
https://pornxp.com/videos/25342855
https://pornxp.com/videos/25351937
https://pornxp.com/videos/25396318
https://pornxp.com/videos/25413287
https://pornxp.com/videos/25416998
https://pornxp.com/videos/25426050
https://pornxp.com/videos/25503209
https://pornxp.com/videos/25503752
https://pornxp.com/videos/25531959
https://pornxp.com/videos/25547807
https://pornxp.com/videos/25569740
https://pornxp.com/videos/25628270
https://pornxp.com/videos/25704563
https://pornxp.com/videos/25721510
https://pornxp.com/videos/25724753
https://pornxp.com/videos/25743693
https://pornxp.com/videos/25757012
https://pornxp.com/videos/25763219
https://pornxp.com/videos/25775752
https://pornxp.com/videos/25820471
https://pornxp.com/videos/25825827
https://pornxp.com/videos/25825997
https://pornxp.com/videos/25848409
https://pornxp.com/videos/25883953
https://pornxp.com/videos/25891636
https://pornxp.com/videos/25910254
https://pornxp.com/videos/25930966
https://pornxp.com/videos/25943861
https://pornxp.com/videos/25961543
https://pornxp.com/videos/26005505
https://pornxp.com/videos/26076367
https://pornxp.com/videos/26101547
https://pornxp.com/videos/26102657
https://pornxp.com/videos/26134800
https://pornxp.com/videos/26140560
https://pornxp.com/videos/26142854
https://pornxp.com/videos/26146258
https://pornxp.com/videos/26201084
https://pornxp.com/videos/26229521
https://pornxp.com/videos/26238344
https://pornxp.com/videos/26261615
https://pornxp.com/videos/26355351
https://pornxp.com/videos/26392498
https://pornxp.com/videos/26411622
https://pornxp.com/videos/26519490

https://pornxp.com/videos/26532670
https://pornxp.com/videos/26551351
https://pornxp.com/videos/26553352
https://pornxp.com/videos/26577872
https://pornxp.com/videos/26581424
https://pornxp.com/videos/26596063
https://pornxp.com/videos/26603385
https://pornxp.com/videos/26604320
https://pornxp.com/videos/26615851
https://pornxp.com/videos/26626887
https://pornxp.com/videos/26750919
https://pornxp.com/videos/26777334
https://pornxp.com/videos/26819656
https://pornxp.com/videos/26825134
https://pornxp.com/videos/26891292
https://pornxp.com/videos/26961969
https://pornxp.com/videos/26982800
https://pornxp.com/videos/26989121
https://pornxp.com/videos/27026667
https://pornxp.com/videos/27071950
https://pornxp.com/videos/27093927
https://pornxp.com/videos/27106714
https://pornxp.com/videos/27149897
https://pornxp.com/videos/27163837
https://pornxp.com/videos/27169426
https://pornxp.com/videos/27203932
https://pornxp.com/videos/27311003
https://pornxp.com/videos/27326876
https://pornxp.com/videos/27328237
https://pornxp.com/videos/27338688
https://pornxp.com/videos/27354850
https://pornxp.com/videos/27378684
https://pornxp.com/videos/27401986
https://pornxp.com/videos/27420959
https://pornxp.com/videos/27506575
https://pornxp.com/videos/27544705
https://pornxp.com/videos/27563880
https://pornxp.com/videos/27582460
https://pornxp.com/videos/27624294
https://pornxp.com/videos/27630016
https://pornxp.com/videos/27635212
https://pornxp.com/videos/27636914
https://pornxp.com/videos/27665919
https://pornxp.com/videos/27724890
https://pornxp.com/videos/27746181
https://pornxp.com/videos/27746273
https://pornxp.com/videos/27779141
https://pornxp.com/videos/27866569

https://pornxp.com/videos/27898472
https://pornxp.com/videos/27922518
https://pornxp.com/videos/27979207
https://pornxp.com/videos/27992439
https://pornxp.com/videos/28017189
https://pornxp.com/videos/28025789
https://pornxp.com/videos/28050389
https://pornxp.com/videos/28056955
https://pornxp.com/videos/28071548
https://pornxp.com/videos/28114908
https://pornxp.com/videos/28132007
https://pornxp.com/videos/28137533
https://pornxp.com/videos/28140186
https://pornxp.com/videos/28179883
https://pornxp.com/videos/28211068
https://pornxp.com/videos/28219782
https://pornxp.com/videos/28222198
https://pornxp.com/videos/28227646
https://pornxp.com/videos/28245287
https://pornxp.com/videos/28252816
https://pornxp.com/videos/28268441
https://pornxp.com/videos/28285136
https://pornxp.com/videos/28301568
https://pornxp.com/videos/28331627
https://pornxp.com/videos/28355573
https://pornxp.com/videos/28357980
https://pornxp.com/videos/28367698
https://pornxp.com/videos/28422730
https://pornxp.com/videos/28424033
https://pornxp.com/videos/28478513
https://pornxp.com/videos/28480797
https://pornxp.com/videos/28560047
https://pornxp.com/videos/28619274
https://pornxp.com/videos/28646182
https://pornxp.com/videos/28694186
https://pornxp.com/videos/28724349
https://pornxp.com/videos/28767014
https://pornxp.com/videos/28806043
https://pornxp.com/videos/28825987
https://pornxp.com/videos/28843058
https://pornxp.com/videos/28870402
https://pornxp.com/videos/28893513
https://pornxp.com/videos/28898975
https://pornxp.com/videos/28900411
https://pornxp.com/videos/28905879
https://pornxp.com/videos/28911618
https://pornxp.com/videos/28929759
https://pornxp.com/videos/28937974

https://pornxp.com/videos/28950017
https://pornxp.com/videos/28970070
https://pornxp.com/videos/29009835
https://pornxp.com/videos/29047577
https://pornxp.com/videos/29053662
https://pornxp.com/videos/29086970
https://pornxp.com/videos/29150889
https://pornxp.com/videos/29202323
https://pornxp.com/videos/29221064
https://pornxp.com/videos/29245754
https://pornxp.com/videos/29275012
https://pornxp.com/videos/29302706
https://pornxp.com/videos/29304894
https://pornxp.com/videos/29308601
https://pornxp.com/videos/29315566
https://pornxp.com/videos/29466958
https://pornxp.com/videos/29473193
https://pornxp.com/videos/29523453
https://pornxp.com/videos/29574442
https://pornxp.com/videos/29583813
https://pornxp.com/videos/29599916
https://pornxp.com/videos/29601290
https://pornxp.com/videos/29601821
https://pornxp.com/videos/29605503
https://pornxp.com/videos/29608284
https://pornxp.com/videos/29612822
https://pornxp.com/videos/29642834
https://pornxp.com/videos/29674663
https://pornxp.com/videos/29746386
https://pornxp.com/videos/29769462
https://pornxp.com/videos/29770606
https://pornxp.com/videos/29774904
https://pornxp.com/videos/29806636
https://pornxp.com/videos/29827774
https://pornxp.com/videos/29871821
https://pornxp.com/videos/29900205
https://pornxp.com/videos/29978151
https://pornxp.com/videos/30040098
https://pornxp.com/videos/30081238
https://pornxp.com/videos/30101973
https://pornxp.com/videos/30127162
https://pornxp.com/videos/30162860
https://pornxp.com/videos/30165784
https://pornxp.com/videos/30191080
https://pornxp.com/videos/30199395
https://pornxp.com/videos/30225762
https://pornxp.com/videos/30265954
https://pornxp.com/videos/30277949

https://pornxp.com/videos/30304813
https://pornxp.com/videos/30311304
https://pornxp.com/videos/30314681
https://pornxp.com/videos/30337167
https://pornxp.com/videos/30360919
https://pornxp.com/videos/30377948
https://pornxp.com/videos/30399212
https://pornxp.com/videos/30418881
https://pornxp.com/videos/30427235
https://pornxp.com/videos/30457971
https://pornxp.com/videos/30463506
https://pornxp.com/videos/30477911
https://pornxp.com/videos/30504572
https://pornxp.com/videos/30541939
https://pornxp.com/videos/30562106
https://pornxp.com/videos/30566662
https://pornxp.com/videos/30581981
https://pornxp.com/videos/30582910
https://pornxp.com/videos/30585956
https://pornxp.com/videos/30592894
https://pornxp.com/videos/30632123
https://pornxp.com/videos/30653841
https://pornxp.com/videos/30669777
https://pornxp.com/videos/30675815
https://pornxp.com/videos/30710718
https://pornxp.com/videos/30757447
https://pornxp.com/videos/30761607
https://pornxp.com/videos/30778749
https://pornxp.com/videos/30787334
https://pornxp.com/videos/30829549
https://pornxp.com/videos/30841156
https://pornxp.com/videos/30877496
https://pornxp.com/videos/30886512
https://pornxp.com/videos/30894373
https://pornxp.com/videos/30897500
https://pornxp.com/videos/30939465
https://pornxp.com/videos/30943603
https://pornxp.com/videos/30947369
https://pornxp.com/videos/30962396
https://pornxp.com/videos/31049787
https://pornxp.com/videos/31074805
https://pornxp.com/videos/31091099
https://pornxp.com/videos/31096491
https://pornxp.com/videos/31110493
https://pornxp.com/videos/31114930
https://pornxp.com/videos/31116015
https://pornxp.com/videos/31120365
https://pornxp.com/videos/31147007

https://pornxp.com/videos/31168100
https://pornxp.com/videos/31224702
https://pornxp.com/videos/31258929
https://pornxp.com/videos/31280528
https://pornxp.com/videos/31301526
https://pornxp.com/videos/31361998
https://pornxp.com/videos/31379518
https://pornxp.com/videos/31385537
https://pornxp.com/videos/31423785
https://pornxp.com/videos/31424337
https://pornxp.com/videos/31567280
https://pornxp.com/videos/31569648
https://pornxp.com/videos/31615685
https://pornxp.com/videos/31653125
https://pornxp.com/videos/31659009
https://pornxp.com/videos/31680973
https://pornxp.com/videos/31740731
https://pornxp.com/videos/31827515
https://pornxp.com/videos/31836359
https://pornxp.com/videos/31889527
https://pornxp.com/videos/31913346
https://pornxp.com/videos/32025626
https://pornxp.com/videos/32073134
https://pornxp.com/videos/32083784
https://pornxp.com/videos/32123764
https://pornxp.com/videos/32134995
https://pornxp.com/videos/32153550
https://pornxp.com/videos/32211006
https://pornxp.com/videos/32227356
https://pornxp.com/videos/32238422
https://pornxp.com/videos/32251394
https://pornxp.com/videos/32299258
https://pornxp.com/videos/32299502
https://pornxp.com/videos/32329713
https://pornxp.com/videos/32390071
https://pornxp.com/videos/32390181
https://pornxp.com/videos/32423898
https://pornxp.com/videos/32449359
https://pornxp.com/videos/32455893
https://pornxp.com/videos/32458106
https://pornxp.com/videos/32459802
https://pornxp.com/videos/32484066
https://pornxp.com/videos/32518485
https://pornxp.com/videos/32530296
https://pornxp.com/videos/32599035
https://pornxp.com/videos/32693861
https://pornxp.com/videos/32715204
https://pornxp.com/videos/32718518

https://pornxp.com/videos/32734669
https://pornxp.com/videos/32764300
https://pornxp.com/videos/32781640
https://pornxp.com/videos/32826529
https://pornxp.com/videos/32842652
https://pornxp.com/videos/32847405
https://pornxp.com/videos/32855736
https://pornxp.com/videos/32919851
https://pornxp.com/videos/32992824
https://pornxp.com/videos/33029138
https://pornxp.com/videos/33062007
https://pornxp.com/videos/33091172
https://pornxp.com/videos/33152617
https://pornxp.com/videos/33187730
https://pornxp.com/videos/33211538
https://pornxp.com/videos/33229089
https://pornxp.com/videos/33231310
https://pornxp.com/videos/33243780
https://pornxp.com/videos/33246308
https://pornxp.com/videos/33277831
https://pornxp.com/videos/33279707
https://pornxp.com/videos/33322419
https://pornxp.com/videos/33345227
https://pornxp.com/videos/33427214
https://pornxp.com/videos/33452283
https://pornxp.com/videos/33465850
https://pornxp.com/videos/33473323
https://pornxp.com/videos/33508529
https://pornxp.com/videos/33590071
https://pornxp.com/videos/33622210
https://pornxp.com/videos/33622873
https://pornxp.com/videos/33642569
https://pornxp.com/videos/33694798
https://pornxp.com/videos/33808171
https://pornxp.com/videos/33815703
https://pornxp.com/videos/33891921
https://pornxp.com/videos/33907787
https://pornxp.com/videos/33920208
https://pornxp.com/videos/33929187
https://pornxp.com/videos/33929620
https://pornxp.com/videos/33934615
https://pornxp.com/videos/33945632
https://pornxp.com/videos/33980119
https://pornxp.com/videos/34007388
https://pornxp.com/videos/34043177
https://pornxp.com/videos/34052488
https://pornxp.com/videos/34099695
https://pornxp.com/videos/34133264

https://pornxp.com/videos/34150307
https://pornxp.com/videos/34160091
https://pornxp.com/videos/34170677
https://pornxp.com/videos/34176809
https://pornxp.com/videos/34282962
https://pornxp.com/videos/34302851
https://pornxp.com/videos/34388658
https://pornxp.com/videos/34410018
https://pornxp.com/videos/34416819
https://pornxp.com/videos/34436580
https://pornxp.com/videos/34469013
https://pornxp.com/videos/34497093
https://pornxp.com/videos/34505659
https://pornxp.com/videos/34520108
https://pornxp.com/videos/34521766
https://pornxp.com/videos/34535289
https://pornxp.com/videos/34549148
https://pornxp.com/videos/34571467
https://pornxp.com/videos/34588600
https://pornxp.com/videos/34594810
https://pornxp.com/videos/34611935
https://pornxp.com/videos/34627310
https://pornxp.com/videos/34637302
https://pornxp.com/videos/34643310
https://pornxp.com/videos/34652213
https://pornxp.com/videos/34705421
https://pornxp.com/videos/34759941
https://pornxp.com/videos/34760685
https://pornxp.com/videos/34808487
https://pornxp.com/videos/34812885
https://pornxp.com/videos/34860267
https://pornxp.com/videos/34888001
https://pornxp.com/videos/34946434
https://pornxp.com/videos/34970390
https://pornxp.com/videos/34990317
https://pornxp.com/videos/35013998
https://pornxp.com/videos/35020491
https://pornxp.com/videos/35089462
https://pornxp.com/videos/35100872
https://pornxp.com/videos/35129899
https://pornxp.com/videos/35157201
https://pornxp.com/videos/35163380
https://pornxp.com/videos/35184051
https://pornxp.com/videos/35185218
https://pornxp.com/videos/35189480
https://pornxp.com/videos/35215665
https://pornxp.com/videos/35217523
https://pornxp.com/videos/35229708

https://pornxp.com/videos/35243776
https://pornxp.com/videos/35280255
https://pornxp.com/videos/35306347
https://pornxp.com/videos/35344587
https://pornxp.com/videos/35345570
https://pornxp.com/videos/35347252
https://pornxp.com/videos/35428371
https://pornxp.com/videos/35438776
https://pornxp.com/videos/35439801
https://pornxp.com/videos/35445590
https://pornxp.com/videos/35451697
https://pornxp.com/videos/35468659
https://pornxp.com/videos/35537026
https://pornxp.com/videos/35538977
https://pornxp.com/videos/35555280
https://pornxp.com/videos/35625969
https://pornxp.com/videos/35661499
https://pornxp.com/videos/35682634
https://pornxp.com/videos/35682843
https://pornxp.com/videos/35708127
https://pornxp.com/videos/35719884
https://pornxp.com/videos/35743932
https://pornxp.com/videos/35766852
https://pornxp.com/videos/35825532
https://pornxp.com/videos/35827808
https://pornxp.com/videos/35874502
https://pornxp.com/videos/35925072
https://pornxp.com/videos/35953092
https://pornxp.com/videos/36009376
https://pornxp.com/videos/36062873
https://pornxp.com/videos/36063654
https://pornxp.com/videos/36092068
https://pornxp.com/videos/36169936
https://pornxp.com/videos/36178153
https://pornxp.com/videos/36194048
https://pornxp.com/videos/36217097
https://pornxp.com/videos/36227677
https://pornxp.com/videos/36235437
https://pornxp.com/videos/36287292
https://pornxp.com/videos/36311900
https://pornxp.com/videos/36324375
https://pornxp.com/videos/36347150
https://pornxp.com/videos/36394213
https://pornxp.com/videos/36426572
https://pornxp.com/videos/36434730
https://pornxp.com/videos/36456970
https://pornxp.com/videos/36472835
https://pornxp.com/videos/36566874

https://pornxp.com/videos/36591607
https://pornxp.com/videos/36600365
https://pornxp.com/videos/36650296
https://pornxp.com/videos/36652941
https://pornxp.com/videos/36679682
https://pornxp.com/videos/36698361
https://pornxp.com/videos/36721105
https://pornxp.com/videos/36729517
https://pornxp.com/videos/36795472
https://pornxp.com/videos/36803931
https://pornxp.com/videos/36811404
https://pornxp.com/videos/36814181
https://pornxp.com/videos/36837672
https://pornxp.com/videos/36887485
https://pornxp.com/videos/36917180
https://pornxp.com/videos/36938094
https://pornxp.com/videos/36953388
https://pornxp.com/videos/36954091
https://pornxp.com/videos/36957793
https://pornxp.com/videos/36994336
https://pornxp.com/videos/37018935
https://pornxp.com/videos/37047251
https://pornxp.com/videos/37083551
https://pornxp.com/videos/37094705
https://pornxp.com/videos/37106863
https://pornxp.com/videos/37134759
https://pornxp.com/videos/37152804
https://pornxp.com/videos/37179345
https://pornxp.com/videos/37286331
https://pornxp.com/videos/37306926
https://pornxp.com/videos/37325413
https://pornxp.com/videos/37331042
https://pornxp.com/videos/37339656
https://pornxp.com/videos/37362823
https://pornxp.com/videos/37376529
https://pornxp.com/videos/37403808
https://pornxp.com/videos/37422036
https://pornxp.com/videos/37443063
https://pornxp.com/videos/37445434
https://pornxp.com/videos/37501344
https://pornxp.com/videos/37592277
https://pornxp.com/videos/37611580
https://pornxp.com/videos/37626014
https://pornxp.com/videos/37626429
https://pornxp.com/videos/37627291
https://pornxp.com/videos/37665581
https://pornxp.com/videos/37691678
https://pornxp.com/videos/37726359

https://pornxp.com/videos/37764964
https://pornxp.com/videos/37767613
https://pornxp.com/videos/37808605
https://pornxp.com/videos/37809551
https://pornxp.com/videos/37840617
https://pornxp.com/videos/37850318
https://pornxp.com/videos/37934967
https://pornxp.com/videos/37944611
https://pornxp.com/videos/37970609
https://pornxp.com/videos/37972342
https://pornxp.com/videos/37993802
https://pornxp.com/videos/38043724
https://pornxp.com/videos/38093005
https://pornxp.com/videos/38145027
https://pornxp.com/videos/38161889
https://pornxp.com/videos/38232353
https://pornxp.com/videos/38268186
https://pornxp.com/videos/38324120
https://pornxp.com/videos/38330933
https://pornxp.com/videos/38386523
https://pornxp.com/videos/38392471
https://pornxp.com/videos/38515976
https://pornxp.com/videos/38525076
https://pornxp.com/videos/38532528
https://pornxp.com/videos/38571019
https://pornxp.com/videos/38578713
https://pornxp.com/videos/38604013
https://pornxp.com/videos/38625226
https://pornxp.com/videos/38649911
https://pornxp.com/videos/38657745
https://pornxp.com/videos/38675587
https://pornxp.com/videos/38680691
https://pornxp.com/videos/38707439
https://pornxp.com/videos/38725722
https://pornxp.com/videos/38748176
https://pornxp.com/videos/38777525
https://pornxp.com/videos/38778013
https://pornxp.com/videos/38844697
https://pornxp.com/videos/38845251
https://pornxp.com/videos/38854563
https://pornxp.com/videos/38981998
https://pornxp.com/videos/38986607
https://pornxp.com/videos/39034223
https://pornxp.com/videos/39082727
https://pornxp.com/videos/39103938
https://pornxp.com/videos/39181732
https://pornxp.com/videos/39310013
https://pornxp.com/videos/39316104

https://pornxp.com/videos/39338040
https://pornxp.com/videos/39354251
https://pornxp.com/videos/39410462
https://pornxp.com/videos/39427383
https://pornxp.com/videos/39445332
https://pornxp.com/videos/39489258
https://pornxp.com/videos/39494567
https://pornxp.com/videos/39522331
https://pornxp.com/videos/39569882
https://pornxp.com/videos/39701880
https://pornxp.com/videos/39760053
https://pornxp.com/videos/39785087
https://pornxp.com/videos/39796273
https://pornxp.com/videos/39860858
https://pornxp.com/videos/39872253
https://pornxp.com/videos/39881120
https://pornxp.com/videos/39885680
https://pornxp.com/videos/39900980
https://pornxp.com/videos/39913145
https://pornxp.com/videos/39943330
https://pornxp.com/videos/39949711
https://pornxp.com/videos/40006186
https://pornxp.com/videos/40046978
https://pornxp.com/videos/40055567
https://pornxp.com/videos/40121690
https://pornxp.com/videos/40156124
https://pornxp.com/videos/40176506
https://pornxp.com/videos/40191748
https://pornxp.com/videos/40203248
https://pornxp.com/videos/40212042
https://pornxp.com/videos/40232199
https://pornxp.com/videos/40311632
https://pornxp.com/videos/40345922
https://pornxp.com/videos/40347295
https://pornxp.com/videos/40365870
https://pornxp.com/videos/40379659
https://pornxp.com/videos/40398545
https://pornxp.com/videos/40407058
https://pornxp.com/videos/40428696
https://pornxp.com/videos/40450937
https://pornxp.com/videos/40459422
https://pornxp.com/videos/40477445
https://pornxp.com/videos/40549506
https://pornxp.com/videos/40550472
https://pornxp.com/videos/40576986
https://pornxp.com/videos/40586963
https://pornxp.com/videos/40608503
https://pornxp.com/videos/40623603

https://pornxp.com/videos/40630099
https://pornxp.com/videos/40680469
https://pornxp.com/videos/40694428
https://pornxp.com/videos/40694869
https://pornxp.com/videos/40721475
https://pornxp.com/videos/40785289
https://pornxp.com/videos/40804274
https://pornxp.com/videos/40843605
https://pornxp.com/videos/40857559
https://pornxp.com/videos/40974549
https://pornxp.com/videos/41001335
https://pornxp.com/videos/41041217
https://pornxp.com/videos/41120269
https://pornxp.com/videos/41142534
https://pornxp.com/videos/41152935
https://pornxp.com/videos/41160486
https://pornxp.com/videos/41160985
https://pornxp.com/videos/41164748
https://pornxp.com/videos/41168903
https://pornxp.com/videos/41189854
https://pornxp.com/videos/41228625
https://pornxp.com/videos/41251138
https://pornxp.com/videos/41262528
https://pornxp.com/videos/41279796
https://pornxp.com/videos/41339373
https://pornxp.com/videos/41340725
https://pornxp.com/videos/41357210
https://pornxp.com/videos/41369050
https://pornxp.com/videos/41442275
https://pornxp.com/videos/41467700
https://pornxp.com/videos/41506286
https://pornxp.com/videos/41515411
https://pornxp.com/videos/41518121
https://pornxp.com/videos/41524257
https://pornxp.com/videos/41543516
https://pornxp.com/videos/41562654
https://pornxp.com/videos/41577346
https://pornxp.com/videos/41610932
https://pornxp.com/videos/41705556
https://pornxp.com/videos/41715655
https://pornxp.com/videos/41733320
https://pornxp.com/videos/41789253
https://pornxp.com/videos/41883729
https://pornxp.com/videos/41908744
https://pornxp.com/videos/41917784
https://pornxp.com/videos/42020356
https://pornxp.com/videos/42064278
https://pornxp.com/videos/42075748

https://pornxp.com/videos/42163208
https://pornxp.com/videos/42183165
https://pornxp.com/videos/42208295
https://pornxp.com/videos/42209104
https://pornxp.com/videos/42271465
https://pornxp.com/videos/42286811
https://pornxp.com/videos/42301491
https://pornxp.com/videos/42317239
https://pornxp.com/videos/42328432
https://pornxp.com/videos/42349714
https://pornxp.com/videos/42378125
https://pornxp.com/videos/42408704
https://pornxp.com/videos/42462607
https://pornxp.com/videos/42538972
https://pornxp.com/videos/42542001
https://pornxp.com/videos/42545499
https://pornxp.com/videos/42572700
https://pornxp.com/videos/42575359
https://pornxp.com/videos/42608449
https://pornxp.com/videos/42626824
https://pornxp.com/videos/42653920
https://pornxp.com/videos/42676522
https://pornxp.com/videos/42687087
https://pornxp.com/videos/42733079
https://pornxp.com/videos/42778267
https://pornxp.com/videos/42792797
https://pornxp.com/videos/42813929
https://pornxp.com/videos/42829714
https://pornxp.com/videos/42861581
https://pornxp.com/videos/42873038
https://pornxp.com/videos/42932216
https://pornxp.com/videos/43099720
https://pornxp.com/videos/43122990
https://pornxp.com/videos/43126562
https://pornxp.com/videos/43127797
https://pornxp.com/videos/43188888
https://pornxp.com/videos/43241449
https://pornxp.com/videos/43256237
https://pornxp.com/videos/43357075
https://pornxp.com/videos/43358436
https://pornxp.com/videos/43399566
https://pornxp.com/videos/43479659
https://pornxp.com/videos/43535026
https://pornxp.com/videos/43536244
https://pornxp.com/videos/43538563
https://pornxp.com/videos/43556708
https://pornxp.com/videos/43595784
https://pornxp.com/videos/43640128

https://pornxp.com/videos/43698947
https://pornxp.com/videos/43736731
https://pornxp.com/videos/43791320
https://pornxp.com/videos/43833156
https://pornxp.com/videos/43836864
https://pornxp.com/videos/43860216
https://pornxp.com/videos/43879920
https://pornxp.com/videos/43881925
https://pornxp.com/videos/43908908
https://pornxp.com/videos/43932225
https://pornxp.com/videos/43992418
https://pornxp.com/videos/43994419
https://pornxp.com/videos/43999636
https://pornxp.com/videos/44033720
https://pornxp.com/videos/44035778
https://pornxp.com/videos/44070278
https://pornxp.com/videos/44115843
https://pornxp.com/videos/44156945
https://pornxp.com/videos/44179711
https://pornxp.com/videos/44212395
https://pornxp.com/videos/44246846
https://pornxp.com/videos/44315785
https://pornxp.com/videos/44322362
https://pornxp.com/videos/44335378
https://pornxp.com/videos/44458031
https://pornxp.com/videos/44471693
https://pornxp.com/videos/44523937
https://pornxp.com/videos/44538449
https://pornxp.com/videos/44606371
https://pornxp.com/videos/44692546
https://pornxp.com/videos/44744096
https://pornxp.com/videos/44764515
https://pornxp.com/videos/44789779
https://pornxp.com/videos/44790392
https://pornxp.com/videos/44811200
https://pornxp.com/videos/44833246
https://pornxp.com/videos/44891895
https://pornxp.com/videos/44948153
https://pornxp.com/videos/44997604
https://pornxp.com/videos/44999754
https://pornxp.com/videos/45070866
https://pornxp.com/videos/45092430
https://pornxp.com/videos/45092843
https://pornxp.com/videos/45158385
https://pornxp.com/videos/45200036
https://pornxp.com/videos/45258502
https://pornxp.com/videos/45315871
https://pornxp.com/videos/45325833

https://pornxp.com/videos/45328184
https://pornxp.com/videos/45341171
https://pornxp.com/videos/45341565
https://pornxp.com/videos/45371066
https://pornxp.com/videos/45394621
https://pornxp.com/videos/45427761
https://pornxp.com/videos/45444489
https://pornxp.com/videos/45447567
https://pornxp.com/videos/45482509
https://pornxp.com/videos/45523500
https://pornxp.com/videos/45532854
https://pornxp.com/videos/45634560
https://pornxp.com/videos/45661941
https://pornxp.com/videos/45686985
https://pornxp.com/videos/45695292
https://pornxp.com/videos/45746960
https://pornxp.com/videos/45768483
https://pornxp.com/videos/45773499
https://pornxp.com/videos/45788961
https://pornxp.com/videos/45799849
https://pornxp.com/videos/45803406
https://pornxp.com/videos/45809541
https://pornxp.com/videos/45882659
https://pornxp.com/videos/45900595
https://pornxp.com/videos/45938829
https://pornxp.com/videos/45958320
https://pornxp.com/videos/45981491
https://pornxp.com/videos/45987282
https://pornxp.com/videos/45994239
https://pornxp.com/videos/46046945
https://pornxp.com/videos/46076444
https://pornxp.com/videos/46108142
https://pornxp.com/videos/46112069
https://pornxp.com/videos/46119768
https://pornxp.com/videos/46124623
https://pornxp.com/videos/46171642
https://pornxp.com/videos/46179269
https://pornxp.com/videos/46209092
https://pornxp.com/videos/46261285
https://pornxp.com/videos/46284558
https://pornxp.com/videos/46314501
https://pornxp.com/videos/46321430
https://pornxp.com/videos/46359160
https://pornxp.com/videos/46405186
https://pornxp.com/videos/46414503
https://pornxp.com/videos/46448386
https://pornxp.com/videos/46474551
https://pornxp.com/videos/46486841

https://pornxp.com/videos/46498541
https://pornxp.com/videos/46506876
https://pornxp.com/videos/46517104
https://pornxp.com/videos/46524729
https://pornxp.com/videos/46662399
https://pornxp.com/videos/46792366
https://pornxp.com/videos/46807898
https://pornxp.com/videos/46836459
https://pornxp.com/videos/46858689
https://pornxp.com/videos/46991530
https://pornxp.com/videos/47013377
https://pornxp.com/videos/47067499
https://pornxp.com/videos/47083151
https://pornxp.com/videos/47104212
https://pornxp.com/videos/47118777
https://pornxp.com/videos/47119349
https://pornxp.com/videos/47161268
https://pornxp.com/videos/47201646
https://pornxp.com/videos/47205218
https://pornxp.com/videos/47205927
https://pornxp.com/videos/47248057
https://pornxp.com/videos/47258413
https://pornxp.com/videos/47277662
https://pornxp.com/videos/47300417
https://pornxp.com/videos/47325730
https://pornxp.com/videos/47327313
https://pornxp.com/videos/47378926
https://pornxp.com/videos/47405749
https://pornxp.com/videos/47416372
https://pornxp.com/videos/47498346
https://pornxp.com/videos/47501740
https://pornxp.com/videos/47531110
https://pornxp.com/videos/47539078
https://pornxp.com/videos/47609614
https://pornxp.com/videos/47612258
https://pornxp.com/videos/47636059
https://pornxp.com/videos/47643833
https://pornxp.com/videos/47669868
https://pornxp.com/videos/47681366
https://pornxp.com/videos/47688437
https://pornxp.com/videos/47713092
https://pornxp.com/videos/47773420
https://pornxp.com/videos/47792725
https://pornxp.com/videos/47862543
https://pornxp.com/videos/47923668
https://pornxp.com/videos/47941329
https://pornxp.com/videos/48036828
https://pornxp.com/videos/48083513

https://pornxp.com/videos/48094694
https://pornxp.com/videos/48111643
https://pornxp.com/videos/48132291
https://pornxp.com/videos/48139695
https://pornxp.com/videos/48162192
https://pornxp.com/videos/48192233
https://pornxp.com/videos/48279555
https://pornxp.com/videos/48295156
https://pornxp.com/videos/48302475
https://pornxp.com/videos/48319877
https://pornxp.com/videos/48377441
https://pornxp.com/videos/48405656
https://pornxp.com/videos/48424642
https://pornxp.com/videos/48429673
https://pornxp.com/videos/48443253
https://pornxp.com/videos/48466802
https://pornxp.com/videos/48469558
https://pornxp.com/videos/48636812
https://pornxp.com/videos/48654835
https://pornxp.com/videos/48766835
https://pornxp.com/videos/48789647
https://pornxp.com/videos/48817254
https://pornxp.com/videos/48849032
https://pornxp.com/videos/48873928
https://pornxp.com/videos/48884384
https://pornxp.com/videos/48898945
https://pornxp.com/videos/48931963
https://pornxp.com/videos/48935928
https://pornxp.com/videos/48998393
https://pornxp.com/videos/49009995
https://pornxp.com/videos/49029508
https://pornxp.com/videos/49060337
https://pornxp.com/videos/49116899
https://pornxp.com/videos/49125931
https://pornxp.com/videos/49129639
https://pornxp.com/videos/49152042
https://pornxp.com/videos/49269525
https://pornxp.com/videos/49318447
https://pornxp.com/videos/49336992
https://pornxp.com/videos/49338456
https://pornxp.com/videos/49352100
https://pornxp.com/videos/49400065
https://pornxp.com/videos/49493556
https://pornxp.com/videos/49579698
https://pornxp.com/videos/49580779
https://pornxp.com/videos/49611094
https://pornxp.com/videos/49616156
https://pornxp.com/videos/49645449

https://pornxp.com/videos/49655317
https://pornxp.com/videos/49704447
https://pornxp.com/videos/49718735
https://pornxp.com/videos/49726886
https://pornxp.com/videos/49766812
https://pornxp.com/videos/49767214
https://pornxp.com/videos/49798346
https://pornxp.com/videos/49882652
https://pornxp.com/videos/49886283
https://pornxp.com/videos/49983173
https://pornxp.com/videos/50005948
https://pornxp.com/videos/50023079
https://pornxp.com/videos/50038038
https://pornxp.com/videos/50043768
https://pornxp.com/videos/50058453
https://pornxp.com/videos/50063346
https://pornxp.com/videos/50156209
https://pornxp.com/videos/50218558
https://pornxp.com/videos/50235567
https://pornxp.com/videos/50254583
https://pornxp.com/videos/50299440
https://pornxp.com/videos/50345504
https://pornxp.com/videos/50347959
https://pornxp.com/videos/50383946
https://pornxp.com/videos/50387130
https://pornxp.com/videos/50403550
https://pornxp.com/videos/50434956
https://pornxp.com/videos/50446011
https://pornxp.com/videos/50451246
https://pornxp.com/videos/50459864
https://pornxp.com/videos/50554857
https://pornxp.com/videos/50555028
https://pornxp.com/videos/50560618
https://pornxp.com/videos/50563255
https://pornxp.com/videos/50568490
https://pornxp.com/videos/50669142
https://pornxp.com/videos/50696142
https://pornxp.com/videos/50709462
https://pornxp.com/videos/50712943
https://pornxp.com/videos/50718077
https://pornxp.com/videos/50737434
https://pornxp.com/videos/50746075
https://pornxp.com/videos/50749336
https://pornxp.com/videos/50753352
https://pornxp.com/videos/50819351
https://pornxp.com/videos/50919987
https://pornxp.com/videos/50959002
https://pornxp.com/videos/50992847

https://pornxp.com/videos/51020547
https://pornxp.com/videos/51023809
https://pornxp.com/videos/51055619
https://pornxp.com/videos/51062765
https://pornxp.com/videos/51070907
https://pornxp.com/videos/51072083
https://pornxp.com/videos/51108098
https://pornxp.com/videos/51114312
https://pornxp.com/videos/51126064
https://pornxp.com/videos/51136387
https://pornxp.com/videos/51149587
https://pornxp.com/videos/51164855
https://pornxp.com/videos/51195635
https://pornxp.com/videos/51225089
https://pornxp.com/videos/51231210
https://pornxp.com/videos/51262707
https://pornxp.com/videos/51304177
https://pornxp.com/videos/51337370
https://pornxp.com/videos/51352513
https://pornxp.com/videos/51364117
https://pornxp.com/videos/51365853
https://pornxp.com/videos/51369020
https://pornxp.com/videos/51392797
https://pornxp.com/videos/51399763
https://pornxp.com/videos/51413818
https://pornxp.com/videos/51416262
https://pornxp.com/videos/51439896
https://pornxp.com/videos/51466581
https://pornxp.com/videos/51467276
https://pornxp.com/videos/51495027
https://pornxp.com/videos/51526761
https://pornxp.com/videos/51537864
https://pornxp.com/videos/51568743
https://pornxp.com/videos/51571068
https://pornxp.com/videos/51595564
https://pornxp.com/videos/51598798
https://pornxp.com/videos/51640578
https://pornxp.com/videos/51703742
https://pornxp.com/videos/51711164
https://pornxp.com/videos/51825225
https://pornxp.com/videos/51876015
https://pornxp.com/videos/51927849
https://pornxp.com/videos/51940390
https://pornxp.com/videos/51953419
https://pornxp.com/videos/52004411
https://pornxp.com/videos/52065600
https://pornxp.com/videos/52078453
https://pornxp.com/videos/52136391

https://pornxp.com/videos/52138621
https://pornxp.com/videos/52181073
https://pornxp.com/videos/52219010
https://pornxp.com/videos/52230274
https://pornxp.com/videos/52243593
https://pornxp.com/videos/52275834
https://pornxp.com/videos/52287317
https://pornxp.com/videos/52302916
https://pornxp.com/videos/52345306
https://pornxp.com/videos/52375909
https://pornxp.com/videos/52403551
https://pornxp.com/videos/52451035
https://pornxp.com/videos/52495178
https://pornxp.com/videos/52506132
https://pornxp.com/videos/52543899
https://pornxp.com/videos/52578035
https://pornxp.com/videos/52588905
https://pornxp.com/videos/52612537
https://pornxp.com/videos/52638691
https://pornxp.com/videos/52669100
https://pornxp.com/videos/52692987
https://pornxp.com/videos/52763249
https://pornxp.com/videos/52770134
https://pornxp.com/videos/52785015
https://pornxp.com/videos/52797527
https://pornxp.com/videos/52834947
https://pornxp.com/videos/52888626
https://pornxp.com/videos/52962193
https://pornxp.com/videos/52967934
https://pornxp.com/videos/53011108
https://pornxp.com/videos/53030392
https://pornxp.com/videos/53037808
https://pornxp.com/videos/53078426
https://pornxp.com/videos/53107432
https://pornxp.com/videos/53123006
https://pornxp.com/videos/53149278
https://pornxp.com/videos/53179046
https://pornxp.com/videos/53182852
https://pornxp.com/videos/53191665
https://pornxp.com/videos/53268179
https://pornxp.com/videos/53317140
https://pornxp.com/videos/53332458
https://pornxp.com/videos/53364355
https://pornxp.com/videos/53413981
https://pornxp.com/videos/53468676
https://pornxp.com/videos/53508639
https://pornxp.com/videos/53555454
https://pornxp.com/videos/53563930

https://pornxp.com/videos/53577979
https://pornxp.com/videos/53587444
https://pornxp.com/videos/53590796
https://pornxp.com/videos/53640009
https://pornxp.com/videos/53666369
https://pornxp.com/videos/53688613
https://pornxp.com/videos/53711989
https://pornxp.com/videos/53720597
https://pornxp.com/videos/53727693
https://pornxp.com/videos/53729077
https://pornxp.com/videos/53734565
https://pornxp.com/videos/53832913
https://pornxp.com/videos/53885676
https://pornxp.com/videos/53893349
https://pornxp.com/videos/53914444
https://pornxp.com/videos/53924196
https://pornxp.com/videos/53936827
https://pornxp.com/videos/54022108
https://pornxp.com/videos/54025244
https://pornxp.com/videos/54105478
https://pornxp.com/videos/54106027
https://pornxp.com/videos/54180333
https://pornxp.com/videos/54190548
https://pornxp.com/videos/54218929
https://pornxp.com/videos/54220598
https://pornxp.com/videos/54225129
https://pornxp.com/videos/54259073
https://pornxp.com/videos/54263778
https://pornxp.com/videos/54273381
https://pornxp.com/videos/54317442
https://pornxp.com/videos/54367152
https://pornxp.com/videos/54386258
https://pornxp.com/videos/54407340
https://pornxp.com/videos/54443573
https://pornxp.com/videos/54473399
https://pornxp.com/videos/54494201
https://pornxp.com/videos/54599430
https://pornxp.com/videos/54601822
https://pornxp.com/videos/54634569
https://pornxp.com/videos/54639478
https://pornxp.com/videos/54658116
https://pornxp.com/videos/54719681
https://pornxp.com/videos/54733062
https://pornxp.com/videos/54738125
https://pornxp.com/videos/54762129
https://pornxp.com/videos/54783354
https://pornxp.com/videos/54796974
https://pornxp.com/videos/54865973

https://pornxp.com/videos/54881868
https://pornxp.com/videos/54909918
https://pornxp.com/videos/55016057
https://pornxp.com/videos/55026480
https://pornxp.com/videos/55046593
https://pornxp.com/videos/55151553
https://pornxp.com/videos/55162471
https://pornxp.com/videos/55173009
https://pornxp.com/videos/55179634
https://pornxp.com/videos/55206891
https://pornxp.com/videos/55296473
https://pornxp.com/videos/55368213
https://pornxp.com/videos/55375629
https://pornxp.com/videos/55376680
https://pornxp.com/videos/55425127
https://pornxp.com/videos/55444288
https://pornxp.com/videos/55447317
https://pornxp.com/videos/55470854
https://pornxp.com/videos/55483316
https://pornxp.com/videos/55537603
https://pornxp.com/videos/55543309
https://pornxp.com/videos/55547530
https://pornxp.com/videos/55567004
https://pornxp.com/videos/55582076
https://pornxp.com/videos/55629111
https://pornxp.com/videos/55657445
https://pornxp.com/videos/55708960
https://pornxp.com/videos/55709060
https://pornxp.com/videos/55717190
https://pornxp.com/videos/55720923
https://pornxp.com/videos/55736265
https://pornxp.com/videos/55740831
https://pornxp.com/videos/55759245
https://pornxp.com/videos/55765737
https://pornxp.com/videos/55802194
https://pornxp.com/videos/55856740
https://pornxp.com/videos/55863022
https://pornxp.com/videos/55897968
https://pornxp.com/videos/55901856
https://pornxp.com/videos/55928079
https://pornxp.com/videos/55951582
https://pornxp.com/videos/55961215
https://pornxp.com/videos/55967476
https://pornxp.com/videos/56051615
https://pornxp.com/videos/56083481
https://pornxp.com/videos/56093183
https://pornxp.com/videos/56164784
https://pornxp.com/videos/56168539

https://pornxp.com/videos/56201271
https://pornxp.com/videos/56214615
https://pornxp.com/videos/56215550
https://pornxp.com/videos/56255773
https://pornxp.com/videos/56277404
https://pornxp.com/videos/56280015
https://pornxp.com/videos/56305608
https://pornxp.com/videos/56382917
https://pornxp.com/videos/56389956
https://pornxp.com/videos/56400315
https://pornxp.com/videos/56418427
https://pornxp.com/videos/56425547
https://pornxp.com/videos/56454049
https://pornxp.com/videos/56474618
https://pornxp.com/videos/56485381
https://pornxp.com/videos/56526531
https://pornxp.com/videos/56601019
https://pornxp.com/videos/56602183
https://pornxp.com/videos/56634107
https://pornxp.com/videos/56653227
https://pornxp.com/videos/56676801
https://pornxp.com/videos/56688231
https://pornxp.com/videos/56700998
https://pornxp.com/videos/56703297
https://pornxp.com/videos/56736707
https://pornxp.com/videos/56753781
https://pornxp.com/videos/56764277
https://pornxp.com/videos/56786774
https://pornxp.com/videos/56793636
https://pornxp.com/videos/56817671
https://pornxp.com/videos/56844257
https://pornxp.com/videos/56856082
https://pornxp.com/videos/56910599
https://pornxp.com/videos/56952961
https://pornxp.com/videos/56974586
https://pornxp.com/videos/56977414
https://pornxp.com/videos/57063975
https://pornxp.com/videos/57064589
https://pornxp.com/videos/57078351
https://pornxp.com/videos/57108982
https://pornxp.com/videos/57128019
https://pornxp.com/videos/57193099
https://pornxp.com/videos/57286127
https://pornxp.com/videos/57386870
https://pornxp.com/videos/57447941
https://pornxp.com/videos/57460850
https://pornxp.com/videos/57464243
https://pornxp.com/videos/57464280

https://pornxp.com/videos/57483870
https://pornxp.com/videos/57497932
https://pornxp.com/videos/57583998
https://pornxp.com/videos/57591784
https://pornxp.com/videos/57602049
https://pornxp.com/videos/57606918
https://pornxp.com/videos/57627899
https://pornxp.com/videos/57687084
https://pornxp.com/videos/57695461
https://pornxp.com/videos/57711667
https://pornxp.com/videos/57716897
https://pornxp.com/videos/57861535
https://pornxp.com/videos/57863805
https://pornxp.com/videos/57906478
https://pornxp.com/videos/57936366
https://pornxp.com/videos/57954943
https://pornxp.com/videos/57957164
https://pornxp.com/videos/57977934
https://pornxp.com/videos/57991509
https://pornxp.com/videos/57996821
https://pornxp.com/videos/58030648
https://pornxp.com/videos/58039280
https://pornxp.com/videos/58050852
https://pornxp.com/videos/58051125
https://pornxp.com/videos/58058288
https://pornxp.com/videos/58059140
https://pornxp.com/videos/58076330
https://pornxp.com/videos/58088814
https://pornxp.com/videos/58110766
https://pornxp.com/videos/58122918
https://pornxp.com/videos/58129140
https://pornxp.com/videos/58168842
https://pornxp.com/videos/58194293
https://pornxp.com/videos/58194543
https://pornxp.com/videos/58233443
https://pornxp.com/videos/58234250
https://pornxp.com/videos/58385688
https://pornxp.com/videos/58386628
https://pornxp.com/videos/58433722
https://pornxp.com/videos/58433888
https://pornxp.com/videos/58457445
https://pornxp.com/videos/58503810
https://pornxp.com/videos/58506851
https://pornxp.com/videos/58508304
https://pornxp.com/videos/58511373
https://pornxp.com/videos/58517515
https://pornxp.com/videos/58539779
https://pornxp.com/videos/58540021

https://pornxp.com/videos/58571352
https://pornxp.com/videos/58578129
https://pornxp.com/videos/58594979
https://pornxp.com/videos/58615474
https://pornxp.com/videos/58782845
https://pornxp.com/videos/58783768
https://pornxp.com/videos/58793818
https://pornxp.com/videos/58794677
https://pornxp.com/videos/58807694
https://pornxp.com/videos/58831820
https://pornxp.com/videos/58844596
https://pornxp.com/videos/58871500
https://pornxp.com/videos/58892121
https://pornxp.com/videos/58978671
https://pornxp.com/videos/58983037
https://pornxp.com/videos/58999372
https://pornxp.com/videos/59021113
https://pornxp.com/videos/59038666
https://pornxp.com/videos/59081037
https://pornxp.com/videos/59104478
https://pornxp.com/videos/59114198
https://pornxp.com/videos/59173112
https://pornxp.com/videos/59183543
https://pornxp.com/videos/59210086
https://pornxp.com/videos/59222020
https://pornxp.com/videos/59243174
https://pornxp.com/videos/59259385
https://pornxp.com/videos/59280771
https://pornxp.com/videos/59284570
https://pornxp.com/videos/59291629
https://pornxp.com/videos/59297670
https://pornxp.com/videos/59302380
https://pornxp.com/videos/59344694
https://pornxp.com/videos/59368511
https://pornxp.com/videos/59369610
https://pornxp.com/videos/59402892
https://pornxp.com/videos/59432627
https://pornxp.com/videos/59457308
https://pornxp.com/videos/59474703
https://pornxp.com/videos/59503945
https://pornxp.com/videos/59545235
https://pornxp.com/videos/59549946
https://pornxp.com/videos/59552856
https://pornxp.com/videos/59580626
https://pornxp.com/videos/59589974
https://pornxp.com/videos/59636169
https://pornxp.com/videos/59697050
https://pornxp.com/videos/59700479

https://pornxp.com/videos/59702466
https://pornxp.com/videos/59730419
https://pornxp.com/videos/59744516
https://pornxp.com/videos/59790436
https://pornxp.com/videos/59801074
https://pornxp.com/videos/59822899
https://pornxp.com/videos/59846609
https://pornxp.com/videos/59877813
https://pornxp.com/videos/59884126
https://pornxp.com/videos/59903849
https://pornxp.com/videos/59964162
https://pornxp.com/videos/59975599
https://pornxp.com/videos/60044952
https://pornxp.com/videos/60065220
https://pornxp.com/videos/60100718
https://pornxp.com/videos/60118794
https://pornxp.com/videos/60134986
https://pornxp.com/videos/60146442
https://pornxp.com/videos/60161226
https://pornxp.com/videos/60180710
https://pornxp.com/videos/60181351
https://pornxp.com/videos/60224434
https://pornxp.com/videos/60225554
https://pornxp.com/videos/60245030
https://pornxp.com/videos/60252475
https://pornxp.com/videos/60252499
https://pornxp.com/videos/60265354
https://pornxp.com/videos/60283563
https://pornxp.com/videos/60297278
https://pornxp.com/videos/60371344
https://pornxp.com/videos/60439890
https://pornxp.com/videos/60443171
https://pornxp.com/videos/60467988
https://pornxp.com/videos/60500033
https://pornxp.com/videos/60522442
https://pornxp.com/videos/60529945
https://pornxp.com/videos/60546819
https://pornxp.com/videos/60559498
https://pornxp.com/videos/60563525
https://pornxp.com/videos/60564815
https://pornxp.com/videos/60611343
https://pornxp.com/videos/60611843
https://pornxp.com/videos/60726061
https://pornxp.com/videos/60737771
https://pornxp.com/videos/60750787
https://pornxp.com/videos/60785425
https://pornxp.com/videos/60796920
https://pornxp.com/videos/60822006

https://pornxp.com/videos/60854693
https://pornxp.com/videos/60859646
https://pornxp.com/videos/60918796
https://pornxp.com/videos/60919307
https://pornxp.com/videos/60943917
https://pornxp.com/videos/60956204
https://pornxp.com/videos/60989467
https://pornxp.com/videos/61042260
https://pornxp.com/videos/61112799
https://pornxp.com/videos/61149849
https://pornxp.com/videos/61154696
https://pornxp.com/videos/61159487
https://pornxp.com/videos/61210231
https://pornxp.com/videos/61237715
https://pornxp.com/videos/61242173
https://pornxp.com/videos/61299249
https://pornxp.com/videos/61299352
https://pornxp.com/videos/61306166
https://pornxp.com/videos/61325321
https://pornxp.com/videos/61346266
https://pornxp.com/videos/61360030
https://pornxp.com/videos/61367221
https://pornxp.com/videos/61368101
https://pornxp.com/videos/61382363
https://pornxp.com/videos/61431352
https://pornxp.com/videos/61433613
https://pornxp.com/videos/61441622
https://pornxp.com/videos/61445533
https://pornxp.com/videos/61464964
https://pornxp.com/videos/61553428
https://pornxp.com/videos/61619646
https://pornxp.com/videos/61643747
https://pornxp.com/videos/61660252
https://pornxp.com/videos/61690787
https://pornxp.com/videos/61696661
https://pornxp.com/videos/61775071
https://pornxp.com/videos/61841687
https://pornxp.com/videos/61866093
https://pornxp.com/videos/61875478
https://pornxp.com/videos/61890059
https://pornxp.com/videos/61895061
https://pornxp.com/videos/61926663
https://pornxp.com/videos/61946689
https://pornxp.com/videos/61947000
https://pornxp.com/videos/62036214
https://pornxp.com/videos/62063489
https://pornxp.com/videos/62069815
https://pornxp.com/videos/62098103

https://pornxp.com/videos/62107328
https://pornxp.com/videos/62140280
https://pornxp.com/videos/62148725
https://pornxp.com/videos/62154827
https://pornxp.com/videos/62172635
https://pornxp.com/videos/62199487
https://pornxp.com/videos/62242640
https://pornxp.com/videos/62259498
https://pornxp.com/videos/62322004
https://pornxp.com/videos/62327747
https://pornxp.com/videos/62453062
https://pornxp.com/videos/62478039
https://pornxp.com/videos/62502992
https://pornxp.com/videos/62507866
https://pornxp.com/videos/62522803
https://pornxp.com/videos/62546098
https://pornxp.com/videos/62555604
https://pornxp.com/videos/62574696
https://pornxp.com/videos/62613512
https://pornxp.com/videos/62659263
https://pornxp.com/videos/62739483
https://pornxp.com/videos/62762786
https://pornxp.com/videos/62772352
https://pornxp.com/videos/62819882
https://pornxp.com/videos/62840388
https://pornxp.com/videos/62845199
https://pornxp.com/videos/62853709
https://pornxp.com/videos/62883381
https://pornxp.com/videos/62997855
https://pornxp.com/videos/63010875
https://pornxp.com/videos/63039118
https://pornxp.com/videos/63087442
https://pornxp.com/videos/63130284
https://pornxp.com/videos/63155845
https://pornxp.com/videos/63172085
https://pornxp.com/videos/63183100
https://pornxp.com/videos/63213846
https://pornxp.com/videos/63244462
https://pornxp.com/videos/63289653
https://pornxp.com/videos/63297040
https://pornxp.com/videos/63470814
https://pornxp.com/videos/63471916
https://pornxp.com/videos/63556054
https://pornxp.com/videos/63582926
https://pornxp.com/videos/63630572
https://pornxp.com/videos/63638635
https://pornxp.com/videos/63649491
https://pornxp.com/videos/63656707

https://pornxp.com/videos/63666751
https://pornxp.com/videos/63733340
https://pornxp.com/videos/63735818
https://pornxp.com/videos/63776038
https://pornxp.com/videos/63791109
https://pornxp.com/videos/63793870
https://pornxp.com/videos/63797919
https://pornxp.com/videos/63826040
https://pornxp.com/videos/63863037
https://pornxp.com/videos/63871710
https://pornxp.com/videos/63883362
https://pornxp.com/videos/63950840
https://pornxp.com/videos/64005327
https://pornxp.com/videos/64017988
https://pornxp.com/videos/64059323
https://pornxp.com/videos/64077891
https://pornxp.com/videos/64094555
https://pornxp.com/videos/64150047
https://pornxp.com/videos/64160745
https://pornxp.com/videos/64162738
https://pornxp.com/videos/64181459
https://pornxp.com/videos/64189026
https://pornxp.com/videos/64221926
https://pornxp.com/videos/64233583
https://pornxp.com/videos/64271483
https://pornxp.com/videos/64319848
https://pornxp.com/videos/64460597
https://pornxp.com/videos/64473947
https://pornxp.com/videos/64480030
https://pornxp.com/videos/64499202
https://pornxp.com/videos/64503318
https://pornxp.com/videos/64506901
https://pornxp.com/videos/64543631
https://pornxp.com/videos/64565077
https://pornxp.com/videos/64589747
https://pornxp.com/videos/64596170
https://pornxp.com/videos/64597087
https://pornxp.com/videos/64667937
https://pornxp.com/videos/64699839
https://pornxp.com/videos/64706894
https://pornxp.com/videos/64761407
https://pornxp.com/videos/64784113
https://pornxp.com/videos/64802355
https://pornxp.com/videos/64803456
https://pornxp.com/videos/65044411
https://pornxp.com/videos/65063540
https://pornxp.com/videos/65076897
https://pornxp.com/videos/65098066

https://pornxp.com/videos/65159423
https://pornxp.com/videos/65179966
https://pornxp.com/videos/65231875
https://pornxp.com/videos/65249909
https://pornxp.com/videos/65257043
https://pornxp.com/videos/65265475
https://pornxp.com/videos/65272780
https://pornxp.com/videos/65277704
https://pornxp.com/videos/65286749
https://pornxp.com/videos/65299296
https://pornxp.com/videos/65302941
https://pornxp.com/videos/65317864
https://pornxp.com/videos/65320443
https://pornxp.com/videos/65332018
https://pornxp.com/videos/65348115
https://pornxp.com/videos/65350694
https://pornxp.com/videos/65361708
https://pornxp.com/videos/65366151
https://pornxp.com/videos/65393470
https://pornxp.com/videos/65393759
https://pornxp.com/videos/65461457
https://pornxp.com/videos/65476924
https://pornxp.com/videos/65480454
https://pornxp.com/videos/65513491
https://pornxp.com/videos/65519426
https://pornxp.com/videos/65603963
https://pornxp.com/videos/65609600
https://pornxp.com/videos/65625582
https://pornxp.com/videos/65697624
https://pornxp.com/videos/65719734
https://pornxp.com/videos/65727134
https://pornxp.com/videos/65769748
https://pornxp.com/videos/65837692
https://pornxp.com/videos/65841688
https://pornxp.com/videos/65861817
https://pornxp.com/videos/65977849
https://pornxp.com/videos/66021767
https://pornxp.com/videos/66044580
https://pornxp.com/videos/66059349
https://pornxp.com/videos/66076521
https://pornxp.com/videos/66102771
https://pornxp.com/videos/66130457
https://pornxp.com/videos/66135022
https://pornxp.com/videos/66165270
https://pornxp.com/videos/66188602
https://pornxp.com/videos/66202331
https://pornxp.com/videos/66241713
https://pornxp.com/videos/66253781

https://pornxp.com/videos/66291051
https://pornxp.com/videos/66369836
https://pornxp.com/videos/66405012
https://pornxp.com/videos/66457012
https://pornxp.com/videos/66461880
https://pornxp.com/videos/66493457
https://pornxp.com/videos/66504243
https://pornxp.com/videos/66516443
https://pornxp.com/videos/66621697
https://pornxp.com/videos/66638760
https://pornxp.com/videos/66686518
https://pornxp.com/videos/66741687
https://pornxp.com/videos/66742426
https://pornxp.com/videos/66756359
https://pornxp.com/videos/66808299
https://pornxp.com/videos/66808811
https://pornxp.com/videos/66822938
https://pornxp.com/videos/66834839
https://pornxp.com/videos/66865355
https://pornxp.com/videos/66893361
https://pornxp.com/videos/66893653
https://pornxp.com/videos/66905272
https://pornxp.com/videos/66916226
https://pornxp.com/videos/66916350
https://pornxp.com/videos/66969750
https://pornxp.com/videos/66999383
https://pornxp.com/videos/67011568
https://pornxp.com/videos/67021299
https://pornxp.com/videos/67103409
https://pornxp.com/videos/67146771
https://pornxp.com/videos/67173951
https://pornxp.com/videos/67181096
https://pornxp.com/videos/67186513
https://pornxp.com/videos/67192135
https://pornxp.com/videos/67197759
https://pornxp.com/videos/67201197
https://pornxp.com/videos/67220409
https://pornxp.com/videos/67273583
https://pornxp.com/videos/67316839
https://pornxp.com/videos/67344578
https://pornxp.com/videos/67365107
https://pornxp.com/videos/67365298
https://pornxp.com/videos/67378934
https://pornxp.com/videos/67393251
https://pornxp.com/videos/67393994
https://pornxp.com/videos/67422520
https://pornxp.com/videos/67438599
https://pornxp.com/videos/67448167

https://pornxp.com/videos/67532011
https://pornxp.com/videos/67626677
https://pornxp.com/videos/67693143
https://pornxp.com/videos/67740009
https://pornxp.com/videos/67745426
https://pornxp.com/videos/67758239
https://pornxp.com/videos/67764872
https://pornxp.com/videos/67789633
https://pornxp.com/videos/67803548
https://pornxp.com/videos/67831773
https://pornxp.com/videos/67859821
https://pornxp.com/videos/67866460
https://pornxp.com/videos/67868206
https://pornxp.com/videos/67870607
https://pornxp.com/videos/67888267
https://pornxp.com/videos/67927981
https://pornxp.com/videos/67958836
https://pornxp.com/videos/67964822
https://pornxp.com/videos/67981442
https://pornxp.com/videos/68024730
https://pornxp.com/videos/68066032
https://pornxp.com/videos/68076972
https://pornxp.com/videos/68106023
https://pornxp.com/videos/68149442
https://pornxp.com/videos/68175718
https://pornxp.com/videos/68196555
https://pornxp.com/videos/68205172
https://pornxp.com/videos/68262900
https://pornxp.com/videos/68273277
https://pornxp.com/videos/68394831
https://pornxp.com/videos/68403584
https://pornxp.com/videos/68418148
https://pornxp.com/videos/68425497
https://pornxp.com/videos/68483534
https://pornxp.com/videos/68497754
https://pornxp.com/videos/68508941
https://pornxp.com/videos/68510825
https://pornxp.com/videos/68515033
https://pornxp.com/videos/68516801
https://pornxp.com/videos/68551487
https://pornxp.com/videos/68568387
https://pornxp.com/videos/68654315
https://pornxp.com/videos/68715108
https://pornxp.com/videos/68717722
https://pornxp.com/videos/68776976
https://pornxp.com/videos/68803738
https://pornxp.com/videos/68840141
https://pornxp.com/videos/68894902

https://pornxp.com/videos/68908206
https://pornxp.com/videos/68924581
https://pornxp.com/videos/68933020
https://pornxp.com/videos/68961274
https://pornxp.com/videos/68962625
https://pornxp.com/videos/69023202
https://pornxp.com/videos/69111640
https://pornxp.com/videos/69134957
https://pornxp.com/videos/69151172
https://pornxp.com/videos/69179879
https://pornxp.com/videos/69184849
https://pornxp.com/videos/69214941
https://pornxp.com/videos/69219521
https://pornxp.com/videos/69225638
https://pornxp.com/videos/69225953
https://pornxp.com/videos/69253476
https://pornxp.com/videos/69288268
https://pornxp.com/videos/69338658
https://pornxp.com/videos/69345654
https://pornxp.com/videos/69363796
https://pornxp.com/videos/69401387
https://pornxp.com/videos/69454325
https://pornxp.com/videos/69501768
https://pornxp.com/videos/69545300
https://pornxp.com/videos/69560660
https://pornxp.com/videos/69568380
https://pornxp.com/videos/69601173
https://pornxp.com/videos/69602659
https://pornxp.com/videos/69632289
https://pornxp.com/videos/69803759
https://pornxp.com/videos/69829275
https://pornxp.com/videos/69866443
https://pornxp.com/videos/69872722
https://pornxp.com/videos/69875913
https://pornxp.com/videos/69888715
https://pornxp.com/videos/69902892
https://pornxp.com/videos/69914774
https://pornxp.com/videos/69924522
https://pornxp.com/videos/69960691
https://pornxp.com/videos/69963415
https://pornxp.com/videos/69985997
https://pornxp.com/videos/70008622
https://pornxp.com/videos/70038425
https://pornxp.com/videos/70064316
https://pornxp.com/videos/70084705
https://pornxp.com/videos/70091771
https://pornxp.com/videos/70095663
https://pornxp.com/videos/70129363

https://pornxp.com/videos/70156944
https://pornxp.com/videos/70159811
https://pornxp.com/videos/70163778
https://pornxp.com/videos/70209984
https://pornxp.com/videos/70213867
https://pornxp.com/videos/70245641
https://pornxp.com/videos/70270224
https://pornxp.com/videos/70409025
https://pornxp.com/videos/70414012
https://pornxp.com/videos/70470256
https://pornxp.com/videos/70475102
https://pornxp.com/videos/70549424
https://pornxp.com/videos/70588812
https://pornxp.com/videos/70604405
https://pornxp.com/videos/70622502
https://pornxp.com/videos/70622705
https://pornxp.com/videos/70642696
https://pornxp.com/videos/70644806
https://pornxp.com/videos/70680518
https://pornxp.com/videos/70691656
https://pornxp.com/videos/70750892
https://pornxp.com/videos/70765527
https://pornxp.com/videos/70773692
https://pornxp.com/videos/70799427
https://pornxp.com/videos/70818391
https://pornxp.com/videos/70908183
https://pornxp.com/videos/70923299
https://pornxp.com/videos/70964547
https://pornxp.com/videos/70989618
https://pornxp.com/videos/70992232
https://pornxp.com/videos/71005683
https://pornxp.com/videos/71104664
https://pornxp.com/videos/71123637
https://pornxp.com/videos/71162926
https://pornxp.com/videos/71182677
https://pornxp.com/videos/71182809
https://pornxp.com/videos/71196097
https://pornxp.com/videos/71197585
https://pornxp.com/videos/71202858
https://pornxp.com/videos/71228333
https://pornxp.com/videos/71269249
https://pornxp.com/videos/71295825
https://pornxp.com/videos/71309134
https://pornxp.com/videos/71357330
https://pornxp.com/videos/71367307
https://pornxp.com/videos/71396649
https://pornxp.com/videos/71397493
https://pornxp.com/videos/71411290

https://pornxp.com/videos/71471591
https://pornxp.com/videos/71525019
https://pornxp.com/videos/71552596
https://pornxp.com/videos/71563109
https://pornxp.com/videos/71567549
https://pornxp.com/videos/71623559
https://pornxp.com/videos/71626858
https://pornxp.com/videos/71679818
https://pornxp.com/videos/71681429
https://pornxp.com/videos/71721053
https://pornxp.com/videos/71766385
https://pornxp.com/videos/71777639
https://pornxp.com/videos/71808757
https://pornxp.com/videos/71837056
https://pornxp.com/videos/71857233
https://pornxp.com/videos/71921423
https://pornxp.com/videos/71926116
https://pornxp.com/videos/72019137
https://pornxp.com/videos/72025548
https://pornxp.com/videos/72058568
https://pornxp.com/videos/72112389
https://pornxp.com/videos/72114557
https://pornxp.com/videos/72116148
https://pornxp.com/videos/72166222
https://pornxp.com/videos/72166878
https://pornxp.com/videos/72175137
https://pornxp.com/videos/72302883
https://pornxp.com/videos/72333317
https://pornxp.com/videos/72338104
https://pornxp.com/videos/72383745
https://pornxp.com/videos/72412582
https://pornxp.com/videos/72455762
https://pornxp.com/videos/72465105
https://pornxp.com/videos/72543937
https://pornxp.com/videos/72558548
https://pornxp.com/videos/72566250
https://pornxp.com/videos/72696919
https://pornxp.com/videos/72727314
https://pornxp.com/videos/72740612
https://pornxp.com/videos/72743640
https://pornxp.com/videos/72752000
https://pornxp.com/videos/72772643
https://pornxp.com/videos/72786486
https://pornxp.com/videos/72847575
https://pornxp.com/videos/72870847
https://pornxp.com/videos/72907873
https://pornxp.com/videos/72918490
https://pornxp.com/videos/72933875

https://pornxp.com/videos/72938481
https://pornxp.com/videos/72940200
https://pornxp.com/videos/72959349
https://pornxp.com/videos/72969113
https://pornxp.com/videos/72975522
https://pornxp.com/videos/73055739
https://pornxp.com/videos/73105937
https://pornxp.com/videos/73121601
https://pornxp.com/videos/73170007
https://pornxp.com/videos/73181234
https://pornxp.com/videos/73218246
https://pornxp.com/videos/73221979
https://pornxp.com/videos/73236493
https://pornxp.com/videos/73288217
https://pornxp.com/videos/73307522
https://pornxp.com/videos/73336664
https://pornxp.com/videos/73380454
https://pornxp.com/videos/73510925
https://pornxp.com/videos/73531305
https://pornxp.com/videos/73550257
https://pornxp.com/videos/73561185
https://pornxp.com/videos/73575765
https://pornxp.com/videos/73591465
https://pornxp.com/videos/73595005
https://pornxp.com/videos/73663767
https://pornxp.com/videos/73684896
https://pornxp.com/videos/73692722
https://pornxp.com/videos/73706236
https://pornxp.com/videos/73706917
https://pornxp.com/videos/73751235
https://pornxp.com/videos/73751240
https://pornxp.com/videos/73766158
https://pornxp.com/videos/73925567
https://pornxp.com/videos/73982048
https://pornxp.com/videos/73989538
https://pornxp.com/videos/74034441
https://pornxp.com/videos/74097338
https://pornxp.com/videos/74127753
https://pornxp.com/videos/74129255
https://pornxp.com/videos/74133612
https://pornxp.com/videos/74183391
https://pornxp.com/videos/74223013
https://pornxp.com/videos/74246240
https://pornxp.com/videos/74293779
https://pornxp.com/videos/74317710
https://pornxp.com/videos/74332552
https://pornxp.com/videos/74346571
https://pornxp.com/videos/74361227

https://pornxp.com/videos/74472866
https://pornxp.com/videos/74500936
https://pornxp.com/videos/74512246
https://pornxp.com/videos/74525606
https://pornxp.com/videos/74535669
https://pornxp.com/videos/74536649
https://pornxp.com/videos/74563816
https://pornxp.com/videos/74618634
https://pornxp.com/videos/74626518
https://pornxp.com/videos/74708010
https://pornxp.com/videos/74715065
https://pornxp.com/videos/74746466
https://pornxp.com/videos/74762998
https://pornxp.com/videos/74785419
https://pornxp.com/videos/74786096
https://pornxp.com/videos/74834574
https://pornxp.com/videos/74835485
https://pornxp.com/videos/74862440
https://pornxp.com/videos/74865042
https://pornxp.com/videos/75029241
https://pornxp.com/videos/75056480
https://pornxp.com/videos/75068245
https://pornxp.com/videos/75079536
https://pornxp.com/videos/75134958
https://pornxp.com/videos/75191470
https://pornxp.com/videos/75202225
https://pornxp.com/videos/75285834
https://pornxp.com/videos/75293255
https://pornxp.com/videos/75388417
https://pornxp.com/videos/75397791
https://pornxp.com/videos/75400547
https://pornxp.com/videos/75470849
https://pornxp.com/videos/75487688
https://pornxp.com/videos/75507499
https://pornxp.com/videos/75635357
https://pornxp.com/videos/75713877
https://pornxp.com/videos/75728589
https://pornxp.com/videos/75755319
https://pornxp.com/videos/75762786
https://pornxp.com/videos/75787440
https://pornxp.com/videos/75798118
https://pornxp.com/videos/75805643
https://pornxp.com/videos/75812392
https://pornxp.com/videos/75819478
https://pornxp.com/videos/75836104
https://pornxp.com/videos/75843283
https://pornxp.com/videos/75857160
https://pornxp.com/videos/75873636

https://pornxp.com/videos/75882632
https://pornxp.com/videos/75972758
https://pornxp.com/videos/75985689
https://pornxp.com/videos/75996209
https://pornxp.com/videos/76031249
https://pornxp.com/videos/76053136
https://pornxp.com/videos/76059982
https://pornxp.com/videos/76102955
https://pornxp.com/videos/76147918
https://pornxp.com/videos/76152755
https://pornxp.com/videos/76175420
https://pornxp.com/videos/76178669
https://pornxp.com/videos/76228607
https://pornxp.com/videos/76259873
https://pornxp.com/videos/76340687
https://pornxp.com/videos/76348193
https://pornxp.com/videos/76382193
https://pornxp.com/videos/76386024
https://pornxp.com/videos/76407864
https://pornxp.com/videos/76414453
https://pornxp.com/videos/76446627
https://pornxp.com/videos/76466887
https://pornxp.com/videos/76470996
https://pornxp.com/videos/76537849
https://pornxp.com/videos/76553631
https://pornxp.com/videos/76586652
https://pornxp.com/videos/76669068
https://pornxp.com/videos/76746943
https://pornxp.com/videos/76784682
https://pornxp.com/videos/76785660
https://pornxp.com/videos/76814068
https://pornxp.com/videos/76818333
https://pornxp.com/videos/76833289
https://pornxp.com/videos/76840725
https://pornxp.com/videos/76850297
https://pornxp.com/videos/76916731
https://pornxp.com/videos/76921241
https://pornxp.com/videos/76921848
https://pornxp.com/videos/77026228
https://pornxp.com/videos/77086825
https://pornxp.com/videos/77087864
https://pornxp.com/videos/77109410
https://pornxp.com/videos/77165238
https://pornxp.com/videos/77213033
https://pornxp.com/videos/77218098
https://pornxp.com/videos/77225769
https://pornxp.com/videos/77228459
https://pornxp.com/videos/77235799

https://pornxp.com/videos/77264603
https://pornxp.com/videos/77321392
https://pornxp.com/videos/77324463
https://pornxp.com/videos/77334354
https://pornxp.com/videos/77352904
https://pornxp.com/videos/77364540
https://pornxp.com/videos/77393106
https://pornxp.com/videos/77402160
https://pornxp.com/videos/77428072
https://pornxp.com/videos/77430922
https://pornxp.com/videos/77440126
https://pornxp.com/videos/77441598
https://pornxp.com/videos/77463761
https://pornxp.com/videos/77474458
https://pornxp.com/videos/77498548
https://pornxp.com/videos/77518833
https://pornxp.com/videos/77519630
https://pornxp.com/videos/77528259
https://pornxp.com/videos/77651867
https://pornxp.com/videos/77659146
https://pornxp.com/videos/77715848
https://pornxp.com/videos/77731352
https://pornxp.com/videos/77734475
https://pornxp.com/videos/77785210
https://pornxp.com/videos/77874624
https://pornxp.com/videos/77894996
https://pornxp.com/videos/77896645
https://pornxp.com/videos/77909668
https://pornxp.com/videos/77915306
https://pornxp.com/videos/77931402
https://pornxp.com/videos/77932342
https://pornxp.com/videos/77936504
https://pornxp.com/videos/77938415
https://pornxp.com/videos/77939100
https://pornxp.com/videos/77949695
https://pornxp.com/videos/77959903
https://pornxp.com/videos/77968552
https://pornxp.com/videos/77986383
https://pornxp.com/videos/78016295
https://pornxp.com/videos/78034021
https://pornxp.com/videos/78095732
https://pornxp.com/videos/78125040
https://pornxp.com/videos/78155294
https://pornxp.com/videos/78175687
https://pornxp.com/videos/78235621
https://pornxp.com/videos/78242095
https://pornxp.com/videos/78249909
https://pornxp.com/videos/78279695

https://pornxp.com/videos/78289469
https://pornxp.com/videos/78314065
https://pornxp.com/videos/78355951
https://pornxp.com/videos/78398287
https://pornxp.com/videos/78404022
https://pornxp.com/videos/78404102
https://pornxp.com/videos/78415470
https://pornxp.com/videos/78452785
https://pornxp.com/videos/78465001
https://pornxp.com/videos/78468362
https://pornxp.com/videos/78476981
https://pornxp.com/videos/78483613
https://pornxp.com/videos/78505435
https://pornxp.com/videos/78552244
https://pornxp.com/videos/78579523
https://pornxp.com/videos/78591952
https://pornxp.com/videos/78605409
https://pornxp.com/videos/78616285
https://pornxp.com/videos/78617116
https://pornxp.com/videos/78652309
https://pornxp.com/videos/78653346
https://pornxp.com/videos/78678737
https://pornxp.com/videos/78771690
https://pornxp.com/videos/78778357
https://pornxp.com/videos/78781091
https://pornxp.com/videos/78781663
https://pornxp.com/videos/78785345
https://pornxp.com/videos/78786497
https://pornxp.com/videos/78810505
https://pornxp.com/videos/78814393
https://pornxp.com/videos/78836367
https://pornxp.com/videos/78841980
https://pornxp.com/videos/78876006
https://pornxp.com/videos/78888008
https://pornxp.com/videos/78928270
https://pornxp.com/videos/78955355
https://pornxp.com/videos/78980858
https://pornxp.com/videos/78984918
https://pornxp.com/videos/79011222
https://pornxp.com/videos/79035621
https://pornxp.com/videos/79043699
https://pornxp.com/videos/79103284
https://pornxp.com/videos/79113756
https://pornxp.com/videos/79137224
https://pornxp.com/videos/79139453
https://pornxp.com/videos/79150883
https://pornxp.com/videos/79157265
https://pornxp.com/videos/79202911

https://pornxp.com/videos/79212087
https://pornxp.com/videos/79224895
https://pornxp.com/videos/79230940
https://pornxp.com/videos/79288549
https://pornxp.com/videos/79349087
https://pornxp.com/videos/79350864
https://pornxp.com/videos/79353361
https://pornxp.com/videos/79449153
https://pornxp.com/videos/79488073
https://pornxp.com/videos/79500567
https://pornxp.com/videos/79511580
https://pornxp.com/videos/79570628
https://pornxp.com/videos/79572057
https://pornxp.com/videos/79600412
https://pornxp.com/videos/79648243
https://pornxp.com/videos/79700617
https://pornxp.com/videos/79701049
https://pornxp.com/videos/79728497
https://pornxp.com/videos/79754879
https://pornxp.com/videos/79771903
https://pornxp.com/videos/79781425
https://pornxp.com/videos/79817918
https://pornxp.com/videos/79818346
https://pornxp.com/videos/79841485
https://pornxp.com/videos/79864734
https://pornxp.com/videos/79890465
https://pornxp.com/videos/79934432
https://pornxp.com/videos/79962517
https://pornxp.com/videos/79991257
https://pornxp.com/videos/79992883
https://pornxp.com/videos/80018048
https://pornxp.com/videos/80084865
https://pornxp.com/videos/80086975
https://pornxp.com/videos/80122576
https://pornxp.com/videos/80139623
https://pornxp.com/videos/80146560
https://pornxp.com/videos/80156761
https://pornxp.com/videos/80179349
https://pornxp.com/videos/80204933
https://pornxp.com/videos/80205602
https://pornxp.com/videos/80276545
https://pornxp.com/videos/80294042
https://pornxp.com/videos/80298372
https://pornxp.com/videos/80323933
https://pornxp.com/videos/80358583
https://pornxp.com/videos/80360280
https://pornxp.com/videos/80372111
https://pornxp.com/videos/80398169

https://pornxp.com/videos/80515312
https://pornxp.com/videos/80538290
https://pornxp.com/videos/80541773
https://pornxp.com/videos/80545326
https://pornxp.com/videos/80646929
https://pornxp.com/videos/80692089
https://pornxp.com/videos/80693704
https://pornxp.com/videos/80714713
https://pornxp.com/videos/80717911
https://pornxp.com/videos/80719591
https://pornxp.com/videos/80738294
https://pornxp.com/videos/80746255
https://pornxp.com/videos/80764530
https://pornxp.com/videos/80794760
https://pornxp.com/videos/80816127
https://pornxp.com/videos/80841075
https://pornxp.com/videos/80936817
https://pornxp.com/videos/80953675
https://pornxp.com/videos/81004809
https://pornxp.com/videos/81067730
https://pornxp.com/videos/81080530
https://pornxp.com/videos/81119362
https://pornxp.com/videos/81128559
https://pornxp.com/videos/81133590
https://pornxp.com/videos/81159471
https://pornxp.com/videos/81230404
https://pornxp.com/videos/81242790
https://pornxp.com/videos/81252200
https://pornxp.com/videos/81302287
https://pornxp.com/videos/81310257
https://pornxp.com/videos/81331072
https://pornxp.com/videos/81332092
https://pornxp.com/videos/81395415
https://pornxp.com/videos/81409450
https://pornxp.com/videos/81437835
https://pornxp.com/videos/81455269
https://pornxp.com/videos/81464788
https://pornxp.com/videos/81509474
https://pornxp.com/videos/81580754
https://pornxp.com/videos/81606687
https://pornxp.com/videos/81654530
https://pornxp.com/videos/81677859
https://pornxp.com/videos/81700238
https://pornxp.com/videos/81717403
https://pornxp.com/videos/81764624
https://pornxp.com/videos/81819121
https://pornxp.com/videos/81839285
https://pornxp.com/videos/81932665

https://pornxp.com/videos/81946939
https://pornxp.com/videos/81950654
https://pornxp.com/videos/82060935
https://pornxp.com/videos/82179180
https://pornxp.com/videos/82245083
https://pornxp.com/videos/82282538
https://pornxp.com/videos/82298836
https://pornxp.com/videos/82300215
https://pornxp.com/videos/82305415
https://pornxp.com/videos/82311584
https://pornxp.com/videos/82354078
https://pornxp.com/videos/82433191
https://pornxp.com/videos/82442166
https://pornxp.com/videos/82534200
https://pornxp.com/videos/82536973
https://pornxp.com/videos/82550765
https://pornxp.com/videos/82577361
https://pornxp.com/videos/82616191
https://pornxp.com/videos/82658646
https://pornxp.com/videos/82674253
https://pornxp.com/videos/82685238
https://pornxp.com/videos/82690763
https://pornxp.com/videos/82779519
https://pornxp.com/videos/82783018
https://pornxp.com/videos/82786921
https://pornxp.com/videos/82881953
https://pornxp.com/videos/82890320
https://pornxp.com/videos/82896315
https://pornxp.com/videos/82900052
https://pornxp.com/videos/82906467
https://pornxp.com/videos/82937554
https://pornxp.com/videos/83004071
https://pornxp.com/videos/83010659
https://pornxp.com/videos/83030218
https://pornxp.com/videos/83080279
https://pornxp.com/videos/83184416
https://pornxp.com/videos/83190473
https://pornxp.com/videos/83199858
https://pornxp.com/videos/83200253
https://pornxp.com/videos/83213914
https://pornxp.com/videos/83239259
https://pornxp.com/videos/83364601
https://pornxp.com/videos/83379663
https://pornxp.com/videos/83391996
https://pornxp.com/videos/83393999
https://pornxp.com/videos/83398472
https://pornxp.com/videos/83483688
https://pornxp.com/videos/83487567

https://pornxp.com/videos/83501392
https://pornxp.com/videos/83510376
https://pornxp.com/videos/83510748
https://pornxp.com/videos/83536542
https://pornxp.com/videos/83546576
https://pornxp.com/videos/83548638
https://pornxp.com/videos/83565282
https://pornxp.com/videos/83596616
https://pornxp.com/videos/83598778
https://pornxp.com/videos/83607335
https://pornxp.com/videos/83618681
https://pornxp.com/videos/83745824
https://pornxp.com/videos/83768109
https://pornxp.com/videos/83790380
https://pornxp.com/videos/83797627
https://pornxp.com/videos/83813063
https://pornxp.com/videos/83815169
https://pornxp.com/videos/83820125
https://pornxp.com/videos/83913221
https://pornxp.com/videos/83934852
https://pornxp.com/videos/83985909
https://pornxp.com/videos/83998943
https://pornxp.com/videos/84030371
https://pornxp.com/videos/84063786
https://pornxp.com/videos/84073642
https://pornxp.com/videos/84172629
https://pornxp.com/videos/84259739
https://pornxp.com/videos/84283656
https://pornxp.com/videos/84295090
https://pornxp.com/videos/84305277
https://pornxp.com/videos/84315921
https://pornxp.com/videos/84385515
https://pornxp.com/videos/84396905
https://pornxp.com/videos/84397094
https://pornxp.com/videos/84443743
https://pornxp.com/videos/84493270
https://pornxp.com/videos/84572990
https://pornxp.com/videos/84575954
https://pornxp.com/videos/84590677
https://pornxp.com/videos/84608761
https://pornxp.com/videos/84613841
https://pornxp.com/videos/84615804
https://pornxp.com/videos/84617267
https://pornxp.com/videos/84639635
https://pornxp.com/videos/84701010
https://pornxp.com/videos/84729466
https://pornxp.com/videos/84737696
https://pornxp.com/videos/84791353

https://pornxp.com/videos/84799788
https://pornxp.com/videos/84817655
https://pornxp.com/videos/84843547
https://pornxp.com/videos/84854390
https://pornxp.com/videos/84859479
https://pornxp.com/videos/84864973
https://pornxp.com/videos/84891618
https://pornxp.com/videos/84918357
https://pornxp.com/videos/84964398
https://pornxp.com/videos/84973321
https://pornxp.com/videos/84973906
https://pornxp.com/videos/84995796
https://pornxp.com/videos/85006335
https://pornxp.com/videos/85012591
https://pornxp.com/videos/85012655
https://pornxp.com/videos/85020394
https://pornxp.com/videos/85020605
https://pornxp.com/videos/85022508
https://pornxp.com/videos/85030300
https://pornxp.com/videos/85031505
https://pornxp.com/videos/85091889
https://pornxp.com/videos/85100697
https://pornxp.com/videos/85108133
https://pornxp.com/videos/85123162
https://pornxp.com/videos/85167766
https://pornxp.com/videos/85168247
https://pornxp.com/videos/85179337
https://pornxp.com/videos/85201542
https://pornxp.com/videos/85215170
https://pornxp.com/videos/85234512
https://pornxp.com/videos/85242206
https://pornxp.com/videos/85255122
https://pornxp.com/videos/85283888
https://pornxp.com/videos/85286411
https://pornxp.com/videos/85290536
https://pornxp.com/videos/85340687
https://pornxp.com/videos/85351775
https://pornxp.com/videos/85362579
https://pornxp.com/videos/85387473
https://pornxp.com/videos/85414643
https://pornxp.com/videos/85458141
https://pornxp.com/videos/85495771
https://pornxp.com/videos/85515239
https://pornxp.com/videos/85621370
https://pornxp.com/videos/85630007
https://pornxp.com/videos/85633154
https://pornxp.com/videos/85668398
https://pornxp.com/videos/85705479

https://pornxp.com/videos/85737535
https://pornxp.com/videos/85774905
https://pornxp.com/videos/85788346
https://pornxp.com/videos/85804096
https://pornxp.com/videos/85826605
https://pornxp.com/videos/85879668
https://pornxp.com/videos/85881071
https://pornxp.com/videos/85970010
https://pornxp.com/videos/86025320
https://pornxp.com/videos/86034940
https://pornxp.com/videos/86132402
https://pornxp.com/videos/86166784
https://pornxp.com/videos/86176430
https://pornxp.com/videos/86178498
https://pornxp.com/videos/86189229
https://pornxp.com/videos/86246182
https://pornxp.com/videos/86260078
https://pornxp.com/videos/86315898
https://pornxp.com/videos/86317710
https://pornxp.com/videos/86338609
https://pornxp.com/videos/86345948
https://pornxp.com/videos/86356627
https://pornxp.com/videos/86364333
https://pornxp.com/videos/86431607
https://pornxp.com/videos/86437428
https://pornxp.com/videos/86474002
https://pornxp.com/videos/86564502
https://pornxp.com/videos/86579382
https://pornxp.com/videos/86623064
https://pornxp.com/videos/86631618
https://pornxp.com/videos/86670343
https://pornxp.com/videos/86676494
https://pornxp.com/videos/86755809
https://pornxp.com/videos/86797178
https://pornxp.com/videos/86800439
https://pornxp.com/videos/86841508
https://pornxp.com/videos/86949597
https://pornxp.com/videos/86959676
https://pornxp.com/videos/86994020
https://pornxp.com/videos/87005239
https://pornxp.com/videos/87018382
https://pornxp.com/videos/87032170
https://pornxp.com/videos/87173923
https://pornxp.com/videos/87179528
https://pornxp.com/videos/87192101
https://pornxp.com/videos/87192237
https://pornxp.com/videos/87198958
https://pornxp.com/videos/87207499

https://pornxp.com/videos/87269558
https://pornxp.com/videos/87270748
https://pornxp.com/videos/87272179
https://pornxp.com/videos/87326167
https://pornxp.com/videos/87387388
https://pornxp.com/videos/87412990
https://pornxp.com/videos/87469945
https://pornxp.com/videos/87474050
https://pornxp.com/videos/87482281
https://pornxp.com/videos/87485625
https://pornxp.com/videos/87498509
https://pornxp.com/videos/87549844
https://pornxp.com/videos/87569640
https://pornxp.com/videos/87595096
https://pornxp.com/videos/87647209
https://pornxp.com/videos/87652610
https://pornxp.com/videos/87665485
https://pornxp.com/videos/87677383
https://pornxp.com/videos/87716298
https://pornxp.com/videos/87723067
https://pornxp.com/videos/87775575
https://pornxp.com/videos/87794565
https://pornxp.com/videos/87828360
https://pornxp.com/videos/87839880
https://pornxp.com/videos/87843877
https://pornxp.com/videos/87882126
https://pornxp.com/videos/87906620
https://pornxp.com/videos/87950991
https://pornxp.com/videos/87951755
https://pornxp.com/videos/88014328
https://pornxp.com/videos/88014815
https://pornxp.com/videos/88065556
https://pornxp.com/videos/88066561
https://pornxp.com/videos/88099224
https://pornxp.com/videos/88142970
https://pornxp.com/videos/88160761
https://pornxp.com/videos/88210717
https://pornxp.com/videos/88212894
https://pornxp.com/videos/88224032
https://pornxp.com/videos/88230276
https://pornxp.com/videos/88261978
https://pornxp.com/videos/88278577
https://pornxp.com/videos/88338499
https://pornxp.com/videos/88339551
https://pornxp.com/videos/88366651
https://pornxp.com/videos/88477072
https://pornxp.com/videos/88479339
https://pornxp.com/videos/88489982

https://pornxp.com/videos/88503898
https://pornxp.com/videos/88540535
https://pornxp.com/videos/88544375
https://pornxp.com/videos/88548007
https://pornxp.com/videos/88556666
https://pornxp.com/videos/88559645
https://pornxp.com/videos/88583434
https://pornxp.com/videos/88607522
https://pornxp.com/videos/88616679
https://pornxp.com/videos/88622678
https://pornxp.com/videos/88640975
https://pornxp.com/videos/88651751
https://pornxp.com/videos/88681337
https://pornxp.com/videos/88721644
https://pornxp.com/videos/88759126
https://pornxp.com/videos/88812902
https://pornxp.com/videos/88828713
https://pornxp.com/videos/88881426
https://pornxp.com/videos/88900249
https://pornxp.com/videos/88916252
https://pornxp.com/videos/88923486
https://pornxp.com/videos/88925595
https://pornxp.com/videos/88955490
https://pornxp.com/videos/88963331
https://pornxp.com/videos/89032609
https://pornxp.com/videos/89067887
https://pornxp.com/videos/89120520
https://pornxp.com/videos/89143385
https://pornxp.com/videos/89190400
https://pornxp.com/videos/89247835
https://pornxp.com/videos/89257430
https://pornxp.com/videos/89319701
https://pornxp.com/videos/89408572
https://pornxp.com/videos/89429414
https://pornxp.com/videos/89486734
https://pornxp.com/videos/89523082
https://pornxp.com/videos/89531808
https://pornxp.com/videos/89533077
https://pornxp.com/videos/89536089
https://pornxp.com/videos/89542798
https://pornxp.com/videos/89599403
https://pornxp.com/videos/89623442
https://pornxp.com/videos/89664670
https://pornxp.com/videos/89667750
https://pornxp.com/videos/89682341
https://pornxp.com/videos/89718171
https://pornxp.com/videos/89737498
https://pornxp.com/videos/89751190

https://pornxp.com/videos/89755050
https://pornxp.com/videos/89851802
https://pornxp.com/videos/89858515
https://pornxp.com/videos/89858674
https://pornxp.com/videos/89955099
https://pornxp.com/videos/89982061
https://pornxp.com/videos/89985020
https://pornxp.com/videos/89985390
https://pornxp.com/videos/89990975
https://pornxp.com/videos/90002911
https://pornxp.com/videos/90010697
https://pornxp.com/videos/90013427
https://pornxp.com/videos/90070387
https://pornxp.com/videos/90170991
https://pornxp.com/videos/90185958
https://pornxp.com/videos/90189204
https://pornxp.com/videos/90193493
https://pornxp.com/videos/90224791
https://pornxp.com/videos/90229733
https://pornxp.com/videos/90238334
https://pornxp.com/videos/90262570
https://pornxp.com/videos/90283565
https://pornxp.com/videos/90299883
https://pornxp.com/videos/90385909
https://pornxp.com/videos/90408323
https://pornxp.com/videos/90410654
https://pornxp.com/videos/90431932
https://pornxp.com/videos/90442109
https://pornxp.com/videos/90444215
https://pornxp.com/videos/90468024
https://pornxp.com/videos/90536839
https://pornxp.com/videos/90763472
https://pornxp.com/videos/90781189
https://pornxp.com/videos/90799604
https://pornxp.com/videos/90800331
https://pornxp.com/videos/90810022
https://pornxp.com/videos/90813146
https://pornxp.com/videos/90845207
https://pornxp.com/videos/90890033
https://pornxp.com/videos/90914664
https://pornxp.com/videos/90924932
https://pornxp.com/videos/90991915
https://pornxp.com/videos/90994073
https://pornxp.com/videos/91034045
https://pornxp.com/videos/91077576
https://pornxp.com/videos/91083358
https://pornxp.com/videos/91088551
https://pornxp.com/videos/91092328

https://pornxp.com/videos/91092796
https://pornxp.com/videos/91123347
https://pornxp.com/videos/91152442
https://pornxp.com/videos/91190604
https://pornxp.com/videos/91235539
https://pornxp.com/videos/91247951
https://pornxp.com/videos/91282347
https://pornxp.com/videos/91288835
https://pornxp.com/videos/91327918
https://pornxp.com/videos/91338539
https://pornxp.com/videos/91371206
https://pornxp.com/videos/91384017
https://pornxp.com/videos/91547123
https://pornxp.com/videos/91608931
https://pornxp.com/videos/91616057
https://pornxp.com/videos/91628689
https://pornxp.com/videos/91662181
https://pornxp.com/videos/91670621
https://pornxp.com/videos/91689325
https://pornxp.com/videos/91739420
https://pornxp.com/videos/91744008
https://pornxp.com/videos/91755054
https://pornxp.com/videos/91839028
https://pornxp.com/videos/91846198
https://pornxp.com/videos/91850003
https://pornxp.com/videos/91912136
https://pornxp.com/videos/91938684
https://pornxp.com/videos/91939548
https://pornxp.com/videos/91952646
https://pornxp.com/videos/91964785
https://pornxp.com/videos/91976705
https://pornxp.com/videos/91978776
https://pornxp.com/videos/92070094
https://pornxp.com/videos/92095245
https://pornxp.com/videos/92130698
https://pornxp.com/videos/92137142
https://pornxp.com/videos/92169675
https://pornxp.com/videos/92187783
https://pornxp.com/videos/92234082
https://pornxp.com/videos/92242539
https://pornxp.com/videos/92279559
https://pornxp.com/videos/92290861
https://pornxp.com/videos/92299343
https://pornxp.com/videos/92300580
https://pornxp.com/videos/92328057
https://pornxp.com/videos/92364530
https://pornxp.com/videos/92368542
https://pornxp.com/videos/92394202

https://pornxp.com/videos/92434106
https://pornxp.com/videos/92440497
https://pornxp.com/videos/92440578
https://pornxp.com/videos/92479564
https://pornxp.com/videos/92523454
https://pornxp.com/videos/92525840
https://pornxp.com/videos/92550221
https://pornxp.com/videos/92564677
https://pornxp.com/videos/92587340
https://pornxp.com/videos/92612632
https://pornxp.com/videos/92617720
https://pornxp.com/videos/92653162
https://pornxp.com/videos/92683798
https://pornxp.com/videos/92710586
https://pornxp.com/videos/92747414
https://pornxp.com/videos/92753600
https://pornxp.com/videos/92760230
https://pornxp.com/videos/92761097
https://pornxp.com/videos/92793474
https://pornxp.com/videos/92805262
https://pornxp.com/videos/92815080
https://pornxp.com/videos/92846157
https://pornxp.com/videos/92865267
https://pornxp.com/videos/92878620
https://pornxp.com/videos/92957905
https://pornxp.com/videos/93004676
https://pornxp.com/videos/93031111
https://pornxp.com/videos/93045371
https://pornxp.com/videos/93080841
https://pornxp.com/videos/93087670
https://pornxp.com/videos/93139261
https://pornxp.com/videos/93215118
https://pornxp.com/videos/93225451
https://pornxp.com/videos/93234527
https://pornxp.com/videos/93240783
https://pornxp.com/videos/93310361
https://pornxp.com/videos/93314884
https://pornxp.com/videos/93373566
https://pornxp.com/videos/93384172
https://pornxp.com/videos/93391062
https://pornxp.com/videos/93411382
https://pornxp.com/videos/93417871
https://pornxp.com/videos/93422255
https://pornxp.com/videos/93442540
https://pornxp.com/videos/93524648
https://pornxp.com/videos/93535647
https://pornxp.com/videos/93548219
https://pornxp.com/videos/93559775

https://pornxp.com/videos/93596019
https://pornxp.com/videos/93629820
https://pornxp.com/videos/93640123
https://pornxp.com/videos/93646922
https://pornxp.com/videos/93695277
https://pornxp.com/videos/93700237
https://pornxp.com/videos/93714956
https://pornxp.com/videos/93731575
https://pornxp.com/videos/93765642
https://pornxp.com/videos/93768185
https://pornxp.com/videos/93789477
https://pornxp.com/videos/93827571
https://pornxp.com/videos/93863197
https://pornxp.com/videos/93864042
https://pornxp.com/videos/94008911
https://pornxp.com/videos/94021203
https://pornxp.com/videos/94032535
https://pornxp.com/videos/94035067
https://pornxp.com/videos/94042707
https://pornxp.com/videos/94051362
https://pornxp.com/videos/94095469
https://pornxp.com/videos/94120047
https://pornxp.com/videos/94134508
https://pornxp.com/videos/94194354
https://pornxp.com/videos/94299151
https://pornxp.com/videos/94300315
https://pornxp.com/videos/94303619
https://pornxp.com/videos/94344359
https://pornxp.com/videos/94363720
https://pornxp.com/videos/94392572
https://pornxp.com/videos/94396490
https://pornxp.com/videos/94397704
https://pornxp.com/videos/94401692
https://pornxp.com/videos/94435082
https://pornxp.com/videos/94463898
https://pornxp.com/videos/94483941
https://pornxp.com/videos/94506186
https://pornxp.com/videos/94512447
https://pornxp.com/videos/94612462
https://pornxp.com/videos/94657269
https://pornxp.com/videos/94666103
https://pornxp.com/videos/94670018
https://pornxp.com/videos/94675871
https://pornxp.com/videos/94683096
https://pornxp.com/videos/94695595
https://pornxp.com/videos/94724883
https://pornxp.com/videos/94773798
https://pornxp.com/videos/94845574

https://pornxp.com/videos/94865191
https://pornxp.com/videos/94909685
https://pornxp.com/videos/94914398
https://pornxp.com/videos/94922776
https://pornxp.com/videos/94966017
https://pornxp.com/videos/94972819
https://pornxp.com/videos/94975276
https://pornxp.com/videos/95020813
https://pornxp.com/videos/95059931
https://pornxp.com/videos/95067463
https://pornxp.com/videos/95073720
https://pornxp.com/videos/95111553
https://pornxp.com/videos/95135301
https://pornxp.com/videos/95135899
https://pornxp.com/videos/95144310
https://pornxp.com/videos/95202145
https://pornxp.com/videos/95236807
https://pornxp.com/videos/95244104
https://pornxp.com/videos/95244846
https://pornxp.com/videos/95266066
https://pornxp.com/videos/95278225
https://pornxp.com/videos/95281450
https://pornxp.com/videos/95314919
https://pornxp.com/videos/95349471
https://pornxp.com/videos/95351272
https://pornxp.com/videos/95376456
https://pornxp.com/videos/95387839
https://pornxp.com/videos/95433931
https://pornxp.com/videos/95448757
https://pornxp.com/videos/95449974
https://pornxp.com/videos/95477825
https://pornxp.com/videos/95500830
https://pornxp.com/videos/95508250
https://pornxp.com/videos/95550608
https://pornxp.com/videos/95591494
https://pornxp.com/videos/95600808
https://pornxp.com/videos/95602065
https://pornxp.com/videos/95605257
https://pornxp.com/videos/95618887
https://pornxp.com/videos/95642121
https://pornxp.com/videos/95644157
https://pornxp.com/videos/95662682
https://pornxp.com/videos/95664827
https://pornxp.com/videos/95673005
https://pornxp.com/videos/95685518
https://pornxp.com/videos/95701448
https://pornxp.com/videos/95730796
https://pornxp.com/videos/95778406

https://pornxp.com/videos/95845836
https://pornxp.com/videos/95881400
https://pornxp.com/videos/95881474
https://pornxp.com/videos/95931526
https://pornxp.com/videos/96010168
https://pornxp.com/videos/96025675
https://pornxp.com/videos/96050395
https://pornxp.com/videos/96072005
https://pornxp.com/videos/96072398
https://pornxp.com/videos/96100808
https://pornxp.com/videos/96104743
https://pornxp.com/videos/96107342
https://pornxp.com/videos/96108756
https://pornxp.com/videos/96167041
https://pornxp.com/videos/96180218
https://pornxp.com/videos/96239061
https://pornxp.com/videos/96280457
https://pornxp.com/videos/96314018
https://pornxp.com/videos/96366981
https://pornxp.com/videos/96373681
https://pornxp.com/videos/96382913
https://pornxp.com/videos/96395508
https://pornxp.com/videos/96419245
https://pornxp.com/videos/96420051
https://pornxp.com/videos/96425443
https://pornxp.com/videos/96432159
https://pornxp.com/videos/96446118
https://pornxp.com/videos/96534740
https://pornxp.com/videos/96547181
https://pornxp.com/videos/96549286
https://pornxp.com/videos/96558045
https://pornxp.com/videos/96558070
https://pornxp.com/videos/96567747
https://pornxp.com/videos/96590225
https://pornxp.com/videos/96673888
https://pornxp.com/videos/96700607
https://pornxp.com/videos/96780197
https://pornxp.com/videos/96804957
https://pornxp.com/videos/96827967
https://pornxp.com/videos/96872920
https://pornxp.com/videos/96893644
https://pornxp.com/videos/96950060
https://pornxp.com/videos/96959591
https://pornxp.com/videos/97001266
https://pornxp.com/videos/97013453
https://pornxp.com/videos/97068075
https://pornxp.com/videos/97088504
https://pornxp.com/videos/97098957

https://pornxp.com/videos/97159489
https://pornxp.com/videos/97171465
https://pornxp.com/videos/97180439
https://pornxp.com/videos/97180984
https://pornxp.com/videos/97197288
https://pornxp.com/videos/97198280
https://pornxp.com/videos/97218276
https://pornxp.com/videos/97287867
https://pornxp.com/videos/97300972
https://pornxp.com/videos/97331455
https://pornxp.com/videos/97332500
https://pornxp.com/videos/97342804
https://pornxp.com/videos/97358139
https://pornxp.com/videos/97389696
https://pornxp.com/videos/97390222
https://pornxp.com/videos/97406750
https://pornxp.com/videos/97409204
https://pornxp.com/videos/97441180
https://pornxp.com/videos/97509638
https://pornxp.com/videos/97584318
https://pornxp.com/videos/97611171
https://pornxp.com/videos/97626863
https://pornxp.com/videos/97631926
https://pornxp.com/videos/97645063
https://pornxp.com/videos/97665331
https://pornxp.com/videos/97668355
https://pornxp.com/videos/97674264
https://pornxp.com/videos/97700807
https://pornxp.com/videos/97758664
https://pornxp.com/videos/97760472
https://pornxp.com/videos/97793447
https://pornxp.com/videos/97821385
https://pornxp.com/videos/97829046
https://pornxp.com/videos/97857552
https://pornxp.com/videos/97894905
https://pornxp.com/videos/98042819
https://pornxp.com/videos/98058972
https://pornxp.com/videos/98105423
https://pornxp.com/videos/98107278
https://pornxp.com/videos/98116693
https://pornxp.com/videos/98135012
https://pornxp.com/videos/98136471
https://pornxp.com/videos/98177648
https://pornxp.com/videos/98220381
https://pornxp.com/videos/98294985
https://pornxp.com/videos/98306087
https://pornxp.com/videos/98312007
https://pornxp.com/videos/98342659

https://pornxp.com/videos/98342889
https://pornxp.com/videos/98349775
https://pornxp.com/videos/98436020
https://pornxp.com/videos/98493641
https://pornxp.com/videos/98520620
https://pornxp.com/videos/98618650
https://pornxp.com/videos/98662557
https://pornxp.com/videos/98666573
https://pornxp.com/videos/98733103
https://pornxp.com/videos/98746323
https://pornxp.com/videos/98768591
https://pornxp.com/videos/98780853
https://pornxp.com/videos/98836600
https://pornxp.com/videos/98847750
https://pornxp.com/videos/98866418
https://pornxp.com/videos/98888145
https://pornxp.com/videos/98890400
https://pornxp.com/videos/98906446
https://pornxp.com/videos/98908078
https://pornxp.com/videos/98913766
https://pornxp.com/videos/98991484
https://pornxp.com/videos/99087354
https://pornxp.com/videos/99115879
https://pornxp.com/videos/99116931
https://pornxp.com/videos/99187076
https://pornxp.com/videos/99196496
https://pornxp.com/videos/99213907
https://pornxp.com/videos/99216924
https://pornxp.com/videos/99295459
https://pornxp.com/videos/99318729
https://pornxp.com/videos/99319191
https://pornxp.com/videos/99378199
https://pornxp.com/videos/99399286
https://pornxp.com/videos/99420887
https://pornxp.com/videos/99426798
https://pornxp.com/videos/99440452
https://pornxp.com/videos/99463098
https://pornxp.com/videos/99529355
https://pornxp.com/videos/99555980
https://pornxp.com/videos/99577690
https://pornxp.com/videos/99592444
https://pornxp.com/videos/99596430
https://pornxp.com/videos/99607869
https://pornxp.com/videos/99618848
https://pornxp.com/videos/99651475
https://pornxp.com/videos/99694515
https://pornxp.com/videos/99697832
https://pornxp.com/videos/99739341

https://pornxp.com/videos/99754452
https://pornxp.com/videos/99763458
https://pornxp.com/videos/99771851
https://pornxp.com/videos/99772979
https://pornxp.com/videos/99819190
https://pornxp.com/videos/99823199
https://pornxp.com/videos/99831148
https://pornxp.com/videos/99883318
https://pornxp.com/videos/99897646
https://pornxp.com/videos/99913115
https://pornxp.com/videos/99926527
https://pornxp.com/videos/99988253
https://veporn.com/brazzersexxtra-ebony-mystique-semen-demon/
https://veporn.com/brazzersexxtra-keeping-ashly-anderson-occupied/
https://veporn.com/brazzersexxtra-bailey-bases-shower-suck-and-fuck/
https://veporn.com/brazzersexxtra-stacy-cruz-sybil-threesome/
https://veporn.com/brazzersexxtra-september-reign-paisley-porter/
https://veporn.com/brazzersexxtra-rachel-starr-gets-stuck/
https://veporn.com/brazzersexxtra-tru-kaits-steamy-lingerie-shower/
https://veporn.com/brazzersexxtra-alura-tnt-jenson/
https://veporn.com/brazzersexxtra-mary-jean-the-cumpany-of-strangers/
https://veporn.com/brazzersexxtra-sofi-ryan-chloe-amour/
https://veporn.com/brazzersexxtra-sofia-lee-my-girls-double-is-anal-trouble/
https://veporn.com/brazzersexxtra-dangers-dirty-laundry/
https://veporn.com/brazzersexxtra-phoenix-marie-smoke-show/
https://veporn.com/brazzersexxtra-luna-star-shower-squirt/
https://veporn.com/brazzersexxtra-cum-play-with-katie-morgan/
https://veporn.com/brazzersexxtra-alina-lopez-in-the-doghouse/
https://veporn.com/brazzersexxtra-codi-vore-this-party-needs-big-natural-tits/
https://veporn.com/brazzersexxtra-holly-hotwife-sex-with-the-ex/
https://veporn.com/brazzersexxtra-sommer-isabella-bubble-bath/
https://veporn.com/brazzersexxtra-eliza-ibarra-horny-in-the-morning/
https://veporn.com/brazzersexxtra-aj-applegate-follow-the-squirt/
https://veporn.com/brazzersexxtra-osa-lovely-sneaky-milf-fucks/
https://veporn.com/brazzersexxtra-kiara-lord-bubble-bath-babe/
https://veporn.com/brazzersexxtra-luna-star-red-flags/
https://veporn.com/brazzersexxtra-oiled-up-azul-hermosa/
https://veporn.com/brazzersexxtra-jewelz-blu-think-pink/
https://veporn.com/brazzersexxtra-sofia-lee-rough-and-raunchy-workout/
https://veporn.com/brazzersexxtra-stuck-between-anal-and-a-workout/
https://veporn.com/brazzersexxtra-angelika-grays-sauna-soak/
https://veporn.com/brazzersexxtra-honey-demons-horny-home-workout/
https://veporn.com/brazzersexxtra-lacy-lennon-steve-holmes-sneaks-pussy/
https://veporn.com/brazzersexxtra-bella-elise-rose/
https://veporn.com/best-of-brazzers-luna-star/
https://veporn.com/best-of-brazzers-soaking-wet/
https://veporn.com/brazzersexxtra-nicolette-shea-deep-blue/
https://veporn.com/brazzersexxtra-best-of-brazzers-pantyhose/

https://veporn.com/best-of-brazzers-back-to-school/
https://veporn.com/brazzersexxtra-asia-shower-guest-surprise/
https://veporn.com/best-of-brazzers-titty-tuesday-2/
https://veporn.com/brazzersexxtra-abigail-mac-luna-star/
https://xmoviesforyou.net/brazzersexxtra-jane-wilde-going-wilde-on-him-02-24-2021/
https://xmoviesforyou.net/brazzersexxtra-ebony-mystique-semen-demon-02-22-2021/
https://xmoviesforyou.net/brazzersexxtra-alexis-tae-alexis-for-breakfast-02-20-2021/
https://xmoviesforyou.net/brazzersexxtra-nicole-kitt-cops-daughter-craves-cock-02-19-2021/
https://xmoviesforyou.net/brazzersexxtra-kaden-kole-kadens-curves-02-19-2021/
https://xmoviesforyou.net/brazzersexxtra-ashly-anderson-keeping-ashly-occupied-02-18-2021/
https://xmoviesforyou.net/brazzersexxtra-stacy-cruz-sybil-threesome-through-the-wall-02-17-2021/
https://xmoviesforyou.net/brazzersexxtra-bailey-base-baileys-shower-suck-and-fuck-02-17-2021/
https://xmoviesforyou.net/brazzersexxtra-alexis-fawx-sand-and-sweat-part-2-02-15-2021/
https://xmoviesforyou.net/brazzersexxtra-romi-rain-kayla-kayden-valentine-vixens-02-14-2021/
https://xmoviesforyou.net/brazzersexxtra-adria-rae-alone-with-bfs-pervy-roommate-02-14-2021/
https://xmoviesforyou.net/brazzersexxtra-rachel-starr-rachel-gets-stuck-02-13-2021/
https://xmoviesforyou.net/brazzersexxtra-tru-kait-tru-kaits-steamy-lingerie-shower-02-11-2021/
https://xmoviesforyou.net/brazzersexxtra-mona-azar-prank-me-and-i-will-fuck-your-friend-02-10-2021/
https://xmoviesforyou.net/brazzersexxtra-desiree-dulce-yoga-freaks-episode-fifteen-02-10-2021/
https://xmoviesforyou.net/brazzersexxtra-paige-owens-prank-battle-squirt-vs-cum-02-09-2021/
https://xmoviesforyou.net/brazzersexxtra-alura-tnt-jenson-the-pornstars-babysitter-02-08-2021/
https://xmoviesforyou.net/brazzersexxtra-mary-jean-the-cumpany-of-strangers-02-05-2021/
https://xmoviesforyou.net/brazzersexxtra-sofi-ryan-chloe-amour-a-threesome-by-the-fire-02-04-2021/
https://xmoviesforyou.net/brazzersexxtra-amari-anne-oil-soaked-in-her-socks-02-03-2021/
https://xmoviesforyou.net/brazzersexxtra-tru-kait-post-party-cumdown-02-01-2021/
https://xmoviesforyou.net/brazzersexxtra-kenzie-reeves-lickity-stick-blow-up-doll-trick-02-01-20221/
https://xmoviesforyou.net/brazzersexxtra-tia-cyrus-tia-in-the-wild-01-30-2021/
https://xmoviesforyou.net/brazzersexxtra-serena-santos-get-your-dick-out-and-shut-up-01-30-2021/
https://xmoviesforyou.net/brazzersexxtra-sofia-lee-my-girls-double-is-anal-trouble-01-29-2021/
https://xmoviesforyou.net/brazzersexxtra-rachel-starr-azul-hermosa-the-set-up-01-27-2021/
https://xmoviesforyou.net/brazzersexxtra-clara-trinity-coach-peepers-lends-a-big-hand-01-27-2021/
https://xmoviesforyou.net/brazzersexxtra-abella-danger-dangers-dirty-laundry-01-26-2021/
https://xmoviesforyou.net/brazzersexxtra-phoenix-marie-smoke-show-01-26-2021/
https://xmoviesforyou.net/brazzersexxtra-luna-star-shower-squirt-01-25-2021/
https://xmoviesforyou.net/brazzersexxtra-lacy-lennon-smoke-dick-tector-01-24-2021/
https://xmoviesforyou.net/brazzersexxtra-alina-lopez-in-the-doghouse-01-23-2021/
https://xmoviesforyou.net/brazzersexxtra-katie-morgan-cum-play-with-katie-01-23-2021/
https://xmoviesforyou.net/brazzersexxtra-codi-vore-this-party-needs-big-natural-tits-01-22-2021/
https://xmoviesforyou.net/brazzersexxtra-sommer-isabella-bubble-bath-self-care-with-cock-01-21-2021/
https://xmoviesforyou.net/brazzersexxtra-holly-hotwife-sex-with-the-ex-01-21-2021/
https://xmoviesforyou.net/brazzersexxtra-alexis-tae-bae-tae-01-20-2021/
https://xmoviesforyou.net/brazzersexxtra-eliza-ibarra-horny-in-the-morning-01-20-2021/
https://xmoviesforyou.net/brazzersexxtra-paige-owens-end-of-the-world-fuck-01-18-2021/
https://yespornplease.io/wp-content/uploads/2020/11/sexy-ebony-kira-noir-goes-to-a-spa-and-has-a-amazing-massage-from-masseur-zac-wild-brazzers-cover.jpg

https://yespornplease.io/wp-content/uploads/2020/11/sexy-lesbian-babes-nicolette-shea-scarlett-sage-pleasure-themselves-playing-together-brazzers-cover.jpg

https://yespornplease.io/amazing-babe-lparkenzie-reevesrpar-with-sexy-body-fucks-her-pharmacy-lparmarkus-dupreerpar-brazzers/

https://yespornplease.io/wp-content/uploads/2020/11/amazing-babe-kenzie-reeves-with-sexy-body-fucks-her-pharmacy-markus-dupree-brazzers-cover.jpg

https://yespornplease.io/wp-content/uploads/2020/11/gorgeous-girls-adriana-chechik-kendra-lust-share-a-huge-dick-in-a-hot-3some-brazzers-cover.jpg

https://yespornplease.io/gorgeous-girls-lparadriana-chechikcomma-kendra-lustrpar-share-a-huge-dick-in-a-hot-3some-brazzers/

https://yespornplease.io/tattooed-curvy-pornstar-romi-rain-had-stanning-hardcore-sex-brazzers/

https://yespornplease.io/wp-content/uploads/2020/11/tattooed-curvy-pornstar-romi-rain-had-stanning-hardcore-sex-brazzers-cover.jpg

https://yespornplease.io/pretty-gorgeous-babe-lparkira-noirrpar-loves-being-a-doctor-and-loves-fucking-her-patient-brazzers/

https://yespornplease.io/wp-content/uploads/2020/11/pretty-gorgeous-babe-kira-noir-loves-being-a-doctor-and-loves-fucking-her-patient-brazzers-cover.jpg

https://yespornplease.io/cute-brunette-lpareva-loviarpar-rubs-her-wet-pussy-squirts-after-a-hard-pounding-brazzers/

https://yespornplease.io/wp-content/uploads/2020/11/cute-brunette-eva-lovia-rubs-her-wet-pussy-squirts-after-a-hard-pounding-brazzers-cover.jpg

https://yespornplease.io/hot-lesbian-action-with-busty-ladies-lparcandy-alexacomma-kira-queenrpar-brazzers/

https://yespornplease.io/wp-content/uploads/2020/11/hot-lesbian-action-with-busty-ladies-candy-alexa-kira-queen-brazzers-cover.jpg

https://yespornplease.io/huge-tits-lparalexis-fawxrpar-loves-her-pussy-getting-pounded-brazzers/

https://yespornplease.io/wp-content/uploads/2020/11/huge-tits-alexis-fawx-loves-her-pussy-getting-pounded-brazzers-cover.jpg

https://yespornplease.io/brunette-babe-tru-kait-plays-with-her-dildo-in-front-of-the-camera-brazzers/

https://yespornplease.io/best-of-brazzers-watching-porn-compilation-sexiest-performers-talk-directly-to-you/

https://yespornplease.io/wp-content/uploads/2020/11/best-of-brazzers-watching-porn-compilation-sexiest-performers-talk-directly-to-you-brazzers-cover.jpg

https://yespornplease.io/thick-juicy-latina-lela-star-getting-fucked-in-both-holes-covers-with-huge-load-of-cum-brazzers/

https://yespornplease.io/wp-content/uploads/2020/11/thick-juicy-latina-lela-star-getting-fucked-in-both-holes-covers-with-huge-load-of-cum-brazzers-cover.jpg

https://yespornplease.io/lparportia-parisrpar-is-a-naughty-babe-how-loves-fucking-strangers-for-extra-cash-brazzers/

https://yespornplease.io/wp-content/uploads/2020/11/portia-paris-is-a-naughty-babe-how-loves-fucking-strangers-for-extra-cash-brazzers-cover.jpg

https://yespornplease.io/brazzers-two-girls-try-lesbian-sex-with-a-strap-on/

https://yespornplease.io/wp-content/uploads/2020/11/horny-babe-mackenzie-moss-tease-fucks-alexis-fawx-with-a-strapon-brazzers-cover.jpg

Jason Tucker

SKYPE: ███████

Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.